# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# 5800 SUNSET PRODUCTIONS, INC.

The undersigned, being all of the members of the Board of Directors of 5800 Sunset Productions, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

TRB0603479

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED,** that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED,** that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**                                                                            **TRB0603480**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 4th day of June 2007.

_____

Crane H. Kenney

Being all of the Directors of 5800 Sunset Productions, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF 5800 SUNSET PRODUCTIONS, INC.

**Professionals' Eyes Only**

TRB0603481

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## THE BALTIMORE SUN COMPANY

The undersigned, being all of the members of the Board of Directors (the "_Authorizing Body_") of The Baltimore Sun Company, a Maryland corporation (the "_Company_"), hereby consent to the adoption of the following resolutions pursuant to Section 2-408(c) of the General Corporation Law of Maryland, as amended:

## CAPITAL CONTRIBUTION AND
## REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS,** the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "_Capital Contribution_") from Tribune Company in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, the promissory note dated as of June 12, 2000, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $525,000,000 (the "_LAT International Note_");

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Note; and

**RESOLVED,** that the repayment of the LAT International Note with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

## INTERCOMPANY LOAN

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to borrow funds from Tribune Finance, LLC (the "_Intercompany Loan_") in an amount to be determined by the Authorizing Body and to execute an intercompany demand note to Tribune Finance, LLC (the "_Demand Note_") to evidence such Intercompany Loan and certain other intercompany loans made to other subsidiaries of Tribune Finance, LLC; and

**RESOLVED,** that the incurrence of debt under the Intercompany Loan and the execution of the Demand Note be, and hereby are, approved by the Authorizing Body.

1

CH1 3891203v 1

Professionals' Eyes Only                                    TRB0603485

## DIVIDEND

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to dividend (the "*Dividend*") an aggregate amount in cash equal to the amount of the Intercompany Loan to Tribune Company; and

**RESOLVED,** that the Dividend to Tribune Company be, and it hereby is, approved by the Authorizing Body.

## GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

**RESOLVED,** that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company

2

Professionals' Eyes Only

to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

3

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4th___ day of June 2007.

_____        _____
Robert Gremillion                                      Crane H. Kenney


Being all of the Directors of The Baltimore Sun Company


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF THE BALTIMORE SUN COMPANY

Professionals' Eyes Only                                                    TRB0603488

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# CALIFORNIA COMMUNITY NEWS CORPORATION

The undersigned, being all of the members of the Board of Directors of California Community News Corporation, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## GUARANTEE

  **WHEREAS**, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

  **WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

  **WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

  **RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

**TRB0603493**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the __4th__ day of June 2007.

_____
Crane H. Kenney


Being all of the Directors of California Community News Corporation


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF CALIFORNIA COMMUNITY NEWS CORPORATION

**Professionals' Eyes Only**                                                 TRB0603494

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# CHANNEL 39, INC.

The undersigned, being all of the members of the Board of Directors of Channel 39, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") he, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

TRB0603498

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED,** that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED,** that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

TRB0603499

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___ day of June 2007.

_____
Crane H. Kenney

_____
John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of Channel 39, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF CHANNEL 39, INC.

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# CHANNEL 40, INC.

The undersigned, being all of the members of the Board of Directors of Channel 40, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

WHEREAS the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**

**TRB0603505**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _4th_ day of June 2007.

_____          _____
Crane H. Kenney                                         John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of Channel 40, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF CHANNEL 40, INC.

**Professionals' Eyes Only**

TRB0603506

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## CHICAGO TRIBUNE COMPANY

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of Chicago Tribune Company, an Illinois corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 8.45 of the Illinois Business Corporation Act of 1983, as amended:

## INTERCOMPANY LOAN

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to borrow funds from Tribune Finance, LLC (the "*Intercompany Loan*") in an amount to be determined by the Authorizing Body and to execute an intercompany demand note to Tribune Finance, LLC (the "*Demand Note*") to evidence such Intercompany Loan and certain other intercompany loans made to other subsidiaries of Tribune Finance, LLC; and

**RESOLVED,** that the incurrence of debt under the Intercompany Loan and the execution of the Demand Note be, and hereby are, approved by the Authorizing Body.

## DIVIDEND

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to dividend (the "*Dividend*") an aggregate amount in cash equal to the amount of the Intercompany Loan to Tribune Company; and

**RESOLVED,** that the Dividend to Tribune Company be, and it hereby is, approved by the Authorizing Body.

1

## GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

2

Further Authorization

FURTHER RESOLVED, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

FURTHER RESOLVED, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

FURTHER RESOLVED, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

3

TRB0603512

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _4th_ day of June 2007.

_____          _____
Dennis J. FitzSimons                                          Scott C. Smith


Being all of the Directors of Chicago Tribune Company


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF CHICAGO TRIBUNE COMPANY

**Professionals' Eyes Only**                                                         TRB0603513

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## HOMESTEAD PUBLISHING COMPANY

The undersigned, being all of the members of the Board of Directors of Homestead Publishing Company, a Maryland corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 2-408(c) of the General Corporation Law of the State of Maryland, as amended:

### GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

WHEREAS the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

**TRB0603518**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___6___ day of June 2007.


_____          _____
Irving L. Quimby, Jr.                                      John D. Worthington, IV


Being all of the Directors of Homestead Publishing Company


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF HOMESTEAD PUBLISHING COMPANY

**Professionals' Eyes Only**

TRB0603519

## WRITTEN CONSENT OF

## THE SOLE MEMBER
## OF
## HOY PUBLICATIONS, LLC

The undersigned, being the Sole Member of Hoy Publications, LLC, a Delaware limited liability company (the "*Company*"), hereby consents to the adoption of the following resolutions pursuant to Section 18-302(d) of the Limited Liability Company Act of the State of Delaware, as amended:

## GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

WHEREAS the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their

1

TRB0603523

respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED,** that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED,** that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

TRB0603524

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 4ᵗʰ day of June 2007.

TRIBUNE COMPANY, as Sole Member

By: _____
    Name:
    Title:

Being the Sole Member of Hoy Publications, LLC

SIGNATURE PAGE TO
WRITTEN CONSENT OF
THE SOLE MEMBER
OF HOY PUBLICATIONS, LLC

**Professionals' Eyes Only**
TRB0603525

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## KHCW INC.

The undersigned, being all of the members of the Board of Directors (the "_Authorizing Body_") of KHCW Inc., a Delaware corporation (the "_Company_"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## CAPITAL CONTRIBUTION AND
## REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS,** the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "_Capital Contribution_") from Tribune Broadcasting Company in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, the promissory note dated as of December 28, 1998, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $100,000,000 (the "_LAT International Note_");

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Note; and

**RESOLVED,** that the repayment of the LAT International Note with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

## GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "_Credit Agreement_"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "_Borrower_"), the lenders from time to time party thereto (the "_Lenders_"), JPMorgan Chase Bank, N.A., as administrative agent (the "_Administrative Agent_"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "_Guarantee_") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

1

Professionals' Eyes Only

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

## Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

## Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

2

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

3

**Professionals' Eyes Only**

**TRB0603535**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the __4th__ day of June 2007.

_____
Crane H. Kenney

_____
John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of KHCW Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF KHCW INC.

**Professionals' Eyes Only**

TRB0603536

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
### OF
### KPLR, INC.

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of KPLR, Inc., a Missouri corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 351.340(2) of The General and Business Corporation Law of Missouri, as amended:

## CAPITAL CONTRIBUTION AND
## REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS,** the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "*Capital Contribution*") from Tribune Broadcasting Company in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, the promissory note dated as of March 21, 2003, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $100,000,000 (the "*LAT International Note*");

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Note; and

**RESOLVED,** that the repayment of the LAT International Note with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

## GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

1

Professionals' Eyes Only

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

## Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

## Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

2

**Professionals' Eyes Only**

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

3

**Professionals' Eyes Only**

**TRB0603542**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4___ day of June 2007.

Crane H. Kenney

John E. Reardon

John J. Vitanovec

Being all of the Directors of KPLR, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF KPLR, INC.

**Professionals' Eyes Only**

TRB0603543

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## KSWB INC.

The undersigned, being all of the members of the Board of Directors of KSWB Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

 TRB0603547

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**                                                                                   **TRB0603548**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _45_ day of June 2007.

Crane H. Kenney

John E. Reardon

John J. Vitanovec

Being all of the Directors of KSWB Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF KSWB INC.

Professionals' Eyes Only

TRB0603549

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## KTLA INC.

The undersigned, being all of the members of the Board of Directors of KTLA Inc., a California corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 307(b) of the California Corporations Code, as amended:

### GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company

1

to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**

**TRB0603554**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4___ day of June 2007.

_____
Crane H. Kenney

_____
John E. Reardon

Being all of the Directors of KTLA Inc.

Professionals' Eyes Only

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## KWGN INC.

The undersigned, being all of the members of the Board of Directors of KWGN Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**

**TRB0603560**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4ᵗʰ___ day of June 2007.

_____
Crane H. Kenney

_____
John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of KWGN Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF KWGN INC.

**Professionals' Eyes Only**

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## LOS ANGELES TIMES COMMUNICATIONS LLC

The undersigned, being all of the members of the Board of Directors (the "_Authorizing Body_") of Los Angeles Times Communications LLC, a Delaware limited liability company (the "_Company_"), hereby consent to the adoption of the following resolutions pursuant to Section 18-404(d) of the Limited Liability Company Act of the State of Delaware, as amended:

## CAPITAL CONTRIBUTION AND
## REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS,** the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "_Capital Contribution_") from Tribune Los Angeles, Inc. in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, the promissory note dated as of June 12, 2000, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $1,250,000,000 (the "_LAT International Note_");

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the member(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Note; and

**RESOLVED,** that the repayment of the LAT International Note with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

## INTERCOMPANY LOAN

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the members to borrow funds from Tribune Finance, LLC (the "_Intercompany Loan_") in an amount to be determined by the Authorizing Body and to execute an intercompany demand note to Tribune Finance, LLC (the "_Demand Note_") to evidence such Intercompany Loan and certain other intercompany loans made to other subsidiaries of Tribune Finance, LLC; and

**RESOLVED,** that the incurrence of debt under the Intercompany Loan and the execution of the Demand Note be, and hereby are, approved by the Authorizing Body.

CHI 5891203v 1

Professionals' Eyes Only                                                TRB0603565

## DIVIDEND

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the members to dividend (the "*Dividend*") an aggregate amount in cash equal to the amount of the Intercompany Loan to Tribune Company; and

**RESOLVED,** that the Dividend to Tribune Company be, and it hereby is, approved by the Authorizing Body.

## GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

**RESOLVED,** that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company

6

CHI 9879361v 4

Professionals' Eyes Only

to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

7

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _4th_ day of June 2007.

_____
~~Susan Babcock~~

_____
David D. Hiller

_____
Dennis J. FitzSimons

_____
Scott C. Smith

_____
~~Warren B. Williamson~~

Being all of the Directors of Los Angeles Times Communications LLC

As of June 4, 2007, which was the "Article VIII Termination Date" (as defined in the Tribune Company By-laws), Ms. Babcock and Mr. Williamson no longer served on the Board of Directors of Los Angeles Times Communications LLC.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF LOS ANGELES TIMES COMMUNICATIONS LLC

**Professionals' Eyes Only**

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
### OF
## THE MORNING CALL, INC.

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of The Morning Call, Inc., a Pennsylvania corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 1727(b) of the Pennsylvania Business Corporation Law, as amended:

## CAPITAL CONTRIBUTION AND
## REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS**, the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "*Capital Contribution*") from Tribune Company in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, the promissory note dated as of June 12, 2000, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $205,000,000 (the "*LAT International Note*");

**WHEREAS**, the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Note; and

**RESOLVED**, that the repayment of the LAT International Note with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

## GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

1

Professionals' Eyes Only

WHEREAS the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

## Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

## Further Authorization

FURTHER RESOLVED, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

FURTHER RESOLVED, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

2

TRB0603573

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

3

**Professionals' Eyes Only**

**TRB0603574**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4ᵗʰ___ day of June 2007.

_____
Scott C. Smith

_____
Kathleen M. Waltz

Being all of the Directors of The Morning Call, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF THE MORNING CALL, INC.

**Professionals' Eyes Only**

TRB0603575

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## NEW MASS MEDIA, INC.

The undersigned, being all of the members of the Board of Directors of New Mass Media, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

WHEREAS the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially in the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

TRB0603579

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

**Professionals' Eyes Only**

**TRB0603580**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 4th day of June 2007.

Stephen D. Carver

Robert Gremillion

Crane H. Kenney

Being all of the Directors of New Mass Media, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF NEW MASS MEDIA, INC.

Professionals' Eyes Only

TRB0603581

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# ORLANDO SENTINEL COMMUNICATIONS COMPANY

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of Orlando Sentinel Communications Company, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## INTERCOMPANY LOAN

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to borrow funds from Tribune Finance, LLC (the "*Intercompany Loan*") in an amount to be determined by the Authorizing Body and to execute an intercompany demand note to Tribune Finance, LLC (the "*Demand Note*") to evidence such Intercompany Loan and certain other intercompany loans made to other subsidiaries of Tribune Finance, LLC; and

**RESOLVED,** that the incurrence of debt under the Intercompany Loan and the execution of the Demand Note be, and hereby are, approved by the Authorizing Body.

## DIVIDEND

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to dividend (the "*Dividend*") an aggregate amount in cash equal to the amount of the Intercompany Loan to Tribune Company; and

**RESOLVED,** that the Dividend to Tribune Company be, and it hereby is, approved by the Authorizing Body.

## GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of

1

TRB0603585

America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

<u>Authorization of Guarantee</u>

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

2

TRB0603586

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

3

**Professionals' Eyes Only**                                                                    **TRB0603587**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4ᵗʰ___ day of June 2007.


Dennis J. FitzSimons                              Scott C. Smith


Kathleen M. Waltz


Being all of the Directors of Orlando Sentinel Communications Company

Professionals' Eyes Only                              TRB0603588

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# PATUXENT PUBLISHING COMPANY

The undersigned, being all of the members of the Board of Directors of Patuxent Publishing Company, a Maryland corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 2-408(c) of the General Corporation Law of the State of Maryland, as amended:

## GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

## Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

TRB0603592

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

TRB0603593

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 6 day of June 2007.

_____
Irving L. Quimby, Jr.

_____
John D. Worthington, IV

Being all of the Directors of Patuxent Publishing Company

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF PATUXENT PUBLISHING COMPANY

**Professionals' Eyes Only**

TRB0603594

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
### OF
## SOUTHERN CONNECTICUT NEWSPAPERS, INC.

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of Southern Connecticut Newspapers, Inc., a Connecticut corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 33-749 of the Connecticut Business Corporation Act, as amended:

## CAPITAL CONTRIBUTION AND
## REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS,** the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "*Capital Contribution*") from Tribune Company in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, the promissory note dated as of June 12, 2000, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $50,000,000 (the "*LAT International Note*");

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Note; and

**RESOLVED,** that the repayment of the LAT International Note with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

## GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

1

Professionals' Eyes Only

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

2

TRB0603599

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

3

**Professionals' Eyes Only**

**TRB0603600**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4th___ day of June 2007.

_____          _____
Crane H. Kenney                                          Timothy P. Knight

_____
Durham J. Monsma


Being all of the Directors of Southern Connecticut Newspapers, Inc.


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF SOUTHERN CONNECTICUT NEWSPAPERS, INC.

**Professionals' Eyes Only**

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## SUN-SENTINEL COMPANY

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of Orlando Sentinel Communications Company, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### INTERCOMPANY LOAN

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to borrow funds from Tribune Finance, LLC (the "*Intercompany Loan*") in an amount to be determined by the Authorizing Body and to execute an intercompany demand note to Tribune Finance, LLC (the "*Demand Note*") to evidence such Intercompany Loan and certain other intercompany loans made to other subsidiaries of Tribune Finance, LLC; and

**RESOLVED,** that the incurrence of debt under the Intercompany Loan and the execution of the Demand Note be, and hereby are, approved by the Authorizing Body.

### DIVIDEND

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to dividend (the "*Dividend*") an aggregate amount in cash equal to the amount of the Intercompany Loan to Tribune Company; and

**RESOLVED,** that the Dividend to Tribune Company be, and it hereby is, approved by the Authorizing Body.

### GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of

1

**Professionals' Eyes Only**

TRB0603605

America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

### Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

Professionals' Eyes Only                                                    TRB0603606

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

3

**Professionals' Eyes Only**

TRB0603607

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4th___ day of June 2007.

_____         _____
Dennis J. FitzSimons                                      Scott C. Smith

_____
Robert Gremillion


Being all of the Directors of Sun-Sentinel Company


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF SUN-SENTINEL COMPANY

**Professionals' Eyes Only**

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TMLH2, INC.

The undersigned, being all of the members of the Board of Directors of TMLH2,

Inc.., a California corporation (the "*Company*"), hereby consent to the adoption of the following

resolutions pursuant to Section 307(b) of the California Corporations Code, as amended:

## GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

## Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company

1

to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**

**TRB0603621**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 4th day of June 2007.

_____          _____
Stephen D. Carver                                Robert Gremillion

_____
Crane H. Kenney

Being all of the Directors of TMLH2, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF TMLH2, INC.

**Professionals' Eyes Only**

TRB0603622



# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# TMLS 1, INC.

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of TMLS 1, Inc., a Connecticut corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 33-749 of the Connecticut Business Corporation Act, as amended:

## ADOPTION OF AMENDED AND RESTATED BYLAWS

**WHEREAS,** the Authorizing Body deems it to be advisable and in the best interest of the Company that the Bylaws of the Company be amended and restated in their entirety so that they shall read as set forth on <u>Exhibit A</u> attached hereto (the "Amended and Restated Bylaws"); and

**RESOLVED,** that the Amended and Restated Bylaws be, and they hereby are, approved, adopted and ratified as the Bylaws of the Company.

## GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

1

<u>Authorization of Guarantee</u>

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4th___ day of June 2007.

Crane H. Kenney

Timothy P. Knight

Durham J. Monsma

Being all of the Directors of TMLS 1, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF TMLS 1, INC.

**Professionals' Eyes Only**

TRB0603628

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TMS ENTERTAINMENT GUIDES, INC.

The undersigned, being all of the members of the Board of Directors of TMS Entertainment Guides, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

WHEREAS the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

I

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

*  *  *  *  *

2

**Professionals' Eyes Only**

**TRB0603630**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4th___ day of June 2007.

_____          _____
Scott C. Smith                                          Crane H. Kenney

_____
David D. Williams


Being all of the Directors of TMS Entertainment Guides, Inc.

**Professionals' Eyes Only**

**TRB0603631**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TRIBUNE (FN) CABLE VENTURES, INC.

The undersigned, being all of the members of the Board of Directors of Tribune (FN) Cable Ventures, Inc., a Delaware (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _4th_ day of June 2007.

_____          _____
Crane H. Kenney                                              John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of Tribune (FN) Cable Ventures, Inc.

Professionals' Eyes Only

TRB0603637

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TRIBUNE INTERACTIVE, INC.

The undersigned, being all of the members of the Board of Directors of Tribune Interactive, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their

1

respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 4th day of June 2007.

_____          _____
Timothy J. Landon                          Crane H. Kenney

Being all of the Directors of Tribune Interactive, Inc.

Professionals' Eyes Only

TRB0603643

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TRIBUNE LOS ANGELES, INC.

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of Tribune Los Angeles, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

4

TRB0603647

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action; and

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company.

**DIVIDEND**

**WHEREAS**, the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to dividend to Tribune Company (the "*Dividend*") an aggregate amount in cash equal to the amount of the intercompany loan to be made by Tribune Finance, LLC to Los Angeles Times Communications LLC on or about June 4, 2007, to the extent the proceeds thereof are received by the Company, directly or indirectly, as a dividend:

**RESOLVED**, that the Dividend to Tribune Company be, and it hereby is, approved by the Authorizing Body; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

5

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4th___ day of June 2007.

_____
Crane H. Kenney

Being all of the Directors of Tribune Los Angeles, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF TRIBUNE LOS ANGELES, INC.

**Professionals' Eyes Only**

TRB0603649

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, INC.

The undersigned, being all of the members of the Board of Directors of Tribune Manhattan Newspaper Holdings, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

## Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

TRB0603653



Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED,** that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED,** that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2



**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ____ day of June 2007.

Crane H. Kenney

Being all of the Directors of Tribune Manhattan Newspaper Holdings, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, INC.

**Professionals' Eyes Only**

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TRIBUNE MEDIA NET, INC.

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of Tribune Media Net, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## CAPITAL CONTRIBUTION AND
## REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS,** the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "*Capital Contribution*") from Tribune Company in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, (i) the promissory note dated as of December 20, 2006, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $6,600,000 and (ii) the promissory note dated as of December 20, 2006 made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $142,000,000 (the "*LAT International Notes*");

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Notes; and

**RESOLVED,** that the repayment of the LAT International Notes with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

## GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*")

1

**Professionals' Eyes Only**
TRB0603659



among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

WHEREAS the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

### Further Authorization

FURTHER RESOLVED, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

FURTHER RESOLVED, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and

2

Professionals' Eyes Only

TRB0603660

enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

3

**Professionals' Eyes Only**

**TRB0603661**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4th___ day of June, 2007.

_____          _____
Dennis J. FitzSimons                                    Crane H. Kenney

_____
Scott C. Smith


Being all of the Directors of Tribune Media Net, Inc.


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF TRIBUNE MEDIA NET, INC.

**Professionals' Eyes Only**                                                      TRB0603662

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TRIBUNE MEDIA SERVICES, INC.

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of Tribune Media Services, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### CAPITAL CONTRIBUTION AND
### REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS,** the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "*Capital Contribution*") from Tribune Company in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, the promissory note dated as of July 24, 2003, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $53,000.000 (the "*LAT International Note*");

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Note; and

**RESOLVED,** that the repayment of the LAT International Note with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

### GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

1

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

## Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

## Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

2

**TRB0603667**

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

3

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4ᵗʰ___ day of June 2007.


_____          _____
Scott C. Smith                                            Crane H. Kenney

_____
David D. Williams


Being all of the Directors of Tribune Media Services, Inc.


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF TRIBUNE MEDIA SERVICES, INC.

**Professionals' Eyes Only**

Professionals' Eyes Only
TRB0603670

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TRIBUNE NATIONAL MARKETING COMPANY

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of Tribune National Marketing Company, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## CAPITAL CONTRIBUTION AND
## REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS,** the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "*Capital Contribution*") from Tribune Company in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, the promissory note dated as of January 1, 2003, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $233,313,323 (the "*LAT International Note*");

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Note; and

**RESOLVED,** that the repayment of the LAT International Note with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

## GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

1

**Professionals' Eyes Only**

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

<u>Authorization of Guarantee</u>

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

2

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

3

**Professionals' Eyes Only**

TRB0603676

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___ day of June 2007.

_____          _____
Crane H. Kenney                           Timothy J. Landon

_____
Scott C. Smith

Being all of the Directors of Tribune National Marketing Company

**Professionals' Eyes Only**

**TRB0603677**

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# NEWSDAY, INC.

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of Newsday, Inc., a New York corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 708(b) of the New York Business Corporation Law, as amended:

## CAPITAL CONTRIBUTION AND
## REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS,** the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "*Capital Contribution*") from TMD, Inc. in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, the promissory note dated as of June 12, 2000, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $965,000,000 (the "*LAT International Note*");

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Note; and

**RESOLVED,** that the repayment of the LAT International Note with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

## INTERCOMPANY LOAN

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to borrow funds from Tribune Finance, LLC (the "*Intercompany Loan*") in an amount to be determined by the Authorizing Body and to execute an intercompany demand note to Tribune Finance, LLC (the "*Demand Note*") to evidence such Intercompany Loan and certain other intercompany loans made to other subsidiaries of Tribune Finance, LLC; and

**RESOLVED,** that the incurrence of debt under the Intercompany Loan and the execution of the Demand Note be, and hereby are, approved by the Authorizing Body.

1

CHI 3891203v 1

**Professionals' Eyes Only**

## DIVIDEND

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to dividend (the "*Dividend*") an aggregate amount in cash equal to the amount of the Intercompany Loan to TMD, Inc.; and

**RESOLVED,** that the Dividend to TMD, Inc. be, and it hereby is, approved by the Authorizing Body.

## GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

**RESOLVED,** that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company

2

TRB0603682

to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

Further Authorization

FURTHER RESOLVED, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

FURTHER RESOLVED, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

FURTHER RESOLVED, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

3

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 4th day of June 2007.

_____
Crane H. Kenney

_____
Timothy P. Knight

_____
Scott C. Smith

Being all of the Directors of Newsday, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF NEWSDAY, INC.

**Professionals' Eyes Only**

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# TOWER DISTRIBUTION COMPANY

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of Tower Distribution Company, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## CAPITAL CONTRIBUTION AND
## REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS,** the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "*Capital Contribution*") from Tribune Broadcasting Company in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, the promissory note dated as of December 20, 2001, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $84,000,000 (the "*LAT International Note*");

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the member(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Note; and

**RESOLVED,** that the repayment of the LAT International Note with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

## GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

1

**Professionals' Eyes Only**



**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

## Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

## Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

2

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

3

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 4ᵗʰ day of June 2007.

_____
Crane H. Kenney

_____
John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of Tower Distribution Company

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF TOWER DISTRIBUTION COMPANY

**Professionals' Eyes Only**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TRIBUNE BROADCASTING COMPANY

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of Tribune Broadcasting Company, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### CAPITAL CONTRIBUTION AND
### REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS,** the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "*Capital Contribution*") from Tribune Broadcasting Holdco, LLC in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, the promissory note dated as of May 1, 1998, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $725,000,000 (the "*LAT International Note*");

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Note; and

**RESOLVED,** that the repayment of the LAT International Note with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

### GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

1

**Professionals' Eyes Only**

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

2

**Professionals' Eyes Only**

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

3

**Professionals' Eyes Only**

TRB0603697

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4th___ day of June 2007.

_____    _____
Dennis J. FitzSimons                            John E. Reardon

Being all of the Directors of Tribune Broadcasting Company

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF TRIBUNE BROADCASTING COMPANY

**Professionals' Eyes Only**

# WRITTEN CONSENT OF
# THE SOLE MEMBER
# OF
# TRIBUNE BROADCASTING HOLDCO, LLC

The undersigned, being the Sole Member of Tribune Broadcasting Holdco, LLC,

a Delaware limited liability company (the "*Company*"), hereby consent to the adoption of the

following resolutions pursuant to Section 18-302(d) of the Limited Liability Company Act of the

State of Delaware, as amended:

## GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into a
Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune
Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the
"*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"),
Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of
America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan
Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets
Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, it is a condition precedent to the Lenders making advances under
the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*")
among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto,
and JPMorgan Chase Bank N.A., as Administrative Agent; and

WHEREAS the proposed terms of the Guarantee are substantially as set forth in
the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any
Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or
officers, which are authorized to act singly or together pursuant thereto, being hereinafter
designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf
of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to
the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and
conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement,
and all other documents, instruments and agreements deemed necessary or desirable by the
Administrative Agent in order to guarantee the obligations of the Borrower under the Credit
Agreement, including extensions or amendments thereof (collectively, the "*Guarantee
Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the
legal, valid and binding obligations of the Company, enforceable in accordance with their
respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

Professionals' Eyes Only
TRB0603702

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 4ᵗʰ day of June 2007.

TRIBUNE COMPANY, as Sole Member

By: _____

    Name:

    Title:

Being the Sole Member of Tribune Broadcasting Holdco LLC

SIGNATURE PAGE TO
WRITTEN CONSENT OF
THE SOLE MEMBER
OF TRIBUNE BROADCASTING HOLDCO, LLC

**Professionals' Eyes Only**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TRIBUNE BROADCAST HOLDINGS, INC.

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of Tribune Broadcast Holdings, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## CAPITAL CONTRIBUTION AND
## REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS,** the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "*Capital Contribution*") from Tribune Broadcasting Company in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, (i) the promissory note dated as of March 21, 2003, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $10,000,000 and (ii) the promissory note dated as of January 1, 2003, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $80,000,000 (the "*LAT International Notes*");

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Notes; and

**RESOLVED,** that the repayment of the LAT International Notes with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

## GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*")

1



among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

### Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and

2

**Professionals' Eyes Only**

enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

3

**Professionals' Eyes Only**

TRB0603710

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 4ᵗʰ day of June 2007.

_____
Crane H. Kenney

_____
John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of Tribune Broadcast Holdings, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF TRIBUNE BROADCAST HOLDINGS, INC.

**Professionals' Eyes Only**

**UNANIMOUS WRITTEN CONSENT OF**
**THE BOARD OF DIRECTORS**
**OF**
**TRIBUNE CALIFORNIA PROPERTIES, INC.**

The undersigned, being all of the members of the Board of Directors of Tribune California Properties, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

**GUARANTEE**

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be; and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED,** that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED,** that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**
TRB0603716

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4th___ day of June 2007.

_____          _____
Crane H. Kenney                                    John E. Reardon


Being all of the Directors of Tribune California Properties, Inc.

**Professionals' Eyes Only**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TRIBUNE DIRECT MARKETING, INC.

The undersigned, being all of the members of the Board of Directors of Tribune Marketing, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

WHEREAS the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4ᵗʰ___ day of June 2007.

_____          _____
Crane H. Kenney                                          Richard H. Malone

Being all of the Directors of Tribune Direct Marketing, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF TRIBUNE DIRECT MARKETING, INC.

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# TRIBUNE ENTERTAINMENT COMPANY

The undersigned, being all of the members of the Board of Directors of Tribune Entertainment Company, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 4th day of June 2007.

_____          _____
Crane H. Kenney                                         John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of Tribune Entertainment Company

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF TRIBUNE ENTERTAINMENT COMPANY

Professionals' Eyes Only

TRB0603729

# WRITTEN CONSENT OF
# SOLE MEMBER
# OF
# TRIBUNE FINANCE, LLC

The undersigned, being the Sole Member of Tribune Finance, LLC, a Delaware limited liability company (the "*Company*"), hereby consents to the adoption of the following resolutions pursuant to Section 18-302(d) of the Limited Liability Company Act of the State of Delaware, as amended:

## INTERCOMPANY LOAN

**WHEREAS,** the Sole Member deems it advisable and in the best interests of the Company to loan funds in an aggregate amount equal to approximately $3.0 billion to certain subsidiaries of the Company (the "*Intercompany Loan*") in exchange for an intercompany demand note (the "*Demand Note*") evidencing the indebtedness under such Intercompany Loan; and

**RESOLVED,** that the Intercompany Loan in exchange for the Demand Note be, and hereby is, approved by the Sole Member.

## GUARANTEE

**WHEREAS,** Tribune Company, the Company's parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

1

CHI 3879389v 3

**Professionals' Eyes Only**

## Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

## Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action; and

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company.

\* \* \* \* \*

2

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned has caused this unanimous written consent to be executed as of the 4ᵗʰ day of June 2007.

TRIBUNE COMPANY

By _Crane H. Kenney_
Name: Crane H. Kenney
Title: Senior Vice President

SIGNATURE PAGE TO
WRITTEN CONSENT OF
SOLE MEMBER
OF TRIBUNE FINANCE, LLC

**Professionals' Eyes Only**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC

The undersigned, being all of the members of the Board of Directors of Tribune New York Newspaper Holdings, LLC, a Delaware limited liability company (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 18-404(d) of the Limited Liability Company Act of the State of Delaware, as amended:

### GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

WHEREAS the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

TRB0603739

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**