**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4ᵗʰ___ day of June 2007.

_____          _____
Crane H. Kenney                                        Timothy P. Knight

Being all of the Directors of Tribune New York Newspaper Holdings, LLC

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC

**Professionals' Eyes Only**
**TRB0603741**

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
### OF
## TRIBUNE TELEVISION COMPANY

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of Tribune Television Company, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## CAPITAL CONTRIBUTION AND
## REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS,** the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "*Capital Contribution*") from Tribune Broadcasting Company in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, (i) the promissory note dated as of March 24, 1997, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $400,000,000 and (ii) the promissory note dated as of December 26, 1997 made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $550,000,000 (the "*LAT International Notes*");

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Notes; and

**RESOLVED,** that the repayment of the LAT International Notes with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

## GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*")

1

**Professionals' Eyes Only**

among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

<u>Authorization of Guarantee</u>

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and

2

**TRB0603750**

enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

3

**TRB0603751**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the __4th__ day of June 2007.

_____
Crane H. Kenney

_____
John J. Vitanovec

_____
John E. Reardon

Being all of the Directors of Tribune Television Company

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF TRIBUNE TELEVISION COMPANY

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TRIBUNE TELEVISION HOLDINGS, INC.

The undersigned, being all of the members of the Board of Directors of Tribune Television Holdings, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

WHEREAS the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

#### Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

### Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 4ᵗʰ day of June 2007.

_____
Crane H. Kenney

_____
John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of Tribune Television Holdings, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF TRIBUNE TELEVISION HOLDINGS, INC.

**Professionals' Eyes Only**

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
## OF
# TRIBUNE TELEVISION NEW ORLEANS, INC.

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of Tribune Television New Orleans, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## CAPITAL CONTRIBUTION AND
## REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS,** the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "*Capital Contribution*") from Tribune Broadcasting Company in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, the promissory note dated as of December 28, 1998, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $45,000,000 (the "*LAT International Note*");

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Note; and

**RESOLVED,** that the repayment of the LAT International Note with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

## GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

1

**Professionals' Eyes Only**

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

### Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

2

**Professionals' Eyes Only**

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

3

TRB0603764

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4th___ day of June 2007.

_____       _____
Crane H. Kenney                           John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of Tribune Television New Orleans, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF TRIBUNE TELEVISION NEW ORLEANS, INC.

**Professionals' Eyes Only**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TRIBUNE TELEVISION NORTHWEST, INC.

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of  Tribune Television Northwest, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### CAPITAL CONTRIBUTION AND
### REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS,** the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "*Capital Contribution*") from Tribune Broadcasting Company in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, the promissory note dated as of December 28, 1998, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $70,000,000 (the "*LAT International Note*");

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Note; and

**RESOLVED,** that the repayment of the LAT International Note with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

### GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

1

Professionals' Eyes Only

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

<u>Authorization of Guarantee</u>

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

2

TRB0603770

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

3

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the __4th__ day of June 2007.

_____
Crane H. Kenney

_____
John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of Tribune Television Northwest, Inc.

**Professionals' Eyes Only**

TRB0603772

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# WDCW BROADCASTING, INC.

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of WDCW Broadcasting, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## CAPITAL CONTRIBUTION AND
## REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS,** the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "*Capital Contribution*") from Tribune Television Company in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, the promissory note dated as of December 20, 1999, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $100,000,000 (the "*LAT International Note*");

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Note; and

**RESOLVED,** that the repayment of the LAT International Note with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

## GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

1

Professionals' Eyes Only

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

<u>Authorization of Guarantee</u>

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

2

**Professionals' Eyes Only**

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

3

**Professionals' Eyes Only**

**TRB0603781**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___45___ day of June 2007.

_____
John E. Reardon

_____
John P. Vitanovec

Being all of the Directors of WDCW Broadcasting, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF WDCW BROADCASTING, INC.

**Professionals' Eyes Only**

TRB0603782

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## WGN CONTINENTAL BROADCASTING COMPANY

The undersigned, being all of the members of the Board of Directors of WGN Continental Broadcasting Company, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

WHEREAS the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

### Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**
**TRB0603787**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 4ᵗʰ day of June 2007.

_____          _____
Crane H. Kenney                                          John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of WGN Continental Broadcasting Company

**Professionals' Eyes Only**

**TRB0603788**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## WPIX, INC.

The undersigned, being all of the members of the Board of Directors of WPIX, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank. N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the __4th__ day of June 2007.

_____            _____
Crane H. Kenney                                                  John E. Reardon


Being all of the Directors of WPIX, Inc.


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF WPIX, INC.

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## WTXX INC.

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of WTXX Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## CAPITAL CONTRIBUTION AND
## REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS,** the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "*Capital Contribution*") from Tribune Television Company in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, the promissory note dated as of December 20, 2001, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $5,000,000 (the "*LAT International Note*");

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Note; and

**RESOLVED,** that the repayment of the LAT International Note with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

## GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

1

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

<u>Authorization of Guarantee</u>

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

2

**TRB0603799**

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

3

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 4th day of June 2007.

_____        _____
Crane H. Kenney                                          John E. Reardon

Being all of the Directors of WTXX, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF WTXX, INC.

**Professionals' Eyes Only**

TRB0603801

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## CHICAGOLAND PUBLISHING COMPANY

The undersigned, being all of the members of the Board of Directors of

Chicagoland Publishing Company, a Delaware corporation (the "*Company*"), hereby consent to

the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation

Law of the State of Delaware, as amended:

### GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

*  *  *  *  *

2

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4ᵗʰ___ day of June 2007.

_____          _____
Scott C. Smith                                          Crane H. Kenney

Being all of the Directors of Chicagoland Publishing Company

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF CHICAGOLAND PUBLISHING COMPANY

**Professionals' Eyes Only**
**TRB0603807**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## CHICAGOLAND TELEVISION NEWS, INC.

The undersigned, being all of the members of the Board of Directors of Chicagoland Television News, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

WHEREAS the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

#### Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

**Professionals' Eyes Only**

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

### Further Authorization

**FURTHER RESOLVED,** that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED,** that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**

TRB0603812

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4th___ day of June 2007.

_____
Scott C. Smith

_____
Crane H. Kenney

_____
John E. Reardon


Being all of the Directors of Chicagoland Television News, Inc.


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF CHICAGOLAND TELEVISION NEWS, INC.

**Professionals' Eyes Only**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## COURANT SPECIALTY PRODUCTS

The undersigned, being all of the members of the Board of Directors of Courant Specialty Products, a Connecticut corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 33-749 of the Connecticut Business Corporation Act, as amended:

### GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

TRB0603817

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

### Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**
TRB0603818

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4th___ day of June 2007.

_____          _____
Stephen D. Carver                                            Robert Gremillion

_____
Crane H. Kenney


Being all of the Directors of Courant Specialty Products

**Professionals' Eyes Only**                                                    TRB0603819

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# THE DAILY PRESS, INC.

The undersigned, being all of the members of the Board of Directors (the "_Authorizing Body_") of The Daily Press, Inc., a Delaware corporation (the "_Company_"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## CAPITAL CONTRIBUTION AND
## REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS,** the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "_Capital Contribution_") from Tribune Company in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, the promissory note dated as of June 27, 1997, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $42,214,054 (the "_LAT International Note_");

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Note; and

**RESOLVED,** that the repayment of the LAT International Note with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

## INTERCOMPANY LOAN

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to borrow funds from Tribune Finance, LLC (the "_Intercompany Loan_") in an amount to be determined by the Authorizing Body and to execute an intercompany demand note to Tribune Finance, LLC (the "_Demand Note_") to evidence such Intercompany Loan and certain other intercompany loans made to other subsidiaries of Tribune Finance, LLC; and

**RESOLVED,** that the incurrence of debt under the Intercompany Loan and the execution of the Demand Note be, and hereby are, approved by the Authorizing Body.

1

CHI 3891203v1

**Professionals' Eyes Only**

## DIVIDEND

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to dividend (the "*Dividend*") an aggregate amount in cash equal to the amount of the Intercompany Loan to Tribune Company; and

**RESOLVED,** that the Dividend to Tribune Company be, and it hereby is, approved by the Authorizing Body.

## GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

**RESOLVED,** that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company

2

TRB0603824

to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

3

**Professionals' Eyes Only**

TRB0603825

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___ day of June 2007.

_____
Crane H. Kenney

_____
Scott C. Smith

_____
Kathleen M. Waltz

Being all of the Directors of The Daily Press, Inc.

**Professionals' Eyes Only**

TRB0603826

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## DISTRIBUTION SYSTEMS OF AMERICA, INC.

The undersigned, being all of the members of the Board of Directors of Distribution Systems of America, Inc., a New York corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 708(b) of the New York Business Corporation Law, as amended:

## GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

WHEREAS the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

**Professionals' Eyes Only**

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

TRB0603831

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4ᵗʰ___ day of June 2007.

_____                    _____
Crane H. Kenney                                                      Timothy P. Knight

_____
Scott C. Smith

Being all of the Directors of Distribution Systems of America, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF DISTRIBUTION SYSTEMS OF AMERICA, INC.

**Professionals' Eyes Only**

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# FORUM PUBLISHING GROUP, INC.

The undersigned, being all of the members of the Board of Directors of Forum Publishing Group, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

WHEREAS the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

TRB0603848



Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED,** that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED,** that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**
**TRB0603849**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4th___ day of June, 2007.

_____
Robert Gremillion

_____
Crane H. Kenney

_____
Scott C. Smith

Being all of the Directors of Forum Publishing Group, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF FORUM PUBLISHING GROUP, INC.

**Professionals' Eyes Only**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## GOLD COAST PUBLICATIONS, INC.

The undersigned, being all of the members of the Board of Directors of Gold Coast Publications, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

Authorization of Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___4th___ day of June 2007.

_____                _____
Robert Gremillion                                              Crane H. Kenney

_____
Scott C. Smith

Being all of the Directors of Gold Coast Publications, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF GOLD COAST PUBLICATIONS, INC.

**Professionals' Eyes Only**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## THE HARTFORD COURANT COMPANY

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of The Hartford Courant Company, a Connecticut corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 33-749 of the Connecticut Business Corporation Act, as amended:

## CAPITAL CONTRIBUTION AND
## REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS,** the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "*Capital Contribution*") from Tribune Company in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, the promissory note dated as of June 12, 2000, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $355,000,000 (the "*LAT International Note*");

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Note; and

**RESOLVED,** that the repayment of the LAT International Note with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

## INTERCOMPANY LOAN

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to borrow funds from Tribune Finance, LLC (the "*Intercompany Loan*") in an amount to be determined by the Authorizing Body and to execute an intercompany demand note to Tribune Finance, LLC (the "*Demand Note*") to evidence such Intercompany Loan and certain other intercompany loans made to other subsidiaries of Tribune Finance, LLC; and

**RESOLVED,** that the incurrence of debt under the Intercompany Loan and the execution of the Demand Note be, and hereby are, approved by the Authorizing Body.

CHI 3891205 1

1

**Professionals' Eyes Only**

## DIVIDEND

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the stockholder(s) to dividend (the "*Dividend*") an aggregate amount in cash equal to the amount of the Intercompany Loan to Tribune Company; and

**RESOLVED,** that the Dividend to Tribune Company be, and it hereby is, approved by the Authorizing Body.

## GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

**RESOLVED,** that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company

2

**Professionals' Eyes Only**

TRB0603861

to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

3

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 4ᵗʰ day of June 2007.

_____
Stephen D. Carver

_____
Robert Gremillion

_____
Crane H. Kenney

Being all of the Directors of The Hartford Courant Company

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF THE HARTFORD COURANT COMPANY

**Professionals' Eyes Only**

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# VIRGINIA GAZETTE COMPANIES, LLC

The undersigned, being all of the members of the Board of Directors (the "*Authorizing Body*") of Virginia Gazette Companies, LLC, a Delaware limited liability company (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 18-404(d) of the Limited Liability Company Act of the State of Delaware, as amended:

## CAPITAL CONTRIBUTION AND
## REPAYMENT OF INTERCOMPANY NOTES

**WHEREAS,** the Authorizing Body acknowledges the Company's receipt on June 4, 2007 of a capital contribution (the "*Capital Contribution*") from The Daily Press, Inc. in an amount equal to the sum of the aggregate outstanding principal balance of, and accrued interest on, the promissory note dated as of December 20, 2001, made by the Company in favor of Los Angeles Times International, Ltd. in the maximum principal amount of $25,000,000 (the "*LAT International Note*");

**WHEREAS,** the Authorizing Body deems it advisable and in the best interests of the Company and the member(s) to use the proceeds of the Capital Contribution to repay in full the LAT International Note; and

**RESOLVED,** that the repayment of the LAT International Note with the proceeds of the Capital Contribution be and hereby is, approved by the Authorizing Body.

## GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

1

**Professionals' Eyes Only**

**WHEREAS** the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

<u>Authorization of Guarantee</u>

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

2

**Professionals' Eyes Only**

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

Professionals' Eyes Only

TRB0603872

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 4ᵗʰ day of June 2007.

_____
Crane H. Kenney

_____
Kathleen M. Waltz

Being all of the Directors of Virginia Gazette Companies, LLC

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF VIRGINIA GAZETTE COMPANIES, LLC

**Professionals' Eyes Only**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## CHICAGO NATIONAL LEAGUE BALL CLUB, INC.

The undersigned, being all of the members of the Board of Directors of Chicago National League Ball Club, Inc., a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into a Credit Agreement (the "*Credit Agreement*"), dated as of May 17, 2007, by and among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), JPMorgan Chase Bank, N.A., as administrative agent (the "*Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a Guarantee Agreement (the "*Guarantee*") among Tribune Company, the Company, the other Guarantors (as therein defined) party thereto, and JPMorgan Chase Bank N.A., as Administrative Agent; and

WHEREAS the proposed terms of the Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Guarantee, substantially on the terms and conditions contained in the form of Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Guarantee Documents*"), (ii) that upon such execution and delivery, such Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the

1

**Professionals' Eyes Only**
**Highly Confidential – Attorneys' Eyes Only**

TRB0622475



Authorized Officers of the Company to establish the Guarantee and to evidence the Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Board and the Company have authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**
**Highly Confidential – Attorneys' Eyes Only**

TRB0622476

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _4th_ day of June 2007.

Dennis J. FitzSimons

Crane H. Kenney

Being all of the Directors of Chicago National League Ball Club, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF CHICAGO NATIONAL LEAGUE BALL CLUB, INC.

**Professionals' Eyes Only**
**Highly Confidential – Attorneys' Eyes Only**