Chandler Bigelow
Vice President/Treasurer
312/222-5578

# TRIBUNE

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611
fax: 312/222-3148
e-mail: cbigelow@tribune.com

November 21, 2007

J.P. Morgan Securities Inc.
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, New York  10017

Merrill Lynch Capital Corporation
4 World Financial Center
New York, New York  10080

Citigroup Global Markets Inc.
388 Greenwich Street
New York, New York  10013

Banc of America Securities LLC
Banc of America Bridge LLC
Bank of America, N.A.
9 West 57th Street
New York, New York  10019

Ladies and Gentlemen:

Reference is hereby made to that certain Amended and Restated Second Step Fee Letter dated April 5, 2007 (the "Second Step Fee Letter"), in each case among Tribune Company ("Tribune"), J.P. Morgan Securities Inc., JPMorgan Chase Bank, N.A., Merrill Lynch Capital Corporation, Citigroup Global Markets Inc. on behalf of itself and certain related entities, Bank of America, N.A., Banc of America Bridge LLC and Banc of America Securities LLC. Capitalized terms used herein and not otherwise defined shall have the meanings ascribed thereto in the Second Step Fee Letter.

Tribune hereby acknowledges that it intends to borrow $1,600 million under the Senior Bridge Facility or through the issuance of Senior Notes, as applicable.

CH1 4073416v.4

November 21, 2007
Page 2

Each of you hereby acknowledges and agrees that, if Tribune borrows no more than $1,600 million under the Senior Bridge Facility or through the issuance of Senior Notes, as applicable, then (i) you waive in full your right to reallocate up to $1,400 million of the Incremental Facility to the Senior Bridge Facility or Senior Notes as described in paragraph 3(b) of the Second Step Fee Letter and (ii) the Senior Unsecured Bridge Cap shall not exceed (A) 14.5% per annum payable in cash and (B) an additional 75 basis points per annum through (x) a PIK feature and/or (y) original issue discount ("OID") (calculated on a yield-to-maturity basis assuming the final maturity date of the notes to be issued), which component shall not be reallocated as an increase to the cash interest component stated in (A).

The Second Step Fee Letter remains in full force and effect except as set forth herein.

This letter agreement may not be amended or any provision hereof waived or modified except by an instrument in writing signed by each of the parties hereto. This letter agreement shall be governed by, and construed in accordance with, the laws of the State of New York. This letter agreement may be executed in any number of counterparts, each of which shall be an original and all of which, when taken together, shall constitute one agreement.

Sincerely,

TRIBUNE COMPANY

By: _Chandler Bigelow_

Chandler Bigelow
Vice President and Treasurer

November 21, 2007

**Acknowledged and agreed to by:**

MERRILL LYNCH CAPITAL CORPORATION

By:_____
    Name: David Twolin
    Title: Vice President

CITIGROUP GLOBAL MARKETS INC.

By:_____
    Name:
    Title:

J.P. MORGAN SECURITIES INC.

By:_____
    Name:
    Title:

JPMORGAN CHASE BANK, N.A.

By:_____
    Name:
    Title:

BANK OF AMERICA, N.A.

By:_____
    Name:
    Title:

BANC OF AMERICA BRIDGE LLC

By:_____
    Name:
    Title:

BANC OF AMERICA SECURITIES LLC

By:_____
    Name:
    Title:

[Signature Page to Flex Side Letter]

November 21, 2007

**Acknowledged and agreed to by:**

MERRILL LYNCH CAPITAL CORPORATION

By: _____
    Name:
    Title:

CITIGROUP GLOBAL MARKETS INC.

By: _____
    Name:  Julie Persily
    Title:  Managing Director

J.P. MORGAN SECURITIES INC.

By: _____
    Name:
    Title:

JPMORGAN CHASE BANK, N.A.

By: _____
    Name:
    Title:

BANK OF AMERICA, N.A.

By: _____
    Name:
    Title:

BANC OF AMERICA BRIDGE LLC

By: _____
    Name:
    Title:

BANC OF AMERICA SECURITIES LLC

By: _____
    Name:
    Title:

[Signature Page to Flex Side Letter]

November 21, 2007

**Acknowledged and agreed to by:**

MERRILL LYNCH CAPITAL CORPORATION

By:_____
    Name:
    Title:

CITIGROUP GLOBAL MARKETS INC.

By:_____
    Name:
    Title:

J.P. MORGAN SECURITIES INC.

By:_____
    Name:   ROBERT ANASTASIO
    Title:   VICE PRESIDENT

JPMORGAN CHASE BANK, N.A.

By:_____
    Name:   ROBERT ANASTASIO
    Title:   VICE PRESIDENT

BANK OF AMERICA, N.A.

By:_____
    Name:
    Title:

BANC OF AMERICA BRIDGE LLC

By:_____
    Name:
    Title:

BANC OF AMERICA SECURITIES LLC

By:_____
    Name:
    Title:

[Signature Page to Flex Side Letter]

November 21, 2007

Acknowledged and agreed to by:

MERRILL LYNCH CAPITAL CORPORATION

By:_____
   Name:.
   Title:

CITIGROUP GLOBAL MARKETS INC.

By:_____
   Name:
   Title:

J.P. MORGAN SECURITIES INC.

By:_____
   Name:
   Title:

JPMORGAN CHASE BANK, N.A.

By:_____
   Name:
   Title:

BANK OF AMERICA, N.A.

By:_____
   Name: *Villiam A Bowen Jr*
   Title: MD

BANC OF AMERICA BRIDGE LLC

By:_____
   Name:
   Title:

BANC OF AMERICA SECURITIES LLC

By:_____
   Name:
   Title:

[Signature Page to Flex Side Letter]

November 21, 2007

**Acknowledged and agreed to by:**

MERRILL LYNCH CAPITAL CORPORATION

By:_____
    Name:
    Title:

CITIGROUP GLOBAL MARKETS INC.

By:_____
    Name:
    Title:

J.P. MORGAN SECURITIES INC.

By:_____
    Name:
    Title:

JPMORGAN CHASE BANK, N.A.

By:_____
    Name:
    Title:

BANK OF AMERICA, N.A.

By:_____
    Name:
    Title:

BANC OF AMERICA BRIDGE LLC

By:_____
    Name:  Daniel T. Kelly
    Title:  Managing Director

BANC OF AMERICA SECURITIES LLC

By:_____
    Name:  Daniel T. Kelly
    Title:  Managing Director

[Signature Page to Flex Side Letter]