CONFIDENTIAL

Operating revenues for the Company's three largest newspapers, including their related businesses, for the last three years were as follows:



**Operating revenues by newspaper ($ millions)**

Los Angeles Times | Chicago Tribune | Newsday | Other newspapers and businesses

Note: Reported results
[1] Includes the daily newspaper and other related businesses
[2] Includes 53rd week

The following table provides a breakdown of operating revenues for the publishing segment for the last three years:

**Breakdown of publishing revenues ($000s)**

|  | Fiscal year ended December | | |
|---|---|---|---|
|  | 2004 | 2005 | 2006 |
| Advertising |  |  |  |
| Retail | $1,330,951 | $1,323,547 | $1,344,124 |
| National | 802,530 | 774,093 | 736,808 |
| Classified | 1,095,012 | 1,146,460 | 1,179,128 |
| Total advertising | $3,228,493 | $3,244,100 | $3,260,060 |
| Circulation | 643,947 | 596,163 | 575,043 |
| Other[1] | 257,410 | 256,587 | 257,459 |
| Total | $4,129,850 | $4,096,850 | $4,092,562 |

[1] Primarily includes revenues from advertising placement services; the syndication of columns, features, information and comics to newspapers; commercial printing operations; delivery of other publications; direct mail operations; cable television news programming; distribution of entertainment listings; and other publishing-related activities

TRIBUNE COMPANY

Highly Confidential - Attorneys' Eyes Only

JPM_00325449

CONFIDENTIAL

The following table sets forth information concerning the Company's advertising volume for its daily newspapers for the last three years:

| Advertising volume (000s) | | | |
|---|---|---|---|
| | Fiscal year ended December | | |
| | 2004 | 2005 | 2006 |
| **Advertising inches** | | | |
| **Full run** | | | |
|   Retail | 6,200 | 5,980 | 6,119 |
|   National | 3,998 | 3,774 | 3,457 |
|   Classified | 10,265 | 10,023 | 10,154 |
| Total full run | 20,463 | 19,777 | 19,730 |
| Part run | 20,575 | 20,112 | 21,217 |
| Total advertising inches | 41,038 | 39,889 | 40,947 |
| Preprint pieces | 14,680 | 14,929 | 14,929 |

The following table sets forth information concerning the Company's circulation for its primary daily newspapers:

| Circulation (000s) | | | | | | |
|---|---|---|---|---|---|---|
| | Average paid circulation for the six months ended September[1] | | | | | |
| | Daily[2] | | | Sunday | | |
| | 2004 | 2005 | 2006 | 2004 | 2005 | 2006 |
| Los Angeles Times | 877 | 843 | 776 | 1,292 | 1,248 | 1,172 |
| Chicago Tribune | 601 | 586 | 576 | 964 | 951 | 938 |
| Newsday (Long Island) | 459 | 432 | 411 | 521 | 496 | 475 |
| South Florida Sun-Sentinel | 232 | 227 | 222 | 337 | 322 | 305 |
| Orlando Sentinel | 247 | 220 | 214 | 364 | 331 | 317 |
| The Sun (Baltimore) | 270 | 247 | 236 | 454 | 419 | 381 |
| Other daily newspapers[3] | 436 | 422 | 408 | 597 | 571 | 559 |
| Total Net Paid Circulation[4] | 3,122 | 2,977 | 2,843 | 4,529 | 4,338 | 4,147 |
| Total Individually Paid Circulation[4] | 2,880 | 2,759 | 2,724 | 4,324 | 4,171 | 4,066 |

[1] Circulation data is based on internal records, is subject to audit by the Audit Bureau of Circulations ("ABC") and may be updated in subsequent filings

[2] Average daily circulation is based on a five-day (Mon.–Fri.) average

[3] Other daily newspapers include *Hartford Courant*, *The Morning Call*, *Daily Press*, *The Advocate* and *Greenwich Time*

[4] Individually paid circulation includes home delivery and single copy sales. This circulation is more highly valued by advertisers and represented 96% of total daily circulation and 98% of total Sunday circulation for the six months ended September 2006. Total net paid circulation includes both individually paid and other paid (education, sponsored, hotels) copies

Each of the Company's newspapers operates independently to most effectively meet the needs of the community it serves. Local management establishes editorial policies. The Company coordinates certain aspects of operations and resources in order to provide greater operating efficiency and economies of scale.

The Company's newspapers compete for readership and advertising with other metropolitan, suburban and national newspapers, and also with television, radio, Internet services and other

TRIBUNE COMPANY

66

Highly Confidential – Attorneys' Eyes Only

JPM_00325450

CONFIDENTIAL

media. Competition for newspaper advertising is based upon circulation levels, readership demographics, price, service and advertiser results, while competition for circulation is based upon the content of the newspaper, service and price.

The *Los Angeles Times, Chicago Tribune, South Florida Sun-Sentinel, Orlando Sentinel, Daily Press, The Morning Call, The Advocate* and *Greenwich Time* are printed in Company-owned production facilities. *Newsday, The Sun* and *Hartford Courant* are printed on Company-owned presses in production facilities leased from an affiliate (see Note 7 to the consolidated financial statements in Item 8 provided in the Annual Report Form 10-K for the year ended December 31, 2006). The principal raw material is newsprint. In 2006, the Company's newspapers consumed approximately 697,000 metric tons of standard newsprint, 45.0 gram basis weight. Average newsprint prices increased 10% in 2006 from 2005 reflecting increased market prices. Average newsprint prices increased 12% and 10% in 2005 and 2004, respectively.

The Company is party to an agreement with Abitibi Consolidated Inc., expiring in 2009, to supply newsprint. Under the current agreement, the Company · purchased approximately 369,000 metric tons of newsprint in 2006, representing 53% of the Company's newsprint purchases and has agreed to purchase 369,000 metric tons in 2007, 2008 and 2009, subject to certain limitations, based on market prices at the time of purchase.

I. *Los Angeles Times* and Related Businesses

The *Los Angeles Times* has been published continuously since 1881. The newspaper has won 37 Pulitzer Prizes and is the largest daily metropolitan newspaper in the United States in circulation. The Los Angeles market ranks second in the nation in terms of households. In its primary circulation areas of Los Angeles, Orange, Ventura, San Bernardino and Riverside counties, the *Los Angeles Times* competes for advertising and circulation with 16 local daily newspapers and three daily national newspapers, with its largest local competitor having almost 300,000 in average daily circulation. For the six-month period ended September 2006, the *Los Angeles Times* ranked fourth and second in the country for average daily and Sunday circulation, respectively, according to ABC. Approximately 78% and 81% of the paper's daily and Sunday circulation, respectively, was home delivered in 2006, with the remainder primarily sold at newsstands and vending boxes.

In addition to the daily edition covering the Los Angeles metropolitan area, the *Los Angeles Times* publishes Orange County, San Fernando Valley, Inland Empire and Ventura County editions. Daily and semi-weekly community newspapers are either inserted into the paper in selected geographic areas or distributed to homes and through vending machines to provide targeted local news coverage. The company operates latimes.com, an online expanded version of the newspaper featuring 50,000 content pages, which provides entertainment, local, national and international news, and theenvelope.com, a comprehensive year-round entertainment awards website. The company owns 50% of California Independent Postal Systems ("CIPS"), which provides alternative distribution services for advertising preprints. MediaNews Group, Inc. owns the other 50% of CIPS.

II. *Chicago Tribune* and Related Businesses

Founded in 1847, the *Chicago Tribune* is the flagship publication of Tribune. The newspaper has won 24 Pulitzer Prizes and is the largest circulation paper in Chicago and the Midwest. It ranks eighth among U.S. daily newspapers with an average daily paid circulation of approximately 576,000; and third among U.S. Sunday newspapers with an average Sunday paid circulation of approximately 938,000. Approximately 84% of its weekday newspapers and 74% of its Sunday newspapers are home delivered with the remainder primarily sold at newsstands and vending boxes. It also operates chicagotribune.com, an online version of the newspaper and *RedEye*, a free daily newspaper in Chicago targeting young, urban commuters.

TRIBUNE COMPANY

67

CONFIDENTIAL

Other businesses owned by Tribune include Tribune Direct, which provides integrated and comprehensive direct mail services, and Chicagoland Publishing Company, which publishes a number of free guides in the real estate, automotive and help wanted categories. Chicagoland Publishing also publishes the monthly magazine *Chicago*, which earned a 2004 National Magazine "Ellie" Award for general excellence.

III. *Newsday* and Related Businesses

*Newsday* is published daily and circulated primarily in Nassau and Suffolk counties on Long Island, New York, and in the borough of Queens in New York City. The paper has been published since 1940 and has won 18 Pulitzer Prizes. The New York metropolitan area ranks first among U.S. markets in terms of households. *Newsday* competes with three major metropolitan newspapers, daily regional editions of several national newspapers and numerous daily, weekly and semiweekly local newspapers and free distribution newspapers. Approximately 70% of the paper's daily and 66% of its Sunday circulation is sold through home delivery, with the remainder primarily sold at newsstands and vending boxes. See Note 4 to the consolidated financial statements in Item 8 provided in the Annual Report Form 10-K for the year ended December 31, 2006, for a discussion of charges recorded in 2004 related to the anticipated settlement with advertisers regarding misstated circulation at *Newsday*.

Newsday, Inc., publisher of *Newsday*, also publishes *Distinction*, a magazine serving Long Island's households, issued 10 times per year; *Parents & Children*, a magazine for Long Island families, issued 12 times per year; *Long Island Weddings*, a magazine for brides-to-be, published two times per year; and *Wellness*, a magazine serving Long Island's 40+ health and fitness market, published six times per year. Newsday, Inc.'s subsidiary, Star Community Publishing Group, LLC, publishes 183 pennysaver editions in Nassau and Suffolk counties on Long Island, New York, and in the boroughs of Queens, Brooklyn and Staten Island in New York City. Additionally, the results of *amNew York*, a free daily newspaper in New York City targeting young, urban commuters, are included in Newsday, Inc.'s results. Newsday, Inc. also has several websites including newsday.com and amny.com, which are online versions of the newspapers.

IV. Other Newspapers

The Company's other primary daily newspapers are *South Florida Sun-Sentinel*, *Orlando Sentinel*, *The Sun*, *Hartford Courant*, *Daily Press*, *The Morning Call*, *The Advocate* and *Greenwich Time*.

The *South Florida Sun-Sentinel* is the major daily newspaper serving the Broward/Palm Beach County market, leading in both circulation and readership. The Miami/Fort Lauderdale/Miami Beach metropolitan area, which includes Broward and Palm Beach counties, ranks sixth in the nation in terms of households. Approximately 75% of the paper's daily and 71% of its Sunday circulation is sold through home delivery, with the remainder primarily sold at newsstands and vending boxes.

Sun-Sentinel Company, publisher of the *South Florida Sun-Sentinel*, also serves the news and information needs of South Florida through sun-sentinel.com, its breaking news and information website; southflorida.com, a South Florida entertainment website; *el Sentinel*, a weekly Spanish language newspaper; *Teenlink*, a weekly newspaper distributed in Broward County high schools; weekly community newspapers; niche publications; and television and radio partnerships, including its close working relationship with Tribune Broadcasting's WSFL-TV, Miami, the CW Network affiliate serving South Florida.

Other publications produced by Sun-Sentinel Company include: *City & Shore*, a bimonthly lifestyle magazine; *City Link*, an alternative weekly newspaper; *Florida New Homes & Condo Guide*, a comprehensive bimonthly guide to South Florida real estate; *Jewish Journal*, a

TRIBUNE COMPANY

68

JPM_00325452

CONFIDENTIAL

collection of weekly newspapers serving South Florida's Jewish community; and *South Florida Parenting*, a monthly magazine providing parenting information and resources for local families.

The *Orlando Sentinel* primarily serves a six-county area in central Florida. The newspaper is the only major daily newspaper in the Orlando market, although it competes with other Florida and national newspapers, as well as with other media. The *Orlando Sentinel* has been published since 1876 and has won three Pulitzer Prizes. The Orlando market ranks 27th among U.S. markets in terms of households. Approximately 80% of the paper's daily and 73% of its Sunday circulation is sold through home delivery, with the remainder primarily sold at newsstands and vending boxes.

Orlando Sentinel Communications Company, publisher of the *Orlando Sentinel* and orlandosentinel.com, also publishes *ShopLocal*, a free weekly publication used to distribute advertising and content to newspaper non-subscribers. In addition to orlandosentinel.com, the company operates metromix.com covering central Florida. The company publishes the weekly, Spanish-language newspaper, *El Sentinel*, and its companion website, elsentinel.com, as well as six weekly Forum community newspapers. The company's multimedia portfolio also includes free-distribution, niche products in the central Florida market including *Job Xtra* and *AutoFinder* magazines. Orlando Sentinel Communications offers direct marketing/direct mail services through Tribune Direct/Orlando in addition to distribution services for other publications.

*The Sun*, Maryland's largest newspaper, has won 15 Pulitzer Prizes since it began publishing a daily newspaper in 1837. The Baltimore market ranks 20th in the United States in number of households. For the six-month period ending Sept. 25, 2006, *The Sun* was ranked the 22nd largest newspaper in the country by Sunday circulation according to ABC. *The Sun* competes with *Baltimore Examiner* as well as *The Washington Post* in Anne Arundel and Howard counties, with *The Annapolis Capital* in Anne Arundel County and with *The Carroll County Times* in Carroll County. It also competes with regional editions of national daily newspapers, as well as other local dailies and weeklies. Approximately 79% of the paper's daily and 64% of its Sunday circulation is sold through home delivery, with the remainder primarily sold at newsstands and vending boxes.

The Baltimore Sun's subsidiaries, Patuxent Publishing and Homestead Publishing, publish 17 weekly newspapers throughout Anne Arundel, Baltimore, Carroll, Harford and Howard counties. The largest of these weekly newspapers are *The Columbia Flier*, *The Towson Times*, *The Owings Mills Times* and *The Aegis*. The Baltimore Sun also operates a market-leading website, baltimoresun.com, as well as baltimore.metromix.com, a local entertainment site targeting users in the 18-34 demographic.

*Hartford Courant*, founded in 1764, is the oldest continuously published newspaper in the United States. It is the most widely circulated and read newspaper in Connecticut and the strongest medium in the state for advertisers and readers alike. Winner of two Pulitzer Prizes and twice named one of the five best-designed newspapers in the world, *Hartford Courant* is published in the state's capital, Hartford, and serves the state's northern and central regions. The Hartford Courant's primary market is the Hartford market, which includes Hartford, Tolland and Middlesex counties. The Hartford market ranks 44th among U.S. markets in terms of households. Hartford Courant Company, publisher of *Hartford Courant*, has one of the most extensive zoning operations in the country, publishing eight editions of *Hartford Courant* zoned for local news and advertising. The company also operates courant.com, Connecticut's leading online news site, and ctnow.com, a statewide entertainment website. It also owns two subsidiaries: New Mass Media, Inc., a publisher of four weekly alternative newspapers in Connecticut and Massachusetts, and ValuMail, Inc., a shared-mail company that distributes advertising supplements to more than two million households in Connecticut, Massachusetts,

TRIBUNE COMPANY

Highly Confidential – Attorneys' Eyes Only

JPM_00325453

CONFIDENTIAL

New York and Rhode Island. Approximately 90% of the paper's daily and 78% of its Sunday circulation is sold through home delivery, with the remainder primarily sold at newsstands and vending boxes.

Founded in 1896, the *Daily Press* serves the Virginia Peninsula market, which includes Newport News, Hampton, Williamsburg and eight other cities and counties. This market, together with Norfolk, Portsmouth and Virginia Beach, is the 40th largest U.S. market in terms of households. *Daily Press* is the only major daily newspaper in its primary market, although it competes with other regional and national newspapers, as well as with other media. Approximately 84% of the paper's daily and 80% of its Sunday circulation is sold through home delivery, with the remainder primarily sold at newsstands and vending boxes. The Daily Press, Inc., publisher of *Daily Press*, also owns *The Virginia Gazette*, which is published twice weekly and primarily serves Williamsburg, Va., and surrounding counties. The *Daily Press* serves the Internet community through its online affiliates dailypress.com, 7cities.com and hrtownsquare.com.

*The Morning Call*, published since 1895, is the leading regional newspaper for nine counties in eastern Pennsylvania and New Jersey. The Morning Call, Inc., publisher of *The Morning Call*, offers free publications serving the recruitment and real estate markets, and selected high-income households. A free weekly newspaper and a targeted online venture serve the 18-34 year-old audience. Subsidiaries of The Morning Call, Inc. offer full service direct marketing and saturation preprint delivery through non-subscriber distribution. In addition, the company owns and operates the premier regional website, mcall.com. Allentown-Bethlehem-Easton is the 60th largest U.S. market in terms of households. Approximately 83% of the paper's daily and 79% of its Sunday circulation is sold through home delivery, with the remainder primarily sold at newsstands and vending boxes.

*The Advocate* and *Greenwich Time*, currently in the process of being sold, primarily serve the Stamford/Greenwich market in southwestern Fairfield County, Conn. The newspapers also serve neighboring Norwalk. *The Advocate* has won a Pulitzer Prize.

### V. Other Publishing Related Businesses

The Company also owns targeted publications, including three editions of the Spanish language newspaper, *Hoy*. Hoy, New York, a free publication as of January 2006, was introduced in 1998; *Hoy*, Chicago, is a free publication introduced in September 2003; and *Hoy*, Los Angeles, is a free publication introduced in March 2004. See Note 3 to the consolidated financial statements in Item 8 provided in the Annual Report Form 10-K for the year ended December 31, 2006, for a discussion of the charges recorded in 2004 related to the anticipated settlement with advertisers regarding misstated circulation at *Hoy*, New York. *Hoy* provides local, national and international news and features of interest to Hispanics. *Hoy*, New York, serves the second-largest Hispanic market in the U.S.; *Hoy*, Los Angeles, serves the largest Hispanic market in the U.S.; and *Hoy*, Chicago, serves the fourth largest Hispanic market in the U.S. The Spanish-language daily newspaper also operates hoyinternet.com, a national Spanish-language website. On Feb. 12, 2007, the Company announced the sale of *Hoy*, New York to ImpreMedia, LLC and is expected to close in 2007.

The Company also owns Tribune Media Services, Inc. ("TMS"), which creates, aggregates and distributes news, information and entertainment content that reaches millions of users through print, online and on-screen media. The TMS Entertainment Products group creates TV and movie guide products for major media companies and consumers. TMS provides data for interactive program guides to cable, satellite operators and consumer electronics manufacturers. The TMS News and Features group licenses content from more than 600 writers, artists, newspaper and magazine publishers, and wire services to roughly 4,000 media customers worldwide.

Highly Confidential - Attorneys' Eyes Only

JPM_00325454

C O N F I D E N T I A L

The Company also operates CLTV, a regional 24-hour cable news channel serving Chicagoland. CLTV was launched in January 1993 and currently is available to more than 1.6 million cable households in the Chicago market.

## Broadcasting and Entertainment

The broadcasting and entertainment segment represented 26% of the Company's consolidated operating revenues in 2006. At Dec. 31, 2006, the segment included The CW Television Network ("The CW Network") affiliates located in New York, Los Angeles, Chicago, Dallas, Washington, D.C., Houston, Miami, Denver, St. Louis, Portland, Indianapolis, San Diego, Hartford, and New Orleans; the FOX Network television affiliates in Seattle, Sacramento, Indianapolis, Hartford, Grand Rapids and Harrisburg; MyNetworkTV affiliates in Philadelphia and Seattle; an ABC television affiliate in New Orleans; Superstation WGN; one radio station in Chicago; the Chicago Cubs baseball team; and Tribune Entertainment, a company that distributes its own programming together with programming licensed from third parties. On Jan. 24, 2006, the Company announced that it had reached a 10-year agreement to affiliate 16 of its former WB Network affiliate stations with The CW Network. The network was launched in September 2006 by Warner Bros. Entertainment and CBS. The network airs a portion of the programming previously carried on the WB Network and the UPN Network, as well as new programming. The WB Network was shut down in 2006. The Company did not incur any costs related to the shutdown of the WB Network. The Company sold its Albany and Boston stations, both CW Network affiliates, in December 2006.

In the second quarter of 2006, the Company announced that its other three WB Network affiliates (Philadelphia, Atlanta and Seattle) would become affiliates of the new broadcast network, MyNetworkTV, which was launched in September 2006 by the FOX Television Stations Network Inc. and Twentieth Century Television. The new network airs primarily prime-time dramas. The Company subsequently sold its Atlanta station in August 2006.

The additional week in fiscal year 2006 increased operating revenues, operating expenses and operating profit in the broadcasting and entertainment segment by approximately 1%. The following table shows sources of operating revenues for the broadcasting and entertainment segment for the last three years:

| Breakdown of broadcasting and entertainment revenues ($000s) | | | |
| --- | --- | --- | --- |
| | 2004 | 2005 | 2006 |
| Television | $1,258,802 | $1,165,821 | $1,178,104 |
| Radio/entertainment | 242,779 | 248,612 | 247,042 |
| Total | $1,501,581 | $1,414,433 | $1,425,146 |

## VI. Television

In 2006, television contributed 83% of the broadcasting and entertainment segment's operating revenues. The Company's television stations compete for audience and advertising with other television and radio stations, cable television and other media serving the same markets. Competition for audience and advertising is based upon various interrelated factors including programming content, audience acceptance and price.

TRIBUNE COMPANY

Highly Confidential - Attorneys' Eyes Only

JPM_00325455

CONFIDENTIAL

Selected data for the Company's television stations are shown in the following table:

## Television station overview

| | Market | | | Analog channel | Affiliation | Major over-the-air stations in market | Expiration of FCC license[3] | Year acquired |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | National ranks[1] | % of U.S. households | FCC %[4] | | | | | |
| WPIX—New York, NY | 1 | 6.6 | 6.6 | 11-VHF | CW | 7 | 2007[4, 6] | 1948[5] |
| KTLA—Los Angeles, CA | 2 | 5.0 | 5.0 | 5-VHF | CW | 8 | 2006[4, 6] | 1985 |
| WGN—Chicago, IL | 3 | 3.1 | 3.1 | 9-VHF | CW | 8 | 2005[6] | 1948[5] |
| WPHL—Philadelphia, PA | 4 | 2.6 | 1.3 | 17-UHF | MNTV | 7 | 2007[7] | 1992 |
| KDAF—Dallas, TX | 6 | 2.1 | 1.1 | 33-UHF | CW | 9 | 2006[6] | 1997 |
| WDCW—Washington, D.C. | 8 | 2.0 | 1.0 | 50-UHF | CW | 7 | 2004[6] | 1999 |
| KHCW—Houston, TX | 10 | 1.8 | 0.9 | 39-UHF | CW | 9 | 2006[6] | 1996 |
| KCPQ—Seattle, WA | 14 | 1.5 | 1.5 | 13-VHF | FOX | 8 | 2007[6] | 1999 |
| KMYQ—Seattle, WA | 14 | — | — | 22-UHF | MNTV | 8 | 2007[6] | 1998 |
| WSFL—Miami, FL | 16 | 1.4 | 0.7 | 39-UHF | CW | 7 | 2013[6] | 1997 |
| KWGN—Denver, CO | 18 | 1.3 | 1.3 | 2-VHF | CW | 7 | 2006[6] | 1966 |
| KTXL—Sacramento, CA | 20 | 1.2 | 0.6 | 40-UHF | FOX | 7 | 2006[6] | 1997 |
| KPLR—St. Louis, MO | 21 | 1.1 | 1.1 | 11-VHF | CW | 6 | 2014 | 2003 |
| KRCW—Portland, OR | 23 | 1.0 | 0.5 | 32-UHF | CW | 7 | 2007[6] | 2003 |
| WTTV—Indianapolis, IN | 25 | 1.0 | 1.0 | 4-VHF | CW | 7 | 2013 | 2002 |
| WXIN—Indianapolis, IN | 25 | — | — | 59-UHF | FOX | 7 | 2005[6] | 1997 |
| KSWB—San Diego, CA | 27 | 0.9 | 0.5 | 69-UHF | CW | 7 | 2006[6] | 1996 |
| WTIC—Hartford, CT | 28 | 0.9 | 0.5 | 61-UHF | FOX | 7 | 2007[4, 6] | 1997 |
| WTXX—Hartford, CT | 28 | — | — | 20-UHF | CW | 7 | 2007[4, 6] | 2001 |
| WXMI—Grand Rapids, MI | 39 | 0.7 | 0.3 | 17-UHF | FOX | 7 | 2005[6] | 1998 |
| WPMT—Harrisburg, PA | 41 | 0.6 | 0.3 | 43-UHF | FOX | 5 | 2007[7] | 1997 |
| WGNO—New Orleans, LA | 54 | 0.5 | 0.3 | 26-UHF | ABC | 7 | 2005[6] | 1983 |
| WNOL—New Orleans, LA | 54 | — | — | 38-UHF | CW | 7 | 2013 | 2000 |

[1] Source: Nielsen Station Index (DMA Market and Demographic Rank Report, September 2006). Ranking of markets is based on number of television households in DMA (Designated Market Area)

[2] Source: Nielsen Station Index (Viewers in Profile Reports, 2006). Major over-the-air stations program for a broad, general audience in the market

[3] See "Governmental Regulation" provided in the Annual Report Form 10-K for the year ended December 31, 2006

[4] See "Governmental Regulation" provided in the Annual Report Form 10-K for the year ended December 31, 2006, for discussion of the Federal Communications Commission ("FCC") television/newspaper cross-ownership rule

[5] Founded by the Company

[6] The WDCW–TV license expired October 2004, the renewal application filed in June 2004 is pending; the WGNO–TV license expired June 2005, the renewal application filed in February 2005 is pending; the WXIN–TV license expired August 2005, the renewal application filed in March 2005 is pending; the WXMI–TV license expired October 2005, the renewal application filed in May 2005 is pending; the WGN–TV license expired December 2005, the renewal application filed in August 2005 is pending; the KWGN–TV license expired in April 2006, the renewal application filed in December 2005 is pending; the KDAF–TV license expired August 2006, the renewal application filed in March 2006 is pending; the KHCW–TV license expired August 2006, the renewal application filed in March 2006 is pending; the KTLA–TV license expired December 2006, the renewal application filed in August 2006 is pending; the KTXL–TV license expired December 2006, the renewal application filed in August 2006 is pending; and the KSWB–TV license expired December 2006, the renewal application filed in August 2006 is pending. The KCPQ–TV license expired in February 2007, the renewal application filed in October 2006 is pending; the KMYQ–TV license expired in February 2007, the renewal application filed in October 2006 is pending; the KRCW–TV license expired in February 2007, the renewal application filed in October 2006 is pending; the WTIC–TV license expired in April 2007, the renewal application filed in December 2006 is pending; the WTXX–TV license expires in April 2007, the renewal application filed in December 2006 is pending; and the WPIX–TV license expires in June 2007, the renewal application filed in February 2007 is pending

[7] The WPHL–TV and WPMT–TV license renewal applications are due by April 1, 2007

TRIBUNE COMPANY

72

Highly Confidential – Attorneys' Eyes Only

JPM_00325456

C O N F I D E N T I A L

Programming emphasis at the Company's stations is placed on network-provided shows, syndicated series, feature motion pictures, local and regional sports coverage, news, and children's programs. These stations acquire most of their programming from outside sources, including The CW Network, the FOX Network and MyNetworkTV, although a significant amount is produced locally. Superstation WGN programming is delivered by cable or satellite outside of the Chicago area and includes syndicated series, movies and first-run programming. Contracts for purchased programming generally cover a period of one to five years, with payment also typically made over several years. The expense for amortization of television broadcast rights in 2006 was $361 million, which represented approximately 31% of total television operating revenues.

Average audience share information for the Company's television stations for the past three years is shown in the following table:

| Television station audience share | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Average audience share[1] | | | | | |
| | | Total market year ended December, | | | In-market stations[2] year ended December, | | |
| | Affiliation | 2004 | 2005 | 2006 | 2004 | 2005 | 2006 |
| WPIX—New York | CW | 5.8% | 5.1% | 4.4% | 13.6% | 12.4% | 11.1% |
| KTLA—Los Angeles | CW | 4.6 | 4.0 | 3.6 | 11.4 | 10.7 | 9.9 |
| WGN—Chicago | CW | 7.0 | 6.2 | 5.9 | 13.9 | 13.2 | 12.9 |
| WPHL—Philadelphia | MNTV | 4.0 | 4.0 | 3.7 | 8.2 | 8.5 | 8.4 |
| KDAF—Dallas | CW | 6.4 | 4.3 | 4.3 | 12.4 | 9.1 | 9.2 |
| WDCW—Washington | CW | 4.4 | 4.2 | 3.2 | 10.1 | 9.5 | 8.2 |
| KHCW—Houston | CW | 5.1 | 4.8 | 4.5 | 10.3 | 9.8 | 9.9 |
| KCPQ—Seattle | FOX | 5.8 | 6.7 | 5.7 | 11.8 | 13.7 | 12.3 |
| KMYQ—Seattle | MNTV | 2.5 | 2.5 | 2.0 | 5.0 | 5.0 | 4.3 |
| WSFL—Miami | CW | 5.2 | 5.2[3] | 3.9 | 13.9 | 13.9[3] | 11.0 |
| KWGN—Denver | CW | 4.3 | 3.9 | 3.2 | 9.8 | 9.4 | 7.8 |
| KTXL—Sacramento | FOX | 5.8 | 5.7 | 5.2 | 13.2 | 13.3 | 10.3 |
| KPLR—St. Louis | CW | 5.8 | 5.0 | 5.5 | 10.8 | 9.5 | 10.4 |
| KRCW—Portland | CW | 4.0 | 3.7 | 3.3 | 8.2 | 7.9 | 7.2 |
| WTTV—Indianapolis | CW | 3.8 | 3.7 | 2.7 | 7.7 | 7.8 | 5.9 |
| WXIN—Indianapolis | FOX | 5.7 | 6.5 | 5.8 | 11.7 | 13.7 | 12.8 |
| KSWB—San Diego | CW | 3.8 | 3.1 | 2.6 | 9.2 | 7.7 | 6.8 |
| WTIC—Hartford | FOX | 5.8 | 6.3 | 5.4 | 13.1 | 14.5 | 12.6 |
| WTXX—Hartford | CW | 2.4 | 2.1 | 2.1 | 5.5 | 4.7 | 4.9 |
| WXMI—Grand Rapids | FOX | 6.6 | 7.1 | 6.4 | 12.6 | 13.6 | 12.2 |
| WPMT—Harrisburg | FOX | 5.8 | 6.1 | 5.5 | 12.7 | 13.9 | 11.8 |
| WGNO—New Orleans | ABC | 4.6 | 4.6[3] | —[4] | 9.5 | 9.8[3] | —[4] |
| WNOL—New Orleans | CW | 4.9 | 3.8[3] | —[4] | 10.0 | 8.2[3] | —[4] |
| 23 station unweighted average[5] | | 5.0 | 4.7 | 4.2 | 10.6 | 10.4 | 9.5 |

[1] Represents the estimated number of television households tuned to a specific station as a percent of total viewing households in a defined area. The percentages shown reflect the average Nielsen ratings shares for the February, May, July and November measurement periods for 7 a.m. to 1 a.m. daily

[2] Excludes cable, satellite, public broadcasting, foreign language and minor independent channels

[3] Nielsen did not release November 2005 data for WSFL-TV, WGNO-TV and WNOL-TV as a result of hurricanes in these areas. The 2005 shares for these markets reflect the average of ratings for the February, May and July measurement periods only

[4] Nielsen did not release 2006 ratings data for WGNO-TV and WNOL-TV as a result of Hurricane Katrina

[5] 2006 unweighted station average is for 21 stations rather than 23, since New Orleans was not measured in 2006

TRIBUNE COMPANY

Highly Confidential - Attorneys' Eyes Only

JPM_00325457

CONFIDENTIAL

Average audience shares are shown on two bases: total market, which includes all channels, and in-market stations, which includes only the major over-the-air stations. Average in-market shares are a more relevant benchmark to determine the stations' performance in their respective markets as they compare the stations' performance to their primary programming and sales competition. In 2006, the average total market share and the average in-market share for the 23-station group declined versus 2005. Ratings for stations in the larger markets continued to be affected by the introduction of Nielsen's Local People Meters ("LPMs"). LPMs have tended to reduce the overall share of broadcast television as compared to cable television and, within the broadcast television universe, disadvantage stations like Tribune's that target younger audiences. The stations were also affected by some audience erosion due to a lack of major new syndicated programming and by lower WB Network prime-time ratings. The WB ceased operations in September 2006. Fourteen of Tribune's WB stations became affiliates of The CW network, a joint venture between CBS Corporation and Warner Bros. Entertainment. Two Tribune WB stations became affiliates of MyNetworkTV, a new television network owned by FOX Television Stations Network Inc. and Twentieth Century Television.

## VII. Radio/Entertainment

In 2006, radio/entertainment operations contributed 17% of the broadcasting and entertainment segment's operating revenues. WGN-AM, Chicago, is the only radio station owned by the Company.

Selected information for WGN-AM, Chicago, is shown in the following table:

| Radio station overview | | | | | |
| --- | --- | --- | --- | --- | --- |
| | Format | Frequency | National market rank[1] | Number of operating stations in market[2] | Audience share[3] |
| WGN–AM, Chicago | Personality/ Infotainment/Sports | 720–AM | 3 | 39 | 5.5% |

[1] Source: Radio markets ranked by Arbitron Metro Survey Area, Arbitron Company 2006

[2] Source: Arbitron Company 2006

[3] Source: Average of Winter 2005 and Spring, Summer and Fall 2006 Arbitron shares for persons 12 years old and over, 6 a.m. to midnight daily during the period measured

Entertainment includes Tribune Entertainment Company ("Tribune Entertainment") and the Chicago Cubs baseball team. The Chicago Cubs were acquired in 1981. Cubs games are broadcast on WGN-TV and WGN-AM. Tribune Entertainment is a distributor of programming in the United States syndicated television, cable television and ancillary markets. Tribune Entertainment distributes its own programming together with programming licensed from third parties.

Tribune Entertainment is party to a variety of distribution, marketing, and advertiser sales relationships with major suppliers such as DreamWorks SKG for the exclusive domestic syndication and ad sales of their film library, FremantleMedia, Hearst Entertainment, Rigel Entertainment, Telco Productions, Debmar-Mercury Entertainment, DIC Entertainment, Carlton America, and New Line Television. These relationships comprise over 400 television and theatrical motion pictures and more than 1,300 episodes of various television series and specials including "South Park," "Family Feud," "Soul Train," "The Soul Train Music Awards," and "Ron Hazelton's House Calls." Tribune Entertainment also distributes its television series productions of "Andromeda," "Earth Final Conflict," "Beastmaster," "Mutant X," and "Nightman."

In the fall of 2006, the first of the DreamWorks SKG titles became available. In addition, Tribune Entertainment launched "American Idol Rewind," in domestic syndication. The weekly

Highly Confidential - Attorneys' Eyes Only

JPM_00325458

TRIBUNE COMPANY

C O N F I D E N T I A L

one-hour series, includes original, never-before-seen episodes of the highly successful "American Idol" franchise.

Tribune owns a 10.5-acre studio production lot in Hollywood. Tribune Studios, a subsidiary of Tribune Entertainment, maintains the site that includes the studio and office space for KTLA and nine state-of-the art digital sound stages and associated production office space that are rented to third parties.

## Equity investments

The Company has investments in several public and private companies. See Note 8 to the consolidated financial statements in Item 8 provided in the Annual Report Form 10-K for the year ended December 31, 2006, for further discussion of the Company's cost and equity method investments.

The Company's principal equity method investments include CareerBuilder, Classified Ventures, TV Food Network, Comcast SportsNet Chicago, ShopLocal, Topix, TMCT and TMCT II. CareerBuilder, an online recruitment company formed in 2000, is owned 42.5% by the Company, 42.5% by Gannett Co., Inc. and 15% by The McClatchy Co., Inc. Classified Ventures is a network of automotive and real estate classified advertising websites. TV Food Network is a 24-hour cable/satellite television network focusing on food and entertaining. Comcast SportsNet Chicago is a 24-hour cable/satellite television network, which began programming in the fall of 2004, focusing on Chicago sports teams. ShopLocal transforms traditionally print-based retail promotions into search-based interactive formats. The Company, Gannett Co., Inc. and McClatchy Co., each own a 42.5%, 42.5% and 15% interest in ShopLocal, respectively. Topix is an online news and information aggregation website that continuously monitors breaking news from over 10,000 online sources and categorizes daily news content into over 300,000 topics, 24 hours a day. The ownership of Topix is approximately 33.7% for both the Company and Gannett Co., Inc., 11.9% for the McClatchy Co. and 20.7% for management of Topix, LLC. On Sept. 21, 2006, the Company and the Chandler Trusts entered into agreements to restructure TMCT and TMCT II. As a result, the Company's interests in each of TMCT and TMCT II were reduced to approximately 5%. The Company's investments in TMCT and TMCT II are further discussed in Note 7 to the consolidated financial statements in Item 8 provided in the Annual Report Form 10-K for the year ended December 31, 2006.

## Recent events

As the result of strategic review, Tribune recently implemented the following initiatives and transactions:

■ On March 6, 2007, Tribune announced the sale of its Southern Connecticut Newspapers, *The Advocate* (Stamford) and *Greenwich Time* (collectively, "SCNI"), to Gannett Co., Inc., for $73 million. The sale did not include real estate in Stamford and Greenwich, which Tribune will sell separately after a transitional lease to Gannett. When this transaction closes, the Company will exceed its goal of selling $500 million in non-core assets as part of the performance improvement plan that the Company launched in May 2006.

■ On February 12, 2007, Tribune announced that it had entered into an agreement to sell *Hoy*, New York, its Spanish-language daily newspaper, to ImpreMedia, LLC. The sale will not include the Hoy publications in Los Angeles and Chicago. Terms were not disclosed.

■ On September 21, 2006, Tribune announced that its board of directors had established an independent special committee to oversee management's exploration of alternatives for creating additional value for shareholders. Additionally, the Company and the Chandler Trusts entered into agreements to restructure TMCT and TMCT II, two unconsolidated investments of the Company, which were formed in 1997 and 1999, respectively, as a result

T R I B U N E   C O M P A N Y

Highly Confidential - Attorneys' Eyes Only

JPM_00325459

C O N F I D E N T I A L

of transactions between Times Mirror and its largest shareholders, Chandler Trust No. 1 and Chandler Trust No. 2. Under the terms of the agreements, the Company received on September 22, 2006 a total of 38.9 million shares of the Company's common stock and all 1.1 million shares of the Company's preferred stock held collectively by TMCT and TMCT II. As a result of the transactions, the Company's interests in each of TMCT and TMCT II were reduced to approximately 5%.

- On September 14, 2006, the Company announced the sale of WLVI-TV, Boston, to Sunbeam Television Corp. for $113.7 million. The sale closed on December 19, 2006.

- In the third quarter of 2006, Tribune sold 2.8 million shares of Time Warner common stock for net proceeds of approximately $46 million.

- On June 19, 2006, the Company announced the sale of WCWN-TV, Albany to Freedom Communications, Inc. for $17 million. The sale closed on December 6, 2006.

- On June 5, 2006, the Company announced the sale of WATL-TV, Atlanta to Gannett Co., Inc. for $180 million. The sale closed on August 7, 2006.

- On May 30, 2006, the Company initiated a modified "Dutch Auction" tender offer to repurchase up to 53 million shares of its common stock at a price per share not greater than $32.50 and not less than $28.00. The tender offer closed on June 26, 2006, and the Company acquired 45 million shares of its common stock on July 5, 2006 at a price of $32.50 per share before transaction costs. The Company also acquired 10 million shares of its common stock from the Robert R. McCormick Tribune Foundation and the Cantigny Foundation on July 12, 2006 at a price of $32.50 per share before transaction costs. The Robert R. McCormick Tribune Foundation and the Cantigny Foundation are affiliated non-profit organizations, which together held 13.6% of the Company's outstanding shares when the tender offer was launched. In connection with the tender offer, the board of directors also authorized the repurchase of an additional 12 million shares of the Company's common stock commencing on the eleventh business day following the completion of the tender offer. In the third quarter of 2006, the Company repurchased an additional 11.1 million shares under that authorization at a weighted average cost of $29.94 per share. In addition, the Company repurchased and retired 4.6 million shares of its common stock in the first quarter of 2006.

TRIBUNE COMPANY

76

JPM_00325460

CONFIDENTIAL

## 8. Management and Board overview

Tribune management team

Tribune is led by a highly experienced senior management team, with an average of 20 years experience working at the Company. After Step 2 of the transaction, the Board of Directors will consist of 8 individuals (one additional Board seat will initially be undesignated). Mr. Zell will be the Chairman. Zell Entity will have the right to place a second representative on the new Board. The other members will be the Company's CEO and 5 independent members. The Board members will initially serve for a term of three years. After that time, terms will be staggered with three members' terms expiring each successive year.

**Senior management**



**Dennis J. FitzSimons (56)**

Chairman (since January 2004), Chief Executive Officer (since January 2003) and President (since July 2001); Chief Operating Officer from July 2001 until December 2002; Executive Vice President from January 2000 until July 2001; President of Tribune Broadcasting Company* from May 1997 until January 2003.



**Donald C. Grenesko (58)**

Senior Vice President/Finance and Administration.



**Scott C. Smith (56)**

President of Tribune Publishing Company* since January 2005 and Publisher of Chicago Tribune Company* since October 2006; Chief Operating Officer of Tribune Publishing Company* from November 2004 until January 2005; President of Chicago Tribune Company* until November 2004.



**John E. Reardon (53)**

President of Tribune Broadcasting Company* since November 2005; Vice President of Tribune Broadcasting Company* from March 2004 until November 2005; Vice President and General Manager of KTLA-TV, Los Angeles* until March 2004.



**Timothy J. Landon (44)**

President of Tribune Interactive, Inc.* since March 2004; President of Tribune Classified* from June 2000 until March 2004.

TRIBUNE COMPANY

77

Highly Confidential – Attorneys' Eyes Only

JPM_00325461

C O N F I D E N T I A L



Crane H. Kenney (44)

Senior Vice President, General Counsel and Secretary.



Thomas D. Leach (46)

Senior Vice President/Development since February 2005; Vice President/Development from February 2004 until February 2005; Vice President and Chief Financial Officer of Tribune Broadcasting Company* from March 2001 until January 2004; Vice President/Development until February 2001.



Chandler Bigelow (38)

Vice President and Treasurer since December 2003; Assistant Treasurer from February 2001 until December 2003.



* A subsidiary or a division of the Company

Sam Zell biography



A native Chicagoan, Samuel Zell is a graduate of the University of Michigan and the University of Michigan Law School. Mr. Zell began his career in real estate while an undergraduate at the University by managing apartment buildings throughout southeast Michigan. He continued his interests in real estate, and subsequently, non-real estate investments, with the founding of Equity Group Investments, L.L.C. (formerly known as Equity Financial and Management Company), an entrepreneurial investment firm based in Chicago where he currently serves as President and Chairman.

Mr. Zell maintains substantial interests in and serves as Chairman of the Board of various publicly traded companies which include Anixter International (AXE), a value-added provider of integrated networking and cabling solutions that support business information and network infrastructure requirements; Equity Lifestyle Properties, Inc. (ELS), an equity real estate investment trust which owns and operates manufactured home communities in 26 states; Equity Residential (EQR), the largest apartment real estate investment trust in the United States; Capital Trust (CT), a specialized real estate finance company; and Covanta Holding Corp. (CVA), a multinational owner and operator of modern waste to energy facilities.

TRIBUNE COMPANY

Highly Confidential - Attorneys' Eyes Only

JPM_00325462

CONFIDENTIAL

Mr. Zell also served as Chairman of the Board of Equity Office Properties Trust (EOP), a real estate investment trust which held the largest office portfolio of any publicly traded, full-service office company in the United States.  EOP was sold to Blackstone in February 2007.  Mr. Zell is also Chairman of Equity International, a privately-held, leading investor in real estate-related businesses outside of the United States. Mr. Zell served a two-year term as Chairman of the National Association of Real Estate Investment Trusts (NAREIT) from 1998-2000.  He serves on the JPMorgan National Advisory Board, the Eurohypo International Advisory Board, the President's Advisory Board at the University of Michigan, the Visitor's Committee at the University of Michigan Law School, and with the combined efforts of the University of Michigan Business School, established the Zell/Lurie Entrepreneurial Center.  Mr. Zell's continual assistance to Michigan's MBA program has also enhanced the Business School's Polish Studies Program. He was appointed a DeRoy Visiting Professor in Honors at the College of Literature, Science and the Arts at the University of Michigan.  He is a long standing supporter of the University of Pennsylvania Wharton Real Estate Center and has endowed the Samuel Zell/Robert Lurie Real Estate Center at Wharton. Mr. Zell has also endowed the Northwestern University Center for Risk Management.

Highly Confidential - Attorneys' Eyes Only

TRIBUNE COMPANY

JPM_00325463

CONFIDENTIAL

## 9. Public financial information

*In addition to the public financials below, for public financial information and management discussion and analysis, please refer to Tribune Company's public filings posted separately to IntraLinks and filed with the SEC, including:*

- Tender Offer Statement filed on April 25, 2007
- Form 8-K filed on April 19, 2007
- Form 10-K filed on February 26, 2007

## Summary historical financial results

| Consolidated historical financial performance ($ millions)[1] | 2003 | 2004[2] | 2005[3] | 2006 (52wk)[4] |
|---|---|---|---|---|
| Revenues | | | | |
| Publishing | $4,037 | $4,130 | $4,097 | $4,025 |
| Broadcasting & Entertainment | 1,457 | 1,502 | 1,414 | 1,408 |
| Total Revenues | $5,494 | $5,631 | $5,511 | $5,433 |
| Operating Cash Flow | | | | |
| Publishing | $1,062 | $1,036 | $986 | $947 |
| Broadcasting & Entertainment | 538 | 563 | 466 | 443 |
| Corporate | (51) | (51) | (50) | (50) |
| Total Operating Cash Flow | $1,548 | $1,548 | $1,401 | $1,339 |
| Cash Received from Equity Investments | 17 | 14 | 49 | 65 |
| Adjusted EBITDA[5] | $1,565 | $1,562 | $1,450 | $1,404 |
| Capital Expenditures | 194 | 217 | 206 | 222 |
| Pre Tax Unlevered Free Cash Flow | $1,371 | $1,345 | $1,244 | $1,182 |
| Publishing OCF Margin | 26.3% | 25.1% | 24.1% | 23.5% |
| Broadcasting OCF Margin | 36.9% | 37.5% | 32.9% | 31.5% |

Source: Company data. Includes results of SCNI, Hoy New York and Cubs/Comcast SportsNet Chicago

[1] Reflects Tribune's Reported Revenues and Operating Cash Flows adjusted for one-time, non-recurring items described below and pro forma to exclude divested TV stations (Albany, Atlanta and Boston) and Denver Radio and excludes stock-based compensation

[2] 2004 adjusted to exclude approximately $41mm of severance expense and approximately $90mm settlement with advertisers in connection with misstated circulation numbers at *Newsday*

[3] 2005 adjusted to exclude approximately $45mm of severance expense, approximately $18mm pension curtailment gain, approximately $6mm of operating costs (excl. D&A) and approximately $16mm of accelerated D&A from the closing of the San Fernando Valley printing facility

[4] 2006 adjusted to exclude approximately $20mm of severance and other payments associated with new union contracts at *Newsday*, $9mm of additional severance expense, a $4mm charge for the disposition of a press, $7mm of gains from property sales and a $7mm gain from the sale of the corporate airplane

[5] Operating cash flow before stock-based compensation plus cash received from equity investments

TRIBUNE COMPANY

Highly Confidential - Attorneys' Eyes Only

JPM_00325464

CONFIDENTIAL

| Q1 Results ($ millions) | Q1 2006 | Q1 2007 | % Change |
|---|---|---|---|
| Operating revenues | | | |
| Publishing | | | |
| Advertising | $778 | $731 | (6)% |
| Circulation | 144 | 135 | (7)% |
| Other | 63 | 66 | 5% |
| Total publishing | $985 | $931 | (5)% |
| Broadcasting & entertainment | 284 | 283 | -- |
| Total revenues | 1,269 | 1,215 | (4)% |
| | | | |
| Operating cash expenses[1] | | | |
| Publishing | $756[2] | $747[3] | (1)% |
| Broadcasting & entertainment | 205 | 209 | 2% |
| Corporate | 20 | 19 | (4)% |
| Total operating cash expenses | $981 | $975 | (1)% |
| | | | |
| Operating cash flow | | | |
| Publishing | $229 | $185 | (19)% |
| Broadcasting & entertainment | 80 | 74 | (7)% |
| Corporate | (20) | (19) | (4)% |
| Total operating cash flow | $289 | $240 | (17)% |
| | | | |
| Equity investments | $7 | $13 | 59% |
| Interest expense | (49) | (83) | 71% |
| Diluted EPS | $0.38 | $0.28 | (26)% |

[1] Includes stock-based compensation

[2] Excludes charge of $19 million for severance and other payments associated with the new union contracts at Newsday and $2 million gain on sales of properties

[3] Excludes charge of $1 million for severance

## Management discussion and analysis

### Publishing revenue

- Q1 2007 publishing revenue declined 5% compared to Q1 2006, in line with industry expectations

- Retail advertising revenue declined 1% mainly due to negative performance in department stores, offset by preprint revenue increase of 2%

- Lower domestic automotive advertising budgets putting pressure on national and retail print advertising revenue. However, rate of decline has slowed down significantly and domestic automotive is becoming less important to the overall advertising mix

- Classified advertising declined 14%, primarily due to extremely robust South Florida real estate market in Q1 2006, making Q1 2007 comparison very difficult

- Interactive revenues were up 17% to $60 million, mainly due to strength in the classified auto and real estate categories

- Newspaper circulation revenue continues to decline due to lower single copy circulation and discounted home delivery

TRIBUNE COMPANY

Highly Confidential – Attorneys' Eyes Only

JPM_00325465

C O N F I D E N T I A L

*Broadcasting & Entertainment revenue*

- Station revenues in New York, Los Angeles and Chicago all showed improvements for the quarter
- Declines in the auto, retail and movie categories were partially offset by gains in the telecom, entertainment/recreation and packaged goods categories

*Operating cash expenses*

- Although it increased significantly in 2005 and 2006, newsprint pricing is expected to fall in the second half of 2007. Lower industry demand for newsprint will continue to put pressure on pricing going forward, benefiting the Company's cost management initiatives
- Publishing cash expenses were down $9 million as decreases in newsprint, compensation and promotion expenses were partially offset by increases in mailed preprint advertising postage and outside services expense
- Broadcasting cash operating expenses were up 2%, or $4 million, primarily due to higher compensation expense, partially offset by a decrease in broadcast rights expenses

*Equity investments*

- Net equity income in Q1 2007 was $6 million higher, reflecting improvements at TV Food Network and CareerBuilder

## Pro forma Adjusted EBITDA



Source: Company data
Note: Adjusted to exclude approximately $9mm of additional severance expense, a $4mm charge for the disposition of a press, $7mm of gains from property sales and a $7mm gain from the sale of the corporate airplane; LTM reflects 2006 53 week results
[1] Reflects Tribune's Reported Revenues and Operating Cash Flows adjusted for one-time, non-recurring items described above and pro forma to exclude divested TV stations (Albany, Atlanta and Boston); excludes stock-based compensation
[2] Operating cash flow before stock-based compensation plus cash received from equity investments

TRIBUNE COMPANY

Highly Confidential - Attorneys' Eyes Only

JPM_00325466

CONFIDENTIAL

The Company has significant equity investments that contribute to cash flow. These investments currently are recorded as income from investments on the Income Statement. The Company's equity investments as of December 31, 2006 included the following private companies:

### Equity investments

| Company | % owned |
| --- | --- |
| CareerBuilder, LLC | 43% |
| Classified Ventures, LLC | 28 |
| Comcast SportsNet Chicago | 25 |
| Consumer Networks | 17 |
| ShopLocal, LLC | 43 |
| Legacy.com | 40 |
| TMCT, LLC | 5 |
| TMCT II, LLC | 5 |
| Topix, LLC | 34 |
| TV Food Network | 31 |



12/31/07 LTM Adjusted EBITDA build-up ($ millions)

Source: Company data
[1] Pro forma for the sale of SCNI and Cubs/Comcast
[2] Operating cash flow before stock-based compensation plus cash received from equity investments
[3] Includes cash savings from elimination of Company 401(k) contributions and reduction in public company and other costs

TRIBUNE COMPANY

Highly Confidential - Attorneys' Eyes Only

JPM_00325467

C O N F I D E N T I A L

## Pro forma condensed financials

The following unaudited pro forma condensed consolidated financial statements are derived from historical consolidated financial statements and give effect to the Step 1 repurchase of shares of Company common stock pursuant to the tender offer and the related refinancings, as if such repurchase and refinancings had occurred at the beginning of fiscal year 2006 for purposes of the pro forma condensed consolidated statement of income and as if such repurchase and refinancings had occurred at the end of fiscal year 2006 for purposes of the pro forma condensed consolidated balance sheet.

**Pro forma condensed consolidated statement of income**

| | Year ended December 31, 2006 | | |
| (in thousands, except per share data) | Historical | Pro forma Adjustments | Pro forma |
|---|---|---|---|
| Operating Revenues | $5,517,708 | $— | $5,517,708 |
| Operating Expenses: | | | |
| Cost of sales (exclusive of items shown below) | 2,736,411 | — | 2,736,411 |
| Selling, general and administrative | 1,469,274 | — | 1,469,274 |
| Depreciation | 207,200 | — | 207,200 |
| Amortization of intangible assets | 19,813 | — | 19,813 |
| Total operating expenses | 4,432,698 | — | 4,432,698 |
| Operating Profit | 1,085,010 | — | 1,085,010 |
| Net income on equity investments | 80,773 | — | 80,773 |
| Interest and dividend income | 14,145 | — | 14,145 |
| Interest expense | (273,902) | (481,885)[1] | (755,787) |
| Gain on change in fair values of derivatives and related investments | 11,088 | — | 11,088 |
| Gain on TMCT transactions | 59,596 | — | 59,596 |
| Gain on sales of investments, net | 36,732 | — | 36,732 |
| Other non-operating gain, net | (4,447) | — | (4,447) |
| Income From Continuing Operations Before Income Taxes | 1,008,995 | (481,885) | 527,110 |
| Income taxes | (348,142) | 180,707[2] | (167,435) |
| Income from Continuing Operations | $660,853 | (301,178) | $359,675 |
| Earnings Per Share from Continuing Operations: | | | |
| Basic | $2.40 | | $2.39 |
| Diluted | $2.39 | | $2.31 |
| Weighted-average Common Shares Outstanding: | | | |
| Basic | 272,672 | (124,529)[1] | 148,143 |
| Diluted | 274,411 | (118,647)[1] | 155,764 |
| Book value per common share | $18.06 | | $0.58 |
| Ratio of earnings to fixed charges | 4.3 | | 1.7 |

[1] The pro forma interest expense adjustment assumes the issuance of approximately $7 billion of new variable rate debt to, among other things, finance the Tender Offer, and to refinance the Company's existing term facility, bridge credit facility, and outstanding commercial paper. A rate of 7.86%, based on LIBOR (at April 19, 2007) plus a spread of 2.5%, has been used to compute pro forma interest expense on the new borrowings. The pro forma interest expense adjustment is net of the historical interest expense on the Company's term facility, bridge credit facility and commercial paper that were assumed to be refinanced and includes the amortization of estimated debt issuance costs of $130 million using an average life of seven years. A one-eighth percentage point change in the assumed interest rate on the new borrowings would increase or decrease pro forma interest expense by approximately $9 million.

In addition, the pro forma interest expense adjustment also includes interest on the $200 million subordinated exchangeable promissory note assumed to be issued in connection with the Zell Entity Purchase Agreement. A rate of 4.81%, based on the rate specified in the Zell Entity Purchase Agreement, has been used to compute interest expense on the promissory note.

TRIBUNE COMPANY

84

JPM_00325468

C O N F I D E N T I A L

The following table summarizes the pro forma interest expense adjustment:

| Pro forma interest expense adjustment ($ millions) | |
|---|---|
| New variable rate debt | $556 |
| $200 million promissory note | 10 |
| Amortization of debt issuance costs | 19 |
| Less: term facility | (54) |
| Less: bridge credit facility | (44) |
| Less: commercial paper | (5) |
| Interest expense adjustment | $482 |

[2]   Reflects the income tax effect of the pro forma interest expense adjustment utilizing the applicable statutory tax rate for the year ended December 31, 2006.

[3]   The pro forma adjustment to basic weighted-average common shares outstanding reflects the repurchase of 126 million shares of Company common stock and the issuance of 1,470,588 shares of Company common stock as of the beginning of fiscal year 2006 in connection with the Zell Entity Purchase Agreement. The pro forma adjustment to diluted weighted-average common shares outstanding also reflects the assumed conversion of the $200 million subordinated exchangeable promissory note into 5,882,353 shares of Company common stock as of the beginning of fiscal year 2006.

TRIBUNE COMPANY

Highly Confidential - Attorneys' Eyes Only

JPM_00325469

CONFIDENTIAL

## Pro forma condensed consolidated balance sheet

| (in thousands, except per share data) | Historical | As of December 31, 2006 Pro forma Adjustment | Pro forma |
|---|---|---|---|
| **Assets:** | | | |
| Cash and cash equivalents | $174,686 | $— | $174,686 |
| Accounts receivable, net | 765,871 | — | 765,871 |
| Inventories | 40,962 | — | 40,962 |
| Broadcast rights | 271,995 | — | 271,995 |
| Deferred income taxes | 74,450 | — | 74,450 |
| Prepaid expenses and other | 49,466 | — | 49,466 |
| Total current assets | 1,377,430 | | 1,377,430 |
| **Properties:** | | | |
| Property, plant and equipment | 3,592,477 | — | 3,592,477 |
| Accumulated depreciation | (1,907,365) | — | (1,907,365) |
| Net properties | 1,685,112 | | 1,685,112 |
| **Other Assets:** | | | |
| Broadcast rights | 295,186 | — | 295,186 |
| Goodwill | 5,837,208 | — | 5,837,208 |
| Other intangible assets, net | 2,846,057 | — | 2,846,057 |
| Time Warner stock related to PHONES debt | 348,480 | — | 348,480 |
| Other investments | 564,750 | — | 564,750 |
| Prepaid pension costs | 293,455 | — | 293,455 |
| Assets held for sale | 9,172 | — | 9,172 |
| Other | 143,922 | 108,857[1] | 252,779 |
| Total other assets | 10,338,230 | 108,857 | 10,447,087 |
| Total assets | $13,400,772 | $108,857 | $13,509,629 |
| **Liabilities and Shareholders' Equity** | | | |
| **Current Liabilities:** | | | |
| Borrowings under bridge credit facility | $1,310,000 | $(1,310,000)[2] | $— |
| Other debt due within one year | 119,007 | (97,019)[2] | 21,988 |
| Contracts payable for broadcast rights | 317,945 | — | 317,945 |
| Deferred income | 108,607 | — | 108,607 |
| Accounts payable, accrued expenses and other current liabilities | 691,155 | (7,929)[1] | 683,226 |
| Total current liabilities | 2,546,714 | (1,414,948) | 1,131,766 |
| **Long-Term Debt:** | | | |
| PHONES debt related to Time Warner stock | 572,960 | — | 572,960 |
| Other long-term debt (less portions due within one year) | 3,003,251 | 5,776,539[2] | 8,779,790 |
| Total long-term debt | 3,576,211 | 5,776,539 | 9,352,750 |
| **Other Non-Current Liabilities:** | | | |
| Deferred income taxes | 1,974,672 | — | 1,974,672 |
| Contracts payable for broadcast rights | 425,927 | — | 425,927 |
| Compensation and other obligations | 557,632 | — | 557,632 |
| Total other non-current liabilities | 2,958,231 | — | 2,958,231 |
| **Shareholders' Equity:** | | | |
| Common stock and additional paid-in capital | 6,837,029 | 2,786[3] (2,225,160)[4] | 4,614,655 |
| Retained earnings | 3,138,313 | (13,214)[1] (36,654)[3] (2,064,360)[4] | 1,024,084 |
| Treasury common stock (at cost) | (5,288,341) | 333,868[3] | (4,954,473) |
| Unearned ESOP shares | — | (250,000)[3] | (250,000) |
| Accumulated other comprehensive income (loss) | (367,385) | — | (367,385) |
| Total shareholders' equity | 4,319,616 | (4,252,734) | 66,882 |
| Total liabilities and shareholders' equity | 13,400,772 | 108,857 | $13,509,629 |

[1] Reflects $130 million of debt issuance costs in connection with the new borrowings and the write-off of $21 million of debt issuance costs ($13 million after-tax) as a result of the extinguishment of the term facility and bridge credit facility.

[2] To record the issuance of the new borrowings and the refinancing of the term facility, bridge credit facility and $97 million of the Company's outstanding commercial paper.

[3] To record the issuance of shares of Company common stock to the ESOP and Zell Entity in connection with the Purchase Agreements. The shares were assumed to have been issued from our existing treasury common stock at the average value of $34.07 per share.

[4] To record the repurchase and subsequent retirement of 126,000,000 shares of Company common stock at $34.00 per share in connection with the Tender Offer, including $5.5 million of related transaction costs.

TRIBUNE COMPANY

Highly Confidential – Attorneys' Eyes Only

JPM_00325470

CONFIDENTIAL

## Reported historical financials

### Consolidated statements of income

| (in thousands of dollars, except per share data) | December 31, 2004 | Year ended December 31, 2005 | December 31, 2006 |
|---|---|---|---|
| Operating revenues | | | |
| Publishing | | | |
| Advertising | $3,228,493 | $3,244,100 | $3,260,060 |
| Circulation | 643,947 | 596,163 | 575,043 |
| Other | 257,410 | 256,587 | 257,459 |
| Total | $4,129,850 | $4,096,850 | $4,092,562 |
| Broadcasting and entertainment | 1,501,581 | 1,414,433 | 1,425,146 |
| Total operating revenues | $5,631,431 | $5,511,283 | $5,517,708 |
| Operating expenses | | | |
| Cost of sales (exclusive of items shown below) | $2,668,969 | $2,695,818 | $2,736,411 |
| Selling, general and administrative | 1,545,067 | 1,447,233 | 1,469,274 |
| Depreciation | 211,561 | 222,153 | 207,200 |
| Amortization of intangible assets | 18,556 | 18,888 | 19,813 |
| Total operating expenses | $4,444,153 | $4,384,092 | $4,432,698 |
| Operating profit | $1,187,278 | $1,127,191 | $1,085,010 |
| Net income on equity investments | 17,931 | 41,209 | 80,773 |
| Interest and dividend income | 3,053 | 7,539 | 14,145 |
| Interest expense | (153,118) | (155,191) | (273,902) |
| Gain (loss) on change in fair values of derivatives and related investments | (18,497) | 62,184 | 11,088 |
| Loss on early debt retirement | (140,506) | — | — |
| Gain on TMCT transactions | — | — | 59,596 |
| Gain on sales of investments, net | 20,347 | 6,780 | 36,732 |
| Other non-operating gain (loss), net | (6,388) | 897 | (4,447) |
| Income from continuing operations before income taxes and cumulative effect of change in accounting principle | $910,100 | $1,090,609 | $1,008,995 |
| Income taxes (Note 13 in the Annual Report Form 10-K for the year ended Dec 31, 2006) | (355,724) | (567,820) | (348,142) |
| Income from continuing operations before cumulative effect of change in accounting principle | $554,376 | $522,789 | $660,853 |
| Income (loss) from discontinued operations, net of tax (Note 3 in the Annual Report Form 10-K for the year ended Dec 31, 2006) | 18,948 | 11,900 | (66,858) |
| Income before cumulative effect of change in accounting principle | $573,324 | $534,689 | $593,995 |
| Cumulative effect of change in accounting principle, net of tax (Note 1 in the Annual Report Form 10-K for the year ended Dec 31, 2006) | (17,788) | — | — |
| Net income | $555,536 | $534,689 | $593,995 |
| Preferred dividends | (8,308) | (8,364) | (6,309) |
| Net income attributable to common shares | $547,228 | $526,325 | $587,686 |
| Earnings per share (Note 1 in the Annual Report Form 10-K for the year ended Dec 31, 2006) | | | |
| Basic: | | | |
| Continuing operations before cumulative effect of change in accounting principle | $1.69 | $1.64 | $2.40 |
| Discontinued operations | 0.06 | 0.04 | (0.25) |
| Cumulative effect of change in accounting principle, net of tax | (0.05) | — | — |
| Net income | $1.70 | $1.68 | $2.16 |
| Diluted: | | | |
| Continuing operations before cumulative effect of change in accounting principle | $1.67 | $1.63 | $2.39 |
| Discontinued operations | 0.06 | 0.04 | (0.24) |
| Cumulative effect of change in accounting principle, net of tax | (0.05) | — | — |
| Net income | $1.67 | $1.67 | $2.14 |

Source: Tribune Co., 10–K, December 31, 2006

TRIBUNE COMPANY

87

C O N F I D E N T I A L

## Consolidated balance sheets

| (In thousands of dollars, except share data) | December 31, 2006 | December 31, 2005 |
|---|---|---|
| **Assets** | | |
| **Current assets** | | |
| Cash and cash equivalents | $151,110 | $174,686 |
| Accounts receivable (net of allowances of $33,771 and $42,558) | 798,441 | 745,871 |
| Inventories | 44,103 | 40,962 |
| Broadcast rights | 308,011 | 271,995 |
| Deferred income taxes | 114,374 | 74,450 |
| Prepaid expenses and other | 52,458 | 49,466 |
| Total current assets | $1,468,397 | $1,377,430 |
| **Properties** | | |
| Machinery, equipment and furniture | $2,314,085 | $2,306,400 |
| Buildings and leasehold improvements | 992,083 | 1,014,865 |
| | $3,306,168 | $3,321,265 |
| Accumulated depreciation | (1,853,914) | (1,907,365) |
| | $1,452,254 | $1,413,900 |
| Land | 127,167 | 127,797 |
| Construction in progress | 152,506 | 143,415 |
| Net properties | $1,731,927 | $1,685,112 |
| **Other assets** | | |
| Broadcast rights | $361,376 | $295,186 |
| Goodwill | 5,947,142 | 5,837,208 |
| Other intangible assets, net | 3,087,723 | 2,846,057 |
| Time Warner stock related to PHONES debt | 282,880 | 248,480 |
| Other investments | 632,663 | 564,750 |
| Prepaid pension costs (Note 14 in the Annual Report Form 10-K for the year ended Dec 31, 2006) | 871,382 | 293,455 |
| Assets held for sale | 24,436 | 9,172 |
| Other | 138,316 | 143,922 |
| Total other assets | $11,345,918 | $10,339,230 |
| Total assets | $14,546,242 | $13,400,772 |
| **Liabilities and shareholders' equity** | | |
| **Current liabilities** | | |
| Borrowings under bridge credit facility | – | $1,310,000 |
| Other debt due within one-year | $302,468 | 119,007 |
| Accounts payable | 168,205 | 151,601 |
| Employee compensation and benefits | 244,156 | 185,551 |
| Contracts payable for broadcast rights | 329,932 | 317,945 |
| Deferred income | 101,065 | 108,607 |
| Other | 300,842 | 354,003 |
| Total current liabilities | $1,446,658 | $2,546,714 |
| **Long-term debt** | | |
| PHONES debt related to Time Warner stock | $509,701 | $572,960 |
| Other long-term debt (less portions due within one-year) | 2,449,561 | 3,003,251 |
| Total long-term debt | $2,959,262 | $3,576,211 |
| **Other non-current liabilities** | | |
| Deferred income taxes | $2,352,633 | $1,974,672 |
| Contracts payable for broadcast rights | 528,878 | 425,927 |
| Deferred compensation and benefits | 356,612 | 392,187 |
| Other obligations | 176,648 | 165,445 |
| Total other non-current liabilities | $3,414,771 | $2,958,231 |
| Commitments and contingent liabilities (Note 12 in the Annual Report Form 10-K for the year ended Dec 31, 2006) | | |
| **Shareholders' equity** | | |
| Series C convertible preferred stock | | |
| Authorized: no shares at December 31, 2006 and 823,569 shares at December 25, 2005; issued and outstanding: no shares at December 31, 2006 and 88,519 shares (net of 354,077 treasury shares) at December 25, 2005 (liquidation value $500 per share) | $44,260 | – |
| Series D-1 convertible preferred stock | | |
| Authorized: 137,643 shares at December 31, 2006 and 380,972 shares at December 25, 2005; issued and outstanding: no shares (net of 137,643 treasury shares) at December 31, 2006 and 76,194 shares (net of 304,778 treasury shares) at December 25, 2005 (liquidation value $500 per share) | 38,097 | – |
| Series D-2 convertible preferred stock | | |
| Authorized: no shares at December 31, 2006 and 245,100 shares at December 25, 2005; issued and outstanding: no shares at December 31, 2006 and 49,028 shares (net of 196,080 treasury shares) at December 25, 2005 (liquidation value $500 per share) | 24,510 | – |
| Common stock ($0.01 per value) | | |
| Authorized: 1,400,000,000 shares; 387,179,076 shares issued at December 31, 2006 and 390,122,184 shares issued at December 25, 2005 | 2,270 | $2,241 |
| Additional paid-in capital | 6,818,533 | 6,834,788 |
| Retained earnings | 2,824,762 | 3,138,313 |
| Treasury common stock (at cost) 147,971,659 shares in 2006 and 83,441,765 shares in 2005 | (3,015,581) | (5,288,341) |
| Accumulated other comprehensive income (loss) | (11,300) | (367,385) |
| Total shareholders' equity | $6,725,551 | $4,319,616 |
| Total liabilities and shareholders' equity | $14,546,242 | $13,400,772 |

Source: Tribune Co., 10-K, December 31, 2006

TRIBUNE COMPANY

86

CONFIDENTIAL

## Consolidated statements of cash flows

| (in thousands of dollars) | Year ended December 26, 2004 | December 25, 2005 | December 31, 2006 |
|---|---|---|---|
| **Operations** | | | |
| Net income | $555,536 | $534,689 | $593,995 |
| Adjustments to reconcile net income to net cash provided by operations: | | | |
| Stock-based compensation | – | – | 31,927 |
| Pension costs in excess of contributions | 7,677 | 13,355 | 20,611 |
| (Gain) loss on change in fair values of derivatives and related investments | 18,497 | (62,184) | (11,088) |
| Loss on early debt retirement | 140,506 | – | – |
| Gain on TMCT transactions | – | – | (59,596) |
| Gain on sales of investments, net | (20,347) | (6,780) | (36,732) |
| Loss on investment write-downs | 5,599 | – | – |
| Other non-operating (gain) loss, net | 789 | (897) | 4,447 |
| Cumulative effect of change in accounting principle, net of tax | 17,788 | – | – |
| Depreciation | 214,226 | 224,625 | 209,341 |
| Amortization of intangible assets | 18,863 | 19,195 | 20,002 |
| Loss on sales of discontinued operations | – | – | 48,238 |
| Net income on equity investments | (17,931) | (41,209) | (80,773) |
| Distributions from equity investments | 14,439 | 48,883 | 65,302 |
| Deferred income taxes | 40,006 | 93,071 | (112,600) |
| Tax benefit on stock options exercised | 32,819 | 5,395 | 4,256 |
| Changes in working capital items excluding effects from acquisitions and dispositions | | | |
| Accounts receivable | 17,220 | 51,773 | 20,668 |
| Inventories, prepaid expenses and other current assets | (800) | 4,293 | 5,310 |
| Accounts payable, employee compensation and benefits, deferred income and accrued liabilities | 14,656 | 2,464 | (25,798) |
| Income taxes | 2,007 | 6,177 | 39,707 |
| Change in broadcast rights, net of liabilities | 6,558 | (16,329) | 2,056 |
| Change in Matthew Bender and Mosby tax reserve | 5,997 | (221,133) | – |
| Other, net | (915) | 3,965 | 48,491 |
| Net cash provided by operations | $1,073,190 | $659,353 | $787,764 |
| **Investments** | | | |
| Capital expenditures | $(217,348) | $(205,945) | $(221,907) |
| Acquisitions | (551) | (4,207) | (48,144) |
| Investments | (48,831) | (78,071) | (174,085) |
| Matthew Bender and Mosby tax liability allocated to goodwill (Note 13 in the Annual Report Form 10-K for the year ended Dec 31, 2006) | – | (459,116) | – |
| Proceeds from sales of subsidiaries, investments and real estate | 40,232 | 22,534 | 470,608 |
| Net cash provided by (used for) investments | $(226,498) | $(724,805) | $26,472 |
| **Financing** | | | |
| Borrowings under bridge credit facility | – | – | $1,600,000 |
| Repayments under bridge credit facility | – | – | (290,000) |
| Long-term borrowings | – | $777,660 | 1,500,829 |
| Repayments of long-term debt | $(823,028) | (198,880) | (319,055) |
| (Repayments) issuances of commercial paper, net | 773,206 | 150,326 | (826,513) |
| Premium on early debt retirement | (137,331) | – | – |
| Debt issuance costs | – | (4,762) | (29,881) |
| Sales of common stock to employees, net | 111,896 | 41,374 | 37,177 |
| Purchases of Tribune common stock | (731,617) | (440,093) | (2,262,268) |
| Dividends | (163,010) | (233,474) | (200,949) |
| Net cash provided by (used for) financing | $(969,884) | $92,151 | $(790,660) |
| Net increase (decrease) in cash and cash equivalents | $(123,192) | $26,699 | $23,576 |
| Cash and cash equivalents, beginning of year | 247,603 | 124,411 | 151,110 |
| Cash and cash equivalents, end of year | $124,411 | $151,110 | $174,686 |

Source: Tribune Co., 10–K, December 31, 2006

Highly Confidential - Attorneys' Eyes Only

TRIBUNE COMPANY

JPM_00325473

C O N F I D E N T I A L

Management discussion and analysis

The Company's fiscal year ends on the last Sunday in December. Fiscal year 2006 ended on December 31, 2006 and encompassed 53 weeks, while fiscal years 2005 and 2004 each encompassed 52 weeks. For 2006, the additional week increased consolidated operating revenues and operating expenses by approximately 1.5% and consolidated operating profit by approximately 2%.

Consolidated operating revenues were essentially flat at $5.5 billion in 2006 as a decrease in publishing revenues was offset by an increase in broadcasting and entertainment revenues. Consolidated operating revenues decreased 2%, or $120 million, in 2005 due to declines in publishing and broadcasting and entertainment revenues.

Consolidated operating profit decreased 4%, or $42 million, in 2006. Publishing operating profit decreased 1%, or $11 million, in 2006. Publishing operating profit in 2006 included $15 million of stock-based compensation expense, a $20 million charge for severance and other payments associated with the new union contracts at Newsday, a $9 million severance charge for the elimination of approximately 400 positions, a $4 million charge for the disposition of a press at the San Fernando Valley printing facility, and a $7 million gain related to real property sales. Publishing operating profit in 2005 included a $22 million charge for the shutdown of the San Fernando Valley printing facility, a $43 million severance charge for the elimination of over 800 positions and a pension curtailment gain of $13 million. Broadcasting and entertainment operating profit decreased 6%, or $25 million, primarily due to higher programming and compensation expenses, partially offset by higher revenues.

Consolidated operating profit decreased 5%, or $60 million, in 2005. Publishing operating profit rose 5%, or $34 million, in 2005. Publishing operating profit in 2005 included a $22 million charge for the shutdown of the *Los Angeles Times* San Fernando Valley printing facility, a $43 million charge for the elimination of over 800 positions and a pension curtailment gain of $13 million. In 2004, publishing operating profit included a $90 million charge related to the anticipated settlement with advertisers regarding misstated circulation at Newsday and Hoy, New York and a $41 million charge for the elimination of approximately 600 positions. Broadcasting and entertainment operating profit decreased 19%, or $96 million, in 2005 primarily due to decreased television revenues and increased compensation and programming expenses, partially offset by a rise in Chicago Cubs revenues.

Cost of sales increased 2%, or $41 million, in 2006 primarily due to increases in programming, newsprint and ink, and circulation distribution expenses, partially offset by a decrease in compensation expense. Programming expenses increased 7%, or $22 million, primarily due to higher broadcast rights amortization. Newsprint and ink expense was up 3%, or $17 million. The Company's newspapers have transitioned to lighter weight newsprint that on a per ton basis, costs more, but yields more pages. On a same-weight basis, average newsprint cost per metric ton increased 10% and consumption declined 6% in 2006. Circulation distribution expense increased 5%, or $23 million, primarily due to higher mailed preprint advertising postage expenses resulting from higher postage rates and increased volume. Compensation expense decreased 2%, or $21 million, mainly due to the impact of position eliminations in 2006 and 2005.

Cost of sales increased 1%, or $27 million, in 2005 primarily due to higher newsprint and ink and outside services expense, partially offset by a decline in circulation distribution expense. Compensation expense was flat compared with 2004. Newsprint and ink expense was up 3%, or $14 million, in 2005, due to a 16% increase in newsprint costs per ton, partially offset by an 11% drop in consumption. Outside services expense increased 11%, or $18 million, in 2005 due largely to higher legal fees and outside printing costs. Programming expenses were flat

Highly Confidential - Attorneys' Eyes Only

JPM_00325474

C O N F I D E N T I A L

compared to 2004. Circulation distribution expense declined 1%, or $5 million, primarily due to lower payments to outside contractors as a result of circulation volume declines.

Selling, general and administrative expenses ("SG&A") expenses were up 2%, or $22 million, in 2006. Compensation expense increased 5%, or $34 million, in 2006. Compensation expense in 2006 included $32 million of stock-based compensation, a $20 million charge for severance and other payments associated with the new union contracts at Newsday and a $9 million severance charge for the elimination of approximately 400 positions at publishing. Compensation expense in 2005 included a $45 million severance charge for the elimination of approximately 900 positions and a pension curtailment gain of $18 million. Promotion expense decreased 4%, or $4 million, due to the Company's efforts to reduce costs in 2006. SG&A expense in 2006 also included a $7 million gain on real property sales in Publishing and a $7 million gain related to the sale of the corporate airplane.

SG&A expenses were down 6%, or $98 million, in 2005. Compensation expense decreased 1%, or $5 million, in 2005. Compensation expense in 2005 included a $45 million severance charge for the elimination of approximately 900 positions and a pension curtailment gain of $18 million, while 2004 compensation expense included a $41 million severance charge for the elimination of about 600 positions in publishing. Circulation expense decreased 6%, or $7 million, in 2005. Other SG&A expenses declined $81 million in 2005. Other SG&A expenses in 2004 included a charge of $90 million related to the settlement with advertisers regarding misstated circulation at *Newsday* and *Hoy*, New York.

The decrease in depreciation and amortization of intangible assets in 2006 and the increase in 2005 is primarily due to $16 million of accelerated depreciation in 2005 related to the shutdown of the *Los Angeles Times* San Fernando Valley printing facility.

Equity income totaled $81 million in 2006, an increase of $40 million from 2005. The increase primarily reflects improvements at TV Food Network, CareerBuilder and Classified Ventures and the absence of losses from the WB Network. In addition, equity income for 2006 includes the Company's $6 million share of a one-time favorable income tax adjustment.

The Company spent $222 million for capital expenditures during 2006 and $206 million in 2005. Major capital projects that were in process during 2006 included the expansion of preprint inserting operations and color press capacities and the implementation of new standard advertising, editorial and circulation systems. Capital spending for the expansion of preprint inserting capacity in Chicago and Orlando totaled $20 million in 2006. The new inserts in Orlando began production in 2006. As of Dec. 31, 2006, the installation of additional equipment and systems at Chicago was in progress. The Chicago expansion is scheduled to be completed by mid-2007 with additional capital spending of approximately $22 million in 2007.

## Public projections

In connection with the due diligence review of the Company by the ESOP, the Zell Entity, and other interested parties, the Company provided to the ESOP and the Zell Entity and to other interested parties certain financial projections. These financial projections were also provided to the Tribune Board and the Special Committee and their respective financial and legal advisors. The Company is disclosing a subset of these projections to give public shareholders and investors access to certain information deemed material by the Board and Special Committee for purposes of considering and evaluating the leveraged ESOP transactions. A summary of these financial projections is set forth below.

The material assumptions made by Tribune management in developing the projections are as follows:

TRIBUNE COMPANY

Highly Confidential - Attorneys' Eyes Only

JPM_00325475

C O N F I D E N T I A L

Publishing

■ Revenue decline of 1% in 2007 due to a challenging advertising environment

■ Print advertising revenue decline of 3% in 2007, which will be partially offset by interactive revenue growth

■ Modest improvement in 2008-2011 revenues as compared to 2007 due to annual interactive revenue growth of 16% and improvements in classified

■ Circulation revenue declines of 4% annually in years 2007-2011 from modest volume declines and continued selective discounting

■ Expense decline of 1% in 2007 due to more favorable newsprint prices and other cost reductions

■ Continued focus on cost reductions beyond 2007

■ Growth in equity income from CareerBuilder and Classified Ventures

■ Declining capital expenditures due to the completion of ongoing systems projects by early 2009

Broadcasting

■ Advertising sales growth of nearly 2% annually in years 2006-2011

■ Base television spot market growth of 1% annually

■ Expected improvements in political spending

■ An expected increase in revenue share to 14.3% in 2011 from a projected 13.3% in 2006

■ Improved ratings for The CW network as compared to The WB network and continued ratings momentum of FOX network programming

■ Increase in revenue share due to debuts of new syndicated programming in fall 2007

■ Continued growth of WGN Superstation distribution (volume and rate) and renewal of carriage agreements

■ Increase in annual operating expenses of approximately 1.6%

■ Continued growth of the TV Food Network

TRIBUNE COMPANY

Highly Confidential - Attorneys' Eyes Only

JPM_00325476

C O N F I D E N T I A L

## Summary consolidated income statement ($ millions)

| | 2006[2] | 2007 | 2008 | 2009 | 2010 | 2011 | 06-10 4Y CAGR | 07-11 4Y CAGR | 06-11 5Y CAGR |
|---|---|---|---|---|---|---|---|---|---|
| **Operating Revenues** | | | | | | | | | |
| Publishing | 4,025 | 3,984 | 4,007 | 4,036 | 4,063 | 4,093 | 0.2 % | 0.7 % | 0.3 % |
| Broadcasting & Entertainment | 1,408 | 1,401 | 1,480 | 1,487 | 1,531 | 1,537 | 2.1 % | 2.3 % | 1.8 % |
| Total Revenues | 5,433 | 5,385 | 5,487 | 5,523 | 5,594 | 5,630 | 0.7 % | 1.1 % | 0.7 % |
| | | | | | | | | | |
| **Operating Cash Expenses[1]** | | | | | | | | | |
| Publishing | 3,094 | 3,069 | 3,072 | 3,089 | 3,104 | 3,123 | 0.1 % | 0.4 % | 0.2 % |
| Broadcasting & Entertainment | 970 | 985 | 1,012 | 1,003 | 1,030 | 1,048 | 1.5 % | 1.6 % | 1.6 % |
| Corporate | 61 | 61 | 65 | 66 | 69 | 71 | 3.0 % | 3.8 % | 3.0 % |
| Total Operating Cash Expenses | 4,125 | 4,115 | 4,149 | 4,158 | 4,203 | 4,242 | 0.5 % | 0.8 % | 0.6 % |
| | | | | | | | | | |
| **Operating Cash Flow[1]** | | | | | | | | | |
| Publishing | 931 | 915 | 935 | 947 | 959 | 970 | 0.7 % | 1.5 % | 0.8 % |
| Broadcasting & Entertainment | 437 | 416 | 468 | 484 | 501 | 490 | 3.5 % | 4.2 % | 2.3 % |
| Corporate | (61 ) | (61 ) | (65 ) | (66 ) | (69 ) | (71 ) | 3.0 % | 3.8 % | 3.0 % |
| Total Operating Cash Flow | 1,308 | 1,270 | 1,339 | 1,364 | 1,391 | 1,389 | 1.6 % | 2.3 % | 1.2 % |
| | | | | | | | | | |
| Equity Income | 75 | 67 | 95 | 129 | 159 | 191 | 20.7 % | 29.9 % | 20.6 % |
| Adjusted Operating Cash Flow | 1,383 | 1,337 | 1,434 | 1,493 | 1,550 | 1,580 | 2.9 % | 4.3 % | 2.7 % |
| | | | | | | | | | |
| **Capital Expenditures** | | | | | | | | | |
| Publishing | 173 | 165 | 140 | 100 | 100 | 100 | | | |
| Broadcasting & Entertainment | 42 | 28 | 28 | 27 | 27 | 27 | | | |
| Corporate | 6 | 7 | 7 | 3 | 3 | 3 | | | |
| Total Capital Expenditures | 222 | 200 | 175 | 130 | 130 | 130 | | | |
| | | | | | | | | | |
| Investments | 222 | 100 | 275[3] | 100 | 100 | 100 | | | |
| Total Capital Usage | 444 | 300 | 450 | 230 | 230 | 230 | | | |
| | | | | | | | | | Cumulative FCF ('07-'11) |
| Pre-tax free cash flow | $939 | $1,037 | $983 | $1,264 | $1,320 | $1,350 | | | $5,954 |

Note: Excludes non-operating items, discontinued operations (Atlanta, Albany and Boston) and the following special items: approximately $20 million of severance and other payments associated with new union contracts at Newsday, $9 million of severance expense, a $4 million charge for the disposition of a press, $7 million of gains from property sales and a $7 million gain from the sale of the corporate airplane.

[1] Includes non-cash stock-based compensation and non-cash pension expense.

[2] Excludes fiscal year 2006's additional week. A 53rd week occurs every six years as the Company's fiscal years end on the last Sunday of the year.

[3] Includes $175 million in 2008 for the purchase of TMCT real estate

TRIBUNE COMPANY

Highly Confidential - Attorneys' Eyes Only

JPM_00325477

CONFIDENTIAL

## 10. Appendix

### Summaries of principal transaction documents

| Merger agreement and related agreements | |
|---|---|
| Structure | ■ The Company, the ESOP, and a merger subsidiary of the ESOP are parties to the merger agreement.  EGI-TRB, an LLC wholly owned by a trust established for the benefit of Sam Zell and his family, will also have the benefit, through the securities purchase agreement described below, of certain closing conditions and termination rights, as well as certain representations, warranties and covenants (including interim operating covenants and no solicitation covenants) |
| | ■ All common stock, except stock owned by the ESOP and any dissenting shares, is cashed out at $34 per share.  In the event the Merger does not close on or prior to December 31, 2007, each share of common stock will also be entitled to an 8% per annum ticking fee from January 1, 2008 through the closing date of the merger. |
| Regulatory commitment | ■ Reasonable best efforts standard.  No obligation to close if FCC order contains conditions that would have a material adverse effect on the broadcasting business |
| Closing conditions | ■ Customary mutual conditions including: Shareholder approval, no injunction, regulatory approvals and receipt of specified consents.  Additional mutual conditions include |
| | ※ Receipt of financing |
| | ※ Consummation of the recapitalization of common stock held by the Eagles subsidiaries |
| | ※ Conditions to consummation of the purchase of the subordinated note and the Warrant in the securities purchase agreement have been satisfied or waived |
| | ■ ESOP has customary closing conditions, including the material accuracy of the Company's representations and warranties and performance of covenants. |
| | ■ Company has customary closing conditions, including the material accuracy of the ESOP's representations and warranties and performance of covenants.   Additional Company conditions include |
| | ※ FCC consent must not impose any condition on the Company that would have a material adverse effect on the broadcasting business |
| | ※ Receipt of solvency opinion |
| | ■ ESOP may not waive any of its conditions to closing without the prior written consent of EGI-TRB (the Zell Entity) |
| Drop dead date | ■ May 31, 2008 |
| Termination rights | Customary termination rights, including |
| | Mutual written consent |
| | If merger not closed by the drop dead date |
| | Non-appealable injunction or court order prohibiting transaction |
| | Failure to obtain shareholder approval |
| | By either party, if other party breaches merger agreement and cannot be cured by the drop dead date |
| | By the Company, to accept a better deal |
| | By the ESOP, if the Board fails to make appropriate recommendation to shareholders or changes its recommendation |

TRIBUNE COMPANY

94

JPM_00325478

CONFIDENTIAL

## Merger agreement and related agreements (cont'd)

| | |
|---|---|
| Non-solicitation | ■ No-shop provision, but Company may entertain alternative proposal if reasonably likely to lead to a better deal, and may terminate to take a better deal |
| Interim covenants | ■ Customary interim operating covenants, restricting the Company's ability between signing and closing to make acquisitions or dispositions, incur debt, pay quarterly dividends or take other material steps without the consent of the ESOP and Zell |
| Representations | ■ Customary Company representations and warranties, including with respect to:  Organization, capital stock, corporate authority, reports and financial statements, internal controls, no undisclosed liabilities, compliance with law, environmental, employee benefits, absence of changes, litigation, proxy statement, rights plan, tax, labor, intellectual property, real property, fairness opinion, shareholder vote, material contracts, brokers, insurance, affiliate transactions, indebtedness and cable and satellite matters |
| | ■ Customary acquiror representations and warranties, including with respect to:  Organization, authority, no violation, litigation, capitalization, lack of ownership of company common stock |
| Options; RSU's; employee matters | ■ At the effective time of the merger, options, whether vested or unvested, will be cashed out at the spread, if any, between exercise price and deal price |
| | ■ At the effective time of the merger, unvested restricted stock units will vest and be paid out at the deal price |
| | ■ Following the merger, limited employee benefit protections/covenants regarding:  Severance, plan eligibility/participation and 2007 bonus and 401(k) contributions have been agreed to |
| Self-tender | ■ The merger agreement provides that the Company will commence the self tender offer as the first step of the transaction (tender commenced on April 25, 2007) |
| D&O indemnity and insurance | ■ Indemnification: Company to maintain, for six years, provisions relating to exculpation, indemnification and advancement of expenses no less favorable than currently in effect |
| | ■ Insurance: Company to maintain D&O liability and fiduciary liability insurance for six years or acquire a tail policy providing the same coverage |
| Voting agreement | ■ The Chandler Trusts have committed to vote all of their shares of company common stock in favor of the merger |
| Eagles exchange | ■ Prior to the merger, the Eagle entities will exchange any Company common stock or Series D-1 preferred stock that they own for a new Series E preferred stock.  The Series E preferred stock held by the Eagle entities will remain outstanding after the merger. |

TRIBUNE COMPANY

95

JPM_00325479

CONFIDENTIAL

## Securities purchase agreement and related agreements

| | |
|---|---|
| Structure and basic terms | ■ Entered into concurrently with the execution and delivery of the merger agreement, between the Company and EGI-TRB LLC and Sam Zell, individually, as guarantor. |
| | ■ Structured with two closings |
| | ※ First closing:  On April 23, 2007, EGI-TRB purchased from the Company $50 million of common stock at $34 per share and an exchangeable note for $200 million, which is exchangeable at the option of the Company, or automatically upon termination of the merger agreement, into common stock at $34 per share.   This transaction was consummated on April 23, 2007. Zell will be appointed to the Company's board no later than May 9, 2007. |
| | ※ Second closing:  In the merger, EGI-TRB will receive the merger consideration for its shares of common stock and immediately prior to the consummation of the merger, the Company will repay the exchangeable note to the extent it is still outstanding. Immediately following the consummation of the merger; the Zell entity will purchase a $225 million subordinated note and a 15-year warrant (described below) for $90 million. |
| Representations and warranties | ■ Generally mirror the representations and warranties found in the Merger Agreement. |
| Covenants | ■ Generally mirror the covenants in the merger agreement, including covenants binding Zell to use reasonable efforts to consummate the transactions.  In addition |
| | ※ No transfer of the common stock or the exchangeable note pending the merger or during the three year period from the date of purchase in the event the merger does not close |
| | ※ Zell agrees to vote in favor of the merger, to revoke any prior proxies and not enter into inconsistent agreements |
| Guarantee | ■ Zell, in his personal capacity, has agreed to guarantee the obligations of EGI-TRB LLC. |
| Conditions to the first closing which occurred on April 23, 2007 | ■ No injunction |
| | ■ No termination of the merger agreement |
| | ■ Receipt of all required regulatory and third-party consents and approvals; early termination of the HSR waiting period granted on April 20, 2007. |
| | ■ Compliance with representations, warranties and covenants, and delivery of officers' certificates certifying compliance |
| | ■ Authorization of shares for listing on the NYSE (satisfied) |
| Conditions to second closing | ■ No injunction |
| | ■ Consummation of the merger |
| | ■ Zell elected as chairman, if he is willing and able to serve in such capacity, as of the second closing |
| Termination rights | ■ Mutual written consent |
| | ■ Unappealable injunction or court order |
| | ■ Upon termination of the merger agreement in accordance with its terms |
| | ■ By either party, if other party breaches the securities purchase agreement and cannot cure by the drop dead date of the merger agreement |
| | ■ By EGI-TRB if the merger has not occurred by May 31, 2008 (unless the failure to close has been caused by EGI-TRB) |
| | ■ By EGI-TRB, if prior to obtaining the shareholder vote, the Tribune board fails to make appropriate recommendation to shareholders or changes its recommendation |
| | ■ By EGI-TRB, if the requisite shareholder approval is not obtained at the shareholder meeting |
| | ■ By EGI-TRB, if the Company decides to accept a better deal |
| Break-up fees | ■ Company may be required to pay a $25 million termination fee in event of termination due to (i) certain breaches by the Company, (ii) a change in recommendation, (iii) accepting a better deal or (iv) shareholders do not approve deal under certain circumstances and then Company enters into an alternative transaction within one year |
| | ■ EGI-TRB may be required to pay a $25 million termination fee in event of termination due to (i) certain breaches by EGI-TRB or (ii) failure to obtain the financing (unless such failure is due to a breach by the Company or the ESOP) |
| Expenses | ■ Company has agreed to reimburse EGI-TRB/Zell for up to $2.5 million of expenses following consummation of the first closing and up to an additional $2.5 million of expenses following the second closing |

TRIBUNE COMPANY

96

JPM_00325480

CONFIDENTIAL

## Securities purchase agreement and related agreements (cont'd)

Exchangeable note, subordinated note, and warrant

■ **Exchangeable subordinated note:** Exchangeable subordinated note bears interest at rate of 4.81% and is subordinated to all other debt. Immediately prior to the closing of the merger, the Company shall repay the outstanding amount of the note. If the merger does not close, the exchangeable subordinated note will be exchanged into Tribune common stock at $34 per share

■ **Subordinated note:** Subordinated note will bear interest at the "long-term applicable federal rate" and is payable in cash if not prohibited by any applicable subordination agreement or in additional principal amount (i.e., "pay-in-kind"). The subordinated note will be subordinated to the Step 1 Financings and the Step 2 Financings and will mature 11 years from the date of issuance

■ **Warrant:** Warrant will give EGI-TRB the right to purchase 43,478,261 million shares of the Company, which will represent approximately 43% of the common stock of the Company, or 40% on a fully diluted basis taking into account an 8% management equity incentive pool. The Warrant has an initial aggregate exercise price of $500 million, increasing by $10 million per year for the first 10 years of the Warrant. The Warrant will be fully vested and exercisable at the time of grant, will have a term of 15 years, will be subject to restrictions on transfer, and will include customary anti-dilution adjustments

TRIBUNE COMPANY.

97

Highly Confidential - Attorneys' Eyes Only

C O N F I D E N T I A L

| ESOP purchase and related agreements | |
|---|---|
| ESOP purchase agreement | ■ The ESOP has purchased shares of Company common stock for $250 million at a price of $28 per share |
| | ■ The $250 million purchase price was paid with the ESOP's promissory note under the ESOP loan agreement |
| | ■ The Company has agreed to a covenant to maintain its and the ESOP's existence and to make sufficient contributions to the ESOP (taken together with dividends) to allow the ESOP to repay its stock acquisition indebtedness.  This covenant will terminate if the ESOP is terminated or if the Company is sold |
| | ■ The Company will pay the ESOP's transaction expenses |
| | ■ Following the merger, the Company will at all times ensure that the ESOP owns at least 51% of both the value and the voting power of the Company's total equity, on a fully-diluted basis, subject to certain exceptions |
| ESOP loan agreement, ESOP note and ESOP pledge agreement | ■ The ESOP note bears interest at the rate of 5.01% per annum.  The loan will be repaid in 30 equal annual installments of $15,342,301, with a balloon payment of $62,500,000 due in 2037 |
| | ■ The shares of Company stock acquired for the $250 million note are pledged as collateral for the loan.  A portion of these shares will be released from the pledge annually in accordance with a formula based on the proportion of the loan that has been repaid |

TRIBUNE COMPANY

98

Highly Confidential - Attorneys' Eyes Only

JPM_00325482