# JP Morgan "Tribune"
## April 26, 2007

Highly Confidential – Attorneys' Eyes Only

[START RECORDING - PART 1]

**Jimmy Lee:**  My name is Jimmy Lee and welcome to the
Tribune lenders' meeting, and on behalf of my
partners at JP Morgan and our partners on this
transaction, Merrill Lynch, Citibank and Bank of
America, thanks everybody for coming.

Nothing like inviting a rock star to a bank
meeting; we actually have SRO (ph) here.  If you
look behind you, you can see that there's, like,
hundreds of people standing there hoping to get a
sighting, a [inaudible] sighting.

I've thanked and known Sam for virtually my
entire adult life and this is a terrific
opportunity, frankly, for all of us.  It doesn't
happen that often to actually work side by side as
principles with Sam Zell.

I'd like to cover three issues briefly and
then I'm going to turn the stage over to Sam, and
the first is I do want to talk about Sam for a
minute and his style of investing, because I think
it is relevant to your decision to make this loan,
in fact highly relevant.

Omaha, of course, has Warren Buffet and
Chicago has Sam Zell, and along with Warren, I think

Highly Confidential - Attorneys' Eyes Only

JPM_00282022

it's fair to say that in our generation these are
probably two of the greatest investors that we've
seen.

And with respect to Sam in specific, the
deals that Sam likes tend to be deals where there
are a lot of assets.  They tend to be assets that
you wouldn't necessarily notice the first time you
looked at the company.  Companies tend to be very
strong cash flow generators.  Whether their stock is
up or down they tend to throw off a lot of cash.

His investments tend to be long term.  He
is not a trader or a quick flipper.  That's just not
the Zell style of investing.  It tends to be really
quite a long time, and the businesses tend to have a
reason to exist, like people wake up in the morning
and want to buy their stuff.  There's like nothing
that has to get created out of thin air or the
demand for the product to exist

And lastly I think you'd have to say, based
on track record, that the investments that he has
made over his adult life, which has been a long
time, have turned out just absolutely brilliantly.
They've been creative.  They've been structured and
of course they've been contrarian.

Highly Confidential - Attorneys' Eyes Only                    JPM_00282023

So that is one whole body of thought that I think needs to be explored, and once you do you would say wow!  What a great loan to make; Zell backing the Tribune.

Number two; the credit statistics.  Just the numbers, okay?  The loans deliver quick, for the reasons that I just mentioned, so we like that.

The coverage is strong; interest coverage, fixed charge coverage, strong, good, solid, not a stretch.  Good loan to value, and one of the most important things, which is why Sam likes the investment, which is why I like the loan, which is multiple assets; lots and lots of assets.  They are in different businesses and they are in different places, all of which is good when you bank a media company, because if you ever had to sell some assets in order to redeem some of the loan, you've got assets that can be sold that are not going to affect the corpus, if you will.

Point number three, my last point, is just the business itself.  As I was just saying, there have been, of course, many of you in this room have worked with us over many, many years to do large leverage buyouts on large media companies, and

Highly Confidential - Attorneys' Eyes Only

they've worked terrifically and there's a reason for
that, and a lot of it has to do with this sort of
diverse asset mix in different places and if the
economy turns or there is some bump in the road, you
can actually sell a station, sell a paper, you know,
dot, dot, dot, in order to lighten the load, and
that's a good thing.

So, you know, is this a good LBO candidate?
And the answer is definitely. This one is
especially good for those reasons because when you
add on top of it these are great, great brand names,
so back to the notion of, do people wake up in the
morning and want to buy the things that this company
makes? Yes; LA Times, Chicago Tribune, et cetera,
et cetera, et cetera.

There is nothing new that has to get
created to produce that demand at all. They are in
major markets. They are major brands. It's a world
class company that Dennis has helped put together
and has run, and I know Sam's going to talk more
about that. The whole—you're going to hear from the
whole management team today, and it's going to go
through a terrific book for you, and I'm going to
let Sam kind of introduce that whole piece of the

---

Highly Confidential - Attorneys' Eyes Only                                          JPM_00282025

equation, but without any further ado, you won't get that many chances to do this in your career, but here's a chance to bank Sam Zell and it's a really unique and privileged opportunity.  Sam Zell!

**Samuel Zell:**  Thank you, Jimmy.  Thank you all for being here this morning.  I think that one of the issues that all of you should be concerned about is the degree of my commitment to this deal, and I don't think I could possibly show it more clearly or more succinctly or more importantly than to tell you that I rented this suit so that I could stand before you today, [laughter] fully equipped to be in a bankers' arena.

I've also heard a lot of questions as to whether or not Sam has enough "skin" in the game. I've been reading newspapers, and by the way, I should tell you that I read newspapers every day and based on the number of phone calls I get and the number of requests for money and donations, apparently a lot of other people read the newspapers, too, so that gives me great encouragement.

In reading the newspapers, people have

Highly Confidential - Attorneys' Eyes Only

JPM_00282026

continually made reference to the fact that my
equity commitment to this deal was either minor,
nonexistent—what was it? Oh, somebody did the
calculations and they figured out that on the EOP
deal the amount of investment I made here was equal
to the difference between the $48.50 that Blackstone
first offered us and $55.50 that Blackstone
ultimately paid.

You know, I guess it was Confucius who said
money talks and bullshit walks, and my attitude is
that I've never put up $315 million of my own money
in one deal before, and though all of you might
think that that's relatively insignificant, I should
tell you that my children don't think so [laughter].

And my children actually believe that this
represents a very significant amount of their future
inheritance, so considering the fear that I have of
my children [laughter], I want to make sure that all
of you know that this is not a dalliance, number
one. Number two, we don't make investments of this
size very often. As a matter of fact, though, if
you look at our history, there doesn't seem to be
much difference in our effort and our focus whether
we invest $315 million or $15 million.

Highly Confidential - Attorneys' Eyes Only

JPM_00282027

Because in the end, the most significant issue for us is our name. Everything else is transitory. Everything else can be changed, sold, traded, et cetera. The one thing that can't be is your name, and our philosophy and the way we've done business historically has been that we take responsibility for everything we do. And we make our decisions from an investment perspective, always asking the question, since we're going to be there at the end, what does it mean?

And in this particular case, we're motivated by the fact that one, we believe that there's a huge asset base here. Yes, it appears to be a very highly leveraged transaction, but I've seen a lot of highly leveraged transactions. This is the only one I've ever seen where the value of the assets is measurably greater than the amount of leverage that we intend to put on it.

I believe that this company, if we were to "liquidate" it tomorrow morning, the gross assets in place are significantly greater than the amount of debt that we envision putting on it. We believe that there are lots and lots of opportunities to relate to what Jimmy said. The fact that this has

Highly Confidential - Attorneys' Eyes Only

JPM_00282028

all of these multiple assets represents multiple
opportunities.

    For some of you know that we know a little
bit about the real estate business.  I would tell
you that this company has significant, measurable
real estate holdings, and one of the things we're
going to obviously do is to attempt system
management and maximizing the value of these kinds
of assets that frankly don't appear on any balance
sheet, but in fact are very serious assets going
forward.

    We look at a superstation.  We look at an
interactive group.  We look at the Cubs.  We look at
newspapers with a $900 million cash flow.  We look
at a TV group that we think has a lot of future.  We
look at all that and we say this is a really
interesting opportunity; an opportunity to change
the focus and to change the direction of a whole
industry.

    I should tell you that since this deal was
announced, I've heard from every major publisher in
the United States and the theme of each one of the
calls—and I didn't call any of them, they all called
me—and they all say in unison that this is the most

Highly Confidential - Attorneys' Eyes Only                                    JPM_00282029

important transaction for the future of the
newspaper industry.  And the fact that it's being
done by a non-newspaper man is of just significance
to the whole industry and the future of this media
play.

        We like the newspaper business.  We think
Mark Twain was right when we said that reports of
the death of the newspaper business were greatly
exaggerated.  It's a business that has historically
operated either as an oligopoly or as a monopoly and
is dealing with the issue today of obvious
competition from online activities.

        This company has a significant presence in
the online environment, but obviously the challenge
going forward is how do we get paid for the use of
our content by those who have, to date, chosen to
borrow it without leaving an IOU?

        I think that, going forward, I feel that
this is probably our biggest single challenge, and I
feel very strongly that this industry needs a
gladiator to take on the giants of the interactive
world.  I think we're uniquely positioned to do so,
and I think we're going to go out there and make a
difference.

Highly Confidential - Attorneys' Eyes Only

JPM_00282030

We want to stimulate revenues.  We want to
make our product much more relevant than it has been
to date.  Obviously a focus on costs is very
important, but I promise you it's not possible to
grow this business by just cutting costs.  We have
to generate revenues.  We have to make our product
much more relevant, all of which is very much in our
objective going forward.

I would conclude my comments, this morning
by—or this afternoon, I started in Cairo yesterday
morning—I would conclude my comments this morning—
this afternoon—by just telling you that we are
committed.  We have a whole team of our own people
who have been spending an enormous  amount of time
meeting with the management of the Tribune.  We
expect to be influential going forward.  We expect
to help make one plus one equal six, which is
basically our historical methodology.

Thank you very much for coming.  I hope you
will all participate.  We believe this is a really
extraordinary opportunity to make a difference, and
more than anything else that's what challenges us.
So, thank you very much, and I will introduce Dennis
FitzSimons who is the CEO and Chairman of the

Highly Confidential - Attorneys' Eyes Only

JPM_00282031

company.

**Dennis J. FitzSimons:** Thanks, Sam. Let me thank all of you for being here today and Sam, we're excited to both have you in as a partner. We're excited about this transaction. Sam, I think the only downside of you renting that suit for the day is that now you may be called one of the suits from the Tower, so [laughter].

But you know, after being in the process that we've been in for the last six months, I can't tell you how enthused we are about being on this path, as I said, about this transaction and moving our businesses forward. And that is what we have the company focused on at this point. We're totally committed to making this transaction work for our lenders and for our employees.

So just to give you a sense, you heard Jimmy refer to it. You heard Sam refer to it, but we are a premier major market media company, and let me give you a quick overview of the company.

Before I do, let me tell you who's here with us today. First of all, Scott Smith, who's president of our publishing group, John Reardon, who

Highly Confidential - Attorneys' Eyes Only

JPM_00282032

runs our broadcasting and entertainment group, Don Grenesko who will be our next presenter, our CFO, Chandler Bigelow, our treasurer and Crane Kenney, our general counsel. So that's who's here from our team

Now, we've got significant scale on both sides of our house, both in publishing and in broadcasting. We're the second largest U.S. newspaper group with major metro dailies in nine markets.

Along with those print assets, we've got a fast growing interactive sector; more than 50 Web sites, 14 million unique visitors every month, a large number of targeted publications as well as some very valuable interactive equity investments, and we'll come back to those later.

On the broadcasting side, we're the fifth largest television group, but actually the third largest Anglo group, just with only CBS and Fox ahead of us. Our Superstation WGN is available in 70 million homes around the country via cable and satellite. The number one radio station in Chicago and some, again, very valuable equity investments on the broadcast side of the house.

Highly Confidential - Attorneys' Eyes Only

JPM_00282033

Television's Food Network, we've got 31 percent of that. Not listed here is the Cubs and the investment that we have in the Comcast regional sports network.

So, as far as the Cubs, we've announced that we will sell them after the 2007 season, so we have one more shot [laughter].

**Samuel Zell:** I think you should tell everybody that this deal has a higher probability than the Cubs winning the World Series.

[Laughter]

**Dennis J. FitzSimons:** Well, Sam, I'm not going to comment, but, well, we're working on both. We're working on both.

Now we're—diversification was mentioned and we are diversified across businesses and markets. If you'll focus on the left hand side here, about $5.4 billion in revenue. Seventy percent comes from print, 26 percent from broadcasting, and currently four percent of total company revenue comes from interactive.

Highly Confidential - Attorneys' Eyes Only

JPM_00282034

On the right hand side, the way this
revenue is spread out by market, New York, LA and
Chicago represent about 61 percent, Florida, 13
percent between our two newspapers down there and a
television station and our other markets about 25
percent, and that's of a total revenue base of $5.4
billion.

Looking more specifically at publishing,
our newspapers generate $3.4 billion in revenue and
our papers reach approximately 15 million adults per
week.

We've got a distinguished history of great
journalism with over 100 Pulitzers having been won
by our papers.

Now, included in this total is Tribune
Media Services.  That's a group that syndicates our
content to both print and electronic customers.
We've got deals in place with Tivo, with Microsoft
and Yahoo to provide them with data and that's a
fast growing part of our business.

Next down is targeted publications, which
contribute close to $400 million in revenue.  A
hundred thirty of these publications, free dailies,
community newspapers, classified publications and

Highly Confidential - Attorneys' Eyes Only                                    JPM_00282035

magazines; that's examples that we've launched over

the last several years.  Right here in New York, AM

New York, a commuter paper that's now profitable and

also RedEye in Chicago, which has been also a good

investment, good launch for us.  Chicago Magazine

also would be in this group with seven million

adults per week.

We've also got a direct marketing services

company which offers both local and national

solutions for marketers.

Interactive, which is an area of tremendous

growth, 14 million uniques a month, a strength in

three classified advertising verticals, recruitment

auto and real estate.  That comes through our

partnerships in CareerBuilder and Classified

Ventures, Shoplocal, Topix.com, and Legacy.com.

Think of these as networks which have a

strong base of local affiliates, and we benefit at

both the affiliate level and at the network level.

Publishing strategies, to maximize

profitable print revenue, stabilize individually

paid circulation—that's home delivery and single

copy—this is the kind of circulation that

advertisers find most valuable.

Highly Confidential - Attorneys' Eyes Only                                      JPM_00282036

We'll look to expand these free daily papers to complement the daily reach of our major metros. We have competitors like we do here in New York and in Chicago. These free dailies have been a real both offensive and defensive strategy for us. We didn't want anybody coming into Chicago to launch a free daily. We launched RedEye and it's really had an impact on our major competitor there, the Sun Times, so we will look to do this in other markets.

Now I also want to maximize our share of print dollars. Basically where we have competitors take the other guy's money.

We want to exploit our interactive growth, further enhance our local sites and build additional national interactive networks with key partners.

Our most recent partners, and you'll see this as we get to our specific joint ventures, have been Gannett, which is the largest U.S. publisher, as well as McClatchy and again, the concept is start national networks that have a real benefit to the local affiliates. That's the local newspapers and the local newspapers' Web sites.

We'll look to create profitable print alliances and, as the industry has faced revenue

Highly Confidential - Attorneys' Eyes Only

challenges, individual papers are more open to
cooperating.  Things like joint distribution; it's
better to have one truck going down the street than
two or three.  Also preprint distribution is
something that we've generated some agreements on,
our most recent one being with ADVO in Los Angeles.

We also will look to accelerate cost
reductions in the business, reengineering our
business processes, taking advantage of our
economies of scale, and this year we'll look to
reduce total expenses by one percent.

Also, now that we have rolled out what will
be industry leading editorial systems, circulation
systems and advertising systems, we'll be able to
reduce our capital expenditures going forward and
invest where we see greater growth opportunities.

Going to our metro newspapers, look at this
in three tiers.  First of all, New York, LA and
Chicago, starting with LA; that's the largest metro
daily in the nation.  Weekly readership over five
million, 39 percent penetration of the Los Angeles
market.

Now, if you were to compare this
circulation, or straight circulation versus DMA

Highly Confidential - Attorneys' Eyes Only

JPM_00282038

households, you would see that the LA Times is about
double where the New York Times is in the New York
marketplace, so that should give you a sense of the
strength of the LA Times in its market.

Chicago, also one of the largest, most
profitable major market metros, and on Long Island,
News Day is dominant in Nassau and Suffolk counties,
two very affluent counties.

And then we have four middle market papers
in the Northeast, Middle Atlantic region.  Each is a
leader in their own market.

Now, we've pursued a clustering strategy in
a number of our markets.  The best example is in
Chicago, where we've offered consumers and
advertisers more choices.

Off the strong base of the Chicago Tribune
that reaches about 3.3 million readers every week,
or 46 percent of the market, we've built with RedEye
which is a free daily newspaper, and we've launched
or acquired other complementary businesses, whether
online or magazines or Spanish language in the case
of Hoy, and that has brought our market reach on the
bottom of this page to 76 percent of weekly—of
reach.  Every week we're reaching 76 percent of

Highly Confidential - Attorneys' Eyes Only

JPM_00282039

consumers in Chicago.

That brings us to our biggest opportunity for growth, and that's interactive. This chart shows our growth from 2000 to 2006 and then projects out to 2010. What you're seeing is both interactive revenue from businesses wholly owned by Tribune, and then the orange piece of the bars are proportionate share of revenue from joint ventures.

In 2006 our total revenue is slightly over $400 million, $228 million of that from wholly owned business units. In percentage terms, that represents about ten and seven percent of publishing revenue.

In 2010 we project that total number to be slightly over 20 percent coming from that combination of joint ventures and wholly owned interactive business units, so this is an area of tremendous growth potential for us.

Mention the interactive equity investments, CareerBuilder, where we own 42 ½ percent, our partners here are Gannett and McClatchy and this has been the most successful joint venture in the newspaper industry.

So, five years ago everybody was saying

Highly Confidential - Attorneys' Eyes Only

JPM_00282040

that the newspaper industry could not get out of its
own way regarding recruitment advertising.  It was
all going online and we were not going to be there
to get our share.  Well, we invested in Career Path
and then CareerBuilder, and then we bought
Headhunter.  We doubled down in 2001 after the
bubble had burst, and this has become the number one
online recruitment site both in terms of traffic and
revenue, surpassing Monster, so it is the single
best story the newspaper industry has online, and we
look to duplicate that in other categories as we go
forward, particularly travel and entertainment.

The network affiliate model really works.
You have lots of affiliates that can sell into the
network and provide promotion for the network.  At
the same time, you've got a wider footprint over
which to amortize your IT costs and your promotion
costs and tap in to both national network type
advertising as well as local advertising, so it
really makes sense and we think we can duplicate it.

Classified Ventures, you can see our
partners here also Gannett and McClatchy, Washington
Post and Belo.  This is cars.com, apartments.com and
other related real estate sites, and this has been a

Highly Confidential - Attorneys' Eyes Only

JPM_00282041

fast growth joint venture for us also.

Shoplocal is our online play in the retail
category and Topix.net is also a fast growth news
aggregator that, as I believe, doubled in traffic
over the last year or so.

Moving to our broadcasting business, 23
stations, 19 markets [inaudible] affiliates most
heavy in the CW, which is the, where we have our top
three stations. We have six Fox affiliates one ABC
and two my network TV affiliates which is Fox's
latest effort. Four of these are duopolies, so 24
stations in 19 markets.

As Sam mentioned, we also have the
Superstation WGN which is available in over 70
million homes via cable and satellite, and this is a
high margin business for us, and also a dual stream
of revenue business where we get subscriber fees as
well as advertising fees.

If you add it all together in terms of
coverage of U.S. homes, it's 82 percent that we
reach on a monthly basis.

We have one radio station. We got out of
the radio business when multiples were very high.
Traded, actually, radio for television on a tax

Highly Confidential - Attorneys' Eyes Only

JPM_00282042

efficient basis.  The one we kept is WGN, the talk, information, sports format, very profitable in our home base of Chicago.

Tribune Entertainment also distributes and sells advertising in syndicated programming.  We also have Tribune Studios which has some very valuable sound stages on a very valuable piece of property in Hollywood.

Strategy on the broadcast side; use our national scale to drive a group of syndicated program acquisitions and line up with strong broadcast networks and then have a focus on local news and sports.

It's been a successful strategy for us and we also, because of this strong national coverage, have the ability to align with major program suppliers for launch of off network programming, which we are going to talk about in a minute, but also first run syndicated programming, so scale does really help on the broadcast side of the business.

We'll also look to create additional value through our retransmission consent rights.  That's one of the ways we've gotten WGN to over 70 million homes and it's also the way we acquired our 31

Highly Confidential - Attorneys' Eyes Only

JPM_00282043

percent interest in the television Food Network,
effectively getting that network launched back in
1992 using our retransmission consent rights.

And finally we continue to exploit digital
technology to run multiple stations out of one or
several hubs around the country, but it's a way to
reduce our costs overall.

Mention our strong national reach; don't
need to dwell on this.  It's 36 percent over the air
coverage and again this is what brings us the
advantage in buying programming.

Just so you know, what our programming
model is, this gives you an example.  On the left
side of the page as you can see how WPIX here in New
York, Channel 11, is programmed and effectively what
we do is counterprogram the traditional big three
affiliates.  In the morning we have local news, four
hours of it up against the Today Show, Good Morning
America and really the network shows.  We've got
younger [inaudible] comedies up against early news
and late news, and then in the daytime, talk and
court shows versus the network soap operas.

Our network provides us with a little bit
less programming; 13 hours a week versus two hours a

Highly Confidential - Attorneys' Eyes Only

JPM_00282044

week, and then our revenue drivers are really the early and late fringe and prime time access. About 34 percent of our revenue comes from there and then 17 percent from news.

Now where our real upside is on the broadcasting side of our business is that we've secured the rights, again on a group basis, for the number one and number two sitcoms coming off the network in fall of '07. Those are Two and a Half Men from Warner Brothers and Family Guy from Fox.

So on the right hand side you can see Two and a Half Men is the number one sitcom on network right now in households in adults 18-49 and adults 25-54. That's going to go into our both early and late fringe lineups all across the country and then Family Guy is number one in adults 18-34, men 18-34, and these are demos that advertisers are really trying to reach, which is going to give us significant upside as we go into the fourth quarter.

Moving on to our network programming, we switched out of the WB where we were a partner last year and the WB generated some pretty significant losses, most of which were borne by Time Warner.

We went into the WB back in '95. It really

Highly Confidential - Attorneys' Eyes Only

JPM_00282045

made sense in our evolution from local stations to having a very strong network and it worked very well for us in terms of improving our margins and just getting us more competitive programming in prime time.

Then what happened with UPN launching there was just too much competition in the over the air network marketplace.  Time Warner, given some of the issues they were dealing with, no longer wanted to foot most of the losses for the network, so we effectively merged the two networks.  The two partners are CBS and Warner Brothers, but we were able to get the affiliation in the top three markets and 11 other of our stations.

So we protected our stations.  We eliminated a competitor, UPN and really that made for five established broadcast networks at this point.  There was a 10 year affiliation agreement with three percent increases every year.  We eliminated liability of the losses for the WB network, so we think this is a great outcome for us and some of the—one of the biggest things and best things is that CBS has ten affiliates of this new network, actually 12 affiliates of the CW, so they

Highly Confidential - Attorneys' Eyes Only

JPM_00282046

really, as one of the owners of the network, have motivation to provide this network with great programming.

So we are really enthused about the future of the CW and see that contributing to improved margins.

So just to review investment highlights, significant scale on both sides of the house, both publishing and broadcasting, broad national reach with great franchises, great brands in the top markets. We're diversified, plus our market's end business is we've got great growth in interactive and we expect that to continue.

We've demonstrated our ability to manage costs and that will continue as we evolve our business.

Portfolio of assets; we assess them all the time. We've done that in the past. We'll continue to do that.

We've got strong free cash flow to pay down the debt which I know is important to everyone is this room, and then we believe there are going to be benefits to being a private company out of the glare of the public markets will enable us to make some

Highly Confidential - Attorneys' Eyes Only

JPM_00282047

longer term strategic decisions.  An experienced management team and we're really happy to welcome Sam in as a partner and I think he and the others in the Zell group are really going to add a lot.

Sam mentioned the real estate piece and what we own around the country and we believe there's a lot of value there as well as some other places.

So with that I'm going to turn it over to Don Grenesko who will give you some financial highlights.

**Donald C. Grenesko:**  Thank you Dennis and good afternoon everyone.  My first slide is the—will show the first quarter of 2007 versus the fist quarter of 2006.  Our publishing results were generally in line with what we expected given the very strong results we had in our Florida papers last year.

Publishing's revenues did fall by five percent, and I'll go into more detail on advertising revenues on my next slide.

The broadcasting group's revenues were flat with last year.  TV revenues decreased one percent as weakness in early and late fringe programming was

Highly Confidential – Attorneys' Eyes Only

JPM_00282048

mostly offset by improvements in prime time.

Importantly, ratings for our new CW network for our stations were about 15 percent higher than the WB ratings we had last year.

On line four, publishing's cash expenses decreased one percent, primarily because of lower newsprint expense, falling by $13 million.

Pricing was about flat with the first quarter of last year, while tonnage was about eight percent lower.

Broadcasting's cash expenses rose by two percent, reflecting higher comp from normal merit increases, and on line 11, lower revenues in the publishing group led to a 17 percent reduction in consolidated operating cash flow of $240 million versus the $289 million that we posted in the first quarter of last year.

On my next slide I show publishing's ad revenues which did decline by six percent during the first quarter, almost all of which related to classifieds because our retail and national advertising was relatively stable.

On line one, retail was down one percent with the largest decline in department store

Highly Confidential - Attorneys' Eyes Only

JPM_00282049

advertising which was mostly offset by higher
hardware and home improvement advertising.

In 2006, retail advertising was flat with
2005, so our retail advertising has been relatively
stable for the last 15 months.

We are seeing better trends in national
advertising.  National fell by two percent in the
first quarter versus a seven percent decline for the
full year of 2006.

At the LA Time, their national was up three
percent due to improved movie results.  Chicago was
off 11 percent with declines in auto and technology,
while Newsday's national rose by two percent.

And I'd also like to point out that our
retail and national advertising revenues were better
on average than other newspaper peers.

Our issues in the first quarter related to
classified, particular at our two Florida papers
which combined were down 30 percent versus the first
quarter of last year.  Other Florida papers had
similar trends.

On line four, the group's health
advertising was off 14 percent, but health was only
down 7 percent if we exclude Florida.  We do plan on

Highly Confidential - Attorneys' Eyes Only

trying different pricing and packaging models in recruitment going forward.

In auto, domestic auto advertising budgets have been down across all media including newspapers; however, over 50 new models are being introduced this fall which bodes well for increased advertising both in national and classified.

On line six, real estate advertising was $14 million lower for the group versus last year, most of which relates to Florida.

As shown at the bottom of this slide, we had an 80 percent spike in real estate advertising in Florida, from $16 million to $29 million from '05 to '06, but real estate is still well above the 2005 first quarter numbers.

We believe that there are cyclical not secular forces at work because Florida continues to be a growing market. Housing in Florida is impacting the overall economy which we also saw in employment and auto advertising.

Overall we continue to expect the first half of the year to be very challenging for our newspaper groups' advertising revenues as well as for the entire newspaper industry; however, we

Highly Confidential - Attorneys' Eyes Only

JPM_00282051

believe the second half of the year should show
improvement.

In 2006 first half total advertising
revenues for publishing were about flat with 2005,
while in the second half advertising revenues
declined about 2.4 percent, so we're going to see a
lot easier comps in the second half of the year.

Real estate should ease in Florida and
auto; I mentioned the new models being launched.  We
also have more premium ad position and expanded
color capacity which will create new revenue
opportunities, and the LA Times will cycle through
the May Federated merger which occurred a year ago
May.

On my next slide this shows projections
from 2007 out through 2011 and let's concentrate on
the first two columns, the '06 and '07 numbers and
I'll comment on '07 first.

On line one, total publishing revenues are
projected to be down about one percent to just below
four billion dollars, with advertising revenues down
one percent and circulation down four percent.  Our
revenue projections are fairly close to what Wall
Street analysts are expecting.

Highly Confidential - Attorneys' Eyes Only

JPM_00282052

In broadcasting we're projecting a slight decline in TV revenues in 2007 while Wall Street projects a slight increase. We expect some softness in the second and third quarters before the fall debut of Two and a Half Men and the Family Guy. We also expect the CW prime time ratings to continue to improve, and the Fox stations are gaining revenue share.

We continue to have a very strong focus on controlling expenses. On line four for 2007 publishing's expenses are expected to be down by one percent due to lower newsprint and staffing reductions.

In newsprint, we're projecting a four percent decline on pricing, but we actually think that could go lower than what we're expecting here, and that follows on after a ten percent increase in newsprint pricing in 2006. Tonnage we expect to be down in the four to five percent range, so total newsprint expense should be down in the eight to nine percent area.

Broadcasting cash expenses in 2007 are expected to be up slightly. Broadcast rates should be flat. Compensation should be up slightly.

Highly Confidential - Attorneys' Eyes Only

JPM_00282053

On line 11 we're showing a three percent projected decline in 2007's consolidated operating cash flow to a billion two hundred seventy million, but that's still very strong cash flow numbers.

Nevertheless, given the softness that we've seen through the first four months we've implemented contingency planning to offset possible revenue declines.  We're looking at additional cost reductions, mostly staffing, that will save us another ten to 15 million dollars.  We're going to reduce our 401K contribution, which will save an additional 15 to 25 million dollars and then on the equity income line, we have built in losses for about $100 million of investments but we probably won't make all of those this year.

Also the TV Food Network is doing better so we're expecting that on the equity income line that this could be $10 million or better in 2007.

So in total we're looking at $35 million to $50 million in savings on top of the $150 million of cost reductions that we've already announced.

Now looking out over the, through 2011 we expect economic and classifieds cycles to continue to improve, particularly in health and real estate

Highly Confidential - Attorneys' Eyes Only

JPM_00282054

in 2008 and 2010.

On line one, total revenues in publishing are expected to grow about seven tenths of a percent per year. That's a little bit higher than what Wall Street analysts are projecting.

Daily print advertising will be lower but we're expecting modest growth in preprints and interactive should continue to grow in the mid to high double digits.

The base TV spot market is projected to grow one percent annually over this 2007 to 2001 period. Political standing will help every other year and we expect to continue to grow our Superstation distribution.

So on line two, broadcasting revenues on the far right hand side are expected to grow about 2.3 percent a year, which is pretty much where Wall Street is also projecting.

In terms of cash expenses on line four, publishing's total cash expenses are projected to grow about four tenths of a percent annually, two major components being compensation—that should be up a little bit less than one percent. We're assuming three percent mirrored increases offset by

Highly Confidential - Attorneys' Eyes Only

JPM_00282055

a two percent decline in staffing, and then in
newsprint, as I mentioned, for '07, four percent
decline in pricing, consumption down about five
percent.

For 2008 through 2011 we're expecting
declines in newsprint expenses of about two percent
a year. Half of that should be pricing and the
other half consumption.

On line five, broadcasting and
entertainment, they're expecting modest expense
growth, relatively flat broadcasting rights with
modest increases in comp.

In terms of operating cash flow on line
eight, publishing is expected to grow by about one
and a half percent a year over this five year
period, broadcasting by 4.2 percent and on a
consolidated basis on line 11, we're projecting 2.3
percent, and that compares to a modest decline that
Wall Street is expecting from us.

The equity income line, we continue to
expect strong growth from CareerBuilder, Classified
Ventures and the TV Food Network.

On line 14, capital expenditures, we had
been projecting $200 million in 2007, likely to be

Highly Confidential - Attorneys' Eyes Only

JPM_00282056

less than that this year, probably closer to $175 million, which is what we're also projecting for 2008.

Then after 2008 we should see a significant drop because of the completion of various technology, preprint inserting equipment and web width reduction projects, so a significant drop-off after 2008 in CapEx.

On the investment line we had been projecting and modeling about $100 million for 2007. As I mentioned, that's likely to be less, probably in the $50 million range and then we've modeled about $100 million per year going forward.

On line 17 we continue to generate a lot of free cash flow and we're projecting our free cash flow to be something over six billion dollars over the next five years.

So with that, let me turn it over to Chandler Bigelow.

**Chandler Bigelow:**   Thanks, Don.  Good afternoon. It's nice to see some familiar faces out there and I do look forward to meeting all of you or as many of you as I can in the coming months as you review this

Highly Confidential - Attorneys' Eyes Only

JPM_00282057

transaction and get to know Tribune.

I'd like to spend a few minutes today giving you an overview of the transaction which has Sam and a newly formed employee stock ownership program taking Tribune private in a two step transaction that includes the first step tender offer for half of our shares outstanding, followed by a second step back end merger.

The key highlights of the deal are as follows, and I will get into more specifics of each in a moment, but at a high level here are the important milestones and some of these we've already passed.

First, Sam has already invested $250 million of cash in the Tribune Company and he will increase this amount to $315 million in total in a second step.

Second, Tribune has already formed its new ESOP which is already purchased its $250 million of Tribune Company stock.

And third, just yesterday we've launched our tender offer for just over half of the shares of the company, or roughly 126 million shares that we look to buy. This tender will remain open for most

Highly Confidential - Attorneys' Eyes Only

of the month of May and would be funded with the
proceeds of the financing that we're discussing
today.

Once the tender offer closes and the first
step of the deal is complete we will look to have a
shareholder vote later in the summer and we will
seek regulatory approval with the goal of completing
the back end merger by year end.

In addition we look to have sold the
Chicago Cubs and our 25 percent interest in Comcast
Sports Chicago, which is a local Chicago cable
sports network also by year end.

Once the second step closes the company
would be private and would be 100 percent owned by
the ESOP as Sam's investment will be in the form of
a warrant and note.  In terms of governance, we will
have an eight member board of directors that will
include Sam as chairman and Dennis and five
independent directors as well.

Now an important part to understanding this
transaction is appreciating the significant benefits
of a 100 percent ESOP owned S Corp company.  Two
important features; first, an ESOP is a qualified
ERISA retirement plan in which the employees of our

Highly Confidential - Attorneys' Eyes Only

JPM_00282059

company will be able to build ownership of the
company over time though the annual allocations of
company stock, and this is a really important point
to make, since employee ownership has always been a
cornerstone of Tribune, and I think any time you can
give an employee base to invest side by side with
someone like Sam and his organization in one of the
great American companies makes us really
enthusiastic about the deal.

I'd also mention that Tribune actually had
its own very successful leveraged ESOP from 1988 to
2003 and so there's a tremendous amount of goodwill
around ESOPs and ESOP structures throughout our
employee base.

Now the second important feature of the
structure is the company will no longer pay
corporate income tax as an S Corp, rather it will
pas through its income to its shareholder, and since
the ESOP, a tax exempt entity, doesn't pay tax and
it will be the sold shareholder of the company, no
taxes will be paid.

The necessary requirements for ESOP
eligibility—excuse me—for S Corp eligibility are
relatively straightforward and would be met once the

Highly Confidential - Attorneys' Eyes Only

JPM_00282060

merger closes.

Now the key economic benefits of this structure are first, we estimate that the present value of the tax savings in the first ten years of the transaction exceed one billion dollars.

Second, by implementing a [inaudible] save $60 million of annual cash contributions to that plan. In addition, we expect to be able to save an additional $20 million of costs by moving from a public company to a private company.

Another very important feature of the S Corp structure is that it eliminates nearly two billion dollars of deferred taxes that currently sits on Tribune Company's balance sheet.

And finally within the S Corp structure the treatment of capital gains tax is important. IN the first ten years of the S Corp structure, Tribune would pay—the company, the S Corp itself—would pay normal capital gains as it has been as a C Corp; however, after ten years of the structure, capital gains are passed through to shareholders just the way the income will be in the first ten years.

So it is these important economic benefits which strengthen the already very strong free cash

Highly Confidential - Attorneys' Eyes Only

JPM_00282061

flow characteristics of the company and will
contribute to a very strong deleveraging profile for
the company in the coming years.

Now in terms of the sequence of the
milestones, first, merger agreement's been signed.
Second, ESOP's been formed and has purchased $250
million of stock which has been financed by an
internal loan from the company.  Third, Sam has
invested $250 million of cash into the company, $50
million in common stock and a $20 million
exchangeable note.

Fourth, we are raising debt to fund the
tender offer and also to refinance our existing bank
facilities.  Four point three billion will be
distributed to shareholders and we will refinance
$2.8 billion of our existing debt.

Moving to the second step, the back end
merger; as I mentioned, once we get shareholder and
regulatory approvals we look to close the back end
merger by year end.  At that point we will raise an
additional $4.2 billion and all remaining share of
the company, all the outstanding shares, would be
cashed out.

Sam will increase his stake to $315 million

Highly Confidential - Attorneys' Eyes Only                                          JPM_00282062

which will represent a $90 million warrant which
gives him the ability to purchase 40 percent of the
fully diluted economic interest in the private
company and he'll hold a $225 million subordinated
note.

We'll then make our S Corp election and
look to close the Cubs and Comcast deals as well.

Now turning to our projected pro forma
capitalization, I'll call your attention to the
first column, which shows our projected debt at year
end before the second step. You see guaranteed debt
at $6.7 billion and as line 20 shows, guaranteed
debt to adjusted EBITDA will be under five times.

Once the second step closes and after we've
sold the Cubs and Comcast, our first priority
guaranteed debt will be roughly $8.2 billion, and
total guaranteed debt will be in the $10.3 billion
range.

Finally, as we turn to the next slide,
finally I'd like to wrap up highlighting something
that Jimmy mentioned with his opening remarks and
that is that the structure of this transaction
creates an equity account of slightly more than 25
percent of the total projected capitalization of the

Highly Confidential - Attorneys' Eyes Only                                    JPM_00282063

company and that this equity is created in three primary ways.

First, Sam's investment in the company; second, the present value of these tax savings exceed one billion dollars; and third, the structural subordination of our existing notes [inaudible] and combined this represents more than 25 percent of the total capitalization of the company.

With that, I'll turn it over to Todd Kaplan of Merrill Lynch for an overview of the facilities.


**Todd P. Kaplan:** Great, thanks Chandler. As you just heard, our transaction is structured in two steps. Let's go through step one first.

This step just kicked off yesterday with the beginning of the tender offer. As you can see down at the bottom right, it's a tender for 126 million at $34 per share, an aggregate of just shy of $4.3 billion.

As we go up to our uses we see the share we purchased in the first line and the next big item is essentially a breakdown of the existing debt account, which is roughly $5.3 billion. Of that

Highly Confidential - Attorneys' Eyes Only

amount, $2.8 billion is going to be refinanced here
in the first step, and as Chandler was just
describing earlier, the existing senior notes
[inaudible] will be rolled into the pro forma
structure.

Over in sources we see importantly the
facilities we're here to discuss today with the
revolver and the delay undrawn at the initial
closing and $7 billion of term loan B.  Importantly
as well, Mr. Zell's investment of $250 million and
that coupled with the rollover of the existing debt
accounts for all of our sources.  This step, as
we'll run though in a couple of pages, should wrap
up at the end of May.

That brings us then to step two.  IN step
two we tender then for the remaining shares at $34
per, that's at the bottom right once again, and as
you go up to uses, we have our repurchase of shares
and the roll of the debt we've taken on in this
first step with some pay down in the first, in the
quarters two through four of this year to get to
$6.7 billion by an assumed year end.

With the rollover of the existing senior
unsecured notes in funds, we then have the remainder

Highly Confidential - Attorneys' Eyes Only

JPM_00282065

of our indebtedness, Mr. Zell's investment of $250
million is essentially recycled as you can see, the
$200 million of exchangeable note and $50 million of
common stock is repaid, and then as you move over to
the left you'll see his reinvestment, if you will,
at that point of $315 million.  That will be $90
million for a warrant and $225 million for a junior
subordinated note.

You can see on the sources side that in
addition to the rollover of the existing B loan
there will be an incremental loan of $2.1 billion in
term loan B form and $2.1 of a bridge facility which
we hope to finance as notes in the public market.

You can see in leverage, as we use the year
end '07 pro forma EBITDA what our coverages will be
on a debt to EBITDA basis at each level with the
bank debt accounting for six times debt to EBITDA
and the bridge facility which we again hope to be
now taking us to 7.4.

In the bottom left we've put in assumed net
proceeds of $600 million odd for the sale of the
Cubs and the 25 percent interest in Comcast Sports
net.  That would take our total indebtedness down a
couple of tenths of a turn from 9.1 to 8.9 and using

Highly Confidential - Attorneys' Eyes Only

JPM_00282066

the present value that Chandler outlined earlier, of
the tax savings generated by the structure and the
company's cash flows, we net to about 8.2 times
total adjusted debt at year end.

Organizational structure; today the
company's borrowings are predominantly at Tribune
Company which is the top box on this page.  Our
issuer for both the facility we're discussing today
and for the future bridge loan/bond issuance that
we'll do in step two will also be the parent
company.

Importantly, though, as you go to the
bottom of the page, you will note in those light
blue boxes the operating subs.  Those subs on both
the broadcasting and publishing side will be
guarantors of the facilities and of the new notes
that come in, in step two.  For the bank facilities
they'll be senior guarantees.  For the notes,
they'll be senior subordinated.  This is a critical
point.  The priority for the facilities we discuss
today is primarily driven by this guarantee
structure.

As we then flow back up the page, you will
note in the orange boxes Tribune Broadcasting Holdco

Highly Confidential - Attorneys' Eyes Only

JPM_00282067

and Tribune Finance.  Tribune Broadcasting Holdco

and Tribune Finance are the entities whose stock is

being pledged to the new bank facility.  Per the

terms of the existing senior unsecured notes at

Tribune Company, those notes will have a pro rata

claim in that security package.

Tribune Broadcasting Holdco is a newly

formed entity to hold the stock of Tribune

Broadcasting the existing subsidiary which holds

essentially all of the company's broadcasting

properties.

Tribune Finance, LLC is a newly created

entity as well, and Tribune Finance, LLC is

essentially an entity that will own junior loans

that are being made to the publishing operating

subsidiaries at the bottom of the page in that light

blue box, so in essence, at least three billion of

the funding that is going to Tribune Company will be

loaned to Tribune Finance, LLC, or contributed, and

Tribune Finance, LLC will then make loans to the

publishing operating subsidiaries which will then

distribute in a dividend that money back to Tribune

Co., so that in essence it is a finance company.

Importantly I would note that those loans

Highly Confidential - Attorneys' Eyes Only

JPM_00282068

will be junior to the guarantees in that in addition
to the guarantee that the operating subsidiaries,
the banks and the notes will benefit from senior and
senior subordinated guarantees of these two
entities, Tribune Broadcasting Holdco, LLC and
Tribune Finance, LLC.

All that, in essence, drives a structure
where it is the guarantees from the subsidiaries
that are driving the priority of the new facilities
and the new notes in the second step with banks
being first in line, clearly, the new notes being
second, and the existing debt which is outlined in a
chart on the top right being behind the two of
those.

A quick description of the terms of the
facilities; in total, eight billion dollars plus in
this step.  We will have corporate credit ratings of
BAAA BB- for step one and BBB for step two.  The
senior secured ratings are BAA BB- and BB
respectfully for those two steps.

The borrowing facility will come in three
pieces; a revolver of $750 million with a six year
maturity which will be undrawn at close, undrawn
pricing of 50 and drawn of 250.  The term loan B of

Highly Confidential - Attorneys' Eyes Only

JPM_00282069

just over $7 billion will be a seven year facility
with drawn pricing of 250 as well, and the delayed
draw term loan facility of 263 has a seven year
maturity, 75 basis points in the undrawn period, 250
drawn.  That facility is designed to exactly match
the maturities of some medium term notes that
Tribune has that all come due throughout calendar
2008.

The facilities we're discussing today are
designed with an incremental facility.  This is the
step two piece we described earlier that is $2.1
billion in size.  There is a most favored nation
clause in the pricing limited to 25 basis points.

As we described earlier, the collateral
package, if you will, is the capital stock of
Tribune Finance and Tribune Broadcasting Holdco,
LLC.  That will be prorated with the existing senior
note but that is essentially not the driver of
prioritization.  It is the guarantee package with
the senior guarantees from the subsidiaries beneath
and publishing and operating driving our
prioritization.

Financial covenants; there'll be a minimum
interest coverage of 1.75 times post the first step,

Highly Confidential - Attorneys' Eyes Only                    JPM_00282070

which will then step to 1.1 times post the second
step with step ups.  There'll be a maximum total
guaranteed debt leverage ratio of six and a quarter
in step one, nine times in step two.  With step
downs the guaranteed debt is essentially the new
bank debt in this step, and the second step and the
new notes in step two all of those benefiting from
upstream guarantees.

Other important covenants to note which
match the structure we've describe this afternoon;
the company will eliminate the ongoing 401K
contributions that have been made into employee
accounts and the company will elect and maintain the
S Corp treatment for tax purposes.

Mandatory prepayments; 100 percent of the
post closing funded debt that is issued for any
sales leasebacks that occur will be applied to the
term loan B.  Fifty percent of excess cash flow with
step down, 100 percent of the net cash proceeds of
non ordinary course asset sales subject to typical
reinvestment provisions and carve outs, and the net
cash proceeds from the Zell special contribution if
the S Corp election does not occur by March 15 of
2008.

Highly Confidential - Attorneys' Eyes Only                                    JPM_00282071

In short, S Corps must be on a calendar
year for tax purposes, so that to be an S Corp for
calendar 2008 the election needs to be made by March
15 and if not the S Corp status will be attained in
March of 2009.

To timeline, and as you can see in the
dotted lines we have our two steps demarcated with
April and May for the first step and then later in
the year for the second step.

This step kicked off with the tender offer
yesterday.  In today's bank meeting we expect
through May to run through both the process of
getting the bank facility for this step pulled
together and executing the tender offer.  As you can
see, they've been synchronized and the goal is to
close the two pieces together at the end of May.

We then get to step two where we aim for a
shareholder vote in September.  By November we hope
to be in the market launching our second step
financing.  We have noted there the receipt of FCC
approval.  Clearly that is an estimated time, but
our hope is that, that can move along to meet this
timetable.

And then we would go through a pricing of

Highly Confidential - Attorneys' Eyes Only                                    JPM_00282072

the second step pieces of financing described earlier to find the redemption of the remaining shares other than those owned by the ESOP and close the merger by year end.

I'd like to note that there is certainly a number of facets to this transaction in its structure.  We welcome some of the questions you'll take on that, but particularly as to detailed questions on the organizational structure, the guaranteed collateral package, what have you.

All of your contacts at JP Morgan, Merrill, Citi and B of A are learned and ready to respond to all of those questions here or going forward.

With that I'd like to turn it to Sam and Dennis and the team to take your questions.


**Samuel Zell:**  Intimidated bankers?  Give me a break!  [Laughter]  Nobody has any questions?  Yes?


**Male Speaker 1:**  [Inaudible]


**Samuel Zell:**  Could you stand up?


**Male Speaker 1:**  [Inaudible]

---

Highly Confidential - Attorneys' Eyes Only                JPM_00282073

**Samuel Zell:**  Obviously we've only been at it for a few weeks.  We have, in fact, inventoried all of the real estate in the company.  For whatever reason, media companies have a habit of collecting real estate.  I don't understand why, and we think that there is very measurable value here that we believe is achievable without interfering with the performance of the company, whether it be potential sale leasebacks, whether it be joint operating agreements which frees up real estate, whether it's addressing various real estate that might have very different kind of uses.

I mean Dennis made reference to the fact that we have sound studios in Hollywood that, I think it's 10 acres if my memory serves me correctly, very, very valuable property.  Obviously one of the questions is about, you know, what kind of return are we going to get on the sound studio?  How relevant is this to the rest of our business, relative to what the value of that might be?  Whether it be through sale leasebacks, through joint venture with the developer or some other variation, but there's just, frankly there's just a lot of

Highly Confidential - Attorneys' Eyes Only

JPM_00282074

stuff here and that's part of what gives us so much confidence in this deal is because the entire deal is full of multiple opportunities to get lucky.

Questions? Yes, in the back?

**Male Speaker 2:** Can you maybe elaborate on the billion dollars of present value savings from the ESOP and how you're calculating that [inaudible] the debt? And can you also maybe outline a scenario in which this second step would not be completed?

**Samuel Zell:** I didn't do the PV analysis, but my guess is that the present value analysis was predicated on the fact that in the past the company has paid taxes and the company will pay no taxes going forward, and so consequently I think if you do the present value of those tax payments bring them back to present value, I think that's where the billion dollars comes from. Is that right?

**Male Speaker 3:** [Inaudible]

**Samuel Zell:** Good. Thanks. [Laughter] I'm sorry, the second question was?

Highly Confidential - Attorneys' Eyes Only

JPM_00282075

**Male Speaker 2:**    [Inaudible]

**Samuel Zell:**   Well, I mean, you know, shit happens, OK?   [Laughter] So anything is possible, but obviously you could get a delay at the FCC.   I think that frankly is probably the only scenario that could impact the phase two part of this transaction.

Obviously before we, or actually as soon as we entered into this transaction, both Dennis and I reached out to Washington and all of various and different people—

**Operator:**   Ladies and gentlemen on the phone, if you would like to ask a question, press star followed by one.   To remove that question press star followed by two.

**Samuel Zell:**   —great reputation.   We have been encouraged to believe that this transaction will in fact—is good for the country, good for the business and likely to result in a, hopefully a rapid response from the FCC.

Highly Confidential - Attorneys' Eyes Only

JPM_00282076

**Jimmy Lee:**  And I should add, Ted [ph]—watch out! Watch out!  I should add one comment to that.  So what we're asking the FCC for are temporary waivers to our cross-ownership situations and the FCC put out rules in 2003 that gave relief to cross-ownership in major markets.  Those rules were then affirmed by the Philadelphia Circuit Court, in terms of the data was there to justify relief, so we're not breaking any new ground here.  What we're asking for is temporary waivers until the completion of a rule-making that's probably seven or eight years old at this point, so we're just asking again, nothing new, just temporary waivers.

**Samuel Zell:**  Yes?

**Male Speaker 4:**  Could you talk a little bit more, please, about what trends you've been seeing your paid circulation, and also what your strategies have been in terms of reductions in pricing and things that you do or don't do to retain readers?

**Jimmy Lee:**  Well we've been, and I'll probably ask Scott Smith to comment on this also, but so what

Highly Confidential - Attorneys' Eyes Only

JPM_00282077

we've been focused on is individually paid
circulation, which is the, that which is most
valuable to advertisers.  That's home delivery and
single copy, and we've been doing selective
discounting, so Don mentioned that we expected
slight decreases in circulation revenue this year,
and basically that is discounting where we think it
makes sense to create greater home delivery and have
that be a greater percentage of our overall
circulation.

So the trends in the industry have come
down, but a lot of what we eliminated over the last
two to three years has been what they call third
party bulk circulation, which is not particularly
profitable and, but it makes the overall numbers
look like they're coming down in a much steeper
fashion, so whether it was Newspapers in Education,
whether it was sponsored circulation, a lot of that
we have taken out.

And Scott, anything you'd like to add?

**Scott C. Smith**:  Well, just in terms of trends,
newspapers report publicly circulation twice a year
and in fact, the new report will come out next week.

Highly Confidential - Attorneys' Eyes Only                                JPM_00282078

On an individually paid basis, as Dennis said, our
trends will be among the best in the industry.
We'll be down one percent daily, a little more than
that Sunday, and again we're focused on copies that
are best read and provide the greatest value to
advertisers.

We also measure readership, actual people
reading the paper on a daily or weekly basis, and
we've got a very high quality, engaged audience
that's very responsive to advertisers.

We're supplementing all that with our three
dailies and also our growing online reach.  We think
our overall audience story for advertisers is a very
positive one.


**Male Speaker 4:**  Could I ask you a follow up
question which is just what is the percentage of
your readers who are discounted subscribers, and
what's the sort of average, some notion of what kind
of discount is typical, average?


**Scott C. Smith:**  I don't have the exact add up but
most of our subscribers pay full price.  In our
markets we tend to be the highest priced paper.  We

Highly Confidential - Attorneys' Eyes Only

JPM_00282079

do discount selectively on home delivery, but over
90 percent of our subscribers pay over half the
normal price, over half full price, so there's also
data that would suggest that just the fact that
consumers will pay is the real indication of value
to advertisers.

And we think the economic model works
really well where to retain a subscriber you offer
them a discount for a little longer because of all
the advertising revenue that customer will generate,
so the economic model works very, very well.

**Jimmy Lee:** Let me mention just two other things.
Readership is something that we're a lot more
focused on than straight circulation.  That would be
a more consistent metric versus other media.  What
we're selling, really, is value versus what
everybody else is selling, so if you look at the
fragmentation that's happening in all media, and the
fact that newspapers have very engaged readership,
this is something that again newspapers, television
stations are selling overall ratings and viewership,
and we should be selling readership.

The second thing that we're doing is we've

Highly Confidential - Attorneys' Eyes Only

JPM_00282080

invested an awful lot in research as to what readers are looking for in their newspapers. Sam describes this as relevance. We describe it as what are, you know, what, in a world where consumers have lots of choices, what are they going to respond to?

So relevant content, local content, that's really our strength. Nobody has the kinds of staffs of local journalists that we have to create content where people cannot get anywhere else.

In our national and international news, very important part of our complete reports, but what makes us unique is the great local content that we can produce.

**Male Speaker 5:** A few questions; firstly with respect to your equity investments that you decided to retain that are not wholly owned, what type of value would you assign to them? Are you receiving any cash distributions from them?

And secondly, with respect to dispositions, what's your timeline for considering further dispositions and what's your strategy or your approach to that? And I have a follow up.

Highly Confidential - Attorneys' Eyes Only

JPM_00282081

**Samuel Zell:**  I don't know the answer to the first question.  You can answer that, Dennis, and I'll answer the second.

**Dennis J. FitzSimons:**  Okay, in terms of the equity investments we have, the single biggest cash flow contributor is the television Food Network.  Our 37 percent a piece of that generates a lot of cash for us.  CareerBuilder has gone from a period of investment to where that's turning cash flow positive, and that's our highest growth area, so we've seen a nice swing there.

Comcast Sports Net which we'll be selling along with the Cubs is another significant cash flow contributor, so what our strategy is, is where it makes sense we have virtually no tax basis in the Food Network because we got it for retransmission consent rights and had very little investment there, so we think right now it makes sense to keep that cash flow.

And the others, we look at things all the time.  We get asked quite frequently about should we bring CareerBuilder public?  These are things that we look at all the time and we'll determine whether

Highly Confidential - Attorneys' Eyes Only

JPM_00282082

it makes sense and how the public markets are
valuing these things.

The only thing we know is that they're
growing really fast and people see a lot of value
there.

**Samuel Zell:** And the only thing I'd add is that
we've undertaken this investment with the assumption
that we would sell the Cubs and that we would sell
the Comcast Sports interest.  Other than those two
assets in the media area, I don't think we have any
plans to sell any of the other assets.

Keep in mind that that zero basis which in
effect creates a huge tax liability today, ten years
from now has no tax liability because we will step
up the basis, so it's very, very much in our
interests to keep all of these assets through that
ten year period.  There's a real incentive to us to
do so and that's our intention.

**Male Speaker 5:** My follow up question has to do
with the financials.  The equity income that you
should for 2007 of $67 million, is that cash
received?  And then if you could just bridge from

Highly Confidential - Attorneys' Eyes Only

JPM_00282083

the billion 270 of operating cash flow you show in your projections and the billion 471 you show for EBIDTA for the ratio calculation?

**Todd Kaplan:**  In terms of the equity income, the $67 million, yes we will be receiving virtually all of that in cash and on those equity income projections we have made going out to 2001, we'll be receiving virtually all that cash.  Can you repeat your second question?

**Male Speaker 5:**  A bridge from the operating cash flow that you show in your projections for 2007 as a billion 270 and bridge that to the billion 471 of EBITDA that you calculate your leverage ratios on?

**Chandler Bigelow:**  So we are, as John mentioned, receiving cash from our equity investments.  The adjusted EBITDA definition will include that, so that's a significant piece.  The book equity income number is actually slightly lower than the actual cash received from our equity investments.

In addition the pro forma adjusted EBITDA includes the $60 million of cash that we will

Highly Confidential - Attorneys' Eyes Only

JPM_00282084

essentially save as we move to the ESOP retirement
plan and eliminate the 401K contributions that we've
been making as well as $20 million of savings that
we would expect generate moving from a public
company environment to a private company
environment.

**Male Speaker 6:**  There's been a trend, particularly
among those newspapers that are going through
ownership change to really narrow the scope of their
newspapers, and in some cases literally narrow the
size of their newspapers.  You can see a contraction
in the New York Times.  You can see a contraction in
the Wall Street Journal, Philadelphia Inquirer, et
cetera, et cetera.

What kind of changes is the reader going to
see?  Do you think you'll be following along with
this pattern of narrowing the scope of newspapers,
or do you think you'll be launching initiatives that
will increase the services that the readers
perceive?

**Dennis J. FitzSimons:**  Literally newspapers are
becoming narrower.  There's no doubt of that, but I

Highly Confidential - Attorneys' Eyes Only

JPM_00282085

think the Wall Street Journal probably gave a great

example of how to do it right.  We were in the

forefront of the industry in going to the 50 inch

web and bringing it down from really 54 inches

coming down and, but the journal has, I think,

listened to the research.

We're doing—we're making changes in our

paper, not of exclusion of additional content but

really a matter of degree.  So there can be a

tremendous focus on national, international, but we

find that's where readers can get that information

from multiple sources, particularly on the Web, so

we're going to present a complete report that

includes national and international, but there will

probably be an evolution to a higher degree of

emphasis on local coverage; unique news and

information that readers can't get anywhere else,

but we will be going, in terms of the physical size

of the newspaper, to a 48 inch web down the road.

Those are some of the capital expenditures that we

talked about, and what we find is that consumers

like that better.

So the New York Times, I believe, is going

from a 60 inch web to a 48 inch web and that will

Highly Confidential - Attorneys' Eyes Only

JPM_00282086

occur later in July, so we're already at 50 inches and that will come down to 48 over the course of the year.

**Male Speaker 6:**  Thanks.

**Dennis J. FitzSimons:**  Thank you.

**Jimmy Lee:**  OK, well I don't see any other, there's one more in the back, and then I think we need to wrap it up, OK [inaudible] who is going to moderate the questions on the phone line.

**Male Speaker 7:**  How does the ESOP S structure limit you when you go to sell assets in a downside scenario, and if you do have to sell assets [interposing] do you suddenly get hit with a big tax hit?

**Sam Zell:**  First of all, I stand by our track record at coming up with unique methodologies for structuring transactions; consequently, should there be a downside saga here, and we are required to dispose of assets, I believe that there are

Highly Confidential - Attorneys' Eyes Only                                    JPM_00282087

technologies that we have used in other places and
would envision using here that would allow us to
offload assets without incurring the kind of ruinous
tax that a liquidation would otherwise include, and
so I think that the ESOP structure in no way
precludes our ability to whatever needs from a
financial point of view that the corporation might
have.  [Inaudible]

**Male Speaker 8:**  if the operator can give
instructions and then we'll take a couple of
questions.

**Operator:**  Certainly.  We do have a question from
the line of Jacqueline Tse from Goldman Sachs.
Please proceed.

**Scott Marchkus (ph):**  Yes, this is Scott Marchkus
(ph) from Goldman Sachs.  I just had two quick
questions for you.  The first is in regards to your
capitalization table.  In here you list the existing
notes of $1.4 billion as equity, and I'm just
wondering, about half of that is coming due before
the end of 2010, and whether that is appropriate or

Highly Confidential - Attorneys' Eyes Only

JPM_00282088

not to actually include that in that column given
that it's going to be coming due so shortly?

    And I guess the second question relates to
the EBITDA that you have here for 2007, and it
appears that if you compare that versus 2005 it's a
higher number and I know you have some savings that
you're incorporating in there, but in light of the
first quarter results I'm wondering if that might be
a bit optimistic based on what you produced in the
first quarter, if you can help us realize how you're
going to gain efficiencies in the second, third and
fourth quarter.  Thank you.


**Dennis J. FitzSimons:**  Yes, in terms of the $1
billion 270 million of cash flow that we're
projecting for 2007, as we've indicated, the first
half of the year is really going to be a challenge
for us and, you know, we recognize that from the
start, but again we think that things should turn
around in the second half of the year with the
easier comps and some of the things that I had
mentioned.

    Also I had mentioned this contingency
planning where we expect to have potential savings

Highly Confidential - Attorneys' Eyes Only

JPM_00282089

of $35 million to $50 million on top of everything

else that we had announced up to this point in time,

so that $50 million would help us to the extent of

another one or two percent decline in publishing's

advertising revenues.


**Chandler Bigelow:**   And I guess I'd respond on your

first question, we are getting a delayed draw on the

$263 million of medium term notes that come due in

2008 and then in 2010 we do have $450 million that

comes due, but given the [inaudible] free cash flow

characteristics of the business, you know, we expect

to be able to take care of that when that comes due.


**Samuel Zell:**   Any other questions from the phone?

We very much appreciate you all coming today.  We're

very excited about this transaction.  We believe

that brand names here are extraordinary and

ultimately will carry the show.  We're committed to

making this happen and we very much both welcome and

thank you for coming today.


**Male Speaker 8:**   We'll be taking a two minute break

and then getting into the private side discussion of

Highly Confidential - Attorneys' Eyes Only

JPM_00282090

projections.

[END RECORDING – PART 1]


[START RECORDING – PART 2]

**Dennis J. FitzSimons:**  As everybody's grabbing a
seat here, let's just start it.  I'll go through
this relatively quickly.  This is a slide showing
our projections through 2001 once again, and
basically we're using the same projections that we
used on the slide that you saw before.

The differences are that we're doing them
on a pro forma basis, excluding SC&I.  This is the
newspaper that we're in the process of selling to
Gannett.  This excludes the Cubs and Comcast Sports.
We're assuming that those are sold so we've done
this on a pro forma basis, both for 2007 and 2011
and it also excludes stock based comps, and being a
private company we won't have that expense.

So just at the top here, I'll just go
briefly.  We've broken out a little bit more detail
on the revenue or publishing so you'll see here that
our print advertising is projected to be down almost
one percent each year going out through 2011, though
here we have our basic core print down in the low

Highly Confidential – Attorneys' Eyes Only

single digits, but we have our preprint insert
revenues going up by the low single digits.

On the second line there, the interactive
advertising, we have that going a little over 16
percent each year and I think the point to take away
here is that you'll see the $273 million projected
in 2007, so as a percentage of publishing's total
revenues that's kind of in the mid single digits.
It's expected to go up to around $500 million by
2011, so it will be in the low double digits in
terms of total revenues at that point in time, so
interactive is becoming a much bigger portion of the
pie here.

Circulation, we talked a little bit about
this.  We continue to expect that we'll have some
discounting in home delivery and some very modest
declines in circulation, but in terms of the
[inaudible] for the revenues and expenses and cash
flow, it's basically very, very similar to what we
saw on the previous slide.

I draw your attention down to the bottom,
really on line 16 and 17 and this goes to a question
that was asked about the debt servicing, so here
what we've basically done is we've added in the

Highly Confidential - Attorneys' Eyes Only

JPM_00282092

equity investment income and, which is cash, so in 2007 that's at $69 million.

We've also added in the cash savings by eliminating the 401K contributions that was $60 million we projected for this year was actually about $70 million last year, so we won't have that cash expense, and then from being a private company we'll be making further staffing reductions in our corporate [inaudible] staffs since we will be private and we won't have listing fees and that sort of thing.

So the adjusted EBIDTA goes up to that billion four, so that's about $80 million higher than the operating cash flow and then adjusted for the equity income line.

And then, finally on my next slide, this is, shows our free cash flow that's available for debt repayment and goes through the deleveraging, what happens and how we pay down debt over time.  I think in looking at the top left box you'll see that we have very, very strong cash flow growth from operations we'll have that's available for debt repayment.  We'll have over a billion and a half that would be available to pay down debt over this

Highly Confidential - Attorneys' Eyes Only

JPM_00282093

next five year period, and then, as I said, the
other charts here show the deleveraging over time
and the improved ratios in interest coverage and
fixed charge coverage, so, and I would also point
out that the repayments are before any sales of any
non core or non strategic assets.

So with that, let us open it back up to any
other questions that you might have.


**Male Speaker 9:** Perhaps you mentioned it earlier,
can you give us a little better sense of the
corporate finance decision to have the two step
tender.  I expect that's something with the ESOP,
but can you talk to that, please?


**Samuel Zell:** I think, if I understand your
question, why are we doing it in two steps?

Obviously the goal, with reference to the
first step, was to have the same impact as a
leverage recap while we're waiting for the FCC
approval and that's frankly a way to reward our
shareholders for suffering through the last seven or
eight moths of process and obviously to improve
their overall yield on a present value basis.

Highly Confidential - Attorneys' Eyes Only

JPM_00282094

Any other questions? Once again, thank you all for coming and obviously, you know, any additional questions or clarifications you need, you've got all of these highly paid, or overpaid, investment bankers here to deal with [laughter].

[END RECORDING - PART 2]

Highly Confidential - Attorneys' Eyes Only

JPM_00282095