

# Lenders' Presentation
## April 26, 2007

rofessionals' Eyes Only

TRB0467817



SPECIAL NOTICE FOR PUBLIC-SIDERS

THE COMPANY HAS REPRESENTED THAT THE INFORMATION CONTAINED IN THIS DOCUMENT DOES NOT CONSTITUTE OR CONTAIN ANY MATERIAL NON-PUBLIC INFORMATION WITH RESPECT TO THE COMPANY, ITS RELATED PARTIES OR THEIR RESPECTIVE SECURITIES ("MNPI") FOR PURPOSES OF FEDERAL AND STATE SECURITIES LAWS.  HOWEVER, THE INFORMATION CONTAINED IN THIS DOCUMENT IS SUBJECT TO, AND MUST BE KEPT CONFIDENTIAL IN ACCORDANCE WITH, THE NOTICE TO AND UNDERTAKING BY RECIPIENTS ACCOMPANYING THIS DOCUMENT.

The Recipient of this document has elected not to receive MNPI for the purposes of evaluating whether to become a lender under the proposed credit facility for the Company.  The Recipient acknowledges that the Arrangers and other potential lenders have received and may continue to receive other information and documents with respect to the Company, its related parties and/or their respective securities that may be material to a decision as to whether to participate in the proposed credit facility, including information regarding the creditworthiness and business of the Company. The Recipient has independently made the decision to limit the scope of the information it has obtained in connection with its evaluation of the Company, its related parties, their respective securities and/or the credit facility and neither the Company or the Arrangers shall have any responsibility therefor.

Notwithstanding the Recipient's election during the evaluation period to abstain from receiving MNPI, the Recipient acknowledges that ONCE THE RECIPIENT COMMITS TO BECOME OR BECOMES A LENDER UNDER THE PROPOSED CREDIT FACILITY, THE ADMINISTRATIVE AGENT AND/OR BORROWER WILL, FROM TIME TO TIME, MAKE AVAILABLE SYNDICATE-INFORMATION (WHICH MAY CONTAIN MNPI) AS REQUIRED BY THE TERMS OF, AND IN THE COURSE OF ADMINISTERING, THE FACILITY TO THE CREDIT CONTACT(S) IDENTIFIED ON THE RECIPIENT'S ADMINISTRATIVE QUESTIONNAIRE.  SUCH CREDIT CONTACT(S) MUST BE ABLE TO RECEIVE AND USE ALL SYNDICATE-LEVEL INFORMATION IN ACCORDANCE WITH THE RECIPIENT'S COMPLIANCE POLICIES AND CONTRACTUAL OBLIGATIONS AND APPLICABLE LAW, INCLUDING FEDERAL AND STATE SECURITIES LAWS.

THE RECIPIENT HEREBY REPRESENTS AND AGREES THAT (i) IT HAS DEVELOPED COMPLIANCE PROCEDURES REGARDING THE USE OF MATERIAL NON-PUBLIC INFORMATION AND (ii) THAT IT WILL USE AND MAINTAIN MATERIAL NON-PUBLIC INFORMATION IN ACCORDANCE WITH THOSE PROCEDURES AND APPLICABLE LAW, INCLUDING FEDERAL AND STATE SECURITIES LAWS.

The slides present a summary of information and are qualified in their entirety by, and should be read in conjunction with, the Information Memorandum and information otherwise publicly available.

2

TRB0467818

## Sun-Sentinel
## Today's Agenda

| Item | Speaker | Affiliation |
|---|---|---|
| Introduction | James B. Lee | JPMorgan |
| Investment Thesis | Sam Zell | Equity Group Investments |
| Business Overview | Dennis FitzSimons, CEO | Tribune |
| Financial Overview | Donald Grenesko, CFO | Tribune |
| Transaction Overview | Chandler Bigelow, Treasurer | Tribune |
| Facilities Overview | Todd Kaplan | Merrill Lynch |
| Questions and Answers (public) | | |
| Projected Financial Overview (private) | Donald Grenesko, CFO | Tribune |
| Questions and Answers (private) | | |

3

rofessionals' Eyes Only                    TRB0467819



TRB0467820



TRB0467821



TRB0467822

# Significant Scale

| Publishing | Broadcasting / Entertainment |
|---|---|

- 2nd largest newspaper group:

  - Metropolitan dailies in nine major markets

  - 50+ websites / 14 million monthly unique visitors

  - 130+ targeted niche publications

  - Significant equity investments

    - CareerBuilder

    - Classified Ventures

    - Shoplocal.com

    - Topix.com

- 5th largest television group:

  - 23 major-market television stations

  - Superstation WGN: 70+ million U.S. households via cable and satellite

  - WGN-AM in Chicago

  - Significant equity investments

    - TV Food Network

7

rofessionals' Eyes Only

# Sun-Sentinel
# Diversified Across Businesses and Markets

## 2006 Revenue Breakdown by Business

($ in millions)

Broadcasting & Entertainment $1,408

26%

Interactive $227
4%

Print $3,798

## 2006 Revenue Breakdown by Market

($ in millions)



Other Markets (1) $1,355

New York $710
13%

Los Angeles $1,253
23%

Florida $732

Chicago (2) $1,383
25%

**Total Revenue: $5,433 million**(3)

(1) Includes Tribune Entertainment.
(2) Includes Superstation and CLTV
(3) 52-week revenue

8

rofessionals' Eyes Only

TRB0467824

## Overview of Tribune Publishing

| | |
|---|---|
| **Newspapers**<br>2006 Revenue:<br>$3,417 million | • Leading metropolitan newspapers in nine major markets including New York, Los Angeles and Chicago<br>• Metropolitan newspapers reach approximately 15 million adults per week<br>• Winner of over 100 Pulitzer prizes<br>• Tribune Media Services (news and entertainment content) |
| **Targeted Publications**<br>2006 Revenue:<br>$381 million | • 130+ targeted publications: free daily / community newspapers, classified publications and lifestyle magazines<br>• Readership reach: 7 million adults per week<br>• Tribune Direct (direct marketing services) |
| **Interactive**<br>2006 Revenue:<br>$227 million | • Over 50 websites<br>• 14 million average monthly unique visitors to wholly-owned websites<br>• Strength in 3 classified advertising verticals – recruitment, auto and real estate<br>• Partnerships in national websites CareerBuilder, Classified Ventures, ShopLocal, Topix.com, and Legacy.com |

9

TRB0467825

**Sun-Sentinel**

# Tribune Publishing Strategy

- **Maximize profitable print revenue**
    - Stabilize individually paid circulation and readership
    - Expand free daily papers to complement paid daily reach
    - Maximize share of print ad dollars
- **Exploit interactive growth**
    - Further enhance local sites into clear market leaders
    - Build additional national interactive networks with key partners
- **Create profitable local print alliances**
    - Joint newspaper distribution arrangements or broader joint ventures
    - Preprint distribution arrangements
- **Accelerate cost reductions in print business**
    - Re-engineer business processes / exploit economies of scale
    - 2007: Reduce total expenses by 1% / savings of more than $145 million
    - Reduce capital investment in print business

10

                                       TRB0467826

# Leading Metropolitan Newspapers

| | Market | DMA Market Rank | '06 Revenue ($ millions) [1] | Metropolitan Newspapers | |
| --- | --- | --- | --- | --- | --- |
| | | | | Weekly Readership (000's) [2] | Penetration [2] |
| Los Angeles Times | Los Angeles, CA | 2 | $1,094 | 5,103 | 39% |
| Chicago Tribune | Chicago, IL | 3 | 848 | 3,070 | 46 |
| Newsday | Long Island, NY | 1 | 533 | 1,597 | 74 |
| Sun-Sentinel | South Florida | 16 | 397 | 1,058 | 62 |
| Orlando Sentinel | Orlando, FL | 19 | 292 | 1,094 | 66 |
| THE SUN | Baltimore, MD | 24 | 295 | 1,170 | 59 |
| Hartford Courant | Hartford, CT | 28 | 203 | 665 | 73 |
| THE MORNING CALL | Allentown, PA | 4 | 106 | 387 | 73 |
| Daily Press | Newport News, VA | 42 | 79 | 316 | 75 |

(1) Reflects Tribune's Publishing and Interactive revenues in each market.
(2) Source: Scarborough Publishing and Interactive Research, R1 2006 for Newspaper Designated Market (NDM) except Los Angeles and Chicago (Gallup Poll of Media Usage).

11

rofessionals' Eyes Only

TRB0467827

# Broad Reach of Local Market Platform: Chicago Example

| Product | Description | Reach (000's) |
|---|---|---|
| Chicago Tribune | Highest Circulation in the Chicago DMA | 3,306 |
| RedEye | Free Daily Newspaper | 663 |
| chicagotribune.com | Local Websites | 653 |
| metromix.com | Local Evening Leisure Activities | 260 |
| ChicagoSports.com | Website Dedicated to Local Sports | 129 |
| Chicago | Targeted Monthly Magazine | 746 |
| Hoy | Targeted Spanish Language Publication | 484 |
| shopLocal Mailbox Edition | Total Market Coverage for Inserts | 3,203 |
| **Net Reach (Unduplicated)** | | **5,391** |
| **% of Market** | | **76%** |

Source: Gallup Poll of Media Usage, Chicago Market, 2006 Q1/Q2.

12

rofessionals' Eyes Only

TRB0467828

# Sun-Sentinel
## Rapid Growth of Interactive

**Interactive Revenue: 2000-2010E**



- ■ Proportionate Revenues from Investments [b]
- ▨ Wholly-Owned Interactive Revenues
- — Interactive Revenues (incl. Proportionate Revenues from Investments) as a % of Total Publishing Revenues [b]
- — Interactive Revenues as a % of Total Publishing Revenues

13    (a) Pro forma for inclusion of a full year of Times Mirror.
(b) Includes Tribune's proportionate share of the revenues of CareerBuilder, Topix.net, ShopLocal and Classified Ventures.

13

TRB0467829

## Sun-Sentinel
# Interactive Equity Investments

| Key Online Investments | | |
|---|---|---|
| **Investment** | **Tribune Ownership** | **Partners** |
| careerbuilder® | 42.5% | Gannett (42.5%)<br>McClatchy (15.0%) |
| Classified Ventures | 27.8% | McClatchy (25.5%)<br>Gannett (23.6%)<br>Wash. Post (16.5%)<br>Belo (6.6%) |
| shopLocal.com | 42.5% | Gannett (42.5%)<br>McClatchy (15.0%) |
| topix.net | 33.7% | Gannett (33.7%)<br>McClatchy (11.9%)<br>Topix Mgmt (20.7%) |

14

TRB0467830

# Sun-Sentinel

# Overview of Tribune Broadcasting

| **Television Group**<br><br>2006 Revenue [1]:<br>$1,161 million | • 23 major-market television stations in 19 markets<br>  – Affiliations: 14 CW; 6 Fox; 1 ABC; 2 MNTV<br>  – 4 duopolies<br>• Superstation WGN<br>  – Cable / Satellite distribution: 70 million homes<br>  – Superstation plus station group: 82% US TVHH (unduplicated reach) |
|---|---|
| **WGN-AM Radio (Chicago)**<br><br>2006 Revenue [1]:<br>$41 million | • #1 station in Chicago (revenues and 12+ audience share)<br>• News / Talk / Sports format<br>• Chicago Cubs Radio Network |
| **Tribune Entertainment (TEC)**<br><br>2006 Revenue [1]:<br>$20 million | • Distributor of programming for domestic syndication and cable television<br>• Barter advertising sales unit<br>• Tribune Studios |

Note: Excludes Chicago Cubs revenue
(1) Revenue before any intercompany eliminations.

15

TRB0467831

# Sun-Sentinel

## Tribune Broadcasting Strategy

- Use national scale to drive group syndicated program acquisitions

- Strong broadcast network affiliations / focus on local news and sports

- Align with major program suppliers to co-develop quality first-run programming

- Create additional value via retransmission consent rights (Superstation WGN) and through digital spectrum

- Exploit technology to increase efficiency and reduce costs

16

TRB0467832

# Strong National Reach



17

rofessionals' Eyes Only

TRB0467833

# Sun-Sentinel
## Programming Model

| Example: WPIX New York | Comments |
|---|---|

| TIME | MON | TUE | WED | THU | FRI |
|---|---|---|---|---|---|
| 5 AM to 9 AM | LOCAL MORNING NEWS | | | | |
| 9 AM to 3 PM | DAYTIME (TALK, COURT) | | | | |
| 3 PM to 5 PM | CW NETWORK SYNDICATION | | | | |
| 5 PM to 8 PM | EARLY FRINGE/ACCESS (SITCOMS) | | | | |
| 8 PM to 10 PM | CW NETWORK PRIME | | | | |
| 10 PM to 11 PM | NEWS | | | | |
| 11 PM to ... | LATE FRINGE (SITCOMS) | | | | |

- Counter program traditional network affiliates
  - Local morning news versus network news (*Today, GMA*)
  - Younger-skewing comedies against news and late night talk
  - Talk / Court versus network soaps
- Network programming
  - Primetime: 13 hrs/week vs. 22
- Revenue drivers (% of total)
  - Fringe / Access: 34%
  - News: 17%
  - Prime: 15%
  - Daytime: 14%

18

TRB0467834

# New Programming for Fringe/Access

## Tribune Outlook

- Secured broadcast rights for best available network programming entering syndication:
  - *Two and a Half Men*
  - *Family Guy*
- Tap new programming sources, such as premium cable, for strip programming
  - *Sex and the City* (Fall 2006)
- Actively pursue studio / producer partnerships to extend first-run syndication model from daytime into early and late fringe

## 2006/07 Primetime Ratings

- *Two and a Half Men*
  - #1 Sitcom – All TV Households
  - #1 Sitcom – Adults 18-49
  - #1 Sitcom – Adults 25-54

- *Family Guy*
  - #1 Sitcom – Adults 18-34
  - #1 Sitcom – Men 18-34
  - #2 Sitcom – Adults 18-49

19

TRB0467835

# Sun-Sentinel

# New Primetime Model – The CW

| WB Impact | Tribune Outlook |
|---|---|

**WB Impact**

- Original primetime programming replaced movies, reduced dependence on local sports

  - Drove revenue growth and margin in late 1990s / early 2000s

- Economic pressures limited future investment in WB network

  - Both WB and UPN networks operating with large deficits

  - Time Warner did not benefit from station ownership

**Tribune Outlook**

- 14 stations became CW affiliates in September 2006; 10-year agreement

- CW Network Value Drivers

  - Eliminated UPN as competitive 6th network

  - Program support from CBS and Warner Bros. Studios

  - CBS owns 12 stations affiliated with CW

  - CBS network infrastructure reduces overhead; maximize investment in programming

- Primetime programming costs locked-in; 3% cap on annual increases

20

# Tribune Investment Highlights

- Significant scale in both publishing and broadcasting

- Broad national reach in top markets

- Diversified across businesses and markets

- Rapid growth of Interactive business

- Demonstrated ability to aggressively manage costs

- Valuable portfolio of assets and equity investments

- Strong free cash flow available to pay down debt

- Benefits of private company and ability to make long-term strategic decisions

- Experienced management team

- Strong investment sponsor

21

rofessionals' Eyes Only



TRB0467838

# Q1 2007 Financial Performance[1]

($ in millions)

| | | Q1 2006 | Q1 2007 | % Change |
|---|---|---|---|---|
| | **Revenues** | | | |
| 1 | Publishing | $985 | $931 | -5% |
| 2 | Broadcasting & entertainment | 284 | 283 | -- |
| 3 | **Total revenues** | **$1,269** | **$1,215** | **-4%** |
| | **Cash expenses**[2] | | | |
| 4 | Publishing | $756 [3] | $747 [4] | -1% |
| 5 | Broadcasting & entertainment | 205 | 209 | 2% |
| 6 | Corporate | 20 | 19 | -4% |
| 7 | **Total cash expenses** | **$981** | **$975** | **-1%** |
| | **Operating cash flow** | | | |
| 8 | Publishing | $229 | $185 | -19% |
| 9 | Broadcasting & entertainment | 80 | 74 | -7% |
| 10 | Corporate | (20) | (19) | -4% |
| 11 | **Total operating cash flow** | **$289** | **$240** | **-17%** |

(1)  Excludes non-operating items and discontinued operations
(2)  Includes stock-based compensation
(3)  Excludes charge of $19 million for severance and other payments associated with the new union contracts at Newsday and $2 million gain on sale of properties
(4)  Excludes charge of $1 million for severance

23

rofessionals' Eves Only

# Sun-Sentinel
# Q1 2007 Publishing Advertising Revenue

($ in millions)

|   |  | Q1 2006 | Q1 2007 | % Change |
|---|---|---|---|---|
| 1 | Retail | $294 | $292 | -1% |
| 2 | National | 182 | 178 | -2% |
| 3 | Classified |  |  |  |
| 4 | Help | 96 | 83 | -14% |
| 5 | Auto | 71 | 60 | -16% |
| 6 | Real Estate | 96 | 82 | -15% |
| 7 | Other | 39 | 36 | -8% |
| 8 | Subtotal | $302 | $261 | -14% |
| 9 | **Total Advertising** | **$778** | **$731** | **-6%** |

- Strong Florida real estate market in Q1 2006 made Q1 2007 comparison difficult:

|  | Q105 | Q106 | Q107 |
|---|---|---|---|
| Florida real estate | $16.6mm | $29.6mm | $19.1mm |

- Lower domestic automotive advertising budgets putting pressure on national and retail

24

rofessionals' Eyes Only

# Public Financial Projections[1]

($ in millions)

| | 2006 [3] | 2007 | 2008 | 2011 | '07-'11 CAGR |
|---|---|---|---|---|---|
| **Revenues** | | | | | |
| 1  Publishing | $4,025 | $3,984 | $4,007 | $4,093 | 0.7 % |
| 2  Broadcasting & Entertainment | 1,408 | 1,401 | 1,480 | 1,537 | 2.3 % |
| 3     **Total Revenues** | 5,433 | 5,385 | 5,487 | 5,630 | 1.1 % |
| **Cash Expenses**[2] | | | | | |
| 4  Publishing | 3,094 | 3,069 | 3,072 | 3,123 | 0.4 % |
| 5  Broadcasting & Entertainment | 970 | 985 | 1,012 | 1,048 | 1.6 % |
| 6  Corporate | 61 | 61 | 65 | 71 | 3.8 % |
| 7     **Total Cash Expenses** | 4,125 | 4,115 | 4,149 | 4,242 | 0.8% |
| **Operating Cash Flow** | | | | | |
| 8  Publishing | 931 | 915 | 935 | 970 | 1.5 % |
| 9  Broadcasting & Entertainment | 437 | 416 | 468 | 490 | 4.2 % |
| 10  Corporate | (61) | (61) | (65) | (71) | 3.8 % |
| 11     **Total Operating Cash Flow** | 1,308 | 1,270 | 1,339 | 1,389 | 2.3 % |
| 12  Equity Income | 75 | 67 | 95 | 191 | 29.9 % |
| 13     **Adjusted Operating Cash Flow** | 1,383 | 1,337 | 1,434 | 1,580 | 4.3 % |
| 14  Capital Expenditures | 222 | 200 | 175[4] | 130 | |
| 15  Investments | 222 | 100 | 275 | 100 | |
| 16     Total Capital Usage | 444 | 300 | 450 | 230 | '07-'11 Cumulative |
| 17  Pre-tax free cash flow | $939 | $1,037 | $983 | $1,350 | $5,954 |

(1)  Excludes non-operating items, special items and discontinued operations (Atlanta, Albany and Boston), but includes SCNI and Chicago Cubs/ Comcast SportsNet Chicago
(2)  Includes stock-based compensation
(3)  Excludes fiscal year 2006's additional week
(4)  Includes $175 million for the purchase of TMCT real estate

25

rofessionals' Eyes Only

TRB0467841



TRB0467842



## Transaction Highlights

- ESOP purchased $250 million of TRB common, financed by loan from Tribune (April 1)
- Zell invested $250 million (April 23)

Tribune launches tender offer for 126 million shares

- Merger of ESOP Merger Sub with Tribune
- Additional Zell investment
- Remaining shares converted to cash

S Corp election

Sale of Cubs/ Comcast

April 2, 2007 (Transaction announced) — April/May 2007 — 2Q07 (Step 1 complete) — Pending regulatory and shareholder approvals — End of 2007 (Step 2 complete)

- A newly created LLC owned by Zell/EGI ("Zell Entity") and Tribune ESOP take Tribune private in a two-step transaction
- Zell Entity invested $250 million in Step 1 and increases total investment in Tribune to $315 million in Step 2
- Tribune ESOP borrowed $250 million from the Company to buy common shares in Step 1; subsidiary of ESOP merges with Tribune in Step 2; Tribune continues as the surviving corporation
- Participating Tribune shareholders receive $34 per share in cash
  • 126 million shares repurchased in Step 1
  • Remaining 127 million fully diluted shares converted to cash in Step 2
- Chicago Cubs and interest in Comcast SportsNet Chicago to be sold
- Eight-member[1] board with Sam Zell as Chairman, Dennis FitzSimons and 5 independent directors

(1) One seat will be undesignated initially, but could be filled

27

# Overview of ESOP/S Corp Structure

- ESOP is a tax-qualified employee benefit plan through which employees own stock in Tribune
  - Shares in the ESOP are allocated to individual employees' accounts based upon eligible compensation as payments are made on the ESOP loan
  - After employees leave the Company, Tribune will purchase their shares at fair market value and distribute the cash over a specified period of time

- S Corp generally does not pay corporate level income taxes
  - ESOP will be sole shareholder and is a tax exempt entity

- Certain requirements must be met for S Corp election
  - Domestic corporation
  - One class of stock
  - 100 or fewer shareholders
  - Shareholders must be individuals (ESOPs qualify under an exception to this rule)

28

rofessionals' Eyes Only

# Benefits of ESOP/S Corp Structure

- Estimated present value of tax savings from ESOP/S Corp structure is approximately $1 billion

- Elimination of Company 401(k) cash contributions results in substantial cash savings of approximately $60 million per year

- Deferred taxes currently recorded by Tribune ($1.9 billion) will cease to be liabilities of the corporation

- Corporate tax on built-in gains on assets held at time of conversion to an S Corp disappears if assets are sold more than 10 years after the conversion

| Value of Savings[1] | | | |
|---|---|---|---|
| | Per Year | 5-year PV | 10-year PV |
| Value of Tax Savings from ESOP/S Corp Structure | | $418 | $1,056 |
| Value of the Elimination of Company 401(k) Cash Contributions | $60 | 243 | 412 |
| Value of Public Company and Other Cost Reductions | 20 | 81 | 137 |
| **Total Value of Savings** | | **$742** | **$1,605** |

(1) Discounted at a weighted average cost of capital of 7.5%.

29

TRB0467845

# Sun-Sentinel

# Step 1: Initial Return of Capital

| ESOP / LBO Transaction Steps | Transaction Overview |
|---|---|

**ESOP / LBO Transaction Steps**

1. Merger Agreement signed

2. ESOP formed and purchased newly issued common stock paid for with a $250 million note from Tribune (ESOP Loan)

3. Zell Entity purchased newly issued common stock and an exchangeable note for $250 million in cash

4. a. Tribune raises over $8.0 billion of debt (including $750 million Revolving Credit Facility and $263 million Delayed Draw Term Loan)

    b. Tribune returns $4.3 billion of capital to shareholders via a share repurchase
    - Shareholders receive $34 per share

    c. Tribune refinances $2.8 billion of existing debt



30

rofessionals' Eyes Only

TRB0467846

# Step 2: Merger

| Transaction Steps | Transaction Overview |
|---|---|

### Transaction Steps

1. Tribune receives shareholder and other necessary approvals

2. The ESOP Merger Sub merges into Tribune with Tribune as the surviving entity wholly owned by the ESOP
   a. Tribune raises $4.2 billion of debt
   b. Remaining public shares are converted to cash for $34 per share, equivalent to $4.3 billion in total value

3. Zell Entity purchases a subordinated note and a warrant, bringing total investment to $315 million
   - Warrant entitles Zell Entity to purchase approximately 40% of the fully diluted economic interest in the Company

4. Post-transaction
   - Tribune makes S Corp election
   - Asset sales



31

rofessionals' Eyes Only

TRB0467847

## Pro Forma Capitalization

($ in millions)

| | | Projected 12/31/07 | Step 2 Adjustments | Pro forma 12/31/07 No asset sales | with Asset sales |
|---|---|---|---|---|---|
| 1 | Cash and Cash Equivalents | $175 | | $175 | $175 |
| 2 | Revolving Credit Facility ($750mm) | — | | -- | -- |
| 3 | New Term Loan B (Includes Incremental Facility) [1] | $6,712 | $2,105 | $8,817 | $8,215 [2] |
| 4 | **1st Priority Guaranteed Debt** | **$6,712** | | **$8,817** | **$8,215** |
| 5 | New Senior Notes/Bridge Facility | — | 2,100 | 2,100 | 2,100 |
| 6 | **Guaranteed Debt** | **$6,712** | | **$10,917** | **$10,315** |
| 7 | Medium Term Notes | $263 | | $263 | $263 |
| 8 | Existing Notes | 1,166 | | 1,166 | 1,166 |
| 9 | Capitalized Real Estate Obligation | 36 | | 36 | 36 |
| 10 | Swap and Other Obligations | 43 | | 43 | 43 |
| 11 | **Senior Debt** | **$8,219** | | **$12,424** | **$11,822** |
| 12 | PHONES [3] | 930 | | 930 | 930 |
| 13 | **Total Debt** | **$9,149** | | **$13,354** | **$12,752** |
| 14 | Less: PV of Cost Savings [4] | — | (1,056) | (1,056) | (1,056) |
| 15 | **Total Adjusted Debt** | **$9,149** | | **$12,298** | **$11,696** |
| | **Credit Statistics** | | | | |
| 16 | LTM PF Adjusted EBITDA | $1,391 | | $1,471 [5] | $1,434 [5],[6] |
| 17 | Total Interest Expense | $693 [7] | | $1,030 [8] | $986 [6] |
| 18 | LTM PF Adj EBITDA/ Total Interest Expense | 2.01x | | 1.43x | 1.45x |
| 19 | 1st Priority Guaranteed Debt/LTM PF Adj EBITDA | 4.83x | | 5.99x | 5.73x |
| 20 | **Guaranteed Debt/LTM PF Adj EBITDA** | **4.83x** | | **7.42x** | **7.19x** |
| 21 | Senior Debt/LTM PF Adj EBITDA | 5.91x | | 8.45x | 8.24x |
| 22 | Total Debt/LTM PF Adj EBITDA | 6.58x | | 9.08x | 8.89x |
| 23 | **Total Adj. Debt/ LTM PF Adj EBITDA** | **6.58x** | | **8.36x** | **8.16x** |

Note: Adj. EBITDA is calculated as Operating Cash Flow ("OCF") before stock-based compensation plus cash received from equity investments and $60mm of incremental cash cost savings
(1) Assumes Q2-Q4 cash flows and excess cash are used toward the paydown of the Term Loan B
(2) Assumes $602mm of net cash proceeds are used toward the paydown of the Term Loan B
(3) Represents original principal value net of market value of Time Warner shares
(4) Calculated as the 10-Year PV of Tax Savings from S Corp election discounted at a weighted average cost of capital of 7.5%
(5) Pro forma for $60mm of incremental cash cost savings
(6) Assumes sale of Cubs/Comcast SportsNet Chicago reduces Adjusted EBITDA by $36 million
(7) Pro forma total interest expense for Step 1
(8) Pro forma total interest expense for Step 2

32

TRB0467848

# Pro Forma Equity Support

($ in millions)

| | Type of Security | Projected 12/31/07 Amount | % Cap | % Cumulative |
|---|---|---|---|---|
| 1 | New Term Loan B | $8,215 | 58.2% | |
| 2 | New Senior Notes/Bridge Facility | 2,100 | 14.9% | |
| 3 | **Guaranteed Debt** | $10,315 | 73.0% | |
| 4 | Capitalized Real Estate Obligations | 36 | 0.3% | |
| 5 | Swap and other obligations | 43 | 0.3% | |
| | **Equity Support** | | | |
| 6 | Zell Investment | 315 | 2.2% | 2.2% |
| 7 | PV of Tax Savings | 1,056 | 7.5% | 9.7% |
| 8 | Existing Notes maturing before New Notes | 1,121 | 7.9% | 17.6% |
| 9 | Existing Notes maturing after New Notes | 308 | 2.2% | 19.8% |
| 10 | PHONES Debt[1] | 930 | 6.6% | 26.4% |
| 11 | **Total Equity Support** | $3,730 | 26.4% | |
| 12 | **Total Capitalization** | $14,124 | 100.0% | |

(1) Represents $1.256 billion original principal value net of the current market value of Time Warner shares

33

rofessionals' Eyes Only



TRB0467850

## Sun-Sentinel

# Step 1: Sources & Uses

($ in millions)

### Sources & Uses

| Sources | Total | % | Cumul. Leverage[1] | Uses | Total | % |
|---|---|---|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0 | 0.0% | 0.0x | Share Repurchase | $4,288 | 44.1% |
| New Term Loan B | 7,015 | 72.2 | 5.0 | Refinance Existing Debt | 2,825 | 29.1 |
| New Delayed Draw Term Loan B ($263mm) | 0 | 0.0 | 5.0 | Roll Existing Debt | 1,519 | 15.6 |
| Roll Existing Debt | 1,519 | 15.6 | 6.0 | PHONES[2] | 930 | 9.6 |
| PHONES[2] | 930 | 9.6 | 6.7 | Transaction and Financing Fees | 152 | 1.6 |
| Zell Investment[3] | 250 | 2.6 | | | | |
| Total sources | $9,714 | 100.0% | 6.7x | Total uses | $9,714 | 100.0% |

| Share repurchase | |
|---|---|
| Total Share Repurchase Amount | $4,288 |
| Repurchase Price per Share | $34.00 |
| No. of shares repurchased | 126.1 |
| Zell Common Shares Issued at $34.00/sh | 1.5 |
| PF basic shares O/S (incl. Zell shares) | 115.7 |

(1) Based on $1,411mm LTM PF Adj. EBITDA (at Q1 2007)
(2) Represents original principal value net of market value of Time Warner shares
(3) Used to purchase $50mm of newly-issued Tribune common stock for $34/share and $200mm of a note which is exchangeable into shares of common stock at the Company's election or automatically upon certain circumstances

35

rofessionals' Eyes Only

## Step 2: Sources & Uses

($ in millions)

| Sources & Uses | | | | | | | |
|---|---|---|---|---|---|---|---|

| Sources | Total | % | Cumul. Leverage[1] | Uses | Total | % |
|---|---|---|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0 | 0.0% | 0.0x | Purchase Equity | $4,261 | 30.7% |
| Roll Existing Bank Debt [2] | 6,712 | 48.3 | 4.6 | Roll Existing Bank Debt[2] | 6,712 | 48.3 |
| Incremental Term Loan B | 2,105 | 15.2 | 6.0 | Rolled Existing Notes[3] | 1,507 | 10.9 |
| New Senior Notes/Bridge Facility | 2,100 | 15.1 | 7.4 | PHONES[4] | 930 | 6.7 |
| Rolled Existing Notes[3] | 1,507 | 10.9 | 8.5 | Financing and Other Fees | 120 | 0.9 |
| PHONES[4] | 930 | 6.7 | 9.1 | Redeem Zell Exchange Notes | 200 | 1.4 |
| Option Proceeds[5] | 215 | 1.5 | | Redeem Zell Common Equity | 50 | 0.4 |
| Zell Investment[6] | 315 | 2.3 | | Cash Distri. Triggered by Change of Control[9] | 104 | 0.7 |
| Total Sources | $13,884 | 100.0% | 9.1x | Total Uses | $13,884 | 100.0% |

| | | | | Share Repurchase | Total |
|---|---|---|---|---|---|
| Less: Cash Proceeds from Cubs/Comcast | ($602) | | | Total Share Repurchase Amount | $4,261 |
| Total PF Debt at Q4 '07 | $12,752 | | 8.9x[8] | Zell Share Repurchase Amount | 50 |
| | | | | Repurchase Price per Share | $34.00 |
| Less: PV of Tax Savings[7] | (1,056) | | | | |
| Total Adj. Debt at Q4'07 | $11,696 | | 8.2x | No. of Basic Shares/ITM Options Repurchased | 126.8 |

(1) Based on $1,471 mm LTM PF Adj. EBITDA
(2) Assumes Q2-Q4 cash flows and excess cash are used toward the paydown of the Term Loan B
(3) Amount reflects year end 2007 existing notes balance after scheduled amortization for 9 months from 3/31/07 to 12/31/07
(4) Represents original principal value net of market value of Time Warner shares
(5) Includes $15mm of tax benefits in 2007
(6) Zell redeems initial investment of $250mm and makes a new investment of $315mm in the form of $225mm of subordinated notes and $90mm for a 15-year warrant
(7) Calculated as the 10-Year PV of Tax Savings from S Corp election discounted at a weighted average cost of capital of 7.5%
(8) Based on $1,434 mm LTM PF Adj. EBITDA
(9) Payments related to deferred compensation, non-qualified retirement and transitional compensation plans
(10) Assumes a 12/31/07 closing date. Includes 1.5mm of newly issued shares to Zell in Step 1

36

rofessionals' Eyes Only

# Tribune Organizational Structure



| | Debt Instrument | Maturity | Coupon | 3/31/07 Amount |
|---|---|---|---|---|
| Existing | Senior Notes | 2010 | 4.875% | $449 |
| | Senior Notes | 2013 | 7.250% | 80 |
| | Senior Notes | 2015 | 5.250% | 329 |
| | Senior Notes | 2023 | 7.500% | 95 |
| | Senior Notes | 2027 | 6.610% | 83 |
| | Senior Notes | 2096 | 7.250% | 130 |
| | Medium Term Notes | 2008 | Various | 263 |
| | PHONE | 2029 | 2.000% | 930 |
| Step 1 | R/C ($750 available) | 2013 | L + 250/50 bps | 0 |
| | Term Loan B | 2014 | L + 250 bps | 7,015 |
| | DD Term Loan | 2014 | L + 250/75 bps | 0 |
| Step 2 | Incremental Facility | 2014 | L + 250 bps | 2,105 |
| | Senior Notes/Bridge | 2015 | L + 450 bps | 2,100 |

At least $3.0bn Contribution

New Bank Debt and Existing Debt are secured equally and ratably by pledge of stock

At least $3.0bn Dividend

Tribune Finance LLC lends at least $3.0bn to Publishing Operating Subs in the form of Junior Subordinated Debt

37

rofessionals' Eyes Only

TRB0467853

# Sun-Sentinel
# Summary of Terms and Conditions

## Senior Secured Credit Facilities

| | |
|---|---|
| Borrower / Borrowers: | Tribune Company ("Tribune") |
| Amount: | $8,028 million |
| Ratings: | ■ Corporate: Step 1: Ba3/BB-; Step 2: B2/B |
| | ■ Senior Secured: Step 1: Ba2/BB-; Step 2: B1/B |

| Facilities: | Tranche | Amount | Tenor | Undrawn pricing | Drawn pricing |
|---|---|---|---|---|---|
| | Revolving Credit Facility ("RC") | $750 million | 6.0 years | 50 bps[1] | L + 250 bps[1,2] |
| | Term Loan B ("TLB") | $7,015 million | 7.0 years | -- | L + 250 bps[2] |
| | Delayed Draw Term Loan ("DDTL")[3] | $263 million | 7.0 years | 75 bps | L + 250 bps[2] |

[1] Subject to leverage based pricing grid
[2] Subject to one-time 25 bps step-down with corporate ratings upgrade to B1/B+ or better, only if Step 2 not consummated
[3] Available in one or more drawings to refinance $263 million Medium Term Notes, latest due on 12/8/2008

| | |
|---|---|
| Incremental Facility: | Up to $2,105 million in connection with Step 2 of transaction only (MFN limited to 25 bps) |
| Security: | All of the capital stock of Tribune Finance LLC and Tribune Broadcasting Holdco LLC (to be secured equally and ratably with Existing Notes) |
| Guarantees: | Senior guarantees from publishing and broadcasting subsidiaries |
| Financial Covenants: | ■ Minimum Interest Coverage of 1.75x (post Step 1); 1.1x (post Step 2), with step-ups |
| | ■ Maximum Total Guaranteed Debt Leverage of 6.25x (post Step 1); 9.00x (post Step 2), with step-downs |
| Other Covenants / Conditions: | ■ Elimination of Company 401(k) cash contributions |
| | ■ Election and maintenance of S Corp treatment |
| Mandatory Prepayments: | First to be applied to TLB: |
| | ■ 100% of post-closing funded debt issuances or sale and lease-back proceeds |
| | ■ 50% of Excess Cash Flow with leveraged based step-downs |
| | ■ 100% of the net cash proceeds from all non-ordinary course asset sales (subject to reinvestment provisions and carve-outs) |
| | ■ Net cash proceeds from Zell Special Contribution if S Corp election not made by March 15, 2008 |

38

# Transaction Timeline

| April 2007 | May 2007 | September 2007 | November 2007 | December 2007 |
|---|---|---|---|---|
| S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S |
| 1 2 3 4 5 6 7 | 1 2 3 4 5 | 1 | 1 2 3 | 1 |
| 8 9 10 11 12 13 14 | 6 7 8 9 10 11 12 | 2 3 4 5 6 7 8 | 4 5 6 7 8 9 10 | 2 3 4 5 6 7 8 |
| 15 16 17 18 19 20 21 | 13 14 15 16 17 18 19 | 9 10 11 12 13 14 15 | 11 12 13 14 15 16 17 | 9 10 11 12 13 14 15 |
| 22 23 24 25 26 27 28 | 20 21 22 23 24 25 26 | 16 17 18 19 20 21 22 | 18 19 20 21 22 23 24 | 16 17 18 19 20 21 22 |
| 29 30 | 27 28 29 30 31 | 23 24 25 26 27 28 29 | 25 26 27 28 29 30 | 23 24 25 26 27 28 29 |
| | | 30          Bank holiday | | 30 31 |

## Step 1 milestones

| Date | Event |
|---|---|
| Wednesday, April 25 | ■ Launch tender offer |
| Thursday, April 26 | ■ Lenders' meeting |
| Tuesday, May 8 | ■ Documents distributed |
| Thursday, May 10 | ■ Commitments due |
| Thursday, May 17 | ■ Execution of Credit Agreement |
| Thursday, May 24 | ■ Tender offer expires |
| Wednesday, May 30 | ■ Funding of Credit Facilities and Tender Settlement |

## Step 2 milestones

| Date | Event |
|---|---|
| 3Q 2007 | ■ Shareholder vote |
| November | ■ Launch 2nd step transaction financing/debt syndication |
| | ■ Receive FCC approval [1] |
| December | ■ Price bank loan and bonds |
| | ■ Fund cash redemption of remaining public shares outstanding |
| | ■ Close merger |

[1]  FCC approval is a condition to completing the merger.

39



# Consolidated Sentinel
# Historical Financial Performance [1]

| | 2003 | 2004 [2] | 2005 [3] | 2006 (52wk) [4] |
|---|---|---|---|---|
| **Revenues** | | | | |
| Publishing | $4,037 | $4,130 | $4,097 | $4,025 |
| Broadcasting & Entertainment | 1,457 | 1,502 | 1,414 | 1,408 |
| **Total Revenues** | **$5,494** | **$5,631** | **$5,511** | **$5,433** |
| **Operating Cash Flow** | | | | |
| Publishing | $1,062 | $1,036 | $986 | $947 |
| Broadcasting & Entertainment | 538 | 563 | 466 | 443 |
| Corporate | (51) | (51) | (50) | (50) |
| Total Operating Cash Flow | $1,548 | $1,548 | $1,401 | $1,339 |
| Cash Received from Equity Investments | 17 | 14 | 49 | 65 |
| Adjusted EBITDA [5] | $1,565 | $1,562 | $1,450 | $1,404 |
| Capex | 194 | 217 | 206 | 222 |
| Pre-Tax Unlevered Free Cash Flow | $1,371 | $1,345 | $1,244 | $1,182 |
| Publishing OCF Margin | 26.3% | 25.1% | 24.1% | 23.5% |
| Broadcasting OCF Margin | 36.9% | 37.5% | 32.9% | 31.5% |

Source: Company data. Includes results of SCNI, Hoy New York and Cubs/Comcast SportsNet Chicago
(1) Reflects Tribune's Reported Revenues and Operating Cash Flows adjusted for one-time, non-recurring items described below and pro forma to exclude divested TV stations (Albany, Atlanta and Boston) and Denver Radio and excludes stock-based compensation
(2) 2004 adjusted to exclude approximately $41mm of severance expense and approximately $90mm anticipated settlement with advertisers in connection with misstated circulation numbers at Newsday
(3) 2005 adjusted to exclude approximately $46mm of severance expense, approximately $18mm pension curtailment gain, approximately $6mm of operating costs (excl. D&A) and approximately $18mm of accelerated D&A from the closing of the San Fernando Valley printing facility
(4) 2006 adjusted to exclude approximately $20mm of severance and other payments associated with new union contracts at Newsday, $9mm of additional severance expense, a $4mm charge for the disposition of a press, $7mm of gains from property sales and a $7mm gain from the sale of the corporate airplane
(5) Operating cash flow before stock-based compensation plus cash received from equity investments

41



# Projected Financial Overview
**Donald Grenesko, CFO**
**Tribune Company**

rofessionals' Eyes Only

<u>SPECIAL NOTICE REGARDING MATERIAL NON-PUBLIC INFORMATION</u>

THIS DOCUMENT MAY CONTAIN MATERIAL NON-PUBLIC INFORMATION CONCERNING THE COMPANY, ITS RELATED PARTIES OR THEIR RESPECTIVE SECURITIES.  BY ACCEPTING THIS DOCUMENT, THE RECIPIENT AGREES TO USE AND MAINTAIN ANY SUCH INFORMATION IN ACCORDANCE WITH ITS COMPLIANCE POLICIES, CONTRACTUAL OBLIGATIONS AND APPLICABLE LAW, INCLUDING FEDERAL AND STATE SECURITIES LAWS.

The slides present a summary of information and are qualified in their entirety by, and should be read in conjunction with, the information Memorandum and information otherwise publicly available.

43

TRB0467859

# Sun-Sentinel
## Management Projection Assumptions

### Publishing

- Revenue decline of 1% in 2007 due to a challenging advertising environment
  - Tough comparisons for 1H'07 but better for 2H'07
- Print advertising revenue decline of 3% in 2007 which will be partially offset by Interactive revenue growth
- Modest improvement in 2008-2011 revenues as compared to 2007 due to annual Interactive revenue growth 16% and improvements in classified
- Circulation revenue declines 4% annually in years 2007-2011 from modest volume declines and continued selective discounting
- Expense decline of 1% in 2007 due to more favorable newsprint prices and other cost reductions
- Continued focus on cost reductions beyond 2007
- Growth in equity income from CareerBuilder and Classified Ventures
- Declining capital expenditures due to the completion of ongoing systems projections by early 2009

### Broadcasting

- Advertising sales growth of nearly 2% annually in years 2006-2011
- Base television spot market growth of 1% annually
- Expected improvements in political spending
- An expected increase in revenue share to 14.3% in 2011 from a projected 13.3% in 2006
- Improved ratings for The CW network as compared to The WB network and continued ratings momentum of FOX network programming
- Increased revenue share due to debuts of new syndicated programming in fall 2007
  - Fall 2007 debut of *Two and a Half Men & Family Guy*
- Continued growth of WGN Superstation distribution (volume and rate) and renewal of carriage agreements
- Increase in annual operating expenses of approximately 1.6%
  - Broadcast rights flat
  - Additional news efficiencies
- Continued growth of the TV Food Network

44

TRB0467860

# Consolidated
## Pro Forma Financial Projections

($ in millions)

| | 2007E[2] | 2011E[2] | '07E-'11E CAGR |
|---|---|---|---|
| **Revenues** | | | |
| 1 Print Advertising | $2,868 | $2,775 | (0.8%) |
| 2 Interactive Advertising | 273 | 500 | 16.3 |
| 3 Circulation | 536 | 461 | (3.7) |
| 4 Other | 269 | 318 | 4.3 |
| 5 **Publishing** | $3,946 | $4,054 | 0.7% |
| 6 **Broadcasting & Entertainment** | 1,222 | 1,338 | 2.3 |
| 7 **Total Revenues** | $5,168 | $5,392 | 1.1% |
| **Cash Expenses** | | | |
| 8 Publishing | $3,017 | $3,064 | 0.4% |
| 9 Broadcasting & Entertainment | 817 | 859 | 1.3 |
| 10 Corporate | 49 | 54 | 2.5 |
| 11 **Total Cash Expenses** | $3,882 | $3,977 | 0.6% |
| **Operating Cash Flow** | | | |
| 12 Publishing | $929 | $990 | 1.6% |
| 13 Broadcasting & Entertainment | 405 | 479 | 4.3 |
| 14 Corporate | (49) | (54) | 2.3 |
| 15 **Total Operating Cash Flow**[1] | $1,285 | $1,415 | 2.4% |
| 16 Cash Received from Equity Investments | 69 | 173 | 26.0 |
| 17 Plus: Cash Savings from Elim. of 401(k) Contribution | 60 | 60 | |
| 18 Plus: Cash Savings from Other Exp. Reduction | 20 | 20 | |
| 19 **Adjusted EBITDA**[1] | $1,434 | $1,668 | 3.9% |

(1)   Excludes non-cash stock based compensation
(2)   Pro forma for the sale of SCNI, Hoy New York and the divestiture of Cubs/Comcast SportsNet Chicago

45

rofessionals' Eyes Only

# Pro Forma Cash Flow and Deleveraging

($ in millions)

## FCF for Debt Repayments



## Deleveraging Over Time



(1) Calculated as Total Debt less present value of tax savings of $1,050 million, over pro forma Adjusted EBITDA
(2) Pro Forma for Step 1 closing

## Coverage Over Time



Note: All statistics based on pro forma Cash Interest Expense excludes amortization of debt issuance costs and non-cash interest of PHONES
(1) Calculated as the ratio of pro forma Adjusted EBITDA less Capex and investments to pro forma Cash Interest Expense
(2) Calculated as the ratio of pro forma Adjusted EBITDA less Capex and investments to pro forma Cash Interest Expense and mandatory amortization of new debt
(3) Pro Forma for Step 1 closing

## FCF / Total Debt



Note: Levered Free Cash Flow calculated as pro forma Adj. EBITDA less Cash Taxes, net Cash Interest Expense and Capex and investments excluding one-time charges (severance and $175mm related to TMCT in 2008)
(1) Pro Forma for Step 1 closing

45

 TRB0467862



rofessionals' Eyes Only