**BANK DUE DILIGENCE**
**TELECONFERENCE CALL**
**WEDNESDAY, SEPTEMBER 26, 2007**

**1:00 – 4:00 PM (Chicago Time)**

**Tribune Tower - Conference Room 6A**
**Dial in # 866-285-7778**
**Participant Access Code – 9321475**

1. Corporate Finance
   - Schedule 1: "2007 Third Quarter Projection" (Grenesko)
   - Schedule 2: "2007 Projection by Quarter" (Grenesko)
   - Schedule 3: "2007 Projected Cash Flow Summary & Year-End Debt" (Bigelow)
   - Schedule 4: "Projected Term Loan X Repayment Schedule" (Bigelow)
   - Schedule 5: "Four-Year Financial Projections" (Amsden/Poelking/Bigelow)
2. Real Estate
   - Schedule 6: "Real Estate Summary" (Bigelow)
3. Cubs Process
   - Schedule 7: "Cubs Process Update" (Kenney/Leach)
4. Equity Investments (Kazan/Leach)
5. Legal/FCC
   - Schedule 8: "Status of Litigation/September 18, 2007" (Kenney)
6. Other

Highly Confidential - Attorneys' Eyes Only

Highly Confidential - Attorneys' Eyes Only

JPM_00499105

**TRIBUNE COMPANY**
**2007 THIRD QUARTER PROJECTION (1)**
($ in millions)

| Bank Diligence Call (9/26) |
|---|
| Schedule 1 |
| "2007 Third Quarter Projection" |

| | | Period 8 | | | Period 9 | | | Third Quarter | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2007 Actual | 2006 Actual | Change | 2007 Proj. | 2006 Actual | Change | 2007 Proj. Current | July | 2006 Actual | Change July | 2006 |
| | **Operating Revenues** | | | | | | | | | | | |
| | Publishing | | | | | | | | | | | |
| 1 | Retail | $ 91.7 | $ 91.1 | 0.6% | $ 95.1 | $ 103.8 | -8.4% | $ 288.5 | $ 289.8 | $ 303.1 | -0.5% | -4.8% |
| 2 | National | 46.7 | 45.4 | 2.8% | 52.6 | 51.0 | 3.2% | 156.7 | 151.8 | 156.0 | 3.2% | 0.4% |
| 3 | Classified | 71.8 | 89.9 | -20.1% | 76.6 | 91.4 | -16.1% | 236.0 | 241.4 | 288.3 | -2.2% | -18.1% |
| 4 | Total Advertising | 210.1 | 226.4 | -7.2% | 224.4 | 246.2 | -8.9% | 681.2 | 683.0 | 747.4 | -0.3% | -8.9% |
| 5 | Circulation | 39.7 | 41.7 | -4.8% | 40.4 | 42.2 | -4.2% | 129.5 | 129.7 | 136.2 | -0.1% | -4.9% |
| 6 | Other | 20.8 | 20.3 | 2.6% | 21.6 | 20.0 | 8.0% | 65.5 | 65.9 | 62.4 | -0.5% | 5.1% |
| 7 | Total | 270.6 | 288.4 | -6.1% | 286.3 | 308.3 | -7.1% | 876.2 | 878.5 | 945.9 | -0.3% | -7.4% |
| | Broadcasting | | | | | | | | | | | |
| 8 | TV | 83.9 | 87.9 | -4.6% | 89.9 | 89.8 | 0.2% | 269.9 | 267.9 | 277.5 | 0.8% | -2.7% |
| 9 | Radio/Entertainment | 36.6 | 36.3 | 0.9% | 27.9 | 31.6 | -11.8% | 115.9 | 112.0 | 115.0 | 3.4% | 0.7% |
| 10 | Total | 120.5 | 124.2 | -3.0% | 117.8 | 121.4 | -3.0% | 385.8 | 379.9 | 392.6 | 1.6% | -1.7% |
| 11 | Total Revenue | 391.2 | 412.6 | -5.2% | 404.1 | 429.8 | -6.0% | 1,262.0 | 1,258.4 | 1,338.5 | 0.3% | -5.7% |
| | **Operating Cash Expenses (2)** | | | | | | | | | | | |
| | Publishing | | | | | | | | | | | |
| 12 | Newsprint & Ink | 29.1 | 36.0 | -19.2% | 31.0 | 40.2 | -23.0% | 95.9 | 97.0 | 121.2 | -1.2% | -20.9% |
| 13 | Compensation | 95.2 | 101.4 | -6.1% | 93.9 | 98.0 | -4.3% | 303.5 | 309.5 | 326.3 | -1.9% | -7.0% |
| 14 | Other Cash | 98.1 | 98.8 | -0.8% | 100.3 | 99.4 | 0.9% | 308.1 | 312.4 | 312.0 | -1.4% | -1.2% |
| 15 | Total | 222.4 | 236.3 | -5.9% | 225.1 | 237.6 | -5.2% | 707.5 | 718.9 | 759.5 | -1.6% | -6.9% |
| | Broadcasting | | | | | | | | | | | |
| | Television | | | | | | | | | | | |
| 16 | Broadcast Rights Amortization | 26.2 | 27.6 | -5.2% | 29.2 | 27.9 | 4.4% | 87.1 | 87.7 | 90.1 | -0.6% | -3.3% |
| 17 | Compensation | 18.8 | 18.3 | 2.6% | 19.1 | 19.5 | -1.9% | 59.9 | 60.5 | 61.3 | -0.9% | -2.3% |
| 18 | Other Cash | 13.9 | 12.4 | 12.1% | 18.8 | 14.5 | 29.8% | 45.5 | 44.5 | 40.3 | 2.2% | 13.0% |
| 19 | Total Television | 58.9 | 58.3 | 1.0% | 67.1 | 62.0 | 8.4% | 192.5 | 192.7 | 191.6 | -0.1% | 0.5% |
| 20 | Radio/Entertainment | 26.2 | 25.8 | 1.7% | 26.1 | 23.4 | 11.8% | 84.8 | 84.4 | 79.6 | 0.5% | 6.5% |
| 21 | Total Broadcasting | 85.1 | 84.1 | 1.2% | 93.3 | 85.3 | 9.3% | 277.3 | 277.1 | 271.2 | | |
| 22 | Corporate | 3.3 | 4.0 | -18.9% | 4.1 | 4.0 | 4.2% | 11.7 | 11.3 | 13.4 | 3.5% | -12.1% |
| 23 | Total Cash Expenses | 310.8 | 324.4 | -4.2% | 322.5 | 326.9 | -1.3% | 996.5 | 1,007.3 | 1,044.1 | -1.1% | -4.6% |
| | **Operating Cash Flow** | | | | | | | | | | | |
| 24 | Publishing | 48.2 | 52.1 | -7.4% | 61.2 | 70.7 | -13.5% | 168.7 | 159.6 | 186.4 | 5.7% | -9.5% |
| | Broadcasting | | | | | | | | | | | |
| 25 | TV | 25.0 | 29.6 | -15.5% | 22.8 | 27.8 | -18.1% | 77.4 | 75.2 | 85.9 | 3.0% | -9.9% |
| 26 | Radio/Entertainment | 10.4 | 10.5 | -1.2% | 1.8 | 8.3 | -78.4% | 31.1 | 27.7 | 35.4 | 12.3% | -12.2% |
| 27 | Total | 35.4 | 40.1 | -11.7% | 24.6 | 36.1 | -31.9% | 108.5 | 102.8 | 121.3 | 5.5% | -10.6% |
| 28 | Corporate | (3.3) | (4.0) | 18.9% | (4.1) | (4.0) | -4.2% | (11.7) | (11.3) | (13.4) | 3.5% | 12.1% |
| 29 | Total Operating Cash Flow | 80.4 | 88.2 | -8.9% | 81.6 | 102.9 | -20.7% | 265.5 | 251.1 | 294.4 | 5.7% | -9.8% |
| 30 | **Equity Income** | 7.4 | 5.2 | 41.2% | 5.3 | 5.4 | -1.6% | 20.1 | 16.5 | 18.7 | 22.0% | 7.3% |
| 31 | **Net Interest Expense** | (56.6) | (26.3) | 115.6% | (55.8) | (25.7) | 117.0% | (182.1) | (182.4) | (79.6) | -0.2% | 128.6% |

(1) Excludes special items, severance, non-operating items, and discontinued operations (Atlanta, Albany and Boston stations in Broadcasting and SCNI and Hoy, New York in Publishing).
(2) Includes stock-based compensation of $40.7 million in 2007 and $31.4 million in 2006.

Highly Confidential - Attorneys' Eyes Only

**TRIBUNE COMPANY**
**2007 BY QUARTER (1)**
($ in millions)

| | Bank Diligence Call (9/26) |
| --- | --- |
| | Schedule 2 |
| | "2007 Projection By Quarter" |

| | FIRST QUARTER | | | SECOND QUARTER | | | THIRD QUARTER | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2007 Actual | 2006 Actual | % Change | 2007 Actual | 2006 Actual | % Change | 2007 Proj. Current | July | 2006 Actual | % Change July | 2006 |
| **Operating Revenues** | | | | | | | | | | | |
| 1  Publishing | $ 931.5 | $ 985.3 | -5.5% | $ 920.4 | $1,015.9 | -9.4% | $ 876.2 | $ 878.5 | $ 945.9 | -0.3% | -7.4% |
| 2  Broadcasting | 283.0 | 284.1 | -0.4% | 393.0 | 392.9 | 0.0% | 385.8 | 379.9 | 392.6 | 1.6% | -1.7% |
| 3  Total | 1,214.5 | 1,269.4 | -4.3% | 1,313.4 | 1,408.8 | -6.8% | 1,262.0 | 1,258.4 | 1,338.5 | 0.3% | -5.7% |
| **Operating Cash Exps. (2)** | | | | | | | | | | | |
| 4  Publishing | 746.8 | 756.1 | -1.2% | 724.0 | 765.9 | -5.5% | 707.5 | 718.9 | 759.5 | -1.6% | -6.8% |
| 5  Broadcasting | 208.9 | 204.6 | 2.1% | 272.5 | 270.2 | 0.9% | 277.3 | 277.1 | 271.2 | 0.1% | 2.3% |
| 6  Corporate | 19.2 | 20.0 | -4.0% | 11.0 | 13.6 | -19.1% | 11.7 | 11.3 | 13.4 | 3.5% | -12.7% |
| 7  Total | 974.9 | 980.7 | -0.6% | 1,007.5 | 1,049.7 | -4.0% | 996.5 | 1,007.3 | 1,044.1 | -1.1% | -4.6% |
| **Operating Cash Flow** | | | | | | | | | | | |
| 8  Publishing | 184.7 | 229.2 | -19.4% | 196.4 | 250.0 | -21.4% | 168.7 | 159.6 | 186.4 | 5.7% | -9.5% |
| 9  Broadcasting | 74.1 | 79.5 | -6.8% | 120.5 | 122.7 | -1.8% | 108.5 | 102.8 | 121.4 | 5.5% | -10.6% |
| 10  Corporate | (19.2) | (20.0) | -4.0% | (11.0) | (13.6) | -19.1% | (11.7) | (11.3) | (13.4) | 3.5% | -12.7% |
| 11  Total | 239.6 | 288.7 | -17.0% | 305.9 | 359.1 | -14.8% | 265.5 | 251.1 | 294.4 | 5.7% | -9.8% |
| 12 Equity Income | 12.7 | 6.5 | 95.4% | 28.7 | 20.2 | 42.1% | 20.1 | 16.5 | 18.7 | 21.8% | 7.5% |
| 13 Adjusted Op. Cash Flow | 252.3 | 295.2 | -14.5% | 334.6 | 379.3 | -11.8% | 285.6 | 267.6 | 313.1 | 6.7% | -8.8% |
| 14 Net Interest Expense | (80.1) | (46.6) | | (112.1) | (44.8) | | (182.1) | (182.4) | (79.6) | | |

| | FOURTH QUARTER | | | | | FULL YEAR | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2007 Proj. Current | July | 2006 Actual | % Change July | 2006 | 2007 Proj. Current | July | 2006 52 weeks | % Change July | 2006 |
| **Operating Revenues** | | | | | | | | | | |
| 15  Publishing | $ 985.4 | $ 990.3 | $1,031.5 | -0.5% | -4.5% | $3,713.5 | $3,720.7 | $3,978.6 | -0.2% | -6.7% |
| 16  Broadcasting | 321.1 | 325.6 | 338.4 | -1.4% | -5.1% | 1,382.9 | 1,381.5 | 1,408.0 | 0.1% | -1.8% |
| 17  Total | 1,306.5 | 1,315.9 | 1,369.9 | -0.7% | -4.6% | 5,096.4 | 5,102.2 | 5,386.6 | -0.1% | -5.4% |
| **Operating Cash Exps. (2)** | | | | | | | | | | |
| 18  Publishing | 739.4 | 740.9 | 769.5 | -0.2% | -3.9% | 2,917.7 | 2,930.7 | 3,051.0 | -0.4% | -4.4% |
| 19  Broadcasting | 216.1 | 216.9 | 224.5 | -0.3% | -3.7% | 974.9 | 975.3 | 970.5 | 0.0% | 0.4% |
| 20  Corporate | 11.2 | 11.3 | 14.1 | -0.9% | -20.6% | 53.1 | 52.8 | 61.1 | 0.6% | -13.1% |
| 21  Total | 966.7 | 969.1 | 1,008.1 | -0.2% | -4.1% | 3,945.7 | 3,958.8 | 4,082.6 | -0.3% | -3.4% |
| **Operating Cash Flow** | | | | | | | | | | |
| 22  Publishing | 246.0 | 249.4 | 262.0 | -1.4% | -6.1% | 795.8 | 790.0 | 927.6 | 0.7% | -14.2% |
| 23  Broadcasting | 104.9 | 108.7 | 113.9 | -3.5% | -7.9% | 408.0 | 406.2 | 437.4 | 0.5% | -6.7% |
| 24  Corporate | (11.2) | (11.3) | (14.1) | -0.9% | -20.6% | (53.1) | (52.8) | (61.1) | 0.6% | -13.1% |
| 25  Total | 339.7 | 346.8 | 361.8 | -2.0% | -6.1% | 1,150.7 | 1,143.4 | 1,304.0 | 0.6% | -11.7% |
| 26 Equity Income | 23.9 | 23.9 | 29.5 | 0.0% | -19.0% | 85.4 | 81.8 | 74.9 | 4.4% | 14.0% |
| 27 Adjusted Op. Cash Flow | 363.6 | 370.7 | 391.3 | -1.9% | -7.1% | 1,236.1 | 1,225.2 | 1,378.9 | 0.9% | -10.3% |
| 28 Net Interest Expense | (181.9) | (184.3) | (82.0) | | | (556.2) | (558.9) | (253.0) | | |

(1) Excludes special items, severance, non-operating items and discontinued operations (Atlanta, Albany and Boston stations in Broadcasting and SCNI and Hoy, New York in Publishing).
(2) Includes stock-based compensation of $40.7 million in 2007 and $31.4 million in 2006.

JPM_00499106

Bank Diligence Call (9/26)
Schedule 3
"2007 Projected Cash Flow Summary & Year-End Debt"

**Tribune Company**
**2007 Projected Cash Flow Summary & Year-End Debt**
*($ in millions)*

|      |                                               | Current Projection | Original Plan | Difference |
|------|-----------------------------------------------|:------:|:------:|:------:|
|      |                                               | (a)    | (b)    | (c)    |
| (1)  | Operating Cash Flow (before stock-based comp.) | $1,192 | $1,306 | ($114) |
| (2)  | Cash from equity investments                  | 85     | 86     | (1)    |
| (3)  | Cash taxes (excluding capital gains)          | (85)   | (140)  | 55     |
| (4)  | Cash interest expense                         | (413)  | (554)  | 141    |
| (5)  | Capital expenditures                          | (132)  | (175)  | 43     |
| (6)  | Timing / working capital / other              | (159)  | (112)  | (47)   |
| (7)  | Free Cash Flow                                | 487    | 411    | 77     |
| (8)  | Asset sales (net of cash taxes)               | 84     | 87     | (3)    |
| (9)  | Investments                                   | (24)   | (50)   | 26     |
| (10) | Dividends                                     | (43)   | (43)   | (0)    |
| (11) | Sub total                                     | 504    | 405    | 99     |
| (12) | Bender tax settlement (Federal, gross)        | 338    | -      | 338    |
| (13) | Total cash available to repay debt            | $842   | $405   | $437   |

*Note: excluding cash receieved from the sale of stock to employees since March. Also, cash interest expense includes approximately $6M related to cash paid on the Zell note (PIK interest) at the time of the merger.*

**Year-End 2007 Total Debt Projections:**

|      |                                        | Current Projection | Original Plan | Difference |
|------|----------------------------------------|:------:|:------:|:------:|
| (14) | Total debt (ex. PHONES and Zell note)  | $11,981 | $12,424 | ($443) |
| (15) | net of cash                            | (169)   | (175)   | 6      |
| (16) | Total net debt                         | 11,812  | 12,249  | (437)  |
| (17) | less Cubs projected net proceeds       | (850)   | (600)   | (250)  |
| (18) | Total proforma debt                    | $10,962 | $11,649 | ($687) |

**Year-End 2007 "Guaranteed Debt" Projections:**

|      |                                              | Current Projection | Original Plan | Difference |
|------|----------------------------------------------|:------:|:------:|:------:|
| (19) | Total guaranteed debt                        | $10,481 | $10,915 | ($434)   |
| (20) | less Cubs projected net proceeds             | (850)   | (600)   | (250)    |
| (21) | less asset-backed commercial paper program   | (300)   | -       | (300)    |
| (22) | less sale of Hollywood studio lot (Q1 '08)   | (125)   | -       | (125)    |
| (23) | less TMCT mortgage (Q2 '08)                   | (150)   | -       | (150)    |
| (24) | less sale of non-core real estate (Q2 '08)   | (50)    | -       | (50)     |
| (25) | Total proforma guaranteed debt               | $9,006  | $10,315 | ($1,309) |

Highly Confidential – Attorneys' Eyes Only

JPM_00499107

| **Bank Diligence Call (9/26)** |
| **Schedule 4** |
| **"Projected Term Loan X Repayment Schedule"** |

**Tribune Company**
**Projected Term Loan X Repayment Schedule**
*($ in millions)*

### (I) Projected Repayment Schedule:

| | | Proj. Timing |
|---|---|---|
| Original borrowing | $1,500 | |
| June '07 repayment | (100) | |
| Current outstanding | 1,400 | |
| Gross proceeds from the sale of remaining 5% TMCT stake | (75) | *Q4 '07* |
| Gross proceeds from the sale of SCNI | (50) | *Q4 '07* |
| Gross proceeds from asset backed CP program | (300) | *Q4 '07* |
| Net proceeds from sale of Cubs/Comcast | (850) | *Q1 '08* |
| Gross proceeds from TMCT mortgage | (150) | *Q2 '08* |
| Projected June 30, 2008 outstanding | $0 | |

### (II) Mandatory Repayment Schedule:

| | |
|---|---|
| December 4, 2008 | ($750) |
| June 4, 2009 | (750) |
| | ($1,500) |

Highly Confidential - Attorneys' Eyes Only

Highly Confidential - Attorneys' Eyes Only

**Tribune Company**
**Four-Year Financial Projections**
*($ in millions)*

| Bank Diligence Call (9/26) |
| Schedule 5 |
| "Four-Year Financial Projections" |

| | | Current Projection | | | Original Plan (April Bank Book) | | |
|---|---|---|---|---|---|---|---|
| | | **2007PF** | **2011** | **4Y CAGR** | **2007** | **2011** | **4Y CAGR** |
| | | *(a)* | *(b)* | *(c)* | *(d)* | *(e)* | *(f)* |
| | **Revenue** | | | | | | |
| (1) | Publishing | $3,693 | $3,928 | 1.6% | $3,946 | $4,054 | 0.7% |
| (2) | Broadcasting | 1,185 | 1,317 | 2.7% | 1,222 | 1,338 | 2.3% |
| | **Cash expenses** | | | | | | |
| (3) | Publishing | $2,874 | $3,053 | 1.5% | $3,017 | $3,064 | 0.4% |
| (4) | Broadcasting | 796 | 852 | 1.7% | 817 | 859 | 1.3% |
| | **Operating cash flow** | | | | | | |
| (5) | Publishing | $818 | $875 | 1.7% | $929 | $990 | 1.6% |
| (6) | Broadcasting | 388 | 465 | 4.6% | 405 | 479 | 4.3% |

| | | Current Projection | Original Plan |
|---|---|---|---|
| | **Year-End 2011 Debt** | | |
| (7) | Guaranteed debt | $8,409 | $8,795 |
| (8) | Total debt (excl. PHONES & Zell Note) | 9,614 | 9,559 |
| | **Year-End 2011 Financial Ratios** | | |
| (9) | Leverage (Guaranteed debt/Adj. OCF) | 5.5 | 5.1 |
| (10) | Coverage (Adj. OCF/Cash interest) | 1.8 | 2.1 |

*Note: Current 2007 projections are proforma to exclude Cubs, SCNI, Hoy, Recycler and stock-based compensation. In addition, current 2011 projections exclude Tribune Entertainment.*

JPM_00499109

Tribune Company
Summary of Potential Real Estate Opportunities
($ in millions)

Highly Confidential - Attorneys' Eyes Only

| | Bank Diligence Call (9/26) |
| --- | --- |
| | Schedule 6 |
| | "Real Estate Summary" |

| | Proj. Gross Proceeds[1] | | |
| --- | --- | --- | --- |
| | Low | High | Remarks |

**(I) Opportunities currently reflected in five-year financial projections:**

| | | | |
| --- | --- | --- | --- |
| (1) Hollywood, CA studio lot | $125 | $150 | The sale of the Hollywood studio lot will be effected as part of a 1031 exchange in connection with the exercise of the TMCT purchase option. This structure will allow for the deferral of capital gain related to the sale of the Hollywood lot. The KTLA television station will remain at the Hollywood studio lot and will have a new lease with the buyer of the studio lot. Projected rent on this lease will be in the $2-3M range annually. |
| (2) TMCT (sale of non-core St. Louis property) | 10 | 12 | This property is currently owned by TMCT and sublet to Reed Elsevier. Tribune plans to sell this property after the TMCT purchase option is exercised. |
| (3) TMCT (sale of non-core Conklin property) | 4 | 7 | This property is currently owned by TMCT and sublet to Reed Elsevier. Tribune plans to sell this property after the TMCT purchase option is exercised. |
| (4) TMCT mortgage on retained property | 150 | 160 | After the TMCT purchase option is exercised, Tribune plans to place a mortgage on the 6 properties it will retain. These properties include Times Mirror Square in Los Angeles and *Baltimore Sun*, *Newsday* and *Hartford Courant* properties. Proceeds from this mortgage will be used to repay borrowings under the credit facility. Estimated interest rate on this mortgage is in the LIBOR plus 200-250 bps range. |
| (5) SCNI Greenwich | 12 | 13 | Tribune is currently negotiating the sale of the *Greenwich Time* and *Stamford Advocate* (Southern Connecticut Newspapers). This sale will exclude real estate in Greenwich and Stamford. Tribune plans to sell these properties after the newspapers are sold. |
| (6) SCNI Stamford | 13 | 15 | |
| (7) Baltimore surplus property | 4 | 6 | After the TMCT purchase option is exercised, Tribune will consider selling excess land/space currently used by the *Baltimore Sun*. |
| Sub-Total | $318 | $363 | |

**(II) Longer-term opportunities not reflected in five-year financial projections:**

| | | | |
| --- | --- | --- | --- |
| (8) Ft. Lauderdale | 14 | 18 | River front parking lot totaling 1.4 acres which is currently used for *Sun-Sentinel* staff parking could be sold, net of securing parking elsewhere. |
| (9) Sale Leaseback (net) | 325 | 375 | Estimated gross proceeds of approximately $440M on the sale leaseback of 31 properties with an annual rental payment of $30M. After-tax proceeds estimated in the $350M range. The implied annual rental rate on this transaction is current in the 8.5% range. Proceeds from a possible sale leaseback would be used to repay borrowings under the credit facility. |
| (10) Tribune Tower | 35 | 70 | Long-term potential value opportunities primarily through the redevelopment of the first and second floors of Tribune Tower to retail or the possible sale of the East parking lot, among other things. |
| (11) Times Mirror Square | 75 | 150 | Long-term potential value opportunities through the monetization of surplus space. Tribune is currently developing plans to reconfigure the space utilization of the Square which could ultimately lead to freeing-up half of the total foot print of the Square. |
| Sub-Total | $449 | $613 | |
| **GRAND TOTAL** | **$767** | **$976** | |

(1) All proceeds gross except for sale leaseback.

JPM_00499110

**Tribune Company**
**Cubs Sale Update**

1. Chicago Cubs
    a. 8 primary bidders, 4 qualified by Major League Baseball to date
    b. Process and timing
    c. Management presentations
    d. Major League Baseball meeting November 14-15
    e. Valuation
2. Wrigley Field
    a. Naming rights
    b. Illinois Sports Facilities Authority
    c. Triangle building and parking facilities
    d. Valuation
3. ComcastSports Net
    a. Valuation
4. Projected transaction for financial modeling purposes (below)

**Current Alternatives**

*($ in millions)*

| | Taxable Transaction | | | Structured (Tax Efficient) Transaction | |
| --- | :---: | :---: | --- | --- | :---: |
| | Original Plan | Revised Values | | | Revised Values |
| | *(a)* | *(b)* | | | *(c)* |
| Gross proceeds: | | | | Gross proceeds: | |
| (1) Cubs / Wrigley Field | $600 | $925 | (1) | Cubs / Wrigley Field | $925 |
| (2) Comcast SportsNet | 225 | 225 | (2) | Comcast SportsNet | 225 |
| (3) Other Cubs/Wrigley related assets | - | 75 | (3) | Other Cubs/Wrigley related assets | 75 |
| (4) Sub total | 825 | 1,225 | (4) | Sub total | 1,225 |
| (5) Recycler | 1 | 1 | (5) | Recycler | 1 |
| (6) Total | 826 | 1,226 | (6) | Total | 1,226 |
| | | | | | |
| (7) | | | (7) | Projected debt financing of the deal | 650 |
| (8) | | | (8) | Implied equity financing of the deal | 576 |
| | | | | | |
| Tax basis: | | | | Tax basis: | |
| (9) Cubs / Wrigley Field | 43 | 43 | (9) | Cubs / Wrigley Field | 43 |
| (10) Comcast SportsNet | 19 | 19 | (10) | Comcast SportsNet | 19 |
| (11) Other Cubs/Wrigley related assets | - | | (11) | Other Cubs/Wrigley related assets | - |
| (12) Sub total | 62 | 62 | (12) | Sub total | 62 |
| (13) Recycler | 180 | 180 | (13) | Recycler | 180 |
| (14) Total | 242 | 242 | (14) | Total | 242 |
| | | | | | |
| (15) Capital gain | 584 | 984 | (15) | Capital gain on equity financing | 334 |
| | | | | | |
| (16) Taxes (38.25%) | (223) | (376) | (16) | Taxes (38.25%) | (128) |
| | | | | | |
| (17) Net proceeds | $603 | $850 | (17) | Net proceeds | $1,098 |

Highly Confidential - Attorneys' Eyes Only

Highly Confidential – Attorneys' Eyes Only



## Asset Valuation

| Valuation Range $(millions) | | Valuation Rationale |
|---|---|---|

Recent directly comparable trades supports a $1 billion + valuation for Tribune's ownership of the Chicago Cubs and Wrigley Field

**$1,175 – 1,450**

$950 — 1,150

4-5x 2007E Revenue

- Premier baseball franchise with an extremely loyal fan base and high brand name recognition
- 5th most valuable franchise in baseball per Forbes
  - Franchise value has increased 15.7% CAGR since 2001
- Red Sox 2002 transaction at 4.6x trailing revenue is most relevant comparable transaction
- Significant value creation opportunities
- Revenue upside through sale of PSL's, naming rights and other in-stadium advertising, Triangle development, special events, and broadcast and internet rights
- Marquee, trophy assets in the 3rd largest market

Arms-Length Lease

- Highly valuable underlying real estate value (location)
- Sale-leaseback opportunity may provide other financing options

$225 - 300

15-20x Cash Flow

- 2007E EBITDA of $60mm
- Ownership: Tribune (25.4%), Comcast (30.6%), White Sox (22%), Bulls (11%), Blackhawks (11%)
- YES Network potentially valued up to 20x cash flow
- Unique RSN in that every major team in the market is covered

**Comcast SportsNet**

## BARCLAYS CAPITAL

JPM_00499112

## Status of Newsday Litigation and U.S. Attorney Investigation
## and Leveraged ESOP Litigation
### (as of September 18, 2007)

### NEWSDAY

#### Crab House Class Action (New York Federal District Court)

- Original class action suit filed by former advertisers of Newsday and Hoy alleging RICO and other claims stemming from circulation fraud at Newsday, Hoy and DSA.
- In February 2007, defendants served a motion to dismiss the fourth amended class action complaint. The motion is fully briefed. Oral argument has not been scheduled.
- Discovery remains stayed pending a decision on the motion to dismiss.

#### Auto Dealers (Arnold Chevrolet) Lawsuit (New York Federal District Court)

- Suit filed by independent car dealers alleging discriminatory pricing and antitrust law violations and circulation-based fraud claims similar to Crab House allegations.
- In April 2006, following a partial dismissal of several claims alleged in the first amended complaint, the plaintiffs' filed a second amended complaint. The second amended complaint continued to assert various federal and state antitrust claims and circulation-related fraud claims against Newsday and circulation-related fraud claims against Tribune. Tribune and Newsday filed motions to dismiss these claims.
- On September 17, the judge dismissed the fraud, conspiracy to defraud and negligent misrepresentation claims against Newsday but, as expected, granted plaintiffs leave to replead. The judge dismissed the fraud and conspiracy claims against Tribune, denying leave to replead the fraud claim but granting leave to replead the conspiracy claim.
- Requests for leave to file summary judgment motions are due October 19, 2007.

#### ERISA Class Action Lawsuit (Illinois Federal District Court)

- Class action lawsuit against Tribune Company, senior management, current and former Tribune directors and current and former members of the Tribune Employee Benefits Committee, alleging breaches of fiduciary duties owed to Tribune 401(k) plan participants under ERISA in connection with the Newsday and Hoy circulation fraud.
- The same judge is handling both this case and the securities class action.
- On September 29, 2006, the district court judge dismissed the action with prejudice. On October 27, 2006, plaintiffs filed a notice of appeal of the district court's dismissal order.
- The briefing schedule for the appeal was suspended during the pendency of the court-ordered mediation. Mediation discussions have now concluded and the current briefing schedule is as follows:
  - August 31          Plaintiffs' opening brief filed
  - October 1          Defendants' opposing brief due
  - October 15          Plaintiffs' reply brief due
- Oral argument will be scheduled after the briefs are filed.

Highly Confidential - Attorneys' Eyes Only

### Securities Class Action Lawsuit (Illinois Federal District Court)

- Class action lawsuit against Tribune Company, Dennis FitzSimons, Don Grenesko and Jack Fuller alleging securities fraud stemming from fraudulent circulation practices at Newsday and Hoy.
- On September 29, 2006, the district court judge dismissed the action with prejudice. On October 27, 2006, plaintiffs filed a notice of appeal of the district court's dismissal order.
- The briefing schedule for the appeal was suspended during the pendency of the court-ordered mediation. Mediation discussions have now concluded and the current briefing schedule is as follows:
  - August 31        Plaintiffs' opening brief filed
  - October 1        Defendants' opposing brief due
  - October 15       Plaintiffs' reply brief due
- Oral argument will be scheduled after the briefs are filed.

### Jaroslawicz/Staehr Shareholder Derivative Suit (Illinois State Court)

- Shareholder derivative action filed against Tribune directors alleging various breaches of fiduciary duties stemming from the circulation practices at Newsday and Hoy.
- In March 2006, the chancery court judge dismissed the complaint with prejudice.
- In April 2006, Plaintiffs' filed a notice of appeal of the dismissal order with the Illinois Appellate Court.
- The appeal is fully briefed and we are awaiting either a decision or an oral argument date.

### U.S. Attorney Investigation

- The United States Attorney for the Eastern District of New York has concluded its investigation into the circulation irregularities at Newsday and Hoy.
- To date, nine former employees and contractors have pleaded guilty to participating in a fraudulent scheme between 2000 and 2004 to inflate paid circulation data in order to induce advertisers to buy advertising space in both newspapers.
- We have negotiated a settlement whereby Newsday will not be prosecuted but will pay a $15 million fine. This settlement will be announced during the week of September 24.

## LEVERAGED ESOP TRANSACTION

### Garamella Shareholder Derivative Suit (California State Court)

- Class and shareholder derivative action filed against Tribune directors alleging various breaches of fiduciary duties in connection with the Company's strategic alternatives review process.
- On May 4, the court denied defendants' motion to dismiss.
- On May 22, following expedited discovery, the court denied plaintiffs' motion for a preliminary injunction to block consummation of the tender offer.
- At a July 9 status hearing, plaintiffs' counsel advised that they did not intend to move for further injunctive relief with respect to the shareholder vote on the merger, but would instead wait until after the shareholder vote to file an amended complaint asserting a damages claim. No such amended complaint has been filed to date.

2

- The judge set the next status conference for September 25 and extended our time to answer the current complaint until that date.
- In September 2007, the plaintiffs' voluntarily dismissed the three Chandler Trust director nominees (Messrs. Chandler, Goodan and Stinehart) in exchange for a one-year tolling agreement.

## Simpson Shareholder Derivative Suit (Illinois State Court)

- Class and shareholder derivative action filed against Tribune directors alleging various breaches of fiduciary duties in connection with the negotiation and execution of the leveraged ESOP transaction.
- In September 2007, the plaintiffs' voluntarily dismissed the three Chandler Trust director nominees (Messrs. Chandler, Goodan and Stinehart) in exchange for a one-year tolling agreement.
- On September 17, we filed a motion to dismiss this action pursuant to an Illinois rule that permits the dismissal of a case pending in Illinois State Court if another suit involving the same parties and issues is pending in another jurisdiction. A status hearing has been set for October 1. If the plaintiffs oppose the motion, a briefing schedule will be set at that hearing.

## Phones Default Claim (Not in Suit)

- The Company has received correspondence from a New York law firm purporting to represent three hedge funds purporting to hold 55% of the Company's Exchangeable Subordinated Debentures due 2029 (the "PHONES ") alleging that certain completed and proposed asset sale transactions and recent and proposed debt issuances violate the maintenance of properties covenant contained in the PHONES indenture.
- On July 23 the law firm sent a notice of acceleration to Citibank, the PHONES indenture trustee, on behalf of the hedge funds alleging a covenant default and declaring the principal and accrued interest due under the PHONES to be immediately payable.
- On July 27 we sent a letter to Citibank disputing the alleged covenant default and rejecting the acceleration notice.
- On August 10 the law firm sent a letter to Citibank stating that the PHONES holders intended to institute proceedings to confirm the alleged covenant default and acceleration notice.
- On August 27 Citibank issued a notice to the holders of the Times Mirror 7.25% and 7.5% debentures due 2013 and 2023, respectively. This notice was sent to inform these bond holders of the alleged covenant default under the PHONES indenture.
- On September 17 we received copies of formal default notices from Cede & Co., the record holder of the PHONES debentures, on behalf of the three hedge funds. The notices do nothing more than restate the bases for the alleged covenant default asserted by the law firm in its earlier correspondence.
- To date, Citibank has not initiated any action on behalf of the PHONES holders.
- The Company and its counsel, Sidley Austin LLP, believe the claims are without merit and that the Company remains in full compliance with the PHONES indenture covenants.
- The Company will enforce and defend vigorously its rights under the PHONES indenture.

3