**TRIBUNE COMPANY**
**Underwriters Due Diligence**
**October 1, 2007**

University of Chicago / Gleacher Center – 3rd Floor (Room 308)
450 North Cityfront Plaza Drive
Chicago, Illinois 60611
(T) 312-464-8787

**Teleconference information:**
Dial-in (888) 830-6260
Passcode: 372736

**Continental breakfast begins at 7:30 a.m.**

**Introduction**

    8:00 – 8:10        Introductions and opening comments (FitzSimons)

**Publishing/Interactive Session**

    8:10 – 9:00        **Overall model assumptions (Smith/Amsden)**

    9:00 – 9:15        **Transformative Change (Gremillion)**

    9:15 – 10:15       **Advertising revenue**
- Retail (Thomas)
- National (DePaola)
- Classified (DePaola)

    10:15 – 10:25     Break

    10:25 – 10:45     **Circulation (Casanova)**
- Revenue and net paid
- Commercial delivery and infrastructure opportunities

    10:45 – 11:30     **Interactive (Landon/B. Kenney)**

    11:30 – Noon      **Lunch break**

1

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0223091

| | |
|---|---|
| Noon – 1:50 | **Top 5 business units (Hiller/Smith/Knight/Greenberg/Waltz)**<br>• Financial projections/assumptions for each market |
| 1:50 – 2:20 | **Discussion of operating plan sensitivities (Smith/Amsden)** |
| 2:20 – 2:30 | **Break** |

**Broadcasting & Entertainment Session**

| | |
|---|---|
| 2:30 – 2:40 | **Opening Remarks (Reardon)** |
| 2:40 – 3:05 | **Revenue drivers (Hendricks)**<br>• Daypart Analysis<br>• CW and Fox Prime<br>• New Syndicated Programming<br>• September – December Outlook |
| 3:05 – 3:25 | **Overall model assumptions (Mazzaferri)**<br>• Global Revenue Assumptions – market and station<br>• Expense Forecast – rights, compensation, other |
| 3:25 – 4:20 | **Individual market overview**<br>• WPIX (Berlamino)<br>• WGN-TV / Superstation (Vitanovec)<br>• Other Key Markets |
| 4:20 – 4:30 | **Capital Planning** (Poelking) |
| 4:30 – 4:45 | **Discussion of operating plan sensitivities (Reardon/Mazzaferri)** |

**Discussion of Operating Plan Sensitivities**

| | |
|---|---|
| 4:45 – 5:30 | **Consolidated operating plan sensitivities (FitzSimons/Grenesko)**<br>• Base case<br>• Upside<br>• Downside |

2

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0223092

**Attendees (total 58)**

Tribune Company (9)
- Dennis FitzSimons, Chairman, Chief Executive Officer & President
- Don Grenesko, Senior Vice President/Finance and Administration
- Crane Kenney, Senior Vice President/General Counsel
- Tom Leach, Senior Vice President/Development
- Chandler Bigelow, Treasurer
- Dan Kazan, Vice President/Development
- Brian Litman, Assistant Controller
- Dave Eldersveld, Senior Counsel
- Naomi Sachs, Director/Investments

Tribune Publishing Company (12)
- Scott Smith, Tribune Publishing, President & *Chicago Tribune*, Publisher
- Bob Gremillion, Tribune Publishing, Executive Vice President
- Harry Amsden, Tribune Publishing, Vice President/Finance
- Ken DePaola, Tribune Media Net, President
- Doug Thomas, Tribune Publishing, Senior Vice President/Sales
- Vince Casanova, Tribune Publishing, Vice President/Circulation
- Tim Landon, Tribune Interactive, President
- Brigid Kenney, Tribune Interactive, Senior Vice President/Network Operations
- David Hiller, *Los Angeles Times*, Publisher
- Tim Knight, *Newsday*, Publisher
- Howard Greenberg, *South Florida Sun-Sentinel*, Publisher
- Kathy Waltz, *Orlando Sentinel*, Publisher

Tribune Broadcasting Company (7)
- John Reardon, Tribune Broadcasting, President
- John Vitanovec, Tribune Broadcasting, Executive Vice President
- Marc Schacher, Senior Vice President/Programming & Development
- Gina Mazzaferri, Tribune Broadcasting, Vice President/Strategy & Administration
- John Poelking, Tribune Broadcasting, Vice President/Finance
- John Hendricks, Tribune Broadcasting, Vice President/Sales
- Betty Ellen Berlamino, WPIX-TV, Vice President/General Manager

Equity Group (2)
- Chris Hochschild
- Bill Pate

Bank of America (4)
- Dan Petrik
- Jon Lindvall
- William "Hutch" Pegler

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0223093

- Raju Patel

Citigroup (3)
- Christina Mohr
- Michael Canmann
- Rosie Kurmaniak

JPMorgan (11)
- Brit Bartter
- Peter Cohen
- Joachim Sonne
- Tony Grimminck
- Gretchen Tonnesen
- Trish Deans
- Raj Kapadia
- Darryl Jacobson
- Yang Chen
- Chris Walsh
- John Kowalczuk

Merrill Lynch (8)
- Todd Kaplan
- Mike O'Grady
- Mitch Marcus
- Dave Lewicki
- Dave Tuvlin
- Henrik Dahlback
- John Harrison
- Stephanie Vallillo

Sidley Austin (1)
- Larry Barden

Cahill (1)
- William Miller

4

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0223094