**Tribune Finance LLC Transaction Summary**

**Provided Subject to Confidentiality Agreement**

- In May 2007, Tribune Finance, LLC ("TFLLC") was formed, with the sole member being Tribune Company ("TCO"). Upon the closing of the Credit Agreement in June 2007, the following transactions occurred:
    i. TCO made a capital contribution of $3.0 billion to TFLLC;
    ii. TFLLC loaned to certain publishing subsidiaries a total of $3.0 billion in exchange for intercompany promissory notes; and
    iii. The publishing subsidiaries who received the loans from TFLLC, made dividend payments in an aggregate amount totaling $3.0 billion to TCO.

The accounting entries to record these transactions were as follows:

| ($ millions) | Debit | Credit |
|---|---|---|
| **TCO** | | |
| Investment in sub – Tribune Finance | 3,000 | |
|    Dividends from Subs (equity) | | 3,000 |
| | | |
| **TFLLC** | | |
| Intercompany promissory note receivable | 3,000 | |
|    Paid-in capital | | 3,000 |
| | | |
| **Publishing Subsidiaries (in aggregate)** | | |
| Dividend to parent (equity) | 3,000 | |
|    Intercompany promissory note payable | | 3,000 |

The individual publishing subsidiaries promissory note payable balances to TFLLC are as follows:

| ($ millions) | Principal |
|---|---|
| Chicago Tribune Company | $ 850 |
| Sun-Sentinel Company | 300 |
| Orland Sentinel Company | 125 |
| Hartford Courant Company | 200 |
| Daily Press, Inc. | 25 |
| LA Times Communications LLC | 1,000 |
| Newsday, Inc. | 200 |
| Baltimore Sun Company | 300 |
| | $ 3,000 |