## EQUITY CONTRIBUTION AGREEMENT

This Equity Contribution Agreement (this "Agreement"), dated as of June 4, 2007 (and effective immediately prior to the execution and delivery by Tribune Company of that certain Pledge Agreement, dated as of June 4, 2007, between Tribune Company and JPMorgan Chase Bank, N.A.), is entered into by and between Tribune Company, a Delaware corporation ("Transferor"), and Tribune Broadcasting Holdco, LLC, a Delaware limited liability company in which Transferor is the sole member ("Transferee").

## WITNESSETH:

**WHEREAS**, Tribune Broadcasting Company, a Delaware corporation ("Tribune Broadcasting"), has an authorized capital stock of 1,000 shares of common stock, par value $1.00 per share (the "Broadcasting Common Stock"), and Transferor owns all of the issued and outstanding shares of Broadcasting Common Stock (the "Shares"); and

**WHEREAS**, the new credit facilities entered into by Transferor require that Transferor effect the contribution of the Shares to Transferee.

**NOW, THEREFORE**, in consideration of the mutual agreements, provisions and covenants contained herein and other good and valuable consideration, the parties hereto agree as follows:

1. Transferor hereby contributes, transfers, assigns, conveys and delivers to Transferee all of its right, title and interest in and to the Shares. Transferee hereby accepts and acknowledges receipt of the Shares.

2. In addition to the benefits to be received by Transferor in connection with the receipt of the proceeds of the credit facilities, Transferee hereby acknowledges that it has issued to Transferor 100% of the limited liability company interest in Transferee (the "Contribution Consideration") in consideration for the contribution, transfer, assignment, conveyance and delivery of the Shares to Transferee. Transferor hereby accepts and acknowledges receipt of the Contribution Consideration.

3. Transferor and Transferee each represents and warrants that the execution, delivery and performance of this Agreement by it has been duly authorized by all necessary corporate or limited liability company action on its part and that this Agreement has been duly executed and delivered by it and constitutes its valid and binding agreement in accordance with its terms.

4. Transferor hereby represents that Transferor has good and marketable title to the Shares, free and clear of any mortgage, pledge, lien, encumbrance, charge, security interest or other claim against title, other than transfer restrictions under federal and state securities laws. Upon consummation of the transactions provided for in this Agreement in accordance with the terms hereof, Transferor will deliver to Transferee good and marketable title to the Shares, free and clear of any mortgage, pledge, lien, encumbrance, charge, security interest or other claim against title, other than transfer restrictions under federal and state securities laws.

CH1 3858096v.5

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0175128

5. From and after the date of this Agreement, Transferor shall execute and deliver (or cause to be executed and delivered) such further instruments of conveyance and transfer and take such additional action as Transferee may reasonably request to effect, consummate, confirm or evidence the contribution to Transferee of the Shares.

6. This Agreement shall be governed by and construed and enforced in accordance with the laws of the State of Delaware, without giving effect to any conflicts or choice of laws provisions thereof that would cause the application of the domestic substantive laws of any other jurisdiction.

7. This Agreement may be executed in one or more counterparts, each of which shall be considered an original instrument, but all of which shall be considered one and the same agreement, and shall become binding when one or more counterparts have been signed by each of the parties and delivered to each of Transferor and Transferee.

8. This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

\* \* \* \* \* \* \* \* \* \* \*

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0175129

IN WITNESS WHEREOF, this Agreement has been duly executed and delivered by the parties hereto as of the date first written above.

TRIBUNE COMPANY

By: _____
Name:
Title:

TRIBUNE BROADCASTING HOLDCO, LLC

By: _____
Name:
Title:

3

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0175130