Tribune Company Credit Facilities Obligor Structure

In response to questions from prospective lenders, this memorandum summarizes the obligor structure for the proposed First Step and Second Step financing for Tribune Company ("Tribune") and the extent to which the lenders under the First Step and Second Step credit facilities will have priorities of claims against the assets of Tribune and its subsidiaries.[1]  For convenience of reference, attached as Annex A is the Tribune organizational structure per the Confidential Information Memorandum.  For purposes of this memorandum, the proposed New Senior Secured Credit Facilities and New Senior Notes/Bridge Facility are referred to as the "New Debt".

Existing public notes (the "Existing Notes") of Tribune will remain in place following the transaction.  To the extent the New Debt is secured by stock of Tribune subsidiaries, the indentures governing the Existing Notes generally require equal and ratable liens on such stock also be provided to secure the Existing Notes.  However, this result would be costly and competitively burdensome to Tribune due to certain requirements of the Federal securities laws which could require separate individual financial reporting for each company whose stock is pledged.  In order to provide stock security that minimizes these burdens, there will be two newly organized limited liability companies formed by Tribune in connection with the proposed financing — Tribune Broadcasting Holdco LLC ("Broadcasting Holdco") and Tribune Finance LLC ("FinanceCo").  It is the stock of these companies that will be pledged.  Their assets are comprised of assets for which separate financial reporting will not be unduly costly or burdensome.  In substance, as discussed below, holders of New Debt will be relying upon guarantees from subsidiaries for structural superiority to the Existing Notes.

The following summarizes the nature of, and relationship between, Tribune, Broadcasting Holdco and FinanceCo:

- Tribune is primarily a holding company that operates through its direct and indirect subsidiaries.  Tribune's assets primarily consist of stock in its direct subsidiaries.

---

[1]    This memorandum does not purport to address any risk that obligations could be avoided or modified as a matter of fraudulent conveyance or other equitable principles applicable in a bankruptcy or insolvency.

Highly Confidential - Attorneys' Eyes Only

- Broadcasting Holdco will be a direct wholly owned subsidiary of Tribune. Its sole asset will be the stock of the existing wholly owned subsidiary Tribune Broadcasting Company ("Broadcasting"). Broadcasting presently directly and indirectly owns all of the Tribune Broadcasting businesses' operating subsidiaries ("Broadcasting Opcos").

- FinanceCo will be a direct wholly owned subsidiary of Tribune. Upon receipt of the proceeds of the debt financing in the First Step, Tribune intends to contribute at least $3 billion in cash to FinanceCo. FinanceCo will, in turn, lend such funds on a junior subordinated basis to a number of Tribune's publishing businesses' operating subsidiaries ("Publishing Opcos"). The proceeds of these loans (the "FinanceCo Loans") will be distributed to Tribune to finance the Tribune self-tender offer. The FinanceCo Loans will be the sole assets of FinanceCo. The actual amount of the FinanceCo Loans will be determined by Tribune based upon corporate and other legal considerations affecting the amount of funds that may be distributed back up to Tribune, but will be at least $3 billion.

The following table summarizes the debt capitalization of Tribune and its subsidiaries following the Second Step Financing:[2]

| | | | |
|---|---|---|---|
| New Senior Secured Credit Facilities<br>• New Revolving Credit Facility<br>• Term Loan B Facility (First Step, Delayed Draw and Incremental) | *Borrower:* Tribune<br>*Guarantors:* Material direct and indirect U.S. subsidiaries of Tribune, including:<br>• the Tribune broadcasting entities comprised of Broadcasting Holdco, Broadcasting and the Broadcasting Opcos;<br>• the Publishing Opcos; and<br>• FinanceCo | *Borrower:* senior<br>*Guarantors:* senior, including with respect to the New Senior Notes/Bridge Facility<br><br>Due to the absence of guarantees to support the Existing Notes and PHONES, the claims of holders of the New Debt against the Guarantors will have structural priority over the Existing Notes and PHONES. | Borrower's obligations are secured by a pledge of all of the outstanding equity interests in Broadcasting Holdco and FinanceCo. Such pledge will also equally and ratably secure the Existing Notes. |

---

[2]    Reference is made to the detailed term sheets for the New Debt for a more detailed description of the terms of the New Debt.

Highly Confidential - Attorneys' Eyes Only

JPM_00066114

| | | In the event of a bankruptcy or liquidation of a Guarantor, claims in respect of the guarantees of the New Debt (and any other debt of the Guarantor) would have to be satisfied before any funds would be available for distribution to Tribune against which the holders of the Existing Notes and PHONES would have claims. | |
|---|---|---|---|
| New Senior Notes/Bridge Facility | Same as under the New Senior Secured Credit Facilities | *Borrower:* senior<br>*Guarantors:* senior subordinated — subordinated only to the New Senior Secured Credit Facilities and future senior debt.<br><br>Due to the absence of guarantees to support the Existing Notes and PHONES, the claims of holders of the New Debt against the Guarantors will have structural priority to the Existing Notes and PHONES.<br><br>In the event of a bankruptcy or liquidation of a Guarantor, claims in respect of the guarantees of the New Debt (and any other debt of the Guarantor) would have to be satisfied before any funds would be available for distribution to Tribune against which the holders of the Existing Notes and PHONES would have claims. | None. |

Highly Confidential - Attorneys' Eyes Only

| | | | |
|---|---|---|---|
| Existing Notes (Senior Notes maturing at various dates through 2096) | *Issuer*: Tribune<br>*Guarantors*: Holders of Existing Notes have no direct claims against the Guarantors. | *Issuer:* senior<br>*Guarantors:* Holders of Existing Notes have no direct claims against the Guarantors. Their sole claims are against Tribune. Since Tribune is essentially a holding company, claims of the Existing Noteholders are structurally subordinated to the claims of the holders of the New Debt against the Guarantors.<br><br>In the event of a bankruptcy or liquidation of a Guarantor, claims in respect of the guarantees of the New Debt (and any other debt of the Guarantor) would have to be satisfied before any funds would be available for distribution to Tribune against which the holders of the Existing Notes would have a senior pari passu claim. | Issuer's obligations are secured by a pledge of all of the outstanding equity interests in Broadcasting Holdco and FinanceCo. Such pledge will also equally and ratably secure the New Senior Credit Facilities. |
| PHONES (maturing in 2029) | *Issuer*: Tribune<br>*Guarantors:* Holders of PHONES have no direct claims against the Guarantors. | *Issuer:* subordinated to all unsubordinated debt, including Tribune's obligations in respect of the New Debt and Existing Notes<br>*Guarantors:* Holders of PHONES have no direct claims against the Guarantors. Their sole claims are against Tribune. Since Tribune is essentially a holding company, claims of the PHONES holders are structurally subordinated to the | None. |

| | | | |
|---|---|---|---|
| | | claims of the holders of the New Debt against the Guarantors.<br><br>In the event of a bankruptcy or liquidation of a Guarantor, claims in respect of the guarantees of the New Debt (and any other debt of the Guarantor) would have to be satisfied before any funds would be available for distribution to Tribune against which the holders of the PHONES would have the subordinated claim referred to above. | |
| FinanceCo Loans | *Borrowers:* Various Publishing Opcos — all of which are Guarantors of the New Debt<br>*Guarantors:* None. | *Borrowers:* junior subordinated to all debt, including the borrowers' Guarantees of the New Debt. The subordination provisions will prevent payments on account of the balance of the FinanceCo Loans during certain defaults in respect of the New Debt or a bankruptcy or insolvency of a Guarantor that is a borrower of the FinanceCo Loans.<br><br>Accordingly, in a bankruptcy or insolvency proceeding involving a Guarantor, the senior claims in respect of the New Debt (and any other senior debt of the Guarantor) would have to be satisfied before payment could be made in respect of the FinanceCo Loans to FinanceCo. | None. |

Highly Confidential - Attorneys' Eyes Only

JPM_00066117

| | | | |
|---|---|---|---|
| | | If, notwithstanding the foregoing, funds were paid on the FinanceCo Loans to the FinanceCo in a bankruptcy or insolvency proceeding at a time when there was any outstanding New Debt, these funds should be applied to any remaining claims in respect of the New Debt since FinanceCo is a Guarantor in respect of the New Debt (and is not a guarantor of any of the Existing Notes and PHONES), before any funds are distributable to the owner(s) of FinanceCo.<br><br>The FinanceCo stock is pledged as described above. | |

Highly Confidential - Attorneys' Eyes Only

JPM_00066118

# Tribune organizational structure



Highly Confidential - Attorneys' Eyes Only