| From: | yang.chen@jpmorgan.com |
|---|---|
| Sent: | Friday, March 30, 2007 8:00 PM (GMT) |
| To: | Eldersveld, David <deldersveld@tribune company.com> |
| Cc: | mark.s.guterman@jpmorgan.com; RAJESH.KAPADIA@jpmorgan.com; Bigelow, Chandler <cbigelow@tribune company.com>; julie.persily@citigroup.com; michael_ogrady@ml.com; todd_kaplan@ml.com; Shanahan, Patrick <pshanahan@tribune company.com> |
| Subject: | Re: Fw: RE: Org chart |
| Attach: | Project Tower organizational chart v2.ppt |

Attached please find the revised slide incorporating David's comments.
Thanks.

(See attached file: Project Tower organizational chart v2.ppt)

============================================

Yang Chen
J.P. Morgan | Syndicated Leveraged Finance
Telecom, Media & Technology
270 Park Avenue, 5th Floor | New York, NY 10017
Telephone: 212-270-9506 | Fax: 212-270-1063

============================================


Mark S
Guterman/JPMCHASE
                                        To
03/30/2007 03:36        Yang X Chen/JPMCHASE@JPMCHASE
PM                                      cc

                              Subject
            Fw: RE:


Mark Guterman
J.P. Morgan | Leveraged Finance
270 Park Avenue Floor 5 | New York, NY 10017
( direct: (212) 270-6033 | Ê fax: (212) 270-1063
* email: mark.s.guterman@jpmorgan.com

Professionals' Eyes Only
Highly Confidential — Attorneys' Eyes Only

----- Forwarded by Mark S Guterman/JPMCHASE on 03/30/2007 03:36 PM -----

"Eldersveld,
David"
<DEldersveld@Trib                          To
une.com>            <RAJESH.KAPADIA@jpmorgan.com>,
                    "Bigelow, Chandler"
03/30/2007 03:26    <CBigelow@tribune.com>
PM                              cc
                    <julie.persily@citigroup.com>,
                    <michael_ogrady@ml.com>,
                    <todd_kaplan@ml.com>,
                    <mark.s.guterman@jpmorgan.com>,
                    <yang.chen@jpmorgan.com>,
                    "Shanahan, Patrick"
                    <PShanahan@tribune.com>
                                Subject
                    RE:

Two minor clarifications could be (1) noting that the new SuperHoldco
would be an LLC and (2) showing the existing holding company (Tribune
Broadcasting Company)
that would reside between superholdco and the operating subs.

-----Original Message-----
From: RAJESH.KAPADIA@jpmorgan.com [mailto:RAJESH.KAPADIA@jpmorgan.com]
Sent: Friday, March 30, 2007 1:16 PM
To: Bigelow, Chandler
Cc: Eldersveld, David; julie.persily@citigroup.com;
michael_ogrady@ml.com; todd_kaplan@ml.com; mark.s.guterman@jpmorgan.com;
yang.chen@jpmorgan.com
Subject: Re:

Chandler, please see attached schematic that we put together.  In the
interests of time I am sending this to you at the same time as to ML and
Citi so if anyone has comments, please email around.

(See attached file: Project Tower organizational chart.ppt)

**Professionals' Eyes Only**                                    **TRB0097881**

"Bigelow,

Chandler"

<CBigelow@tribune

To

.com>          <RAJESH.KAPADIA@jpmorgan.com>

cc

03/30/2007 01:20      "Eldersveld, David"

PM              <DEldersveld@Tribune.com>,

                <michael_ogrady@ml.com>,

                <todd_kaplan@ml.com>,

                <julie.persily@citigroup.com>

Subject

                Re:

I will reach out this afternoon. Can you send a schematic for me to
use?

----- Original Message -----
From: RAJESH.KAPADIA@jpmorgan.com <RAJESH.KAPADIA@jpmorgan.com>
To: Bigelow, Chandler; Julie (Citigroup) Persily
<julie.persily@citigroup.com>; David (Merrill Lynch) Tuvlin
<david_tuvlin@ml.com>
Cc: Canmann, Michael S <michael.s.canmann@citigroup.com>; O'Grady,
Michael G. (IBK - CHI) <michael_ogrady@ml.com>; peter.cohen@jpmorgan.com
<peter.cohen@jpmorgan.com>; Nils (Equity Group Investment/Sam Zell)
Larsen <NLarsen@egii.com>
Sent: Fri Mar 30 11:27:55 2007

**Professionals' Eyes Only**                                   **TRB0097882**

Subject: Re:

Chandler, I think you should reach out to both agencies today and update
them (more as an FYI) about the structure of the deal with the
collateral package on the publishing side and on the broadcasting side.
Describing the reason for the structure (as Julie points out in her
email) as well as the guarantees the new loan and bond investors gets is
an important part of the discussion. The banks can offer to be on the
line however it is probably best done as a one on one conversation.
----------------------------
Sent from my BlackBerry Wireless Handheld

‾‾‾‾‾

----- Original Message -----
From: "Bigelow, Chandler" [CBigelow@tribune.com]
Sent: 03/30/2007 08:29 AM EST
To: Persily, Julie [CIB-GFI]" <julie.persily@citigroup.com>; Tuvlin,
David \(IBK-NY\)" <david_tuvlin@ml.com>; Rajesh Kapadia
 Cc: Canmann, Michael S " <michael.s.canmann@citigroup.com>; O'Grady,
Michael G. \(IBK - CHI\)" <michael_ogrady@ml.com>; Peter Cohen
 Subject: RE:

Probably makes sense for you to create schematics that lay the whole
structure out, including all the relevant issues, which we could send
them in advance of calls next week to explain.

-----Original Message-----
From: Persily, Julie [CIB-GFI] [mailto:julie.persily@citigroup.com]
Sent: Friday, March 30, 2007 8:05 AM
To: Bigelow, Chandler; Tuvlin, David (IBK-NY);
rajesh.kapadia@jpmorgan.com
Subject: RE:

They should probably understand that the way to broadcasting assets is
via the stock of a broadcasting holding company and the way to a
substantial portion of the publishing assets is via stock of a finance
subsidiary which holds a loan made to the publishing assets. If there is
any concern, they should be told that this was done merely to avoid
reporting requirements which would otherwise have required sensitive
disclosure on a sub by sub basis.

‾‾‾‾‾

From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Friday, March 30, 2007 8:21 AM

**Professionals' Eyes Only**                                                    **TRB0097883**
Highly Confidential — Attorneys' Eyes Only

To: Persily, Julie [CIB-GFI]; Tuvlin, David (IBK-NY);
rajesh.kapadia@jpmorgan.com
Subject: RE:

Thanks.

The collateral structure was not discussed.  Do you think we need to
raise that now?

CB

-----Original Message-----
From: Persily, Julie [CIB-GFI] [mailto:julie.persily@citigroup.com]
Sent: Friday, March 30, 2007 7:14 AM
To: Bigelow, Chandler; Tuvlin, David (IBK-NY);
rajesh.kapadia@jpmorgan.com
Subject: RE:

Yes.  And the S&P letter states that its rating assumes that sale by YE
2007.

I do not think it necessary at this stage to make the indicated changes.
They are minor and all in your favor.  But it can't hurt to do so.

I do note, however, that neither Moody's nor S&P seem to be aware of
the collateral structure that we have in place.  They presume the
traditional stock of subs as collateral. Our construct, even as revised
to include the stock of the broadcasting holding company, is not quite
what they are used to seeing.  The more that can be put into TFC, the
closer it will come to what they expect.  Was our "unique" structure
discussed at any level?

Great outcome, Chandler.

———

Professionals' Eyes Only

From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Friday, March 30, 2007 7:51 AM
To: Tuvlin, David (IBK-NY); rajesh.kapadia@jpmorgan.com; Persily, Julie
[CIB-GFI]
Subject:

One thing in the Moody's letter you'll notice is that if we use the
Cubs/Comcast proceeds to repay the TLB, then they'd upgrade the bank
loans to Ba3.

This communication is for informational purposes only. It is not
intended as an offer or solicitation for the purchase or sale of any
financial instrument or as an official confirmation of any transaction.
All market prices, data and other information are not warranted as to
completeness or accuracy and are subject to change without notice. Any
comments or statements made herein do not necessarily reflect those of
JPMorgan Chase & Co., its subsidiaries and affiliates.

This transmission may contain information that is privileged,
confidential, legally privileged, and/or exempt from disclosure under
applicable law. If you are not the intended recipient, you are hereby
notified that any disclosure, copying, distribution, or use of the
information contained herein (including any reliance thereon) is
STRICTLY PROHIBITED. Although this transmission and any attachments are
believed to be free of any virus or other defect that might affect any
computer system into which it is received and opened, it is the
responsibility of the recipient to ensure that it is virus free and no
responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and
affiliates, as applicable, for any loss or damage arising in any way
from its use. If you received this transmission in error, please
immediately contact the sender and destroy the material in its entirety,
whether in electronic or hard copy format. Thank you.
Please refer to http://www.jpmorgan.com/pages/disclosures for
disclosures relating to UK legal entities.

This communication is for informational purposes only. It is not
intended as an offer or solicitation for the purchase or sale of any
financial instrument or as an official confirmation of any transaction.
All market prices, data and other information are not warranted as to
completeness or accuracy and are subject to change without notice. Any
comments or statements made herein do not necessarily reflect those of
JPMorgan Chase & Co., its subsidiaries and affiliates.

This transmission may contain information that is privileged,
confidential, legally privileged, and/or exempt from disclosure under
applicable law. If you are not the intended recipient, you are hereby
notified that any disclosure, copying, distribution, or use of the
information contained herein (including any reliance thereon) is
STRICTLY PROHIBITED. Although this transmission and any attachments are
believed to be free of any virus or other defect that might affect any
computer system into which it is received and opened, it is the

responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.
Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.


This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates,

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.

**Professionals' Eyes Only**                                                                  **TRB0097886**

Highly Confidential    Attorneys' Eyes Only

# Proposed financing structure

PROJECT TOWER

TRB0097887

**Tribune Finance LLC**
(Newly Formed Sub)
(Senior Guarantor of New Bank Debt)
(Junior Guarantor of New Bonds)
(Stock Pledge to New Bank Debt)

**Tribune Company**
(New Bank and Bond Issuer)
(Existing Debt Issuer)

$[3.0]bn
Contribution

$[3.0]bn
Dividend

TF LLC lends $[3.0]bn to Publishing
Operating Subs in the form of Junior
Subordinated Debt

**Publishing Operating Subs**
(Senior guarantee of New Bank Debt)
(Junior Guarantee of New Bonds)

**Broadcasting Holding LLC**
(Senior Guarantor of New Bank Debt)
(Junior Guarantor of New Bonds)
(Stock Pledge to New Bank Debt)

**Tribune Broadcasting Company**
(Existing Holding Company)

**Broadcasting Operating Subs**
(Senior guarantee of New Bank Debt)
(Junior Guarantee of New Bonds)

JPMorgan

Professionals' Eyes Only