| | |
|---|---|
| From: | Kaplan, Todd (GMI Leveraged Finance) <todd_kaplan@ml.com> |
| Sent: | Wednesday, March 21, 2007 11:32 PM (GMT) |
| To: | Bigelow, Chandler <cbigelow@tribune company.com> |
| Subject: | RE: |

Chandler - I won't claim "solved" until all constituents have reviewed, but so far so good - team went to Sidley first, with the idea of looping you in once advisors were in agreement

here is the initial description from last night - am hoping this makes some sense - send a message if you wnat more clarification

---

We create a new first tier sub - we call the sub Tribune Finance (TF)

Proceeds from new financing at parent (net of amounts to repay existing parent debt) are contributed to TF

TF in turn lends proceeds to other subsidiaries of parent (would leave Trib Broadcasting out of this scheme in the first cut)

These subsidiaries then distribute the proceeds of these loans back to the parent

Parent uses proceeds for share repurchase/dividend/etc

New bank debt and existing notes at parent receive a pledge of the stock of TF

New bank debt and new notes (if applicable) receive upstream guarantee from TF and from other subs of the parent

We satisfy provisions of Rule 3-16 by filing financials for TF

Think that from a tax standpoint, we haven't created harm that we can't undo down the road

-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Wed 3/21/07 6:24 PM
To: Kaplan, Todd (GMI Leveraged Finance)
Cc:
Subject:

Todd - you mentioned today that you had solved the SX316 issues, can someone in your group send around an explanation?
Thanks, CB

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click here for important additional terms relating to this e-mail. http://www.ml.com/email_terms/