# EXHIBIT A

**Moelis & Company**
**Summary of Hours Worked**
**June 1, 2010 - June 30, 2010**

| Name | Position | Hours Worked |
|---|---|---|
| Thane Carlston | Managing Director, Restructuring Group | 13.5 |
| Navid Mahmoodzadegan | Managing Director, Media | 14.5 |
| John Momtazee | Managing Director, Media | 14.5 |
| Zul Jamal | Senior Vice President, Restructuring Group | 24.5 |
| Larry Kwon | Vice President, Restructuring Group | 11.5 |
| Ashish Ajmera | Vice President, Media | 26.5 |
| Evan Glucoft | Associate | 31.5 |
| Vishal Patel | Analyst | 19.5 |
| Janet Jin | Analyst | 8.0 |
| | **Total Moelis Team Hours** | **164.0** |

**I. Summary**

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 13.5 |
| Navid Mahmoodzadegan | Managing Director | 14.5 |
| John Momtazee | Managing Director | 14.5 |
| Zul Jamal | Sr. Vice President | 24.5 |
| Larry Kwon | Vice President | 11.5 |
| Ashish Ajmera | Vice President | 26.5 |
| Evan Glucoft | Associate | 31.5 |
| Vishal Patel | Analyst | 19.5 |
| Janet Jin | Analyst | 8.0 |
| **Total** | | **164.0** |

**II. Details**

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Zul Jamal | 06/01/10 | 1.0 | Professionals call |
| Ashish Ajmera | 06/01/10 | 1.0 | Professionals call |
| Vishal Patel | 06/01/10 | 1.0 | Professionals call |
| Evan Glucoft | 06/01/10 | 1.0 | Professionals call |
| Zul Jamal | 06/03/10 | 1.0 | UCC Committee meeting |
| Larry Kwon | 06/03/10 | 1.0 | UCC Committee meeting |
| Ashish Ajmera | 06/03/10 | 1.0 | UCC Committee meeting |
| Evan Glucoft | 06/03/10 | 1.0 | UCC Committee meeting |
| Vishal Patel | 06/03/10 | 1.0 | UCC Committee meeting |
| Ashish Ajmera | 06/04/10 | 3.0 | The Cooking Channel diligence list |
| Evan Glucoft | 06/04/10 | 5.0 | The Cooking Channel diligence list |
| Vishal Patel | 06/04/10 | 4.0 | The Cooking Channel diligence list |
| Ashish Ajmera | 06/07/10 | 1.0 | Weekly Media Update |
| Evan Glucoft | 06/07/10 | 2.0 | Weekly Media Update |
| Vishal Patel | 06/07/10 | 3.0 | Weekly Media Update |
| Zul Jamal | 06/08/10 | 1.0 | Professionals call |
| Ashish Ajmera | 06/08/10 | 1.0 | Professionals call |
| Larry Kwon | 06/08/10 | 1.0 | Professionals call |
| Evan Glucoft | 06/08/10 | 1.0 | Professionals call |
| Vishal Patel | 06/08/10 | 1.0 | Professionals call |
| Navid Mahmoodzadegan | 06/08/10 | 5.0 | The Cooking Channel in-person diligence |
| John Momtazee | 06/08/10 | 5.0 | The Cooking Channel in-person diligence |
| Zul Jamal | 06/08/10 | 5.0 | The Cooking Channel in-person diligence |
| Ashish Ajmera | 06/08/10 | 5.0 | The Cooking Channel in-person diligence |
| Thane Carlston | 06/09/10 | 2.0 | Disucssion regarding settlement and recoveries with counsel |
| Zul Jamal | 06/09/10 | 2.0 | Disucssion regarding settlement and recoveries with counsel |
| Zul Jamal | 06/10/10 | 1.0 | Tribune FA Call |
| Evan Glucoft | 06/10/10 | 1.0 | Tribune FA Call |
| Vishal Patel | 06/10/10 | 1.0 | Tribune FA Call |
| Thane Carlston | 06/10/10 | 1.5 | UCC Committee meeting |
| Navid Mahmoodzadegan | 06/10/10 | 1.5 | UCC Committee meeting |
| John Momtazee | 06/10/10 | 1.5 | UCC Committee meeting |
| Zul Jamal | 06/10/10 | 1.5 | UCC Committee meeting |
| Larry Kwon | 06/10/10 | 1.5 | UCC Committee meeting |
| Ashish Ajmera | 06/10/10 | 1.5 | UCC Committee meeting |
| Evan Glucoft | 06/10/10 | 1.5 | UCC Committee meeting |
| Vishal Patel | 06/10/10 | 1.5 | UCC Committee meeting |
| Navid Mahmoodzadegan | 06/11/10 | 2.0 | TVFN Waterfall Distribution Analysis |
| John Momtazee | 06/11/10 | 2.0 | TVFN Waterfall Distribution Analysis |

**I. Summary**

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 13.5 |
| Navid Mahmoodzadegan | Managing Director | 14.5 |
| John Momtazee | Managing Director | 14.5 |
| Zul Jamal | Sr. Vice President | 24.5 |
| Larry Kwon | Vice President | 11.5 |
| Ashish Ajmera | Vice President | 26.5 |
| Evan Glucoft | Associate | 31.5 |
| Vishal Patel | Analyst | 19.5 |
| Janet Jin | Analyst | 8.0 |
| **Total** | | **164.0** |

**II. Details**

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 06/11/10 | 2.0 | TVFN Waterfall Distribution Analysis |
| Evan Glucoft | 06/11/10 | 2.0 | TVFN Waterfall Distribution Analysis |
| Ashish Ajmera | 06/14/10 | 1.0 | Weekly Media Update |
| Evan Glucoft | 06/14/10 | 2.0 | Weekly Media Update |
| Vishal Patel | 06/14/10 | 3.0 | Weekly Media Update |
| Zul Jamal | 06/15/10 | 1.0 | Professionals call |
| Ashish Ajmera | 06/15/10 | 1.0 | Professionals call |
| Larry Kwon | 06/15/10 | 1.0 | Professionals call |
| Evan Glucoft | 06/15/10 | 1.0 | Professionals call |
| Vishal Patel | 06/15/10 | 1.0 | Professionals call |
| Thane Carlston | 06/17/10 | 1.5 | UCC Committee meeting |
| Navid Mahmoodzadegan | 06/17/10 | 1.5 | UCC Committee meeting |
| John Momtazee | 06/17/10 | 1.5 | UCC Committee meeting |
| Zul Jamal | 06/17/10 | 1.5 | UCC Committee meeting |
| Larry Kwon | 06/17/10 | 1.5 | UCC Committee meeting |
| Ashish Ajmera | 06/17/10 | 1.5 | UCC Committee meeting |
| Evan Glucoft | 06/17/10 | 1.5 | UCC Committee meeting |
| Janet Jin | 06/17/10 | 1.5 | UCC Committee meeting |
| Navid Mahmoodzadegan | 06/18/10 | 3.0 | Discussion with public debt holders re: recent news |
| John Momtazee | 06/18/10 | 3.0 | Discussion with public debt holders re: recent news |
| Ashish Ajmera | 06/18/10 | 2.0 | Discussion with public debt holders re: recent news |
| Evan Glucoft | 06/18/10 | 1.0 | Discussion with public debt holders re: recent news |
| Ashish Ajmera | 06/21/10 | 1.0 | Weekly Media Update |
| Evan Glucoft | 06/21/10 | 2.0 | Weekly Media Update |
| Janet Jin | 06/21/10 | 3.0 | Weekly Media Update |
| Zul Jamal | 06/22/10 | 1.0 | Professionals call |
| Ashish Ajmera | 06/22/10 | 1.0 | Professionals call |
| Larry Kwon | 06/22/10 | 1.0 | Professionals call |
| Evan Glucoft | 06/22/10 | 1.0 | Professionals call |
| Janet Jin | 06/22/10 | 1.0 | Professionals call |
| Thane Carlston | 06/24/10 | 1.5 | UCC Committee meeting |
| Navid Mahmoodzadegan | 06/24/10 | 1.5 | UCC Committee meeting |

**I. Summary**

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 13.5 |
| Navid Mahmoodzadegan | Managing Director | 14.5 |
| John Momtazee | Managing Director | 14.5 |
| Zul Jamal | Sr. Vice President | 24.5 |
| Larry Kwon | Vice President | 11.5 |
| Ashish Ajmera | Vice President | 26.5 |
| Evan Glucoft | Associate | 31.5 |
| Vishal Patel | Analyst | 19.5 |
| Janet Jin | Analyst | 8.0 |
| **Total** | | **164.0** |

**II. Details**

| Name | Date | Total Hours | Description |
|---|---|---|---|
| John Momtazee | 06/24/10 | 1.5 | UCC Committee meeting |
| Zul Jamal | 06/24/10 | 1.5 | UCC Committee meeting |
| Larry Kwon | 06/24/10 | 1.5 | UCC Committee meeting |
| Ashish Ajmera | 06/24/10 | 1.5 | UCC Committee meeting |
| Evan Glucoft | 06/24/10 | 1.5 | UCC Committee meeting |
| Janet Jin | 06/24/10 | 1.5 | UCC Committee meeting |
| Thane Carlston | 06/09/10 | 2.0 | Disucssion regarding settlement and recoveries with counsel |
| Zul Jamal | 06/09/10 | 2.0 | Disucssion regarding settlement and recoveries with counsel |
| Ashish Ajmera | 06/28/10 | 1.0 | Weekly Media Update |
| Evan Glucoft | 06/28/10 | 2.0 | Weekly Media Update |
| Vishal Patel | 06/28/10 | 3.0 | Weekly Media Update |
| Thane Carlston | 06/29/10 | 3.0 | Potential recoveries analysis discussion w/Chadbourne |
| Zul Jamal | 06/29/10 | 2.0 | Potential recoveries analysis discussion w/Chadbourne |
| Evan Glucoft | 06/29/10 | 2.0 | Potential recoveries analysis discussion w/Chadbourne |
| Zul Jamal | 06/29/10 | 1.0 | Professionals call |
| Ashish Ajmera | 06/29/10 | 1.0 | Professionals call |
| Larry Kwon | 06/29/10 | 1.0 | Professionals call |
| Evan Glucoft | 06/29/10 | 1.0 | Professionals call |
| Janet Jin | 06/29/10 | 1.0 | Professionals call |
| Thane Carlston | 06/30/10 | 2.0 | Review of potential recoveries analysis materials |
| Zul Jamal | 06/30/10 | 2.0 | Review of potential recoveries analysis materials |
| Larry Kwon | 06/30/10 | 2.0 | Review of potential recoveries analysis materials |
| Evan Glucoft | 06/30/10 | 2.0 | Review of potential recoveries analysis materials |
| | **Total** | **164.0** | |