# EXHIBIT B

# Tribune Co.

Moelis & Company - June 2010 Expense Summary

|  | June 2010 |
|---|---:|
| Airfare | $ 1,326.00 |
| Lodging | 424.31 |
| Travel / Overtime / Weekend meals | 37.11 |
| Taxi / Transportation / Parking | 150.86 |
| Telephone | 15.90 |
| Presentations | - |
| **Total** | **$ 1,954.18** |

**Tribune Co.**
Moelis & Company - June 2010 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **AIRFARE** | | | | | | |
| | 6/4/2010 | AIRFARE | AMERICAN AIRLINES   NEW YORK AA #180 LAX JFK Business Class | Ashish Ajmera | 2,257.70 | 600 |
| | 6/4/2010 | AIRFARE | TRAVEL AGENCY SERVICENEW YORK Travel service fee | Ashish Ajmera | 42.00 | 42.00 |
| | 6/7/2010 | AIRFARE | TRAVEL AGENCY SERVICENEW YORK Travel Service Fee changed jet blue flight | Ashish Ajmera | 42.00 | 42.00 |
| | 6/8/2010 | AIRFARE | TRAVEL AGENCY SERVICENEW YORK Travel Service Fee | Ashish Ajmera | 42.00 | 42.00 |
| | 6/8/2010 | AIRFARE | AMERICAN AIRLINES   NEW YORK AA #21 JFK LAX Business Class | Ashish Ajmera | 2,257.70 | 600 |
| | | | | | **Total Requested** | **$1,326.00** |
| **LODGING** | | | | | | |
| | 6/7/2010 | LODGING -MISC | THE BENJAMIN 3009711 N.Y. Misc. Tax 1 | Ashish Ajmera | 37.19 | 37.19 |
| | 6/7/2010 | LODGING | THE BENJAMIN 3009711 N.Y. Room Tax | Ashish Ajmera | 24.62 | 24.62 |
| | 6/7/2010 | LODGING -MISC | THE BENJAMIN 3009711 N.Y. Misc. Tax 2 | Ashish Ajmera | 7.50 | 7.50 |
| | 6/7/2010 | LODGING | THE BENJAMIN 3009711 N.Y. Room Rate | Ashish Ajmera | 419.00 | 350.00 |
| | 6/7/2010 | LODGING -MISC | Benjamin hotel Hotel Tip 1 night | Ashish Ajmera | 5.00 | 5.00 |
| | | | | | **Total Requested** | **$424.31** |
| **TRAVEL / OT / WEEKEND MEALS** | | | | | | |
| | 6/8/2010 | MEALS TRAVEL | RUTHY'S BAKERY & CAF NEW YORK Traveilng meal | Ashish Ajmera | 11.00 | 11.00 |
| | 6/8/2010 | MEALS TRAVEL | SOHO BISTRO-TE438661 JAMAICA Traveling meal | Ashish Ajmera | 17.00 | 17.00 |
| | 6/8/2010 | MEALS TRAVEL | 600 LEX AUBONPAIN 70 NEW YORK Traveling meal | Ashish Ajmera | 9.11 | 9.11 |
| | | | | | **Total Requested** | **$37.11** |
| **TAXI / TRANSPORTATION/PARKING** | | | | | | |
| | 6/8/2010 | TAXI | CCRMT MANAGMENT INC  LONG ISLAND NY Taxi to JFK | Ashish Ajmera | 60.00 | 60.00 |
| | 6/7/2010 | TAXI | INDEPENDENT TAXI PC7 LOS ANGELES Taxi Office to LAX | Ashish Ajmera | 42.00 | 42.00 |
| | 6/8/2010 | TAXI | NYC TAXI 4C38 FAROOQ FLUSHING NY Taxi | Ashish Ajmera | 18.86 | 18.86 |
| | 6/8/2010 | TAXI | Yellow Cab Taxi LAX to home | Ashish Ajmera | 30.00 | 30.00 |
| | | | | | **Total Requested** | **$150.86** |
| **TELEPHONE** | | | | | | |
| | 6/7/2010 | PHONE- OTHER | Aircell Gogo Inflight | Ashish Ajmera | 7.95 | 7.95 |
| | 6/8/2010 | PHONE- OTHER | Aircell Gogo Inflight | Ashish Ajmera | 7.95 | 7.95 |
| | | | | | **Total Requested** | **$15.90** |
| | | | | | **Month Total** | **$ 1,954.18** |

Note:
1  Moelis has implemented the following adjustments to certain costs:
   - First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip.  We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New
     York City.
   - Hotel rooms in New York City subject to $350 per night cap
   - Travel breakfast, lunch and dinners subject to a $15, $25 and $50 cap, respectively
   - Large tax/cab charges adjusted to typical taxi cab charge based on estimated distance traveled and location