**From:** CN=Darryl M Jacobson/O=JPMCHASE
**Date:** 05/24/2007 11:47:00 AM
**To:** CN=Robert Anastasio/O=JPMCHASE@JPMCHASE
**Subject:** Re: Trib intercompany note

---

Isn't it the case that we would try to extract all the value out of the publishing operating subsidiaries directly, through our guarantees from those subs, before we there would be value rising up to Tribune Finance LLC that we relied on for recovery. To some extent wouldn't we reduce the value in the operating subs to zero (the operating subs liquidiate and satisfy obligation of the guarantee), if necessary to repay our debt in full, before anything remained in the operating subs to flow up to Tribune Finance LLC via the $3bn in subordinated notes the operating subs owe to Finance LLC. So whether its $3bn or $4bn it should not likely affect our recovery? Doesn't the size of the note support the pledge of stock of Finance LLC, as having some meaning to it, so that we have good claim as a secured creditor class - but the recovery hopefully is still all done via the guarantees, to avoid the existing notes equal and ratable claim on the stock. I would think then, that its not really that deterimental that the intercompany note is only $3bn.

Darryl M. Jacobson
Vice President
J.P. Morgan Securities Inc.
270 Park Avenue, 5th Floor
New York, NY 10017
Tel: (212) 270-0329
Cell: (917) 359-8511
Email: darryl.m.jacobson@jpmorgan.com
Inactive hide details for John Kowalczuk/JPMCHASEJohn Kowalczuk/JPMCHASE

| **John Kowalczuk/JPMCHASE** | [IMAGE] To | [IMAGE] Robert Anastasio/JPMCHASE@JPMCHASE |
|---|---|---|
| 05/24/2007 11:33 AM | [IMAGE] cc | [IMAGE] Darryl M Jacobson/JPMCHASE@JPMCHASE, Rajesh Kapadia/JPMCHASE@JPMCHASE |
| | [IMAGE] Subject | [IMAGE] Re: Trib intercompany note |
| | [IMAGE] | [IMAGE] |

That's unfortunate.
Thanks.
John Kowalczuk
JP Morgan Chase Bank
270 Park Avenue
4th Floor

New York, NY 10017
(p) (212) 270-6782
    Inactive hide details for Robert AnastasioRobert Anastasio

    **From:** Robert Anastasio
    **Sent:** 05/24/2007 11:19 AM EDT
    **To:** John Kowalczuk
    **Cc:** Darryl Jacobson; Rajesh Kapadia
    **Subject:** Re: Trib intercompany note

It is $3Bi.

---

Robert Anastasio
robert.anastasio@jpmorgan.com
212-270-5521
Inactive hide details for John Kowalczuk/JPMCHASEJohn Kowalczuk/JPMCHASE

| | | |
|---|---|---|
| **John Kowalczuk/JPMCHASE** | [IMAGE] **To** | [IMAGE] Robert Anastasio/JPMCHASE |
| 05/24/2007 10:57 AM | [IMAGE] **cc** | [IMAGE] Rajesh Kapadia/JPMCHASE, Darryl M Jacobson/JPMCHASE@JPMCHASE |
| | [IMAGE] **Subject** | [IMAGE] Trib intercompany note |
| | [IMAGE] | [IMAGE] |

When we were doing the term sheet, there was uncertainty as to the size of the intercompany note from fincance co to the publishing sub. The minimum was $3.0 but they were going to make as big as possible, up to $4.2 bn, as long as it didn't put the solvency opinion at risk. Do we know what / if the size was settled on. It's a significant element of our collateral package and the difference between $3 and $4.2 is important. Robert, if you don't know, could you reply all so Raj or Darryl can respond.
Thanks.