**Los Angeles Times International, Ltd.**
Schedule of Notes - 2007



| Legal Entity | Origination Date | Maturity Date | Balance at 5/31/2007 Note Payable | Accrued Interest 1/1/07 to 5/31/07 | Accrued interest to 6/4/07 | Total |
|---|---|---|---|---|---|---|
| Tribune Television Company | 03/24/1997 | 03/24/2007 | 74,960,000 | 1,448,884 | 38636.90667 | 76,447,521 |
| Tribune Television Company | 12/26/1997 | 12/26/2007 | 110,000,000 | 3,895,835 | 103888.9333 | 113,999,724 |
| The Daily Press, Inc. | 06/27/1997 | 06/30/2007 | 8,442,811 | 299,015 | 7973.733333 | 8,749,800 |
| Tribune Broadcasting Company | 05/01/1998 | 04/30/2008 | 117,200,000 | 4,150,835 | 110688.9333 | 121,461,524 |
| KHWB Inc. | 12/28/1998 | 12/31/2008 | 40,000,000 | 1,250,000 | 33333.33333 | 41,283,333 |
| Tribune Television Northwest, Inc. | 12/28/1998 | 12/31/2008 | 18,000,000 | 562,500 | 15000 | 18,577,500 |
| Tribune Television New Orleans, Inc. | 12/28/1998 | 12/31/2008 | 18,000,000 | 562,500 | 15000 | 18,577,500 |
| WBDC Broadcasting, Inc. | 12/20/1999 | 12/20/2009 | 60,000,000 | 1,875,000 | 50000 | 61,925,000 |
| Newsday, Inc. | 06/12/2000 | 06/12/2010 | 772,000,000 | 23,320,835 | 621888.9333 | 795,942,724 |
| The Baltimore Sun Company | 06/12/2000 | 06/12/2010 | 420,000,000 | 12,687,500 | 338333.3333 | 433,025,833 |
| The Hartford Courant Company | 06/12/2000 | 06/12/2010 | 284,000,000 | 8,579,165 | 228777.7333 | 292,807,943 |
| The Morning Call, Inc. | 06/12/2000 | 06/12/2010 | 164,000,000 | 4,954,165 | 132111.0667 | 169,086,276 |
| Southern Connecticut Newspaper, Inc. | 06/12/2000 | 06/12/2010 | 40,000,000 | 1,208,335 | 32222.26667 | 41,240,557 |
| Los Angeles Times Communication LLC | 06/12/2000 | 06/12/2010 | 1,000,000,000 | 30,208,335 | 805555.6 | 1,031,013,891 |
| Virginia Gazette Companies, LLC | 12/20/2001 | 12/20/2011 | 25,000,000 | 739,585 | 19722.26667 | 25,759,307 |
| WTXX, Inc. | 12/20/2001 | 12/20/2011 | 5,000,000 | 147,915 | 3944.4 | 5,151,859 |
| Tower Distribution Company | 12/20/2001 | 12/20/2011 | 84,000,000 | 2,485,000 | 66266.66667 | 86,551,267 |
| KPLR, Inc. | 03/21/2003 | 03/21/2013 | 100,000,000 | 2,016,665 | 53777.73333 | 102,070,443 |
| Tribune Broadcast Holdings, Inc. | 03/21/2003 | 03/21/2013 | 10,000,000 | 201,665 | 5377.733333 | 10,207,043 |
| Tribune Broadcast Holdings, Inc. | 01/01/2003 | 01/01/2013 | 80,000,000 | 1,663,335 | 44355.6 | 81,707,691 |
| Tribune National Marketing Company | 01/01/2003 | 01/01/2013 | 233,313,323 | 4,850,975 | 129359.3333 | 238,293,657 |
| Tribune Media Services, Inc. | 07/24/2003 | 07/24/2013 | 53,000,000 | 1,064,415 | 28384.4 | 54,092,799 |
| Tribune Media Net | 12/20/2006 | 12/20/2016 | 6,600,000 | 206,250 | 5500 | 6,811,750 |
| Tribune Media Net | 12/20/2006 | 12/20/2016 | 142,000,000 | 4,437,500 | 118333.3333 | 146,555,833 |
| Total | | | 3,865,516,134 | 112,816,209 | 3008432.24 | 3,981,340,775 |

s and Payments of Notes



