*Provided subject to confidentiality agreements*
*Tentative and preliminary*

# Tribune Company
# Intercompany Notes from Various Business Units to LA Times International, Ltd (LATI)
# 1997 – 2007 Summary
# January 26, 2009

# Issuing new note with Business Unit



**26 Notes totaling $6.2 billion issued between 1997 and 2006**

Tribune Company

Step 1: Tribune Company makes a capital contribution in LATI.

Step 3: Business Unit returns capital to Tribune Company.

Tribune:
DR: Investment in sub
CR: Cash

LATI:
DR: Cash
CR: Paid in Capital

Tribune:
DR: Cash
CR: Investment in sub

Business Unit:
DR: Paid in Capital
CR: Cash

Issuing new note with Business Unit

LATI

Business Unit

Step 2: LATI makes loan to Business Unit

LATI:
DR: I/C Note Receivable
CR: Cash

Business Unit:
DR: Cash
CR: I/C Note Payable

Note: All charts show the typical accounting flow. In some cases entries were booked in a different sequence to different intermediate accounts but netted to a similar transaction. LATI includes LA Times International Ltd. and its predecessors.

# Principal Payments

## Prior to 2006



Step 3: LATI returns capital to Tribune Company.

Tribune:
DR: Cash
CR: Investment in sub

LATI:
DR: Paid in Capital
CR: Cash

LATI:
DR: Cash
CR: I/C Note Receivable

Business Unit.:
DR: I/C Note Payable
CR: Cash

Tribune Company

Step 1: Tribune Company makes a capital contribution in Business Unit.

Tribune:
DR: Investment in sub
CR: Cash

Business Unit:
DR: Cash
CR: Paid in Capital

Principal Payment (Prior to 2006)

LATI

Step 2: Business Unit pays down its note with LATI

Business Unit

- **From 1997 through 2005 principal payments occurred through movement of capital**

- **In 2006 & 2007 principal payments occurred through intercompany accounts**

## 2006 & 2007

LATI
LATI:
DR: I/C AR
CR: I/C Note Receivable

Principal Payments (Post 2005)

Business Unit
Business Unit:
DR: I/C Note Payable
CR: I/C A/P

# Interest Payments



# Retiring Notes – (2007)



# Retiring Notes – (2007)

**Current State:**
- Tribune Company has an intercompany payable to LATI of $3.5B due mostly to the retirement of approx $3.9B of notes in June 2007. (See slide 5, Step 3).
- Tribune Company has an investment in sub of approximately $4.7B due mostly to the $6.2B of investments in LATI to fund the issuance of notes less approximately $1.5B in dividends made over time.
- LATI has an intercompany receivable of $4.9B:
    - $3.5B is from Tribune Company (See slide 5)
    - $1.4B is principally from principal & interest payments on the notes in 2006 that were made by reclass from I/C Note to I/C Account (see slides 3 and 4)

# Schedule of Intercompany Notes with LATI

$'s in 000's

| | Origination Date | Interest Rate | Initial Issuance Amount |
|---|---|---|---|
| Tribune Television Company | 03/24/1997 | 8.50% | 400,000 |
| Tribune Television Company | 12/26/1997 | 8.50% | 550,000 |
| The Daily Press, Inc. | 06/27/1997 | 8.50% | 42,214 |
| Tribune Broadcasting Company | 05/01/1998 | 8.50% | 725,000 |
| KHWB Inc. | 12/28/1998 | 7.50% | 100,000 |
| WLVI Inc. | 12/28/1998 | 7.50% | 33,000 |
| Tribune Television Northwest, Inc. | 12/28/1998 | 7.50% | 70,000 |
| Tribune Television New Orleans, Inc. | 12/28/1998 | 7.50% | 45,000 |
| WLVI Inc. (for WEWB LLC) | 05/04/1999 | 7.50% | 18,499 |
| WBDC Broadcasting, Inc. | 12/20/1999 | 7.50% | 100,000 |
| Newsday, Inc. | 06/12/2000 | 10.00% | 965,000 |
| The Baltimore Sun Company | 06/12/2000 | 10.00% | 525,000 |
| The Hartford Courant Company | 06/12/2000 | 10.00% | 355,000 |
| The Morning Call, Inc. | 06/12/2000 | 10.00% | 205,000 |
| Southern Connecticut Newspaper, Inc. | 06/12/2000 | 10.00% | 50,000 |
| Los Angeles Times Communication LLC | 06/12/2000 | 10.00% | 1,250,000 |
| Virginia Gazette Companies, LLC | 12/20/2001 | 7.10% | 25,000 |
| WTXX, Inc. | 12/20/2001 | 7.10% | 5,000 |
| Tower Distribution Company | 12/20/2001 | 7.10% | 84,000 |
| KPLR, Inc. | 03/21/2003 | 4.84% | 100,000 |
| Tribune Broadcast Holdings, Inc. | 03/21/2003 | 4.84% | 10,000 |
| Tribune Broadcast Holdings, Inc. | 01/01/2003 | 4.99% | 80,000 |
| Tribune National Marketing Company | 01/01/2003 | 4.99% | 233,313 |
| Tribune Media Services, Inc. | 07/24/2003 | 4.82% | 53,000 |
| Tribune Media Net | 12/20/2006 | 7.50% | 6,600 |
| Tribune Media Net | 12/20/2006 | 7.50% | 142,000 |
| **Total** | | | **6,172,626** |

# Intercompany balances between LATI and affiliate legal entities as of 12/07/08

$'s in 000's

| Legal Entity | 12/7/08 Balance |
|---|---:|
| KIAH, Inc. | 24,500 |
| KPLR, Inc. | 4,840 |
| LA Times Communications LLC (Tribune Los Angeles, Inc.) | 339,876 |
| Southern Connecticut Newspapers, Inc. | 13,625 |
| Star Community Publishing, LLC (50% Tribune NM, Inc. / 50% DSA, Inc.) | 13,993 |
| The Baltimore Sun Company | 143,063 |
| The Daily Press, Inc. | 9,878 |
| The Hartford Courant Company | 96,738 |
| The Morning Call, Inc. | 55,863 |
| Tower Distribution Company | 5,964 |
| Tribune Broadcast Holdings, Inc. | 484 |
| Tribune Broadcasting Company | 73,543 |
| Tribune Company | 3,543,103 |
| Tribune Media Services, Inc. | 7,739 |
| Tribune National Marketing Company | 11,642 |
| Tribune ND, Inc. | 248,970 |
| Tribune Television Company | 220,750 |
| Tribune Television New Orleans, Inc. | 11,025 |
| Tribune Television Northwest, Inc. | 11,025 |
| Virginia Gazette Companies, LLC (The Daily Press, Inc.) | 1,775 |
| WDCW Broadcasting, Inc. | 26,000 |
| WLVI Inc. | 37,157 |
| Other Balances (Not related to Notes) | (69) |
| Grand Total | 4,901,482 |