**Tribune Company**

**Flow of Funds Memorandum**

**First Step Credit Facilities**

**June 4, 2007**

Capitalized terms used herein without definition shall have the same meanings as set forth in that certain Credit Agreement, dated as of May 17, 2007 (the "Agreement"), by and among Tribune Company (the "Borrower"), certain subsidiary guarantors party thereto, each of the lenders from time to time parties thereto (the "Lenders"), JPMorgan Chase Bank, N.A., as administrative agent (the "Agent"), Merrill Lynch Capital Corporation, as syndication agent (the "Syndication Agent"), Citicorp North America, Inc., Bank of America, N.A. and Barclays Bank plc, as co-documentation agents, J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc. and Banc of America Securities LLC, as joint lead arrangers and joint bookrunners (collectively, the "Lead Arrangers").

**Disbursements to the Borrower:**

1.      $2,757,500,000.00 from the Agent in respect of one-half of the Initial Tranche B Commitment:

Wire Transfer Instructions:

> $2,757,500,000.00 – Tribune Company
> JP Morgan Chase Bank
> 300 S. Riverside Plaza, Floor 17
> Attn: Pam Winchester
> Mail Code: IL1-0239
> ABA No.: 021-000-021
> Account No.: Redacted
> Account Name: Redacted

2.      $2,757,500,000.00 from the Syndication Agent in respect of one-half of the Initial Tranche B Commitment:

Wire Transfer Instructions:

> $2,757,500,000.00 – Tribune Company
> JP Morgan Chase Bank
> 300 S. Riverside Plaza, Floor 17
> Attn: Pam Winchester
> Mail Code: IL1-0239
> ABA No.: 021-000-021
> Account No.: Redacted
> Account Name: Redacted

FLOW OF FUNDS MEMO – FIRST STEP CREDIT FACILITIES
CH1 3874731v.5

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

3.    $750,000,000.00 from the Agent in respect of the Tranche X Commitment:

<u>Wire Transfer Instructions</u>:

> $750,000,000.00 – Tribune Company
> JP Morgan Chase Bank
> 300 S. Riverside Plaza, Floor 17
> Attn: Pam Winchester
> Mail Code: IL1-0239
> ABA No.: 021-000-021
> Account No.: ▮Redacted▮
> Account Name: ▮Redacted▮

4.    $750,000,000.00 from the Syndication Agent in respect of the Tranche X Commitment:

<u>Wire Transfer Instructions</u>:

> $750,000,000.00 – Tribune Company
> JP Morgan Chase Bank
> 300 S. Riverside Plaza, Floor 17
> Attn: Pam Winchester
> Mail Code: IL1-0239
> ABA No.: 021-000-021
> Account No.: ▮Redacted▮
> Account Name: ▮Redacted▮

**<u>Disbursements from the Borrower</u>:**

1.    $4,284,000,000.00 disbursement from the Borrower to Computershare Trust Company, N.A. to consummate the Stock Repurchase:

<u>Wire Transfer Instructions</u>:

> $4,284,000,000.00 – Computershare Trust Company, N.A.
> Bank of America
> ABA No.: 026009593
> DDA No.: ▮Redacted▮
> Account Name: ▮Redacted▮
> Reference: ▮Redacted▮

2.    $1,506,296,104.17 disbursement from the Borrower to Citicorp North America, Inc. in connection with the Refinancing to satisfy amounts payable by Borrower under that certain Amended and Restated Credit Agreement, dated as of June 27, 2006 (amending and restating the Credit Agreement dated as of June 19, 2006), among Tribune Company, as borrower, the initial lenders named therein, Citicorp North America, Inc., as administrative agent, Merrill Lynch, Pierce, Fenner & Smith Incorporated, as syndication agent, JPMorgan Chase Bank, N.A., Bank of America, N.A., Morgan Stanley Bank and the Bank of Tokyo-Mitsubishi UFJ, Ltd., Chicago Branch, as co-documentation agents, and Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated and J.P. Morgan Securities Inc., as joint lead arrangers and joint bookrunners, as the same has been amended from time to time:

Flow of Funds Memo – First Step Credit Facilities

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

<u>Wire Transfer Instructions</u>:

> $1,506,296,104.17 – Citicorp North America, Inc.
> Citibank N.A.
> Attn: Global Loans/Agency
>     Suzy Veid
> ABA No.: 021-000-089
> Account No.: ▮Redacted▮
> Account Name: ▮Redacted▮
> Reference: ▮Redacted▮

3.      $1,028,141,311.39 disbursement from the Borrower to Citicorp North America, Inc. in connection with the Refinancing to satisfy amounts payable by Borrower under that certain Amended and Restated Bridge Credit Agreement, dated as of June 27, 2006 (amending and restating the Bridge Credit Agreement dated as of June 19, 2006), among Tribune Company, as borrower, the initial lenders named therein, Citicorp North America, Inc., as administrative agent, Merrill Lynch, Pierce, Fenner & Smith Incorporated, as syndication agent, JPMorgan Chase Bank, N.A., as documentation agent, and Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated and J.P. Morgan Securities Inc., as joint lead arrangers and joint bookrunners, as the same has been amended from time to time:

<u>Wire Transfer Instructions</u>:

> $1,028,141,311.39 – Citicorp North America, Inc.
> Citibank N.A.
> Attn: Global Loans/Agency
>     Suzy Veid
> ABA No.: 021-000-089
> Account No.: ▮Redacted▮
> Account Name: ▮Redacted▮
> Reference: ▮Redacted▮

4.      $117,267,500.00 disbursement from the Borrower to the Lead Arrangers pursuant to Section 2.04(c)(ii) of the Agreement for their respective accounts in respect of the Lead Arrangers' fees separately agreed upon between the Borrower and each Lead Arranger:

<u>Wire Transfer Instructions</u>:

> a)    $34,992,750.00 – J.P. Morgan Securities Inc.
>       JP Morgan Chase Bank NA
>       ABA No.: 021-000-021
>       Account No.: ▮Redacted▮
>       Account Name: ▮Redacted▮

> b)    $34,992,750.00 – Merrill Lynch Capital Corporation
>       Deutsche Bank AG, New York Branch
>       Attention: Gillian Prince
>       ABA No.: 021-001-033
>       Account No.: ▮Redacted▮
>       Account Name: ▮Redacted▮
>       Reference: ▮Redacted▮

F<small>LOW OF</small> F<small>UNDS</small> M<small>EMO</small> –F<small>IRST</small> S<small>TEP</small> C<small>REDIT</small> F<small>ACILITIES</small>

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

     c)    $29,279,375.00 – Citigroup Global Markets Inc.
Citibank N.A.
Attn: Global Loans/Agency
     Suzy Veid
ABA No.: 021-000-089
Account No.:
Account Name:    Redacted
Reference:

     d)    $18,002,625.00 – Banc of America Securities LLC
Bank of America/New York, New York
Attention: Elaine Davis
ABA No.: 026-009-593
Account No.:
Account Name:    Redacted
Reference:

5.    $13,187,500.00 disbursement from the Borrower to the Agent in respect of the fees of the Senior Managing Agents:

<u>Wire Transfer Instructions</u>:

     $13,187,500.00 – JPMorgan Chase Bank, N.A.
JP Morgan Chase Bank NA
ABA No.: 021-000-021
Account No.:    Redacted
Account Name:    Redacted

6.    $1,746,500.10 disbursement from the Borrower to the Lead Arrangers pursuant to Section 3.01(f) of the Agreement for their respective accounts in respect of the Lead Arrangers' accrued fees and expenses not otherwise covered in this Flow of Funds Memorandum (including the reasonable fees and expenses of Cahill Gordon & Reindel LLP):

<u>Wire Transfer Instructions</u>:

     a)    $224,826.68 – J.P. Morgan Securities Inc.
JP Morgan Chase Bank NA
ABA No.: 021-000-021
Account No.:    Redacted
Account Name:    Redacted

     b)    $40,834.23 – Merrill Lynch Capital Corporation
Deutsche Bank AG, New York Branch
Attention: Gillian Prince
ABA No.: 021-001-033
Account No.:
Account Name:    Redacted
Reference:

     c)    $15,662.26 – Citigroup Global Markets Inc.
Citibank N.A.

FLOW OF FUNDS MEMO – FIRST STEP CREDIT FACILITIES

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

**TRB0237178**

           Attn: Global Loans/Agency
                Suzy Veid
           ABA No.:  021-000-089
           Account No.:   Redacted
           Account Name:   Redacted
           Reference:   Redacted

d)    $5,785.93 – Banc of America Securities LLC
       Bank of America/New York, New York
       Attention:  Elaine Davis
       ABA No.:  026-009-593
       Account No.:   Redacted
       Account Name:   Redacted
       Reference:   Redacted

e)    $1,459,391.00 – Cahill Gordon & Reindel LLP
       HSBC Bank USA
       100 Maiden Lane
       New York, NY  10038
       ABA No.:  021-001-088
       Account No.:   Redacted
       Account Name:   Redacted

**Disbursements to the Agent In Respect of Certain Discounts:**

1.    $12,408,750.00 disbursement from the Syndication Agent to the Agent in respect of certain agreed upon discounts related to the Tranche B Commitment:

Wire Transfer Instructions:

       $12,408,750.00  – JPMorgan Chase Bank, N.A.
       JP Morgan Chase Bank NA
       ABA No.:  021-000-021
       Account No.:   Redacted
       Account Name:   Redacted

2.    $10,340,625.00 disbursement from Citigroup Global Markets Inc. to the Agent in respect of certain agreed upon discounts related to the Tranche B Commitment:

Wire Transfer Instructions:

       $10,340,625.00  – JPMorgan Chase Bank, N.A.
       JP Morgan Chase Bank NA
       ABA No.:  021-000-021
       Account No.:   Redacted
       Account Name:   Redacted

FLOW OF FUNDS MEMO – FIRST STEP CREDIT FACILITIES

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

3.    $6,204,375.00 disbursement from Banc of America Securities LLC to the Agent in respect of certain agreed upon discounts related to the Tranche B Commitment:

Wire Transfer Instructions:

> $6,204,375.00 – JPMorgan Chase Bank, N.A.
> JP Morgan Chase Bank NA
> ABA No.:  021-000-021
> Account No.: ███Redacted███
> Account Name: ███Redacted███

FLOW OF FUNDS MEMO – FIRST STEP CREDIT FACILITIES

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**