## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| DATE: 05/22/07 | | | DEPT. 324 | |
|---|---|---|---|---|
| HONORABLE VICTORIA CHANEY | JUDGE | E. SABALBURO | DEPUTY CLERK | √ |
| HONORABLE #2 | JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR | |
| F. ROJAS, C.A. | Deputy Sheriff | L. BICHE, CSR | Reporter | |

| 9:00 am | BC362110 | Plaintiff Counsel | STEPHEN ODDO RANDALL BARON |
|---|---|---|---|
| | FRANK GARAMELLA VS DENNIS J FITZSIMONS ET AL | Defendant Counsel | (see below) |
| | **DESIGNATED COMPLEX 12/14/06** | | |

NATURE OF PROCEEDINGS:

MOTION FOR PRELIMINARY INJUNCTION;

APPLICATION FOR PRO HAC VICE ADMISSION OF BRIAN S. WEINSTEIN, ESQ.

The application for pro hac vice admission is placed off calendar. No appearance by moving party.

The motion for preliminary injunction is heard and argued.

Court's exhibit nos. 1(Deposition transcript of Bernard Black), 2(Glossary), 3(Letter from Ms. Landau dated 5-18-2007), and 4(Fax pages pursuant to Code of Civil Procedure section 2015.5) are marked for identification only and placed in the court file.

The motion for preliminary injunction is DENIED.

This Court has determined that this matter has lasted more than one hour. Pursuant to Rule 892(e) California Rules of Court, each side is ordered to pay $301 each for court reporter fees, payable to Los Angeles Superior Court, within 10 days from today.

Further status conference is set for 7-9-2007 at 3:00 p.m. in Department 324.

Defendant is to give notice.

Page   1 of   2    DEPT. 324

MINUTES ENTERED
05/22/07
COUNTY CLERK

Professionals' Eyes Only                                                    TRB0603874

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| DATE: 05/22/07 | | DEPT. 324 |
| HONORABLE VICTORIA CHANEY           JUDGE | E. SABALBURO | DEPUTY CLERK ✓ |
| HONORABLE #2                         JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| F. ROJAS, C.A.   Deputy Sheriff | L. BICHE, CSR | Reporter |

| 9:00 am | BC362110 | Plaintiff Counsel | STEPHEN ODDO RANDALL BARON |
|---|---|---|---|
| | FRANK GARAMELLA VS DENNIS J FITZSIMONS ET AL | Defendant Counsel | (see below) |
| | **DESIGNATED COMPLEX 12/14/06** | | |

NATURE OF PROCEEDINGS:

Counsel for defendants present:
David Graham
James Ducayet
Jennifer Landau
Dean Kitchens
Marjorie Lewis
Melissa Epstein

Representative of defendant Tribune present:
Crane Kenney

Page   2 of   2   DEPT. 324

MINUTES ENTERED
05/22/07
COUNTY CLERK

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0603875