## K-2

High creditworthiness. An issuer of commercial paper assigned to this category is regarded as having a good capacity for timely repayment of rated debt. Cash flow and liquidity are satisfactory to meet predictable financial demands in the foreseeable future.

## K-3

Adequate creditworthiness. An issuer of commercial paper assigned to this category is regarded as having an adequate capacity for timely repayment of rated debt. Cash flow and access to liquidity are sufficient to meet predictable financial demands in the future.

## K-4

Speculative capacity. An issuer of commercial paper assigned to this category is regarded as having doubtful capacity for timely repayment of rated debt. It is doubtful that cash flow and access to liquidity are sufficient to meet predictable financial demands within the near future.

## K-5

Deficient capacity. An issuer of commercial paper assigned to this category is, or is expected to become, unable to meet predictable financial demands.

## BK

Default. An issuer of commercial paper assigned to this category is in default.

## CreditWatch

CreditWatch highlights the potential direction of a rating. It focuses on identifiable events and short-term trends that cause ratings to be placed under special surveillance by Standard & Poor's analytical staff. These may include mergers, recapitalizations, voter referendums, regulatory action, or anticipated operating developments. Ratings appear on CreditWatch when such an event or a deviation from an expected trend occurs and additional information is necessary to evaluate the current rating. A listing, however, does not mean a rating change is inevitable. CreditWatch is not intended to include all ratings under review, and rating changes may occur without the ratings having first appeared on CreditWatch.

The "positive" designation means that a rating may be raised; "negative" means a rating may be lowered; and "developing" means that a rating may be raised, lowered, or affirmed.

The ratings and other credit related opinions of Standard & Poor's and its affiliates are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or make any investment decisions. Standard & Poor's assumes no obligation to update any information following publication. Users of ratings and credit related opinions should not rely on them in making any investment decision. Standard &Poor's opinions and analyses do not address the suitability of any security. Standard & Poor's Financial Services LLC does not act as a fiduciary or an investment advisor. While Standard & Poor's has obtained information from sources it believes to be reliable, Standard & Poor's does not perform an audit and undertakes no duty of due diligence or independent verification of any information it receives. Ratings and credit related opinions may be changed, suspended, or withdrawn at any time.

Direct questions about Nordic scale ratings to Michaela Höglund in Stockholm at (46) 8-440-5916.

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.                    796424 | 300000294

# Russia National Scale Ratings Definitions

The Standard & Poor's Russia national scale serves issuers, insurers, counterparties, intermediaries, and investors in the financial markets of Russia by providing both debt credit ratings, which apply to a specific debt instrument, and issuer credit ratings, which apply to an obligor (i.e., borrower, guarantor, insurer, or other provider of credit enhancement). The Standard & Poor's Russia national scale uses Standard & Poor's global rating symbols with the addition of an "ru" prefix to denote "Russia" and the scale's focus on Russian financial markets. For the most part, the criteria employed for determining ratings on the Standard & Poor's Russia national scale are similar to those employed on the Standard & Poor's global scale. However, certain direct sovereign risk considerations weigh less heavily on the Standard & Poor's Russia national scale than on the global scale. For example, some types of sovereign risk considerations that could adversely affect all issuers equally would have a more muted effect on Standard & Poor's Russia national scale than on the global scale. Indeed, sovereign risk is examined only in a local context relative to the credit risk of other Russian obligors. As a result, the Standard & Poor's Russia national scale is not directly comparable to Standard & Poor's global scale or to any other national rating scale.

## Debt Credit Ratings

A Standard & Poor's Russia national scale debt credit rating is a forward-looking opinion about the creditworthiness of an obligor with respect to a specific debt, bond, lease, commercial paper program, certificate of deposit, or other financial instrument ("obligation") relative to the creditworthiness of other Russian obligors with respect to their own financial obligations. Russian obligors include all active borrowers, guarantors, insurers, and other providers of credit enhancement residing in Russia, as well as any foreign obligor active on Russian financial markets.

Standard & Poor's Russia national scale debt credit ratings are based, in varying degrees, on the analysis of the following considerations:

The relative likelihood of payment--the rating assesses the obligor's capacity and willingness to meet its financial commitments in accordance with the terms of the obligation, compared with other Russian obligors;

The obligation's nature and provisions; and

Protection afforded to, and the relative position of, the obligation in the event of bankruptcy, reorganization, or other arrangement under bankruptcy laws and other laws affecting creditors' rights.

## ruAAA

An obligation rated 'ruAAA' has the highest rating assigned on Standard & Poor's Russia national scale. The obligor's capacity to meet its financial commitments on the obligation, relative to other Russian obligors, is very strong.

## ruAA

An obligation rated 'ruAA' differs from the highest-rated debt only to a small degree. The obligor's capacity to meet its financial commitments on the obligation, relative to other Russian obligors, is strong.

## ruA

An obligation rated 'ruA' is somewhat more susceptible to adverse effects of changes in circumstances and economic conditions than higher-rated debt. Still, the obligor's capacity to meet its financial commitments on the obligation,

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.

relative to other Russian obligors, is moderately strong.

## ruBBB
An obligation rated 'ruBBB' exhibits adequate protection parameters relative to other Russian obligations. However, adverse economic conditions or changing circumstances are more likely to lead to a weakened capacity on the part of the obligor to meet its financial commitments on the obligation.

## ruBB, ruB, ruCCC, ruCC, and ruC
Obligations rated 'ruBB', 'ruB', 'ruCCC', 'ruCC', or 'ruC' on the Standard & Poor's Russia national rating scale are regarded as having high risk relative to other Russian obligations. While such obligations will likely have some quality and protective characteristics, these may be outweighed by large uncertainties or major exposure to adverse conditions relative to other Russian obligations.

## ruBB
An obligation rated 'ruBB' is less vulnerable to nonpayment than other lower-rated Russian obligations. However, it faces major ongoing uncertainties or exposure to adverse business, financial, or economic conditions, which could lead to the obligor's inadequate capacity to meet its financial commitment on the obligation.

## ruB
An obligation rated 'ruB' is more vulnerable to nonpayment than Russian obligations rated 'ruBB'. The obligor currently has the capacity to meet its financial commitments on the obligation, but adverse business, financial, or economic conditions would likely impair capacity or willingness of the obligor to meet its financial commitments on the obligation.

## ruCCC
An obligation rated 'ruCCC' is currently vulnerable to nonpayment, relative to other Russian obligations, and is dependent upon favorable business and financial conditions for the obligor to meet its financial commitments on the obligation. In the event of adverse business, financial, or economic conditions, the obligor is not likely to have the capacity to meet its financial commitment on the obligation.

## Plus (+) or minus (-)
The ratings from 'ruAA' to 'ruCCC' may be modified by the addition of a plus (+) or minus (-) sign to show relative strength within the rating category.

## ruCC
An obligation rated 'ruCC' is currently highly vulnerable to nonpayment relative to other Russian obligations.

## ruC
The 'ruC' rating may be used to cover a situation where a bankruptcy procedure has been started or similar action has been taken, but payments on the obligation are being continued.

## D
An obligation rated 'D' is in payment default. The 'D' rating is used when interest or principal payments are not made on the date due, even if the applicable grace period has not expired, unless Standard & Poor's believes that such payments will be made during such grace period. The 'D' rating category also will be used upon the filing of a bankruptcy petition or the taking of a similar action if payments on an obligation are jeopardized.

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.

799424 | 300000294

## CreditWatch

CreditWatch highlights the potential direction of a short- or long-term rating. It focuses on identifiable events and short-term trends that cause ratings to be placed under special surveillance by Standard & Poor's analytical staff. These may include mergers, recapitalizations, voter referendums, regulatory action, or anticipated operating developments. Ratings appear on CreditWatch when such an event or a deviation from an expected trend occurs and additional information is necessary to evaluate the current rating. A listing, however, does not mean a rating change is inevitable. CreditWatch is not intended to include all ratings under review, and rating changes may occur without the ratings having first appeared on CreditWatch. The "positive" designation means that a rating may be raised; "negative" means a rating may be lowered; and "developing" means that a rating may be raised, lowered, or affirmed.

## Issuer Credit Ratings

A Standard & Poor's Russia national scale issuer credit rating is a forward-looking opinion about the overall creditworthiness of a debt issuer, guarantor, insurer, or other provider of credit enhancement ("obligor") to meet its financial obligations as they come due, relative to other Russian obligors. Such Russian obligors include all active borrowers, guarantors, insurers, and other providers of credit enhancement residing in Russia, as well as foreign obligors active on Russian financial markets. A counterparty credit rating is a form of issuer credit rating.

Issuer credit ratings do not apply to specific obligations, as they do not take into account the nature and provisions of the obligation, its standing in bankruptcy or liquidation, statutory preferences, or the legality and enforceability of the obligation. In addition, they do not take into account the creditworthiness of the guarantors, insurers, or other forms of credit enhancement on the obligation.

## ruAAA

An obligor rated 'ruAAA' has a very strong capacity to meet its financial commitments relative to that of other Russian obligors. 'ruAAA' is the highest issuer credit rating assigned according to the Standard & Poor's Russia National Scale.

## ruAA

An obligor rated 'ruAA' differs from the highest-rated obligors only to a small degree, and has a strong capacity to meet its financial commitments relative to that of other Russian obligors.

## ruA

An obligor rated 'ruA' is somewhat more susceptible to the adverse effects of changes in circumstances and economic conditions than higher-rated obligors. Still, the obligor has a moderately strong capacity to meet its financial commitments relative to that of other Russian obligors.

## ruBBB

An obligor rated 'ruBBB' has an adequate capacity to meet its financial commitments relative to that of other Russian obligors. However, adverse economic conditions or changing circumstances are more likely to lead to a weakened capacity of the obligor to meet its financial commitments.

## ruBB, ruB, ruCCC, ruCC, and ruC

Obligors rated 'ruBB', 'ruB', 'ruCCC', 'ruCC', or 'ruC' on the Standard & Poor's Russia national rating scale are regarded as having high risk relative to other Russian obligors. While such obligors will likely have some quality and protective characteristics, these may be outweighed by large uncertainties or major exposure to adverse conditions

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.

796424 | 300000294

relative to other Russian obligors.

## ruBB

An obligor rated 'ruBB' is less vulnerable than other lower-rated Russian obligors. However, it faces ongoing uncertainties or exposure to adverse business, financial, or economic conditions, which could result in an inadequate capacity on the part of the obligor to meet its financial commitments.

## ruB

An obligor rated 'ruB' is more vulnerable than obligors rated 'ruBB'. The obligor currently has the capacity to meet its financial commitments relative to other Russian obligors. Adverse business, financial, or economic conditions would likely impair the obligor's capacity or willingness to meet its financial commitments.

## ruCCC

An obligor rated 'ruCCC' is currently vulnerable relative to other Russian obligors and is dependent upon favorable business and financial conditions to meet its financial commitments.

## Plus (+) or minus (-)

The ratings from 'ruAA' to 'ruCCC' may be modified by the addition of a plus (+) or minus (-) sign to show relative strength within the rating category.

## ruCC

An obligor rated 'ruCC' is currently highly vulnerable to defaulting on its financial commitments relative to other Russian obligors.

## ruC

An obligor rated 'ruC' is under regulatory supervision owing to its financial condition. During the pendency of the regulatory supervision, the regulators may have the power to favor one class of obligations over others or pay some obligations and not others. Please see Standard & Poor's debt credit ratings for a more detailed description of the effects of regulatory supervision on specific issues or classes of obligations.

## SD and D

An obligor rated 'SD' (selective default) or 'D' has failed to pay one or more of its financial obligations (rated or unrated) when it came due. A 'D' rating is assigned when Standard & Poor's believes that the default will be a general default and that the obligor will fail to pay all or nearly all of its obligations as they come due. An 'SD' rating is assigned when Standard & Poor's believes that the obligor has selectively defaulted on a specific obligation or class of obligations, but will continue to meet its payment obligations on other issues or classes of obligations in a timely manner. Please see Standard & Poor's debt credit ratings for a more detailed description of the effects of a default on specific issues or classes of obligations.

## CreditWatch

CreditWatch highlights the potential direction of a short- or long-term rating. It focuses on identifiable events and short-term trends that cause ratings to be placed under special surveillance by Standard & Poor's analytical staff. These may include mergers, recapitalizations, voter referendums, regulatory action, or anticipated operating developments. Ratings appear on CreditWatch when such an event or a deviation from an expected trend occurs and additional information is necessary to evaluate the current rating. A listing, however, does not mean a rating change is inevitable. CreditWatch is not intended to include all ratings under review, and rating changes may occur without the ratings having first appeared on CreditWatch. The "positive" designation means that a rating may be

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.

raised; "negative" means a rating may be lowered; and "developing" means that a rating may be raised, lowered, or affirmed.

The ratings and other credit related opinions of Standard & Poor's and its affiliates are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or make any investment decisions. Standard & Poor's assumes no obligation to update any information following publication. Users of ratings and credit related opinions should not rely on them in making any investment decision. Standard &Poor's opinions and analyses do not address the suitability of any security. Standard & Poor's Financial Services LLC does not act as a fiduciary or an investment advisor. While Standard & Poor's has obtained information from sources it believes to be reliable, Standard & Poor's does not perform an audit and undertakes no duty of due diligence or independent verification of any information it receives. Ratings and credit related opinions may be changed, suspended, or withdrawn at any time.

Direct questions about Russia national scale ratings to Alexei Novikov in Moscow (7) 095-783-4012.

# South Africa National Scale Ratings Definitions

The Standard & Poor's South Africa national scale serves issuers, insurers, counterparties, intermediaries, and investors in the financial markets of South Africa by providing both debt credit ratings, which apply to a specific debt instrument, and issuer credit ratings, which apply to an obligor (i.e., borrower, guarantor, insurer, or other provider of credit enhancement). The Standard & Poor's South Africa national scale uses Standard & Poor's global rating symbols with the addition of a "za" prefix to denote "South Africa" and the scale's focus on South African financial markets. For the most part, the criteria employed for determining ratings on the Standard & Poor's South Africa national scale are similar to those employed on the Standard & Poor's global scale. However, certain direct sovereign risk considerations weigh less heavily on the Standard & Poor's South Africa national scale than on the global scale. For example, some types of sovereign risk considerations that could adversely affect all issuers equally would have a more muted effect on Standard & Poor's South Africa national scale than on the global scale. Indeed, sovereign risk is examined only in a local context relative to the credit risk of other South African obligors. As a result, the Standard & Poor's South Africa national scale is not directly comparable to Standard & Poor's global scale or to any other national rating scale.

## Debt Credit Ratings

A Standard & Poor's South Africa national scale debt credit rating is a forward-looking opinion about the creditworthiness of an obligor with respect to a specific debt, bond, lease, commercial paper program, certificate of deposit, or other financial instrument ("obligation") relative to the creditworthiness of other South African obligors with respect to their own financial obligations. South African obligors include all active borrowers, guarantors, insurers, and other providers of credit enhancement residing in South Africa, as well as any foreign obligor active on South African financial markets.

Standard & Poor's South Africa national scale debt credit ratings are based, in varying degrees, on the analysis of the following considerations:

- The relative likelihood of payment--the rating assesses the obligor's capacity and willingness to meet its financial commitments in accordance with the terms of the obligation, compared with other South African obligors;
- The obligation's nature and provisions; and

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.                    786424 | 300000294

- Protection afforded to, and the relative position of, the obligation in the event of bankruptcy, reorganization, or other arrangement under bankruptcy laws and other laws affecting creditors' rights.

## zaAAA

An obligation rated 'zaAAA' has the highest rating assigned on Standard & Poor's South Africa national scale. The obligor's capacity to meet its financial commitments on the obligation, relative to other South African obligors, is very strong.

## zaAA

An obligation rated 'zaAA' differs from the highest-rated debt only to a small degree. The obligor's capacity to meet its financial commitments on the obligation, relative to other South African obligors, is strong.

## zaA

An obligation rated 'zaA' is somewhat more susceptible to adverse effects of changes in circumstances and economic conditions than higher-rated debt. Still, the obligor's capacity to meet its financial commitments on the obligation, relative to other South African obligors, is moderately strong.

## zaBBB

An obligation rated 'zaBBB' exhibits reasonably adequate protection parameters relative to other South African obligations. However, adverse economic conditions or changing circumstances are more likely to lead to a weakened capacity on the part of the obligor to meet its financial commitments on the obligation.

## zaBB, zaB, zaCCC, zaCC, and zaC

Obligations rated 'zaBB', 'zaB', 'zaCCC', 'zaCC', or 'zaC' on the Standard & Poor's South Africa national rating scale are regarded as having high risk relative to other South African obligations. While such obligations will likely have some quality and protective characteristics, these may be outweighed by large uncertainties or major exposure to adverse conditions relative to other South African obligations.

## zaBB

An obligation rated 'zaBB' denotes somewhat weak protection parameters relative to other South African obligations. The obligor's capacity to meet its financial commitments on the obligation is somewhat weak because of major ongoing uncertainties or exposure to adverse business, financial, or economic conditions.

## zaB

An obligation rated 'zaB' is more vulnerable than obligations rated 'zaBB' relative to other South African obligations. The obligor currently has a weak capacity to meet its financial obligations. Adverse business, financial, or economic conditions, however, would likely impair capacity or willingness of the obligor to meet its financial commitments on the obligation.

## zaCCC

An obligation rated 'zaCCC' is currently vulnerable to nonpayment, relative to other South African obligations, and is dependent upon favorable business and financial conditions for the obligor to meet its financial commitments on the obligation. In the event of adverse business, financial, or economic conditions, the obligor is not likely to have the capacity to meet its financial commitment on the obligation.

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.

796424 | 300000284

## Plus (+) or minus (-)

The ratings from 'zaAA' to 'zaCCC' may be modified by the addition of a plus (+) or minus (-) sign to show relative strength within the rating category.

## zaCC

An obligation rated 'zaCC' is currently highly vulnerable to nonpayment relative to other South African obligations.

## zaC

The 'zaC' rating may be used to cover a situation where a bankruptcy procedure has been started or similar action has been taken, but payments on the obligation are being continued.

## D

An obligation rated 'D' is in payment default. The 'D' rating is used when interest or principal payments are not made on the date due, even if the applicable grace period has not expired, unless Standard & Poor's believes that such payments will be made during such grace period. The 'D' rating category also will be used upon the filing of a bankruptcy petition or the taking of a similar action if payments on an obligation are jeopardized.

## Short-Term Debt Credit Ratings

Apply to obligations with an original maturity of less than one year.

## zaA-1

A short-term obligation rated 'zaA-1' is rated in the highest category on Standard & Poor's South African national scale. The obligor's capacity to meet its commitments on the obligation, relative to other South African obligors, is strong.

## zaA-2

A short-term obligation rated 'zaA-2' is slightly more susceptible to adverse changes in circumstances and economic conditions than obligations rated 'zaA-1'. The obligor's capacity to meet its financial commitments on the obligation, relative to other South African obligors, is satisfactory.

## zaA-3

A short-term obligation rated 'zaA-3' denotes adequate protection parameters relative to other short-term South African obligations. It is, however, more vulnerable to adverse effects of changes in circumstances than obligations carrying the higher designations.

## zaB

A short-term obligation rated 'zaB' denotes significant vulnerability to adverse business, financial, or economic conditions regarding timely payment of interest or repayment of principal, relative to other short-term South African obligations.

## zaC

A short-term obligation rated 'zaC' denotes doubtful capacity for payment.

## D

A short-term obligation rated 'D' denotes a payment default.

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.        796424 | 300000294

## Issuer Credit Ratings

A Standard & Poor's South Africa national scale issuer credit rating is a forward-looking opinion about the overall creditworthiness of a debt issuer, guarantor, insurer, or other provider of credit enhancement ("obligor") to meet its financial obligations as they come due, relative to other South African obligors. Such South African obligors include all active borrowers, guarantors, insurers, and other providers of credit enhancement residing in South Africa, as well as foreign obligors active on South African financial markets. A counterparty credit rating is a form of issuer credit rating.

Issuer credit ratings do not apply to specific obligations, as they do not take into account the nature and provisions of the obligation, its standing in bankruptcy or liquidation, statutory preferences, or the legality and enforceability of the obligation. In addition, they do not take into account the creditworthiness of the guarantors, insurers, or other forms of credit enhancement on the obligation.

### zaAAA

An obligor rated 'zaAAA' has a very strong capacity to meet its financial commitments relative to that of other South African obligors. 'zaAAA' is the highest issuer credit rating assigned according to the Standard & Poor's South Africa national scale.

### zaAA

An obligor rated 'zaAA' differs from the highest-rated obligors only to a small degree, and has a strong capacity to meet its financial commitments relative to that of other South African obligors.

### zaA

An obligor rated 'zaA' is somewhat more susceptible to the adverse effects of changes in circumstances and economic conditions than higher-rated obligors. Still, the obligor has a moderately strong capacity to meet its financial commitments relative to that of other South African obligors.

### zaBBB

An obligor rated 'zaBBB' has a reasonably adequate capacity to meet its financial commitments relative to that of other South African obligors. However, adverse economic conditions or changing circumstances are more likely to lead to a weakened capacity of the obligor to meet its financial commitments.

### zaBB, zaB, zaCCC, zaCC, and zaC

Obligors rated 'zaBB', 'zaB', 'zaCCC', 'zaCC', or 'zaC' on the Standard & Poor's South Africa national rating scale are regarded as having high risk relative to other South African obligors. While such obligors will likely have some quality and protective characteristics, these may be outweighed by large uncertainties or major exposure to adverse conditions relative to other South African obligors.

### zaBB

An obligor rated 'zaBB' denotes somewhat weak capacity to meet its financial commitments, although it is less vulnerable than other lower-rated South African obligors. However, it faces ongoing uncertainties or exposure to adverse business, financial, or economic conditions, which could result in an inadequate capacity on the part of the obligor to meet its financial commitments.

### zaB

An obligor rated 'zaB' is more vulnerable than obligors rated 'zaBB'. The obligor currently has a weak capacity to meet its financial commitments relative to other South African obligors. Adverse business, financial, or economic

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.                    796424 | 300000294

conditions would likely impair the obligor's capacity or willingness to meet its financial commitments.

## zaCCC
An obligor rated 'zaCCC' is currently vulnerable relative to other South African obligors and is dependent upon favorable business and financial conditions to meet its financial commitments.

### Plus (+) or minus (-)
The ratings from 'zaAA' to 'zaCCC' may be modified by the addition of a plus (+) or minus (-) sign to show relative strength within the rating category.

## zaCC
An obligor rated 'zaCC' is currently highly vulnerable to defaulting on its financial commitments relative to other South African obligors.

## zaC
An obligor rated 'zaC' is under regulatory supervision owing to its financial condition. During the pendency of the regulatory supervision, the regulators may have the power to favor one class of obligations over others or pay some obligations and not others. Please see Standard & Poor's debt credit ratings for a more detailed description of the effects of regulatory supervision on specific issues or classes of obligations.

## SD and D
An obligor rated 'SD' (selective default) or 'D' has failed to pay one or more of its financial obligations (rated or unrated) when it came due. A 'D' rating is assigned when Standard & Poor's believes that the default will be a general default and that the obligor will fail to pay all or nearly all of its obligations as they come due. An 'SD' rating is assigned when Standard & Poor's believes that the obligor has selectively defaulted on a specific obligation or class of obligations, but will continue to meet its payment obligations on other issues or classes of obligations in a timely manner. Please see Standard & Poor's debt credit ratings for a more detailed description of the effects of a default on specific issues or classes of obligations.

## Short-Term Issuer Credit Ratings
Apply to obligors' capacity to meet financial commitments over a time horizon of less than one year.

## zaA-1
An obligor rated 'zaA-1' is rated in the highest category on Standard & Poor's South African national scale. The obligor's capacity to meet its commitments on the obligation, relative to other South African obligors, is strong.

## zaA-2
An obligor rated 'zaA-2' is slightly more susceptible to adverse changes in circumstances and economic conditions than obligations rated 'zaA-1'. The obligor's capacity to meet its financial commitments on the obligation, relative to other South African obligors, is satisfactory.

## zaA-3
An obligor rated 'zaA-3' denotes adequate protection parameters relative to other short-term South African obligations. It is, however, more vulnerable to adverse effects of changes in circumstances than obligors carrying the higher designations.

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.

796424 | 300000234

### zaB

An obligor with a 'zaB' short-term rating has a weak capacity to meet financial commitments, relative to that of other South Africa obligors, and is vulnerable to adverse business, financial, or economic conditions.

### zaC

An obligor with a 'zaC' short-term rating has a doubtful capacity to meet financial commitments.

### 'SD' and 'D'

An obligor rated 'SD' (selective default) or 'D' has failed to pay one or more of its financial obligations (rated or unrated) when it came due. A 'D' rating is assigned when Standard & Poor's believes that the default will be a general default and that the obligor will fail to pay all or substantially all of its obligations as they come due. An 'SD' rating is assigned when Standard & Poor's believes that the obligor has selectively defaulted on a specific issue or class of obligations but it will continue to meet its payment obligations on other issues or classes of obligations in a timely manner.

### Rating Outlook Definitions

A Standard & Poor's South Africa national scale rating outlook assesses the potential direction of an obligor's long-term credit rating over the intermediate to longer-term. In determining a rating outlook, consideration is given to any changes in the economic and/or fundamental business conditions. An outlook is not necessarily a precursor of a rating change or future CreditWatch action.

- Positive indicates that ratings may be raised.
- Negative means ratings may be lowered.
- Stable indicates that ratings are not likely to change.
- Developing means ratings may be raised or lowered.
- N.M. means not meaningful.

### CreditWatch Definitions

CreditWatch highlights the potential direction of a short- or long-term rating. It focuses on identifiable events and short-term trends that cause ratings to be placed under special surveillance by Standard & Poor's analytical staff. These may include mergers, recapitalizations, voter referendums, regulatory action, or anticipated operating developments. Ratings appear on CreditWatch when such an event or a deviation from an expected trend occurs and additional information is necessary to evaluate the current rating. A listing, however, does not mean a rating change is inevitable. CreditWatch is not intended to include all ratings under review, and rating changes may occur without the ratings having first appeared on CreditWatch. The "positive" designation means that a rating may be raised; "negative" means a rating may be lowered; and "developing" means that a rating may be raised, lowered, or affirmed.

The ratings and other credit related opinions of Standard & Poor's and its affiliates are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or make any investment decisions. Standard & Poor's assumes no obligation to update any information following publication. Users of ratings and credit related opinions should not rely on them in making any investment decision. Standard &Poor's opinions and analyses do not address the suitability of any security. Standard & Poor's Financial Services LLC does not act as a fiduciary or an investment advisor. While Standard & Poor's has obtained information from sources it believes to be reliable, Standard & Poor's does not perform an audit and undertakes no duty of due diligence or independent verification of any information it receives. Ratings and credit related opinions

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.                    795424 | 300000294

may be changed, suspended, or withdrawn at any time.

Direct questions about South Africa national scale ratings to Rob Richards in Frankfurt (49) 69-33-999-200.

# Taiwan Ratings Definitions

Taiwan Ratings Corporation (TRC) assigns both issue credit ratings, which apply to a specific debt instrument, and issuer credit ratings, which apply to an obligor (i.e., borrower, guarantor, insurer, or other provider of credit enhancement).

TRC credit rating symbols are accompanied by a "tw" prefix to denote Taiwan and the rating scale's focus on Taiwanese financial markets. As such, the TRC rating scale is not directly comparable to Standard & Poor's global scale.

## Issue Credit Ratings

A TRC issue credit rating is a forward-looking opinion about the capacity of an obligor to meet the financial commitments associated to a specific debt, bond, lease, commercial paper program, certificate of deposit, or other financial instrument ("obligation"), relative to the debt servicing and repayment capacity of other obligors active in the Taiwanese domestic financial markets ("obligors"), with respect to their own financial obligations.

TRC issue credit ratings are based, in varying degrees, on the analysis of the following considerations:

* Likelihood of default--the rating assesses the obligor's ability and willingness as to timely payment of interest and repayment of principal in accordance with the terms of the obligation.
* The obligation's nature and provisions, such as collateral, mortgages, or expressions of subordination.
* Protection afforded to, and relative position of, the obligation in the event of bankruptcy, reorganization, or other arrangement under bankruptcy laws and other laws affecting creditors' rights.

## Long-Term Issue Credit Ratings

Applying to obligations with an original maturity of one year and over.

## twAAA

An obligation rated 'twAAA' has the highest rating assigned by TRC. The obligor's capacity to meet its financial commitments on the obligation, relative to other obligors in the Taiwan market, is extremely strong.

## twAA

An obligation rated 'twAA' differs from the highest-rated debt only to a small degree. The obligor's capacity to meet its financial commitments on the obligation, relative to other Taiwanese obligors, is very strong.

## twA

An obligation rated 'twA' is somewhat more susceptible to adverse effects of changes in circumstances and economic conditions than higher-rated debt. Still, the obligor's capacity to meet its financial commitments on the obligation, relative to other Taiwanese obligors, is strong.

## twBBB

An obligation rated 'twBBB' denotes adequate protection parameters relative to other Taiwanese obligations. However, adverse economic conditions or changing circumstances are more likely to lead to a weakened capacity on the part of the obligor to meet its financial commitments on the obligation.

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.        796424 | 300000294

### twBB, twB, twCCC, twCC, and twC

Obligations rated 'twBB', 'twB', 'twCCC', 'twCC', or 'twC' on the TRC rating scale are regarded as having high risk relative to other Taiwanese obligations. While such obligations will likely have some quality and protective characteristics, these may be outweighed by large uncertainties or major exposure to adverse conditions relative to other Taiwanese obligations.

### twBB

An obligation rated 'twBB' denotes somewhat weak protection parameters relative to other Taiwanese obligations. The obligor's capacity to meet its financial commitments on the obligation is somewhat weak because of major ongoing uncertainties or exposure to adverse business, financial, or economic conditions.

### twB

An obligation rated 'twB' denotes weak protection parameters relative to other Taiwanese obligations. The obligor currently has the capacity to meet its financial commitments on the obligation. Adverse business, financial, or economic conditions, however, would likely impair capacity or willingness of the obligor to meet its financial commitments on the obligation.

### twCCC

An obligation rated 'twCCC' is currently vulnerable to nonpayment and is dependent upon favorable business and financial conditions for the obligor to meet its financial commitments on the obligation.

### Plus (+) or minus (-)

The ratings from 'twAA' to 'twCCC' may be modified by the addition of a plus (+) or minus (-) sign to show relative strength within the rating category.

### twCC

An obligation rated 'twCC' is currently highly vulnerable to nonpayment.

### twC

The 'twC' rating may be used to cover a situation where a bankruptcy petition has been filed or similar action has been taken, but payments on the obligation are being continued.

### D

An obligation is rated 'D' when it is in payment default, or the obligor has filed for bankruptcy. The 'D' rating is used when interest or principal payments are not made on the date due, even if the applicable grace period has not expired, unless TRC believes that such payments will be made during such grace period.

### Short-Term Issue Credit Ratings

Applying to obligations with an original maturity of less than one year.

### twA-1

A short-term obligation rated 'twA-1' is rated in the highest category by TRC. The obligor's capacity to meet its financial commitments on the obligation, relative to that of other obligors in the Taiwan market ("obligors"), is strong. Within this category, certain obligations are designated with a plus sign (+). This indicates that the obligor's capacity to meet its financial commitment on these obligations, relative to that of other obligors in the Taiwan market, is very strong.

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.

795424 | 300000284

### twA-2
A short-term obligation rated 'twA-2' is slightly more susceptible to the adverse effects of changes in circumstances and economic conditions than obligations rated 'twA-1'. The obligor's capacity to meet its financial commitments on the obligation, relative to that of other Taiwanese obligors, is satisfactory.

### twA-3
A short-term obligation rated 'twA-3' denotes adequate protection parameters relative to those of other short-term Taiwanese obligations. It is, however, more vulnerable to the adverse effects of changes in circumstances and economic conditions than obligations carrying the higher designations.

### twB
A short-term obligation rated 'twB' denotes significant vulnerability to adverse business, financial, or economic conditions regarding prospects for timely meeting of financial commitments relative to that of other short-term Taiwanese obligations.

### twC
A short-term obligation rated 'twC' denotes doubtful capacity for payment.

### D
A short-term obligation rated 'D' denotes a payment default.

### Issuer Credit Ratings
A TRC issuer credit rating is a forward-looking opinion about the overall capacity of a debt issuer, guarantor, insurer, or other provider of credit enhancement ("obligor") to meet its financial obligations relative to other obligors active in the Taiwanese domestic financial markets ("obligors"). Such obligors may include corporates, government enterprises, financial institutions, and insurance companies, among other types of entities. Counterparty credit ratings are a form of issuer credit ratings.

Issuer credit ratings do not apply to specific obligations, as they do not take into account the nature and provisions of the obligation, its standing in bankruptcy or liquidation, statutory preferences, or the legality and enforceability of the obligation. In addition, it does not take into account the creditworthiness of the guarantors, insurers, or other forms of credit enhancement on the obligation.

### Long-Term Issuer Credit Ratings
Applying to obligors' capacity to meet financial commitments over a time horizon of one year and over.

### twAAA
An obligor rated 'twAAA' has an extremely strong capacity to meet its financial commitments relative to other obligors in the Taiwan market.

### twAA
An obligor rated 'twAA' differs from the highest-rated obligors only to a small degree, and has a very strong capacity to meet its financial commitments relative to other Taiwanese obligors.

### twA
An obligor rated 'twA' is somewhat more susceptible to adverse effects of changes in circumstances and economic conditions than higher-rated obligors. Still, the obligor has a strong capacity to meet its financial commitments relative to other Taiwanese obligors.

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.

796424 | 300000284

## twBBB

An obligor rated 'twBBB' has an adequate capacity to meet its financial commitments relative to other Taiwanese obligors. However, adverse economic conditions or changing circumstances are more likely to lead to a weakened capacity of the obligor to meet its financial commitments.

## twBB, twB, twCCC, and twCC

Obligors rated 'twBB', 'twB', 'twCCC', or 'twCC' on the TRC rating scale are regarded as having high risk relative to other Taiwanese obligors. While such obligors will likely have some quality and protective characteristics, these may be outweighed by large uncertainties or major exposure to adverse conditions relative to other Taiwanese obligors.

## twBB

An obligor rated 'twBB' has a somewhat weak capacity to meet its financial commitments relative to other Taiwanese obligors. The obligor faces ongoing uncertainties or exposure to adverse business, financial, or economic conditions that could result in an inadequate capacity on the part of the obligor to meet its financial commitments.

## twB

An obligor rated 'twB' has a weak capacity to meet its financial commitments relative to other Taiwanese obligors. Adverse business, financial, or economic conditions will likely impair the obligor's capacity or willingness to meet its financial commitments.

## twCCC

An obligor rated 'twCCC' is currently vulnerable and is dependent upon favorable business and financial conditions to meet its financial commitments.

## Plus (+) or minus (-)

The ratings from 'twAA' to 'twCCC' may be modified by the addition of a plus (+) or minus (-) sign to show relative strength within the rating category.

## twCC

An obligor rated 'twCC' is currently highly vulnerable to defaulting on its financial commitments.

## twR

An obligor rated 'twR' is under regulatory supervision owing to its financial condition. During the pendency of the regulatory supervision, the regulators may have the power to favor one class of obligations over others or pay some obligations and not others.

## SD and D

An obligor rated 'SD' (selective default) or 'D' has failed to pay one or more of its financial obligations (rated or unrated) when it came due. A 'D' rating is assigned when TRC believes that the default will be a general default and that the obligor will fail to pay all or substantially all of its obligations as they come due. An 'SD' rating is assigned when TRC believes that the obligor has selectively defaulted on a specific issue or class of obligations, but will continue to meet its payment obligations on other issues or classes of obligations in a timely manner.

## Short-Term Issuer Credit Ratings

Applying to obligors' capacity to meet financial commitments over a time horizon of less than one year.

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page. 796424 | 300000284

### twA-1

The obligor's capacity to meet financial commitments on short-term obligations, relative to that of other obligors in the Taiwan market, is strong. Within this category, certain obligors are designated with a plus sign (+). This indicates that the obligor's capacity to meet its financial commitments, relative to that of other Taiwanese obligors, is very strong.

### twA-2

The obligor's capacity to meet financial obligations on short-term obligations, relative to that of other Taiwanese obligors, is satisfactory.

### twA-3

The obligor's capacity to meet financial commitments on short-term obligations, relative to that of other Taiwanese obligors, is adequate. However, the obligor may be more vulnerable to adverse changes in business circumstances or economic conditions than higher-rated obligors.

### twB

The obligor's capacity to meet financial commitments on short-term obligations, relative to that of other Taiwanese obligors, is weak and vulnerable to adverse business, financial, or economic conditions.

### twC

The obligor's capacity to meet commitments on short-term obligations is doubtful.

### twR

An obligor rated 'twR' is under regulatory supervision owing to its financial condition. During the pendency of the regulatory supervision, the regulators may have the power to favor one class of obligations over others or pay some obligations and not others.

### SD and D

An obligor rated 'SD' (selective default) or 'D' has failed to pay one or more of its financial obligations (rated or unrated) when it came due. A 'D' rating is assigned when TRC believes that the default will be a general default and that the obligor will fail to pay all or substantially all of its obligations as they come due. An 'SD' rating is assigned when TRC believes that the obligor has selectively defaulted on a specific issue or class of obligations, but will continue to meet its payment obligations on other issues or classes of obligations in a timely manner.

### Rating Outlook Definitions

A TRC rating outlook assesses the potential direction of an obligor's long-term credit rating over the intermediate to longer term. In determining a rating outlook, consideration is given to any changes in the economic and/or fundamental business conditions. An outlook is not necessarily a precursor of a rating change or future CreditWatch action.

- Positive indicates that ratings may be raised.
- Negative means ratings may be lowered.
- Stable indicates that ratings are not likely to change.
- Developing means ratings may be raised or lowered.
- N.M. means not meaningful.

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.                    796424 | 300000294

## CreditWatch Definitions

CreditWatch highlights the potential direction of a short- or long-term rating. It focuses on identifiable events and short-term trends that cause ratings to be placed under special surveillance by Standard & Poor's analytical staff. These may include mergers, recapitalizations, voter referendums, regulatory action, or anticipated operating developments. Ratings appear on CreditWatch when such an event or a deviation from an expected trend occurs and additional information is necessary to evaluate the current rating. A listing, however, does not mean a rating change is inevitable. CreditWatch is not intended to include all ratings under review, and rating changes may occur without the ratings having first appeared on CreditWatch. The "positive" designation means that a rating may be raised; "negative" means a rating may be lowered; and "developing" means that a rating may be raised, lowered, or affirmed.

The ratings and other credit related opinions of Standard & Poor's and its affiliates, including TRC, are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or make any investment decisions. Standard & Poor's assumes no obligation to update any information following publication. Users of ratings and credit related opinions should not rely on them in making any investment decision. Standard &Poor's opinions and analyses do not address the suitability of any security. Standard & Poor's Financial Services LLC does not act as a fiduciary or an investment advisor. While Standard & Poor's has obtained information from sources it believes to be reliable, Standard & Poor's does not perform an audit and undertakes no duty of due diligence or independent verification of any information it receives. Ratings and credit related opinions may be changed, suspended, or withdrawn at any time.

Direct questions about Taiwan national scale ratings to Susan Chu in Taipei (8862) 8722-5813.

# Turkey National Scale Ratings Definitions

The Standard & Poor's Turkey national scale serves issuers, insurers, counterparties, intermediaries, and investors in the financial markets of the Republic of Turkey by providing both debt credit ratings, which apply to a specific debt instrument, and issuer credit ratings, which apply to an obligor (i.e., borrower, guarantor, insurer, or other provider of credit enhancement). The Standard & Poor's Turkey national scale uses Standard & Poor's global rating symbols with the addition of a "tr" prefix to denote "Turkey" and the scale's focus on Turkish financial markets. For the most part, the criteria employed for determining ratings on the Standard & Poor's Turkey national scale are similar to those employed on the Standard & Poor's global scale. However, certain direct sovereign risk considerations weigh less heavily on the Standard & Poor's Turkey national scale than on the global scale. For example, some types of sovereign risk considerations that could adversely affect all issuers equally would have a more muted effect on Standard & Poor's Turkey national scale than on the global scale. Indeed, sovereign risk is examined only in a local context relative to the credit risk of other Turkish obligors. As a result, the Standard & Poor's Turkey national scale is not directly comparable to Standard & Poor's global scale or to any other national rating scale.

## Debt Credit Ratings

A Standard & Poor's Turkey national scale debt credit rating is a forward-looking opinion about the creditworthiness of an obligor with respect to a specific debt, bond, lease, commercial paper program, certificate of deposit, or other financial instrument ("obligation") relative to the creditworthiness of other Turkish obligors with respect to their own financial obligations. Turkish obligors include all active borrowers, guarantors, insurers, and other providers of credit enhancement residing in Turkey, as well as any foreign obligor active on Turkish financial

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.                    796424 | 300U00294

markets.

Standard & Poor's Turkey national scale debt credit ratings are based, in varying degrees, on the analysis of the following considerations:

- The relative likelihood of payment--the rating assesses the obligor's capacity and willingness to meet its financial commitments in accordance with the terms of the obligation, compared with other Turkish obligors;
- The obligation's nature and provisions; and
- Protection afforded to, and the relative position of, the obligation in the event of bankruptcy, reorganization, or other arrangement under bankruptcy laws and other laws affecting creditors' rights.

## trAAA
An obligation rated 'trAAA' has the highest rating assigned on Standard & Poor's Turkey national scale. The obligor's capacity to meet its financial commitments on the obligation, relative to other Turkish obligors, is very strong.

## trAA
An obligation rated 'trAA' differs from the highest-rated debt only to a small degree. The obligor's capacity to meet its financial commitments on the obligation, relative to other Turkish obligors, is strong.

## trA
An obligation rated 'trA' is somewhat more susceptible to adverse effects of changes in circumstances and economic conditions than higher-rated debt. Still, the obligor's capacity to meet its financial commitments on the obligation, relative to other Turkish obligors, is moderately strong.

## trBBB
An obligation rated 'trBBB' exhibits reasonably adequate protection parameters relative to other Turkish obligations. However, adverse economic conditions or changing circumstances are more likely to lead to a weakened capacity on the part of the obligor to meet its financial commitments on the obligation.

## trBB, trB, trCCC, trCC, and trC
Obligations rated 'trBB', 'trB', 'trCCC', 'trCC', or 'trC' on the Standard & Poor's Turkey national rating scale are regarded as having high risk relative to other Turkish obligations. While such obligations will likely have some quality and protective characteristics, these may be outweighed by large uncertainties or major exposure to adverse conditions relative to other Turkish obligations.

## trBB
An obligation rated 'trBB' denotes somewhat weak protection parameters relative to other Turkish obligations. The obligor's capacity to meet its financial commitments on the obligation is somewhat weak because of major ongoing uncertainties or exposure to adverse business, financial, or economic conditions.

## trB
An obligation rated 'trB' is more vulnerable than obligations rated 'trBB' relative to other Turkish obligations. The obligor currently has a weak capacity to meet its financial obligations. Adverse business, financial, or economic conditions, however, would likely impair capacity or willingness of the obligor to meet its financial commitments on the obligation.

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.

795424 | 300000294

## trCCC

An obligation rated 'trCCC' is currently vulnerable to nonpayment, relative to other Turkish obligations, and is dependent upon favorable business and financial conditions for the obligor to meet its financial commitments on the obligation. In the event of adverse business, financial, or economic conditions, the obligor is not likely to have the capacity to meet its financial commitment on the obligation.

## Plus (+) or minus (-)

The ratings from 'trAA' to 'trCCC' may be modified by the addition of a plus (+) or minus (-) sign to show relative strength within the rating category.

## trCC

An obligation rated 'trCC' is currently highly vulnerable to nonpayment relative to other Turkish obligations.

## trC

The 'trC' rating may be used to cover a situation where a bankruptcy procedure has been started or similar action has been taken, but payments on the obligation are being continued.

## D

An obligation rated 'D' is in payment default. The 'D' rating is used when interest or principal payments are not made on the date due, even if the applicable grace period has not expired, unless Standard & Poor's believes that such payments will be made during such grace period. The 'D' rating category also will be used upon the filing of a bankruptcy petition or the taking of a similar action if payments on an obligation are jeopardized.

## Short-Term Debt Credit Ratings

Apply to obligations with an original maturity of less than one year.

## trA-1

A short-term obligation rated 'trA-1' is rated in the highest category on Standard & Poor's Turkish national scale. The obligor's capacity to meet its commitments on the obligation, relative to other Turkish obligors, is strong.

## trA-2

A short-term obligation rated 'trA-2' is slightly more susceptible to adverse changes in circumstances and economic conditions than obligations rated 'trA-1'. The obligor's capacity to meet its financial commitments on the obligation, relative to other Turkish obligors, is satisfactory.

## trA-3

A short-term obligation rated 'trA-3' denotes adequate protection parameters relative to other short-term Turkish obligations. It is, however, more vulnerable to adverse effects of changes in circumstances than obligations carrying the higher designations.

## trB

A short-term obligation rated 'trB' denotes weak protection parameters relative to other short-term Turkish obligations. It is vulnerable to adverse business, financial, or economic conditions.

## trC

A short-term obligation rated 'trC' denotes doubtful capacity for payment.

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.                    795424 | 300000284

## D

A short-term obligation rated 'D' denotes a payment default.

## Issuer Credit Ratings

A Standard & Poor's Turkey national scale issuer credit rating is a forward-looking opinion about the overall creditworthiness of a debt issuer, guarantor, insurer, or other provider of credit enhancement ("obligor") to meet its financial obligations as they come due, relative to other Turkish obligors. Such Turkish obligors include all active borrowers, guarantors, insurers, and other providers of credit enhancement residing in Turkey, as well as foreign obligors active on Turkish financial markets. A counterparty credit rating is a form of issuer credit rating.

Issuer credit ratings do not apply to specific obligations, as they do not take into account the nature and provisions of the obligation, its standing in bankruptcy or liquidation, statutory preferences, or the legality and enforceability of the obligation. In addition, they do not take into account the creditworthiness of the guarantors, insurers, or other forms of credit enhancement on the obligation.

## trAAA

An obligor rated 'trAAA' has a very strong capacity to meet its financial commitments relative to that of other Turkish obligors. 'trAAA' is the highest issuer credit rating assigned according to the Standard & Poor's Turkey national scale.

## trAA

An obligor rated 'trAA' differs from the highest-rated obligors only to a small degree, and has a strong capacity to meet its financial commitments relative to that of other Turkish obligors.

## trA

An obligor rated 'trA' is somewhat more susceptible to the adverse effects of changes in circumstances and economic conditions than higher-rated obligors. Still, the obligor has a moderately strong capacity to meet its financial commitments relative to that of other Turkish obligors.

## trBBB

An obligor rated 'trBBB' has a reasonably adequate capacity to meet its financial commitments relative to that of other Turkish obligors. However, adverse economic conditions or changing circumstances are more likely to lead to a weakened capacity of the obligor to meet its financial commitments.

## trBB, trB, trCCC, trCC, and trC

Obligors rated 'trBB', 'trB', 'trCCC', 'trCC', or 'trC' on the Standard & Poor's Turkey national rating scale are regarded as having high risk relative to other Turkish obligors. While such obligors will likely have some quality and protective characteristics, these may be outweighed by large uncertainties or major exposure to adverse conditions relative to other Turkish obligors.

## trBB

An obligor rated 'trBB' denotes somewhat weak capacity to meet its financial commitments, although it is less vulnerable than other lower-rated Turkish obligors. However, it faces ongoing uncertainties or exposure to adverse business, financial, or economic conditions, which could result in an inadequate capacity on the part of the obligor to meet its financial commitments.

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.

796424 | 300000294

### trB

An obligor rated 'trB' is more vulnerable than obligors rated 'trBB'. The obligor currently has a weak capacity to meet its financial commitments relative to other Turkish obligors. Adverse business, financial, or economic conditions would likely impair the obligor's capacity or willingness to meet its financial commitments.

### trCCC

An obligor rated 'trCCC' is currently vulnerable relative to other Turkish obligors and is dependent upon favorable business and financial conditions to meet its financial commitments.

### Plus (+) or minus (-)

The ratings from 'trAA' to 'trCCC' may be modified by the addition of a plus (+) or minus (-) sign to show relative strength within the rating category.

### trCC

An obligor rated 'trCC' is currently highly vulnerable to defaulting on its financial commitments relative to other Turkish obligors.

### trC

An obligor rated 'trC' is under regulatory supervision owing to its financial condition. During the pendency of the regulatory supervision, the regulators may have the power to favor one class of obligations over others or pay some obligations and not others. Please see Standard & Poor's debt credit ratings for a more detailed description of the effects of regulatory supervision on specific issues or classes of obligations.

### SD and D

An obligor rated 'SD' (selective default) or 'D' has failed to pay one or more of its financial obligations (rated or unrated) when it came due. A 'D' rating is assigned when Standard & Poor's believes that the default will be a general default and that the obligor will fail to pay all or nearly all of its obligations as they come due. An 'SD' rating is assigned when Standard & Poor's believes that the obligor has selectively defaulted on a specific obligation or class of obligations, but will continue to meet its payment obligations on other issues or classes of obligations in a timely manner. Please see Standard & Poor's debt credit ratings for a more detailed description of the effects of a default on specific issues or classes of obligations.

### Short-Term Issuer Credit Ratings

Apply to obligors' capacity to meet financial commitments over a time horizon of less than one year.

### trA-1

An obligor with a 'trA-1' short-term rating has a strong capacity to meet financial commitments relative to that of other Turkey obligors.

### trA-2

An obligor with a 'trA-2' short-term rating has a satisfactory capacity to meet financial obligations relative to that of other Turkey obligors.

### trA-3

An obligor with a 'trA-3' short-term rating has an adequate capacity to meet financial commitments relative to that of other Turkey obligors. However, the obligor is more vulnerable to adverse changes in business circumstances or economic conditions than higher rated obligors.

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.                799424 | 300090294

## trB

An obligor with a 'trB' short-term rating has a weak capacity to meet financial commitments, relative to that of other Turkey obligors, and is vulnerable to adverse business, financial, or economic conditions.

## trC

An obligor with a 'trC' short-term rating has a doubtful capacity to meet financial commitments.

## 'SD' and 'D'

An obligor rated 'SD' (selective default) or 'D' has failed to pay one or more of its financial obligations (rated or unrated) when it came due. A 'D' rating is assigned when Standard & Poor's believes that the default will be a general default and that the obligor will fail to pay all or substantially all of its obligations as they come due. An 'SD' rating is assigned when Standard & Poor's believes that the obligor has selectively defaulted on a specific issue or class of obligations but it will continue to meet its payment obligations on other issues or classes of obligations in a timely manner.

## Rating Outlook Definitions

A Standard & Poor's Turkey national scale rating outlook assesses the potential direction of an obligor's long-term credit rating over the intermediate to longer-term. In determining a rating outlook, consideration is given to any changes in the economic and/or fundamental business conditions. An outlook is not necessarily a precursor of a rating change or future CreditWatch action.

- Positive indicates that ratings may be raised.
- Negative means ratings may be lowered.
- Stable indicates that ratings are not likely to change.
- Developing means ratings may be raised or lowered.
- N.M. means not meaningful.

## CreditWatch Definitions

CreditWatch highlights the potential direction of a short- or long-term rating. It focuses on identifiable events and short-term trends that cause ratings to be placed under special surveillance by Standard & Poor's analytical staff. These may include mergers, recapitalizations, voter referendums, regulatory action, or anticipated operating developments. Ratings appear on CreditWatch when such an event or a deviation from an expected trend occurs and additional information is necessary to evaluate the current rating. A listing, however, does not mean a rating change is inevitable. CreditWatch is not intended to include all ratings under review, and rating changes may occur without the ratings having first appeared on CreditWatch. The "positive" designation means that a rating may be raised; "negative" means a rating may be lowered; and "developing" means that a rating may be raised, lowered, or affirmed.

The ratings and other credit related opinions of Standard & Poor's and its affiliates are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or make any investment decisions. Standard & Poor's assumes no obligation to update any information following publication. Users of ratings and credit related opinions should not rely on them in making any investment decision. Standard &Poor's opinions and analyses do not address the suitability of any security. Standard & Poor's Financial Services LLC does not act as a fiduciary or an investment advisor. While Standard & Poor's has obtained information from sources it believes to be reliable, Standard & Poor's does not perform an audit and undertakes no duty of due diligence or independent verification of any information it receives. Ratings and credit related opinions

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.                    796424 | 300000294

may be changed, suspended, or withdrawn at any time.

Direct questions about Turkey national scale ratings to Rob Richards in Frankfurt (49) 69-33-999-200.

# Ukraine National Scale Ratings Definitions

The Standard & Poor's Ukraine national scale serves issuers, insurers, counterparties, intermediaries, and investors in the financial markets of Ukraine by providing both debt credit ratings, which apply to a specific debt instrument, and issuer credit ratings, which apply to an obligor (i.e., borrower, guarantor, insurer, or other provider of credit enhancement). The Standard & Poor's Ukraine national scale uses Standard & Poor's global rating symbols with the addition of a "ua" prefix to denote "Ukraine" and the scale's focus on Ukrainian financial markets. For the most part, the criteria employed for determining ratings on the Standard & Poor's Ukraine national scale are similar to those employed on the Standard & Poor's global scale. However, certain direct sovereign risk considerations weigh less heavily on the Standard & Poor's Ukraine national scale than on the global scale. For example, some types of sovereign risk considerations that could adversely affect all issuers equally would have a more muted effect on Standard & Poor's Ukraine national scale than on the global scale. Indeed, sovereign risk is examined only in a local context relative to the credit risk of other Ukrainian obligors. As a result, the Standard & Poor's Ukraine national scale is not directly comparable to Standard & Poor's global scale or to any other national rating scale.

## Debt Credit Ratings

A Standard & Poor's Ukraine national scale debt credit rating is a forward-looking opinion about the creditworthiness of an obligor with respect to a specific debt, bond, lease, commercial paper program, certificate of deposit, or other financial instrument ("obligation") relative to the creditworthiness of other Ukrainian obligors with respect to their own financial obligations. Ukrainian obligors include all active borrowers, guarantors, insurers, and other providers of credit enhancement residing in Ukraine, as well as any foreign obligor active on Ukrainian financial markets.

Standard & Poor's Ukraine national scale debt credit ratings are based, in varying degrees, on the analysis of the following considerations:

- The relative likelihood of payment--the rating assesses the obligor's capacity and willingness to meet its financial commitments in accordance with the terms of the obligation, compared with other Ukrainian obligors;
- The obligation's nature and provisions; and
- Protection afforded to, and the relative position of, the obligation in the event of bankruptcy, reorganization, or other arrangement under bankruptcy laws and other laws affecting creditors' rights.

## uaAAA

An obligation rated 'uaAAA' has the highest rating assigned on Standard & Poor's Ukraine national scale. The obligor's capacity to meet its financial commitments on the obligation, relative to other Ukrainian obligors, is very strong.

## uaAA

An obligation rated 'uaAA' differs from the highest-rated debt only to a small degree. The obligor's capacity to meet its financial commitments on the obligation, relative to other Ukrainian obligors, is strong.

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.                     796424 | 300000294

## uaA

An obligation rated 'uaA' is somewhat more susceptible to adverse effects of changes in circumstances and economic conditions than higher-rated debt. Still, the obligor's capacity to meet its financial commitments on the obligation, relative to other Ukrainian obligors, is moderately strong.

## uaBBB

An obligation rated 'uaBBB' exhibits reasonably adequate protection parameters relative to other Ukrainian obligations. However, adverse economic conditions or changing circumstances are more likely to lead to a weakened capacity on the part of the obligor to meet its financial commitments on the obligation.

## uaBB, uaB, uaCCC, uaCC, and uaC

Obligations rated 'uaBB', 'uaB', 'uaCCC', 'uaCC', or 'uaC' on the Standard & Poor's Ukraine national rating scale are regarded as having high risk relative to other Ukrainian obligations. While such obligations will likely have some quality and protective characteristics, these may be outweighed by large uncertainties or major exposure to adverse conditions relative to other Ukrainian obligations.

## uaBB

An obligation rated 'uaBB' denotes somewhat weak protection parameters relative to other Ukrainian obligations. The obligor's capacity to meet its financial commitments on the obligation is somewhat weak because of major ongoing uncertainties or exposure to adverse business, financial, or economic conditions.

## uaB

An obligation rated 'uaB' denotes weak protection parameters relative to other Ukrainian obligations. Adverse business, financial, or economic conditions, however, would likely impair capacity or willingness of the obligor to meet its financial commitments on the obligation.

## uaCCC

An obligation rated 'uaCCC' is currently vulnerable to nonpayment, relative to other Ukrainian obligations, and is dependent upon favorable business and financial conditions for the obligor to meet its financial commitments on the obligation. In the event of adverse business, financial, or economic conditions, the obligor is not likely to have the capacity to meet its financial commitment on the obligation.

## Plus (+) or minus (-)

The ratings from 'uaAA' to 'uaCCC' may be modified by the addition of a plus (+) or minus (-) sign to show relative strength within the rating category.

## uaCC

An obligation rated 'uaCC' is currently highly vulnerable to nonpayment relative to other Ukrainian obligations.

## uaC

The 'uaC' rating may be used to cover a situation where a bankruptcy procedure has been started or similar action has been taken, but payments on the obligation are being continued.

## D

An obligation rated 'D' is in payment default. The 'D' rating is used when interest or principal payments are not made on the date due, even if the applicable grace period has not expired, unless Standard & Poor's believes that such payments will be made during such grace period. The 'D' rating category also will be used upon the filing of a

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.                    796424 | 300000294

bankruptcy petition or the taking of a similar action if payments on an obligation are jeopardized.

## CreditWatch

CreditWatch highlights the potential direction of a short- or long-term rating. It focuses on identifiable events and short-term trends that cause ratings to be placed under special surveillance by Standard & Poor's analytical staff. These may include mergers, recapitalizations, voter referendums, regulatory action, or anticipated operating developments. Ratings appear on CreditWatch when such an event or a deviation from an expected trend occurs and additional information is necessary to evaluate the current rating. A listing, however, does not mean a rating change is inevitable. CreditWatch is not intended to include all ratings under review, and rating changes may occur without the ratings having first appeared on CreditWatch. The "positive" designation means that a rating may be raised; "negative" means a rating may be lowered; and "developing" means that a rating may be raised, lowered, or affirmed.

## Issuer Credit Ratings

A Standard & Poor's Ukraine national scale issuer credit rating is a forward-looking opinion about the overall creditworthiness of a debt issuer, guarantor, insurer, or other provider of credit enhancement ("obligor") to meet its financial obligations as they come due, relative to other Ukrainian obligors. Such Ukrainian obligors include all active borrowers, guarantors, insurers, and other providers of credit enhancement residing in Ukraine, as well as foreign obligors active on Ukrainian financial markets. A counterparty credit rating is a form of issuer credit rating.

Issuer credit ratings do not apply to specific obligations, as they do not take into account the nature and provisions of the obligation, its standing in bankruptcy or liquidation, statutory preferences, or the legality and enforceability of the obligation. In addition, they do not take into account the creditworthiness of the guarantors, insurers, or other forms of credit enhancement on the obligation.

## uaAAA

An obligor rated 'uaAAA' has a very strong capacity to meet its financial commitments relative to that of other Ukrainian obligors. 'uaAAA' is the highest issuer credit rating assigned according to the Standard & Poor's Ukraine national scale.

## uaAA

An obligor rated 'uaAA' differs from the highest-rated obligors only to a small degree, and has a strong capacity to meet its financial commitments relative to that of other Ukrainian obligors.

## uaA

An obligor rated 'uaA' is somewhat more susceptible to the adverse effects of changes in circumstances and economic conditions than higher-rated obligors. Still, the obligor has a moderately strong capacity to meet its financial commitments relative to that of other Ukrainian obligors.

## uaBBB

An obligor rated 'uaBBB' has a reasonably adequate capacity to meet its financial commitments relative to that of other Ukrainian obligors. However, adverse economic conditions or changing circumstances are more likely to lead to a weakened capacity of the obligor to meet its financial commitments.

## uaBB, uaB, uaCCC, uaCC, and uaC

Obligors rated 'uaBB', 'uaB', 'uaCCC', 'uaCC', or 'uaC' on the Standard & Poor's Ukraine national rating scale are regarded as having high risk relative to other Ukrainian obligors. While such obligors will likely have some quality

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.

and protective characteristics, these may be outweighed by large uncertainties or major exposure to adverse conditions relative to other Ukrainian obligors.

## uaBB

An obligor rated 'uaBB' denotes somewhat weak capacity to meet its financial commitments, although it is less vulnerable than other lower-rated Ukrainian obligors. However, it faces ongoing uncertainties or exposure to adverse business, financial, or economic conditions, which could result in an inadequate capacity on the part of the obligor to meet its financial commitments.

## uaB

An obligor rated 'uaB' is more vulnerable than obligors rated 'uaBB'. The obligor currently has a weak capacity to meet its financial commitments relative to other Ukrainian obligors. Adverse business, financial, or economic conditions would likely impair the obligor's capacity or willingness to meet its financial commitments.

## uaCCC

An obligor rated 'uaCCC' is currently vulnerable relative to other Ukrainian obligors and is dependent upon favorable business and financial conditions to meet its financial commitments.

## Plus (+) or minus (-)

The ratings from 'uaAA' to 'uaCCC' may be modified by the addition of a plus (+) or minus (-) sign to show relative strength within the rating category.

## uaCC

An obligor rated 'uaCC' is currently highly vulnerable to defaulting on its financial commitments relative to other Ukrainian obligors.

## uaC

An obligor rated 'uaC' is under regulatory supervision owing to its financial condition. During the pendency of the regulatory supervision, the regulators may have the power to favor one class of obligations over others or pay some obligations and not others. Please see Standard & Poor's debt credit ratings for a more detailed description of the effects of regulatory supervision on specific issues or classes of obligations.

## SD and D

An obligor rated 'SD' (selective default) or 'D' has failed to pay one or more of its financial obligations (rated or unrated) when it came due. A 'D' rating is assigned when Standard & Poor's believes that the default will be a general default and that the obligor will fail to pay all or nearly all of its obligations as they come due. An 'SD' rating is assigned when Standard & Poor's believes that the obligor has selectively defaulted on a specific obligation or class of obligations, but will continue to meet its payment obligations on other issues or classes of obligations in a timely manner. Please see Standard & Poor's debt credit ratings for a more detailed description of the effects of a default on specific issues or classes of obligations.

## CreditWatch

CreditWatch highlights the potential direction of a short- or long-term rating. It focuses on identifiable events and short-term trends that cause ratings to be placed under special surveillance by Standard & Poor's analytical staff. These may include mergers, recapitalizations, voter referendums, regulatory action, or anticipated operating developments. Ratings appear on CreditWatch when such an event or a deviation from an expected trend occurs and additional information is necessary to evaluate the current rating. A listing, however, does not mean a rating

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.

change is inevitable. CreditWatch is not intended to include all ratings under review, and rating changes may occur without the ratings having first appeared on CreditWatch. The "positive" designation means that a rating may be raised; "negative" means a rating may be lowered; and "developing" means that a rating may be raised, lowered, or affirmed.

The ratings and other credit related opinions of Standard & Poor's and its affiliates are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or make any investment decisions. Standard & Poor's assumes no obligation to update any information following publication. Users of ratings and credit related opinions should not rely on them in making any investment decision. Standard &Poor's opinions and analyses do not address the suitability of any security. Standard & Poor's Financial Services LLC does not act as a fiduciary or an investment advisor. While Standard & Poor's has obtained information from sources it believes to be reliable, Standard & Poor's does not perform an audit and undertakes no duty of due diligence or independent verification of any information it receives. Ratings and credit related opinions may be changed, suspended, or withdrawn at any time.

Direct questions about Ukraine national scale ratings to Rob Richards in Frankfurt (49) 69-33-999-200.

# Uruguay National Rating Scale

Standard & Poor's Uruguay national credit rating scale serves issuers, insurers, counterparties, intermediaries and investors in the Uruguayan financial markets by providing both debt credit ratings, which apply to a specific debt instrument, and enterprise credit ratings, which apply to an obligor (i.e., borrower, guarantor, insurer, or other provider of credit enhancement). The Uruguay national credit rating scale uses Standard & Poor's global rating symbols with the addition of a "uy" prefix to denote "República Oriental del Uruguay" and the scale's focus on Uruguay financial markets. In contrast to Standard & Poor's global scale, the Uruguay national scale does not address sovereign risk and, in particular, the potential risk of exchange controls. In turn, the Uruguay national scale makes no rating distinctions between debt issues denominated in U.S. dollars or Uruguayan pesos. As a result, the Uruguay national rating scale is not directly comparable to Standard & Poor's global scale.

## Issuer Credit Rating Definitions

A Standard & Poor's Uruguay issuer credit rating is a current opinion of the overall creditworthiness of a debt issuer, guarantor, insurer, or other provider of credit enhancement ("obligor") to meet its financial obligations relative to other Uruguayan obligors. Such Uruguay obligors include all active borrowers, guarantors, insurers and other providers of credit enhancement domiciled in Uruguay, as well as foreign obligors active in the Uruguay financial markets. Counterparty credit ratings are a form of issuer credit ratings.

Issuer credit ratings do not apply to specific obligations, as they do not take into account the nature of and provisions of the obligations, its standing in bankruptcy or liquidation, statutory preferences, or the legality and enforceability of the obligation. In addition, it does not take into account the creditworthiness of the guarantors, insurers, or other forms of credit enhancement on the obligation.

An issuer credit rating is not a recommendation to purchase, sell, or hold a financial obligation issued by an obligor, as it does not comment on market price or suitability for a particular investor. Issuer credit ratings are based on current information furnished by the obligors or obtained by Standard & Poor's from other sources deemed reliable. Standard & Poor's does not perform an audit in connection with any credit rating, and may, on occasion, rely on

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.                    796424 | 300000284

unaudited financial information. Issuer credit ratings may be changed, suspended, or withdrawn as a result of changes in, or availability of, such information, or based on other circumstances.

**Long-Term Issuer Credit Ratings**
Apply to obligors' capacity to meet financial commitments over a time horizon of one year and over.

## uyAAA
An obligor rated 'uyAAA' has a very strong capacity to meet its financial commitments relative to other Uruguay obligors.

## uyAA
An obligor rated 'uyAA' differs from the highest rated obligors only to a small degree, and has a strong capacity to meet its financial commitments relative to other Uruguay obligors.

## uyA
An obligor rated 'uyA' is somewhat more susceptible to the adverse effects of changes in circumstances and economic conditions than higher-rated obligors. Still, the obligor has a moderately strong capacity to meet its financial commitments relative to that of other Uruguay obligors.

## uyBBB
An obligor rated 'uyBBB' has an adequate capacity to meet its financial commitments relative to that of other Uruguay obligors. However, adverse economic conditions or changing circumstances are more likely to lead to a weakened capacity of the obligor to meet its financial commitments.

## uyBB, uyB, uyCCC, uyCC
Obligors rated 'uyBB', 'uyB', 'uyCCC', 'uyCC' on the Standard & Poor's Uruguay national rating scale are regarded as having high risk relative to other Uruguayan obligors. While such obligors will likely have some quality and procedures characteristics, these may be outweighed by large uncertainties or major exposure to adverse conditions relative to other Uruguay obligors.

## uyBB
An obligor rated 'uyBB' has a somewhat weak capacity to meet its financial commitments relative to that of other Uruguay obligors. The obligor faces ongoing uncertainties or exposure to adverse business, financial, or economic conditions which could result in an inadequate capacity on the part of the obligor to meet its financial commitments.

## uyB
An obligor rated 'uyB' has a weak capacity to meet its financial commitments relative to that of other Uruguay obligors. Adverse business, financial, or economic conditions will likely impair the obligor's capacity or willingness to meet its financial commitments.

## uyCCC
An obligor rated 'uyCCC' is currently vulnerable relative to other Uruguay obligors, and is dependent upon favorable business and financial conditions to meet its financial commitments.

## uyCC
An obligor rated 'uyCC' is currently highly vulnerable to defaulting on its financial commitments.

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.                                    796424 | 300000294

### 'R'

An obligor rated 'R' is under regulatory supervision owing to its financial condition. During the pendency of the regulatory supervision the regulators may have the power to favor one class of obligations over others or pay some obligations and not others.

The ratings from 'uyAA' to 'uyCCC' may be modified by the addition of a plus (+) or minus (-) sign to show relative strength within the rating category.

### 'uySD' and 'uyD'

An obligor rated 'uySD' (Selective Default) or 'uyD' has failed to pay one or more of its financial obligations (rated or unrated) when it came due. A 'uyD' rating is assigned when Standard & Poor's believes that the default will be a general default and that the obligor will fail to pay all or substantially all of its obligations as they come due. An 'uySD' rating is assigned when Standard & Poor's believes that the obligor has selectively defaulted on a specific issue or class of obligations but it will continue to meet its payment obligations on other issues or classes of obligations in a timely manner.

### Short-Term Issuer Credit Ratings

Apply to obligors' capacity to meet financial commitments over a time horizon of less than one year.

### uyA-1

The obligor's capacity to meet financial commitments on short-term obligations relative to that of other Uruguay obligors is strong.

### uyA-2

The obligor's capacity to meet financial obligations on short-term obligations relative to that of other Uruguay obligors is satisfactory.

### uyA-3

The obligor's capacity to meet financial commitments on short-term obligations relative to that of other Uruguay obligors is adequate. However, the obligor may be more vulnerable to adverse changes in business circumstances or economic conditions than higher-rated obligors.

### uyB

The obligor's capacity to meet financial commitments on short-term obligations, relative to that of other Uruguay obligors is weak, and vulnerable to adverse business, financial, or economic conditions.

### uyC

The obligor's capacity to meet commitments on short-term obligations is doubtful.

### 'R'

An obligor rated 'R' is under regulatory supervision owing to its financial condition. During the pendency of the regulatory supervision the regulators may have the power to favor one class of obligations over others or pay some obligations and not others.

### 'uySD' and 'uyD'

An obligor rated 'uySD' (Selective Default) or 'uyD' has failed to pay one or more of its financial obligations (rated or unrated) when it came due. A 'uyD' rating is assigned when Standard & Poor's believes that the default will be a general default and that the obligor will fail to pay all or substantially all of its obligations as they come due. A

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.                        796424 | 300000294

'uySD' rating is assigned when Standard & Poor's believes that the obligor has selectively defaulted on a specific issue or class of obligations but it will continue to meet its payment obligations on other issues or classes of obligations in a timely manner.

## Rating Outlook Definitions

A Standard & Poor's Uruguay national scale rating outlook assesses the potential direction of an obligor's long-term credit rating over the intermediate to longer-term. In determining a rating outlook, consideration is given to any changes in the economic and/or fundamental business conditions. An outlook is not necessarily a precursor of a rating change or future CreditWatch action.

- Positive indicates that ratings may be raised.
- Negative means ratings may be lowered.
- Stable indicates that ratings are not likely to change.
- Developing means ratings may be raised or lowered.
- N.M. means not meaningful.

## CreditWatch

CreditWatch highlights the potential direction of a short- or long-term rating. It focuses on identifiable events and short-term trends that cause ratings to be placed under special surveillance by Standard & Poor's analytical staff. These may include mergers, recapitalizations, voter referendums, regulatory action, or anticipated operating developments. Ratings appear on CreditWatch when such an event or a deviation from an expected trend occurs and additional information is necessary to evaluate the current rating. A listing, however, does not mean a rating change is inevitable, and whenever possible, a range of alternative ratings will be shown. CreditWatch is not intended to include all ratings under review, and rating changes may occur without the ratings having first appeared on CreditWatch. The "positive" designation means that a rating may be raised; "negative" means a rating may be lowered; and "developing" means that a rating may be raised, lowered, or affirmed.

## Debt Credit Ratings

A Standard & Poor's Uruguayan national scale debt credit rating is a current opinion of the creditworthiness of an obligor to meet the financial commitments associated to a specific debt, bond, lease, commercial paper program, certificate of deposit, or other financial instrument ("obligation") relative to the debt servicing and repayment capacity of other Uruguayan obligors with respect to their own financial obligations. Uruguayan obligors include all active borrowers, guarantors, insurers and other providers of credit enhancement domiciled in Uruguay, as well as any foreign obligor active in the Uruguayan financial markets.

A debt credit rating is not a recommendation to purchase, sell, or hold a specific obligation, as it does not comment on market price or suitability for a particular investor. Debt credit ratings are based on current information furnished by the obligors or obtained by Standard & Poor's from other sources deemed reliable. Standard & Poor's does not perform an audit in connection with any credit rating, and may, on occasion, rely on unaudited financial information. Debt credit ratings may be changed, suspended, or withdrawn as a result of changes in, or availability of, such information, or based on other circumstances.

Standard & Poor's Uruguayan national scale debt credit ratings are based, in varying degrees, on the following considerations:

- Likelihood of payment—the rating assesses the obligor's capacity and willingness to meet its financial

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.

796424 | 300006284

commitments in accordance with the terms of the obligation; compared to other Uruguayan obligors;
- The obligation's nature and provisions; and
- Protection afforded to, and relative position of, the obligation in the event of bankruptcy, reorganization, or other arrangement under bankruptcy laws and other laws affecting creditors' rights.

## Long-Term Debt Credit Ratings
Apply to obligations with an original maturity of one year and over.

### uyAAA
An obligation rated 'uyAAA' has the highest rating assigned on Standard & Poor's Uruguayan national scale. The obligor's capacity to meet its financial commitments on the obligation, relative to other Uruguayan obligors, is very strong.

### uyAA
An obligation rated 'uyAA' differs from the highest rated debt only to a small degree. The obligor's capacity to meet its financial commitments on the obligation, relative to other Uruguayan obligors, is strong.

### uyA
An obligation rated 'uyA' is somewhat more susceptible to adverse effects of changes in circumstances and economic conditions than higher-rated debt. Still, the obligor's capacity to meet its financial commitments on the obligation, relative to other Uruguayan obligors, is moderately strong.

### uyBBB
An obligation rated 'uyBBB' denotes adequate protection parameters relative to other Uruguayan obligations. However, adverse economic conditions or changing circumstances are more likely to lead to a weakened capacity on the part of the obligor to meet its financial commitments on the obligation.

### uyBB, uyB, uyCCC, uyCC, uyC
Obligations rated 'uyBB', 'uyB', 'uyCCC', 'uyCC' on the Standard & Poor's Uruguay national rating scale are regarded as having high risk relative to other Uruguayan obligations. While such obligations will likely have some quality and protective characteristics these may be outweighed by large uncertainties or major exposure to adverse conditions relative to other Uruguay obligations.

### uyBB
An obligation rated 'uyBB' denotes somewhat weak protection parameters relative to other Uruguayan obligations. the obligor's capacity to meet its financial commitments on the obligation is somewhat weak because of major ongoing uncertainties or exposure to adverse business, financial, or economic conditions.

### uyB
An obligation rated 'uyB' denotes weak protection parameters relative to other Uruguayan obligations. The obligor currently has the capacity to meet its financial commitments on the obligation. But adverse business, financial, or economic conditions would likely impair capacity or willingness of the obligor to meet its financial commitments on the obligation.

### uyCCC
An obligation rated 'uyCCC' is currently vulnerable to nonpayment relative to other Uruguayan obligations, and is dependent upon favorable business and financial conditions for the obligor to meet its financial commitments on the

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.

obligation.

## uyCC
An obligation rated 'uyCC' is currently highly vulnerable to nonpayment, relative to other Uruguayan obligations.

## uyC
The 'uyC' rating may be used to cover a situation where a bankruptcy petition has been filed or similar action has been taken, but payments on the obligation are being continued.

## uyD
An obligation is rated 'uyD' when it is in payment default, or the obligor has filed for bankruptcy. The 'uyD' rating is used when interest or principal payments are not made on the date due, even if the applicable grace period has not expired, unless Standard & Poor's believes that such payments will be made during such grace period. Additionally, Standard & Poor's may assign a 'uyD' rating to issues having been subject to a tender or exchange offer, regarding which any of the respective bondholders receives an amount of cash or other securities having a total value that is less than par.

The ratings from 'uyAA' to 'uyCCC' may be modified by the addition of a plus (+) or minus (-) sign to show relative strength within the rating category.

## Short-Term Debt Credit Ratings
Apply to obligations with an original maturity of less than one year.

## uyA-1
A short-term obligation rated 'uyA-1' is rated in the highest category on Standard & Poor's Uruguayan domestic scale. The obligor's capacity to meet its commitments on the obligation, relative to other Uruguayan obligors, is strong.

## uyA-2
A short-term obligation rated 'uyA-2' is slightly more susceptible to adverse changes in circumstances and economic conditions than obligations rated 'uyA-1'. The obligor's capacity to meet its financial commitments on the obligation, relative to other Uruguayan obligors, is satisfactory.

## uyA-3
A short-term obligation rated 'uyA-3' denotes adequate protection parameters relative to other short-term Uruguayan obligations. It is, however, more vulnerable to adverse effects of changes in circumstances than obligations carrying the higher designations.

## uyB
A short-term obligation rated 'uyB' denotes significant vulnerability to adverse business, financial, or economic conditions regarding timely payment of interest or repayment of principal, relative to other short-term Uruguayan obligations.

## uyC
A short-term obligation rated 'uyC' denotes doubtful capacity for payment.

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.

795424 | 300000284

### uyD

A short-term obligation rated 'uyD' denotes a payment default.

### Rating Outlook Definitions

A Standard & Poor's Uruguayan national scale rating outlook assesses the potential direction of an obligor's long-term credit rating over the intermediate to longer term. In determining a rating outlook, consideration is given to any changes in the economic and/or fundamental business conditions. An outlook is not necessarily a precursor of a rating change or future CreditWatch action.

- Positive indicates that ratings may be raised.
- Negative means ratings may be lowered.
- Stable indicates that ratings are not likely to change.
- Developing means ratings may be raised or lowered.
- N.M. means not meaningful.

### CreditWatch

CreditWatch highlights the potential direction of a short- or long-term rating. It focuses on identifiable events and short-term trends that cause ratings to be placed under special surveillance by Standard & Poor's analytical staff. These may include mergers, recapitalizations, voter referendums, regulatory action, or anticipated operating developments. Ratings appear on CreditWatch when such an event or a deviation from an expected trend occurs and additional information is necessary to evaluate the current rating. A listing, however, does not mean a rating change is inevitable, and whenever possible, a range of alternative ratings will be shown. CreditWatch is not intended to include all ratings under review, and rating changes may occur without the ratings having first appeared on CreditWatch. The "positive" designation means that a rating may be raised; "negative" means a rating may be lowered; and "developing" means that a rating may be raised, lowered, or affirmed.

Direct questions about Uruguay scale ratings to Fernanda Cravero in Buenos Aires at (54) 114-891-2133.

## OTHER CREDIT-RELATED OPINIONS

### Credit Assessment

A credit assessment is a preliminary indicator of Standard & Poor's opinion of creditworthiness that may be expressed in descriptive terms, a broad rating category or with the addition of a plus (+) or minus (-) sign to indicate relative strength within the category. It reflects our view of the general credit strengths and weaknesses of an issuer, obligor, a proposed financing structure, or elements of such structures. It may also pertain to limited credit matters or carve out certain elements of a credit that would ordinarily be taken into account in a credit rating. A credit assessment usually represents a point-in-time evaluation and Standard & Poor's generally does not maintain ongoing surveillance of credit assessments. A credit assessment is generally confidential.

### Credit Estimate

A credit estimate is a confidential indication, provided to a third party, of the likely Standard & Poor's issue or issuer credit rating on an unrated obligation or obligor. The estimate is based on input from a variety of sources including quantitative models, where applicable, and an abbreviated methodology that draws on analytical experience and sector knowledge of Standard & Poor's analysts. These estimates do not involve direct contact with the obligor's management or in-depth insight into operating, financial, or strategic issues that such contact allows.

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.                    796424 | 300000294

Standard & Poor's does not maintain ongoing surveillance on credit estimates, but periodic updates may be provided.

## Stand-Alone Rating

A stand-alone rating is the rating that Standard & Poor's would likely assign in the absence of constraint or enhancement by a third party (parent, subsidiary, guarantor, or government entity).

The ratings and other credit related opinions of Standard & Poor's and its affiliates are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or make any investment decisions. Standard & Poor's assumes no obligation to update any information following publication. Users of ratings and credit related opinions should not rely on them in making any investment decision. Standard &Poor's opinions and analyses do not address the suitability of any security. Standard & Poor's Financial Services LLC does not act as a fiduciary or an investment advisor. While Standard & Poor's has obtained information from sources it believes to be reliable, Standard & Poor's does not perform an audit and undertakes no duty of due diligence or independent verification of any information it receives. Ratings and credit related opinions may be changed, suspended, or withdrawn at any time.

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.                    796424 | 300000284

Copyright © 2010 by Standard & Poors Financial Services LLC (S&P), a subsidiary of The McGraw-Hill Companies, Inc. All rights reserved. No part of this information may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of S&P. S&P, its affiliates, and/or their thirdparty providers have exclusive proprietary rights in the information, including ratings, creditrelated analyses and data, provided herein. This information shall not be used for any unlawful or unauthorized purposes. Neither S&P, nor its affiliates, nor their third-party providers guarantee the accuracy, completeness, timeliness or availability of any information. S&P, its affiliates or their third-party providers and their directors, officers, shareholders, employees or agents are not responsible for any errors or omissions, regardless of the cause,or for the results obtained from the use of such information. S&P, ITS AFFILIATES AND THEIR THIRD-PARTY PROVIDERS DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE. In no event shall S&P, its affiliates or their third-party providers and their directors, officers, shareholders, employees or agents be liable to any party for any direct, indirect, incidental,exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs) in connection with any use of the information contained herein even if advised of the possibility of such damages.

The ratings and credit-related analyses of S&P and its affiliates and the observations contained herein are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or make any investment decisions. S&P assumes no obligation to update any information following publication. Users of the information contained herein should not rely on any of it in making any investment decision. S&P's opinions and analyses do not address the suitability of any security. S&P does not act as a fiduciary or an investment advisor. While S&P has obtained information from sources it believes to be reliable, S&P does not perform an audit and undertakes no duty of due diligence or independent verification of any information it receives. S&P keeps certain activities of its business units separate from each other in order to preserve the independence and objectivity of each of these activities. As a result, certain business units of S&P may have information that is not available to other S&P business units. S&P has established policies and procedures to maintain the confidentiality of certain non-public information received in connection with each analytical process.

S&P's Ratings Services business may receive compensation for its ratings and credit-related analyses, normally from issuers or underwriters of securities or from obligors. S&P reserves the right to disseminate its opinions and analyses. S&P's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge) and www. ratingsdirect.com (subscription), and may be distributed through other means, including via S&P publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.

Any Passwords/user IDs issued by S&P to users are single user-dedicated and may ONLY be used by the individual to whom they have been assigned. No sharing of passwords/user IDs and no simultaneous access via the same password/user ID is permitted. To reprint, translate, or use the data or information other than as provided herein, contact Client Services, 55 Water Street, New York, NY 10041; (1)212.438.7280 or by e-mail to: research_request@standardandpoors.com.

Copyright © 1994-{0} by Standard & Poor's Financial Services LLC, a subsidiary of The McGraw-Hill Companies, Inc. All Rights Reserved.

The McGraw-Hill Companies

796424 | 300000294