

**Moody's Investors Service**

99 Church Street
New York, New York 10007

March 29, 2007

Donald C. Grenesko
Senior VP / Finance and Administration
Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001

RE: Rating assessment service

At your request, Moody's Investors Service ("Moody's") has reviewed for credit rating purposes the business fundamentals and financial condition of Tribune Company ("Tribune") together with the plan to take the company private in a two-step transaction led by Sam Zell and his associates ("Zell Group"). Tribune proposes to utilize the proceeds from approximately $8.4 billion of net incremental debt and a $225 million investment by the Zell group to repurchase all of the existing common stock of Tribune at $33 per share (with a 5% ticking fee), net of option proceeds, to complete the transaction. As part of the plan, Tribune will (1) establish an Employee Stock Ownership Plan ("ESOP") on behalf of employees that will initially own approximately 95% of the company's common stock with management owning the balance; (2) issue to the Zell Group a warrant exercisable for an approximate 38% fully-diluted stake in the company; (3) issue to the Zell Group an 11-year $185 million floating rate pay-in-kind subordinated note; and (4) convert to an S-Corporation under the Internal Revenue Service ("IRS") code. The aforementioned actions are referred to below as the "privatization transaction".

The plan would result in a B2 Corporate Family Rating with a stable rating outlook. High leverage (approximately 9.5x pro forma at closing incorporating Moody's standard adjustments) after the conclusion of the transaction and the negligible amount of equity invested are key drivers of the B2 CFR and would weakly position the company at that rating level. We are concerned that the significant amount of leverage is occurring at a time of pressure on the company's advertising revenue and operating margins from online and cross media competition and cyclical fluctuations in the U.S. economy. In our view, this will make it difficult to materially reduce leverage over the intermediate term even if the company devotes the majority of its free cash flow from a sizable and diversified portfolio of print and broadcast properties to debt reduction.

In coming to its conclusions, the rating committee analyzed the information provided over the course of our rating relationship, specific information provided during our March 2007 meeting and subsequent presentations, related projections, e-mails and other information and telephone conversations. In addition, the rating committee gave consideration to: outside information sources pertaining to market conditions and long term trends in the television broadcasting and newspaper publishing sectors that

1

Professionals' Eyes Only                                              TRB0099118

Tribune's business segments operate; historical and projected operating performance, including various sensitized scenarios; and comparison and technical analysis.

Please note that Moody's conclusions are based upon the scenario presented by you and Moody's expectations regarding the company's financial fundamentals. Moody's retains the right to change its ratings and rating outlook if circumstances surrounding, but not limited to, the transaction, the company's financial profile, or the industry change. In addition, please be aware that the contents of this letter are strictly confidential. This letter is given as of the date hereof and we are under no duty to update the opinions contained herein. This rating assessment is only for the benefit of the company, its management and advisors, and should not otherwise be disclosed.

The potential cash benefits of the transaction partially mitigate the significant increase in required debt service and include the elimination of (1) U.S. federal income taxes due the S-Corp. election; (2) the dividend ($201 million in 2006) due to the company's private ownership; (3) approximately $60 million of annual cash contributions previously made to the company's 401(k) plan; and (4) approximately $20 million of expenses the company estimates were previously required to operate as a public company. We anticipate Tribune will pursue the sale of the Chicago Cubs and its 25% interest in Comcast SportsNet and will utilize the proceeds from asset sales and the bulk of its ongoing free cash flow to reduce debt. Moody's anticipates in the B2 rating that the aforementioned actions will lead to free cash flow exceeding $300 million annually, a reduction in debt-to-EBITDA to 8.25x or lower by 2009, and the maintenance of EBITDA less capital expenditures to interest expense of at least 1.2x, and these were key considerations in arriving at the B2 CFR.

The S-Corporation election is a critical component of the company's plan and we view Tribune's tax status as a significant potential risk. Tribune plans to obtain an opinion of counsel to support its expectation that the company will have no ongoing U.S. federal income tax obligation after completion of the privatization transaction due the S-Corp. election, but Tribune is not planning to request an IRS opinion to confirm the federal income tax-free status. We view the Zell group's $225 million subordinated note investment in the company as debt-like (Basket A hybrid: 100% debt) and believe there is a minimal amount of initial equity in the privatization transaction. The tax-free status and the effective elimination of the significant amount of deferred tax liabilities ($1.9 billion at 12/31/06) is a critical mitigating factor to the minimal amount of equity and is thus a key assumption factored into the B2 CFR. The ratings would likely be downgraded if the company's tax status differs from this assumption or the company makes cash payments to the Zell Group to fund any potential income tax payments the Zell Group investors might have due to an ownership interest in Tribune.

Moody's ratings assignments are summarized as follows:

| | |
|---|---|
| Corporate Family Rating | B2 |
| Probability of Default Rating | B2 |
| Commercial paper | Not Prime |
| Proposed guaranteed senior secured credit facilities | B1/LGD3 (33%) |
| Proposed guaranteed senior unsecured notes (a) | Caa1/LGD5 (78%) |

2

Professionals' Eyes Only                                    TRB0099119

| | |
|---|---|
| Existing senior notes/MTNs (b) | Caa1/LGD5 (88%) |
| Existing senior subordinated notes – PHONES | Caa1/LGD6 (94%) |

(a) New notes in second step and would have a subordinate guarantee
(b) Secured after first step

The rating assignments and loss-given default assessments on the individual debt instruments detailed above reflect the application of Moody's statistical notching model using the proposed debt mix as of December 31, 2007 detailed on page 9 (column D) of Tribune's March 2007 presentation with the following modifications:

- PHONES were modeled at the $1,256 million face amount instead of $900 million
- Proposed $225 million subordinated promissory note issued to the Zell group included as junior subordinated debt
- Term loan B modeled at $8,734 million instead of $8,826 million to reflect one year of amortization from the projected 12/31/07 closing date
- Revolver, trade payables (including broadcast right obligations) and lease rejections claims were included in accordance with Moody's notching methodology

Moody's did not incorporate the effect of the proposed sale of the Chicago Cubs and the 25% interest in Comcast SportsNet in the debt mix used in the above instrument ratings as Tribune has not entered into definitive sale agreements at present. However, we estimate that an approximate $375 million incremental reduction in the term loan from the amount modeled ($8,734 million) through free cash flow or anticipated net proceeds from a definitive sale agreement for the Cubs and Comcast SportsNet, would likely result in a Ba3 rating for the proposed guaranteed senior secured credit facilities, assuming no other changes to the debt mix.

Assumptions:
- Zell Group makes a $225 million investment in Tribune in exchange for a subordinated note and a warrant (Zell warrant); the warrant is exercisable into approximately 38% of the fully diluted shares of Tribune at an exercise price consisting of $350 million in cash plus the cancellation of the subordinate note;
- Tribune will issue approximately $11.2 billion of new debt consisting of a $2.1 billion senior unsecured note with the balance in term loans;
- Tribune will use the proceeds from the Zell Group investment and the new debt and the company's cash generated over the course of 2007 to fund the buyout of Tribune common stock at $33 per share with a 5% ticking fee ($8.2 billion net of option proceeds), refinance $2.8 billion of existing credit facilities, and pay an estimated $400 million of transaction fees;
- Tribune will convert to an S-Corporation and will have no obligation for U.S. federal income taxes upon completion of the proposed "privatization transaction";
- As represented to Moody's in our March 22, 2007 meeting, Tribune will not make cash payments to the Zell Group to fund any tax liability the Zell Group investors might have related to their ownership interest in Tribune and the Zell Group investors will fund any such tax liability through personal funds;

Professionals' Eyes Only

TRB0099120

- Tribune establishes an undrawn $750 million revolving credit facility and $263 million delayed draw term loan;
- Financial covenants in the proposed credit facility will provide cushion for a 15-20% reduction in EBITDA;
- Tribune will establish an ESOP plan that will hold approximately 95% of the company's common stock (approximately 57% if the Zell warrant is exercised);
- Tribune will appoint Great Banc as the independent trustee for the ESOP;
- Tribune will establish a nine person board of directors consisting of Sam Zell (Chairman), one other appointee from the Zell group, two management directors and five independent directors;
- Tribune will utilize after-tax proceeds of $500 - $600 million from the sale of the Chicago Cubs, its 25% interest in Comcast SportsNet, and Recycler to reduce debt;
- Tribune will discontinue its approximate $60 million annual contribution to the 401(k) plan and realize approximately $20 million of annual cost savings from the avoidance of expenses associated with operating as a public company;
- Tribune will repurchase certain properties held in the TMCT leases for $175 million in early 2008 and will make additional acquisitions/equity investments of approximately $75 – $100 million per year;
- Tribune will complete the contemplated leverage-buyout by the end of 2007

Moody's projected credit metrics based on the foregoing assumptions and Moody's expectations for the operations of the company are summarized as follows:

| ($ in millions) (1) | 2006A | 2007 | 2008 | 2009 |
|---|---|---|---|---|
| Adjusted Debt | $5,930 | $13,367 | $13,154 | $12,798 |
| Adjusted EBITDA | $1,421 | $1,411 | $1,574 | $1,549 |
| Adjusted FCF | $368 | $425 | $396 | $434 |
| Total Debt / EBITDA | 4.2x | 9.5x | 8.4x | 8.25x |
| FCF / Total Debt | 6.2% | 3.2% | 3.0% | 3.4% |
| (EBITDA – CapEx)/Interest | 4.0x | 1.9x | 1.4x | 1.4x |

(1) Incorporates Moody's standard adjustments; debt includes $225 million of Zell LLC Convertible Subordinate Notes and related PIK interest as a basket A hybrid (100% debt) and $1.256 bln PHONES as a basket B hybrid (75% debt).

Detailed Rating Considerations
The following factors outlined in Moody's U.S. Newspaper Rating Methodology are key drivers of the B2 CFR:

*Leverage and Debt Capacity:*
The privatization plan significantly increases Tribune's leverage with debt-to-EBITDA leverage of 9.5x and free cash flow to debt of 3.2%. This positions the company weakly within the single-B category for the rating factor. We expect leverage will remain high over the projection period and the company will need to show steady progress in reducing debt and leverage through the proposed assets sales and free cash flow to maintain the current rating.

Professionals' Eyes Only                                          TRB0099121

We believe the tax liability associated with asset sales within the initial 10-years of the S-Corporation election would likely make it difficult to meaningful reduce leverage due to Tribune's low tax basis in its assets. We nevertheless recognize that asset sales could provide a significant source of liquidity during that time period.

*Size, Scale and Resulting Cash Flow:*
Tribune's large size, scale and resulting operating cash flow is a credit strength and positions the company in the single-A range for this rating factor. Tribune has a good market position in its industries through its ownership of the second largest newspaper group in the U.S. based on publishing revenues, and the largest television group not owned by a network. This portfolio of assets crates a strong position in local markets served and significant scale that provides bargaining power with newsprint manufactures and television content providers, which translates into good cash flow generation capability.

We believe business risk is growing and are concerned that competition from online and other media outlets will continue to exert downward pressure on the company's revenue and operating margins. In our opinion, Tribune will be challenged to reduce operating costs by an amount sufficient to sustain the underlying earnings base. To reflect this risk, we anticipate in our projections a 5% deterioration in EBITDA through 2009 (prior to equity income). Nevertheless, we believe the elimination of the $60 million 401(k) contribution, $20 million of publicly company costs, and stock compensation ($41 million projected for 2007) as well as a growing cash equity income stream will allow the company to record an increase in EBITDA in 2008. We anticipate EBITDA will thereafter decline due to the competitive pressures on advertising. Faster-than-anticipated deterioration in underlying earnings or failure to realize the anticipated cost savings would weaken the company's cash generation and make it difficult to sustain the B2 corporate family rating.

*Business Diversification:*
Tribune's business diversification in the methodology is in the Baa range as approximately 74% of the company's revenue is derived from newspapers with the remainder derived from advertising-driven TV broadcast. We anticipate in the rating that the company will retain full ownership in its broadcast stations and any divestitures of those stations could materially weaken the company's business diversity rating factor score.

*Acquisition and Event Risk:*
We believe the company's significant leverage reduces the likelihood that the company will pursue debt-funded acquisitions over the intermediate term. However, we anticipate that Tribune will continue to make $50 – 100 million of annual acquisitions and equity investments funded out of free cash flow that could reduce the amount of cash available for debt reduction. In our view, acquisitions will likely lower the amount of cash flow available in the near term to reduce debt but could provide an additional source of ongoing earnings. However, we do not believe that an elimination of the acquisitions would result in an upgrade.

5

Professionals' Eyes Only                                        TRB0099122

*Liquidity:*
The substantial increase in debt when compared to cash and unused revolver capacity ($750 million) in conjunction with the privatization of the company diminishes Tribune's overall liquid resources relative to debt, resulting in a level below 20% until 2010, which is in the B range for the methodology. Moody's expects the increase in debt and associated interest will reduce the company's interest coverage from 4x at the end of 2006 to about 1.5x, well into the single B rating category for this factor.

Structural Considerations

Moody's ratings are based on the following proposed terms for the debt instruments:

- Proposed guaranteed senior credit facility will be supported by a pledge of the stock of certain of Tribune's domestic subsidiaries and an unconditional senior secured guarantee from the domestic subsidiaries;
- Proposed guaranteed senior unsecured notes will not have security but will be supported by an unconditional senior subordinate guarantee from the domestic subsidiaries;
- Tribune's existing senior unsecured notes/MTNs will remain unguaranteed but will be supported by the same collateral package as the senior credit facility due to tripping the negative pledge in the respective indentures;
- Tribune's existing senior subordinated notes (PHONES) will continue to be an unsecured and unguaranteed obligation.

Conclusions
Based on the above factors, Moody's Investors Service would assign Tribune a B2 Corporate Family Rating and a stable rating outlook. If the proposed transaction is announced, Moody's will place the existing ratings on review for downgrade and provide an indication as to our expected level for the CFR.

We would consider lowering the rating if the company does not make steady progress in reducing debt-to-EBITDA to 8.25x or below by 2009 as a result of a greater-than-anticipated decline in the company's existing earnings, failure to realize the anticipated costs savings, or slower-than-anticipated debt reduction. The ratings could be also be lowered if liquidity weakens or EBITDA less capital expenditures to interest is not maintained above 1.2x. We do not view an upgrade as likely over the intermediate term.

We would be happy to discuss our evaluation with you further. Once again we thank you for this opportunity. As always, please feel free to call me at 212/553-4026 with any comments or questions.

Sincerely,

John Puchalla
Assistant Vice President/Analyst
Moody's Investors Service

6

Professionals' Eyes Only                                                TRB0099123