# Real Estate Portfolio Cash Flow Volatility Ratings

Moody's Real Estate Portfolio Cash Flow Volatility Ratings represent opinions about the risks in real estate funds regarding cash flow volatility. Cash flow is defined here as Net Operating Income (NOI) generated by a portfolio. Volatility is assessed quantitatively from a property database at Moody's Japan, taking into consideration individual real estate property characteristics and portfolio diversity effects. The ratings are Japanese domestic ones and used only in the domestic market. They do not represent the risks regarding property value volatility. As assessments of an existing portfolio, they are not monitored.

| | |
|---|---|
| **CFV-1** | Portfolios rated CFV-1 are judged to have the most stable NOI, with minimal cash flow volatility risk. |
| **CFV-2** | Portfolios rated CFV-2 are judged to have stable NOI, with low cash flow volatility risk. |
| **CFV-3** | Portfolios rated CFV-3 are judged to have moderate cash flow volatility risk. |
| **CFV-4** | Portfolios rated CFV-4 are judged to have substantial cash flow volatility risk. |
| **CFV-5** | Portfolios rated CFV-5 are judged to have high cash flow volatility risk. |

*Note: A "+" and "-" modifier may be appended to each rating classification from CFV-2 to CFV-5. The "+" modifier indicates that the portfolio ranks at the higher end of its generic rating category; and the "-" modifier indicates that it ranks at the lower end of its letter rating category. Ratings without modifiers indicate a mid-range ranking.*

## Trustee Quality Ratings

Moody's Trustee Quality (TQ) Ratings are opinions regarding an organization's ability to manage the entrusted assets for the benefit of investors, relative to other trustees or common representatives within a given country. The ratings represent Moody's assessment of a trustee's organizational structure and other management characteristics, including its monitoring and reporting system, human resources allocation, information technology, operational controls and procedures, and master servicing capability.

The rating definitions are as follows, with an "nn" modifier signifying the relevant country, for example, TQ1.ar for Argentina, or TQ4.mx for Mexico. Moody's currently maintains trustee quality ratings for the following countries:

- Argentina (TQ.ar)
- Brazil (TQ.br)
- Mexico (TQ.mx)

| | |
|---|---|
| **TQ1.nn** | Strong management capability of entrusted assets for the benefit of the trust certificate holders. |
| **TQ2.nn** | Above-average management capability of entrusted assets for the benefit of the trust certificate holders. Trustee is judged to have "good" financial and operational stability. |
| **TQ3.nn** | Average management capability of entrusted assets for the benefit of the trust certificate holders. Trustee is judged to have average financial and operational stability. |
| **TQ4.nn** | Below average management capability of entrusted assets for the benefit of the trust certificate holders, and in financial and operational stability. |
| **TQ5.nn** | Weak management capability of entrusted assets for the benefit of the trust certificate holders, and weak financial and operational stability. |

# Lloyd's Syndicate Performance and Volatility Ratings

Moody's Lloyd's Syndicate Performance and Volatility Ratings have been developed in response to the needs of capital providers and insurance purchasers involved with the Lloyd's Market to compare the relative attraction of individual syndicates. The desire to identify those syndicates with the potential to outperform over the medium to long term is coupled with the requirement to identify syndicates with whom insurance purchasers are content to build long-term business relationships. Moody's Lloyd's Syndicate Performance and Volatility Ratings aim to address these needs.

### Lloyd's Syndicate Ratings

Qualitative ratings for each syndicate, based on an assessment of both quantitative and qualitative information, indicate Moody's view of the syndicate's relative long-run potential performance based on currently known factors. The ratings are relative to the rest of the syndicates operating in the Lloyd's market. It should be stressed that the ratings do not attempt to assess the security underlying Lloyd's policies.

The syndicate rating is forward looking, only using historical data as a basis for the assessment of the syndicate's future potential. The emphasis is therefore on a given syndicate's potential future performance rather than claims-paying ability.

| A+ | Lloyd's syndicates rated A+ for performance offer excellent performance and continuity characteristics, with a very high degree of likelihood that their potential future returns will significantly outperform the market average result over the cycle, and a very limited likelihood that their fundamentally strong position will be impaired. |
| --- | --- |
| A | Lloyd's syndicates rated A for performance offer very good performance and continuity characteristics, with a high degree of likelihood that their potential future returns will significantly outperform the market average result over the cycle. They are rated lower than A+ because longer-term risks appear somewhat larger. |
| A- | Lloyd's syndicates rated A- for performance offer good performance and continuity characteristics, with a high degree of likelihood that their potential future returns will outperform the market average result over the cycle. |
| B+ | Lloyd's syndicates rated B+ for performance offer above-average performance and continuity characteristics, with a good degree of likelihood that their potential future returns will outperform the market average result over the cycle. |
| B | Lloyd's syndicates rated B for performance offer average performance and continuity characteristics, with the likelihood that their potential future returns will be in line with the market average result over the cycle. |
| B- | Lloyd's syndicates rated B- for performance offer below average performance and continuity characteristics, with it being questionable whether their potential future returns will be in line with the market average result and the likelihood that they will perform below the market average result over the cycle and that they will offer below average continuity prospects to policyholders. |
| C+ | Lloyd's syndicates rated C+ for performance offer below-average performance and continuity characteristics, with a good degree of likelihood that their potential future returns will be below the market average result over the cycle and that they will offer below-average continuity prospects to policyholders. |
| C | Lloyd's syndicates rated C for performance offer below-average performance and continuity characteristics, with a good degree of likelihood that their potential future returns will be significantly below the market average result over the cycle and that they will offer significantly below-average continuity prospects to policyholders. |
| C- | Lloyd's syndicates rated C- for performance offer below-average performance and continuity characteristics, with a high degree of likelihood that their potential future returns will be significantly below the market average result over the cycle and that they will offer significantly below-average continuity prospects to policyholders. |

## Lloyd's Volatility Ratings

The volatility rating indicates Moody's view of the potential variability of a syndicate's underwriting returns over the insurance cycle based on the historical variability of pure year underwriting returns and the potential for catastrophe losses in the book currently underwritten, the ratings being relative to the rest of the syndicates operating in the Lloyd's market.

| | |
|---|---|
| Extremely High | Lloyd's syndicates rated Extremely High for volatility demonstrate the potential for returns to vary significantly from their mean due to the nature of the book of business written. Syndicates in the Extremely High rating category include all those syndicates demonstrating potential volatility in their returns that is in excess of the six relative rating categories of Low to Very High, this category not being relative on an absolute basis to the underlying rating categories. |
| Very High, High, Above Average, Average, Below Average | Lloyd's syndicates rated in these categories are considered to demonstrate the potential for their returns to be respectively up to two, three, four, five and six times more variable than those syndicates in the Low rating category, due to the nature of the book of business written. |
| Low | Lloyd's syndicates rated Low for volatility demonstrate the lowest potential for returns to vary from their mean, relative to the other syndicates trading at Lloyd's, due to the nature of the book of business written. |

# Hybrid Security Baskets

In determining equity credit for a hybrid security, Moody's analyzes the instrument along three dimensions of equity: No Maturity, No Ongoing Payments, and Loss Absorption. For each of these dimensions, Moody's ranks the instrument's features as either None, Weak, Moderate, or Strong, where None represents more debt-like and Strong represents more equity-like. The equity credit assigned to the instrument -- expressed in baskets from A to E -- weights the rankings for each dimension depending on the credit quality of the issuer.

### *Classifications for Hybrid Baskets*

| Basket | Debt | Equity |
|--------|------|--------|
| A | 100% | 0 |
| B | 75% | 25% |
| C | 50% | 50% |
| D | 25% | 75% |
| E | 0% | 100% |

# Other Rating Symbols

## Expected ratings - e

To address market demand for timely information on particular types of credit ratings, Moody's has licensed to certain third parties the right to generate "Expected Ratings." Expected Ratings are designated by an "e" after the rating code, and are intended to anticipate Moody's forthcoming rating assignments based on reliable information from third party sources (such as the issuer or underwriter associated with the particular securities) or established Moody's rating practices (i.e., medium term notes are typically, but not always, assigned the same rating as the note's program rating). Expected Ratings will exist only until Moody's confirms the Expected Rating, or issues a different rating for the relevant instrument. Moody's encourages market participants to contact Moody's Ratings Desk or visit www.moodys.com if they have questions regarding Expected Ratings, or wish Moody's to confirm an Expected Rating.

## Provisional Ratings - (P)

As a service to the market and typically at the request of an issuer, Moody's will assign a provisional rating when it is highly likely that the rating will become final after all documents are received, or an obligation is issued into the market. A provisional rating is denoted by placing a (P) in front of the rating. Such ratings may also be assigned to shelf registrations under SEC rule 415.

## Refundeds - #

Issues that are secured by escrowed funds held in trust, reinvested in direct, non-callable US government obligations or non-callable obligations unconditionally guaranteed by the US Government or Resolution Funding Corporation are identified with a # (hatch mark) symbol, e.g., #Aaa.

## Withdrawn - WR

When Moody's no longer rates an obligation on which it previously maintained a rating, the symbol WR is employed. Please see Moody's Guidelines for the Withdrawal of Ratings, available on www.moodys.com.

## Not Rated - NR

NR is assigned by a rating committee to an unrated issuer, obligation and/or program.

## Not Available - NAV

An issue that Moody's has not yet rated is denoted by the NAV symbol.

## Terminated Without Rating - TWR

The symbol TWR applies primarily to issues that mature or are redeemed without having been rated.

# Other Rating Services

## Credit Estimates

Credit estimates are one-time opinions of the approximate credit quality of individual securities or financial contracts. They are opinions about overall credit quality and are generally used in conjunction with a securitization.

## Internal Ratings

Moody's internal ratings are unpublished credit assessments assigned to certain securities and issuers where the underlying credit components are not publicly rated but need to be evaluated to support other published ratings.

## Underlying Ratings

An underlying rating is Moody's published assessment of a particular debt issue's credit quality absent credit enhancement. Moody's will assign and publicly release an underlying rating requested by an issuer for debt that is entirely credit enhanced. The rating scale is identical to the one used for Moody's long-term obligation ratings.

# Policies and Procedures

## Rating Outlooks

A Moody's rating outlook is an opinion regarding the likely direction of an issuer's rating over the medium term. Where assigned, rating outlooks fall into the following four categories: Positive (POS), Negative (NEG), Stable (STA), and Developing (DEV - contingent upon an event). In the few instances where an issuer has multiple ratings with outlooks of differing directions, an "(m)" modifier (indicating multiple, differing outlooks) will be displayed, and Moody's written research will describe any differences and provide the rationale for these differences. A RUR (Rating(s) Under Review) designation indicates that the issuer has one or more ratings under review for possible change, and thus overrides the outlook designation. When an outlook has not been assigned to an eligible entity, NOO (No Outlook) may be displayed.

## Watchlist

Moody's uses the Watchlist to indicate that a rating is under review for possible change in the short-term. A rating can be placed on review for possible upgrade (UPG), on review for possible downgrade (DNG), or more rarely with direction uncertain (UNC). A credit is removed from the Watchlist when the rating is upgraded, downgraded or confirmed.

## Confirmation of a Rating

A confirmation occurs when a rating is removed from Watchlist. Rating confirmations are formally entered in Moody's databases and rating action lists (rating release sheets), and are communicated via a press release.

## Affirmation of a Rating

Affirmations are used to indicate that the current rating remains in force. Affirmations are communicated through a press release and may occur:

- following an informal review
- following the release of new information by the issuer
- following a major market event (such as regulatory changes, a major acquisition, and/or market turbulence, etc.)
- in conjunction with an Outlook change

There may be other situations in which ratings are affirmed.

New York ▪ Tokyo ▪ London ▪ Paris ▪ Sydney ▪ San Francisco ▪ Frankfurt ▪ Madrid ▪ Dallas ▪ Toronto
Hong Kong ▪ Singapore ▪ Limassol ▪ São Paulo ▪ Milan ▪ Mexico City ▪ Beijing ▪ Buenos Aires ▪ Taipei
Chicago ▪ Johannesburg ▪ Jersey City ▪ Boston ▪ Seoul ▪ Moscow ▪ Mumbai ▪ Prague ▪ Jakarta



*Moody's Investors Service*