

Global Credit Research
Rating Action
23 APR 2007

**Rating Action:** Tribune Company

Moody's Downgrades Tribune (CFR to Ba3), Assigns Ba2 to New Credit Facility

**Approximately $9.4 Billion of Debt Instruments Affected**

New York, April 23, 2007 -- Moody's Investors Service downgraded Tribune Company's ("Tribune") Corporate Family rating to Ba3 from Ba1, existing senior unsecured notes to B2 from Ba1, and subordinated notes (PHONES) to B2 from Ba2. The rating actions reflect the significant increase in leverage that will result from Tribune's repurchase of approximately $4.2 billion of common stock through a tender offer in the first step of its plan to go private, and that the increase in leverage is occurring at a time of pressure on Tribune's advertising revenue and operating margins.

Moody's also assigned Ba2 ratings to Tribune's proposed guaranteed senior secured credit facilities consisting of a $750 million revolver, $7.015 billion term loan B and $263 million delayed drawn term loan. Tribune plans to utilize the proceeds to refinance its existing $2.8 billion of credit facilities and fund the first step tender offer. All ratings remain on review for downgrade. Moody's specific rating actions are detailed as follows:

Downgrades:

..Issuer: Tribune Company

....Corporate Family Rating, Downgraded to Ba3 from Ba1

....Probability of Default Rating, Downgraded to Ba3 from Ba1

....Issuer Rating, Downgraded to B2 from Ba1

....Senior Unsecured Regular Bond/Debenture, Downgraded to B2 (LGD5-84) from Ba1 (LGD3-48)

....Senior Unsecured Medium-Term Note Program, Downgraded to B2 from Ba1

....Subordinate Conv./Exch. Bond/Debenture, Downgraded to B2 from Ba2

....Multiple Seniority Shelf, Downgraded to (P)B2 from (P) Ba1 and (P)Ba2

Assignments:

..Issuer: Tribune Company

....Senior Secured Bank Credit Facility, Assigned Ba2 (LGD3-37)

Tribune is planning to go private for a combined common stock purchase price, including transaction fees, of approximately $8.7 billion (at $34 per share) in a two-step transaction. The second step involves a buyout of the remaining approximate $4.2 billion of common stock and is subject to shareholder and regulatory approval. Moody's expects to conclude the review for downgrade once these contingencies are resolved. Moody's will likely downgrade the CFR to B2 with a stable rating outlook if (1) the second step is completed in accordance with the transaction structure outlined in Tribune's April 1, 2007 Form 8-K and; (2) industry conditions, the company's cash flow generation and anticipated asset sale proceeds are in line with Moody's expectations.

The Ba3 CFR, individual debt instrument ratings, and Loss Given Default assessments are based on the anticipated debt mix and leverage (7.1x debt-to-EBITDA pro forma 12/31/06) upon completion of the first step and do not incorporate the effect of the second step or proposed asset sales. A downgrade of the CFR to B2 would likely result in the ratings for the proposed bank credit facilities moving to B1 from Ba2 based on the capital mix outlined in Tribune's April 1, 2007 Form 8-K (prior to the effect on the debt mix from proposed asset sales). In addition, Moody's would downgrade the ratings for the existing senior unsecured notes and PHONES to Caa1 from B2. The Loss Given Default assessments and point estimates for Tribune's debt

instruments are also subject to change based upon the company's debt structure upon completion of the second step and execution of definitive agreements for proposed asset sales.

If the second step is not completed, Moody's will review the company's asset composition, operating strategies, tax status, ownership, and financial policies to determine the appropriate rating level but expects that the current leverage profile would result in a CFR no higher than Ba3.

The Ba2 rating on the proposed credit facilities reflects the first priority status relative to other debt as a result of the senior unsecured guarantees from all material operating subsidiaries and the pledge of the stock of certain subsidiaries. The collateral pledge of the stock to the credit facilities will trigger the negative pledge in the existing senior unsecured notes and, accordingly, those notes will become secured with the same collateral package as the proposed credit facilities. The B2 rating on the existing notes nevertheless reflects that they will remain unguaranteed and are subordinate to a material amount of credit facilities because of this absence of subsidiary guarantees. The B2 rating on the PHONES reflects that the notes will remain unguaranteed and unsecured obligations of Tribune and will be contractually subordinate to the new credit facilities and the existing senior notes.

Tribune's existing Ba1 bank credit facility ratings remain on review for downgrade pending completion of the tender offer. Moody's will withdraw the ratings on these existing bank facilities upon completion of the step one financing.

Tribune Company, headquartered in Chicago, Illinois, is a leading media company with operations in television and radio broadcasting, publishing, education and interactive services.

New York
John E. Puchalla
Asst Vice President - Analyst
Corporate Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

New York
Mark Gray
Managing Director
Corporate Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

© Copyright 2007, Moody's Investors Service, Inc. and/or its licensors including Moody's Assurance Company, Inc. (together, "MOODY'S"). All rights reserved.

ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY COPYRIGHT LAW AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. All information contained herein is obtained by MOODY'S from sources believed by it to be accurate and reliable. Because of the possibility of human or mechanical error as well as other factors, however, such information is provided "as is" without warranty of any kind and MOODY'S, in particular, makes no representation or warranty, express or implied, as to the accuracy, timeliness, completeness, merchantability or fitness for any particular purpose of any such information. Under no circumstances shall MOODY'S have any liability to any person or entity for (a) any loss or damage in whole or in part caused by, resulting from, or relating to, any error (negligent or otherwise) or other circumstance or contingency within or outside the control of MOODY'S or any of its directors, officers, employees or agents in connection with the procurement, collection, compilation, analysis, interpretation, communication, publication or delivery of any such information, or (b) any direct, indirect, special, consequential, compensatory or incidental damages whatsoever (including without limitation, lost profits), even if MOODY'S is advised in advance of the possibility of such damages, resulting from the use of or inability to use, any such information. The credit ratings and financial reporting analysis observations, if any, constituting part of the information contained herein are, and must be construed solely as, statements of opinion and not statements of fact or recommendations to purchase, sell or hold any securities. NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER WHATSOEVER. Each rating or other opinion must be weighed solely as one factor in any investment decision made by or on behalf of any user of the information contained herein, and each such user must accordingly make its own study and evaluation of each security and of each issuer and guarantor of, and each provider of credit support for, each security that it may consider purchasing, holding or selling.

MOODY'S hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by MOODY'S have, prior to assignment of any rating, agreed to pay to MOODY'S for appraisal and rating services rendered by it fees ranging from $1,500 to approximately $2,400,000. Moody's Corporation (MCO) and its wholly-owned credit rating agency subsidiary, Moody's Investors Service (MIS), also maintain policies and procedures to address the independence of MIS's ratings and rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold ratings from MIS and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually on Moody's website at www.moodys.com under the heading "Shareholder Relations - Corporate Governance - Director and Shareholder Affiliation Policy."