From: Christopher.Piron@fitchratings.com
Date: 05/04/2007 10:19:02 AM
To: henry.w.higbie@jpmorgan.com
Subject: Fitch Ratings Announcement - Tribune
Number of attachments: 1

Henry-

I wanted to make sure you saw this.  We would welcome the chance to get
out Media team in front of your banking team.

Best,

Chris Piron


Fitch Rates Tribune Facility 'BB'; Downgrades IDR to 'B+'; Watch
Negative
Ratings
03 May 2007 4:35 PM (EDT) Fitch Ratings-Chicago-03 May 2007: Fitch
Ratings
has assigned a 'BB' rating to Tribune Co.'s new senior secured credit
facility. Fitch has also downgraded the company's Issuer Default
Rating
(IDR) to 'B+' from 'BB-'. The ratings remain on Rating Watch Negative.
(See full list of ratings actions below.)


--Issuer Default Rating (IDR) downgraded to 'B+' from 'BB-';
--Senior unsecured notes downgraded to 'B-/RR6' from 'BB-';
--Subordinated exchangeable debentures due 2029 downgraded to
'CCC+/RR6'
from 'B+'.
--CP rating of 'B' withdrawn.


Fitch rates the following:
--Senior secured credit facility 'BB/RR2'.


The existing senior unsecured revolving credit facility rating of 'BB-'
is
expected to be withdrawn following completion of step one of the
financing.

Highly Confidential - Attorneys' Eyes Only

JPM_00321488

The rating actions reflect the financing involved in the first step of the
company's two-step transaction. The first step involves:

--Establishment of an ESOP which purchases a $250 million stake in Tribune;
--$4.3 billion cash tender for 126 million shares at $34 per share;
--The issuance of a new term loan B for $7.015 billion establishment of a
$750 million revolving credit facility and $263 million delayed-draw term
loan and the refinancing of existing credit facilities;
--An initial investment by EGI-TRB, L.L.C. (the Zell Entity) of $250 million;
--Payment of transaction fees.

Funded debt, pro forma for successful completion of step one, is
approximately $9.5 billion, and pro forma step one leverage (debt to
EBITDA) is approximately 7 times (x) and is expected to be completed in
the second quarter of 2007.

The Recovery Ratings (RRs) and notching reflect Fitch recovery
expectations under a distressed scenario. Tribune's RRs for both steps
reflect Fitch's expectation that the enterprise value of the company, and
hence, recovery rates for its creditors, will be maximized in a
restructuring scenario (as a going concern), rather than a liquidation.

Following a successful completion of step one, the 'RR2' recovery rating
for the company's new credit facilities reflects Fitch belief that 71%-90%
recovery is reasonable given its priority position. The recovery rating of
'RR6' for the $1.5 billion of senior unsecured notes and for the $1.3
billion of subordinated exchangeable debentures (PHONES) due 2029 reflects
Fitch's estimate that negligible recovery would be achievable due to their
position in the capital structure.

In step two:

--A subsidiary of the ESOP merges with Tribune with Tribune surviving as a
wholly-owned subsidiary of the ESOP;
--Zell Entity invests an incremental $65 million;
--The company establishes a $2.105 billion incremental term loan B
facility and a $2.1 billion bridge facility (or issues $2.1 billion of

Highly Confidential - Attorneys' Eyes Only

senior unsecured notes);
--The company purchases the remaining outstanding shares for $4.3 billion;

--Necessary regulatory approvals are expected to be obtained.

Exclusive of asset disposition proceeds, pro forma debt after step two would be approximately $13 billion and pro forma leverage would be approximately 9x-9.5x. Separately the company has announced plans to sell
the Cubs and its stake in Comcast Sports Net following the 2007 season.

Step two is expected to be completed in the fourth quarter of 2007. If the
transaction is not consummated as proposed, Fitch believes it is not likely that another course of action would result in an IDR higher than 'B+'.

The rating actions below are based on the assumptions that step two is completed as proposed and the business risk profile remains steady. Fitch
would expect to remove the ratings from Rating Watch and assign a Stable
Outlook. Given the timeframe and uncertainties between steps one and two,
Fitch notes that the ultimate ratings may differ from the guidance below.

--Issuer Default Rating (IDR) to 'B-' from 'B+';
--Senior secured revolving credit facility to 'B/RR3' from 'BB/RR2';
--Senior unsecured notes to 'CCC/RR6' from 'B-/RR6';
--Subordinated exchangeable debentures due 2029 to 'CCC-/RR6' from 'CCC+/RR6'.

Assuming a successful completion of step two, Fitch expects to lower the
recovery rating for the company's first priority credit facilities (which
would include the incremental $2.105 term loan B) to 'RR3' from 'RR2' reflecting Fitch's belief that 51%-70% recovery is reasonable. While recognizing they have different levels of priority, Fitch would expect to
assign an 'RR6' to the proposed $2.1 billion of new unsecured notes and maintain the 'RR6' on existing senior unsecured and subordinated
exchangeable debentures (PHONES). The 'RR6' ratings reflect Fitch's estimate that negligible recovery would be achievable due to their subordination in the capital structure.

Fitch's ratings reflect the priority and security of the different debt instruments. The step-one bank facilities and step-two incremental
facility will be secured by a pledge of stock from two newly formed

Highly Confidential - Attorneys' Eyes Only
JPM_00321490

holding companies: Tribune Broadcasting Holdco LLC and Tribune Finance LLC. These facilities will also receive a senior guarantee from the same operating subsidiaries. The step-two bridge facility will have a subordinated guarantee from certain operating subsidiaries. The existing notes will be secured equally and ratably by the pledge of stock in the new holdcos (in accordance with the negative pledge in their indentures) but will not receive a guarantee from operating subsidiaries and will thus be subordinated to the secured bank debt and potential new senior unsecured bonds.

Fitch's rating actions also reflect the significant debt burden the announced transaction places on the company's balance sheet while its revenue and cash flow have been declining. Fitch believes that newspapers and broadcast affiliates (particularly in large markets where there is more competition for advertising dollars) face meaningful secular headwinds that could lead to more cash flow volatility in the future. With fixed charge coverage estimated to be below 1.3x there is very little room to absorb declines in EBITDA.

The company derives a material portion of its cash flow from volatile classified categories (Auto, Help Wanted, and Real Estate) of its publishing division. This category is presently facing both secular and cyclical challenges with revenues down approximately 15% in the first quarter of 2007. Also, with the limited track record and uncertain future performance of the nascent CW network, the company's cash flows from the bulk of its broadcast stations could fluctuate even more than the historical odd/even-year political and Olympic swings that are inherent in the business. Fitch believes these factors could impair the company's ability to service its debt, particularly if coupled with a cyclical downturn.

Fitch's expectation to assign a Stable Outlook after step two of the transaction is predicated upon the view that Tribune's portfolio of assets affords it the flexibility to postpone and potentially avoid financial distress even if its core businesses under-perform to a degree. The company's portfolio is separable in that parts of its holdings could be liquidated to generate cash without significant organizational burden. (Fitch expects final credit documents would require that 100% of proceeds from non-ordinary course asset sales would be used to pay down the secured facility subject to certain exceptions). Notable separable assets include

Highly Confidential - Attorneys' Eyes Only

JPM_00321491

the Food Network (31%) and CareerBuilder (43%) stakes in addition to its
11 newspapers and 23 broadcast stations. Fitch recognizes there has been
demonstrated interest in the Food Network stake and in a number of the
company's newspapers and stations from a mix of financial and strategic
buyers. While there may be tax considerations with certain assets and the
CareerBuilder stake could be difficult to monetize without the consent of
its partners, Fitch believes the composition of the company's portfolio
enhances management's options and flexibility if faced with potential
financial distress in the core business.

Resolution of the Rating Watch will include Fitch's evaluation of the
company's strategic direction, ultimate transaction structure, review of
credit documents, pro forma credit metrics and overall financial
policies.
The resolution will incorporate Fitch's view of the risks of accelerated
deterioration in the company's major business lines and markets.

For additional information on Tribune and Fitch's approach to the
newspaper and broadcasting industries, visit the Fitch web site at
'www.fitchratings.com'.

Fitch's Recovery Ratings (RR) are a relative indicator of creditor
recovery prospects on a given obligation within an issuers' capital
structure in the event of a default. A broad overview of Fitch's RR
methodology as it relates to specific sectors can be found at
'www.fitchratings.com/recovery'.

Contact: Mike Simonton, CFA +1-312-368-3138, Chicago; or Brendan
Buckley
+1-212-908-0640 or Jamie Rizzo, CFA +1-212-908-0548, New York.

Media Relations: Brian Bertsch, New York, Tel: +1 212-908-0549.

(Embedded image moved to file: pic23319.gif)

Confidentiality Notice:  The information in this e-mail and any
attachment(s) is confidential and for the use of the addressee(s) only.
If you have received this e-mail in error, please delete this e-mail.

Highly Confidential - Attorneys' Eyes Only

JPM_00321492

Unauthorized use, reliance, disclosure or copying of the contents of this e-mail, or any similar action, is prohibited.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

Highly Confidential - Attorneys' Eyes Only

JPM_00321493