Global Credit Research
Rating Action
18 MAY 2007

Moody's Investors Service

Rating Action: Tribune Company

Moody's Assigns Ba2 Rating to Tribune's Tranche "X" Term Loan

**Approximately $7 Billion of Debt Affected**

New York, May 18, 2007 -- Moody's Investors Service assigned a Ba2 rating to Tribune Company's ("Tribune") proposed $1.5 billion senior secured tranche X term loan due in 2009 ("bridge loan"). The amount of the bridge loan was reallocated from the proposed $7.015 billion term loan B, which is now reduced to $5.515 billion. Tribune plans to utilize the proceeds to refinance its existing $2.8 billion of credit facilities and fund the approximate $4.2 billion first step tender offer for Tribune common stock as part of the company's privatization plan.

The bridge loan and term loan have the same senior unsecured guarantee from material operating subsidiaries, and an identical collateral pledge consisting of the stock of certain subsidiaries. Accordingly, Moody's believes the priority of the bridge loan and term loan B is the same and has assigned a Ba2 rating and LGD3-37 assessment to both instruments. However, the bridge loan has required amortization of $750 million in 18 months (versus 1% annual amortization on the term loan B) and is entitled to all mandatory prepayments, including from asset sales, until the bridge loan is repaid. Moody's believes the increase in required debt service due to the bridge loan's $750 million amortization and two year maturity raises refinancing risk.

All ratings, including Tribune's Ba3 Corporate Family Rating (CFR) remain on review for downgrade. Moody's will likely downgrade the CFR to B2 with a stable rating outlook if (1) the second step of the privatization plan is completed in accordance with the transaction structure outlined in Tribune's April 1, 2007 Form 8-K and; (2) industry conditions, the company's cash flow generation and anticipated asset sale proceeds are in line with Moody's expectations. A downgrade of the CFR to B2 would likely result in the ratings for the proposed bank credit facilities, including the $1.5 billion tranche X term loan and $5.515 billion term loan B, moving to B1 from Ba2 based on the capital mix outlined in Tribune's April 1, 2007 Form 8-K (prior to the effect on the debt mix from proposed asset sales). Please see Moody's April 23, 2007 press release and the credit opinion posted on www.moodys.com for additional information.

Assignments:

..Issuer: Tribune Company

....Senior Secured Bank Credit Facility, Assigned Ba2 (LGD3-37)

Tribune Company, headquartered in Chicago, Illinois, is a leading media company with operations in television and radio broadcasting, publishing, education and interactive services.

New York
Mark Gray
Managing Director
Corporate Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

New York
John E. Puchalla
Asst Vice President - Analyst
Corporate Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

© Copyright 2007, Moody's Investors Service, Inc. and/or its licensors including Moody's Assurance Company, Inc. (together, "MOODY'S"). All rights reserved.

ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY COPYRIGHT LAW AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED,

REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. All information contained herein is obtained by MOODY'S from sources believed by it to be accurate and reliable. Because of the possibility of human or mechanical error as well as other factors, however, such information is provided "as is" without warranty of any kind and MOODY'S, in particular, makes no representation or warranty, express or implied, as to the accuracy, timeliness, completeness, merchantability or fitness for any particular purpose of any such information. Under no circumstances shall MOODY'S have any liability to any person or entity for (a) any loss or damage in whole or in part caused by, resulting from, or relating to, any error (negligent or otherwise) or other circumstance or contingency within or outside the control of MOODY'S or any of its directors, officers, employees or agents in connection with the procurement, collection, compilation, analysis, interpretation, communication, publication or delivery of any such information, or (b) any direct, indirect, special, consequential, compensatory or incidental damages whatsoever (including without limitation, lost profits), even if MOODY'S is advised in advance of the possibility of such damages, resulting from the use of or inability to use, any such information. The credit ratings and financial reporting analysis observations, if any, constituting part of the information contained herein are, and must be construed solely as, statements of opinion and not statements of fact or recommendations to purchase, sell or hold any securities. NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER WHATSOEVER. Each rating or other opinion must be weighed solely as one factor in any investment decision made by or on behalf of any user of the information contained herein, and each such user must accordingly make its own study and evaluation of each security and of each issuer and guarantor of, and each provider of credit support for, each security that it may consider purchasing, holding or selling.

MOODY'S hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by MOODY'S have, prior to assignment of any rating, agreed to pay to MOODY'S for appraisal and rating services rendered by it fees ranging from $1,500 to approximately $2,400,000. Moody's Corporation (MCO) and its wholly-owned credit rating agency subsidiary, Moody's Investors Service (MIS), also maintain policies and procedures to address the independence of MIS's ratings and rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold ratings from MIS and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually on Moody's website at www.moodys.com under the heading "Shareholder Relations - Corporate Governance - Director and Shareholder Affiliation Policy."