**BMO Capital Markets | U.S.**

April 2, 2007

# Tribune Company
(TRB-NYSE)

Broadcasting

Leland Westerfield
BMO Capital Markets Corp.
212-885-4121
lee.westerfield@bmo.com

Dan Salmon
212-885-4029
dan.salmon@bmo.com

Stock Rating: Market Perform
Industry Rating: Underperform

### Zell Offers Fair Value, Equating with 11.5x TV and 7.0x Newspaper EBITDA

#### Event
The Tribune board accepted a $34 per share offer to privatize, and to do so through complex deal involving a cash tender and a merger into an Employee Stock Ownership Program (ESOP).

#### Impact
Neutral to TRB shares, which trade at a 3% discount to the offer. The valuation pricing strikes us as fair; we estimate that it equates with 7.0x Newspaper and 11.5x Broadcast & Entertainment projected EBITDA net of sundry assets and debt, levels in line with pure-play TV and Newspaper comparables. The timing: likely to close in 4Q, with two main obstacles hurdled; first, FCC approval of TV license transfers in cross-ownership markets will not be needed due to corporate-continuity of the merger into an ESOP (a change-of-control of TV assets would have necessitated an FCC review of the licenses, jeopardizing the TV/newspaper cross-ownership grandfathering in Chicago); and second, shareholder approval will likely proceed smoothly given that Chandler Trusts have agreed to vote in favor of the transaction. The odds of a competing bid: a low $25m break-up fee to Zell leaves the door ajar for the Burkle/Broad camp, but after raising their bid once by all accounts we see a second raise as improbable.

#### Forecasts
Unchanged from recently reduced levels.

#### Valuation
Raising price target to $34, reflecting the offer price.

#### Recommendation
Maintain MARKET PERFORM. Risk to new target would be a higher, unsolicited offer for Tribune

### Securities Info

| | | | |
|---|---|---|---|
| Price (30 Mar) | $32.11 | Target Price | $34 ↑ |
| 52-Wk High/Low | $34/$27 | Dividend | $0.72 |
| Mkt Cap (mm) | $8,927 | Yield | 2.2% |
| Shs O/S (mm, BASIC) | 278.0 | Final O/S (mm) | 156.7 |
| Options O/S (mm) | 14.0 | ADVol (25-day, 000s) | 1,078 |

### Price Performance



### Valuation/Financial Data

| (FY-Dec.) | 2005A | 2006A | 2007E | 2008E |
|---|---|---|---|---|
| EPS GAAP | $2.08 | $1.86 | $1.94 | $2.11 |
| P/E | | | 16.6x | 15.2x |
| First Call Cons. | | | | |
| FCF | $2.11 | $1.18 | $1.85 | $1.93 |
| P/FCF | | | 17.4x | 16.6x |
| EBITDA ($mm) | $1,460 | $1,328 | $1,312 | $1,328 |
| EV/EBITDA | | | 8.8x | 8.7x |
| Rev. ($mm) | $5,596 | $5,547 | $5,372 | $5,432 |
| EV/Rev | | | 2.1x | 2.1x |
| Quarterly EPS | 1Q | 2Q | 3Q | 4Q |
| 2006A | $0.36 | $0.55 | $0.39 | $0.57 |
| 2007E | $0.35 | $0.57 | $0.40 | $0.62 |

| Balance Sheet Data (12/29/06) | | | |
|---|---|---|---|
| Net Debt ($mm) | $2,607 | TotalDebt/EBITDA | 3.8x |
| Tota. Debt ($mm) | $5,005 | EBITDA/IntExp | 3.9x |
| Net Debt/Cap. | 28.0% | Price/Book | 1.8x |

| Changes | Target |
|---|---|
| | $32.00 to $34.00 |

Please refer to pages 11 to 13 for Disclosure Statements, including the Analyst's Certification.

BMO Capital Markets                                          Tribune Company

## Overview of the Deal

In this note, we provide a more detailed breakdown of valuation and compilation of assets.

By accepting the Zell offer of $34 per share, the Tribune Board has brought to a close a drawn-out strategic review process. The offer equates with $8.6 billion in equity value for an estimated 254 million common shares and in-the-money share equivalents; the offer also represents what we would characterize as the "best available fair price"; the valuation mirrors levels where comparable Newspaper and Broadcasting asset values now trade (a more detailed break-down follows), and it reflects the practical realities that became increasingly evident earlier in the process when many larger private equity firms showed their reluctance to bid.

First, about the deal itself from the perspective of current TRB investors, the offer contemplates a two-stage process:

- In stage one, a tender offer of $34 in cash for approximately 126 million common shares, or approximately 49.5% of the fully diluted outstanding, will likely occur in 2Q07. Normal dividends will be suspended.

- In stage two, a merger between old TribuneCo and new ESOP will occur after shareholder vote and FCC approval and other financing conditions have been achieved, likely in 4Q07; upon the merger, all remaining TribuneCo shares will convert into cash of $34 per share.

In midday trading on Monday, April 2, TRB shares were trading at a 3.1% discount to the offer price, reflecting the short two-to-three month timetable anticipated in stage one and six-eight month timeline in stage two.

*Thus, given a slender trading spread, we view the only substantial upside occurring in the unlikely event that a raised bid occurred; given the cupboard had been run dry with other large private equity firms, we see the Broad/Burkle camp as the only likely outfit at this stage. In the case of the Broad/Burkle camp, we would be surprised if they opted to raise their offer for what would apparently be a second occasion from initial levels.*

BMO Capital Markets                                                                    Tribune Company

## Overview of the Assets

Below we briefly review Tribune's various TV station and newspaper assets, indicating cross-ownership in the same market in bold and italics. The key markets, from both a size and cross-ownership standpoint include the nation's Top 3 (New York, Los Angeles and Chicago) as well as Miami and Hartford.

Exhibit 1 – Tribune Company Newspaper and Television Station Assets and Details

| \multicolumn{5}{l}{Television Stations (not including satellite stations)} | \multicolumn{6}{l}{Newspaper Assets} |
|---|---|---|---|---|---|---|---|---|---|---|
| Calls | Affiliation | Market Name | Market Rank | TV HH | Newspaper | Daily Circulation | Sunday Circulation | Primary Market | Market Rank | Frequency |
| WPIX | CW | New York, NY | 1 | 7367 | Newsday | 433700 | 497500 | New York, NY | 1 | Daily |
| KTLA | CW | Los Angeles, CA | 2 | 5611 | Hoy | 60000 | NA | New York, NY | 1 | Daily |
| WGN-TV | CW | Chicago, IL | 3 | 3455 | Advocate, The | 24600 | 27800 | New York, NY | 1 | Daily |
| WPHL-TV | MyNetwork | Philadelphia, PA | 4 | 2941 | Greenwich Time | 10700 | 11200 | New York, NY | 1 | Daily |
| KDAF | CW | Dallas-Ft. Worth, TX | 6 | 2379 | Los Angeles Times | 847600 | 1239400 | Los Angeles, CA | 2 | Daily |
| WDCW | CW | Washington, DC | 8 | 2272 | Chicago Tribune | 590000 | 960600 | Chicago, IL | 3 | Daily |
| KHCW | CW | Houston, TX | 10 | 1982 | Morning Call | 111700 | 151600 | Philadelphia, PA | 4 | Daily |
| KCPQ | FOX | Seattle, WA | 14 | 1724 | South Boston Tribune | NA | NA | Boston, MA | 7 | Weekly |
| KMY | MyNetwork | Seattle, WA | 14 | 1724 | Hyde Park Tribune | NA | NA | Boston, MA | 7 | Weekly |
| WSFL-TV | CW | Miami, FL | 16 | 1539 | Jamaica Plain Citizen | NA | NA | Boston, MA | 7 | Weekly |
| KWGN-TV | CW | Denver, CO | 18 | 1432 | South Florida Sun-Sentinel | 237700 | 331100 | Miami, FL | 16 | Daily |
| KTXL | FOX | Sacramento, CA | 20 | 1369 | Margate/Coconut Creek Forum, The | NA | NA | Miami, FL | 16 | Weekly |
| KP_R-TV | CW | St. Louis, MO | 21 | 1229 | Orlando Sentinel, The | 224600 | 336200 | Orlando, FL | 19 | Daily |
| KRCW-TV | CW | Portland, OR | 23 | 1118 | Tribune-Review | 103400 | 169500 | Pittsburgh, PA | 22 | Daily |
| WTTK/WTTV | CW | Indianapolis, IN | 25 | 1061 | New Kensington Valley News Dispatch | 28800 | 29100 | Pittsburgh, PA | 22 | Daily |
| WXIN | FOX | Indianapolis, IN | 25 | 1061 | Valley Independent | 14000 | NA | Pittsburgh, PA | 22 | Daily |
| KSWB-TV | CW | San Diego, CA | 27 | 1030 | Leader-Times | 8200 | NA | Pittsburgh, PA | 22 | Daily |
| WTIC-TV | FOX | Hartford, CT | 28 | 1015 | Daily Courier | 7600 | NA | Pittsburgh, PA | 22 | Daily |
| WTXX | CW | Hartford, CT | 28 | 1015 | Times-Express | NA | NA | Pittsburgh, PA | 22 | Weekly |
| WXMI | FOX | Grand Rapids, MI | 39 | 735 | Community News | NA | NA | Pittsburgh, PA | 22 | Weekly |
| WPMT | FOX | Harrisburg, PA | 41 | 714 | Dispatch, The | NA | NA | Pittsburgh, PA | 22 | Weekly |
| WGNO | ABC | New Orleans, LA | 54 | 567 | Baltimore Sun, The | 241800 | 410300 | Baltimore, MD | 24 | Daily |
| WNOL-TV | CW | New Orleans, LA | 54 | 567 | Hartford Courant, The | 185400 | 270700 | Hartford, CT | 28 | Daily |
| | | | | | Polk County News Journal | NA | NA | Greenville,SC-Asheville, NC | 36 | Weekly |
| | | | | | Times Journal | NA | NA | Greenville,SC-Asheville, NC | 36 | Weekly |
| | | | | | Daily Press | 88100 | 111100 | Norfolk, VA | 42 | Daily |
| | | | | | Virginia Gazette, The | NA | NA | Norfolk, VA | 42 | Weekly |
| | | | | | El Reno Tribune | NA | NA | Oklahoma City, OK | 46 | Weekly |
| | | | | | Sussex Surry Dispatch | NA | NA | Richmond, VA | 61 | Weekly |
| | | | | | Tidewater Review, The | NA | NA | Richmond, VA | 61 | Weekly |
| | | | | | Taylor Clarion & Burwell Tribune | NA | NA | Lincoln, NE | 104 | Weekly |
| | | | | | News-Observer, The | NA | NA | Macon GA | 121 | Weekly |
| | | | | | Pelham Journal, The | NA | NA | Albany GA | 145 | Weekly |
| | | | | | Calexico Chronicle | NA | NA | Yuma, AZ-El Centro, CA | 167 | Weekly |
| | | | | | Holtville Tribune | NA | NA | Yuma, AZ-El Centro, CA | 167 | Weekly |
| | | | | | Imperial Valley Weekly | NA | NA | Yuma, AZ-El Centro, CA | 167 | Weekly |

*Bolded and Italicized assets represent cross-ownership markets*

Source: Company reports and BMO Capital Markets estimates.

In addition to the actual TV stations and newspapers, Tribune owns and/or has an equity investment in a variety of "sundry" assets. This group of assets can be generally grouped into three categories:

- The affiliated Chicago-area assets (WGN cable superstation, the WGN-AM News/Talk radio station and the Chicago Cubs.

- Other cable and online stakes, including a 42.5% stake in CareerBuilder network of job search-related websites and a 31% stake in The Food Network and its highly trafficked affiliated website.

In Exhibit 2 below, we briefly review the most significant of this bunch. Note that Tribune has announced that it will sell the Chicago Cubs and its interest in the local Comcast SportsNet in order to pay down debt.

### Exhibit 2 – Tribune Company Sundry Assets and Minority Equity Stakes

| Asset Class | Details |
|---|---|
| **Cable Network Assets** | |
| WGN Superstation | National cable network, featuring syndication-heavy lineup and Chicago Cubs games |
| 31% of The Food Network | National cable network featuring Food and Lifestyle programming. E.W. Scripps is a fellow owner and handles day-to-day operations of the network and foodnetwork.com, which attracts 7-11 million unique users per month, tops in the food category. |
| 25% of Comcast SportsNet Chicago | Regional Sports Network (RSN) featuring primarily Chicago professional and amateur sports programming. |
| **Radio Assets** | |
| WGN-AM in Chicago | The top-rated News/Talk station in Chicago, and second overall in the latest (winter) ratings book. |
| **Online Assets** | |
| 42.5% of Careerbuilder | The network of job search sites, including flagship Careerbuilder.com attracts around 20-22 million unique users per month. Co-owners are Gannett and McClatchy, with the latter holding a smaller position than Gannett and Tribune |
| Tribune Interactive | In essence, the TV station and Newspapers' affiliated websites, the network attracts around 11-13 million unique visitors per month. |
| **Other** | |
| The Chicago Cubs | Beloved Major League Baseball team based on the south side of Chicago at historic Wrigley Field. |

Source: Company reports and BMO Capital Markets estimates.

BMO Capital Markets                                                                 Tribune Company

## Valuation

First and foremost, we view the $34 valuation of TRB shares as fair. As Exhibit 4 shows, the $34 price would fall just below the implied value if we use the current pure-play multiples for TV broadcasting and newspaper assets. So how then do we call it "fair" if our sum-of-the-parts matrix argues for perhaps another $1 of value?

The devil, as always is in the details of course. The core newspaper multiple is slightly higher than we believe should be applied to TRB shares because The Dow Jones Company is valued at 8.6x 2008E EBITDA, thus pulling the group multiple up. We believe Dow Jones trades at the higher multiple because of its robust electronic business data segment. Moreover, both Gannett and the New York Times Company trade at 6.9x. If we move to the left from fair value using current industry multiples that include Dow Jones, we arrive at a calculation that values TRB at just above $34.

Furthermore, with the spate of announcements concerning retransmission agreements for TV groups affiliated with the "Big Four" networks, the group of pure-play TV broadcasting company stocks has seen material stock price appreciation over the past 6-9 months. We would argue, however, that Tribune's mainly CW-affiliated TV station group does not deserve this same premium due to the less attractive prospects for material retransmission revenue.

In this case, we slide up the sum-of-the-parts matrix of valuations from current industry multiple levels and again land squarely in the $34 per TRB share range.

Exhibit 3 – Historical Pure-play Newspaper and TV Broadcasting EBITDA Valuation



Source: Company reports and BMO Capital Markets estimates.

Other companies mentioned (priced midday on April 2, 2007):

Dow Jones (DJ, $34.22, Not Rated)
Gannett (GCI, $56.28, Not Rated)
New York Times Company (NYT, $23.38, Not Rated)

Exhibit 4 – Sum of the Parts Multiple Matrix and Implied Valuation ($millions, except per share data)

Publishing Multiple

|  | 6.50x | 6.75x | 7.00x | 7.25x | 7.50x | 7.75x | 8.00x | 8.25x | 8.50x |
|---|---|---|---|---|---|---|---|---|---|
| 10.00x | $30.32 | $31.47 | $32.27 | $33.08 | $33.88 | $34.69 | $35.49 | $36.30 | $37.10 |
| 10.25x | $30.69 | $31.86 | $32.66 | $33.47 | $34.27 | $35.08 | $35.88 | $36.69 | $37.49 |
| 10.50x | $31.05 | $32.25 | $33.06 | $33.86 | $34.66 | $35.47 | $36.27 | $37.08 | $37.88 |
| 10.75x | $31.42 | $32.64 | $33.46 | $34.25 | $35.06 | $35.86 | $36.67 | $37.47 | $38.28 |
| 11.00x | $31.79 | $33.03 | $33.84 | $34.64 | $35.45 | $36.25 | $37.06 | $37.86 | $38.67 |
| 11.25x | $32.15 | $33.43 | $34.23 | $35.03 | $35.84 | $36.64 | $37.45 | $38.25 | $39.06 |
| 11.50x | $32.52 | $33.82 | $34.62 | $35.43 | $36.23 | $37.04 | $37.84 | $38.65 | $39.45 |
| 11.75x | $32.89 | $34.21 | $35.01 | $35.82 | $36.62 | $37.43 | $38.23 | $39.04 | $39.84 |
| 12.00x | $33.26 | $34.60 | $35.41 | $36.21 | $37.01 | $37.82 | $38.62 | $39.43 | $40.23 |

(Broadcasting & Entertainment Multiple)

 = Current Pure-Play Trading Multiples

 = Historical Pure-Play Trading Multiples

|  | 2007E/2008E |  | 2007E/2008E |
|---|---|---|---|
| Current Pure-play TV Multiple: | 11.7x | Newspaper Cash Flow | 922 |
| Current Newspaper Multiple: | 7.2x | Broadcasting/Entertainment Cash Flow | 449 |
|  |  | Less: Corporate expense | (41) |
| Historical Pure-play TV Multiple: | 10.9x | Net (debt) & investments | (1,648) |
| Historical Newspaper Multiple: | 8.8x | Fully diluted shares & equivalents | 276 |

*2008 multiples and estimates for newspaper, average of 2007/2008 for TV to account for political cycle*

Source: Company reports and BMO Capital Markets estimates.

BMO Capital Markets                                                                                                    Tribune Company

Exhibit 5 - Tribune Company Valuation ($millions, except per share data)

Tribune Company
Valuation
In millions except as noted
December fiscal year

| Market capitalization | 2-Apr-07 | | | 2006A | 2007E | 2008E | |
|---|---|---|---|---|---|---|---|
| TRB Stock price ($) | $32.99 | | | | | | |
| Net (cash) & investments per share, projected | | | | ($9.38) | ($7.30) | ($5.93) | |
| GAAP diluted shares | | | | 276 | 241 | 241 | |
| All diluted shares & equivalents, fully converted | | | | 278 | 278 | 278 | |
| Equity market capitalization | | | | 9,147 | 9,147 | 9,147 | |
| Net cash (debt) & investments, projected | | | | (2,608) | (2,031) | (1,648) | |
| Enterprise value (EV) | | | | 11,754 | 11,178 | 10,794 | |
| EV / EBITDA | | | | 8.9x | 8.5x | 8.1x | |
| P / E | | | | 17.9x | 16.9x | 15.6x | |
| P / FCF | | | | 27.9x | 17.7x | 17.1x | |

| Estimates | 2003A | 2004A | 2005A | 2006A | 2007E | 2008E | % cagr '06-08 |
|---|---|---|---|---|---|---|---|
| Net revenue | 5,595 | 5,726 | 5,598 | 5,517 | 5,572 | 5,432 | (1.0%) |
| EBITDA | 1,589 | 1,582 | 1,450 | 1,328 | 1,312 | 1,328 | 0.0% |
| (Debt and preference equity) | (2,575) | (2,590) | (3,202) | (5,005) | (5,005) | (5,005) | |
| Cash + options & warrants | 1,556 | 1,390 | 1,474 | 1,457 | 2,034 | 2,417 | |
| Equity in non-consolidated enterprises | 0 | 0 | 0 | 940 | 940 | 940 | |
| Net (debt) cash & investments | (1,019) | (1,200) | (1,738) | (2,608) | (2,031) | (1,648) | |
| EBITDA | 1,589 | 1,582 | 1,450 | 1,328 | 1,312 | 1,328 | |
| - Interest expense | 192 | 150 | 148 | 260 | 338 | 309 | |
| - cash taxes | -266 | -328 | -358 | -510 | -245 | -272 | |
| CapX | 194 | 217 | 206 | 222 | 204 | 203 | |
| Free cash flow (EBITDA-interest-current taxes-capex) | 937 | 887 | 739 | 336 | 524 | 544 | 27.3% |
| EBITDA, per all diluted shares | $4.38 | $4.45 | $4.23 | $4.78 | $4.72 | $4.78 | |
| Net (debt), per all diluted shares | (2.79) | (3.30) | (5.18) | (9.38) | (7.30) | (5.93) | |
| EPS, FAS 142 basis 2000-2004 | 2.61 | 2.24 | 2.08 | 1.80 | 1.94 | 2.11 | |
| Free cash flow, per all diluted shares | 2.50 | 2.47 | 2.11 | 1.18 | 1.85 | 1.90 | |

| Discounted cash flow analysis | Required ROE | | | 2006A | 2007E | 2008E | terminal equity |
|---|---|---|---|---|---|---|---|
| Free cash flow (to common equity) | | | | $336 | $524 | $544 | |
| EBITDA and terminal value @ 0x | 0.0x | | | | 1,312 | 1,328 | 10,395 |
| FCF and terminal value of perpetual FCF (a) | 8.6x | | | | | | 4,660 |
| CPI assumption | | 2.5% | | | | | |
| Cost of debt, after-tax | | 6.3% | | Equity and start-up investments | | | |
| Market weighted cost of capital (wacc) | | 9.2% | | | $12 Public companies | | |
| | | | | | 928 Private assets | | |
| | | | | | 0 Non public ventures | | |
| Target value & required public market ROE | 8.0% | 7,133 | $26 | | | | |
| | 10.0% | 6,770 | $24 | | | | |
| | 12.0% | 6,432 | $23 | | | | |

| Valuation (based on sum of assets) | 2007E | 2008E | Value | 2007E | 2008E | 2007E | 2008E |
|---|---|---|---|---|---|---|---|
| Newspaper publishing OCF | 943 | 922 | 7.3x | 6,840 | 6,687 | $25 | $24 |
| Television station BCF | 369 | 407 | 10.2x | 3,759 | 4,141 | $14 | $15 |
| Radio BCF | 11 | 11 | 9.0x | 101 | 103 | $0 | $0 |
| Tribune Entertainment pre-development OCF | 49 | 51 | 10.0x | 491 | 506 | $2 | $2 |
| (Corporate EBITDA) | (40) | (41) | 8.2x | (330) | (333) | ($1) | ($1) |
| Enterprise value (EV), projected | | | | 10,860 | 11,104 | $39 | $40 |
| Net (debt) & investments, projected | | | | (2,031) | (1,648) | ($7) | ($6) |
| Equity value | | | | 8,829 | 9,456 | $32 | $34 |
| EBITDA target multiple of 2007E & 2008E | | | | | | 8.8x | 8.4x |
| EPS target multiple of 2007E & 2008E | | | | | | 17.5x | 16.1x |
| FCF target multiple of 2007E & 2008E | | | | | | 18.3x | 17.6x |
| Price objective, per diluted share | | | | | | | $34.00 |
| % potential appreciation | | | | | | | 6.4% |

(a) FCF multiple = 1 / (wacc - real FCF growth). FCF excludes changes in working capital.

Source: Company reports and BMO Capital Markets estimates.

BMO Capital Markets                                                                                                   Tribune Company

Exhibit 6   Tribune Company Income Statement ($millions, except per share data)

| 2-Apr-07<br>December fiscal year | Full year<br>2005A | Q1A | 2006A<br>Q2A | Q3A | Q4A | Full year<br>2006A | Q1E | 2007E<br>Q2E | Q3E | Q4E | Full year<br>2007E | Full year<br>2008E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | |
| Broadcasting & entertainment net revenue | 1,400 | 303 | 404 | 393 | 356 | 1,464 | 257 | 350 | 389 | 310 | 1,314 | 1,370 |
| Publishing net revenue | 4,097 | 997 | 1,028 | 956 | 1,111 | 4,093 | 949 | 1,023 | 952 | 1,103 | 4,027 | 4,053 |
| Net revenue | | | | | | | | | | | | |
| Acquisitions/dispositions | | | | | | | | | | | | |
| Pro forma net revenue | | | | | | 5,547 | | | | | 5,472 | 5,432 |
| % growth | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Operating expenses** | | | | | | | | | | | | |
| Selling & general excluding corporate, estimated | (1,478) | (352) | (381) | (396) | (412) | (1,513) | (350) | (349) | (348) | (347) | (1,395) | (1,381) |
| Cost of sales | (2,617) | (536) | (675) | (675) | (665) | (2,651) | (585) | (662) | (690) | (700) | (2,625) | (2,683) |
| Cost of sales | (4,093) | (888) | (1,050) | (1,043) | (1,077) | (4,164) | (915) | (1,011) | (1,037) | (1,058) | (4,020) | (4,064) |
| | | | | | | | | | | | | |
| Broadcasting & entertainment station operating income | 490 | 82 | 124 | 121 | 119 | 447 | 69 | 108 | 122 | 110 | 409 | 446 |
| Publishing cash flow | 1,013 | 229 | 251 | 195 | 271 | 935 | 223 | 263 | 131 | 277 | 943 | 922 |
| Other | 0 | 0 | 0 | 0 | (0) | 0 | (0) | 0 | (0) | (0) | (0) | (0) |
| Corporate overhead | (43) | (20) | (14) | (13) | (7) | (54) | (10) | (10) | (10) | (10) | (40) | (41) |
| EBITDA (operating cash flow) | | | | | | 1,326 | | | | | 1,315 | 1,328 |
| % margin | | | | | | 24% | | | | | 24% | 24% |
| Acquisitions/dispositions | | | | | | 30 | | | | | 30 | 0 |
| Pro forma EBITDA | 1,460 | 291 | 362 | 303 | 396 | 1,356 | 260 | 370 | 293 | 378 | 1,342 | 1,328 |
| % growth | | | | | | | | | | | | |
| Net (cash) and venture assets | | | | | | | | | | | | |
| Depreciation & amortization | (228) | (58) | (55) | (57) | (59) | (228) | (58) | (58) | (58) | (57) | (230) | (229) |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating income | 1,232 | 235 | 306 | 235 | 323 | 1,100 | 233 | 304 | 235 | 319 | 1,091 | 1,099 |
| | | | | | | | | | | | | |
| Interest (expense), net | (148) | (47) | (45) | (80) | (89) | (260) | (91) | (84) | (83) | (81) | (338) | (309) |
| Other / equity interests / minority interests, charges | 41 | 7 | 28 | 19 | 28 | 81 | 10 | 10 | 10 | 10 | 10 | 80 |
| Pre-tax income | 1,125 | 195 | 288 | 174 | 264 | 921 | 142 | 230 | 162 | 248 | 783 | 850 |
| | | | | | | | | | | | | |
| Current | (388) | (57) | (103) | (106) | (245) | (510) | (41) | (75) | (48) | (92) | (215) | (272) |
| Deferred | (73) | (25) | (14) | 32 | 119 | 113 | (15) | (15) | (15) | (15) | (60) | (86) |
| Taxes | (461) | (81) | (117) | (74) | (125) | (398) | (56) | (90) | (63) | (97) | (305) | (332) |
| % effective tax rate | 41% | 42% | 41% | 43% | 47% | 43% | 39% | 39% | 39% | 39% | 39% | 39% |
| Preferred Dividends, net of tax | (8) | (2) | (2) | (2) | (2) | (8) | (2) | (2) | (2) | (2) | (8) | (8) |
| Net income, continuing ops | 656 | 111 | 169 | 98 | 137 | 515 | 85 | 138 | 97 | 149 | 470 | 510 |
| Free cash (EBITDA-interest-current taxes-capex) (4) | | | | | | 528 | | | 150 | 109 | 510 | 520 |
| % margin | 13% | | | | | 10% | | | | | 9% | 10% |
| % growth | (17%) | | | | | (35%) | | | | | (3%) | 2% |
| | | | | | | | | | | | | |
| **Per share** | | | | | | | | | | | | |
| EBITDA, all diluted shares | $4.22 | | | | | $4.76 | | | | | $4.73 | $4.78 |
| Tax (cash), all diluted shares | ($0.18) | ($0.52) | ($0.15) | ($0.53) | ($0.90) | ($0.90) | ($0.01) | (7.8%) | (7.5%) | (7.9%) | (7.30) | (9.90) |
| EPS | $2.06 | $0.36 | $0.55 | $0.38 | $0.57 | $1.86 | $0.36 | $0.57 | $0.40 | $0.54 | $1.91 | $2.17 |
| Free cash, all diluted shares (4) | 2.11 | | | | | 1.91 | | | | | 1.85 | 1.95 |
| Dividends per common share | ($0.72) | ($0.18) | ($0.18) | ($0.18) | ($0.18) | ($0.72) | ($0.18) | ($0.18) | ($0.18) | ($0.18) | ($0.72) | ($0.72) |
| **Shares outstanding** | | | | | | | | | | | | |
| Basic | 312 | 304 | 304 | 253 | 241 | 275 | 241 | 241 | 241 | 241 | 241 | 241 |
| Options | 33 | 34 | 34 | 34 | 33 | 34 | 33 | 33 | 33 | 33 | 33 | 33 |
| Warrants | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Convertible preferred | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| GAAP diluted shares | 310 | 305 | 304 | 253 | 241 | 270 | 241 | 241 | 241 | 241 | 241 | 241 |
| All diluted shares (converting all equivalents) | 345 | 342 | 342 | 291 | 278 | 278 | 278 | 278 | 278 | 278 | 278 | 278 |

Source: Company reports and BMO Capital Markets estimates.

BMO Capital Markets					Tribune Company

Exhibit 7 – Tribune Company Balance Sheet ($millions, except per share data)

| | 2 Apr-07 December fiscal year | Full year 2005A | 2006A Q1A | Q2A | Q3A | Q4A | Full year 2006A | 2007E Q1E | Q2E | Q3E | Q4E | Full year 2007E | Full year 2008E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | |
| Cash | | 151 | 138 | 111 | 208 | 175 | 175 | 539 | 589 | 673 | 751 | 751 | 1,135 |
| Receivables | | 708 | 721 | 903 | 707 | 766 | 766 | 603 | 760 | 737 | 793 | 793 | 800 |
| Inventories | | 44 | 43 | 40 | 40 | 41 | 41 | 57 | 61 | 57 | 66 | 66 | 66 |
| Other current assets | | 108 | 198 | 131 | 148 | 358 | 358 | 397 | 398 | 399 | 400 | 400 | 404 |
| Current assets | | 1,493 | 1,401 | 1,394 | 1,500 | 1,377 | 1,377 | 1,656 | 1,809 | 1,866 | 2,011 | 2,011 | 2,405 |
| Plant & equipment, net | | 1,732 | 1,700 | 1,676 | 1,649 | 1,685 | 1,685 | 1,682 | 1,679 | 1,675 | 1,672 | 1,672 | 1,660 |
| Goodwill & other intangibles, net | | 9,006 | 9,361 | 9,089 | 9,012 | 8,978 | 8,978 | 8,902 | 8,899 | 8,895 | 8,892 | 8,892 | 8,878 |
| Other assets | | 2,225 | 1,914 | 2,073 | 1,900 | 1,360 | 1,360 | 1,377 | 1,394 | 1,411 | 1,429 | 1,429 | 1,502 |
| **Assets** | | 10,516 | 14,376 | 14,232 | 14,162 | 13,400 | 14,420 | 13,617 | 13,780 | 13,848 | 14,003 | 14,003 | 14,446 |
| | | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | | |
| Short term debt | | 302 | 200 | 846 | 1,718 | 1,420 | 1,420 | 1,420 | 1,420 | 1,420 | 1,420 | 1,420 | 1,420 |
| Payables | | 168 | 540 | 625 | 673 | 152 | 152 | 302 | 346 | 335 | 361 | 361 | 354 |
| Other / deferred revenue | | 976 | 603 | 478 | 436 | 966 | 966 | 976 | 986 | 995 | 1,005 | 1,005 | 1,046 |
| Current liabilities | | 1,447 | 1,343 | 1,949 | 2,827 | 2,547 | 2,547 | 2,706 | 2,760 | 2,759 | 2,795 | 2,795 | 2,839 |
| Debt | | 2,959 | 2,952 | 2,250 | 3,557 | 3,576 | 3,576 | 3,576 | 3,576 | 3,576 | 3,576 | 3,576 | 3,576 |
| Other liabilities | | 3,415 | 3,411 | 3,380 | 3,347 | 2,956 | 2,956 | 2,973 | 2,988 | 3,003 | 3,018 | 3,018 | 3,079 |
| Preferred equity & LYONs | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Convert Preferred C D-1, D-2 | | 107 | 107 | 107 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Common & paid-in capital | | 3,764 | 3,764 | 3,793 | 1,509 | 1,161 | 1,161 | 1,138 | 1,095 | 1,051 | 1,008 | 1,008 | 834 |
| Retained earnings (deficit) | | 2,825 | 2,792 | 2,823 | 2,942 | 3,138 | 3,138 | 3,223 | 3,361 | 3,458 | 3,607 | 3,607 | 4,118 |
| **Liabilities & equity** | | 14,516 | 14,370 | 14,233 | 14,182 | 13,379 | 13,379 | 13,617 | 13,780 | 13,848 | 14,003 | 14,003 | 14,446 |
| | | | | | | | | | | | | | |
| **Analysis** | | | | | | | | | | | | | |
| Receivable days | | 54 | 53 | 49 | 53 | 48 | 51 | 54 | 47 | 51 | 48 | 53 | 54 |
| Payable days | | 11 | 25 | 37 | 41 | 26 | 11 | 17 | 21 | 23 | 22 | 17 | 24 |
| Depreciation rate (years) | | 8 | 8 | 8 | 8 | 7 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Adjusted Assets (total assets minus intangibles) | | 5,249 | | | | | 4,246 | | | | | 4,351 | 4,432 |
| Return on average Adjusted Assets (FCF / AA) | | 14% | | | | | 7% | | | | | 12% | 12% |
| Leverage (Debt less cash / run-rate EBITDA) | | 2.1x | | | | | 3.6x | | | | | 3.2x | 2.9x |

Source: Company reports and BMO Capital Markets estimates.

BMO Capital Markets  Tribune Company

Exhibit 8  Tribune Company Cash Flow Statement ($millions, except per share data)

| | 1-Apr-07<br>December fiscal year | Full year<br>2005A | 2006A | | | | Full year<br>2006A | 2007E | | | | Full year<br>2007E | Full year<br>2008E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Q1A | Q2A | Q3A | Q4A | | Q1E | Q2E | Q3E | Q4E | | |
| **Cash flow statement** | | | | | | | | | | | | | |
| *Cash from operations* | | | | | | | | | | | | | |
| Net income | | 556 | 111 | 169 | 98 | 137 | 515 | 85 | 138 | 97 | 119 | 469 | 510 |
| Depreciation | | 215 | 51 | 57 | 50 | 55 | 212 | 54 | 54 | 54 | 54 | 217 | 215 |
| Intangible amortization, estimated | | 13 | 5 | 4 | 4 | 3 | 16 | 3 | 3 | 3 | 3 | 14 | 13 |
| Depreciation & amortization | | 228 | 56 | 54 | 57 | 59 | 228 | 58 | 58 | 58 | 57 | 230 | 229 |
| Receivables | | 52 | 17 | (64) | 38 | 2 | 33 | 102 | (97) | 23 | (55) | (28) | (7) |
| Payables | | 6 | 372 | 85 | 48 | (521) | (17) | 150 | 44 | (11) | 28 | 209 | 3 |
| Other working capital | | (282) | (387) | 27 | (91) | 450 | 20 | (10) | 2 | 11 | (3) | 0 | 25 |
| Operating cash flow | | 550 | 219 | 252 | 150 | 167 | 789 | 385 | 145 | 178 | 173 | 881 | 760 |
| | | | | | | | | | | | | | |
| *Cash from investing* | | | | | | | | | | | | | |
| Publishing | | (102) | (10) | (24) | (41) | (77) | (152) | (40) | (40) | (40) | (40) | (160) | (160) |
| Broadcasting & entertainment | | (52) | (10) | (10) | (10) | (20) | (50) | (5) | (5) | (5) | (5) | (20) | (19) |
| Education & corporate | | (52) | (2) | (6) | (6) | (6) | (20) | (6) | (6) | (6) | (6) | (24) | (24) |
| Capital expenditures | | (206) | (22) | (40) | (57) | (103) | (222) | (51) | (51) | (51) | (51) | (204) | (203) |
| Net acquisitions / other investments | | (319) | (8) | (35) | 72 | 218 | 248 | 73 | 0 | 0 | 0 | 73 | 0 |
| Investing cash flow | | (725) | (30) | (75) | 15 | 115 | 26 | 22 | (51) | (51) | (51) | (131) | (203) |
| | | | | | | | | | | | | | |
| *Financing* | | | | | | | | | | | | | |
| | | 736 | 1 | (157) | 2118 | 529 | 2,451 | 0 | 0 | 0 | 0 | 0 | 0 |
| Preferred / other financing | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Common equity, repurchased | | (633) | (203) | (13) | (2,160) | (878) | (1282) | (43) | (43) | (43) | (43) | (174) | (174) |
| Financing cash flow | | 97 | (202) | (200) | (41) | (347) | (791) | (43) | (43) | (43) | (43) | (174) | (174) |
| | | | | | | | | | | | | | |
| Net change in cash | | 27 | (13) | (24) | 125 | (64) | 24 | 364 | 51 | 83 | 79 | 577 | 383 |
| Cash beginning of period | | 124 | 151 | 138 | 114 | 238 | 27 | 175 | 539 | 589 | 673 | 27 | 27 |
| Cash end of | | 151 | 138 | 114 | 238 | 175 | 175 | 539 | 589 | 673 | 751 | 751 | 1,135 |
| Cash | | 151 | 138 | 114 | 238 | 175 | 175 | 539 | 589 | 673 | 751 | 751 | 1,135 |
| Off balance sheet & equity inv. | | 1,323 | 1,323 | 1,323 | 1323 | 1,283 | 1,283 | 1,283 | 1,283 | 1,283 | 1,283 | 1,283 | 1,283 |
| Other | | 0 | 940 | 940 | 940 | 940 | 940 | 940 | 940 | 940 | 940 | 940 | 940 |
| Debt, excluding convertibles | | (3,262) | (3,262) | (3,105) | (5,275) | (5,005) | (5,005) | (5,005) | (5,005) | (5,005) | (5,005) | (5,005) | (5,005) |
| (Preferred equity, excluding convertibles) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net asset (debt) | | (1,788) | (861) | (728) | (2,774) | (2,607) | (2,607) | (2,243) | (2,193) | (2,109) | (2,031) | (2,031) | (1,616) |
| **Reconciliation of free cash flow** | | | | | | | | | | | | | |
| *Top down approach (Excludes changes in working capital)* | | | | | | | | | | | | | |
| EBITDA | | 1,460 | 291 | 382 | 283 | 383 | 1,328 | 281 | 351 | 283 | 378 | 1,312 | 1,328 |
| - net interest expense (GAAP basis) | | (148) | (47) | (45) | (80) | (89) | (260) | (81) | (84) | (83) | (81) | (338) | (309) |
| - current taxes | | (306) | (57) | (103) | (105) | (245) | (510) | (41) | (75) | (46) | (82) | (245) | (272) |
| - preferred dividends | | (8) | (2) | (2) | (2) | (2) | (8) | (2) | (2) | (2) | (2) | (8) | (8) |
| - capital expenditures | | (206) | (22) | (40) | (57) | (103) | (222) | (51) | (51) | (51) | (51) | (204) | (203) |
| Free cash flow | | | | | | | 328 | | | | | 518 | 536 |
| *Bottom up approach* | | | | | | | | | | | | | |
| Net income continuing operations | | 556 | 111 | 169 | 98 | 137 | 515 | 85 | 138 | 97 | 119 | 469 | 510 |
| + depreciation & amortization | | 228 | 56 | 50 | 57 | 59 | 228 | 58 | 57 | 58 | 57 | 231 | 229 |
| + deferred tax (GAAP basis) | | 91 | 25 | 14 | (2) | (119) | (111) | 15 | 15 | 15 | 15 | 60 | 60 |
| + equity interest in affiliated companies & other | | (41) | (7) | (26) | (19) | (29) | (81) | (10) | (10) | (10) | (10) | (40) | (60) |
| working capital changes | | (324) | 51 | 28 | (5) | (29) | 45 | 243 | (51) | 23 | (33) | 182 | 21 |
| capital expenditures | | (206) | (22) | (40) | (57) | (103) | (222) | (51) | (51) | (51) | (51) | (204) | (203) |
| Free cash flow | | | | | | | | | | | | | |

Source: Company reports and BMO Capital Markets estimates.

10

BMO Capital Markets                                                                 Tribune Company

## TRIBUNE CO NEW (TRB)



TRB - Rating as of 15-Apr-04 = Mkt

Last Daily Data Point: March 27, 2007

BMO Capital Markets            Tribune Company

## Important Disclosures

### Analyst's Certification

I, Leland Westerfield, hereby certify that the views expressed in this report accurately reflect my personal views about the subject securities or issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Analysts who prepared this report are compensated based upon (among other factors) the overall profitability of BMO Capital Markets Corp, BMO Nesbitt Burns, and their affiliates, which includes the overall profitability of investment banking services. Compensation for research is based on effectiveness in generating new ideas and convincing clients to act on them, performance of recommendations, accuracy of earnings estimates, and service to clients.

### Company Specific Disclosure

BMO Capital Markets Corp. has provided advice for a fee with respect to this company within the past 12 months: No

BMO Capital Markets Corp. has undertaken an underwriting liability with respect to this company within the past 12 months: No

BMO Capital Markets Corp. has provided investment banking services with respect to the company within the past 12 months: No

BMO Capital Markets Corp. or its affiliates owns 1% or more of any class of common equity securities of the company: No

BMO Capital Markets Corp. or its affiliates makes a market in the security: No

BMO Capital Markets Corp. or its affiliates managed or co-managed a public offering of securities of the company in the past 12 months: No

BMO Capital Markets Corp. or its affiliates received compensation for investment banking services from the company in the past 12 months: No

BMO Capital Markets Corp. or its affiliates or its officers own warrants or options: No

Company is a client (or was a client) of BMO Capital Markets Corp. or an affiliate within the past 12 months: No

Employee, officer, or director of BMO Capital Markets Corp. is a member of the Board of Directors or an advisor or officer of this company: No

A member of the Board of Directors of Bank of Montreal is also a member of the Board of Directors or is an officer of this company: No

Analyst and/or associate who prepared this report is a member of the Board of Directors of this company or an advisor or officer of this company: No

A household member of the research analyst and/or associate who prepared this report is a member of the Board of Directors of this company or an advisor or officer of this company: No

Analyst or associate who prepared this report or member of household of analyst or associate owns shares: No

Analyst or associate who prepared this report or member of household of analyst or associate owns warrants/options: No

BMO Capital Markets Corp. or its affiliates expects to receive or intends to seek compensation for investment banking services from the company in the next three months: No

Analyst received compensation from the company in the past year: No

BMO Capital Markets Corp. or its affiliates received compensation for products or services other than Investment Banking Services from the company in the past 12 months: No

| Breakdown of Rating Distribution and Banking Clients (As of December 29, 2006) | Buy | Hold | Sell | Unrated |
|---|---|---|---|---|
| % of total BMO Capital Markets Corp. coverage within rating category | 33.3% | 58.8% | 7.8% | 0.0% |
| % of stocks within rating category for which the Firm provided banking services over the past 12 months | 12.2% | 4.9% | 3.7% | 0.0% |

### BMO Capital Markets Corp. Rating System

OP = Outperform: We believe the stock's total return, including dividends, will exceed the S&P 500's return by more than 15%.
Mkt = Market Perform: We believe the stock's total return will generally match that of the S&P 500.
Und – Underperform: We believe the stock's total return will fall short of the S&P 500's return by more than 15%.
NR = Not rated.
(R) = Restricted: Dissemination of research is currently restricted.

*In addition, apart from our stock ratings, we apply the Speculative investment (S) postscript to those companies that have de minimis revenue and whose enterprise value appears to be contingent upon improvable assumptions (e.g., the future approval of a drug or the successful completion of an oil well).*

### SECTOR RATINGS

OUTPERFORM - We believe the sector will outperform the S&P 500 Index.
MARKET PERFORM – We believe the sector's return will generally match that of the S&P 500.
UNDERPERFORM - We believe the sector will underperform the S&P 500 Index.

BMO Capital Markets                                                                                                      Tribune Company

Prior BMO Capital Markets Corp. Rating System (prior to June 19, 2006)
Our rating system prior to June 19, 2006, compared a stock's expected performance with that of an index of comparable companies over a 9-15 month horizon. Our sector ratings were based on the expected performance of the sector compared with that of a broader market index over the same time period. Additionally, before June 19, 2006, we did not use the (S)-Speculative postscript.

PRIOR STOCK RATINGS
OUTPERFORM - We believe the stock's total return, including dividends, will exceed the group average by over 15%.
NEUTRAL - We believe the stock's total return will generally match the group average.
UNDERPERFORM - We believe the stock's total return will fall short of the group average by more than 15%.

PRIOR SECTOR RATINGS
POSITIVE - We believe the sector will outperform the S&P 500 Index.
NEGATIVE - We believe the sector will underperform the S&P 500 Index.

Other Important Disclosures
Our analysts use various valuation methodologies including discounted cash flow, price/earnings (P/E), enterprise value/EBITDA, and P/E to growth rate, among others. Risks to our price targets include failure to achieve financial results, product risk, regulatory risk, general market conditions, and the risk of a change in economic conditions. For more specific information, please refer to http://research-us.bmocm.com. For Important Disclosures on the stocks discussed in this report, please go to http://research-us.bmocm.com/Company_Disclosure_Public.asp., or write to Editorial Department, BMO Capital Markets, 3 Times Square, New York, NY 10036.

Dissemination of Research
BMO Capital Markets Equity Research is available via our web site http://research-us.bmocm.com. Please contact your investment advisor or institutional salesperson for more information. Institutional clients may also receive our research via FIRST CALL Research Direct and Reuters.

All of our research is made widely available at the same time to all BMO Capital Markets Corp. client groups entitled to our research.

General Disclaimer
The information and opinions in this report were prepared by BMO Capital Markets Corp. BMO Capital Markets Corp. is an affiliate of BMO Nesbitt Burns Inc., and BMO Nesbitt Burns Ltee/Ltd. ("BMO Nesbitt Burns"). This information is not intended to be used as the primary basis of investment decisions, and because of individual client objectives it should not be construed as advice designed to meet the particular investment needs of any investor. This material is for information purposes only and is not an offer or solicitation with respect to the purchase or sale of any security. The reader should assume that BMO Capital Markets Corp., BMO Nesbitt Burns, or their affiliates may have a conflict of interest and should not rely solely on this report in evaluating whether or not to buy or sell securities of issuers discussed herein. The opinions, estimates, and projections contained in this report are those of BMO Capital Markets Corp. as of the date of this report and are subject to change without notice. BMO Capital Markets Corp. endeavors to ensure that the contents have been compiled or derived from sources that we believe are reliable and contain information and opinions that are accurate and complete. However, BMO Capital Markets Corp. makes no representation or warranty, express or implied, in respect thereof, takes no responsibility for any errors and omissions contained herein, and accepts no liability whatsoever for any loss arising from any use of, or reliance on, this report or its contents. Information may be available to BMO Capital Markets Corp. or its affiliates that is not reflected in this report. This report is not to be construed as an offer or solicitation to buy or sell any security. BMO Capital Markets Corp., BMO Nesbitt Burns, or their affiliates will buy from or sell to customers the securities of issuers mentioned in this report on a principal basis. BMO Capital Markets Corp. and BMO Nesbitt Burns are subsidiaries of Bank of Montreal.

Additional Matters
To Canadian Residents: BMO Nesbitt Burns Inc. and BMO Nesbitt Burns Ltee/Ltd., affiliates of BMO Capital Markets Corp., furnish this report to Canadian residents and accept responsibility for the contents herein subject to the terms set out above. Any Canadian person wishing to effect transactions in any of the securities included in this report should do so through BMO Nesbitt Burns Inc. and/or BMO Nesbitt Burns Ltee/Ltd. This research is not prepared subject to Canadian disclosure requirements applicable to BMO Nesbitt Burns Inc.

To UK residents: The contents hereof are intended solely for the use of, and may only be issued or passed onto, persons described in part VI of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2001.

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST
BMO Financial Group (NYSE, TSX: BMO) is an integrated financial services provider offering a range of retail banking, wealth management, and investment and corporate banking products. BMO serves Canadian retail clients through BMO Bank of Montreal and BMO Nesbitt Burns. In the United States, retail clients are served through Harris N.A. Investment and corporate banking services are provided in Canada and the US through BMO Capital Markets.

BMO Capital Markets is a trade name used by the Bank of Montreal investment banking group, which includes Bank of Montreal, BMO Nesbitt Burns Inc., and BMO Nesbitt Burns Ltée/Ltd. in Canada and BMO Capital Markets Corp. in the US. BMO Capital Markets Corp. is a member of SIPC. BMO Nesbitt Burns Inc. and BMO Nesbitt Burns Ltée/Ltd. are members of CIPF. "Nesbitt Burns" is a registered trademark of BMO Nesbitt Burns Corporation Limited, used under license. "BMO Capital Markets" is a trademark of Bank of Montreal, used under license. "BMO (M-Bar roundel symbol)" is a registered trademark of Bank of Montreal, used under license

©COPYRIGHT 2007 BMO CAPITAL MARKETS CORP.

A member of BMO  Financial Group