April 3, 2007

COMPANY UPDATE

# Tribune Company (TRB)

Neutral

## Thoughts on go-private transaction

### What's changed

Tribune concluded its strategic review process this morning, with the announcement of go-private transaction through a partnership between investor Sam Zell and a company ESOP (Employee Stock Ownership Plan) valued at $34 per share. Estimated debt of $13bn, represents10x 2007E EBITDA and with estimated annual interest expense of over $1bn/yr and estimated EBITDA of $1.3bn, the transaction leaves little room for error, particularly in this challenging newspaper operating environment. **Bottom line:** The outcome, while in line with recent expectations is nevertheless disappointing given (1) the dearth of bidders (2) a purchase price just 5% above where the shares traded last June (before the strategic review was announced) and (3) the precarious financial position of the company given the high degree of leverage from the deal.

### Implications

At roughly 10x EBITDA, the transaction represents a premium to other recent deals seen in the newspaper sector. We do not believe this is indicative of an upward trend in newspaper industry valuation, but rather that the tax-advantaged nature of ESOP ownership has allowed a higher purchase price. Operating fundamentals drive valuations, and a very challenging environment limits the ability to create value through restructuring and financial engineering in this industry. We do not believe Tribune's sale is a precursor to a new round of industry consolidation.

### Valuation

We have removed the NR designation from Tribune shares. We have a Neutral rating and a 6 month price target of $34, representing 4% upside from current levels. We expect the deal to close and we do not anticipate further bids.

### Key risks

(1) highly levered (2) subject to shareholder and regulatory approval.

**INVESTMENT LIST MEMBERSHIP**

Neutral

Cautious

United States:
Media

| Key data | Current |
|---|---|
| Price ($) | 32.81 |
| 6 month price target ($) | 34.00 |
| Market cap ($ mn) | 7,818.7 |
| Dividend yield (%) | 2.3 |
| Net margin (%) | 8.8 |
| Debt/total capital (%) | 51.3 |

| | 12/06 | 12/07E | 12/08E | 12/09E |
|---|---|---|---|---|
| Revenue ($ mn) | 5,546.8 | 5,367.8 | 5,446.7 | 5,526.0 |
| EPS ($) | 2.02 | 1.96 | 2.02 | 2.12 |
| P/E (X) | 16.2 | 16.7 | 16.2 | 15.5 |
| EV/EBITDA (X) | 10.0 | 9.3 | 8.8 | 8.4 |
| ROE (%) | 10.1 | 10.5 | 10.1 | 10.0 |

| | 12/06 | 3/07E | 6/07E | 9/07E |
|---|---|---|---|---|
| EPS ($) | 0.66 | 0.38 | 0.56 | 0.42 |

Price performance chart

| Share price performance (%) | 3 month | 6 month | 12 month |
|---|---|---|---|
| Absolute | 6.6 | 0.3 | 18.8 |
| Rel. to S&P 500 | 5.1 | (8.3) | 8.7 |

Source: Company data, Goldman Sachs Research estimates, FactSet. Price as of 4/2/2007 close.

**Peter P. Appert, CFA**
(415) 249-7480 | peter.appert@gs.com Goldman, Sachs & Co

**Peter M. Salkowski**
(415) 249-7482 | peter.salkowski@gs.com Goldman, Sachs & Co.

**Stephanie Tipping, CFA**
(415) 249-7470 | stephanie.tipping@gs.com Goldman, Sachs & Co.

**The Goldman Sachs Group, Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Customers in the US can receive independent, third-party research on companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.independentresearch.gs.com or call 1-866-727-7000. For Reg AC certification, see the text preceding the disclosures. For other important disclosures go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not required to take the NASD/NYSE analyst exam.**

# Tribune Company: Summary financials

| Profit model ($ mn) | 12/06 | 12/07E | 12/08E | 12/09E |
|---|---|---|---|---|
| Total revenue | 5,548.8 | 5,367.8 | 5,448.7 | 5,526.0 |
| Cost of goods sold | (2,745.8) | (2,655.7) | (2,687.2) | (2,726.0) |
| SG&A | (1,467.7) | (1,419.6) | (1,438.4) | (1,457.2) |
| R&D | 0.0 | 0.0 | 0.0 | 0.0 |
| Other operating profit/(expense) | 0.0 | 0.0 | 0.0 | 0.0 |
| ESO expense | (33.8) | (33.4) | (33.4) | (33.4) |
| EBITDA | 1,333.3 | 1,292.6 | 1,323.1 | 1,342.8 |
| Depreciation & amortization | (229.3) | (225.0) | (225.0) | (225.0) |
| EBIT | 1,104.0 | 1,067.6 | 1,098.1 | 1,117.8 |
| Net interest income/(expense) | (259.8) | (352.6) | (341.5) | (326.7) |
| Income/(loss) from associates | 74.8 | 78.6 | 61.0 | 64.1 |
| Others | 0.0 | 0.0 | 0.0 | 0.0 |
| Pretax profits | 919.1 | 793.4 | 817.6 | 855.2 |
| Provision for taxes | (357.5) | (311.8) | (321.3) | (336.3) |
| Minority interest | 0.0 | 0.0 | 0.0 | 0.0 |
| Net income pre-preferred dividends | 561.6 | 481.6 | 496.2 | 519.4 |
| Preferred dividends | (6.3) | (8.4) | (8.4) | (8.4) |
| Net income (pre-exceptionals) | 555.3 | 473.2 | 487.8 | 511.0 |
| Post tax exceptionals | 97.6 | 0.0 | 0.0 | 0.0 |
| Net income (post-exceptionals) | 652.9 | 473.2 | 487.8 | 511.0 |
| | | | | |
| EPS (basic, pre-except) ($) | 2.02 | 1.97 | 2.03 | 2.13 |
| EPS (diluted, pre-except) ($) | 2.02 | 1.96 | 2.02 | 2.12 |
| EPS (basic, post-except) ($) | 2.37 | 1.97 | 2.03 | 2.13 |
| EPS (diluted, post-except) ($) | 2.36 | 1.96 | 2.02 | 2.12 |
| Common dividends paid ($) | (194.8) | (173.8) | (173.8) | (173.8) |
| DPS ($) | 0.73 | 0.76 | 0.76 | 0.76 |
| Dividend payout ratio (%) | 36.2 | 38.5 | 37.3 | 36.7 |

| Balance sheet ($ mn) | 12/06 | 12/07E | 12/08E | 12/09E |
|---|---|---|---|---|
| Cash & equivalents | 174.7 | 760.7 | 919.2 | 1,078.1 |
| Accounts receivable | 765.8 | 671.0 | 711.3 | 753.5 |
| Inventory | 41.0 | 46.8 | 47.2 | 47.8 |
| Other current assets | 395.9 | 396.9 | 395.9 | 395.9 |
| Total current assets | 1,377.4 | 1,874.3 | 2,073.7 | 2,276.4 |
| Net PP&E | 1,685.1 | 1,670.1 | 1,665.1 | 1,440.1 |
| Net intangibles | 18,574.9 | 18,554.9 | 18,534.9 | 18,514.9 |
| Total investments | – | – | – | – |
| Other long-term assets | 446.5 | 446.5 | 446.5 | 446.5 |
| Total assets | 13,400.8 | 13,872.6 | 14,047.8 | 14,034.7 |
| | | | | |
| Accounts payable | 151.6 | 576.1 | 603.0 | 610.1 |
| Short-term debt | 1,429.0 | 1,429.0 | 1,429.0 | 1,429.0 |
| Other current liabilities | 966.1 | 780.6 | 780.6 | 780.6 |
| Total current liabilities | 2,546.7 | 2,785.7 | 2,812.6 | 2,819.7 |
| Long-term debt | 3,576.2 | 3,476.2 | 3,276.2 | 3,076.2 |
| Other long-term liabilities | 2,958.2 | 2,958.2 | 2,958.2 | 2,958.2 |
| Total long-term liabilities | 6,534.4 | 6,434.4 | 6,234.4 | 6,034.4 |
| Total liabilities | 9,081.2 | 9,220.1 | 9,047.0 | 8,854.1 |
| | | | | |
| Preferred shares | 0.0 | 0.0 | 0.0 | 0.0 |
| Common stock | 1,181.3 | 1,214.7 | 1,248.2 | 1,395.7 |
| Retained earnings | 3,138.3 | 3,437.7 | 3,751.8 | 3,774.9 |
| Other common equity | 0.0 | 0.0 | 0.0 | 0.0 |
| Total common equity | 4,319.6 | 4,652.5 | 5,000.0 | 5,170.6 |
| Minority interest | 0.0 | 0.0 | 0.0 | 0.0 |
| | | | | |
| Total liabilities & equity | 13,400.8 | 13,872.6 | 14,047.0 | 14,024.7 |

| Growth & margins (%) | 12/06 | 12/07E | 12/08E | 12/09E |
|---|---|---|---|---|
| Sales growth | (0.9) | (3.2) | 1.5 | 1.5 |
| EBITDA growth | (7.4) | (3.1) | 2.4 | 1.5 |
| EBIT growth | (7.7) | (3.3) | 2.9 | 1.8 |
| Net income (pre-except) growth | (15.0) | (14.8) | 3.1 | 4.7 |
| EPS growth | (2.8) | (2.4) | 3.1 | 4.7 |
| Gross margin | 50.5 | 50.5 | 50.7 | 50.7 |
| EBITDA margin | 24.0 | 24.1 | 24.3 | 24.3 |
| EBIT margin | 19.9 | 19.9 | 20.2 | 20.2 |

| Cash flow statement ($ mn) | 12/06 | 12/07E | 12/08E | 12/09E |
|---|---|---|---|---|
| Net income | 561.6 | 481.6 | 496.2 | 519.4 |
| D&A add-back (incl. ESO) | 229.3 | 225.0 | 225.0 | 225.0 |
| Minority interest add-back | 0.0 | 0.0 | 0.0 | 0.0 |
| Net inc/(dec) working capital | 39.9 | 328.1 | (14.0) | (35.8) |
| Other operating cash flow | 22.2 | 33.4 | 33.4 | 33.4 |
| Cash flow from operations | 787.8 | 1,068.2 | 740.7 | 742.0 |
| | | | | |
| Capital expenditures | (221.0) | (200.0) | (200.0) | (200.0) |
| Acquisitions | (48.1) | 0.0 | 0.0 | 0.0 |
| Divestitures | (174.1) | 0.0 | 0.0 | 0.0 |
| Others | 470.8 | 0.0 | 0.0 | 0.0 |
| Cash flow from investing | 28.5 | (200.0) | (200.0) | (200.0) |
| | | | | |
| Dividends paid (common & pref) | (200.9) | (182.2) | (182.2) | (182.2) |
| Inc/(dec) in debt | 1,835.4 | (100.0) | (200.0) | (200.0) |
| Other financing cash flows | (2,226.1) | 0.0 | 0.0 | 0.0 |
| Cash flow from financing | (790.7) | (282.2) | (382.2) | (382.2) |
| Total cash flow | 23.8 | 586.0 | 158.5 | 159.8 |

| Additional financials | 12/06 | 12/07E | 12/08E | 12/09E |
|---|---|---|---|---|
| Net debt/equity (%) | 111.8 | 88.1 | 75.7 | 66.3 |
| Interest cover (X) | 4.3 | 3.0 | 3.2 | 3.4 |
| Inventory days | 5.7 | 6.0 | 6.4 | 6.4 |
| Receivable days | 51.5 | 48.8 | 46.3 | 48.4 |
| BVPS ($) | 14.28 | 16.39 | 16.54 | 17.10 |
| | | | | |
| ROA (%) | 4.0 | 3.5 | 3.5 | 3.6 |
| CROCI (%) | 4.0 | 4.3 | 4.3 | 4.4 |
| | | | | |
| Dupont ROE (%) | 12.9 | 10.2 | 9.8 | 9.9 |
| Margin (%) | 10.0 | 8.8 | 9.0 | 9.2 |
| Turnover (X) | 0.4 | 0.4 | 0.4 | 0.4 |
| Leverage (X) | 3.1 | 3.0 | 2.8 | 2.7 |
| | | | | |
| Free cash flow per share ($) | 1.25 | 3.81 | 2.26 | 2.25 |
| Free cash flow yield (%) | 4.1 | 11.0 | 6.9 | 6.9 |

Note: Last actual year may include reported and estimated data.
Source: Company data, Goldman Sachs Research estimates.

**Analyst Contributors**

**Peter P. Appert, CFA**
peter.appert@gs.com

**Peter M. Salkowski**
peter.salkowski@gs.com

**Stephanie Tipping, CFA**
stephanie.tipping@gs.com

## Deal Details

Tribune has announced a relatively complicated deal to ultimately become a private company though a two-step transaction.

In the first stage, Tribune will undertake a $4.3 billion tender offer at $34/share (126 million shares), which the company expects to complete in 2Q07. At the same time, a newly formed ESOP will purchase 9 million newly issued shares and investor Sam Zell will purchase 1.5 million newly issued shares for $50 million and a convertible note for $200 million.

Then, by year-end, Tribune will merge with the ESOP, exchanging all remaining public shares outstanding for $34 cash. At that point, Zell will redeem his prior investment, make a new investment through a subordinated note and a warrant. He will also invest an additional $65 million investment, bringing his total investment to $315 million. In the end, he will have the right to acquire 40% of the company.

The series of transactions will be financed through $8.4 billion of newly issued debt and the $315 million investment by Zell. Tribune has also announced that it will sell the Chicago Cubs and its 25% investment in Comcast SportsNet Chicago after the 2007 season, using the proceeds to pay down debt.

# Financial Model

**Exhibit 1: TRB financial model**
**$ in 000's, except per share amounts**

| | 2003A | 2004A | 2005A | FY 2006 | | | | 2006A | FY 2007E | | | | 2007E | 2008E | 2009E | 06-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | YEAR | YEAR | YEAR | 1QA | 2QA | 3QA | 4QA | YEAR | 1QE | 2QE | 3QE | 4QE | YEAR | YEAR | YEAR | CAGR |
| **REVENUE** | | | | | | | | | | | | | | | | |
| Publishing | [illegible] | [illegible] | [illegible] | $996.5 | $1,028.3 | $958.5 | $1,111.3 | [illegible] | $948.4 | $1,017.9 | $954.4 | $1,030.3 | [illegible] | [illegible] | [illegible] | -0.5% |
| Advertising | [illegible] | [illegible] | [illegible] | 787.7 | 822.9 | 758.2 | 893.3 | [illegible] | 748.3 | 814.7 | 756.2 | 832.8 | [illegible] | [illegible] | [illegible] | -0.3% |
| Circulation | [illegible] | [illegible] | [illegible] | 145.9 | 142.0 | 137.7 | 149.5 | [illegible] | 137.1 | 139.8 | 135.6 | 138.0 | [illegible] | [illegible] | [illegible] | -2.1% |
| Other | [illegible] | [illegible] | [illegible] | 63.0 | 63.4 | 62.6 | 68.5 | [illegible] | 63.0 | 63.4 | 62.6 | 68.5 | [illegible] | [illegible] | [illegible] | 0.0% |
| Broadcasting/Entertainment | [illegible] | [illegible] | [illegible] | 302.8 | 403.8 | 392.6 | 355.6 | [illegible] | 277.6 | 391.4 | 402.3 | 336.8 | [illegible] | [illegible] | [illegible] | 1.0% |
| Television | [illegible] | [illegible] | [illegible] | 284.2 | 320.3 | 277.6 | 325.2 | [illegible] | 259.2 | 308.1 | 287.3 | 306.2 | [illegible] | [illegible] | [illegible] | 0.5% |
| Entertainment/Chicago Cubs | [illegible] | [illegible] | [illegible] | 18.3 | 83.3 | 115.0 | 30.4 | [illegible] | 18.5 | 83.3 | 115.0 | 30.4 | [illegible] | [illegible] | [illegible] | 3.3% |
| **Total Revenues** | [illegible] | [illegible] | [illegible] | 1,299.1 | 1,431.9 | 1,349.0 | 1,466.9 | [illegible] | 1,225.9 | 1,409.3 | 1,356.7 | 1,375.9 | [illegible] | [illegible] | [illegible] | -0.1% |
| *Growth* | [illegible] | [illegible] | [illegible] | -1.3% | -2.1% | -3.8% | 3.7% | [illegible] | -5.6% | -1.6% | 0.6% | -6.2% | [illegible] | [illegible] | [illegible] | |
| *Operating Expenses (excl. nonrecurring)* | | | | | | | 3.8% | | | | | | | | | |
| Publishing | [illegible] | [illegible] | [illegible] | 810.3 | 819.6 | 815.2 | 875.2 | [illegible] | 773.9 | 809.3 | 813.2 | 819.0 | [illegible] | [illegible] | [illegible] | -0.7% |
| *Y/Y Change* | [illegible] | [illegible] | [illegible] | 0.4% | -0.2% | 0.6% | 3.4% | [illegible] | -4.5% | -1.3% | -0.3% | -6.4% | [illegible] | [illegible] | [illegible] | |
| Broadcasting | [illegible] | [illegible] | [illegible] | 233.6 | 291.7 | 284.8 | 249.7 | [illegible] | 212.9 | 281.2 | 292.5 | 232.5 | [illegible] | [illegible] | [illegible] | 0.6% |
| *Y/Y Change* | [illegible] | 2.2% | 7.0% | -4.0% | 0.8% | -2.4% | 6.0% | [illegible] | -8.8% | -3.6% | 2.7% | -6.9% | [illegible] | [illegible] | [illegible] | |
| **Total Operating Expenses** | [illegible] | [illegible] | 4,347.4 | 1,043.9 | 1,111.4 | 1,100.0 | 1,124.9 | [illegible] | 986.8 | 1,090.5 | 1,105.7 | 1,051.5 | [illegible] | [illegible] | [illegible] | -0.3% |
| *Y/Y Change* | [illegible] | [illegible] | [illegible] | -0.6% | 0.1% | -0.2% | 3.7% | [illegible] | -5.5% | -1.9% | 0.5% | -6.5% | [illegible] | [illegible] | [illegible] | |
| **OPERATING MARGIN** | | | | | | | | | | | | | | | | |
| Publishing | [illegible] | [illegible] | [illegible] | 18.7% | 20.3% | 14.8% | 21.2% | [illegible] | 18.4% | 20.5% | 14.8% | 21.2% | [illegible] | [illegible] | [illegible] | |
| Broadcasting | [illegible] | [illegible] | [illegible] | 22.8% | 27.7% | 27.5% | 29.8% | [illegible] | 23.3% | 28.2% | 27.3% | 30.9% | [illegible] | [illegible] | [illegible] | |
| Television | [illegible] | [illegible] | [illegible] | 26.1% | 32.8% | 26.7% | 33.0% | [illegible] | 26.7% | 33.6% | 27.0% | 33.5% | [illegible] | [illegible] | [illegible] | |
| Entertainment/Chicago Cubs | [illegible] | [illegible] | [illegible] | -28.4% | 8.0% | 29.3% | -6.0% | [illegible] | -25.0% | 8.0% | 28.0% | 5.0% | [illegible] | [illegible] | [illegible] | |
| **TOTAL MARGIN** | [illegible] | [illegible] | [illegible] | 19.6% | 22.4% | 18.5% | 23.3% | [illegible] | 19.5% | 22.6% | 18.5% | 23.6% | [illegible] | [illegible] | [illegible] | |
| **OPERATING INCOME** | | | | | | | | | | | | | | | | |
| Publishing | [illegible] | [illegible] | 811.7 | 186.2 | 208.7 | 141.2 | 236.1 | [illegible] | 174.5 | 208.7 | 141.3 | 220.3 | [illegible] | [illegible] | [illegible] | 0.3% |
| Broadcasting | [illegible] | [illegible] | [illegible] | 69.0 | 111.6 | 107.8 | 105.9 | [illegible] | 64.8 | 110.2 | 109.8 | 104.1 | [illegible] | [illegible] | [illegible] | 1.4% |
| Television | [illegible] | [illegible] | [illegible] | 74.2 | 105.2 | 74.1 | 107.4 | [illegible] | 69.2 | 103.5 | 77.8 | 102.6 | [illegible] | [illegible] | [illegible] | 1.1% |
| Entertainment/Chicago Cubs | [illegible] | [illegible] | [illegible] | (5.2) | 6.6 | 33.7 | (1.5) | [illegible] | (4.6) | 6.7 | 32.2 | 1.5 | [illegible] | [illegible] | [illegible] | |
| **OPERATING INCOME (pre-corp exp.)** | [illegible] | [illegible] | [illegible] | 256.2 | 320.5 | 249.0 | 342.0 | [illegible] | 239.1 | 318.9 | 251.0 | 324.4 | [illegible] | [illegible] | [illegible] | [illegible] |
| Corporate Expense | [illegible] | [illegible] | [illegible] | 20.4 | 14.9 | 13.7 | 14.8 | [illegible] | 21.4 | 14.7 | 14.4 | 15.3 | [illegible] | [illegible] | [illegible] | 4.3% |
| **OPERATING INCOME** | [illegible] | [illegible] | [illegible] | 234.8 | 308.4 | 236.2 | 327.4 | [illegible] | 217.8 | 304.1 | 236.6 | 309.1 | [illegible] | [illegible] | [illegible] | [illegible] |
| Net gain (loss) on equity investments | [illegible] | [illegible] | 41.2 | 8.5 | 20.1 | 18.7 | 29.5 | [illegible] | 6.5 | 20.0 | 22.0 | 30.0 | [illegible] | [illegible] | [illegible] | -4.9% |
| Net Interest | [illegible] | [illegible] | (147.7) | (46.8) | (44.8) | (79.6) | (88.7) | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 7.9% |
| Other | | | 0.2 | | | | | | | | | | | | | |
| **PRETAX INCOME** | [illegible] | [illegible] | [illegible] | 194.8 | 281.8 | 174.4 | 268.1 | [illegible] | 135.4 | 236.7 | 170.7 | 251.8 | [illegible] | [illegible] | [illegible] | -2.4% |
| Rate | [illegible] | [illegible] | [illegible] | 38.2% | 40.1% | 38.4% | 38.4% | [illegible] | 39.3% | 39.3% | 39.3% | 39.3% | [illegible] | [illegible] | [illegible] | |
| Taxes | [illegible] | [illegible] | [illegible] | 74.5 | 113.1 | 66.9 | 103.0 | [illegible] | 53.2 | 92.6 | 67.1 | 98.9 | [illegible] | [illegible] | [illegible] | -2.0% |
| **CONTINUED OPERATIONS** | [illegible] | [illegible] | [illegible] | 120.3 | 168.7 | 107.5 | 165.1 | [illegible] | 82.2 | 143.1 | 103.6 | 152.7 | [illegible] | [illegible] | [illegible] | [illegible] |
| **NON OPERATING & EXTRAORDINARY ITEMS** | | | | | | | | | | | | | | | | |
| Total (after tax amount) | 172.7 | [illegible] | (127.1) | (17.6) | (80.8) | 56.8 | 73.9 | [illegible] | - | - | - | - | | | | |
| **NET INCOME** | [illegible] | [illegible] | [illegible] | 102.8 | 87.8 | 164.3 | 239.1 | [illegible] | 82.2 | 143.1 | 103.6 | 152.7 | [illegible] | [illegible] | [illegible] | [illegible] |
| PREFERRED DIVDS. | [illegible] | [illegible] | 8.4 | 2.1 | 2.1 | 2.1 | | [illegible] | 2.1 | 2.1 | 2.1 | 2.1 | [illegible] | [illegible] | [illegible] | 10.0% |
| AVAIL. FOR COMMON (Basic) | [illegible] | 547.2 | [illegible] | 100.7 | 85.7 | 162.2 | 239.1 | [illegible] | 80.1 | 141.0 | 101.5 | 150.6 | [illegible] | [illegible] | [illegible] | -4.8% |
| EPS Adjustments - ESOP, etc. | [illegible] | [illegible] | 8.4 | 2.1 | 2.1 | 2.1 | - | [illegible] | 2.1 | 2.1 | 2.1 | 2.1 | [illegible] | [illegible] | [illegible] | 10.0% |
| Adjusted Net (for diluted EPS Calc.) | [illegible] | 547.2 | [illegible] | $100.7 | $85.7 | $162.2 | $239.1 | [illegible] | $80.1 | $141.0 | $101.5 | $150.6 | [illegible] | [illegible] | [illegible] | -4.8% |
| Avg. Shares-Diluted | [illegible] | 337.4 | 316.4 | 308.0 | 304.5 | 252.8 | 241.4 | 274.4 | 241.4 | 241.4 | 241.4 | 241.4 | [illegible] | [illegible] | [illegible] | -4.2% |
| **EARNINGS PER SHARE** | | | | | | | | | | | | | | | | |
| **Diluted** | | | | | | | | | | | | | | | | |
| **Continuing Operations** | [illegible] | [illegible] | [illegible] | 0.39 | 0.56 | 0.43 | 0.68 | [illegible] | 0.33 | 0.58 | 0.42 | 0.62 | [illegible] | [illegible] | [illegible] | 1.8% |
| *Y/Y growth* | 12.0% | 7.3% | [illegible] | -5.7% | -8.7% | -14.4% | 20.3% | [illegible] | -14.1% | 6.8% | -1.7% | -8.8% | [illegible] | [illegible] | [illegible] | |
| Reported | [illegible] | [illegible] | [illegible] | $0.33 | $0.28 | $0.65 | $0.99 | $2.14 | $0.33 | $0.58 | $0.42 | $0.62 | [illegible] | [illegible] | [illegible] | -0.4% |

Notes:

[illegible]

Source: Company data, Goldman Sachs Research estimates.

GS00000155

# Reg AC

I, Peter P. Appert, CFA, hereby certify that all of the views expressed in this report accurately reflect my personal views about the subject company or companies and its or their securities. I also certify that no part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

# Investment profile

The Goldman Sachs Investment Profile provides investment context for a security by comparing key attributes of that security to its peer group and market. The four key attributes depicted are: growth, returns, multiple and volatility. Growth, returns and multiple are indexed based on composites of several methodologies to determine the stocks percentile ranking within the region's coverage universe.

The precise calculation of each metric may vary depending on the fiscal year, industry and region but the standard approach is as follows:

**Growth** is a composite of next year's estimate over current year's estimate, e.g. EPS, EBITDA, Revenue. **Return** is a year one prospective aggregate of various return on capital measures, e.g. CROCI, ROACE, and ROE. **Multiple** is a composite of one-year forward valuation ratios, e.g. P/E, dividend yield, EV/FCF, EV/EBITDA, EV/DACF, Price/Book. **Volatility** is measured as trailing twelve-month volatility adjusted for dividends.

# Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

# Disclosures

### Coverage group(s) of stocks by primary analyst(s)

Peter P. Appert, CFA: America: Media: Newspapers and Directories, America: Media: Publishing and Information Services. Peter M. Salkowski: America: Media: Newspapers and Directories.

America: Media: Newspapers and Directories: Belo Corp., Dow Jones & Company, E.W. Scripps Co., Gannett Company, Inc., GateHouse Media, Inc., Journal Communications Inc., The McClatchy Co., Monster Worldwide, Inc., The New York Times Co., R.H. Donnelley Corp., Tribune Company.

America: Media: Publishing and Information Services: Educate, Inc., FactSet Research Systems Inc., Gartner, Inc., Getty Images, Inc., IHS Inc., The McGraw-Hill Companies, Inc., Moody's Corp., Scholastic Corporation, Thomson Corp..

### Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs has received compensation for investment banking services in the past 12 months: Tribune Company ($32.81)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Tribune Company ($32.81)

Goldman Sachs has received compensation for non-investment banking services during the past 12 months: Tribune Company ($32.81)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: Tribune Company ($32.81)

Goldman Sachs had a non-investment banking securities-related services client relationship during the past 12 months with: Tribune Company ($32.81)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: Tribune Company ($32.81)

Goldman Sachs is a specialist in the relevant securities and will at any given time have an inventory position, "long" or "short," and may be on the opposite side of orders executed on the relevant exchange: Tribune Company ($32.81)

### Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global coverage universe

| | Rating Distribution | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|---|
| | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 26% | 60% | 14% | 47% | 39% | 36% |

As of Jan 1, 2007, Goldman Sachs Global Investment Research had investment ratings on 2,560 equity securities. Prior to June 26, 2006, Goldman Sachs utilized a relative rating system of Outperform, In-Line and Underperform, which, for the purposes of the above disclosure required by NASD/NYSE rules, equated to Buy, Hold and Sell. As of June 26, 2006, Goldman Sachs assigns stocks as Buys and Sells on various regional

Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure. See 'Ratings, Coverage groups and views and related definitions' below.

## Price target and rating history chart(s)

## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; market making and/or specialist role.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director, advisory board member or employee of any company in the analyst's area of coverage. **Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at http://www.gs.com/research/hedge.html.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act. **Canada:** Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research in Canada if and to the extent it relates to equity securities of Canadian issuers. Analysts may conduct site visits but are prohibited from accepting payment or reimbursement by the company of travel expenses for such visits. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited; **Japan:** See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company. **Korea:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in Russian law, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian Law on Appraisal. **Singapore:** Further information on the covered companies referred to in this research may be obtained from Goldman Sachs (Singapore) Pte. (Company Number: 198602165W). **United Kingdom:** Persons who would be categorized as private customers in the United Kingdom, as such term is defined in the rules of the Financial Services Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 4 (1) (d) and Article 6 (2) of the European Commission Directive 2003/126/EC is available at http://www.gs.com/client_services/global_investment_research/europeanpolicy.html

### Ratings, coverage groups and views and related definitions

**Buy (B), Neutral (N), Sell (S)** -Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's return potential relative to its coverage group as described below. Any stock not assigned as a Buy or a Sell on an Investment List is deemed Neutral. Each regional Investment Review Committee manages various regional Investment Lists to a global guideline of 25%-35% of stocks as Buy and 10%-15% of stocks as Sell; however, the distribution of Buys and Sells in any particular coverage group may vary as determined by the regional Investment Review Committee. Regional Conviction Buy and Sell lists represent investment recommendations focused on either the size of the potential return or the likelihood of the realization of the return.

**Return potential** represents the price differential between the current share price and the price target expected *during the time horizon associated* with the price target. Price targets are required for all covered stocks. The return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage groups and views:** A list of all stocks in each coverage group is available by primary analyst, stock and coverage group at http://www.gs.com/research/hedge.html. The analyst assigns one of the following coverage views which represents the analyst's investment outlook

on the coverage group relative to the group's historical fundamentals and/or valuation. **Attractive (A).** The investment outlook over the following 12 months is favorable relative to the coverage group's historical fundamentals and/or valuation. **Neutral (N).** The investment outlook over the following 12 months is neutral relative to the coverage group's historical fundamentals and/or valuation. **Cautious (C).** The investment outlook over the following 12 months is unfavorable relative to the coverage group's historical fundamentals and/or valuation.

**Not Rated (NR).** The investment rating and target price, if any, have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances. **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target, if any, for this stock, because there is not a sufficient fundamental basis for determining an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company. **Not Covered (NC).** Goldman Sachs does not cover this company. **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable. **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Ratings, coverage views and related definitions prior to June 26, 2006

Our rating system requires that analysts rank order the stocks in their coverage groups and assign one of three investment ratings (see definitions below) within a ratings distribution guideline of no more than 25% of the stocks should be rated Outperform and no fewer than 10% rated Underperform. The analyst assigns one of three coverage views (see definitions below), which represents the analyst's investment outlook on the coverage group relative to the group's historical fundamentals and valuation. Each coverage group, listing all stocks covered in that group, is available by primary analyst, stock and coverage group at http://www.gs.com/research/hedge.html.

Definitions

**Outperform (OP).** We expect this stock to outperform the median total return for the analyst's coverage universe over the next 12 months. **In-Line (IL).** We expect this stock to perform in line with the median total return for the analyst's coverage universe over the next 12 months. **Underperform (U).** We expect this stock to underperform the median total return for the analyst's coverage universe over the next 12 months.

**Coverage views: Attractive (A).** The investment outlook over the following 12 months is favorable relative to the coverage group's historical fundamentals and/or valuation. **Neutral (N).** The investment outlook over the following 12 months is neutral relative to the coverage group's historical fundamentals and/or valuation. **Cautious (C).** The investment outlook over the following 12 months is unfavorable relative to the coverage group's historical fundamentals and/or valuation.

**Current Investment List (CIL).** We expect stocks on this list to provide an absolute total return of approximately 15%-20% over the next 12 months. We only assign this designation to stocks rated Outperform. We require a 12-month price target for stocks with this designation. Each stock on the CIL will **automatically** come off the list after 90 days unless renewed by the covering analyst and the relevant Regional Investment Review Committee.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs, and pursuant to certain contractual arrangements, on a global basis. Analysts based in Goldman Sachs offices around the world produce equity research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy.

This research is disseminated in Australia by Goldman Sachs JBWere Pty Ltd (ABN 21 006 797 897) on behalf of Goldman Sachs; in Canada by Goldman Sachs Canada Inc. regarding Canadian equities and by Goldman Sachs & Co. (all other research); in Germany by Goldman Sachs & Co. oHG; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs JBWere (NZ) Limited on behalf of Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman, Sachs & Co. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International, authorised and regulated by the Financial Services Authority, has approved this research in connection with its distribution in the European Union and United Kingdom; Goldman, Sachs & Co. oHG, regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht, may also be distributing research in Germany.

## General disclosures in addition to specific disclosures required by certain jurisdictions

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than some industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division.

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and our proprietary trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, our proprietary trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

We and our affiliates, officers, directors, and employees, excluding equity analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives (including options and warrants) thereof of covered companies referred to in this research.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of the investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all

investors. Current options disclosure documents are available from Goldman Sachs sales representatives or at http://theocc.com/publications/risks/riskstoc.pdf. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Our research is disseminated primarily electronically, and, in some cases, in printed form. Electronic research is simultaneously available to all clients.

Disclosure information is also available at http://www.gs.com/research/hedge.html or from Research Compliance, One New York Plaza, New York, NY 10004.

**Copyright 2007 The Goldman Sachs Group, Inc.**

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**