

# Barrington Research
## Economic and Investment Research

April 3, 2007                                                                                          Progress Report

### Rating Information

| | |
|---|---|
| Opinion | **MARKET PERFORM** |
| Suitability/Risk | Aggressive |
| Price Target (12 mo) | N/A |
| Upside to Price Target | N/A |
| LT EPS Growth Rate | 8% |

### Market Data

| | |
|---|---|
| Price | $32.69 |
| 52-Wk High | $34.28 |
| 52-Wk Low | $27.09 |
| Market Cap (mil) | $7,878 |
| Enterprise Value (mil) | $10,951 |
| Shares Outstanding (mil) | 241 |
| Insider Ownership | 29% |
| Institutional Ownership | 56% |
| Average Daily Volume | 1,771,736 |

### Financial / Valuation

| | |
|---|---|
| Return on Equity (LTM) | 9.9% |
| LT Debt/Capital | 50% |
| EV/EBITDA (LTM) | 8.4x |
| Price/Sales (LTM) | 1.6x |
| Price/Book | 1.8x |
| Dividend | $0.72 |
| Dividend Yield | 2.2% |

### Analyst(s)

*James C. Goss, CFA*
(312) 634-6355
jcg@brai.com

### Price Performance Chart



*Source: FactSet Research Systems*

**NOTE: Please refer to the end of this report for important disclosures.**

## Tribune Co. (TRB-NYSE)
*Sam Zell Wins the Prize*

### Investment Highlights

- The decision to take the Sam Zell deal moves the long-running process of evaluation to some level of finality. While the $25 million breakup fee does not seem likely to pose a major impediment if Messrs. Burkle and Broad and/or some other suitor were to advance a competing bid, it seems likely that such a bid would already have been placed in the running. The level of certainty the Zell proposal provided is a key favorable attribute of that offer.

- The ownership structure is one that should benefit employees, though it does entail some risks related to the high degree of financial leverage in the context of stagnating core revenue and circulation trends. Favorably, the going private transaction will provide an opportunity for the company to restructure its operations while remaining outside of the public limelight.

- The transaction involves a Q2/07 cash tender for 126 million shares at $34 per share plus a $250 million investment from Sam Zell. Stage two will be a merger to close the transaction around year-end involving payment of $34 per share for the roughly half of the shares still outstanding plus an additional investment of $65 million by Mr. Zell. A ticking fee of 8% will accrue if closing has not occurred by year-end. Mr. Zell will have a warrant through which he can acquire 40% of Tribune's new stock for $500 million under the initial terms of the deal.

- Tribune also announced plans to sell the Chicago Cubs plus its 25% interest in Comcast SportsNet Chicago following the 2007 baseball season, with proceeds used to pay down debt that will exceed $12 billion at the close of the transaction.

- TRB edged lower over the past six months to less than $29 before rebounding to around the level from which the slide began, as pessimism over the chances of a transaction were replaced by expectations of a deal around the initial trading level.

- A reasonable strategy would involve tendering all shares, getting cash for the likely allocation of about half the shares and then selling the balance in the open market due to time value of money considerations.

| | **Revenue** ($ mil)(est. in bold) | | | | **EPS** ($)(est. in bold) | | |
|---|---|---|---|---|---|---|---|
| FY: Dec | 2005 | 2006 | 2007 | | 2005 | 2006 | 2007 |
| Q1 | 1,316 | 1,299 | - | | 0.41 | 0.33 | - |
| Q2 | 1,462 | 1,432 | - | | 0.60 | 0.55 | - |
| Q3 | 1,403 | 1,349 | - | | 0.50 | 0.43 | - |
| Q4 | 1,415 | 1,467 | - | | 0.57 | 0.68 | - |
| Full Year | 5,596 | 5,547 | **5,491** | | 2.08 | 2.00 | **2.05** |
| Growth Rate | -2.3% | -0.9% | -1.0% | | -7.6% | -3.8% | 2.5% |
| Price/Sales | 1.4x | 1.4x | 1.4x | P/E | 15.7x | 16.4x | 16.0x |

❖ Barrington Research

*April 3, 2007*

### Added Details about Management and Organization

Sam Zell will become chairman. However, Dennis FitzSimons will remain chief executive officer and will be a member of the board. The company will have a board led by an independent majority. The special committee of independent directors has endorsed this deal. The Chandler Trusts have indicated they will vote in favor of the transaction.

Private status will buy the company time to make the hard decisions required to transform the business model to one appropriate to the new realities of the information and Internet age. We expect additional property divestitures could be considered, including units in both the publishing and broadcasting operations. We also expect temporary waivers will be sought for the properties that will be in violation of cross-media ownership rules once a change in control is effected. We continue to feel a blend of publishing and broadcasting properties will best serve the company's attempts to create increasingly robust web sites that will benefit from the continued rollout of broadband access and enhanced streaming technologies for compressed video.

### The ESOP

A newly created Employee Stock Ownership Plan will be funded exclusively through company contributions and invested in shares of the newly private company. Interests will be based on employee compensation levels with an initial allocation rate of about 5%.

The ESOP will initially own all of Tribune's new common stock upon completion of the going-private transaction. The ESOP will buy about 8.9 million shares at $28 per share, for a total of $250 million. Sam Zell will invest $250 million, including 1.5 million shares at $34, for $50 million, plus a $200 million note exchangeable for stock at $34 per share. This $250 million will be redeemed at closing for a $225 million 11-year note plus a 15-year warrant valued at $90 million, enabling him to purchase 40% of the new Tribune shares for an additional investment of $500 million. Mr. Zell's combined investment at that stage would be $750 million, for 40% of the equity value plus the $225 million 11-year note.

The ownership structure is one that should benefit employees, though it does entail some risks related to the high degree of financial leverage in the context of stagnating core revenue and circulation trends. Favorably, the going-private transaction will provide an opportunity for the company to restructure its operations while remaining outside of the public limelight. Movement toward an appropriate business model for a traditional media group likely involves increasingly aggressive investment in business opportunities in the Internet and other incremental content delivery forms. To the extent that this transition process stands to further depress near-term profit trends that are already a challenge to progress in media stock valuation levels, the ability to execute on such a plan as a private enterprise offers clear advantages.

### Crossownership

It is not a fait a compli that Tribune will be able to keep all of its properties after a change of ownership that exposes the new buyer to cross-media restrictions, including situations in which Tribune had originally been granted grandfather rights. Temporary waivers will be sought. We wonder if the ESOP's majority ownership in the private company's equity will cause such a request to receive a favorable review in that the players will, for the most part, be the same before and after the transaction.

### The Cubs

Tribune bought the Cubs for $20.5 million about 25 years ago before the company went public. We estimate the value is north of $500 million, probably closer to $600 million. One estimate placed the value at $1 billion, but this seems to be a stretch.

❖ Barrington Research

The notion had generally been that the Cubs were worth more to Tribune than to others because of the value of the sports programming to WGN television, both the local channel and the superstation. In recent years, this aspect has been eroded, as Tribune Broadcasting first became the flagship station group for The WB Television Network and then for its replacement, The CW. The ability to preempt evening programming diminished as the station group became anchor to a network. The creation of Comcast SportsNet solved some of the programming issues that are compounded by Major League Baseball agreements.

The Cubs and Comcast SportsNet are to be sold following the 2007 baseball season. They are viewed as noncore assets of high value and little importance to the P&L statement. In addition, Mr. Zell is part of a group that owns the Chicago White Sox, so rules would prohibit his involvement with both franchises. The one remaining open question that would impact the value of this sale is the fate of Wrigley Field. The company has not yet specified whether it would be sold with the Cubs franchise.

**Investment Opinion**

TRB owners are to get $34 in cash for all shares. However, 126 million shares, or roughly half of the shares outstanding, are to be bought by the company via a tender offer within the next two or three months. The balance would be bought at closing, targeted for the fourth quarter. If the closing extends into 2008, an 8% annual rate ticking fee would be applied to any shares acquired at that time.

Since the $34 price represents about a 4% premium over the current share trading level, we feel it would be wise to tender all shares with the initial cash tender. The likelihood is that the company would buy about half of any shares tendered. The more the better since the indicated return would be an annualized rate in the mid-teens. Assuming TRB continues to trade at a level this close to the $34 takeout price, it would make sense to sell any remaining shares that are returned in the open market since the value of holding the shares until completion of the deal would be less than the time value of money for the remaining nine months.

**Business Description:** Tribune Company is a media and entertainment company, operating primarily in the United States, which conducts its operations through two business segments: publishing, and broadcasting and entertainment. Publishing consists primarily of 11 daily newspapers, which include related businesses, such as Websites. During the year ended December 31, 2006, the publishing segment represented 74% of the Company's consolidated operating revenues. Broadcasting and entertainment consists of 23 television stations, one radio station, the Chicago Cubs and Tribune Entertainment, a company that distributes its own programming together with programming licensed from third parties. During 2006, broadcasting and entertainment represented 26% of the Company's consolidated revenues. In August 2006, the Company completed its acquisition of additional equity interests in each of CareerBuilder, LLC, ShopLocal, LLC and Topix, LLC.

**❖ Barrington Research**                                                                                                                       *April 3, 2007*

**Tribune Company**     **FINANCIAL DATA**     Barrington Research
TRB - NYSE
FY: December
(in thousands, except per share data)

| | REVS $ | YR/YR REV CHG % | EBITDA CASH FLOW $ | EBITDA MGN % | OPER INC $ | OPER MGN % | PRE TAX INC $ | PRE TAX MGN % | TAX RATE % | NET INC $ | NET MGN % | DILUTED EPS $ | SHRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F91A | 1,740 | -18.3 | - | - | 295 | 17.0 | 265 | 15.2 | 40.3 | 158 | 9.1 | 0.91 | 286 |
| F92A | 1,821 | 4.6 | - | - | 322 | 17.7 | 300 | 16.5 | 40.1 | 180 | 9.9 | 1.16 | 287 |
| F93A | 1,912 | 5.0 | 461 | 24.1 | 358 | 18.7 | 347 | 18.1 | 41.0 | 205 | 10.7 | 1.30 | 293 |
| F94A | 2,113 | 10.5 | 522 | 24.7 | 406 | 19.2 | 389 | 18.4 | 41.2 | 229 | 10.8 | 1.46 | 296 |
| F95A | 2,245 | 6.2 | 555 | 24.7 | 405 | 18.1 | 413 | 18.4 | 40.5 | 245 | 10.9 | 1.61 | 286 |
| F96A | 2,405 | 7.2 | 652 | 27.1 | 480 | 20.0 | 464 | 19.3 | 40.4 | 277 | 11.5 | 1.93 | 273 |
| F97A | 2,720 | 13.1 | 791 | 29.1 | 642 | 23.6 | 659 | 24.2 | 40.3 | 394 | 14.5 | 0.90 | 272 |
| F98A | 2,981 | 9.6 | 915 | 30.7 | 702 | 23.6 | 705 | 23.7 | 41.2 | 414 | 13.9 | 1.26 | 267 |
| F99A | 3,222 | 8.1 | 993 | 30.8 | 770 | 23.9 | 2,437 | 75.6 | 39.3 | 1,480 | 45.9 | 1.54 | 262 |
| F00A | 4,910 | 52.4 | 1,405 | 28.6 | 1,034 | 21.1 | 753 | 15.3 | 45.7 | 409 | 8.3 | 1.30 | 272 |
| F01A | 5,253 | 7.0 | 1,244 | 23.7 | 795 | 15.1 | 260 | 5.0 | 59.5 | 106 | 2.0 | 0.72 | 272 |
| 2002-1QA | 1,234 | -4.6 | 307 | 24.9 | 252 | 20.4 | 151 | 12.2 | 39.0 | 92 | 7.5 | 0.32 | 299 |
| 2QA | 1,381 | 1.0 | 400 | 29.0 | 343 | 24.8 | 288 | 20.8 | 39.0 | 176 | 12.7 | 0.52 | 301 |
| 3QA | 1,340 | 5.1 | 378 | 28.2 | 322 | 24.0 | 244 | 18.2 | 36.5 | 155 | 11.6 | 0.46 | 302 |
| 4QA | 1,430 | 8.5 | 416 | 29.1 | 359 | 25.1 | 320 | 22.4 | 39.0 | 195 | 13.7 | 0.57 | 305 |
| F02A | 5,384 | 2.5 | 1,501 | 27.9 | 1,276 | 23.7 | 1,003 | 18.6 | 38.4 | 618 | 11.5 | 1.87 | 302 |
| 2003-1QA | 1,290 | 4.6 | 333 | 25.8 | 288 | 22.3 | 231 | 17.9 | 39.0 | 141 | 10.9 | 0.39 | 307 |
| 2QA | 1,450 | 5.0 | 427 | 29.5 | 384 | 26.5 | 374 | 25.8 | 38.7 | 230 | 15.8 | 0.57 | 311 |
| 3QA | 1,386 | 3.4 | 370 | 26.7 | 326 | 23.5 | 298 | 21.5 | 38.8 | 182 | 13.2 | 0.48 | 313 |
| 4QA | 1,470 | 2.8 | 458 | 31.1 | 416 | 28.3 | 512 | 34.8 | 33.8 | 338 | 23.0 | 0.66 | 315 |
| F03A | 5,595 | 3.9 | 1,588 | 28.4 | 1,414 | 25.3 | 1,415 | 25.3 | 37.0 | 891 | 15.9 | 2.10 | 311 |
| 2004-1QA | 1,332 | 3.3 | 332 | 24.9 | 286 | 21.5 | 197 | 14.8 | 38.7 | 121 | 9.1 | 0.40 | 329 |
| 2QA | 1,496 | 3.2 | 379 | 25.3 | 331 | 22.2 | 161 | 10.7 | 40.0 | 96 | 6.4 | 0.62 | 324 |
| 3QA | 1,414 | 2.0 | 314 | 22.2 | 270 | 19.1 | 201 | 14.2 | 39.4 | 122 | 8.6 | 0.51 | 318 |
| 4QA | 1,484 | 1.0 | 427 | 28.8 | 383 | 25.8 | 383 | 25.8 | 38.7 | 235 | 15.8 | 0.71 | 318 |
| F04A | 5,726 | 2.3 | 1,451 | 25.3 | 1,270 | 22.2 | 941 | 16.4 | 39.1 | 573 | 10.0 | 2.25 | 322 |
| 2005-1QA | 1,316 | -1.2 | 310 | 23.6 | 266 | 20.2 | 215 | 16.3 | 33.5 | 143 | 10.9 | 0.41 | 320 |
| 2QA | 1,462 | -2.3 | 396 | 27.1 | 352 | 24.1 | 383 | 26.2 | 39.0 | 233 | 16.0 | 0.60 | 318 |
| 3QA | 1,403 | -0.8 | 343 | 24.4 | 300 | 21.4 | 287 | 20.4 | 91.6 | 24 | 1.7 | 0.50 | 317 |
| 4QA | 1,415 | -4.7 | 403 | 28.5 | 279 | 19.7 | 226 | 16.0 | 40.4 | 135 | 9.5 | 0.57 | 312 |
| F05A | 5,596 | (2.3) | 1,453 | 26.0 | 1,196 | 21.4 | 1,111 | 19.8 | 51.8 | 535 | 9.6 | 2.08 | 317 |
| 2006-1QA | 1,299 | -1.3 | 279 | 21.4 | 223 | 17.2 | 169 | 13.0 | 39.2 | 103 | 7.9 | 0.33 | 306 |
| 2QA | 1,432 | -2.1 | 362 | 25.3 | 306 | 21.4 | 281 | 19.6 | 41.6 | 164 | 11.5 | 0.55 | 304 |
| 3QA | 1,349 | -3.8 | 293 | 21.7 | 235 | 17.4 | 238 | 17.6 | 31.2 | 164 | 12.1 | 0.43 | 253 |
| 4QA | 1,467 | 3.7 | 383 | 26.1 | 323 | 22.0 | 324 | 22.1 | 28.4 | 232 | 15.8 | 0.68 | 241 |
| F06A | 5,547 | (0.9) | 1,316 | 23.7 | 1,088 | 19.6 | 1,012 | 18.2 | 37.0 | 663 | 11.9 | 2.00 | 274 |
| F07E | 5,491 | (1.0) | 1,228 | 22.4 | 1,053 | 19.2 | 797 | 14.5 | 891.4 | 484 | 8.8 | 2.05 | 233 |
| F08E | 5,606 | 2.1 | 1,236 | 22.1 | 1,059 | 18.9 | 852 | 15.2 | 0.0 | 517 | 9.2 | 2.20 | 233 |

| BALANCE SHEET DATA | | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Assets | (mil$) | 14,546.0 | 14,268.0 | 14,280.0 | 14,078.3 | 14,505.0 | 14,676.0 | 8,797.7 | 5,935.6 | 4,777.6 |
| Cash & Rest Cash | (mil$) | 151.0 | 124.0 | 248.0 | 105.9 | 66.0 | 116.0 | 631.0 | 12.4 | 66.6 |
| Receivables | (mil$) | 798.0 | 850.0 | 867.0 | 814.5 | 726.0 | 814.0 | 594.9 | 555.2 | 442.3 |
| Current Assets | (mil$) | 1,493.0 | 1,452.0 | 1,605.0 | 1,524.7 | 1,364.0 | 1,491.0 | 2,084.6 | 945.1 | 847.7 |
| Current Liabilities | (mil$) | 1,447.0 | 1,370.0 | 1,264.0 | 1,154.0 | 1,533.0 | 1,449.0 | 860.6 | 828.1 | 706.2 |
| Working Capital | (mil$) | 46.0 | 82.0 | 341.0 | 370.7 | (169.0) | 42.0 | 1,224.0 | 117.0 | 141.5 |
| Long-Term Debt | (mil$) | 3,261.0 | 2,590.0 | 2,543.0 | 3,226.7 | 3,685.0 | 4,007.0 | 2,694.2 | 1,616.3 | 1,521.5 |
| Shrhldrs Equity | (mil$) | 6,726.0 | 6,837.0 | 7,047.0 | 6,140.1 | 5,651.0 | 5,886.0 | 3,469.9 | 2,356.6 | 1,826.0 |
| Debt/Capital | (%) | 32.7 | 27.5 | 26.5 | 34.4 | 39.5 | 40.5 | 43.7 | 40.7 | 45.5 |
| **SELECTED DATA** | | | | | | | | | | |
| Book Value | ($/Share) | 21.93 | 21.56 | 21.47 | 20.08 | 18.96 | 19.65 | 14.59 | 9.90 | 7.45 |
| Cash | ($/Share) | 0.49 | 0.39 | 0.76 | 0.35 | 0.22 | 0.39 | 2.65 | 0.05 | 0.27 |
| Earnings | ($/Share) | 1.92 | 2.25 | 2.10 | 1.87 | 0.72 | 1.30 | 1.54 | 1.27 | 1.15 |
| Cash Flow (Ops) | ($/Share) | 2.08 | 3.27 | 3.44 | 2.70 | 2.53 | 4.06 | 2.55 | 2.04 | 1.42 |
| Free Cash Flow | ($/Share) | 2.00 | 1.79 | 2.74 | 1.94 | 1.13 | 1.74 | 5.96 | 1.76 | 1.71 |
| EBITDA | ($/Share) | 4.22 | 3.29 | 4.51 | 3.29 | 2.22 | 3.63 | 10.01 | 3.19 | 2.94 |
| Return on Avg Equity | (%) | 9.0 | 8.3 | 13.5 | 10.5 | 1.9 | 8.9 | 14.5 | 15.4 | 18.8 |

❖ **Barrington RESEARCH**  *April 3, 2007*



**EQUITY RATING SYSTEM:**

(1) **OUTPERFORM**  Expected to outperform the market (S&P 500) over the next 12 months.
Sound or improving company fundamentals.
Potential exists for a near-term catalyst.
Undervalued at current levels.

(2) **MARKET PERFORM**  Expected to perform roughly in line with the market (S&P 500) over the next 12 months.
Long-term potential exists, but no near-term catalyst apparent.
Fairly valued at current levels.

(3) **UNDERPERFORM**  Expected to underperform the market (S&P 500) over next 12 months.
Company fundamentals may be deteriorating.
Fully valued or over-valued at current levels

**PRICE TARGET METHOD/RISKS:**  The analyst does not maintain a price target for this company.

**DISTRIBUTION OF RATINGS:**  The following is a list of ratings for companies covered by Barrington Research Associates, Inc., as of December 31, 2006: The number of companies rated OUTPERFORM was 49 and represented 52% of all companies on the coverage list. The number of companies rated MARKET PERFORM was 44 and represented 47% of all companies on the coverage list. The number of companies rated UNDERPERFORM was 1 and represented 1% of all companies on the coverage list. Also, as of December 31, 2006, Barrington Research Associates, Inc., has provided investment banking services, within the last 12 months, to 10% (5 of 49) of the companies that had OUTPERFORM ratings, 0% (0 of 44) of the companies that had MARKET PERFORM ratings, and 0% (0 of 1) of the companies that had UNDERPERFORM ratings.

**Analyst Certification:** The research analyst responsible for the preparation of this research report, James C. Goss, CFA hereby certifies that his views about the companies and their securities expressed in this report accurately reflect his personal opinions. The analyst also certifies that no part of his compensation is directly or indirectly related to the specific recommendations or views contained in this report.

Research analysts, including those involved in the preparation of this report, received no direct compensation in connection with the firm's investment banking activities. Analyst compensation, which is made up of salary and bonus, is based upon numerous factors including stock price performance, quality of analysis, and investor client feedback, as well as the overall profitability of the firm, which is impacted by all of the firm's business activities and includes, among other things, institutional equity trading and investment banking services. Investment banking services, as defined under NASD Rule 2711, includes, among other things, acting as an underwriter in or as a member of the selling group in a securities underwriting. The analyst responsible for this report or a member of the analyst's household owns shares of the common stock of this company. NASD Regulation has adopted rules that prohibit research analysts from trading in securities of covered companies during specified time periods before and after the publication of research reports.

Barrington Research Associates, Inc. is a full-service financial services firm that offers a wide variety of services and products to its clients. Investors should assume that Barrington Research is seeking or will seek investment banking or other business relationships with the companies under its research coverage. Barrington Research has not received investment banking-related compensation from this company within the past 12 months nor does it expect to within the next three months.

**Barrington RESEARCH**                                                                                              *April 3, 2007*

**Barrington Research Associates, Inc.**                                   Main:    (312) 634-6000
*161 N. Clark Street, Suite 2950*                                          Trading: (800) 233-6205
*Chicago, IL 60601*                                                        Fax:     (312) 634-6350

### INVESTMENT RESEARCH

| Name | Email | Phone |
|---|---|---|
| Alek Gasiel | agasiel@brai.com | (312) 634-6380 |
| James C. Goss, CFA | jcg@brai.com | (312) 634-6355 |
| Michael Hutchison | mh@brai.com | (312) 634-6354 |
| Derek W. Leckow | dleckow@brai.com | (312) 634-6367 |
| Walter S. Liptak, CPA | wliptak@brai.com | (312) 634-6371 |
| Alexander P. Paris, CFA | app@brai.com | (312) 634-6359 |
| Alexander Paris, Jr., CFA | aparis@brai.com | (312) 634-6352 |
| Gary Prestopino, CFA | gprestopino@brai.com | (312) 634-6369 |
| Jennifer Price (Editorial) | jprice@brai.com | (312) 634-6341 |

### INSTITUTIONAL SALES

| Name | Email | Phone |
|---|---|---|
| Lori Boo | lboo@brai.com | (312) 634-6353 |
| Lia Carlos | liacarlos@brai.com | (312) 634-6372 |
| Craig E. Christensen | cec@brai.com | (312) 634-6356 |
| Frank P. Clarke | fclarke@brai.com | (212) 350-4754 |
| David C. Hayward | dhayward@brai.com | (312) 634-6362 |
| Jerry Keaton | jkeaton@brai.com | (312) 634-6386 |
| Daniel F. Mangin III | dmangin@brai.com | (312) 634-6385 |
| Jonathan Raclin | jsr@brai.com | (312) 634-6358 |
| John K. Smith | jsmith@brai.com | (312) 634-6340 |
| Lisa Vliek | lvliek@brai.com | (312) 634-6373 |

### TRADING  (800) 233-6205

| Name | Email | Phone |
|---|---|---|
| Michael Hutchison | mh@brai.com | (312) 634-6374 |
| Alice M. Somodji | ams@brai.com | (312) 634-6375 |

#### Institutional Equity Trading Instructions

Barrington Research Associates, Inc., an NASD-registered broker/dealer, clears through Bear Stearns, on a fully disclosed basis. We offer several ways to facilitate the payment for our economic and investment research services.

1) Both listed and NASDAQ orders may be placed with our traders, Mike Hutchison and Alice Somodji, at (800) 233-6205 or (312) 634-6374.
2) Listed orders can also be placed directly with the Bear Stearns block desk in New York at (212) 272-5491. When placing orders, please specify that the order is for the credit of Barrington Research.
3) If you prefer, you can trade through any regional Bear Stearns institutional desk and direct your orders for the "credit of Barrington Research - Office 504."
4) If you do not have an account, please fax account instructions to your Barrington Research institutional salesperson at (312) 634-6350 and we will open the account(s).
5) All confirmations will go out in the name of Barrington Research.
6) Our DTC number is 0352.  Our Broker/Dealer number is 58453. Our NSCC Symbol and Oasys Terminal ID are BRRR. Our Alert OCCD Acronym is BARRE.

In addition, Barrington Research has signed a fully-disclosed correspondent agreement with Instinet Corp. and is a participant in Instinet's new commission-sharing program, BrokerShare, which allows institutional clients to trade with Instinet while directing their commission dollars to our firm (and other broker-dealers) to pay for investment research and other services.  For more information about the Instinet BrokerShare program, contact Instinet directly at (800) 225 5008.

If you have any further questions on trading, setting up accounts or related information (including BrokerShare), please call Michael Hutchison or Alice Somodji in our trading department, or your institutional sales representative.

**ADDITIONAL INFORMATION ON COMPANIES MENTIONED IN THIS REPORT ARE AVAILABLE UPON REQUEST.**

The information contained herein has been obtained from sources believed to be reliable, but we do not guarantee its accuracy or completeness. The opinions and estimates reflect our best judgment as of the report date and are subject to change without notice. This report is intended for informational purposes only and does not constitute an offer or solicitation to buy or sell any securities. Barrington Research Associates, Inc., its affiliates, officers, analysts, or employees may, from time to time, have positions in any security referred to herein. Barrington Research Associates, Inc. may act as principal or as agent for both the buyer or the seller with the purchase or sale of any security mentioned in this report. Barrington Research Associates, Inc. may have provided, or may seek to provide, investment banking services to any company mentioned in this report. This report may not be reproduced in any form without prior written consent. © 2007 Barrington Research Associates, Inc. All rights reserved. Member NASD/SIPC.