TRIBUNE COMPANY
Underwriters Due Diligence
October 1, 2007

**University of Chicago / Gleacher Center – 3rd Floor (Room 308)**
450 North Cityfront Plaza Drive
Chicago, Illinois 60611
(T) 312-464-8787

**Teleconference information:**
Dial-in (888) 830-6260
Passcode: 372736

<u>Continental breakfast begins at 7:30 a.m.</u>

<u>Introduction</u>

    8:00 – 8:10                  Introductions and opening comments (FitzSimons)

<u>Publishing/Interactive Session</u>

    8:10 – 9:00                  Overall model assumptions (Smith/Amsden)

    9:00 – 9:15                  Transformative Change (Gremillion)

    9:15 – 10:15               Advertising revenue
- Retail (Thomas)
- National (DePaola)
- Classified (DePaola)

    10:15 – 10:25              Break

    10:25 – 10:45              Circulation (Casanova)
- Revenue and net paid
- Commercial delivery and infrastructure opportunities

    10:45 – 11:30              Interactive (Landon/B. Kenney)

    11:30 – Noon              Lunch break

MD 00380