| | |
|---|---|
| **From:** | Bigelow, Chandler |
| **Sent:** | Saturday, March 24, 2007 10:14 PM (GMT) |
| **To:** | King, James F. <JFKing@tribune.com> |
| **Cc:** | Kazan, Daniel G <DKazan@tribune.com> |
| **Subject:** | Re: Equity Value Projections |

Probably makes sense to meet on Monday to discuss. But yes if we hit the down 2 case there is no equity value in the first 5yrs.

----- Original Message -----
From: King, James F.
To: Bigelow, Chandler
Cc: Sewell, Irene
Sent: Sat Mar 24 08:56:34 2007
Subject: FW: Equity Value Projections

Chandler, if I am reading this right, we have a pretty narrow band for success under the ESOP - i.e. if we are off plan by 2% we have no value in the ESOP for 5 years. Are there other dynamics at work I don't understand?

-----Original Message-----
From: Prodoehl, Peter [mailto:Prodoehl.Peter@principal.com]
Sent: Saturday, March 24, 2007 8:43 AM
To: King, James F.
Cc: Graham, Ryan
Subject: FW: Equity Value Projections


Jim, in response to your question regarding running other scenarios, here are the values. As you can see, in the 3% downside case there is no value in any year and in the 2% there is some value beginning in 2013. I can run the 2% downside scenario if you'd like and if you think it would be meaningful information.

Please advise.
Thanks
Pete

-----Original Message-----
From: Scardigli, Michael [CIB-GBKG]
[mailto:michael.scardigli@citigroup.com]
Sent: Thursday, March 22, 2007 6:02 PM
To: Prodoehl, Peter
Cc: Bigelow, Chandler; Kurmaniak, Rosanne [CIB-GBKG]; Tak, Isaac [CIB-GBKG]; Chen, Ruoxi [CIB-GBKG]
Subject: Equity Value Projections

Peter,

Please find attached the Equity Value and Shares Outstanding Projections through 2017. Let us know if you have any questions.

Best, Michael

Professionals' Eyes Only

TRB0082812

-------------------
Michael Scardigli
Citigroup | Investment Banking
Mergers & Acquisitions
388 Greenwich St., 36th Floor
New York, NY 10013
Tel: (212) 816-7270
Fax: (646) 352-0847
Cell: (609) 828-9653
michael.scardigli@citigroup.com


-----Message Disclaimer-----

This e-mail message is intended only for the use of the individual or
entity to which it is addressed, and may contain information that is
privileged, confidential and exempt from disclosure under applicable law.
If you are not the intended recipient, any dissemination, distribution or
copying of this communication is strictly prohibited. If you have
received this communication in error, please notify us immediately by
reply email to Connect@principal.com and delete or destroy all copies of
the original message and attachments thereto. Email sent to or from the
Principal Financial Group or any of its member companies may be retained
as required by law or regulation.

Nothing in this message is intended to constitute an Electronic signature
for purposes of the Uniform Electronic Transactions Act (UETA) or the
Electronic Signatures in Global and National Commerce Act ("E-Sign")
unless a specific statement to the contrary is included in this message.

While this communication may be used to promote or market a transaction
or an idea that is discussed in the publication, it is intended to provide
general information about the subject matter covered and is provided with
the understanding that The Principal is not rendering legal, accounting,
or tax advice. It is not a marketed opinion and may not be used to avoid
penalties under the Internal Revenue Code. You should consult with
appropriate counsel or other advisors on all matters pertaining to legal,
tax, or accounting obligations and requirements.

Professionals' Eyes Only

TRB0082813