

# ESOP Transaction Model

2/8/07 - Pub Ad Rev -2% and B&E OCF Flat  Case

$34.00 Acquisition (w/ $17.61 Average Up-Front Distribution / Share)

Last Updated                4/2/07 10:14 PM

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109124

# Controls

| | | |
|---|---|---|
| Operating Case | 9 | 2/8/07 - Pub Ad Rev -2% and B&E OCF Flat |
| Financing Case - Dividend | 3 | $17.61 Average Up-Front Distribution / Share |
| Purchase Price - Whole Company | 6 | $34.00 Acquisition |

| |
|---|
| 1 = $20.00 Distribution |
| 2 = $17.50 Distribution |
| 3 = $15.00 Distribution |
| 4 = No Distribution |

### Break-up / Divestiture Assumptions

| | |
|---|---|
| Radio / TVFood in Publishing? | Yes |
| Cubs / Comcast in Publishing? | Yes |
| Sell Cubs / Comcast? | Yes |
| Include Recycler? | No |
| Remove Recycler from Pub Results? | Yes |
| Gross Proceeds - Cubs | $600 |
| Gross Proceeds - Recycler | 1 |
| Less: Basis - Cubs | (43) |
| Less: Basis - Recycler | (180) |
| Taxable Gain | $378 |
| **After-Tax Proceeds - Cubs** | **$455** |
| Gross Proceeds - Comcast | $225 |
| Less: Basis | (19) |
| Taxable Gain | $206 |
| **After-Tax Proceeds - Comcast** | **$146** |
| Sell SCNI? | Yes |
| Gross Proceeds - SCNI | $72 |
| Taxes Paid | (29) |
| SCNI Real Estate | 14 |
| **After-Tax Proceeds - SCNI** | **$57** |

| | |
|---|---|
| **YE Cubs Divestiture** | **2007** |
| **Assumed S-Corp Election Year** | **2008** |

### General Assumptions

| | |
|---|---|
| Corporate Tax Rate | 38.25% |
| Interest Rate on Cash | 3.0% |
| ROR on Investments | 10.0% |
| Min Cash Balance | $175 |
| Zell Contribution @ Entry | $315 |
| Contribution @ Stage 1 | $250 |
| Zell Contribution @ Exit | $275 |
| Zell Stake @ Entry | 0.0% |
| Zell Stake @ Exit | 40.0% |
| Mgmt. Stake @ Exit | 8.3% |
| Exit Multiple | 8.0x |
| Include Stock Comp. | Yes |
| Zell Personal Tax Rate | 39.50% |
| Zell Notes @ PIK Interest? | Yes |
| ROC Date | 03/31/07 |
| Acquisition Date | 12/31/07 |
| Up-Front Dist. Method | Repurchase |
| Long-Term AFR Rate (Qtr) | 4.72% |

### ESOP Assumptions

| | |
|---|---|
| Corporate Taxes | No |
| 401K Elim Cost Savings | 60 |
| Other Cost Savings | 20 |
| Annual Repurch. Oblig. | 7.0% |
| ESOP Loan (pt. of TLB) | $250 |

| | |
|---|---|
| | **Dividen** |
| **Tranche** | |
| New Revolving Credit | |
| New Term Loan B | |
| | **Acquisiti** |
| **Tranche** | |
| Incremental Term Loa | |
| Assumed Value of ES | |
| New Senior Notes | |
| Step 1 Repurchase P | |
| Step 2 Repurchase P | |
| Ticking Fee (% of Pu | |
| Daily Ticking Fee | |
| Include? | |
| Amount | |
| **Sensitize LIBOR?** | |

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109125

## Financing Cases - Dividend (Initial Raise)

**Adj. EBITDA (Q1 2007)**      $1,411

| Tranche | Proceeds | Leverage | Rate | Fees | Proceeds - Scenarios | | | | | Proceeds - S |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $20.00 | $17.50 | $17.61 | $17.50 | $20.00 | |
| New Revolving Credit Facility ($7 | $0 | 0.0x | L+250 | 1.63% | $0 | $0 | $0 | $0 | L+250 | |
| New Term Loan A | 0 | 0.0 | L+250 | 1.63% | 0 | 0 | 0 | 0 | L+250 | |
| New Term Loan B | 7,015 | 5.0 | L+250 | 1.63% | 7,015 | 7,015 | 7,015 | 7,015 | L+250 | |
| New 2nd Lien Term Loan | 0 | 0.0 | L+250 | 2.25% | 0 | 0 | 0 | 4,000 | L+225 | |
| New Senior Notes | 0 | 0.0 | 9.875% | 2.75% | 0 | 0 | 0 | 0 | 9.875% | |
| Roll Existing Debt | 1,521 | 1.1 | | | 1,521 | 1,521 | 1,521 | 1,521 | | |
| PHONES | 900 | 0.6 | 2.000% | | 900 | 900 | 900 | 900 | 2.000% | |
| **Total Debt** | **$9,436** | **6.7x** | | **$130** | | | | | | |
| New Delayed Draw Term Loan B | 0 | 0.0x | L+250 | 1.63% | | | | | L+250 | |

## Financing Cases - Acquisition

**Adj. EBITDA (Q4 2007)**      $1,422

| Tranche | Proceeds | Leverage | Rate | Fees | Zell Acquisition | |
|---|---|---|---|---|---|---|
| | | | | | $33.00 | $32.00 |
| New Revolving Credit Facility ($7 | $0 | 0.0x | L+250 | 1.63% | $0 | $0 |
| New Term Loan A | 0 | 0.0 | L+250 | 1.63% | 0 | 0 |
| Incremental Term Loan B | 2,105 | 1.5 | L+250 | 1.63% | 2,105 | 2,105 |
| New Term Loan C | 0 | 0.0 | L+250 | 1.63% | 0 | 0 |
| New Senior Notes | 2,100 | 1.5 | 10.000% | 2.75% | 2,100 | 2,100 |
| New Sub Notes | 0 | 0.0 | 10.000% | 2.75% | 0 | 0 |
| Roll Existing Bank Debt | 6,742 | 4.7 | | | 6,742 | 6,742 |
| Rolled Existing Notes | 1,507 | 1.1 | | | 1,507 | 1,507 |
| PHONES | 900 | 0.6 | 2.000% | | 900 | 900 |
| **Total Debt** | **$13,354** | **9.4x** | | **$104** | | |
| Assumed Value of ESOP Stake | 250 | 0.2 | 8.000% | 1.63% | 250 | 250 |
| Zell PIK Notes | 225 | 0.2 | 4.804% | | | |

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109126

b Ad Rev -2% and B&E OCF Flat
age Up-Front Distribution / Share)



| | 4 = $33.00 Acquisition |
| | 5 = $32.00 Acquisition |
| | 6 = B3/B- Scenario |

### mptions

| | Rate |
|---|---|
| Facility ($750mm) | 7.860% |
| | 7.860% |

| | Rate |
|---|---|
| n B | 7.860% |
| OP Stake | 8.000% |
| | 10.000% |

### ptions

| | |
|---|---|
| rice per Share | $34.00 |
| rice per Share | $34.00 |
| rchase Price / Sh.) | 8.00% |
| | $0.0075 |

### bution

| | |
|---|---|
| | Yes |
| | $37 |

No

|  | 3 | |
|---|---|---|
| **Zell Cases** | | contrib |
| 1 - 3/9/07 Proposal | | $225 |
| 2 - Revised 3/31/07 | | $325 |
| 3 - Revised 4/1/07 | | $315 |
| 4 - $100mm more | | $340 |

**Eag**
Common Shares
Value / Sh
Total Value

Coupon
Dividend Rec. Deduction
Beg. Cash Balance
Years PIKing

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109127

| | | |
|---|---|---|
| s | | |
| $17.50 | $17.61 | $17.50 |
| L+250 | L+250 | L+300 |
| L+250 | L+250 | L+300 |
| L+250 | L+250 | L+300 |
| L+225 | L+225 | L+600 |
| 9.875% | 9.875% | 11.500% |
| 2.000% | 2.000% | 2.000% |
| L+250 | L+250 | |

| | Rates | | |
|---|---|---|---|
| $34.00 | | $33.00 | $34.00 |
| $0 | | L+250 | L+250 |
| 0 | | L+250 | L+250 |
| 2,105 | | L+250 | L+250 |
| 0 | | L+250 | L+250 |
| 2,100 | | 10.000% | 10.000% |
| 0 | | 10.000% | 10.000% |
| 6,742 | | | |
| 1,507 | | | |
| 900 | | 2.000% | 2.000% |
| 250 | | 8.000% | 8.000% |
| | | 4.804% | 4.804% |

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109128

**Dividend / Purchase Price Build**

2/8/07 - Pub Ad Rev -2% and B&E OCF Flat
$34.00 Acquisition (w/ $17.61 Average Up-Front Distribution / Share)

| Initial Dividend | |
|---|---|
| Current Share Price | $30.07 |
| Basic Shares | 240.4 |
| RSU (06 + 07) | 3.1 |
| ITM Options | |
| **Fully Diluted Share Ct.** | **243.5** |
| | |
| Dividend / Share | $17.61 |
| FD Shares | 243.5 |
| **Cash Distribution** | **$4,288** |

| Acquisition | |
|---|---|
| **Acquisition Share Price** | $34.00 |
| **Adj. Acquisition Share Price** | $16.39 |
| Basic Shares | 243.5 |
| ITM Options | 7.9 |
| **Fully Diluted Share Ct.** | **251.4** |
| | |
| **Purchase Price of Equity** | **$4,121** |
| Proceeds from Options Exer | (201) |
| Tax Benefits | (15) |
| **Net Cash Required** | **$3,906** |

| Options | Shares | Strike | @ Acquisition Price | |
|---|---|---|---|---|
| | | | ITM | Proceeds |
| Tranche 12 | 7.9 | 25.39 | 7.9 | 201 |
| | **40.3** | | **7.9** | **$201** |

Page 1 of

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

240.34462

Per Chandler - 4/1/07

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109130

## Sources & Uses

### Step 1: Parent Financing Sources & Uses

| Sources | Total | % | Cumul. Leverage | Uses | Total |
|---|---|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0 | 0.0% | 0.0x | Share Repurchase | $4,288 |
| New Term Loan B | 7,015 | 72.4 | 5.0 | Refinance Existing Debt | 2,825 |
| New Delayed Draw Term Loan B ($263mm) | 0 | 0.0 | 5.0 | Roll Existing Debt | 1,521 |
| Roll Existing Debt | 1,521 | 15.7 | 6.0 | PHONES | 900 |
| PHONES | 900 | 9.3 | 6.7 | Financing Fees | 130 |
| Zell Investment | 250 | 2.6 | | Transaction Fees | 22 |
| **Total Sources** | **$9,686** | **100.0%** | **6.7x** | **Total Uses** | **$9,686** |

**Share Repurchase**

Total Share Repurchase Amount
Repurchase Price per Share
**No. of Shares Repurchased**
Zell Common Shares Issued at $34.00/sh
PF Basic Shares O/S (incl. Zell shares)

### Step 2: Acquisition Sources & Uses

| Sources | Total | % | Cumul. Leverage | Uses | Total |
|---|---|---|---|---|---|
| $1,422 New Revolving Credit Facility ($750mm) | $0 | 0.0% | 0.0x | Purchase Equity | $4,261 |
| Roll Existing Bank Debt | 6,742 | 48.6 | 4.7 | Roll Existing Bank Debt | 6,742 |
| Incremental Term Loan B | 2,105 | 15.2 | 6.2 | Rolled Existing Notes | 1,507 |
| New Senior Notes | 2,100 | 15.1 | 7.7 | PHONES | 900 |
| Rolled Existing Notes | 1,507 | 10.9 | 8.8 | Financing and Other Fees | 120 |
| PHONES | 900 | 6.5 | 9.4 | Redeem Zell Exchange Notes | 200 |
| Option Proceeds | 215 | 1.6 | | Redeem Zell Common Equity | 50 |
| Zell Investment | 315 | 2.3 | | Cash Distributions Triggered by | 104 |
| | | | | Change of Control | |
| **Total Sources** | **$13,884** | **0:0.0%** | **9.4x** | **Total Uses** | **$13,884** |
| Less: Cash Proceeds from Cubs / Comcast | ($602) | | | **Share Repurchase** | |
| **Total PF Debt at Q4 '07** | **$12,752** | | **9.2x** | Total Share Repurchase Amount | |

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109131

| | | | Zell Share Repurchase Amount | |
|---|---|---|---|---|
| Less: PV of Tax Savings | (974) | | Repurchase Price per Share | |
| **Total Adj. Debt at Q4 '07** | **$11,779** | **8.5x** | **No. of Basic Shares (incl. Zell) + Vested Shares** | |
| | | | | |
| Assumed Value of ESOP Stake | 250 | 1.8 | | |

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109132

OCF Flat
ı / Share)



%

44.3%
29.2
15.7
9.3
1.3
0.2

:0.0%

$4,288
$34.00
126.1
1.5
115.7

%

30.7%
48.6
10.9
6.5
0.9
1.4
0.4
0.7

100.0%

Total

$4,261

**M&A Fees**
$18

**Add. Fees**
($1)

**Other Fees**
$16

Page 3 of

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

50
$34.00
**126.8**

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109134

# Capitalization

| | Pro Forma Capitalization | | | |
|---|---|---|---|---|
| | Pro Forma 3/31/2007 | Projected 12/31/2007 | Acquisition Adjustments | Pro Forma 12/31/2007 |
| Cash and Cash Equivalents | $185 | $175 | -- | $175 |
| Revolving Credit Facility | -- | -- | -- | -- |
| New Term Loan B | $7,015 | $6,742 | $2,105 | $8,847 |
| **1st Priority Guaranteed Debt** | **$7,015** | **$6,742** | | **$8,847** |
| New Senior Notes | -- | -- | 2,100 | 2,100 |
| **Guaranteed Debt** | **$7,015** | **$6,742** | | **$10,947** |
| Commercial Paper | -- | -- | -- | -- |
| Term Loan A | -- | -- | -- | -- |
| Bridge Loan | -- | -- | -- | -- |
| Medium Term Notes | $263 | $263 | -- | $263 |
| $148.2 million 7.25% debentures due 3/1/13 | 80 | 80 | -- | 80 |
| $98.75 million 7.5% debentures due 7/1/23 | 95 | 95 | -- | 95 |
| $250 million 6.61% debentures due 9/15/27 | 83 | 83 | -- | 83 |
| $148 million 7.25% debentures due 11/15/96 | 130 | 130 | -- | 130 |
| $450 million 4.875% note due 8/15/10 | 449 | 450 | -- | 450 |
| $330 million 5.25% note due 8/15/15 | 329 | 329 | -- | 329 |
| Existing Notes | 1,165 | $1,166 | -- | $1,166 |
| Capitalized Real Estate Obligation | 51 | 36 | -- | 36 |
| Swaps and Other Obligations | 42 | 43 | -- | 43 |
| **Senior Debt** | **$8,536** | **$8,249** | | **$12,454** |
| PHONES | 900 | 900 | -- | 900 |
| **Total Debt** | **$9,436** | **$9,149** | | **$13,354** |
| **Credit Statistics** | | | | |
| LTM PF Adj EBITDA | $1,411 | $1,342 | | $1,422 |
| 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 5.0x | 5.0x | | 6.2x |
| Guaranteed Debt / LTM PF Adj EBITDA | 5.0 | 5.0 | | 7.7 |
| Senior Debt /  LTM PF Adj EBITDA | 6.0 | 6.1 | | 8.8 |
| Total Debt /  LTM PF Adj EBITDA | 6.7 | 6.8 | | 9.4 |

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109135

| | | | |
|---|---|---|---|
| ESOP Loan (pt. of TLB) | -- | -- | 250 | 250 |

$273

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109136

Rev -2% and B&E OCF Flat
-Front Distribution / Share)

| Sale of Cubs / Comcast | Pro Forma 12/31/2007 |
|---|---|
| -- | $175 |
| -- | -- |
| ($602) | $8,245 |
| | $8,245 |
| -- | 2,100 |
| | $10,345 |
| -- | -- |
| -- | -- |
| -- | -- |
| -- | $263 |
| -- | 80 |
| -- | 95 |
| -- | 83 |
| -- | 130 |
| -- | 450 |
| -- | 329 |
| -- | 1,166 |
| -- | 36 |
| -- | 43 |
| | $11,852 |
| -- | 900 |
| | $12,752 |
| | |
| $1,386 | $1,386 |
| | 5.9x |
| | 7.5 |
| | 8.6 |
| | 9.2 |

Page 3 of

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109137

-- 250

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109138

**Consolidated / Publishing Model**

| | | | | P&L | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Quarter Ended, | | | | | | | Year Ending December 31, |
| | 2005A | 2006A | 1Q 2007 | 2Q 2007 | 3Q 2007 | 4Q 2007 | 2007E | 2008E | 2009E | 2010E | 2011E |
| Total Revenues | $5,511 | $5,433 | $1,229 | 1,385.8 | $1,332 | $1,363 | $5,311 | $5,063 | $4,974 | $4,924 | $4,867 |
| Less: Cash Operating Expenses | (4,058) | (4,043) | (966) | (1,039) | (1,019) | (979) | (4,003) | (3,812) | (3,763) | (3,754) | (3,757) |
| Less: Corporate | (50) | (50) | (13) | (12) | (12) | (12) | (49) | (51) | (52) | (53) | (54) |
| Plus: Expense Reduction from 401K Elim. | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 60 | 60 | 60 | 60 |
| Plus: Other Expense Reduction | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 20 | 20 | 20 | 20 |
| OCF | $1,403 | $1,339 | $251 | 334.8 | $301 | $372 | $1,258 | $1,280 | $1,239 | $1,197 | $1,136 |
| Less: Stock-Based Comp | (31) | (31) | (18) | (8) | (7) | (7) | (41) | 0 | 0 | 0 | 0 |
| Less: D&A | (225) | (227) | (59) | (62) | (61) | (65) | (247) | (240) | (244) | (244) | (244) |
| EBIT | $1,146 | $1,081 | $173 | $265 | $233 | $300 | $971 | $1,039 | $995 | $953 | $892 |
| Plus: Equity Income (Loss) | 41 | 75 | 7 | 18 | 16 | 24 | 65 | 84 | 117 | 146 | 173 |
| Less: Interest Expense, net | (148) | (260) | (83) | (177) | (171) | (167) | (598) | (982) | (984) | (992) | (991) |
| EBT | $1,040 | $895 | $97 | $107 | $77 | $157 | $437 | $142 | $127 | $106 | $74 |
| Less: Book Income Taxes | (424) | (344) | (36) | (40) | (28) | (59) | (164) | (6) | (5) | (4) | (3) |
| Net Income | $616 | $551 | $61 | $67 | $49 | $97 | $274 | $136 | $122 | $102 | $71 |
| Less: Preferred Dividends | (8) | (6) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income to Common | $608 | $545 | $61 | $67 | $49 | $97 | $274 | $136 | $122 | $102 | $71 |

0

38.25%

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109139

| | | | | | | FCF Build | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Quarter Ended, | | | | | | | Year Ending December 31, |
| | 2006A | PF1Q 2007 | PF2Q 2007 | PF3Q 2007 | 4Q 2007 | 2007E | 2008E | 2009E | 2010E | 2011E |
| OCF | $1,339 | $251 | $335 | $301 | $372 | | $1,280 | $1,239 | $1,197 | $1,136 |
| Plus: Discontinued Operations | 7 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Plus: Cash Equity Income | 71 | 45 | 14 | 12 | 14 | | 100 | 118 | 146 | 173 |
| Less: ESOP Repurchase Obligation | 0 | 0 | 0 | 0 | 0 | | 0 | (0) | (0) | (0) |
| Less: Cash Taxes | (305) | (31) | (29) | (18) | (48) | | (3) | (1) | 0 | 0 |
| Less: Cash Interest Expense, net | (239) | (77) | (167) | (161) | (157) | | (930) | (932) | (939) | (936) |
| Less: Change in WC | (13) | (5) | (5) | (5) | (5) | | (26) | (27) | (27) | (28) |
| Less: Capex | (209) | (41) | (45) | (43) | (45) | | (152) | (128) | (128) | (128) |
| **Levered FCF** | **$652** | **$141** | **$102** | **$85** | **$130** | | **$269** | **$269** | **$249** | **$217** |
| Plus: Proceeds from Asset Sales | 407 | (44) | 72 | 0 | 55 | | 0 | 0 | 0 | 0 |
| Less: Acquisitions | (223) | (4) | (7) | (19) | (19) | | (225) | (50) | (50) | (50) |
| **Levered FCF Less Acquisitions** | **$836** | **$93** | **$167** | **$65** | **$165** | | **$44** | **$219** | **$199** | **$167** |
| Plus: Other | (56) | 47 | (40) | (40) | (40) | | 24 | 0 | 0 | 0 |
| Less: Preferred Dividends | (6) | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Less: Dividends to Common | (202) | (43) | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| **Levered FCF Less Dividends and Acq.** | **$572** | **$96** | **$127** | **$25** | **$125** | **$373** | **$68** | **$219** | **$199** | **$167** |
| | | | | | | | | | | |
| **Beginning Cash** | | $175 | $185 | $175 | $175 | | $175 | $175 | $175 | $175 |
| Plus: LCF Less Dividends and Acq. | | 96 | 127 | 25 | 125 | | 68 | 219 | 199 | 167 |
| Less: Minimum Cash Balance | | (185) | (175) | (175) | (175) | | (175) | (175) | (175) | (175) |
| Total Available Cash | | $86 | $137 | $25 | $125 | | $68 | $219 | $199 | $167 |
| Mandatory Borrowing / (Repayment) | | (102) | (22) | (22) | (22) | | (125) | (93) | (543) | (93) |
| Total Available for Revolver | | ($15) | $115 | $3 | $103 | | ($57) | $127 | ($344) | $74 |
| Draw / (Paydown) Revolver | | 0 | 0 | 0 | 0 | | 57 | (57) | 344 | (74) |
| Total Available for Bridge Loan | | ($15) | $115 | $3 | $103 | | $0 | $70 | $0 | $0 |
| Draw / (Paydown) Bridge Loan | | 15 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Total Available for New Term Loan A | | $0 | $115 | $3 | $103 | | $0 | $70 | $0 | $0 |
| Paydown New Term Loan A | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Total Available for New Term Loan B | | $0 | $115 | $3 | $103 | | $0 | $70 | $0 | $0 |
| Paydown New Term Loan B | | 0 | (115) | (3) | (103) | | 0 | (70) | 0 | 0 |
| Total Available for New 2nd Lien Term Loan | | $0 | $0 | $0 | $0 | | $0 | $0 | $0 | $0 |
| Paydown New 2nd Lien Term Loan | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Plus: Minimum Cash Balance | | 185 | 175 | 175 | 175 | | 175 | 175 | 175 | 175 |
| **Ending Cash Balance** | $175 | $185 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 |
| | | | | | | | | | | |
| Total Cash | $175 | $185 | $175 | $175 | $175 | $175 | $175 | $175 | $175 | $175 |
| Total Debt | 5,332 | 5,246 | 9,299 | 9,274 | 9,149 | 12,752 | 12,684 | 12,465 | 12,266 | 12,099 |
| Net Debt | $5,158 | $5,061 | $9,124 | $9,099 | $8,974 | $12,577 | $12,510 | $12,290 | $12,091 | $11,924 |
| PF Total Debt (for Recap / Acquisition) | $5,332 | $2,421 | $9,299 | $9,274 | $12,752 | $12,752 | $12,684 | $12,465 | $12,099 | $12,099 |
| | | | | | | | | | | |
| Investments | $1,349 | $1,349 | $1,349 | $1,349 | $1,349 | $1,349 | $1,484 | $1,633 | $1,796 | $1,976 |
| OCF | | | | | | $1,317 | $1,280 | $1,239 | $1,197 | $1,136 |
| Plus: Equity Investments | | | | | | 69 | 100 | 118 | 146 | 173 |
| Adj EBITDA (PF for Cost Savings) | | | | | | $1,386 | $1,379 | $1,357 | $1,343 | $1,309 |
| Total Debt / Adj. EBITDA | | | | | | 9.2x | 9.2x | 9.2x | 9.1x | 9.2x |
| Net Debt / Adj. EBITDA | | | | | | 9.1 | 9.1 | 9.1 | 9.0 | 9.1 |

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109140

| | | | Debt Schedule | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Quarter Ended, | | | | Year Ending December 31, | | | |
| | 2006A | PF1Q 2007 | PF2Q 2007 | PF3Q 2007 | 4Q 2007 | 2007E | 2008E | 2009E | 2010E | 2011E |
| **Total Debt** | | | | | | | | | | |
| Beginning Balance | | $5,332 | $9,436 | $9,299 | $9,274 | | $12,752 | $12,684 | $12,465 | $12,266 |
| Mandatory Borrowing / (Amortization) | | (102) | (22) | (22) | (22) | | (125) | (93) | (543) | (93) |
| PIK Balance | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Optional Borrowings / (Paydown) | | 15 | (115) | (3) | (103) | | 57 | (127) | 344 | (74) |
| Ending Balance | $5,332 | $5,246 | $9,299 | $9,274 | $9,149 | $12,752 | $12,684 | $12,465 | $12,266 | $12,099 |
| Pro Forma Adjustments (for Transaction / C/C Sale) | | (2,825) | | | 3,603 | | | | | |
| Pro Forma Debt Balance | | $2,421 | | | $12,752 | | | | | |
| | | | | | | | | | | |
| Total Interest Expense | | $79 | $168 | $163 | $159 | | 935 | 937 | 944 | 941 |
| Plus: Amortization of Financing Fees (New Debt) | | 0 | 5 | 5 | 5 | | 34 | 34 | 34 | 34 |
| Plus: Existing Amortization | | 2 | 2 | 2 | 2 | | 4 | 4 | 4 | 4 |
| Plus: PIK Interest | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Plus: PHONES (non-cash) | | 3 | 3 | 3 | 3 | | 14 | 15 | 16 | 17 |
| Less: Interest Income | 3.0% | (1) | (1) | (1) | (1) | | (5) | (5) | (5) | (5) |
| **Net Interest Expense** | | **$83** | **$177** | **$171** | **$167** | | **$982** | **$984** | **$992** | **$991** |
| **Net Cash Interest Expense** | | 77 | 167 | 161 | 157 | | 930 | 932 | 939 | 936 |
| Forward 3-Month LIBOR | 5.36% | 5.34% | 5.17% | 4.95% | 4.78% | 4.78% | 4.61% | 4.77% | 4.91% | 5.03% |

BPS Sensitivity: 0

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Commercial Paper** | | | | | | | | | | |
| Beginning Balance | | $97 | $0 | $0 | $0 | | $0 | $0 | $0 | $0 |
| Mandatory Borrowing / (Amortization) | | (97) | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Optional Borrowing / (Paydown) | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Ending Balance | $97 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Pro Forma Adjustments | | -- | | | -- | | | | | |
| Interest Expense | | 1 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Interest Rate | | 6.1% | 6.1% | 6.1% | 6.1% | | 6.3% | 6.5% | 6.7% | 6.7% |
| **Revolving Credit Facility** | | | | | | | | | | |
| Beginning Balance | | $0 | $0 | $0 | | | $0 | $57 | $0 | $344 |
| Mandatory Borrowing / (Amortization) | | 0 | 0 | 0 | | | 0 | 0 | 0 | 0 |
| Optional Borrowing / (Paydown) | | 0 | 0 | 0 | | | 57 | (57) | 344 | (74) |
| Ending Balance | | $0 | $0 | $0 | $0 | $0 | $57 | $0 | $344 | $270 |
| Pro Forma Adjustments | | -- | | | -- | | | | | |
| Interest Expense | | $0 | $0 | $0 | | | 2 | 2 | 13 | 23 |
| Interest Rate | L +250 | 7.7% | 7.4% | 7.3% | | | 7.1% | 7.3% | 7.4% | 7.5% |

$750

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Interest Expense | 4 | 1 | 1 | 1 | 1 | | 4 | 4 | 4 | 4 |
| Unused Revolver Commitment | $750 | $750 | $750 | $750 | $750 | | $750 | $750 | $750 | $750 |

0.5%

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Term Loan A** | | | | | | | | | | |
| Beginning Balance | | $1,500 | $0 | $0 | $0 | | $0 | $0 | $0 | $0 |
| Mandatory Borrowing / (Amortization) | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Optional Borrowing / (Paydown) | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Ending Balance | $1,500 | 1,500 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| Pro Forma Adjustments | | (1,500) | | | -- | | | | | |
| Interest Expense | | 23 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Interest Rate | L +87.5 | 6.2% | 6.0% | 5.8% | 5.7% | | 5.5% | 5.6% | 5.8% | 5.9% |
| Amortization % of Beginning Balance | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109141

**Bridge Loan**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | $1,310 | $0 | $0 | $0 | | $0 | $0 | $0 | $0 |
| Mandatory Borrowing / (Amortization) | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Optional Borrowing / (Paydown) | | 15 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Ending Balance | $1,310 | 1,325 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 |
| *Pro Forma Adjustments* | | *(1,325)* | | | *--* | | | | | |
| Interest Expense | | 20 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Interest Rate  [L +87.5] | | 6.2% | 6.0% | 5.8% | 5.7% | | 5.5% | 5.6% | 5.8% | 5.9% |
| Amortization % of Beginning Balance | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

**New Term Loan A**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | $0 | $0 | $0 | | $0 | $0 | $0 | $0 |
| Mandatory Borrowing / (Amortization) | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Optional Borrowing / (Paydown) | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Ending Balance | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| *Pro Forma Adjustments* | | *--* | | | *--* | | | | | |
| Interest Expense | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Interest Rate  [L +250] | | | 7.7% | 7.4% | 7.3% | | 7.1% | 7.3% | 7.4% | 7.5% |
| Amortization % of Beginning Balance | | 0.0% | 0.0% | 0.0% | 0.0% | | 1.3% | 6.3% | 11.3% | 16.3% |

**New Term Loan B**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | $7,015 | $6,883 | $6,862 | | $8,245 | $8,417 | $8,253 | $8,159 |
| Mandatory Borrowing / (Amortization) | | | (18) | (18) | (18) | | 171 | (94) | (94) | (94) |
| Optional Borrowing / (Paydown) | | | (115) | (3) | (103) | | 0 | (70) | 0 | 0 |
| Ending Balance | | | $6,883 | $6,862 | $6,742 | $8,245 | $8,417 | $8,253 | $8,159 | $8,065 |
| *Pro Forma Adjustments* | | *--* | | | *1,503* | | | | | |
| Delayed Draw TLB (Undrawn Portion)  [$263 / 0.75%] | | | 263 | 263 | 263 | | -- | -- | -- | -- |
| Interest Expense | | | 134 | 128 | 124 | | 593 | 606 | 608 | 611 |
| Interest Rate  [L +250] | | | 7.7% | 7.4% | 7.3% | | 7.1% | 7.3% | 7.4% | 7.5% |
| Amortization % of Beginning Balance | | 1.0% | 1.0% | 1.0% | 1.0% | | 1.0% | 1.0% | 1.0% | 1.0% |

**New 2nd Lien Term Loan**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | $0 | $0 | $0 | | $0 | $0 | $0 | $0 |
| Mandatory Borrowing / (Amortization) | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Optional Borrowing / (Paydown) | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Ending Balance | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| *Pro Forma Adjustments* | | *--* | | | *--* | | | | | |
| Interest Expense | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Interest Rate  [L +225] | | | 7.4% | 7.2% | 7.0% | | 6.9% | 7.0% | 7.2% | 7.3% |
| Amortization % of Beginning Balance | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

**New Senior Notes**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | $0 | $0 | $0 | | $2,100 | $2,100 | $2,100 | $2,100 |
| Mandatory Borrowing / (Amortization) | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Optional Borrowing / (Paydown) | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Ending Balance | | | $0 | $0 | $0 | $2,100 | $2,100 | $2,100 | $2,100 | $2,100 |
| *Pro Forma Adjustments* | | *--* | | | *2,100* | | | | | |
| Interest Expense | | | $0 | $0 | $0 | | $210 | $210 | $210 | $210 |
| Interest Rate  [10.0%] | | | 10.0% | 10.0% | 10.0% | | 10.0% | 10.0% | 10.0% | 10.0% |

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109142

| | 2006A | PF1Q 2007 | PF2Q 2007 | PF3Q 2007 | 4Q 2007 | 2007E | 2008E | 2009E | 2010E | 2011E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Medium Term Notes** | | | | | | | | | | |
| Beginning Balance | | $263 | $263 | $263 | $263 | | $263 | $0 | $0 | $0 |
| Mandatory Borrowing / (Amortization) | | 0 | 0 | 0 | 0 | | (263) | 0 | 0 | 0 |
| Optional Borrowing / (Paydown) | | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Ending Balance | $263 | $263 | $263 | $263 | $263 | $263 | $0 | $0 | $0 | $0 |
| *Pro Forma Adjustments* | | -- | | | | | | | | |
| Interest Expense | | $4 | $4 | $4 | $4 | | $11 | $0 | $0 | $0 |
| **Existing Debt (End of Period Balances)** | | | | | | | | | | |
| TMCT Lease, expiring '09 | $56 | $51 | $46 | $41 | $36 | $36 | $0 | $0 | $0 | $0 |
| $148.2 million 7.25% debentures due 3/1/13 | 80 | 80 | 80 | 80 | 80 | 80 | 81 | 81 | 81 | 82 |
| $98.75 million 7.5% debentures due 7/1/23 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 96 | 96 |
| $250 million 6.61% debentures due 9/15/27 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 |
| $148 million 7.25% debentures due 11/15/96 | 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 | 131 | 131 |
| $450 million 4.875% note due 8/15/10 | 449 | 449 | 450 | 450 | 450 | 450 | 450 | 450 | 0 | 0 |
| $330 million 5.25% note due 8/15/15 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 | 329 |
| Other notes and obligations | 41 | 42 | 42 | 43 | 43 | 43 | 43 | 43 | 43 | 43 |
| PHONES | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 |
| **Total Existing Debt Balance** | $2,163 | $2,158 | $2,154 | $2,149 | $2,144 | $2,144 | $2,111 | $2,112 | $1,663 | $1,664 |
| Mandatory Borrowing / (Repayment) | | (5) | (5) | (5) | (5) | (18) | (34) | 1 | (449) | 1 |
| PHONES (at Book) | 573 | 511 | 519 | 551 | 586 | 586 | 572 | 583 | 596 | 609 |
| **Interest Expense** | | | | | | | | | | |
| TMCT Lease, expiring '09 | $4 | $1 | $1 | $1 | $1 | $4 | $0 | $0 | $0 | $0 |
| $148.2 million 7.25% debentures due 3/1/13 | 11 | 3 | 3 | 3 | 3 | 11 | 11 | 11 | 11 | 11 |
| $98.75 million 7.5% debentures due 7/1/23 | 7 | 2 | 2 | 2 | 2 | 7 | 7 | 7 | 7 | 7 |
| $250 million 6.61% debentures due 9/15/27 | 6 | 1 | 1 | 1 | 1 | 6 | 6 | 6 | 6 | 6 |
| $148 million 7.25% debentures due 11/15/96 | 11 | 3 | 3 | 3 | 3 | 11 | 11 | 11 | 11 | 11 |
| $450 million 4.875% note due 8/15/10 | 22 | 5 | 5 | 5 | 5 | 22 | 22 | 22 | 16 | 0 |
| $330 million 5.25% note due 8/15/15 | 18 | 4 | 4 | 4 | 4 | 17 | 17 | 17 | 17 | 17 |
| Other | 14 | 4 | 4 | 4 | 4 | 16 | 16 | 16 | 16 | 16 |
| PHONES | 25 | 6 | 6 | 6 | 6 | 25 | 25 | 25 | 25 | 25 |
| **Total Interest Expense** | $118 | $30 | $30 | $30 | $30 | $119 | $115 | $115 | $109 | $93 |
| Amortization of Debt Issuance Costs | 37 | 2 | 2 | 2 | 2 | 8 | 4 | 4 | 4 | 4 |

| % Allocation | | | | Quarter Ended, | | | | | | Year Ending December 31, |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2006A | PF1Q 2007 | PF2Q 2007 | PF3Q 2007 | 4Q 2007 | 2007E | 2008E | 2009E | 2010E | 2011E |
| **100%** | **New Term Loan B (Floating)** | | | | | | | | | | |
| | Beginning Balance | | | $7,015 | $6,883 | $6,862 | | $8,245 | $8,417 | $8,253 | $8,159 |
| | Mandatory Borrowing / (Amortization) | | | (18) | (18) | (18) | | 171 | (94) | (94) | (94) |
| | Optional Borrowing / (Paydown) | | | (115) | (3) | (103) | | 0 | (70) | 0 | 0 |
| | Ending Balance | | | $6,883 | $6,862 | $6,742 | $8,245 | $8,417 | $8,253 | $8,159 | $8,065 |
| | *Pro Forma Adjustments* | | | | | $1,503 | | | | | |
| | Interest Expense | | | $134 | $128 | $124 | | $593 | $606 | $608 | $611 |
| | Interest Rate | | | 7.67% | 7.45% | 7.28% | | 7.11% | 7.27% | 7.41% | 7.53% |
| | Amortization % of Beginning Balance | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |
| **0%** | **New Term Loan B (Fixed)** | | | | | | | | | | |
| | Beginning Balance | | | $0 | $0 | $0 | | $0 | $0 | $0 | $0 |
| | Mandatory Borrowing / (Amortization) | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| | Optional Borrowing / (Paydown) | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| | Ending Balance | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | *Pro Forma Adjustments* | | | | | | | | | | |

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109143

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Interest Expense | | | | | $0 | $0 | $0 | | $0 | $0 | $0 | $0 |
| L+250 | Interest Rate | **7.56%** | | | | 7.56% | 7.56% | 7.56% | | 7.56% | 7.56% | 7.56% | 7.56% |
| | Amortization % of Beginning Balance | | | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |
| | | | | | | | | | | | | | |
| **PIK?** | New Sub Notes | | | | | | | | | | | | |
| Yes | Beginning Balance | | | | | $0 | $0 | $0 | | $225 | $236 | $248 | $260 |
| | Mandatory Borrowing / (Amortization) | | | | | 0 | 0 | 0 | | 11 | 12 | 12 | 13 |
| | Optional Borrowing / (Paydown) | | | | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| | Ending Balance | | | | | $0 | $0 | $0 | $225 | $236 | $248 | $260 | $273 |
| | *Pro Forma Adjustments* | | | -- | | | | -- | | | | | |
| | Interest Expense | | | | | $0 | $0 | $0 | | $11.1 | $11.6 | $12.2 | $12.8 |
| | Interest Rate | 4.8% | | | | 4.8% | 4.8% | 4.8% | | 4.8% | 4.8% | 4.8% | 4.8% |

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109144

2/8/07 - Pub Ad Rev -2% and B&E OCF Flat
Acquisition (w/ $17.61 Average Up-Front Distribution / Share)

| | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E |
|---|---|---|---|---|---|---|
| | $4,813 | $4,760 | $4,709 | $4,659 | $4,611 | $4,565 |
| | (3,712) | (3,668) | (3,625) | (3,583) | (3,543) | (3,504) |
| | (55) | (56) | (57) | (58) | (59) | (60) |
| | 60 | 60 | 60 | 60 | 60 | 60 |
| | 20 | 20 | 20 | 20 | 20 | 20 |
| | $1,126 | $1,116 | $1,107 | $1,098 | $1,089 | $1,081 |
| | 0 | 0 | 0 | 0 | 0 | 0 |
| | (248) | (252) | (257) | (261) | (265) | (270) |
| | $878 | $864 | $850 | $837 | $824 | $811 |
| Equity Income | 210 | 231 | 254 | 280 | 308 | 339 |
| Less: Comcast | (987) | (985) | (937) | (939) | (914) | (874) |
| PF Equity Income | $101 | $110 | $168 | $178 | $218 | $275 |
| | (4) | (5) | (7) | (7) | (9) | (11) |
| Comcast Equity Income | $97 | $105 | $161 | $171 | $209 | $264 |
| | 0 | 0 | 0 | 0 | 0 | 0 |
| | $97 | $105 | $161 | $171 | $209 | $264 |

| Zell Assumptions | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
| Equity Income | $95 | $129 | $158 | $166 | $174 | $182 | $191 | $201 | $211 |
| Less: Comcast | (11) | (12) | (13) | (14) | (14) | (15) | (16) | (16) | (17) |
| PF Equity Income | $84 | $117 | $145 | $152 | $160 | $167 | $176 | $185 | $194 |
| Comcast Equity Income | (11) | (12) | (13) | (14) | (14) | (15) | (16) | (16) | (17) |

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109145

| 2012E | 2013E | 2014E | 2015E | 2016E | 2017E | |
|---|---|---|---|---|---|---|
| $1,126 | $1,116 | $1,107 | $1,098 | $1,089 | $1,081 | |
| 0 | 0 | 0 | 0 | 0 | 0 | |
| 210 | 231 | 254 | 280 | 308 | 339 | Cash Equity Income |
| (1) | (2) | (2) | (3) | (5) | (6) | Less: Comcast |
| 0 | 0 | 0 | 0 | 0 | (1) | PF Cash Equity Income |
| (932) | (928) | (912) | (913) | (886) | (845) | |
| (28) | (28) | (28) | (27) | (27) | (27) | |
| (126) | (126) | (126) | (126) | (126) | (126) | |
| $249 | $264 | $293 | $308 | $353 | $414 | |
| 0 | 0 | 0 | 0 | 0 | 0 | |
| (50) | (50) | (50) | (50) | (50) | (50) | |
| $199 | $214 | $243 | $258 | $303 | $364 | |
| 0 | 0 | 0 | 0 | 0 | 0 | |
| 0 | 0 | 0 | 0 | 0 | 0 | |
| 0 | 0 | 0 | 0 | 0 | 0 | |
| $199 | $214 | $243 | $258 | $303 | $364 | |
| | | | | | | |
| $175 | $175 | $175 | $175 | $175 | $175 | |
| 199 | 214 | 243 | 258 | 303 | 364 | |
| (175) | (175) | (175) | (175) | (175) | (175) | |
| $199 | $214 | $243 | $258 | $303 | $364 | |
| (94) | (176) | (94) | (423) | (94) | (94) | |
| $106 | $38 | $149 | ($165) | $209 | $270 | |
| (106) | (38) | (126) | 165 | (165) | 0 | |
| $0 | $0 | $23 | $0 | $44 | $270 | |
| 0 | 0 | 0 | 0 | 0 | 0 | |
| $0 | $0 | $23 | $0 | $44 | $270 | |
| 0 | 0 | 0 | 0 | 0 | 0 | |
| $0 | $0 | $23 | $0 | $44 | $270 | |
| 0 | 0 | (23) | 0 | (44) | (270) | |
| $0 | $0 | $0 | $0 | $0 | $0 | |
| 0 | 0 | 0 | 0 | 0 | 0 | |
| 175 | 175 | 175 | 175 | 175 | 175 | |
| $175 | $175 | $175 | $175 | $175 | $175 | |
| | | | | | | |
| $175 | $175 | $175 | $175 | $175 | $175 | |
| 11,899 | 11,686 | 11,442 | 11,185 | 10,882 | 10,518 | |
| $11,725 | $11,511 | $11,268 | $11,010 | $10,707 | $10,343 | |
| $11,899 | $11,686 | $11,442 | $11,185 | $10,882 | $10,518 | |
| | | | | | | |
| $2,173 | $2,390 | $2,629 | $2,892 | $3,182 | $3,500 | |
| $1,126 | $1,116 | $1,107 | $1,098 | $1,089 | $1,081 | |
| 210 | 231 | 254 | 280 | 308 | 339 | |
| $1,336 | $1,348 | $1,361 | $1,378 | $1,397 | $1,420 | |
| 8.9x | 8.7x | 8.4x | 8.1x | 7.8x | 7.4x | |
| 8.8 | 8.5 | 8.3 | 8.0 | 7.7 | 7.3 | |

| | | | | Zell Assumptions | | | | |
|---|---|---|---|---|---|---|---|---|
| 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
| $111 | $130 | $158 | $166 | $174 | $182 | $191 | $201 | $211 |
| (11) | (12) | (13) | (14) | (14) | (15) | (16) | (16) | (17) |
| $100 | $118 | $145 | $152 | $160 | $167 | $176 | $185 | $194 |

Page 8 of

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109146

| | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E |
|---|---|---|---|---|---|---|
| | $12,099 | $11,899 | $11,686 | $11,442 | $11,185 | $10,882 |
| | (94) | (176) | (94) | (423) | (94) | (94) |
| | 0 | 0 | 0 | 0 | 0 | 0 |
| | (106) | (38) | (149) | 165 | (209) | (270) |
| | $11,899 | $11,686 | $11,442 | $11,185 | $10,882 | $10,518 |
| | | | | | | |
| | 937 | 934 | 917 | 918 | 892 | 851 |
| | 34 | 34 | 0 | 0 | 0 | 0 |
| | 4 | 4 | 4 | 4 | 4 | 4 |
| | 0 | 0 | 0 | 0 | 0 | 0 |
| | 18 | 19 | 21 | 22 | 23 | 25 |
| | (5) | (5) | (5) | (5) | (5) | (5) |
| | $987 | $985 | $937 | $939 | $914 | $874 |
| | 932 | 928 | 912 | 913 | 886 | 845 |
| | 5.15% | 5.26% | 5.38% | 5.48% | 5.48% | 5.28% |
| | | | | | | |
| | $0 | $0 | $0 | $0 | $0 | $0 |
| | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 |
| | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | |
| | 0 | 0 | 0 | 0 | 0 | 0 |
| | 6.7% | 6.7% | 6.7% | 6.7% | 6.7% | 6.7% |
| | | | | | | |
| | $270 | $164 | $126 | $0 | $165 | $0 |
| | 0 | 0 | 0 | 0 | 0 | 0 |
| | (106) | (38) | (126) | 165 | (165) | 0 |
| | $164 | $126 | $0 | $165 | $0 | $0 |
| | | | | | | |
| | 17 | 11 | 5 | 7 | 7 | 0 |
| | 7.6% | 7.8% | 7.9% | 8.0% | 8.0% | 7.8% |
| | | | | | | |
| | 4 | 4 | 4 | 4 | 4 | 4 |
| | $750 | $750 | $750 | $750 | $750 | $750 |
| | | | | | | |
| | $0 | $0 | $0 | $0 | $0 | $0 |
| | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 |
| | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | |
| | 0 | 0 | 0 | 0 | 0 | 0 |
| | 6.0% | 6.1% | 6.3% | 6.4% | 6.4% | 6.2% |
| | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109147

| | | | | | |
|---|---|---|---|---|---|
| $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 6.0% | 6.1% | 6.3% | 6.4% | 6.4% | 6.2% |
| 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | | | | | |
| $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 7.6% | 7.8% | 7.9% | 8.0% | 8.0% | 7.8% |
| 27.5% | 37.5% | 0.0% | 0.0% | 0.0% | 0.0% |
| | | | | | |
| $8,065 | $7,971 | $7,878 | $7,760 | $7,667 | $7,529 |
| (94) | (94) | (94) | (94) | (94) | (94) |
| 0 | 0 | (23) | 0 | (44) | (270) |
| $7,971 | $7,878 | $7,760 | $7,667 | $7,529 | $7,165 |
| | | | | | |
| -- | -- | -- | -- | -- | -- |
| 613 | 615 | 616 | 615 | 606 | 572 |
| 7.6% | 7.8% | 7.9% | 8.0% | 8.0% | 7.8% |
| 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |
| | | | | | |
| $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 7.4% | 7.5% | 7.6% | 7.7% | 7.7% | 7.5% |
| 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| | | | | | |
| $2,100 | $2,100 | $2,100 | $2,100 | $2,100 | $2,100 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| $2,100 | $2,100 | $2,100 | $2,100 | $2,100 | $2,100 |
| | | | | | |
| $210 | $210 | $210 | $210 | $210 | $210 |
| 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% |

| | Mandatory Amortization - Period | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | |
| 0.0% | 5.0% | 10.0% | 15.0% | 20.0% | 50.0% | | | 100.0% |
| 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | | |
| 0.0% | 1.3% | 6.3% | 11.3% | 16.3% | 27.5% | 37.5% | | 100.0% |

Year
Adjusted

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only
TRB0109148

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | |
| $0 | $0 | $0 | $0 | $0 | $0 |
| 82 | 0 | 0 | 0 | 0 | 0 |
| 96 | 96 | 96 | 96 | 96 | 96 |
| 83 | 83 | 83 | 83 | 83 | 83 |
| 131 | 131 | 131 | 131 | 131 | 131 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 329 | 329 | 329 | 0 | 0 | 0 |
| 43 | 43 | 43 | 43 | 43 | 43 |
| 900 | 900 | 900 | 900 | 900 | 900 |
| $1,664 | $1,582 | $1,582 | $1,253 | $1,253 | $1,253 |
| 0 | (82) | 0 | (329) | 0 | 0 |
| 623 | 636 | 650 | 664 | 679 | 694 |
| | | | | | |
| $0 | $0 | $0 | $0 | $0 | $0 |
| 11 | 11 | 0 | 0 | 0 | 0 |
| 7 | 7 | 7 | 7 | 7 | 7 |
| 6 | 6 | 6 | 6 | 6 | 6 |
| 11 | 11 | 11 | 11 | 11 | 11 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | 17 | 17 | 17 | 0 | 0 |
| 16 | 16 | 16 | 16 | 16 | 16 |
| 25 | 25 | 25 | 25 | 25 | 25 |
| $93 | $93 | $83 | $83 | $65 | $65 |
| 4 | 4 | 4 | 4 | 4 | 4 |

| 2012E | 2013E | 2014E | 2015E | 2016E | 2017E |
|---:|---:|---:|---:|---:|---:|
| $8,065 | $7,971 | $7,878 | $7,760 | $7,667 | $7,529 |
| (94) | (94) | (94) | (94) | (94) | (94) |
| 0 | 0 | (23) | 0 | (44) | (270) |
| $7,971 | $7,878 | $7,760 | $7,667 | $7,529 | $7,165 |
| | | | | | |
| $613 | $615 | $616 | $615 | $606 | $572 |
| 7.65% | 7.76% | 7.88% | 7.98% | 7.98% | 7.78% |
| 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |
| | | | | | |
| $0 | $0 | $0 | $0 | $0 | $0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| $0 | $0 | $0 | $0 | $0 | $0 |

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109149

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| $0 | $0 | $0 | $0 | $0 | $0 |
| 7.56% | 7.56% | 7.56% | 7.56% | 7.56% | 7.56% |
| 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |
|  |  |  |  |  |  |
| $273 | $286 | $300 | $315 | $330 | $347 |
| 13 | 14 | 15 | 16 | 16 | 17 |
| 0 | 0 | 0 | 0 | 0 | 0 |
| $286 | $300 | $315 | $330 | $347 | $364 |
|  |  |  |  |  |  |
| $13.4 | $14.1 | $14.8 | $15.5 | $16.3 | $17.1 |
| 4.8% | 4.8% | 4.8% | 4.8% | 4.8% | 4.8% |

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109150

| 2017 |
|------|
| $221 |
| (18) |
| **$203** |

(18)

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109151

| 2017 |
|---|
| $221 |
| (18) |
| **$203** |

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109152

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109153

| Prev Year | 75.0% |
| This Year | 25.0% |

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109154

Page 17 of

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109155

Page 18 of

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0109156