## ESOP – Equity Value Projections

DRAFT 5/8/2007

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Equity Value** | | | | | | | | | | |
| Revised Operating Plan | $986 | $1,765 | $2,675 | $3,371 | $4,229 | $5,169 | $6,210 | $7,347 | $8,613 | $10,022 |
| Pub Ad Rev -2% and B&E OCF Flat | 0 | 0 | 0 | 0 | 0 | 315 | 753 | 1,235 | 1,791 | 2,440 |
| Pub Ad Rev -3% and B&E OCF -1% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Fully Diluted Shares Outstanding** | | | | | | | | | | |
| Revised Operating Plan | 100.0 | 99.5 | 99.4 | 98.9 | 98.0 | 97.1 | 96.0 | 94.8 | 93.4 | 91.8 |
| Pub Ad Rev -2% and B&E OCF Flat | 100.0 | 99.6 | 99.4 | 98.8 | 98.0 | 97.1 | 96.0 | 94.8 | 93.4 | 91.5 |
| Pub Ad Rev -3% and B&E OCF -1% | 100.0 | 99.5 | 99.4 | 98.8 | 98.0 | 97.1 | 96.0 | 94.8 | 93.4 | 91.0 |
| **Total Equity Value / Share** | | | | | | | | | | |
| Revised Operating Plan | $9.86 | $17.89 | $26.95 | $34.13 | $43.15 | $53.25 | $64.70 | $77.53 | $92.20 | $109.00 |
| Pub Ad Rev -2% and B&E OCF Flat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.25 | 7.85 | 13.03 | 19.17 | 26.53 |
| Pub Ad Rev -3% and B&E OCF -1% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

1
TRIB 037489
HIGHLY CONFIDENTIAL
TRIB-G0031895