Case 08-13141-BLS    Doc 5444-42    Filed 08/20/10    Page 1 of 2



back | home

# Tribune Revenues Down 3.4% In February

11th Mar, 2007 | Posted in Corporate, Financial

Tribune Company (NYSE: TRB) today reported its summary of revenues and newspaper advertising volume for period 2, ended March 4. Consolidated revenues for the period were $385 million, down 3.4 percent from last year's $398 million.

Publishing revenues in February were $294 million compared with $310 million last year, down 5.1 percent. Advertising revenues decreased 5.1 percent to $233 million, compared with $245 million in February 2006.

- Retail advertising revenues increased 1.4 percent as strength in specialty merchandise, hardware/home improvement and health care was partially offset by weakness in department stores. Preprint revenues, which are principally included in retail, were up 5.1 percent.
- National advertising revenues declined 2.0 percent; weakness in the auto, technology and movies categories was partially offset by strength in telecom/wireless.
- Classified advertising revenues decreased 13.3 percent. Real estate fell 14 percent, help wanted declined 17 percent and automotive decreased 14 percent. Interactive revenues, which are primarily included in classified, were $20 million, up 17 percent, due to growth in all categories.

Circulation revenues were down 7.0 percent due to single-copy declines and continued selective discounting in home delivery.

Broadcasting and entertainment group revenues in February increased 2.4 percent to $90 million compared with $88 million last year. Television revenues rose 1.0 percent; strength in telecom and restaurant/fast food was partially offset by weakness in retail and movies. Radio/entertainment increased 25.9 percent, or $1 million.

ShareThis  125 views, 1 so far today

**About Tribune Company**
TRIBUNE is America's largest employee-owned media company, operating businesses in publishing, interactive and broadcasting. In publishing, Tribune's leading daily newspapers include the Los Angeles Times, Chicago Tribune, The Baltimore Sun, Sun Sentinel (South Florida), Orlando Sentinel, Hartford Courant, Morning Call and Daily Press. The company's broadcasting group operates 23 television stations, WGN America on national cable, and Chicago's WGN-AM. Popular news and information websites complement Tribune's print and broadcast properties and extend the company's nationwide audience. At Tribune we take what we do seriously and with a great deal of pride. We also value the creative spirit and nurture a corporate culture that doesn't take itself too seriously.

- No Related Post

## Contact Tribune Company

Gary Weitman
gweitman@tribune.com
312 222.3394

- **Press Release Library**

## Search

GO

- **Browse by Type**

  - Broadcasting
  - Corporate
  - Financial
  - Interactive
  - Publishing
  - Restructuring
  - Transcripts

- **Browse by Year**

  - 2010
  - 2009
  - 2008
  - 2007
  - 2006
  - 2005
  - 2004

Copyright © 2010 Tribune Company. All Rights Reserved.

:: Site Map   :: Contact Us   :: Terms of Service   :: Help