| | |
|---|---|
| **From:** | Knapp, Peter |
| **Sent:** | Monday, April 30, 2007 1:59 PM (GMT) |
| **To:** | Litman, Brian F <BLitman@tribune.com>; Bigelow, Chandler <CBigelow@tribune.com> |
| **Subject:** | Projections |

Brian and Chandler:

You guys need to help get with Don and Crane to figure out whether or not we are doing an updated projection next week knowing that if we do, we may end up with some consistency issues to the recent document disclosures.

Harry is insisting that we HAVE to and I told him I thought the 6th floor was thinking we weren't and he should get to Don and figure it out.

Another stellar week in April…

Pete

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0137005