| | |
|---|---|
| **From:** | Kurmaniak, Rosanne [CIB-GBKG] <rosanne.kurmaniak@citigroup.com> |
| **Sent:** | Monday, March 5, 2007 8:55 PM (GMT) |
| **To:** | Litman, Brian F <bflitman@tribune company.com>; Kazan, Daniel G <dkazan@tribune company.com> |
| **Cc:** | Bigelow, Chandler <cbigelow@tribune company.com> |
| **Subject:** | RE: Tower - Cash Equity by Quarter |

Do you have a breakdown for the $95 in '08 so we can compare to the '07 (for the growth rates)? My concern is that when breaking this apart (Comcast / TVFood / Other), we're not getting the proportions right (even though the sum total may be consistent) and over or understating B&E vs. Publishing cash flow (in a spin scenario), or overstating total debt paydown.

RK

---

**From:** Litman, Brian F [mailto:BLitman@tribune.com]
**Sent:** Monday, March 05, 2007 3:21 PM
**To:** Kazan, Daniel G; Kurmaniak, Rosanne [CIB-GBKG]
**Cc:** Bigelow, Chandler
**Subject:** RE: Tower - Cash Equity by Quarter

I am ok with leaving for now.

>-----Original Message-----
>**From:** Kazan, Daniel G
>**Sent:** Monday, March 05, 2007 2:17 PM
>**To:** 'Kurmaniak, Rosanne [CIB-GBKG]'
>**Cc:** Bigelow, Chandler; Litman, Brian F
>**Subject:** RE: Tower - Cash Equity by Quarter
>
>I'm inclined to keep it as is for now, unless Brian or Chandler disagree. As you know, our equity income projection goes from $67 million in '07 to $95 in '08, which is also a large percentage increase. Chandler and Brian, let me know.
>
>Dan
>
>>-----Original Message-----
>>**From:** Kurmaniak, Rosanne [CIB-GBKG] [mailto:rosanne.kurmaniak@citigroup.com]
>>**Sent:** Monday, March 05, 2007 2:08 PM
>>**To:** Kazan, Daniel G
>>**Cc:** Bigelow, Chandler; Litman, Brian F
>>**Subject:** RE: Tower - Cash Equity by Quarter
>>
>>OK, happy to jump on the phone. This would be for the purposes running any revisions through the model, which generates both the debt paydown and covenant analyses as well as all of the stock price charts that we typically send back to the Trib team and are used in the board books etc.
>>
>>RK
>>
>>>-----Original Message-----
>>>**From:** Kazan, Daniel G [mailto:DKazan@tribune.com]
>>>**Sent:** Monday, March 05, 2007 2:54 PM
>>>**To:** Kurmaniak, Rosanne [CIB-GBKG]
>>>**Cc:** Bigelow, Chandler; Litman, Brian F
>>>**Subject:** RE: Tower - Cash Equity by Quarter

Professionals' Eyes Only

We haven't re-projected based on the numbers I gave you b/c we were using a different formulation in prior projections. We were either using total equity income or the positive equity income numbers as a means to triangulate around cash flow from investment estimates. Before doing anything, I'd like to understand what purpose we are using them for and then we should discuss. Probably makes sense for me, you, Chandler and Brian to have a call at some point.

Dan

>-----Original Message-----
>**From:** Kurmaniak, Rosanne [CIB-GBKG] [mailto:rosanne.kurmaniak@citigroup.com]
>**Sent:** Monday, March 05, 2007 1:49 PM
>**To:** Kazan, Daniel G
>**Subject:** RE: Tower - Cash Equity by Quarter
>
>Dan - are there any cash flow projections that you'd like to revisit in 2008 and beyond as a result of the attached spreadsheet. In previous assumptions, in the company model, the 2007 positive equity cash flow was $99mm, which according to this spreadsheet will be reduced to $85mm (~$7mm decrease due to assumption of no cash flow from Internet assets and ~$11mm decrease due to lower TVFood cash flow, offset by ~$6mm increase in Comcast cash flow). Strictly using the cash flow from the previous model would result in an increase in equity cash flow from $85mm in 2007 to $111mm in 2008. Let us know what you think.
>
>RK

**From:** Kazan, Daniel G [mailto:DKazan@tribune.com]
**Sent:** Friday, March 02, 2007 4:18 PM
**To:** Kurmaniak, Rosanne [CIB-GBKG]; Scardigli, Michael [CIB-GBKG]
**Cc:** Bigelow, Chandler; Litman, Brian F; Kazan, Daniel G
**Subject:** Tower - Cash Equity by Quarter

Here is a file showing our cash receipts from equity investments by quarter for '06 and '07P. Let me know if you have questions.

Daniel Kazan
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Phone: 312-222-4233
Fax: 312-321-0688
Email: dkazan@tribune.com