Professionals' Eyes Only



# Rating Agency Presentation
## March 2007

TRB0094550

Amsden DEP. EX. NO. 60
FOR ID., AS OF 12/16/09 ST

Professionals' Eyes Only

# Today's Agenda

- Transaction Overview

- Tribune Credit Highlights

- Financials

- Appendix

  - Term Sheets

  - Additional Financial Information

  - Tribune Company Business Overview

TRB0094551

Professionals Eyes Only



TRB0094552

Professionals' Eyes Only

# Background of Strategic Review Process

- In May 2006, Tribune embarked on a plan to increase shareholder value

  - Repurchased 23% of its shares for $2.3 billion

  - Sold over $500 million of assets

  - Announced $200 million cost reduction plan

- In September 2006, Tribune's Board of Directors created an independent special committee to conduct a process for exploring strategic alternatives to increase shareholder value

  - Rigorous and thorough process over past six months

  - Outside legal and financial advisors retained by all parties

  - Significant tax / regulatory complexity

2

TRB0094553

Professionals' Eyes Only

# Proposed ESOP/LBO Transaction Overview

- Zell LLC and newly formed Tribune ESOP take Tribune private through a two-step transaction

- Participating Tribune shareholders receive $33 per share in initial distribution

- Reduction in annual cash costs of approximately $80 million due to ESOP structure and cost reductions

- No corporate level taxes due to S-Corp election
  - Creates over $1 billion of cash savings [1]

- $600 million of net proceeds from sale of Cubs and Comcast SportsNet

- Financing strategy focused on maximizing cash flow and deleveraging

- Nine-member board with a majority consisting of independent directors and Sam Zell as Chairman

- We are requesting a corporate rating as well as ratings on the bank facilities and high yield notes

[1]  10 year present value of cash tax savings using 7.5% cost of capital.

3

TRB0094554

Professionals' Eyes Only

# Step 1: Initial Return of Capital

## ESOP / LBO Transaction Steps

- Merger Agreement is signed
  - Zell, ESOP, McCormick Foundation and Chandler Trusts sign Voting Agreement
- Zell purchases newly issued common stock and an exchangeable note for $225 million in cash
- ESOP is formed and purchases newly issued common stock in exchange for a $250 million note to Tribune (ESOP Loan)
  - Employees give up $60 million in annual 401(k) matching for future years
- Tribune raises $7.0 billion of debt
- Tribune returns $4.2 billion of capital to shareholders via a share repurchase
  - Zell and the ESOP do not participate
- Tribune refinances $2.8 billion of existing debt

## Transaction Overview



TRB0094555

4

Professionals' Eyes Only

# Step 1: Sources & Uses

## Sources & Uses

| Sources | Total | % | Cumul. Leverage[1] | Uses | Total | % |
|---|---|---|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0 | 0.0% | 0.0x | Share Repurchase | $4,241 | 43.9% |
| New Term Loan B | 7,015 | 72.6 | 4.9 | Refinance Existing Debt | 2,837 | 29.4 |
| New Delayed Draw Term Loan B ($260mm) | 0 | 0.0 | 4.9 | Roll Existing Debt | 1,521 | 15.7 |
| Roll Existing Debt | 1,521 | 15.7 | 6.0 | PHONES | 900 | 9.3 |
| PHONES | 900 | 9.3 | 6.6 | Financing Fees | 138 | 1.4 |
| Zell Investment | 225 | 2.3 | | Transaction Fees | 24 | 0.2 |
| **Total Sources** | **$9,661** | **100.0%** | **6.6x** | **Total Uses** | **$9,661** | **100.0%** |

| Share Repurchase | Total |
|---|---|
| Total Share Repurchase Amount | $4,241 |
| Repurchase Price per Share | $33.00 |
| **No. of Shares Repurchased** | **128.5** |
| PF Basic Shares O/S | 113.8 |

Note: Adj. EBITDA is calculated as Operating Cash Flow ("OCF") before stock-based compensation plus incremental cash cost savings and cash flows from equity investments.
(1) Based on $1,425mm LTM PF Adj. EBITDA (at Q1 2007).

5

TRB0094556

Professionals' Eyes Only

# Step 1: Pro Forma Capitalization

| | | (A) | + | (B) | = | (C) | + | (D) | = | (E) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Actual 12/31/2006 | | Q1 Adjustments | | Projected 3/31/2007 | | Recap Adjustments | | Pro Forma 3/31/2007 |
| 1 | Cash and Cash Equivalents | $175 | | $10 | | $185 | | — | | $185 |
| 2 | Revolving Credit Facility | — | | — | | — | | — | | — |
| 3 | New Term Loan B | – | | — | | – | | $7,015 | | $7,015 |
| 4 | **1st Priority Guaranteed Debt** | $0 | | | | $0 | | | | $7,015 |
| 5 | New Senior Notes | – | | — | | – | | — | | – |
| 6 | **Guaranteed Debt** | $0 | | | | $0 | | | | $7,015 |
| 7 | Commercial Paper | $97 | | — | | $97 | | (97) | | — |
| 8 | Term Loan A | 1,500 | | — | | 1,500 | | (1,500) | | — |
| 9 | Bridge Loan | 1,310 | | (70) [(1)] | | 1,240 | | (1,240) | | — |
| 10 | Medium Term Notes | 263 | | – | | 263 | | 0 | | $263 |
| 11 | Existing Notes | 1,165 | | 0 | | 1,165 | | — | | 1,165 |
| 12 | Capitalized Real Estate Obligation | 56 | | (5) | | 51 | | — | | 51 |
| 13 | Swaps and Other Obligations | 41 | | 0 | | 42 | | — | | 42 |
| 14 | **Senior Debt** | $4,432 | | | | $4,358 | | | | $8,536 |
| 15 | PHONES | 900 | | — | | 900 | | — | | 900 |
| 16 | **Total Debt** | $5,332 | | | | $5,258 | | | | $9,436 |
| | **Credit Statistics** | | | | | | | | | |
| 19 | LTM PF Adj EBITDA [(2)] | $1,437 | | | | $1,425 | | | | $1,425 |
| 20 | 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 0.0x | | | | 0.0x | | | | 4.9x |
| 21 | Guaranteed Debt / LTM PF Adj EBITDA | 0.0 | | | | 0.0 | | | | 4.9 |
| 22 | Senior Debt / LTM PF Adj EBITDA | 3.1 | | | | 3.1 | | | | 6.0 |
| 23 | Total Debt / LTM PF Adj EBITDA | 3.7 | | | | 3.7 | | | | 6.6 |

Note: Adj. EBITDA is calculated as Operating Cash Flow ("OCF") before stock-based compensation plus incremental cash cost savings and cash flows from equity investments.
(1)   Assumes Q1 cash flows / excess cash are used toward paydown of the existing bridge loan.
(2)   LTM reflects 2006 53wk results.

TRB0094557

Professionals' Eyes Only

# Step 2: Merger

## Transaction Steps

- Tribune receives shareholder and other necessary approvals

- Tribune raises $4.2 billion of debt

- Zell purchases a subordinated note and a warrant for $225 million

- Remaining public shares are paid $33 / share plus 5% annual accretion

- Merger closes

- Post-transaction
  - Sale of Cubs / Comcast SportsNet
  - Tribune makes S-Corp election for 2008

## Transaction Overview



TRB0094558

Professionals' Eyes Only

# Step 2: Sources & Uses

## Sources & Uses

| Sources | Total | % | Cumul. Leverage [1] | Uses | Total | % |
|---|---|---|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0 | 0.0% | 0.0x | Purchase Equity | $4,194 | 31.0% |
| Roll Existing Bank Debt | 6,699 | 49.4 | 4.6 | Roll Existing Bank Debt | 6,699 | 49.4 |
| Incremental Term Loan B | 2,126 | 15.7 | 6.0 | Rolled Existing Notes | 1,507 | 11.1 |
| New Senior Notes | 2,100 | 15.5 | 7.4 | PHONES | 900 | 6.6 |
| Rolled Existing Notes | 1,507 | 11.1 | 8.5 | Financing and Other Fees | 108 | 0.8 |
| PHONES | 900 | 6.6 | 9.1 | Cash Distrib. Trigger by Change of Control | 141 | 1.0 |
| Option Proceeds | 217 | 1.6 | | | | |
| **Total Sources** | **$13,550** | **100.0%** | **9.1x** | **Total Uses** | **$13,550** | **100.0%** |
| Less:  Cash from Cubs / Comcast | ($602) | | | | | |

| Share Repurchase | | Total |
|---|---|---|
| **Total PF Debt at Q4 '07** | **$12,731** | **8.9x** [2] |
| Total Share Repurchase Amount | | $4,194 |
| Less:  PV of Tax Savings [3] | (1,071) | |
| Repurchase Price per Share | | $34.24 [4] |
| **Total Adj. Debt at Q4 '07** | **$11,660** | **8.1x** [2] |
| **No. of Basic Shares + ITM Options Repurchased** | | **122.5** |

Note: Adj. EBITDA is calculated as Operating Cash Flow ("OCF") before stock-based compensation plus incremental cash cost savings and cash flows from equity investments.
(1)  Based on $1,469mm LTM PF Adj. EBITDA, pro forma for $80mm of incremental cash cost savings.
(2)  Based on $1,434mm LTM PF Adj. EBITDA, pro forma for $80mm of incremental cash cost savings and the sale of Cubs and Comcast.
(3)  Calculated as the 10-Year PV of Tax Savings from S-Corp election discounted at a weighted average cost of capital of 7.5%.
(4)  Assumes a 12/31/07 closing date and 5% annual accretion.

8

TRB0094559

Professionals' Eyes Only

# Step 2: Pro Forma Capitalization

| | | (A) | (B) | + | (C) | = | (D) | + | (E) | = | (F) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Pro Forma 3/31/2007 | Projected 12/31/2007 | | Acquisition Adjustments | | Pro Forma 12/31/2007 | | Sale of Cubs / Comcast | | Pro Forma 12/31/2007 |
| 1 | Cash and Cash Equivalents | $185 | $175 | | -- | | $175 | | -- | | $175 |
| 2 | Revolving Credit Facility | -- | -- | | -- | | -- | | -- | | -- |
| 3 | New Term Loan B | $7,015 | $6,699 [1] | | $2,126 | | $8,826 | | ($602) | | $8,224 |
| 4 | **1st Priority Guaranteed Debt** | $7,015 | $6,699 | | | | $8,826 | | | | $8,224 |
| 5 | New Senior Notes | -- | -- | | 2,100 | | 2,100 | | -- | | 2,100 |
| 6 | **Guaranteed Debt** | $7,015 | $6,699 | | $4,226 | | $10,926 | | | | $10,324 |
| 7 | Commercial Paper | -- | -- | | -- | | -- | | -- | | -- |
| 8 | Term Loan A | -- | -- | | -- | | -- | | -- | | -- |
| 9 | Bridge Loan | -- | -- | | -- | | -- | | -- | | -- |
| 10 | Medium Term Notes | $263 | $263 | | -- | | $263 | | -- | | $263 |
| 11 | Existing Notes | 1,165 | 1,166 | | -- | | 1,166 | | -- | | 1,166 |
| 12 | Capitalized Real Estate Obligation | 51 | 36 | | -- | | 36 | | -- | | 36 |
| 13 | Swaps and Other Obligations | 42 | 43 | | -- | | 43 | | -- | | 43 |
| 14 | **Senior Debt** | $8,536 | $8,206 | | | | $12,433 | | | | $11,831 |
| 15 | PHONES | 900 | 900 | | -- | | 900 | | -- | | 900 |
| 16 | **Total Debt** | $9,436 | $9,106 | | | | $13,333 | | | | $12,731 |
| 17 | Less: PV of Tax Savings [2] | -- | -- | | (1,071) | | (1,071) | | -- | | (1,071) |
| 18 | **Total Adj Debt** | $9,436 | $9,106 | | $3,155 | | $12,262 | | | | $11,660 |
| | **Credit Statistics** | | | | | | | | | | |
| 19 | LTM PF Adj EBITDA | $1,425 | $1,389 | | | | $1,469 [3] | | | | $1,434 [3] |
| 20 | 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 4.9x | 4.8x | | | | 6.0x | | | | 5.7x |
| 21 | Guaranteed Debt / LTM PF Adj EBITDA | 4.9 | 4.8 | | | | 7.4 | | | | 7.2 |
| 22 | Senior Debt / LTM PF Adj EBITDA | 6.0 | 5.9 | | | | 8.5 | | | | 8.3 |
| 23 | Total Debt / LTM PF Adj EBITDA | 6.6 | 6.6 | | | | 9.1 | | | | 8.9 |
| 24 | Total Adj Debt / LTM PF Adj EBITDA | 6.6 | 6.6 | | | | 8.3 | | | | 8.1 |

Note: Adj. EBITDA is calculated as Operating Cash Flow ("OCF") before stock-based compensation plus incremental cash cost savings and cash flows from equity investments.
(1) Assumes $306mm of Q2-Q4 cash flows and excess cash are used toward the paydown of the Term Loan B.
(2) Calculated as the 10-Year PV of Tax Savings from S-Corp election discounted at a weighted average cost of capital of 7.5%.
(3) Pro forma for $80mm of incremental cash cost savings.

9

TRB0094560

Professionals' Eyes Only

# Tax Benefits of S-Corp and ESOP

- S-Corporations generally do not pay corporate level income taxes
  - Taxable income and loss are passed through to shareholders
  - Tribune will not make any distributions to shareholders, including for payment of shareholder-level taxes
  - As an IRS qualified plan, the ESOP will not pay income taxes
  - Estimated value of tax savings is $1,071 million [1]
- Deferred taxes currently recorded by Tribune ($1,975 million) will cease to be liabilities of the corporation
  - Deferred taxes on the PHONES ($636 million as of 12/31/06) will no longer be a liability of the corporation
- Corporate tax on built-in gains on assets held at time of conversion to an S-Corp; that corporate level tax disappears if asset is sold more than 10 years after the conversion
- S-Corporation eligibility requirements
  - Domestic corporation
  - One class of stock
  - Qualified shareholders (the ESOP can be a shareholder)
  - 100 or fewer shareholders

10

(1) Calculated as the 10-Yr present value of tax savings.

TRB0094561

Professionals' Eyes Only

# Structural Cost Benefits

($ in millions)

## Annual Cash Cost Reductions

| Item | Annual Amount ($ mm) |
|------|----------------------|
| Elimination of Company 401(k) Cash Contributions | $60 |
| Public Company Cost Reductions / Other | 20 |
| **Total** | **$80** |

## Present Value of Savings

| | 5 Year | 10 Year |
|---|---|---|
| Present Value of Tax Savings From S Corp. Election [1] | $445 | $1,071 |
| Present Value of the Elimination of Company 401(k) Cash Contributions [1] | 243 | 412 |
| Present Value of Public Company Cost Reductions / Other [1] | 81 | 137 |
| **Total Present Value of Savings** | **$769** | **$1,620** |

11   (1) Discounted at a weighted average cost of capital of 7.5%.

TRB0094562

Professionals' Eyes Only

# Components of Cash Flow

| 2008E Metric | $17.50 / Share Whole Company Recapitalization | ESOP / LBO | Recap vs. ESOP / LBO Difference |
|---|---|---|---|
| OCF [1] | $1,360 | $1,360 | |
| Plus: $60mm Cash 401(k) Savings | -- | 60 | |
| Plus: $20mm Cost Savings | -- | 20 | |
| Plus: Cash Flow from Equity Investments | 100 | 100 | |
| **PF Adjusted EBITDA** | **$1,460** | **$1,540** | **+ $80** |
| Less: Cash Taxes | (231) | (13) [2] | + 218 |
| Less: Cash Interest Expense, net | (546) | (891) | (346) |
| Less: Capex / Investments / Other [3] | (310) | (310) | |
| Less: Common Dividend | (40) | 0 | + 40 |
| **FCF Available for Debt Repayment** | **$334** | **$326** | **($8)** |
| **FCF Available for Debt Repayment** [3] | | | |
| 2008E | $334 | $326 | |
| 2009E | 427 | 424 | |
| 2010E | 514 | 490 | |
| 2011E | 547 | 540 | |
| 2012E | 599 | 613 | |
| **Cumulative (2008-2012)** | **$2,420** | **$2,393** | |
| **Cumulative (2008-2017)** | **$6,170** | **$6,620** | |

(1) Defined as OCF before stock-based compensation.
(2) While an S-Corp election under IRS code allows income to not be taxable on a federal level, certain state taxes still apply.
(3) Includes capital expenditures, acquisitions / investments and ESOP repurchase obligations. Excludes $175mm toward acquisition of TMCT real estate.

TRB0094563

12

Professionals' Eyes Only



Tribune Credit Highlights

TRB0094564

Professionals' Eyes Only

# Tribune Credit Highlights

- Significant scale in both publishing and broadcasting

- Diversified across businesses and markets

- History of substantial debt paydown

- Demonstrated ability to aggressively manage costs

- Decreasing capital expenditure needs

- Strong free cash flow generation

13

TRB0094565

Professionals' Eyes Only

# Significant Scale In Both Publishing And Broadcasting

## Publishing

- Second-largest U.S. Newspaper Group with leading metropolitan dailies in nine major markets

- Over 50 websites with 14 million unique visitors

- More than 130 targeted niche publications

- Significant equity investments
  - CareerBuilder
  - Classified Ventures
  - Shoplocal.com
  - Topix.net

## Broadcasting

- Owns and operates 23 major-market television stations

- 14 Tribune stations are affiliates of The CW, America's new fifth network

- Superstation WGN can be seen in more than 70 million U.S. households via cable and satellite services

- Significant equity investments
  - TVFood Network
  - Comcast SportsNet Chicago

14

TRB0094566

Professionals' Eyes Only

# Broad National Reach
# Through Positioning In Top Markets

- Reaches more than 80% of U.S. households with strong presence in top markets

  - Only media organization with newspapers, television stations and websites in the nation's top three markets

  - 7 daily newspapers in the Top 30 DMAs

  - 19 television stations in the Top 30 DMAs

- Delivers large local audiences and offers options for targeting specific consumer groups through differentiated packaging alternatives

  - Deep relationships with local advertisers and consumers

15

TRB0094567

Professionals' Eyes Only

# Diversified Across Businesses and Markets

## 2006 Revenue Breakdown by Business

($ in millions)

Broadcasting &
Entertainment
$1,408

Interactive
$227

Print
$3,798

28%

4%

70%



## 2006 Revenue Breakdown by Market

Other Markets (1)
$1,355

New York
$710

Los Angeles
$1,253

Florida
$732

Chicago (2)
$1,383

13%

25%

23%

14%

25%



## Total Revenue: $5,433 million

(1) Includes Tribune Entertainment.
(2) Includes Superstation and CLTV.

16

TRB0094568

Professionals' Eyes Only

# Rapid Interactive Revenue and Cash Flow Growth



## Strong Revenue, OCF and Unique Visitor Growth [1]

($ in millions)

■ Revenue
▨ OCF

2003-2006 Revenue CAGR: 34%

| Year | Revenue | OCF |
|------|---------|-----|
| 2003 | $94 | $24 |
| 2004 | $125 | $53 |
| 2005 | $179 | $98 |
| 2006 | $227 | $125 |

| | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|
| Unique Visitors ('000s) [2] | 10,003 | 11,411 | 12,302 | 14,210 |

(1) Certain sales, marketing, content and other costs are recorded 100% in print and are not allocated to interactive.
(2) Source: Nielsen//NetRatings. Figures are YTD averages and are shown as of December of each year with the exception of 2006, which is as of September.

17

TRB0094569

Professionals' Eyes Only

# History of Substantial Debt Paydown

($ in millions)



**Following Times Mirror Acquisition**

Proceeds from sale of:
- Tribune Education
- Jeppesen Sanderson
- Times Mirror Magazines
- Digital City, Achieve Global, etc.

Adverse ruling in Matthew Bender Case

**2006 Leveraged Recap**

Announced $500mm of asset sales and $200mm of annual cost savings

Total Debt (excl PHONES)

| | Q2 2000 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Q1 2006 | Q2 2006 | PF Q2 2006[1] | Q3 2006 | Q4 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $4,758 | $3,448 | $3,412 | $2,750 | $2,008 | $2,005 | $2,752 | $2,750 | $2,586 | $4,414 | $4,724 | $4,432 |

Total Debt (excl. PHONES)

Source:  Company filings.
(1)      Pro forma for leveraged share repurchase.  On July 21, 2006, the Company had additional borrowings of $1.25 billion and $1.4 billion under the term facility and the bridge facility and repaid $622 million of commercial paper and $200 million of its revolving credit facility.

18

TRB0094570

Professionals' Eyes Only

# Demonstrated Ability to Aggressively Manage Costs

| Date | Plan | Results |
|------|------|---------|
| • 2005-2006 | • $190 million of planned cost reductions | • $190 million achieved<br>  – $100 million of compensation / benefits savings<br>  – 1,000 fewer FTEs<br>  – $35 million from a 7% decrease in newsprint consumption<br>  – $55 million from other cash savings |
| • May 2006 – 2008 | • $200 million of planned cost reductions to be realized over two years | • $150 million planned for 2007<br>• $5 million in Broadcasting<br>  – Outsourcing news operations in select markets<br>• $145 million in Publishing<br>  – $55 million in compensation / benefits savings<br>    • 500 fewer FTEs<br>    • Outsourcing initiatives for call centers, customer accounting and technology support<br>  – $15 million from a 4% decrease in newsprint consumption<br>  – $75 million from other cash expense savings<br>• Remaining $50 million to occur in 2008 |

19

TRB0094571

Professionals' Eyes Only

# Declining Capital Expenditure Needs



**Publishing**

- Publishing capital expenditures decrease from $173 million in 2006 to $100 million by 2011

    – Spending for common advertising, circulation and editorial systems ends by 2009

    – Highest impact color press improvements were completed in 2006

    – Packaging improvements for more refined zoning are completed by 2009

    – Spending to complete web width reduction at all business units completed by 2008

**Broadcasting**

- Broadcasting capital expenditures decrease from $42 million in 2006 to $27 million in 2011

    – Wrigley Field expansion completed in 2006

20

TRB0094572

Professionals' Eyes Only

# Tribune Publishing Strategy

- **Maximize profitable print revenue**
    - Stabilize individually paid circulation and readership
    - Expand free daily papers to complement paid daily reach
    - Maximize share of print ad dollars

- **Accelerate cost reductions in print business**
    - Aggressively re-engineer business processes and exploit economies of scale
    - Achieve publishing savings in 2007 of more than $145 million; reduce total expenses by 1%
    - Reduce capital investment in print business

- **Create profitable local print alliances**
    - Join newspaper distribution arrangements or broader joint ventures
    - Preprint distribution deals

- **Exploit interactive growth**
    - Build robust local sites into clear market leaders
    - Build national interactive networks with key partners

21

Professionals' Eyes Only

# Tribune Broadcasting Strategy

- Generate large audiences for advertisers through acquisition of quality syndicated programming

- Complement stations' strong broadcast network affiliations (The CW, Fox, MyNetworkTV and ABC) with focus on local news and sports

- Use our scale to drive group program acquisitions at favorable prices

- Align with major program suppliers to co-develop quality first-run programming

- Create additional value via retransmission consent rights (Superstation WGN) and through the digital spectrum

- Partner with program suppliers to develop moderate-cost original programming for the Superstation

- Exploit technology to increase efficiency and reduce costs

- Launch new multi-cast channels using our stations' excess digital spectrum

22

TRB0094574

Professionals' Eyes Only



Financials

TRB0094575

Professionals' Eyes Only

# Consolidated
# Historical Financial Performance [1]

| | 2003 | 2004 [2] | 2005 [3] | 2006 (52wk)[4] |
|---|---|---|---|---|
| **Revenues** | | | | |
| Publishing | $4,037 | $4,130 | $4,097 | $4,025 |
| Broadcasting & Entertainment | 1,457 | 1,502 | 1,414 | 1,408 |
| **Total Revenues** | **$5,494** | **$5,631** | **$5,511** | **$5,433** |
| **Operating Cash Flow** | | | | |
| Publishing | $1,062 | $1,036 | $986 | $947 |
| Broadcasting & Entertainment | 538 | 563 | 466 | 443 |
| Corporate | (51) | (51) | (50) | (50) |
| **Total Operating Cash Flow** [1] | **$1,548** | **$1,548** | **$1,401** | **$1,339** |
| Cash Equity Income | 17 | 14 | 49 | 71 |
| **Adjusted EBITDA** [5] | **$1,565** | **$1,562** | **$1,450** | **$1,411** |
| Capex | 194 | 217 | 206 | 222 |
| **Pre-Tax Unlevered Free Cash Flow** | **$1,371** | **$1,345** | **$1,244** | **$1,189** |
| Publishing OCF Margin | 26.3% | 25.1% | 24.1% | 23.5% |
| Broadcasting OCF Margin | 36.9% | 37.5% | 32.9% | 31.5% |

Source:  Company data.
(1)     Reflects Tribune's Reported Revenues and Operating Cash Flows adjusted for one-time, non-recurring items described below and pro forma to exclude divested TV stations (Albany, Atlanta and Boston) and Denver Radio.
(2)     2004 adjusted to exclude approximately $41mm of severance expense and approximately $90mm anticipated settlement with advertisers in connection with misstated circulation numbers at Newsday.
(3)     2005 adjusted to exclude approximately $45mm of severance expense, approximately $18mm pension curtailment gain, approximately $6mm of operating costs (excl. D&A) and approximately $16mm of accelerated D&A from the closing of the San Fernando Valley printing facility.
(4)     2006 adjusted to exclude approximately $20 mm of severance and other payments associated with new union contracts at Newsday, $9 mm of severance expense, a $4 mm charge for the disposition of a press, $7 mm of gains from property sales and a $7 mm gain from the sale of the corporate airplane.
(5)     Operating cash flow before stock-based compensation plus cash equity income.

23

TRB0094576

Professionals' Eyes Only

# Update on YTD (2007 vs. 2006) Financial Performance (1)

| ($ in millions) | January | | February | | 1st Qtr. | |
|---|---|---|---|---|---|---|
| | **$** | **% Chg** | **$** | **% Chg** | **$** | **% Chg** |
| **Operating Revenues** | | | | | | |
| Publishing | | | | | | |
| 1  Advertising | $ 265 | -7% | $ 233 | -5% | $ 735 | -6% |
| 2  Circulation | 52 | -5% | 41 | -7% | 136 | -6% |
| 3  Other | 24 | 8% | 20 | -1% | 67 | 7% |
| 4  Total Publishing | 341 | -6% | 294 | -5% | 938 | -5% |
| 5  Broadcasting & Entertainment | 97 | -1% | 90 | 2% | 283 | -1% |
| 6  Total Revenues | 438 | -5% | 385 | -3% | 1,221 | -4% |
| **Operating Cash Expenses** | | | | | | |
| 7  Publishing | 282 | -1% | 238 | 2% | 755 | 0% |
| 8  Broadcasting & Entertainment | 78 | 1% | 67 | 8% | 211 | 3% |
| 9  Corporate | 5 | -2% | 11 | 203% | 20 | 2% |
| 10  Total Op. Cash Expenses | 364 | -1% | 316 | 6% (2) | 987 | 1% |
| **Operating Cash Flow** | | | | | | |
| 11  Publishing | 60 | -24% | 56 | -27% | 183 | -20% |
| 12  Broadcasting & Entertainment | 19 | -11% | 24 | -11% | 71 | -10% |
| 13  Corporate | (5) | 2% | (11) | -203% | (20) | -2% |
| 14  Total Op. Cash Flow | 75 | -22% | 68 | -31% | 234 | -19% |
| 15 **Equity Income** | 4 | 27% | 2 | NM | 10 | 59% |
| 16 **Interest Expense** | (32) | -74% | (26) | -70% | (83) | -71% |
| 17 **Diluted EPS** | $ 0.07 | -42% | $ 0.07 | -46% | $ 0.27 | -29% |

(1)  Excludes special items, non-operating items, and discontinued operations.

(2)  February 2007 includes stock-based compensation of $15 million compared to $0 in the prior year period as the Company first began recognizing this expense in March of 2006.  Stock-based compensation for the first quarter of 2007 is projected at $19 million compared to $17 million in 2006.

24

TRB0094577

Professionals' Eyes Only

# Publishing
## Management Projections

- 2007 ad revenue outlook for newspaper industry is challenging

    - Tough comparisons for 1H'07 but better for 2H'07

- 2007 plan assumes that:

    - Publishing revenues decrease 1%

    - Annual print revenues decline 1%

    - Circulation declines of 4% annually from modest volume declines and continued selective discounting

    - Publishing expenses decrease 1% due to more favorable newsprint prices and other cost reductions

- 2008-2011 revenues show modest improvement over 2007 as Interactive becomes a bigger portion of the total and the classified cycle improves

    - 18% Interactive revenue CAGR from 2006-2010

- Continued focus on cost reductions beyond 2007

- Strong growth in equity income from CareerBuilder and Classified Ventures

- Declining capex needs once systems projects are completed

TRB0094578

Professionals' Eyes Only

# Publishing
## Financial Projections

($ in millions)

| | 2007PF | 2008E | 2009E | 2010E | 2011E | '07E-'11E CAGR |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| Print Advertising | $2,868 | $2,853 | $2,832 | $2,807 | $2,775 | (0.8%) |
| Interactive Advertising | 273 | 322 | 376 | 435 | 500 | 16.3 |
| Circulation | 536 | 514 | 496 | 478 | 461 | (3.7) |
| Other | 269 | 280 | 294 | 305 | 318 | 4.3 |
| **Total Revenues** | **$3,946** | **$3,969** | **$3,998** | **$4,025** | **$4,054** | **0.7%** |
| Cash Expenses | 3,017 | 3,016 | 3,031 | 3,045 | 3,064 | 0.4 |
| **Operating Cash Flow** [1] | **$929** | **$954** | **$967** | **$979** | **$990** | **1.6%** |
| *% Margin* | *24%* | *24%* | *24%* | *24%* | *24%* | |
| Cash from Equity Investments | 4 | 18 | 32 | 55 | 78 | |
| **Adj. EBITDA** [2] | **$933** | **$971** | **$999** | **$1,035** | **$1,068** | **3.4%** |

Note: All projections shown pro forma for the sale of SCNI.
(1)    Before stock-based compensation.
(2)    Operating cash flow before stock-based compensation plus cash from equity investments.

26

TRB0094579

Professionals' Eyes Only

# Broadcasting
## Management Projections

- Station ad sales grow almost 2% annually through 2011

- Base television spot market +1% annually

- Political spending is expected to be healthy

- Revenue share to 13.9% in 2011 from a projected 13.3% in 2006

- CW ratings up vs. WB

- Fall 2007 debut of *Two and a Half Men* & *Family Guy*

- Fox affiliates continue to gain revenue share

- Continued growth in Superstation distribution; renewal of carriage agreements

- Operating expenses +1% annually

  - Broadcast rights flat

  - Pursue additional news efficiencies

- TVFood: strong equity income growth

TRB0094580

Professionals' Eyes Only

# Broadcasting
## Financial Projections

($ in millions)

| | 2007PF | 2008E | 2009E | 2010E | 2011E | '07E-'11E CAGR |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| TV Stations | $1,011 | $1,082 | $1,086 | $1,124 | $1,120 | *2.6%* |
| Superstation | 144 | 145 | 148 | 151 | 153 | *1.6%* |
| Radio | 40 | 41 | 42 | 43 | 44 | *1.9%* |
| TEC | 23 | 22 | 20 | 20 | 21 | *(3.3%)* |
| Other | 4 | 3 | 2 | 1 | 0 | *NM* |
| **Total Revenues** | **$1,222** | **$1,293** | **$1,297** | **$1,339** | **$1,338** | *2.3%* |
| Cash Expenses | 817 | 835 | 823 | 847 | 859 | *1.3* |
| **Operating Cash Flow** [(1)] | **$405** | **$458** | **$474** | **$492** | **$479** | *4.3%* |
| *% Margin* | *33%* | *35%* | *37%* | *37%* | *36%* | |
| Cash from Equity Investments | 66 | 82 | 86 | 90 | 95 | *9.7* |
| **Adj. EBITDA** [(2)] | **$471** | **$540** | **$560** | **$583** | **$574** | *5.1%* |

Note: All projections shown pro forma for the divestiture of Cubs / Comcast.
(1)   Before stock-based compensation.
(2)   Operating cash flow before stock-based compensation plus cash flow from equity investments.

28

TRB0094581

Professionals' Eyes Only

TRB0094582

# Debt Maturity Profile

($ in millions)



29    Note: Debt maturities shown pro forma for the ESOP transaction. 2007 excludes debt refinanced in Step 1.

Professionals' Eyes Only

# Consolidated ESOP LBO
## Pro Forma Projected Financials

| ($ in millions) | Step 1 Q1 2007 | 2007PF [1] | 2008E | 2009E | 2010E | 2011E |
|---|---|---|---|---|---|---|
| Operating Cash Flow [2] | | $1,285 | $1,360 | $1,388 | $1,418 | $1,415 |
| Plus: $60mm Cash 401(k) Savings | | 60 | 60 | 60 | 60 | 60 |
| Plus: $20mm Cost Savings | | 20 | 20 | 20 | 20 | 20 |
| Plus: Cash Flow from Equity Investments | | 69 | 100 | 118 | 146 | 173 |
| **Adj. EBITDA** | | **$1,434** | **$1,540** | **$1,587** | **$1,644** | **$1,668** |
| Less: Cash Taxes [3] | | (11) | (13) | (15) | (17) | (19) |
| Less: Cash Interest Expense, net | | (908) | (891) | (893) | (881) | (853) |
| Less: Capex / Investments / Other [4] | | (318) | (485) | (255) | (255) | (256) |
| **Free Cash Flow Available for Debt Repayments** | | **$197** | **$151** | **$424** | **$490** | **$540** |
| **Pro Forma Credit Statistics** [5] | | | | | | |
| 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 4.9x | 5.7x | 5.4x | 5.0x | 4.8x | 4.4x |
| Guaranteed Debt / LTM PF Adj EBITDA | 4.9 | 7.2 | 6.8 | 6.3 | 6.1 | 5.7 |
| Senior Debt /  LTM PF Adj EBITDA | 6.0 | 8.3 | 7.6 | 7.1 | 6.5 | 6.1 |
| Total Debt /  LTM PF Adj EBITDA | 6.6 | 8.9 | 8.1 | 7.6 | 7.1 | 6.6 |
| PF Adj. EBITDA / PF Cash Interest Exp | 2.1x | 1.6x | 1.7x | 1.8x | 1.9x | 1.9x |
| (PF Adj. EBITDA - Capex) / PF Cash Interest Exp | 1.8 | 1.3 | 1.4 | 1.5 | 1.6 | 1.7 |
| Fixed Charge Coverage Ratio [6] | 1.7 | 1.2 | 1.3 | 1.4 | 1.4 | 1.5 |
| FCF / Total Debt [7] | 5.5% | 2.1% | 2.7% | 3.5% | 4.2% | 4.9% |

Note: All projections shown pro forma for the sale of SCNI and Cubs / Comcast.
(1)    Assumes transaction and S-Corp election occurs at 1/1/2007 for illustrative purposes only.
(2)    OCF before stock-based compensation.
(3)    While an S-Corp election under IRS code allows income to not be taxable on a federal level, certain state taxes still apply; assumes S-Corp election in 2008.
(4)    Includes capital expenditures, investments, ESOP repurchase obligations, change in working capital and other cash flows.  Includes $175mm related to the purchase of TMCT real estate in 2008.
(5)    Assumes PHONES value of $900mm.
(6)    Calculated as the ratio of PF Adjusted EBITDA less Capex and Investments to PF Cash Interest Expense and mandatory amortization of new debt.
(7)    FCF calculated as Adj. EBITDA less Cash Taxes, net Cash Interest Expense and Capex and Investments excluding one-time charges (severance and $175mm related to TMCT in 2008).

30

TRB0094583

Professionals' Eyes Only

# Deleveraging Over Time



($ in millions)

ESOP LBO

| 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 4.9x | 5.7x | 5.4x | 5.0x | 4.8x | 4.4x |
|---|---|---|---|---|---|---|
| Total Debt / LTM PF Adj EBITDA | 6.6x | 8.9x | 8.1x | 7.6x | 7.1x | 6.6x |
| Total Adj. Debt / LTM PF Adj. EBITDA | 5.9x | 8.1x | 7.4x | 7.0x | 6.4x | 6.0x |
| PF Adj. EBITDA / PF Cash Interest Exp | 2.1x | 1.6x | 1.7x | 1.8x | 1.9x | 1.9x |

31

Professionals' Eyes Only



Appendix

TRB0094585

Professionals' Eyes Only

# ESOP Transaction Timeline — Initial Distribution

**March 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**April 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 |   |   |   |   |   |

**May 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

**June 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

| Date | Event |
|---|---|
| Late March / Early April | • Meet with rating agencies / receive ratings<br>• Board approval / sign merger and other ESOP agreements<br>• Transaction announcement<br>• Establish ESOP<br>• Launch 1st step transaction financing / debt syndication<br>• Bank meeting<br>• Launch tender offer<br>• Seek DOJ / FCC approval |
| May | • File Merger Proxy with SEC<br>• Close 1st step debt syndication; price bank loan<br>• Close tender offer and fund initial share repurchase |

32     ▨ Denotes public holiday.

TRB0094586

Professionals' Eyes Only

# ESOP Transaction Timeline – Merger/Closing

**August 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

**September 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |   |   |   |   |   |   |

**October 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |   |   |   |

**November 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |   |

| Date | Event |
|------|-------|
| August | • Shareholder vote |
| November | • Launch 2nd step transaction financing / debt syndication<br>• Receive FCC approval (a) |
| December | • Price bank loan and bonds<br>• Fund remaining distribution of cash / redeem public shares outstanding<br>• Close merger |

(a)  FCC approval is a condition to completing the merger.  Assumes 9-12 month approval process with long form application.  Potential short form application could shorten overall timing by 6 months.

33          ▒ Denotes public holiday.

TRB0094587



Term Sheets

TRB0094588