**From:** Musil, Ruthellyn
**Sent:** Monday, May 7, 2007 11:21 PM (GMT)
**To:** Hianik, Mark W. <MHianik@tribune.com>
**Subject:** ESOP/Zell transaction
**Attach:** WSJ 4.3.07 Zell.pdf;CTC 4.3.07 Zell.pdf;LATimes 4.3.07 Zell.pdf;bear stearns.pdf;Citigroup.pdf;Prudential.pdf;ubs.pdf;DJF ESOP employee e-mail.doc;TOP QAs - employee.doc

---

*Redacted*

Ruthellyn

*****************************************************************************************************************************

Attached is media coverage and several analyst reports related to our announcement that Tribune Company will go private.

Also attached is an e-mail that was sent to all employees on Monday, as well as the first set of employee Q&A that has been posted on our internal website. More will be rolled out over the next several days.

We also conducted a Town Hall meeting that was broadcast to all of our business units yesterday. Today, senior managers will be in Chicago for a meeting to discuss the transaction. With the announcement behind us, we'll be looking toward the future.

Please call if you have questions.

Sincerely,

Dennis

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**





FORMAT FOR PRINTING sponsored by

April 3, 2007

PAGE ONE

*FINAL EDITION*

# Zell Wins Tribune In Bid to Revive A Media Empire

## Budget Cuts Are Likely As Developer Takes Helm; Debt, ESOP Sew Up Deal

By SARAH ELLISON and JENNIFER S. FORSYTH
*April 3, 2007; Page A1*

DOW JONES REPRINTS
This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit: www.djreprints.com.

• See a sample reprint in PDF format.
• Order a reprint of this article now.

Nearly a year ago, William Stinehart, a **Tribune** Co. director and the lawyer for its largest shareholder, stormed out of the company's boardroom and slammed the door, according to two people who were there.

The company's share price was sluggish, the newspaper industry's prospects were dim, and the Chandler family, his client, wanted action. But the company's management and its board rebuffed the family's recommendations. Mr. Stinehart began to agitate for change, writing a public letter demanding something more than the stock buyback that had been proposed.

**MORE**
• **For Sale: Chicago Cubs; Losers, Lovable, but Pricey**[1]
• **Q&A:** Employee Stock Ownership Plan[2]
• **Deal Journal:** Between the Lines[3] | Timeline[4]
• Tribune statement[5]

What he got was one of the most wrenching auctions in the history of newspapers -- a seemingly endless process that featured tepid buyers, unhappy employees and angry investors. As the process dragged on, the landscape shifted constantly, and the entire industry lurched into decline as fears of Internet pressure on advertising and circulation mounted. In the end, the Chandlers had to settle for less than they had hoped to receive.

Yesterday, the Chicago Tribune, Los Angeles Times, several other newspapers and 23 television stations fell into the hands of an unlikely newspaper baron, iconoclastic real-estate magnate Sam Zell, whose bid had come at the eleventh hour. Mr. Zell's plan suggests that he has some degree of confidence in the beleaguered newspaper business. He has told people he sees promise in the company's Internet assets. But the deal leaves many unanswered questions about the future of Tribune.

"It's generally not wise to sell your house when the market is going to hell in a handbasket," says Barry L. Lucas, an analyst with Gabelli & Co., whose parent company, Gamco Investors Inc., owns shares in Tribune Co. "I certainly hope no one else is thinking of doing what Tribune has done. It's a mess."

**Complex Deal**

TRB0443932
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

Early yesterday, following a weekend of negotiations, the company's board accepted a revised $34-dollar-a-share proposal from Mr. Zell to take the company private. The complex deal is structured around an employee stock-ownership plan, or ESOP. When it is completed, most of the company's shares will be held by Tribune employees. Although he has no background in journalism, Mr. Zell will become chairman of a media company that will be carrying a heavy debt load, which will force its new owners to face tough questions.

Samuel Zell

The company said yesterday morning that Mr. Zell will invest $315 million in the deal in a two-step process. In the first step, Tribune will stage a tender offer, at $34 a share, for a bit more than half of the company's shares. To fund the offer, the company will use $250 million of the $315 million pledged by Mr. Zell, plus additional borrowed money. It will return $4.2 billion to shareholders.

If the deal is approved by regulators, a second step will follow: the ESOP will buy the rest of the shares at $34 a share and Zell will put in $65 million, the rest of his pledge. The ESOP then will hold all of Tribune's remaining stock outstanding, and Mr. Zell will hold a subordinated note and a warrant entitling him to acquire 40% of the common stock for a price initially set at $500 million. The deal values the company at roughly $8.2 billion.

Mr. Zell will get a seat on the company's board and will be able to appoint one other member. If the deal is approved, he will become chairman. The board will have five independent directors, a majority. Dennis FitzSimons, the company's current chairman and chief executive, will remain on the board and continue as CEO. Although Mr. Zell will not control a majority of the stock, he is expected to exert considerable influence over decision-making.

The deal will spell the end to the Chandler family's involvement in Tribune, ending a period of open warfare between the family and the company. Yesterday, Mr. FitzSimons referred to the letter in which the Chandlers originally attacked the company's board, which was filed with the Securities and Exchange Commission, as "the most bogus filing of all time."

A spokesman for the Chandler family trust said: "We are pleased with the outcome" of the auction process.

Tribune kept open the possibility that a rival bidder might jump in with a higher bid. The company set a relatively low "breakup fee" of $25 million, which it would have to pay Mr. Zell if it abandoned yesterday's deal. Among those who could try to extend the auction are Los Angeles billionaires Ron Burkle and Eli Broad, who tried to outbid Mr. Zell late in the auction.

Play Video
Perspective on the Tribune Deal
00:00
01:20
email
get link
get code
MENU

How Mr. Zell will be received remains to be seen. He has said he doesn't intend to break up the company, but Tribune said yesterday it will sell off the Chicago Cubs after the completion of the current baseball season. One person who has spoken to Mr. Zell about his plans says he is likely to seek further budget cuts, a move that will likely be unpopular with staff, particularly at the Los Angeles Times, where the editor and publisher

TRB0443933
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

both stepped down last year to protest budget cuts ordered by Tribune's headquarters. (See related articles on the Cubs[6] and the ESOP[7].)

WSJ M&A reporter Dennis Berman explains how the Tribune deal is similar to another ill-fated deal from a decade ago.

Billionaire entertainment executive David Geffen, who had earlier made an offer for the L.A. Times, said yesterday he was still interested in the paper. "I hope to meet with Sam Zell sometime in the future," he said.

Mr. FitzSimons told Tribune employees yesterday in a town hall meeting at the company's headquarters that Mr. Zell "has identified...assets that he views as undervalued, and that's his track record as a contrarian investor. He sees things, he's been successful in identifying assets that others think are out of favor..."

The newspaper industry certainly fits into that category. Last summer, a dramatic decline in newspaper advertising revenue forced many newspaper executives to re-evaluate their businesses. A drop-off in print ad revenue has plagued Tribune's biggest markets -- Chicago, Los Angeles and New York -- undermining the rationale for its 2000 merger with Times Mirror Co. That merger was designed to bring newspapers and TV stations together in large markets to amplify ad revenue. The strategy has proved disastrous for Tribune, and the merger has turned into a huge disappointment for the company and its investors.

#### A Quiet Offer

Mr. Zell, 65 years old, made a quiet offer for Tribune last October, when the company was having trouble scaring up bids. Private-equity firms had been looking and walking away. Potential buyers, including Los Angeles billionaires intrigued by the L.A. Times, only expressed interest in parts of the company, or were making lowball offers. The company was cobbling together a "self-help" deal to recapitalize the company and to spin off its TV stations, which would have paid a dividend to the Chandlers and other shareholders.

**WHO OWNS WHAT**

The 20 largest daily newspapers, ranked by daily circulation, for the six-month period ending Sept. 30, 2006.

| Newspaper | Owner |
|---|---|
| 1. USA Today | Gannett Co. |
| 2. The Wall Street Journal | Dow Jones & Co. |
| 3. The New York Times | New York Times Co. |
| 4. Los Angeles Times | Tribune Co. |
| 5. New York Post | News Corp. |
| 6. New York Daily News | Daily News LP |
| 7. The Washington Post | Washington Post Co. |
| 8. Chicago Tribune | Tribune Co. |
| 9. Houston Chronicle | Hearst Corp. |
| 10. Newsday (Long Island, N.Y.) | Tribune Co. |
| 11. Arizona Republic (Phoenix) | Gannett Co. |
| 12. The Boston Globe | New York Times Co. |
| 13. Newark Star-Ledger | Advance Publications |
| 14. San Francisco Chronicle | Hearst Corp. |

Mr. Zell got sidetracked on another deal. In November, he announced he would sell Equity Office Properties Trust, a public real-estate investment trust he headed. A bidding war broke out, and Blackstone Group eventually agreed to pay about $23 billion, excluding debt. By some measures, it was the largest leveraged buyout in U.S. history. Mr. Zell, chairman of Equity Office Properties and its largest individual shareholder, walked away with $900 million.

On Feb. 7, the day shareholders approved that deal, he discussed his interest in the Tribune. He provided no details, saying only that he felt the business was undervalued and had prospects for recovery. Civic pride may have played a part. Mr. Zell is a longtime Chicagoan whose office features a bronze cast of Michael Jordan's hands. He is a part owner of the Chicago White Sox, one reason why Tribune is selling the crosstown Cubs. (Mr. Zell wouldn't be permitted to have stakes in both).

TRB0443934
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

| 15. Minneapolis Star Tribune | Avista Capital Partners |
|---|---|
| 16. Atlanta Journal-Constitution | Cox Enterprises |
| 17. Plain Dealer (Cleveland) | Advance Publications |
| 18. Philadelphia Inquirer | Philadelphia Media Holdings |
| 19. Detroit News/Free Press | Gannett Co. |
| 20. Portland Oregonian | Advance Publications |

*Source: Audit Bureau of Circulations*

In some ways, Mr. Zell is cut from different cloth than the buttoned-down culture of Tribune, which is closely aligned with the Chicago establishment. He prefers blue jeans to suits and is a longtime motorcycle rider. The son of a Jewish grain trader who escaped Poland as the Nazis were preparing to invade, Mr. Zell broke into the real-estate business investing in apartments with his fraternity brother from the University of Michigan. He has called himself the Grave Dancer, in reference to his affinity for buying distressed properties on the cheap. Over the years, he has also invested in a railroad-car company, a cruise line, a bicycle manufacturer and a fertilizer company, among others.

Many of his deals have been successful, but he has had his share of missteps. He was unable to turn around the Schwinn Bicycle Co. in the mid-1990s, and in 2001, American Classic Voyages Co. sought Chapter 11 bankruptcy protection in the wake of a deep dip in tourism after the Sept. 11 terrorist attacks.

Equity Office Properties, the enormous real-estate company he assembled and ran, suffered from some operational problems. Although it dwarfed other publicly traded office companies in scale, it often lagged behind them in performance, with one analyst calling it a "perennial disappointment."

**Deteriorating Conditions**

After the Equity Office sale was complete, Mr. Zell turned back to Tribune. Conditions in the newspaper industry were deteriorating fast, and the auction wasn't going well. The company's revenue numbers came in lower than anticipated, forcing management to downgrade its internal estimates for the full year.

Messrs. Broad and Burkle already had submitted a bid valued at $34 a share. After the company's internal revenue estimates were lowered, an adviser to the two investors informed a representative of the Tribune's board that they were dropping the value of their proposal to $27 a share. If the company was interested in that new offer, the adviser said, the Broad-Burkle team would put it in writing. That never happened, this person said.

Mr. Zell came in with his own offer.

Press Run
The move by Sam Zell to privatize Tribune will involve an $8.2 billion two-stage transaction:
Stage 1
A cash tender offer for 126 million shares at $34 a share, which includes borrowing and a $250 million investment from Zell
Stage 2
Another offer for the remaining stock at $34 a share, which includes borrowing and a $65 million investment from Zell
2007
1Q
2Q
3Q
4Q
Ownership/equity
Upon completion, employee stock-ownership plan will hold all of the common stock
100% ESOP
Sale of assets
Expected to sell the Chicago Cubs in the fourth quarter and 25% of the company's interest in Comcast Sports Net Chicago

At that time, the Tribune's board was working on a restructuring it could do on its own: It would borrow money and pay shareholders a big dividend. Then a company-related charity, the McCormick Tribune Foundation, which owns roughly 14% of Tribune, would buy out roughly half of the Chandler family's stake, and the three Chandler board members -- Mr. Stinehart, Jeffrey Chandler and Roger Goodan -- would

TRB0443935
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

step down, according to a person familiar with the matter. "The idea was to have peace in the valley," says one person familiar with the negotiations.

But the economics of that idea were problematic. In early March, the company began re-evaluating that plan. The declining performance of some of Tribune's properties made the special committee overseeing the auction uncomfortable with the proposed debt load, according to people familiar with the matter. The plan's proposed dividend had been shaved from more than $20 a share to roughly $18, these people say.

The company's management and the special committee's advisers were uncomfortable with the level of debt in Mr. Zell's proposal as well. By March 9, negotiations with Mr. Zell were at a standstill, according to one person familiar with the talks.

Mr. Zell met Mr. FitzSimons for breakfast on March 13 to discuss his proposal, according to people familiar with the matter. Days earlier, Mr. FitzSimons had met with publishers from some of Tribune's newspapers, who expressed concerns about the trajectory of the business.

After the breakfast, Mr. FitzSimons and the special committee's advisers continued pushing hard for a self-help deal. But later that week, on March 15, William Osborne, Tribune's lead independent director, called Mr. Zell to tell him that he wanted to get a deal with him back on track, according to a person familiar with the call.

Mr. Zell called him back the following day and said: "We aren't going to do anything until you tell us it is worth our time," according to a person familiar with his thinking. Mr. Osborne assured him the company was seriously considering his offer.

The two sides continued talking. The team of advisers included Merrill Lynch & Co. and Citigroup Inc. for Tribune; Morgan Stanley for the special committee; Duff & Phelps for the ESOP trustee, and J.P. Morgan Chase & Co. for Mr. Zell.

By March 21, Tribune presented the outlines of Mr. Zell's proposal to ratings agencies, which eventually said they would grant a double-B-minus rating to the company. That gave the company the push it needed to move forward with Mr. Zell, who had by this point raised the value of his offer to above $33 a share.

At the last minute, Messrs. Burkle and Broad resurfaced, complaining that they hadn't been given adequate information to make a sufficient bid. They said they would be happy to make an offer for Tribune at $34 a share, but needed more information.

A weekend of fevered negotiations followed. Mr. Zell, working from his weekend home in Malibu, agreed to raise the equity in his offer to $315 million, from $225 million, which allowed him to match the Broad-Burkle offer.

The full board of directors, including three representatives from the Chandler family and Mr. FitzSimons, convened via conference call on Sunday night, at 10:30 Chicago time, to discuss the deal. The board approved it shortly before 11 p.m.

**--Matthew Karnitschnig and Brian Steinberg contributed to this article.**

**Write to** Sarah Ellison at sarah.ellison@wsj.com[8]

TRB0443936
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only



Chicago Tribune
ONLINE EDITION

http://www.chicagotribune.com/business/chi-0704030166apr03,1,2820035.story?coll=chi-news-hed

**GOING PRIVATE**

# Zell lands Tribune

## Employees to get majority stake in debt-heavy company

By Michael Oneal
Tribune staff reporter

April 3, 2007

Advertisement

Passion
for
fashion?

After an epic corporate drama, Chicago's Tribune Co. will go private in a transaction that puts the 159-year-old media conglomerate in the hands of the city's most iconoclastic entrepreneur. The deal is a high-stakes bet that a pillar of the nation's old-media establishment can propel itself into the digital future.

Late Sunday, following a weekend of heated negotiations, Tribune's board accepted a revised $34-a-share proposal from Chicago real estate magnate Sam Zell to buy out the company's public shares in a complex, $8.2 billion transaction structured around an employee stock ownership plan, or ESOP.

To help finance the deal, Tribune said it would sell the Chicago Cubs and its 25 percent stake in local cable channel Comcast SportsNet Chicago after the 2007 season. It will also take on $8.4 billion in new loans, leaving the company with more than $13 billion in debt and the most encumbered balance sheet in the newspaper industry.

That will create plenty of risk at a time when the industry faces increasing pressures from the Internet. But, after battling restive shareholders for almost a year, Tribune's chief executive, Dennis FitzSimons, said getting out of the public glare will help as the company attempts to transform itself.

"Being private in the traditional media business right now is an advantage," he said.

The matchup of Tribune and Zell couldn't be more improbable. The deal will place a motorcycle riding, epithet slinging multibillionaire atop of one of the most conservative, buttoned-down companies in America.

Just two months ago, Zell was selling his nationwide real estate company for a $1.1 billion profit. With the exception of an investment in radio stations several years ago, he has little background in media and none in journalism. Yet, he will control the fate of a venerable set of newspapers that includes the Chicago Tribune and Los Angeles Times, and big television stations, such as WGN-Ch. 9.

In normal times, that would be odd. But these aren't normal times. The Tribune saga provides the most dramatic evidence yet that the newspaper industry is caught in a set of crosscurrents that are likely to change the way news and information are delivered.

TRB0443937
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

Although the Internet has been chipping away at old-media revenues for years, the trend has accelerated during the past 12 months, eroding the prodigious earning power of newspaper and local television companies and weakening their stock prices.

That has created an unprecedented scramble to find a new way to capture a younger generation of computer-savvy readers by marrying print and online journalism. Newspaper companies are running as fast as they can to improve their Internet offerings, but even leaders like the New York Times Co. and Washington Post Co. are finding that print revenue is falling off faster than it can be gained online.

"The rules of the game have changed in the past year," said one rival newspaper executive. "We're figuring we could go through three years of cash-flow declines because print is declining faster than online is growing."

Zell, however, has confidence in his own ability to find value where others see only ruin. His self-imposed nickname, "The Grave Dancer," reflects his belief that when it comes to making money the consensus view is often dead wrong.

By dialing up the financial pressure on Tribune, Zell believes this transaction will force the company and its new employee owners to find answers to questions that have been bedeviling the newspaper and television industries since the Internet started stealing their customers more than a decade ago.

Indeed, the 65-year-old Highland Park native seems to revel in attempting to prove naysayers wrong.

"I don't really believe in conventional wisdom," he said. "In fact, going against the conventional wisdom usually produces a positive result."

Zell's proposal trumped a rival, 11th-hour bid from Los Angeles billionaires Ronald Burkle and Eli Broad.

Tribune had been leaning toward the Zell offer partly because the Burkle-Broad offer was less firm but also, sources said, because Tribune's board and management had a queasy feeling about handing Tribune to a pair of billionaires who wouldn't say, as Zell did, that they had no plans to inject themselves into the editorial process.

Yet, the board wouldn't accept Zell's offer until he agreed to raise a previous bid of $33 a share to meet Broad and Burkle's $34-a-share offer. On Sunday, around 9:30 p.m., Zell put in his final offer and went off to bed, having rushed back to Chicago from Malibu, Calif., where he spent the weekend while his team negotiated. He thought he had a deal, but Tribune's board haggled over it for two more hours and a transaction wasn't announced until early Monday morning, just before the markets opened.

The deal includes a provision for a relatively small $25 million break-up fee, which means it might not be prohibitively expensive for Broad and Burkle to come back with a more fully formed bid. But the holdup on Monday had less to do with them and more to do with the complexity of Zell's proposal.

The new company structure depends on the creation of what's known as an S Corp. ESOP, which is essentially a sole-proprietorship encased within an ESOP trust. The attractiveness of the structure, according to one source, is that it eliminates most of the corporate taxes Tribune would otherwise pay, which boosts the cash flow and allows the company to support a heavier debt load. If the structure had been in place in 2006, for instance, Tribune would have been able to avoid paying $348 million in taxes.

For the first 10 years of an S Corp. ESOP, the trade-off is that the company has to pay capital-gains taxes on asset sales. That could explain why Zell has said he has no intention of breaking up the company, since most of the company's long-held assets would generate big capital gains. After 10 years, however, the company can sell assets without paying capital gains. So, at that point, the glue holding the company together might not be so

TRB0443938
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

strong.

Zell will initially invest $315 million in the deal, which will close in several steps. In the first step, the ESOP will buy $250 million worth of newly issued Tribune common stock. Zell will invest $225 million and receive a note from the company. He will also pay $90 million for a warrant that can be converted into about 40 percent of the company if Zell pays $500 million.

Meanwhile, the company will stage a tender offer for approximately 126 million shares at $34 a share. It will borrow $7 billion at the same time, using $4.2 billion to pay for the tender and $2.8 billion to refinance existing debt. Then, in a final step that will take place if or when various government approvals can be secured, Tribune will merge with the ESOP and convert into an S corporation and will borrow another $4.2 billion to buy the rest of the shares at $34 a share.

When the deal is complete, the ESOP will hold all of Tribune's then-outstanding stock, with Zell holding a subordinated note for $225 million and the warrant entitling him to acquire 40 percent of the common stock for $500 million. In effect, the ownership split will be 60 percent employees, 40 percent Zell.

Zell will join the board upon completion of his initial investment and become chairman when the transaction closes. Tribune's current Chairman and Chief Executive Dennis FitzSimons will remain on the board, which will have a majority of five independent directors. Zell will be represented by himself and one director of his choosing. Employees won't be represented on the board but their interests will be guarded by an ESOP trustee. While employees didn't know it, that trustee participated in the negotiations on their behalf, Tribune executives said. Despite the company's ailing stock price and sluggish performance, Zell said he endorses keeping Tribune's top executives -- at least as long as they perform. And management has signaled its long-term commitment to turning the company around by agreeing to put some of their compensation related to signing the deal into the new company. FitzSimons said a block of stock in the new company will be reserved for management compensation that can be earned based of specific performance criteria.

A source said that if all goes as planned, Zell's projections show the company paying down a large share of the debt within 10 years. But getting there will depend on maintaining the company's cash flow. According to Standard & Poors, the company's new debt load will be 10.7 times its $1.4 billion in 2006 cash flow. That's about twice the level of the next most leveraged company in the newspaper industry, which explains why the major bond rating agencies downgraded Tribune's debt Monday. The cash flow generated by the tax-free ESOP structure will somewhat ease that burden. But Tribune will still be under the gun, Wall Street analysts said.

FitzSimons pointed out that any debt carries risk and reward. The way this deal is modeled, if results tail off so will returns. But they don't have to improve dramatically to pay down the debt and get some more breathing room.

"If we get the cash flow to go up just a little bit -- or even if it stays flat -- the returns will be huge," FitzSimons said.

Tribune's stock has fallen 36.4 percent over the past three years. That's what led California's Chandler family, Tribune's largest shareholder with a 20 percent stake, to put the company in play early last June. Along the way, Tribune management suffered the embarrassment of an insurrection at the Los Angeles Times when the paper's publisher and editor rose up against cost-cutting ordered by their bosses in Chicago and ultimately left the paper. And, all of this bad news came against a backdrop of falling advertising and circulation revenue.

Both the takeover battle and the display of righteous indignation in Los Angeles have turned Tribune into a symbol of the momentous change and turmoil roiling an industry. Zell insists he has no interest in meddling with the editorial mission of the newspapers. But he will be a forceful presence on the business side.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

A source with knowledge of his thinking said Zell believes more aggressive leadership can uncover significantly more value than the market is giving Tribune credit for. He contends the newspapers have market power that is not being fully exploited and he's certain there is a trove of hidden value in Tribune's Internet strategy, which has already produced one winner in CareerBuilder.com, the nation's leading online job recruitment site.

But Zell also thinks Tribune can be more aggressively managed, the source said. He wonders why, for instance, CareerBuilder isn't being expanded internationally.

Executives at other companies Zell has invested in say he doesn't tend to micromanage. But he takes an active and important role by asking questions and testing assumptions, trying to guide them toward more effective strategies.

Even so, said an analyst for one Tribune investor, "I think it's pretty outrageous that Sam Zell is getting control of the company for $300 million. The timing is great for Zell and horrible for [existing shareholders] with the cyclical and secular pressures on the publishing industry."

But Chicago money manager John Rogers, whose Ariel Capital Management is the company's fourth-largest shareholder, said he's seen Zell in action as an investor in Glenview-based Anixter Inc. and firmly believes his expertise is worth a lot.

"What Sam brings is a certain new energy and fresh new ideas and he asks all the right questions," Rogers said. "Having that makes the team better."

The company's $8.3 billion acquisition of Times Mirror Co. in 2000 gave it the Los Angeles Times and Newsday, among other papers. But it also created a world of trouble. Tribune inherited a circulation scandal in New York and a $1 billion tax liability from which its stock has not recovered. Moreover, the logic behind the acquisition -- to let Tribune benefit from owning both newspapers and television stations in the nation's three largest markets -- never bore fruit. And when newspapers began to fall from favor on Wall Street, the heavy concentration in print made Tribune especially vulnerable.

Other Chicago business people were relieved last week when it seemed likely that a local would end up controlling this long-time Chicago institution.

"I have no objection to Sam Zell running the Tribune," said LeRoy Carlson Jr., chief executive of Telephone and Data Systems Inc., controlling owner of U.S. Cellular. "I hope that it could be even a better paper by someone coming in and investing money rather than taking money out of it."

But Tribune will have to leave history behind if it wants to continue to grow and thrive in Chicago, observers say. The many iconic businesses that have left the city in one way or another -- companies like Marshall Field's, First Chicago Bank and Amoco -- failed to adapt to new realities in their businesses. Companies that are thriving -- McDonald's, the Chicago Mercantile Exchange, Boeing -- have confronted the future and remade themselves to fit.

Will Zell make the difference?

"We'll find out," said FitzSimons, "He's got a hell of a track record."

----------

TRB0443940
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only





School of Business
1-888-999-9844
attend an information meeting >

http://www.latimes.com/business/la-fi-analysis3apr03,0,719760.story?coll=la-home-headlines

**THE TRIBUNE DEAL**

## Zell could be biggest winner

**For $315 million, the mogul gains virtual control of Tribune and a chance for big profit.**

By Michael A. Hiltzik
Times Staff Writer

April 3, 2007

Sam Zell's taking effective control of Tribune Co. for a relatively modest cash outlay makes him potentially the biggest winner in Monday's pending sale of the Chicago media company.

The Chicago real estate magnate would be in charge of a company valued Monday at $7.9 billion for an investment of as little as $315 million. That sum would give him an option to buy 40% of Tribune's stock that could be exercised at any time within 15 years of the completion of the deal.

But financial analysts said Zell was unlikely to exercise the option but instead would probably cash it out before its expiration. In the meantime, as chairman, Zell would be calling the shots.

Whether Tribune's employees win depends on whether the company's performance continues to deteriorate as the newspaper and TV industries struggle. All company contributions to employee pension plans would be funneled through a new employee stock ownership plan, or ESOP, beginning next year, after the deal is complete.

That means that although those future pension contributions will be at risk, the employees stand to profit, along with Zell, if the company does well. Existing pension obligations owed to workers would not be affected, company executives said.

Also benefiting would be the Chandler family, which through its Times Mirror Co. controlled the Los Angeles Times for more than a century until the company was sold to Tribune in 2000. The pending buyout would serve the family's desire to exit the newspaper business, while salvaging a fortune that had been eroding as Tribune's stock slid.

The Chandlers' 20% holding of Tribune would be bought out for a total of roughly $1.6 billion. But the payout probably would saddle the Chandlers with as much as $245 million in federal capital gains taxes.

Also getting a payout would be Tribune's top five executives, who at the $34 price hold shares valued at $51.1 million along with millions more in stock options.

Among the early losers in the process would be the holders of Tribune's existing $5 billion in bonds and other long-term debt. The value of their holdings already has plummeted as details of Tribune's big debt load emerge.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

The various steps of the multistage transaction require the company to obtain $8.4 billion in new debt, which could carry interest charges of at least 9% because Tribune is rated at junk bond, or below investment grade, level.

That means interest charges will be at least $756 million a year. Credit analysts say that's troubling, because the company's core businesses — newspapers and broadcasting — are suffering from declining revenues.

Credit reporting firm Fitch Ratings downgraded Tribune's outstanding debt because the new borrowing would strain the company at a time when "its revenue and cash flow have been declining."

When the deal is complete, Fitch analyst Mike Simonton said, Tribune's debt could reach more than nine times its equity, leaving the company with "a very limited margin of error to withstand an economic downturn."

Tribune Chairman and Chief Executive Dennis J. FitzSimons said Monday that he was confident the company's annual cash flow, currently about $1.3 billion, would remain adequate to cover its debt obligation.

The transactions announced Monday would create hundreds of millions of dollars in tax benefits for the company — possibly eliminating its tax liability entirely. Its effective federal and state tax rate for 2006 was 34.5%, resulting in $348 million in taxes on $1 billion in operating income.

The key aspect of the deal is the conversion of Tribune into a Subchapter S corporation. Such entities pay no corporate income tax but must funnel all profit directly to shareholders, who then pay taxes on those distributions. In this case, the sole shareholder would be the ESOP, which is itself untaxed. The combination of benefits may mean that the recapitalized Tribune would be essentially tax-exempt, a boon to a company with a need to harvest every dollar of revenue.

Tax regulations, however, sharply discourage any spinoff of assets by an S corporation within 10 years of its conversion from a conventional corporate structure. That's because the gain in value of assets sold before the 10-year deadline is subject to tax (excluding whatever value was accumulated after the conversion). That would create an incentive for Zell to keep the company together for at least a decade, unless tax losses accumulated by Tribune are enough to shelter the tax generated by a spinoff. After the 10-year period, that tax liability disappears.

In the first step, Zell would invest $250 million in Tribune. Of this, $50 million would purchase 1.5 million shares of newly issued stock at $34 a share, and $200 million would essentially be a loan convertible into shares at the same price.

Simultaneously, the newly minted ESOP would invest $250 million lent by the company to buy stock at $28 a share. The lower price of its shares may have been designed to forestall any challenge to the deal based on its fairness to the employee plan.

The company would then buy 126 million shares, or about half of those outstanding, for $34 each, or a total of $4.28 billion. The tender offer would be financed by the $250-million infusion from Zell and from new corporate borrowings. That phase is expected to be completed by June 30.

In the second stage of the deal, expected to conclude at the end of 2007, Zell would invest an additional $65 million, bringing his total outlay to $315 million. At that point, his investment would comprise a $225-

TRB0443942
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

million, 11-year loan to the company and the $90-million purchase of a warrant giving him ownership of 40% of the company's stock.

FitzSimons responded to criticism that the transaction would yield more control to Zell than warranted, noting that "this process was about maximizing shareholder value. We and the directors felt that relative to all the alternatives, this was the best value for the shareholders."

He also acknowledged that Zell's strategic vision for Tribune and his view of the community role of newspapers and television stations were not primary considerations in the weeks of negotiations leading to the deal. Tribune directors, FitzSimons said, instead were focused on "the financial terms of the agreement."

*michael.hiltzik@latimes.com*

*Times staff writer Thomas S. Mulligan in New York contributed to this report.*

*

***Cashing in at the top.***

*A look at the value of stock and options for top Tribune executives based on a Tribune sale at $34 a share:*

*Executives: Dennis FitzSimons, Chairman, CEO and president*

*Stock Shares: 672,965.38*

*Value (in millions): $22.9*

*2006 options: 300,000*

*Value: $852,000*

--

*Executives: Scott Smith, President, Tribune Publishing*

*Stock Shares: 295,146.52*

*Value (in millions): $10.0*

*2006 options: 90,000*

*Value: $255,600*

--

*Executives: Donald Grenesko, Senior v.p., finance and administration*

*Stock Shares: 312,708.84*

TRB0443943
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

*Value (in millions): $10.6*

*2006 options: 85,000*

*Value: $241,400*

*--*

*Executives: John Reardon, President, Tribune Broadcasting*

*Stock Shares: 116,898.00*

*Value (in millions): $4.0*

*2006 options: 60,000*

*Value: $170,400*

*--*

*Executives: Crane Kenney, Senior v.p., general counsel and secretary*

*Stock Shares: 104,962.33*

*Value (in millions): $3.6*

*2006 options: 60,000*

*Value: $170,400*

*--*

**2006 option grants priced at $31.16. Other options may also be exercisable.*

*--*

*Sources: SEC filings, Chicago Tribune*

*Los Angeles Times*

Copyright 2007 Los Angeles Times | Privacy Policy | Terms of Service
Home Delivery | Advertise | Archives | Contact | Site Map | Help
PARTNERS: ktla5cw Hoy

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only



PUBLISHING

Bear, Stearns & Co. Inc. – U.S. Equity Research

April 2, 2007

**Rating Information**

| | |
|---|---|
| Sector Rating | Market Underweight |
| Target Price YE '08 | -- |
| Long-Term Growth | 8.95% |

**Trading Data**

| | |
|---|---|
| 52-Wk Range | $27.09 - $34.28 |
| Market Cap. | $7,681 MM |
| Shares Out. | 239.2 MM |
| Dividend Yield | 2.2% |
| Avg Daily Vol. | 1,890,000 |
| Float | NA |

Source: FactSet

**Fundamental Data**

| | |
|---|---|
| EV/EBITDA | 9.9x* |
| Enterprise Value | $11,257.2 MM |
| LT Debt to Total Cap. | 45.3% |
| Book Value | $18.10 |

Source: FactSet; * BSC Estimates

**Price Performance Chart**

Tribune Co.
34
32
30
28
Apr
May
Jun
Jul
Aug
Sep
Oct
Nov
Dec
Jan
Feb
Mar

Source: FactSet

Securities in this report priced as of:

March 30, 2007 16:00 ET

**Equity Research Analyst(s)**

**Alexia S. Quadrani**
212-272-2149
aquadrani@bear.com

**Sylvia Jasaroska**
212-272-3779
sjasaroska@bear.com

# Tribune Company
## (TRB-$32.11-Peer Perform)

## Zell Prevails In A Highly Levered Transaction; Shareholders Get $34 Per Share; Historically Low Transaction Multiple A Negative Sign for Industry

- Tribune finally announced a decision in its six month strategic review deciding to take the company private through an ESOP at $34 per share with a $315 million investment from Sam Zell. This suggests a 2007 EBITDA multiple of 10.3x or 9.8x accounting for hidden assets, well below the average historic transaction for this group of 11.6x.
- The company will first offer a cash tender for 126 million shares at $34 sometime in Q2 which will be funded by new debt as well as a $250 million initial investment by Zell. Before year end, the company will buy in the remaining shares outstanding also at $34 with Zell making an additional $65 million investment at that time.
- Tribune plans on raising $11.2 billion in debt in two tranches to execute this transaction, of which $2.8 billion will be used to pay down existing facilities. Upon the completion of the transaction the company will have close to $13.4b. in net debt. Tribune plans on selling the Chicago Cubs and its 25% interest in Comcast SportsNet to help pay down debt.
- There is a small break up fee of $25 million which would allow Tribune to pursue another offer (which we believe is unlikely) if it where presented.
- After an exhaustive six month review we believe this complicated and heavily levered transaction is another indication of the waning interest in the newspaper business given the ongoing secular challenges that are weighing on the fundamental outlook. While we believe TRB public shareholders have found a relatively decent exit strategy (in Q2 tender offer) we don't believe this transaction bodes well for the rest of the group and reiterate out underweight sector rating on the newspaper stocks under our coverage.

**Sector View:** We are cautious on the newspaper group given the challenging ad revenue and circulation outlook. Growth from online channels could mitigate declines in the longer term.

**Recurring Estimates Post Option Expense †(All values are in USD)**

| | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Year | P/E |
|---|---|---|---|---|---|---|
| 2005 | 0.37 | 0.44 | 0.48 | 0.49 | 1.78 | 18.0x |
| 2006 | 0.38 | 0.55 | 0.43 | 0.68 | 2.02 | 15.9x |
| 2007 | 0.34E | 0.58E | 0.43E | 0.64E | 1.99E | 16.1x |
| 2008 | | | | | 2.00E | 16.1x |

† All numbers are after stock-based compensation expense, normalized consistent with BSC option expense policy.

Bear Stearns does and seeks to do business with companies covered in its research reports. As a result investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Customers of Bear Stearns in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.bearstearns.com/ independent research or can call (800) 517-2327 to request a copy of this research. Investors should consider this report as only a single factor in making their investment decision.

**PLEASE REFER TO PAGE 2 OF THIS REPORT FOR IMPORTANT DISCLOSURES AND ANALYST CERTIFICATION**

**BEAR, STEARNS & CO. INC. 383 MADISON AVENUE NEW YORK, NY 10179 (212) 272-2000 WWW.BEARSTEARNS.COM**

**TRB0443945**
**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

**Important Disclosures**

The costs and expenses of Equity Research, including the compensation of the analyst(s) that prepared this report, are paid out of the Firm's total revenues, a portion of which is generated through investment banking activities.

This report has been prepared in accordance with the Firm's conflict management policies. Bear Stearns is unconditionally committed to the integrity, objectivity, and independence of its research. Bear Stearns research analysts and personnel report to the Director of Research and are not subject to the direct or indirect supervision or control of any other Firm department (or members of such department).

This publication and any recommendation contained herein speak only as of the date hereof and are subject to change without notice. Bear Stearns and its affiliated companies and employees shall have no obligation to update or amend any information or opinion contained herein, and the frequency of subsequent publications, if any, remain in the discretion of the author and the Firm.

Analyst Certification

The research analyst(s) primarily responsible for the preparation this research report hereby certify that all of the views expressed in this research report accurately reflect their personal views about any and all of the subject securities or issuers. The research analyst(s) also certify that no part of their compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.
Alexia Quadrani

Companies Analyzed

* Tribune Company (TRB) - $32.11 (as of March 30, 2007 16:00 ET) - Peer Perform

**Bear, Stearns & Co. Inc. Equity Research Rating System:**

Ratings for Stocks (vs. analyst coverage universe):
Outperform (O) - Stock is projected to outperform analyst's industry coverage universe over the next 12 months.
Peer Perform (P) - Stock is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months.
Underperform (U) - Stock is projected to underperform analyst's industry coverage universe over the next 12 months.

Ratings for Sectors (vs. regional broader market index):
Market Overweight (MO) - Expect the industry to perform better than the primary market index for the region (S&P 500 in the US) over the next 12 months.
Market Weight (MW) - Expect the industry to perform approximately in line with the primary market index for the region (S&P 500 in the US) over the next 12 months.
Market Underweight (MU) - Expect the industry to underperform the primary market index for the region (S&P 500 in the US) over the next 12 months.

**Bear, Stearns & Co. Inc. Ratings Distribution as of December 31, 2006:**
Percentage of BSC universe with this rating / Percentage of these companies which were BSC investment banking clients in the last 12 months.

Outperform (Buy): 41.0 / 8.3

Peer Perform (Neutral): 49.5 / 8.0

Underperform (Sell): 9.5 / 0.0

Securities covered by the author(s) of this report include:

Alexia Quadrani (Publishing): Gannett Company, Journal Register Company, New York Times Company, The E.W. Scripps Company, Tribune Company, Dow Jones & Co., Gatehouse Media

TRB0443947
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

OTHER DISCLAIMERS

This report has been prepared by Bear, Stearns & Co. Inc., Bear, Stearns International Limited or Bear Stearns Asia Limited (together with their affiliates, "Bear Stearns"), as indicated on the cover page hereof. Responsibility for the content of this report has been accepted by Bear, Stearns & Co. Inc. for distribution in the United States. If you are a recipient of this publication in the United States, orders in any securities referred to herein should be placed with Bear, Stearns & Co. Inc. This report has been approved for publication in the United Kingdom by Bear, Stearns International Limited, which is authorized and regulated by the United Kingdom Financial Services Authority. Private Customers in the U.K. should contact their Bear, Stearns International Limited representatives about the investments concerned. This report is distributed in Hong Kong by Bear Stearns Asia Limited, which is regulated by the Securities and Futures Commission of Hong Kong. Recipients of this report from Bear Stearns Asia Limited should contact representatives of the latter in relation to any matter referred to herein. Additional information is available upon request.
Bear Stearns and its employees, officers, and directors deal as principal in transactions involving the securities referred to herein (or options or other instruments related thereto), including in transactions which may be contrary to any recommendations contained herein. Bear Stearns and its employees may also have engaged in transactions with issuers identified herein. Bear Stearns is affiliated with a specialist that may make a market in the securities of the issuers referred to in this document, and such specialist may have a position (long or short) and may be on the opposite side of public orders in such securities.
This publication does not constitute an offer or solicitation of any transaction in any securities referred to herein. Any recommendation contained herein may not be suitable for all investors. Although the information contained in the subject report (not including disclosures contained herein) has been obtained from sources we believe to be reliable, the accuracy and completeness of such information and the opinions expressed herein cannot be guaranteed. This publication and any recommendation contained herein speak only as of the date hereof and are subject to change without notice. Bear Stearns and its affiliated companies and employees shall have no obligation to update or amend any information or opinion contained herein.
This publication is being furnished to you for informational purposes only and on the condition that it will not form the sole basis for any investment decision. Each investor must make their own determination of the appropriateness of an investment in any securities referred to herein based on the tax, or other considerations applicable to such investor and its own investment strategy. By virtue of this publication, neither Bear Stearns nor any of its employees, nor any data provider or any of its employees shall be responsible for any investment decision. This report may not be reproduced, distributed, or published without the prior consent of Bear Stearns. ©2007. All rights reserved by Bear Stearns. Bear Stearns and its logo are registered trademarks of The Bear Stearns Companies Inc.
This report may discuss numerous securities, some of which may not be qualified for sale in certain states and may therefore not be offered to investors in such states. This document should not be construed as providing investment services. Investing in non-U.S. securities including ADRs involves significant risks such as fluctuation of exchange rates that may have adverse effects on the value or price of income derived from the security. Securities of some foreign companies may be less liquid and prices more volatile than securities of U.S. companies. Securities of non-U.S. issuers may not be registered with or subject to Securities and Exchange Commission reporting requirements; therefore, information regarding such issuers may be limited.
NOTE TO ACCOUNT EXECUTIVES: For securities that are not listed on the NYSE, AMEX, or Nasdaq National Market System, check the Compliance page of the Bear Stearns Intranet site for State Blue Sky data prior to soliciting or accepting orders from clients.

CIR 230 Disclaimer

Bear Stearns does not provide tax, legal or accounting advice. You should consult your own tax, legal and accounting advisors before engaging in any transaction.

In order for Bear Stearns to comply with Internal Revenue Service Circular 230 (if applicable), you are notified that any discussion of U.S. federal tax issues contained or referred to herein is not intended or written to be used, and cannot be used, for the purpose of: (A) avoiding penalties that may be imposed under the Internal Revenue Code; nor (B) promoting, marketing or recommending to another party any transaction or matter discussed herein.

TRB0443948
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

citigroup

North America | United States
Publishing | Publishing

Company Flash

2 April 2007 | 7 pages

# Tribune Co (TRB)

## Valuation Reflects Pressures (Or Does It?)

Rating change ☐
Target price change ☑
Estimate change ☑

- **Sale process finally concludes, at slightly higher price** — Tribune has agreed to sell the co. to Sam Zell in a complicated offer valued at $34/share, $1 above the expected value we had assumed at the start of the strategic review process.
- **Sale valuation low on historical basis** — Valuation of 9.8x 2007 EBITDA, or 8.7x including hidden assets, is well below the 5-yr industry average of 11.5x, reflective of growing industry pressures. For context, MNI paid 9.9x for KRI last March and sold the Minneapolis Star Tribune for 6-7x last Dec.
- **Outside buyer encouraging** — It is encouraging that there is outside interest in newspapers, however the absence of a strategic buyer speaks volumes about an insider's perceived return potential.
- **Rival bids possible, but unlikely** — A low break-up fee could encourage a trumping bid from the Ron Burkle/Eli Broad partnership or another bidder, but this seems unlikely given the lengthy and very public nature of the review process.
- **Further newspaper LBO activity unlikely** — Our analysis of LBO opportunities shows no other companies would meet typical IRR hurdle rates. Exit multiple risk and an absence of improvable cash flow stories at those cos. with single-class stocks are key factors.
- **Declining newspaper fundamentals continue to impact industry** — In newspapers we see an industry that could see a five year (or longer) profit decline as the democratization of information and rising broadband adoption continue to overwhelm the positive benefit of the aging population.

| **Hold/Medium Risk** | **2M** |
|---|---|
| Price (02 Apr 07) | US$32.88 |
| Target price | US$34.00 |
| *from US$33.00* | |
| Expected share price return | 3.4% |
| Expected dividend yield | 0.0% |
| **Expected total return** | **3.4%** |
| Market Cap | US$7,898M |

| EPS | Q1 | Q2 | Q3 | Q4 | FY | FC Cons |
|---|---|---|---|---|---|---|
| **2006A** | 0.38A | 0.54A | 0.43A | 0.68A | 2.03A | 2.04A |
| **2007E** | **0.32E** | **0.64E** | **0.46E** | **0.59E** | **2.01E** | **1.96E** |
| Previous | 0.34E | 0.64E | 0.45E | 0.58E | 2.02E | na |
| **2008E** | **na** | **na** | **na** | **na** | **2.09E** | **2.04E** |
| Previous | na | na | na | na | 2.09E | na |
| **2009E** | **na** | **na** | **na** | **na** | **2.03E** | **2.06E** |
| Previous | na | na | na | na | 2.03E | na |

Source: Powered by dataCentral. FC Cons: First Call Consensus.

**William G Bird**
+1-212-816-6698
william.g.bird@citigroup.com

David Rose
david1.rose@citigroup.com

See Appendix A-1 for Analyst Certification and important disclosures.

Citigroup Research is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Non-US research analysts who have prepared this report are not registered/qualified as research analysts with the NYSE and/or NASD.
Customers of the Firm in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at http://www.smithbarney.com (for retail clients) or http://www.citigroupgeo.com (for institutional clients) or can call (866) 836-9542 to request a copy of this research.

We are modifying our earnings estimates for 2007 to reflect Q1 performance to date, and also increasing our 12-month target price to reflect Mr. Zell's offer. Immediate suspension of TRB's dividend lowers expected total return.

*Citigroup Global Markets Inc. is advising Tribune and providing financial commitments to Sam Zell in the sale of Tribune.*

# Tribune Co

## Company description

The Tribune Company (TRB) is a leading diversified media company. Through its television and radio broadcasting, publishing, and interactive operations, Tribune reaches nearly 80% of U.S. households daily. It is the No. 2 newspaper company in terms of revenues and operating cash flow, and No. 3 in terms of circulation. Tribune publishes 11 market-leading newspapers, including the Los Angeles Times, the Chicago Tribune, and Newsday. Tribune Broadcasting reaches more than 80% of U.S. television households. Tribune's major broadcasting assets include 23 TV stations (14 CW, 2 MyNetworkTV, six Fox, and one ABC), one radio station in Chicago, two 24-hour cable news channels (CLTV News and CFN 13). Broadcasting also includes Tribune Entertainment, which produces and syndicates first-run programming, and the Chicago Cubs baseball team. The company also has interests in cable TV's The Food Network and Internet job site CareerBuilder.com, as well as a network of local and national websites.

## Investment thesis

We rate the shares of Tribune Hold/Medium Risk (2M). In April 2007, Tribune announced an offer by Sam Zell to invest in and eventually take over the company after establishment of an ESOP that would own a majority of Tribune. This offer followed the establishment of an independent special committee in September 2006 to oversee management's exploration of alternatives for creating additional shareholder value. We believe the prospects for closing this transaction are high, with financing already committed and anti-trust approval not expected to be a problem. Our target price of $34 is in line with the offer price, and we see the acquisition closing by the end of the year should shareholders vote to approve the transaction.

## Valuation

Our target price for Tribune is $34, equal to the price of the firm, all-cash offer made by Sam Zell to take over the company. We previously valued TRB with a decision tree analysis that considered the valuation of a takeover scenario as well as the prospects of Tribune staying public. Note that we formerly made use of other methodologies to support our target price as well.

We assigned a 55% probability to Tribune splitting apart its business into independent broadcasting and newspaper operations; 20% to staying intact and executing management's current strategy; 15% to a management-led LBO; and 10% to the sale of the company. For each of these alternatives, we assigned a value based on a different multiple of 2007 EBITDA. The weighted average of these probabilities led to a $33 valuation.

Our sum-of-parts analysis assigns valuations to Tribune's publishing and broadcasting groups based on valuations of similar companies in the market. After adding the value of off-balance sheet assets, we arrived at a $32.44 target

price for Tribune's shares using this methodology.

Our discounted cash flow (DCF) model in effect derives a stock price and implied P/E multiple. These assumptions suggest the appropriate earnings multiplier for the stock is 15.3x forward earnings. After applying this multiple to our 2008 estimate, we arrive at a $31.73 target price.

## Risks

We rate Tribune Medium Risk, as the company currently has a debt-to-EBITDA ratio of about 3.8x (industry-average is 2.3x, by our analysis), but a beta of only 0.45, lower than the volatility of the broader market.

The major downside risk we see to the achievement of our target price is the failure of Mr. Zell to close his acquisition of the company, due either to denial of shareholder approval or the outside funding needed to finance the deal. Other risks include lack of visibility on the timing of a sustained advertising recovery, continued economic and geopolitical uncertainty, and concerns over the strength of consumer confidence.

If the impact on the company from any of these factors proves to be greater than we anticipate, it may prevent the stock from achieving our target price. On the other hand, should a new bidder enter the picture and/or advertising recover sooner-than-expected, our target price could be exceeded.

TRB0443951
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

```
<<
 /ASCII85EncodePages false
 /AllowTransparency false
 /AutoPositionEPSFiles true
 /AutoRotatePages /All
 /Binding /Left
 /CalGrayProfile (Dot Gain 20%)
 /CalRGBProfile (sRGB IEC61966-2.1)
 /CalCMYKProfile (U.S. Web Coated \050SWOP\051 v2)
 /sRGBProfile (sRGB IEC61966-2.1)
 /CannotEmbedFontPolicy /Warning
 /CompatibilityLevel 1.4
 /CompressObjects /Tags
 /CompressPages true
 /ConvertImagesToIndexed true
 /PassThroughJPEGImages true
 /CreateJDFFile false
 /CreateJobTicket false
 /DefaultRenderingIntent /Default
 /DetectBlends true
 /DetectCurves 0.0000
 /ColorConversionStrategy /LeaveColorUnchanged
 /DoThumbnails false
 /EmbedAllFonts true
 /EmbedOpenType false
 /ParseICCProfilesInComments true
 /EmbedJobOptions true
 /DSCReportingLevel 0
 /EmitDSCWarnings false
 /EndPage -1
 /ImageMemory 1048576
 /LockDistillerParams false
 /MaxSubsetPct 100
 /Optimize true
 /OPM 1
 /ParseDSCComments true
 /ParseDSCCommentsForDocInfo true
 /PreserveCopyPage true
 /PreserveDICMYKValues true
 /PreserveEPSInfo true
 /PreserveFlatness true
 /PreserveHalftoneInfo false
 /PreserveOPIComments false
 /PreserveOverprintSettings true
 /StartPage 1
 /SubsetFonts true
 /TransferFunctionInfo /Apply
 /UCRandBGInfo /Preserve
 /UsePrologue false
```

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

/ColorSettingsFile ()
/AlwaysEmbed [ true
/CIRTradeGothic-BdCn20
/CIRTradeGothic-Bold2
/CIRTradeGothic-Cn18
/CIRTradeGothic-Light
/Helvetica
/Helvetica-BlackOblique
/Helvetica-Bold
/Helvetica-BoldOblique
/Helvetica-Condensed
/Helvetica-Condensed-Black
/Helvetica-Condensed-BlackObl
/Helvetica-Condensed-Bold
/Helvetica-Condensed-BoldObl
/Helvetica-Condensed-Oblique
/Helvetica-Narrow
/Helvetica-Narrow-Bold
/Helvetica-Narrow-BoldOblique
/Helvetica-Narrow-Oblique
/HelveticaNeue-Heavy
/HelveticaNeue-HeavyCond
/HelveticaNeue-HeavyCondObl
/HelveticaNeue-HeavyItalic
/HelveticaNeue-Light
/HelveticaNeue-LightCond
/HelveticaNeue-LightCondObl
/HelveticaNeue-LightItalic
/HelveticaNeue-Medium
/HelveticaNeue-MediumCond
/HelveticaNeue-MediumCondObl
/HelveticaNeue-MediumItalic
/Helvetica-Oblique
]
/NeverEmbed [ true
]
/AntiAliasColorImages false
/CropColorImages true
/ColorImageMinResolution 300
/ColorImageMinResolutionPolicy /OK
/DownsampleColorImages true
/ColorImageDownsampleType /Bicubic
/ColorImageResolution 300
/ColorImageDepth -1
/ColorImageMinDownsampleDepth 1
/ColorImageDownsampleThreshold 1.50000
/EncodeColorImages true
/ColorImageFilter /DCTEncode
/AutoFilterColorImages true

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

```
/ColorImageAutoFilterStrategy /JPEG
/ColorACSImageDict <<
  /QFactor 0.15
  /HSamples [1 1 1 1] /VSamples [1 1 1 1]
>>
/ColorImageDict <<
  /QFactor 0.15
  /HSamples [1 1 1 1] /VSamples [1 1 1 1]
>>
/JPEG2000ColorACSImageDict <<
  /TileWidth 256
  /TileHeight 256
  /Quality 30
>>
/JPEG2000ColorImageDict <<
  /TileWidth 256
  /TileHeight 256
  /Quality 30
>>
/AntiAliasGrayImages false
/CropGrayImages true
/GrayImageMinResolution 300
/GrayImageMinResolutionPolicy /OK
/DownsampleGrayImages true
/GrayImageDownsampleType /Bicubic
/GrayImageResolution 300
/GrayImageDepth -1
/GrayImageMinDownsampleDepth 2
/GrayImageDownsampleThreshold 1.50000
/EncodeGrayImages true
/GrayImageFilter /DCTEncode
/AutoFilterGrayImages true
/GrayImageAutoFilterStrategy /JPEG
/GrayACSImageDict <<
  /QFactor 0.15
  /HSamples [1 1 1 1] /VSamples [1 1 1 1]
>>
/GrayImageDict <<
  /QFactor 0.15
  /HSamples [1 1 1 1] /VSamples [1 1 1 1]
>>
/JPEG2000GrayACSImageDict <<
  /TileWidth 256
  /TileHeight 256
  /Quality 30
>>
/JPEG2000GrayImageDict <<
  /TileWidth 256
  /TileHeight 256
```

```
  /Quality 30
 >>
 /AntiAliasMonoImages false
 /CropMonoImages true
 /MonoImageMinResolution 1200
 /MonoImageMinResolutionPolicy /OK
 /DownsampleMonoImages true
 /MonoImageDownsampleType /Bicubic
 /MonoImageResolution 1200
 /MonoImageDepth -1
 /MonoImageDownsampleThreshold 1.50000
 /EncodeMonoImages true
 /MonoImageFilter /CCITTFaxEncode
 /MonoImageDict <<
  /K -1
 >>
 /AllowPSXObjects false
 /CheckCompliance [
  /None
 ]
 /PDFX1aCheck false
 /PDFX3Check false
 /PDFXCompliantPDFOnly false
 /PDFXNoTrimBoxError true
 /PDFXTrimBoxToMediaBoxOffset [
  0.00000
  0.00000
  0.00000
  0.00000
 ]
 /PDFXSetBleedBoxToMediaBox true
 /PDFXBleedBoxToTrimBoxOffset [
  0.00000
  0.00000
  0.00000
  0.00000
 ]
 /PDFXOutputIntentProfile ()
 /PDFXOutputConditionIdentifier ()
 /PDFXOutputCondition ()
 /PDFXRegistryName ()
 /PDFXTrapped /False

 /Description <<
  /CHS
<FEFF4f7f75288fd94e9b8bbe5b9a521b5efa768400200050004400460020658768635  3ef901
a8fc7684c976262535370673a548c002000700072006f006f00660065007200208fdb884c9ad8
8d2891cf62535370300260a853ef4ee54f7f75280020004100630072006f00620061007400205
48c0020004100640062006500200052006500610064006500720020003500 2e00300020
```

**TRB0443955**
**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

4ee553ca66f49ad87248672c676562535f00521b5efa76840020005000440046002065876863
3002>
/CHT
<FEFF4f7f752890194e9b8a2d7f6e5efa7acb76840020004100640006f006200650020005000
40046002065874ef653ef5728684c9762537088686a5f548c0020007000720006f006f00660065
007200204e0a73725f979ad854c18cea768452175370654867 9c300260a853ef4ee54f7f75280
020004100630072006f006200610074002054 8c002000410064006f006200650020005200650
06100640065007200200035002e003000204ee553ca66f49ad87248672c4f86958b555f5df25e
fa7acb76840020005000440046002065874ef63002>
/DAN
<FEFF004200720075006700200069006e006400730074006900 6c006c0069006e00670065 0
072006e0065002000740069006c0020006100740020006f0070007200650074007400650020
00410064006f0062006500200050004400460 02d0064006f006b0075006d0065006e0074006
500720020007400690 06c0020006b00760061006c00690074006500740073007500640073 00
6b007200690076006e0069006e006700200065006c006c006500720020006b006f007200720
065006b007400750072006c00e60073006e0069006e0067002e00200044006500200006f0070
0072006500740074006500640065002000500044004600 2d0064006f006b0075006d0065006
e007400650072002000 6b0061006e002000e50062006e006500730020006900200041006300
72006f0062006100740020006500 6c006c0065007200200041006300720 06f006200610074 0
02000520065006100640065007200200035002e00300020006f00670020006e00790065007 2
0065002e>
/DEU
<FEFF005600650072007700650 06e00640065006e002000530069006500200064006900650
0730065002000450069006e007300740065006c006c0075006e00670065006e0020007a0075
006d0020004500720073007400650 06c006c0065006e00200076006f006e002000410064006f
006200650020005000440046002d0044006f006b0075006d0065006e00740065006e002c002
00076006f006e002000640065006e0065006e0020005300690065002000680 06f0063006800
770065007200740069006700650020004400720075006300 6b006500200061007500660020
004400650073006b0074006f0070002d004400720075006300 6b00650072006e00200075006
e006400200050007200 6f006f0066002d0047006500720 0e400740065006e00200065007200
7a00650075006700650 06e0020006d00f60063006800740065006e002e00200045007200730
0740065006c006c007400650020005000440046002d0044006f006b0075006d0065006e0074
00650020006b00f6006e006e0065006e0020006d0069007400200041006300720 06f0062006
10074002000750 06e006400200041006400 6f006200650020005200650061006400650072 00
200035002e00300020006f006400650072002000680 0f600680065007200200067006500 6f600
660066006e0065007400200077006500720064006500 6e002e>
/ESP
<FEFF005500740069006c0069006300650020006500730074006100200063006f006e00660
069006700750072006100630069006f006e002000700061007200610020006300720065 0061
007200200064006f00630075006d0065006e0074006f0073002000640065002000410064006f
006200650020005000440046002000700061007200610020006300 6f006e00730065006 7007
50069007200200069006d0070007200650073006900 6f006e0020006400650020006300610 0
6c0069006400610064002000650 06e00200069006d007000720065007300 6f0072006100730
0200064006500200065007300630072006900740006f0072006900 6f00200079002000680065
007200720061006d00690065006e007400610073002000640065002000630 06f00720072006
500630063006900f3006e002e00200053006500200070007500650064006500 6e002000610 0
620072006900720020006400 6f00630075006d0065006e0074006f0073002000500044004600
02000630072006500610064006f007300200063006f006e002000410063007200 6f0062006100610
074002c002000410064006f006

20065002000520065006100640065007200200035002e0030002000790020007600650072
0730069006f006e0065007300200070006f007300740065007200690065007200650073002e>
/FRA
<FEFF0055007400690006c006900730065007a002000630065007300200006f00700074006900
06f006e007300200006100660069006e0020006400650020006300720e900650072002000640
0065007300200064006f00630075006d0065006e007400730020004100640062006f00620065002
000500044004600200070006f00750072002000640065007300200e900700072006500750
760065007300200065007400200064006500730200069006d0070000720065007300730069
006f006e007300200064006500200068006100750074006500200071007500610006c0069007
400e9002000730075007200200064006500730020069006d007000720069006d0061006e0
07400650073002000640065002000620075007200650061007502e0020004c006500730020
0064006f00630075006d0065006e007400730020005000440046002000630072e900e9007
30020007000650075007600065006e0074002000ea0074007200650020006f00750076006500
72007400730020006400061006e007300200041006300720062006f00620061074002c002000610
069006e0073006900200071007500270041006400620006f00620065002000520065006100640065
007200200035002e00300020006500740020007600650072007300690006f006e00730020007
5006c007400e90072006900650075007200650073002e>
/ITA
<FEFF0055007400690006c0069007a007a006100720065002000710075006500730074007400650
0200069006d0070006f007300740061007a0069006f006e006900200007000650072002000063
0072006500610072006500200064006f00630075006d0065006e0074006900200041006400620006
f0062006500200050004400460020007000650072002000075006e0061002000730074006100
6d0070006100200064006900200071007500610006c0069007400e000200073007500200730
0740061006d00700061006e007400690020006500200070007200006f006f0066006500720020
006400650073006b0074006f0070002e002000490020064006f00630075006d0065006e007
40069002000500044004600200063007200650061007400690020007000006f00730073006f00
6e006f0020006500730073006500720065002000610070000650072007400690020063006f0
06e0020004100630072006f006200610074002000650020004100640062006f00620065002000520
0065006100640065007200200035002e003000200065002000760065007200730069006f006
e0069002000730075006300630065007300730069007600065002e>
/JPN
<FEFF9ad854c18cea51fa529b75280020004100640062006f0062006500200050004400460020065
8766f8306e4f5c6210306b4f7f75283057307e30593002537052376642306e753b8cea3092670
059279650306b4fdd30643053306830 4c3067304d307e3059300230c730b930af30c830c330d
730d730ea30f330bf3067306e53705237307e305f306f30d730eb30fc30d57528306b90693057
30663044307e305930023053306e8a2d5b9a30674f5c62103055308c305f00200050004400046
002030d530a130a430eb306f30010041006300072006f006200610074002030 4a30883073002
000410064006f006200650020005200650061006400650072002000035002e003000204ee596
4d3067958b304f30533068304c3067304d307e30593002>
/KOR
<FEFFc7740020c124c815c7440020c0acc6a9d558c5ec0020b370c2a4d06cd0d10020d504b9
b0d1300020bc0f0020ad50c815ae30c5d0c11c0020ace0d488c9c8b85c0020c778c1c4d56000
2000410064006f006200650020005000440460020bb38c11cb97c0020c791c131d569b2c8b
2e4002e0020c774b807ac8c0020c791c131b41c0020005000440460020bb38c11cb2940020
004100630072006f006200610740020bc0f0020004100640062006f006200650020005200650061
00640065007200200035002e00300020c774c0c1c5d0c11c0020c5f40020c2180020c788c2b5
b2c8b2e4002e>
/NLD (Gebruik deze instellingen om Adobe PDF-documenten te maken voor
kwaliteitsafdrukken op desktopprinters en proofers. De gemaakte PDF-documenten kunnen

TRB0443957
**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

worden geopend met Acrobat en Adobe Reader 5.0 en hoger.)

/NOR
<FEFF004200720075006b00200064006900730073006500200069006e006e0073007400690
06c006c0069006e00670065006e00650020007400690020e50020006f007000700072
006500740074006500200041006400620065002000500044046002d0064006f006b007
5006d0065006e00740065007200200066006f00720020007500740073006b007200690066600
7400200006100760020006800f80079002006b00760061006c0069007400650074002000700
0e500200062006f00720064073006b00720069007600650072002000650066c006c00650072
00200070072006f006f00660065007200 2e0020005000440046002d0064006f006b0075006d
0065006e00740065006e00650020006b0061006e002000e50070006e0065007300200006900
2000410063007206f00620061007400200065006c006c006500720020004100640006f006200
6500200052006500610064006500720020035002e003000200065006c006c0
06500720020007300 65006e00650072 0065002e>
/PTB
<FEFF005500740069006c0069007a00650020006500730073006100730020063006f006e0
06600690067007500720061006100e700f5006500730020006400650020066006f0072006d0061
0020006100200063007200690061007200200064006f00630075006d0065006e0074006f007
30020004100640006f00620065002000500044004600200070006100720061002000690006d00
70007200650073007300f5006500730020006400650020007100750061006c0069006400610
0640065002000650006d00200069006d0070007200650073007300 6f0072006100730200064
00650073006b0074006f007000200065002000640069007300700006f00730069007400690007
6006f0073002000640065002000700072006f00760061002e0020004f0073002000640006f006
30075006d0065006e0074006f007300200050004400460020006300720069006100640006f00
73002000700006f00640065006d00200007300650072002000610062007200074006f00730
0200063006f006d0020006f0020004100630072006f006200610074002000650020006f00200
0410064006f006200650020005200650061006400650072002000035002e003000200065002 0
0076006500720073007300f5006500730020007000 6f00730074006500720069006f007200650073
002e>
/SUO
<FEFF004b00e40079007400e40020006e00e40069007400e40020006100730065007400750
06b0073006900061002c0020006b0075006e0020006c0075006f007400200041006400006f00620
06500200050004400460020002d0064006f006b0075006d0065006e007400740065006a0061
0020006c00610061006400075006b0061007300740061002000740079 00f6007000f600790074
00e400740075006c006f00730074007500730074006100020006a0061002000760065064006f
00730074007500730074006100200076006100720074 0065006e002e00200020004c0075006
f006400750074007400200050004400460020002d0064006f006b0075006d0065006e00740069007400
200076006f00690064006100061006e0020006100760061007400610020004100630072006f0
062006100740069006c006c006100020006a00610020004100640006f006200650020005200065
006100640065007200200035002e0030003a006c006c0061002006a0061002000750075006
40065006d0069006c006c0061002e>
/SVE
<FEFF0041006e007600e4006e0064002000640065002006800e40072002000069006e00730
07400e4006c006c006e0069006e00670061007200 6e00610020006f006d002000640075 0020
00760069006c006c00200073006b0061007000610020004100640006f006200650020005 0004
40046002d0064006f006b0075006d0065006e00740020006600f60072002006b0076006100
6c0069007400650074007300750074007300 6b007200690066007400650072002000 7000e50
020007600610006e006c0069 0067006100200073006b0072006900760061007200650020006f
0063006800200006600f60072002006b006f007200720065006b0074007500720002e0020002
00053006b0061007000610064006500200050004400460046002d0064006f006b0075006d006500

```
6e00740020006b0061006e002000f600700070006e0061007300200069002000410063007200
6f0062006100740020006f00630068002000410064006f006200650020005200650061006400
65007200200035002e00300020006f00630068002000730065006e00610072006500200065002e>
   /ENU (Use these settings to create Adobe PDF documents for quality printing on desktop
printers and proofers.  Created PDF documents can be opened with Acrobat and Adobe
Reader 5.0 and later.)
 >>
 /Namespace [
  (Adobe)
  (Common)
  (1.0)
 ]
 /OtherNamespaces [
  <<
   /AsReaderSpreads false
   /CropImagesToFrames true
   /ErrorControl /WarnAndContinue
   /FlattenerIgnoreSpreadOverrides false
   /IncludeGuidesGrids false
   /IncludeNonPrinting false
   /IncludeSlug false
   /Namespace [
    (Adobe)
    (InDesign)
    (4.0)
   ]
   /OmitPlacedBitmaps false
   /OmitPlacedEPS false
   /OmitPlacedPDF false
   /SimulateOverprint /Legacy
  >>
  <<
   /AddBleedMarks false
   /AddColorBars false
   /AddCropMarks false
   /AddPageInfo false
   /AddRegMarks false
   /ConvertColors /NoConversion
   /DestinationProfileName ()
   /DestinationProfileSelector /NA
   /Downsample16BitImages true
   /FlattenerPreset <<
    /PresetSelector /MediumResolution
   >>
   /FormElements false
   /GenerateStructure true
   /IncludeBookmarks false
   /IncludeHyperlinks false
   /IncludeInteractive false
```

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

```
    /IncludeLayers false
    /IncludeProfiles true
    /MultimediaHandling /UseObjectSettings
    /Namespace [
      (Adobe)
      (CreativeSuite)
      (2.0)
    ]
    /PDFXOutputIntentProfileSelector /NA
    /PreserveEditing true
    /UntaggedCMYKHandling /LeaveUntagged
    /UntaggedRGBHandling /LeaveUntagged
    /UseDocumentBleed false
   >>
 ]
>> setdistillerparams
<<
 /HWResolution [2400 2400]
 /PageSize [612.000 792.000]
>> setpagedevice
```

TRB0443960
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

Prudential Equity Group, LLC
RESEARCH

# Tribune Company

April 2, 2007

**TRB (NYSE) — $32.81**

## TRB: TRIBUNE ACCEPTS OFFER TO GO PRIVATE. WE ARE RAISING OUR RATING TO NEUTRAL WEIGHT FROM UNDERWEIGHT

**Consumer Discretionary / Publishing & Information Services**

*Steven N. Barlow • 212.778.4424 • steven_barlow@prusec.com*
*Colin J. LeStrange • 212.778.1482 • colin_lestrange@prusec.com*

| | Current | Prior |
|---|---|---|
| Rating: | Neutral Weight | Underweight |
| Target: | $34.00 | $27.00 |
| Risk: | Low | |
| Industry: | Neutral | |

All important disclosures and Regulation AC disclosure can be found at the end of this report, starting at page 4, under the section entitled Important Disclosures and Regulation AC Disclosure, respectively.

**Includes Option Expenses**

| | FY | Cons. | EPS | P/E | 1Q | 2Q | 3Q | 4Q |
|---|---|---|---|---|---|---|---|---|
| Actual | 12/06 | | $2.03A | 16.2X | $0.39A | $0.55A | $0.43A | $0.68A |
| **Current** | **12/07** | **$1.96E** | **$2.06E** | **15.9X** | **$0.32E** | **$0.58E** | **$0.49E** | **$0.67E** |
| **Current** | **12/08** | **$2.04E** | **$2.35E** | **14.0X** | | | | |

Avg. Volume: 1,500,000
Market Cap: $8,268 m
Shares: 252.00 m
Div/Yield: 0.72/2.19%
52w Range: 34.30-27.10
EPS Growth: 12.00%
P/E / Growth: 1.3x

## HIGHLIGHTS

- We are raising our rating on Tribune to Neutral Weight from Underweight following the announcement the company has accepted Sam Zell's offer to go private for $34 a share.
- The offer is a 5.9% premium to Friday's closing price of $32.11, and represents about 8.2x our 2007 EBITDA estimate. The publishing group is currently trading at 8.5x 2007 EBITDA.
- The deal entails a two-step closing process; step one is a cash tender offer for 126 million of the approximately 252 million shares outstanding that will close in 2Q07. A combination of a cash investment from Zell's company and borrowing by TRB's ESOP will provide the initial funding. The final step is a "merger" between Zell and the ESOP that will acquire the remaining shares outstanding before January 1, 2008. At closing, the TRB ESOP will own all of the common shares and Zell's company will own a subordinated note and warrants representing an economic interest of 40%.
- We downgraded TRB shares to Underweight in January 2007 owing to the failed auction and our feeling that the TRB "self-help" plan was the best the company could do. In the last 10 days, the deal finally heated up with Zell pushed to $34 over the weekend. Remember, the Dutch Auction completed last June was for $32.50.

## DISCUSSION

**Tribune Goes Private**. After a long process, TRB has decided to go private with investor Sam Zell eventually controlling 40% of TRB with a TRB ESOP owning the remaining 60%. The new entity plans to borrow $8.4 billion to buy approximately 252 million shares at $34. Its current debt of $4.7 billion will

TRB0443961
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

be partially re-financed with new bank lines but bonds issued, including the PHONES, will remain outstanding. Total debt at closing will be approximately $13.1 billion.

**Multiple**. We calculate the purchase price at 8.2 times 2007 EV/EBITDA. Variations between estimates could be due to the valuation investors place on the Chicago Cubs and on TRB's 31% interest in the TV Food Network. In our hidden asset calculation, we value the Cubs at $700 million without knowing all the media contracts in place. Related to the Cubs, is a 25% ownership in Comcast Sports Net, which is a cable sports channel mostly delivered to the Chicago area which broadcast Cubs, Bulls and Bears games. TRB intends to sell this asset also. The TV Food Network value is harder to isolate as Scripps (SSP, $44.80, Overweight) has the right of first refusal in front of another bidder. As the stake is 31%, it is not a controlling stake, TRB does not have as much leverage and we believe previous talks between the 2 companies have shown a big difference in what the stake is worth. TRB has not indicated it will sell and it may not as it receives a cash dividend on its investment. As a stand-alone channel we would value Food at $5.04 billion or 16 times our 2007 EBITDA estimate of $315 million. A 31% stake would be equivalent to $1.56 billion. We think $1.2 billion is more likely with the non-controlling discount. Both the Cubs and Food proceeds would be used to pay down debt.

**Our Revised Price Target Is $34 from $27.** We are moving our price target to $34 from $27 on 2007 valuation, this implies the future value of the shares that will be purchased for $34. Our price target is derived from an 8.2 times multiple on our 2007 EBITDA estimate of $1,297.9 million.

**A Refusal To Accept Today's Offer Is The Primary Risk To Our Investment Thesis For Tribune.** Today's deal includes a $25 million break-up value paid to Zell if a better offer were to be accepted, we see downside risk to the stock if the Zell deal were to be halted, as the company's underlying fundamentals are challenged.

## BUSINESS

*Tribune Company (TRB), is one of the country's largest media companies, operating businesses in broadcasting, publishing and on the Internet. It reaches more than 80 percent of U.S. households, and is the only media company with television stations, newspapers and Web sites in the nation's top three markets. Tribune also owns the Chicago Cubs.*

## CHARTS/MODELS



Global Equity Research

Americas

Publishing

UBS Investment Research

# Tribune Co.

| | |
|---|---|
| Rating | Neutral 2 *Unchanged* |
| Price target | US$34.00 *Unchanged* |
| Price | US$32.11 |

RIC: TRB.N BBG: TRB US

3 April 2007

## Zell Bid Wins Out In Last-Minute Bidding War For Tribune

■ **Zell has won the bidding war for Tribune**

Tribune announced that it had accepted the $34 per share bid from Sam Zell, valuing the company at 9.6x estimated '07 EBITDA. This valuation is in-line with our previously estimated break-up value of Tribune. Interestingly, since the plan utilizes an ESOP, Mr. Zell will only have to make a relatively small investment of $315M, thus he bears little risk as an investor under the deal structure.

■ **Tribune has left door open to consider higher bids in future**

Although Tribune has officially accepted Zell's offer, terms of the agreement allow Tribune to entertain future bids that may lead to a superior proposal up to the time of shareholder approval. In addition, we believe Tribune has imposed a relatively low break-up fee to Zell of $25 million to encourage the Broad-Burkle team to reenter the auction process.

■ **We believe likelihood of Zell transaction occurring is high**

We believe the likelihood that the transaction closes in 4Q07 is high. We recognize as obstacles the potential for new entrants into the bidding process, potential criticism of the ESOP recap structure, and the need to obtain regulatory approvals. However, we do not believe they will be sufficient to derail the process.

■ **Valuation: The TRB shares are fairly valued, in our opinion**

Using a sum-of-the-parts valuation, we have arrived at our $34 price target.

| Highlights (US$m) | 12/05 | 12/06 | 12/07E | 12/08E | 12/09E |
|---|---|---|---|---|---|
| Revenues | 5,596 | 5,518 | 5,327 | 5,390 | - |
| EBIT (UBS) | 1,196 | 1,075 | 1000 | 948 | - |
| Net income (UBS) | 652 | 531 | 465 | 438 | - |
| EPS (UBS, US$) | 2.07 | 1.92 | 1.95 | 1.85 | - |
| Net DPS (UBS, US$) | 0.72 | 0.76 | 0.80 | 0.84 | - |

| Profitability & Valuation | 5-yr hist. av. | 12/06 | 12/07E | 12/08E | 12/09E |
|---|---|---|---|---|---|
| EBIT margin % | 21.6 | 19.5 | 18.8 | 17.6 | - |
| ROIC (EBIT) % | 16.9 | 13.8 | 13.4 | 12.8 | - |
| EV/EBITDA x | 11.4 | 10.2 | 11.8 | 12.8 | - |
| PE (UBS) x | 27.5 | 16.0 | 16.5 | 17.4 | - |
| Net dividend yield % | 1.2 | 2.5 | 2.5 | 2.6 | - |

*Source: Company accounts, Thomson Financial, UBS estimates. (UBS) valuations are stated before goodwill-related charges and other adjustments for abnormal and economic items at the analysts' judgement.*
*Valuations: based on an average share price that year, (E): based on a share price of US$32.11 on 30 Mar 2007 19:35 EDT*

**Brian S. Shipman, CFA**
Analyst
brian.shipman@ubs.com
+1-203-719 4045

**Matthew P. Gourmand, CPA**
Associate Analyst
matthew.gourmand@ubs.com
+1-203-719 4011

| Trading data | |
|---|---|
| 52-wk. range | US$33.99-27.18 |
| Market cap. | US$10.6bn |
| Shares o/s | 331m |
| Free float | 67% |
| Avg. daily volume ('000) | 942 |
| Avg. daily value (US$m) | 28.7 |

| Balance sheet data 12/07E | |
|---|---|
| Shareholders' equity | US$4.46bn |
| P/BV (UBS) | 1.7x |
| Net cash (debt) | (US$4.61bn) |

| Forecast returns | |
|---|---|
| Forecast price appreciation | +5.9% |
| Forecast dividend yield | 3.0% |
| Forecast stock return | +8.9% |
| Market return assumption | 9.6% |
| Forecast excess return | -0.7% |

EPS (UBS, US$)

| | 12/07E | | 12/06 |
|---|---|---|---|
| | UBS | Cons. | Actual |
| Q1E | 0.34 | *0.32* | 0.38 |
| Q2E | 0.58 | *0.57* | 0.54 |
| Q3E | 0.45 | *0.43* | 0.42 |
| Q4E | 0.57 | *0.62* | 0.68 |
| 12/07E | 1.95 | *1.96* | |
| 12/08E | 1.85 | *2.04* | |

Performance (US$)

Stock Price (US$) — Rel. S & P 500

Price Target (US$) (LHS) — Rel. S & P 500 (RHS) — Stock Price (US$) (LHS)

*Source: UBS*

www.ubs.com/investmentresearch

**This report has been prepared by UBS Securities LLC**

ANALYST CERTIFICATION AND REQUIRED DISCLOSURES BEGIN ON PAGE 4

UBS does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Customers of UBS in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.ubs.com/independentresearch or may call +1 877-208-5700 to request a copy of this research.

TRB0443963
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

### Zell Bid Signals End of Tribune's Strategic Review Process

Tribune agreed to go private today in a deal valued at $34 per share as real estate investor Sam Zell was announced the winner of a last-minute bidding war that pitted him against LA billionaires Eli Broad and Ron Burkle. Broad and Burkle momentarily heated-up the auction process last Friday when they altered their bid to involve employee stock ownership in order to appeal to Tribune's board, but the Broad-Burkle team failed to win-out during this weekend's final negotiations.

The Zell bid values Tribune at $34 per share or approximately $8.2 billion, in-line with our previously estimated break-up value of $34 for Tribune. The takeout value represents a multiple of 9.6x 2007E EV/EBITDA. If you assume the TV stations were valued at 10.5x EV/EBITDA, this implies an 8.5x 2007E EV/EBITDA multiple for the newspaper business. In our view, this represents another negative data point supporting the deteriorating industry trend in regards to transaction values.

**Purchase price implies a 9.6x 2007E total EBITDA multiple. We calculate an implied valuation of 8.5x 2007E EBITDA for the newspaper business**

The Zell transaction is anticipated to be completed in two stages. The first stage is a cash tender offer for approximately 126 million shares for $34 per share that is expected to be completed in 2Q07. The share buyback will be funded by incremental borrowings and an initial $250 million investment from Sam Zell. In the second stage, the remaining public shares are expected to be purchased in 4Q07 as the merger closes. Zell will make an additional investment in connection with the merger at this time, bringing his total investment up to $315 million. Tribune, in turn, expects to suspend its regular quarterly dividend in conjunction with the execution of these merger agreements.

Interestingly, the Zell bid has managed to win out despite a small supporting investment of $315 million compared to the bids implied valuation for Tribune of approximate $8.2 billion and Zell's assumption of relatively little risk. In fact, since the recapitalization plan utilizes employee stock ownership to effect a more tax efficient transaction, in the end it will be Tribune employees and not Zell who assume the majority of the risk. Upon completion of the merger in 4Q07, the Employee Stock Ownership Plan ("ESOP") will eventually hold all of Tribune's outstanding common stock and Zell will hold a subordinated note and a warrant entitling him to acquire 40 percent of Tribune's common stock.

### Chicago Cubs to be sold after end of 2007 season

Separately, Tribune announced today that it will sell the Chicago Cubs baseball team after the 2007 baseball season ends. The announcement put an end to speculation in regards to Tribune's plans for the enterprise, but the auction process is sure to garner increased media glare as it isn't expected to close until 4Q07. At this time, Tribune has decided to remain silent regarding any plans for their minority interest in the Food Network and provided no mention of it within the context of today's announcements. Scripps, the majority owner of the Food Network, has often indicated their interest in acquiring Tribune's minority interest. We previously estimated Tribune's minority interest in the Food Network at a value of about $600 million.

### Likelihood of Transaction Occurring is High

As previously mentioned, we view the likelihood of the Zell transaction as high. We note that the Chandler Trusts have voted in favor of the transaction. Given that they are the largest individual shareholder and management's fiercest critics, this offers some incremental credibility to the deal and increases the likelihood of shareholder ratification.

Although terms of the merger agreement include a low break-up fee to Zell of $25 million, which we believe is intended to encourage interested parties to increase their pursuit of Tribune, we do not expect such an event to occur. Excluding the last-minute bid received from Broad/Burkle last Friday, Tribune's 6-month auction process could be described as lukewarm at best. We do not believe additional bidders will come forth at this stage in the process and we remain doubtful as to whether Broad/Burkle will return with a higher bid following this weekend's failed negotiations. However, the low break-up fee also serves to reduce Tribune's litigation risk from Broad/Burkle, making it more difficult for them to claim unfair treatment as they still have the opportunity to sweeten their bid if they want.

### Execution Risk – Zell Bid Faces Several Obstacles

Although we believe execution of the Zell bid remains the most likely scenario, we recognize that various hurdles will need to be overcome in order to effect the transaction.

**We believe Tribune will retain its current FCC exemptions, which allow it to operate three stations without being in compliance with cross-ownership rules**

As will be noted in Tribune's filing later this week with the SEC, the merger will be subject to a vote by shareholders, FCC, and other regulatory approvals. In terms of FCC approvals, we believe the FCC will allow Tribune to retain its current ownership structure, so that it may continue to operate despite not being in compliance with cross-ownership rules at three stations. Tribune has historically operated in these three markets by virtue of temporary waivers or provisions. We believe they will continue to operate under these provisions since we view newspaper and broadcasting cross-ownership rules as a relic of the old media environment. The proliferation of new media, especially the internet, has created a more diverse media environment and lessened the need for stringent enforcement of archaic regulation. Furthermore, Republicans currently represent the majority of the FCC, and with the Republicans traditionally being supportive of relaxing cross-ownership regulations, we believe it is likely the deal will receive the FCC approval it needs.

Deteriorating operating performance at Tribune could also pose another risk to the transaction, as it could prompt Mr. Zell to break-up the agreement if he begins to view the secular issues facing the company as too great. However, Mr. Zell has a reputation for buying into distressed businesses and we doubt that he will be scared away given that Tribune's performance has already been poor year-to-date.

TRB0443965
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

**ESOP Plan – Potential for controversy**

The use of the ESOP plan as the key element in Tribune's recapitalization is controversial, and we expect it may be criticized in the public forum. Tribune has favored the use of employee stock ownership during its strategic review process due to its tax benefits.

However, it will seem unjust to some that the employees and not Sam Zell will have to assume the risks inherent in the transaction since they will be the ultimate beneficial shareholder's of the company. Nevertheless, we do not expect such criticism to derail the proposed transaction.

## ■ Tribune Co.

Tribune owns a diverse collection of businesses in newspaper publishing, broadcasting, and on the Internet. The company operates 23 major-market broadcast stations; 11 daily newspapers that include The Los Angeles Times, Chicago Tribune, and Newsday; and Interactive properties in 18 of the nation's top 30 markets.

## ■ Statement of Risk

Since the company owns a variety of advertising-dependent businesses, including newspapers, tv and radio stations, and websites, Tribune's financial results are tied closely with the health of the advertising market. As a result, the company's revenues tend to fluctuate with ad cycles.

Tribune has a significant exposure to the CW network, through its 16 CW television affiliates. As a result, the company's operating performance is highly dependent on the success of this network.

## ■ Analyst Certification

Each research analyst primarily responsible for the content of this research report, in whole or in part, certifies that with respect to each security or issuer that the analyst covered in this report: (1) all of the views expressed accurately reflect his or her personal views about those securities or issuers; and (2) no part of his or her compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by that research analyst in the research report.

TRB0443966
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

## Required Disclosures

This report has been prepared by UBS Securities LLC, an affiliate of UBS AG (UBS).

For information on the ways in which UBS manages conflicts and maintains independence of its research product; historical performance information; and certain additional disclosures concerning UBS research recommendations, please visit www.ubs.com/disclosures.

UBS Investment Research: Global Equity Ratings Definitions and Allocations

| UBS rating | Definition | UBS rating | Definition | Rating category | Coverage[1] | IB services[2] |
|---|---|---|---|---|---|---|
| **Buy 1** | FSR is > 6% above the MRA, higher degree of predictability | **Buy 2** | FSR is > 6% above the MRA, lower degree of predictability | **Buy** | 47% | 37% |
| **Neutral 1** | FSR is between -6% and 6% of the MRA, higher degree of predictability | **Neutral 2** | FSR is between -6% and 6% of the MRA, lower degree of predictability | **Hold/Neutral** | 42% | 36% |
| **Reduce 1** | FSR is > 6% below the MRA, higher degree of predictability | **Reduce 2** | FSR is > 6% below the MRA, lower degree of predictability | **Sell** | 12% | 28% |

1: Percentage of companies under coverage globally within this rating category.

2: Percentage of companies within this rating category for which investment banking (IB) services were provided within the past 12 months.

Source: UBS. Ratings allocations are as of 31 March 2007.

**KEY DEFINITIONS**

**Forecast Stock Return (FSR)** is defined as expected percentage price appreciation plus gross dividend yield over the next 12 months.

**Market Return Assumption (MRA)** is defined as the one-year local market interest rate plus 5% (a proxy for, and not a forecast of, the equity risk premium).

**Predictability Level** The predictability level indicates an analyst's conviction in the FSR. A predictability level of '1' means that the analyst's estimate of FSR is in the middle of a narrower, or smaller, range of possibilities. A predictability level of '2' means that the analyst's estimate of FSR is in the middle of a broader, or larger, range of possibilities.

**Under Review (UR)** Stocks may be flagged as UR by the analyst, indicating that the stock's price target and/or rating are subject to possible change in the near term, usually in response to an event that may affect the investment case or valuation.

**EXCEPTIONS AND SPECIAL CASES**

**US Closed-End Fund ratings and definitions are:** Buy: Higher stability of principal and higher stability of dividends; Neutral: Potential loss of principal, stability of dividend; Reduce: High potential for loss of principal and dividend risk.

**UK and European Investment Fund ratings and definitions are:** Buy: Positive on factors such as structure, management, performance record, discount; Neutral: Neutral on factors such as structure, management, performance record, discount; Reduce: Negative on factors such as structure, management, performance record, discount.

**Core Banding Exceptions (CBE):** Exceptions to the standard +/-6% bands may be granted by the Investment Review Committee (IRC). Factors considered by the IRC include the stock's volatility and the credit spread of the respective company's debt. As a result, stocks deemed to be very high or low risk may be subject to higher or lower bands as they relate to the rating. When such exceptions apply, they will be identified in the Companies Mentioned or Company Disclosure table in the relevant research piece.

Companies mentioned

| Company Name | Reuters | Rating | Price | Price date/time |
|---|---|---|---|---|
| **Tribune Co.**[5,16] | TRB.N | Neutral 2 | US$32.11 | 30 Mar 2007 19:35 EDT |

Source: UBS. EDT: Eastern daylight time.

5. UBS AG, its affiliates or subsidiaries expect to receive or intend to seek compensation for investment banking services from this company/entity within the next three months.

16. UBS Securities LLC makes a market in the securities and/or ADRs of this company.

Unless otherwise indicated, please refer to the Valuation and Risk sections within the body of this report.

**Tribune Co. (US$)**

Source: UBS; as of 30 March 2007.

Note: On September 9, 2006, UBS adopted new percentage band criteria for its rating system. (See 'UBS Investment Research: Global Equity Ratings Definitions and Allocations' table for details). Between October 13, 2003 and September 9, 2006 the percentage band criteria used in the rating system was 10%. Prior to October 13, 2003, the UBS ratings and their definitions were: Buy 1: Excess return potential >15%, smaller range around price target; Buy 2: Excess return potential >15%, larger range around price target; Neutral 1: Excess return potential between -15% and 15%, smaller range around price target; Neutral 2: Excess return potential between -15% and 15%, larger range around price target; Reduce 1: Excess return potential < -15%, smaller range around price target; Reduce 2: Excess return potential < -15%, larger range around price target. Excess return is defined as the difference between the FSR and the one-year local market interest rate.

TRB0443968
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

## Global Disclaimer

This report has been prepared by UBS Securities LLC, an affiliate of UBS AG (UBS). In certain countries UBS AG is referred to as UBS SA.

This report is for distribution only under such circumstances as may be permitted by applicable law. It has no regard to the specific investment objectives, financial situation or particular needs of any specific recipient. It is published solely for informational purposes and is not to be construed as a solicitation or an offer to buy or sell any securities or related financial instruments. No representation or warranty, either express or implied, is provided in relation to the accuracy, completeness or reliability of the information contained herein, except with respect to information concerning UBS AG, its subsidiaries and affiliates, nor is it intended to be a complete statement or summary of the securities, markets or developments referred to in the report. The report should not be regarded by recipients as a substitute for the exercise of their own judgement. Any opinions expressed in this report are subject to change without notice and may differ or be contrary to opinions expressed by other business areas or groups of UBS as a result of using different assumptions and criteria. The analysis contained herein is based on numerous assumptions. Different assumptions could result in materially different results. The analyst(s) responsible for the preparation of this report may interact with trading desk personnel, sales personnel and other constituencies for the purpose of gathering, synthesizing and interpreting market information. UBS is under no obligation to update or keep current the information contained herein. UBS relies on information barriers to control the flow of information contained in one or more areas within UBS, into other areas, units, groups or affiliates of UBS. The compensation of the analyst who prepared this report is determined exclusively by research management and senior management (not including investment banking). Analyst compensation is not based on investment banking revenues, however, compensation may relate to the revenues of UBS Investment Bank as a whole, of which investment banking, sales and trading are a part.

The securities described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. Options, derivative products and futures are not suitable for all investors, and trading in these instruments is considered risky. Mortgage and asset-backed securities may involve a high degree of risk and may be highly volatile in response to fluctuations in interest rates and other market conditions. Past performance is not necessarily indicative of future results. Foreign currency rates of exchange may adversely affect the value, price or income of any security or related instrument mentioned in this report. For investment advice, trade execution or other enquiries, clients should contact their local sales representative. Neither UBS nor any of its affiliates, nor any of UBS' or any of its affiliates, directors, employees or agents accepts any liability for any loss or damage arising out of the use of all or any part of this report. **Additional information will be made available upon request.**

For financial instruments admitted to trading on an EU regulated market: UBS AG, its affiliates or subsidiaries (excluding UBS Securities LLC and/or UBS Capital Markets LP) acts as a market maker or liquidity provider (in accordance with the interpretation of these terms in the UK) in the financial instruments of the issuer save that where the activity of liquidity provider is carried out in accordance with the definition given to it by the laws and regulations of any other EU jurisdictions, such information is separately disclosed in this research report.

**United Kingdom and the rest of Europe:** Except as otherwise specified herein, this material is communicated by UBS Limited, a subsidiary of UBS AG, to persons who are market counterparties or intermediate customers (as detailed in the FSA Rules) and is only available to such persons. The information contained herein does not apply to, and should not be relied upon by, private customers. UBS Limited is regulated by the FSA. **France:** Prepared by UBS Limited and distributed by UBS Limited and UBS Securities France SA. UBS Securities France S.A. is regulated by the the Autorité des Marchés Financiers (AMF). Where an analyst of UBS Securities France S.A. has contributed to this report, the report is also deemed to have been prepared by UBS Securities France S.A. **Germany:** Prepared by UBS Limited and distributed by UBS Limited and UBS Deutschland AG. UBS Deutschland AG is regulated by the Bundesanstalt fur Finanzdienstleistungsaufsicht (BaFin). **Spain:** Prepared by UBS Limited and distributed by UBS Limited and UBS Securities España SV, SA. UBS Securities España SV, SA is regulated by the Comisión Nacional del Mercado de Valores (CNMV). . **Russia:** Prepared and distributed by the Moscow Representative Office of UBS Cyprus Moscow Limited. **Switzerland:** Distributed by UBS AG to persons who are institutional investors only. **Italy:** Prepared by UBS Limited and distributed by UBS Limited and UBS Italia Sim S.p.A.. UBS Italia Sim S.p.A. is regulated by the Bank of Italy and by the Commissione Nazionale per le Società e la Borsa (CONSOB). Where an analyst of UBS Italia Sim S.p.A. has contributed to this report, the report is also deemed to have been prepared by UBS Italia Sim S.p.A.. **South Africa:** UBS South Africa (Pty) Limited (Registration No. 1995/011140/07) is a member of the JSE Limited, the South African Futures Exchange and the Bond Exchange of South Africa. UBS South Africa (Pty) Limited is an authorised Financial Services Provider. **United States:** Distributed to US persons by either UBS Securities LLC or by UBS Financial Services Inc., subsidiaries of UBS AG; or by a group, subsidiary or affiliate of UBS AG that is not registered as a US broker-dealer (a "non-US affiliate"), to major US institutional investors only. UBS Securities LLC or UBS Financial Services Inc. accepts responsibility for the content of a report prepared by another non-US affiliate when distributed to US persons by UBS Securities LLC or UBS Financial Services Inc. All transactions by a US person in the securities mentioned in this report must be effected through UBS Securities LLC or UBS Financial Services Inc., and not through a non-US affiliate. **Canada:** Distributed by UBS Securities Canada Inc., a subsidiary of UBS AG and a member of the principal Canadian stock exchanges & CIPF. A statement of its financial condition and a list of its directors and senior officers will be provided upon request. **Hong Kong:** Distributed by UBS Securities Asia Limited. **Singapore:** Distributed by UBS Securities Pte. Ltd or UBS AG, Singapore Branch. **Japan:** Distributed by UBS Securities Japan Ltd to institutional investors only. **Australia:** Distributed by UBS AG (Holder of Australian Financial Services Licence No. 231087) and UBS Securities Australia Ltd (Holder of Australian Financial Services Licence No. 231098) only to "Wholesale" clients as defined by s761G of the Corporations Act 2001. **New Zealand:** Distributed by UBS New Zealand Ltd.

© 2007 UBS. All rights reserved. This report may not be reproduced or redistributed, in whole or in part, without the written permission of UBS and UBS accepts no liability whatsoever for the actions of third parties in this respect.

TRB0443969
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

Dear Fellow Employee:

After a rigorous and thorough process, our board of directors today announced the completion of the company's strategic review process launched last September.

Through a newly-formed Employee Stock Ownership Plan (ESOP) and an investment by Sam Zell, one of the nation's most successful investors, the company will become privately-held. Everyone who currently owns Tribune stock will receive $34 per share in cash in a series of transactions that we expect to be completed immediately after regulatory approvals, hopefully by the end of this year.

Sam Zell will join our board in the near future, and become chairman when the merger of Tribune and the ESOP is complete. We welcome Sam to the board, and know he'll bring valuable insights from his successful career.

The attached press release provides additional information. However, it's important to note that this decision by the board accomplishes a number of objectives:

- The payment of $34 in cash for each Tribune share owned is especially relevant for employees. More than half of our employees own stock, and much of it is in retirement accounts. The opportunity to receive a premium cash price for these shares is a significant advantage for employees.

- As a private company, operating outside the glare of the public markets, we will be better able to focus on long-term growth as we transform our publishing and broadcasting businesses. All our efforts will be focused on the future and how we can best serve our readers, viewers, advertisers and communities in a rapidly changing media environment.

- The ESOP will enable eligible employees to share directly in the future success of the company as part of their retirement benefits. No cash investment is required from participants because Tribune's ESOP will be funded solely through company contributions. In addition, the ESOP's financial structure has tax advantages that will make more of the company's cash flow available to pay down debt.

Understandably, you will have many questions about the newly-created ESOP and its impact on your retirement benefits. Importantly, there will be no change to retirement benefits earned by employees and retirees through the end of 2007. Employees will keep everything they've already earned. And beginning Jan. 1, 2008, eligible Tribune employees will participate in three retirement plans: the ESOP, a cash balance plan and continue to have the opportunity to contribute to a 401(k) account.

At 1 p.m. CDT, we'll hold a companywide "Town Hall" meeting to discuss today's announcements. Also this afternoon, we'll be launching an employee information website, available through TribLink and tribuneathome.com. The site will include Q&As

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

and other resources. In the weeks to come, I hope to visit as many business units as possible.

This is an important day in the history of our company. Remember, Tribune was a private company for 136 years and has been public for 24. Together, we will make this ownership structure work for our customers, communities and employees.

Thank you for your dedication and patience during the long review process. Now it's time to move forward.

Sincerely,
Dennis

**[attach press release]**

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

1. **What are the advantages of the transaction announced today?**

Employees who are current Tribune shareholders or who hold shares in retirement accounts will receive a premium over recent trading prices on the shares they own. Receiving a premium cash price for the shares they own will give employees an opportunity to diversify their investment holdings.

The ESOP will provide employees with a portion of their future retirement benefits in the form of Tribune stock. The ESOP will become Tribune's largest shareholder, alongside Sam Zell, one of America's most successful investors. Mr. Zell is known for realizing value in out-of-favor assets.

Finally, as a private company, operating outside the glare of the public markets, Tribune will be better able to focus on long-term growth as we transform our publishing, broadcasting and interactive businesses.

2. **How long will it take to implement the changes announced today and who must approve them?**

The first stage is the formation of an Employee Stock Ownership Plan (ESOP) that will purchase $250 million of newly-issued Tribune common stock, an initial $250 million investment by Sam Zell and a cash tender offer by the company in the second quarter of 2007 for approximately 126 million shares at $34 per share. The second stage is a merger expected to close in the fourth quarter of 2007 in which the remaining publicly-held shares will receive $34 per share. Zell will make an additional investment of $65 million in connection with the merger, bringing his investment in Tribune to more than $300 million. The transaction requires regulatory and shareholder approval.

3. **What are the elements of the new retirement package for employees?**

Beginning Jan. 1, 2008, Tribune will offer retirement benefits to eligible employees through three plans:

- *ESOP*—The newly-created ESOP will be funded solely through company contributions. Those contributions will be invested in shares of Tribune stock, which will be allocated each year among employee accounts in the ESOP Trust. The first allocation from the ESOP to the retirement accounts of eligible employees will be for the year 2008, and will be made in early 2009. The company has initially targeted an annual allocation of approximately 5 percent of eligible employees' salaries.
- *Cash Balance Plan*—A newly-created Cash Balance Plan will be funded entirely by the company and provide a 3 percent annual allocation to each eligible employee's cash balance plan account. Interest will be credited quarterly to employee accounts based on the 10-year U.S. Treasury Note.
- *Existing 401(k) plans*—Eligible employees may continue contributing to their 401(k) accounts up to the IRS annual maximum.

TRB0443972
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

**4. What is an ESOP?**

An Employee Stock Ownership Plan, or ESOP, is a qualified retirement plan, similar to a profit sharing or 401(k) plan. The ESOP gives employees of the company sponsoring the ESOP a beneficial ownership interest in the company. That's why employees of an ESOP company are referred to as "employee owners."

An ESOP is a "qualified" retirement plan, which must be invested primarily in the stock of the sponsoring company. Because the ESOP is a "qualified" retirement plan, a participating employee is not taxed on the value of the shares allocated to his or her account until the employee retires, or otherwise terminates his or her employment, from the company. This is what makes the ESOP a qualified retirement plan.

The assets of the ESOP must be held in a Trust. Within the ESOP Trust, individual accounts are maintained for each participating employee.

The ESOP is permitted to borrow money to purchase the stock of the sponsoring company—a feature that is unlike any other employee benefit plan. An ESOP that borrows money, as with Tribune, is called a "leveraged ESOP."

ESOPs provide an opportunity for employees of a company to share in the value of the sponsoring company's stock, creating a direct link between company interests and employee interests. With an ESOP, gains in revenues, productivity, efficiencies and profits benefit the company. This benefit, in turn, can increase the value of all ESOP employee retirement accounts. Conversely, *reductions* in revenue, productivity, efficiencies and profit can reduce the value of ESOP employee retirement accounts. Since the ESOP holds company shares and the value of ESOP employee account balances is directly linked to the performance of the company, the ESOP provides an extra incentive for employees to help make the company more successful.

**5. Who is eligible for the new retirement plan?**

The vast majority of company employees will be eligible for the new plan. Most union members' retirement benefits are covered by collective bargaining agreements, so we will address those separately. More detailed information on eligibility will be provided soon.

**6. What happens to my existing retirement benefits?**

If you have a frozen pension plan benefit, that benefit is secure and remains unchanged. Your pension benefit is held in a trust separate from the company and is not impacted by this transaction. You receive your benefit when you retire.

Under the 401(k) plan, your account is held in a trust separate from the company under your name and is not impacted by this transaction. Keep in mind your account will vary based on market fluctuations. You may receive your benefit when you retire or leave the company.

TRB0443973
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

Your current retirement plan will continue through 2007.

7. **Will the company continue to contribute to my 401(k) account?**

The company will continue making contributions to the 401(k) accounts of eligible employees every pay period through the closing date of the merger. In addition, depending on the company's financial performance in 2007, eligible employees under the 401(k) Savings & Profit Sharing Plan will receive a profit-sharing contribution in early 2008.

You may continue contributing to your 401(k) account after the closing date of the merger, but the company will no longer make contributions your account.

8. **Doesn't the ESOP put future employee retirement benefits at risk?**

It's important to note that the ESOP is just one component of the retirement benefit package being launched in 2008. Employees also will receive a fixed cash balance plan contribution and they can still make their own personal contributions to the 401(k) plan as part of their retirement savings.

The risks inherent in existing retirement plan account balances will be limited due to the complete diversification available for Tribune shares cashed out of existing retirement accounts.

Finally, the long-time pension benefits retained by employees which were frozen in recent years will be unaffected. The company's pension plans are currently over-funded.

The ESOP retirement benefit will be an equity investment and therefore subject to the risk that the value of the shares could drop. At the same time, because the value of the shares may increase significantly, the potential upside to benefits provided under the ESOP could be substantial.

9. **How will the company pay down all this debt?**

The significant cash-producing nature of our publishing and broadcasting businesses, combined with the tax benefits of the ESOP and moderate levels of capital expenditures, leave substantial free cash flow to make interest payments and pay down debt.

However, we will need to operate our businesses with tremendous financial discipline in the next few years to maximize free cash flow and transform the company for long-term growth. If we succeed in achieving even modest growth in free cash flow and increase the value of our businesses, the reward for employees through the ESOP could be substantial.

TRB0443974
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

**10. Should employees expect expense reductions to be accelerated across the company?**

We have to transform our business and continue redeploying our resources to higher growth areas. We have always managed our costs and operated our businesses as efficiently as possible. Based on structural factors affecting us and our industry peers, revenues have declined over the past year and visibility on future revenue trends is limited.

Given these marketplace realities, Tribune expects to implement additional cost savings measures including limited staff reductions across the company over the next several months. The company will try to achieve these reductions through attrition as much as possible. Decisions on staff reductions will be made by each business unit, as well as at the corporate and group levels. They will be communicated as soon as possible.

**11. As ESOP shareholders, what will employees need to know and do to move the company forward?**

The media industry is evolving rapidly, driven by changing media usage habits of consumers and advertisers. We need to accelerate our response to these changes and focus on revenue growth and building local market shares. In doing so, we must apply a high level of customer service, innovation and teamwork. We also must continue to redeploy resources to faster growth areas—in particular, the Internet. We've been aggressive in the past and we'll need to be even more aggressive in the future, so a larger percentage of our revenue is coming from higher growth areas of the company.

Importantly, as we transform our businesses, Tribune's strong commitment to journalistic excellence, to our customers, and to the communities we serve will not change.

**12. Will the company spin off the broadcasting group after this transaction is complete?**

There are no current plans to spin-off our TV stations.

**13. Why has the company decided to sell the Cubs?**

The Cubs have been an important part of Tribune Company for more than 25 years. The company has long-term broadcasting agreements in place that will keep Cub games on WGN-TV, WGN-AM and Superstation WGN.

We purchased the Cubs for a little more than $20 million dollars in 1981 and the team's value has appreciated significantly. The sale of the team will be completed following the 2007 season. Proceeds from the sale will be used to pay down debt.

TRB0443975
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

**14. How will the Chandler Trusts be involved with Tribune going forward?**

Our largest shareholder, the Chandler Trusts, have agreed to vote in favor of the transaction announced today and will be participating in the tender offer. The three Chandler Trust representatives will leave the board immediately following completion of the second quarter tender offer.

**15. What role will employees have through the ESOP in future company decisions and governance?**

The ESOP will operate in the best interests of all employees who are participants. The ESOP Trustee, GreatBanc Trust Company, will vote all shares owned by the ESOP on all matters such as the election of directors and ratification of the company's auditor. In the event of a future merger or sale of all or substantially all of the company's assets, employees will direct the ESOP Trustee on how to vote the shares which have been allocated to their ESOP accounts.

TRB0443976
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only