# LECG # 62 – Lehman Brothers report dated April 2, 2007 to be forwarded.