Professionals' Eyes Only

Confidential Discussion Materials Prepared for:

# The Board of Directors of Tribune

September 21, 2006



**Merrill Lynch**

Global Markets & Investment Banking Group



CONFIDENTIAL

TRB0042267

Professionals' Eyes Only

# Executive Summary

**Topics Covered**

- Comprehensive and updated analysis of strategic options available to Tribune
- Analysis follows leveraged recapitalization which did not preclude any strategic alternative
- Comparison of value creation from "Operational" vs. "Transactional" alternatives
- Conclusions and recommendations

**Media Landscape and Investor Views of Tribune and its Peers**
- Impact on Tribune operating performance
- Structural issues facing Tribune / industry
- Responses to challenging environment
- Shareholder expectations

**Assessment of Tribune Portfolio**
- What are core assets?
- Which assets are strategically challenged?
- Where are value creating linkages in Tribune portfolio?

**Operating Plan Assessment**
- Value creation from operating the business
- Risks to value creation

**Analysis of Alternatives Available**
- Assessment of realizable "sum-of-the-parts" valuation
- Focus on "executable" transactions
- Comparison of value creation from "executable" transaction alternatives

**Conclusions and Recommendations**
- Risk-adjusted comparisons
  - "Operational" vs. "Transactional"
  - Range of transactional options



CONFIDENTIAL

TRB0042268

1

Professionals' Eyes Only

# Review of Media Industry Landscape

## Key Takeaways

- Weak advertising environment
- Traditional media facing intensifying competition from alternative media
- No evidence migration of ad dollars slowing
- Interactive, Hispanic and Outdoor only growth areas

### Television
- Traditional economic model undermined
- Consolidation / rationalization
  - **Broadcasters seeking duopolies**
  - Private equity interest in small markets

### Newspapers/Print Media
- Continued deterioration of economic model
- Newspapers enhancing online investments
- Capital structure / return of capital focus
- **Investors hostile to consolidation**: McClatchy down 25% since KRI acquisition, Valassis down 24% since ADVO acquisition announcement

### Radio
- Continued penetration of competing technologies
- **Significant revenue declines**
- Consolidation / rationalization trend
  - ABC Radio (Disney) / Citadel
  - CBS Radio stations
  - Private equity interest

### Diversified Entertainment
- **Internet presenting considerable distribution threat**
  - Expensive partnering or acquisitions
- **Disney "pure branded" content favored by investors**
- Significant ongoing strategic restructuring
  - Viacom (split-up, CEO)
  - Time Warner (AOL, Cable)
- Considerable pressure by activist investors

### Outdoor
- **Less exposed to threat of technological substitution**
- High-growth areas require significant capital
- Focused on return of capital

### Cable
- Significant competitive threat from multiple fronts
- **Success of "triple play" (Cable / Wireless / Internet) attracting investors**
- Telco, wireless and infrastructure upgrade threats perceived as more distant



CONFIDENTIAL

TRB0042269

2

Professionals' Eyes Only

# Negative Impact of Changing Environment on Newspaper Companies Despite Strategic Activity Intended to Counteract

## Investor Views Of Tribune And Its Peers

- Changing environment adversely affecting newspaper equities...
- ...But debt markets highly valuing traditional media's stable cash flows
- Poor operating performance exacerbating impact
- Strategic and capital structure activity not rewarded by investors
- Current Tribune stock price reflects $2-$3 in event speculation

## Indexed Stock Price Performance
*Since January 1, 2005*



— TRB  ····· MNI  — NYT  ···· GCI

## Implied Event Premium

| | Stock Price Performance Since | |
|---|---|---|
| | Pre-Tender Ann. | Pre-Chandler Dissent |
| Gannett | 2.0% | 2.7% |
| McClatchy | (13.3%) | (10.3%) |
| NY Times | (5.8%) | (4.3%) |
| Tribune | 12.0% | 3.1% |
| Sector Adj. TRB Price | $26.44 | $29.26 |
| Sector Adj. TRB Price ex. MNI | $27.77 | $30.46 |

## Valuation – Then and Now

| | GANNETT | | THE McCLATCHY COMPANY | | The New York Times Company | | TRIBUNE | |
|---|---|---|---|---|---|---|---|---|
| | Jan. 2005 | Sept. 2006 | Jan. 2005 | Sept. 2006 | Jan. 2005 | Sept. 2006 | Jan. 2005 | Sept. 2006 |
| P/E | 16.4x | 11.0x | 20.9x | 14.3x | 25.3x | 14.8x | 20.3x | 14.8x |
| EBITDA Multiple | 10.4x | 7.5x | 10.2x | 8.0x | 11.0x | 8.9x | 9.2x | 8.7x |
| Recent Strategic / Capital Structure Activity | ▪ Acquired KTVD (duopoly)<br>▪ Acquired WATL (duopoly)<br>▪ Increased stake in Interactive Assets (CB / ShopLocal.com / Topix.net)<br>▪ Ongoing $1B stock buyback | | ▪ Acquired KRI<br>▪ Continued investment in Interactive Assets (CB / ShopLocal.com / Topix.net)<br>▪ Increased leverage to ~4.5x to fund KRI purchase | | ▪ Announced divestiture of TV station group<br>▪ Acquired About.com<br>▪ Acquired Baseline | | ▪ Dutch auction self-tender<br>▪ Divested WATL / WCWN / WLVI<br>▪ Increased stake in Interactive Assets (CB / ShopLocal.com / Topix.net) | |

*Note: Tribune multiples based on consensus Street estimates (2006E EBITDA of $1,291mm and 2007E EPS of $2.11).*



CONFIDENTIAL

3

TRB0042270

Professionals' Eyes Only

# Tribune Portfolio Assessment / Breakdown

**Shareholder Value Contribution**

- ~50% **Large market papers:** Strategically attractive, high-vanity-value major markets with scale, scope and Internet advantages

- ~7% **Interactive:** High growth but jointly-owned assets

- ~23% **Large and Small Market TV:** Program challenged broadcast portfolio

- ~18% **Small market papers/TV:** Limited growth/non-strategic assets



Asset Value

- New York, L.A., Chicago, WGN Superstation — 50%
- L.A. Times, Chicago Tribune, Newsday, Florida Papers — 7%
- 9%
- 14%
- 11%
- 9%
- Cubs, Radio, TEC, TVFood Stake, Comcast SportsNet

Legend:
- Large Market Papers
- Small Market Papers
- Entertainment
- Large Market TV
- Small Market TV
- Interactive Assets

**Publishing**
- NY / LA / Chicago / Florida core Tribune newspapers
  - Most attractive markets
  - Significant linkage to Interactive assets
- Disposition of other Publishing assets would have minimal impact on portfolio

**Interactive**
- Attractive collection of high growth assets
- Integrated with Publishing; partially offset decline in core businesses (e.g. CareerBuilder)

**Broadcasting & Entertainment**
- NY / LA / Chicago core to value of Tribune Broadcasting
  - With WGN Superstation, represents 60% of TV asset value
  - Presence in these markets required for successful programming strategy
- WGN Superstation adds scale but faces significant programming challenges
  - Valuation tied to Cubs programming and cable carriage agreements
- Disposition of other Broadcasting & Entertainment assets would have minimal impact on portfolio
- Programming stability with affiliation agreements
  - Access to quality off-network programming remains significant challenge



CONFIDENTIAL

TRB0042271

4

Professionals' Eyes Only

# Merrill Lynch Review of Tribune Alternatives

**Alternatives and Executable Strategies**

- **Analyzed a full range of alternatives**
- **Three clearly defined strategic paths**

**Execute Operating Plan**
- Sustain broad reach / revenue of core newspaper & broadcasting assets relative to other local media
- Aggressively manage costs, redeploying resources as needed to support growth
- Pursue growth of interactive business primarily with partners
- Monetize non-strategic assets
- Return excess capital to shareholders

**Separate Broadcasting And Publishing**
- Creates potential for strategic premium <u>over time</u> for Publishing and / or Broadcasting
- Reduces shareholder exposure to Broadcasting
- Limited benefits from cross-ownership
- Retains strategic and operating flexibility for each business
- Several potential alternatives to pursue separation
  - Spin-off in one of several potential structures
  - Sale in single or multiple transactions

**Pursue Transaction for All of Tribune**
- Potential to realize a premium for all of Tribune
- Potential robust private equity interest but valuation uncertain
  - Size of potential equity check requires consortium
  - Univision transaction may restrain significant media savvy financial sponsors
- Very limited strategic buyer universe
  - Gannett has not shown interest
  - Transaction size requires comfort with both meaningful leverage and considerable ownership dilution
  - Cross-ownership issues require regulatory solution
  - Investors have penalized recent consolidation activity



CONFIDENTIAL

TRB0042272

5

Professionals' Eyes Only

# Summary of Alternatives Analyzed

| Execute Operating Plan | | Separate Broadcasting and Publishing | | Pursue Transaction for All of Tribune |
|---|---|---|---|---|
| **Operating Plan** | **Operating Plan With Dispositions of Selected Assets** | **Options for Tribune Broadcasting** | **Options for Tribune Publishing (Post-Broadcasting Separation)** | **Transactions for All of Tribune** |
| ■ Valuation of standalone operating plan<br>■ Sensitivity to key risks to future financial performance | ■ Analysis of potential non-core asset dispositions<br>  ■ Analysis of embedded economies of scale/scope/interdependence<br>  ■ Focus on tax-efficiency<br>  ■ Earnings / value impact<br>■ *Los Angeles Times*<br>  ■ Sponsored spin-off<br>  ■ Cash sale | ■ Spin-off with Broadcasting borrowings<br>■ "Sponsored spin-off" with Broadcasting borrowings<br>■ Spin-merge with Broadcasting borrowings<br>■ Sale in single transaction<br>  ■ Strategic buyer<br>  ■ Financial buyer(s)<br>■ Sale in multiple transactions | ■ Multiple sponsored spin-offs of newspapers on a geographic basis (*L.A. Times / Chicago Tribune / East Coast Newspapers*)<br>■ Sale in single transaction<br>  ■ Merger/sale to strategic buyer<br>  ■ Sale to financial buyer(s) | ■ Private equity transaction<br>■ Combination with strategic buyer (Gannett) |



CONFIDENTIAL

TRB0042273

Professionals' Eyes Only

## Potential Value Creation Comparison

- Absolute values should be evaluated in light of
  - Execution certainty
  - Timing
- On a risk-adjusted basis, pursuing transaction for all of Tribune <u>today</u> likely to produce greatest value



| | Execute Operating Plan | Separate Broadcasting and Publishing | | Pursue Transaction for All of Tribune | |
|---|---|---|---|---|---|
| High | $34.75 | $35.25 | $39.50 | $37.00 | $38.00 |
| Midpoint | $31.50 | $31.75 | $35.00 | $35.00 | $35.50 |
| Low | $26.25 | $28.75 | $28.00 | $33.00 | $33.00 |

—— = Midpoint Values

| Operating Plan | Broadcasting Separation | Broadcasting Separation Followed by Sale of Tribune | Private Equity Transaction for All of Tribune | Tribune Strategic Combination with Gannett |
|---|---|---|---|---|
| Requires Execution of Operating Plan | Higher Values Dependent on a Third Party | *Two to three years to achieve value;* Higher values dependent on <u>multiple</u> 3rd party transactions | Conducive Market Conditions Counteracted by Recent Operating Performance | *Considerable Synergy Potential but Gannett Has Shown Little Interest* |



CONFIDENTIAL

TRB0042274

7

## Summary Preliminary Conclusions / Recommendations

- To be reviewed at Board meeting



Professionals' Eyes Only

CONFIDENTIAL

TRB0042275

8

Professionals' Eyes Only



# Tribune Operating Plan

TRB0042276

CONFIDENTIAL

Professionals' Eyes Only

## Assessment of Operating Plan

- **Long-term EPS growth of ~8%**
  - ~80% of growth from deleveraging and equity investments
  - Only ~20% of EPS growth from core operations…

- …But changes in growth from core operations have meaningful EPS impact given financial leverage

- Environment over the last 8 quarters has led to industry wide downward revisions

### Summary Financial Projections

| | 2006-2010 Growth Profile |
|---|---|
| Revenue CAGR | 2.0% |
| EBITDA CAGR | 2.5% |
| EPS CAGR | 8.4% |

### Sources of EPS Growth ('07-'10)



| | 2007 EPS | EBITDA Growth | De-leveraging | Equity Income | 2010 EPS |
|---|---|---|---|---|---|
| Value | $2.16 | $0.08 | $0.20 | $0.18 | $2.62 |
| % Contribution to EPS Growth | | ~17% | ~43% | ~40% | |

### EPS Growth Sensitivity to EBITDA Growth Rates (2006 – 2010)



| EBITDA Growth Profile (2006-2010): | (7.5%) Annual EBITDA Decline | (5.0%) Annual EBITDA Decline | (2.5%) Annual EBITDA Decline | 0.0% Annual EBITDA Growth | Operating Plan 2.5% Annual EBITDA Growth | 3.0% Annual EBITDA Growth |
|---|---|---|---|---|---|---|
| EPS Growth (2006-2010 CAGR) | (8.9%) | (5.0%) / (4.2%) | 0.2% | | 4.4% / 8.4% | 9.1% |



CONFIDENTIAL

TRB0042277

9

# Key Risks to Future Financial Performance

- **Operating plan more aggressive than Wall Street estimates**
- **Considerable downside business exposure**
  - **Continued decline in Broadcasting**
  - **No growth in Publishing**
  - **Deterioration of Publishing**
  - **Deterioration of both Broadcasting and Publishing (BCG Mid Case)**

## Illustrative Downside Scenarios



Sensitivity Analysis

| Scenario: | Operating Plan | Wall Street | Television Downside | Publishing Flat | Publishing Downside | BCG Mid Case |
|---|---|---|---|---|---|---|
| 2007 EPS | $2.16 | $2.11 | $2.11 | $2.03 | $1.90 | $1.87 |
| 2010 EPS | $2.62 | $2.33 | $2.40 | $2.26 | $1.78 | $1.55 |
| Publishing EBITDA Growth / (Decline) | 3.3% | (1.3%) | 3.3% | 0.0% | (5.0%) | (3.6%) |
| Broadcasting EBITDA Growth / (Decline) | 0.8% | 2.0% | (4.5%) | 0.8% | 0.8% | (9.1%) |
| 2010 EBITDA: | $1,447 | $1,286 | $1,365 | $1,314 | $1,134 | $1,045 |

■ 2007 EPS  ▒ 2010 EPS

Note: Dollars in millions, except per share data.



Professionals' Eyes Only
TRB0042278
CONFIDENTIAL

10

Professionals' Eyes Only



# Operating Plan With Dispositions of Selected Assets

TRB0042279

CONFIDENTIAL

Professionals' Eyes Only

## Impact of Potential Asset Dispositions

- Los Angeles / New York / Chicago / Florida newspapers represent core / interlinked Tribune assets

- Separation of one of core Tribune assets results in measurable erosion to Tribune's earnings and value

- Limited benefit from cross-media ownership

- Insignificant value/earnings benefit or erosion from disposition of non-core assets
  - Low tax basis in Tribune non-core assets reduces after-tax proceeds from asset dispositions

### Potential After-tax Valuation from Monetization of Non-Core Assets

| Asset | Midpoint EBITDA Multiple Pre-Tax | Midpoint EBITDA Multiple After-tax | Midpoint After-Tax Valuation ($mm) |
|---|---|---|---|
| TVFood | 11.2x | 7.4x | $463 |
| Small Market TV | 11.0 | 8.1 | $1,139 |
| Radio | 15.0 | 9.5 | $123 |
| WGN Superstation | 13.0 | 8.5 | $756 |
| Cubs | 15.7 | 10.5 | $233 |
| **Total:** | **12.2x** | **8.4x** | **$2,714** |

### Illustrative Residual Impact From Disposition of *Los Angeles Times*

| Property | Estimated EBITDA Erosion Range | Source of Erosion | Value Impact |
|---|---|---|---|
| *Los Angeles Times* | $20mm–$30mm | - Loss of major market presence diminishes buying power<br>- Diminishes content sharing ability<br>- *L.A. Times* standalone revenues lower (CareerBuilder) and costs higher over time (newsprint, billing, etc.) | - Up to $250mm (~$1.10 per share) |

Note: Dollars in millions.



CONFIDENTIAL

11

TRB0042280