Professionals' Eyes Only

# Illustrative *Los Angeles Times* Sponsored Spin Valuation – Most Likely Scenario

## Preliminary Valuation Analysis

- **Transaction involving *Los Angeles Times* would represent a core asset disposition**
  - **Significant earnings erosion potential**
  - **Incremental public company expenses**
- **Vanity buyer may pay above market multiple**
- **Estimated that *Los Angeles Times* would trade at ~8.0x EBITDA as a standalone entity**

|  | 2006E EBITDA | Midpoint EBITDA Multiple | Midpoint Value Range |
|---|---|---|---|
| L.A. Times Asset Value (Incl. $5mm PublicCo Expenses) | $247 | 11.0x | $2,718 |
| Less: Assumed Net Debt (6.0x Leverage) |  |  | (1,482) |
| L.A. Times Equity Value |  |  | $1,235 |
| Cash Dividend |  |  | $1,482 |
| Cash Received from Sponsor (49.9% Stake) |  |  | 616 |
| Total Cash Received |  |  | $2,099 |
| Less: Value Erosion from Separation |  |  | (250) |
| Plus: Residual Equity Value in L.A. Times SpinCo (50.1%) |  | 8.0x | 248 |
| Total Value Delivered to Tribune Shareholders |  |  | $2,096 |
| *L.A. Times Equity Value per Share* |  |  | *$1.09* |
| *Total L.A. Times Value per Share* |  |  | *$9.19* |
| **Implied After-Tax EBITDA Multiple** |  |  | **8.5x** |
| **Equivalent Pre-tax Cash Sale Multiple** |  |  | **12.3x** |
|  |  | **$28.00** | **Current** |
| Tribune EBITDA Multiple |  | 8.0x | 8.6x |



CONFIDENTIAL

TRB0042281

Professionals' Eyes Only

# Potential Present Value From *Los Angeles Times* Sponsored Spin – Best Case Scenarios

- Meaningful value creating transaction involving *Los Angeles Times* sponsored spin possible only if

  - Vanity multiple paid upfront for ~50% noncontrol stake

  - Residual equity taken out at a premium (15%-20%) within two years

- Delay before any control premium realized

## Low Valuation



## High Valuation





CONFIDENTIAL

TRB0042282

Professionals' Eyes Only



# Options for Tribune Broadcasting

TRB0042283

CONFIDENTIAL

Professionals' Eyes Only

# Comparison of Options for Tribune Broadcasting

- ■ **Merrill Lynch analyzed / compared options for Broadcasting**

- ■ **For Tribune, Broadcasting separation:**

  - ■ **Reduces regulatory uncertainty going forward**

  - ■ **Improves management focus on respective businesses**

- ■ **Separation also:**

  - ■ **Creates potential for strategic premium**

  - ■ **Monetizes up to ~85% of shareholder exposure by substituting debt for equity**

## Spin-Off

- ■ Broadcasting borrows approximately $2.2B-$2.5B and dividends cash to Tribune prior to spin-off
- ■ Spin-off of Broadcasting to Tribune shareholders
  - ■ Straight spin
  - ■ With financial sponsor

  *$29.00-$33.50 per Tribune share*
  *~60%-85% of Broadcasting monetized*

## Spin-Merge

- ■ Simultaneous spin-off of Broadcasting and merger with another publicly traded TV company (e.g., Hearst-Argyle)
- ■ Broadcasting borrows approximately $1.4B and dividends cash to Tribune prior to spin-off

  *$30.25-$35.25 per Tribune share*
  *33% of Broadcasting monetized*

## Sale in One Transaction

- ■ Sale in one transaction to a strategic or private equity buyer(s)

  *$29.75-$32.25 per Tribune share*
  *100% of Broadcasting monetized*

## Sale to Multiple Parties

- ■ Sale in a series of transactions to a combination of strategic and/or private equity buyers

  *$28.75-$34.75 per Tribune share*
  *100% of Broadcasting monetized*



CONFIDENTIAL

TRB0042284

14

Professionals' Eyes Only

# Spin-Off: Positives and Considerations

- **Spin-off of Broadcasting would have many benefits; however, certain benefits would be realized over time**
- **Spin-merger or sponsored spin-off could prove superior to straight spin-off after further exploration / negotiation**

## Positives

- Potentially captures upside from spread between Newspaper and Television multiples
- Monetizes a majority of Broadcasting value through borrowings
- Creates potential for strategic premium for Publishing and / or Broadcasting
- Tax efficient
- Reduces regulatory uncertainty going forward
- Straightforward, accepted transaction structure
- Potential benefit from more focused management of operations

## Considerations

- Equity value uncertainty as to remaining stake
  - Risk of "orphan" security
  - Potential shareholder churn as a result of spin
- Pre-spin preparation complexity
  - Reorganization of businesses into "separable" standalone entities
  - Selection of management, preparation of audited financials and SEC filings
- Incremental public company expenses (Sarbanes-Oxley, corporate infrastructure)
- Potential delay in subsequent strategic transaction

## Tribune Broadcasting Asset Profile

| | 2006E | Value | | |
|---|---|---|---|---|
| Assets | EBITDA | Low | High | Implied 2006E EBITDA Multiple Range |
| Television Stations | $274 | $2,185 | $2,473 | 8.0x - 9.0x |
| WGN Superstation | 89 | 710 | 887 | 8.0x - 10.0x |
| TEC Syndication | 4 | 32 | 41 | 8.0x - 10.0x |
| Chicago Cubs | 22 | 300 | 400 | 13.5x - 17.9x |
| Radio | 13 | 168 | 193 | 13.0x - 15.0x |
| 25% Stake in Comcast SportsNet | -- | 50 | 150 | -- |
| Corporate Expense | (20) | (160) | (200) | 8.0x - 10.0x |
| **Total Broadcasting** | **$382** | **$3,285** | **$3,944** | **8.6x-10.3x EBITDA Fully Distributed Trading Range** |

*Note: Dollars in millions, except per share data.*

CONFIDENTIAL

TRB0042285

Professionals' Eyes Only

# Value Creation Through Spin-Offs

- **Recent media spin-offs do not appear to have created immediate value**

- **However, spin-offs on average in the long-term have outperformed due to**

  - **Subsequent consolidation of separated entities**

  - **More efficient capital structure**

  - **More focused operating management**



VIACOM / CBS CORPORATION
Date of Ann:    03/16/05
Date of Close: 12/31/05



CLEAR CHANNEL / LIVE NATION
Date of Ann:    04/29/05
Date of Close: 12/21/05

## Spin-Off Performance Analysis– Spun-Off Entity [1]



## Spin-Off Performance Analysis– Parent and Spun-Off Entity [1]





*Note: As of September 14, 2006.*
*(1)    Spin-offs greater than $500mm in market value from 1998 – 2005.  Performance relative to S&P 500 during same time period.*



CONFIDENTIAL

TRB0042286

Professionals' Eyes Only

# Illustrative Broadcasting Public Market Valuation

## Preliminary Valuation Analysis

- Tribune Broadcasting likely to trade within its peer group

- $2.2B of $3.7B value of Tribune Broadcasting monetized via debt markets (~60% of value)

- Residual equity exposure to Broadcasting for Tribune shareholders post-spin reduced to ~$1.5 billion

| | 2006E EBITDA | Midpoint EBITDA Multiple | Midpoint Value Range |
|---|---|---|---|
| Total Broadcasting Enterprise Value (Incl. PublicCo Expenses) | $382 | 9.6x | $3,651 |
| Less: Assumed Net Debt (5.75x Leverage) | | | (2,196) |
| Total Broadcasting Equity Value | | | $1,455 |
| Cash Dividend | | | 2,196 |
| Total Value from Broadcasting Spin-Off | | | $3,651 |
| *Broadcasting Equity Value per Share* | | | $6.38 |
| ***Implied After-Tax EBITDA Multiple*** | | | 9.6x |
| *% of Broadcasting Value in Cash* | | | 60.1% |

## Adjusted Enterprise Value / 2006E EBITDA



| | Lin | Hearst-Argyle | Tribune B&E | Gray | Sinclair |
|---|---|---|---|---|---|
| | 11.3x | 10.8x | 9.6x | 9.3x | 8.8x |

## PF Tribune Shareholder Value (Midpoint)

| | Value of Broadcasting | Value of Residual Tribune [1] | Total Value |
|---|---|---|---|
| Cash | $9.75 | $0.00 | $9.75 |
| Stock | 6.25 | 15.00 | 21.25 |
| Total | $16.00 | $15.00 | $31.00 |

*Note: Dollars in millions, except per share data.*
(1)    *Residual Tribune valued at 8.25x EBITDA multiple / 15.0x P/E multiple.*

TRB0042287

CONFIDENTIAL

17

Professionals' Eyes Only

# Illustrative Sponsored Spin Valuation

## Preliminary Valuation Analysis

- **Sponsored spin-off enables Tribune shareholders to effectively monetize ~85% of Broadcasting value**

- **Tribune shareholders participate in Broadcasting upside through residual 50.1% stake**

- **Potential for valuation improvement given sponsor endorsement**

- **Only one precedent transaction**

|  | 2006E EBITDA | Midpoint EBITDA Multiple | Midpoint Value Range |
|---|---|---|---|
| Total Broadcasting Enterprise Value (Incl. PublicCo Expenses) | $382 | 9.6x | $3,651 |
| Less: Assumed Net Debt (6.5x Leverage) |  |  | (2,482) |
| Total Broadcasting Equity Value |  |  | $1,168 |
| Cash Dividend |  |  | $2,482 |
| Cash Received from Sponsor (49.9% Stake) |  |  | 583 |
| Total Cash Received |  |  | $3,065 |
| Plus: Residual Equity Value in Broadcast SpinCo (50.1%) |  |  | 585 |
| Total Value Delivered to Tribune Shareholders |  |  | $3,651 |
| *Broadcasting Equity Value per Share* |  |  | $2.57 |
| **Implied After-Tax EBITDA Multiple** |  |  | **9.6x** |
| *% of Broadcasting Value in Cash* |  |  | 84.0% |

## Pro Forma Tribune Shareholder Value (Midpoint)

|  | Value of Broadcasting | Value of Residual Tribune [1] | Total Value |
|---|---|---|---|
| **Cash** | $13.50 | $0.00 | $13.50 |
| **Stock** | 2.50 | 15.00 | 17.50 |
| **Total** | $16.00 | $15.00 | $31.00 |



Note: *Dollars in millions, except per share data.*
(1)  *Residual Tribune valued at 8.25x EBITDA multiple / 15.0x P/E multiple.*

CONFIDENTIAL

TRB0042288

*Professionals' Eyes Only*

# Illustrative Spin-Merge Valuation

## Spin-Merge with Hearst-Argyle

- Broadcasting spin-merge offers potential value creation opportunity driven by:
  - Pro forma trading multiple
  - Combination synergies
  - Ownership split
- Greater complexity and longer time to close
- Requires interested third party

|  | 2006E EBITDA | EBITDA Multiple | Implied Value |
|---|---|---|---|
| Total Broadcasting Enterprise Value | $402 | 10.8x | $4,349 |
| Less: Assumed Net Debt |  |  | (1,400) |
| Total Broadcasting Equity Value |  |  | $2,949 |
| Cash Dividend |  |  | $1,400 |
| Plus: Residual Equity Value in HTV-SpinCo (57.1% TRB Ownership) |  |  | 3,104 ◄ |
| Total Value Delivered to Tribune Shareholders |  |  | $4,504 |
| *Broadcasting Equity Value per Share* |  |  | $13.61 |
| ***Implied After-Tax EBITDA Multiple*** |  |  | ***11.2x*** |
| *% of Broadcasting Value in Cash* |  |  | 31.1% |

*Includes share of value from estimated potential synergies totaling $25mm*

## Pro Forma Tribune Shareholder Value

|  | Value of Broadcasting | Value of Residual Tribune [1] | Total Value |
|---|---|---|---|
| **Cash** | $6.25 | $0.00 | $6.25 |
| **Stock** | 13.50 | 15.50 | 29.00 |
| **Total** | $19.75 | $15.50 | $35.25 |



*Note: Dollars in millions, except per share data. Analysis assumes pro forma company trades at HTV current EBITDA multiple of 10.8x.*
*(1)  Residual Tribune valued at 8.25x EBITDA multiple / 15.0x P/E multiple.*

CONFIDENTIAL

Professionals' Eyes Only

# Sale of Broadcasting in One Transaction

## Sale to Strategic Buyer

- Strategic sale might be effected at attractive pre-tax multiples; however, tax leakage amounts to ~$2.50 - $4.00 per share

| | 2006E EBITDA | EBITDA Multiple Low | EBITDA Multiple High | Value Range Low | Value Range High |
|---|---|---|---|---|---|
| Total Private Market Broadcasting Enterprise Value | $402 | 9.7x | 12.2x | $3,918 | $4,903 |
| Less: Tax Leakage on Sale | | | | ($566) | ($940) |
| After-tax Transaction Value | $402 | 8.3x | 9.9x | $3,352 | $3,963 |
| Tribune Broadcasting Value per Share (All Cash) | | | | $14.70 | $17.38 |

- No strategic buyer has expressed interest in entire portfolio

- Financial sponsor can realize attractive returns at ~10.5x EBITDA purchase price

## Sale to Private Equity Buyer
## 10.5x All-in EBITDA Purchase Price
## 8.0x Leverage / (~$485 million Equity Investment)

| | | 5-Year Equity Returns | | |
|---|---|---|---|---|
| Assumed Cost Savings | Cost Savings as % of 2006E Cash Expenses | IRR at Exit Multiples of 9.0x | 9.5x | 10.0x |
| $25 | 3.2% | 9.6% | 13.5% | 16.9% |
| $50 | 6.4% | 19.1% | 23.3% | 26.9% |

  - Highly leveragable assets supports ability to pay

  - Comfort with exit valuation critical

| | |
|---|---|
| Total Proceeds From Sale to Private Equity Buyer | $4,227 |
| Less: Tax Leakage on Sale | ($683) |
| After-tax Proceeds | $3,544 |
| Tribune Broadcasting Value per Share (All Cash) | $15.54 |
| After-tax Multiple | 8.8x |

*Note: Dollars in millions, except per share data.*



**CONFIDENTIAL**

TRB0042290

Professionals' Eyes Only

# Structured Sale to Multiple Buyers

- **Structured sale may generate highest pre-tax valuation for Tribune;**
  - **However, tax leakage amounts to ~$4.75 ~$7.50 per share**
- **Significantly greater complexity and risk**
- **Possibility for stranded assets**

## Positives

- Deep and diverse buyer universe
  - Major diversified media companies (CBS, News)
  - Publicly-traded broadcasting groups (Gray, Lin, Journal)
  - Financial sponsors
- Valuation maximization
  - Captures portion of benefits to buyer(s) from synergies/duopoly economics
- Significant financial flexibility to return capital to shareholders/invest in core business

## Considerations

- Risk of inability to sell less attractive properties in portfolio
- Potentially greater tax leakage than sale to single party
- Complex transactions
- Potentially extended timeframe to execute

## Cash Proceeds to Tribune from Sale to Multiple Buyers

*8.6x-10.4x implied after-tax EBITDA multiple*

| | 2006E EBITDA | Midpoint 2006E EBITDA Multiple | Low Value - High Tax Leakage | | | High Value - Low Tax Leakage | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Asset Basis | After-Tax Proceeds | Multiple | Stock Basis | After-Tax Proceeds | Multiple |
| Total Major Markets | $223 | 13.0x | $206 | $1,873 | 8.4x | $512 | $1,990 | 8.9x |
| Other Stations | 140 | 11.0 | 382 | 1,099 | 7.9 | 1,818 | 1,645 | 11.8 |
| Other B&E Assets | 39 | | 99 | 498 | 12.7 | 99 | 560 | 14.3 |
| Overall Total | $402 | | $687 | $3,471 | 8.6x | $2,429 | $4,194 | 10.4x |
| Value per Tribune Share: | | | | $15.22 | | | $18.40 | |

*Note: Dollars in millions, except per share data.*



CONFIDENTIAL

TRB0042291

Professionals' Eyes Only

# Broadcasting Alternatives — Value Comparison

## Illustrative Pro Forma Tribune Share Price (Midpoint Valuation)

- **Spin-off is a tax-efficient means to separate businesses and monetize majority of value of Broadcasting**

- **Modest, if any, upside to Tribune stock price on announcement of separation**

- **Higher values can ultimately be achieved but require**

  - **Significant transaction complexity / execution risk**

  - **Highly efficient tax-structures**



| | High Value: | Low Value: |
|---|---|---|
| Spin-Off | $33.50 | $29.00 |
| Sponsored Spin | $33.50 | $29.75 |
| Spin-Merge | $35.25 | $30.25 |
| To Strategic Buyer | $32.25 | $29.75 |
| To Financial Buyer | $31.25 | $29.75 |
| Sale to Multiple Parties | $34.75 | $28.75 |

*Note. Remaining Tribune valued at 8.25x EBITDA / 15.0x P/E.*



CONFIDENTIAL

TRB0042292

22

Professionals' Eyes Only

# Options for Tribune Publishing (Post-Broadcasting Separation)

TRB0042293

CONFIDENTIAL