Professionals' Eyes Only

# Comparison of Options for Publishing — Post-Broadcasting Separation

- Post-separation of Broadcasting, potential to realize attractive valuations for Tribune Publishing (subject to potential 2-3 year delay)
- Geographic-based spin-off of Newspaper assets can create potential for future strategic premium
  - Requires vanity buyer valuation
  - Impact of potential trading valuation
  - Earnings erosion / public company expenses
- Standalone Tribune Publishing would be attractive to potential buyers
- Two sale transactions analyzed (assuming unsolicited approach)
  - Merger / sale to strategic partners
  - Sale to financial buyer

### Geographic Separation of Newspapers Through Multiple Spin-off Transactions
- Assessment of valuation impact
  - Potential vanity / trading multiples
  - Potential for ultimate takeover valuation
  - EBITDA / value erosion from diseconomies

### Merger / Sale to Strategic Partners
- Gannett affordability analysis
- Potential Gannett considerations
- Other potential buyers?

### Sale to Financial Buyer
- Assessment of potential private equity approach
  - Affordability analysis
  - Returns analysis

## Tribune Publishing Profile

| Assets | 2006E EBITDA | Value Low | Value High | Implied 2006E EBITDA Multiple Range |
|---|---|---|---|---|
| Newspapers | $970 | $7,413 | $8,486 | 7.6x - 8.7x |
| TVFood | -- | 600 | 800 | 9.6x - 12.8x |
| CareerBuilder | -- | 600 | 700 | -- |
| Other Interactive Assets | -- | 250 | 350 | -- |
| Corporate Expense | (62) | (466) | (591) | 7.5x - 9.5x |
| **Total Publishing** | **$908** | **$8,396** | **$9,745** | **8.7x-10.0x Fully Distributed EBITDA Multiple Range** |

Note: Dollars in millions, except per share data. Excludes corporate expense. Sale of Publishing analysis assumes unsolicited approach to Tribune post-Broadcasting separation.



CONFIDENTIAL

23

TRB0042294

Professionals' Eyes Only

## Publishing Alternatives — Value Comparison

- **Feasibility of change of control transaction for Tribune Publishing (assuming unsolicited approach) enhanced post-Broadcasting separation (subject to potential 2-3 year delay)**

- **A Sale of Tribune Publishing transaction would create substantial shareholder value**
  - Attractive return profile to financial sponsors
  - Potential strategic buyer with considerable potential for synergies

### Illustrative Pro Forma Tribune Share Price (Midpoint Valuation)



| | Geographic Separation of Newspapers through Multiple Spin-off Transactions | Sale to Strategic Buyer | Sale to Financial Buyer |
|---|---|---|---|
| | $36.00 | $35.50 | $33.50 |
| Publishing Equity Value | $20.00 | $19.50 | $17.50 |
| Broadcasting Equity Value | $6.25 | $6.25 | $6.25 |
| Cash | $9.75 | $9.75 | $9.75 |
| High Value: | $39.50 | $39.50 | $37.50 |
| Low Value: | $32.75 | $31.75 | $28.00 |

*Delay to create 4 public market-ready companies; Requires vanity buyer and subsequent acquisition of each of L.A. Times, Chicago Tribune and East Coast Newspapers*

*Two to three year delay to realize value* (Sale to Strategic Buyer)

*Two to three year delay to realize value* (Sale to Financial Buyer)

Note: Values may not add due to rounding. Sale of Publishing analysis assumes unsolicited approach to Tribune post-Broadcasting separation.



CONFIDENTIAL

24

TRB0042295

## Geographic Separation of Newspapers Through Multiple Spin-off Transactions – Best Case Scenario

- Complex transaction involving
  - Spin-off of Broadcasting
  - Sponsored spin-off by vanity buyers and subsequent acquisition of
    - *L.A. Times*
    - *Chicago Tribune*
    - East Coast Papers
- Meaningful value creation only if
  - Vanity multiple paid upfront for ~50% noncontrol stake
  - Residual equity taken out at a premium (15%-20%) within two years
- Potential considerations
  - Delay before any control premium realized
  - Significant earnings erosion potential
  - Incremental public company expenses



|  | Broadcasting Straight Spin | L.A. Times Sponsored Spin | Chicago Tribune Sponsored Spin | East Coast Newspapers Sponsored Spin | TVFood Sale | Value Erosion to Remaining Tribune | Net Debt | Equity Value |
|---|---|---|---|---|---|---|---|---|
| *High Value:* | $17.75 | $12.75 | $11.25 | $24.00 | $2.25 | ($2.25) | ($26.25) | $39.50 |
| *Low Value:* | $14.25 | $11.75 | $10.00 | $21.25 | $1.75 | $0.00 | ($26.25) | $32.75 |



Professionals' Eyes Only    TRB0042296    CONFIDENTIAL

25

# Merger/Sale Tribune Publishing — Affordability Analysis

- **Combination with Tribune Publishing would be a compelling strategic opportunity for Gannett**
  - However, no interest indicated to date
- **More remote potentially interested parties include McClatchy / Internet players**
- **Potential acquiror of Tribune Publishing would need to accept:**
  - Higher leverage
  - Modest EPS dilution

*Assuming 9.5x 2006E Newspaper EBITDA Multiple and $1.7bn in Off-Balance Sheet Assets (11.3x All-in Multiple)*

|  | Gannett |
|---|---:|
| Assumed Newspapers EBITDA Multiple | 9.5x |
| Implied Publishing Asset Value | $12,471 |
| Less: Net Debt | (5,806) |
| Equity Value | $6,665 |
| Equity Value per Tribune Share (Post Broadcasting Separation) | $29.23 |
| Less: Broadcasting Spin Proceeds | (9.63) |
| Publishing Value per Share | $19.60 |

| Affordability Analysis | |
|---|---:|
| Assumed Gannett Targeted Leverage | 4.0x |
| **Pro Forma Tribune Ownership of NewCo** | **11.2%** |
| **EPS Acc./(Dil.) %** | |
| 2007E | (3.4%) |
| *Syn. Required/(Cushion) to Breakeven* | *$67* |
| 2008E | (1.4%) |
| *Syn. Required/(Cushion) to Breakeven* | *$29* |

Note: Dollars in millions. Tribune Broadcasting assumed to be divested through a straight spin. Assumes divestiture of stake in TVFood. Sale of Publishing analysis assumes unsolicited approach to Tribune post-Broadcasting separation.



CONFIDENTIAL

TRB0042297

26

Professionals' Eyes Only

## Potential Private Equity Tribune Publishing Transaction

- **To generate adequate returns, private equity buyer would need to**
  - **Achieve incremental cost savings above operating plan**
  - **Realize attractive exit valuations**
  - **Believe in newspaper secular outlook**

### Potential Private Equity Approach to Publishing

- Look to eliminate substantial amount of corporate expenses
- Aggressively attempt to cut labor costs
- Target EBITDA margin improvement at large and small-market newspapers
- Enhance online focus

- Concerns
  - Achievability of incremental cost savings
  - Exit valuation
  - Views on newspaper sector trajectory

### Returns Analysis – 10.8x All-in EBITDA Multiple
*Assuming 9.0x 2006E Publishing EBITDA Multiple / 7.0x Leverage*

| | | 5-Year Equity Returns | | |
|---|---|---|---|---|
| Assumed Cost Savings | Cost Savings as % of 2006E Cash Expenses | IRR at Exit Multiples of | | |
| | | 8.5x | 9.0x | 9.5x |
| $25 | 0.8% | 16.1% | 18.1% | 20.0% |
| $50 | 1.6% | 17.9% | 20.0% | 21.9% |
| $75 | 2.4% | 19.9% | 22.0% | 23.9% |

| | |
|---|---|
| TRB Publ. Asset Value at 9.0x Newspaper EBITDA plus Value of Other Assets | $12,017 |
| Less: Net Debt | (5,806) |
| Equity Value | $6,211 |
| Equity Value per Tribune Share (Post Broadcasting Separation) | $27.24 |
| Less: Broadcasting Spin Proceeds | (9.63) |
| Publishing Value per Share | $17.61 |

Note: Dollars in millions. Grey shading represents returns in excess of 20%. Tribune Broadcasting assumed to be divested through a straight spin with proceeds utilized for LBO. Sale of Publishing analysis assumes unsolicited approach to Tribune post-Broadcasting separation.



CONFIDENTIAL

TRB0042298

27

Professionals' Eyes Only

# Transactions for All of Tribune

TRB0042299
CONFIDENTIAL

Professionals' Eyes Only



# Private Equity Approach to Tribune Transaction

CONFIDENTIAL

TRB0042300

# Private Equity Approach to Tribune Transaction

- Private Equity transaction:
  - Substantially substitutes debt for equity
  - Involves incremental cost cutting/asset monetization
- Amount of equity needed would require a private equity consortium of 2-3 financial sponsors
- Given pending Univision transaction and regulatory rules, some of the largest private equity firms with media experience may have difficulty participating in process (Madison Dearborn, Providence, T.H. Lee, TPG)

### Current Market Environment Creates Possibility of Tribune LBO Transaction

- Debt markets very robust/more efficiently valuing same cash flows
- Enormous pools of private equity seeking investment opportunities in sector

### Prior Private Equity Investments in Media Potentially Provide Insight Into Private Equity Operating Philosophy

- Comfortable with substantially changing operating parameters
  - Willingness to accept substantial increase in operating risk
  - Aggressive pursuit of cost savings (even at risk of quality of product/service erosion)
- Specific actions to change operating model could include:
  - Reduce/eliminate free circulation
  - Delivery route/bureau consolidation
  - Conversion of "metropolitan" papers to "local" papers



CONFIDENTIAL

28

# Private Equity Transaction Assumptions and Considerations

## Key Transaction Assumptions

- Private equity approach
    - Monetize high value, low cash flow assets
    - Assume aggressive leverage
    - Pursue cost savings
- Private equity considerations
    - Regulatory concerns
    - Exit valuation

- Offer price of $33.00 to $37.00 for all of Tribune
- Two Monetization Scenarios:
    - Sell non-core assets of Cubs, Radio, stakes in TVFood and Comcast Sports Network ($950mm)
    - Sell above plus NY/LA/Chicago/Miami/Hartford cross-ownership markets (~$2.4bn)
- Assumes maximum leverage of pro forma Debt/'06 EBITDA of ~8.0x
- At $35.00 offer price, new equity of ~$3bn
- Analysis assumes $75 million of cost savings

## Private Equity Investor Considerations

- Outlook of secular trends in Publishing/Broadcasting
- Growth of local markets/market share
- Valuation of non-core assets
- Regulatory opportunity/risks
    - Views on final cross-ownership rules outcome
    - Absent regulatory relief, assessment of private market appetite for Tribune stations
- Exit multiple at end of investment horizon
    - Relative weighting of broadcast cash flows
    - Relative weighting of online cash flows
    - Impact of secular trends on newspaper valuations



CONFIDENTIAL

Professionals' Eyes Only

# Private Equity Summary Returns

## Returns @ Various Prices Assuming $75 Million Incremental Cost Savings

- Private equity investor will target returns in 20% range

- Sale of cross-ownership markets because of potential lack of regulatory relief reduces price private equity investor can afford to pay

| Offer Price per Share | Sell Non-Core Assets Scenario Year 5 Exit Multiple | | | Sell Non-Core Assets Scenario plus Cross-Ownership Markets Year 5 Exit Multiple | | |
|---|---|---|---|---|---|---|
| | 9.5x | 10.0x | 10.5x | 9.0x | 9.5x | 10.0x |
| $33.00 | 24.8% | 27.3% | 29.7% | 18.0% | 20.6% | 23.0% |
| $35.00 | 20.3% | 22.8% | 25.0% | 14.1% | 16.6% | 18.9% |
| $37.00 | 16.6% | 19.0% | 21.2% | 10.9% | 13.3% | 15.5% |

## Returns @ Various Incremental Cost Savings Assuming $35.00 Offer Price

| Cost Savings | Sell Non-Core Assets Scenario Year 5 Exit Multiple | | | Sell Non-Core Assets Scenario plus Cross-Ownership Markets Year 5 Exit Multiple | | |
|---|---|---|---|---|---|---|
| | 9.5x | 10.0x | 10.5x | 9.0x | 9.5x | 10.0x |
| $0 | 14.9% | 17.2% | 19.4% | 9.3% | 11.6% | 13.8% |
| $25 | 16.6% | 19.0% | 21.2% | 10.8% | 13.2% | 15.4% |
| $50 | 18.4% | 20.8% | 23.0% | 12.4% | 14.9% | 17.1% |
| $75 | 20.3% | 22.8% | 25.0% | 14.1% | 16.6% | 18.9% |

Note: Dollars in millions, except per share data. Grey shading represents returns in excess of 20%.



CONFIDENTIAL

30

TRB0042303

Professionals' Eyes Only

# Tribune Strategic Combination with Gannett

TRB0042304

CONFIDENTIAL

## Combination Merits

- A Gannett combination creates a top-tier diversified media company with the potential for meaningful synergy opportunities across all businesses

- Gannett did not actively participate in Knight Ridder process and has not shown interest in Tribune

| | Strategic Rationale | Potential Value Creation Opportunities |
|---|---|---|
| **Publishing** | • Creates leading national newspaper group<br>• Greater diversification among markets | • Scale and national scope drive synergies<br>  • Expand advertising breadth/reach, news gathering and administrative savings<br>  • Economies of scale<br>  • Cross-selling footprint with online properties |
| **Broadcasting** | • Creates largest O&O TV group with 45 stations<br>  • 27 stations in Top 25 markets<br>  • 3 duopolies created; 10 total in pro forma Company*<br>  • Diversifies network affiliation | • Broadcasting duopolies*<br>• Increased leverage in programming/affiliate negotiations<br>• Cost savings in functional areas (sales force, reps, billing/collection) |
| **Interactive** | • Consolidates online partnerships<br>• Enables and enhances national online platform | • Removes friction costs from existing partnerships<br>• Leverages *USA Today* online with addition of Top 3 major-market local content |
| **Corporate / Management** | • Corporate cost savings opportunities<br>• Leverages Gannett's cost model for small and large-market papers | • Significant overlap in corporate function areas |

\* Each duopoly created by the transaction would require regulatory relief under current FCC ownership limitations.



CONFIDENTIAL

# Key Transaction Considerations for Gannett

Among other considerations, uncertainty regarding cross-ownership may give Gannett pause in pursuing a Tribune combination

**Business Considerations**
- Integration of Tribune large-market newspaper portfolio
- Publishing and Broadcasting EBITDA margin dilution for Gannett
  - Mitigated by potential synergy uplift
- Attractiveness of CW / MyNetwork station portfolio to Gannett
  - 42% of stations would be CW / MyNetwork affiliates
- Potential to accelerate Interactive growth
- Allows Interactive portfolio to be consolidated for financial reporting

**Regulatory Considerations**
- Need for cross-ownership waiver or rule-making
  - Tribune markets previously grandfathered
  - New Gannett/Tribune cross-ownership market (Indianapolis)
- Broadcasting duopolies created would also require FCC relief

**Other Transaction Considerations**
- Confidence in achieving significant cost synergies and revenue growth
- Historical vs. current exchange ratio
- Gannett low P/E multiple relative to Tribune
- Role of two new, large shareholders for Gannett (Chandler Trusts, McCormick Foundation)
- Management/governance



CONFIDENTIAL

Professionals' Eyes Only

# Transaction Alternatives Analysis — $38.00 Offer Price to Tribune (9.4x EBITDA / 17.6x P/E)

- Ability to pay driven by:
  - View on achievable synergies
  - Willingness to capitalize on robust debt markets to cost efficiently leverage balance sheet
  - Desired ownership level by existing Gannett shareholders
- At $38.00 per share, transaction modestly EPS dilutive to Gannett
  - Incremental leverage improves earnings impact

## Side-by-Side Comparison at Market

|  | Gannett | Tribune |
|---|---|---|
| Adj. Enterprise Value | $17,567 | $11,276 |
| Net Debt / EBITDA | 2.3x | 4.5x |
| EBITDA Multiple |  |  |
| 2006E | 7.5x | 8.6x |
| 2007E | 7.8 | 8.3 |
| P/E Multiple |  |  |
| 2006E | 11.1x | 16.5x |
| 2007E | 10.9 | 14.5 |

## Pro Forma Impact to Gannett

|  | All Stock | 67% Stock / 33% Cash |
|---|---|---|
| **Consideration** |  |  |
| Cash Per Share | $0.00 | $12.67 |
| Gannett Stock Per Share | 38.00 | 25.33 |
| **Total Offer Price** | **$38.00** | **$38.00** |
| Tribune Shareholder Ownership | 40.2% | 31.0% |
| **Transaction Value** | **$14,553** | **$14,553** |
| **PF Net Debt/2006 EBITDA** | **3.0x** | **3.7x** |
| **Assuming ~$150mm of Synergies** |  |  |
| 2007E EPS % Acc. / (Dil.) | (10.3%) | (3.2%) |
| 2008E EPS % Acc. / (Dil.) | (10.9%) | (3.1%) |
| 2009E EPS % Acc. / (Dil.) | (12.0%) | (3.6%) |
| '07-'09E EPS Growth Accr./(Dil.) | -108 bps | -26 bps |

Note: Dollars in millions, except per share data.



CONFIDENTIAL

33

TRB0042307