# Theoretical Impact to Gannett Future Stock Prices

- **For transaction to be value enhancing to Gannett shareholders, Gannett would have to be comfortable with:**
  - **P/E multiple expansion**
  - **Significant synergies**
  - **Leveraged balance sheet**



**Gannett's Current Forward P/E** | **Weighted Average Forward P/E**

— Gannett Status Quo    $35 Offer Price    $38 Offer Price

Transaction is value accretive to Gannett assuming combined company trades at weighted average Gannett / Tribune P/E of 12.2x

*Note: Assumes 67% stock / 33% cash consideration mix. Pro forma Tribune / Gannett stock price based on market weighted average forward P/E of 12.2x. Gannett forward P/E of 10.9x. Includes ~$150 million run-rate synergies in analysis.*



CONFIDENTIAL

34

Professionals' Eyes Only    TRB0042308

Professionals' Eyes Only



# Appendix

CONFIDENTIAL

TRB0042309

# Summary Tribune Sum-of-the-Parts Valuation

- Tribune sum-of-the-parts valuation on public comparables basis: ~$26.25 to ~$34.75 ($31.50 midpoint)

- Tribune sum-of-the-parts valuation on private market basis: ~$25.00 to ~$37.75 ($33.00 midpoint)

  - If Tribune assets monetized, tax leakage absorbs significant portion of potential private market control premium

## Public Market Sum-of-the-Parts Valuation — Pre-Tax (Midpoint)



| Entity: | Publishing | Interactive Assets | Broadcasting | Entertainment Assets [1] | Net Corporate Expense and Option Proceeds | Tax Leakage | Equity Value |
|---|---|---|---|---|---|---|---|
| Implied '06 EBITDA Multiple: | 7.6x – 8.7x | -- | 7.9x – 8.9x | 11.4x – 15.6x | 8.5x | -- | -- |
| Methodology: | DCF Analysis | Asset Valuation | DCF Analysis | Asset Valuation | -- | -- | -- |
| High Value: | $19.75 | $4.50 | $6.25 | $7.00 | -- | -- | $34.75 |
| Low Value: | $15.00 | $3.75 | $4.75 | $5.00 | -- | -- | $26.25 |

## Private Market Sum-of-the-Parts Valuation – After-Tax (Midpoint)



| Entity: | Publishing | Interactive Assets | Broadcasting | Entertainment Assets [1] | Net Corporate Expense and Option Proceeds | Tax Leakage | Equity Value |
|---|---|---|---|---|---|---|---|
| Implied '06 EBITDA Multiple: | 8.0x – 10.0x | -- | 11.2x – 13.2x | 11.4x – 15.9x | 8.5x | -- | -- |
| High Value: | $25.00 | $4.50 | $13.25 | $7.00 | -- | $9.00 | $37.75 |
| Low Value: | $16.50 | $3.75 | $10.00 | $5.00 | -- | $8.00 | $25.00 |

Note: Analysis assumes 228mm basic shares outstanding and in-the-money options at respective valuation levels. After-tax private market sum-of-the-parts valuation assumes sale of Publishing (assuming an unsolicited approach) post-Broadcasting/Entertainment/Interactive transactions (no corporate tax on Publishing).
(1) Includes Cubs, Radio, TEC and TVFood and Comcast SportsNet stakes.



Professionals' Eyes Only

CONFIDENTIAL

TRB0042310

35

Professionals' Eyes Only

## Disclaimers

Merrill Lynch prohibits (a) employees from, directly or indirectly, offering a favorable research rating or specific price target, or offering to change such rating or price target, as consideration or inducement for the receipt of business or for compensation, and (b) Research Analysts from being compensated for involvement in investment banking transactions except to the extent that such participation is intended to benefit investor clients.

This presentation is confidential, for your private use only, and may not be shared with others without Merrill Lynch's written permission, except that you (and each of your employees, representatives or other agents) may disclose to any and all persons, without limitation of any kind, the tax treatment and tax structure of the matters within and all materials of any kind (including opinions or other tax analyses) that are provided to you relating to such tax treatment and tax structure.  For purposes of the preceding sentence, tax refers to U.S. federal and state tax.  This presentation is for discussion purposes only.  Merrill Lynch is not an expert on, and does not render opinions regarding, legal, accounting, regulatory or tax matters.  You should consult with your advisors concerning these matters before undertaking any of the matters contemplated within.



CONFIDENTIAL

TRB0042311

36