# TRIBUNE COMPANY
## BOARD OF DIRECTORS MEETING
### MAY 9, 2007

The Tribune Company Board of Directors met at 9:00 a.m. on Wednesday, May 9, 2007, at Tribune Tower, Chicago, Illinois, pursuant to notice. The meeting was attended by Dennis J. FitzSimons, Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, William A. Osborn, J. Christopher Reyes, Dudley S. Taft and Miles D. White. Jeffrey Chandler, Roger Goodan and William Stinehart, Jr. participated in the meeting via telephone.

Portions of the meeting were attended by Chandler Bigelow, Donald C. Grenesko, Crane H. Kenney, Timothy J. Landon, Thomas D. Leach, Luis E. Lewin, Ruthellyn Musil, John E. Reardon and Scott C. Smith. William Hughes, Brian Browning and Chad Rucker of Valuation Research Corporation also attended a portion of the meeting and Steve Rosenblum of Wachtell Lipton Rosen & Katz and Rick Alexander of Morris Nichols participated in a portion of the meeting via telephone.

Mr. FitzSimons acted as chairman of the meeting and Mr. Kenney acted as secretary.

Mr. FitzSimons called the meeting to order at 9:00 a.m.

**EXECUTIVE SESSION**

The directors met in executive session at the beginning of the meeting.

During executive session, Mr. FitzSimons discussed the election of Samuel Zell to the Board of Directors. Following discussion, a motion was made, seconded and approved to adopt the following resolutions, with Messrs. Chandler, Goodan and Stinehart abstaining:

> RESOLVED, that the size of this Board of Directors be, and hereby is, increased from 11 to 12 members; and
>
> FURTHER RESOLVED, that in order to fill the newly created directorship created by the above resolution, Samuel Zell is hereby elected as a member of this Board of Directors, effective May 9, 2007, to serve in the class of directors with terms expiring at the 2010 annual meeting of the shareholders of the Company and until his successor shall be elected and qualified or his earlier resignation or removal.

Following the conclusion of the executive session, Ms. Musil and Messrs. Grenesko, Kenney, Landon, Leach, Lewin, Reardon and Smith joined the meeting.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415644

## APPROVAL OF MINUTES

A motion was made, seconded and approved to adopt the minutes of the February 13 and April 1, 2007 meetings of the Board of Directors as submitted.

## PREFERRED STOCK DIVIDEND

A motion was made, seconded and approved to adopt the following resolutions:

> RESOLVED, that there is hereby declared a dividend of $8.9375 per share on the Series D-1 Convertible Preferred Stock of the Company payable on June 14, 2007 to stockholders of record at the start of business on June 14, 2007.

## ELECTION OF OFFICERS

Mr. FitzSimons presented a list of the officers of the Company for consideration and re-election. Mr. FitzSimons noted that the only new election to the list is Jack Rodden to Assistant Treasurer. Following discussion, a motion was made, seconded and approved to elect the following officers:

| Title | Name | Department |
|---|---|---|
| Chairman, President and Chief Executive Officer | Dennis J. FitzSimons | |
| Senior Vice President | Donald C. Grenesko | Finance & Administration |
| Senior Vice President, General Counsel and Secretary | Crane H. Kenney | Legal |
| Senior Vice President | Thomas D. Leach | Development |
| Senior Vice President | Luis E. Lewin | Human Resources |
| Senior Vice President | Ruthellyn Musil | Corporate Relations |
| Vice President and Treasurer | Chandler Bigelow | Treasury |
| Vice President | Thomas G. Caputo | Auditing |
| Vice President | James L. Ellis | Brand Management |
| Vice President, Assistant General Counsel and Assistant Secretary | Mark W. Hianik | Legal |
| Vice President | Daniel G. Kazan | Development |
| Vice President and Controller | R. Mark Mallory | Financial Reporting & Planning |
| Vice President | Susan M. Mitchell | Human Resources |
| Vice President | Irene M. F. Sewell | Compensation & Benefits |
| Vice President | Patrick M. Shanahan | Tax |
| Vice President | Shaun M. Sheehan | Washington Affairs |
| Vice President | Howard G. Weinstein | Labor & Employee Relations |
| Vice President | Gary Weitman | Communications |

2

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415645

| | | |
|---|---|---|
| Assistant Controller | Brian F. Litman | Financial Reporting & Planning |
| Assistant Treasurer | Jack Rodden | Treasury |

## COMMITTEE APPOINTMENTS

Mr. FitzSimons presented proposed committee appointments for 2007. Following discussion, a motion was made, seconded and approved to adopt the following resolutions:

RESOLVED, that

> Betsy D. Holden
> William A. Osborn
> J. Christopher Reyes
> Dudley S. Taft

are appointed members of the Audit Committee of the Board of Directors to hold office until the next Annual Meeting of Shareholders and until their respective successors are appointed, and that Mr. Osborn is appointed Chair of the Audit Committee.

\* \* \* \*

RESOLVED, that

> Jeffrey Chandler
> Enrique Hernandez, Jr.
> Robert S. Morrison
> Miles D. White

are appointed members of the Compensation & Organization Committee of the Board of Directors to hold office until the next Annual Meeting of Shareholders and until their respective successors are appointed, and that Mr. Morrison is appointed Chairman of the Compensation & Organization Committee.

\* \* \* \*

RESOLVED, that

> Dennis J. FitzSimons
> Enrique Hernandez, Jr.
> Robert S. Morrison
> William A. Osborn
> William Stinehart, Jr.

3

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415646

are appointed members of the Executive Committee of the Board of Directors to hold office until the next Annual Meeting of Shareholders and until their respective successors are appointed, and that Mr. FitzSimons is appointed Chairman of the Executive Committee.

* * * *

RESOLVED, that

>Roger Goodan
>Enrique Hernandez, Jr.
>Robert S. Morrison
>J. Christopher Reyes
>William Stinehart, Jr.

are appointed members of the Nominating & Governance Committee of the Board of Directors to hold office until the next Annual Meeting of Shareholders and until their respective successors are appointed, and that Mr. Hernandez is appointed Chairman of the Nominating & Governance Committee.

* * * *

RESOLVED, that

>Dennis J. FitzSimons
>Donald C. Grenesko

are appointed to a Committee to administer the Directors' Deferred Compensation Plan to hold office until the next Annual Meeting of Shareholders and until their respective successors are appointed, and that Mr. FitzSimons is appointed Chairman of the Committee.

* * * *

RESOLVED, that

>Harry A. Amsden
>Chandler Bigelow
>Michael G. Bourgon
>Donald C. Grenesko
>Luis E. Lewin
>Ruthellyn Musil

4

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415647

John F. Poelking
Naomi B. Sachs
Irene M. F. Sewell

are appointed members of the Tribune Company Employee Benefits Committee to hold office until the next Annual Meeting of Shareholders and until their respective successors are appointed, and that Mr. Grenesko is appointed Chairman and Mr. Bigelow is appointed Secretary of said Committee.

## FIRST QUARTER OPERATING RESULTS/STOCK PERFORMANCE

Mr. Grenesko next reviewed the first quarter results of each of the Company's lines of business and commented on factors impacting the results. Mr. Grenesko then reviewed the performance of the Company's stock and market factors affecting the stock. Mr. Grenesko provided projections for the second quarter and answered questions from the Board of Directors. At this point, Mr. Bigelow joined the meeting.

## DEVELOPMENT UPDATE

Mr. Leach reviewed the status of current development activities. A discussion followed Mr. Leach's presentation.

## TRANSACTION UPDATE

Mr. Kenney reported on the status of the leveraged ESOP transaction and Messrs. Grenesko and Bigelow reported on financing progress. At this point, Messrs. Hughes, Rucker and Browning joined the meeting and Mr. Alexander joined the meeting via telephone. Mr. Alexander advised

### REDACTED

Messrs. Hughes, Rucker and Browning then presented VRC's step one solvency opinion and, following questions, delivered the opinion to the Board.

Following discussion, a motion was made, seconded and approved to adopt the following resolutions:

WHEREAS, under Delaware law, the Company may pay dividends and repurchase or redeem stock out of the "surplus" of the Company;

WHEREAS, for purposes of Delaware law, surplus is equal to the actual current value of the Company's net assets less its statutory capital;

WHEREAS, the capital of the Company may be reduced by transferring to surplus (i)

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415648

some or all of the capital not represented by any particular class of its capital stock, (ii) some or all of the capital stock represented by issued shares of its par value capital stock which capital is in excess of the aggregate par value of such shares or (iii) some of the capital represented by issued shares of its capital stock without par value as long as, following such reduction, the assets of the Corporation remaining after such reduction shall be sufficient to pay any debts of the Corporation for which payment has not been otherwise provided;

WHEREAS, the Company has issued shares with the par value of $0.01 as well as issued shares without par value; and

WHEREAS, based on the opinion of Valuation Research Corporation delivered to the Board of Directors dated May 9, 2007, the assets of the Corporation are sufficient to pay the debts of the Corporation for which payment has not otherwise been provided,

NOW, THEREFORE, BE IT RESOLVED that the capital of the Company be reduced to an amount equal to the number of issued shares of stock of the Company multiplied by $0.01 to the extent that the capital is in excess thereof.

## REVIEW OF ANNUAL MEETING

Mr. Kenney then reported on preliminary voting results and procedures for the annual meeting. A discussion followed Mr. Kenney's presentation.

## AUDIT COMMITTEE REPORT

Mr. Osborn reported on the business discussed at the Audit Committee meeting held earlier in the day. The Committee reviewed a summary of work performed by the Internal Audit Group since February 2007. No significant issues were noted.

Mr. Osborn then reported that the Committee reviewed management's plans for the Company's Section 404 internal controls certification for 2007 and 2007 audit plan. Mr. Osborn noted that the Committee reviewed and pre-approved all services expected to be provided by PricewaterhouseCoopers in 2007 and concluded that the performance of such services would not impair PwC's independence.

Mr. Osborn then reported that the Committee had reviewed the first quarter 2007 financial results with management and PwC prior to public release as well as a draft of the Company's first quarter Form 10-Q.

6

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0415649

## ADJOURNMENT

There being no further business to come before the Board, the meeting was adjourned at 10:30 a.m.

_____
Secretary

7

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415650