**DRAFT – NOT APPROVED BY THE SPECIAL COMMITTEE**

CONFIDENTIAL

To be disclosed only to
Members of the Special Committee

## TRIBUNE COMPANY

## SPECIAL COMMITTEE OF THE

## BOARD OF DIRECTORS MEETING

## MAY 9, 2007

   Pursuant to notice, a meeting of the Special Committee (the "Committee") of Tribune Company (the "Company") was held at [9:00 A.M.] on May 9, 2007 at the offices of the Company. All the members of the Committee were in attendance: William A. Osborn, Chairman, Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, J. Christopher Reyes, Dudley S. Taft and Miles D. White. Also in attendance were Messrs. Dennis J. FitzSimons and Crane H. Kenney of the Company; and Mr. Charles W. Mulaney, Jr. of Skadden, Arps, Slate, Meagher & Flom LLP.

   Mr. Osborn called the meeting to order. The Committee then reviewed and approved minutes for the meetings of the Committee held on February 24, March 21 and 30, and April 1, copies of which had been previously distributed to the members of the Committee.

   [Mr. Osborn then provided the Committee with a brief update regarding the status of the series of transactions comprising the Zell/ESOP transaction. Questions and a discussion followed.]

   There being no further business, the meeting was adjourned.