**From:** Buettell, Ben [mailto:BBuettell@hlhz.com]
**Sent:** Saturday, February 24, 2007 6:20 AM
**To:** Stull, Andrew; Much, Paul
**Subject:** Tribune ESOP

The Chicago Tribune has an article talking about Sam Zell's deal consisting of an ESOP. This is the deal that a trustee contacted me saying they gave our name to Matt Renaud, someone we have worked with in the past. Just an FYI.

Ben A Buettell
Managing Director
Houlihan Lokey Howard & Zukin
123 North Wacker Drive, 4th Floor
Chicago, IL 60606-1700
(312) 456-4712 (Direct Dial)
(312) 346-0951 (Fax)
(312) 560-2920 (Cell)
bbuettell@hlhz.com
www.hlhz.com

CONFIDENTIAL

HLHZ-Tribune 000248

-----Original Message-----
From: Much, Paul [mailto:PMuch@HLHZ.com]
Sent: Thursday, February 15, 2007 10:13 AM
To: Stull, Andrew; Buettell, Ben
Subject: RE: Tribune Recap Solvency

Look on Tribune website.....I believe he is CFO and SVP.....pjm

-----Original Message-----
From: Stull, Andrew
Sent: Thursday, February 15, 2007 11:49 AM
To: Buettell, Ben; Much, Paul
Subject: Re: Tribune Recap Solvency

Do you know who Don Grenesko is?

-----Original Message-----
From: Buettell, Ben
To: Much, Paul; Stull, Andrew
Sent: Thu Feb 15 09:34:03 2007
Subject: Re: Tribune Recap Solvency

Agreed, but maybe they are staying totally independent of the company given dynamics of the deal.

Ben A. Buettell
Managing Director
Houlihan Lokey Howard & Zukin
123 North Wacker Drive, 4th Floor
Chicago, IL 60606-1700
(312) 456-4712 (Direct Dial)
(312) 346-0951 (Fax)
(312) 560-2920 (Cell)
bbuettell@hlhz.com
www.hlhz.com

-----Original Message-----
From: Much, Paul
To: Stull, Andrew; Buettell, Ben
Sent: Thu Feb 15 09:26:43 2007
Subject: FW: Tribune Recap Solvency

Andy/Ben...... Interesting response from Osborn.....PJM

-----Original Message-----
From: Much, Paul
Sent: Thursday, February 15, 2007 11:25 AM
To: 'William A Osborn'
Subject: RE: Tribune Recap Solvency

Bill, Understood. Thanks for your follow up. Paul

-----Original Message-----
From: William A Osborn [mailto:William_A_Osborn@notes.ntrs.com]
Sent: Thursday, February 15, 2007 11:23 AM

CONFIDENTIAL

To: Much, Paul; waol; Miles D. (spouse - Kim) White
Cc: debra a hall; Buettell, Ben; Stull, Andrew
Subject: Re: Tribune Recap Solvency

Paul,

    This is an issue you should discuss with Chandler or Don Grenesko, not Miles or me.

                      Bill

------------------
Sent from my BlackBerry Handheld.

    ----- Original Message -----

    From: "Much, Paul" [PMuch@HLHZ.com]
    Sent: 02/14/2007 03:36 PM
    To: <waol@ntrs.com>; <miles.white@abbott.com>
    Cc: <debra.a.hall@abbott.com>; "Buettell, Ben" <BBuettell@HLHZ.com>; "Stull, Andrew" <AStull@HLHZ.com>
    Subject: Tribune Recap Solvency

Bill and Miles,

While we have been communicating with Chandler Bigelow at Tribune (see below) regarding Houlihan Lokey potentially providing a solvency opinion in Tribune's possible recapitalization, we have been surprised to be told that a decision to retain any solvency provider may be based substantially on how quickly an advisor can deliver such an opinion. As you know, a critical issue to consider is how well any solvency opinion stands up under subsequent attack, and the criteria for selection we've been hearing may not prove helpful to you.

More importantly, Houlihan Lokey's experience in solvency work is unique in that our solvency opinions have been "battle tested" three times in court (Klang v. Smith's Foods, MFS/Sun Life v. Van Dusen, and Envirodyne Industries), and in every instance our solvency opinion was upheld. I believe no other solvency advisor has such experience.

Last fall Ben Buettell, our Managing Director in Chicago, provided you with some background detailing our experience in the media, newspaper and sports industries. Also we are very familiar with Tribune from our prior work in connection with the WGN superstation litigation.

We have been told that you are very close to hiring Duff & Phelps on this matter. However, given that our fees might be quite close, if a decision on your retaining a solvency advisor has not yet been finalized, we would be pleased to talk further with you or Chandler at your/his convenience.

Thanks.

Paul J. Much
Senior Managing Director
Houlihan Lokey Howard & Zukin
123 North Wacker Drive, 4th Floor
Chicago, Illinois 60606-1700
(312) 456-4720 Direct
(312) 456-4700 General

CONFIDENTIAL

HLHZ-Tribune 000250

(312) 346-0951 Fax
pmuch@HLHZ.com

---

From: Stull, Andrew
Sent: Wednesday, February 14, 2007 2:43 PM
To: Much, Paul
Cc: Buettell, Ben
Subject: Tribune

Paul,

With regard to the Tribune solvency opinion opportunity, I have been communicating with Chandler Bigelow (312-222-5578) at the company, and Eric Rosof and Peter Devine at Wachtell Lipton.

My last conversation with Chandler was late yesterday. He informed me that the company had all but selected D&P on the basis of fees and the assurance from D&P that they could deliver an opinion by this Thursday, if necessary. We were more cautious about agreeing to work within such a compressed timeframe, however, stressed our ability to move very quickly while performing the kind of rigorous analysis / due diligence necessary to support an opinion. It seems from the feedback from Chandler that at a fee of $750,000, both Houlihan Lokey and D&P are very close. The WSJ seemed to indicate today that there may be more time before the deal closes, which could only benefit the process and remove that issue as a differentiating point between Houlihan Lokey and D&P. Given our experience and track record with courts upholding our opinions, we would be a better choice for the board all else considered.

Regards,

Andrew J. Stull
Managing Director
Houlihan Lokey
3475 Piedmont Road, Ste. 950
Atlanta, Georgia 30305
404-495-7020 Direct
404-285-7901 Mobile
404-495-9545 Fax
astull@hlhz.com

This e-mail message and any attachments are for the sole use of the intended recipient(s) and may contain confidential information. If you are not an intended recipient, or an intended recipient's authorized agent, you are hereby notified that any dissemination, distribution or copying of this e-mail message or any attachments is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail and delete this e-mail message and any attachments from your computer system.

CONFIDENTIAL

HLHZ-Tribune 000251

IRS Circular 230 Disclosure: Any discussion of Federal tax issues contained herein was not written or intended to be used, and cannot be used by you, to (i) avoid any penalties imposed under the Internal Revenue Code or (ii) promote, market or recommend to another party any transaction or matter addressed herein.
[attachment "C.htm" deleted by William A Osborn/CHI/NTRS]

CONFIDENTIAL

HLHZ-Tribune 000252