**From:** Buettell, Ben [mailto:BBuettell@hlhz.com]
**Sent:** Monday, March 26, 2007 8:49 AM
**To:** Stull, Andrew; Much, Paul
**Cc:** Purcell, Sandy; Berka, Jack
**Subject:** Re: Tribune - it's back

We need to get updated pricing sheets together and have a call as JIW spoke to berka and me last week and is concerned about us quoting in the solvency market given inherent risks. I view this opportunity in this light, but am also intrigued by the ESOP angle. Contact Marler as well and have him get updated info Don't know where we will end up, but need to be responsive eithe way. Paul is out of pocket for a few days and sandy and I will be travelling tomorrow, but will be together for a few days so we can talk at some point. Maybe we can caucus this afternoon (between 3-4 pm central time) Cc'ing berka to get him in the loop

Ben A Buettell
Managing Director
Houlihan Lokey Howard & Zukin
123 North Wacker Drive, 4th Floor
Chicago, IL 60606-1700
(312) 456-4712 (Direct Dial)
(312) 346-0951 (Fax)
(312) 560-2920 (Cell)
bbuettell@hlhz.com
www.hlhz.com

-----Original Message-----
From: Stull, Andrew
To: Buettell, Ben; Much, Paul
CC: Purcell, Sandy
Sent: Mon Mar 26 08:42:54 2007
Subject: Tribune - it's back

Ben / Paul,

Chandler called me this morning to explain the latest deal that is on the table and asked if we would want to propose on two solvency opinions. The deal will consist of a two steps:

1.) $17 per share leveraged dividend payout in April (would be a 3 week turn on a Solvency Opinion, but the board would announce the deal prior to receiving our opinion); and

2 ) a $16 per share buyout of all shareholders sometime in the summer, structured as a S-Corp ESOP with the $16 per share payout funded through additional debt - bank debt plus $300MM from Sam Zell in the form of Jr Unsecured Notes that qualify for S-Corp purposes as debt but function as equity with equity appreciation rights or warrants. They would need a second Solvency Opinion at this time.

Tribune trades at $31 per share - the two step Zell deal at $33 per share ($17 plus $16 per share must capture some of the tax benefits from associated with the ESOP structure)

There will be various annual cost savings through the suspension of discretionary 401K contributions ($60MM), other cost savings plus the sizable ($1B PV) annual cash flow enhancement that comes from the tax shelter created by the 100% Equity S-Corp ESOP.

CONFIDENTIAL

Buettell DEP EX  4
FOR ID., AS OF 12/2/09 st

HLHZ-Tribune 000243

The rating agencies have initially come up with a B2 to B3 rating range. If the rating slips to B3 minus, then the board may have some issues and the structure would be modified somewhat.

Tribune is meeting this Fri and/or Sat to decide whether to move forward

Duff is acting as advisor to Great Banc - ESOP Trustee.

Debt is being provided by JPM/Citi/Merrill.

Chandler said that he would update us at the end of the week, but wanted to make sure we were still interested in proposing - I told that we were and would begin to discuss this internally.

I am around to talk - I am cc'ing Sandy b/c of the ESOP angle

Rgds,

Andy


Andrew J. Stull
Managing Director
Houlihan Lokey
3475 Piedmont Road, Ste. 950
Atlanta, Georgia 30305
404-495-7020 Direct
404-285-7901 Mobile
404-495-9545 Fax
astull@hlhz.com

CONFIDENTIAL

HLHZ-Tribune 000244