**From:** Buettell, Ben
**Sent:** Wednesday, March 28, 2007 6:11 PM
**To:** Stull, Andrew
**Subject:** RE: Tribune - Solvency Info Sheet and Rating Agency Presentation

just on my laptop now, but have a committee review to do. Just looking at your email, seems like this may be tough. Can I call you in about an hour from now?

---

**From:** Stull, Andrew
**Sent:** Wednesday, March 28, 2007 1:00 PM
**To:** Buettell, Ben; Purcell, Sandy; Jackson, Kreg; Much, Paul; Marler, Brian; Casey, Susan
**Cc:** Puricelli, Thomas; Drury, Randall
**Subject:** Tribune - Solvency Info Sheet and Rating Agency Presentation

I would like to get your input on the attached DRAFT pricing sheet before it is submitted to the committee and have you review the attached rating agency presentation.

The Tribune will be deciding this Friday or Saturday whether to move forward with the Zell S-Corp ESOP go private transaction or pursue the "Self Help" plan. A key factor will be the outcome of the rating agency's response to the proposed debt structure under the Zell ESOP. Tribune trades at $31.14 per share implying a $12.3B EV and 8.4x EV / EBITDA multiple

Zell ESOP would be done in two steps: 1.) $4.2B leveraged tender of 53% of all common plus debt refin - 6.6x pro forma leverage - total debt of $9.7B (Opinion #1 Apr-30-2007), and 2.) $4.2B leverage purchase of all the remaining common - 9.1x pro forma leverage - total debt of 13.3B - before $1B PV of ESOP Tax benefits and $600MM from sale of certain assets (Opinion #2 - Sep-2007).

If the Company chooses the "Self Help" plan over the Zell ESOP Plan, then the transactional steps would be: 1.) $4.2B leveraged dividend ($17.50 per share) plus debt refin - 6.6x pro forma leverage - total debt of $9.7B (Opinion #1 Apr-30-2007), and spin-off / divesture of Cubs/Comcast SportsNet/other assets (Opinions #2 (Spin Co) and #3 (Parent Co) Aug-2007).

The Tribune wants to hire Houlihan Lokey for the Solvency Opinion regardless of the transactional path taken, given the board's view that Duff & Phelps is conflicted in their current role as advisor to the ESOP Trustee.

Please let me know your thoughts - I suggest that we have a call ASAP to discuss so that we can respond to the Tribune - we are available any time today for a call

Regards,

Andy

**Andrew J. Stull**
**Managing Director**
**Houlihan Lokey**
3475 Piedmont Road, Ste. 950
Atlanta, Georgia 30305
404-495-7020 Direct

CONFIDENTIAL

HLHZ-Tribune 000147

CONFIDENTIAL

404-285-7901 Mobile
404-495-9545 Fax
astull@hlhz.com

CONFIDENTIAL

HLHZ-Tribune 000148