**From:** Stull, Andrew [mailto:AStull@HLHZ.com]
**Sent:** Thursday, March 29, 2007 11:02 AM
**To:** Purcell, Sandy; Buettell, Ben; Berka, Jack
**Subject:** Tribune fall-out - FYI

I just received a call from Brad Pickard, who received a call from Sam Zell (who he has known for a number of year) Sam was upset that HL was holding up his deal and asked Brad for an explanation. I walked Brad through the deal and our internal process Brad seems to understand the issues we have with the Zell deal. At this point, Brad is trying to figure how best to respond back to Sam Zell Brad is planning to talk to Beiser for some guidance. Zell is a high profile guy and Brad is sensitive to any negative fall-out that could occur I told Brad that we are under a CA with the Tribune.

Andrew J. Stull
Managing Director
Houlihan Lokey
3475 Piedmont Road, Ste. 950
Atlanta, Georgia 30305
404-495-7020 Direct
404-285-7901 Mobile
404-495-9545 Fax
astull@hlhz.com

CONFIDENTIAL

HLHZ-Tribune 000071