CONFIDENTIAL

| | |
|---|---|
| From: | Bryan Browning <BBROWNIN@valuationresearch.com> |
| Sent: | Friday, March 30, 2007 8:12 AM |
| To: | Neil Kelly <NKELLY@valuationresearch.com> |
| Subject: | Re: VRC Contacts |

I'm on my way I will call you soon.

Bryan H. Browning
Senior Vice President
Phone: 414-221-6249
Cell:   414-688-6756
Fax:    414-271-2294

EXHIBIT
Browning 1
12/4/09   LS

-----Original Message-----
From: Neil Kelly
To: Bryan Browning; Mark Brattebo
Sent: Fri Mar 30 07:07:59 2007
Subject: RE: VRC Contacts

Bryan I left you a message, I am at my desk in Princeton if you want to call to discuss


Neil C. Kelly, CFA, ASA

Chairman of the Board

Valuation Research Corp.

100 Nassau Park Blvd

First Floor

Princeton, NJ 08540


Voice 609-243-7033

Fax 609-452-7651

---

From: Bryan Browning
Sent: Thursday, March 29, 2007 9:45 PM
To: Mark Brattebo; Neil Kelly
Subject: FW: VRC Contacts


Please see my email to Bill. If you get a chance please contact me early tomorrow

---

From: Bryan Browning

VRC0173987

CONFIDENTIAL

Sent: Thu 3/29/2007 8:44 PM
To: Bill Hughes
Subject: FW: VRC Contacts

Bill:

I assume Peter M has discussed this with you but I want to keep you in the loop. Tribune wants us to write an opinion on a confidential transaction. Highly Unusual (because of S-Corp ESOP tax benefits) and highly leveraged. I have contacted the opinion committee and we need to get back to Chandler before their board meeting tomorrow (11 central). Please get back to me before that time if possible. Thanks

Bryan

---

From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Thu 3/29/2007 5:48 PM
To: Peter Morrison; Bryan Browning; Chad Rucker
Subject: RE: VRC Contacts

Attached please find our recent ratings agency document. Please let me know if you have any questions. My office phone is 312-222-5578 and my cell is 312-451-7746. Many thanks, Chandler

-----Original Message-----
From: Peter Morrison [mailto:pmorrison@valuationresearch.com]
Sent: Thursday, March 29, 2007 5:42 PM
To: Bigelow, Chandler
Subject: Re: VRC Contacts

Chandler:

It was good to hear from you. We appreciate your considering us for this work.

The emails are as. follows:

Bryan Browning
bbrowning@valuationresearch.com

Chad Rucker
crucker@valuationresearch.com

Thanks-

Peter
------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Bigelow, Chandler <CBigelow@tribune.com>

VRC0173988

CONFIDENTIAL

To: Bill Hughes; Peter Morrison
Sent: Thu Mar 29 14:50:07 2007
Subject:

Bill/Peter ☐ how are you? I have just left both of you voice mails. I would very much like to speak with someone about solvency opinion work. Can you either give me a call back or have someone that handles that type of business call me. To the extent I could speak to someone today that would be great. Many thanks, Chandler



Chandler Bigelow

Tribune Company

(T) 312-222-5578

cbigelow@tribune.com

VRC0173989