| | |
|---|---|
| From: | Stuart Gruskin <SGRUSKIN@valuationresearch.com> |
| Sent: | Friday, March 30, 2007 8:35 AM |
| To: | Greg Barber <Gbarber@valuationresearch.com>; Chad Rucker <crucker@valuationresearch.com>; Bryan Browning <BBROWNIN@valuationresearch.com> |
| Subject: | RE: VRC Contacts |

I would say at least $750 and maybe significantly more depending on levels and if they need bringdowns, etc.

---

**From:** Greg Barber
**Sent:** Thursday, March 29, 2007 11:11 PM
**To:** Chad Rucker; Stuart Gruskin; Bryan Browning
**Subject:** RE: VRC Contacts

O-Team,

Looks quite large $11=15BN, quite leveraged, 8-9x ebitda, with good, stable but deteriorating businesses. This may be just acceptable risk levels, but we will need to be compensated. My fee estimate would be $600-700k absent any reduced timing or competitve considerations.

Greg

---

**From:** Chad Rucker
**Sent:** Thu 3/29/2007 3:53 PM
**To:** Stuart Gruskin; Greg Barber
**Subject:** FW: VRC Contacts

Please find attached a potential solvency opinion for the firm. We need to speak with the client in the morning to discuss if we will be able to take on the assignment.

---

**From:** Bigelow, Chandler [mailto:CBigelow@tribune.com]
**Sent:** Thursday, March 29, 2007 6:49 PM
**To:** Peter Morrison; Bryan Browning; Chad Rucker
**Subject:** RE: VRC Contacts

Attached please find our recent ratings agency document. Please let me know if you have any questions. My office phone is 312-222-5578 and my cell is 312-451-7746. Many thanks, Chandler

EXHIBIT
Rucker 2
12/3/09  LS

-----Original Message-----
**From:** Peter Morrison [mailto:pmorrison@valuationresearch.com]
**Sent:** Thursday, March 29, 2007 5:42 PM
**To:** Bigelow, Chandler
**Subject:** Re: VRC Contacts

Chandler:

It was good to hear from you. We appreciate your considering us for this work.

The emails are as. follows:

CONFIDENTIAL

Bryan Browning
bbrowning@valuationresearch.com

Chad Rucker
crucker@valuationresearch.com

Thanks-

Peter

--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: Bill Hughes; Peter Morrison
Sent: Thu Mar 29 14:50:07 2007
Subject:

Bill/Peter – how are you? I have just left both of you voice mails. I would very much like to speak with someone about solvency opinion work. Can you either give me a call back or have someone that handles that type of business call me. To the extent I could speak to someone today that would be great. Many thanks, Chandler



Chandler Bigelow

Tribune Company

(T) 312-222-5578

cbigelow@tribune.com

VRC0177895