CONFIDENTIAL

| | |
|---|---|
| **From:** | Chad Rucker <crucker@valuationresearch.com> |
| **Sent:** | Tuesday, April 24, 2007 10:22 AM |
| **To:** | Mark Brattebo <mbrattebo@valuationresearch.com>; Bill Hughes <BHUGHES@valuationresearch.com>; Neil Kelly <NKELLY@valuationresearch.com>; Greg Barber <Gbarber@valuationresearch.com>; Steve Schuetz <SSchuetz@valuationresearch.com>; Douglas A. Peterson <dpeterson@valuationresearch.com>; Ron Ewing <REWING@valuationresearch.com>; Christopher Krapfl <CKrapfl@valuationresearch.com>; Anthony D. Law <Tlaw@valuationresearch.com> |
| **Cc:** | Bryan Browning <BBROWNIN@valuationresearch.com>; Leonid Mednik <lmednik@valuationresearch.com>; Chase Edge <cedge@valuationresearch.com>; Shakespeare James <sjames@valuationresearch.com>; Alpesh Patel <Apatel@valuationresearch.com> |
| **Subject:** | Tribune |
| **Attach:** | Internal Tribune Valuation.pdf |

Gentlemen,

Please find attached a draft of our analysis for Tribune.  Please feel free to contact either Bryan, me, or Leo with any comments or questions that you may have.

Chad Rucker
Vice President
Valuation Research Corporation
500 Fifth Avenue, 39th Floor
New York, NY 10110
Phone: (917) 338-5613
Cell: (646) 209-2132
Fax: (212) 278-0675
crucker@valuationresearch.com



EXHIBIT

Rucker 4
12/3/09    LS

VRC0048041



Private & Confidential

VRC Valuation Research Corporation

*Tribune, Inc.*
*Preliminary Solvency Analysis*
*April 19, 2007*

NEW YORK · PRINCETON · BOSTON · CHICAGO · CINCINNATI · MILWAUKEE · SAN FRANCISCO · TAMPA

Engagement #:
5000xxxx

VRC0048042

CONFIDENTIAL

# VALUATION SUMMARY



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**

TRIBUNE

VRC0048043

CONFIDENTIAL

# *Consolidated Valuation Summary* ($ in millions)

| | Valuation Summary - Step #1 | | | | Valuation Summary - Step #2 | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Low | Mid | High | | Low | Mid | High |
| Sum of the Parts Method (20%) | $11,032.2 | $12,038.2 | $13,044.3 | Sum of the Parts Method (20%) | $11,032.2 | $12,038.2 | $13,044.3 |
| Comparable Companies Method (20%) | $11,105.0 | $12,034.3 | $12,963.6 | Comparable Companies Method (20%) | $11,105.0 | $12,034.3 | $12,963.6 |
| Comparable Transactions Method (20%) | $11,758.3 | $12,721.0 | $13,683.8 | Comparable Transactions Method (20%) | $11,758.3 | $12,721.0 | $13,683.8 |
| Discounted Cash Flow (40%) | $9,991.0 | $10,716.8 | $11,442.7 | Discounted Cash Flow (40%) | $9,991.0 | $10,716.8 | $11,442.7 |
| **Average Operating Enterprise Value** | $10,775.5 | $11,645.4 | $12,515.4 | **Average Operating Enterprise Value** | $10,775.5 | $11,645.4 | $12,515.4 |
| + Tax Savings | $980.6 | $1,262.9 | $1,545.1 | + Tax Savings | $980.6 | $1,262.9 | $1,545.1 |
| + Equity Investments | $2,442.4 | $2,691.5 | $2,940.7 | + Equity Investments | $2,442.4 | $2,691.5 | $2,940.7 |
| **Adjusted Enterprise Value** | $14,198.5 | $15,599.9 | $17,001.2 | **Adjusted Enterprise Value** | $14,198.5 | $15,599.9 | $17,001.2 |
| + Cash | $184.7 | $184.7 | $184.7 | + Cash | $174.7 | $174.7 | $174.7 |
| - Debt | ($9,435.1) | ($9,435.1) | ($9,435.1) | - Debt | ($13,639.8) | ($13,639.8) | ($13,639.8) |
| - Identified Contingent Liabilities | ($90.3) | ($90.3) | ($90.3) | - Identified Contingent Liabilities | ($90.3) | ($90.3) | ($90.3) |
| **Equity Value** | $4,857.7 | $6,259.1 | $7,660.5 | **Equity Value** | $643.1 | $2,044.4 | $3,445.8 |
| *% of Enterprise Value* | *34.2%* | *40.1%* | *45.1%* | *% of Enterprise Value* | *4.5%* | *13.1%* | *20.3%* |

**Operating Enterprise Value Multiples**

| CFY EBITDA | $1,306.5 | 8.2x | 8.9x | 9.6x | CFY EBITDA | $1,306.5 | 8.2x | 8.9x | 9.6x |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CFY EBITDA - Capex | $1,132.0 | 9.5x | 10.3x | 11.1x | CFY EBITDA - Capex | $1,132.0 | 9.5x | 10.3x | 11.1x |

**Consolidated Enterprise Value Multiples**

| CFY EBITDA | $1,369.9 | 10.4x | 11.4x | 12.4x | CFY EBITDA | $1,369.9 | 10.4x | 11.4x | 12.4x |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CFY EBITDA - Capex | $1,195.4 | 11.9x | 13.0x | 14.2x | CFY EBITDA - Capex | $1,195.4 | 11.9x | 13.0x | 14.2x |

- *EBITDA and EBITDA – Capex figures used for Consolidated Enterprise Value multiples include equity income.*
- *The debt figures for Steps 1 and 2 exclude amortization of Term Loan B in the nine month period ending 12/31/2007 or the sale of the Cubs / Comcast.*





3

PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC0048044

CONFIDENTIAL

# *Consolidated Valuation Summary* (continued) ($ in millions)

| Method | | | |
|---|---|---|---|
| Discounted Cash Flow (40%) | $10,717 | $1,263 | $2,692 | $14,671 |
| Comparable Transactions (20%) | $12,721 | $1,263 | $2,692 | $16,676 |
| Comparable Companies (20%) | $12,034 | $1,263 | $2,692 | $15,989 |
| Sum of the Parts (20%) | $12,038 | $1,263 | $2,692 | $15,993 |

$8,000   $11,000   $14,000   $17,000   $20,000

■ Operating Enterprise Value  ▨ Tax Savings  ☐ Equity Investments





4

VRC0048045

CONFIDENTIAL

**VRC** Strong Values.

# Sum of the Parts Valuation Summary

| | Sum of the Parts Valuation Summary | | |
|---|---|---|---|
| | Low | Mid | High |
| Publishing (Standalone) | $7,064.4 | $7,650.6 | $8,236.8 |
| Broadcast & Entertainment (Standalone) | $3,792.7 | $4,200.1 | $4,607.5 |
| Radio | $175.0 | $187.5 | $200.0 |
| Operating Enterprise Value | $11,032.2 | $12,038.2 | $13,044.3 |
| Cubs | $386.9 | $464.1 | $541.3 |
| Equity Investments | $2,442.4 | $2,691.5 | $2,940.7 |
| Tax Savings | $980.6 | $1,262.9 | $1,545.1 |
| Consolidated Enterprise Value | $14,842.1 | $16,456.8 | $18,071.5 |

| Operating Enterprise Value Multiples | | Sum of the Parts Valuation Summary | | |
|---|---|---|---|---|
| | | Low | Mid | High |
| CFY EBITDA | $1,306.5 | 8.4x | 9.2x | 10.0x |
| NFY EBITDA | $1,440.0 | | | |
| CFY EBITDA - Capex | $1,132.0 | 9.7x | 10.6x | 11.5x |
| NFY EBITDA - Capex | $1,260.0 | | | |

| Consolidated Enterprise Value Multiples | | | | |
|---|---|---|---|---|
| CFY EBITDA | $1,369.9 | 10.8x | 12.0x | 13.2x |
| NFY EBITDA | $1,440.0 | | | |
| CFY EBITDA - Capex | $1,195.4 | 12.4x | 13.8x | 15.1x |
| NFY EBITDA - Capex | $1,260.0 | | | |



5

**PRELIMINARY DRAFT
SUBJECT TO REVISION**



VRC0048046

CONFIDENTIAL

# *Comparable Companies and Transactions Methods*

### COMPARABLE COMPANIES METHOD

| Period | Financials | Multiples | | | Enterprise Value | | |
|--------|------------|-----------|---|------|------------------|---|------|
| Actual | Adjusted EBITDA | Low | -- | High | Low | -- | High |
| CFY | $1,306.5 | 8.50x | -- | 9.50x | $11,105.0 | -- | $12,411.5 |
| NFY | $1,440.4 | 8.00x | -- | 9.00x | $11,523.2 | -- | $12,963.6 |

| Enterprise Value Range | | | | | $11,105.0 | — | $12,963.6 |
|---|---|---|---|---|---|---|---|

$12,034.3

### COMPARABLE TRANSACTIONS METHOD

| Period | Financials | Multiples | | | Enterprise Value | | |
|--------|------------|-----------|---|------|------------------|---|------|
| Actual | Adjusted EBITDA | Low | — | High | Low | -- | High |
| CFY | $1,306.5 | 9.00x | -- | 10.00x | $11,758.3 | -- | $13,064.8 |
| NFY | $1,440.4 | 8.50x | -- | 9.50x | $12,243.4 | -- | $13,683.8 |

| Enterprise Value Range | | | | | $11,758.3 | — | $13,683.8 |
|---|---|---|---|---|---|---|---|





**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**

VRC0048047

CONFIDENTIAL

# *Comparable Public Company Multiples*

| Company | EV / Revenue | | | EV / EBITDA | | | EV / FCF | | | EV / BVIC | FCF ROIC | EBITDA / Assets |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LTM | CFY | NFY | LTM | CFY | NFY | LTM | CFY | NFY | | | |
| | | | 2.0x | | | | | | | | | |
| Mcclatchy Co Holding | 2.4x | 2.4x | 2.4x | 8.9x | 9.1x | 9.0x | 10.1x | 10.1x | 9.9x | 0.9x | 9.2% | 8.2% |
| | | | | | | | | | | | | |
| Dow Jones & Company Inc | 1.7x | 1.6x | 1.6x | 12.3x | 10.3x | 9.5x | 18.3x | 13.1x | 11.8x | 3.7x | 20.3% | 14.6% |
| | | | | | | | | | | | | |
| Media General Inc | 1.9x | 1.9x | 1.7x | 8.2x | 9.4x | 8.0x | 10.8x | 13.0x | 10.4x | 1.0x | 9.2% | 9.0% |
| Max | 3.3x | 3.1x | 2.9x | 12.3x | 10.3x | 9.7x | 26.1x | 16.1x | 16.2x | 3.7x | 21.9% | 19.9% |
| Min | 1.5x | 1.5x | 1.5x | 8.2x | 8.8x | 7.9x | 10.1x | 10.1x | 9.2x | 0.9x | 8.6% | 8.2% |
| Mean | 2.1x | 2.1x | 2.0x | 9.5x | 9.5x | 8.7x | 14.5x | 12.4x | 11.2x | 1.9x | 13.4% | 12.7% |
| Median | 1.9x | 1.9x | 1.8x | 9.2x | 9.5x | 8.7x | 10.9x | 12.2x | 10.2x | 1.7x | 10.2% | 12.4% |
| Tribune Consolidated | 2.9x | 2.9x | 3.0x | 11.0x | 11.4x | 10.1x | 12.6x | 13.0x | 11.4x | n/a | n/a | n/a |



7



VRC0048048

CONFIDENTIAL

# *Comparable Public Company Growth / Margins*

| Company | Sales Growth | | | EBITDA Growth | | | EBITDA Margin | | | | FCF Margin | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LFY | CFY | NFY | LFY | CFY | NFY | LFY | LTM | CFY | NFY | LFY | LTM | CFY | NFY |
| *(illegible)* | | | | | | | | | | | | | | |
| Mcclatchy Co Holding | -0.4% | -1.2% | 1.1% | 0.4% | -2.0% | 1.9% | 26.9% | 26.9% | 26.7% | 26.9% | 23.8% | 23.8% | 24.0% | 24.2% |
| *(illegible)* | | | | | | | | | | | | | | |
| Dow Jones & Company Inc | 5.2% | 4.4% | 4.2% | 9.3% | 27.0% | 9.1% | 13.0% | 13.4% | 15.8% | 16.6% | 8.5% | 9.1% | 12.4% | 13.3% |
| *(illegible)* | | | | | | | | | | | | | | |
| Media General Inc | 12.2% | 0.4% | 7.3% | 13.3% | -13.0% | 18.1% | 22.7% | 22.7% | 19.7% | 21.7% | 13.2% | 17.3% | 14.3% | 16.6% |
| Max | 15.9% | 5.6% | 9.9% | 17.1% | 27.0% | 18.1% | 34.3% | 34.3% | 33.0% | 34.0% | 30.1% | 30.1% | 29.9% | 31.2% |
| Min | -0.4% | -1.2% | 1.1% | -6.5% | -13.0% | -0.4% | 13.0% | 13.4% | 15.5% | 15.2% | 5.7% | 5.7% | 9.4% | 9.1% |
| Mean | 6.5% | 1.3% | 4.9% | 5.4% | 0.7% | 9.0% | 22.9% | 23.0% | 22.3% | 23.2% | 16.5% | 17.6% | 18.0% | 19.0% |
| Median | 4.6% | 0.1% | 4.4% | 4.8% | -2.3% | 10.5% | 23.7% | 23.7% | 21.4% | 23.2% | 15.3% | 18.3% | 16.0% | 18.1% |
| Tribune Consolidated | -1.4% | -1.4% | -1.8% | -2.1% | -3.1% | 12.4% | 26.0% | 26.0% | 25.6% | 29.3% | 22.2% | 22.8% | 22.3% | 26.0% |



VRC
Strong Values.



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**

VRC0048049

CONFIDENTIAL

# Discounted Cash Flow Method

| | STUB | Fiscal Years Ended, December 31 | | | | |
|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| *Revenue* | *$4,128.3* | *$5,262.2* | *$5,295.1* | *$5,363.7* | *$5,392.0* | *$5,420.6* |
| *% growth* | *--* | *-1.8%* | *0.6%* | *1.3%* | *0.5%* | *0.5%* |
| *Adjusted EBITDA* | *$1,055.7* | *$1,440.4* | *$1,468.4* | *$1,498.5* | *$1,495.1* | *$1,501.0* |
| *% growth* | *--* | *10.3%* | *1.9%* | *2.0%* | *-0.2%* | *0.4%* |
| *% margin* | *25.6%* | *27.4%* | *27.7%* | *27.9%* | *27.7%* | *27.7%* |
| **Adjusted EBITDA** | **$1,055.7** | **$1,440.4** | **$1,468.4** | **$1,498.5** | **$1,495.1** | **$1,501.0** |
| Net Change in Working Capital | ($15.0) | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) |
| Cash Taxes | ($475.5) | ($642.9) | ($655.1) | ($666.6) | ($665.3) | ($669.1) |
| Capital Expenditures | ($133.8) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) |
| **Enterprise Cash Flow (ECF)** | **$431.4** | **$606.0** | **$659.5** | **$677.3** | **$674.7** | **$675.5** |

| Discount Rate | PV of ECF + | PV of Terminal Value = | | | Enterprise Value | | | Discount Rate |
|---|---|---|---|---|---|---|---|---|
| | | 7.50x | 8.00x | 8.50x | 7.50x | 8.00x | 8.50x | |
| 7.5% | $3,027.0 | $7,425.6 | $7,920.6 | $8,415.6 | $10,452.6 | $10,947.6 | $11,442.7 | 7.5% |
| 8.0% | $2,988.4 | $7,229.9 | $7,711.9 | $8,193.9 | $10,218.3 | $10,700.3 | $11,182.3 | 8.0% |
| 8.5% | $2,950.6 | $7,040.3 | $7,509.7 | $7,979.0 | $9,991.0 | $10,460.3 | $10,929.7 | 8.5% |

| | | | | | Low | -- | High |
|---|---|---|---|---|---|---|---|
| **Enterprise Value Range** | | | | | **$9,991.0** | | **$11,442.7** |
| *CFY Adjusted EBITDA* | | *$1,306.5* | | | *7.6x* | *—* | *8.8x* |
| *NFY Adjusted EBITDA* | | *$1,440.4* | | | *6.9x* | *—* | *7.9x* |



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0048050

CONFIDENTIAL

# Equity Investment Valuation Summary

| | Description | Tribune Ownership | Valuation Range | | | Ownership Adjusted Range | | |
|---|---|---|---|---|---|---|---|---|
| | | | Low | Mid | High | Low | Mid | High |
| CareerBuilder | Nationwide job listing website | 100.0% | $960 | $976 | $976 | $963 | $963 | $963 |
| TV Food Network | 24 hour cable/satellite TV network focusing on food and entertainment | 31.3% | $3,502 | $3,800 | $4,097 | $1,096 | $1,189 | $1,282 |
| CareerBuilder | Online recruiting | 42.5% | $1,092 | $1,880 | $1,880 | $991 | $991 | $1,760 |
| Classified Ventures | Network of automotive and real estate classified advertising websites | 28.0% | $252 | $283 | $314 | $71 | $79 | $88 |
| Comcast SportsNet Chicago | Regional sports network broadcasting Chicago sports teams | 25.0% | $624 | $711 | $822 | $156 | $178 | $205 |
| ShopLocal | Transforms traditionally print-based promotions into search-based interactive formats | 42.5% | | | | | $40 | |
| Legacy.com | Online resource for obituaries and guest books | 40.0% | | | | | $4 | |
| AdStar (3.4mm shares @ $2.25/share) | | | | $8 | | $8 | $8 | $8 |
| Consumer Networks | | | | | | $0 | $0 | $0 |
| Low Income Housing[2] | | | $12 | $21 | | $12 | $17 | $21 |
| Total Investments | | | | $6,750 | | $2,373 | $2,462 | $2,872 |



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0048051

CONFIDENTIAL

# Sources and Uses

## Step #1: Tender Offer

| Sources | | Uses | | Share Repurchase | |
|---|---|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0.0 | Share Repurchase | $4,288.1 | Total Share Repurchase Amount | $4,288.1 |
| New Term Loan B | $7,014.9 | Refinance Existing Debt | $2,825.2 | Repurchase Price per Share | $34.0 |
| New Delayed Draw Term Loan B ($263mm) | $0.0 | Rollover Existing Debt | $1,520.7 | No. of Shares Repurchased | 126.1 |
| Rollover Existing Debt | $1,520.7 | PHONES | $900.0 | Zell Common Shares Issued at $34.00/sh | 1.5 |
| PHONES | $900.0 | Financing Fees | $129.5 | PF Basic Shares O/S (incl. Zell shares) | 115.7 |
| Zell Investment | $250.0 | Transaction Fees | $22.0 | | |
| **Total Sources** | **$9,685.6** | **Total Uses** | **$9,685.6** | | |

## Step #2: Acquisition

| Sources | | Uses | | Share Repurchase | |
|---|---|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0.0 | Purchase Equity | $4,260.6 | Total Share Repurchase Amount | $4,260.6 |
| Roll Existing Bank Debt | $6,712.1 | Roll Existing Bank Debt | $6,712.1 | Zell Share Repurchase Amount | 50.0 |
| Incremental Term Loan B | $2,104.7 | Rolled Existing Notes | $1,507.0 | Repurchase Price per Share | $34.0 |
| New Senior Notes | $2,100.0 | PHONES | $900.0 | No. of Basic Shares (incl. Zell) + Vested Sh | 126.8 |
| Rolled Existing Notes | $1,507.0 | Financing and Other Fees | $120.4 | | |
| PHONES | $900.0 | Redeem Zell Exchange Notes | $200.0 | | |
| Option Proceeds | $215.4 | Redeem Zell Common Equity | $50.0 | | |
| Zell Investment | $315.0 | Cash Distributions Triggered by Change of Control | $104.0 | | |
| **Total Sources** | **$13,854.1** | **Total Uses** | **$13,854.1** | | |



11

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0048052

CONFIDENTIAL

# Pro Forma Capitalization

| | Pro Forma 3/31/2007 | Adjustments | Projected 12/31/2007 | Acquisition Adjustments | Gross PF 12/31/2007 | Sale of Cubs / Comcast | Net PF 12/31/2007 | | Pro Forma - Step 1 3/31/2007 | Acquisition Adjustments | Pro Forma - Step 2 3/31/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | $184.7 | ($10.0) | $174.7 | | $174.7 | | $174.7 | | $184.7 | | $184.7 |
| Revolving Credit Facility | $0.0 | $0.0 | $0.0 | | $0.0 | | $0.0 | | $0.0 | | $0.0 |
| New Term Loan A | $0.0 | $0.0 | $0.0 | | $0.0 | | $0.0 | | $0.0 | | $0.0 |
| New Term Loan B | $7,014.9 | ($275.4) | $6,739.5 | $2,104.7 | $8,844.2 | ($601.6) | $8,242.6 | | $7,014.9 | $2,104.7 | $9,119.6 |
| *(subtotal – illegible, shaded)* | | | | | | | | | | | |
| New Senior Notes | $0.0 | $0.0 | $0.0 | $2,100.0 | $2,100.0 | | $2,100.0 | | $0.0 | $2,100.0 | $2,100.0 |
| *Guaranteed Debt (shaded)* | $7,014.9 | | | | $10,944.2 | | | | | | |
| Commercial Paper | $0.0 | $0.0 | $0.0 | | $0.0 | | $0.0 | | $0.0 | | $0.0 |
| Term Loan A | $0.0 | $0.0 | $0.0 | | $0.0 | | $0.0 | | $0.0 | | $0.0 |
| Bridge Loan | $0.0 | $0.0 | $0.0 | | $0.0 | | $0.0 | | $0.0 | | $0.0 |
| Medium Term Notes | $262.6 | $0.0 | $262.6 | | $262.6 | | $262.6 | | $262.6 | | $262.6 |
| Existing Notes | $1,165.4 | $0.2 | $1,165.6 | | $1,165.6 | | $1,165.6 | | $1,165.4 | | $1,165.4 |
| Capitalized Real Estate Obligation | $50.7 | ($15.0) | $35.7 | | $35.7 | | $35.7 | | $50.7 | | $50.7 |
| Swaps and Other Obligations | $41.5 | $1.1 | $42.6 | | $42.6 | | $42.6 | | $41.5 | | $41.5 |
| *Senior Debt (shaded)* | | | | | | | | | | | |
| PHONES | $900.0 | $0.0 | $900.0 | | $900.0 | | $900.0 | | $900.0 | | $900.0 |
| *Total (shaded)* | | | | | | | | | | | |

- The debt figures for Steps 1 and 2 exclude amortization of Term Loan B in the nine month period ending 12/31/2007 or the sale of the Cubs / Comcast.



**12**

PRELIMINARY DRAFT
SUBJECT TO REVISION



VRC0048053

CONFIDENTIAL

# BASE CASE CASH FLOW MODEL



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0048054

CONFIDENTIAL

# *Consolidated Financial Summary*

| Financial Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| Revenues | $5,357.8 | $5,262.2 | $5,295.1 | $5,363.7 | $5,392.0 | $5,420.6 | $5,449.4 |
| *% Growth* | *n/a* | *-1.8%* | *0.6%* | *1.3%* | *0.5%* | *0.5%* | *0.5%* |
| Adjusted EBITDA | $1,306.5 | $1,440.4 | $1,468.4 | $1,498.5 | $1,495.1 | $1,501.0 | $1,506.9 |
| *% Growth* | *n/a* | *10.3%* | *1.9%* | *2.0%* | *-0.2%* | *0.4%* | *0.4%* |
| *% Margin* | *24.4%* | *27.4%* | *27.7%* | *27.9%* | *27.7%* | *27.7%* | *27.7%* |
| Operating Cash Flow (OCF) | $1,306.5 | $1,440.4 | $1,468.4 | $1,498.5 | $1,495.1 | $1,501.0 | $1,506.9 |
| *% Growth* | *n/a* | *10.3%* | *1.9%* | *2.0%* | *-0.2%* | *0.4%* | *0.4%* |
| *% Margin* | *24.4%* | *27.4%* | *27.7%* | *27.9%* | *27.7%* | *27.7%* | *27.7%* |
| Capital Expenditures (Capex) | $174.5 | $171.5 | $127.8 | $128.0 | $128.0 | $128.7 | $129.5 |
| *% Margin* | *3.3%* | *3.3%* | *2.4%* | *2.4%* | *2.4%* | *2.4%* | *2.4%* |
| EBITDA - Capex | $1,132.0 | $1,268.9 | $1,340.6 | $1,370.5 | $1,367.1 | $1,372.2 | $1,377.5 |
| *% Margin* | *21.1%* | *24.1%* | *25.3%* | *25.6%* | *25.4%* | *25.3%* | *25.3%* |
| OCF - Capex | $1,132.0 | $1,268.9 | $1,340.6 | $1,370.5 | $1,367.1 | $1,372.2 | $1,377.5 |
| *% Margin* | *21.1%* | *24.1%* | *25.3%* | *25.6%* | *25.4%* | *25.3%* | *25.3%* |
| Total Debt | $12,749.5 | $12,608.1 | $12,221.3 | $11,738.4 | $11,205.8 | $10,598.3 | $9,928.2 |
| Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Net Debt | $12,574.9 | $12,433.4 | $12,046.6 | $11,563.8 | $11,031.2 | $10,423.6 | $9,753.5 |
| Excess Cash | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Interest Expense | $601.0 | $972.7 | $967.6 | $958.3 | $932.0 | $898.2 | $861.3 |
| Cash Interest | $566.0 | $921.0 | $914.8 | $904.6 | $877.3 | $842.4 | $804.3 |
| Cash Taxes | $145.5 | $4.2 | $5.6 | $6.7 | $7.5 | $8.8 | $9.8 |

- *FY2007 debt figure includes a PF adjustment for additional acquisition debt of approximately $4.5 billion net of $600 million in after-tax proceeds from the sale of Cubs and Comcast.*



14

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0048055

CONFIDENTIAL

# Credit Ratios

| Credit Ratios | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| EBITDA | $1,306.5 | $1,360.4 | $1,388.4 | $1,418.5 | $1,415.1 | $1,421.0 | $1,426.9 |
| Cost Savings | $60.0 | $80.0 | $80.0 | $80.0 | $80.0 | $80.0 | $80.0 |
| Equity Income | $63.5 | $99.7 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| Covenant EBITDA | $1,429.9 | $1,540.1 | $1,586.6 | $1,644.2 | $1,668.2 | $1,711.2 | $1,738.2 |
| **Covenant: Total Leverage** | | | | | | | |
| *Maximum Total Leverage Ratio* | *9.00x* | *9.00x* | *8.75x* | *8.50x* | *8.25x* | *8.25x* | *8.25x* |
| *x Cushion* | *0.21x* | *0.93x* | *1.16x* | *1.47x* | *1.64x* | *2.16x* | *2.64x* |
| *$ Cushion (EBITDA)* | *$29.9* | *$148.3* | *$194.2* | *$258.6* | *$296.7* | *$392.7* | *$482.0* |
| *% Cushion (EBITDA)* | *2.3%* | *10.3%* | *13.2%* | *17.3%* | *19.8%* | *26.2%* | *32.0%* |
| *Implied Required EBITDA* | *$1,397.2* | *$1,381.5* | *$1,376.8* | *$1,360.4* | *$1,337.1* | *$1,263.5* | *$1,182.2* |
| **Covenant: EBITDA / Interest** | | | | | | | |
| *Minimum Interest Coverage* | *1.10x* | *1.15x* | *1.26x* | *1.25x* | *1.25x* | *1.25x* | *1.25x* |
| *Cushion* | *1.43x* | *0.52x* | *0.53x* | *0.57x* | *0.63x* | *0.78x* | *0.91x* |
| *$ Cushion (EBITDA)* | *$807.4* | *$480.9* | *$488.8* | *$513.5* | *$571.6* | *$658.2* | *$732.8* |
| *% Cushion (EBITDA)* | *61.8%* | *33.4%* | *33.3%* | *34.3%* | *38.2%* | *43.9%* | *48.6%* |
| *Implied Required EBITDA* | *$622.5* | *$1,059.1* | *$1,097.8* | *$1,130.7* | *$1,096.6* | *$1,053.0* | *$1,005.3* |
| FCF % of Total Debt | 8.9% | 10.1% | 11.0% | 11.7% | 12.2% | 12.9% | 13.9% |
| FCF % of Net Debt | 9.0% | 10.2% | 11.1% | 11.9% | 12.4% | 13.2% | 14.1% |
| Total Debt / EBITDA | 9.76x | 8.75x | 8.32x | 7.83x | 7.50x | 7.06x | 6.59x |
| Net Debt / EBITDA | 9.63x | 8.63x | 8.20x | 7.72x | 7.38x | 6.94x | 6.47x |
| Total Debt / EBITDA - Capex | 11.3x | 9.9x | 9.1x | 8.6x | 8.2x | 7.7x | 7.2x |
| Net Debt / EBITDA - Capex | 11.1x | 9.8x | 9.0x | 8.4x | 8.1x | 7.6x | 7.1x |
| EBITDA - Capex / Interest Expense | 1.9x | 1.3x | 1.4x | 1.4x | 1.5x | 1.5x | 1.6x |
| EBITDA - Capex / Cash Interest | 2.0x | 1.4x | 1.5x | 1.5x | 1.6x | 1.6x | 1.7x |



Strong Values.

15

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



CONFIDENTIAL

# Cash Flow Summary

| Cash Flow Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| *Adjusted EBITDA* | *$1,306.5* | *$1,440.4* | *$1,468.4* | *$1,498.5* | *$1,495.1* | *$1,501.0* | *$1,506.9* |
| Cash Equity Income | $84.6 | $99.7 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| ESOP Repurchase Obligation | $0.0 | $0.0 | ($0.1) | ($0.2) | ($0.5) | ($0.9) | ($1.6) |
| Cash Taxes | ($145.5) | ($4.2) | ($5.6) | ($6.7) | ($7.5) | ($8.8) | ($9.8) |
| Cash Interest Income | $5.3 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 |
| Cash Interest Expense | ($566.0) | ($921.0) | ($914.8) | ($904.6) | ($877.3) | ($842.4) | ($804.3) |
| Change in Working Capital | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) | ($28.2) | ($28.3) |
| *Operating Cash Flow* | *$664.9* | *$594.1* | *$644.8* | *$710.9* | *$760.6* | *$836.3* | *$899.5* |
| Capital Expenditures | ($174.5) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) | ($129.5) |
| Other Investing Activities | ($85.0) | ($251.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| *Cash Flow Available for Debt Repayment* | *$405.5* | *$171.6* | *$417.0* | *$482.8* | *$532.6* | *$607.6* | *$670.1* |
| Scheduled Debt Repayments | ($152.7) | ($124.8) | ($92.7) | ($542.6) | ($92.9) | ($93.8) | ($175.8) |
| Other Financing Activities | ($30.0) | ($30.2) | ($30.2) | $0.0 | $0.0 | $0.0 | $0.0 |
| *Net Cash Flow* | *$222.8* | *$16.6* | *$294.2* | *($59.8)* | *$439.7* | *$513.7* | *$494.2* |
| Beginning Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Minimum Cash Balance | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) |
| Revolver Borrowings | $0.0 | $0.0 | $0.0 | $59.8 | $0.0 | $0.0 | $0.0 |



16

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0048057

CONFIDENTIAL

# *Debt and Interest Expense Summary*

| Debt Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| Revolving Credit Facility | $0.0 | $0.0 | $0.0 | $59.8 | $0.0 | $0.0 | $0.0 |
| New Term Loan B | $8,242.6 | $8,397.4 | $8,009.4 | $7,915.6 | $7,441.8 | $6,834.3 | $6,246.2 |
| New Senior Notes | $2,100.0 | $2,100.0 | $2,100.0 | $2,100.0 | $2,100.0 | $2,100.0 | $2,100.0 |
| Medium Term Notes | $262.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Existing Debt | $2,144.4 | $2,110.7 | $2,111.9 | $1,663.1 | $1,664.0 | $1,664.0 | $1,582.0 |
| **Total Debt** | **$12,749.5** | **$12,608.1** | **$12,221.3** | **$11,738.4** | **$11,205.8** | **$10,598.3** | **$9,928.2** |
| Excess Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| **Net Debt** | **$12,574.9** | **$12,433.4** | **$12,046.6** | **$11,563.8** | **$11,031.2** | **$10,423.6** | **$9,753.5** |
| Letters of Credit | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

| Interest Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| Revolving Credit Facility | $3.8 | $3.8 | $3.8 | $5.7 | $6.0 | $3.8 | $3.8 |
| New Term Loan B | $384.2 | $591.7 | $596.3 | $590.4 | $578.4 | $545.8 | $507.7 |
| New Senior Notes | $0.0 | $199.5 | $199.5 | $199.5 | $199.5 | $199.5 | $199.5 |
| Medium Term Notes | $14.8 | $10.8 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Existing Debt | $118.8 | $115.3 | $115.3 | $109.0 | $93.3 | $93.3 | $93.3 |
| Retired Debt | $44.5 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Cash Interest Expense** | **$566.0** | **$921.0** | **$914.8** | **$904.6** | **$877.3** | **$842.4** | **$804.3** |
| Amortization of Financing Fees | $14.0 | $33.5 | $33.5 | $33.5 | $33.5 | $33.5 | $33.5 |
| Existing Amortization | $7.9 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 |
| PHONES (non-cash) | $13.1 | $14.1 | $15.1 | $16.1 | $17.1 | $18.2 | $19.3 |
| **Total Interest Expense** | **$601.0** | **$972.7** | **$967.6** | **$958.3** | **$932.0** | **$898.2** | **$861.3** |

- *FY2007 debt figure includes a PF adjustment for additional acquisition debt of approximately $4.5 billion net of $600 million in after-tax proceeds from the sale of Cubs and Comcast.*



17

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0048058

CONFIDENTIAL

# *Liquidity Summary*

| Liquidity Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| Ending Cash Balance | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Required Cash Balance | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) |
| Excess Cash Balance | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Revolver Availability | $750.0 | $750.0 | $750.0 | $690.2 | $750.0 | $750.0 | $750.0 |
| Total Liquidity | $750.0 | $750.0 | $750.0 | $690.2 | $750.0 | $750.0 | $750.0 |



18

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0048059

CONFIDENTIAL

# SENSITIVITY CASE CASH FLOW MODEL



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0048060

CONFIDENTIAL

# Base Case / Sensitivity Case Comparison

| Consolidated Company Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| *Revenue* | | | | | | | | |
| Base Case | $5,357.8 | $5,262.2 | $5,295.1 | $5,363.7 | $5,392.0 | $5,420.6 | $5,449.4 | $37,540.8 |
| Sensitivity Case | $5,357.8 | $4,894.1 | $4,637.1 | $4,693.6 | $4,719.8 | $4,746.2 | $4,772.9 | $33,821.5 |
| $ Variance | $0.0 | ($368.1) | ($658.0) | ($670.1) | ($672.2) | ($674.4) | ($676.5) | ($3,719.4) |
| % Variance | 0.0% | -7.0% | -12.4% | -12.5% | -12.5% | -12.4% | -12.4% | -9.9% |
| *EBITDA* | | | | | | | | |
| Base Case | $1,306.5 | $1,440.4 | $1,468.4 | $1,498.5 | $1,495.1 | $1,501.0 | $1,506.9 | $10,216.8 |
| Sensitivity Case | $1,306.5 | $1,330.5 | $1,272.3 | $1,296.9 | $1,295.9 | $1,301.3 | $1,306.8 | $9,110.2 |
| $ Variance | $0.0 | ($109.9) | ($196.1) | ($201.6) | ($199.2) | ($199.6) | ($200.1) | ($1,106.6) |
| % Variance | 0.0% | -7.6% | -13.4% | -13.5% | -13.3% | -13.3% | -13.3% | -10.8% |
| *Cash Available for Debt Repayment* | | | | | | | | |
| Base Case | $222.8 | $16.6 | $294.2 | ($0.0) | $439.7 | $513.7 | $494.2 | $1,981.2 |
| Sensitivity Case | $222.8 | $8.6 | $198.0 | $0.0 | $324.6 | $388.9 | $358.6 | $1,501.3 |
| $ Variance | $0.0 | ($8.0) | ($96.2) | $0.0 | ($115.1) | ($124.9) | ($135.7) | ($479.9) |
| % Variance | 0.0% | -48.3% | -32.7% | -100.0% | -26.2% | -24.3% | -27.5% | -24.2% |



20

PRELIMINARY DRAFT
SUBJECT TO REVISION



VRC0048061

CONFIDENTIAL

# Sensitivity Case / Tribune Sensitivity Case Comparison

| Consolidated Company Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| *Revenue* | | | | | | | | |
| Sensitivity Case | $5,357.8 | $4,894.1 | $4,637.1 | $4,693.6 | $4,719.8 | $4,746.2 | $4,772.9 | $33,821.5 |
| Tribune Sensitivity Case | $5,310.7 | $5,062.8 | $4,974.2 | $4,923.7 | $4,867.4 | $4,812.8 | $4,759.9 | $34,711.6 |
| $ Variance | ($47.0) | $168.7 | $337.1 | $230.1 | $147.6 | $66.6 | ($12.9) | $890.1 |
| % Variance | -0.9% | 3.4% | 7.3% | 4.9% | 3.1% | 1.4% | -0.3% | 2.6% |
| | | | | | | | | |
| *EBITDA* | | | | | | | | |
| Sensitivity Case | $1,306.5 | $1,330.5 | $1,272.3 | $1,296.9 | $1,295.9 | $1,301.3 | $1,306.8 | $9,110.2 |
| Tribune Sensitivity Case | $1,258.4 | $1,279.8 | $1,238.8 | $1,197.0 | $1,136.2 | $1,126.1 | $1,116.5 | $8,352.7 |
| $ Variance | ($48.1) | ($50.7) | ($33.5) | ($99.9) | ($159.7) | ($175.2) | ($190.3) | ($757.4) |
| % Variance | -3.7% | -3.8% | -2.6% | -7.7% | -12.3% | -13.5% | -14.6% | -8.3% |
| | | | | | | | | |
| *Cash Available for Debt Repayment* | | | | | | | | |
| Sensitivity Case | $222.8 | $8.6 | $198.0 | $0.0 | $324.6 | $388.9 | $358.6 | $1,501.3 |
| Tribune Sensitivity Case | $373.3 | $67.9 | $219.4 | $198.7 | $167.2 | $199.5 | $213.7 | $1,439.6 |
| $ Variance | $150.5 | $59.3 | $21.5 | $198.7 | ($157.4) | ($189.4) | ($144.9) | ($61.7) |
| % Variance | 67.6% | 692.8% | 10.9% | nm | -48.5% | -48.7% | -40.4% | -4.1% |



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**





VRC0048062

CONFIDENTIAL

# *Consolidated Financial Summary*

| Financial Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| **Revenues** | $5,357.8 | $4,894.1 | $4,637.1 | $4,693.6 | $4,719.8 | $4,746.2 | $4,772.9 |
| *% Growth* | *n/a* | *-8.7%* | *-5.3%* | *1.2%* | *0.6%* | *0.6%* | *0.6%* |
| **Adjusted EBITDA** | $1,306.5 | $1,330.5 | $1,272.3 | $1,296.9 | $1,295.9 | $1,301.3 | $1,306.8 |
| *% Growth* | *n/a* | *1.8%* | *-4.4%* | *1.9%* | *-0.1%* | *0.4%* | *0.4%* |
| *% Margin* | *24.4%* | *27.2%* | *27.4%* | *27.6%* | *27.5%* | *27.4%* | *27.4%* |
| **Operating Cash Flow (OCF)** | $1,306.5 | $1,330.5 | $1,272.3 | $1,296.9 | $1,295.9 | $1,301.3 | $1,306.8 |
| *% Growth* | *n/a* | *1.8%* | *-4.4%* | *1.9%* | *-0.1%* | *0.4%* | *0.4%* |
| *% Margin* | *24.4%* | *27.2%* | *27.4%* | *27.6%* | *27.5%* | *27.4%* | *27.4%* |
| **Capital Expenditures (Capex)** | $174.5 | $171.5 | $127.8 | $128.0 | $128.0 | $128.7 | $129.5 |
| *% Margin* | *3.3%* | *3.5%* | *2.8%* | *2.7%* | *2.7%* | *2.7%* | *2.7%* |
| **EBITDA - Capex** | $1,132.0 | $1,158.9 | $1,144.5 | $1,168.8 | $1,167.9 | $1,172.6 | $1,177.3 |
| *% Margin* | *21.1%* | *23.7%* | *24.7%* | *24.9%* | *24.7%* | *24.7%* | *24.7%* |
| **OCF - Capex** | $1,132.0 | $1,158.9 | $1,144.5 | $1,168.8 | $1,167.9 | $1,172.6 | $1,177.3 |
| *% Margin* | *21.1%* | *23.7%* | *24.7%* | *24.9%* | *24.7%* | *24.7%* | *24.7%* |
| **Total Debt** | $12,749.5 | $12,616.1 | $12,325.5 | $11,951.2 | $11,533.8 | $11,051.1 | $10,516.7 |
| Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Net Debt | $12,574.9 | $12,441.4 | $12,150.8 | $11,776.5 | $11,359.1 | $10,876.4 | $10,342.0 |
| Excess Cash | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Interest Expense | $601.0 | $973.0 | $971.6 | $969.5 | $952.4 | $928.1 | $901.7 |
| Cash Interest | $566.0 | $921.3 | $918.9 | $915.8 | $897.6 | $872.2 | $844.7 |
| Cash Taxes | $145.5 | $2.0 | $1.6 | $2.4 | $3.1 | $4.1 | $4.9 |

- *FY2007 debt figure includes a PF adjustment for additional acquisition debt of approximately $4.5 billion net of $600 million in after-tax proceeds from the sale of Cubs and Comcast.*
- *Publishing segment revenues were decreased by 4% in 2008 and 2009 with the downward adjustment to expenses being commensurate.*
- *Broadcasting segment revenues were decreased by 10% in 2008 and 2009 with the downward adjustment to expenses being commensurate.*



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0048063

CONFIDENTIAL

# Credit Ratios

| Credit Ratios | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| EBITDA | $1,306.5 | $1,250.5 | $1,193.2 | $1,216.9 | $1,215.9 | $1,221.3 | $1,226.8 |
| Cost Savings | $60.0 | $80.0 | $80.0 | $80.0 | $80.0 | $80.0 | $80.0 |
| Equity Income | $63.5 | $99.7 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| Covenant EBITDA | $1,429.9 | $1,430.1 | $1,390.5 | $1,442.6 | $1,469.0 | $1,511.6 | $1,538.1 |
| *Net Debt / Covenant EBITDA* | *8.79x* | *8.70x* | *8.74x* | *8.16x* | *7.73x* | *7.20x* | *6.72x* |
| *Maximum Total Leverage Ratio* | *9.00x* | *9.00x* | *8.75x* | *8.50x* | *8.25x* | *8.25x* | *8.25x* |
| *x Cushion* | *0.21x* | *0.30x* | *0.01x* | *0.34x* | *0.52x* | *1.05x* | *1.53x* |
| *$ Cushion (EBITDA)* | *$29.9* | *$44.4* | *$1.6* | *$51.3* | *$81.3* | *$166.3* | *$241.7* |
| *% Cushion (EBITDA)* | *2.3%* | *3.3%* | *0.1%* | *4.0%* | *6.3%* | *12.8%* | *18.5%* |
| *Implied Required EBITDA* | *$1,397.2* | *$1,382.4* | *$1,388.7* | *$1,385.5* | *$1,376.9* | *$1,318.4* | *$1,253.6* |
| *Covenant EBITDA / Interest* | *2.53x* | *1.55x* | *1.51x* | *1.58x* | *1.64x* | *1.73x* | *1.82x* |
| *Minimum Interest Coverage* | *1.10x* | *1.15x* | *1.20x* | *1.25x* | *1.25x* | *1.25x* | *1.25x* |
| *Cushion* | *1.43x* | *0.40x* | *0.31x* | *0.33x* | *0.39x* | *0.48x* | *0.57x* |
| *$ Cushion (EBITDA)* | *$807.4* | *$370.7* | *$287.8* | *$297.8* | *$347.0* | *$421.3* | *$482.2* |
| *% Cushion (EBITDA)* | *61.8%* | *27.9%* | *22.6%* | *23.0%* | *26.8%* | *32.4%* | *36.9%* |
| *Implied Required EBITDA* | *$622.5* | *$1,059.5* | *$1,102.7* | *$1,144.7* | *$1,122.0* | *$1,090.3* | *$1,055.9* |
| FCF % of Total Debt | 8.9% | 9.2% | 9.3% | 9.8% | 10.1% | 10.6% | 11.2% |
| FCF % of Net Debt | 9.0% | 9.3% | 9.4% | 9.9% | 10.3% | 10.8% | 11.4% |
| Total Debt / EBITDA | 9.76x | 9.48x | 9.69x | 9.22x | 8.90x | 8.49x | 8.05x |
| Net Debt / EBITDA | 9.63x | 9.35x | 9.55x | 9.08x | 8.77x | 8.36x | 7.91x |
| Total Debt / EBITDA - Capex | 11.3x | 10.9x | 10.8x | 10.2x | 9.9x | 9.4x | 8.9x |
| Net Debt / EBITDA - Capex | 11.1x | 10.7x | 10.6x | 10.1x | 9.7x | 9.3x | 8.8x |
| EBITDA - Capex / Interest Expense | 1.9x | 1.2x | 1.2x | 1.2x | 1.2x | 1.3x | 1.3x |
| EBITDA - Capex / Cash Interest | 2.0x | 1.3x | 1.2x | 1.3x | 1.3x | 1.3x | 1.4x |



23

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0048064

CONFIDENTIAL

# *Cash Flow Summary*

| Cash Flow Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| *Adjusted EBITDA* | *$1,306.5* | *$1,330.5* | *$1,272.3* | *$1,296.9* | *$1,295.9* | *$1,301.3* | *$1,306.8* |
| Cash Equity Income | $84.6 | $99.7 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| ESOP Repurchase Obligation | $0.0 | $0.0 | ($0.1) | ($0.2) | ($0.5) | ($0.9) | ($1.6) |
| Cash Taxes | ($145.5) | ($2.0) | ($1.6) | ($2.4) | ($3.1) | ($4.1) | ($4.9) |
| Cash Interest Income | $5.3 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 |
| Cash Interest Expense | ($566.0) | ($921.3) | ($918.9) | ($915.8) | ($897.6) | ($872.2) | ($844.7) |
| Change in Working Capital | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) | ($28.2) | ($28.3) |
| *Operating Cash Flow* | *$664.9* | *$486.1* | *$448.6* | *$502.3* | *$545.5* | *$611.4* | *$663.8* |
| Capital Expenditures | ($174.5) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) | ($129.5) |
| Other Investing Activities | ($85.0) | ($151.0) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| *Cash Flow Available for Debt Repayment* | *$405.5* | *$163.6* | *$320.8* | *$374.3* | *$417.4* | *$482.7* | *$534.4* |
| Scheduled Debt Repayments | ($152.7) | ($124.8) | ($92.7) | ($542.6) | ($92.9) | ($93.8) | ($175.8) |
| Other Financing Activities | ($30.0) | ($30.2) | ($30.2) | $0.0 | $0.0 | $0.0 | $0.0 |
| *Net Cash Flow* | *$222.8* | *$8.6* | *$198.0* | *($168.4)* | *$324.6* | *$388.9* | *$358.6* |
| Beginning Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Minimum Cash Balance | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) |
| Revolver Borrowings | $0.0 | $0.0 | $0.0 | $168.4 | $0.0 | $0.0 | $0.0 |
| Cash Available for Discretionary Repayment | $222.8 | $8.6 | $198.0 | $174.7 | $324.6 | $388.9 |



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0048065

CONFIDENTIAL

# *Debt and Interest Expense Summary*

| Debt Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| Revolving Credit Facility | $0.0 | $0.0 | $0.0 | $168.4 | $0.0 | $0.0 | $0.0 |
| New Term Loan B | $8,242.6 | $8,405.4 | $8,113.6 | $8,019.8 | $7,769.8 | $7,287.1 | $6,834.7 |
| New Senior Notes | $2,100.0 | $2,100.0 | $2,100.0 | $2,100.0 | $2,100.0 | $2,100.0 | $2,100.0 |
| Medium Term Notes | $262.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Existing Debt | $2,144.4 | $2,110.7 | $2,111.9 | $1,663.1 | $1,664.0 | $1,664.0 | $1,582.0 |
| Total Debt | $12,749.5 | $12,616.1 | $12,325.5 | $11,951.2 | $11,533.8 | $11,051.1 | $10,516.7 |
| Excess Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Net Debt | $12,574.9 | $12,441.4 | $12,150.8 | $11,776.5 | $11,359.1 | $10,876.4 | $10,342.0 |
| Letters of Credit | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

| Interest Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| Revolving Credit Facility | $3.8 | $3.8 | $3.8 | $9.1 | $10.1 | $3.8 | $3.8 |
| New Term Loan B | $384.2 | $591.9 | $600.4 | $598.1 | $594.7 | $575.7 | $548.1 |
| New Senior Notes | $0.0 | $199.5 | $199.5 | $199.5 | $199.5 | $199.5 | $199.5 |
| Medium Term Notes | $14.8 | $10.8 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Existing Debt | $118.8 | $115.3 | $115.3 | $109.0 | $93.3 | $93.3 | $93.3 |
| Retired Debt | $44.5 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Total Cash Interest Expense | $566.0 | $921.3 | $918.9 | $915.8 | $897.6 | $872.2 | $844.7 |
| Amortization of Financing Fees | $14.0 | $33.5 | $33.5 | $33.5 | $33.5 | $33.5 | $33.5 |
| Existing Amortization | $7.9 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 |
| PHONES (non-cash) | $13.1 | $14.1 | $15.1 | $16.1 | $17.1 | $18.2 | $19.3 |
| Total Interest Expense | $601.0 | $973.0 | $971.6 | $969.5 | $952.4 | $928.1 | $901.7 |

- *FY2007 debt figure includes a PF adjustment for additional acquisition debt of approximately $4.5 billion net of $600 million in after-tax proceeds from the sale of Cubs and Comcast.*



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0048066

CONFIDENTIAL

# *Liquidity Summary*

| Liquidity Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| Ending Cash Balance | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Required Cash Balance | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) |
| Excess Cash Balance | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Revolver Availability | $750.0 | $750.0 | $750.0 | $581.6 | $750.0 | $750.0 | $750.0 |
| **Total Liquidity** | $750.0 | $750.0 | $750.0 | $581.6 | $750.0 | $750.0 | $750.0 |





**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**

VRC0048067

CONFIDENTIAL