**From:** Leonid Mednik <lmednik@valuationresearch.com>
**Sent:** Friday, May 4, 2007 2:39 PM
**To:** 'Bigelow, Chandler' <CBigelow@tribune.com>
**Cc:** Bryan Browning <BBROWNIN@valuationresearch.com>; Bill Hughes <BHUGHES@valuationresearch.com>; Chad Rucker <crucker@valuationresearch.com>; Leonid Mednik <lmednik@valuationresearch.com>
**Subject:** Preliminary Solvency Analysis
**Attach:** Tribune_Preliminary Step One Solvency Analysis.pdf

---

Chandler,
Attached, please find a draft of the preliminary solvency analysis for Tribune. As always should you have any questions or comments please feel free to contact us.

Regards,
Leo

**Leonid Y. Mednik**
**Senior Financial Analyst**
Valuation Research Corporation
500 Fifth Avenue, 39th Floor
New York, NY 10110
Direct: 917-338-5618
Cell: 646-270-6719
Fax: 212-278-0675

CONFIDENTIAL

# *Discussion Outline*

- VRC's Qualifications and Highlighted Experience

- Situation Overview
- Solvency Process
- Summary of Solvency Analyses
- Conclusions
- Questions

PRELIMINARY DRAFT
SUBJECT TO REVISION

CONFIDENTIAL

# *VRC's Qualifications*

- Established in 1975, VRC is an independent, international financial advisory firm.
  - *Eight domestic offices: New York, Princeton, Boston, Chicago, Cincinnati, Milwaukee, Tampa and San Francisco*
  - *Nine global affiliates: Argentina, Australia, Brazil, Chile, Hong Kong, Mexico, Spain, United Kingdom and Venezuela*
- Core services include financial opinions with respect to valuation, solvency, capital adequacy and fairness in connection with mergers, acquisitions, divestitures, leveraged buyouts, recapitalizations, financings and financial and tax reporting matters.
  - VRC's core services provide its clients with strategic advisory, enhanced due diligence and sophisticated financial modeling
  - Transactional: Valuation, Fairness, Solvency and Capital Adequacy Opinions
  - Financial Reporting: Fair Value Reporting; Allocation of Purchase Price (SFAS 141); Goodwill Impairment (SFAS 142); Stock Based Compensation (SFAS 123-R)
  - Tax Reporting: Deferred Compensation (IRC Sec 409A); Allocation of Purchase Cost (IRC Sec 1060 / 338); Valuation of Legal Entities
- Full-service, in-house valuation capabilities include businesses, equity and debt securities, loans, derivative instruments, structured products, intangible assets, fixed assets and real estate.
- ***Significant experience with respect to M&A, leveraged finance and complex capital structures results from producing over 1,000 solvency, capital adequacy and fairness opinions in connection with a variety of transactions of all sizes covering all major industry groups***.

***Our client base includes some of the largest and most prestigious companies in the world***

Altria

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

CONFIDENTIAL

# Highlighted Solvency Opinion Transaction Experience

SOLVENCY OPINIONS
$425,000,000 leveraged recapitalization
$157,300,000 dividend payment
US Oncology
We provided a solvency opinion to the board of directors of US Oncology.
VRC
SOLVENCY OPINIONS
emmis communications
$400 million "Dutch Auction" tender offer
We provided a solvency opinion to the Board of Directors of Emmis Communications Corporation.
VRC

SOLVENCY OPINIONS
NPC INTERNATIONAL
the world's largest Pizza Hut franchisee
Pizza Hut
has been acquired by Merrill Lynch Global Private Equity.
We provided a solvency opinion to the board of directors of NPC International, Inc.
VRC
SOLVENCY OPINIONS
waterpik
has been acquired by
THE CARLYLE GROUP
and
for approximately $369 million.
We provided a solvency opinion to the board of directors of Water Pik Technologies, Inc. and ING Capital LLC.
VRC

SOLVENCY AND CAPITAL ADEQUACY OPINIONS

Payment of a $2.4 billion dividend in connection with a $3.25 billion leveraged recapitalization transaction.

HMA

We provided solvency and capital adequacy opinions in connection with the recapitalization of Health Management Associates, Inc.

VRC

SOLVENCY OPINIONS
The Board of Directors of Sorenson Communications, Inc. (a portfolio company of GTC Golder Rauner LLC) has authorized a $1.1 billion recapitalization of
sorenson communications
Connecting You
led by
GTCR
We provided a solvency opinion to the Board of Directors of Sorenson Communications, Inc. in connection with the recapitalization
VRC
SOLVENCY OPINIONS
LAZARD
$1.9 billion recapitalization
We rendered a solvency opinion to the Board of Directors of Lazard.
VRC

SOLVENCY OPINIONS
We provided a solvency opinion in support of the acquisition of MGM by:
SONY
PROVIDENCE EQUITY
TEXAS PACIFIC GROUP
comcast
DLJ MERCHANT BANKING PARTNERS
VRC

VRC
Strong Values.

4

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

VRC0051402

CONFIDENTIAL

# Situation Overview

- In connection with Step One of the acquisition of the Company by Sam Zell, the Board of Directors has engaged VRC to provide its opinion, as to whether as of May 9, 2007, immediately after and giving effect to the consummations of the Step One Transactions, the Company is Solvent and has Adequate Capital to conduct ongoing operations.

***Valuation and Capital Adequacy Tests:***

> - *Each of the Fair Value and Present Fair Saleable Value of the aggregate assets (including goodwill) of the Tribune exceeds its liabilities (including the Stated Liabilities, the Identified Contingent Liabilities and the New Financing), and such excess is in an amount that is not less than the capital of the Company (as determined pursuant to Section 154 of the DGCL);*

***Cash Flow Test:***

> - *Tribune will be able to pay its debts (including the Stated Liabilities, the Identified Contingent Liabilities and the New Financing), as such debts mature or otherwise become absolute or due; and*

***Capitalization Test:***

> - *Tribune Does Not Have Unreasonably Small Capital*

***VRC's conclusions are qualified entirely by the full text of its written Opinion letter.***

PRELIMINARY DRAFT
SUBJECT TO REVISION

CONFIDENTIAL

# *Solvency Opinion Process*

- Collected data relating to the Tribune and pertinent industries, markets, competitors, and comparables;
- Held discussions with management of each operating division and appropriate corporate personnel of Tribune;
- Analyzed the data received and collected and reviewed the notes from our discussions with Tribune personnel;
- Conducted valuation and solvency opinion analyses;
- Conducted sensitivity and downside testing; and
- Concluded whether or not Tribune meets the proper tests of solvency for the Step One Transactions.

CONFIDENTIAL

# *Summary of Solvency Analyses*

- Valuation and Capital Adequacy Tests
- Cash Flow Test
- Capitalization Tests

VRC
Strong Values.

7

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

VRC0051405

CONFIDENTIAL

# *VALUATION AND CAPITAL ADEQUACY TESTS*

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

CONFIDENTIAL

# *Valuation and Capital Adequacy Tests* (*$ in millions*)

| | Valuation Summary | | |
|---|---|---|---|
| | *Low* | *Mid* | *High* |
| ***Valuation Method (Weighting)*** | | | |
| Comparable Companies (25%) | $11,335.8 | *$12,197.6* | $13,059.4 |
| Comparable Transactions (10%) | $11,563.4 | *$12,449.8* | $13,336.3 |
| Sum of Individual Assets (25%) | $11,479.5 | *$12,721.1* | $13,962.7 |
| Discounted Cash Flow (40%) | $9,380.8 | *$10,067.2* | $10,753.5 |
| **Average Operating Enterprise Value** | **$10,612.5** | **$11,501.5** | **$12,390.5** |
| + Equity Investments | $2,412.0 | $2,686.0 | $2,961.0 |
| + NPV of PHONES Tax Savings | $382.7 | $382.7 | $382.7 |
| **Adjusted Enterprise Value** | **$13,407.2** | **$14,570.2** | **$15,734.2** |
| + Cash | $182.1 | $182.1 | $182.1 |
| - Debt | ($9,463.8) | ($9,463.8) | ($9,463.8) |
| - Identified Contingent Liabilities | ($90.3) | ($90.3) | ($90.3) |
| **Equity Value** | **$4,035.1** | **$5,198.2** | **$6,362.2** |
| ***% of Enterprise Value*** | ***30.1%*** | ***35.7%*** | ***40.4%*** |
| Less: Par value of Capital Stock | | | |
| **Excess Capital** | | | |

| | | Valuation Summary | | |
|---|---|---|---|---|
| | | *Low* | *Mid* | *High* |
| **Operating Enterprise Value Multiples** | | | | |
| LTM EBITDA | $1,333.6 | ***8.0x*** | ***8.6x*** | ***9.3x*** |
| CFY EBITDA | $1,305.9 | ***8.1x*** | ***8.8x*** | ***9.5x*** |
| NFY EBITDA | $1,360.4 | ***7.8x*** | ***8.5x*** | ***9.1x*** |
| **Consolidated Enterprise Value Multiples** | | | | |
| LTM EBITDA | $1,333.6 | ***10.1x*** | ***10.9x*** | ***11.8x*** |
| CFY EBITDA | $1,369.4 | ***9.8x*** | ***10.6x*** | ***11.5x*** |
| NFY EBITDA | $1,459.6 | ***9.2x*** | ***10.0x*** | ***10.8x*** |

- *EBITDA used for Consolidated Enterprise Value multiples includes equity income.*

VRC
Strong Values.

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**

VRC0051407

CONFIDENTIAL

# Summary of Valuation Methods *($ in millions)*

Midpoint Adjusted Enterprise Value: $14,570
Comparable Companies (25%)
$12,198
$2,686
$383
Comparable Transactions (10%)
$12,450
$2,636
$383
Sum of Individual Assets (25%)
$12,721
$2,686
$383
Discounted Cash Flow (40%)
$10,067
$2,686
$383
$8,000
$11,000
$14,000
$17,000
$20,000
Operating Enterprise Value
Equity Investments
PHONES Tax Savings

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

CONFIDENTIAL

# *CASH FLOW TEST*

PRELIMINARY DRAFT
SUBJECT TO REVISION



CONFIDENTIAL

# Base Case Cash Flow Test *($ in millions)*

| Cash Flow Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| ***Adjusted EBITDA*** | ***$1,305.9*** | ***$1,360.4*** | ***$1,388.4*** | ***$1,418.5*** | ***$1,415.1*** | ***$1,421.0*** | ***$1,426.9*** |
| Cash Equity Income | $84.8 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| Cash Taxes | ($134.7) | ($157.4) | ($187.7) | ($218.5) | ($242.2) | ($268.4) | ($288.8) |
| Cash Interest Income | $5.3 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 |
| Cash Interest Expense | ($557.0) | ($567.2) | ($549.6) | ($529.5) | ($493.4) | ($451.1) | ($406.5) |
| Change in Working Capital | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) | ($28.2) | ($28.3) |
| ***Operating Cash Flow*** | ***$684.4*** | ***$714.1*** | ***$748.0*** | ***$794.3*** | ***$830.2*** | ***$888.8*** | ***$939.8*** |
| Capital Expenditures | ($174.5) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) | ($129.5) |
| Other Investing Activities | ($96.7) | ($251.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| ***Cash Flow Available for Debt Repayment*** | ***$413.1*** | ***$291.6*** | ***$520.2*** | ***$566.3*** | ***$602.2*** | ***$660.1*** | ***$710.4*** |
| ***Scheduled Debt Repayments*** | ***($155.2)*** | ***($105.9)*** | ***($72.8)*** | ***($522.7)*** | ***($72.8)*** | ***($72.8)*** | ***($154.8)*** |
| ***Other Financing Activities*** | ***($30.0)*** | ***($30.2)*** | ***($30.2)*** | ***$0.0*** | ***$0.0*** | ***$0.0*** | ***$0.0*** |
| ***Net Cash Flow*** | ***$228.0*** | ***$155.6*** | ***$417.3*** | ***$43.7*** | ***$529.4*** | ***$587.3*** | ***$555.6*** |
| Beginning Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Minimum Cash Balance | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) |
| Revolver Borrowings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| ***Cash Available for Discretionary Prepayments*** | ***$228.0*** | ***$155.6*** | ***$417.3*** | ***$43.7*** | ***$529.4*** | ***$587.3*** | ***$555.6*** |

- *Under the Company's revolver it has the ability to borrow up to $750 million.*

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**

CONFIDENTIAL

# Base Case Debt Covenant Summary *($ in millions)*

| Credit Ratios | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| EBITDA | $1,305.9 | $1,360.4 | $1,388.4 | $1,418.5 | $1,415.1 | $1,421.0 | $1,426.9 |
| Cost Savings | $60.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Equity Income | $63.5 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| **Covenant EBITDA** | **$1,429.4** | **$1,459.6** | **$1,506.6** | **$1,564.2** | **$1,588.2** | **$1,631.2** | **$1,658.2** |
| **Guaranteed Debt / Covenant EBITDA** | **4.29x** | **4.23x** | **3.77x** | **3.56x** | **3.12x** | **2.64x** | **2.21x** |
| ***Maximum Total Leverage Ratio*** | *6.25x* | *6.00x* | *5.75x* | *5.50x* | *5.25x* | *5.25x* | *5.25x* |
| ***x Cushion*** | *1.96x* | *1.77x* | *1.98x* | *1.94x* | *2.13x* | *2.61x* | *3.04x* |
| ***$ Cushion (EBITDA)*** | *$409.5* | *$402.0* | *$478.2* | *$501.3* | *$573.2* | *$707.4* | *$825.0* |
| ***% Cushion (EBITDA)*** | *31.4%* | *29.6%* | *34.4%* | *35.3%* | *40.5%* | *49.8%* | *57.8%* |
| ***Implied Required EBITDA*** | *$1,343.2* | *$1,355.9* | *$1,329.8* | *$1,287.5* | *$1,234.3* | *$1,108.6* | *$973.2* |
| **Covenant EBITDA / Cash Interest** | **2.57x** | **2.57x** | **2.74x** | **2.95x** | **3.22x** | **3.62x** | **4.08x** |
| ***Minimum Interest Coverage*** | *1.75x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* |
| ***x Cushion*** | *0.82x* | *0.57x* | *0.74x* | *0.95x* | *1.22x* | *1.62x* | *2.08x* |
| ***$ Cushion (EBITDA)*** | *$454.7* | *$325.1* | *$407.3* | *$505.1* | *$601.3* | *$728.9* | *$845.1* |
| ***% Cushion (EBITDA)*** | *34.8%* | *23.9%* | *29.3%* | *35.6%* | *42.5%* | *51.3%* | *59.2%* |

VRC
Strong Values.

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**

CONFIDENTIAL

CAPITALIZATION TESTS

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

VRC0051412



CONFIDENTIAL

# *Capitalization Tests*

- **Post-Transaction Relative Equity Value**
- **Sensitivity Tests**

VRC
Strong Values.

15

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

VRC0051413

CONFIDENTIAL

# Post Transaction Relative Equity Value

| | | | |
|---|---|---|---|
| **Adjusted Enterprise Value** | **$13,407.2** | **$14,570.2** | **$15,734.2** |
| + Cash | $182.1 | $182.1 | $182.1 |
| - Debt | ($9,463.8) | ($9,463.8) | ($9,463.8) |
| - Identified Contingent Liabilities | ($90.3) | ($90.3) | ($90.3) |
| **Equity Value** | **$4,035.1** | **$5,198.2** | **$6,362.2** |
| ***% of Enterprise Value*** | ***30.1%*** | ***35.7%*** | ***40.4%*** |

VRC
Strong Values.

TRIBUNE

PRELIMINARY DRAFT
SUBJECT TO REVISION

CONFIDENTIAL

# *Sensitivity Test Assumptions*

- ***Publishing:***

  1. *3% decline in revenues for fiscal years 2008 and 2009*
  2. *2% decline in revenues in fiscal year 2010 and beyond*
  3. *22% EBITDA margin in fiscal year 2008, 21% EBITDA margin in fiscal year 2009, 22% EBITDA margin in fiscal year 2010 and 24% EBITDA margin in fiscal year in 2011*
  4. *24.4% EBITDA margin in fiscal year 2012 and beyond*

- ***Broadcasting:***

  1. *5% decline in revenues for fiscal years 2008 and 2009*
  2. *3% decline in revenues in fiscal year 2010*
  3. *2% decline in revenues in fiscal year 2011 and beyond*
  4. *32% EBITDA margin in fiscal year 2008, 33% EBITDA margin in fiscal year 2009, 34% EBITDA margin in fiscal year 2010 and 35% EBITDA margin in fiscal year in 2011*
  5. *35.8% EBITDA margin in fiscal year 2012 and beyond*

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

CONFIDENTIAL

# *Sensitivity Cash Flow Test ($ in millions)*

| Cash Flow Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| *Adjusted EBITDA* | *$1,305.9* | *$1,164.9* | *$1,094.2* | *$1,113.8* | *$1,175.9* | *$1,177.9* | *$1,156.6* |
| Cash Equity Income | $84.8 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| Cash Taxes | ($134.7) | ($84.8) | ($74.9) | ($96.5) | ($138.1) | ($157.4) | ($161.7) |
| Cash Interest Income | $5.3 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 |
| Cash Interest Expense | ($557.0) | ($571.8) | ($566.1) | ($560.8) | ($540.9) | ($513.8) | ($486.3) |
| Change in Working Capital | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) | ($28.2) | ($28.3) |
| *Operating Cash Flow* | *$684.4* | *$586.7* | *$550.1* | *$580.4* | *$647.6* | *$694.0* | *$716.8* |
| Capital Expenditures | ($174.5) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) | ($129.5) |
| Other Investing Activities | ($96.7) | ($251.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| *Cash Flow Available for Debt Repayment* | *$413.1* | *$164.2* | *$322.3* | *$352.3* | *$419.6* | *$465.3* | *$487.3* |
| *Scheduled Debt Repayments* | *($155.2)* | *($105.9)* | *($72.8)* | *($522.7)* | *($72.8)* | *($72.8)* | *($154.8)* |
| *Other Financing Activities* | *($30.0)* | *($30.2)* | *($30.2)* | *$0.0* | *$0.0* | *$0.0* | *$0.0* |
| *Net Cash Flow* | *$228.0* | *$28.2* | *$219.4* | *($170.3)* | *$346.8* | *$392.5* | *$332.6* |
| Beginning Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Minimum Cash Balance | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) |
| Revolver Borrowings | $0.0 | $0.0 | $0.0 | $170.3 | $0.0 | $0.0 | $0.0 |
| *Cash Available for Discretionary Prepayments* | *$228.0* | *$28.2* | *$219.4* | *$0.0* | *$346.8* | *$392.5* | *$332.6* |

PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC0051416

CONFIDENTIAL

# Sensitivity Case Debt Covenant Summary *($ in millions)*

| Credit Ratios | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| EBITDA | $1,305.9 | $1,164.9 | $1,094.2 | $1,113.8 | $1,175.9 | $1,177.9 | $1,156.6 |
| Cost Savings | $60.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Equity Income | $63.5 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| **Covenant EBITDA** | **$1,429.4** | **$1,264.1** | **$1,212.4** | **$1,259.5** | **$1,349.1** | **$1,388.1** | **$1,387.8** |
| **Guaranteed Debt / Covenant EBITDA** | **4.29x** | **4.98x** | **4.95x** | **4.84x** | **4.21x** | **3.76x** | **3.47x** |
| ***Maximum Total Leverage Ratio*** | *6.25x* | *6.00x* | *5.75x* | *5.50x* | *5.25x* | *5.25x* | *5.25x* |
| ***x Cushion*** | *1.96x* | *1.02x* | *0.80x* | *0.66x* | *1.04x* | *1.49x* | *1.78x* |
| ***$ Cushion (EBITDA)*** | *$409.5* | *$197.8* | *$151.7* | *$132.7* | *$232.5* | *$334.6* | *$392.8* |
| ***% Cushion (EBITDA)*** | *31.4%* | *17.0%* | *13.9%* | *11.9%* | *19.8%* | *28.4%* | *34.0%* |
| ***Implied Required EBITDA*** | *$1,343.2* | *$1,377.1* | *$1,386.4* | *$1,385.5* | *$1,371.8* | *$1,283.2* | *$1,190.3* |
| **Covenant EBITDA / Cash Interest** | **2.57x** | **2.21x** | **2.14x** | **2.25x** | **2.49x** | **2.70x** | **2.85x** |
| ***Minimum Interest Coverage*** | *1.75x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* |
| ***x Cushion*** | *0.82x* | *0.21x* | *0.14x* | *0.25x* | *0.49x* | *0.70x* | *0.85x* |
| ***$ Cushion (EBITDA)*** | *$454.7* | *$120.5* | *$80.2* | *$138.0* | *$267.2* | *$360.5* | *$415.2* |
| ***% Cushion (EBITDA)*** | *34.8%* | *10.3%* | *7.3%* | *12.4%* | *22.7%* | *30.6%* | *35.9%* |

VRC
Strong Values.

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**

CONFIDENTIAL

# Disclaimer

- *The accompanying material was compiled on a confidential basis for use solely by the Board of Directors of The Tribune Company as of May 9, 2007. This material is not intended to provide the sole basis for evaluating any transaction or event, does not purport to contain all information that may be required and should not be considered a recommendation with respect to any transaction or event. This material was prepared for a specific use by specific persons as of a specific date and was not prepared with a view to public disclosure or to conform with any disclosure standards under securities laws or otherwise. Neither Valuation Research Corporation ("VRC") nor any of its officers, directors, employees, affiliates, advisors, agents or representatives warrants the accuracy or completeness of any of the material set forth herein. Nothing contained in the accompanying material is, or shall be relied upon as, a promise or representation as to the past, the present or the future. This material must not be copied, reproduced, distributed or passed to others at any time without the prior written consent of VRC.*

- *It should be understood that any estimates, valuations, forecasts or projections contained in the accompanying material were prepared or derived from information supplied by the Company and public sources without the assumption by VRC of responsibility for any independent verification thereof. Accordingly, no representation or warranty can be or is made by VRC as to the accuracy or achievability of any such valuations, estimates, forecasts or projections and VRC expressly disclaims any and all liability relating to or resulting from the use of this material. Actual results may vary from such estimates, valuations, forecasts or projections and such variations may be material. Subsequent events may impact the analyses and conclusions set forth in the accompanying material and VRC does not assume any responsibility to update or revise the accompanying material for any events subsequent to the specified date set forth herein.*

PRELIMINARY DRAFT
SUBJECT TO REVISION

CONFIDENTIAL

# *APPENDICES*

PRELIMINARY DRAFT
SUBJECT TO REVISION



CONFIDENTIAL

# *Appendix 1*
# *Comparable Companies Valuation Analysis*

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

VRC0051420



CONFIDENTIAL

# *Comparable Companies Valuation Analysis*

| Period | Financials | Multiples | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| **Actual** | **Adjusted EBITDA** | **Low** | -- | **High** | **Low** | -- | **High** |
| **LTM** | $1,333.6 | 8.50x | -- | 9.50x | $11,335.8 | -- | $12,669.4 |
| **CFY** | $1,305.9 | 9.00x | -- | 10.00x | $11,753.4 | -- | $13,059.4 |
| **NFY** | $1,360.4 | 8.50x | -- | 9.50x | $11,563.4 | -- | $12,923.8 |
| ***Enterprise Value Range*** | | | | | ***$11,335.8*** | -- | ***$13,059.4*** |

VRC Strong Values.

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**

TRIBUNE

# Tribune Comparable Company Multiples

| Company | EV / Revenue | | | EV / EBITDA | | | EV / FCF | | | EV / | FCF | EBITDA / |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LTM | CFY | NFY | LTM | CFY | NFY | LTM | CFY | NFY | BVIC | ROIC | Assets |
| Ew Scripps Co | 3.1x | 3.0x | 2.7x | 9.3x | 8.9x | 7.9x | 10.5x | 9.9x | 8.6x | 2.3x | 21.6% | 20.4% |
| Mcclatchy Co Holding | 1.9x | 1.9x | 1.9x | 7.1x | 7.1x | 7.0x | 7.9x | 7.9x | 7.7x | 0.8x | 10.0% | 8.6% |
| New York Times Co | 1.5x | 1.5x | 1.5x | 9.2x | 9.7x | 9.5x | 14.8x | 16.0x | 15.6x | 2.2x | 15.1% | 14.6% |
| Belo Corp. | 2.3x | 2.3x | 2.2x | 9.2x | 9.7x | 8.6x | 11.8x | 12.6x | 10.8x | 1.2x | 10.1% | 10.9% |
| Media General Inc | 1.7x | 1.7x | 1.6x | 8.1x | 8.9x | 7.5x | 10.8x | 12.3x | 9.8x | 0.9x | 8.7% | 8.9% |
| Max | 3.1x | 3.0x | 2.7x | 9.3x | 9.7x | 9.5x | 14.8x | 16.0x | 15.6x | 2.3x | 21.6% | 20.4% |
| Min | 1.5x | 1.5x | 1.5x | 7.1x | 7.1x | 7.0x | 7.9x | 7.9x | 7.7x | 0.8x | 8.7% | 8.6% |
| Mean | 2.1x | 2.1x | 2.0x | 8.6x | 8.9x | 8.1x | 11.2x | 11.7x | 10.5x | 1.5x | 13.1% | 12.7% |
| Median | 1.9x | 1.9x | 1.9x | 9.2x | 8.9x | 7.9x | 10.8x | 12.3x | 9.8x | 1.2x | 10.1% | 10.9% |

Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

CONFIDENTIAL

# *Appendix 2*
# *Transaction Valuation Analysis*

PRELIMINARY DRAFT
SUBJECT TO REVISION



 CONFIDENTIAL

# Transaction Valuation Analysis

| Period | Financials | Multiples | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| Actual | Adjusted EBITDA | Low | -- | High | Low | -- | High |
| LTM | $1,333.6 | 9.00x | -- | 10.00x | $12,002.6 | -- | $13,336.3 |
| CFY | $1,305.9 | 9.00x | -- | 10.00x | $11,753.4 | -- | $13,059.4 |
| NFY | $1,360.4 | 8.50x | -- | 9.50x | $11,563.4 | -- | $12,923.8 |

| *Enterprise Value Range* | *$11,563.4* | -- | *$13,336.3* |
|---|---|---|---|

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

VRC0051424

CONFIDENTIAL

# Tribune Comparable Transaction Multiples

| Buyer | Target | Announce Date | Closing Date | Enterprise Value | LTM Sales | LTM EBITDA | EBITDA Margin | EV Value / LTM Revenues | EV Value / LTM EBITDA |
|---|---|---|---|---|---|---|---|---|---|
| Oak Hill Capital Partners | Broadcast Media Group (New York Times Co) | 1/4/2007 | pending | $575.0 | $154.7 | $43.0 | 27.8% | 3.7x | 13.4x |
| Consortium led by Thomas Lee and TPG | Univision Communications, Inc. | 6/27/2006 | 3/29/2007 | $13,352.2 | $2,166.7 | $791.0 | 36.5% | 6.2x | 16.9x |
| Wilkes-Barre Publishing Co., Inc. | The McClatchy Co. | 6/26/2006 | 7/28/2006 | $64.5 | $40.0 | $9.3 | 23.3% | 1.6x | 6.9x |
| Philadelphia Media Holdings LLC | The McClatchy Co. | 5/23/2006 | 6/29/2006 | $515.0 | $500.0 | $65.0 | 13.0% | 1.0x | 7.9x |
| Hearst-Argyle Television, Inc. | Emmis Communications Corp. (WKCF-TV) | 5/8/2006 | 8/31/2006 | $217.5 | $40.1 | $16.0 | 39.9% | 5.4x | 13.6x |
| MediaNews Group, Inc. / The Hearst Corp. | The McClatchy Co. | 4/20/2006 | 8/4/2006 | $1,000.0 | $554.0 | $87.0 | 15.7% | 1.8x | 11.5x |
| Media General, Inc. | NBC Universal, Inc. | 4/6/2006 | 6/26/2006 | $600.0 | $120.0 | $42.9 | 35.7% | 5.0x | 14.0x |
| The McClatchy Co. | Knight Ridder, Inc. | 3/13/2006 | 6/27/2006 | $6,213.9 | $3,004.0 | $631.3 | 21.0% | 2.1x | 9.8x |
| Raycom Media, Inc. | The Liberty Corp. | 8/25/2005 | 1/31/2006 | $923.9 | $216.0 | $64.9 | 30.1% | 4.3x | 14.2x |
| Lin Television Corp | Emmis Communications Corp. (5 Stations) | 8/22/2005 | 11/30/2005 | $260.0 | $57.6 | $20.0 | 34.7% | 4.5x | 13.0x |
| Journal Communications, Inc. | Emmis Communications Corp. (3 Stations) | 8/22/2005 | 2/6/2005 | $234.5 | $41.4 | $17.6 | 42.5% | 5.7x | 13.3x |
| Lee Enterprises, Inc. | Pulitzer, Inc. | 1/30/2005 | 6/3/2005 | $1,637.0 | $443.7 | $110.6 | 24.9% | 3.7x | 14.8x |
| Journal Register Co. | 21st Century Newspapers Inc | 7/6/2004 | 8/13/2004 | $507.7 | $148.1 | $30.9 | 20.9% | 3.4x | 16.4x |
| The McClatchy Co. | Pacific-Sierra Publishing | 12/4/2003 | 1/31/2004 | $40.5 | $13.0 | $2.5 | 19.2% | 3.1x | 16.2x |
| Dow Jones & Co., Inc. | The Record | 4/16/2003 | 5/5/2003 | $144.0 | $37.0 | $10.6 | 28.6% | 3.9x | 13.6x |

| | EBITDA Margin | EV Value / LTM Revenues | EV Value / LTM EBITDA |
|---|---|---|---|
| Max | 42.5% | 6.2x | 16.9x |
| Min | 13.0% | 1.0x | 6.9x |
| Mean | 27.6% | 3.7x | 13.0x |
| Median | 27.8% | 3.7x | 13.6x |

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

CONFIDENTIAL

# *Appendix 3*
# *Sum of Individual Assets Analysis*

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

VRC0051426





CONFIDENTIAL

# Sum of the Individual Operating Assets

| Publishing Valuation Summary | Low | Mid | High |
|---|---|---|---|
| Comparable Companies Method | $7,422.4 | *$8,201.2* | $8,980.0 |
| Comparable Transactions Method | $7,654.4 | *$8,541.7* | $9,429.0 |
| Discounted Cash Flow Method | $6,215.7 | *$7,023.0* | $7,830.4 |
| **Average Enterprise Value** | **$7,097.5** | **$7,922.0** | **$8,746.5** |

| Broadcasting Valuation Summary | Low | Mid | High |
|---|---|---|---|
| Comparable Companies Method | $4,223.1 | *$4,694.1* | $5,165.1 |
| Comparable Transactions Method | $4,415.0 | *$4,889.4* | $5,363.7 |
| Discounted Cash Flow Method | $3,982.7 | *$4,251.3* | $4,519.8 |
| **Average Enterprise Value** | **$4,207.0** | **$4,611.6** | **$5,016.2** |

| Radio Valuation Summary | Low | Mid | High |
|---|---|---|---|
| Radio | $175.0 | *$187.5* | $200.0 |
| **Average Enterprise Value** | **$175.0** | **$187.5** | **$200.0** |
| **Total Operating Enterprise Value** | **$11,479.5** | **$12,721.1** | **$13,962.7** |

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

CONFIDENTIAL

# Equity Investment Valuation

| | Description | Tribune Ownership | Valuation Range | | | Ownership Adjusted Range | | |
|---|---|---|---|---|---|---|---|---|
| | | | Low | Mid | High | Low | Mid | High |
| CUBS[1] | Major League Baseball team | 100.0% | $600 | $675 | $750 | $377 | $422 | $467 |
| TV Food Network | 24 hour cable/satellite TV network focusing on food and entertainment | 31.3% | $3,370 | $3,743 | $4,115 | $1,055 | $1,171 | $1,288 |
| CareerBuilder | On-line recruiting | 42.5% | $1,428 | $1,615 | $1,801 | $607 | $686 | $766 |
| Classified Ventures | Network of automotive and real estate classified advertising websites | 27.8% | $243 | $272 | $302 | $67 | $76 | $84 |
| Comcast SportsNet Chicago[1] | 24 hour cable/satellite TV network focusing on Chicago Sports teams | 25.3% | $886 | $961 | $1,036 | $142 | $154 | $165 |
| ShopLocal | Transforms traditionally print-based promotions into search-based interactive formats | 42.5% | $82 | $97 | $113 | $35 | $41 | $48 |
| Topix.net | Online news and information aggregation website that groups news by topics | 33.7% | $75 | $80 | $85 | $25 | $27 | $29 |
| Legacy.com[2] | Online resource for obituaries and guest books | 40.0% | $10 | $13 | $16 | $4 | $5 | $7 |
| Recycler | Value represents credit for tax basis of $180MM | | $72 | $72 | $72 | $72 | $72 | $72 |
| AdStar (3.4mm shares @ $2.25/share) | Publicly traded Adstar shares | | -- | -- | -- | $8 | $8 | $8 |
| TWX | Publicly traded Time Warner shares in addition to PHONES | | -- | -- | -- | $6 | $6 | $6 |
| Consumer Networks | Business expected to be liquidated | | $0 | $0 | $0 | $0 | $0 | $0 |
| Quetzel / Chase[3] | Media Investment Fund | 3.0% | $42 | $42 | $42 | $1 | $1 | $1 |
| Low Income Housing Credits | Low value based on recent bid received | 100.0% | $12 | $17 | $21 | $12 | $17 | $21 |
| ***Total Investments*** | | | | ***$7,587*** | | ***$2,412*** | ***$2,686*** | ***$2,961*** |

Strong Values.

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**

CONFIDENTIAL

Appendix 4
Discounted Cash Flow Analysis

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE



CONFIDENTIAL

# Discounted Cash Flow Method

| | Partial Period | Fiscal Years Ended, December 31 | | | | |
|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| ***Revenue*** | ***$4,132.5*** | ***$5,262.2*** | ***$5,295.1*** | ***$5,363.7*** | ***$5,392.0*** | ***$5,420.6*** |
| *% growth* | -- | *-1.8%* | *0.6%* | *1.3%* | *0.5%* | *0.5%* |
| ***Adjusted EBITDA*** | ***$1,047.8*** | ***$1,360.4*** | ***$1,388.4*** | ***$1,418.5*** | ***$1,415.1*** | ***$1,421.0*** |
| *% growth* | -- | *4.2%* | *2.1%* | *2.2%* | *-0.2%* | *0.4%* |
| *% margin* | *25.4%* | *25.9%* | *26.2%* | *26.4%* | *26.2%* | *26.2%* |
| *Adjusted EBITDA* | *$1,047.8* | *$1,360.4* | *$1,388.4* | *$1,418.5* | *$1,415.1* | *$1,421.0* |
| Net Change in Working Capital | ($35.0) | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) |
| Cash Taxes | ($473.2) | ($612.3) | ($624.5) | ($636.0) | ($634.7) | ($638.5) |
| Capital Expenditures | ($153.7) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) |
| *Enterprise Cash Flow (ECF)* | *$385.9* | *$556.6* | *$610.1* | *$627.9* | *$625.3* | *$626.1* |

| *Discount* | PV of ECF + | *PV of Terminal Value =* | | | *Enterprise Value* | | | *Discount* |
|---|---|---|---|---|---|---|---|---|
| *Rate* | | *7.50x* | *8.00x* | *8.50x* | *7.50x* | *8.00x* | *8.50x* | *Rate* |
| *7.5%* | $2,786.4 | $7,029.8 | $7,498.4 | $7,967.1 | $9,816.2 | $10,284.9 | $10,753.5 | *7.5%* |
| *8.0%* | $2,750.7 | $6,844.6 | $7,300.9 | $7,757.2 | $9,595.3 | $10,051.6 | $10,507.9 | *8.0%* |
| *8.5%* | $2,715.7 | $6,665.1 | $7,109.4 | $7,553.8 | $9,380.8 | $9,825.2 | $10,269.5 | *8.5%* |
| | | | | | Low | -- | High | |
| *Enterprise Value Range* | | | | | $9,380.8 | -- | $10,753.5 | |

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

CONFIDENTIAL

# *Appendix 5*
# *PHONES Tax Savings*

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

CONFIDENTIAL

# PHONES Tax Savings

| Year | Tax over Book | Total Cumulative | Deferred Tax Effect @ 39% | Annual Deferred Tax Effect | Present Value Discount Factor | PV of Deferred Taxes |
|---|---|---|---|---|---|---|
| 2007 | $86.9 | $572.2 | $223.1 | $33.9 | 97.2% | $32.9 |
| 2008 | 94.8 | 667.0 | 260.1 | 37.0 | 90.8% | 33.6 |
| 2009 | 103.3 | 770.3 | 300.4 | 40.3 | 84.1% | 33.9 |
| 2010 | 112.5 | 882.8 | 344.3 | 43.9 | 77.9% | 34.2 |
| 2011 | 122.6 | 1,005.4 | 392.1 | 47.8 | 72.1% | 34.5 |
| 2012 | 133.4 | 1,138.8 | 444.1 | 52.0 | 66.8% | 34.7 |
| 2013 | 145.1 | 1,283.9 | 500.7 | 56.6 | 61.8% | 35.0 |
| 2014 | 157.9 | 1,441.8 | 562.3 | 61.6 | 57.2% | 35.2 |
| 2015 | 171.7 | 1,613.5 | 629.3 | 67.0 | 53.0% | 35.5 |
| 2016 | 186.6 | 1,800.1 | 702.1 | 72.8 | 49.1% | 35.7 |
| 2017 | 202.9 | 2,003.0 | 781.2 | 79.1 | 45.4% | 35.9 |
| 2018 | 220.4 | 2,223.4 | 867.1 | 86.0 | 42.1% | 36.2 |
| 2019 | 239.5 | 2,462.9 | 960.5 | 93.4 | 39.0% | 36.4 |
| 2020 | 260.1 | 2,723.0 | 1,062.0 | 101.4 | 36.1% | 36.6 |
| 2021 | 282.5 | 3,005.5 | 1,172.1 | 110.2 | 33.4% | 36.8 |
| 2022 | 306.7 | 3,312.2 | 1,291.8 | 119.6 | 30.9% | 37.0 |
| 2023 | 333.0 | 3,645.2 | 1,421.6 | 129.9 | 28.6% | 37.2 |
| 2024 | 361.4 | 4,006.6 | 1,562.6 | 141.0 | 26.5% | 37.4 |
| 2025 | 392.3 | 4,398.9 | 1,715.6 | 153.0 | 24.5% | 37.6 |
| 2026 | 425.7 | 4,824.7 | 1,881.6 | 166.0 | 22.7% | 37.7 |
| 2027 | 462.0 | 5,286.6 | 2,061.8 | 180.2 | 21.0% | 37.9 |
| 2028 | 501.3 | 5,787.9 | 2,257.3 | 195.5 | 19.5% | 38.1 |
| 2029 | 277.0 | 6,064.9 | 2,365.3 | 108.0 | 18.0% | 19.5 |

***$809.5 million***

| | |
|---|---|
| Total PV of Inflows | $809.5 |
| Total PV of Outflows | ($426.8) |
| Net Present Value | $382.7 |

- *Tax savings discounted at 8%, Tribune's estimated cost of capital.*

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

CONFIDENTIAL

*Appendix 6*
*Cash Flow Test Support Data*

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE



CONFIDENTIAL

# Base Case Financial Summary

| Financial Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| **Revenues** | **$5,357.6** | **$5,262.2** | **$5,295.1** | **$5,363.7** | **$5,392.0** | **$5,420.6** | **$5,449.4** |
| *% Growth* | *n/a* | *-1.8%* | *0.6%* | *1.3%* | *0.5%* | *0.5%* | *0.5%* |
| **Adjusted EBITDA** | **$1,305.9** | **$1,360.4** | **$1,388.4** | **$1,418.5** | **$1,415.1** | **$1,421.0** | **$1,426.9** |
| *% Growth* | *n/a* | *4.2%* | *2.1%* | *2.2%* | *-0.2%* | *0.4%* | *0.4%* |
| *% Margin* | *24.4%* | *25.9%* | *26.2%* | *26.4%* | *26.2%* | *26.2%* | *26.2%* |
| **Operating Cash Flow (OCF)** | **$684.4** | **$714.1** | **$748.0** | **$794.3** | **$830.2** | **$888.8** | **$939.8** |
| *% Growth* | *n/a* | *4.3%* | *4.7%* | *6.2%* | *4.5%* | *7.1%* | *5.7%* |
| *% Margin* | *12.8%* | *13.6%* | *14.1%* | *14.8%* | *15.4%* | *16.4%* | *17.2%* |
| **Capital Expenditures (Capex)** | **$174.5** | **$171.5** | **$127.8** | **$128.0** | **$128.0** | **$128.7** | **$129.5** |
| *% Margin* | *3.3%* | *3.3%* | *2.4%* | *2.4%* | *2.4%* | *2.4%* | *2.4%* |
| **EBITDA - Capex** | **$1,131.4** | **$1,188.9** | **$1,260.6** | **$1,290.5** | **$1,287.1** | **$1,292.2** | **$1,297.5** |
| *% Margin* | *21.1%* | *22.6%* | *23.8%* | *24.1%* | *23.9%* | *23.8%* | *23.8%* |
| **OCF - Capex** | **$509.9** | **$542.6** | **$620.2** | **$666.3** | **$702.2** | **$760.1** | **$810.4** |
| *% Margin* | *9.5%* | *10.3%* | *11.7%* | *12.4%* | *13.0%* | *14.0%* | *14.9%* |
| Guaranteed Debt | $6,132.5 | $6,169.3 | $5,679.3 | $5,562.9 | $4,960.7 | $4,300.6 | $3,672.2 |
| Total Debt | $8,569.4 | $8,310.1 | $7,821.1 | $7,255.9 | $6,654.7 | $5,994.6 | $5,284.2 |
| Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Net Debt | $8,394.8 | $8,135.4 | $7,646.5 | $7,081.2 | $6,480.0 | $5,819.9 | $5,109.6 |
| Excess Cash | ($0.0) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Interest Expense | $592.0 | $619.0 | $602.4 | $583.3 | $548.2 | $507.0 | $463.5 |
| Cash Interest | $557.0 | $567.2 | $549.6 | $529.5 | $493.4 | $451.1 | $406.5 |
| Cash Taxes | $134.7 | $157.4 | $187.7 | $218.5 | $242.2 | $268.4 | $288.8 |

PRELIMINARY DRAFT
SUBJECT TO REVISION

CONFIDENTIAL

# Base Case Debt and Interest Expense Schedule

| Debt Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| Revolving Credit Facility | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| New Term Loan B | $6,132.5 | $6,169.3 | $5,679.3 | $5,562.9 | $4,960.7 | $4,300.6 | $3,672.2 |
| New Senior Notes | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Guaranteed Debt** | **$6,132.5** | **$6,169.3** | **$5,679.3** | **$5,562.9** | **$4,960.7** | **$4,300.6** | **$3,672.2** |
| Medium Term Notes | $262.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Existing Debt | $2,174.4 | $2,140.7 | $2,141.9 | $1,693.1 | $1,694.0 | $1,694.0 | $1,612.0 |
| **Total Debt** | **$8,569.4** | **$8,310.1** | **$7,821.1** | **$7,255.9** | **$6,654.7** | **$5,994.6** | **$5,284.2** |
| Excess Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| **Net Debt** | **$8,394.8** | **$8,135.4** | **$7,646.5** | **$7,081.2** | **$6,480.0** | **$5,819.9** | **$5,109.6** |

| Interest Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| Revolving Credit Facility | $3.8 | $3.8 | $3.8 | $3.8 | $3.8 | $3.8 | $3.8 |
| New Term Loan B | $384.3 | $437.4 | $430.6 | $416.8 | $396.4 | $354.1 | $309.5 |
| New Senior Notes | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Medium Term Notes | $14.8 | $10.8 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Existing Debt | $114.1 | $115.3 | $115.3 | $109.0 | $93.3 | $93.3 | $93.3 |
| Retired Debt | $40.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Cash Interest Expense** | **$557.0** | **$567.2** | **$549.6** | **$529.5** | **$493.4** | **$451.1** | **$406.5** |
| Amortization of Financing Fees | $14.0 | $33.5 | $33.5 | $33.5 | $33.5 | $33.5 | $33.5 |
| Existing Amortization | $7.9 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 |
| PHONES (non-cash) | $13.1 | $14.1 | $15.1 | $16.1 | $17.1 | $18.2 | $19.3 |
| **Total Interest Expense** | **$592.0** | **$619.0** | **$602.4** | **$583.3** | **$548.2** | **$507.0** | **$463.5** |

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

CONFIDENTIAL

# *Appendix 7*
# *Sensitivity Test Support Data*

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

CONFIDENTIAL

# Sensitivity Case Financial Summary

| Financial Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| **Revenues** | **$5,357.6** | **$4,992.6** | **$4,822.6** | **$4,717.3** | **$4,635.2** | **$4,554.6** | **$4,475.6** |
| *% Growth* | *n/a* | *-6.8%* | *-3.4%* | *-2.2%* | *-1.7%* | *-1.7%* | *-1.7%* |
| **Adjusted EBITDA** | **$1,305.9** | **$1,164.9** | **$1,094.2** | **$1,113.8** | **$1,175.9** | **$1,177.9** | **$1,156.6** |
| *% Growth* | *n/a* | *-10.8%* | *-6.1%* | *1.8%* | *5.6%* | *0.2%* | *-1.8%* |
| *% Margin* | *24.4%* | *23.3%* | *22.7%* | *23.6%* | *25.4%* | *25.9%* | *25.8%* |
| **Operating Cash Flow (OCF)** | **$684.4** | **$586.7** | **$550.1** | **$580.4** | **$647.6** | **$694.0** | **$716.8** |
| *% Growth* | *n/a* | *-14.3%* | *-6.2%* | *5.5%* | *11.6%* | *7.2%* | *3.3%* |
| *% Margin* | *12.8%* | *11.8%* | *11.4%* | *12.3%* | *14.0%* | *15.2%* | *16.0%* |
| **Capital Expenditures (Capex)** | **$174.5** | **$171.5** | **$127.8** | **$128.0** | **$128.0** | **$128.7** | **$129.5** |
| *% Margin* | *3.3%* | *3.4%* | *2.7%* | *2.7%* | *2.8%* | *2.8%* | *2.9%* |
| **EBITDA - Capex** | **$1,131.4** | **$993.4** | **$966.4** | **$985.8** | **$1,047.9** | **$1,049.1** | **$1,027.1** |
| *% Margin* | *21.1%* | *19.9%* | *20.0%* | *20.9%* | *22.6%* | *23.0%* | *22.9%* |
| **OCF - Capex** | **$509.9** | **$415.2** | **$422.3** | **$452.3** | **$519.6** | **$565.3** | **$587.3** |
| *% Margin* | *9.5%* | *8.3%* | *8.8%* | *9.6%* | *11.2%* | *12.4%* | *13.1%* |
| Guaranteed Debt | $6,132.5 | $6,296.7 | $6,004.6 | $6,102.1 | $5,682.5 | $5,217.2 | $4,811.9 |
| Total Debt | $8,569.4 | $8,437.5 | $8,146.4 | $7,795.2 | $7,376.5 | $6,911.2 | $6,423.9 |
| Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Net Debt | $8,394.8 | $8,262.8 | $7,971.8 | $7,620.5 | $7,201.8 | $6,736.5 | $6,249.2 |
| Excess Cash | ($0.0) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Interest Expense | $592.0 | $623.5 | $618.8 | $614.5 | $595.7 | $569.6 | $543.3 |
| Cash Interest | $557.0 | $571.8 | $566.1 | $560.8 | $540.9 | $513.8 | $486.3 |
| Cash Taxes | $134.7 | $84.8 | $74.9 | $96.5 | $138.1 | $157.4 | $161.7 |

CONFIDENTIAL

# Sensitivity Case Debt and Interest Expense Schedule

| Debt Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| Revolving Credit Facility | $0.0 | $0.0 | $0.0 | $170.3 | $0.0 | $0.0 | $0.0 |
| New Term Loan B | $6,132.5 | $6,296.7 | $6,004.6 | $5,931.8 | $5,682.5 | $5,217.2 | $4,811.9 |
| New Senior Notes | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Guaranteed Debt** | **$6,132.5** | **$6,296.7** | **$6,004.6** | **$6,102.1** | **$5,682.5** | **$5,217.2** | **$4,811.9** |
| Medium Term Notes | $262.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Existing Debt | $2,174.4 | $2,140.7 | $2,141.9 | $1,693.1 | $1,694.0 | $1,694.0 | $1,612.0 |
| **Total Debt** | **$8,569.4** | **$8,437.5** | **$8,146.4** | **$7,795.2** | **$7,376.5** | **$6,911.2** | **$6,423.9** |
| Excess Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| **Net Debt** | **$8,394.8** | **$8,262.8** | **$7,971.8** | **$7,620.5** | **$7,201.8** | **$6,736.5** | **$6,249.2** |

| Interest Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| Revolving Credit Facility | $3.8 | $3.8 | $3.8 | $9.2 | $10.2 | $3.8 | $3.8 |
| New Term Loan B | $384.3 | $441.9 | $447.1 | $442.5 | $437.5 | $416.7 | $389.3 |
| New Senior Notes | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Medium Term Notes | $14.8 | $10.8 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Existing Debt | $114.1 | $115.3 | $115.3 | $109.0 | $93.3 | $93.3 | $93.3 |
| Retired Debt | $40.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Cash Interest Expense** | **$557.0** | **$571.8** | **$566.1** | **$560.8** | **$540.9** | **$513.8** | **$486.3** |
| Amortization of Financing Fees | $14.0 | $33.5 | $33.5 | $33.5 | $33.5 | $33.5 | $33.5 |
| Existing Amortization | $7.9 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 |
| PHONES (non-cash) | $13.1 | $14.1 | $15.1 | $16.1 | $17.1 | $18.2 | $19.3 |
| **Total Interest Expense** | **$592.0** | **$623.5** | **$618.8** | **$614.5** | **$595.7** | **$569.6** | **$543.3** |

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

CONFIDENTIAL

# Sensitivity Case Test Analysis

*Publishing Segment*

| Financial Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| **Revenues** | **$3,947.3** | **$3,828.9** | **$3,714.0** | **$3,639.7** | **$3,566.9** | **$3,495.6** | **$3,425.7** |
| *% Growth* | *-1.0%* | *-3.0%* | *-3.0%* | *-2.0%* | *-2.0%* | *-2.0%* | *-2.0%* |
| **Operating Expenses** | **$3,018.8** | **$2,986.5** | **$2,934.1** | **$2,839.0** | **$2,710.9** | **$2,641.8** | **$2,588.9** |
| *% Margin* | *76.5%* | *78.0%* | *79.0%* | *78.0%* | *76.0%* | *75.6%* | *75.6%* |
| **EBITDA** | **$928.5** | **$842.4** | **$779.9** | **$800.7** | **$856.1** | **$853.8** | **$836.8** |
| *% Growth* | *-1.2%* | *-9.3%* | *-7.4%* | *2.7%* | *6.9%* | *-0.3%* | *-2.0%* |
| *% Margin* | *23.5%* | *22.0%* | *21.0%* | *22.0%* | *24.0%* | *24.4%* | *24.4%* |

*B&E Segment*

| Financial Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| **Revenues** | **$1,181.8** | **$1,122.7** | **$1,066.6** | **$1,034.6** | **$1,024.3** | **$1,014.0** | **$1,003.9** |
| *% Growth* | *0.1%* | *-5.0%* | *-5.0%* | *-3.0%* | *-1.0%* | *-1.0%* | *-1.0%* |
| **Operating Expenses** | **$790.6** | **$763.5** | **$714.6** | **$682.8** | **$665.8** | **$650.8** | **$644.2** |
| *% Margin* | *66.9%* | *68.0%* | *67.0%* | *66.0%* | *65.0%* | *64.2%* | *64.2%* |
| **EBITDA** | **$391.2** | **$359.3** | **$352.0** | **$351.8** | **$358.5** | **$363.2** | **$359.6** |
| *% Growth* | *-2.9%* | *-8.2%* | *-2.0%* | *-0.1%* | *1.9%* | *1.3%* | *-1.0%* |
| *% Margin* | *33.1%* | *32.0%* | *33.0%* | *34.0%* | *35.0%* | *35.8%* | *35.8%* |

VRC
Strong Values.

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**

TRIBUNE

CONFIDENTIAL

# *Base Case / Sensitivity Case Comparison (continued) ($ in millions)*

| Publishing Segment Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| ***Revenue*** | | | | | | | | |
| Base Case | $3,947.3 | $3,969.2 | $3,997.9 | $4,024.7 | $4,054.4 | $4,084.3 | $4,114.5 | $28,192.3 |
| Sensitivity Case | $3,947.3 | $3,828.9 | $3,714.0 | $3,639.7 | $3,566.9 | $3,495.6 | $3,425.7 | $25,618.2 |
| **$ Variance** | **$0.0** | **($140.3)** | **($283.9)** | **($384.9)** | **($487.4)** | **($588.7)** | **($688.8)** | **($2,574.1)** |
| **% Variance** | **0.0%** | **-3.5%** | **-7.1%** | **-9.6%** | **-12.0%** | **-14.4%** | **-16.7%** | **-9.1%** |
| ***EBITDA*** | | | | | | | | |
| Base Case | $928.5 | $953.6 | $966.5 | $979.4 | $990.3 | $997.6 | $1,005.0 | $6,821.0 |
| Sensitivity Case | $928.5 | $842.4 | $779.9 | $800.7 | $856.1 | $853.8 | $836.8 | $5,898.2 |
| **$ Variance** | **$0.0** | **($111.2)** | **($186.6)** | **($178.7)** | **($134.3)** | **($143.8)** | **($168.3)** | **($922.8)** |
| **% Variance** | **0.0%** | **-11.7%** | **-19.3%** | **-18.2%** | **-13.6%** | **-14.4%** | **-16.7%** | **-13.5%** |

| Broadcasting Segment Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| ***Revenue*** | | | | | | | | |
| Base Case | $1,181.8 | $1,252.0 | $1,255.2 | $1,296.1 | $1,293.7 | $1,291.2 | $1,288.8 | $8,858.8 |
| Sensitivity Case | $1,181.8 | $1,122.7 | $1,066.6 | $1,034.6 | $1,024.3 | $1,014.0 | $1,003.9 | $7,447.9 |
| **$ Variance** | **$0.0** | **($129.3)** | **($188.6)** | **($261.5)** | **($269.4)** | **($277.2)** | **($284.9)** | **($1,410.9)** |
| **% Variance** | **0.0%** | **-10.3%** | **-15.0%** | **-20.2%** | **-20.8%** | **-21.5%** | **-22.1%** | **-15.9%** |
| ***EBITDA*** | | | | | | | | |
| Base Case | $391.2 | $443.5 | $459.6 | $477.8 | $463.4 | $462.5 | $461.7 | $3,159.7 |
| Sensitivity Case | $391.2 | $359.3 | $352.0 | $351.8 | $358.5 | $363.2 | $359.6 | $2,535.6 |
| **$ Variance** | **$0.0** | **($84.2)** | **($107.6)** | **($126.0)** | **($104.9)** | **($99.3)** | **($102.1)** | **($624.1)** |
| **% Variance** | **0.0%** | **-19.0%** | **-23.4%** | **-26.4%** | **-22.6%** | **-21.5%** | **-22.1%** | **-19.8%** |

VRC

Strong Values.

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**

TRIBUNE

CONFIDENTIAL

# Base Case / Sensitivity Case Comparison ($ in millions)

| Consolidated Company Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| ***Revenue*** | | | | | | | | |
| Base Case | $5,357.6 | $5,262.2 | $5,295.1 | $5,363.7 | $5,392.0 | $5,420.6 | $5,449.4 | $37,540.7 |
| Sensitivity Case | $5,357.6 | $4,992.6 | $4,822.6 | $4,717.3 | $4,635.2 | $4,554.6 | $4,475.6 | $33,555.7 |
| **$ Variance** | **$0.0** | **($269.6)** | **($472.5)** | **($646.4)** | **($756.8)** | **($866.0)** | **($973.7)** | **($3,985.0)** |
| **% Variance** | **0.0%** | **-5.1%** | **-8.9%** | **-12.1%** | **-14.0%** | **-16.0%** | **-17.9%** | **-10.6%** |
| ***EBITDA*** | | | | | | | | |
| Base Case | $1,305.9 | $1,360.4 | $1,388.4 | $1,418.5 | $1,415.1 | $1,421.0 | $1,426.9 | $9,736.2 |
| Sensitivity Case | $1,305.9 | $1,164.9 | $1,094.2 | $1,113.8 | $1,175.9 | $1,177.9 | $1,156.6 | $8,189.3 |
| **$ Variance** | **$0.0** | **($195.5)** | **($294.2)** | **($304.7)** | **($239.1)** | **($243.1)** | **($270.3)** | **($1,547.0)** |
| **% Variance** | **0.0%** | **-14.4%** | **-21.2%** | **-21.5%** | **-16.9%** | **-17.1%** | **-18.9%** | **-15.9%** |
| ***Cash Available for Debt Repayment*** | | | | | | | | |
| Base Case | $228.0 | $155.6 | $417.3 | $43.7 | $529.4 | $587.3 | $555.6 | $2,516.8 |
| Sensitivity Case | $228.0 | $28.2 | $219.4 | $0.0 | $346.8 | $392.5 | $332.6 | $1,547.4 |
| **$ Variance** | **$0.0** | **($127.4)** | **($197.9)** | **($43.7)** | **($182.6)** | **($194.8)** | **($223.0)** | **($969.4)** |
| **% Variance** | **0.0%** | **-81.9%** | **-47.4%** | **-100.0%** | **-34.5%** | **-33.2%** | **-40.1%** | **-38.5%** |

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

CONFIDENTIAL

Appendix 8
Due Diligence

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

VRC0051442



CONFIDENTIAL

# Due Diligence

***In rendering the Opinion, VRC conducted such reviews, analyses and inquiries deemed necessary and appropriate under the circumstances. Among other things, VRC:***

- Reviewed the Company's Form 10K for the period ended December 31, 2006;
- Reviewed the Company's Form 8K filed on April 05, 2007;
- Reviewed internal interim financial statements for the period ended [March 31], 2007;
- Reviewed the ESOP Transaction Model dated April 2007, titled "2/8/07 – 2007 Revised Operating Plan Case" (the "Base Forecast Model");
- Reviewed the ESOP Transaction Model dated April 2007, titled "2/8/07 – Pub Ad Rev -2% and B&E OCF Flat Case" (the "Downside Forecast Model");
- Reviewed the draft of the Confidential Information Memorandum for Public Investors, dated April 16, 2007;
- Reviewed the Draft of the Summary of Terms and Conditions of the Senior Secured Credit Facilities, the Incremental Credit Facility, and the Senior Unsecured Bridge Facility dated April 13, 2007;
- Reviewed the Company's Offer to Purchase, dated April 25, 2007, and the related Schedule TO dated the same date;
- Reviewed the Company's summary of the Participating Hybrid Option Note Exchangeable Securities ("PHONES");
- Reviewed the PHONES Debt Offering Prospectus dated March 31, 1999;
- Obtained a written representations from responsible officers of the Company that there are approximately $90.3 million of Identified Contingent Liabilities;

PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC0051443

CONFIDENTIAL



# Due Diligence *(continued)*

- Obtained a written representations from responsible officers of the Company that there have not been any material adverse changes in the assets or liabilities of Tribune between [March 31], 2007 and the date hereof, that may materially affect, without limitation, Tribune's business operations or condition;

- Obtained a written representations from responsible officers of the Company that the Base Forecast Model provided to VRC reflect Management's best estimates, and are reasonable and obtainable based on Management's involvement and understanding of the business operations, its markets, the strategic vision, the competitive landscape, and regulatory and economic trends;

- Reviewed the presentation titled "Tribune April 2007", which was presented to VRC on April 5, 2007;

- Reviewed the Rating Agency presentation dated March 2007;

- Reviewed the presentation titled "Zell Proposal – Sources and Uses and PF Capitalization" dated April 1, 2007;

- Reviewed BIA Financial, "Investing in Television Market Report", 4th edition, 2006 for the Company's Broadcasting operations;

- Reviewed BIA Financial, "Investing in Radio Market Report", 3rd edition, 2006 for the Company's Broadcasting operations;

- Reviewed the NAB / BCFM Television Financial Report – 2006 edition for the Company's Broadcasting operations;

- Reviewed current research reports prepared by Thomson Financial and Morgan Stanley for the Company's Broadcasting operations;

- Reviewed current research reports prepared by Wachovia Capital, UBS, Bear Stearns, JPMorgan, Deutsche Bank, Citigroup, Credit Suisse, and Morgan Stanley for the Publishing Operations;

- Reviewed current Standard & Poor's Industry Surveys: Publishing Operations;



PRELIMINARY DRAFT
SUBJECT TO REVISION

CONFIDENTIAL

# Due Diligence *(continued)*

- Reviewed audited financial statements for Television Food Network, G.P. ("TV Food Network") for the years ended December 31, 2004 through 2005;Reviewed internal income statements for 2006 and budgeted income statements for 2007 for TV Food Network;
- Reviewed Agreement of General Partnership for TV Food Network;
- Reviewed the analyst reports, press releases, and public filings of various companies operating in the cable industry;
- Reviewed internal income statements for 2006 and budgeted income statements for 2007 for Comcast SportsNet;
- Reviewed the Amended and Restated LLC Agreement for Comcast SportsNet;
- Reviewed various financial statements for the periods December 31, 2001 through 2006 for CareerBuilder.com ("CareerBuilder");
- Reviewed forecasted income statements for the periods December 31, 2007 through 2009 for CareerBuilder;
- Reviewed other internal operating and financial data for the periods between 2004 and 2006 relating to unique visitors, sell thru rates, and pricing and volume for CareerBuilder;
- Reviewed the Amended and Restated LLC and Affiliate Agreements for CareerBuilder;
- Reviewed various financial statements and forecasts for the periods December 31, 2001 through 2007 for Classified Ventures.com ("Classified Ventures");
- Reviewed the LLC Agreement and First Amendment to LLC Agreement for Classified Ventures;
- Reviewed various historical financial statements for other Tribune equity investments, including ShopLocal, Topix.net, and Legacy.com;
- Reviewed various LLC, Affiliate, and Stockholder Agreements for ShopLocal, Topix.net, and Legacy.com;

PRELIMINARY DRAFT
SUBJECT TO REVISION

CONFIDENTIAL

# Due Diligence *(continued)*

- Reviewed 2006 valuation report for Topix.net
- Reviewed various financial statements for the periods for the December 31, 2005 through September 30, 2006 for Quetzel/J.P. Morgan L.P.;
- Reviewed memo relating to low income housing credits;
- Reviewed various other schedules and workbooks from the Merrill Lynch data room;
- Developed indications of value for the Company, the operating divisions and the equity interests of Tribune using generally accepted valuation methodology;
- Performed a cash flow and debt repayment analysis for the Company;
- Reviewed the industries in which the Company operates, which included a review of (i) certain research of the industries in which the Company operates, (ii) certain publicly traded companies deemed comparable to the Company and (iii) certain mergers and acquisitions involving businesses deemed comparable to the Company;
- Held discussions and multiple meetings with certain members of the Company's management team with respect to the past, present, and future operating and financial conditions of the Company, among other subjects; and
- Conducted such other reviews, analyses and inquiries and considered such other economic, industry, market, financial and other information and data deemed appropriate by VRC.