*Base Case Discounted Cash Flow Method*

### Corrected Version

|  | Partial Period | Fiscal Years Ended, December 31 | | | | |
|---|---|---|---|---|---|---|
|  | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| *Revenue* | *$4,132.5* | *$5,262.2* | *$5,295.1* | *$5,363.7* | *$5,392.0* | *$5,420.6* |
| *% growth* | -- | -- | 0.6% | 1.3% | 0.5% | 0.5% |
| *Adjusted EBITDA* | *$1,047.8* | *$1,420.4* | *$1,448.4* | *$1,478.5* | *$1,475.1* | *$1,481.0* |
| *Less: $60 mm 401K savings* | *$0.0* | *$0.0* | *$0.0* | *$0.0* | *$0.0* | *$0.0* |
| *Revised Adjusted EBITDA* | *$1,047.8* | *$1,420.4* | *$1,448.4* | *$1,478.5* | *$1,475.1* | *$1,481.0* |
| *% growth* | -- | -- | 2.0% | 2.1% | -0.2% | 0.4% |
| *% margin* | 25.4% | 27.0% | 27.4% | 27.6% | 27.4% | 27.3% |
| *Adjusted EBITDA* | *$1,047.8* | *$1,420.4* | *$1,448.4* | *$1,478.5* | *$1,475.1* | *$1,481.0* |
| *Less:* Depreciation & Amortization | ($189.4) | ($240.3) | ($244.3) | ($244.3) | ($244.3) | ($248.3) |
| Pre-tax Income | $858.4 | $1,180.1 | $1,204.1 | $1,234.2 | $1,230.8 | $1,232.7 |
| *Less:* Cash Taxes | ($334.8) | ($460.2) | ($469.6) | ($481.3) | ($480.0) | ($480.8) |
| *Plus:* Depreciation & Amortization | 189.4 | 240.3 | 244.3 | 244.3 | 244.3 | 248.3 |
| *Less:* Net Change in Working Capital | ($35.0) | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) |
| *Less:* Capital Expenditures | ($153.7) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) |
| *Less:* Investments & Acquisitions | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| *Enterprise Cash Flow (ECF)* | *$524.3* | *$768.7* | *$825.0* | *$842.6* | *$840.0* | *$843.9* |
| | | | | | | Terminal Value PV Factor |
| 7.50% Mid-Year Discount Factor | 0.977 | 0.920 | 0.856 | 0.796 | 0.741 | 0.689 | 0.665 |
| 8.00% Mid-Year Discount Factor | 0.975 | 0.916 | 0.848 | 0.785 | 0.727 | 0.673 | 0.648 |
| 8.50% Mid-Year Discount Factor | 0.974 | 0.911 | 0.839 | 0.774 | 0.713 | 0.657 | 0.631 |
| 7.50% Discounted ECF | $512.2 | $707.5 | $706.4 | $671.1 | $622.4 | $581.6 |
| 8.00% Discounted ECF | $511.4 | $703.7 | $699.4 | $661.4 | $610.5 | $567.9 |
| 8.50% Discounted ECF | $510.7 | $700.0 | $692.5 | $651.9 | $598.9 | $554.5 |

39% (labeled beside Cash Taxes)

| Discount Rate | PV of ECF + | PV of Terminal Value = | | | Enterprise Value | | | Discount Rate |
|---|---|---|---|---|---|---|---|---|
| | | 7.50x | 8.00x | 8.50x | 7.50x | 8.00x | 8.50x | |
| 7.5% | $3,801.1 | $7,383.6 | $7,875.8 | $8,368.0 | $11,184.7 | $11,676.9 | $12,169.2 | 7.5% |
| 8.0% | $3,754.3 | $7,192.6 | $7,672.1 | $8,151.6 | $10,946.9 | $11,426.4 | $11,905.9 | 8.0% |
| 8.5% | $3,708.5 | $7,007.4 | $7,474.6 | $7,941.8 | $10,715.9 | $11,183.1 | $11,650.2 | 8.5% |
| | | | | | Low | -- | High | |
| *Enterprise Value Range* | | | | | *$10,715.9* | -- | *$12,169.2* | |

### Original Version

|  | Partial Period | Fiscal Years Ended, December 31 | | | | |
|---|---|---|---|---|---|---|
|  | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| *Revenue* | *$4,132.5* | *$5,262.2* | *$5,295.1* | *$5,363.7* | *$5,392.0* | *$5,420.6* |
| *% growth* | -- | -- | 0.6% | 1.3% | 0.5% | 0.5% |
| *Adjusted EBITDA* | *$1,047.8* | *$1,420.4* | *$1,448.4* | *$1,478.5* | *$1,475.1* | *$1,481.0* |
| *Less: $60 mm 401K savings* | *$0.0* | *$0.0* | *$0.0* | *$0.0* | *$0.0* | *$0.0* |
| *Revised Adjusted EBITDA* | *$1,047.8* | *$1,420.4* | *$1,448.4* | *$1,478.5* | *$1,475.1* | *$1,481.0* |
| *% growth* | -- | -- | 2.0% | 2.1% | -0.2% | 0.4% |
| *% margin* | 25.4% | 27.0% | 27.4% | 27.6% | 27.4% | 27.3% |
| *Adjusted EBITDA* | *$1,047.8* | *$1,420.4* | *$1,448.4* | *$1,478.5* | *$1,475.1* | *$1,481.0* |
| *Less:* Depreciation & Amortization | 189.4 | 240.3 | 244.3 | 244.3 | 244.3 | 248.3 |
| Pre-tax Income | $1,237.2 | $1,660.7 | $1,692.7 | $1,722.8 | $1,719.4 | $1,729.3 |
| *Less:* Cash Taxes | ($482.5) | ($647.7) | ($660.2) | ($671.9) | ($670.6) | ($674.4) |
| *Plus:* Depreciation & Amortization | 189.4 | 240.3 | 244.3 | 244.3 | 244.3 | 248.3 |
| *Less:* Net Change in Working Capital | ($35.0) | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) |
| *Less:* Capital Expenditures | ($153.7) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) |
| *Less:* Investments & Acquisitions | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| *Enterprise Cash Flow (ECF)* | *$376.6* | *$581.2* | *$634.4* | *$652.1* | *$649.4* | *$650.2* |
| | | | | | | Terminal Value PV Factor |
| Mid-Year Discount Factor | 0.977 | 0.920 | 0.856 | 0.796 | 0.741 | 0.689 | 0.665 |
| Mid-Year Discount Factor | 0.975 | 0.916 | 0.848 | 0.785 | 0.727 | 0.673 | 0.648 |
| Mid-Year Discount Factor | 0.974 | 0.911 | 0.839 | 0.774 | 0.713 | 0.657 | 0.631 |
| 7.50% Discounted ECF | $367.9 | $346.6 | $322.4 | $300.0 | $279.0 | $259.6 |
| 8.00% Discounted ECF | $367.3 | $344.8 | $319.3 | $295.6 | $273.7 | $253.4 |
| 8.50% Discounted ECF | $366.8 | $343.0 | $316.1 | $291.3 | $268.5 | $247.5 |

| Discount Rate | PV of ECF + | PV of Terminal Value = | | | Enterprise Value | | | Discount Rate |
|---|---|---|---|---|---|---|---|---|
| | | 7.50x | 8.00x | 8.50x | 7.50x | 8.00x | 8.50x | |
| 7.5% | $2,894.7 | $7,383.6 | $7,875.8 | $8,368.0 | $10,278.3 | $10,770.5 | $11,262.8 | 7.5% |
| 8.0% | $2,858.7 | $7,192.6 | $7,672.1 | $8,151.6 | $10,051.3 | $10,530.8 | $11,010.3 | 8.0% |
| 8.5% | $2,823.4 | $7,007.4 | $7,474.6 | $7,941.8 | $9,830.8 | $10,298.0 | $10,765.2 | 8.5% |
| | | | | | Low | -- | High | |
| *Enterprise Value Range* | | | | | *$9,830.8* | -- | *$11,262.8* | |

**Midpoint Differnce:**     **$895.6**
**(Revised - Original)**