*Base Case Discounted Cash Flow Method*

## Corrected Version

| | Partial Period | Fiscal Years Ended, December 31 | | | | |
|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| **Revenue** | **$4,132.5** | **$5,262.2** | **$5,295.1** | **$5,363.7** | **$5,392.0** | **$5,420.6** |
| % growth | -- | | 0.6% | 1.3% | 0.5% | 0.5% |
| **Adjusted EBITDA** | **$1,047.8** | **$1,420.4** | **$1,448.4** | **$1,478.5** | **$1,475.1** | **$1,481.0** |
| Less: $60 mm 401K savings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Revised Adjusted EBITDA** | **$1,047.8** | **$1,420.4** | **$1,448.4** | **$1,478.5** | **$1,475.1** | **$1,481.0** |
| % growth | -- | | 2.0% | 2.1% | -0.2% | 0.4% |
| % margin | 25.4% | 27.0% | 27.4% | 27.6% | 27.4% | 27.3% |
| **Adjusted EBITDA** | **$1,047.8** | **$1,420.4** | **$1,448.4** | **$1,478.5** | **$1,475.1** | **$1,481.0** |
| Less: Depreciation & Amortization | $189.4 | $240.3 | $244.3 | $244.3 | $244.3 | $248.3 |
| Pre-tax Income | $1,237.2 | $1,660.7 | $1,692.7 | $1,722.8 | $1,719.4 | $1,729.3 |
| Less: Cash Taxes | ($482.5) | ($647.7) | ($660.2) | ($671.9) | ($670.6) | ($674.4) |
| Plus: Depreciation & Amortization | $189.4 | $240.3 | $244.3 | $244.3 | $244.3 | $248.3 |
| Less: Net Change in Working Capital | ($35.0) | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) |
| Less: Capital Expenditures | ($153.7) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) |
| Less: Investments & Acquisitions | ($50.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| **Enterprise Cash Flow (ECF)** | **$326.6** | **$491.2** | **$534.4** | **$552.1** | **$549.4** | **$550.2** |

| | | | | | | | Terminal Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | PV Factor |
| 7.50% Mid-Year Discount Factor | | 0.977 | 0.920 | 0.856 | 0.796 | 0.741 | 0.689 | 0.665 |
| 8.00% Mid-Year Discount Factor | | 0.975 | 0.916 | 0.848 | 0.785 | 0.727 | 0.673 | 0.648 |
| 8.50% Mid-Year Discount Factor | | 0.974 | 0.911 | 0.839 | 0.774 | 0.713 | 0.657 | 0.631 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7.50% Discounted ECF | | $319.1 | $442.9 | $457.6 | $439.7 | $407.1 | $379.2 |
| 8.00% Discounted ECF | | $318.6 | $440.6 | $453.1 | $433.3 | $399.3 | $370.3 |
| 8.50% Discounted ECF | | $318.1 | $438.3 | $448.6 | $427.1 | $391.7 | $361.6 |

| Discount | PV of ECF + | PV of Terminal Value = | | | Enterprise Value | | | Discount |
|---|---|---|---|---|---|---|---|---|
| Rate | | 7.50x | 8.00x | 8.50x | 7.50x | 8.00x | 8.50x | Rate |
| 7.5% | $2,445.6 | $7,383.6 | $7,875.8 | $8,368.0 | $9,829.1 | $10,321.4 | $10,813.6 | 7.5% |
| 8.0% | $2,415.1 | $7,192.6 | $7,672.1 | $8,151.6 | $9,607.7 | $10,087.2 | $10,566.8 | 8.0% |
| 8.5% | $2,385.3 | $7,007.4 | $7,474.6 | $7,941.8 | $9,392.8 | $9,859.9 | $10,327.1 | 8.5% |
| | | | | | Low | -- | High | |
| **Enterprise Value Range** | | | | | **$9,392.8** | **--** | **$10,813.6** | |

## Original Version

| | Partial Period | Fiscal Years Ended, December 31 | | | | |
|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| **Revenue** | **$4,132.5** | **$5,262.2** | **$5,295.1** | **$5,363.7** | **$5,392.0** | **$5,420.6** |
| % growth | -- | | 0.6% | 1.3% | 0.5% | 0.5% |
| **Adjusted EBITDA** | **$1,047.8** | **$1,420.4** | **$1,448.4** | **$1,478.5** | **$1,475.1** | **$1,481.0** |
| Less: $60 mm 401K savings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Revised Adjusted EBITDA** | **$1,047.8** | **$1,420.4** | **$1,448.4** | **$1,478.5** | **$1,475.1** | **$1,481.0** |
| % growth | -- | | 2.0% | 2.1% | -0.2% | 0.4% |
| % margin | 25.4% | 27.0% | 27.4% | 27.6% | 27.4% | 27.3% |
| **Adjusted EBITDA** | **$1,047.8** | **$1,420.4** | **$1,448.4** | **$1,478.5** | **$1,475.1** | **$1,481.0** |
| Less: Depreciation & Amortization | $189.4 | $240.3 | $244.3 | $244.3 | $244.3 | $248.3 |
| Pre-tax Income | $1,237.2 | $1,660.7 | $1,692.7 | $1,722.8 | $1,719.4 | $1,729.3 |
| Less: Cash Taxes | ($482.5) | ($647.7) | ($660.2) | ($671.9) | ($670.6) | ($674.4) |
| Plus: Depreciation & Amortization | $189.4 | $240.3 | $244.3 | $244.3 | $244.3 | $248.3 |
| Less: Net Change in Working Capital | ($35.0) | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) |
| Less: Capital Expenditures | ($153.7) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) |
| Less: Investments & Acquisitions | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Enterprise Cash Flow (ECF)** | **$376.6** | **$591.2** | **$634.4** | **$652.1** | **$649.4** | **$650.2** |

| | | | | | | | Terminal Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | PV Factor |
| Mid-Year Discount Factor | | 0.977 | 0.920 | 0.856 | 0.796 | 0.741 | 0.689 | 0.665 |
| Mid-Year Discount Factor | | 0.975 | 0.916 | 0.848 | 0.785 | 0.727 | 0.673 | 0.648 |
| Mid-Year Discount Factor | | 0.974 | 0.911 | 0.839 | 0.774 | 0.713 | 0.657 | 0.631 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7.50% Discounted ECF | | $367.9 | $346.6 | $322.4 | $300.0 | $279.0 | $259.6 |
| 8.00% Discounted ECF | | $367.3 | $344.8 | $319.3 | $295.6 | $273.7 | $253.4 |
| 8.50% Discounted ECF | | $366.8 | $343.0 | $316.1 | $291.3 | $268.5 | $247.5 |

| Discount | PV of ECF + | PV of Terminal Value = | | | Enterprise Value | | | Discount |
|---|---|---|---|---|---|---|---|---|
| Rate | | 7.50x | 8.00x | 8.50x | 7.50x | 8.00x | 8.50x | Rate |
| 7.5% | $2,894.7 | $7,383.6 | $7,875.8 | $8,368.0 | $10,278.3 | $10,770.5 | $11,262.8 | 7.5% |
| 8.0% | $2,858.7 | $7,192.6 | $7,672.1 | $8,151.6 | $10,051.3 | $10,530.8 | $11,010.3 | 8.0% |
| 8.5% | $2,823.4 | $7,007.4 | $7,474.6 | $7,941.8 | $9,830.8 | $10,298.0 | $10,765.2 | 8.5% |
| | | | | | Low | -- | High | |
| **Enterprise Value Range** | | | | | **$9,830.8** | **--** | **$11,262.8** | |

39%

**Midpoint Differnce:**          **($443.6)**
(Revised - Original)