*Base Case Discounted Cash Flow Method*

### Corrected Version

| | Partial Period | Fiscal Years Ended, December 31 | | | | |
|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| *Revenue* | $4,132.5 | $5,262.2 | $5,295.1 | $5,363.7 | $5,392.0 | $5,420.6 |
| *% growth* | -- | | 0.6% | 1.3% | 0.5% | 0.5% |
| *Adjusted EBITDA* | $1,047.8 | $1,420.4 | $1,448.4 | $1,478.5 | $1,475.1 | $1,481.0 |
| *Less: $60 mm 401K savings* | $0.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 |
| *Revised Adjusted EBITDA* | $1,047.8 | $1,360.4 | $1,388.4 | $1,418.5 | $1,415.1 | $1,421.0 |
| *% growth* | -- | | 2.0% | 2.1% | -0.2% | 0.4% |
| *% margin* | 25.4% | 27.0% | 27.4% | 27.6% | 27.4% | 27.3% |
| *Adjusted EBITDA* | $1,047.8 | $1,360.4 | $1,388.4 | $1,418.5 | $1,415.1 | $1,421.0 |
| *Less:* Depreciation & Amortization | $189.4 | $240.3 | $244.3 | $244.3 | $244.3 | $248.3 |
| Pre-tax Income | $1,237.2 | $1,600.7 | $1,632.7 | $1,662.8 | $1,659.4 | $1,669.3 |
| *Less:* Cash Taxes | ($482.5) | ($624.3) | ($636.8) | ($648.5) | ($647.2) | ($651.0) |
| *Plus:* Depreciation & Amortization | ($189.4) | ($240.3) | ($244.3) | ($244.3) | ($244.3) | ($248.3) |
| *Less:* Net Change in Working Capital | ($35.0) | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) |
| *Less:* Capital Expenditures | ($153.7) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) |
| *Less:* Investments & Acquisitions | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| *Enterprise Cash Flow (ECF)* | $376.6 | $544.6 | $597.8 | $615.5 | $612.8 | $613.6 |

39% (applied to Corrected Version)

Terminal Value PV Factor

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7.50% Mid-Year Discount Factor | 0.977 | 0.920 | 0.856 | 0.796 | 0.741 | 0.689 | 0.665 |
| 8.00% Mid-Year Discount Factor | 0.975 | 0.916 | 0.848 | 0.785 | 0.727 | 0.673 | 0.648 |
| 8.50% Mid-Year Discount Factor | 0.974 | 0.911 | 0.839 | 0.774 | 0.713 | 0.657 | 0.631 |
| 7.50% Discounted ECF | $367.9 | $501.3 | $511.9 | $490.2 | $454.1 | $422.9 | |
| 8.00% Discounted ECF | $367.3 | $498.6 | $506.8 | $483.1 | $445.4 | $412.9 | |
| 8.50% Discounted ECF | $366.8 | $496.0 | $501.8 | $476.1 | $436.9 | $403.2 | |

| Discount Rate | PV of ECF + | PV of Terminal Value = | | | Enterprise Value | | | Discount Rate |
|---|---|---|---|---|---|---|---|---|
| | | 7.50x | 8.00x | 8.50x | 7.50x | 8.00x | 8.50x | |
| 7.5% | $2,748.2 | $7,084.4 | $7,556.7 | $8,029.0 | $9,832.7 | $10,304.9 | $10,777.2 | 7.5% |
| 8.0% | $2,714.2 | $6,901.8 | $7,361.3 | $7,821.4 | $9,615.4 | $10,075.5 | $10,535.6 | 8.0% |
| 8.5% | $2,680.9 | $6,723.6 | $7,171.8 | $7,620.0 | $9,404.4 | $9,852.7 | $10,300.9 | 8.5% |
| | | | | | Low | -- | High | |
| *Enterprise Value Range* | | | | | $9,404.4 | -- | $10,777.2 | |

12.19369017

### Original Version

| | Partial Period | Fiscal Years Ended, December 31 | | | | |
|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| *Revenue* | $4,132.5 | $5,262.2 | $5,295.1 | $5,363.7 | $5,392.0 | $5,420.6 |
| *% growth* | -- | | 0.6% | 1.3% | 0.5% | 0.5% |
| *Adjusted EBITDA* | $1,047.8 | $1,420.4 | $1,448.4 | $1,478.5 | $1,475.1 | $1,481.0 |
| *Less: $60 mm 401K savings* | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| *Revised Adjusted EBITDA* | $1,047.8 | $1,420.4 | $1,448.4 | $1,478.5 | $1,475.1 | $1,481.0 |
| *% growth* | -- | | 2.0% | 2.1% | -0.2% | 0.4% |
| *% margin* | 25.4% | 27.0% | 27.4% | 27.6% | 27.4% | 27.3% |
| *Adjusted EBITDA* | $1,047.8 | $1,420.4 | $1,448.4 | $1,478.5 | $1,475.1 | $1,481.0 |
| *Less:* Depreciation & Amortization | $189.4 | $240.3 | $244.3 | $244.3 | $244.3 | $248.3 |
| Pre-tax Income | $1,237.2 | $1,660.7 | $1,692.7 | $1,722.8 | $1,719.4 | $1,729.3 |
| *Less:* Cash Taxes | ($482.5) | ($647.7) | ($660.2) | ($671.9) | ($670.6) | ($674.4) |
| *Plus:* Depreciation & Amortization | $189.4 | $240.3 | $244.3 | $244.3 | $244.3 | $248.3 |
| *Less:* Net Change in Working Capital | ($35.0) | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) |
| *Less:* Capital Expenditures | ($153.7) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) |
| *Less:* Investments & Acquisitions | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| *Enterprise Cash Flow (ECF)* | $376.6 | $581.2 | $634.4 | $652.1 | $649.4 | $650.2 |

Terminal Value PV Factor

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mid-Year Discount Factor | 0.977 | 0.920 | 0.856 | 0.796 | 0.741 | 0.689 | 0.665 |
| Mid-Year Discount Factor | 0.975 | 0.916 | 0.848 | 0.785 | 0.727 | 0.673 | 0.648 |
| Mid-Year Discount Factor | 0.974 | 0.911 | 0.839 | 0.774 | 0.713 | 0.657 | 0.631 |
| 7.50% Discounted ECF | $367.9 | $346.6 | $322.4 | $300.0 | $279.0 | $259.6 | |
| 8.00% Discounted ECF | $367.3 | $344.8 | $319.3 | $295.6 | $273.7 | $253.4 | |
| 8.50% Discounted ECF | $366.8 | $343.0 | $316.1 | $291.3 | $268.5 | $247.5 | |

| Discount Rate | PV of ECF + | PV of Terminal Value = | | | Enterprise Value | | | Discount Rate |
|---|---|---|---|---|---|---|---|---|
| | | 7.50x | 8.00x | 8.50x | 7.50x | 8.00x | 8.50x | |
| 7.5% | $2,894.7 | $7,383.6 | $7,875.8 | $8,368.0 | $10,278.3 | $10,770.5 | $11,262.8 | 7.5% |
| 8.0% | $2,858.7 | $7,192.6 | $7,672.1 | $8,151.6 | $10,051.3 | $10,530.8 | $11,010.3 | 8.0% |
| 8.5% | $2,823.4 | $7,007.4 | $7,474.6 | $7,941.8 | $9,830.8 | $10,298.0 | $10,765.2 | 8.5% |
| | | | | | Low | -- | High | |
| *Enterprise Value Range* | | | | | $9,830.8 | -- | $11,262.8 | |

**Midpoint Differnce:** ($455.3)

**(Revised - Original)**