*Base Case Discounted Cash Flow Method*

**Corrected Version**

| | Partial Period | Fiscal Years Ended, December 31 | | | | |
|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| *Revenue* | *$4,132.5* | *$5,262.2* | *$5,295.1* | *$5,363.7* | *$5,392.0* | *$5,420.6* |
| *% growth* | -- | | *0.6%* | *1.3%* | *0.5%* | *0.5%* |
| *Adjusted EBITDA* | *$1,047.8* | *$1,420.4* | *$1,448.4* | *$1,478.5* | *$1,475.1* | *$1,481.0* |
| *Less: $60 mm 401K savings* | *$0.0* | *$0.0* | *$0.0* | *$0.0* | *$0.0* | *$0.0* |
| *Revised Adjusted EBITDA* | *$1,047.8* | *$1,420.4* | *$1,448.4* | *$1,478.5* | *$1,475.1* | *$1,481.0* |
| *% growth* | -- | | *2.0%* | *2.1%* | *-0.2%* | *0.4%* |
| *% margin* | *25.4%* | *27.0%* | *27.4%* | *27.6%* | *27.4%* | *27.3%* |
| *Adjusted EBITDA* | *$1,047.8* | *$1,420.4* | *$1,448.4* | *$1,478.5* | *$1,475.1* | *$1,481.0* |
| *Less:* Depreciation & Amortization | $189.4 | $240.3 | $244.3 | $244.3 | $244.3 | $248.3 |
| Pre-tax Income | $1,237.2 | $1,660.7 | $1,692.7 | $1,722.8 | $1,719.4 | $1,729.3 |
| *Less:* Cash Taxes (39%) | ($482.5) | ($647.7) | ($660.2) | ($671.9) | ($670.6) | ($674.4) |
| *Plus:* Depreciation & Amortization | ($189.4) | ($240.3) | ($244.3) | ($244.3) | ($244.3) | ($248.3) |
| *Less:* Net Change in Working Capital | ($35.0) | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) |
| *Less:* Capital Expenditures | ($153.7) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) |
| *Less:* Investments & Acquisitions | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| *Enterprise Cash Flow (ECF)* | *$376.6* | *$581.2* | *$634.4* | *$652.1* | *$649.4* | *$650.2* Terminal Value |
| | | | | | | PV Factor |
| 7.50% Mid-Year Discount Factor | 0.977 | 0.920 | 0.856 | 0.796 | 0.741 | 0.689 | 0.689 |
| 8.00% Mid-Year Discount Factor | 0.975 | 0.916 | 0.848 | 0.785 | 0.727 | 0.673 | 0.673 |
| 8.50% Mid-Year Discount Factor | 0.974 | 0.911 | 0.839 | 0.774 | 0.713 | 0.657 | 0.657 |
| 7.50% Discounted ECF | $367.9 | $535.0 | $543.2 | $519.4 | $481.2 | $448.1 |
| 8.00% Discounted ECF | $367.3 | $532.1 | $537.8 | $511.8 | $472.0 | $437.5 |
| 8.50% Discounted ECF | $366.8 | $529.3 | $532.5 | $504.4 | $463.0 | $427.3 |

| *Discount Rate* | *PV of ECF +* | *PV of Terminal Value =* | | | *Enterprise Value* | | | *Discount Rate* |
|---|---|---|---|---|---|---|---|---|
| | | 7.50x | 8.00x | 8.50x | 7.50x | 8.00x | 8.50x | |
| *7.5%* | $2,894.7 | $7,655.4 | $8,165.8 | $8,676.2 | $10,550.2 | $11,060.5 | $11,570.9 | *7.5%* |
| *8.0%* | $2,858.7 | $7,474.8 | $7,973.1 | $8,471.4 | $10,333.5 | $10,831.8 | $11,330.1 | *8.0%* |
| *8.5%* | $2,823.4 | $7,299.2 | $7,785.6 | $8,272.4 | $10,122.6 | $10,609.2 | $11,095.8 | *8.5%* |
| | | | | | Low | -- | High | |
| *Enterprise Value Range* | | | | | $10,122.6 | -- | $11,570.9 | |

**Original Version**

| | Partial Period | Fiscal Years Ended, December 31 | | | | |
|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| *Revenue* | *$4,132.5* | *$5,262.2* | *$5,295.1* | *$5,363.7* | *$5,392.0* | *$5,420.6* |
| *% growth* | -- | | *0.6%* | *1.3%* | *0.5%* | *0.5%* |
| *Adjusted EBITDA* | *$1,047.8* | *$1,420.4* | *$1,448.4* | *$1,478.5* | *$1,475.1* | *$1,481.0* |
| *Less: $60 mm 401K savings* | *$0.0* | *$0.0* | *$0.0* | *$0.0* | *$0.0* | *$0.0* |
| *Revised Adjusted EBITDA* | *$1,047.8* | *$1,420.4* | *$1,448.4* | *$1,478.5* | *$1,475.1* | *$1,481.0* |
| *% growth* | -- | | *2.0%* | *2.1%* | *-0.2%* | *0.4%* |
| *% margin* | *25.4%* | *27.0%* | *27.4%* | *27.6%* | *27.4%* | *27.3%* |
| *Adjusted EBITDA* | *$1,047.8* | *$1,420.4* | *$1,448.4* | *$1,478.5* | *$1,475.1* | *$1,481.0* |
| *Less:* Depreciation & Amortization | $189.4 | $240.3 | $244.3 | $244.3 | $244.3 | $248.3 |
| Pre-tax Income | $1,237.2 | $1,660.7 | $1,692.7 | $1,722.8 | $1,719.4 | $1,729.3 |
| *Less:* Cash Taxes | ($482.5) | ($647.7) | ($660.2) | ($671.9) | ($670.6) | ($674.4) |
| *Plus:* Depreciation & Amortization | $189.4 | $240.3 | $244.3 | $244.3 | $244.3 | $248.3 |
| *Less:* Net Change in Working Capital | ($35.0) | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) |
| *Less:* Capital Expenditures | ($153.7) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) |
| *Less:* Investments & Acquisitions | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| *Enterprise Cash Flow (ECF)* | *$376.6* | *$581.2* | *$634.4* | *$652.1* | *$649.4* | *$650.2* Terminal Value |
| | | | | | | PV Factor |
| Mid-Year Discount Factor | 0.977 | 0.920 | 0.856 | 0.796 | 0.741 | 0.689 | 0.665 |
| Mid-Year Discount Factor | 0.975 | 0.916 | 0.848 | 0.785 | 0.727 | 0.673 | 0.648 |
| Mid-Year Discount Factor | 0.974 | 0.911 | 0.839 | 0.774 | 0.713 | 0.657 | 0.631 |
| 7.50% Discounted ECF | $367.9 | $346.6 | $322.4 | $300.0 | $279.0 | $259.6 |
| 8.00% Discounted ECF | $367.3 | $344.8 | $319.3 | $295.6 | $273.7 | $253.4 |
| 8.50% Discounted ECF | $366.8 | $343.0 | $316.1 | $291.3 | $268.5 | $247.5 |

| *Discount Rate* | *PV of ECF +* | *PV of Terminal Value =* | | | *Enterprise Value* | | | *Discount Rate* |
|---|---|---|---|---|---|---|---|---|
| | | 7.50x | 8.00x | 8.50x | 7.50x | 8.00x | 8.50x | |
| *7.5%* | $2,894.7 | $7,383.6 | $7,875.8 | $8,368.0 | $10,278.3 | $10,770.5 | $11,262.8 | *7.5%* |
| *8.0%* | $2,858.7 | $7,192.6 | $7,672.1 | $8,151.6 | $10,051.3 | $10,530.8 | $11,010.3 | *8.0%* |
| *8.5%* | $2,823.4 | $7,007.4 | $7,474.6 | $7,941.8 | $9,830.8 | $10,298.0 | $10,765.2 | *8.5%* |
| | | | | | Low | -- | High | |
| *Enterprise Value Range* | | | | | $9,830.8 | -- | $11,262.8 | |

**Midpoint Differnce:** $301.0
(Revised - Original)