**217**

1      Confidential - R. Kapadia
2  Public Research."  Do you see that?
3      A.  Yes.
4      Q.  And then there is a reference to a
5  Lehman report dated August 14th, 2007?
6      A.  I see that.
7      Q.  If you look at the bullets under
8  there, under the Lehman report, Mr. Kapadia,
9  does that refresh your recollection as to
10  whether this is the Lehman report about which
11  you testified earlier?
12      A.  It may be.  I recall the Lehman
13  report as the Lehman report, not so much the
14  particulars of it.  So this may well be the
15  report.
16      Q.  And then underneath that is a left
17  column bullet titled "S&P Report, 8/22/07."
18  Do you see that?
19      A.  I see that.
20      Q.  Do you recall a Standard & Poor
21  report from that same time period that
22  indicated a potential default of the Tribune
23  Company at the end of 2009?
24      A.  Vaguely.
25      Q.  What do you recall about that?

**218**

1      Confidential - R. Kapadia
2      A.  Just that they issued a report, but
3  I don't recall the specifics associated with
4  it.
5      Q.  Do you recall in general an S&P
6  report coming out that contemplated a
7  potential default at the end of 2009 for the
8  Tribune?
9      A.  I don't recall that.
10      Q.  On the right-hand side of this
11  one-page document, on the bottom, the bottom
12  set of materials, the bottom set of bullets
13  is labeled "Solvency Opinion."  Do you see
14  that?
15      A.  I see that.
16      Q.  The last bullet on the page reads,
17  "JPMorgan deal team's DCF and sum of the
18  parts analysis based on revised July
19  projection indicate that the current
20  valuation of Tribune is approximately [10] to
21  [$13 billion], potentially failing the
22  solvency tests (i.e., debt amount exceeds the
23  value of borrower)."  Do you see that?
24      A.  I see that.
25      Q.  What do you interpret that to mean?

**219**

1      Confidential - R. Kapadia
2      MR. GLAZER:  Objection.
3      A.  What do you mean what do I
4  interpret that to mean?
5      Q.  It's a fair question back.  Do you
6  recall the JPMorgan deal team doing an
7  analysis that indicated that the Tribune
8  would potentially fail solvency -- one or
9  more solvency tests based on its revised
10  July 2007 projections?
11      A.  I don't recall that.
12      Q.  Would you consider yourself, sir,
13  to have been part of the JPMorgan deal team?
14      A.  I may have been.  I don't know what
15  was meant by the deal team here.
16      Q.  Are you aware that people at
17  JPMorgan working on the Tribune matter
18  understood a DCF and sum of the parts
19  analysis in September of 2007?
20      A.  I'm aware we had done some of that
21  analysis.  I don't know whether it was in
22  September or later.
23      Q.  Who do you recall doing the
24  analysis?
25      A.  As I vaguely recall, I believe it

**220**

1      Confidential - R. Kapadia
2  was my colleagues in the TMT Investment
3  Banking group, Joachim Sonne and some of his
4  colleagues.
5      Q.  Anyone else you can remember by
6  name?
7      A.  I think he goes by Tony, but I
8  think it's Ferdinand Grimmick or Grimmink.
9      Q.  Do you recall having any
10  discussions or learning any information in
11  this period in 2007 that JPMorgan internal
12  analyses had suggested that the Tribune might
13  be insolvent under one or more solvency
14  tests?
15      THE WITNESS:  Could you repeat that
16  question.
17      (Record read.)
18      A.  I do not.
19      Q.  Seeing the list of people listed as
20  senders of this document to Jamie Dimon or
21  Jimmy Lee, does that give you any
22  understanding as to who likely prepared this
23  document?
24      A.  It doesn't.  It doesn't.
25      Q.  Is there someone among the list of



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

---

221

1          Confidential - R. Kapadia
2     the people listed who you think is most
3     likely to have done so?
4          MR. GLAZER:  No speculation.  If
5     you know, you know.
6          A.  Yeah, I would be speculating.
7          Q.  Who is the most junior person among
8     the people on this list, to your knowledge?
9          A.  It's either Daryl Jacobson or
10    Joachim Sonne.
11          (Kapadia Exhibit 17, Two-page
12    document beginning with Bates number
13    JPM 00477460, marked for identification,
14    as of this date.)
15          Q.  This is a two-page document
16    beginning with Bates JPM 00477460.
17          THE WITNESS:  Can I take a
18    one-minute bathroom break?  We'll
19    continue right after that.
20          MR. GLAZER:  Yes.
21          MR. GOLDFARB:  Let's go off the
22    record.
23          (Recess taken from 5:03 p.m. to
24    5:08 p.m.)
25          Q.  Mr. Kapadia, before you is

---

222

1          Confidential - R. Kapadia
2     Exhibit 17.  Have you seen this document
3     before, sir?
4          A.  I don't recall it.
5          Q.  Do you recall, aside from this
6     specific email, do you recall sending an
7     email to colleagues listing a number of
8     solvency-related questions pertaining to the
9     Tribune in late 2007?
10          A.  I don't recall sending that email
11    or sending an email.
12          Q.  The subject line is "Tribune," and
13    it's dated November 6, 2007; is that right?
14          A.  Yes.
15          Q.  And the email says, "Chris, as a
16    follow-up to our discussions with Tribune on
17    solvency diligence, we plan on sending the
18    company a detailed list of questions (in text
19    form below)" -- that's in parentheses -- "for
20    our diligence on the solvency process."  Do
21    you see that?
22          A.  I do.
23          Q.  Looking at this email now, does it
24    refresh your recollection at all about your
25    involvement in compiling questions to send to

---

223

1          Confidential - R. Kapadia
2     the company in connection with solvency at
3     the second step of the Tribune transaction?
4          A.  Yes.
5          Q.  What do you recall about that?
6          A.  That I was involved in discussions
7     with the banks and with counsel on compiling
8     the questions.
9          Q.  Do you know whether Murray Devine
10    was also involved in this process?
11          MR. GLAZER:  Yes or no.
12          A.  Yes.
13          Q.  Do you recall whether Murray Devine
14    was involved in the compilation of the
15    questions listed on this page?
16          MR. GLAZER:  Yes or no.
17          A.  I believe so.
18          Q.  Looking at this list now, sir, does
19    it refresh your recollection at all about how
20    this list of questions was compiled?
21          A.  No, other than what I've already
22    described.
23          Q.  And looking at this list, sir, now,
24    does it refresh your recollection as to
25    whether you personally prepared the list or

---

224

1          Confidential - R. Kapadia
2     whether it was prepared by someone else and
3     provided and forwarded to you for
4     distribution?
5          A.  I don't recall.
6          Q.  Are the recipients of this email
7     others that you recall being involved in
8     questions related to the solvency of the
9     Tribune?
10          A.  Can you repeat your question.  I'm
11    not sure I understand it.
12          (Record read.)
13          A.  Is the question were the recipients
14    part of compiling these questions?
15          Q.  No, sir.  Just whether they were
16    others involved in the discussions at
17    JPMorgan to which you testified earlier in
18    connection with solvency issues in this
19    period.
20          A.  Sorry.  So the question is were
21    Chris, Andrew, or Andy, and Jim involved in
22    discussions around solvency?
23          Q.  Yes.
24          A.  Yes.
25          Q.  And looking at this list of

---



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

225

1  Confidential - R. Kapadia
2  questions, do you recall whether such a list,
3  a list in this or any other form, was, in
4  fact, provided to the Tribune Company?
5      A.  I don't recall if it's this
6  particular list, but we did send Tribune a
7  list of questions with regard to solvency.
8      Q.  Did you personally send the list?
9      A.  I don't recall who sent it.
10     Q.  Do you recall to whom at the
11  Tribune it was sent?
12     A.  I don't recall that.
13     Q.  And do you recall whether Murray
14  Devine was retained directly by JPMorgan?
15     A.  I believe we talked about this
16  earlier.  They were retained by counsel,
17  Cahill.
18     Q.  And do you recall whether you
19  received responses to the list of questions
20  that were provided to the Tribune Company?
21     THE WITNESS:  Could you repeat that
22  question, please.
23     (Record read.)
24     A.  I vaguely recall we received some I
25  guess analysis that addressed many of the

226

1  Confidential - R. Kapadia
2  questions that we had.  I'm not sure I recall
3  -- it may have happened.  I just don't recall
4  whether it was question one, here's the
5  answer, question two, here's the answer.  It
6  may have happened.  I don't recall that.
7      Q.  Do you recall whether JPMorgan
8  received materials prepared by VRC related to
9  its solvency work for the Tribune?
10     A.  I believe we did.
11     Q.  What materials do you recall that
12  JPMorgan received?
13     A.  Don't know the specific materials,
14  but I recall we received some of VRC's
15  analysis around solvency.
16     Q.  And did you personally review any
17  of that material?
18     A.  I believe I did.
19     Q.  And in what form, if you know, was
20  that material provided to you?
21     MR. GLAZER:  You mean written,
22  oral?
23     Q.  Written, oral?
24     A.  As I recall, it was, you know, like
25  a Power Point presentation or some other

227

1  Confidential - R. Kapadia
2  presentation format.  And there may have been
3  a memo.  I don't recall that.
4      Q.  Do you know whether anyone at
5  JPMorgan performed an analysis of VRC's
6  solvency analysis?
7      MR. GLAZER:  It's a yes or a no.
8      THE WITNESS:  Could you repeat that
9  question, please.
10     (Record read.)
11     A.  As I recall, I reviewed it.  I'm
12  not, you know -- there are various pieces to
13  the VRC analysis, so we reviewed it.  We
14  discussed some of that with counsel and with
15  Murray Devine, which will be --
16     MR. GLAZER:  Privileged.
17     A.  Privileged.  I don't recall the
18  specific, you know, analysis that we may have
19  done.
20     Q.  Do you know whether VRC's analyses
21  were provided to Murray Devine?
22     A.  They may have.  I don't recall.
23     Q.  Do you recall any discussions
24  within JPMorgan about exploring ways to avoid
25  fulfilling its commitment to provide the

228

1  Confidential - R. Kapadia
2  second step lendings to the Tribune?
3      MR. GLAZER:  Objection and
4  instruction not to answer.  That
5  necessarily involves legal matters.
6      THE WITNESS:  That's right.
7      Q.  Referring back to Kapadia
8  Exhibit 17.
9      A.  Yes.
10     Q.  Do you recall whether or not a list
11  of questions in similar form or other form
12  was provided to the company in connection
13  with the solvency analysis done by VRC at
14  Step 1 of the Trib LBO transaction?
15     A.  I don't believe so.
16     MR. GOLDFARB:  Mr. Kapadia, I have
17  no further questions for you at this
18  time.
19     MR. GLAZER:  Thank you,
20  Mr. Goldfarb.  Anybody else have
21  anything?  We have a few minutes left.
22     THE WITNESS:  Thank you for your
23  time.
24  EXAMINATION BY
25  MR. KORPUS:



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

CONFIDENTIAL

---

229

1        Confidential - R. Kapadia
2        Q.   Mr. Kapadia, my name is Sheron
3    Korpus. I'm from Kasowitz Benson. I
4    represent Law Debenture.
5        Was the Tribune LBO the largest
6    matter you worked on in 2007 in terms of the
7    amount of financing?
8        A.   I worked on a couple of other large
9    transactions. I don't recall if this was the
10   largest. It was one of the larger ones, as
11   we discussed this morning. I don't recall if
12   it was the largest.
13       Q.   Did it occupy your time more so
14   than any other deal that you worked on in
15   2007?
16       A.   It occupied a fair bit of my time.
17   But as I've described, there were a lot of
18   other transactions I was working on.
19       Q.   Did you have a review or an
20   evaluation for the year 2007 which may have
21   taken place in 2008?
22       A.   Like a performance review?
23       Q.   Correct.
24       A.   Yes.
25       Q.   And was the Tribune transaction

---

230

1        Confidential - R. Kapadia
2    discussed during that performance review as
3    one of the matters that you had worked on
4    during 2007, to the best of your
5    recollection?
6        A.   No.
7        Q.   What was your bonus in 2007?
8        MR. GLAZER:  I'm going to object
9    and instruct the witness not to answer
10   with regard to his bonus.
11       MR. KORPUS:  On what basis?
12       MR. GLAZER:  Unless you can connect
13   in some way the bonus to the Trib
14   transaction. If you want to ask those
15   questions --
16       MR. KORPUS:  Sure.
17       MR. GLAZER:  -- first, but if, in
18   fact, it's unrelated, I'm going to not
19   allow him to testify about compensation.
20       Q.   Do you generally get a bonus at the
21   end of the year?
22       A.   I do.
23       Q.   And does that bonus depend on the
24   work, the amount of the bonus depends on the
25   work that you had done during that year?

---

231

1        Confidential - R. Kapadia
2        A.   It does. There is a lot of factors
3    that go into that bonus.
4        Q.   What are the factors that go into
5    the bonus?
6        A.   As I understand it, and I believe
7    that applies today as much as it did back in
8    '07, it's the feedback that you get from --
9    or that your manager gets on your behalf from
10   your colleagues that you've worked with
11   during the year. Often it's feedback from
12   clients on, you know, what impact you've had
13   with clients. It's how you've tracked
14   relative to some of the developmental needs
15   that may have been identified in previous
16   years. It's not a -- maybe to provide some
17   context, I'm not in the sales and trading
18   organization where your revenue contribution
19   is directly or at least mostly directly
20   connected with your total compensation. It
21   doesn't work that way in banking.
22       Q.   Is it irrelevant to the amount of
23   your bonus what deals you worked on during
24   the past year?
25       A.   I'm not sure I would characterize

---

232

1        Confidential - R. Kapadia
2    it as irrelevant.
3        Q.   Is it one of the factors that goes
4    into determining the amount of your bonus,
5    what deals you worked on and how important
6    those deals were for JPMorgan Chase?
7        A.   Can you repeat your question,
8    please.
9        Q.   Yes. Is it fair to say that one of
10   the factors that goes into the amount of your
11   bonus is what deals you worked on in the past
12   year and how important those deals were to
13   the company?
14       A.   I don't believe that the individual
15   bonuses are set up that way. You may have a
16   banker who just is lucky and does five deals
17   and generates ten times as much in revenue as
18   another banker who, not lucky, but just sort
19   of the way these auctions and some of the
20   financings work, but, again, in the banking
21   business, it's not that the second banker who
22   has earned one-tenth the fees for the firm
23   relative to the first banker is going to get
24   paid any -- he may get paid less, but it's
25   not correlated.

---



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

233

1    Confidential - R. Kapadia
2        Q.   But is it one of the factors that
3    is considered in the amount of the bonus?
4        A.   It may be.  In my experience, it
5    hasn't -- in my experience, it hasn't come up
6    in my reviews or in my bonus discussions.
7        Q.   So in your reviews it comes up what
8    your clients say about you; right?
9        A.   Yes.
10        Q.   And in 2008 did it come up what
11    either Tribune or Zell or EGI had to say
12    about you?
13        A.   No, that I recall.
14        MR. KORPUS:  I'm going to ask my
15    question because I think it is part of
16    the matrix, and if you want to instruct
17    him not to answer, you can, and we'll
18    take it up at another point, but I don't
19    see a basis for instructing him not to
20    answer.  It's not privileged
21    information.
22        MR. GLAZER:  You're entitled to
23    your opinion.
24        MR. KORPUS:  Okay.
25        Q.   What was your bonus in 2007?

234

1    Confidential - R. Kapadia
2        MR. GLAZER:  And I will instruct
3    him not to answer.
4        Q.   And you're going to follow your
5    counsel's instruction?
6        A.   Yes.
7        Q.   How did your bonus for 2007 compare
8    with your bonus to 2006?
9        A.   I don't recall.
10        Q.   How did your bonus for 2007 compare
11    with your bonus for 2008?
12        A.   I don't recall specifically.  I
13    vaguely recall it was comparable.  I don't
14    recall specifically.
15        Q.   And you don't recall whether the
16    bonus for 2007 was comparable, larger, or
17    smaller than 2006?
18        A.   I don't recall.  It was a couple of
19    years ago.
20        Q.   Okay.  You testified earlier in the
21    day that you attended one meeting with Jamie
22    Dimon that you can remember.  And forgive me
23    if this has been asked, I don't believe it
24    has, but do you recall who else attended that
25    meeting?

235

1    Confidential - R. Kapadia
2        A.   Not specifically.  I have a vague
3    recollection that there may have been some of
4    my colleagues, Andy O'Brien, Jim Casey, Chris
5    Linneman, but I would be speculating if
6    that's, you know -- there were a couple
7    others in the meeting, but I don't recall.
8        Q.   Do you recall the subject matter of
9    that meeting?
10        A.   Not specifically other than, uhh --
11        Q.   Tribune.
12        A.   Tribune.  Yeah.
13        Q.   Do you recall whether it was in the
14    summer, before the summer, after the summer
15    of 2007?
16        A.   No, I don't recall that.
17        Q.   Do you recall how it came about
18    that the meeting took place?  Did you get a
19    call from Mr. Dimon saying, hey, come up to
20    my office right now?  Was it prescheduled?
21    Did you call him?
22        A.   I don't recall that.
23        Q.   If you look at Exhibit 14.  Do you
24    have that?
25        A.   I do.

236

1        Confidential - R. Kapadia
2        Q.   And you were asked questions about
3    this document and about the presentation
4    attached to it.  If you look at the cover
5    email, it says, "Attached file Tribune Dimon
6    Pages V3.PPT."  Do you see that?
7        A.   I do.
8        Q.   And, again, I apologize if I've
9    asked this, but do you recall whether the
10    meeting you attended with Mr. Dimon was a
11    meeting where this document was discussed,
12    Kapadia 14?
13        A.   It may have.  I don't recall that.
14    It may have.
15        Q.   Do you recall being in a meeting
16    with Mr. Dimon where Kapadia 14, the
17    presentation, was discussed?
18        A.   Can you repeat your question,
19    please.
20        Q.   Yes.  Do you recall attending a
21    meeting where the presentation that's
22    attached to Kapadia 14 was discussed and
23    Mr. Dimon was present?
24        MR. GLAZER:  It's the same
25    question, I think.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

CONFIDENTIAL

---

237

1      Confidential - R. Kapadia
2          A.  I think it's the same question.  I
3  may have.  I don't recall that.
4          MR. KORPUS:  If you can pull out
5      Kapadia 7.
6          MR. GLAZER:  Okay.  We have it.
7      Q.  And look at the chart at the back.
8      A.  Yes.
9      Q.  And you were asked questions about
10 the chart, and I heard your answers about why
11 it was that the bank decided to go to this
12 structure.  My question is on the
13 broadcasting side, do you recall that there
14 was an existing holding company on the
15 broadcasting side?
16         MR. GLAZER:  Objection to form.
17         MR. KORPUS:  I see, actually, that
18     this document doesn't show that, so
19     we'll go to the document that does show
20     that.  If you pull out the credit
21     package.  What was the number?
22         MR. GOLDFARB:  Kowalczuk 9.
23         MR. KORPUS:  Kowalczuk 9.  Thank
24     you.  What's the page on that, Andrew?
25     Page 25.  Is that right?

---

238

1      Confidential - R. Kapadia
2          MR. GOLDFARB:  Yeah.
3          MR. GLAZER:  We have it.  It's the
4      page with the Bates number 1694.
5      Q.  Okay.  And if you see on the
6  broadcasting side there is an existing
7  holding company called Tribune Broadcasting
8  Company?
9      A.  I see that.
10     Q.  And then there's the new entity
11 that the structure called for above that.  Do
12 you see that?
13     A.  Yes.
14     Q.  Why was it that a new entity was
15 introduced above the existing entity rather
16 than just pledge the shares of the existing
17 Tribune Broadcasting Company?
18         MR. GLAZER:  If you know.
19     A.  I don't recall.
20     Q.  You don't recall any discussion
21 about that topic?
22     A.  I'm sure we had discussions about
23 it.  I don't recall the discussions or what
24 led to that additional holding company.
25     Q.  Were you the person within JPMorgan

---

239

1      Confidential - R. Kapadia
2  Chase who was involved in creating this
3  structure?
4      A.  I think as I described this
5  morning, I wouldn't characterize that I was
6  involved in creating the structure.  As I
7  recall, I was involved in the discussions
8  around the structure.  I don't recall who
9  ultimately created this structure.
10     Q.  If you wanted to find out the
11 answer to my question as to why a new entity
12 was introduced, who would you call?
13     A.  I would call Tribune.
14     Q.  Who would you call within JPMorgan?
15     A.  John Kowalczuk from our Credit
16 group might know.
17     Q.  Anybody else?
18     A.  Cahill Gordon, our outside counsel
19 may know.
20     Q.  Who at Cahill?
21     A.  I believe Jonathan Schaffzin may
22 know.
23     Q.  Who would you talk to at Tribune
24 about that?
25     A.  Probably Chandler Bigelow.  I mean

---

240

1      Confidential - R. Kapadia
2  there may be others, but he was my main point
3  of contact.
4      Q.  Did you have contact with Chandler
5  Bigelow throughout this transaction?
6      A.  Yes.  I've met him a couple times,
7  many times, and spoke to him many times.
8      Q.  Going to Murray Devine, the firm
9  that was retained, who did you work with at
10 Murray Devine?  What were the names of the
11 individuals?
12     A.  I don't recall.  I don't recall.
13     Q.  Do you recall whether Murray Devine
14 spoke to Tribune in conducting their work?
15     A.  As I recall, I don't think so.  I
16 don't think so.  They may have, but I don't
17 think so.
18     Q.  Do you recall whether they were
19 provided any documents by Tribune?
20     A.  Any documents by Tribune?
21     Q.  Um-hmm.
22     A.  And your question is directly by
23 Tribune?
24     Q.  Yes.
25     A.  I don't believe so.

---



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

CONFIDENTIAL

241

1      Confidential - R. Kapadia
2      Q.  I just want a yes or no question,
3  but at some point did Murray Devine report to
4  you the results of their work as to the
5  solvency or insolvency of Tribune Company?
6      MR. GLAZER:  Objection to form.
7  You may answer.  Yes or no.
8      A.  Can you just repeat the question,
9  please.
10      Q.  Sure.  At some point did Murray
11  Devine report to you the results of their
12  work as to the solvency or insolvency of
13  Tribune, be it either orally or in writing?
14      A.  I believe this question involves
15  privilege.
16      Q.  It does, but you can just answer it
17  yes or no.
18      MR. GLAZER:  No.  If the answer
19      itself would involve privilege and the
20      witness is concerned about that, then so
21      am I, so I'll instruct him not to answer
22      that question.
23      Q.  Well, wait a second.  Can you
24  answer the question yes or no without
25  revealing privilege?

242

1      Confidential - R. Kapadia
2      MR. GLAZER:  He just said he could
3      not.
4      MR. KORPUS:  I don't think he did.
5      I'm asking the question --
6      A.  Yeah, I think -- I do think
7  answering the question does involve
8  privilege.  Maybe I'm misunderstanding it,
9  maybe we can step out, but I think answering
10  the question does involve privilege
11  regardless --
12      Q.  So you cannot answer my question
13  yes or no without revealing communications
14  with attorneys is what you're saying?
15      A.  That is correct.
16      MR. GOLDFARB:  Can I suggest would
17      you like counsel to confer to see if, in
18      fact, it's something that implicates the
19      privilege?
20      MR. KORPUS:  That's okay.  I'll ask
21      some more questions.
22      Q.  Did you have a discussion with
23  Murray Devine either in person or by phone in
24  the presence of counsel where they reported
25  to you the results of their work?  Yes or no.

243

1      Confidential - R. Kapadia
2      MR. GLAZER:  Same objection and
3      same instruction.
4      MR. KORPUS:  I don't understand how
5      that could be privileged.  I'm just
6      asking whether there was a discussion.
7      MR. GLAZER:  I can understand why
8      you can't understand, but the witness
9      has just said that is, and --
10      MR. KORPUS:  But the witness is not
11      a lawyer.  As you said yesterday, it's
12      really your determination, not his.
13      MR. GLAZER:  And that's why I've
14      instructed him not to answer the
15      question.
16      MR. KORPUS:  You don't even want to
17      talk to him to find out the basis?
18      MR. GLAZER:  I'm satisfied.
19      MR. KORPUS:  You're satisfied?
20      Okay.  We'll see if the judge is
21      satisfied.
22      (Kapadia Exhibit 18, Document Bates
23      stamped JPM 00288187, marked for
24      identification, as of this date.)
25      Q.  Sitting here today, and, again,

244

1      Confidential - R. Kapadia
2  this is a yes or no question, do you have a
3  recollection, I'm not asking for that
4  recollection, just do you have a recollection
5  of what conclusion Murray Devine reached on
6  their work in connection with Tribune?
7      MR. GLAZER:  Yes or no.
8      A.  Can you repeat your question,
9  please.
10      MR. KORPUS:  Could you read the
11      question back.
12      (Record read.)
13      A.  So I don't think I can answer that
14  yes or no.  As I described, let me finish, as
15  I described, we had retained or counsel had
16  retained Murray Devine to help us get
17  educated and smarter on solvency.
18      Q.  Sir, you're not an attorney, and if
19  your attorney instructs you not to answer,
20  that's fine, but I'm asking you a question
21  whether you have a recollection, and I'm
22  asking for just a yes or no question, which
23  your counsel instructed you to answer yes or
24  no.  So if you have a recollection and you
25  can answer that question yes or no, I would



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

---

245

1      Confidential - R. Kapadia
2    like to have the answer.
3         MR. GLAZER:  Let's take a moment
4    and talk about this.
5      A.  I would like to take a moment to
6    talk about that.
7      Q.  Sure.
8         (Counsel conferred with witness.)
9         (Recess taken from 5:41 p.m. to
10   5:44 p.m.)
11        MR. GLAZER:  After conferring with
12   the witness, I've determined that the
13   question that you have asked cannot be
14   answered in the way that you've asked
15   it.  And to answer it otherwise would
16   reveal privilege.  And, therefore, he's
17   going to be instructed not to answer the
18   question.
19      Q.  Are you going to follow your
20   counsel's instruction?
21      A.  Yes.
22      Q.  Please take a look at Exhibit 18.
23      A.  I see it.
24      Q.  This is an email from you to Peter
25   Cohen dated September 28, '07; right?

---

246

1      Confidential - R. Kapadia
2      A.  I see that.
3      Q.  And it states, "FYI, I spoke to
4    Chandler today to inform him of the four
5    banks' plan on hiring an independent firm to
6    help us with understanding the solvency."  Do
7    you see that?
8      A.  I see that.
9      Q.  Do you understand Chandler to be
10   Chandler Bigelow in this email?
11      A.  I think that's a fair assumption.
12      Q.  And that's the CEO of Tribune?
13   CFO, rather, of Tribune at the time?
14      A.  He was the treasurer and was
15   promoted to CFO at some point.  I don't know
16   at what point, but yeah.
17      Q.  Do you recall what you said to
18   Mr. Bigelow about the reason why you were
19   planning to hire an independent firm to help
20   you understand the solvency?
21      A.  I don't recall that.
22      Q.  Do you recall having a discussion
23   with Mr. Chandler about the subject?
24      A.  I don't recall.  I see this email,
25   but I don't recall that discussion.

---

247

1      Confidential - R. Kapadia
2      Q.  Do you recall any other discussion
3    with Chandler about hiring a new firm to look
4    at the solvency issue?
5      A.  Any other discussion?
6      Q.  Yes.  Not necessarily the
7    discussion that is reflected in this email,
8    another discussion on the subject either
9    before or after.
10      A.  I don't recall that.
11        MR. KORPUS:  Mark this as the next
12   exhibit.
13        (Kapadia Exhibit 19, Document Bates
14   stamped JPM 00338076 through 338077,
15   marked for identification, as of this
16   date.)
17      Q.  Exhibit 19 is an email from Todd
18   Kaplan to C. Kenney at Tribune dated
19   December 18, 2007, Bates stamped JPM
20   00338076 to 77.
21        MR. KORPUS:  Everybody got that?
22        MR. GLAZER:  I do now.
23        THE WITNESS:  Yes.
24        MR. KORPUS:  20 is JPM 00340719, an
25   email from Mr. Kapadia to James Lee

---

248

1      Confidential - R. Kapadia
2    dated December 19, 2007, and there are
3    other emails attached to both.
4         (Kapadia Exhibit 20, Document Bates
5    stamped JPM 00340719 through 340720,
6    marked for identification, as of this
7    date.)
8      Q.  Mr. Kapadia, please review
9    Exhibit 19 and let me know when you're ready.
10      A.  Okay.
11      Q.  Have you seen this document before
12   other than in preparation for your
13   deposition?
14      A.  I don't recall.
15      Q.  You see that you're copied on it;
16   right?
17      A.  Yes.
18      Q.  And you see that this is a document
19   containing certain questions to the
20   independent directors about the work done by
21   VRC in connection with Step 2?
22      A.  I see that.
23      Q.  And the document asks the directors
24   to confirm certain information about
25   reviewing the VRC work and whether VRC

---



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

CONFIDENTIAL

---

249

1    Confidential - R. Kapadia
2  responded to the questions, whether they have
3  any other concerns, etc.  Do you see that?
4    A.  Yes.
5    Q.  Do you recall why this document was
6  sent?
7        MR. GLAZER:  Assuming you can speak
8    to that without revealing a privilege.
9    A.  I don't recall.
10    Q.  So you can't answer that with or
11  without the privilege instruction by counsel,
12  you just don't recall?
13    A.  I just don't recall.
14    Q.  Do you recall whether a document
15  similar to this was sent in connection with
16  Step 1 of the transaction?
17    A.  I don't recall.
18    Q.  If you turn to Exhibit 20, you are
19  forwarding to Mr. Lee an email that you
20  received from Mr. Kaplan that he received
21  from Mr. Crane at Tribune.  Do you see that?
22    A.  I do.
23    Q.  Sorry.  Mr. Kenney.  I guess Crane
24  is his first name.  And it says, "See the
25  attached.  The board and special counsel,

---

250

1    Confidential - R. Kapadia
2  Skadden, did not react well to your questions
3  but at our urging were willing to provide an
4  excerpt from the draft minutes of today's
5  meeting.  I believe this will address your
6  concerns regarding their diligence and VRC's
7  independence."  Do you see that?
8    A.  I see that.
9    Q.  Do you recall Mr. Kaplan having
10  concerns about the board's diligence and
11  VRC's independence on and around December 18,
12  2007?
13    A.  He may have.  I don't recall that.
14    Q.  Did Mr. Kaplan work in your group?
15    A.  Todd Kaplan?
16    Q.  Yes.
17    A.  No.  Todd Kaplan was at Merrill.
18    Q.  At Merrill.  Right.  Did you have
19  discussions with Mr. Kaplan about his
20  concerns about diligence, the board's
21  diligence, and VRC's independence?
22        MR. GLAZER:  That's a yes or no.
23    A.  Can you repeat your question,
24  please.
25        MR. KORPUS:  I'm sorry.  Are you

---

251

1    Confidential - R. Kapadia
2  claiming privilege?
3        MR. GLAZER:  Well, Mr. Schaffzin
4    may well have been involved in these
5    discussions, and he is counsel to both.
6    So I'm instructing him in the first
7    instance to answer yes or no.
8        MR. KORPUS:  I understand.  Fine.
9    Q.  My question was whether you had
10  discussions with Mr. Kaplan, to your
11  recollection, concerning Mr. Kaplan's
12  concerns about the board's diligence and
13  VRC's independence in connection with the
14  Tribune LBO.  And your counsel said you can
15  answer that yes or no.
16    A.  I may have.  I don't recall.
17    Q.  Do you recall being told at some
18  point that the board did not react well to
19  the questions sent to it?
20    A.  I don't recall that.  I see it
21  here.  I don't recall that.
22    Q.  Other than this document, this
23  document does not refresh any independent
24  recollection concerning this issue?
25    A.  That is correct.

---

252

1    Confidential - R. Kapadia
2        (Kapadia Exhibit 21, Document Bates
3    stamped JPM 00329872 through 329875,
4    marked for identification, as of this
5    date.)
6        (Kapadia Exhibit 22, Document Bates
7    stamped JPM 00336262, marked for
8    identification, as of this date.)
9    Q.  Let me know when you're ready for
10  Exhibit 21, Mr. Kapadia.
11    A.  Okay.
12    Q.  Exhibit 21 is an email from
13  Chandler Bigelow to recipients that you are
14  cc'd on dated April 21, 2007.  And it
15  attaches a Barclays Capital document.  Do you
16  see that?
17    A.  I see the email.
18    Q.  And it states, "We are actively
19  working to get Barclays into our bank
20  facility.  Attached is a diligence list from
21  them."  Do you see that?
22    A.  I see that.
23    Q.  And in the diligence list, which is
24  on the fourth page of the document, the last
25  page of the document, item number one states,

---



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

253

1        Confidential - R. Kapadia
2  "Is there a private letter ruling on tax
3  treatment of ESOP?"  Do you see that?
4        A.  I see that.
5        Q.  Do you know whether there was a
6  private letter ruling on tax treatment of
7  ESOP?
8        A.  There may have been.  I don't
9  recall.
10       Q.  Do you recall what the answer was
11 to Barclays' question?
12       A.  No.  I don't recall.
13       Q.  Do you recall whether Barclays
14 Capital ended up participating in the
15 facility?
16       A.  I believe they did.
17       Q.  Do you recall the amount of the
18 participation?
19       A.  I don't recall that.
20       Q.  If you turn to the next document,
21 22, this is an email from Patricia Deans to
22 Peter Cohen cc'ing you dated August 21, 2007.
23 Do you see that?
24       A.  I see that.
25       Q.  It states, "Todd Kaplan and I just

254

1  spoke to Chandler.  Told him we need to
2  regroup on due diligence.  Will be sending a
3  list of due diligence items in the next day
4  or so once all the banks have had a chance to
5  review.  VRS are scheduled to meet with the
6  company to start the solvency process on
7  September 10 and 11."
8        Do you read that as actually
9        intending to be VRC?  Is that how you read
10       it?
11       MR. GLAZER:  We'll agree it's a
12       good guess.
13       A.  It's a good -- it's a fair
14 assumption.
15       MR. KORPUS:  I'm asking for his
16       understanding.  That's all.
17       A.  Yeah, it's a fair assumption.
18       Q.  It states, "We want to fully vet
19 the projections, especially since we are in a
20 position that they have not hit the
21 projections given to the market four months
22 ago."  Do you see that?
23       A.  I see that.
24       Q.  Do you recall knowing in August of

255

1        Confidential - R. Kapadia
2  2007 that the company had not hit the
3  projections that the company gave to the market four
4  months earlier?
5        A.  I don't recall that.
6        Q.  Do you recall having a concern in
7  August of 2007 that the company had failed to
8  meet its projections that it gave in
9  connection with Step 1 of the transaction?
10       A.  I don't recall.
11       Q.  Do you recall at any time having
12 any concern about the company failing to meet
13 projections that it supplied to VRC in
14 connection with its solvency analysis?
15       MR. GLAZER:  Other than as he's
16       testified to before.
17       MR. KORPUS:  No.
18       MR. GLAZER:  He's testified today
19       about some --
20       MR. KORPUS:  I'm asking him my
21       question.
22       MR. GLAZER:  You don't have to
23       repeat it, but is there anything more --
24       THE WITNESS:  Understood.
25       Can you repeat that question,

256

1        Confidential - R. Kapadia
2  please.
3        (Record read.)
4        THE WITNESS:  I'm going to have to
5        ask you to repeat it one more time, if
6        you don't mind.
7        (Record read.)
8        A.  I don't recall.
9        Q.  Do you recall vetting the company's
10 projections in any way prior to them being
11 used as part of VRC's Step 1 analysis?
12       A.  I'm not sure I fully understand the
13 question.
14       Q.  Sure.  Let me ask it again.  This
15 document here says that we want to fully vet
16 their projections, and this is in connection
17 with the work VRC was doing on Step 2, given
18 the timing.
19       My question is, do you recall doing
20 any vetting of the company's projections in
21 connection with the work done by VRC on
22 Step 1?
23       A.  No.
24       Q.  No, it wasn't done, or no, you
25 don't recall whether it was done or not?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

CONFIDENTIAL

## 257

1       Confidential - R. Kapadia
2       A.  I don't recall if it was done.
3       Q.  Do you recall anybody else at
4    JPMorgan doing it?
5       A.  They may have.  I don't recall
6    that.
7       (Kapadia Exhibit 23, Document Bates
8    stamped JPM 00478012 through 478035,
9    marked for identification, as of this
10   date.)
11      Q.  I've marked as Exhibit 23 a
12   document bearing production numbers JPM
13   00478012 through 028.  The cover page is an
14   email from Jacob Steinberg to Cam Dyer at
15   Carlyle and copies you.  Do you know who
16   Jacob Steinberg is?
17      A.  He's a colleague of mine.
18      Q.  The heading for the document is,
19   "SS&C Refinancing Discussion Materials."  Do
20   you know what SS&C stands for?
21      A.  It's the name of a company.
22      Q.  It's the name of?
23      MR. GLAZER:  The witness told me he
24   thinks this cover sheet is unrelated to
25   the document that you've attached it to.

## 258

1       Confidential - R. Kapadia
2       MR. KORPUS:  Okay.  This is how it
3    was produced to us.
4       MR. GLAZER:  It may have been
5    inadvertently produced from another
6    transaction entirely, but --
7       MR. KORPUS:  The document or the
8    cover sheet?
9       MR. GLAZER:  SS&C is an unrelated
10   company.
11      MR. KORPUS:  Oh, SS&C is an
12   unrelated company.
13      MR. GLAZER:  So the cover sheet we
14   believe is unrelated to the document
15   that is now behind it.
16      MR. KORPUS:  Okay.  That probably
17   explains a lot of what I was going to
18   ask.
19      MR. GOLDFARB:  I think the
20   attachment was, in fact, attached to
21   this document, because there is
22   responsive material contained --
23      MR. KORPUS:  Yeah, I know that on
24   Page 13 of the attachment there is
25   material concerning Tribune.

## 259

1       Confidential - R. Kapadia
2       MS. KATZ:  Yeah.  The balance of
3    it --
4       MR. GLAZER:  Right.  The rest of it
5    -- the cover sheet is the unrelated
6    document.
7       MS. KATZ:  Well, no, actually.  And
8    all of this other redacted material --
9       MR. GLAZER:  Is unrelated.
10      MS. KATZ:  Which relates to that
11   other company.  We missed a redaction.
12      MS. BROMBERG:  So the cover sheet
13   is related to the presentation.  It's
14   just that the entire presentation is
15   largely unrelated except for what --
16      MS. KATZ:  Correct.
17      MR. KORPUS:  I see.
18      MS. KATZ:  As you all know, this
19   reference to this other company
20   constitutes the new category of
21   information under the depository
22   agreement.  And we actually attempted,
23   and, Andrew, I apologize for this, we
24   attempted to make sure we redacted all
25   the references to the other company

## 260

1       Confidential - R. Kapadia
2    before the document was used today.  I
3    see we missed it in the cover email.  So
4    that has to be redacted if you're going
5    to show it to anyone outside of this
6    room.
7       MR. KORPUS:  Right.  Okay.  But I
8    guess --
9       MR. GLAZER:  And we'll designate it
10   as Financial Institution Highly
11   Confidential.
12      MS. KATZ:  Thank you.  Yes.
13      MR. KORPUS:  That's fine.
14      Q.  But my question is, why is there
15   discussion of Tribune in this document that
16   concerns another company?
17      MR. GLAZER:  If you know.
18      Q.  And the discussion of Tribune is on
19   Page 13.
20      A.  While I can't say for sure, even
21   though I was copied on the email, if you go
22   to Page 10, I think in the way we conduct our
23   business and discussions with clients,
24   they're often interested in what's going on
25   in the market and what's happening with the



Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

### 261

1    Confidential - R. Kapadia
2 market and recent deals.
3    Q.  See, that's what happens when you
4 redact a lot of information, it becomes
5 difficult to read the document and understand
6 what goes under what heading.  So I apologize
7 for taking your time with this.
8    A.  No problem.
9       MR. KORPUS:  I have no further
10 questions.
11       (Continued on next page to include
12 jurat.)
13
14
15
16
17
18
19
20
21
22
23
24
25

### 262

1    Confidential - R. Kapadia
2       MR. GLAZER:  Rather than leave this
3 in the record with the name of the --
4       MR. KORPUS:  If you want to take it
5 out --
6       MR. GLAZER:  Why don't we just
7 remove 23, collect the copies, and call
8 it a non-event.
9       (Time noted:  6:04 p.m.)
10
11
12
13
14            RAJESH KAPADIA
15
16 Subscribed and sworn to before me
17 this ___ day of _____, 2010.
18
19 _____
20
21
22
23
24
25

### 263

1
2          C E R T I F I C A T E
3 STATE OF NEW YORK        )
4                          : ss.
5 COUNTY OF WESTCHESTER    )
6
7    I, JOAN WARNOCK, a Notary Public
8 within and for the State of New York, do
9 hereby certify:
10    That RAJESH KAPADIA, the witness
11 whose deposition is hereinbefore set
12 forth, was duly sworn by me and that
13 such deposition is a true record of the
14 testimony given by the witness.
15    I further certify that I am not
16 related to any of the parties to this
17 action by blood or marriage, and that I
18 am in no way interested in the outcome
19 of this matter.
20    IN WITNESS WHEREOF, I have hereunto
21 set my hand this 30th day of January,
22 2010.
23
24 _____
25          JOAN WARNOCK

### 264

1
2 ----------------- I N D E X ---------------
3 WITNESS        EXAMINATION BY        PAGE
4 R. Kapadia     Mr. Goldfarb        7
5               Mr. Korpus        228
6
7 ----------- INFORMATION REQUESTS -----------
8 DIRECTIONS:  181, 205, 228, 230, 234, 241,
9 243, 245
10 RULINGS:
11 TO BE FURNISHED:
12 REQUESTS:
13
14 ----------------- EXHIBITS ----------------
15 KAPADIA EXHIBIT              FOR ID.
16   EXHIBIT 1              43
17   Document Bates stamped JPM 00341511
18   EXHIBIT 2              64
19   Document Bates stamped JPM 00235896
20   EXHIBIT 3              76
21   Document Bates stamped JPM 00247488
22   EXHIBIT 4              83
23   Document Bates stamped JPM 00234471
24   through 234472
25   EXHIBIT 5              90



Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia

CONFIDENTIAL

<table>
<tr><td colspan="2">265</td></tr>
<tr><td>1</td><td></td></tr>
<tr><td>2</td><td>Document Bates stamped JPM 00206979</td></tr>
<tr><td>3</td><td>through 206981</td></tr>
<tr><td>4</td><td>EXHIBIT 6      96</td></tr>
<tr><td>5</td><td>Document Bates stamped JPM 00227775</td></tr>
<tr><td>6</td><td>EXHIBIT 7      102</td></tr>
<tr><td>7</td><td>Document Bates stamped JPM 00311216</td></tr>
<tr><td>8</td><td>through 311220</td></tr>
<tr><td>9</td><td>EXHIBIT 8      131</td></tr>
<tr><td>10</td><td>Document Bates stamped JPM 00232401</td></tr>
<tr><td>11</td><td>EXHIBIT 9      136</td></tr>
<tr><td>12</td><td>Document Bates stamped JPM 00255010</td></tr>
<tr><td>13</td><td>EXHIBIT 10      146</td></tr>
<tr><td>14</td><td>Document Bates stamped JPM 00340187</td></tr>
<tr><td>15</td><td>through 340189</td></tr>
<tr><td>16</td><td>EXHIBIT 11      149</td></tr>
<tr><td>17</td><td>Document Bates stamped JPM 00490132</td></tr>
<tr><td>18</td><td>EXHIBIT 12      166</td></tr>
<tr><td>19</td><td>Document Bates stamped JPM 00346336</td></tr>
<tr><td>20</td><td>EXHIBIT 13      171</td></tr>
<tr><td>21</td><td>Document Bates stamped JPM 00335870</td></tr>
<tr><td>22</td><td>EXHIBIT 14      186</td></tr>
<tr><td>23</td><td>Document Bates stamped JPM 00280816</td></tr>
<tr><td>24</td><td>through 280821</td></tr>
<tr><td>25</td><td>EXHIBIT 15      205</td></tr>
</table>

<table>
<tr><td colspan="2">266</td></tr>
<tr><td>1</td><td></td></tr>
<tr><td>2</td><td>Document Bates stamped JPM 00450240</td></tr>
<tr><td>3</td><td>through 450242</td></tr>
<tr><td>4</td><td>EXHIBIT 16      215</td></tr>
<tr><td>5</td><td>Document Bates stamped JPM 00069986</td></tr>
<tr><td>6</td><td>EXHIBIT 17      221</td></tr>
<tr><td>7</td><td>Two-page document beginning with</td></tr>
<tr><td>8</td><td>Bates number JPM 00477460</td></tr>
<tr><td>9</td><td>EXHIBIT 18      243</td></tr>
<tr><td>10</td><td>Document Bates stamped JPM 00288187</td></tr>
<tr><td>11</td><td>EXHIBIT 19      247</td></tr>
<tr><td>12</td><td>Document Bates stamped JPM 00338076</td></tr>
<tr><td>13</td><td>through 338077</td></tr>
<tr><td>14</td><td>EXHIBIT 20      248</td></tr>
<tr><td>15</td><td>Document Bates stamped JPM 00340719</td></tr>
<tr><td>16</td><td>through 340720</td></tr>
<tr><td>17</td><td>EXHIBIT 21      252</td></tr>
<tr><td>18</td><td>Document Bates stamped JPM 00329872</td></tr>
<tr><td>19</td><td>through 329875</td></tr>
<tr><td>20</td><td>EXHIBIT 22      252</td></tr>
<tr><td>21</td><td>Document Bates stamped JPM 00336262</td></tr>
<tr><td>22</td><td>EXHIBIT 23      257</td></tr>
<tr><td>23</td><td>Document Bates stamped JPM 00478012</td></tr>
<tr><td>24</td><td>through 478035</td></tr>
<tr><td>25</td><td></td></tr>
</table>



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

267

| A | | | | |
|---|---|---|---|---|
| **Abbey** | **actual** | **advisory** | 152:14,15 | **amount** |
| 13:2,5 | 194:13 | 46:23 51:13 | 154:2 182:3 | 34:22 52:24 |
| **ability** | **add** | **affiliates** | 195:8 | 55:10 79:19 |
| 54:12 70:7 | 130:22 131:8 | 88:6 | 254:12 | 108:24 |
| 113:11,12 | 183:5 | **afternoon** | **agreed** | 218:22 |
| 177:17,19 | 203:20 | 46:12 65:21 | 160:21 | 229:7 |
| **able** | **addendum** | 101:20,23 | **agreement** | 230:24 |
| 10:18 11:16 | 157:10 | 101:25 | 3:20 8:20 | 231:22 |
| 69:15,24 | **addition** | **agencies** | 196:10 | 232:4,10 |
| 123:9 130:3 | 39:14 59:14 | 47:4,7 98:3 | 259:22 | 233:3 |
| 130:7 | **additional** | 98:9,10,11 | **agreements** | 253:17 |
| 189:13 | 33:8 108:21 | 98:12,14 | 9:10 | **analyses** |
| **abreast** | 111:8,16 | 99:6,7,10 | **ahead** | 175:22 |
| 83:3 | 113:12 | 99:13,25 | 202:11 | 220:12 |
| **absent** | 238:24 | 100:14 | **aid** | 227:20 |
| 114:6 | **address** | 101:3 | 155:13 | **analysis** |
| **Absolutely** | 7:7 52:10 | 102:23 | **airline** | 201:4 212:21 |
| 10:8 171:19 | 99:21 | 116:8,22 | 201:6 | 213:4 |
| **acceptable** | 108:23 | 117:12 | **Aized** | 218:18 |
| 10:23 | 170:21 | 118:2 | 45:5 62:10 | 219:7,19,21 |
| **accompanied** | 202:16 | 128:10,13 | **al** | 219:24 |
| 42:11 | 250:5 | **agency** | 1:5 | 225:25 |
| **account** | **addressed** | 53:18 54:5 | **ALEXANDRA** | 226:15 |
| 112:24 113:4 | 171:11 216:9 | 128:20 | 6:9 | 227:5,6,13 |
| **accurate** | 225:25 | 129:4 | **align** | 227:18 |
| 27:23 112:4 | **addresses** | **ago** | 16:21 | 228:13 |
| 142:14 | 139:11 | 23:4 24:11 | **allocation** | 255:14 |
| 158:16 | **addressing** | 31:9 68:4 | 132:21 | 256:11 |
| 159:6,18 | 50:18 177:18 | 70:19 83:7 | **allow** | **analyst** |
| 170:23 | **adds** | 97:18 | 111:15 | 58:18 59:4 |
| 171:17 | 85:8 | 108:16 | 230:19 | **analysts** |
| **accurately** | **adequately** | 112:19,22 | **alter** | 173:11,13 |
| 142:13 | 149:7,11 | 113:2 | 100:15 | 174:5 |
| 158:11 | **Administered** | 114:11 | **alternative** | **Anastasio** |
| 159:4 | 1:6 | 134:6 152:9 | 104:22 | 206:16 |
| 170:13,14 | **advertising** | 155:3 | **alternatives** | **Andrea** |
| 211:2 | 57:17 165:22 | 191:21 | 85:21 | 7:9 |
| **acquisition** | 165:23 | 208:13 | **Alvarez** | **Andrew** |
| 15:4 | 193:13 | 209:6 | 5:15 9:3 | 3:9 7:14 |
| **acting** | **advice** | 234:19 | **America** | 55:23 |
| 176:23 | 47:3 117:17 | 254:23 | 4:19 8:23 | 224:21 |
| **action** | 170:19 | **agree** | 64:9,15 | 237:24 |
| 23:18 263:17 | **adviser** | 55:7 107:5 | 84:19,20 | 259:23 |
| **actively** | 71:24 72:21 | 108:8,13 | 186:11 | **Andy** |
| 62:7 252:18 | 77:8 | 147:5 | **Americas** | 17:17,21 |
| | **advising** | 152:12,13 | 4:14 | 188:7,16 |
| | | | | 224:21 |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                        January 22, 2010

CONFIDENTIAL

268

| | | | | |
|---|---|---|---|---|
| 235:4 | answers | 119:25 | 6:8 9:4,4 | 255:20 |
| **Angeles** | 237:10 | 120:12,25 | **aside** | **asks** |
| 3:23 | **anticipated** | 121:5,18,24 | 73:6 87:17 | 175:13 |
| **announced** | 132:20 | 122:7,13,20 | 112:7 222:5 | 248:23 |
| 77:6,9 | **anybody** | 122:21 | **asked** | **assess** |
| **answer** | 18:4 33:16 | 124:12,16 | 10:21 11:13 | 29:15 |
| 9:22,25 | 68:24 95:20 | 125:7 126:3 | 93:3 97:9 | **assessing** |
| 11:16,19 | 179:6 | 126:3 156:8 | 120:14 | 143:20 |
| 36:12 55:20 | 192:14 | 156:12,17 | 134:6 | 175:17 |
| 57:23 58:21 | 228:20 | 156:22 | 144:13 | **assessment** |
| 68:2 101:7 | 239:17 | 157:10,17 | 150:17 | 49:11,23 |
| 136:2 140:4 | 257:3 | 159:23 | 151:7 175:9 | 51:2 212:7 |
| 140:22 | **anybody's** | 161:21 | 176:17 | **asset** |
| 142:10 | 67:25 | **approvals** | 184:2 | 38:8 103:22 |
| 144:16,22 | **apart** | 42:18 123:9 | 193:15 | 133:17 |
| 144:24 | 139:19 | 174:24 | 203:17 | **assets** |
| 161:13 | **apologize** | **approve** | 208:22 | 55:9 110:11 |
| 180:6 181:8 | 236:8 259:23 | 126:19 | 209:6 | 110:13 |
| 181:19 | 261:6 | **approving** | 234:23 | **assign** |
| 183:3 | **Apparently** | 128:22 | 236:2,9 | 160:5 |
| 196:20 | 71:6 | **approxima...** | 237:9 | **assist** |
| 197:18 | **appeal** | 16:12 218:20 | 245:13,14 | 91:25 208:15 |
| 199:10 | 15:6,6 | **April** | **asking** | **assisting** |
| 202:13,19 | **appear** | 75:16 79:16 | 10:16 29:25 | 37:18 |
| 205:9,20 | 91:17 156:15 | 122:3 128:8 | 32:25 35:7 | **associated** |
| 226:5,5 | **appears** | 136:17 | 38:5 40:3 | 29:18 42:16 |
| 228:4 230:9 | 91:16 139:18 | 173:17 | 49:20 59:13 | 50:5 71:17 |
| 233:17,20 | 149:23 | 252:14 | 73:11 81:7 | 71:18 88:4 |
| 234:3 | 156:19 | **area** | 82:8 86:17 | 131:13 |
| 239:11 | 195:9 | 11:18 16:18 | 104:11 | 140:12,14 |
| 241:7,16,18 | 215:21 | 198:16,19 | 127:22 | 141:20 |
| 241:21,24 | **Appendix** | **areas** | 135:15 | 142:20 |
| 242:12 | 162:6,8,18 | 165:3,8 | 139:9 | 149:6 |
| 243:14 | **appetite** | 198:10 | 157:19 | 177:15 |
| 244:13,19 | 139:23 | 202:6 205:8 | 162:4 | 178:11 |
| 244:23,25 | **applies** | **arising** | 170:18 | 201:7 218:3 |
| 245:2,15,17 | 231:7 | 183:13 | 171:13 | **assume** |
| 249:10 | **apprised** | **arm** | 172:24 | 11:11 84:25 |
| 251:7,15 | 83:10 | 21:18 22:12 | 177:8,22 | 85:13,14 |
| 253:10 | **approach** | 56:18,19 | 181:11 | 91:4 160:12 |
| **answered** | 41:22 | **arms** | 194:6 | **assuming** |
| 140:24 141:2 | **approached** | 56:23 | 202:23 | 210:25 249:7 |
| 180:21 | 139:15 | **arose** | 209:13,18 | **assumption** |
| 245:14 | **appropriate** | 178:17 | 209:20 | 97:24 190:15 |
| **answering** | 9:9 204:21 | **art** | 242:5 243:6 | 190:16 |
| 10:17 181:5 | **approval** | 165:6 | 244:3,20,22 | 246:11 |
| 242:7,9 | | **Ashley** | 254:16 | 254:15,18 |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

269

| | | | |
|---|---|---|---|
| **assumptions** 212:24 | **AUSTIN** 4:4 | 190:18 201:8 219:5 | 130:12 131:9 220:3 |
| **attached** 106:20 162:2 190:19,25 191:3 236:4 236:5,22 248:3 249:25 252:20 257:25 258:20 | **author** 98:24 **auto** 165:16,19 193:13 **available** 114:18 **Avenue** 3:13 4:14 5:19 | 228:7 231:7 237:7 244:11 **backdrop** 152:24 153:9 **background** 12:5 32:10 99:12 **balance** 259:2 | 231:21 232:20 **bankruptcy** 1:2 7:17 110:22 114:24 115:9,14 118:7,15 163:12,21 164:8 |
| **attaches** 252:15 **attachment** 106:23 188:21 258:20,24 **attempted** 259:22,24 **attend** 92:17 93:5 | **avoid** 227:24 **awarded** 77:7 **aware** 27:7,20 37:17,21 38:20 148:6 176:22 219:16,20 | **bank** 4:19 8:22 12:24,25 13:15 64:9 64:15 84:18 84:20 111:6 111:22 113:15 137:15,16 | **banks** 15:18 62:15 84:16 117:5 138:21,22 139:2,5,13 139:15,23 140:8,9 141:5 142:18 143:5 |
| **attended** 207:14 234:21,24 236:10 | **a.m** 2:4 56:8,9 | 137:22 141:12,13 141:14,22 141:24 | 148:24 179:16 181:16 185:22 |
| **attending** 236:20 | **B** | 142:7 144:17,17 144:21 | 186:2,10 199:22 200:4 223:7 |
| **attention** 18:22 78:4 81:2 161:25 | **B** 100:22,22,22 101:2 200:18 | 186:11 237:11 252:19 | 246:5 254:5 **Barclays** 252:15,19 |
| **attest** 142:15 **attorney** 244:18,19 | **back** 21:9 29:6 68:13 85:4 93:16 98:7 101:24 | **banker** 21:6 170:25 232:16,18 232:21,23 | 253:11,13 **Bartter** 21:6 25:17 25:19,22 |
| **attorneys** 3:5,12,20 4:5,12,19 5:5,11,18 6:5 242:14 | 102:18 107:13 114:11 142:24 145:13 | **bankers** 133:2,21,23 134:22 135:7,11,17 135:19,24 | 26:17,24 28:23 34:3 34:11 62:2 62:11 63:17 |
| **auctions** 232:19 **August** 217:5 253:22 254:25 255:7 | 147:20 151:21 154:19 159:11 173:15 180:23 187:18 | 136:2 188:5 **banking** 21:12,22 22:11 30:11 41:6 45:25 65:12 91:8 129:10 | 65:4 78:6 78:25 80:12 80:18 82:15 90:19,22 **Bartter's** 21:7 78:22 **baseball** |
| | | | 71:16 **based** 132:11,20 211:17 215:4 218:18 219:9 **basic** 10:12 **basis** 55:13 135:10 197:2 230:11 233:19 243:17 **Bates** 43:12,21 64:19,24 76:15,19 83:14 90:6 90:10 96:15 96:19 102:5 102:9 106:24 120:6 124:7 131:16,21 136:7,10 146:7,11 149:15 157:5 162:5 166:8,12 171:20 186:19,23 205:23 206:3 215:15 221:12,16 238:4 243:22 247:13,19 248:4 252:2 252:6 257:7 264:17,19 264:21,23 265:2,5,7 265:10,12 265:14,17 |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia

CONFIDENTIAL

270

| | | | | |
|---|---|---|---|---|
| 265:19,21 | 122:2,24 | 112:21 | 50:20,21,22 | 230:24 |
| 265:23 | 123:3 | **Bennett** | 50:23 | 231:3,5,23 |
| 266:2,5,8 | 124:11,12 | 3:19 8:19 | 173:18,25 | 232:4,11 |
| 266:10,12 | 125:22 | **Benson** | 209:18 | 233:3,6,25 |
| 266:15,18 | 133:15 | 5:10 8:25 | **Bill** | 234:7,8,10 |
| 266:21,23 | 134:5 152:6 | 229:3 | 64:16 78:6 | 234:11,16 |
| **bathroom** | 157:19 | **best** | 78:25 | **bonuses** |
| 221:18 | 160:5 165:9 | 82:13 117:7 | **billion** | 232:15 |
| **bearing** | 165:16 | 117:13 | 153:15,22 | **borrower** |
| 43:20 64:24 | 169:17 | 230:4 | 159:9,17 | 218:23 |
| 76:18 96:18 | 171:4 | **better** | 218:21 | **borrowers** |
| 102:5,9 | 177:10,11 | 184:2 | **bit** | 14:15 |
| 120:5 | 181:24 | **beyond** | 21:14 27:3 | **Boston** |
| 146:11 | 182:18 | 39:10 153:3 | 40:15 89:20 | 5:7 |
| 166:11 | 184:18 | **bid** | 99:22 179:2 | **bottom** |
| 206:3 | 186:9 | 18:25 19:11 | 193:11 | 78:5 85:3 |
| 257:12 | 190:11 | 24:6,12,17 | 229:16 | 116:12 |
| **bears** | 196:10 | 26:3 27:19 | **blanket** | 123:2 132:9 |
| 90:10 131:21 | 199:20 | 28:7 29:2 | 55:19 | 146:21 |
| 136:10 | 200:6 | 34:23 39:4 | **block** | 159:22 |
| 186:23 | 202:25 | 41:12 46:6 | 121:5,24 | 160:2 |
| **began** | 203:11 | 85:5 | 156:17 | 206:13 |
| 10:3 60:17 | 204:17,25 | **bidder** | **blood** | 216:25 |
| **beginning** | 208:20,21 | 28:5,5 | 263:17 | 218:11,11 |
| 12:5 221:12 | 209:5 | **bidders** | **BoA** | 218:12 |
| 221:16 | 211:13,14 | 27:9,13,14 | 84:17,18 | **Bowen** |
| 266:7 | 213:8 214:4 | 27:22 28:3 | 186:10 | 64:16 |
| **begins** | 214:8,15 | 28:20 37:19 | **board** | **box** |
| 39:23 46:10 | 219:25 | 37:25 38:8 | 41:23 85:15 | 159:25 |
| 150:16 | 223:17 | 38:15 | 249:25 | **boxes** |
| **behalf** | 225:15 | **bids** | 251:18 | 163:11 |
| 8:19 176:24 | 226:10,18 | 38:21 | **board's** | **bracket** |
| 231:9 | 228:15 | **big** | 250:10,20 | 216:3 |
| **believe** | 231:6 | 34:19,21 | 251:12 | **branches** |
| 15:5 19:15 | 232:14 | 145:11 | **bodily** | 38:12 |
| 20:15 22:2 | 234:23 | 155:17 | 11:5 | **break** |
| 25:12 31:4 | 239:21 | **Bigelow** | **bolster** | 11:13,22,23 |
| 32:12,19 | 240:25 | 61:3 105:11 | 66:15 | 12:2 144:7 |
| 39:12 40:12 | 241:14 | 105:12 | **bond** | 144:12 |
| 42:17 46:18 | 250:5 | 116:6,14,20 | 14:16 111:6 | 180:3 |
| 59:22 66:9 | 253:16 | 117:10,24 | 117:4 | 221:18 |
| 67:5 70:18 | 258:14 | 239:25 | 120:13,22 | **bridge** |
| 76:5 77:10 | **believed** | 240:5 | **bonds** | 120:13,17,22 |
| 82:20 84:15 | 73:25 | 246:10,18 | 113:16 | 121:2 |
| 94:12 97:16 | **benefit** | 252:13 | **bonus** | **briefed** |
| 110:8 112:4 | 107:23 111:8 | **bigger** | 230:7,10,13 | 150:18 |
| 121:3,6 | 111:10 | 36:11 50:15 | 230:20,23 | **briefly** |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                          January 22, 2010

CONFIDENTIAL

271

| | | | | |
|---|---|---|---|---|
| 178:13 | 217:17 | 263:2,2 | 100:23,24 | 188:8,17 |
| **Brit** | 218:16 | **Cahill** | 114:13,16 | 235:4 |
| 21:6,7 25:17 | **bulleted** | 200:7 213:23 | 140:12,14 | **category** |
| 62:2,11 | 211:10 | 225:17 | 140:16 | 62:23 259:20 |
| 63:17 78:6 | **bullets** | 239:18,20 | 141:19 | **cc'd** |
| 82:15 191:7 | 191:15 | **California** | 153:6 | 78:22 252:14 |
| **broad** | 194:24 | 3:23 | 252:15 | **cc'ing** |
| 22:14 23:21 | 217:7 | **call** | 253:14 | 95:11 166:23 |
| 28:12,18 | 218:12 | 25:7,9,14,15 | **capitaliz...** | 206:18 |
| 38:5 49:3 | **bump** | 25:18 26:17 | 55:2 148:19 | 253:22 |
| 82:8 92:25 | 94:18,19 | 26:18 27:18 | **capped** | **Center** |
| 104:12 | **bunch** | 27:20 46:3 | 134:4 | 5:6 |
| 130:20 | 52:8 201:7 | 69:7 79:5 | **car** | **cents** |
| 139:9 | **burden** | 84:12,21 | 165:22,23 | 85:5 |
| 172:24 | 177:20,22 | 85:9 86:3 | 193:12 | **CEO** |
| 193:9 194:4 | **burdened** | 90:24 92:11 | **care** | 66:9,10,18 |
| **broadcasting** | 108:21 | 138:18 | 172:11,15 | 66:21 |
| 56:19 103:6 | **Burkle** | 145:9 151:8 | **cared** | 246:12 |
| 103:22 | 28:11,18 | 170:8,15 | 172:20 | **certain** |
| 109:12,17 | **Busath** | 171:5 201:5 | **career** | 82:11 112:2 |
| 109:22 | 3:17 8:6,6 | 235:19,21 | 36:3 215:24 | 138:22 |
| 111:24 | **business** | 239:12,13 | **careful** | 142:17 |
| 116:25 | 12:23 13:7 | 239:14 | 202:4 | 143:5,6 |
| 237:13,15 | 13:12,14 | 262:7 | **Carlyle** | 144:17 |
| 238:6,7,17 | 20:19 22:7 | **called** | 257:15 | 248:19,24 |
| **broader** | 36:8 55:3 | 7:2 46:8 | **case** | **certainly** |
| 21:18 96:11 | 58:3 93:19 | 95:5 137:10 | 1:5 9:11 | 11:14 |
| 153:2,3 | 130:13 | 238:7,11 | 18:6,6 | **certify** |
| **broadly** | 133:4 134:8 | **calls** | 21:24 29:14 | 263:9,15 |
| 15:10 49:4 | 134:11,13 | 84:7 87:18 | 29:14,19 | **CFO** |
| 99:22 | 134:23 | 200:12 | 30:8,8 34:2 | 246:13,15 |
| **Broadway** | 135:13,21 | **Cam** | 34:2 51:15 | **Chadbourne** |
| 5:12 | 149:2 | 257:14 | 51:15 52:23 | 2:8 6:4 9:5 |
| **Bromberg** | 164:22 | **Campbell** | 52:23 55:17 | **chain** |
| 5:8 15:24,24 | 165:7 188:6 | 184:18,20 | 55:17,20,21 | 90:23 102:17 |
| 259:12 | 213:16 | 185:5,7 | 58:15,15 | **chairman** |
| **brought** | 232:21 | **cap** | 59:2,2 | 21:11 91:7 |
| 64:11,13 | 260:23 | 100:4 191:9 | 74:23,23 | **challenges** |
| **Brown** | **buy** | **capital** | 88:20 | 50:7,10 |
| 5:4 15:25 | 31:10 | 14:15,25 | 108:16 | 57:19 |
| **BTM** | **buying** | 22:6 23:6 | 111:22 | 165:14 |
| 137:10,13 | 43:3 | 23:10,12 | 130:5 131:3 | 193:12 |
| 139:18 | | 31:18 52:24 | 131:3 | **chance** |
| 142:11,16 | ――――――― | 79:8,19 | 143:23,23 | 83:18 90:12 |
| **bullet** | **C** | 80:25 89:22 | 159:7,7 | 136:12 |
| 163:11 | **C** | 97:6 100:8 | **Casey** | 149:19 |
| 191:19 | 3:2 4:2 5:2 | 100:20,21 | 17:17,21 | |
| | 6:2 247:18 | | | |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                      January 22, 2010

CONFIDENTIAL

272

149:19
177:2
186:25
254:5
**Chandler**
61:3 105:11
105:19,20
106:19
239:25
240:4 246:4
246:9,10,23
247:3
252:13
254:2
**Chanen**
6:12 8:8,8
**change**
85:6 100:6
135:23
**changed**
22:21 99:17
**changes**
41:21
**Chapman**
136:21,23
137:9
142:13
**Chapman's**
138:14
**Chapter**
1:4
**character...**
39:5 170:7
**characterize**
40:14 82:14
100:18
151:22
172:3,7,17
173:2 174:8
194:18,21
231:25
239:5
**charge**
131:2 134:13
134:18
**charges**
130:16

140:12
**chart**
107:7 109:21
110:5 112:5
237:7,10
**Chase**
106:7,10
125:15
136:24
232:6 239:2
**check**
52:13,17
53:3,21,24
54:7,20
147:22,25
154:5 159:2
160:13
**Chemical**
13:15,20,21
13:25 14:4
**Chen**
43:24 44:2
47:11 48:2
48:18 51:18
52:25 53:8
53:11 54:13
62:10 94:12
106:16
129:14
175:5
184:23
185:5 190:5
195:2
206:18
**Chicago**
12:15 67:4
70:12,17,20
70:22,22
**choose**
155:2
**chose**
144:15
**Chris**
188:7,16
222:15
224:21
235:4

**Christian**
206:15
**Christine**
5:15 9:2
**circulating**
208:10
**circulation**
190:13
**circumstance**
18:6
**circumsta...**
38:17 100:13
**cited**
141:25
159:17
**Citi**
63:11 64:4
84:17
186:10
**Citigroup**
4:12 8:16
62:25 63:3
63:9,22
105:24
200:17
**citing**
170:19
**claim**
205:20
**claiming**
205:15 251:2
**clarifica...**
104:17
181:10
**clarify**
11:9,10
74:12
118:13
**clean**
10:4,14
**cleaner**
197:6 203:23
**clear**
32:15 37:5
130:14
158:3

159:13
180:17
201:24
203:4
**client**
23:17 29:10
36:19,21
37:3,3,8,11
37:12 39:16
39:23 40:4
40:25 61:22
61:23,24
73:20 74:2
74:16,20
81:15,15
82:16 93:22
121:12
130:8 131:8
133:23
134:8 164:4
174:18
**clients**
14:14,14,25
15:2 23:5,6
23:8,10,23
23:24 37:14
46:25 70:8
73:3,9,13
74:17,18,22
84:9,22
130:16
178:6
231:12,13
233:8
260:23
**client's**
23:18 39:24
40:20
**closed**
103:17
134:24
169:17
**closely**
62:7
**closing**
42:16,21
133:5

134:12
196:13,13
**Coast**
28:6
**Cohen**
61:21 62:11
63:17 65:3
65:20 66:17
67:10,17
68:9 69:6
69:12,24
71:11
129:15
146:16,21
147:2,6,11
147:20
149:24
150:8 151:6
151:11
152:2
184:23
185:6
245:25
253:22
**Cohen's**
154:2
**collateral**
102:24,25
103:10,23
104:22
108:5,9,13
108:25
109:9,13,18
110:2,17,25
111:20,21
116:7,24
117:12
118:5
**colleague**
18:24 19:9
24:7 26:2
44:3 187:5
257:17
**colleagues**
17:25 19:17
33:11 40:11
40:12 41:4



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

273

41:7 48:25
49:6,10,20
50:2 61:4
62:6 93:23
94:4,11
115:5,12
127:7,16,20
129:14
141:18
179:14
181:17
184:10,11
184:22
185:12
189:12
190:5
192:19
200:8
210:13
220:2,4
222:7
231:10
235:4
**collect**
262:7
**college**
13:6
**column**
163:8 216:24
217:17
**come**
18:22 20:7
20:11 27:12
28:2 57:21
58:7 63:23
139:19
145:17
171:24
233:5,10
235:19
**comes**
114:12
177:17
233:7
**coming**
38:12 133:4
134:11,23

218:6
**commensurate**
140:16
**comment**
53:25 63:16
70:4 71:14
83:6 114:11
168:5
170:18
171:14
173:15
183:10
213:12
**commented**
212:11
**commenting**
94:10
**comments**
76:11 82:9
183:11
189:10
**commit**
139:23
140:10
**commitment**
75:7,14,15
75:19 76:8
94:3,6
120:13
121:2
125:22
140:11,14
141:20
227:25
**commitments**
115:7 120:22
140:17
177:23
191:11
**committed**
75:21 100:8
121:22
125:16
126:8
139:17
**committee**
3:5 6:5 7:16

9:6 41:22
85:4,11,15
85:24
**common**
141:15
**commonly**
54:10
**communica...**
89:8
**communica...**
117:11
196:24
**communica...**
61:11 68:19
114:21
115:5 116:5
141:4 176:5
214:21
242:13
**companies**
51:21 63:10
108:18,19
111:25
112:3
**company**
1:5 18:12,15
18:21 19:11
20:23 24:7
27:9,14
29:2,16,23
30:3,14
33:19 34:24
37:19,25
55:9 56:12
56:14 58:5
58:12,17
59:3,10,18
59:20 61:3
61:12,20
66:18 68:11
68:24 70:14
85:21 104:2
105:12
108:20,20
109:23
111:2
114:18

115:15
120:2 128:7
129:20
143:22
150:25
157:10
164:13
167:13,16
168:15,19
169:6
170:20
191:21
203:10
205:5 213:7
213:11
214:14
217:23
222:18
223:2 225:4
225:20
228:12
232:13
237:14
238:7,8,17
238:24
241:5 254:7
255:2,7,12
257:21
258:10,12
259:11,19
259:25
260:16
**company's**
58:16 177:16
177:19
256:9,20
**comparable**
234:13,16
**compare**
234:7,10
**compared**
22:10 51:20
110:25
115:14
192:3,20
193:17,19
194:14

**compensated**
130:22 149:7
149:12
**compensation**
131:12
230:20
231:20
**compilation**
223:14
**compiled**
223:20
**compiling**
33:17,18
190:2
222:25
223:7
224:14
**complete**
161:13
**completed**
201:6
**completion**
196:5
**complex**
50:13
**comprised**
154:21
**conceive**
147:2
**concern**
108:23 143:2
147:24
148:3,4,4
148:15,22
149:9 172:6
172:8,10,18
173:2 255:6
255:12
**concerned**
241:20
**concerning**
77:3 168:19
251:11,24
258:25
**concerns**
126:7 142:19



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

274

| | | | | |
|---|---|---|---|---|
| 143:8 148:6 | 20:1 21:1 | 114:1 115:1 | 208:1 209:1 | 51:13 59:20 |
| 154:4 155:3 | 22:1 23:1 | 116:1 117:1 | 210:1 211:1 | 60:12 68:24 |
| 155:4 | 24:1 25:1 | 118:1 119:1 | 212:1 213:1 | 72:21 73:7 |
| 171:25 | 26:1 27:1 | 120:1 121:1 | 214:1 215:1 | 73:11 74:3 |
| 172:4 249:3 | 28:1 29:1 | 122:1 123:1 | 216:1 217:1 | 75:3,22 |
| 250:6,10,20 | 30:1 31:1 | 124:1 125:1 | 218:1 219:1 | 77:9,12 |
| 251:12 | 32:1 33:1 | 126:1 127:1 | 220:1 221:1 | 78:19 80:13 |
| 260:16 | 34:1 35:1 | 128:1 129:1 | 222:1 223:1 | 83:9,9 |
| **concluded** | 36:1 37:1 | 130:1 131:1 | 224:1 225:1 | 85:18 86:8 |
| 89:23 | 38:1 39:1 | 132:1 133:1 | 226:1 227:1 | 87:7,19 |
| **concluding** | 40:1 41:1 | 134:1 135:1 | 228:1 229:1 | 92:5 109:19 |
| 80:2 | 42:1 43:1 | 136:1 137:1 | 230:1 231:1 | 110:19 |
| **conclusion** | 44:1 45:1 | 138:1 139:1 | 232:1 233:1 | 115:16 |
| 94:23 109:8 | 46:1 47:1 | 140:1 141:1 | 234:1 235:1 | 118:5 |
| 132:23 | 48:1 49:1 | 142:1 143:1 | 236:1 237:1 | 120:17,21 |
| 244:5 | 50:1 51:1 | 144:1 145:1 | 238:1 239:1 | 124:15,20 |
| **conclusions** | 52:1 53:1 | 146:1 147:1 | 240:1 241:1 | 125:16 |
| 107:16 | 54:1 55:1 | 148:1 149:1 | 242:1 243:1 | 127:11,21 |
| **condition** | 56:1 57:1 | 150:1 151:1 | 244:1 245:1 | 128:10 |
| 196:5,9 | 58:1 59:1 | 152:1 153:1 | 246:1 247:1 | 129:18 |
| **conditions** | 60:1 61:1 | 154:1 155:1 | 248:1 249:1 | 147:25 |
| 42:16,17,19 | 62:1 63:1 | 156:1 157:1 | 250:1 251:1 | 148:11 |
| 88:4 113:11 | 64:1 65:1 | 158:1 159:1 | 252:1 253:1 | 153:18 |
| 174:21,23 | 66:1 67:1 | 160:1 161:1 | 254:1 255:1 | 155:10 |
| **conduct** | 68:1 69:1 | 162:1 163:1 | 256:1 257:1 | 168:24 |
| 93:18 260:22 | 70:1 71:1 | 164:1 165:1 | 258:1 259:1 | 174:10 |
| **conducting** | 72:1 73:1 | 166:1 167:1 | 260:1,11 | 175:2 178:6 |
| 31:6 175:21 | 74:1 75:1 | 168:1 169:1 | 261:1 262:1 | 178:18 |
| 240:14 | 76:1 77:1 | 170:1 171:1 | **confident...** | 182:24 |
| **confer** | 78:1 79:1 | 172:1 173:1 | 9:10 | 200:22 |
| 11:14 242:17 | 80:1 81:1 | 174:1 175:1 | **confines** | 204:23 |
| **conference** | 82:1 83:1 | 176:1 177:1 | 111:13 | 213:22 |
| 26:23 87:18 | 84:1 85:1 | 178:1 179:1 | 113:17 | 223:2 |
| **conferred** | 86:1 87:1 | 180:1 181:1 | **confirm** | 224:18 |
| 180:11 | 88:1 89:1 | 182:1 183:1 | 69:9 107:22 | 228:12 |
| 195:23 | 90:1 91:1 | 184:1 185:1 | 191:5 | 244:6 |
| 245:8 | 92:1 93:1 | 186:1 187:1 | 248:24 | 248:21 |
| **conferring** | 94:1 95:1 | 188:1 189:1 | **conjunction** | 249:15 |
| 11:20 245:11 | 96:1 97:1 | 190:1 191:1 | 150:6 | 251:13 |
| **Confidential** | 98:1 99:1 | 192:1 193:1 | **connect** | 255:9,14 |
| 1:11 2:6 7:1 | 100:1 101:1 | 194:1 195:1 | 208:5,5 | 256:16,21 |
| 8:1 9:1 | 102:1 103:1 | 196:1 197:1 | 230:12 | **consequences** |
| 10:1 11:1 | 104:1 105:1 | 198:1 199:1 | **connected** | 88:8,13 |
| 12:1 13:1 | 106:1 107:1 | 200:1 201:1 | 231:20 | **consider** |
| 14:1 15:1 | 108:1 109:1 | 202:1 203:1 | **connection** | 34:13 36:18 |
| 16:1 17:1 | 110:1 111:1 | 204:1 205:1 | 32:14 33:24 | 37:13 47:22 |
| 18:1 19:1 | 112:1 113:1 | 206:1 207:1 | 39:9 50:7 | 73:8 170:23 |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                January 22, 2010

CONFIDENTIAL

275

187:25
200:21
219:12
**considera...**
196:15
197:10,24
199:7
**considera...**
152:21,23
198:3
**considered**
36:21 50:12
73:2,19
150:20
233:3
**considering**
28:25 114:23
**consistent**
88:7 89:24
111:11
139:21
**constitutes**
259:20
**consummated**
108:4
**contact**
18:18 20:21
60:10,21
61:17 63:11
64:14 68:23
85:23 87:6
92:4 138:5
240:3,4
**contacting**
170:6
**contacts**
34:4,10 63:4
63:7 68:9
68:12
176:24
**contained**
124:25
126:24
157:24
163:4
189:14,24
258:22

**containing**
248:19
**contemplated**
34:22 49:7
75:2 103:13
109:4
134:20
218:6
**contempla...**
24:6 26:3
31:17,19,21
42:4 71:23
72:2,15
**contents**
128:23 171:5
181:12
**context**
18:5 49:12
54:14 55:4
100:3
139:10
140:7
154:19
205:5
231:17
**contexts**
52:9
**continue**
39:10 145:13
180:15
221:19
**Continued**
261:11
**continuing**
154:6
**continuously**
14:5
**contribute**
79:18 209:21
210:5
**contributed**
30:13
**contributing**
79:7 80:24
**contribution**
53:19 54:6
56:22

231:18
Cont'd
4:2 5:2 6:2
101:21
**conversation**
33:2 53:8
117:8,13,25
123:19
**conversat...**
33:2,5,6
34:11 35:3
61:6,15
67:6 68:8
68:17 78:21
82:21,24
91:12,14
92:10
135:24
138:10
183:5
196:25
212:18
**copied**
105:15
146:15
248:15
260:21
**copies**
128:2 136:21
257:15
262:7
**copying**
147:20
**Corio**
211:6
**corner**
216:6
**corporation**
88:15
**correct**
71:4 111:23
132:14
160:16
170:6
229:23
242:15
251:25

259:16
**corrected**
162:10
**correctly**
48:11 59:13
**correlated**
232:25
**correspond**
80:11
**cost**
95:23 100:19
100:21,23
100:24
114:13,16
131:7 153:6
**counsel**
7:15,21
11:14,20
76:5,10
94:9 151:10
179:19
180:2,11
181:11,21
184:18
195:23
197:2
198:14
199:21
200:4,6,7
204:17,18
207:23
209:10
212:18
223:7
225:16
227:14
239:18
242:17,24
244:15,23
245:8
249:11,25
251:5,14
**counsel's**
173:22
182:11
204:11
205:10,12

234:5
245:20
**counterparts**
63:18
**country**
165:4,9
**COUNTY**
263:5
**couple**
7:20 23:3
41:5 43:25
56:4 57:16
57:17,18
67:5 70:23
82:21 92:8
134:6 138:9
152:21,23
153:18
162:23
167:9 200:8
200:10
211:2 229:8
234:18
235:6 240:6
**course**
9:23 119:16
155:22
**court**
1:2 7:6
10:17,25
43:15
209:24
**cover**
119:11
177:20
180:3
188:25
190:18
191:15
236:4
257:13,24
258:8,13
259:5,12
260:3
**coverage**
30:11 93:21
133:2,20



Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

**ESQUIRE**
an Alexander Gallo Company

Rajesh Kapadia                                     January 22, 2010

CONFIDENTIAL

276

134:22
135:11,17
135:19,24
135:25
**covered**
173:11
**co-heads**
17:22
**crack**
153:7
**cracks**
152:25
173:16,17
173:25
**Crane**
249:21,23
**created**
105:6 239:9
**creating**
239:2,6
**creation**
104:7,21
105:4
**credit**
3:20 8:20
15:16 30:10
41:8 47:8
93:21 99:7
103:5,8
111:9,10,18
115:21,22
119:25
121:19,22
122:14,17
123:13
124:3,12,16
124:21
126:3,11
139:23
153:2,5
156:21,25
160:8,17
163:20
164:6,7
171:2,13
173:16
194:20

237:20
239:15
**creditors**
3:6 6:5 7:16
9:6 115:15
**creditwor...**
98:18 101:11
**cross-mar...**
133:6 134:2
134:3
135:17
**Cubs**
71:6,13,16
71:23,24
72:2,4,8,10
72:12,13,17
72:22 73:6
133:17
**curious**
126:21
**current**
14:8 22:11
150:19
218:19
**customized**
201:3,4

——— **D** ———

**D**
6:8 7:2
264:2
**Dan**
136:25
142:12
**Daniel**
136:21
**Daryl**
175:4 177:18
190:5 221:9
**dashed**
191:17
**date**
43:14 64:21
75:20 76:17
83:17 85:6
90:9 96:17
98:7 102:7

128:14
131:18
136:9
146:10
149:17
161:5,6
166:10
171:22
186:22
206:2,25
207:15
215:8,17
216:5
221:14
243:24
247:16
248:7 252:5
252:8
257:10
**dated**
44:14 78:7
84:2 90:19
122:3
188:25
208:3 216:3
217:5
222:13
245:25
247:18
248:2
252:14
253:22
**David**
4:8 8:13
105:15
**Davis**
3:11 7:25
8:3,7
**day**
9:12 10:14
82:14,14
207:9,16
234:21
254:4
262:17
263:21
**days**

25:8 145:14
161:2
**DCF**
218:17
219:18
**deal**
27:4 34:19
34:21 41:21
50:3,5
55:19 56:11
77:6,8 79:3
79:20 96:9
100:4,9
102:24
103:2 108:4
109:4 113:8
116:23
123:11
126:19
138:20
139:3,17,19
145:17
148:11,16
148:19,20
152:9,16,22
152:22
153:12
154:20,22
155:2,8
158:23
160:6 201:2
201:6,8,14
215:22
218:17
219:6,13,15
229:14
**dealings**
63:12
**deals**
18:5 141:17
202:24
231:23
232:5,6,11
232:12,16
261:2
**dealt**
210:10

**Deans**
95:11 96:22
97:2,5,5,9
97:25
253:21
**Debenture**
5:11 9:2
229:4
**debrief**
82:24
**debt**
14:15,25
22:6,10
36:10
55:10 85:10
86:4 97:10
97:20 99:5
99:9 103:9
110:19
111:2,5,6,9
111:14,15
111:17,23
112:10,15
112:16,23
112:24
113:4,5,7
113:10,12
113:13,14
113:15,18
113:20
177:17,20
177:22
218:22
**Debtors**
1:7 4:5 8:14
**December**
247:19 248:2
250:11
**decided**
237:11
**deciding**
158:9 161:20
**decision**
72:12,13,16
72:17 99:4
104:10
113:21



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                      January 22, 2010

CONFIDENTIAL

277

115:6
133:16
149:3,11
**decline**
137:10
**declined**
132:19
  137:19,23
  138:6,23
  139:2,6,18
  139:18
  141:6 142:7
  142:16,18
  143:5,7
  144:18
**declining**
138:12
**deep**
53:18 54:5
**default**
110:23
  114:24
  115:9,13
  217:22
  218:7
**degree**
108:25
**DELAWARE**
1:2
**Dennis**
  3:15 7:24
  66:9,11,14
  66:17 67:8
  67:18 69:7
  151:8
**department**
16:4 30:6,9
  30:10,11
  41:8 44:24
  160:8,17
**departments**
143:19
**depend**
230:23
**depending**
55:17 59:15
  174:21

182:14
**depends**
74:25 230:24
**depicts**
158:11
**deposition**
1:12 2:6
  7:18 9:24
  10:10 15:22
  248:13
  263:11,13
**depository**
259:21
**DEPT**
6:12
**derived**
196:25
**describe**
21:14 22:23
  38:6 102:19
  105:5 116:7
  148:14
  152:25
  204:9
**described**
23:3 24:10
  31:9 50:4
  58:2 59:15
  88:14 94:7
  99:4 100:13
  108:15
  112:19,22
  141:12,19
  155:3 159:3
  161:23
  178:21
  186:8
  223:22
  229:17
  239:4
  244:14,15
**describing**
116:25
  135:19,20
**designate**
260:9
**desk**

137:2
**detail**
32:7 141:3
**detailed**
222:18
**details**
93:10
**deteriorated**
164:18
**deteriora...**
154:6
**determina...**
243:12
**determine**
204:14,20
**determined**
181:4 245:12
**determining**
232:4
**develop**
15:4 130:9
**developed**
35:16 103:19
  103:20
**development**
104:7,21
**developme...**
231:14
**developments**
83:3,11
**Devine**
202:12
  203:13,25
  205:2
  211:15
  213:5,10,16
  213:21,25
  214:13,18
  215:2,9
  223:9,13
  225:14
  227:15,21
  240:8,10,13
  241:3,11
  242:23
  244:5,16

**devising**
23:18
**diagram**
108:6
**different**
22:9 45:15
  49:8,13
  52:9 56:23
  74:16,17
  114:14,17
  121:19
  123:12
  124:3 136:3
  141:15
  162:15
  177:14,14
  209:7,12
  210:7
**difficult**
48:9,16
  50:13 151:9
  151:12,15
  151:19,24
  177:24
  261:5
**diligence**
29:15,22
  30:2,7,14
  30:25 31:7
  32:14 33:8
  33:12 39:7
  39:14,22
  40:16 50:4
  58:3 59:17
  60:15
  123:20
  126:17
  201:5
  222:17,20
  250:6,10,20
  250:21
  251:12
  252:20,23
  254:3,4
**diligenced**
89:23 109:7
**Dimon**

66:23 67:7
  67:18 68:18
  68:23 70:11
  70:13,16,22
  71:3 79:5
  79:17 80:24
  81:11 82:4
  82:10 83:3
  87:7,15,19
  91:20,23
  94:16 95:2
  95:4,11
  146:2,22
  147:8,13
  149:24
  150:9 151:8
  152:5 188:3
  190:25
  216:10,22
  220:20
  234:22
  235:19
  236:5,10,16
  236:23
**Dimon's**
80:7 82:18
  89:9
**direct**
60:9 85:22
  92:4 161:24
**directed**
48:2
**direction**
176:6
**DIRECTIONS**
264:8
**directly**
103:23
  225:14
  231:19,19
  240:22
**director**
16:11 97:6
  121:15
**directors**
248:20,23
**disadvantage**



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                        January 22, 2010

CONFIDENTIAL

278

| | | | | |
|---|---|---|---|---|
| 100:17,19 | 167:24 | 192:23,23 | 96:18 102:4 | 253:20 |
| **disagree** | 181:12 | 193:17 | 102:9,12 | 256:15 |
| 55:7 203:18 | 189:3,6 | 198:8,13 | 119:7,21 | 257:7,12,18 |
| **disagreement** | 190:9 195:5 | 199:3,5,6 | 120:5,8,11 | 257:25 |
| 152:3 | 196:16 | 199:12,14 | 120:24 | 258:7,14,21 |
| **discount** | 197:10,19 | 199:15,21 | 122:12 | 259:6 260:2 |
| 53:18 54:6 | 197:22,24 | 200:11,15 | 123:18 | 260:15 |
| **discrete** | 205:16 | 200:19 | 124:7,14,20 | 261:5 |
| 139:24 | 213:17 | 204:10 | 125:12 | 264:17,19 |
| **discuss** | 215:5 | 220:10 | 128:16 | 264:21,23 |
| 85:9 86:4 | 238:20 | 222:16 | 131:16,20 | 265:2,5,7 |
| 187:12 | 242:22 | 223:6 | 131:24 | 265:10,12 |
| 188:11 | 243:6 | 224:16,22 | 132:3 136:7 | 265:14,17 |
| 189:7 | 246:22,25 | 227:23 | 136:10,13 | 265:19,21 |
| 204:19 | 247:2,5,7,8 | 233:6 | 146:7,11 | 265:23 |
| **discussed** | 257:19 | 238:22,23 | 149:15,20 | 266:2,5,7 |
| 49:19,25 | 260:15,18 | 239:7 | 157:4,6,8 | 266:10,12 |
| 103:11 | **discussions** | 250:19 | 157:18 | 266:15,18 |
| 104:24 | 31:3 47:18 | 251:5,10 | 162:3,25,25 | 266:21,23 |
| 168:6 | 47:18 63:17 | 260:23 | 166:8,11,14 | **documents** |
| 184:11,12 | 67:14 68:5 | **distinction** | 171:20 | 128:4 240:19 |
| 185:21 | 76:21 77:3 | 74:7,8,10,14 | 175:3 | 240:20 |
| 186:2 | 91:24 105:3 | 74:15 81:9 | 186:19,23 | **doing** |
| 187:22 | 114:21 | 102:16 | 187:4 | 36:25 39:14 |
| 209:9 | 115:11 | 139:13 | 188:22 | 66:14 |
| 214:14 | 123:20 | 140:9 | 191:3 | 139:21 |
| 227:14 | 125:23 | 144:21 | 195:14 | 219:6,23 |
| 229:11 | 126:9,14 | **distribution** | 205:23 | 256:17,19 |
| 230:2 | 135:16 | 224:4 | 206:3,5 | 257:4 |
| 236:11,17 | 138:17,19 | **distribut...** | 208:2,4 | **dollars** |
| 236:22 | 143:16 | 42:11 | 215:15,19 | 97:22 153:22 |
| **discussing** | 163:18,25 | **DISTRICT** | 215:23 | **domain** |
| 49:13 179:10 | 164:5 | 1:2 | 216:9,16 | 174:3 183:12 |
| 185:3 | 167:10,13 | **diverse** | 218:11 | **Don** |
| **discussion** | 167:16 | 145:11 | 220:20,23 | 61:7 |
| 30:25 32:23 | 176:16 | **divisions** | 221:12,15 | **Dorman** |
| 49:21 64:7 | 179:6,14,15 | 56:13 | 222:2 236:3 | 3:19 8:19 |
| 75:10 90:3 | 179:18,21 | **document** | 236:11 | **dots** |
| 92:18 96:14 | 179:25 | 9:21 43:12 | 237:18,19 | 208:5,6 |
| 97:17 | 180:25 | 43:16,20,22 | 243:22 | **double** |
| 101:17 | 181:13,15 | 44:14 56:3 | 247:13 | 100:22 |
| 117:5 118:4 | 184:17 | 64:19,23 | 248:4,11,18 | **doubt** |
| 123:19 | 185:8 186:7 | 65:2 76:15 | 248:23 | 123:4,6 |
| 142:14 | 186:13 | 76:18,20 | 249:5,14 | 142:5 |
| 143:12 | 188:19 | 83:14,19 | 251:22,23 | 170:12 |
| 162:14 | 192:2,10,11 | 90:6,12 | 252:2,6,15 | **downgrade** |
| 165:16,25 | 192:12,18 | 95:9 96:15 | 252:24,25 | 99:20 |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                           January 22, 2010
CONFIDENTIAL

279

| | | | | |
|---|---|---|---|---|
| **downgraded** | 39:18,20 | 177:12,13 | 162:24 | 117:22 |
| 99:16 | 58:2 62:3,9 | 178:2 | 188:3 | 132:5,17 |
| **downgrading** | 72:24 78:6 | 202:2 | 193:18 | 133:12 |
| 99:25 | 94:4,8 | 204:16,22 | 221:9 | 135:2,6 |
| **draft** | 105:25 | 212:13,15 | 233:11 | 136:16,21 |
| 147:7,17 | 173:15 | 213:2 | 241:13 | 141:23 |
| 152:4 216:3 | 183:11 | 244:17 | 242:23 | 146:15,21 |
| 216:4 250:4 | 186:9 | **education** | 247:8 | 147:3,7,17 |
| **drafted** | 193:11 | 201:4 | **elaborate** | 147:18,19 |
| 76:4 | 217:11 | **educational** | 110:21 | 149:23 |
| **drafter** | 224:17 | 12:5 | **Eldersveld** | 150:6,15,16 |
| 76:2 | 225:16 | **effort** | 105:15,17 | 151:21 |
| **drafts** | 234:20 | 133:6 134:2 | **election** | 152:4 154:3 |
| 128:22 | 255:4 | 134:3 | 79:10 | 155:10 |
| **draw** | **earliest** | 208:19,25 | **elements** | 166:16,17 |
| 74:8 107:16 | 84:2 | 210:23 | 212:22,23 | 166:21,22 |
| **drawing** | **early** | **efforts** | **Eli** | 167:2 170:9 |
| 102:16 | 14:3 18:16 | 138:15 146:3 | 28:12 | 170:19 |
| 139:13 | 18:22 19:23 | 150:10 | **elucidate** | 175:4,25 |
| **drew** | 24:20 29:20 | 152:17 | 69:24 212:16 | 177:3,9 |
| 144:21 | 34:4,10 | 164:3 | **email** | 179:7 187:5 |
| **due** | 35:3 60:16 | 169:13 | 43:24 46:10 | 190:19,19 |
| 30:2 33:12 | 73:17 | **EGI** | 51:18 52:13 | 191:3,15 |
| 39:7,22 | 145:25 | 19:7,14,22 | 64:24 65:3 | 195:2,7 |
| 40:16 60:15 | 152:20 | 20:3,9 24:5 | 67:11,15,23 | 206:6,7,14 |
| 177:18 | **earn** | 24:11,24 | 68:6 78:5 | 206:14,14 |
| 254:3,4 | 134:13 | 25:7,10,15 | 78:11,23 | 206:22 |
| **duly** | **earned** | 27:3 29:20 | 79:13 80:11 | 207:2,5 |
| 7:3 263:12 | 232:22 | 31:4,21 | 80:18,23 | 210:25 |
| **duties** | **earnings** | 32:18,24 | 81:10 83:24 | 211:10,18 |
| 23:14 | 56:24 167:8 | 37:11 39:9 | 84:3 85:3 | 215:8 222:6 |
| **Dyer** | 167:11,14 | 42:4 46:6 | 86:10,16,25 | 222:7,10,11 |
| 257:14 | 167:17 | 60:7 61:25 | 87:18,23 | 222:15,23 |
| **D.C** | 168:20,24 | 71:21,25 | 88:23 89:18 | 224:6 236:5 |
| 3:8 4:7 | **earns** | 73:2,8,12 | 90:18,22,23 | 245:24 |
| | 130:17 | 73:19 74:15 | 91:16,19,19 | 246:10,24 |
| **E** | **EBITDA** | 75:4 77:7,8 | 94:15,15 | 247:7,17,25 |
| **E** | 154:5 193:18 | 77:16,22 | 95:8 96:4,5 | 249:19 |
| 3:2,2,15 4:2 | **edge** | 78:17 85:2 | 96:8,11 | 252:12,17 |
| 4:2 5:2,2 | 98:2,5,22 | 233:11 | 97:8 98:8 | 253:21 |
| 6:2,2 7:2 | **educate** | **eight** | 98:24 | 257:14 |
| 263:2,2 | 179:22 | 153:15,22 | 102:20 | 260:3,21 |
| 264:2 | 182:23 | **either** | 104:24 | **emailed** |
| **EARL** | 205:3,4 | 16:19 28:4,6 | 105:10,11 | 92:7 |
| 3:17 | 208:16 | 57:17 71:25 | 107:2,6 | **emails** |
| **earlier** | 210:6 | 75:5 148:7 | 116:11,13 | 78:2 83:22 |
| | **educated** | 152:4 | 117:3,18,19 | 86:19 90:15 |



Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

Rajesh Kapadia                                    January 22, 2010
CONFIDENTIAL

280

| | | | | |
|---|---|---|---|---|
| 96:21,22 | 120:25 | 253:3,7 | 7:11 101:21 | 151:20,24 |
| 102:18,21 | **entered** | **especially** | 228:24 | 153:11 |
| 103:24 | 9:11 | 140:15 153:3 | 264:3 | **executive** |
| 107:18 | **entering** | 254:20 | **examine** | 61:22,24,24 |
| 116:5,9 | 11:18 | **ESQ** | 183:17 | **executives** |
| 117:22 | **entertain...** | 3:9,15,16,17 | **examined** | 133:23 |
| 132:2 | 56:19 | 3:24 4:8,16 | 7:4 | 155:11 |
| 146:16 | **entire** | 4:23 5:8,14 | **example** | **exhibit** |
| 147:12 | 13:6 72:25 | 5:15,21 6:8 | 23:16 159:16 | 43:12,17 |
| 248:3 | 259:14 | 6:9 | 162:14 | 64:19 76:15 |
| **emoticon** | **entirely** | **essentially** | 193:17 | 77:24 83:14 |
| 86:13 89:3 | 258:6 | 56:12 63:11 | **exceeds** | 83:22 90:6 |
| **emphasize** | **entities** | 195:7 | 55:9 218:22 | 90:10 96:15 |
| 69:8 | 14:5 18:11 | **establish** | **excerpt** | 102:4 |
| **employees** | 33:19 84:13 | 130:7 | 250:4 | 118:20 |
| 19:18 | 163:22 | **estimate** | **excess** | 119:3 |
| **employment** | **entitled** | 17:5 214:17 | 154:21 | 131:16 |
| 13:9 | 67:21 162:6 | **et** | **exchange** | 136:7 |
| **endeavor** | 233:22 | 1:5 | 89:4 136:16 | 141:24 |
| 10:21 | **entity** | **evaluate** | 166:16,17 | 146:7 |
| **ended** | 37:7 77:15 | 176:7 196:18 | 206:6,7 | 149:15 |
| 42:6 138:10 | 238:10,14 | 201:19,25 | **exchanges** | 155:16 |
| 253:14 | 238:15 | 203:9 | 87:19 | 156:5 166:8 |
| **ends** | 239:11 | **evaluating** | **exclamation** | 171:20 |
| 162:5 | **enumerated** | 85:20 148:16 | 65:25 | 186:19 |
| **engage** | 52:12 | 148:18 | **exclusive** | 205:23 |
| 47:19 49:11 | **equally** | **evaluation** | 23:15 | 215:15 |
| **engaged** | 81:8 | 49:11,22 | **exclusively** | 221:11 |
| 49:22 | **equity** | 51:3 229:20 | 23:24 | 222:2 228:8 |
| **engagement** | 52:13,17,24 | **evening** | **excuse** | 235:23 |
| 74:22 75:5 | 53:3,20,24 | 90:25 | 170:14 | 243:22 |
| 75:11 76:22 | 54:7,20,25 | **event** | 205:14 | 245:22 |
| 76:23 77:4 | 55:9 79:3 | 110:22 | **execute** | 247:12,13 |
| 77:12,14,21 | 79:19 86:12 | 114:24 | 70:7 74:21 | 247:17 |
| **engaging** | 86:20 87:2 | 115:8 | 77:11 | 248:4,9 |
| 193:16 | 87:25 88:6 | 163:12,21 | 157:17,24 | 249:18 |
| **engineering** | 88:9,16 | 164:7 | **executed** | 252:2,6,10 |
| 12:7,10 | 89:22 97:20 | **eventual** | 75:9,12 | 252:12 |
| **enjoy** | 147:22,25 | 42:23 | 76:24 77:21 | 257:7,11 |
| 111:10 | 148:8,19 | **eventually** | **executing** | 264:15,16 |
| **enlisting** | 154:5 173:9 | 41:24 | 42:5 122:6 | 264:18,20 |
| 155:11 | 174:4 | **Everybody** | **execution** | 264:22,25 |
| **enrolling** | 183:13,16 | 247:21 | 69:9,13,18 | 265:4,6,9 |
| 12:22 | 185:16 | **exactly** | 69:25 | 265:11,13 |
| **enter** | **ESOP** | 173:20 179:3 | 151:10,12 | 265:16,18 |
| 15:21 115:6 | 31:22 32:11 | **EXAMINATION** | 151:15,17 | 265:20,22 |
| | 53:19 54:6 | | | 265:25 |



# ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                          January 22, 2010
CONFIDENTIAL

281

266:4,6,9
266:11,14
266:17,20
266:22
**EXHIBITS**
264:14
**exist**
16:7
**existed**
24:24
**existing**
110:18,25
237:14
238:6,15,16
**expand**
129:18 130:8
**expect**
9:2 54:13
134:10
**expected**
154:8 158:23
193:24
**experience**
54:3 81:11
81:18 82:3
82:10,12
130:6
139:21
171:16
178:9
200:20
201:2,16
210:9 233:4
233:5
**experiencing**
57:19
**expertise**
16:19
**explained**
32:2,6
**explaining**
141:5 142:12
**explains**
258:17
**exploring**
19:11 80:7
80:24 95:23

227:24
**exposed**
145:21
**exposure**
158:24
**expressing**
126:6 152:3
**external**
32:14 62:15
160:6
**eyes**
161:11

_____ **F** _____

**F**
263:2
**faced**
104:2
**facilities**
121:19,22
122:14,17
123:25
124:16,21
139:24
146:4
158:22
162:15
163:9,20
164:6,7
**facility**
15:16 122:18
122:22
252:20
253:15
**facing**
50:7
**fact**
20:12 160:14
181:4 225:4
230:18
242:18
258:20
**factors**
231:2,4
232:3,10
233:2
**facts**

181:22 182:5
182:6
**fail**
219:8
**failed**
255:7
**failing**
218:21
255:12
**fair**
39:5,6,25
73:18 97:24
101:3,13
132:17
137:3
190:15,16
219:5
229:16
232:9
246:11
254:14,18
**fall**
14:3 23:22
62:23
182:23
**familiar**
52:2,16
128:8
151:18
159:19
**familiarize**
57:21 59:9
119:13
**far**
176:22
**fare**
115:13
**feasible**
41:2 80:4
**February**
19:23 20:9
20:14 39:11
41:10,17
60:23 61:13
62:5,18
64:5 73:16
73:17

125:22
**fee**
85:7
**feedback**
155:6 231:8
231:11
**feel**
11:17 119:14
**fees**
130:17
132:10,18
132:19
134:14
158:23
232:22
**fell**
36:4
**Ferdinand**
220:8
**few-minute**
180:3
**fifteen**
55:25 144:6
**Figueroa**
3:21
**figure**
161:11
**file**
190:25 236:5
**filings**
58:17,23
59:5
**fill**
120:20,21
**filled**
120:16
**final**
152:4
**finance**
14:9,10,13
14:18,25
15:9,10
16:4,18,25
17:8,14,20
21:16,17
22:9,24

23:5 30:6,9
41:7 44:5
45:3,10,21
70:6 91:18
93:23 94:18
95:23 97:7
106:11
110:6,8,10
110:14
111:25
126:22
129:9
143:18
151:16
160:18,25
175:21
188:6 194:8
194:16
216:13,20
**financial**
5:6 98:19
167:25
189:24
260:10
**financing**
15:3 23:11
24:13 29:18
40:24 42:12
47:20 50:20
63:14 75:8
75:21 91:25
94:2 96:2
97:18
107:24
109:19
113:22
114:3,6,15
126:8 137:7
137:20
153:12
164:4
169:18,20
174:11
229:7
**financings**
50:16,21
93:11


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

282

| | | | | |
|---|---|---|---|---|
| 115:17,24 | 204:15,19 | **Fitzsimmons** | 7:5 | 142:9 |
| 138:16 | 206:21,23 | 65:25 66:5,8 | **follow-up** | 147:15,17 |
| 156:13 | 208:11,14 | 66:10,11,17 | 222:16 | 148:10 |
| 166:3 194:2 | 209:4,11,15 | 67:8,18 | **forget** | 151:13 |
| 232:20 | 209:16 | **five** | 153:24 | 152:4,4 |
| **find** | 210:5,14,19 | 16:12 159:9 | **forgive** | 156:7,12 |
| 89:2 190:20 | 210:23 | 161:2 | 234:22 | 157:7,18 |
| 239:10 | 211:9,12,25 | 232:16 | **form** | 158:18 |
| 243:17 | 212:2 | **flex** | 9:15 14:21 | 159:2 |
| **fine** | **first** | 100:5 | 15:11 24:25 | 160:11,17 |
| 56:6 244:20 | 18:14,18 | **flip** | 29:3 34:7 | 161:21 |
| 251:8 | 19:2 24:19 | 126:20 127:4 | 35:6 36:6 | 169:5,9 |
| 260:13 | 25:9 26:8 | 155:19 | 38:3 46:15 | 172:13,22 |
| **finish** | 26:18 28:22 | **float** | 48:4 49:15 | 174:12 |
| 56:3 244:14 | 65:20 79:12 | 43:4,6 | 49:24 50:9 | 178:20 |
| **finished** | 84:8,11 | **floor** | 50:14 51:4 | 187:14 |
| 58:20 | 90:18 | 188:17 | 52:7 53:5 | 189:16 |
| **firm** | 103:19 | **Florida** | 53:14 54:16 | 190:14 |
| 7:14 13:16 | 105:10 | 165:9 193:13 | 55:11 57:11 | 191:4 193:5 |
| 13:17 18:24 | 116:12 | **focus** | 60:4 66:6 | 194:3,17 |
| 19:6,7 | 119:5,9,10 | 78:4 119:9 | 66:19 67:12 | 195:12 |
| 77:10 | 119:18,24 | 155:7 173:5 | 69:17,20 | 196:8 |
| 143:17 | 125:11 | 193:25 | 77:17 80:14 | 200:24 |
| 174:19 | 132:10,16 | **focused** | 81:3,5 82:7 | 201:21 |
| 176:6,12,12 | 133:9 | 16:22 50:18 | 88:12 92:23 | 202:10,18 |
| 195:3 | 148:13 | 50:19 133:2 | 101:4 | 204:4 |
| 196:17 | 153:5 156:6 | 135:11 | 108:14 | 215:23 |
| 197:11 | 156:11 | 144:17 | 111:3 | 222:19 |
| 198:4 199:8 | 157:18 | 172:9 173:3 | 112:11 | 225:3 |
| 199:14,15 | 160:17 | 174:6 | 113:23 | 226:19 |
| 199:19 | 162:22 | **Focusing** | 114:22 | 228:11,11 |
| 200:22 | 163:9 | 132:5 | 118:9 | 237:16 |
| 201:18,19 | 164:14 | **folks** | 119:21 | 241:6 |
| 201:25 | 168:9 | 41:8 190:7 | 120:8,10,11 | **formally** |
| 202:8,16 | 178:16 | **follow** | 120:12,15 | 71:6,7 |
| 203:9 204:2 | 185:12 | 158:19 | 120:16,19 | **format** |
| 204:21 | 189:23 | 182:11 | 120:20,21 | 227:2 |
| 207:12 | 191:9 | 197:18 | 121:18,20 | **forms** |
| 208:15 | 204:14 | 205:10,12 | 121:20,21 | 122:7 123:23 |
| 211:22 | 230:17 | 234:4 | 122:13,20 | 125:7 156:8 |
| 212:8 | 232:23 | 245:19 | 122:21 | **formulate** |
| 232:22 | 249:24 | **followed** | 124:7,9,11 | 29:17 39:16 |
| 240:8 246:5 | 251:6 | 25:8 42:7 | 125:3 | 39:24 40:5 |
| 246:19 | **Fissures** | **following** | 127:17 | 60:17 |
| 247:3 | 173:19,20 | 41:16 | 130:19 | **formulated** |
| **firms** | **fit** | **follows** | 132:13 | 104:4 |
| 63:19 98:20 | 113:16 | | 135:5 139:8 | **formulating** |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

283

| | | | | |
|---|---|---|---|---|
| 40:21 | 12:18 | 218:5 | 254:22 | 134:15 |
| **forth** | **function** | **generally** | 256:17 | 135:5 139:8 |
| 148:17 | 22:8 23:21 | 22:24 29:8 | 263:14 | 140:24 |
| 263:12 | 40:15,17,20 | 29:14 31:14 | **giving** | 141:8 142:9 |
| **forward** | 40:23 72:14 | 31:16 47:6 | 117:16 | 144:5 |
| 41:13,14,15 | **functions** | 79:15 86:23 | 172:25 | 147:15 |
| **forwarded** | 23:2 | 99:22 | **Glazer** | 148:10,12 |
| 207:5 211:3 | **fundament...** | 102:19 | 3:15 7:24,25 | 149:18 |
| 224:3 | 100:23 | 120:14 | 9:17 10:8 | 151:13 |
| **forwarding** | 153:14 | 139:25 | 13:21 15:11 | 158:3,18 |
| 147:6 249:19 | **fundamentals** | 144:16 | 20:24 21:9 | 161:11 |
| **four** | 154:7 | 153:21 | 24:25 26:5 | 162:7,12 |
| 13:4 156:6 | **FURNISHED** | 162:22 | 29:3 34:7 | 165:22 |
| 199:22 | 264:11 | 164:2 | 34:16 35:6 | 169:5,9 |
| 246:4 | **further** | 175:15 | 36:6 38:3 | 170:17 |
| 254:22 | 55:24 130:9 | 178:25 | 46:15 47:13 | 171:6 |
| 255:3 | 202:6 | 187:10 | 48:4,10,20 | 172:13,22 |
| **fourth** | 212:16 | 205:6 | 49:15,24 | 173:19 |
| 163:10 | 228:17 | 230:20 | 50:9,14 | 174:12 |
| 191:19 | 261:9 | **generates** | 51:4 52:7 | 176:10,17 |
| 252:24 | 263:15 | 232:17 | 53:5,14 | 177:25 |
| **four-page** | **FYI** | **geographies** | 54:16 55:11 | 178:20 |
| 188:22 | 116:23 246:3 | 57:18 164:22 | 55:23 57:11 | 179:24 |
| **frame** | | 165:2 | 60:4 62:18 | 180:7,22,25 |
| 37:5 60:11 | **G** | **gestures** | 63:13 66:6 | 181:18 |
| 60:12 | **GARRISON** | 11:5 | 66:19 67:12 | 182:3,7,20 |
| **franchise** | 4:11 | **getting** | 67:19 68:13 | 183:2,19,25 |
| 131:9 | **gathering** | 103:21 | 69:2,17,20 | 184:14,20 |
| **frequently** | 33:18 | 123:14 | 70:3 77:17 | 187:14 |
| 12:2 80:12 | **gauge** | 126:18,18 | 78:11 80:14 | 189:16,20 |
| **Friday** | 137:5 | 139:12 | 81:3,5 82:7 | 190:14 |
| 1:14 88:25 | **general** | 149:11 | 87:3 88:12 | 191:4 193:5 |
| **Friedman** | 54:2,19 55:7 | 177:12 | 92:23 93:6 | 194:3,17 |
| 5:10 8:25 | 57:9 92:13 | 197:21 | 93:12 95:18 | 195:12,24 |
| **fruition** | 100:12 | 209:11 | 101:4 104:9 | 196:8,20 |
| 134:12 | 119:18 | 213:2 | 104:15,23 | 197:4,17 |
| **fulfilling** | 126:13 | **give** | 107:9,15 | 198:2,9,13 |
| 227:25 | 139:4 | 10:12 11:15 | 108:2,14 | 198:19 |
| **full** | 146:20 | 46:11 53:20 | 112:12 | 199:9,16 |
| 122:11 | 155:20 | 119:16 | 113:23 | 200:24 |
| **fully** | 156:2 | 155:22 | 118:22 | 201:21 |
| 15:12 150:18 | 164:16,18 | 220:21 | 119:2 120:3 | 202:4,10,18 |
| 169:19 | 164:19 | **given** | 125:3 | 203:14,18 |
| 254:19 | 170:22 | 87:25 109:18 | 127:17 | 204:4,10 |
| 256:12,15 | 171:16 | 112:2 153:3 | 129:21 | 205:7,18 |
| **full-time** | 192:25 | 170:20 | 130:10,19 | 207:13 |
| | 205:17 | 179:24 | 132:13 | 208:2 209:8 |



Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

209:17
212:9,17
214:3 219:2
221:4,20
223:11,16
226:21
227:7,16
228:3,19
230:8,12,17
233:22
234:2
236:24
237:6,16
238:3,18
241:6,18
242:2 243:2
243:7,13,18
244:7 245:3
245:11
247:22
249:7
250:22
251:3
254:12
255:15,18
255:22
257:23
258:4,9,13
259:4,9
260:9,17
262:2,6
**Global**
4:12 8:16
22:6,10
**go**
7:21 40:6
41:13,14,15
42:23 56:4
56:7 89:25
98:3 101:15
144:8
153:19
176:9 180:9
196:11
202:6,10
221:21
231:3,4

237:11,19
260:21
**goes**
66:15 83:5,6
116:12
179:17
220:7 232:3
232:10
261:6
**going**
7:19 35:12
36:17 55:24
56:3 68:10
68:12
100:21
101:8 119:5
119:10
169:14,23
180:2
182:11,21
183:19
184:3 196:5
205:8,10,12
230:8,18
232:23
233:14
234:4 240:8
245:17,19
256:4
258:17
260:4,24
**Goldfarb**
3:9 7:12,14
7:19 9:7,18
10:5 13:24
15:20 16:2
21:2 43:10
48:12 56:2
56:7 62:20
63:15 64:17
76:13 78:13
83:12 89:25
90:4 93:15
96:13
101:15,22
102:2
104:13,16

107:12
118:19,24
131:14
140:2,20
141:9
142:23
144:8
149:13
155:15
158:5
164:10
173:22
180:5,9,14
181:21
182:4,14
183:23
186:17
187:17
195:19
197:7
198:17,20
198:23
203:16,21
207:22
208:7
209:19
221:21
228:16,20
237:22
238:2
242:16
258:19
264:4
**good**
7:13,17 16:2
66:14 67:25
84:7 101:23
101:25
254:13,14
**Gordon**
239:18
**grabs**
71:7
**graduate**
12:12
**graduated**
12:13

**graduation**
12:22 14:2
**greater**
109:3
**Grenesko**
61:7
**Grimmick**
220:8
**Grimmink**
220:8
**gross**
4:23 8:21,21
132:10,18
**ground**
9:12 10:12
180:4
**grounds**
184:4
**group**
8:20 14:10
14:13 15:17
16:7,16,25
17:7 20:20
21:12,18,23
22:3,5 23:5
23:7,9,9
24:5 28:6
28:18,25
39:9 41:6
45:15,25
46:23,24,25
51:13 91:8
93:22 97:7
106:12
126:23
129:9,10
134:17
160:9,18
220:3
239:16
250:14
**groups**
30:13
**growth**
142:2 143:9
143:13,21
**guarantee**

109:23
**guarantees**
112:2,6,8,14
112:22
117:3
**guarantor**
163:13
**guess**
93:2 116:11
137:14
154:18
215:13
225:25
249:23
254:13
260:8
**Guterman**
106:6,9
129:14
**guttural**
11:4

---

**H**

**H**
7:2
**half**
13:4 164:14
**hand**
83:6,6
124:24
126:23
128:5
263:21
**handful**
214:23
**happen**
33:24 114:22
114:23
115:7
130:23,24
130:25
**happened**
24:22 41:11
168:8
201:17
226:3,6
**happening**



Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                                January 22, 2010

CONFIDENTIAL

285

| | | | | |
|---|---|---|---|---|
| 99:10 | 169:7 | 198:4 | 102:7 | 79:9 |
| 260:25 | 173:23 | 200:21 | 131:18 | **implicate** |
| **happens** | **helping** | 246:5 247:3 | 136:9 146:9 | 181:25 182:9 |
| 38:10,19 | 37:24 38:7 | **history** | 149:17 | 182:19 |
| 182:15 | **helps** | 121:13 | 166:10 | **implicates** |
| 261:3 | 14:14 23:5 | **hit** | 171:22 | 242:18 |
| **happy** | **Hennigan** | 140:18 | 186:21 | **implicating** |
| 189:18,20 | 8:19 | 254:21 | 203:25 | 11:18 212:17 |
| **head** | **HENNINGTON** | 255:2 | 205:25 | **implications** |
| 17:7,19 | 3:19 | **hold** | 211:25 | 88:19,21 |
| 47:23 65:11 | **Henry** | 65:8 195:17 | 215:17 | 163:20 |
| **heading** | 46:12,14,17 | **holder** | 221:13 | 164:6 |
| 257:18 261:6 | 46:18,19 | 88:16 | 243:24 | **important** |
| **headline** | 47:16 48:2 | **holding** | 247:15 | 81:8 113:20 |
| 51:20,22 | 51:24 211:6 | 56:13 109:22 | 248:6 252:4 | 117:5 174:9 |
| 52:3 | **hereinbefore** | 237:14 | 252:8 257:9 | 183:10 |
| **hear** | 263:11 | 238:7,24 | **identified** | 194:15,19 |
| 94:15 129:21 | **hereunto** | **hope** | 23:21 37:8 | 194:19,22 |
| 132:15 | 263:20 | 129:17 | 39:14,20 | 232:5,12 |
| 155:6 | **hey** | 130:21 | 101:2 | **improved** |
| 180:22 | 235:19 | 197:7,8 | 161:18 | 164:17 |
| **heard** | **hierarchy** | **hoped** | 185:5 | **improving** |
| 28:11 94:17 | 126:3 | 147:7 | 188:11 | 153:6 |
| 205:18,19 | **Higby** | **hopeful** | 200:4 | **inaccurate** |
| 237:10 | 46:19,20 | 130:3 | 231:15 | 142:6 |
| **hearing** | 47:11,16 | **hopefully** | **identify** | **inaccurately** |
| 28:19 142:17 | 48:3 51:8 | 10:13 139:11 | 7:22 15:3,3 | 171:5 |
| **held** | 51:12 53:2 | **hour** | 15:22 39:23 | **inadverte...** |
| 2:7 97:2 | 53:9 211:6 | 11:24,24 | 40:4,18 | 258:5 |
| 105:17 | **Higby's** | 55:25 144:6 | 43:18,22 | **inartfully** |
| 192:24 | 51:19 | **housekeeping** | 50:6 129:12 | 207:23 |
| **help** | **high** | 7:20 | 209:2,3 | **include** |
| 14:25 15:4 | 51:20,22 | **hundred** | **identifying** | 32:18 108:5 |
| 23:8,11 | 119:6 | 97:10,21,22 | 23:17 40:20 | 261:11 |
| 71:24 86:12 | 141:25 | 99:9 153:24 | 209:14,16 | **included** |
| 87:2 128:15 | 142:20 | 154:24 | 210:23 | 110:9 154:4 |
| 202:2 | **Highly** | | **identity** | 207:10 |
| 204:15 | 260:10 | _____ | 28:8 | **includes** |
| 208:18 | **hire** | I | **imagine** | 58:4 |
| 210:6 | 246:19 | **ID** | 137:14 | **including** |
| 244:16 | **hired** | 264:15 | **immediately** | 94:12 149:25 |
| 246:6,19 | 201:18,25 | **idea** | 41:15 | 166:23 |
| **helped** | 202:9,15 | 135:9 | **impact** | 216:13 |
| 128:7 205:3 | **hiring** | **identific...** | 114:16 118:6 | **increase** |
| **helpful** | 195:2 197:11 | 43:14 64:21 | 166:3 | 79:19 85:5 |
| 95:14 168:16 | 197:15 | 76:17 83:16 | 231:12 | 86:9 91:18 |
| 168:25 | | 90:8 96:17 | **impairing** | |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

286

| | | | | |
|---|---|---|---|---|
| 97:19 | 57:24 58:13 | 73:19 155:25 | 205:11 | 220:11 |
| **increased** | 59:4,11 | **initiated** | 228:4 234:5 | **internally** |
| 95:23 172:2 | 145:20 | 186:13 | 243:3 | 33:17 |
| **increases** | 154:7 | **input** | 245:20 | **interpret** |
| 100:19 | 165:12 | 128:17 211:3 | 249:11 | 52:5,11 |
| **increasing** | **inform** | **insolvency** | **instructions** | 54:12 55:8 |
| 99:5 | 246:4 | 172:18 174:9 | 205:13 | 67:10,13,16 |
| **incremental** | **information** | 215:11 | **instructs** | 67:21,24 |
| 122:18,22 | 33:17 57:22 | 241:5,12 | 244:19 | 68:4,7 |
| **incur** | 123:8,15,17 | **insolvent** | **instruments** | 69:16 86:15 |
| 113:11 | 123:21 | 172:12,21 | 98:19 | 94:19 97:13 |
| **incurrence** | 126:24 | 220:13 | **intend** | 148:21 |
| 111:16 | 127:21 | **instance** | 155:19 | 150:24 |
| **independence** | 128:3 | 30:15 38:25 | **intended** | 177:21 |
| 250:7,11,21 | 157:16 | 40:6 159:8 | 11:12 147:8 | 218:25 |
| 251:13 | 158:6,13,16 | 160:23 | **intending** | 219:4 |
| **independent** | 158:20 | 251:7 | 254:10 | **interpreting** |
| 195:2 197:11 | 159:6,12,14 | **instances** | **interact** | 178:3 |
| 199:8 | 159:16,22 | 39:2 131:10 | 23:25 51:11 | **interrelate** |
| 200:22 | 160:13 | 131:11 | **interaction** | 212:25 |
| 202:16 | 161:17,19 | 147:11 | 63:20 | **interrupt** |
| 207:12 | 161:22 | **institution** | **interactions** | 10:19,22 |
| 246:5,19 | 163:4,5,16 | 193:24 194:9 | 53:13 214:12 | **interview** |
| 248:20 | 167:17 | 260:10 | **intercompany** | 204:19 |
| 251:23 | 181:2,20 | **instituti...** | 110:9,13 | **interviewing** |
| **indicate** | 182:17,19 | 15:18 145:9 | **interest** | 208:14 |
| 132:9 218:19 | 189:14,24 | 145:10,12 | 27:4 80:6,7 | **introduced** |
| **indicated** | 190:3 | 145:16 | 81:21,23 | 238:15 |
| 217:22 219:7 | 194:15 | 153:16,20 | 89:9 134:22 | 239:12 |
| **indicates** | 197:13,14 | 153:24 | 137:6 | **invariably** |
| 69:5 107:6 | 197:20,21 | 154:20 | 177:20 | 154:23 |
| 132:18 | 213:6,9,21 | **institutions** | **interested** | **investment** |
| 141:24 | 214:13 | 64:6 186:5 | 18:24 19:10 | 21:12,22 |
| 151:6 | 220:10 | **instruct** | 24:12 79:7 | 22:11 30:10 |
| **individual** | 233:21 | 181:7 205:9 | 79:17 178:8 | 41:6 45:25 |
| 20:21 93:19 | 248:24 | 230:9 | 260:24 | 65:12 91:8 |
| 232:14 | 259:21 | 233:16 | 263:18 | 129:10 |
| **individuals** | 261:4 264:7 | 234:2 | **interface** | 220:2 |
| 30:19 63:3 | **informed** | 241:21 | 82:15 121:12 | **investments** |
| 63:10 129:7 | 18:23 19:10 | **instructed** | **interfacing** | 145:21 |
| 187:25 | 24:23 | 243:14 | 93:22 | **investor** |
| 188:11 | **initial** | 244:23 | **Interim** | 149:3,10 |
| 199:25 | 27:17,18 | 245:17 | 119:25 | 154:3 |
| 200:2 211:3 | 39:7 41:9 | **instructing** | **internal** | **investors** |
| 240:11 | 41:10,16 | 233:19 251:6 | 46:3 160:4 | 15:7,18 |
| **industry** | 51:19 134:4 | **instruction** | 189:2,6 | 23:25 117:4 |
| 16:22 57:10 | **initially** | 9:18 182:12 | | 145:10,12 |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

287

| | | | | |
|---|---|---|---|---|
| 145:16 | 204:8,11 | 154:17 | 70:22 71:3 | 216:10,22 |
| 148:4,16,22 | 208:14,25 | 155:4,4 | 79:5,17 | 220:21 |
| 148:25 | 209:7,9,14 | 178:10 | 80:24 81:11 | **Joachim** |
| 154:12,12 | 210:7,22 | 182:24 | 82:3,10 | 45:17,19 |
| 154:15,17 | 212:6,18 | 183:3 185:3 | 83:8,10 | 62:11 86:11 |
| 154:22,24 | 216:15 | 185:21 | 86:12,25 | 86:15 |
| 154:25 | 223:6,10,14 | 186:2 | 87:7,15 | 129:15 |
| 155:7 | 224:7,16,21 | 208:16 | 89:2,9,21 | 184:23 |
| **invited** | 239:2,6,7 | 224:18 | 91:20 95:2 | 185:6 220:3 |
| 140:10 | 251:4 | **italics** | 95:11 146:2 | 221:10 |
| **involve** | **involvement** | 190:24 | 146:5,22,25 | **Joan** |
| 30:8 68:18 | 41:16 82:13 | **item** | 147:8,12,18 | 1:24 2:10 |
| 81:12 181:5 | 82:14,18 | 50:17,17 | 149:24 | 263:7,25 |
| 181:19 | 187:23 | 252:25 | 150:9,16 | **job** |
| 183:2 | 204:9,13 | **items** | 152:5 188:3 | 1:25 23:2 |
| 241:19 | 222:25 | 174:25 254:4 | 188:14 | 28:24 66:14 |
| 242:7,10 | **involves** | **i.e** | 216:10,22 | 127:24 |
| **involved** | 214:16 228:5 | 109:4 212:7 | 220:20 | **Joe** |
| 18:14 19:2 | 241:14 | 218:22 | 234:21 | 211:6 |
| 21:5 25:20 | **involving** | | **Jamie's** | **John** |
| 28:23 29:10 | 18:12,19 | **J** | 67:4 | 62:12 94:12 |
| 34:23 35:4 | 146:16 | **J** | **Jan** | 115:25 |
| 36:14 37:18 | 183:4 | 7:2 | 85:8 | 126:17 |
| 38:17 40:5 | **in-house** | **Jacob** | **January** | 160:8 |
| 40:8 58:11 | 184:17 | 257:14,16 | 1:14 2:3 | 166:18 |
| 58:14 63:24 | **irrelevant** | **Jacobson** | 263:21 | 171:12 |
| 64:6 66:24 | 231:22 232:2 | 160:24 175:5 | **Jeff** | 206:16 |
| 67:2 75:23 | **isolation** | 175:10 | 62:12 115:25 | 239:15 |
| 77:19 81:16 | 99:25 | 176:2 177:6 | 125:7,23 | **Johnston** |
| 81:19,22 | **issue** | 177:8,21 | 126:11 | 3:24 8:18,18 |
| 82:4,11 | 100:24 | 190:6 | 160:9 211:5 | 111:3 |
| 91:24 92:22 | 147:22 | 206:14,15 | **Jennifer** | 112:11 |
| 94:5 104:6 | 179:7,17 | 206:21 | 5:21 8:11 | 118:9 |
| 104:9,11,20 | 185:13 | 208:9,18,22 | 65:4 | **John's** |
| 105:2,4 | 247:4 | 210:18 | **Jessica** | 170:19 |
| 115:20,24 | 251:24 | 221:9 | 17:11 | **join** |
| 128:21 | **issued** | **Jacobson's** | **Jim** | 9:3 |
| 129:3 | 113:9,10 | 161:7 179:7 | 8:18 17:17 | **joined** |
| 143:20 | 218:2 | 207:2 211:5 | 17:21 188:7 | 13:14 16:8 |
| 151:16 | **issuer** | 211:10 | 188:16 | **Jointly** |
| 168:3 | 14:14 15:6 | **James** | 224:21 | 1:6 |
| 175:16 | 23:5,8 | 3:24 247:25 | 235:4 | **Jonathan** |
| 189:5 190:7 | **issuers** | **Jamie** | **Jimmy** | 200:7 207:6 |
| 198:10 | 108:17 153:6 | 65:14,21 | 90:23 91:3,5 | 239:21 |
| 199:12 | **issues** | 66:23 67:7 | 91:6 92:16 | **JPM** |
| 202:24 | 148:17,18 | 67:17 68:18 | 92:18 93:3 | 43:13,21 |
| 203:12,24 | 154:12,15 | 68:23 69:7 | 188:4,14 | 64:20,25 |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

288

| | | | | |
|---|---|---|---|---|
| 76:16,19 | 35:14,19 | 156:22 | 176:24 | 43:1,11,12 |
| 79:6 83:15 | 37:14,17,24 | 163:19 | 199:7 | 43:15,17 |
| 90:7,11 | 38:14,21 | 169:13 | **JPM's** | 44:1 45:1 |
| 96:16,19 | 39:3,22 | 172:2,11,15 | 164:6 | 46:1 47:1 |
| 102:5,9 | 44:7,22 | 172:20,24 | **judge** | 48:1 49:1 |
| 108:12 | 45:13,14,16 | 174:10 | 243:20 | 50:1 51:1 |
| 131:17,21 | 46:21 47:2 | 176:20 | **Julie** | 52:1 53:1 |
| 136:8,11 | 47:21 50:7 | 178:5,12 | 63:21 105:21 | 54:1 55:1 |
| 146:8,12 | 61:11,18 | 179:6,22 | 117:2 | 56:1,10 |
| 149:16 | 62:15,23 | 182:22 | 200:17 | 57:1 58:1 |
| 166:9,12 | 63:4,6,7,8 | 183:17,21 | **July** | 59:1 60:1 |
| 171:21 | 63:12 65:5 | 184:3,5,12 | 166:19 167:5 | 61:1 62:1 |
| 186:20,24 | 65:8 66:21 | 188:2 | 169:12,15 | 63:1 64:1 |
| 191:10 | 66:25 68:10 | 192:17 | 169:22,24 | 64:18,19,22 |
| 205:24 | 69:25 72:19 | 193:24 | 218:18 | 65:1 66:1 |
| 206:4 | 73:3,9,25 | 194:8 | 219:10 | 67:1 68:1 |
| 215:16 | 74:21 75:4 | 196:16 | **junior** | 69:1 70:1 |
| 221:13,16 | 77:13,15 | 197:10,15 | 30:23 79:7 | 71:1 72:1 |
| 243:23 | 79:18 80:20 | 197:25 | 79:18 80:25 | 73:1 74:1 |
| 247:14,19 | 80:24 83:2 | 199:23 | 221:7 | 75:1 76:1 |
| 247:24 | 85:22 88:5 | 200:5,20,21 | **jurat** | 76:14,15 |
| 248:5 252:3 | 88:9 91:8 | 201:16,18 | 261:12 | 77:1,24 |
| 252:7 257:8 | 91:24 92:20 | 202:15,21 | | 78:1 79:1 |
| 257:12 | 93:9,11 | 203:2,8,8 | **K** | 80:1 81:1 |
| 264:17,19 | 97:2 105:8 | 204:2 | **K** | 82:1 83:1 |
| 264:21,23 | 106:6,10 | 208:15,16 | 4:6 6:9 7:2 | 83:13,14,21 |
| 265:2,5,7 | 107:7,21,25 | 214:7 | **Kapadia** | 84:1 85:1 |
| 265:10,12 | 108:8,25 | 215:24 | 1:12 2:7 7:1 | 86:1 87:1 |
| 265:14,17 | 109:13,18 | 218:17 | 7:8,13 8:1 | 88:1 89:1 |
| 265:19,21 | 110:3,17,24 | 219:6,13,17 | 9:1,20 10:1 | 90:1,5,6,10 |
| 265:23 | 113:20 | 220:11 | 10:9 11:1 | 91:1 92:1 |
| 266:2,5,8 | 114:5,22 | 224:17 | 12:1,4 13:1 | 93:1 94:1 |
| 266:10,12 | 115:6,8,13 | 225:14 | 14:1 15:1 | 95:1 96:1 |
| 266:15,18 | 125:15 | 226:7,12 | 16:1 17:1 | 96:15,19 |
| 266:21,23 | 126:4,8 | 227:5,24 | 18:1 19:1 | 97:1 98:1 |
| **JPMorgan** | 128:5,15,23 | 232:6 | 20:1 21:1 | 99:1 100:1 |
| 3:12 6:12 | 129:2,16,19 | 238:25 | 22:1 23:1 | 101:1,23 |
| 8:2,4,9,9 | 130:6,15 | 239:14 | 24:1 25:1 | 102:1,4 |
| 13:19 14:11 | 132:10 | 257:4 | 26:1 27:1 | 103:1 104:1 |
| 14:13 16:5 | 134:13 | **JPMorgan's** | 28:1,22 | 105:1 106:1 |
| 18:10 19:17 | 136:24 | 20:8 100:17 | 29:1 30:1 | 107:1 108:1 |
| 19:17,21 | 143:13 | 132:18 | 31:1 32:1 | 109:1 110:1 |
| 21:8,15,18 | 146:3 148:7 | 133:20 | 33:1 34:1 | 111:1 112:1 |
| 22:12 29:9 | 148:24 | 138:15 | 35:1 36:1 | 113:1 114:1 |
| 29:22,25 | 150:11,23 | 160:14 | 37:1 38:1 | 115:1 116:1 |
| 33:16,24 | 151:4 | 164:3 172:6 | 39:1 40:1 | 117:1 118:1 |
| 34:6,15 | 155:11 | 172:18 | 41:1 42:1 | 119:1 120:1 |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia

CONFIDENTIAL

289

| | | | | |
|---|---|---|---|---|
| 121:1 122:1 | 197:1 198:1 | 63:21 106:4 | **knew** | 81:7,16 |
| 123:1 124:1 | 199:1,2 | 200:16 | 20:5 67:3 | 83:10 84:22 |
| 125:1 126:1 | 200:1 201:1 | 247:18 | 70:11,13,16 | 85:25 86:6 |
| 127:1 128:1 | 202:1 203:1 | 249:20 | 71:3 83:8 | 86:18,19 |
| 129:1 130:1 | 204:1 205:1 | 250:9,14,15 | 91:11 | 88:8,13,25 |
| 131:1,16 | 205:23 | 250:17,19 | 159:18,23 | 90:11 91:13 |
| 132:1 133:1 | 206:1 207:1 | 251:10 | 207:14,15 | 93:6 95:4,7 |
| 134:1 135:1 | 208:1 209:1 | 253:25 | **know** | 95:19 98:23 |
| 136:1,7 | 210:1 211:1 | **Kaplan's** | 10:20 12:2 | 98:25 99:17 |
| 137:1 138:1 | 211:4 212:1 | 251:11 | 14:22 15:18 | 100:6,9 |
| 139:1 140:1 | 213:1 214:1 | **Kasowitz** | 19:16,21 | 105:6,16 |
| 141:1,23 | 215:1,15 | 5:10 8:25 | 20:2 21:3 | 107:20 |
| 142:1 143:1 | 216:1 217:1 | 229:3 | 21:10 22:15 | 112:6 114:2 |
| 144:1,12 | 217:8 218:1 | **Kate** | 23:7 25:19 | 114:15 |
| 145:1 146:1 | 219:1 220:1 | 5:8 15:24 | 26:9,10,12 | 119:15 |
| 146:7 147:1 | 221:1,11,25 | **Katz** | 26:25 27:5 | 121:9,10,10 |
| 148:1 149:1 | 222:1 223:1 | 3:16 8:3,3 | 28:8 30:17 | 123:10,16 |
| 149:14,15 | 224:1 225:1 | 195:17,22 | 31:10,16 | 123:17 |
| 150:1 151:1 | 226:1 227:1 | 259:2,7,10 | 36:7 38:4 | 125:23,25 |
| 152:1 153:1 | 228:1,7,16 | 259:16,18 | 39:4 40:24 | 126:11,16 |
| 154:1 155:1 | 229:1,2 | 260:12 | 41:23 44:9 | 126:18 |
| 156:1,20 | 230:1 231:1 | **Kaye** | 44:20,25 | 127:25 |
| 157:1 158:1 | 232:1 233:1 | 5:17 8:12 | 45:14,18 | 128:2 |
| 159:1 160:1 | 234:1 235:1 | 137:10 | 46:13,14,20 | 131:11 |
| 161:1 162:1 | 236:1,12,16 | **Kearns** | 47:2,13,14 | 133:19 |
| 163:1 164:1 | 236:22 | 17:11,12,16 | 48:18,22 | 134:5,18,19 |
| 165:1 166:1 | 237:1,5 | 17:23 | 50:2,18 | 135:7,21 |
| 166:8 167:1 | 238:1 239:1 | **keep** | 51:23,24 | 136:5,23 |
| 168:1 169:1 | 240:1 241:1 | 83:3,10 | 52:8,25 | 137:13 |
| 170:1 171:1 | 242:1 243:1 | 182:21 | 53:6 54:17 | 139:21,24 |
| 171:20,24 | 243:22 | **Kelly** | 54:20 55:6 | 142:10,14 |
| 172:1 173:1 | 244:1 245:1 | 211:7 | 57:2 58:4 | 149:4 151:3 |
| 174:1 175:1 | 246:1 247:1 | **Kenney** | 59:18,23 | 151:11,14 |
| 175:3 176:1 | 247:13,25 | 247:18 | 63:23 64:12 | 151:19 |
| 177:1 178:1 | 248:1,4,8 | 249:23 | 65:17 66:4 | 153:12 |
| 179:1 180:1 | 249:1 250:1 | **Kevin** | 67:5,7,9,20 | 154:18 |
| 181:1,15,16 | 251:1 252:1 | 211:7 | 69:12 70:5 | 155:7,7 |
| 182:1,22 | 252:2,6,10 | **kicks** | 70:12,15,16 | 159:5,12,14 |
| 183:1 184:1 | 253:1 254:1 | 85:7 | 70:21,24,24 | 161:9,14,15 |
| 185:1,11 | 255:1 256:1 | **kind** | 71:3,11 | 165:20 |
| 186:1,18,19 | 257:1,7 | 23:20 99:21 | 72:3,15,19 | 167:12,20 |
| 187:1,3 | 258:1 259:1 | 153:8 | 74:19 75:3 | 169:10 |
| 188:1 189:1 | 260:1 261:1 | **kinds** | 75:9,12 | 171:12 |
| 190:1 191:1 | 262:1,14 | 47:18 131:11 | 76:4 77:10 | 173:4 174:6 |
| 192:1 193:1 | 263:10 | **Klykova** | 77:18,19 | 174:18 |
| 194:1,25 | 264:4,15 | 44:18,20 | 78:10,16 | 175:9 |
| 195:1 196:1 | **Kaplan** | 62:10 | 79:2 80:3 | 176:23 |



Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

290

177:18
181:3
186:24
189:17
190:5,6
194:20
199:24
200:9,9,25
201:13,22
201:23
203:3
204:21
206:21
207:18
208:9,12,22
210:4,8,22
211:20
212:3,25
213:4,9,20
213:24
214:9,23
215:7,9,20
219:14,21
221:5,5
223:9
226:13,19
226:24
227:4,12,18
227:20
231:12
235:6
238:18
239:16,19
239:22
246:15
248:9 252:9
253:5
257:15,20
258:23
259:18
260:17
**knowing**
254:25
**knowledge**
94:5 103:14
176:21,25
197:3 203:8

221:8
**knowledge...**
92:21
**knows**
70:19,21
81:15,15
**Korpus**
5:14 8:24,24
181:9
205:14,22
228:25
229:3
230:11,16
233:14,24
237:4,17,23
242:4,20
243:4,10,16
243:19
244:10
247:11,21
247:24
250:25
251:8
254:16
255:17,20
258:2,7,11
258:16,23
259:17
260:7,13
261:9 262:4
264:5
**Kowalczuk**
9:19 62:12
94:13
115:25
118:20
126:2,17
155:16
156:5 160:9
161:2
166:18,22
167:3
168:11
170:6,13,23
171:17
206:16
237:22,23

239:15
_____
_____L_____
**labeled**
119:24
218:13
**landscape**
58:5
**Lane**
7:9
**large**
56:13 229:8
**largely**
259:15
**larger**
35:12,15,18
36:10,13,15
57:2,6
229:10
234:16
**largest**
153:16,20
229:5,10,12
**Larson**
25:12 26:18
26:23 27:20
31:4,6
32:24 33:3
33:7 34:4
34:12 39:8
**late**
14:3 88:24
88:25
187:12
222:9
**launch**
154:23
**launched**
152:8,18
**law**
5:11 7:14
9:2 229:4
**Lawrence**
6:12 8:8
**lawyer**
215:14
243:11

**lay**
191:9
**LBO**
63:25 73:7
73:12 74:3
85:18 87:8
87:20 91:10
92:5,22
93:11 95:24
96:9 103:9
103:13
108:9
110:19
111:5
113:14
115:16
118:8,14
120:18
122:14,23
125:15,16
127:12,21
128:11
129:18
134:24
137:21
142:21
148:11
166:3
174:10
177:23
193:25
228:14
229:5
251:14
**LBO-related**
112:9
**lead**
47:22 61:17
63:11 93:9
93:20,25
129:17
132:21
138:4
204:24
**leading**
32:8 70:6
**learn**

20:8,12,16
27:13 28:2
29:8,11
58:12
196:24
**learned**
19:24 24:5
24:19 25:5
26:8 27:18
28:25 81:21
**learning**
34:12 79:15
220:10
**leave**
262:2
**led**
238:24
**Lee**
91:5,6,20
92:5,17,18
93:4 94:16
94:17,24
95:10,13,17
188:4
216:10,22
220:21
247:25
249:19
**left**
45:14 217:16
228:21
**left-hand**
216:24
**legal**
6:12 8:9
228:5
**legs**
11:25
**Lehman**
185:19 217:5
217:8,10,12
217:13
**lend**
108:8 121:2
**lender**
92:16,19
128:2,6,19



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                      January 22, 2010

CONFIDENTIAL

291

129:18
lenders
3:20 8:20
  15:17,19
  23:20 62:16
  64:10 129:4
  132:22
  138:4
  139:14
  140:18
  143:3,6
  144:15,17
  144:18,22
  144:22,25
  145:3
  153:25
  204:24
lending
100:16
  114:25
  116:6
  132:12,21
  141:6
  201:20
lendings
35:4 75:17
  92:21
  114:20
  115:8 118:8
  118:14
  125:15
  138:7 157:2
  228:2
letter
75:11 77:12
  77:15 253:2
  253:6
letters
74:22 75:5
  75:14,15,19
  75:24 76:9
  76:22,23
  77:4,21
  94:3,6
Let's
43:10 56:7
  64:17 76:13

83:12 90:4
95:14
101:15
131:14
144:8
149:13
164:10
180:9
182:21
221:21
245:3
level
119:6 136:4
148:8
164:18,19
levels
191:10
193:18
leverage
51:20,22
  52:3 141:25
  142:20
  145:19
  154:4
leveraged
14:9,10,13
  14:18,24
  15:9 16:4
  16:17,25
  17:8,13,20
  21:16,17
  22:9,24
  23:4 30:6,9
  41:7 44:4
  45:3,10,21
  70:6 93:23
  97:7 106:11
  124:4
  126:22
  129:8
  143:18
  151:16
  160:18,25
  175:21
  188:6 194:8
  194:16
  216:13,20

Lexington
3:13
likelihood
66:16
Lilas
211:6
limited
139:25
line
46:2 65:20
  71:5 96:20
  117:6
  146:23
  222:12
lines
138:14
Linneman
188:7,16
  235:5
liquidation
163:13,21
list
204:18,20
  206:23
  209:11,18
  209:21
  210:5 211:9
  220:19,25
  221:8
  222:18
  223:18,20
  223:23,25
  224:25
  225:2,3,6,7
  225:8,19
  228:10
  252:20,23
  254:4
listed
125:10
  162:15
  220:19
  221:2
  223:15
listing
211:5 222:7
little

21:14 40:15
  179:2
LLC
110:6,8,10
  110:14
LLP
2:8 3:4,19
  4:4,11,18
  5:10,17 6:4
loan
14:15 15:17
  97:6 115:7
  117:4
  120:17
  122:21
  137:2
  139:20
  145:9
  153:15,16
  153:20,25
  154:20
  159:9,10,17
loans
92:16 151:23
locate
207:25
locating
209:14
London
12:11
long
13:3,20 16:3
  16:10
  211:21
look
24:14 43:18
  80:6 83:18
  90:12 96:4
  111:12
  119:5,14
  124:6
  136:12
  149:19
  158:14
  160:11
  162:13
  163:8 177:2

186:25
188:21
190:18
195:5 217:7
235:23
236:4 237:7
245:22
247:3
looked
95:25 109:6
139:16
178:21
looking
40:25 43:19
  58:16 64:22
  72:8,25
  77:24 80:2
  94:14,18
  102:8
  119:20
  120:23
  121:17
  122:11
  131:19
  135:21
  156:5 157:4
  159:23
  160:23
  162:22
  163:16
  189:23
  206:13
  211:9
  222:23
  223:18,23
  224:25
looks
84:5,6 88:24
  130:8
  147:21
  160:24
  161:9
Los
3:23
lot
22:14 101:5
  108:16,21



Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

292

| | | | | |
|---|---|---|---|---|
| 141:3 | 59:21 70:13 | 96:16 102:6 | 226:17,20 | 47:5 50:10 |
| 153:22 | 143:14 | 131:17 | 258:22,25 | 51:22 52:6 |
| 229:17 | 149:2 | 136:8 146:9 | 259:8 | 52:11,21 |
| 231:2 | 150:17,21 | 149:16 | **materials** | 54:24,25 |
| 258:17 | 151:4,7 | 166:9 | 123:24 127:8 | 55:5,8,15 |
| 261:4 | 187:11 | 171:21 | 127:15,23 | 63:7 71:19 |
| **low** | 188:2 189:7 | 186:21 | 156:25 | 72:9 74:13 |
| 71:8 140:19 | 190:10,21 | 205:25 | 189:3,6 | 84:18 86:5 |
| 147:21,25 | 192:4,21 | 215:16 | 190:9 191:8 | 86:16 88:2 |
| 148:8,19 | 193:3,20 | 216:4 | 218:12 | 95:17 97:14 |
| 154:5 | 194:15 | 221:13 | 226:8,11,13 | 98:4,14,21 |
| **lower** | 207:9 | 243:23 | 257:19 | 99:14 |
| 101:2,5 | 213:15 | 247:15 | **matrix** | 102:17 |
| 132:5 | 214:11 | 248:6 252:4 | 233:16 | 103:3,18 |
| **lowered** | **manager** | 252:7 257:9 | **matter** | 111:19 |
| 100:14 | 231:9 | 257:11 | 7:17 16:19 | 113:3,6 |
| **lucky** | **managing** | **market** | 62:7 86:24 | 118:22,24 |
| 232:16,18 | 16:10 97:6 | 14:16 41:2 | 87:13 | 131:4 133:9 |
| **lunch** | 121:14 | 145:8,10 | 106:14 | 133:24 |
| 101:18 | **Marc** | 152:9,16,24 | 146:20 | 150:24 |
| 133:16 | 6:8 9:4 | 153:2,2,21 | 147:14 | 165:19 |
| **Lynch** | **March** | 153:25 | 155:21 | 172:15 |
| 5:18 8:12 | 44:15 60:23 | 154:21 | 181:3 | 190:4 |
| 62:24 63:3 | 61:13 62:5 | 174:2 201:3 | 184:15 | 195:11 |
| 63:9,21 | 62:19 64:5 | 254:22 | 187:24 | 198:17 |
| 105:25 | 72:3 78:7 | 255:3 | 189:13 | 207:18 |
| 106:4 | 84:2 90:19 | 260:25 | 193:2 | 212:14 |
| **Lynn** | 94:16 95:5 | 261:2 | 205:15,17 | 213:3 |
| 3:17 8:6 | 95:22 | **marketplace** | 215:3 | 218:25 |
| | 116:17 | 55:18 152:24 | 219:17 | 219:3,4 |
| **M** | **margin** | 153:13 | 229:6 235:8 | 226:21 |
| | 55:10 | 154:23 | 263:19 | 239:25 |
| **M** | **mark** | 155:13 | **matters** | **means** |
| 3:7 4:8 | 43:10 64:17 | **markets** | 18:19 47:2 | 48:18,21 |
| **madam** | 76:13 83:12 | 4:13 8:17 | 228:5 230:3 | 55:20 98:23 |
| 43:15 | 90:4 102:2 | 14:16 22:6 | **maturities** | 165:21 |
| **magnitude** | 106:6 | 97:7 153:3 | 177:24 | **meant** |
| 36:4 | 129:14 | 173:17 | **MBA** | 48:19 49:4 |
| **main** | 131:14 | 193:14 | 12:8,14,19 | 52:25 53:24 |
| 39:13 240:2 | 149:13 | 201:15 | **McPHAIL** | 53:25 69:12 |
| **maker** | 164:10 | **marriage** | 4:16 8:15,15 | 69:25 70:5 |
| 104:10 | 186:17 | 263:17 | **MD** | 86:7 98:7 |
| **making** | 247:11 | **Massachus...** | 121:8,9,14 | 98:25 101:7 |
| 18:25 24:12 | **marked** | 5:7 | **mean** | 133:12 |
| 54:6 140:8 | 43:13,17 | **material** | 14:22 15:9 | 151:11,15 |
| 149:10 | 64:20 76:16 | 59:8 124:25 | 31:24,25 | 151:19 |
| 168:18,22 | 83:16 90:8 | 127:9 181:6 | 34:17 42:9 | 169:4,11 |
| **management** | | | | |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia

CONFIDENTIAL

January 22, 2010

293

170:2
195:16
219:15
**Media**
16:23 23:9
45:25 65:12
**meet**
48:2 254:6
255:8,12
**meeting**
46:12 47:11
47:16 87:9
87:14,14
92:16,19
93:4 187:11
188:9,13
189:7
190:10,21
207:9,14,17
208:4
213:14
214:10
234:21,25
235:7,9,18
236:10,11
236:15,21
250:5
**meetings**
87:17
**member**
150:20
**members**
24:2 85:23
137:5 138:5
138:9
199:23
**memo**
124:12 227:3
**memorandum**
128:3
**mention**
147:21
**mentioned**
70:11 79:4
105:24
185:20
**merger**

196:10
**mergers**
13:23
**Merrill**
5:18 8:12
62:24 63:3
63:9,11,21
64:4 84:16
105:25
106:4
186:10
200:16
250:17,18
**met**
174:23
214:18,19
240:6
**metaphor**
38:13 173:24
**Michael**
105:25
**mid**
187:12
**middle**
86:10 147:19
**Miles**
4:8 8:13,13
**million**
53:19,20
85:6,8,9
86:8 97:19
97:22 99:9
132:11,11
132:19,20
**mind**
48:23 85:14
194:11
256:6
**mine**
44:3 257:17
**minimal**
131:8
**minimize**
69:9,13,18
69:25
**minute**
70:19 112:19

112:22,25
**minutes**
11:24 23:4
24:11 31:9
97:18
108:15
209:6
228:21
250:4
**missed**
259:11 260:3
**missing**
171:10 210:3
**misunders...**
242:8
**Mitsubishi**
137:15,17,23
141:25
142:7
**moment**
68:3 112:7
114:11
175:15
208:13
245:3,5
**moments**
83:7 134:6
155:3
**money**
34:22 96:9
153:22
**monthly**
168:13
**months**
32:8 191:21
254:22
255:4
**Moody's**
47:9 98:16
**Moore**
5:21 8:11,11
**morning**
7:13,17 16:2
164:21
165:16
174:22,25
188:4

229:11
239:5
**moved**
45:13
**moving**
86:10
**multiple**
33:2,4 37:24
38:7,7,12
38:14,15
147:11
**Murray**
202:12
203:13,25
205:2
211:15
213:5,10,16
213:21,24
214:12,18
215:2,9
223:9,13
225:13
227:15,21
240:8,10,13
241:3,10
242:23
244:5,16
**Myers**
4:18 8:22
**M&A**
71:18,20
72:20
134:17

_____
**N**
_____

**N**
3:2,9 4:2
5:2 6:2,12
264:2
**name**
7:7,13,24
12:25 61:5
121:7
129:12
161:7
184:19
202:8 220:6

229:2
249:24
257:21,22
262:3
**names**
62:9 116:3
129:13
184:14,15
199:4 200:9
208:10
209:3 210:9
210:9,13,18
240:10
**narrow**
204:18
**narrowing**
209:11
**Nason**
65:5,7
**Natalia**
44:18
**Natasha**
62:10
**National**
13:2,5
**nature**
20:17 22:20
**necessarily**
228:5 247:6
**need**
10:6 11:13
11:22,25
98:3 119:14
156:3
159:11
254:2
**needed**
71:24 79:8
201:9,10
**needing**
79:3
**needs**
15:3,4 23:11
23:18 39:24
40:4,20
104:16
231:14



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

294

| | | | | |
|---|---|---|---|---|
| negative | non-in-pe... | 35:4 90:11 | 127:17 | 151:18 |
| 168:13 169:8 | 214:20 | 168:13 | 130:19 | 160:20 |
| negotiate | Norma | 257:12 | 132:13 | 188:20 |
| 77:11 | 211:6 | **NW** | 135:5 139:8 | 204:15 |
| negotiated | normal | 3:7 | 142:9 | 211:18 |
| 41:24 100:4 | 77:11 | **N.W** | 147:15 | 215:5 |
| 100:16 | Notary | 4:6 | 148:10,12 | occasional |
| NELLOS | 2:10 7:4 | | 151:13 | 82:15 |
| 6:9 | 263:7 | O | 158:18 | occasions |
| new | note | | 169:5,9 | 131:6 |
| 1:13,13 2:9 | 43:20 64:23 | O | 170:17 | occupied |
| 2:9,11 3:14 | 110:9,13 | 3:24 | 171:6 | 229:16 |
| 3:14 4:15 | 131:20 | object | 172:13,22 | occupy |
| 4:15,22,22 | 134:2 | 104:13,15 | 174:12 | 72:20 229:13 |
| 5:13,13,20 | noted | 111:3 | 177:25 | occur |
| 5:20 6:7,7 | 168:12 262:9 | 112:11 | 178:20 | 29:19 30:5 |
| 7:9 47:19 | Notice | 118:9 | 180:16,19 | 43:2 87:11 |
| 111:6,22 | 2:10 | 173:22 | 183:20 | 154:9 |
| 112:9,15,23 | notwithst... | 184:3 199:9 | 187:14 | 174:20 |
| 113:3,12,15 | 153:21 | 230:8 | 189:16 | occurred |
| 114:2 117:4 | November | objection | 190:14 | 42:14 201:17 |
| 238:10,14 | 222:13 | 9:13,14 | 191:4 193:5 | 206:9 |
| 239:11 | no's | 15:11 24:25 | 194:3,17 | occurring |
| 247:3 | 11:3 | 29:3 34:7 | 195:12 | 188:9 |
| 259:20 | number | 34:16 35:6 | 196:8 | offer |
| 263:3,8 | 43:21 64:24 | 36:6 38:3 | 200:24 | 79:6 117:6 |
| news | 76:14,19 | 46:15 48:4 | 201:21 | 159:24 |
| 168:15,24 | 96:19 102:3 | 48:20 49:15 | 202:10,18 | office |
| 169:7,8 | 102:5,9 | 49:24 50:9 | 204:4 219:2 | 235:20 |
| newspaper | 125:23 | 50:14 51:4 | 228:3 | officer |
| 51:21 57:10 | 131:15,21 | 52:7 53:5 | 237:16 | 126:12 171:2 |
| 57:16,24 | 132:6 | 53:14 54:16 | 241:6 243:2 | 171:13 |
| 154:6 | 136:10,11 | 55:11 57:11 | objections | offices |
| 165:12 | 145:11 | 60:4 66:6 | 9:15 | 2:7 188:18 |
| Nils | 146:12 | 66:19 67:12 | obtain | Official |
| 25:12 31:4 | 157:5 | 67:19 69:17 | 12:14,16 | 3:5 |
| 32:24 | 166:12 | 69:20 70:3 | 196:6 | Oh |
| noise | 175:4 | 77:17 80:14 | obtaining | 198:20 |
| 79:2 | 186:23 | 81:3,5 82:7 | 113:19 | 258:11 |
| noises | 216:12 | 88:12 92:23 | obvious | okay |
| 11:5 | 221:12 | 93:12 95:18 | 159:13 | 10:5 11:6,20 |
| non-bank | 222:7 | 101:4 | obviously | 12:3 15:14 |
| 139:14 | 237:21 | 104:23 | 32:7 35:9 | 16:2 22:17 |
| 144:22,25 | 238:4 | 107:9,15 | 48:8,15 | 30:7 49:5 |
| 145:2,8 | 252:25 | 108:2,14 | 68:6 71:14 | 50:23 51:7 |
| non-event | 266:8 | 112:12 | 107:3,22 | 56:4 58:23 |
| 262:8 | numbers | 113:23 | 111:13 | 90:13 |
| | | 125:3 | | |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

295

| | | | | |
|---|---|---|---|---|
| 102:11 | 59:11 | original | 4:18  8:22 | pages |
| 119:2,12,19 | operating | 42:4 | | 119:10  156:6 |
| 120:23 | 109:5,24 | originally | **P** | 156:7 |
| 131:23 | 112:3 | 26:2  75:16 | **P** | 162:23,23 |
| 144:8 | operations | 103:21 | 3:2,2  4:2,2 | 190:20,25 |
| 146:13 | 103:5,7,7 | 104:3  109:3 | 5:2,2  6:2,2 | 191:9  236:6 |
| 147:21 | opinion | originating | 7:2 | paid |
| 156:4 | 196:7,12 | 79:2 | package | 130:25 |
| 162:11,21 | 206:21,23 | originator | 116:24 | 232:24,24 |
| 162:21 | 208:10 | 121:8,10 | 117:12 | paper |
| 166:13 | 213:3 | outcome | 122:11,17 | 123:18 |
| 171:23 | 215:10 | 102:22 | 156:21,25 | papers |
| 187:2 | 218:13 | 263:18 | 237:21 | 75:7 |
| 189:22 | 233:23 | outline | packet | paragraph |
| 199:19 | opinions | 75:16 | 155:17 | 132:10,17 |
| 203:18 | 178:11 | outlook | page | 133:10 |
| 207:22 | opportunity | 98:9  99:17 | 83:25  90:18 | 152:8 |
| 215:18 | 11:15  24:13 | outset | 95:9  105:10 | parcel |
| 233:24 | 119:16 | 103:12,15 | 106:24 | 93:24 |
| 234:20 | 133:3  134:7 | outside | 116:13 | parens |
| 237:6  238:5 | 135:12 | 62:22  76:5 | 119:11,20 | 190:24 |
| 242:20 | 155:22 | 76:10  94:9 | 119:23,24 | parent |
| 243:20 | opposed | 179:18,25 | 121:18 | 56:13 |
| 248:10 | 11:4  40:16 | 200:7 | 123:2  124:6 | parentheses |
| 252:11 | 135:20,25 | 204:17 | 125:11 | 222:19 |
| 258:2,16 | 139:14 | 209:10 | 127:3  156:3 | Park |
| 260:7 | 192:3 | 239:18 | 156:3,12,17 | 5:19 |
| once | opted | 260:5 | 157:18,24 | Parke |
| 28:24  92:7 | 145:3 | overhang | 157:25 | 2:8  6:4  9:5 |
| 214:19 | options | 154:7 | 158:4,7,8 | part |
| 254:5 | 114:17 | overlay | 158:14,15 | 21:22  22:3,6 |
| ones | oral | 174:2 | 161:19,25 | 23:7  30:24 |
| 229:10 | 226:22,23 | owned | 162:14,16 | 48:9,16 |
| one-minute | orally | 43:7  72:4,10 | 163:9 | 49:21  50:2 |
| 221:18 | 241:13 | ownership | 188:25 | 50:3  59:16 |
| one-on-one | order | 88:4 | 189:24 | 64:10  68:18 |
| 117:7,13,25 | 59:9  123:9 | O'Brien | 191:9  195:6 | 78:17  80:5 |
| one-page | organization | 17:18,21 | 218:16 | 85:3  93:23 |
| 64:24  76:18 | 21:15  93:21 | 95:10  96:8 | 223:15 | 111:6,7 |
| 96:18 | 115:21,23 | 146:16 | 237:24,25 | 117:5 |
| 131:20 | 123:13 | 147:7,20 | 238:4 | 122:16 |
| 166:11 | 124:3 | 188:7,16 | 252:24,25 | 131:9 |
| 218:11 | 185:16 | 235:4 | 257:13 | 141:18,18 |
| one-tenth | 194:20 | O'Grady | 258:24 | 148:20,22 |
| 232:22 | 231:18 | 105:25 | 260:19,22 | 153:5  155:8 |
| operates | organizat... | O'Melveny | 261:11 | 162:24,25 |
| 58:6,13 | 98:15 | | 264:3 | 163:25 |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

296

| | | | | |
|---|---|---|---|---|
| 188:15 | particulars | 199:4 | 220:11 | 61:21 62:11 |
| 199:23 | 96:3 217:14 | 200:13 | 224:19 | 63:17 65:3 |
| 200:14 | parties | 216:12 | Persily | 66:7 68:9 |
| 212:6 | 9:8,14 32:18 | 219:16 | 63:21 105:22 | 129:14 |
| 213:16 | 75:6 116:6 | 220:19 | 105:23 | 149:23 |
| 219:13 | 200:3 | 221:2,8 | 116:14 | 151:15 |
| 224:14 | 263:16 | percentage | 200:17 | 184:23 |
| 233:15 | parts | 55:2 | person | 185:6 |
| 256:11 | 177:14 | perform | 20:22 47:23 | 245:24 |
| participate | 218:18 | 131:7 | 77:14,15 | 253:22 |
| 137:19 138:6 | 219:18 | performance | 221:7 | phone |
| 138:23 | party | 164:17 | 238:25 | 23:19 26:23 |
| 139:2,6 | 33:20 61:15 | 191:20 | 242:23 | 92:11 |
| 141:6 142:8 | 67:14 68:5 | 192:2,19,20 | personal | 242:23 |
| 142:18 | 82:22,23 | 194:13,14 | 11:23 22:25 | phrase |
| 143:6,7 | 199:3 | 229:22 | 81:19 | 54:2,4 69:18 |
| 144:15,18 | Pate | 230:2 | personally | 99:2 112:25 |
| 145:3 155:2 | 78:7,10,15 | performed | 22:20 24:3 | 133:21 |
| 164:5 | path | 29:22 30:2 | 26:11 30:21 | 163:12 |
| 197:23 | 103:21 | 164:13 | 32:13,20 | phrased |
| participated | Patricia | 193:3 227:5 | 33:7 35:13 | 207:23 |
| 25:15 186:14 | 95:10 96:22 | performing | 38:11,16,22 | phrases |
| 191:25 | 97:5 253:21 | 130:17 | 51:8 58:7 | 191:17 |
| 192:10 | Paul | 194:23 | 58:25 59:19 | picture |
| participa... | 4:10 8:16 | period | 60:9 128:21 | 99:24 |
| 137:6 164:3 | pause | 13:6,10 | 197:23 | piece |
| 253:14 | 143:25 153:7 | 19:23 20:9 | 203:24 | 123:18 |
| participa... | pay | 21:25 22:4 | 209:13 | 154:19 |
| 129:17 | 81:2 100:21 | 22:21 27:18 | 210:12 | pieces |
| 138:11 | pending | 35:20 37:14 | 211:11 | 49:13 151:18 |
| 204:12 | 11:16 180:20 | 37:20 39:8 | 223:25 | 227:12 |
| 253:18 | 196:3 | 39:11 41:9 | 225:8 | place |
| particular | people | 60:16,24 | 226:16 | 103:12 |
| 16:18 18:8 | 16:24 17:2 | 61:13 62:4 | personnel | 108:10 |
| 20:20 23:14 | 28:9 30:22 | 62:5,13 | 30:12 127:10 | 159:10 |
| 63:2 64:14 | 38:21 39:3 | 63:5 64:5 | persons | 229:21 |
| 129:11 | 40:13 41:6 | 72:25 73:3 | 137:4 | 235:18 |
| 141:5 | 60:10 61:12 | 73:17,17 | perspective | places |
| 155:21 | 62:14,22 | 150:9 | 36:2 53:11 | 67:4 70:20 |
| 158:6,7,15 | 63:19 93:20 | 175:18,23 | 53:15 | plan |
| 165:3,8,10 | 93:21 125:6 | 178:15,24 | 114:14 | 23:18 31:10 |
| 165:12,24 | 132:6 | 179:12,23 | 128:23 | 31:15 59:17 |
| 179:9 | 133:22 | 188:10 | pertaining | 60:6,17 |
| 185:15 | 179:9 185:4 | 189:8 | 222:8 | 190:20 |
| 189:25 | 185:25 | 190:11 | perusal | 222:17 |
| 214:13 | 186:6 | 214:25 | 156:3 | 246:5 |
| 216:5 225:6 | 189:25 | 217:21 | Peter | planning |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                          January 22, 2010

CONFIDENTIAL

297

| | | | | |
|---|---|---|---|---|
| 63:24 64:7 | 245:22 | 49:8 117:2 | 138:9 143:6 | 128:16 |
| 246:19 | 248:8 | 162:2 195:6 | 144:14 | 129:3 189:6 |
| **platform** | 250:24 | **policy** | 148:22 | 216:16 |
| 70:6 | 256:2 | 77:10 | 207:11 | 248:12 |
| **play** | **pledge** | **Polk** | 209:3,15,16 | **prepare** |
| 89:2 | 110:9 111:24 | 3:11 7:25 | 210:14,19 | 77:14 128:7 |
| **Plaza** | 238:16 | 8:4,7 | 211:25 | 216:21 |
| 2:9 6:6 | **pledges** | **Poor** | 217:22 | **prepared** |
| **please** | 112:7 | 98:15 217:20 | 218:7 | 76:10,22 |
| 7:6,23 11:9 | **point** | **posed** | **potentially** | 120:25 |
| 15:23 25:3 | 9:3 19:12 | 177:6 | 34:14,20,21 | 127:10 |
| 34:9 35:24 | 20:25 21:4 | **position** | 34:25 79:18 | 157:11 |
| 39:19 43:11 | 24:15 25:8 | 14:8 21:7 | 100:15 | 212:23,24 |
| 49:17 64:18 | 27:7,12,15 | 22:11 65:7 | 218:21 | 220:22 |
| 68:14 69:22 | 27:25 28:19 | 71:8 96:25 | 219:8 | 223:25 |
| 74:12 76:14 | 33:10 35:8 | 100:7 | **Power** | 224:2 226:8 |
| 78:5 79:22 | 37:5,20 | 105:17,20 | 162:2 188:22 | **preparing** |
| 81:24 93:14 | 45:11,12 | 106:9 | 189:15 | 47:3 124:25 |
| 93:16 102:2 | 49:2 52:12 | 136:24 | 207:10 | 126:23 |
| 104:19 | 55:22 57:20 | 182:4 | 226:25 | 128:6 |
| 106:19 | 59:23 60:22 | 254:21 | **practical** | **prescheduled** |
| 107:11,13 | 66:2 72:3 | **positive** | 80:4 | 235:20 |
| 109:16 | 72:11 73:23 | 168:15,24 | **practice** | **presence** |
| 115:3 | 79:16 | 169:7 | 65:13 74:24 | 242:24 |
| 118:11,20 | 109:20 | **possibility** | 77:11 | **present** |
| 127:5 | 126:18 | 24:20,23 | 167:23 | 6:11 236:23 |
| 131:15 | 136:25 | 29:9 | **precision** | **presentation** |
| 140:3 | 152:19 | **possible** | 136:5 | 52:13 53:3 |
| 142:24 | 164:25 | 25:6 27:8 | **predated** | 128:2,6,9 |
| 144:9 | 170:5 | 29:11 | 20:9,13 | 128:12,20 |
| 149:14 | 172:25 | 107:20 | 212:2 | 128:21 |
| 155:16 | 173:8 | 127:6 | **predecessor** | 129:4,5 |
| 164:11 | 177:10,11 | **post** | 13:15,22 | 189:15 |
| 166:5 171:8 | 178:25 | 114:25 133:5 | 18:11 | 226:25 |
| 174:14 | 180:8 | 134:12 | **preexisting** | 227:2 236:3 |
| 184:7,15,19 | 188:22 | **potential** | 111:2,9,14 | 236:17,21 |
| 186:17 | 189:15 | 15:7 23:19 | 111:15 | 259:13,14 |
| 187:16,18 | 207:11 | 27:14,19,22 | 112:15,24 | **preserved** |
| 190:19 | 211:19 | 28:2,20 | 113:5,7,10 | 9:16 |
| 193:7 | 215:6 | 34:5,13 | 113:17,20 | **president** |
| 195:18,22 | 226:25 | 37:18,24 | 115:14 | 16:15 44:10 |
| 196:2 204:6 | 233:18 | 38:7,15,21 | **prep** | **press** |
| 208:8 | 240:2 241:3 | 39:4,10,15 | 92:18 93:3 | 79:4 |
| 225:22 | 241:10 | 39:21 41:12 | **preparation** | **pretty** |
| 227:9 232:8 | 246:15,16 | 46:6 58:14 | 9:24 10:2 | 13:8 139:25 |
| 236:19 | 251:18 | 62:14,16 | 75:24 76:8 | 140:13 |
| 241:9 244:9 | **points** | 137:5 138:5 | 77:3 94:6,8 | **previous** |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

298

171:12
215:5
231:15
**previously**
19:14 129:8
163:2,6
178:5,13
**price**
43:5 86:9
91:18 97:19
154:7
**pricing**
145:22
158:22
**pride**
70:7
**primarily**
23:16,23
**primary**
20:21 21:6
61:19 63:4
63:7 140:7
**prior**
42:20 57:23
79:16 115:6
117:19
167:25
168:4,6
178:9,12
190:12
202:13
256:10
**priority**
110:18,20,23
**private**
42:23 153:19
176:9 196:5
196:11
253:2,6
**privilege**
11:18 179:17
180:4 182:2
182:9
205:15,20
214:16
215:13
241:15,19

241:25
242:8,10,19
245:16
249:8,11
251:2
**privileged**
181:6,17,20
181:23
182:6,19
183:4
198:10,19
202:5 205:8
227:16,17
233:20
243:5
**prob**
71:9
**probably**
61:14,16
75:20 107:3
107:4 117:7
128:24,25
146:24
154:21
180:17
184:21
192:15,16
192:22
239:25
258:16
**problem**
168:12 261:8
**proceed**
113:21
**process**
64:3,12,13
151:17
211:21
222:20
223:10
254:7
**produced**
162:2 258:3
258:5
**product**
213:25 214:5
214:7

**production**
257:12
**progress**
138:15 146:2
147:13
150:10
**project**
46:2,5,9
47:11,23
48:3 53:12
54:14 212:7
**projected**
142:2 143:9
143:13
191:21
192:20
193:3,18
194:14
**projection**
218:19
**projections**
59:17,21,24
60:6,8
143:15,21
192:4
193:15,20
219:10
254:20,22
255:3,8,13
256:10,16
256:20
**promoted**
246:15
**prompted**
79:5 80:6
179:20
181:13,14
181:23
182:5
183:16
212:6
**pronounce**
45:18
**proposal**
42:4 120:2
124:20
125:2,11

**proposed**
24:16 107:24
118:5
123:24
159:21
160:2,15,21
**prospective**
148:25
204:19
**provide**
103:8 107:25
112:14
113:12
127:16
130:21,22
139:10
140:22
158:15
213:3,5
227:25
231:16
250:3
**provided**
76:11 110:17
112:8
123:22,23
124:15
127:10,20
128:17
129:19
140:6
143:15
183:11
189:10
192:21
213:10,25
214:4,6
224:3 225:4
225:20
226:20
227:21
228:12
240:19
**provides**
130:15
**providing**
173:23

206:22
210:17
213:21
**public**
2:11 7:4
43:4 51:20
58:17,23
108:18
168:7 174:3
183:12
217:2 263:7
**publicly**
43:7 167:18
168:2
**published**
173:10
185:16
**publishing**
56:17 103:6
103:22
109:25
110:11
116:24
164:22
165:11,17
165:20
**pull**
155:16 237:4
237:20
**purchase**
86:9 91:18
97:19
**pure**
70:9
**purposes**
108:9
**pursuant**
2:9
**purview**
160:8
**push**
133:3 135:12
**pushing**
134:23
**put**
43:16 53:18
54:5 87:25



Toll Free: 800.441.3376
Facsimile: 202.296.8652

ESQUIRE
an Alexander Gallo Company

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

299

| | | | | |
|---|---|---|---|---|
| 106:20 | 73:11 74:4 | 182:10 | 251:9 | 13:1 14:1 |
| 107:7,7,21 | 79:22 80:2 | 184:6 | 253:11 | 15:1 16:1 |
| 118:19 | 80:8,16 | 187:15 | 255:21,25 | 17:1 18:1 |
| 136:4 | 81:6,24,25 | 192:6 193:7 | 256:13,19 | 19:1 20:1 |
| 148:17 | 82:9 84:11 | 193:9,15 | 260:14 | 21:1 22:1 |
| 154:19 | 89:11,21 | 194:5,7,10 | **questions** | 23:1 24:1 |
| 159:9 174:3 | 92:24 93:2 | 194:12 | 10:16,18,20 | 25:1 26:1 |
| 189:10,14 | 93:14 99:21 | 195:13,21 | 11:3 56:4 | 27:1 28:1 |
| 197:5 | 104:18 | 195:25 | 119:6,18 | 29:1 30:1 |
| **putting** | 107:10 | 196:3 197:5 | 144:13 | 31:1 32:1 |
| 31:19 75:10 | 108:3,12 | 197:6,12,17 | 155:20 | 33:1 34:1 |
| 86:20 88:6 | 109:15 | 197:21 | 156:2 | 35:1 36:1 |
| 88:9 96:8 | 111:4 | 199:10,11 | 173:13 | 37:1 38:1 |
| 133:5,25 | 112:13 | 199:17 | 178:5,7,17 | 39:1 40:1 |
| 190:7 | 115:2 | 202:13,21 | 179:10,23 | 41:1 42:1 |
| 209:17 | 118:10,13 | 202:23,25 | 182:8,18 | 43:1 44:1 |
| **p.m** | 119:15 | 203:2,5,5 | 183:18 | 45:1 46:1 |
| 84:3 90:20 | 123:14 | 203:17,22 | 184:2 | 47:1 48:1 |
| 101:18,19 | 127:18 | 204:5 | 185:17 | 49:1 50:1 |
| 144:10,11 | 129:22,25 | 205:19 | 208:8 222:8 | 51:1 52:1 |
| 180:12,13 | 130:20 | 209:5,7,12 | 222:18,25 | 53:1 54:1 |
| 221:23,24 | 132:15 | 209:22,23 | 223:8,15,20 | 55:1 56:1 |
| 245:9,10 | 133:11 | 209:24,25 | 224:8,14 | 57:1 58:1 |
| 262:9 | 134:6 | 210:7 | 225:2,7,19 | 59:1 60:1 |
| | 135:15,23 | 215:13 | 226:2 | 61:1 62:1 |
| Q | 139:10,11 | 219:5 | 228:11,17 | 63:1 64:1 |
| **quarter** | 140:3,21,22 | 220:16 | 230:15 | 65:1 66:1 |
| 166:2 167:7 | 140:25 | 224:10,13 | 236:2 237:9 | 67:1 68:1 |
| 168:9,20 | 141:2 | 224:20 | 242:21 | 69:1 70:1 |
| **question** | 142:11,22 | 225:22 | 248:19 | 71:1 72:1 |
| 10:21 11:8 | 144:24 | 226:4,5 | 249:2 250:2 | 73:1 74:1 |
| 11:10,13,16 | 155:21 | 227:9 232:7 | 251:19 | 75:1 76:1 |
| 11:17,19 | 157:20 | 233:15 | 261:10 | 77:1 78:1 |
| 15:13 17:3 | 158:20 | 236:18,25 | **quick** | 79:1 80:1 |
| 19:20 20:2 | 162:16 | 237:2,12 | 46:11 | 81:1 82:1 |
| 20:2,4,10 | 166:4 | 239:11 | **quickly** | 83:1 84:1 |
| 20:11 21:20 | 170:21 | 240:22 | 153:4 | 85:1 86:1 |
| 22:13,14,19 | 171:7,11 | 241:2,8,14 | **quotes** | 87:1 88:1 |
| 25:2 26:10 | 172:14,19 | 241:22,24 | 71:7 | 89:1 90:1 |
| 26:12 29:5 | 172:24 | 242:5,7,10 | | 91:1 92:1 |
| 29:24 34:8 | 174:14 | 242:12 | R | 93:1 94:1 |
| 35:23 36:25 | 175:6,13,14 | 243:15 | **R** | 95:1 96:1 |
| 38:6 45:6 | 176:15,18 | 244:2,8,11 | 3:2 4:2 5:2 | 97:1 98:1 |
| 49:3,17 | 177:6 180:6 | 244:20,22 | 5:21 6:2 | 99:1 100:1 |
| 51:6 52:10 | 180:20,23 | 244:25 | 7:1,2 8:1 | 101:1 102:1 |
| 55:12 57:12 | 181:5,11,19 | 245:13,18 | 9:1 10:1 | 103:1 104:1 |
| 59:12 69:21 | 181:25 | 250:23 | 11:1 12:1 | 105:1 106:1 |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia

January 22, 2010

CONFIDENTIAL

300

| | | | | |
|---|---|---|---|---|
| 107:1 108:1 | 201:1 202:1 | 262:14 | 155:12,12 | **reads** |
| 109:1 110:1 | 203:1 204:1 | 263:10 | **reached** | 218:16 |
| 111:1 112:1 | 205:1 206:1 | **Raj/Natasha** | 244:5 | **ready** |
| 113:1 114:1 | 207:1 208:1 | 46:10 | **reaching** | 126:19 248:9 |
| 115:1 116:1 | 209:1 210:1 | **ran** | 137:4 | 252:9 |
| 117:1 118:1 | 211:1 212:1 | 188:6 | **react** | **reallocation** |
| 119:1 120:1 | 213:1 214:1 | **range** | 250:2 251:18 | 132:12 |
| 121:1 122:1 | 215:1 216:1 | 35:3 36:9 | **reaction** | **really** |
| 123:1 124:1 | 217:1 218:1 | 129:19 | 51:19 | 22:22 34:2 |
| 125:1 126:1 | 219:1 220:1 | **Ranking** | **read** | 37:10 61:21 |
| 127:1 128:1 | 221:1 222:1 | 162:8,19 | 48:10,13 | 67:24 74:19 |
| 129:1 130:1 | 223:1 224:1 | **rarely** | 57:13 67:22 | 78:21 96:2 |
| 131:1 132:1 | 225:1 226:1 | 140:16 | 67:23 68:13 | 119:5 160:7 |
| 133:1 134:1 | 227:1 228:1 | **rate** | 68:15 79:23 | 168:5 |
| 135:1 136:1 | 229:1 230:1 | 98:16,18 | 80:17 93:15 | 178:22 |
| 137:1 138:1 | 231:1 232:1 | 140:18 | 93:17 96:10 | 243:12 |
| 139:1 140:1 | 233:1 234:1 | **rated** | 102:21 | **reask** |
| 141:1 142:1 | 235:1 236:1 | 100:20 | 107:12,14 | 194:10 |
| 143:1 144:1 | 237:1 238:1 | **rates** | 117:14,21 | **reason** |
| 145:1 146:1 | 239:1 240:1 | 100:5 | 118:12 | 117:2 123:4 |
| 147:1 148:1 | 241:1 242:1 | **rating** | 129:23 | 123:6 140:8 |
| 149:1 150:1 | 243:1 244:1 | 47:3,7 98:14 | 130:2 | 142:5 |
| 151:1 152:1 | 245:1 246:1 | 99:7,10 | 133:10 | 170:12 |
| 153:1 154:1 | 247:1 248:1 | 100:13,14 | 135:18 | 171:3 |
| 155:1 156:1 | 249:1 250:1 | 101:3 | 140:5,20,23 | 212:12 |
| 157:1 158:1 | 251:1 252:1 | 102:22 | 142:23,25 | 246:18 |
| 159:1 160:1 | 253:1 254:1 | 116:8 | 151:2 161:6 | **reasonable** |
| 161:1 162:1 | 255:1 256:1 | 117:11,25 | 166:6 171:9 | 94:22 132:23 |
| 163:1 164:1 | 257:1 258:1 | 128:10,13 | 174:15 | **reasonabl...** |
| 165:1 166:1 | 259:1 260:1 | 128:20 | 180:24 | 143:9,21 |
| 167:1 168:1 | 261:1 262:1 | 129:4 160:5 | 184:8 | **reasons** |
| 169:1 170:1 | 263:2 264:4 | **ratings** | 187:17,19 | 11:23 139:5 |
| 171:1 172:1 | **Rabbani** | 46:23 47:2,3 | 192:9 193:8 | 141:15,21 |
| 173:1 174:1 | 45:4,5,7,9 | 47:5,6,8 | 204:7 210:2 | 142:7,15 |
| 175:1 176:1 | 62:10 | 51:12 98:12 | 210:25 | 143:5 |
| 177:1 178:1 | **raise** | 99:7,8,14 | 220:17 | 144:14 |
| 179:1 180:1 | 14:15,25 | 99:17,20,25 | 224:12 | 145:18,23 |
| 181:1 182:1 | 23:6,10,12 | 100:6 101:2 | 225:23 | 154:25 |
| 183:1 184:1 | 153:23 | 101:2,6 | 227:10 | **recall** |
| 185:1 186:1 | **raised** | 102:22 | 244:10,12 | 13:11 16:12 |
| 187:1 188:1 | 154:13,15,17 | 158:21 | 254:9,10 | 18:16,20,23 |
| 189:1 190:1 | 179:7 | 159:22 | 256:3,7 | 19:12 20:5 |
| 191:1 192:1 | 185:17 | 160:2,6,7 | 261:5 | 20:18 21:11 |
| 193:1 194:1 | **Raj** | 160:15,21 | **reading** | 22:5 24:9 |
| 195:1 196:1 | 168:12 | 191:10 | 91:16 98:8 | 24:21 25:7 |
| 197:1 198:1 | **Rajesh** | **reach** | 107:18 | 25:10,17,24 |
| 199:1 200:1 | 1:12 2:6 7:8 | 116:21 | 117:19 | 26:2,16,21 |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

301

| | | | | |
|---|---|---|---|---|
| 26:22 27:3 | 84:24 85:13 | 128:12,13 | 168:21,22 | 213:14,17 |
| 27:5,11 | 85:20 86:2 | 128:17,24 | 169:2,3,10 | 213:23 |
| 28:4,10,19 | 86:20 87:9 | 129:2,6 | 169:17,19 | 214:19,22 |
| 29:21 30:4 | 87:12,16 | 132:3 | 169:25 | 215:4 |
| 30:12,18,24 | 88:3,16,18 | 133:11,14 | 170:5,20 | 216:15,17 |
| 31:8,13,14 | 88:19,21 | 134:15,25 | 173:7,8,12 | 216:18,23 |
| 31:20 32:5 | 89:4,11 | 135:18 | 175:24,25 | 217:12,20 |
| 32:9,23 | 90:16 91:11 | 136:6,17 | 176:4 178:2 | 217:25 |
| 33:9,22 | 91:15,23 | 137:16,22 | 178:14,23 | 218:3,5,9 |
| 35:7,8 | 92:3,6,9,12 | 137:25 | 179:3,5,8 | 219:6,11,23 |
| 36:20 37:2 | 92:13,14,17 | 138:2,8,10 | 179:10,13 | 219:25 |
| 37:22 39:17 | 93:7 94:10 | 138:25 | 182:16 | 220:9 222:4 |
| 39:18 40:7 | 95:21,22,25 | 141:10,12 | 184:9,16,16 | 222:5,6,10 |
| 40:9 41:5 | 96:3,11 | 141:16,22 | 184:25 | 223:5,13 |
| 41:19,20 | 97:15 98:6 | 142:17 | 185:2,9,11 | 224:5,7 |
| 42:3,15,25 | 100:11 | 143:2,4,11 | 185:14,19 | 225:2,5,9 |
| 43:3 46:5,8 | 102:14,18 | 143:12,17 | 185:22 | 225:10,12 |
| 47:10,15 | 103:20 | 143:24 | 186:4,5,12 | 225:13,18 |
| 48:5 50:15 | 105:3,7,9 | 144:19 | 186:16 | 225:24 |
| 50:17 51:10 | 105:18,19 | 145:13,15 | 187:7,10,21 | 226:2,3,6,7 |
| 51:16 53:6 | 107:4,19 | 145:17,19 | 188:9,14,15 | 226:11,14 |
| 53:7,10,16 | 108:7,24 | 145:24 | 188:20 | 226:24 |
| 56:25 57:4 | 109:6,7,10 | 146:6,14,18 | 189:5,11 | 227:3,11,17 |
| 57:7,14,15 | 109:11,20 | 146:19 | 190:16 | 227:22,23 |
| 57:20,25 | 110:2,12,15 | 147:10,16 | 192:15,18 | 228:10 |
| 58:9 59:6 | 110:16 | 147:24 | 192:22,25 | 229:9,11 |
| 59:25 60:2 | 111:8,11 | 148:14,15 | 193:10,10 | 233:13 |
| 60:5,5,7,18 | 112:18,19 | 150:3 152:2 | 193:14,16 | 234:9,12,13 |
| 60:25 61:2 | 112:20 | 152:20,20 | 193:21 | 234:14,15 |
| 61:5,8 62:8 | 113:8,24 | 153:14 | 196:4,9,15 | 234:18,24 |
| 62:9,24 | 114:11,20 | 154:11,14 | 197:9 198:7 | 235:7,8,13 |
| 63:20 64:2 | 115:4,10,18 | 155:14 | 199:12,20 | 235:16,17 |
| 64:9,11,16 | 116:3 | 156:20,23 | 199:20,24 | 235:22 |
| 68:6,20,22 | 117:10,14 | 156:24 | 200:2,14,17 | 236:9,13,15 |
| 69:4 71:21 | 117:15,16 | 157:3,9,14 | 201:24 | 236:20 |
| 71:22 72:11 | 118:4,18 | 157:15,22 | 202:14,17 | 237:3,13 |
| 72:16,23 | 122:6,8,9 | 163:24,25 | 202:20,21 | 238:19,20 |
| 73:4,21,22 | 122:16 | 164:13,15 | 204:13,17 | 238:23 |
| 73:24 74:6 | 123:11 | 164:20,23 | 204:25 | 239:7,8 |
| 74:9 75:8 | 124:2,4,17 | 164:24 | 206:7,12,24 | 240:12,12 |
| 75:10,18 | 124:19,22 | 165:13,15 | 208:20,24 | 240:13,15 |
| 76:24 77:2 | 125:5,18,20 | 165:24 | 210:8,10,16 | 240:18 |
| 77:5,20,23 | 125:24 | 166:7 167:2 | 210:17,21 | 246:17,21 |
| 78:20 79:15 | 126:6,9,10 | 167:5,9,11 | 210:24 | 246:22,24 |
| 80:9 82:18 | 126:14,21 | 167:12,15 | 211:17,21 | 246:25 |
| 82:20,23 | 126:25 | 167:20 | 211:23,24 | 247:2,10 |
| 83:7 84:14 | 127:8,13 | 168:8,10,18 | 212:4,5,20 | 248:14 |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

302

| | | | |
|---|---|---|---|
| 249:5,9,12 | **recipient** | 144:14 | 192:9 193:8 |
| 249:13,14 | 67:15 106:16 | 145:2 150:8 | 203:4 204:7 |
| 249:17 | **recipients** | 150:13 | 210:2 |
| 250:9,13 | 105:21 | 163:17 | 220:17 |
| 251:16,17 | 206:22 | 164:16 | 221:22 |
| 251:20,21 | 224:6,13 | 171:15 | 224:12 |
| 253:9,10,12 | 252:13 | 179:21 | 225:23 |
| 253:13,17 | **recognize** | 191:24 | 227:10 |
| 253:19 | 77:25 83:21 | 199:3 | 244:12 |
| 254:25 | 96:21 | 213:13 | 256:3,7 |
| 255:5,6,10 | 102:12,14 | 216:19 | 262:3 |
| 255:11 | 102:15 | 217:9 | 263:13 |
| 256:8,9,19 | 119:21 | 222:24 | **recurring** |
| 256:25 | 120:9,15 | 223:19,24 | 154:15,17 |
| 257:2,3,5 | 122:20 | 230:5 235:3 | **recut** |
| **recalled** | 124:8,9 | 244:3,4,4 | 132:20 |
| 76:21 117:20 | 131:24 | 244:21,24 | **redact** |
| **recalls** | 136:15 | 251:11,24 | 261:4 |
| 197:19 | 156:6,11 | **recommend...** | **redacted** |
| **recap** | 157:5,7 | 117:20 | 259:8,24 |
| 42:7,8 | 166:14 | 168:23 | 260:4 |
| **receive** | 187:3 206:4 | **record** | **redaction** |
| 138:13 141:4 | 215:24 | 7:7,22 9:8 | 259:11 |
| **received** | **recognized** | 10:4,18 | **refer** |
| 80:18 90:24 | 73:24 | 15:21,23 | 14:18 40:19 |
| 96:7 109:10 | **recognizing** | 37:4 43:20 | 42:8 94:19 |
| 225:19,24 | 48:8,15 | 57:13 64:23 | 116:10 |
| 226:8,12,14 | **recollect** | 68:15 74:13 | 122:21 |
| 249:20,20 | 150:13 | 79:23 90:2 | 133:21 |
| **receives** | 200:10 | 90:3 93:17 | 159:11 |
| 109:13 | **recollection** | 96:13,14 | 165:2 |
| **receiving** | 18:17 25:16 | 101:16,17 | **reference** |
| 90:14 136:17 | 27:2 28:15 | 101:24 | 44:17 46:13 |
| 145:24 | 28:16 30:17 | 107:14 | 46:14 66:4 |
| 146:14 | 31:3 33:15 | 118:12 | 76:21 97:21 |
| 150:3 | 41:11 57:5 | 129:23 | 159:8 217:4 |
| 156:24 | 64:8 66:16 | 130:2 | 259:19 |
| 167:2,6 | 67:22 79:25 | 131:21 | **references** |
| 175:25 | 82:6 86:17 | 140:5,23 | 259:25 |
| 187:7 | 89:17,19 | 142:25 | **referred** |
| 216:20 | 93:8 96:6 | 144:9 166:6 | 42:13 46:6 |
| **recess** | 107:17 | 171:9 | 54:19 56:17 |
| 56:8 101:18 | 115:23 | 174:15 | 56:18 61:23 |
| 144:10 | 117:23 | 180:10,18 | 71:12 75:13 |
| 180:12 | 126:15 | 180:19,24 | 80:23 84:12 |
| 221:23 | 129:16 | 184:8 | 122:18 |
| 245:9 | 135:4 | 187:19 | 163:10 |

| | |
|---|---|
| 165:11 | |
| 194:25 | |
| 207:10 | |
| 214:11 | |
| **referring** | |
| 19:3,6 35:20 | |
| 36:22 41:25 | |
| 42:10 43:7 | |
| 46:17,18 | |
| 47:7,8 | |
| 51:25 54:4 | |
| 65:17 66:8 | |
| 66:12,17 | |
| 69:7 70:10 | |
| 71:12,15 | |
| 84:14,16,23 | |
| 85:2 91:4 | |
| 94:2,25 | |
| 98:9,12 | |
| 103:2,4,16 | |
| 106:25 | |
| 118:15 | |
| 119:22 | |
| 133:18 | |
| 134:9 | |
| 146:22 | |
| 147:3 148:4 | |
| 150:23 | |
| 151:4,8 | |
| 158:4 | |
| 169:21 | |
| 176:13 | |
| 192:13 | |
| 207:11 | |
| 211:5 228:7 | |
| **refers** | |
| 66:5 103:24 | |
| **refinance** | |
| 177:17,19,24 | |
| **Refinancing** | |
| 257:19 | |
| **reflected** | |
| 108:6 138:22 | |
| 247:7 | |
| **reflecting** | |
| 142:13 | |



Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia

January 22, 2010

CONFIDENTIAL

303

| | | | | |
|---|---|---|---|---|
| **reflects** | 263:16 | **remove** | 218:2,6 | 108:18,22 |
| 160:14 | **relates** | 262:7 | 241:3,11 | **requires** |
| **refresh** | 102:20 | **rendered** | **reported** | 201:3 |
| 28:14 96:6 | 197:21 | 196:12 | 1:24 53:2,17 | **reread** |
| 117:23 | 259:10 | 215:10 | 170:13 | 140:2 |
| 135:3 150:7 | **relating** | **repayment** | 242:24 | **research** |
| 163:17 | 123:24 | 110:23 | **reporter** | 58:18,24 |
| 191:24 | 156:13 | **repeat** | 7:6 10:18,25 | 173:9 174:5 |
| 217:9 | 157:2 179:6 | 25:2 29:24 | 43:15 | 183:13,16 |
| 222:24 | 179:11 | 34:8 35:23 | 209:24 | 185:17 |
| 223:19,24 | **relationship** | 39:19 49:17 | **reporting** | 217:2 |
| 251:23 | 20:13,17,22 | 57:12 69:21 | 69:6 103:25 | **reserve** |
| **refreshes** | 61:19,20 | 79:22 81:24 | 103:25 | 182:15 |
| 28:16 | 130:7,8,12 | 93:13 | 108:17,22 | **reserves** |
| **regard** | 131:9 | 104:18 | **reports** | 191:11 |
| 9:22,25 21:3 | **relative** | 107:10 | 17:17 33:18 | **respect** |
| 47:19 76:7 | 56:22 112:15 | 109:15 | 33:18 58:18 | 18:15 75:8 |
| 89:21 100:4 | 114:16 | 115:2 | 58:18,24 | 103:8 |
| 108:17 | 162:8,19 | 118:10 | 59:5 138:13 | 111:16 |
| 152:21,23 | 231:14 | 129:24 | 138:18,21 | 113:14 |
| 173:4 174:4 | 232:23 | 142:22 | 138:25 | 120:12 |
| 174:24 | **release** | 166:4 171:7 | 141:5 173:9 | 144:25 |
| 177:16 | 168:7,15 | 174:13 | 173:10 | 145:5 |
| 198:3 201:9 | 169:7 | 184:6 | 183:13,16 | 152:15 |
| 205:21 | **released** | 187:15 | 185:17 | 153:10 |
| 225:7 | 167:17 | 192:7 193:6 | **represent** | 159:8 170:9 |
| 230:10 | **releasing** | 204:5 | 8:2 9:7 | 178:17 |
| **regarding** | 167:25 | 209:25 | 229:4 | 194:7 |
| 71:16 250:6 | 168:23 | 220:15 | **represent...** | 196:12 |
| **regardless** | **relevant** | 224:10 | 211:11 | 203:6 |
| 160:6 242:11 | 158:25 | 225:21 | 214:18 | **respond** |
| **register** | 194:22 | 227:8 232:7 | **represented** | 11:2 87:24 |
| 180:16,18 | 201:10 | 236:18 | 159:3 | 119:15 |
| **regroup** | **remaining** | 241:8 244:8 | **representing** | 180:23 |
| 254:3 | 43:7 | 250:23 | 8:12,14,16 | **responded** |
| **regular** | **remember** | 255:23,25 | 8:22 9:5 | 249:2 |
| 138:13,17,19 | 57:8 59:4 | 256:5 | **reputation** | **responding** |
| 188:19 | 79:12,25 | **replying** | 26:15 | 202:17,20 |
| **regulator** | 80:5 87:13 | 88:24 | **request** | **response** |
| 174:24 | 90:14 | **report** | 104:17 | 11:12 39:15 |
| **regulatory** | 115:11 | 17:12,16,23 | 216:20 | 97:25 |
| 42:17 | 155:9 | 17:25 142:6 | **REQUESTS** | 205:19 |
| **related** | 169:12 | 171:4 214:2 | 264:7,12 | **responses** |
| 33:12 93:11 | 185:15 | 217:5,8,10 | **required** | 10:22 11:4 |
| 97:17 224:8 | 211:15 | 217:13,13 | 109:8 201:13 | 182:17 |
| 226:8 | 220:5 | 217:15,17 | **requirements** | 225:19 |
| 259:13 | 234:22 | 217:21 | 103:25 | **responsib...** |



Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

304

| | | | | |
|---|---|---|---|---|
| 22:25 23:22 | **reveal** | **revisit** | 149:2,6 | **sale** |
| **responsib...** | 245:16 | 10:6 100:7 | 159:21 | 64:3 71:6,13 |
| 93:9,20,25 | **revealing** | **revolver** | 160:2,4,15 | 71:17,19 |
| **responsible** | 181:20 | 140:10,11,15 | 160:21 | 72:21 73:6 |
| 213:20 | 196:23 | 140:18 | **risky** | **sales** |
| **responsive** | 241:25 | **revolving** | 50:13 | 137:2 231:17 |
| 11:12 181:24 | 242:13 | 139:23 | **Robert** | **Sam** |
| 258:22 | 249:8 | **Rich** | 206:16 | 18:24 19:3,3 |
| **rest** | **revenue** | 137:9 | **Rockefeller** | 19:10,13,22 |
| 259:4 | 143:21 | **RIFKIND** | 2:8 6:6 | 20:3,6,19 |
| **resubmitted** | 193:18 | 4:10 | **role** | 24:11,16 |
| 156:22 | 231:18 | **right** | 67:20,24 | 26:9 37:10 |
| **result** | 232:17 | 25:25 26:4,7 | 69:9,19 | 41:22 67:3 |
| 99:9 104:2,4 | **revenues** | 28:10 29:23 | 71:6,13,17 | 67:6 70:12 |
| 110:3,24 | 56:24 142:2 | 44:15 62:19 | 71:18,20 | 70:17 71:3 |
| 130:14 | 143:10,14 | 80:10 84:4 | 72:21 76:6 | 77:7,8 |
| 140:17 | **review** | 97:23 101:9 | 76:7 78:16 | 82:21 83:8 |
| 174:5 | 58:24 59:9 | 105:13 | 81:4 85:18 | 90:24 91:11 |
| **resulting** | 59:16,20 | 106:2 | 91:9 126:12 | 91:12,17 |
| 214:2 | 86:18 | 119:23 | 127:7 205:4 | 94:17,24 |
| **results** | 119:17,25 | 121:15 | **Ron** | 95:5 154:5 |
| 166:2 167:25 | 123:8,15,25 | 122:4 126:4 | 28:11 | **satisfaction** |
| 168:6,9 | 155:23 | 126:5 | **room** | 119:17 |
| 241:4,11 | 157:13,23 | 130:18 | 7:21 260:6 | **satisfied** |
| 242:25 | 158:8 181:3 | 159:19 | **Rudnick** | 42:20 243:18 |
| **retain** | 226:16 | 160:2,12 | 5:4 15:25 | 243:19,21 |
| 209:4,15 | 229:19,22 | 162:9,19 | **rules** | **satisfy** |
| **retained** | 230:2 248:8 | 182:15 | 9:12 10:13 | 157:16 |
| 72:20 176:7 | 254:6 | 205:22 | 88:15 180:4 | **Saturday** |
| 196:18 | **reviewed** | 207:8 | **ruling** | 84:7,8 88:25 |
| 202:22 | 59:24 76:11 | 208:17 | 253:2,6 | **saw** |
| 203:9 | 157:16 | 214:22 | **RULINGS** | 150:7 173:16 |
| 211:16 | 160:20 | 221:19 | 264:10 | **saying** |
| 225:14,16 | 190:12 | 222:13 | **rumored** | 39:18 66:13 |
| 240:9 | 227:11,13 | 228:6 233:8 | 28:7 | 74:13 98:25 |
| 244:15,16 | **reviewing** | 235:20 | **run** | 160:10,18 |
| **retaining** | 58:16 59:4 | 237:25 | 9:13 188:5 | 181:14,18 |
| 196:17 199:8 | 94:9 124:19 | 245:25 | **runs** | 182:7 |
| 199:14,16 | 128:22 | 248:16 | 10:14 | 235:19 |
| 199:18,19 | 157:9,25 | 250:18 | **run-up** | 242:14 |
| **retention** | 248:25 | 259:4 260:7 | 63:24 153:4 | **says** |
| 203:13,25 | **reviews** | **rights** | | 48:6 65:24 |
| 207:11 | 233:6,7 | 182:21 | **S** | 66:8 71:5 |
| 212:8 | **revised** | **right-hand** | | 85:4 86:3 |
| **returns** | 104:4,7 | 216:5 218:10 | **S** | 90:22 94:17 |
| 140:13 | 218:18 | **risk** | 3:2 4:2 5:2 | 121:7 |
| 141:20 | 219:9 | 69:9,13 70:2 | 5:8 6:2 7:2 | 132:25 |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                              January 22, 2010

CONFIDENTIAL

305

152:8
161:14,15
190:19,25
191:7 195:2
197:18
222:15
236:5
249:24
256:15
**scale**
35:13,15
101:10
**scales**
100:25
**Scarsdale**
7:9
**Schaffzin**
200:8 207:6
239:21
251:3
**scheduled**
84:12,21
93:4 187:11
254:6
**scheduling**
84:6
**schematic**
106:20,25
107:8
**Scholer**
5:17 8:12
**school**
12:23 13:7
13:12,14
**Scott**
184:18,20
185:7
**seasoned**
170:25 171:2
171:13
**SEC**
103:25
108:17
**second**
40:3,19 48:6
52:12 69:5
83:25 84:21

87:23 90:2
94:14 95:9
95:13 96:4
116:13
144:2 151:2
151:7 152:7
152:7 154:8
166:2,21
167:7
168:20
174:19,22
176:8
180:10
191:8
195:18
206:13
216:24
223:3 228:2
232:21
241:23
**section**
216:25
**sector**
145:21
165:17,17
165:19,20
193:13
**sectors**
57:16,18
164:21
165:11,13
193:12
**secured**
108:25
111:23
**securities**
13:19 108:19
**security**
109:14 201:8
**see**
29:17 44:18
46:3 48:16
52:14 53:21
65:5,15,21
66:2 69:10
71:9 78:7
78:23 79:10

84:9 86:13
90:17,25
91:21 95:2
95:11,15
96:10,24
97:11
102:17
106:20,21
116:15
117:8
120:23
122:12
125:8,9,12
132:7 133:6
136:20
137:11,25
142:3
146:18
147:17,22
148:23
150:12
152:10,25
160:14
161:3,4,4
163:13,15
166:16,20
166:23,25
167:19
168:16,17
175:6 176:3
188:23
189:3
190:22,23
190:25
191:11,16
191:22,23
195:3,6
198:20
206:11,25
207:3,7
211:2 216:2
216:7,7,10
216:11,14
217:2,6,18
217:19
218:13,15
218:23,24

222:21
233:19
236:6
237:17
238:5,9,12
242:17
243:20
245:23
246:2,7,8
246:24
248:15,18
248:22
249:3,21,24
250:7,8
251:20
252:16,17
252:21,22
253:3,4,23
253:24
254:23,24
259:17
260:3 261:3
**seeing**
195:14
220:19
**seek**
29:15
**seen**
9:21,22 10:2
52:4,8,18
54:8,10
141:16
153:8
162:24
163:5 222:2
248:11
**selecting**
208:15
211:22
**sell**
62:12 71:18
71:24 72:8
72:12,13,17
116:2 125:8
125:10,14
125:19,24
125:25

126:2,6,11
133:17
161:2
166:22
171:4
206:15
211:6
**selling**
15:16,16
71:23 72:2
**Sell's**
160:9
**sell-side**
133:4 134:11
134:23
135:13
173:10
**seminar**
205:6
**send**
147:8,12
222:25
225:6,8
**senders**
220:20
**sending**
222:6,10,11
222:17
254:3
**senior**
80:20 121:22
121:25
126:2
155:11
187:11
188:2 189:7
190:10,21
207:9
**seniority**
112:9,14
113:13,19
114:7
**sense**
23:13 35:11
36:2 104:9
**sent**
60:6,8



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                   January 22, 2010

CONFIDENTIAL

306

| | | | | |
|---|---|---|---|---|
| 145:25 | 101:20 | 50:16,20,21 | **sir** | **sitting** |
| 147:18 | **sessions** | 71:17,18,19 | 43:23 65:2 | 68:22 69:15 |
| 150:8,12 | 10:3 | 109:12,17 | 74:5 76:20 | 69:23 86:22 |
| 225:9,11 | **set** | 110:2 | 77:25 79:13 | 89:16 |
| 249:6,15 | 15:5 60:6,8 | 116:24,25 | 82:2 83:19 | 117:21 |
| 251:19 | 100:5 | 218:10 | 90:11 97:4 | 243:25 |
| **sentence** | 123:24 | 237:13,15 | 102:13 | **situation** |
| 48:6,19 | 218:12,12 | 238:6 | 107:5,23 | 29:15,17 |
| 66:13 69:5 | 232:15 | **Sidley** | 109:11 | 37:23 38:11 |
| 86:3 95:14 | 263:11,21 | 4:4 8:13 | 110:16 | 58:4 201:2 |
| 132:16,25 | **sets** | **sign** | 112:17 | 201:14 |
| 133:10 | 200:3 | 77:14 123:9 | 119:4,20 | **six** |
| 151:2,7 | **setting** | 123:23 | 120:9 122:6 | 119:10 |
| 152:7 | 73:6 112:7 | 158:9,12 | 122:10,25 | 191:21 |
| 168:12 | **setup** | 160:17,19 | 126:20 | **size** |
| **separate** | 89:24 | 161:20 | 131:20 | 35:5 50:22 |
| 139:19 | **seven** | **signature** | 135:9 | 50:23 51:14 |
| 196:17 | 119:10 | 121:4,23 | 136:13 | 56:22 94:20 |
| **September** | **shared** | 123:2,5 | 145:7 | 158:21 |
| 85:7 178:16 | 213:18 | 156:18 | 146:14 | **sizes** |
| 187:8,12 | **shareholder** | **signed** | 147:5 | 36:9 |
| 189:2 | 42:10,18 | 9:9 75:16,19 | 149:20 | **Skadden** |
| 206:10 | **shareholders** | 125:6,7 | 155:18 | 250:2 |
| 207:2 209:2 | 85:7 | 160:20,22 | 156:6,12,16 | **slash** |
| 211:19 | **shares** | 160:25 | 157:15 | 161:8 |
| 212:2 215:6 | 43:4,8 | 161:4 | 161:24 | **SLF** |
| 215:7 216:3 | 238:16 | **significance** | 162:13,20 | 14:19 121:5 |
| 219:19,22 | **Sharon** | 36:5 50:25 | 162:22 | 121:24,25 |
| 245:25 | 3:16 8:3 | 99:19,24 | 163:17 | 127:6,7,9 |
| 254:8 | 195:19 | 100:10 | 165:3 | 127:16,20 |
| **series** | **sheet** | 158:7 | 166:15 | 133:6,25 |
| 13:22 42:15 | 159:24 | **significant** | 167:5 | 156:16 |
| 123:16,20 | 257:24 | 34:5,14,18 | 186:12 | 175:10,16 |
| 123:20,21 | 258:8,13 | 140:13 | 190:19 | **slim** |
| 131:25 | 259:5,12 | 161:19 | 206:5 208:9 | 53:21,24 |
| 144:13 | **Sheron** | **signing** | 212:5 | 54:7,20 |
| 191:14 | 5:14 8:24 | 158:24 | 215:19 | 55:3,4,10 |
| **serve** | 229:2 | **similar** | 219:12 | 55:14,16,20 |
| 9:14 | **short** | 9:18 108:6 | 222:3 | **smaller** |
| **service** | 14:21 204:20 | 113:9 | 223:18,23 | 234:17 |
| 131:7 | **shorthand** | 121:18 | 224:15 | **smarter** |
| **services** | 40:19 | 228:11 | 244:18 | 178:22 |
| 129:19 | **show** | 249:15 | **sit** | 204:22 |
| 130:15,16 | 237:18,19 | **simultane...** | 21:17 54:11 | 212:13,15 |
| 130:17,21 | 260:5 | 38:2 | 67:16,20 | 244:17 |
| 131:2 | **side** | **single** | **sits** | **smiley** |
| **SESSION** | | 38:15 100:22 | 21:16,19 | 86:13 |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia

January 22, 2010

CONFIDENTIAL

307

| | | | |
|---|---|---|---|
| **smiling**<br>89:3<br>**smoothly**<br>9:13 10:14<br>**softness**<br>193:12<br>**sole**<br>83:25<br>**solicit**<br>209:2 210:12<br>**solution**<br>29:18 39:17<br>39:24 40:5<br>40:21<br>**solvency**<br>171:25<br>172:17<br>173:14<br>174:7,8<br>175:6,14,17<br>175:22<br>176:8<br>177:13,14<br>177:15,16<br>178:4,7,10<br>178:11,17<br>178:23<br>179:11,23<br>182:24<br>183:12,17<br>184:11,12<br>185:3,21<br>186:2,14<br>195:3 196:7<br>196:12,17<br>196:19<br>197:11<br>199:8<br>200:22<br>201:12,19<br>201:25<br>202:3,16<br>203:9 204:3<br>204:14,16<br>204:22<br>205:3,4,6<br>206:20,23 | 207:12<br>208:10,16<br>209:3 210:6<br>210:14,19<br>211:25<br>212:8,13,21<br>213:3<br>215:10<br>218:13,22<br>219:8,9<br>220:13<br>222:17,20<br>223:2 224:8<br>224:18,22<br>225:7 226:9<br>226:15<br>227:6<br>228:13<br>241:5,12<br>244:17<br>246:6,20<br>247:4 254:7<br>255:14<br>**solvency-...**<br>222:8<br>**solvent**<br>172:5,12,21<br>**somebody**<br>17:13<br>**Sonne**<br>45:17,19,23<br>62:11 86:11<br>86:24 87:24<br>88:23 89:5<br>89:8 129:15<br>184:23<br>185:6 220:3<br>221:10<br>**sorry**<br>58:20 176:19<br>224:20<br>249:23<br>250:25<br>**sort**<br>11:6 49:22<br>57:19<br>232:18 | **sounds**<br>39:2 73:16<br>84:7<br>**sources**<br>210:13<br>**South**<br>3:21<br>**space**<br>16:23<br>**Spaeder**<br>3:4 7:15<br>**span**<br>13:6<br>**speak**<br>183:21,22<br>184:4<br>211:11<br>249:7<br>**speaking**<br>53:7<br>**special**<br>7:15 41:22<br>85:4,11,15<br>85:23<br>249:25<br>**specific**<br>26:25 33:15<br>38:8,8<br>79:24<br>105:19<br>126:15<br>141:21<br>157:20<br>201:9 213:6<br>213:10<br>222:6<br>226:13<br>227:18<br>**specifically**<br>30:17,20<br>47:15 57:14<br>57:25 74:7<br>120:24<br>123:11<br>127:11<br>128:25<br>129:6 | 133:14<br>151:14<br>153:10<br>166:7<br>167:11,19<br>167:21<br>185:2 186:4<br>189:11<br>199:20<br>208:21<br>210:16<br>211:17<br>214:23<br>215:4<br>234:12,14<br>235:2,10<br>**specifics**<br>24:9 27:6<br>31:8,13<br>57:20 60:19<br>97:15 99:23<br>125:20,24<br>126:10<br>141:11<br>164:24<br>185:9<br>188:20<br>192:16<br>213:12<br>218:3<br>**speculate**<br>48:21 71:15<br>86:7 189:18<br>189:21<br>**speculating**<br>84:25 87:4<br>121:13<br>189:18<br>221:6 235:5<br>**speculation**<br>70:9 133:19<br>221:4<br>**split**<br>132:12<br>**spoke**<br>25:10 34:3<br>39:8 65:21 | 65:24 67:8<br>67:18<br>185:12<br>187:24<br>240:14<br>246:3 254:2<br>**spoken**<br>92:6 240:7<br>**spreads**<br>153:5<br>**spring**<br>156:14<br>163:19<br>**Square**<br>4:20,21<br>**squared**<br>163:10<br>**ss**<br>263:4<br>**SS&C**<br>257:19,20<br>258:9,11<br>**stamped**<br>43:13 64:20<br>76:16 83:15<br>90:7 96:16<br>131:17<br>136:8 146:8<br>149:16<br>166:9<br>171:21<br>186:20<br>205:24<br>215:16<br>243:23<br>247:14,19<br>248:5 252:3<br>252:7 257:8<br>264:17,19<br>264:21,23<br>265:2,5,7<br>265:10,12<br>265:14,17<br>265:19,21<br>265:23<br>266:2,5,10<br>266:12,15 |



Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

308

| | | | | |
|---|---|---|---|---|
| 266:18,21<br>266:23<br>**stand**<br>121:8 162:9<br>**Standard**<br>98:15 217:20<br>**standpoint**<br>41:2 124:5<br>155:6<br>**stands**<br>121:9,11,14<br>137:13<br>257:20<br>**start**<br>13:25 139:12<br>192:14<br>254:7<br>**started**<br>103:21<br>152:25<br>178:25<br>179:4<br>**starting**<br>83:24<br>**starts**<br>90:23 163:11<br>**state**<br>2:11 7:6<br>57:9,24<br>263:3,8<br>**statement**<br>152:12,13,14<br>154:3<br>168:19<br>**statements**<br>170:14,15<br>**states**<br>1:2 52:13<br>147:21<br>191:20<br>246:3<br>252:18,25<br>253:25<br>254:19<br>**stating**<br>88:25<br>**status** | 77:7 83:4<br>88:3,7<br>150:19<br>**Steinberg**<br>257:14,16<br>**step**<br>29:13 42:5,7<br>42:12,13,14<br>42:17,21,22<br>42:23 48:7<br>48:8,15<br>75:22,22<br>92:15 111:6<br>111:7<br>151:23<br>154:8,18<br>169:18,20<br>174:19,23<br>176:8<br>178:24,24<br>223:3 228:2<br>228:14<br>242:9<br>248:21<br>249:16<br>255:9<br>256:11,17<br>256:22<br>**stepping**<br>29:6 151:21<br>**steps**<br>42:6 49:7<br>**stipulate**<br>130:10<br>**stock**<br>109:4,22<br>110:6,7<br>111:24<br>112:7<br>**stories**<br>79:4<br>**Storms**<br>166:18<br>**strategic**<br>40:15,17,22<br>85:21<br>**Street** | 3:7,21 4:6<br>**stretch**<br>11:25<br>**strike**<br>48:12 51:7<br>194:6,12<br>203:21<br>**string**<br>77:25 78:2<br>83:22 86:19<br>90:15 95:8<br>96:22 97:9<br>102:20<br>103:11<br>104:25<br>116:4<br>117:22<br>146:15<br>166:21<br>**strong**<br>153:21<br>**structural**<br>110:18,20<br>112:9,14,21<br>113:13,19<br>114:6<br>**structure**<br>15:5 17:14<br>21:14 24:16<br>29:16 31:17<br>31:18,21,22<br>32:3 48:25<br>49:19 52:24<br>55:19 75:17<br>88:10 89:22<br>93:10<br>102:23,24<br>102:25<br>103:10,12<br>104:5,8,22<br>107:24<br>108:5,10,13<br>109:2,12,19<br>110:4,17,25<br>114:15<br>116:7,23<br>117:2 118:6 | 126:7 149:5<br>164:4<br>191:10<br>237:12<br>238:11<br>239:3,6,8,9<br>**structured**<br>43:2 111:7<br>112:23<br>113:3,15<br>**structures**<br>32:11<br>**structuring**<br>50:5 114:20<br>115:16<br>**struggled**<br>152:9,16<br>**struggles**<br>153:13<br>**Stuart**<br>4:16 8:15<br>**student**<br>12:18<br>**study**<br>12:9<br>**studying**<br>12:19<br>**subject**<br>16:19 46:2<br>65:14 87:13<br>96:20<br>146:22<br>150:15<br>155:21<br>175:6<br>184:15<br>205:15,16<br>206:20<br>222:12<br>235:8<br>246:23<br>247:8<br>**submitted**<br>28:7<br>**subs**<br>109:5<br>**Subscribed** | 262:16<br>**subsequent**<br>32:8 118:7<br>179:18<br>**subset**<br>145:15<br>154:24<br>**subsidiaries**<br>109:24<br>**subsidiary**<br>108:21<br>**subspecialty**<br>16:20<br>**substance**<br>22:15 89:8<br>89:12,17<br>91:13 92:10<br>96:11<br>102:20<br>119:14<br>177:5<br>196:23<br>**substantive**<br>96:20<br>**substanti...**<br>109:9 210:4<br>**successor**<br>14:5<br>**sufficiently**<br>157:17<br>**suggest**<br>135:2 180:2<br>197:20<br>242:16<br>**suggested**<br>117:24<br>168:14<br>220:12<br>**suggesting**<br>86:25<br>**suggests**<br>135:6<br>**Suite**<br>3:7,22<br>**sum**<br>218:17 |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

309

| | | | | |
|---|---|---|---|---|
| 219:18 | 90:13 93:18 | 14:10,12,17 | 43:17 70:6 | 159:25 |
| **summarized** | 93:24 94:7 | 14:24 15:8 | 97:22 144:7 | 165:3 |
| 170:15 | 96:10 99:3 | 15:9 16:4 | 154:18 | 173:11 |
| **summarizes** | 99:5,13 | 16:17,25 | 180:2 191:2 | 180:7 |
| 109:21 110:5 | 105:2 113:2 | 17:7,13,19 | 200:13 | **target** |
| **summarizing** | 113:7 | 21:16,17 | 221:17 | 37:25 38:9 |
| 112:5 210:25 | 117:18 | 22:8,24 | 233:18 | 59:10 |
| **summary** | 119:8 122:8 | 23:4 30:6,9 | 245:3,5,22 | **targeted** |
| 119:25 190:3 | 127:13,14 | 44:4 45:2 | 262:4 | 40:23 |
| 215:21,21 | 127:20 | 45:10,20 | **taken** | **task** |
| 216:21,25 | 140:6 144:3 | 124:4 | 10:10 56:8 | 39:13 |
| **summer** | 148:13 | 126:22 | 101:18 | **tasked** |
| 14:3,3 | 150:18 | 143:18 | 144:10 | 33:17 190:2 |
| 165:25 | 154:16 | 153:17 | 180:12 | **tax** |
| 173:8 179:2 | 155:24 | 160:18,25 | 221:23 | 253:2,6 |
| 183:14 | 158:19 | 169:20 | 229:21 | **team** |
| 184:13 | 169:21 | 175:20 | 245:9 | 71:16 126:17 |
| 185:3 186:3 | 170:21 | 194:7,16 | **talk** | 150:17,21 |
| 186:14 | 185:8 | **syndicates** | 48:24 49:6 | 151:5 |
| 235:14,14 | 192:12 | 137:7,20 | 51:8 86:19 | 158:23 |
| 235:14 | 197:15 | 141:7 145:4 | 95:5 125:14 | 213:15 |
| **superior** | 199:22 | **syndicating** | 134:21 | 219:6,13,15 |
| 110:24 | 224:11 | 92:15 | 142:11 | **teams** |
| **supervise** | 226:2 | **syndication** | 239:23 | 38:14 |
| 18:4 | 230:16 | 15:14,15 | 243:17 | **team's** |
| **supervising** | 231:25 | 138:19,23 | 245:4,6 | 218:17 |
| 18:8 | 238:22 | 150:10 | **talked** | **Technology** |
| **supplied** | 241:10 | 151:23 | 27:2,3 62:2 | 16:23 23:9 |
| 255:13 | 245:7 | 152:17,22 | 89:20 129:8 | 45:24 65:12 |
| **support** | 256:12,14 | 155:5,13 | 133:15 | **Telecom** |
| 103:5,8,23 | 259:24 | 169:13,22 | 135:7 | 16:23 23:9 |
| 111:9,10,18 | 260:20 | 169:23 | 164:20 | 45:25 65:12 |
| **sure** | **sworn** | **S&P** | 174:22,25 | **teleconfe...** |
| 10:15,24 | 7:3 262:16 | 47:9 217:17 | 184:22 | 167:6 |
| 15:12 16:21 | 263:12 | 218:5 | 188:4 | **tell** |
| 17:4 19:19 | **syndicate** | **S-Corp** | 193:11 | 24:8 31:12 |
| 20:10 25:4 | 23:20 24:2 | 31:22 32:11 | 225:15 | 116:20 |
| 27:16 29:4 | 64:10,10 | 79:9 87:25 | **talking** | **telling** |
| 40:22 46:16 | 137:5 138:5 | 88:3,5,7,10 | 20:24 23:19 | 54:21 67:11 |
| 49:9,16 | 138:9,16 | 88:14,17 | 31:5 32:16 | 67:17 |
| 51:6 52:9 | 139:6,20 | 89:24 | 32:16 54:14 | **ten** |
| 52:20 60:18 | 140:9 | | 54:17 60:16 | 232:17 |
| 60:19 61:21 | 142:19 | —————— | 73:18 86:24 | **term** |
| 68:16 70:21 | 143:7 | **T** | 122:10 | 52:2,16,21 |
| 72:7 73:10 | 144:16,19 | **T** | 125:18 | 54:2 55:14 |
| 76:23 80:15 | 146:3 | 263:2,2 | 135:25 | 92:15 |
| 81:9 86:12 | **syndicated** | **take** | 138:8 149:8 | |
| | | 11:23 24:14 | | |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia

CONFIDENTIAL

310

| | | | | |
|---|---|---|---|---|
| 111:19 | 181:6 207:24 | 83:5 87:21 | 236:25 | 13:5 14:20 |
| 121:11,24 | **testimony** | 88:14 89:20 | 237:2 239:4 | 14:20 18:10 |
| 122:21 | 10:19 39:17 | 93:19 94:7 | 240:15,16 | 18:18 20:7 |
| 139:20 | 71:2,2 73:4 | 98:2,4,8 | 240:17 | 20:25 21:4 |
| 145:9 | 127:19 | 99:23 100:2 | 242:4,6,6,9 | 21:4 22:4,5 |
| 153:15,16 | 144:19 | 109:21 | 244:13 | 22:7 23:25 |
| 153:20 | 172:16 | 110:5 112:4 | 246:11 | 23:25 24:2 |
| 159:9,10,17 | 183:15 | 113:25 | 258:19 | 24:2,15,18 |
| 165:6 | 185:23 | 114:2 116:9 | 260:22 | 27:8,12,15 |
| 177:13 | 207:19 | 116:21 | **thinking** | 27:21,25 |
| **terms** | 263:14 | 118:22 | 27:4 104:3 | 32:2,9 35:8 |
| 9:12 15:5 | **tests** | 119:4 | 134:16 | 35:10,14,20 |
| 23:17 31:6 | 177:14,15 | 121:10,12 | **thinks** | 36:21,22,23 |
| 34:22 36:4 | 178:10 | 123:10,13 | 257:24 | 37:2,5,15 |
| 51:2 52:10 | 218:22 | 129:7 135:6 | **third** | 37:20 46:21 |
| 92:21 94:9 | 219:9 | 140:6,7,17 | 55:22 83:24 | 46:22 49:2 |
| 100:3,8,15 | 220:14 | 141:2,11 | 97:8 116:11 | 49:8 51:16 |
| 100:16 | **text** | 144:16 | 122:13 | 51:16,17 |
| 111:5,13 | 195:7 222:18 | 148:23 | 141:14 | 54:8,9 |
| 112:24 | **Thank** | 150:22 | 163:8 | 59:23 60:11 |
| 113:4,11,17 | 50:25 118:17 | 151:3,4 | 168:12 | 60:12,22 |
| 138:11 | 118:25 | 155:25 | 191:8 | 61:13 62:4 |
| 145:2 149:5 | 158:5 | 158:10 | **third-party** | 62:13 63:5 |
| 168:5 | 173:21 | 159:7 | 15:19 | 64:5 65:9 |
| 194:22 | 189:22 | 164:19,20 | **thirteen** | 65:10 66:9 |
| 203:17 | 195:24 | 165:15 | 16:6 36:8 | 66:10,22 |
| 229:6 | 228:19,22 | 169:25 | 139:22 | 67:4,25 |
| **testified** | 237:23 | 170:3 | **thought** | 70:17 72:3 |
| 7:5 25:25 | 260:12 | 171:10,11 | 37:2 86:21 | 72:11 73:4 |
| 49:18 69:3 | **theme** | 172:23 | 89:12 97:9 | 73:23 74:18 |
| 72:24 94:3 | 79:5 141:15 | 174:21 | 135:15 | 77:5,6,8 |
| 183:6,7 | **thing** | 175:2 | **thoughts** | 78:6,17 |
| 195:13 | 55:20 100:2 | 178:21 | 91:17 | 79:16 80:21 |
| 197:9 199:7 | 149:9 | 179:16 | **three** | 81:14,14 |
| 203:15,19 | **things** | 180:17 | 13:4 84:16 | 82:10,11 |
| 207:17 | 7:20 11:5 | 183:7,9 | 179:16 | 84:2 86:7 |
| 208:13 | 50:11 58:19 | 186:8 | 186:9 | 86:18,21,21 |
| 212:10 | 58:24 155:5 | 189:17 | 188:22 | 88:11 89:7 |
| 217:11 | 158:25 | 193:11 | 190:20 | 89:13 91:12 |
| 224:17 | 201:22 | 194:4 | 194:24 | 91:12,15 |
| 234:20 | **think** | 200:16,25 | 200:3 | 92:15 97:2 |
| 255:16,18 | 10:20 23:3 | 203:16 | 209:10 | 103:16,18 |
| **testify** | 24:10 28:5 | 208:2 211:2 | **ticking** | 106:10,12 |
| 207:13,19,21 | 47:24 48:10 | 212:11,20 | 85:6 | 107:4 |
| 208:3 | 51:5 55:16 | 214:6 220:7 | **Tim** | 109:21 |
| 230:19 | 58:22 68:3 | 220:8 221:2 | 166:18 | 114:4,8,19 |
| **testifying** | 70:19 71:9 | 233:15 | **time** | 120:20 |



Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

Rajesh Kapadia

January 22, 2010

CONFIDENTIAL

311

129:25
133:12
136:24,25
150:8,14,14
152:19
153:14,19
169:21
171:24
173:7,15
175:12,18
175:22
177:10,11
178:15,16
179:23
188:7,10
189:8
190:11
195:25
196:13
201:11,15
203:7 206:9
207:25
214:25
217:21
228:18,23
229:13,16
246:13
255:11
256:5 261:7
262:9
**times**
4:20,21 92:8
154:4
214:17,24
232:17
240:6,7,7
**timing**
256:18
**tiny**
153:5
**title**
44:9 162:18
**titled**
189:2 216:25
217:17
**TMT**
16:23,24

17:7 23:8
45:24 129:9
220:2
**today**
7:18 9:9
17:2 21:19
22:21 54:11
67:16 68:22
69:15,23
78:17 79:4
79:6 86:22
89:16
116:22
117:21
175:10
187:24
231:7
243:25
246:4
255:18
260:2
**today's**
250:4
**Todd**
63:20 106:4
200:16
247:17
250:15,17
253:25
**Tokyo**
137:15,17,22
141:24
142:7
**told**
9:19 24:7
26:2 31:15
54:21 94:24
169:6
251:17
254:2
257:23
**tomorrow**
69:8 190:21
**Tony**
220:7
**top**
87:23 88:23

90:17,18
95:8 105:10
107:6
116:13
119:20
121:5
166:18
**topic**
177:19
238:21
**Torres**
5:10 8:25
**total**
55:9 85:9
154:4
231:20
**totality**
203:2
**Tower**
4:20 46:3,5
46:9 47:12
47:23 48:3
53:12 54:15
**tracked**
231:13
**trade-offs**
114:12
**trading**
191:10
231:17
**traditional**
139:22
**tranche**
159:10
**transacting**
203:10
**transaction**
18:8 21:5
25:6,20
29:7,9,11
32:17 33:13
33:20,25
34:6,13
35:5,16
36:10,18,25
37:6,7
38:16 39:10

39:15,21
42:5 44:12
48:3,7,15
49:2,8,12
49:14,19,23
49:25 50:8
50:12 51:3
51:9,14
53:12 55:18
58:11,14
59:14,16,18
60:13 62:17
63:25 66:25
67:3 68:25
72:14 73:7
74:25 75:4
78:19 80:13
82:6,19,25
83:4 85:19
87:8 89:10
91:10 92:2
94:21 95:6
100:16
103:13,17
103:19
124:20
125:2,11,21
127:22
139:16
145:6,14
149:12
150:19
154:9
157:20
158:11
159:19
168:4
174:20,23
176:9
178:19
190:2 196:6
196:11
200:23
201:18
216:21
223:3
228:14

229:25
230:14
240:5
249:16
255:9 258:6
**transactions**
25:23 35:13
35:18 36:3
36:9,11,13
36:15 70:8
81:13,19,22
81:23 82:4
82:12 113:9
153:19
202:15
203:6 229:9
229:18
**Transactor**
121:25
**transcript**
10:14 203:22
**treasurer**
246:14
**treatment**
253:3,6
**tree**
38:13
**trees**
38:7
**Trib**
97:10 228:14
230:13
**Tribune**
1:5 7:17
18:12,15,19
18:21,25
19:11 21:5
24:6,12,17
26:4 27:5,9
27:14,22
28:20 29:2
29:23 30:2
30:14 31:11
32:15,16
33:19 34:24
37:11,19
41:23 42:24



Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia

CONFIDENTIAL

January 22, 2010

312

| | | | | |
|---|---|---|---|---|
| 43:4 44:12 | 143:10,14 | 225:4,6,11 | **turn** | 81:2,12,20 |
| 46:7 51:9 | 145:5,15 | 225:20 | 35:17 249:18 | 115:19,20 |
| 56:11,12 | 146:3 | 226:9 228:2 | 253:20 | 121:21 |
| 59:3,5,20 | 147:14 | 229:5,25 | **turned** | 123:12 |
| 60:7,10,13 | 148:2,8 | 233:11 | 173:18 | 130:5 |
| 60:20 61:12 | 150:16,17 | 235:11,12 | **Turning** | 133:22 |
| 61:18,19,20 | 150:19,21 | 236:5 238:7 | 120:5 | 134:18 |
| 61:22 62:7 | 150:25 | 238:17 | **turns** | 140:10,19 |
| 62:16 63:13 | 151:7,23 | 239:13,23 | 41:21 42:2,3 | 143:19 |
| 64:3 66:10 | 153:11,11 | 240:14,19 | **twice** | 157:13,22 |
| 66:18,25 | 155:12 | 240:20,23 | 92:7 | 159:2 |
| 68:10,24 | 156:13,21 | 241:5,13 | **twists** | 160:16,19 |
| 70:14 71:22 | 157:2,9 | 244:6 | 41:20 42:2,3 | 164:9 190:2 |
| 72:2,5,7,10 | 163:22 | 246:12,13 | **two** | 190:4 |
| 72:11 73:2 | 164:13 | 247:18 | 42:6 56:12 | |
| 73:8,12,25 | 166:3 167:7 | 249:21 | 56:23 63:19 | |
| 74:10,16 | 167:10,22 | 251:14 | 74:16,17 | **U** |
| 75:4,17 | 167:23 | 258:25 | 78:2 84:7 | **uhh** |
| 78:19 82:5 | 168:3,23 | 260:15,18 | 98:17,20 | 235:10 |
| 85:2,16 | 170:8,16 | **Tribune's** | 116:3 152:8 | **UK** |
| 86:24 87:7 | 172:2,5,12 | 56:23 172:17 | 152:16 | 12:24 |
| 87:20 89:10 | 172:21 | 173:14 | 162:2,3 | **ultimately** |
| 91:10 92:5 | 173:4,11,12 | 176:7 | 201:22 | 42:6 72:20 |
| 92:22 103:6 | 174:9 | 179:22 | 226:5 | 77:20 |
| 103:7 | 175:17,22 | 192:2,19 | **two-page** | 100:10 |
| 105:12,16 | 177:23 | 194:13 | 221:11,15 | 114:12 |
| 106:14 | 179:11 | **tricky** | 266:7 | 134:9 |
| 110:6,8,10 | 182:25 | 52:14 53:4 | **two-step** | 145:16 |
| 110:14,18 | 183:18 | **triple** | 48:14 | 148:25 |
| 112:2 | 187:13,23 | 100:20,22 | **two-thirds** | 149:3,10 |
| 113:14 | 188:12 | **Trish** | 156:17 | 153:23 |
| 114:25 | 189:8,13 | 97:5 | **type** | 239:9 |
| 115:9,13,15 | 190:3,10,25 | **true** | 113:9 127:15 | **Um-hmm** |
| 115:24 | 192:3,11,21 | 263:13 | 147:12 | 44:19 116:19 |
| 118:8,14 | 193:2,19 | **Trust** | **types** | 120:7 |
| 120:2,17 | 196:6,18,19 | 5:5 | 59:8 127:22 | 137:18 |
| 121:2 | 205:5 213:6 | **try** | **typical** | 152:11 |
| 122:14,23 | 213:11,14 | 11:23 71:8 | 58:10 74:24 | 191:18 |
| 124:21 | 214:11,14 | 192:5 | 167:23 | 206:19 |
| 128:11 | 215:11 | **trying** | **typically** | 240:21 |
| 129:20 | 216:21 | 23:13 29:7 | 30:8 33:24 | **undated** |
| 133:4 | 217:22 | 35:25 40:18 | 38:20,24,24 | 216:2 |
| 134:11,24 | 218:8,20 | 55:13,14 | 47:19 51:11 | **undergrad** |
| 137:6,21 | 219:7,17 | 74:8 82:2 | 58:2 59:14 | 12:7 |
| 138:6,16 | 220:12 | 136:4 | 74:9,11,21 | **underlies** |
| 141:8,9,16 | 222:9,12,16 | 159:15 | 76:11 77:18 | 57:22 |
| 142:20 | 223:3 224:9 | 207:24 | 80:12,17 | **underlying** |
| | | | | 181:22 |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                                    January 22, 2010

CONFIDENTIAL

313

| | | | | |
|---|---|---|---|---|
| **underneath** | 57:9,23 | 12:6,11,15 | 46:8 57:15 | 172:25 |
| 217:16 | 58:5,8 | 12:22 | 79:25 95:25 | **viewed** |
| **understand** | 85:17 93:10 | **unrealistic** | 109:6 138:8 | 37:10 |
| 11:9 15:13 | 139:5 172:9 | 142:2 143:15 | 217:24 | **voiced** |
| 15:15 19:19 | 173:3,5 | **unrelated** | 219:25 | 173:13 |
| 19:25 21:13 | 174:6 | 230:18 | 225:24 | **VRC** |
| 22:13 24:16 | 195:15 | 257:24 | 234:13 | 176:14,16,24 |
| 27:16 29:4 | 201:11 | 258:9,12,14 | **valuation** | 204:15 |
| 29:7 31:10 | 212:22 | 259:5,9,15 | 218:20 | 226:8 |
| 31:23,25 | 220:22 | **Unsecured** | **valuations** | 227:13 |
| 32:3 34:5 | 246:6 | 3:6 7:16 | 51:21 | 228:13 |
| 49:16 51:6 | 254:17 | **unusual** | **value** | 248:21,25 |
| 55:12,13,15 | **understood** | 37:23 82:3 | 130:22 131:7 | 248:25 |
| 56:10,16 | 11:7,11,21 | 200:21 | 218:23 | 254:10 |
| 59:12 70:25 | 32:5,9 | 201:12 | **values** | 255:13 |
| 73:10 80:15 | 36:24 73:24 | **update** | 151:10 | 256:17,21 |
| 81:6 82:2 | 83:2 118:16 | 46:11 116:22 | **variety** | **VRC's** |
| 86:23 88:10 | 118:18 | 145:25 | 145:18 | 226:14 227:5 |
| 89:7 92:24 | 135:14,14 | 147:13 | **various** | 227:20 |
| 107:24 | 219:18 | 150:9 | 98:19 114:14 | 250:6,11,21 |
| 108:3 113:2 | 255:24 | 157:10 | 116:5 | 251:13 |
| 113:5 116:4 | **undertake** | 167:6 | 154:25 | 256:11 |
| 131:4 | 33:12 | 213:15 | 155:5 | **VRS** |
| 146:21 | **undertaken** | **updated** | 178:10 | 254:6 |
| 159:15 | 114:6 | 146:5 156:12 | 200:12 | **V3.PPT** |
| 172:14 | **undertakes** | 156:24 | 227:12 | 191:2 236:6 |
| 176:11 | 39:22 | **updating** | **venues** | |
| 177:5 192:5 | **undertaking** | 102:22 146:2 | 185:10 | **W** |
| 192:12 | 193:25 | **urging** | **verbal** | |
| 195:10 | **underwrite** | 250:3 | 11:4 | **wait** |
| 197:4 | 100:9 | **usage** | **versus** | 195:20 |
| 198:18,21 | **underwriters** | 54:3 | 81:10 | 241:23 |
| 198:23 | 84:8,13 | **use** | **verticals** | **walked** |
| 202:23 | **underwriting** | 14:21 52:22 | 16:22 | 48:7,14 |
| 208:7 | 179:16 | 55:14 67:25 | **vet** | **Walsh** |
| 212:14,21 | 185:22 | 129:17 | 254:19 | 206:16 |
| 215:2 | 186:10 | 177:12 | 256:15 | **want** |
| 224:11 | 199:22 | 190:20 | **vetting** | 78:4 89:2 |
| 231:6 243:4 | **undrawn** | | 256:9,20 | 99:8 100:7 |
| 243:7,8 | 140:15 | **V** | **vice** | 119:9 |
| 246:9,20 | **unfunded** | | 16:15 21:11 | 155:18 |
| 251:8 | 140:11 | **vacuum** | 44:10 91:7 | 162:13 |
| 256:12 | **UNITED** | 168:14 | **view** | 189:19 |
| 261:5 | 1:2 | **vague** | 55:16 74:19 | 195:19 |
| **understan...** | **universe** | 89:19 200:11 | 74:19 98:10 | 207:18 |
| 35:2 40:24 | 200:13 | 213:13 | 114:4,10 | 208:5 |
| 53:23 56:21 | **university** | 235:2 | 149:8,9 | 230:14 |
| | | **vaguely** | | 233:16 |



Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

Rajesh Kapadia                               January 22, 2010

CONFIDENTIAL

314

| | | | | |
|---|---|---|---|---|
| 241:2 | 114:14 | 202:5 205:7 | 220:15 | 226:9 |
| 243:16 | 227:24 | **we've** | 221:17 | 230:24,25 |
| 254:19 | **weaker** | 15:21 20:18 | 225:21 | 231:21 |
| 256:15 | 164:23 | 55:24 89:20 | 227:8 228:6 | 232:20 |
| 262:4 | 165:18 | 141:16 | 228:22 | 240:9,14 |
| **wanted** | **Wednesday** | 181:4 | 230:9 | 241:4,12 |
| 46:11 91:17 | 118:23,25 | 184:22 | 241:20 | 242:25 |
| 99:5,12 | **weekend** | 187:22 | 243:8,10 | 244:6 |
| 180:16,18 | 151:9 | 207:10 | 245:8,12 | 248:20,25 |
| 212:12 | **weeks** | **WHARTON** | 247:23 | 250:14 |
| 239:10 | 32:7 152:8 | 4:10 | 255:24 | 256:17,21 |
| **wants** | 152:17 | **WHEREOF** | 256:4 | **worked** |
| 85:4 | **weighed** | 263:20 | 257:23 | 12:24 14:4 |
| **Wardwell** | 81:20 | **willing** | 263:10,14 | 19:13 20:3 |
| 3:11 7:25 | **Weiss** | 250:3 | 263:20 | 20:6 25:22 |
| 8:4,7 | 4:10 8:16 | **Wilmington** | 264:3 | 35:14,18 |
| **Warnock** | **went** | 5:5 | **witness's** | 36:3 40:13 |
| 1:24 2:10 | 32:6 62:8 | **withdraw** | 107:17 | 46:21,22 |
| 263:7,25 | 132:11 | 25:4 81:25 | 183:24 | 62:6 64:15 |
| **Washington** | 152:5 | 196:3 | **words** | 81:13 88:15 |
| 3:8 4:7 | 180:19 | **witness** | 11:2 54:12 | 105:18,20 |
| **wasn't** | 213:4 | 3:12 7:3,8 | **work** | 106:11 |
| 27:10 256:24 | **weren't** | 8:2,5,10 | 13:3 14:9 | 178:4 |
| **way** | 27:20 58:20 | 56:6 68:14 | 15:2 18:12 | 202:15 |
| 23:15 40:19 | 76:22 | 78:12 79:21 | 19:22 20:8 | 203:7 229:6 |
| 50:6 58:10 | **West** | 104:14 | 20:19 23:10 | 229:8,14 |
| 68:4,7 79:8 | 28:6 | 118:20 | 24:24 30:19 | 230:3 |
| 81:17 82:5 | **WESTCHESTER** | 129:24 | 30:22,22 | 231:10,23 |
| 83:5 88:14 | 263:5 | 140:3,21 | 39:9,16,23 | 232:5,11 |
| 89:2 99:11 | **we'll** | 144:4 158:4 | 40:4,16 | **working** |
| 103:4 | 10:3 11:23 | 173:20,23 | 41:3,10 | 13:16,17 |
| 108:22 | 71:8 98:2 | 174:13 | 44:11 50:2 | 18:7 38:13 |
| 111:11 | 130:10 | 179:24 | 78:18 86:23 | 38:14,21,23 |
| 113:25 | 221:18 | 180:6,11 | 88:15 | 39:3 49:12 |
| 142:12 | 233:17 | 181:2,8 | 106:13 | 56:11 62:14 |
| 172:20 | 237:19 | 182:16 | 127:11 | 63:8 125:21 |
| 174:4 | 243:20 | 183:9 | 164:2 | 126:16 |
| 193:10,14 | 254:12 | 189:22 | 167:22 | 155:8 |
| 230:13 | 260:9 | 192:7 193:6 | 170:24 | 189:12 |
| 231:21 | **we're** | 197:6 | 171:18 | 215:2 |
| 232:15,19 | 55:18 66:14 | 198:12,14 | 175:10 | 219:17 |
| 245:14 | 73:17 98:2 | 198:15,22 | 178:12,18 | 229:18 |
| 256:10 | 98:4 101:23 | 198:25 | 201:7 | 252:19 |
| 260:22 | 121:11 | 202:7 | 202:22 | **works** |
| 263:18 | 122:10 | 207:20 | 204:2,17 | 23:16 46:20 |
| **ways** | 130:3,13 | 208:6 | 213:22,25 | 46:25 |
| 94:18 95:23 | 149:8 198:9 | 212:19 | 214:2,5,7 | **world** |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia                                    January 22, 2010

CONFIDENTIAL

315

| | | | | |
|---|---|---|---|---|
| 160:9 | 185:5 187:6 | 5:13,13,20 | 132:11,20 | 252:7 266:21 |
| **worse** | 190:5 195:2 | 5:20 6:7,7 | **$74** | **00338076** |
| 191:20 193:3 | 206:18 | 7:9 263:3,8 | 132:11,19 | 247:14,20 |
| **wouldn't** | **yeah** | ___**Z**___ | **$75** | 266:12 |
| 67:2 100:18 | 15:12 22:18 | | 85:8 | **00340187** |
| 134:19 | 34:17,25 | **Zack** | **$825** | 146:8,12 |
| 138:18 | 48:22 51:5 | 4:23 8:21 | 53:19 | 265:14 |
| 148:14 | 56:2 70:18 | **Zell** | | **00340719** |
| 172:3,7,17 | 73:22 | 19:4,10,13 | ___**0**___ | 247:24 248:5 |
| 194:18,21 | 127:25 | 19:22 20:3 | **00069986** | 266:15 |
| 239:5 | 142:10 | 20:8,13,22 | 215:16 266:5 | **00341511** |
| **write** | 144:5 145:8 | 24:11,16,23 | **00206979** | 43:13,21 |
| 11:2 106:19 | 170:3 183:9 | 26:3,9 | 90:7,11 | 264:17 |
| **writes** | 194:4,21 | 27:19 28:25 | 265:2 | **00346336** |
| 51:18 65:20 | 198:12,25 | 29:20 31:21 | **00227775** | 166:9,12 |
| **writing** | 212:19 | 37:11 39:9 | 96:16,19 | 265:19 |
| 135:11 152:2 | 221:6 | 41:12 46:6 | 265:5 | **00450240** |
| 241:13 | 235:12 | 61:25 67:3 | **00232401** | 205:24 206:4 |
| **written** | 238:2 242:6 | 70:12,17 | 131:17,22 | 266:2 |
| 226:21,23 | 246:16 | 71:3 72:7 | 265:10 | **00477460** |
| **wrote** | 254:18 | 72:14 73:2 | **00234471** | 221:13,16 |
| 53:2 78:25 | 258:23 | 73:8,12,19 | 83:15 264:23 | 266:8 |
| 86:11 | 259:2 | 75:4 77:7,8 | **00235896** | **00478012** |
| 117:18 | **year** | 77:16,21 | 64:20,25 | 257:8,13 |
| 132:6 | 154:10 170:4 | 79:20 83:8 | 264:19 | 266:23 |
| 133:12 | 229:20 | 85:5 91:14 | **00247488** | **00490132** |
| 137:9 | 230:21,25 | 91:25 94:18 | 76:16,19 | 149:16 |
| 168:11 | 231:11,24 | 94:24 95:5 | 264:21 | 265:17 |
| | 232:12 | 95:24 96:9 | **00255010** | **02111** |
| ___**X**___ | **years** | 233:11 | 136:8,11 | 5:7 |
| **X** | 13:4 16:6,13 | **Zell's** | 265:12 | **028** |
| 1:3,8 159:9 | 36:8 70:23 | 79:3 | **00280816** | 257:13 |
| 159:10,17 | 139:22 | **Zuckerman** | 186:20,24 | **07** |
| 264:2 | 231:16 | 3:4 7:15 | 265:23 | 20:14 85:7 |
| | 234:19 | | **00288187** | 102:18 |
| ___**Y**___ | **yesterday** | ___**$**___ | 243:23 | 146:17 |
| **Yang** | 65:25 118:21 | **$125** | 266:10 | 148:2,9 |
| 43:24 44:2 | 243:11 | 85:6 | **00311216** | 150:4 |
| 46:17 48:2 | **yes's** | **$13** | 102:5,10 | 153:15 |
| 48:18 51:18 | 11:3 | 218:21 | 265:7 | 156:14,21 |
| 51:24 52:25 | **yield** | **$200** | **00329872** | 156:25 |
| 53:11 54:13 | 145:22 | 85:9 | 252:3 266:18 | 161:8 |
| 62:10 94:12 | **York** | **$34** | **00335870** | 178:16 |
| 106:16 | 1:13,13 2:9 | 43:5 | 171:21 | 184:13 |
| 129:14 | 2:9,11 3:14 | **$400** | 265:21 | 185:4 186:3 |
| 175:5 | 3:14 4:15 | 53:20 | **00336262** | 186:15 |
| 184:23 | 4:15,22,22 | **$66** | | 231:8 |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia

CONFIDENTIAL

January 22, 2010

316

231:8
245:25
**08**
85:8
**08-13141(...**
1:5
**0820**
195:6

---

**1**
1
42:12 43:11
 43:12,17
 75:22 92:15
 111:6
 151:23
 169:18,20
 178:24
 228:14
 249:16
 255:9
 256:11,22
 264:16
**1st**
75:16 79:16
**1.5**
159:17
**1:13**
101:19
**10**
146:7 218:20
 254:8
 260:22
 265:13
**10:16**
84:3
**10:45**
56:8
**10:49**
90:20
**1000**
3:7
**10017**
3:14
**10019**
4:15

---

**10019-6799**
5:13
**10022-3598**
5:20
**10036**
4:22
**10112**
6:7
**102**
265:6
**10583**
7:10
**11**
1:4 149:14
 149:15
 254:8
 265:16
**11:02**
56:9
**11:27**
116:18
**12**
164:11 166:8
 265:18
**12:23**
101:18
**1220**
106:24
**1285**
4:14
**13**
171:20 175:4
 258:24
 260:19
 265:20
**131**
265:9
**136**
265:11
**14**
186:18,19
 235:23
 236:12,16
 236:22
 265:22
**14th**

---

217:5
**146**
265:13
**148109**
120:3
**149**
265:16
**15**
11:24 205:23
 265:25
**1501**
4:6
**16**
215:15 266:4
**1633**
5:12
**166**
265:18
**1694**
238:4
**169456**
158:4
**17**
221:11 222:2
 228:8 266:6
**171**
265:20
**18**
243:22
 245:22
 247:19
 250:11
 266:9
**1800**
3:7
**181**
264:8
**186**
265:22
**19**
247:13,17
 248:2,9
 266:11
**1988**
12:13

---

**2**
2
42:7,13,14
 42:17,21,22
 42:23 48:7
 48:8,15
 64:18,19
 75:22 111:7
 161:8,15
 178:24
 248:21
 256:17
 264:18
**2:27**
144:10
**2:42**
144:11
**20**
17:5 189:2
 215:6
 247:24
 248:4
 249:18
 266:14
**20th**
207:21 208:3
 215:7
**200**
86:8 97:19
 154:22
**20005**
4:7
**20036-5802**
3:8
**2006**
153:4 234:8
 234:17
**2007**
18:16,22
 19:23 20:9
 21:9,10,24
 22:9,21
 24:20 29:20
 37:6,20
 39:11 41:10
 41:17 44:15

---

56:24 57:10
57:24 60:23
61:13 62:5
72:4,25
78:7 79:16
84:2 90:19
95:22 96:23
122:3 128:9
134:16
136:18
145:13,25
153:5
163:19
164:14
166:2,19
167:3,6
168:9
169:12,15
170:2,5
171:25
178:24
182:23
187:8,12
189:2 192:4
193:2 194:2
194:16
196:16
206:10
207:2
208:16
209:2 216:3
217:5
219:10,19
220:11
222:9,13
229:6,15,20
230:4,7
233:25
234:7,10,16
235:15
247:19
248:2
250:12
252:14
253:22
255:2,7
**2008**



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

Rajesh Kapadia

CONFIDENTIAL

January 22, 2010

317

| | | | | |
|---|---|---|---|---|
| 21:24 22:9 | 83:15 264:24 | 102:6 265:8 | **5:08** | 122:12 |
| 169:24 | **241** | **329875** | 221:24 | **8119** |
| 229:21 | 264:8 | 252:3 266:19 | **5:41** | 124:7 |
| 233:10 | **243** | **33** | 245:9 | **83** |
| 234:11 | 264:9 266:9 | 43:4 | **5:44** | 264:22 |
| **2009** | **245** | **338077** | 245:10 | **865** |
| 217:23 218:7 | 264:9 | 247:14 | **50** | 3:21 |
| **2010** | **247** | 266:13 | 85:5 154:25 | |
| 1:14 2:3 | 266:11 | **340189** | | **9** |
| 262:17 | **248** | 146:8 265:15 | **6** | **9** |
| 263:22 | 266:14 | **340720** | **6** | 136:7,10 |
| **205** | **25** | 248:5 266:16 | 96:15 162:6 | 141:24 |
| 264:8 265:25 | 237:25 | **36** | 162:8,18 | 155:16 |
| **206981** | **252** | 7:9 | 222:13 | 156:5 |
| 90:7 265:3 | 266:17,20 | | 265:4 | 161:16 |
| **21** | **257** | **4** | **6:04** | 237:22,23 |
| 211:19 252:2 | 266:22 | **4** | 262:9 | 265:11 |
| 252:10,12 | **28** | 83:13,14,22 | **6:26** | **9:30** |
| 252:14 | 245:25 | 161:10,16 | 91:20 | 2:4 |
| 253:22 | **280821** | 264:22 | **64** | **9:36** |
| 266:17 | 186:20 | **4:33** | 264:18 | 96:5 |
| **21st** | 265:24 | 78:11 | | **90** |
| 207:2,6 | **2900** | **40** | **7** | 264:25 |
| 212:2 215:7 | 3:22 | 161:25 163:9 | **7** | **90017** |
| **215** | | **40's** | 4:21 102:3,4 | 3:23 |
| 266:4 | **3** | 162:3 | 118:20 | **94** |
| **22** | **3** | **425** | 119:3 237:5 | 12:17 14:2,3 |
| 1:14 2:3 | 76:14,15 | 5:19 | 264:4 265:6 | **9460** |
| 252:6 | 77:24 | **43** | **76** | 157:5 |
| 253:21 | 264:20 | 264:16 | 264:20 | **9505** |
| 266:20 | **3:46** | **450** | **77** | 162:5 |
| **22nd** | 180:12 | 3:13 | 247:20 | **9506** |
| 78:7 | **3:56** | **450242** | | 162:7 |
| **221** | 180:13 | 205:24 266:3 | **8** | **96** |
| 266:6 | **30** | **478035** | **8** | 265:4 |
| **228** | 2:8 6:6 | 257:8 266:24 | 131:15,16 | |
| 264:5,8 | **30th** | | 265:9 | |
| **23** | 84:2 90:19 | **5** | **8th** | |
| 257:7,11 | 91:20 94:16 | **5** | 44:15 | |
| 262:7 | 95:5,22 | 90:5,6,10 | **8.9** | |
| 266:22 | 96:5,23 | 161:8 | 154:4 | |
| **230** | 116:17 | 264:25 | **8/22/07** | |
| 264:8 | 263:21 | **5th** | 217:17 | |
| **234** | **306439** | 122:3 | **8116** | |
| 264:8 | 1:25 | **5:03** | 120:6 | |
| **234472** | **311220** | 221:23 | **8118** | |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com