**From:** CN=Jeff Sell/O=JPMCHASE
**Date:** 02/21/2007 01:54:21 PM
**To:** CN=Brian Sankey/O=JPMCHASE@JPMCHASE
**Subject:** Fw: Project Tower packet (includes model)
**Number of attachments:** 1

---

do you need anymore info on this? Basically, we were asked in late in the game by Zell....this is the first ESOP I've seen in 15 years..
----- Forwarded by Jeff Sell/JPMCHASE on 02/21/2007 01:52 PM -----
Special Credits Group - Tel 212-270-0552 Fax 212-270-0427

**Jeff Sell/JPMCHASE**

02/21/2007 10:33 AM

[IMAGE] [IMAGE] Brian Sankey
To
[IMAGE] [IMAGE]
cc
[IMAGE] [IMAGE] Fw: Project Tower packet (includes model)
Subject

[IMAGE] [IMAGE]

Here is a deal package on the deal I approved yesterday subject to more due diligence on several issues. This is a marginal deal from a credit perspective but I ultimately got comfortable because of the sponsor and the asset base. The loan desk and high yield desk are highly confident subject to the due diligence items I alluded to above. I told the deal team to alert the business side at least thru Don McCree, that this is another step in the "irrational exuberance " you see at the end of the cycle and that we will probably have to spend considerable amount of fees to de risk the high yield bridge and R/C hold level.
----- Forwarded by Jeff Sell/JPMCHASE on 02/21/2007 10:26 AM -----
Leveraged Finance

**Aized A Rabbani/JPMCHASE**

02/21/2007 10:25 AM

[IMAGE] [IMAGE] Jeff Sell/JPMCHASE@JPMCHASE
To
[IMAGE] [IMAGE] Rajesh Kapadia/JPMCHASE
cc
[IMAGE] [IMAGE] Project Tower packet (includes model)
Subject

[IMAGE] [IMAGE]

Jeff - attached is the packet we used yesterday.
Please let me know if you need anything else...
*(See attached file: Project Tower Package v7-1.pdf)*

---

**Aized A. Rabbani**
Syndicated and Leveraged Finance
JPMorgan Securities, Inc.
270 Park Avenue, 5th Floor | New York, NY 10017
Phone: 212.270.9553 | Fax: 917.456.3321
aized.a.rabbani@jpmorgan.com

Highly Confidential - Attorneys' Eyes Only JPM_00233347

FEBRUARY 2007

PROJECT TOWER
STRICTLY PRIVATE AND CONFIDENTIAL
JPMorgan

Highly Confidential - Attorneys' Eyes Only

JPM_00233348

# Overview

**Key Highlights from Sponsor from conference calls**

### Background

- Equity Group Investments ("EGI" or "Sponsor") plan to bid $33/share (EV = $14 B) for Tribune ("TRB")
- Sponsor believe that there is a strong desire for a Chicago based deal
- Merrill Lynch and Citigroup are part of the financing group; JPM was invited after Jamie Dimon's call to Sam Zell

### Structure

- Pursuing an ESOP/S-corp structure
  - ESOP equity of $825 mm (TRB issues new HY to loan to ESOP)
  - Sam Zell equity of $225 mm
- ESOP makes an S-corp structure in Jan. 2008
  - Not a tax payer (flow through structure)
- Sponsor has retained three law firms and Duff & Phelps to design structure

### Asset sales

- Plan to sell Cubs ($600 mm) and Comcast Sportsnet ($150 mm)
  - Net after tax proceeds of approx. $475 mm
- Other assets with value include:
  - 31.3% stake in TV Food Network (worth approx. $630 mm, net of tax)
  - 42.5% stake in Career Builder (worth approx. $1.1 bn, net of tax)

### Labor savings

- Sponsor estimates $100 mm in labor savings
  - $60 mm – redirect 401k company match to service debt
  - $20 mm – shrink the $40 mm bonus pool for management
  - $20 mm – private company savings, insurance, other

### Diligence

- Sponsor has been conducting diligence for the past three weeks
  - Access to management in publishing and broadcasting

### Key model assumptions

- Modeled a 2-3% decline in publishing
- In broadcasting, assumed increases in election years in out years
- Capex declines from 4% to approx. 2.5%
  - Final spend to transition to digital
  - Removing overlapping offices (e.g. Jerusalem), systems, etc.
- Includes Equity in Income from other assets, excluding Comcast Sportsnet
  - Agreement to distribute cash annually to TRB
  - Food Network and Career Builder constitute majority
- Deal close date = 12/31/07

### Timing

- Sponsor will present summary proposal to board on a special committee meeting on Saturday, Feb. 24
- Definitive agreement for ESOP structure will be by end-March
- Expect six months of on regulatory timing

Highly Confidential – Attorneys' Eyes Only

# PROJECT TOWER

## Management - Preliminary Capital Structure - Forward Libor

$MMs

2/20/07 11:27 AM

### Pro Forma Capitalization

| | Commitment | Funded | % of Cap. | x LTM EBITDA | Pricing | Stock Security | Upstream Guarantee | Asset Security | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Cash | $37.5 | $147.5 | | | | | | | |
| Revolving Credit Facility | $750.0 | $0.0 | 0.0% | 0.00x | L+225 , 50 bps | Y | Y | N | |
| Term Loan B | 8,500.0 | 8,500.0 | 61.5% | 5.70x | L+225 | Y | Y | N | |
| TOTAL SR. SECURED DEBT | $9,250.0 | $8,500.0 | 61.5% | 5.70x | | | | | |
| New Sr. FRNS (2017) | 1,250.0 | 1,250.0 | 9.0% | 0.84x | L+400 | N | Y | N | |
| New Sr. Unsec Notes - ESOP (2017) | 850.0 | 850.0 | 6.1% | 0.57x | 8.75% | N | Y | N | |
| TOTAL SR. DEBT | $11,350.0 | $10,600.0 | 76.7% | 7.11x | | | | | |
| Existing HY Notes (2010/15) | 778.0 | 778.0 | 5.6% | 0.52x | 5.00% | Y | N | N | |
| Existing Gr. HY Notes (2013/23/27/96) | 487.0 | 487.0 | 3.5% | 0.33x | 7.33% | | | | Subordinated |
| Existing PHONES debt (2029) | 907.5 | 907.5 | 6.6% | 0.61x | 2.00% | | | | Subordinated |
| TOTAL DEBT | $13,522.5 | $12,772.5 | 92.4% | 8.57x | | | | | |
| ESOP equity (borrowed from Tribune) | 825.0 | 825.0 | 6.0% | 0.55x | | | | | |
| EGI Equity | 225.0 | 225.0 | 1.6% | 0.15x | | | | | |
| TOTAL EQUITY | $1,050.0 | $1,050.0 | 7.6% | 0.70x | | | | | |
| TOTAL CAPITALIZATION | $14,572.5 | $13,822.5 | 100.0% | 9.27x | | | | | |

| Weighted Avg. Cost of Debt | |
|---|---|
| Cash | Total |
| 7.3% | 7.3% |

### Sources and Uses

| Sources | Amount | Uses | Amount |
|---|---|---|---|
| Revolving Credit Facility | $0.0 | Equity Purchase Price | $8,016.7 |
| Term Loan B | 8,500.0 | Refinance Existing Debt | 2,539.3 |
| | | Less: Cash Used in Purchase | (27.5) |
| New Sr. FRNS (2017) | 1,250.0 | | |
| New Sr. Unsec Notes - ESOP (2017) | 850.0 | | |
| EGI Equity | 225.0 | Financing Fees | 296.5 |
| TOTAL SOURCES | $10,825.0 | TOTAL USES | $10,825.0 |

### Notes and / or Assumptions:

(A) Projections based on Sponsor case
(B) Assumes tax rate of 40.0% and 0% for 2008 onwards
(C) Assumes 7.3% premium to current stock price of $30.75 for purchase price of $33.00
(D) WAV cost of debt assumed for all existing HY notes
4.875% existing notes due 2010 = $449 mm
5.25% existing notes due 2015 = $329 mm
7.25% existing notes due 2013 = $80 mm
7.50% existing notes due 2023 = $95 mm
6.61% existing notes due 2027 = $83 mm
7.25% existing notes due 2096 = $130 mm
8% other obligations = $35 mm

### Purchase Price Multiples

| | Excluding Fees / Other Adjustments | | | Including Fees / Other Adjustments | | |
|---|---|---|---|---|---|---|
| | 2007 | LTM | 2008 | 2007 | LTM | 2008 |
| Revenues | 2.5x | 2.6x | 2.6x | 2.6x | 2.6x | 2.7x |
| EBITDA | 10.5x | 10.5x | 9.6x | 10.8x | 10.8x | 9.8x |
| Adj EBITDA | 9.3x | 9.3x | 8.5x | 9.5x | 9.5x | 8.7x |
| Purchase Price | | $13,829.5 | | | $14,126.0 | |

### Financial Summary

| FYE DECEMBER 31 | 2005 | 2006 | 2007 | PF 2007 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Publishing | $4,097.0 | $4,025.0 | $3,984.0 | $3,984.0 | $3,991.2 | $4,005.4 | $4,035.8 | $4,078.7 | $4,134.9 | $4,202.6 | $4,279.2 | $4,361.4 | $4,445.4 | $4,531.0 |
| Broad. & Ent. | 1,414.0 | 1,408.0 | 1,401.2 | 1,401.2 | 1,480.3 | 1,486.9 | 1,531.0 | 1,537.0 | 1,567.7 | 1,599.1 | 1,631.1 | 1,663.7 | 1,697.0 | 1,730.9 |
| Elimination of Cubs Revenue | | | | | (202.8) | (205.9) | (209.0) | (209.0) | (209.0) | (209.0) | (209.0) | (209.0) | (209.0) | (209.0) |
| Revenue | $5,511.0 | $5,433.0 | $5,385.2 | $5,385.2 | $5,268.6 | $5,286.5 | $5,357.8 | $5,406.8 | $5,493.7 | $5,592.7 | $5,701.3 | $5,816.1 | $5,933.4 | $6,053.0 |
| *% Growth* | | *-1.4%* | *-0.9%* | | *-2.2%* | *0.3%* | *1.4%* | *0.9%* | *1.6%* | *1.8%* | *1.9%* | *2.0%* | *2.0%* | *2.0%* |
| EBITDA | $1,402.1 | $1,359.6 | $1,312.4 | $1,312.4 | $1,441.0 | $1,452.7 | $1,479.0 | $1,493.6 | $1,520.3 | $1,547.0 | $1,578.7 | $1,614.6 | $1,652.1 | $1,682.2 |
| Equity in income (net of assets sold) | 41.2 | 75.0 | 78.0 | 78.0 | 84.0 | 117.0 | 145.0 | 152.0 | 159.6 | 167.5 | 175.8 | 184.5 | 193.7 | 203.4 |
| Annual labor savings from ESOP/S-corp | 0.0 | 0.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Adj EBITDA | $1,443.3 | $1,434.6 | $1,490.4 | $1,490.4 | $1,625.0 | $1,669.7 | $1,724.0 | $1,745.6 | $1,779.8 | $1,814.5 | $1,854.5 | $1,899.1 | $1,945.8 | $1,985.5 |
| *% Margin* | *26.2%* | *26.4%* | *27.7%* | *27.7%* | *30.8%* | *31.6%* | *32.2%* | *32.3%* | *32.4%* | *32.4%* | *32.5%* | *32.7%* | *32.8%* | *32.8%* |
| *% Growth* | | *(0.6%)* | *3.9%* | | *9.0%* | *2.7%* | *3.3%* | *1.3%* | *2.0%* | *1.9%* | *2.2%* | *2.4%* | *2.5%* | *2.0%* |
| Net Income | $1,219.3 | $1,205.6 | $1,250.7 | $187.2 | $446.4 | $582.1 | $671.1 | $750.0 | $852.8 | $962.8 | $1,087.2 | $1,222.4 | $1,370.3 | $1,537.6 |
| Total Interest | | | | $938.6 | $912.6 | $837.7 | $783.0 | $725.7 | $657.1 | $581.7 | $497.4 | $408.8 | $305.6 | $177.8 |
| Total Capex | $205.9 | $216.6 | $200.0 | $200.0 | $172.0 | $127.0 | $125.0 | $125.0 | $127.0 | $129.3 | $131.8 | $134.5 | $137.2 | $139.9 |
| *% of Revenue* | *3.7%* | *4.0%* | *3.7%* | *3.7%* | *3.3%* | *2.4%* | *2.3%* | *2.3%* | *2.3%* | *2.3%* | *2.3%* | *2.3%* | *2.3%* | *2.3%* |

### Cash Flow Reconciliation

| FYE DECEMBER 31 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Libor Assumptions | 5.4% | 5.3% | 5.2% | 5.2% | 5.2% | 5.3% | 5.3% | 5.3% | 5.3% | 5.3% |
| Adj. EBITDA | $1,625.0 | $1,669.7 | $1,724.0 | $1,745.6 | $1,779.8 | $1,814.5 | $1,854.5 | $1,899.1 | $1,945.8 | $1,985.5 |
| Net Cash Interest | (911.1) | (838.2) | (781.5) | (724.2) | (655.6) | (580.2) | (495.9) | (405.3) | (304.1) | (176.3) |
| Cash Taxes | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| (Inc)/Dec in Working Capital | (0.4) | (23.3) | (3.5) | (5.6) | (2.2) | (4.0) | (3.9) | (4.7) | (5.4) | (5.6) |
| CapEx | (172.0) | (127.0) | (125.0) | (125.0) | (127.0) | (129.3) | (131.8) | (134.5) | (137.2) | (139.9) |
| Acquisitions and Investments | (175.0) | 0.0 | 0.0 | (25.0) | (25.0) | (25.0) | (25.0) | (25.0) | (25.0) | (25.0) |
| Asset sales (Cubs & CSN - net of tax) | 474.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash from B/S | 97.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash Available for Debt Service | $938.7 | $683.2 | $814.1 | $865.8 | $970.1 | $1,076.0 | $1,197.8 | $1,329.6 | $1,474.2 | $1,638.6 |
| Cumulative Cash Available for Debt Service | 938.7 | 1,622.0 | 2,436.0 | 3,301.8 | 4,271.9 | 5,347.8 | 6,545.7 | 7,875.3 | 9,349.5 | 10,988.1 |

### Debt Balances

| FYE DECEMBER 31 | 2005 | 2006 | 2007 | PF 2007 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | | | | $147.5 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 |
| Revolving Credit Facility | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Term Loan B | | | | 8,500.0 | 7,561.3 | 6,878.0 | 6,513.0 | 5,647.2 | 4,677.2 | 3,681.2 | 2,483.3 | 1,482.7 | 8.5 | 0.0 |
| TOTAL SR. SECURED DEBT | | | | $8,500.0 | $7,561.3 | $6,878.0 | $6,513.0 | $5,647.2 | $4,677.2 | $3,681.2 | $2,483.3 | $1,482.7 | $8.5 | $0.0 |
| New Sr. FRNS (2017) | | | | $1,250.0 | $1,250.0 | $1,250.0 | $1,250.0 | $1,250.0 | $1,250.0 | $1,250.0 | $1,250.0 | $1,250.0 | $1,250.0 | $0.0 |
| New Sr. Unsec Notes - ESOP (2017) | | | | 850.0 | 850.0 | 850.0 | 850.0 | 850.0 | 850.0 | 850.0 | 850.0 | 850.0 | 850.0 | 850.0 |
| TOTAL SR. DEBT | | | | $10,600.0 | $9,661.3 | $8,978.0 | $8,613.0 | $7,747.2 | $6,777.2 | $5,781.2 | $4,583.3 | $3,582.7 | $2,108.5 | $850.0 |
| Existing HY Notes (2010/15) | | | | 778.0 | 778.0 | 778.0 | 329.0 | 329.0 | 329.0 | 329.0 | 329.0 | 0.0 | 0.0 | 0.0 |
| Existing Gr. HY Notes (2013/23/27/96) | | | | $487.0 | $487.0 | $487.0 | $487.0 | $487.0 | $487.0 | $407.0 | $407.0 | $407.0 | $407.0 | $26.9 |
| Existing PHONES debt (2029) | | | | 907.5 | 907.5 | 907.5 | 907.5 | 907.5 | 907.5 | 907.5 | 907.5 | 907.5 | 907.5 | 907.5 |
| TOTAL OPCO DEBT | | | | $12,772.5 | $11,833.8 | $11,150.5 | $10,335.5 | $9,470.7 | $8,500.7 | $7,424.7 | $6,226.8 | $4,897.2 | $3,423.0 | $1,784.4 |

### Ratio Summary

| FYE DECEMBER 31 | 2005 | 2006 | 2007 | PF 2007 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adj EBITDA / Total Interest | | | | 1.59x | 1.78x | 1.99x | 2.20x | 2.41x | 2.71x | 3.12x | 3.73x | 4.67x | 6.37x | 11.16x |
| (Adj EBITDA - Capex) / Total Interest | | | | 1.37x | 1.59x | 1.84x | 2.04x | 2.23x | 2.52x | 2.90x | 3.46x | 4.34x | 5.92x | 10.38x |
| Sr Sec Debt / Adj EBITDA | | | | 5.70x | 4.65x | 4.12x | 3.78x | 3.24x | 2.63x | 2.03x | 1.34x | 0.78x | 0.00x | 0.00x |
| Senior Debt / Adj EBITDA | | | | 7.11x | 5.95x | 5.38x | 5.00x | 4.44x | 3.81x | 3.19x | 2.47x | 1.89x | 1.08x | 0.43x |
| Total Debt / Adj EBITDA | | | | 8.57x | 7.28x | 6.68x | 6.00x | 5.43x | 4.78x | 4.09x | 3.36x | 2.58x | 1.76x | 0.90x |
| FCF / Total Debt | | | | | 7.9% | 6.1% | 7.9% | 9.1% | 11.4% | 14.5% | 19.2% | 27.0% | 43.1% | 91.8% |

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Tax Savings (at 40% tax rate) | $178.6 | $224.8 | $268.4 | $300.0 | $341.1 | $385.1 | $434.5 | $489.0 | $548.1 | $615.1 |
| Cumulative tax savings | $178.6 | $403.4 | $671.9 | $971.8 | $1,313.0 | $1,698.1 | $2,133.0 | $2,621.9 | $3,170.1 | $3,785.2 |
| PV of tax savings: WACC = 7.3% | $2,429.5 | | | | | | | | | |

Tower 270 Model 2-20-06 v Subordinate Sr Sec debt.xls

# Tribune timeline

2006

- 5/30/2006: TRB announced a 75 million share repurchase offer consisting of up to 53 million shares from a "Dutch Auction" tender at a price range of $28.00 to $32.50, 10 million shares from the McCormick/Cantigny Foundations and up to 12 million shares through open market repurchases
- 6/26/2006: TRB successfully executed and repurchased 45 million shares of common stock in the "Dutch Auction" tender and 10 million shares from McCormick/Cantigny Foundations at the tender price of $32.50 and 11.1 million shares repurchased in the open market, in the third quarter, at a weighted average cost of $29.94 per share
  - 5/30/2006: TRB announced a $500 million asset disposal program and $200 million cost savings over 2 years
  - Asset disposals announced include Atlanta, Albany and Boston TV stations, real estate, Time Warner stock, BrassRing stake and company plane
  - Leverage increased to pro forma 3.7x resulting in credit rating downgrades by Moody's and S&P to Ba1 and BB+ respectively
  - 8/1/2006: TRB and Gannett agreed with McClatchy to increase their ownership stakes in Careerbuilder, Shoplocal and Topix.net
- None of these events helped in limiting public dissent either by shareholders and some Board members
  - Three board representatives of Chandler Trusts publicly criticized management strategy and demanded far reaching actions such as break-up or sale of company
  - Q206: In addition, activist shareholders, Nelson Peltz and Davidson Kempner Capital Management, acquired a 1.2%and 1.5%stake respectively

Highly Confidential - Attorneys' Eyes Only

JPM_00233351

# Tribune review (continued)

2006

- September 21, 2006: TRB announced its board of directors has established an independent special committee to explore alternatives for creating additional value for shareholders. The process was expected to be concluded by the end of 2006
- Management presentations were held in November
- Initial bids for Tribune were in the low $30 range, near or below the recent $32.50 tender price

2007

- TRB received three bids at the close of the final auction date (January 17, 2007):
  - The Chandler family submitted a bid of $31.70, below last year's repurchase price of $32.50. The Chandlers offered $19.30 in cash for every TRB share they do not own, as well as stock in TRB's broadcasting business, which would be spun off, valued at $12.40 per share or 11x EBITDA
    - Working with News Corp, Centerbridge Partners and Evercore
  - A consortium including Ron Burkle and Eli Broad submitted a bid for a leverage recapitalization that valued the company at $34.00. TRB would increase leverage by $10.5 billion, receive $500 million in equity from Burkle/Broad and offer shareholders $27 per share in cash and $7 per share of equity value. Burkle/Broad's $500 million equity infusion would result in 34%equity control of TRB
  - Carlyle submitted a bid for the company's broadcast stations only
  - Sam Zell has been a rumored new player; David Geffen also active
- The Chandlers had threatened a proxy fight to remove two current directors
  - Filing deadline passed without incident, indicating that the company and the Chandlers may be again negotiating an exit

Highly Confidential - Attorneys' Eyes Only

JPM_00233352

# Sponsor PF 2007E EBITDA build

[1] Includes add back for $3.0mm non cash pension expense
[2] Publishing ($9)mm, broadcasting $88mm (TV Food Network $78mm, Comcast SportsNet $10mm), other ($1)mm

PROJECT TOWER

JPMorgan

Highly Confidential - Attorneys' Eyes Only

# Side-by-side analysis

| $ millions | | | Projected | | | |
|---|---|---|---|---|---|---|
| Case Comparison | 2006 | 2007 | 2008 | 2009 | 2010 | CAGR 06-10 |
| **Publishing revenue** | | | | | | |
| Management case | 4,022 | 4,123 | 4,194 | 4,278 | 4,364 | 2.1% |
| Sponsor case | 4,025 | 3,984 | 3,991 | 4,005 | 4,036 | 0.1% |
| Sponsor/mgmt variance—$ | 3.0 | (138.7) | (202.9) | (272.5) | (327.7) | |
| Sponsor/mgmt variance—% | 0.1% | (3.4%) | (4.8%) | (6.4%) | (7.5%) | |
| **Publishing EBITDA** | | | | | | |
| Management case | 955 | 1,004 | 1,038 | 1,065 | 1,093 | 3.4% |
| Sponsor case | 925 | 903 | 955 | 954 | 968 | 1.1% |
| Sponsor/mgmt variance—$ | (30.6) | (101.1) | (83.3) | (111.0) | (127.1) | |
| Sponsor/mgmt variance—% | (3.2%) | (10.1%) | (8.0%) | (10.4%) | (11.6%) | |
| **B&E Revenue** | | | | | | |
| Management case | 1,399 | 1,401 | 1,480 | 1,487 | 1,531 | 2.3% |
| Sponsor case | 1,408 | 1,401 | 1,480 | 1,487 | 1,531 | 2.1% |
| Sponsor/mgmt variance—$ | 9.1 | — | — | — | — | |
| Sponsor/mgmt variance—% | 0.6% | — | — | — | — | |
| **B&E EBITDA** | | | | | | |
| Management case | 434 | 425 | 480 | 497 | 515 | 4.4% |
| Sponsor case | 435 | 409 | 486 | 498 | 513 | 4.2% |
| Sponsor/mgmt variance—$ | 1.2 | (16.0) | 6.3 | 1.5 | (2.2) | |
| Sponsor/mgmt variance—% | 0.3% | (3.8%) | 1.3% | 0.3% | (0.4%) | |
| **Total revenue** | | | | | | |
| Management case | 5,421 | 5,524 | 5,674 | 5,765 | 5,895 | 2.1% |
| Sponsor case | 5,433 | 5,385 | 5,471 | 5,492 | 5,567 | 0.6% |
| Sponsor/mgmt variance—$ | 12.0 | (138.7) | (202.9) | (272.5) | (327.7) | |
| Sponsor/mgmt variance—% | 0.2% | (2.5%) | (3.6%) | (4.7%) | (5.6%) | |
| **Total EBITDA** | | | | | | |
| Management case | 1,389 | 1,430 | 1,518 | 1,562 | 1,608 | 3.7% |
| Sponsor case | 1,360 | 1,312 | 1,441 | 1,453 | 1,479 | 2.1% |
| Sponsor/mgmt variance—$ | (29.6) | (117.2) | (77.0) | (109.4) | (129.2) | |
| Sponsor/mgmt variance—% | (2.1%) | (8.2%) | (5.1%) | (7.0%) | (8.0%) | |
| **Adjusted EBITDA** | | | | | | |
| Management case | 1,389 | 1,430 | 1,518 | 1,562 | 1,608 | 3.7% |
| Sponsor case | 1,435 | 1,490 | 1,625 | 1,670 | 1,724 | 4.7% |
| Sponsor/mgmt variance—$ | 45.4 | 59.8 | 107.0 | 107.8 | 115.8 | |
| Sponsor/mgmt variance—% | 3.3% | 4.3% | 7.0% | 6.9% | 7.2% | |

Source: Management presentation and sponsor model

Note: Sponsor forecasts reflects sale of Cubs and CSN, adjusted EBITDA reflects savings from ESOP/S Corp and cash income from unconsolidated investments

Highly Confidential - Attorneys' Eyes Only

JPM_00233354

# Tribune overview

TRIBUNE
Publishing
Broadcasting & Entertainment
Investments
Los Angeles Times
el Sentinel
Chicago Tribune
Hoy
Hartford Courant
courant.com
WPIX
CW
WGN
careerbuilder
42.5% stake
Leading online recruitment advertising site
food
31% stake
Cable Television programming
comcast
25% stake
Chicago professional sports TV Network
topix.net
33.7% stake
Online aggregator of news and information
ShopLocal
42.5% stake
Online Retail Advertising
2nd largest US Newspaper co in terms of revenue
11 newspapers reaching 14 million adults per week
Readership - 8 million for Daily and 11 million for Sunday
Has operations in 25 major markets nationwide
More than 130 targeted niche publications—Community newspapers, lifestyle magazines
Tribune Media Services—distributes news, information, and entertainment content via print, online, and on-screen media
CLTV—24-hour cable news channel
$4,093mm
74.2% contribution
(0.1%) YoY growth
$1,098mm
26.8% margin
69.0% contribution
(3.8%) YoY growth
Largest TV group not owned by a network
Present in Top 3 markets and 9 of top 10
Anchored by Superstation WGN that has a 66 million US household reach
23 stations—14 CW, 6 FOX, 2 MyNetworkTV, 1 ABC
WGN Cable programming is delivered by cable or satellite outside of the Chicago area
$1,178mm
21.4% contribution
1.1% YoY growth
$448mm
38.0 % margin
28.1% contribution
(4.6%) YoY growth
WGN-AM, Chicago is the only radio station owned by the company
Avg. audience share of 5.7%
Ownership of Chicago Cubs and Wrigley Field
Tribune Entertainment
Syndication and ad sales of film libraries
Owner of Tribune Studios
$247mm
4.4% contribution
(0.6%) YoY growth
$46mm
18.7 % margin
2.9% contribution
4.5% YoY growth
Source: Company filings and Wall Street research; 2006 results from 8-K filing of Feb 8, 2007
Note: Market data as of 12/12/06
1 Other Investments include: Adstar, California Independent Postal Systems—50% Boodle/Consumer Networks—47% Classified Ventures—28% Legacy.com—33%
2 Excludes Corporate of $56mm
JPMorgan
PROJECT TOWER

PROJECT TOWER 7

Highly Confidential - Attorneys' Eyes Only

JPM_00233355

# Business mix

[1] OCF excludes non-operating items, special charges and stock-based compensation. OCF by group also excludes corporate expenses
[2] Certain sales, marketing, content and other costs are recorded 100% in print and are not allocated to interactive.

Source: Management presentations

Highly Confidential - Attorneys' Eyes Only

JPM_00233356

# Diversified across markets

[1] OCF excludes non-operating items, special charges and stock-based compensation. OCF by market also excludes corporate expenses
[2] Includes Tribune Entertainment
[3] Includes Superstation and CLTV

Source: Management presentations

JPMorgan

Highly Confidential - Attorneys' Eyes Only

# Tribune historical revenue and EBITDA quarterly figures

| ($ millions) | 1Q05 | 2Q05 | 3Q05 | 4Q05 | 1Q06 | 2Q06 | 3Q06 | 4Q06 |
|---|---|---|---|---|---|---|---|---|
| Publishing | | | | | | | | |
| Advertising | | | | | | | | |
| Retail | 304 | 332 | 307 | 361 | 298 | 334 | 307 | 406 |
| National | 201 | 190 | 172 | 211 | 184 | 177 | 157 | 218 |
| Classified | 283 | 301 | 294 | 268 | 306 | 312 | 292 | 269 |
| Subtotal | 788 | 823 | 773 | 860 | 788 | 823 | 756 | 893 |
| Circulation | 152 | 150 | 146 | 148 | 146 | 142 | 138 | 149 |
| Other | 66 | 68 | 61 | 64 | 63 | 63 | 62 | 68 |
| Total Publishing | 1,006 | 1,039 | 980 | 1,072 | 997 | 1,028 | 956 | 1,111 |
| Broadcasting & Entertainment | | | | | | | | |
| Television | 290 | 324 | 288 | 348 | 284 | 320 | 278 | 325 |
| Radio/ Entertainment | 20 | 89 | 116 | 24 | 18 | 84 | 115 | 30 |
| Total Broadcasting & Entertainment | 310 | 413 | 404 | 372 | 302 | 404 | 393 | 355 |
| Total Revenues | 1,316 | 1,452 | 1,384 | 1,444 | 1,299 | 1,432 | 1,349 | 1,467 |
| Publishing | 243 | 263 | 212 | 233 | 217 | 250 | 185 | 271 |
| *Margin( %)* | *24.2%* | *25.3%* | *21.6%* | *21.7%* | *21.8%* | *24.3%* | *19.4%* | *24.4%* |
| Broadcasting & Entertainment (YoY%) | 80 | 143 | 139 | 125 | 82 | 125 | 121 | 119 |
| *Margin %* | *25.8%* | *34.6%* | *34.4%* | *33.6%* | *27.2%* | *30.9%* | *30.8%* | *33.6%* |
| Corporate | (13) | (13) | (13) | (8) | (20) | (14) | (14) | (9) |
| Total EBITDA | 310 | 394 | 339 | 351 | 279 | 362 | 293 | 381 |
| *Margin( %)* | *23.6%* | *27.1%* | *24.5%* | *24.3%* | *21.5%* | *25.2%* | *21.7%* | *26.0%* |

| (YOY percent change) | 1Q05 | 2Q05 | 3Q05 | 4Q05 | 1Q06 | 2Q06 | 3Q06 | 4Q06 |
|---|---|---|---|---|---|---|---|---|
| Publishing | | | | | | | | |
| Advertising | 1.8 | 0.6 | 2.1 | (2.3) | 0.0 | 0.0 | (2.2) | 6.6 |
| Retail | 3.1 | (1.2) | 1.0 | (3.8) | (2.0) | 0.6 | 0.0 | 3.3 |
| National | (2.9) | (4.0) | (3.4) | (4.1) | (8.5) | (6.8) | (8.7) | 0.4 |
| Classified | 4.0 | 8.0 | 6.9 | 1.5 | 8.1 | 3.7 | (0.7) | 3.8 |
| Circulation | (8.4) | (9.1) | (7.6) | (4.5) | (3.9) | (5.3) | (5.5) | 0.7 |
| Other | 4.8 | 4.8 | (9.0) | 0.0 | (4.5) | (4.5) | 1.6 | 6.3 |
| Total Publishing | 0.3 | (0.7) | (0.2) | (2.5) | (0.9) | (1.1) | (2.4) | 3.6 |
| Broadcasting and entertainment | | | | | | | | |
| Television | (5.5) | (12.0) | (11.9) | (0.9) | (2.1) | (1.2) | (3.5) | (6.6) |
| Radio/ Entertainment | (9.1) | 8.5 | 10.5 | (29.4) | (10.0) | (5.6) | (0.9) | 25.0 |
| Total Broadcasting and entertainment | (5.8) | (8.2) | (6.5) | (3.4) | (2.6) | (2.2) | (2.7) | (4.6) |
| Total Revenues | (1.2)% | (2.9)% | (2.1)% | (2.7)% | (1.3)% | (1.4)% | (2.5)% | 1.59% |
| Publishing | 3.8 | 21.2 | 21.1 | (16.5) | (10.7) | (4.9) | (12.7) | 16.2 |
| Broadcasting & Entertainment | (27.3) | (17.3) | (7.9) | (22.8) | 2.5 | (12.6) | (12.0) | (4.5) |
| Corporate | 8.3 | 18.2 | 8.3 | (46.7) | 53.8 | 7.7 | 7.7 | 17.3 |
| Total EBITDA | (6.6)% | 3.7% | 7.6% | (17.8)% | (10.0)% | (8.1)% | (13.6)% | 8.47% |

Source: Company filings

JPMorgan

PROJECT TOWER

Highly Confidential - Attorneys' Eyes Only

# Publishing revenue and OCF by market

2006E OCF by market ($ millions)

| Business | $ Revenue | % Contn | OCF | % margin | % Contn |
|---|---|---|---|---|---|
| LA Times, LA | $1,098 | 27.0% | $246 | 22% | 25.5% |
| Chicago Tribune, IL | 850 | 20.9 | 221 | 26 | 22.9 |
| Newsday, NY | 529 | 13.0 | 95 | 18 | 9.8 |
| Sun Sentinel, (South FL) | 407 | 10.0 | 142 | 35 | 14.7 |
| Orlando Sentinel, FL | 297 | 7.3 | 93 | 32 | 9.6 |
| The Sun, MD | 296 | 7.3 | 66 | 22 | 6.8 |
| Hartford Courant, CT | 204 | 5.0 | 47 | 23 | 4.9 |
| Morning Call, PA | 106 | 2.6 | 28 | 26 | 2.9 |
| Daily Press, VA | 79 | 1.9 | 20 | 25 | 2.1 |
| Advocate/ Greenwich Time, VA | 38 | 0.9 | 7 | 17 | 0.7 |
| Tribune Media Services | 107 | 2.6 | 22 | 21 | 2.3 |
| Other[3] | 51 | 1.3 | (21) | N/M | (2.2) |
| Total | $4,062 | | 966 | 0.24 | |

[1] Excludes eliminations
[2] Includes CLTV, Spanish Language and ForSaleByOwner.com
[3] Includes CLTV, Spanish Language, ForSaleByOwner.com, Publishing Group Office, Interactive Group and eliminations

Source: Management presentations

Highly Confidential – Attorneys' Eyes Only

JPM_00233359

# Publishing advertising revenues

Source: Management presentations

Highly Confidential – Attorneys' Eyes Only

JPM_00233360

# Revenue growth by publication

PROJECT TOWER

JPMorgan

Highly Confidential - Attorneys' Eyes Only

# Publishing circulation trends

2003–2006E daily circulation—Circulation in thousands
Home delivery
Single copy
Other paid circulation
3,261
3,199
3,029
2,884
CAGR
(4.0)%
634
583
433
462
(15.9)%
(10.7)%
2,438
2,407
2,329
2,319
(1.7)%
2003
2004
2005
2006E

2003–2006E Sunday circulation—Circulation in thousands
Home delivery
Single copy
Other paid circulation
4,730
4,586
4,358
4,192
CAGR
(3.9)%
1,242
1,126
1,037
(16.4)%
(8.1)%
3,340
3,265
3,162
3,142
(2.0)%
2003
2004
2005
2006E

Source: Management presentations

PROJECT TOWER

JPMorgan

PROJECT TOWER 14

Highly Confidential - Attorneys' Eyes Only

JPM_00233362

# Circulation growth by publication (units)

03–06E CAGR
Circ. Rev
Home Delivery
Single Copy
Total
Los Angeles, LA $1,169 (3.8)% (6.7)% (28.4)% (4.9)%
Chicago, IL 945 0.1% (7.5)% 27.6% (1.4)%
Long Island, NY 474 0.0% (15.1)% N/A (5.6)%
S. Florida, FL 318 (1.7)% (6.6)% (22.1)% (3.7)%
Orlando, FL 326 (2.4)% (3.1)% (41.3)% (4.4)%
Baltimore, MD 381 (3.2)% (7.9)% (36.0)% (6.1)%
Hartford, CT 264 (1.3)% (3.0)% (16.5)% (2.1)%
Allentown, PA 149 (2.6)% (3.0)% (28.3)% (3.7)%
Newport, VA 108 (1.1)% (6.1)% (1.1)% (2.1)%

Note: [1] Represents growth in units

PROJECT TOWER

JPMorgan

PROJECT TOWER 15

Highly Confidential - Attorneys' Eyes Only

JPM_00233363

# Rapid growth of Interactive

[1] Includes Tribune's proportionate share of the revenues of CareerBuilder, Topix.net, ShopLocal and Classified Ventures
[2] Pro forma for inclusion of a full year of Times Mirror

Source: Management presentations

PROJECT TOWER

JPMorgan

Highly Confidential – Attorneys' Eyes Only

# Interactive audience

Leading online news brands in top markets—Unique visitors in thousands
Los Angeles
Yahoo! News 2,376
MSNBC 1,591
Los Angeles Times 1,361
CNN 1,263
AOL News 1,025
Chicago
Yahoo! News 1,365
Chicago Tribune 795
MSNBC 650
CNN 621
AOL News 524
Baltimore
Yahoo! News 290
AOL News 262
THE SUN 239
MSNBC 218
CNN 199
Hartford
Yahoo! News 499
Hartford Courant 279
CNN 268
MSNBC 266
AOL News 217

Source: comScore Media Metrix for August 2006
[1] Includes local market visitors to Tribune newspaper websites

PROJECT TOWER

JPMorgan

PROJECT TOWER 17

Highly Confidential – Attorneys' Eyes Only

JPM_00233365

# Television advertising market

2006E advertising spending ($ billions)
Network syndication $4.1 6%
Local cable $5.6 8%
Spot television $26.4 36%
Broadcast network $17.2 24%
Network cable $19.1 26%
Total = $72.4bn

Local television advertising revenue ($ billions)
Local cable Spot television
2002–2006E CAGR
Spot TV 2.4%
Local cable 7.3
$21.9
$23.5
$25.0
$24.0
$26.4
$4.2
$4.9
$5.1
$5.4
$5.6
2002
2003
2004
2005
2006E

Source: Robert J. Coen Universal McCann

PROJECT TOWER

JPMorgan

PROJECT TOWER 18

Highly Confidential - Attorneys' Eyes Only

JPM_00233366

# Television group financial snapshot

2006E revenue ($ millions)
Fox stations
$181; 16%
All other TV
$359; 31%
New York
$178; 16%
Chicago
$131; 11%
Los Angeles
$158; 14%
Superstation
WGN
$139; 12%
2006E Operating Cash Flow (OCF) ($ millions)
All other TV
$153; 41%
Superstation
WGN
$87; 23%
New York
$62; 16%
Chicago
$28; 7%
Los Angeles
$49; 13%

| | | %of total |
|---|---|---|
| NY/ LA/ CHI | $467 | 41% |
| Fox stations | 181 | 16 |
| All other TV | 359 | 31 |
| Superstation WGN | 139 | 12 |
| Total TV group revenue[1] | $1,147 | 100% |

| | | Margin | %of total |
|---|---|---|---|
| NY/ LA/ CHI | $138 | 29.6% | 36% |
| All other TV | 154 | 28.5 | 41 |
| Superstation WGN | 87 | 62.3 | 23 |
| Total TV group OCF[1] | $379 | 33.1% | 100% |

[1] Revenue and Operating Cash Flow exclude one-time, non-recurring items and stock based compensation and are pro forma to exclude divested TV stations (Albany, Atlanta and Boston). Operating Cash Flow defined as revenues less cash expenses/ including non-cash pension expenses

Source: Management presentations

PROJECT TOWER

JPMorgan

PROJECT TOWER. 19

Highly Confidential - Attorneys' Eyes Only

JPM_00233367

# Diversified across markets and affiliations

$ millions

| | DMA market rank | Market | Station | Affiliation | 2006E gross ad revenues | 2006E market revenue share |
|---|---|---|---|---|---|---|
| CW | 1 | New York | WPIX | CW | $193 | 14.3% |
| | 2 | Los Angeles | KTLA | CW | 174 | 11.5 |
| | 3 | Chicago | WGN | CW | 132 | 16.7 |
| | 6 | Dallas | KDAF | CW | 61 | 9.7 |
| | 8 | Washington, DC | WDCW | CW | 41 | 7.0 |
| | 10 | Houston | KHCW | CW | 41 | 8.6 |
| | 16 | Miami | WSFL | CW | 47 | 11.8 |
| | 18 | Denver | KWGN | CW | 32 | 11.0 |
| | 21 | St. Louis | KPLR | CW | 29 | 13.6 |
| | 23 | Portland, OR | KRCW | CW | 15 | 8.8 |
| | 27 | San Diego | KSWB | CW | 21 | 7.6 |
| Duopolies | 14 | Seattle | KCPQ/ KMYQ | FOX/ MNTV | $67 | 22.3% |
| | 25 | Indianapolis | WXIN/ WTTV | FOX/ CW | 47 | 23.7 |
| | 28 | Hartford | WTIC/ WTXX | FOX/ CW | 42 | 23.2 |
| | 54 | New Orleans | WGNO/ WNOL | ABC/ CW | 16 | 18.0 |
| FOX | 20 | Sacramento | KTXL | FOX | $48 | 17.4% |
| | 39 | Grand Rapids | WXMI | FOX | 21 | 19.4 |
| | 41 | Harrisburg | WPMT | FOX | 16 | 18.2 |
| MyTV | 4 | Philadelphia | WPHL | MNTV | 45 | 7.6% |
| | | | | Total TV stations | $1,089 | 12.8% |
| | — | Cable network | WGN Superstation | — | $105 | — |
| | | | | Total TV group | $1,194 | — |

Source: Management presentations



PROJECT TOWER

Highly Confidential - Attorneys' Eyes Only

JPM_00233369

# Recent TRB trading performance

TRB stock performance

PMO ($ mm, except per share data)

| Public market overview | |
|---|---|
| Closing share price (01/09/2007) | $30.75 |
| *% of 52-week high* | 89.7% |
| Fully diluted shares outstanding[1] | 240.8 |
| Equity value | $7,405 |
| Less: Cash[2] | 316 |
| Add: Debt | 5,275 |
| Net debt | $4,959 |
| Add: Preferred stock and minority interest | 0 |
| Firm value | $12,364 |
| Less: Unconsolidated investments[3] | 1,467 |
| Adjusted firm value | $10,897 |

Statistics ($ mm, except per share data)

| | Metric | Multiple |
|---|---|---|
| FV/06E EBITDA | $1,301 | 9.5x |
| FV/07E EBITDA | $1,285 | 9.6x |
| AFV/06E EBITDA | $1,301 | 8.4x |
| AFV/07E EBITDA | $1,285 | 8.5x |
| CY06E P/E | $1.94 | 15.9x |
| CY07E P/E | $2.07 | 14.9x |
| Net Debt/06E EBITDA | $4,959 | 3.7x |

Source: Bloomberg, Company filings, Wall Street research and PowerData
Note: Newspaper Index includes BLC, DJ, GCI, JRC, LEE, MEG, NYT; WPO; market data as of 01/09/2007
[1] Fully diluted shares per the treasury stock method
[2] Cash balance as of 3rd quarter filing pro forma for sale of company plane, BrassRing stake, real estate and increased stake in Topix.net
[3] Estimated market value of public and private investments per Wall Street estimates adjusted for 22% tax leakage to sum of the parts valuation; includes 16mm TWX shares underlying PHONES

PROJECT TOWER

JPMorgan

Highly Confidential - Attorneys' Eyes Only

# Public and private market sum-of-the-parts analysis

- Tribune currently trades at a meaningful discount to the public and private valuation multiples of its individual businesses
- Additionally, the market is unlikely to be assigning significant value to Tribune's portfolio of unconsolidated investments
- While private multiples are robust, realizing value on a tax-free or tax-deferred basis is challenging

Note: EBITDA values adjusted for corporate expenses

Source: Wall Street research, JPMorgan estimates, and company reports

[1] Net debt balance as of 9/24/06, pro forma for sale of company plane, real estate, BrassRing stake & increased stake in Topix.net; includes market value of PHONES; excludes potential tax liability of $334mm

[2] Assumes fully diluted share count of 241.0mm using the treasury stock method

[3] Assumes 35% capital gain on all assets except Newspapers; assumes tax base of $2.1bn for TV

PROJECT TOWER

JPMorgan

Highly Confidential - Attorneys' Eyes Only

# Valuation of Tribune's non-consolidated investments – public market value

$ millions

| Company | Tribune ownership stake | Valuation methodology | Metric | Estimated value |
| --- | --- | --- | --- | --- |
| AdStar | 3.4mm shares | Market value | $1.5 share price[2] | 5 |
| careerbuilder | 42.5% | Purchase price to MN | NA | 659 |
| California Independent Postal Systems | 50.0% | JPMorgan estimates | NA | 10 |
| [illegible] Ventures | 28.0% | 1x revenue | $50mm | 14 |
| comcast | 25.0% | Estimated | NA | 15 |
| Consumer Networks | 17.0% | NA | NA | NA |
| ShopLocal | 42.5% | Purchase price to MN | NA | 36 |
| Legacy.com | 40.0% | Estimated | NA | 10 |
| food | 31.0% | 11x 2006E EBITDA | $215 | 667 |
| topix.net | 33.5% | Purchase price to MN | NA | 29 |
| TMCT I Portfolio | 5.0% | Book Value adjusted for unwind | NA | 24 |
| TMCT II Portfolio | 5.0% | Book Value adjusted for unwind | NA | 48 |
| TimeWarner[1] | 16.0mm shares | Market value | $19.71 share price | 315 |
| Total | | | | $1,833 |

Source: Company filings and Wall Street research estimates
Note: Market data as of 11/10/06
[1] Shares underlying PHONES

Highly Confidential - Attorneys' Eyes Only

# Wall Street commentary

**Brokers' commentary**

*"The most noteworthy takeaway from the quarter was the company's ability to manage costs in this difficult environment, and we have increased confidence it can execute on the cost initiatives it outlined in early 2006. Cash costs in the quarter were down 3% excluding the extra week, which was better than our estimate of flat. We believe this cost improvement potentially takes some pressure off management in completing the strategic review."*

Rating: Outperform
Target Price: $34

February 8, 2007
Credit Suisse

*"Newspapers ended the year on a weak note with ad revenue down 2.5% in December excluding the extra week and 2007 is off to a sluggish start – as we've heard from most newspapers companies. In addition, circulation revenue trends remain among the worst in the industry at down 6% in 4Q and TV is pacing down "slightly" in 1Q. One noteworthy positive is the improvement in the important movie studio category which reported growth in both November and December at the LA Times."*

Rating: NA
Target Price: NA

February 9, 2007
Morgan Stanley

*"Reported revenue and operating profit beat our estimates in 4Q. However, our forecasts did not include the additional week in the quarter. Without this extra week, both revenues and operating profit, excluding one-time items, would have trailed our 4Q estimates.*

*With the operating environment remaining challenging in both the newspaper and broadcasting space, we expect both revenues and profits to decline in 2007. We believe the company will continue to focus on controlling costs. However, we do not believe this will be sufficient to offset the secular issues facing the company."*

Rating: Neutral
Target Price: $34

February 9, 2007
UBS

*"Tribune also expects to book >$100m of their $200m of expected cost cuts in '07, adding to the contained-cost picture. The main risk is classified ad revs which were down 9% in December and will be down more in 1H07. Classified trends (now '07E at -8% versus -3.5% previously) took most of the $75m (1.4%) off our company wide revenue estimate in '07. That said, we are still raising '07 EBITDA versus our previous expectations due to lower costs."*

Rating: Hold
Target Price: $31

February 8, 2007
Deutsche Bank

Source: Wall Street research

Highly Confidential - Attorneys' Eyes Only

# Tribune 2006 Q4 Results

## Key Highlights

- The Company stated that it had ended 2006 on a positive note with "solid cash flow performance in the 4th quarter. Key factors were improved results in broadcasting, strong interactive revenue growth, and excellent expenses control"
- For the 4th quarter of 2006, an additional week (14 week quarter) increased consolidated operating revenues and expenses by approx 6% CCF by 7% and operating profit by approx 9%
- Cash operating expenses included $7mm of severance changes for the elimination of approx 400 positions at publishing, a $4mm charge for the deposition of a press at the LA Times, and $7mm gain from the sale of the corporate airplane
- Sale of the Atlanta TV station closed in August 2006 and in September 2006 an agreement was reached to sell the Boston TV station. Both transactions closed in December 2006.

Publishing

- Classified advertising revenues were down 3% without the additional week
- Retail revenues increased by 7%, national advertising revenues by 3% classified was flat
- Interactive revenues were up 31% to $61m, mainly due to strength across all classified categories
- Circulation revenues were down 6% for the quarter without the additional week

Broadcasting and Entertainment

- Station revenue in LA, NY and Chicago all showed improvement. Gains in political, movies, telecom and education were partially offset by a decline in the retail category
- Radio/ entertainment revenues reflected higher revs for the Chicago Cubs and WGN Radio

## Financial summary ($ millions)

| | Q4 2006 | Q4 2005 | %change |
|---|---|---|---|
| Revenue | | | |
| Publishing | $1,111 | $1,072 | 3.6% |
| Broadcasting & Entertainment | | | |
| Television | 325 | 296 | 9.9 |
| Radio/ Entertainment | 30 | 24 | 28.2 |
| Total Broadcasting & Entertainment | 356 | 320 | 11.3 |
| Total revenue | $1,467 | $1,392 | 5.4% |
| Operating Cash Flow | | | |
| Publishing | $271 | $233 | 16.4% |
| Broadcasting & Entertainment | | | |
| Television | 119 | 106 | 12.4 |
| Radio/ Entertainment | 0 | 6 | (95.3) |
| Total Broadcasting & Entertainment | 390 | 344 | 13.4 |
| Corporate Expenses | (8) | (9) | (18.9) |
| Total operating cash flow | $653 | $567 | 15.1% |
| Diluted Earnings per share | | | |
| Continuing Operations | $0.96 | $0.42 | NM |
| After Discontinued Operations | $0.03 | $0.01 | NM |
| Breakdown of Publishing Revenue | | | |
| Advertising | | | |
| Retail | $406 | $380 | 6.6% |
| National | 218 | 211 | 3.3 |
| Classified | 269 | 268 | 0.2 |
| Sub Total | 893 | 860 | 3.8 |
| Circulation | 150 | 148 | 1.0 |
| Other | 68 | 64 | 7.1 |
| Segment Total | $1,111 | $1,072 | 3.6% |

JPMorgan Source: Company press release

Highly Confidential - Attorneys' Eyes Only

# Comparable newspaper public companies

$ millions

| Company | Price/ Share 01/09/07 | % of 52-week high | Equity value | Firm value | Adjusted firm value | P/E multiple CY06E | P/E multiple CY07E | Adjusted firm value/ CY06E revs | Adjusted firm value/ CY07E revs | Adjusted firm value/ CY06E EBITDA | Adjusted firm value/ CY07E EBITDA | Adj. FV/LFCF CY06E | Adj. FV/LFCF CY07E | '06–'07 rev growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tribune | $30.75 | 89.7% | $7,405 | $12,364 | $10,897 | 15.9x | 14.9x | 2.0x | 2.0x | 8.4x | 8.5x | 10.0x | 10.2x | (0.5)% |
| **Large markets** | | | | | | | | | | | | | | |
| Dow Jones | 36.83 | 89.0% | $3,072 | $3,727 | $3,693 | 34.7x | 24.9x | 2.0x | 1.8x | 14.5x | 11.3x | 24.3x | 14.1x | 12.4% |
| Gannett Inc | 59.63 | 91.8 | 14,115 | 19,055 | 18,868 | 12.0 | 11.8 | 2.3 | 2.3 | 8.3 | 8.4 | 9.2 | 9.4 | 1.7 |
| New York Times | 23.77 | 82.0 | 3,434 | 5,030 | 4,791 | 15.0 | 14.9 | 1.4 | 1.4 | 9.5 | 9.4 | 34.5 | 15.2 | 0.5 |
| Washington Post | 761.08 | 93.4 | 7,334 | 7,137 | 7,071 | 19.8 | 19.0 | 1.8 | 1.6 | 8.8 | 8.3 | 16.0 | 14.5 | 9.8 |
| Mean | | | | | | 20.4x | 17.6x | 1.9x | 1.8x | 10.3x | 9.4x | 21.0x | 13.3x | 6.1% |
| Median | | | | | | 17.4x | 17.0x | 1.9x | 1.7x | 9.1x | 8.9x | 20.2x | 14.3x | 5.8 |
| **Medium & small markets** | | | | | | | | | | | | | | |
| Belo Corp | $18.32 | 79.7% | 1,853 | $3,108 | $3,108 | 15.9x | 16.5x | 1.9x | 1.9x | 8.2x | 8.4x | 15.2x | 10.5x | 0.4% |
| Journal Register | 6.63 | 43.4 | 260 | 1,003 | 1,003 | 6.9 | 6.8 | 1.8 | 1.8 | 8.3 | 8.3 | 10.8 | 9.7 | 0.8 |
| Lee Enterprises | 30.32 | 82.0 | 1,391 | 2,982 | 2,758 | 15.3 | NM | 2.3 | 2.3 | 8.8 | 8.7 | 9.8 | 9.9 | 2.4 |
| Media Gen Inc | 37.59 | 72.9 | 905 | 1,957 | 1,869 | 12.0 | 13.1 | 1.9 | 1.8 | 8.2 | 8.0 | 16.3 | 10.2 | 6.3 |
| McClatchy Co | 41.08 | 69.1 | 3,363 | 7,149 | 6,893 | 14.6 | 14.6 | 3.4 | 2.4 | 12.8 | 9.0 | 15.8 | 10.4 | 42.1 |
| Scripps E W Co | 50.00 | 97.9 | 8,311 | 9,416 | 9,170 | 22.8 | 20.4 | 3.6 | 3.4 | 11.0 | 10.0 | 12.6 | 11.2 | 8.7 |
| Mean | | | | | | 14.3x | 13.7x | 2.6x | 2.3x | 9.5x | 8.8x | 13.4x | 10.3x | 12.0% |
| Median | | | | | | 14.6x | 13.9x | 2.3x | 2.3x | 8.5x | 8.7x | 13.9x | 10.3x | 6.3% |
| **Summary data** | | | | | | | | | | | | | | |
| Mean | | | | | | 16.8x | 15.7x | 2.2x | 2.1x | 9.7x | 8.9x | 15.8x | 11.4x | 7.8% |
| Median | | | | | | 15.3x | 14.9x | 2.0x | 1.9x | 8.8x | 8.4x | 15.2x | 10.4x | 2.4% |
| High | | | | | | 34.7x | 24.9x | 3.6x | 3.4x | 14.5x | 11.3x | 34.5x | 15.2x | 42.1% |
| Low | | | | | | 6.9x | 6.8x | 1.4x | 1.4x | 8.1x | 8.0x | 9.2x | 9.4x | 0.4% |

Source: SEC filings and Wall Street research
Note: FCF calculated as EBITDA - Capex

PROJECT TOWER

JPMorgan

Highly Confidential - Attorneys' Eyes Only

# Comparable TV broadcaster public companies

$ millions

| Company | Price/ Share 01/05/07 | % of 52-week high | Equity value | Firm value | Adjusted firm value | P/E multiple CY06E | P/E multiple CY07E | Adjusted firm value/ CY06E revs. | Adjusted firm value/ CY07E revs. | Adjusted firm value/ CY06E EBITDA | Adjusted firm value/ CY07E EBITDA | Adj. FV/LFCF CY06E | Adj. FV/LFCF CY07E | 06-07 rev growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tribune | $30.75 | 89.7% | $7,405 | $12,364 | $10,897 | 15.9x | 14.9x | 2.0x | 2.0x | 8.4x | 8.5x | 10.0x | 10.2x | (0.5)% |
| Television broadcasting | | | | | | | | | | | | | | |
| Hearst-Argyle TV | $25.65 | 98.1 | $2,534 | $3,363 | $3,363 | 26.4x | 32.5x | 4.3x | 4.4x | 11.9x | 12.8x | 21.0x | 20.9x | (0.6) |
| Belo Corp | 18.32 | 79.7 | 1,875 | 3,130 | 3,130 | 17.4 | 13.6 | 2.0 | 2.0 | 8.4 | 7.4 | 11.5 | 8.9 | (0.1) |
| Sinclair Broad | 11.28 | 99.9 | 969 | 2,702 | 2,702 | 28.4 | 24.9 | 3.8 | 3.8 | 11.6 | 11.8 | 8.2 | 10.0 | (0.2) |
| Entravision Comm | 7.84 | 85.4 | 825 | 1,310 | 1,310 | 49.8 | 36.9 | 4.4 | 4.3 | 12.9 | 12.0 | 29.0 | 19.4 | 4.3 |
| LIN TV | 10.20 | 91.0 | 519 | 1,620 | 1,620 | 29.8 | 38.3 | 3.5 | 3.5 | 11.9 | 12.3 | 18.2 | 14.7 | (0.7) |
| Gray Television | 7.51 | 78.8 | 368 | 1,258 | 1,258 | 20.9 | 50.1 | 3.7 | 3.8 | 9.2 | 10.6 | 7.3 | 20.9 | (1.2) |
| Mean | | | | | | 28.8x | 32.7x | 3.6x | 3.5x | 11.0x | 11.1x | 15.9x | 15.8x | 0.3% |
| Median | | | | | | 27.4x | 34.7x | 3.8x | 3.8x | 11.7x | 11.9x | 14.8x | 17.1x | (0.4)% |

Source: SEC filings and Wall Street research
Note: FCF calculated as EBITDA - Capex

Highly Confidential - Attorneys' Eyes Only

# Precedent Radio and TV transaction benchmarks

**Selected radio station groups transaction ($ millions)**

| Date | Acquiror | Target | Transaction value | FV LTM EBITDA |
|---|---|---|---|---|
| Feb-06 | Citadel | ABC Radio | $2,700 | 14.6x |
| Oct-05 | Cumulus Media | Susquehanna Raltzgraff | 1,200 | 15.3x |
| May-03 | Citadel | Wilks Broadcasting stations | 133 | 19.0x |
| Feb-01 | Radio One | Blue Chip Broadcasting | 190 | 16.0x |
| Jan-01 | Forstmann Little | Citadel | 1,942 | 19.7x |
| Oct-00 | Viacom | Infinity | 39,900 | 23.5x |
| Jun-00 | Cox | Midwestern | 280 | 20.0x |
| Mar-00 | Radio One | Clear Channel | 1,300 | 20.0x |
| Mar-00 | Infinity | Clear Channel | 1,400 | 21.5x |
| Oct-99 | Clear Channel Comm. | AMFM | 22,630 | 25.0x |
| Oct-98 | Clear Channel Comm. | Jacor | 4,345 | 18.9x |
| Aug-98 | Chancellor | Capstar | 4,644 | 21.4x |
| Sep-97 | Chancellor | Viacom | 1,075 | 18.0x |
| Sep-97 | CBS Corp. | American Radio Systems Corp. | 2,685 | 14.9x |

Median = 19.0x
Mean = 19.1x

**Selected TV station group transactions ($ millions)**

| Date | Acquiror | Target | Transaction value | FV forward BCF |
|---|---|---|---|---|
| Jan-07 | Oak Hill Capital | NYT Broadcast Media Gp | $575 | 14.1x |
| Jun-06 | Media General, Inc | NBC Universal | 600 | 14.0x |
| Sep-05 | Blackstone Group | Emmis Communications | 250 | 14.6x |
| Aug-05 | Raycom Media, Inc. | Liberty Corp. | 987 | 13.8x |
| Aug-05 | LIN TV Corp. | Emmis Communications | 260 | 14.5x |
| Aug-05 | Gray Television, Inc. | Emmis Communications | 186 | 16.1x |
| Aug-05 | Journal Comm., Inc. | Emmis Communications | 235 | 16.2x |
| Sep-03 | Nexstar | Quorum | 272 | 15.0x |
| Apr-02 | Gray Comm. | Benedek | 500 | 9.5x |
| May-00 | Emmis Broadcasting | Lee Enterprises | 563 | 13.4x |
| Dec-97 | Sinclair | Max Media (TV and Radio) | 255 | 11.6x |
| Jul-97 | Sinclair | Heritage | 570 | 11.9x |
| May-97 | Paxson | ITT/ Dow | 258 | 9.9x |
| Mar-97 | Hearst | Argyle | 524 | 11.2x |
| Jan-97 | Meredith | First Media | 375 | 10.0x |
| Apr-96 | Sinclair | River City (TV only) | 960 | 12.0x |

Median = 13.7x
Mean = 13.0x

Source: Company filings, press releases and equity research

Highly Confidential - Attorneys' Eyes Only

# Selected transaction multiples of metro newspaper sales

Selected metro newspaper transactions ($ millions)

Median = 11.4x Mean = 11.7x

| Date | Acquirer | Target | Transaction value | EV/forward BCF |
|---|---|---|---|---|
| Apr-06 | MediaNews | McClatchy | $1,000 | 11.5x |
| Mar-06 | McClatchy | Knight Ridder | 6,055 | 10.0x |
| Jan-05 | Lee Enterprises | Pulitzer Inc. | 1,460 | 12.5x |
| Oct-03 | Family Consortium | Freedom Comm. | 2,050 | 11.3x |
| Feb-02 | Lee Enterprises | Howard Publications | 694 | 14.8x |
| Jun-00 | Gannett | Central Newspapers | 2,646 | 11.2x |
| Jun-00 | Pulitzer | Greater St. Louis | 165 | 12.9x |
| May-00 | Pulitzer | St. Louis Post Dispatch | 306 | 10.6x |
| Mar-00 | Tribune Co. | Times Mirror | 7,880 | 10.5x |
| Oct-99 | New York Times Co. | Worcester Telegram & Gazette | 295 | 10.9x |
| Nov-97 | McClatchy Newspapers | Cowles Media Co. | 1,350 | 11.5x |
| May-97 | E.W. Scripps | Harte-Hanks (six dailies) | 700 | 15.8x |
| Apr-97 | Tele Communications | Kearns Tribune Corp. | 731 | 8.6x |
| Apr-97 | Knight Ridder | Disney's Newspaper Division | 1,650 | 10.5x |
| Sep-96 | A.H. Belo | Providence Journal Co.[1] | 270 | 12.5x |
| Aug-95 | Knight Ridder | Lesher Communications | 360 | 14.4x |
| Jul-95 | Gannett | Multimedia Inc. | 1,713 | 9.0x |
| Feb-95 | Economic Newspaper | Knight Ridder | 115 | 13.0x |
| Feb-94 | American Publishing | Sun Timers Co. | 180 | 9.7x |
| Jun-93 | New York Times Co. | Affiliated Publications Inc. | 1,028 | 12.4x |

Source: Company fillings, press releases and Wall Street research estimates
[1] Represents consideration paid for newspaper division only

Highly Confidential - Attorneys' Eyes Only

# Selected transaction multiples of community newspaper sales

**Selected community newspaper transactions ($ millions)**

| Date | Acquirer | Target | Transaction value | FV/forward EBITDA (Median = 11.3x, Mean = 11.3x) |
|---|---|---|---|---|
| Oct-06 | Community Newspaper Holdings | Dow Jones Community Media Div. | $283 | 11.3x |
| May-05 | Fortress Investment | Liberty Group Publishing | $530 | 10.2x |
| Nov-04 | Gannett | HomeTown Communications | NA | 15.0x[1] |
| Dec-04 | Spire Capital | American Community Newspapers | 85 | 9.5x |
| Jul-04 | Journal Register | 21st Century Newspapers | 415 | 11.6x |
| Apr-03 | Dow Jones (Ottaway Newspapers) | Stockton Record | 144 | 12.0x |
| Jul-02 | Lee Enterprises | Sioux City Journal ( Hagadone) | 60 | 11.5x |
| Apr-02 | Eagle-Tribune Publishing | DJ (Ottaway Newspapers) | 70 | 8.1x |
| Feb-02 | Community Newspaper Holdings | DJ (Ottaway Newspapers) | 182 | 12.0x |
| Jun-00 | Gannett | Thomson Newspapers | 1,125 | 12.1x |
| Jun-00 | Media General | Thomson Newspapers (five deals) | 237 | 15.0x |
| Dec-98 | Community Newspaper Holdings | Hollinger International U.S. | 472 | 13.2x |
| Dec-98 | Quebecor | Sun Media | 935 | 11.5x |
| Jul-98 | Media News Group | Charleston Daily Mail | 78 | 9.0x |
| May-98 | Journal Register Co. | Goodson Newspapers | 300 | 11.0x |
| Jan-98 | Liberty | Certain assets of Hollinger | 307 | 10.2x |
| Jul-96 | Media General | Park Communications | 710 | 9.9x |
| Jan-96 | A.H. Belo | Owenboro & Bryan-College Eagle | 89 | 10.7x |
| Sep-95 | Media General | Worrell Enterprises' Virginia Papers | 230 | 9.8x |
| Oct-94 | D. Tomlin, G. Knapp & Investors | Park Communications | 587 | 10.9x |
| Jul-95 | Morris Communications | Stauffer Communications | 275 | 12.3x |

Source: Company filings, press releases and Wall Street research estimates
[1] JPMorgan estimates

PROJECT TOWER

JPMorgan

# Existing bond indenture limitations

General

- No provisions that would provide protection to bondholders in the event of a change of control of Tribune or in the event of a highly leveraged transaction

Pledge of collateral

**$450mm 4.875% Notes and $330mm 5.25% Notes**

- Neither Tribune nor any Restricted Subsidiary (defined as each subsidiary as of the date of the Indenture and each subsidiary thereafter created or acquired) will place a lien on any asset of Tribune unless Tribune secures the Notes equally and ratably with such secured indebtedness
- An amount up to 10% of the consolidated net tangible assets may be secured without triggering the equal and ratable provisions

**$82mm 7.25% Debentures and $99mm 7.5% Debentures**

- Neither Tribune nor any Restricted Subsidiary (defined as any subsidiary that owns or leases a Principal Property) will place a lien on any Principal Property (any material manufacturing plant or facility located within the U.S.) or on any stock or indebtedness unless Tribune secures the Notes equally and ratably with such secured indebtedness
- An amount up to 10% of the shareholders' equity may be secured without triggering the equal and ratable provisions

**$85mm 6.61% Debentures and $148mm 7.25% Debentures**

- If the 7.5% Notes or the 7.25% Notes become secured by Principal Property or any stock or indebtedness, then the Notes will become equally and ratably secured with the 7.5% and 7.25% Notes
- If 7.5% and 7.25% Notes cease to be outstanding, then this provision falls away

Highly Confidential - Attorneys' Eyes Only

JPM_00233379

# Tribune existing capital structure snapshot

($ 000s, except as indicated)

| Debt Type | Maturity | Rating | Principal Outstanding | Market Value of PHONES Debt | Rating Agencies' View of PHONES Debt | Price ($) | YTW (%) |
|---|---|---|---|---|---|---|---|
| Commercial paper (effective interest rate of 6.000%) | | | 97,019 | | | | |
| $1.5bn Senior Credit Facility (effective int rate of 6.125%)[1] | 2011 | BB+ | 1,500,000[1] | | | | |
| $2.15bn Senior Bridge Facility (effective interest rate of 6.118%) | 2007 | BB+ | 1,600,000[1] | | | | |
| Medium term notes (weighted average interest rate of 6.2%) | 2005-2008 | BB+ | 262,585 | | | | |
| Property financing obligation (effective interest rate of 7.7%) | 2009 | BB+ | 60,333 | | | | |
| 4.875% notes due 2010 | 8/15/2010 | BB+ | 449,397 | | | 95.01 | 6.45 |
| 7.25% debentures due 2013 | 3/1/2013 | BB+ | 79,861 | | | 97.55 | 7.76 |
| 5.25% notes due 2015 | 8/15/2015 | BB+ | 328,599 | | | 85.05 | 7.66 |
| 7.5% debentures due 2023 | 7/1/2023 | BB+ | 94,722 | | | 89.29 | 8.74 |
| 6.61% debentures due 2027 | 9/15/2027 | BB+ | 82,733 | | | 81.83 | 8.49 |
| 7.25% debentures due 2096 | 11/15/2096 | BB+ | 129,837 | | | 80.65 | 8.99 |
| Interest rate swaps | | | 21,079 | | | | |
| Other notes and obligations | Various | N/A | 17,596 | | | | |
| 2% PHONES debt related to Time Warner stock | 2029 | BB- | 1,253,600[2] | 551,200[3] | 940,200[4] | | |
| Total debt | | | 5,977,361 | 5,274,961 | 5,663,961 | | |

Note: Data as of 1/10/2007, unless specified otherwise

Source: 10Q for 9/30/2006, Bloomberg

[1] Outstanding amount as of 9/24/06. Proceeds were used to buy back stock, refinance outstandings under the old Credit Facility and repay commercial paper oustandings

[2] Based on 8.0 million PHONES valued at $156.70 per PHONES

[3] Market value of PHONES at 10/19/06. Also represents the GAAP balance sheet value of the PHONES debt

[4] Represents 75% of the face amount of the PHONES debt

JPMorgan

[dashed box] Debt that could stay in place post LBO

Highly Confidential - Attorneys' Eyes Only

# Capital structure snapshot

| Debt Type | Notes |
|---|---|
| Commercial paper (weighted average interest rate of 4.4%) | ■ On Sept. 30, 2005, the Company paid $880 million to the IRS, representing the federal tax and interest owed on the Matthew Bender and Mosby transactions, and financed the payment through the issuance of commercial paper<br>■ $286mm classified as current; intends to refinance remainder $636mm of commercial paper scheduled to mature by Dec. 25, 2005 |
| Medium term notes (weighted average interest rate of 6.2%) | ■ May not be redeemed by company prior to maturity<br>■ Intends to refinance $293mm of medium-term notes scheduled to mature by Dec., 25, 2005 |
| Property financing obligation (effective interest rate of 7.7%) | ■ The Company leases the Real Properties from TMCT I and accounts for the lease as a property financing obligation in its consolidated balance sheet<br>■ On Aug. 8, 2009, the end of the lease term, the Company has the option to purchase all of the Real Properties for their fair market value. If the Real Properties are not purchased by the Company, they will remain the assets of TMCT I and may, as provided for under the terms of the lease agreement, be leased by the Company at fair market value rent.<br>■ The agreement provides for two additional 12-year lease terms with fair market value purchase options at the end of each term. |
| 4.875% notes due 2010 | ■ Redeemable at any time at greater of 100% of principal amount and make-whole at T+15<br>■ Amount of secured debt is capped at 10% of Consolidated Net Tangible Assets. Security that is granted on debt exceeding this amount triggers the requirement that the Notes be secured pari passu to the new debt. |
| 7.25% debentures due 2013 | ■ Not redeemable prior to maturity |
| 5.25% notes due 2015 | ■ Redeemable at any time at greater of 100% of principal amount and make-whole at T+20<br>■ Amount of secured debt is capped at 10% of Consolidated Net Tangible Assets. Security that is granted on debt exceeding this amount triggers the requirement that the Notes be secured pari passu to the new debt. |
| 7.5% debentures due 2023 | ■ Not redeemable prior to maturity |
| 6.61% debentures due 2027 | ■ Put option at 100% of principal amount on Sep. 15, 2004<br>■ Redeemable at any time after Sep. 15, 2004, at greater of 100% of principal amount and make-whole at T+10 |
| 7.25% debentures due 2096 | ■ Not redeemable prior to maturity |
| Interest rate swaps | ■ The Company is currently a party to one interest rate swap agreement. This swap agreement relates to the $100 million 7.5% debentures due in 2023 and effectively converts the fixed 7.5% rate to a variable rate based on LIBOR. |
| Other notes and obligations | ■ N/A |

Highly Confidential - Attorneys' Eyes Only

JPM_00233381

# Capital structure snapshot (cont'd)

| Debt Type | Notes |
|---|---|
| 2% PHONES debt related to Time Warner stock | ■ In 1999, the Company issued 8 million PHONES for an aggregate principal amount of approximately $1.3 billion. The principal amount was equal to the value of 16 million shares of Time Warner common stock at the closing price of $78.50 per share on April 7, 1999<br>■ Quarterly interest payments are made to the PHONES holders at an annual rate of 2% of the initial principal<br>■ Principal payments equal to any dividends declared on the 16 million shares of Time Warner common stock<br>■ The Company may redeem the PHONES at any time for the higher of the principal value of the PHONES ($156.84 per PHONES at Dec. 25, 2005) or the then market value of two shares of Time Warner common stock, subject to certain adjustments<br>■ At any time, holders of the PHONES may exchange a PHONES for an amount of cash equal to 95% (or 100% under certain circumstances) of the market value of two shares of Time Warner common stock<br>■ At Dec. 25, 2005, the market value per PHONES was $74.00, and the market value of two shares of Time Warner common stock was $35.36 |
| Series C convertible preferred stock | ■ Owned by TMCT I<br>■ 88,519 shares (net of 354,077 treasury shares) (liquidation value $500 per share)<br>■ Cumulative, non-voting preferred stock, which is entitled to annual dividends of 8% based on liquidation value<br>■ Convertible into the Company's common stock in 2025 and thereafter. The conversion factor is calculated by dividing $500 plus accrued and unpaid dividends by the average closing prices of the Company's common stock for the 20 trading days immediately preceding the conversion date |
| Series D-1 convertible preferred stock | ■ Owned by TMCT II<br>■ 76,194 shares (net of 304,778 treasury shares) (liquidation value $500 per share)<br>■ Dividends will increase ratably from 6.91% in 2006 to 8.40% in 2012 and thereafter pursuant to a predetermined schedule<br>■ Convertible into the Company's common stock in 2025 and thereafter. The conversion factor is calculated by dividing $500 plus accrued and unpaid dividends by the average closing prices of the Company's common stock for the 20 trading days immediately preceding the conversion date |
| Series D-2 convertible preferred stock | ■ Owned by TMCT II<br>■ 49,020 shares (net of 196,080 treasury shares) (liquidation value $500 per share)<br>■ Dividends will increase ratably from 6.91% in 2006 to 8.40% in 2012 and thereafter pursuant to a predetermined schedule<br>■ Convertible into the Company's common stock in 2025 and thereafter. The conversion factor is calculated by dividing $500 plus accrued and unpaid dividends by the average closing prices of the Company's common stock for the 20 trading days immediately preceding the conversion date |

Highly Confidential – Attorneys' Eyes Only

JPM_00233382