From: CN=James B. Lee/O=JPMCHASE
Date: 02/20/2007 08:13:48 PM
To: CN=Brit J Bartter/O=JPMCHASE@JPMCHASE; CN=Jamie Dimon/OU=IL/O=ONE@JPMCHASE; CN=Douglas Braunstein/O=JPMCHASE@JPMCHASE; CN=Jennifer Nason/O=JPMCHASE@JPMCHASE
CC: CN=Rajesh Kapadia/O=JPMCHASE@JPMCHASE; CN=Mitchell Scherzer/O=JPMCHASE@JPMCHASE
Subject: Re: Zell

---

Perfect....well done brit.
Jimmy
James B. Lee, Jr.
Vice Chairman
J.P.Morgan Chase & Co.

----- Original Message -----
From: Brit J Bartter
Sent: 02/20/2007 07:06 PM
To: Jamie Dimon; James Lee; Douglas Braunstein; Jennifer Nason
Cc: Rajesh Kapadia; Mitchell Scherzer
Subject: Zell
We just told the Zell team that JPM is there for them on their big project.
They were delighted and quite impressed by what this firm accomplished since last Thursday evening.
ML is in as well, Citi is not quite there yet.
We have been assured that our performance and contribution will be appropriated recognized regardless of whether there are ultimately 2 or 3 committed institutions.
Thanks to everyone in senior management who have been so instrumental in the Zell relationship and the spectacular good work of everyone on the SLF team and in the Media Group, we have positioned ourselves to be in the middle of this wherever it goes.
Brit J. Bartter
Vice Chairman
J.P. Morgan Securities Inc.
227 West Monroe Street, Suite 2800
Chicago, IL 60606
Telephone: 312-541-4216
Facsimile:  312-541-3429
Cellular:    847-715-8570
brit.j.bartter@jpmorgan.com

Highly Confidential - Attorneys' Eyes Only

JPM_00329701