From: CN=Rajesh Kapadia/O=JPMCHASE
Date: 02/20/2007 11:46:57 AM
To: CN=Timothy Storms/O=JPMCHASE@JPMCHASE
Subject: [Redacted]

Thanks.
---------------------------
Sent from my BlackBerry Wireless Handheld
   Inactive hide details for Timothy StormsTimothy Storms

```
       From: Timothy Storms
       Sent: 02/20/2007 10:16 AM
       To: Rajesh Kapadia; Jeff Sell
       Subject: [Redacted]
```
Raj, On the specific transaction you have in mind, based on Conflicts down here I need you to go straight to Jeff Sell for credit apporval.
Jeff, I returned your call regarding LEQs, and to give you a heads up this was coming. thank you.  -Tim
Inactive hide details for Rajesh Kapadia/JPMCHASERajesh Kapadia/JPMCHASE

| | | |
|---|---|---|
| **Rajesh Kapadia/JPMCHASE**<br><br>02/20/2007 10:42 AM | [IMAGE]<br>[IMAGE]<br>[IMAGE]<br>Subject | [IMAGE] Christopher Wardell/JPMCHASE@JPMCHASE, To timothy.storms@jpmorgan.com, christian.walsh@jpmorgan.com, lenard.weiner@jpmorgan.com, Mark Malloy/JPMCHASE@JPMCHASE, mary.gherty@jpmorgan.com, James Ballentine/JPMCHASE@JPMCHASE<br>[IMAGE] aized.a.rabbani@jpmorgan.com cc<br>[IMAGE] [Redacted] |

[IMAGE]       [IMAGE]

| Redacted |
|---|
| Redacted |

If you are interested to join, we will be in the Trophy Room or the dial-in is 866-377-0034, access 945213.

Highly Confidential - Attorneys' Eyes Only