John Kowalczuk

January 20, 2010

CONFIDENTIAL

---

**225**

1      Confidential - J. Kowalczuk
2      Q.   Can you tell from looking at the
3   document who prepared it?
4      A.   I can't.
5      Q.   Can you tell from looking at the
6   document where within JPMorgan it was
7   prepared?
8      A.   I can't.
9      Q.   Looking at the second page, the
10   third bullet point, third gray bullet point
11   under the top bullet states, "JPMorgan deal
12   team's analysis indicates that the company
13   will potentially fail the solvency tests
14   pro forma for Step 2." Do you see that?
15      A.   I do.
16      Q.   What do you interpret that to mean?
17      A.   What do I interpret it to mean?
18      Q.   Well, strike the question.
19      A.   Okay.
20      Q.   That sentence refers to potentially
21   failing the solvency tests pro forma for
22   Step 2.
23      A.   Yes.
24      Q.   What do you interpret that to mean?
25      MR. GLAZER:  I'm not sure what

---

**226**

1      Confidential - J. Kowalczuk
2   you're asking him to interpret.
3      Q.   What does it mean to fail solvency
4   tests?
5      A.   Oh.  I don't know how to -- it
6   means they wouldn't pass the solvency tests.
7   I don't mean to be -- I don't know how to
8   answer the question.
9      Q.   Well, to your knowledge, what does
10   a solvency test measure?
11      A.   Oh.  Well, there were -- the
12   solvency tests, I think -- and my knowledge
13   of solvency tests is only sort of relates to
14   this transaction.  And I remember there were
15   several tests that the VRC analysis did.  And
16   there's only -- I remember there are multiple
17   tests.  I can't really remember them very
18   well.
19      MR. GLAZER:  They also implicate
20      legal issues, which this witness is not
21      a lawyer, so.
22      A.   Yeah.  I mean what I learned from
23   that VRC solvency opinion or analysis was
24   that I didn't really know much about
25   solvency, so -- but I mean to answer your

---

**227**

1      Confidential - J. Kowalczuk
2   question, I mean there were several sort of
3   tests, I guess, as to the solvency question,
4   and I mean this statement is saying they
5   would potentially fail those tests.
6      Q.   And do you remember at any point
7   someone on the JPMorgan or anyone on the
8   JPMorgan deal team analyzing solvency and
9   reaching a conclusion that the company could
10   potentially fail solvency tests for Step 2 of
11   the transaction?
12      MR. GLAZER:  Only if you can answer
13      that without revealing privileged
14      conversations.
15      A.   I remember someone on the deal
16   team -- what I remember is someone on the
17   deal team attempted to understand the VRC
18   methodology and assess whether they could or
19   couldn't, using that methodology, pass.
20      Q.   And who was that who you recall
21   doing that on the JPM deal team?
22      A.   I think that was Tony Grimminck.
23      Q.   And do you remember the substance
24   of any of Mr. Grimminck's conclusions or
25   analyses?

---

**228**

1      Confidential - J. Kowalczuk
2      A.   I don't.  I don't.  Well, I don't
3   remember the substance of his conclusions.
4   And the substance of his analyses is sort of
5   what I described, which is he was trying to
6   follow that methodology that VRC used, but I
7   don't think he understood it very well.  I
8   certainly didn't understand it very well.
9      Q.   Am I right that this was an effort
10   by JPMorgan to understand the VRC solvency
11   analyses in connection with Step 2 of the
12   transaction.
13      (Record read.)
14      MR. JOHNSTON:  Objection to form
15      and foundation.
16      A.   I think it was an attempt to
17   understand the VRC analysis, yes.
18      Q.   Do you know if JPMorgan undertook a
19   similar analysis with respect to VRC's Step 1
20   solvency opinions?
21      A.   I don't believe we did that.
22      Q.   Were you involved at all in review
23   of the solvency analysis or the review of the
24   VRC solvency work in connection with Step 2
25   in the fall of '07?

---



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

---

### 229

1    Confidential - J. Kowalczuk
2        MR. GLAZER:  Yes or a no.
3    (Record read.)
4    A.  Oh, Step 2.  Sorry.
5    (Record read.)
6        MR. GLAZER:  That's a yes or a no.
7    A.  Yes.
8    Q.  What did you do?
9        MR. GLAZER:  And I'm going to
10    caution you not to speak about anything
11    that could be privileged.
12        THE WITNESS:  Okay.
13    A.  I remember I looked at some of the
14    work that Tony had done.
15    Q.  Why did you look at it?
16    A.  I was on the deal team.  He sent it
17    to me.  I think it's kind of to keep me in
18    the loop.  And so I looked at it.
19    Q.  Do you have any reason to believe
20    that the statement made in this discussion
21    point on Page 70130 is inaccurate?
22    A.  Sorry.  The third -- are you
23    referring to the third bullet on --
24    Q.  Yes.
25    A.  I don't have a reason to believe

### 230

1    Confidential - J. Kowalczuk
2    it's inaccurate.
3    Q.  Were you present, in connection
4    with this part of the JPMorgan work or
5    relating to the VRC analysis, were you
6    present in meetings where there were lawyers
7    for JPMorgan in-house or outside counsel
8    present?
9    A.  Yes, I think so.  Present including
10    on the phone, I assume, right?
11    Q.  Yes.
12    A.  Yeah.  I think the answer to that
13    is yes.  It's kind of a vague recollection,
14    but I think so.
15        MR. GOLDFARB:  Off the record for a
16    second.
17    (Discussion off the record.)
18        MR. GOLDFARB:  Mr. Kowalczuk, I
19    have no further questions for you at
20    this time.
21        THE WITNESS:  Okay.  Thanks.
22        MR. GLAZER:  Thank you very much.
23    EXAMINATION BY
24    MR. KORPUS:
25    Q.  Mr. Kowalczuk, my name is Sheron

### 231

1    Confidential - J. Kowalczuk
2    Korpus.  I represent the Law Debenture.  Just
3    a few follow-up questions.
4        Was Tribune the most significant
5    deal that you worked on in 2007?
6        MR. GLAZER:  Objection to form.
7    A.  I don't remember the other deals.
8    I don't remember other deals that I worked on
9    in 2007.  And I'm not sure what you mean by
10    significant.  I think it was probably the
11    largest.
12    Q.  Yeah, I was going to ask that.
13    A.  Okay.  Yeah.
14    Q.  Was it the largest deal?
15    A.  I think it was.  I'm not sure, but
16    I think it was.
17    Q.  And when you think about 2007, no
18    other deals come to mind that you worked on
19    in that time?
20    A.  None come to mind.  There were
21    others, but none come to mind.
22    Q.  Did you spend more time on Tribune
23    during 2007 than any other deal, to the best
24    of your recollection?
25    A.  I think in the second half of the

### 232

1    Confidential - J. Kowalczuk
2    year, yes, because the deal flow sort of
3    evaporated, in a sense.  I don't know if
4    that's a true statement in the first half --
5    I don't think it's actually a true statement
6    in the first half of the year.
7    Q.  Did you receive a bonus from
8    JPMorgan in 2007?
9    A.  Yes.  I think you mean did I
10    receive it -- I received it in 2008 for 2007,
11    yes.
12    Q.  What was the amount of that bonus?
13    A.  I have to do a little math here,
14    okay.
15        MR. GLAZER:  It's fun math to do, I
16    would assume.
17    A.  It was about $300,000.
18    Q.  In receiving that bonus, do you get
19    told whether there are any deals or any
20    special achievements during the past year
21    that motivated the company to pay you a
22    bonus, or do you just receive a check and go
23    deposit it?
24    A.  When I get the bonus, I just get
25    the bonus.



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

CONFIDENTIAL

### 233

1    Confidential - J. Kowalczuk
2        Q.   Is there a review when you are told
3    why it is that you are receiving a bonus?
4        A.   Well, there's a review that tells
5    me why I've gotten sort of the -- it's a
6    review that -- it's disassociated from the
7    bonus, the review.
8        Q.   In your review was your work on
9    Tribune for 2007 mentioned?
10       A.   I believe it was.
11       Q.   And do you believe that it was
12   mentioned in a complimentary manner rather
13   than a derogatory manner?
14       A.   I don't remember.  I don't remember
15   that it was negative.  I might remember that,
16   yeah.
17       Q.   You were asked about Ms. Choi, who
18   is now living in South Korea, and I think you
19   testified, I'm not sure --
20       A.   I'm sorry.  Well, go ahead and
21   finish the question.
22       Q.   Do you have something you want to
23   add to my --
24       A.   I don't know where she's living
25   now.

### 234

1    Confidential - J. Kowalczuk
2        MR. GLAZER:  She went back.
3        A.   Yeah, she went back.
4        Q.   My question was, you last had
5    contact with her I think you testified about
6    a year ago?
7        A.   Yes.  Sort of a vague recollection.
8    Right.
9        Q.   Was that by email, telephone,
10   personal?
11       A.   I think she sent me an email.
12       Q.   And what was the subject matter of
13   the communication?
14       A.   I think it was just like, hi,
15   how're you doing kind of.
16       Q.   Was there any discussion of Tribune
17   during that email exchange?
18       A.   Oh, no.  I don't think so.
19       Q.   Was she in Korea when she sent you
20   that email?
21       MR. GLAZER:  If you know.
22       A.   Yeah, I don't.  I don't recall.  I
23   don't know.  Yeah, I don't know.
24       Q.   Last you heard she went back to
25   Korea, and that's the last information you

### 235

1    Confidential - J. Kowalczuk
2    have about her whereabouts; is that correct?
3        A.   Yeah.  I think that's right, yeah.
4        MR. GLAZER:  I'm sure there is a
5    Choi or two in the phone book.
6        Q.   Throughout your work on Tribune,
7    and you may have been asked this, and I
8    apologize if you were, did you have
9    discussions with anyone about the
10   possibility, other than legal counsel, about
11   the possibility of Tribune filing for
12   bankruptcy and how JPMorgan Chase would be
13   protected in that event?
14       MR. GLAZER:  I'm going to object to
15   that question, because conversations
16   that he has with others that are based
17   on conversations with lawyers could well
18   fall under the privilege as well.  So
19   within that context, I'll let him answer
20   unless the conversation would fall under
21   that category.
22       Do you understand my instruction?
23       THE WITNESS:  I think so, yeah.
24       Q.   So I'm not asking about
25   conversations you had with counsel or

### 236

1    Confidential - J. Kowalczuk
2    conversations you had with somebody about
3    legal advice that they may have received.
4        A.   Oh, I'm sorry.  I didn't understand
5    what you just said there.
6        Q.   I am excluding from my question all
7    legal advice given directly to you or given
8    to the person that you had the discussions
9    with.
10       A.   Okay.  And so the question is did I
11   have conversations about bankruptcy with
12   people at JPMorgan outside of conversations
13   that might have been with lawyers in the
14   context of legal advice.  I think so.  I mean
15   normally when we're doing a deal, it's sort
16   of part of what you're evaluating.  So I
17   think we would have had conversations about
18   that, yeah.  I mean not out of the ordinary,
19   though.
20       Q.   I mean isn't that part of the
21   reason why you wanted the guarantees from the
22   operating companies, so that you would have a
23   better lien in bankruptcy?
24       MR. GLAZER:  Objection to form.
25       A.   Your question doesn't quite make



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

---

### 237

1     Confidential - J. Kowalczuk
2   sense, I don't think.
3     Q.   Okay.
4     A.   I mean I think --
5     THE WITNESS:  So maybe can you read
6   that back to me.
7     (Record read.)
8     Q.   Better claim in bankruptcy would be
9   a better question.
10    A.   Okay.  Yes.  We wanted the
11  guarantees to give us sort of the best
12  structure, the best position and capital
13  structure.
14    Q.   Do you recall having discussions
15  with anybody at JPMorgan, be it Jeff Sell or
16  anybody else but not legal counsel or
17  involving any legal advice, about the
18  protection, the other protection that the
19  guarantees from the operating subsidiaries
20  would give you in bankruptcy?
21    A.   Not -- I remember there were
22  conversations generally on the subject, as I
23  said, as there normally would be.  And I mean
24  it's sort of self-evident that that's why you
25  want guarantees.  So I think there were

---

### 238

1     Confidential - J. Kowalczuk
2   conversations, but not anything specific or
3   out of the ordinary that I can remember.
4     Q.   Okay.  No specific conversation
5   comes to mind?
6     A.   Yeah.
7     Q.   Do you recall there being more
8   discussions about the possibility of
9   bankruptcy than in the usual LBO that you've
10  worked on in the past?
11    MR. GLAZER:  Objection to form.
12    A.   I think there was slightly more,
13  because the structure in this deal was a
14  little unusual because of the intercompany
15  note and the guarantees.  So it wasn't sort
16  of -- it wasn't as straightforward a
17  structure, so I think there were more of
18  those conversations than usual.
19    Q.   What is it about the structure and
20  the intercompany note that lends itself to
21  more discussions about bankruptcy than the
22  usual LBO deal?
23    MR. GLAZER:  Objection to form.
24    THE WITNESS:  Could you just read
25  that back.

---

### 239

1     Confidential - J. Kowalczuk
2     (Record read.)
3     A.   And these conversations weren't
4   specifically about bankruptcy.  It was more
5   about our seniority and our position in the
6   capital structure.  And normally we would
7   have the position where we would be secured
8   by all the assets of the company, and we
9   would have -- and often or usually have
10  guarantees from all the operating subs.  Here
11  it was different because we had guarantees
12  but we didn't have the assets.  We had this
13  intercompany note.  So that was different
14  than what normally happens, and so it
15  warranted extra discussion.  Okay.
16    Q.   On the subject of the intercompany
17  holding companies, the structure ended up
18  inserting an intercompany, a holding company
19  also on the broadcasting side.  And if you
20  look at Exhibit 9, on Page 25 of the first
21  section of Exhibit 9.
22    MR. GLAZER:  We have it.
23    Q.   If you look on the broadcasting
24  side, there's the newly formed Broadcasting
25  Holding LLC, but there was already an

---

### 240

1     Confidential - J. Kowalczuk
2   existing holding company there, Tribune
3   Broadcasting Company.  Do you see that?
4     A.   Yes.
5     Q.   Why didn't you just get the
6   security from Tribune Broadcasting Company?
7   Why did you feel the need to insert another
8   holding company?
9     MR. JOHNSTON:  Objection to form.
10    MR. GLAZER:  If you know.
11    Q.   If you know.
12    A.   I don't remember.  I don't
13  remember.
14    Q.   Do you know who would know the
15  answer to that question?
16    A.   No.
17    Q.   Would Mr. Kapadia be a good place
18  to start?
19    A.   He might know.  He might remember.
20    Q.   While we're on this document, I
21  have two more questions.  If you turn to
22  Page 31, we're looking at the facility LGD
23  analysis.  Is that your Page 31?
24    MR. GLAZER:  Yes.
25    Q.   Have you got that now,

---



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk

CONFIDENTIAL

---

### 241

1    Confidential - J. Kowalczuk
2  Mr. Kowalczuk?
3    A.  Yes.
4    Q.  Your testimony was that some of
5  these entities were not valued on DCF such as
6  Chicago Cubs and some of the other
7  investments.  What is your basis for that
8  understanding?
9    A.  Well, I remember that.  I think
10  that it says so in the credit document as
11  well.
12    Q.  In this document here?
13    A.  It may.  I do remember that these
14  were not based on -- I don't think these were
15  based on DCF analyses.
16    Q.  Do you remember how they were
17  valued, on what methodology?
18    A.  I don't.  I don't.
19    Q.  You don't have any idea of what
20  methodology was used?
21    A.  No.  I do think there was some -- I
22  seem to remember that there was some estimate
23  or some analysis based on sale value, but
24  beyond that, I don't remember.
25    Q.  Who provided those valuations?

### 242

1    Confidential - J. Kowalczuk
2    A.  The TMT Coverage group.
3    Q.  If you can turn to Page 64.
4  Actually, it's 63 and 64.  And you were asked
5  a series of questions about those two spread
6  sheets.  Do you recall that?
7    A.  I'm sorry.
8    Q.  You recall those --
9    A.  I was asked, yes.  Yes.
10    Q.  And you said that this isn't a
11  document that you generally look at, but does
12  this kind of an analysis, is this kind of an
13  analysis included in the credit package
14  usually?
15    MR. GLAZER:  Objection to form.
16    THE WITNESS:  Yeah, can you...
17    (Record read.)
18    A.  So when you say this is not -- I
19  don't think I said this is not a document I
20  would generally look at.
21    Q.  I thought that's what you
22  testified.  I must have misunderstood.
23    A.  I don't think so.
24    MR. GLAZER:  Why don't you ask your
25  question without the preamble, because

### 243

1    Confidential - J. Kowalczuk
2  it's the preamble that he objects to.
3    Q.  Okay.  This is the document that
4  had the arithmetic error in it; right?
5    A.  You mean the page.
6    Q.  Yes.
7    A.  Yes.  Yes.  The page, uh-huh.
8    Q.  And you don't recall noticing the
9  arithmetic error at the time that the
10  transaction was approved; right?
11    A.  That's right, yeah.
12    Q.  Is a spread sheet of this kind
13  generally included in the credit package?
14    A.  Yes.
15    Q.  And if there was no arithmetic
16  error, I think we've established that at
17  least some of these equity values would have
18  been negative; right?
19    A.  Yes, if the rest of it was correct.
20    Q.  Yes, if the rest is correct.
21    A.  Yes.
22    Q.  And in reviewing the credit
23  package, if you had come across this type of
24  a document for any --
25    A.  This type of page.

### 244

1    Confidential - J. Kowalczuk
2    Q.  Yes, this type of a page --
3    A.  Yes.
4    Q.  -- and you see a bunch of
5  parentheticals in negative numbers in the
6  total equity value column, is that something
7  that usually raises red flags for you?
8    (Continued on next page to include
9  jurat.)

---



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

## 245

```
 1    Confidential - J. Kowalczuk
 2         MR. GLAZER:  Objection to form.
 3    A.   It might.  I don't recall -- yeah.
 4    It might, yeah.
 5         MR. KORPUS:  I have no further
 6    questions.
 7         MR. GLAZER:  Thank you, all.
 8         (Time noted:  5:34 p.m.)
 9
10
11
12         _____
13         JOHN KOWALCZUK
14
15    Subscribed and sworn to before me
16    this ___ day of _____, 2010.
17
18    _____
19
20
21
22
23
24
25
```

## 247

```
 1
 2    ---------------- I N D E X ----------------
 3    WITNESS        EXAMINATION BY       PAGE
 4    J. Kowalczuk    Mr. Goldfarb        8
 5               Mr. Korpus        230
 6    Confidential - Pages 1 through 89
 7           Page 171 through 245
 8    Financial Institution Highly Confidential -
 9    Page 90 through 170
10
11    ------------ INFORMATION REQUESTS -----------
12    DIRECTIONS:  220, 222, 222
13    RULINGS:
14    TO BE FURNISHED:
15    REQUESTS:
16    MOTIONS:
17
18
19
20
21
22
23
24
25
```

## 246

```
 1
 2         C E R T I F I C A T E
 3    STATE OF NEW YORK      )
 4                     : ss.
 5    COUNTY OF WESTCHESTER    )
 6
 7         I, JOAN WARNOCK, a Notary Public
 8    within and for the State of New York, do
 9    hereby certify:
10         That JOHN KOWALCZUK, the witness
11    whose deposition is hereinbefore set
12    forth, was duly sworn by me and that
13    such deposition is a true record of the
14    testimony given by the witness.
15         I further certify that I am not
16    related to any of the parties to this
17    action by blood or marriage, and that I
18    am in no way interested in the outcome
19    of this matter.
20         IN WITNESS WHEREOF, I have hereunto
21    set my hand this 28th day of January,
22    2010.
23
24    _____
25         JOAN WARNOCK
```

## 248

```
 1
 2    ---------------- EXHIBITS ----------------
 3    KOWALCZUK EXHIBIT          FOR ID.
 4    EXHIBIT 1              42
 5    Notice of Oral Examination Pursuant
 6    to Bankruptcy Rule 2004
 7    EXHIBIT 2              43
 8    Document Bates stamped JPM 00218132
 9    EXHIBIT 3              59
10    Document Bates stamped JPM 00239371
11    EXHIBIT 4              66
12    Document Bates stamped JPM 00260070
13    through 260074
14    EXHIBIT 5              75
15    Document Bates stamped JPM 00496537
16    through 496539
17    EXHIBIT 6              82
18    Document Bates stamped JPM 00218145
19    through 218147
20    EXHIBIT 7              91
21    Document Bates stamped JPM 00148109
22    through 148155
23    EXHIBIT 8              154
24    Document Bates stamped JPM 00422643
25    through 422652
```



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                        January 20, 2010

CONFIDENTIAL

249

1
2     EXHIBIT 9              171
3     Document Bates stamped JPM 00169456
4     through 169600
5     EXHIBIT 10             178
6     Two-page document beginning with
7     Bates number JPM 00345444
8     EXHIBIT 11             204
9     Document Bates stamped JPM 00346445
10    EXHIBIT 12             211
11    Document Bates stamped JPM 00346464
12    and 346465
13    EXHIBIT 13             216
14    Document Bates stamped JPM 00347365
15    EXHIBIT 14             224
16    Document Bates stamped JPM 00070129
17
18
19
20
21
22
23
24
25



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                                   January 20, 2010

CONFIDENTIAL

250

| A | activity | advisers | 74:17 | 185:23 |
|---|---|---|---|---|
| **ability** | 16:11 | 76:12,22 | **al** | 186:9,16,23 |
| 207:7 222:2 | **actual** | 77:15 | 1:5 | 187:3,5,11 |
| **able** | 63:25 86:7 | **advisory** | **allow** | 187:16 |
| 53:17,20 | 145:14 | 77:3 | 11:18 | 188:6 |
| 97:24 98:4 | **add** | **affixed** | **alternative** | 189:14 |
| 98:18 | 172:14 | 62:12 | 176:16 | 190:22 |
| 152:21 | 173:16,17 | **afternoon** | 177:14 | 191:10 |
| 159:8,15 | 196:8 | 105:24 106:3 | **Amanda** | 193:18 |
| 204:6,14 | 233:23 | **agencies** | 8:6 | 195:13 |
| 213:16 | **added** | 63:13 | **America** | 198:6 |
| 222:9,11 | 140:11 | **agency** | 4:19 125:16 | 199:10,11 |
| 223:7,13 | 198:25 | 64:15 | **Americas** | 199:18 |
| **acceptable** | **adding** | **ago** | 4:14 | 201:14 |
| 12:12 120:20 | 173:10 | 10:2,4 117:9 | **amortization** | 203:11 |
| 171:7 | **addition** | 164:6 234:6 | 58:24 | 216:21 |
| **accommodate** | 9:16 67:22 | **agree** | **amount** | 217:10 |
| 12:11 | 150:25 | 68:8 70:24 | 57:6 87:8 | 218:15 |
| **accomplished** | 151:11 | 144:16,18 | 96:24 97:5 | 219:15 |
| 41:2 | **additional** | 144:25 | 97:25 | 220:18 |
| **account** | 54:6 151:11 | 156:19 | 114:23 | 225:12 |
| 114:25 | 157:18 | 157:15 | 122:7 | 226:15,23 |
| **accuracy** | 192:7 | 181:2 200:9 | 149:13 | 228:17,19 |
| 162:25 199:4 | 211:24 | 200:14 | 157:17,24 | 228:23 |
| **accurate** | 212:7 | 206:24 | 159:22 | 230:5 |
| 31:2 62:13 | 215:18 | 208:2,3 | 168:23 | 240:23 |
| 200:16 | **address** | 210:12 | 180:12,17 | 241:23 |
| **achievements** | 7:7 172:20 | **agreed** | 182:13 | 242:12,13 |
| 232:20 | **addressing** | 88:3 143:22 | 183:25 | **analyst** |
| **acknowledged** | 70:18 185:11 | 181:8,9 | 232:12 | 33:23 98:14 |
| 9:6 | **adds** | 207:3 | **amounts** | 105:11,13 |
| **acquire** | 200:11 | **agreement** | 55:16 84:12 | 161:25 |
| 41:4 57:18 | **adjustment** | 3:19 8:3 | 173:5,11 | 162:9 |
| **acquisition** | 151:9 | 9:10,15 | **analyses** | 163:10 |
| 32:4 | **Administered** | 56:2,5 | 166:24 194:3 | 208:18 |
| **acted** | 1:6 | 157:10 | 227:25 | **analysts** |
| 75:23 77:15 | **administr...** | **agreements** | 228:4,11 | 33:23 109:18 |
| **acting** | 83:23 | 9:8,19 | 241:15 | 156:5,6 |
| 76:11 | **advance** | **ahead** | **analysis** | 157:8 |
| **action** | 219:16 | 28:22 30:8 | 115:21,23,24 | 158:11 |
| 246:17 | 221:21 | 36:5 120:10 | 124:2 | **analyze** |
| **active** | **advice** | 124:12 | 129:25 | 193:9 224:4 |
| 78:21,24 | 236:3,7,14 | 192:4 | 138:15,15 | **analyzing** |
| 79:12 | 237:17 | 199:21 | 138:20 | 227:8 |
| **activities** | **adviser** | 205:9 | 145:22 | **Anastasio** |
| 164:21 | 75:24 76:14 | 233:20 | 160:21 | 44:4 54:15 |
| | | **aid** | 176:23 | 79:4,5 |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                      January 20, 2010

CONFIDENTIAL

251

| | | | | |
|---|---|---|---|---|
| 178:14 | 223:7,13,24 | 214:2 | 202:20 | 157:5 168:22 |
| 179:2 | 226:8,25 | **applies** | 213:23 | 169:2,8,14 |
| 183:11 | 227:12 | 201:11 | 243:10 | **asked** |
| **Andrew** | 230:12 | **appreciate** | **approvers** | 11:14 30:13 |
| 3:9 7:13 | 235:19 | 23:3 | 53:2,4,5 | 32:14 34:18 |
| 194:24 | 240:15 | **approach** | **approxima...** | 35:9 36:6 |
| **Andy** | **answered** | 111:12 186:8 | 21:8,23 | 39:10 68:3 |
| 79:6 | 12:11 117:18 | 195:17,20 | **April** | 68:15 69:24 |
| **and/or** | 152:16 | 199:23 | 75:19 81:21 | 139:14 |
| 123:23 | 222:5 | **approached** | 83:6 92:17 | 148:25 |
| **Angeles** | 223:20,21 | 26:22 27:4 | 106:9 | 149:7 156:4 |
| 3:22 | **answering** | 27:14 28:25 | 119:14 | 156:8,9 |
| **announcement** | 10:16 | **appropriate** | 122:11 | 161:25 |
| 80:5,15 | **answers** | 9:7,22 | 137:12,13 | 181:5,19 |
| **announcem...** | 90:18 94:25 | **approval** | 137:14 | 183:22 |
| 80:9 | 194:11 | 35:3,3,4,10 | 150:14 | 201:25 |
| **annoy** | **anticipation** | 35:16,20,21 | 157:10,10 | 207:22 |
| 205:8 | 61:20 89:15 | 36:8,9,13 | 157:15 | 209:3 212:7 |
| **annual** | **anybody** | 37:4 54:19 | 164:12 | 221:12 |
| 109:14,17 | 9:20 17:12 | 54:24,25,25 | 165:2,3,7 | 233:17 |
| 162:13 | 19:20 20:15 | 79:10 81:18 | 165:15,18 | 235:7 242:4 |
| 189:10 | 32:5 105:3 | 92:15,19 | 165:20,21 | 242:9 |
| 203:5,6,8 | 111:23 | 93:15 94:12 | 165:24,25 | **asking** |
| 203:10 | 112:17 | 95:7 96:16 | 166:9,12,16 | 10:15 29:7 |
| **answer** | 159:19 | 99:25 100:3 | 177:8,16 | 31:13 60:18 |
| 10:18,21 | 161:10 | 104:2 107:2 | **area** | 60:22 67:16 |
| 11:20 12:2 | 200:21,23 | 115:13,17 | 15:3,6 23:13 | 70:24 83:10 |
| 21:11 46:16 | 217:25 | 116:4,5 | 23:13,16 | 84:10 90:25 |
| 49:21 66:17 | 218:5 | 136:24 | 25:23 77:7 | 127:25 |
| 68:4 76:25 | 237:15,16 | 137:23 | 92:3 221:2 | 128:4 |
| 77:9 91:25 | **anyway** | 138:2 163:2 | **areas** | 154:15 |
| 117:8 | 184:21 | 171:21 | 127:11,20 | 165:13 |
| 126:10,11 | **apart** | 174:21 | **arithmetic** | 203:21 |
| 134:5,7 | 31:12 212:18 | 176:9,14 | 243:4,9,15 | 208:2,21 |
| 135:7 | 223:16 | 189:18,22 | **arrived** | 214:16 |
| 146:12 | **apologize** | 193:3 | 146:23 | 223:13 |
| 173:15 | 235:8 | 201:16 | **arriving** | 226:2 |
| 177:2 | **appear** | **approve** | 145:24 | 235:24 |
| 183:21 | 136:9 | 52:24 53:11 | **art** | **asks** |
| 187:4 | **appears** | 53:23 93:7 | 117:5,22,24 | 84:11 |
| 198:11,13 | 44:23 60:11 | 93:9,10,11 | 125:19,22 | **aspect** |
| 198:17 | 74:22 | 94:7,8 | **article** | 27:13 38:10 |
| 200:7 | 135:23 | 133:13 | 156:12,23 | 46:18 86:8 |
| 207:23 | 141:3 | 203:2 | 157:4,5,6 | 112:20,24 |
| 220:19 | 178:12 | **approved** | **Ashley** | 162:12 |
| 221:4 | 197:2 | 123:11 | 6:8 8:15,15 | **aspects** |
| 222:12,22 | 200:20 | 193:12 | **aside** | 38:8 86:5 |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk

CONFIDENTIAL

252

**assess**
103:12
227:18
**assessment**
61:3 99:19
177:8 186:7
**asset**
172:23,24
206:19
**assets**
45:17 46:22
46:23,24
50:18
112:25
158:13
180:20,23
182:21
191:7,15
239:8,12
**assigned**
65:24
**assisting**
32:23
**associate**
156:8 162:19
**associated**
61:4 65:22
100:25
168:18
**assume**
11:13 52:17
65:7 89:8
156:19
202:9 223:5
230:10
232:16
**assumed**
52:16 217:11
**assumes**
102:3
**assuming**
69:25
**assumption**
71:15
**assumptions**
69:19 70:5
70:10 72:10

217:17
218:7
**asterisk**
131:3,6,7
**attached**
69:10 82:4
137:22
**attempt**
11:11 173:9
228:16
**attempted**
227:17
**attention**
82:23 190:4
195:8
200:22,24
**Attorneys**
3:5,12,19
4:5,12,19
5:5,11,17
6:5
**audited**
48:16
**August**
218:2
**AUSTIN**
4:4
**authority**
53:11 92:25
93:5,22
94:2,4,6,8
**available**
182:14
**Avenue**
3:13 4:14
5:18
**aware**
24:17,22
27:15,19
28:25 34:24
58:15 59:13
77:2,11,12
77:14 78:23
81:21 122:5
204:2
219:13
**a.m**

2:4 51:8,9
69:4 211:21

_____ **B** _____
**B**
63:3,14,14
63:14 87:23
90:15,16
94:6,7,8
116:12,16
116:21,25
117:4,22
142:3,8
143:4,10,23
173:5,8,12
173:19
196:5,8
**bachelor's**
12:17
**back**
36:18 47:3
50:23 51:2
51:11 57:23
106:4,7
110:14
113:16
121:15
134:5 137:4
141:17,23
142:17
143:14
148:20,23
151:23
154:8
155:18
158:20
169:22,24
177:3 181:4
184:12
195:8 202:5
202:11
204:10
206:25
207:2
209:12
213:12
219:6 234:2

234:3,24
237:6
238:25
**background**
12:15 35:19
**backwards**
114:4
**back-office**
105:8
**bad**
63:20 210:5
210:13,15
**bank**
4:19 61:17
64:4,7,15
85:9 96:24
117:9,10,11
132:19,21
133:2,14
134:7
138:23
140:21,25
141:5,24
143:19
144:14
150:25
159:2,9
169:14
185:17
**banking**
15:20,24
108:3
125:13
**bankruptcy**
1:2 42:15
151:21
153:10,20
154:6
158:14
159:16
216:25
235:12
236:11,23
237:8,20
238:9,21
239:4 248:6
**banks**

25:17 117:12
**bar**
98:24 140:17
140:21
141:5
142:12,18
143:20,24
151:2
184:18
199:20
**bars**
145:19
**Bartter**
80:24
**based**
56:4 120:21
120:23
131:10,22
132:2
139:11,17
139:24
168:24
197:21,25
210:3
235:16
241:14,15
241:23
**basic**
10:10 55:15
56:16,16
130:7
134:12
185:11
187:9
**basically**
135:2 158:24
213:14
**basis**
139:21 186:6
212:24
213:17
215:4
220:11
241:7
**Bates**
43:7,12
59:15,19



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk

CONFIDENTIAL

January 20, 2010

253

66:22 67:2
72:22 75:7
75:10 82:14
82:19 91:16
91:20 94:16
96:12
103:22
104:10
113:8 118:6
118:17
138:7
141:20
154:12
171:3,9
174:8
177:20
178:5,9
188:8
204:18,20
211:15,18
216:5,7
224:15,18
248:8,10,12
248:15,18
248:21,24
249:3,7,9
249:11,14
249:16
**bearing**
43:12 59:19
91:20 188:8
204:20
211:18
216:7
224:17
**bears**
75:10
**becoming**
26:23
**began**
34:20
**beginning**
12:15 14:7
85:7 104:10
118:5 137:9
171:9 178:5
178:9 207:5

207:13
249:6
**behalf**
8:2,5,7,13
8:19 32:15
**believe**
20:13,19
29:22,23
33:10,12
45:7 49:18
55:9 58:5
58:15 59:5
67:25 72:12
81:3 85:8
89:7,9 91:8
95:20 112:3
114:16,19
115:15
130:22
133:10
135:23
155:18
159:25,25
173:12,14
175:2 188:4
188:5 197:6
228:21
229:19,25
233:10,11
**belong**
223:24
**belongs**
223:25
**benefit**
173:2,3
182:7
**Bennett**
3:18 8:2
**Benson**
5:10 8:10
**best**
9:2 40:11,12
41:11 48:12
180:17
182:18
231:23
237:11,12

**better**
50:8 183:23
184:2
236:23
237:8,9
**beyond**
25:5 29:24
31:20 35:8
50:6 79:21
127:3
182:11
186:21
241:24
**bidder**
32:16 52:13
**bidders**
30:25 32:5
51:15,21,24
176:24
**bids**
52:14 177:9
**big**
53:13 103:5
131:17
179:13,25
181:22
182:2,8
209:15,17
**bigger**
183:25,25
**billion**
95:14 96:25
97:5 114:22
119:16,21
130:13
131:4,9,12
131:18,19
131:20
141:6 142:2
144:9 149:9
149:22
150:3,15,16
151:4,8,8
160:10
161:14,20
173:6
179:13

180:2,24
181:22
183:13
196:21
**bit**
18:23 22:20
37:24 40:9
51:11,13
94:20
**black**
20:7 118:10
128:10
141:5
143:20
199:20
**block**
73:8 96:23
99:25
174:22
196:11,24
200:10
**blocks**
196:6 197:3
200:15
**blood**
246:17
**board**
176:14
**bolded**
75:22
**bond**
64:20,23
65:2,3,12
145:8
**bonds**
61:17 89:13
89:16 133:3
**bonus**
232:7,12,18
232:22,24
232:25
233:3,7
**book**
75:25 84:17
85:2,4
86:11 93:25
235:5

**borrowed**
25:15
**borrower**
100:25
104:19
121:17,21
121:22
124:6
181:16
189:11,14
189:15
203:11
**borrowers**
16:14 17:2
109:15
**Boston**
5:7
**bottom**
44:5,16
62:15 75:22
82:24 84:3
84:16 92:18
95:16 98:24
104:6
123:10
139:4 196:4
205:18
217:4
**box**
99:5 102:7
130:12,19
**BPS**
217:12
**bracket**
130:13
**bracketed**
131:3
**brackets**
123:16
**Braunstein**
81:12
**break**
12:6,7,9
13:12,15,18
13:22
106:12
147:23



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk

January 20, 2010

CONFIDENTIAL

254

| | | | | |
|---|---|---|---|---|
| 169:25 | 139:5 | 64:21 | 214:25 | 199:17,24 |
| 170:3 195:2 | **bullet** | **Caa1/CCC** | 237:12 | **catch** |
| 195:12 | 175:15 | 65:3 | 239:6 | 163:16 |
| **break-up** | 176:12 | **calculated** | **capitalized** | **category** |
| 176:19 | 225:10,10 | 101:22 | 125:18 | 125:20 |
| **Brian** | 225:11 | 121:15 | **capture** | 235:21 |
| 19:18 | 229:23 | **calculation** | 100:24 | **caught** |
| **bridge** | **bulleted** | 173:22 | **card** | 163:13 |
| 89:8,10,11 | 83:25 | 199:10 | 211:23 212:6 | **caution** |
| 89:14,15 | **bullets** | **calculator** | 212:8 | 229:10 |
| 95:8 145:12 | 132:11 | 173:10 | 214:17 | **cautioned** |
| 148:9,17,19 | **bunch** | **California** | **cards** | 223:17 |
| 149:9,14 | 60:2 244:4 | 3:22 | 212:9 213:19 | **cc'ing** |
| 150:3,16,19 | **Burkle** | **call** | **careful** | 83:10 84:6 |
| 150:24 | 52:4,5,8 | 55:9,25 | 156:14 | **cells** |
| 151:4,6,7 | **Busath** | 107:4 | **carved** | 200:18 |
| **Brit** | 3:16 7:20,20 | 171:20 | 173:7 | **Center** |
| 80:24 | 125:7 | 188:23 | **case** | 5:6 |
| **Broad** | 184:23 | 189:2 | 1:5 39:16 | **CEO** |
| 52:6 | 185:2 | 200:21,23 | 69:11,18 | 20:19 79:15 |
| **broadcasting** | 197:18 | **called** | 70:9 71:11 | **certain** |
| 46:21,23 | **business** | 7:2 15:12,14 | 71:12,13 | 38:8 49:3 |
| 47:5 58:17 | 47:8 57:20 | 15:21 35:25 | 72:24 73:15 | 84:10 93:8 |
| 139:22 | 58:11,13 | 44:13 47:16 | 74:16,25 | 93:10 99:13 |
| 239:19,23 | 103:7 | 47:17 | 77:18 82:3 | 191:18 |
| 239:24 | **buyers** | 101:10 | 82:6 86:9 | 192:5 |
| 240:3,6 | 30:16 | 117:25,25 | 113:25 | 206:17 |
| **broaden** | **B's** | 209:12 | 114:2 | **certainly** |
| 127:10 | 117:14 118:2 | **calling** | 127:15 | 11:18 175:21 |
| **broader** | **B1/B** | 204:5 | 139:20 | 228:8 |
| 117:11 | 64:5 | **calls** | 158:13 | **certify** |
| **Broadway** | **B2** | 55:3,7 | 190:23 | 246:9,15 |
| 5:12 | 62:22 63:2 | **cap** | 194:18 | **Chadbourne** |
| **BROMBERG** | 63:17 93:18 | 213:13 | 197:21 | 2:8 6:4 8:16 |
| 5:8 | 93:22,25 | **capacity** | 200:20 | **chain** |
| **Brown** | **B2/B** | 109:12 | **cases** | 68:24 |
| 5:4 8:7 | 63:7 | **capex** | 70:15 | **chance** |
| **Bs** | | 217:16 | **Casey** | 43:18 59:20 |
| 65:19 | ___C___ | **capital** | 95:22,24 | 75:12 82:20 |
| **btw** | **C** | 73:3 79:7 | 98:22 | 129:21 |
| 160:10,14 | 3:2 4:2 5:2 | 97:22 | **cash** | 138:11 |
| **Builder** | 6:2 7:2 | 133:16 | 72:19 139:3 | 154:18 |
| 188:3 | 196:5,9,11 | 134:9 | 139:10,11 | 175:9 |
| **building** | 197:2,7,20 | 168:17,22 | 139:12,18 | 204:22 |
| 40:3 | 200:15,16 | 168:24,25 | 139:18 | 216:9 |
| **build-up** | 246:2,2 | 169:4,4,7 | 140:6 | 224:18 |
| | **CAAA1/CCC** | 169:14 | 195:13 | |



Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                    January 20, 2010

CONFIDENTIAL

255

Chanen
6:11 7:22,22
142:14
change
21:16 46:25
112:15,24
112:25
135:3
172:13
181:14,15
changed
45:15
changes
54:6 110:19
181:15
Chapter
1:4
character...
183:5
charges
212:13,15
chart
139:4 184:18
184:19
Chase
235:12
check
66:7 232:22
Chen
60:2 216:17
217:4
Chicago
24:9 167:16
241:6
Choi
105:11,13
106:13
107:17
109:9 110:9
111:13,17
123:24
155:2,11
159:6
161:24
164:2
189:19
233:17

235:5
choice
221:11
choose
186:12
Chris
19:2 24:2,3
24:6 27:5
29:22 53:16
81:15,16
98:21
Christian
17:16
Chris's
53:19 81:18
circumstance
30:23
Citigroup
4:12 8:19
claim
237:8
clarify
28:23
clear
11:11 25:7
46:11 69:2
122:22
123:2 185:4
202:19
207:25
client
24:19,23
28:10,12
29:7,8
33:17,19,21
33:24 39:17
57:12 81:8
81:10 96:5
107:11,16
107:23
108:4,7,11
108:14,20
109:18
120:21
121:24
122:19
125:15,21

125:24
126:15,17
126:19
188:17,18
188:23
189:10
193:18
194:7,19
209:11
clients
16:10 28:15
30:21
109:15
120:19
close
56:18 164:23
166:8,10
closed
166:2 210:23
closing
119:24 120:3
165:22
166:14
closure
221:21
club
125:4
code
54:22
Cohen
29:10 33:12
33:20 78:25
collateral
47:20,22
48:3,8 49:9
49:23 50:4
50:6,7,7,8
54:7 112:6
132:20
135:5,6,14
135:20
136:4,5,12
136:18
179:17
180:12,19
181:3
182:14,21

182:24
183:8,23,24
191:5,7,8
191:20
colleague
206:3
colleagues
151:19 153:9
153:20,25
college
12:25 13:4,7
13:11,18,25
colon
121:8
column
93:2 100:9
100:12,17
114:10
119:25
196:17
197:12
244:6
combination
102:11 147:5
186:24
come
26:10 40:24
48:7 51:19
51:25 56:6
109:22
122:14
129:15
156:5,7
207:16
220:3
222:19
231:18,20
231:21
243:23
comes
238:5
comfort
192:7
comfortable
122:7
comment
201:11

commentary
125:14
comments
110:19 111:7
111:10,13
commercial
211:23 212:8
commitment
55:10,11,14
56:3,7 88:2
88:4,22
97:5 98:19
215:12
committed
55:17 215:11
committee
3:5 6:5 7:16
8:17 188:12
188:15,15
188:16,24
committees
188:21
common
80:4
commonly
16:2 84:24
101:16
117:25
communicate
37:13 38:12
38:13
communicated
37:16 38:21
39:3,11,18
132:17
communica...
11:25 31:5
223:10
234:13
communica...
223:16
companies
45:16,17
46:21,23
48:17,25
50:2 191:19
236:22



Toll Free: 800.441.3376
Facsimile: 202.296.8652

ESQUIRE
an Alexander Gallo Company

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk

January 20, 2010

CONFIDENTIAL

256

| | | | | |
|---|---|---|---|---|
| 239:17 | 187:10 | 203:16 | 24:1 25:1 | 190:1 191:1 |
| **company** | **comparison** | **concerns** | 26:1 27:1 | 192:1 193:1 |
| 1:5 24:10,15 | 124:2 135:13 | 49:11,16 | 28:1 29:1 | 194:1 195:1 |
| 24:18 26:12 | 135:19 | 54:7 102:21 | 30:1 31:1 | 196:1 197:1 |
| 27:2 28:17 | **competing** | 103:2,4 | 32:1 33:1 | 198:1 199:1 |
| 32:21 40:22 | 177:9 | 111:18,24 | 34:1 35:1 | 200:1 201:1 |
| 45:19 47:3 | **competitors** | 206:5 207:6 | 36:1 37:1 | 202:1 203:1 |
| 48:14 49:4 | 129:6 | 208:7,13 | 38:1 39:1 | 204:1 205:1 |
| 50:19 58:4 | **complete** | 209:7 | 40:1 41:1 | 206:1 207:1 |
| 61:10 92:16 | 162:23 | **concluded** | 42:1 43:1 | 208:1 209:1 |
| 113:18,24 | **completion** | 223:20 | 44:1 45:1 | 209:24 |
| 115:25 | 218:22 | **conclusion** | 46:1 47:1 | 210:1 211:1 |
| 124:20 | 219:17 | 135:25 | 48:1 49:1 | 212:1 213:1 |
| 130:23 | **complicated** | 145:24 | 50:1 51:1 | 214:1 215:1 |
| 138:19 | 85:24 | 173:10 | 52:1 53:1 | 216:1 217:1 |
| 140:3,7,9 | **complimen...** | 198:8 227:9 | 54:1 55:1 | 218:1 219:1 |
| 144:20 | 233:12 | **conclusions** | 56:1 57:1 | 220:1 221:1 |
| 148:8 | **components** | 227:24 228:3 | 58:1 59:1 | 222:1 223:1 |
| 153:11 | 139:25 140:2 | **condition** | 60:1 61:1 | 224:1 225:1 |
| 156:15 | 140:3,12 | 219:4,10,12 | 62:1 63:1 | 226:1 227:1 |
| 157:24 | 142:11,19 | **condition...** | 64:1 65:1 | 228:1 229:1 |
| 158:12 | 143:19,25 | 56:9,14,17 | 66:1 67:1 | 230:1 231:1 |
| 181:5 184:5 | **comprised** | **conditions** | 68:1 69:1 | 232:1 233:1 |
| 191:4,16 | 142:2 | 56:17 176:15 | 70:1 71:1 | 234:1 235:1 |
| 206:21 | **comprises** | 218:22 | 72:1 73:1 | 236:1 237:1 |
| 207:18 | 144:13 | **conducting** | 74:1 75:1 | 238:1 239:1 |
| 211:23 | **comprising** | 187:11 | 76:1 77:1 | 240:1 241:1 |
| 212:10 | 140:25 | **confer** | 78:1 79:1 | 242:1 243:1 |
| 213:20 | **computati...** | 11:17 | 80:1 81:1 | 244:1 245:1 |
| 217:17 | 201:3,7 | **conferred** | 82:1 83:1 | 247:6,8 |
| 218:16 | **concentra...** | 135:17 | 84:1 85:1 | **confident...** |
| 225:12 | 120:18 | 219:24 | 86:1 87:1 | 9:7 |
| 227:9 | **concern** | **conferring** | 88:1 89:1 | **confirm** |
| 232:21 | 47:11 50:14 | 11:20 | 89:19,20 | 185:9 |
| 239:8,18 | 112:5 | **confident** | 90:20 | **conflicted** |
| 240:2,3,6,8 | 153:24 | 97:17,24 | 147:19 | 53:3 |
| **comparable** | 154:3 | 98:4,18 | 169:20 | **confusing** |
| 158:5 | 159:14 | **confidential** | 170:6 171:1 | 78:3 150:4 |
| **compared** | 209:15,17 | 1:11 2:6 7:1 | 172:1 173:1 | 190:7 |
| 103:12 | 218:5 | 8:1 9:1,18 | 174:1 175:1 | **confusion** |
| 132:22,24 | **concerned** | 10:1 11:1 | 176:1 177:1 | 9:19 150:8 |
| 138:20 | 11:24 44:18 | 12:1 13:1 | 178:1 179:1 | **connected** |
| 166:25 | 45:8,23 | 14:1 15:1 | 180:1 181:1 | 104:3 |
| 210:9,14 | 48:23 49:7 | 16:1 17:1 | 182:1 183:1 | **connection** |
| **comparing** | 49:19 | 18:1 19:1 | 184:1 185:1 | 10:5 26:24 |
| 167:11 | 136:21 | 20:1 21:1 | 186:1 187:1 | 28:16 51:15 |
| 185:16 | | 22:1 23:1 | 188:1 189:1 | 55:17 64:11 |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk

January 20, 2010

CONFIDENTIAL

257

| | | | | |
|---|---|---|---|---|
| 65:8,23 | 56:23 59:11 | **contrary** | 126:14,17 | 144:7 |
| 77:5,16 | 59:12 76:23 | 10:23 | 126:19 | 169:21 |
| 79:18 88:9 | 78:9,12 | **contribute** | **corner** | 171:7 |
| 88:18,19 | 102:13,17 | 176:5 | 172:3 | 219:24 |
| 101:6 | 168:10,13 | **Cont'd** | **corporate** | 222:18,23 |
| 108:16,25 | **considering** | 4:2 5:2 6:2 | 15:20,24 | 223:17 |
| 115:13 | 220:17,23 | 105:25 | 62:21 63:17 | 230:7 |
| 116:17 | 221:20 | **convenient** | 65:18 108:3 | 235:10,25 |
| 118:13 | **consist** | 194:25 | **correct** | 237:16 |
| 122:19 | 123:12 | **convention** | 21:24 26:9 | **counsel's** |
| 133:9 138:4 | **consistent** | 43:2 | 47:3 60:6 | 221:6 223:2 |
| 144:20 | 189:18 | **conversation** | 85:18 | 223:8 |
| 145:10 | **contact** | 37:7 47:10 | 106:14 | **counterpa...** |
| 148:7,9,24 | 28:15 29:9 | 110:10 | 124:17 | 16:15 |
| 149:3,4,9 | 163:25 | 112:4 113:6 | 135:22 | **COUNTY** |
| 149:15 | 234:5 | 235:20 | 179:2 | 246:5 |
| 151:15,17 | **contained** | 238:4 | 188:14 | **couple** |
| 158:18 | 188:13 199:5 | **conversat...** | 196:11 | 82:8 97:16 |
| 159:12,15 | 218:8 | 37:8 47:10 | 198:11 | 108:2 |
| 159:20,23 | **containing** | 54:4 111:16 | 202:21 | **course** |
| 163:2 186:9 | 205:2 | 111:23 | 205:11 | 12:5 22:25 |
| 191:23 | **contains** | 127:16,21 | 221:16 | 91:24 |
| 204:7 207:8 | 174:20,24 | 153:23 | 235:2 | 113:19 |
| 211:6 | **contemplated** | 221:2 222:2 | 243:19,20 | 128:15 |
| 218:24 | 46:13 | 222:23 | **corrected** | **court** |
| 228:11,24 | **contents** | 223:22 | 202:15 214:9 | 1:2 7:6 11:3 |
| 230:3 | 163:22 | 227:14 | 222:7 | **cover** |
| **consider** | **context** | 235:15,17 | **correcting** | 92:10 106:5 |
| 59:7 63:18 | 82:7 99:10 | 235:25 | 201:6 | 137:16,19 |
| 103:10 | 235:19 | 236:2,11,12 | **correctly** | 158:13 |
| 134:13 | 236:14 | 236:17 | 9:3 64:25 | 159:2,8 |
| 176:16 | **continue** | 237:22 | 119:14,17 | 188:3 |
| 208:12 | 161:25 | 238:2,18 | 172:23 | **coverage** |
| 209:6 | 164:10,12 | 239:3 | **correspon...** | 28:11,12 |
| **considera...** | **Continued** | **convey** | 88:8 182:25 | 29:7,8 |
| 133:12,17,19 | 170:6 244:8 | 126:7,21,22 | **cost** | 33:17,19,21 |
| 133:21 | **continues** | **copied** | 217:11 | 33:24 39:17 |
| 134:11 | 89:19 | 54:16 70:21 | **council** | 40:7 81:7 |
| 178:2 | **continuing** | 71:2 | 14:3,3 | 106:20 |
| 219:14 | 90:24 91:3 | **copy** | **counsel** | 121:24 |
| 220:4,13 | **continuous** | 42:19 107:5 | 7:12,15,18 | 126:2,3,4,5 |
| **considera...** | 223:6 | 129:14 | 9:5,12,15 | 126:6,18 |
| 98:25 99:3,6 | **continuously** | **copying** | 10:16,19,23 | 193:23 |
| 131:10,22 | 14:16 | 86:19 179:4 | 11:18,21 | 194:6,14,16 |
| 133:23,25 | **contraction** | 190:6 | 42:18 67:14 | 194:20 |
| 134:13,17 | 217:15 | **core** | 90:23 94:19 | 242:2 |
| **considered** | | 125:15,18,24 | 135:17 | **covered** |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk

January 20, 2010

CONFIDENTIAL

258

| | | | | |
|---|---|---|---|---|
| 110:2 146:4 | 123:14 | 17:15 24:4 | **day** | 232:2 |
| 153:12,13 | 124:4 | **Cushion** | 22:25 158:20 | 236:15 |
| **created** | 133:17 | 141:6 | 158:21 | 238:13,22 |
| 110:8 | 134:11,18 | **C2** | 245:16 | **dealing** |
| **creation** | 136:24 | 93:9 | 246:21 | 57:12 |
| 106:22 | 138:2 | **C4** | **DCF** | **deals** |
| 180:10 | 140:24 | 93:10 | 138:23 139:2 | 80:8 103:18 |
| 184:4 | 156:6,6 | **C6** | 139:6,9,13 | 146:21,22 |
| **credit** | 163:2 | 93:5,11,14 | 139:15,21 | 156:14 |
| 3:19 8:3 | 164:11,16 | 93:15,16 | 139:24 | 181:14 |
| 15:8,10,16 | 164:20 | | 140:5 | 231:7,8,18 |
| 15:18,23 | 188:20 | **D** | 185:17,24 | 232:19 |
| 16:3,4,7,7 | 189:14 | **D** | 186:5,6,12 | **Debenture** |
| 16:14,22,23 | 190:16,19 | 6:8 62:17,19 | 186:16,24 | 5:11 8:11 |
| 17:2,6,20 | 193:19 | 196:17 | 186:25 | 231:2 |
| 18:4,18 | 194:4,8 | 197:3,8,12 | 187:9,17,21 | **debt** |
| 23:12,20 | 201:16 | 197:20 | 188:6 | 61:18 64:15 |
| 25:9,13,14 | 202:20 | 200:15,16 | 190:15,21 | 65:8,14,21 |
| 26:3 28:9 | 203:3 208:7 | 247:2 | 190:21,24 | 76:2 114:11 |
| 29:5,21 | 208:13,18 | **Daryl** | 191:9,11,13 | 114:17,18 |
| 35:2,3,4,9 | 209:7,11 | 179:21 | 195:17,20 | 130:15 |
| 35:16,19,21 | 212:6,7,9 | 216:13 | 201:8 241:5 | 132:19,21 |
| 35:25 36:4 | 212:13 | **dashed** | 241:15 | 132:22,24 |
| 36:7,9,14 | 213:12,16 | 217:9 | **DCFs** | 132:25 |
| 37:4 38:9 | 214:17 | **date** | 186:22 | 133:2,4,4,6 |
| 38:13,14,15 | 215:16 | 42:17 43:8 | **deal** | 133:14,15 |
| 53:2,4,5,23 | 241:10 | 56:4 59:16 | 48:20 53:16 | 134:8,8 |
| 54:25 55:25 | 242:13 | 66:24 75:9 | 56:17 57:3 | 135:13,20 |
| 56:5,9,14 | 243:13,22 | 82:16 91:18 | 57:4,9 80:6 | 135:20,24 |
| 56:15 60:19 | **creditors** | 154:14 | 83:12,20 | 138:21,23 |
| 60:22,24 | 3:6 6:5 7:16 | 171:5 172:4 | 96:24 103:5 | 140:22,25 |
| 61:8 64:15 | 8:16 153:11 | 178:7 | 103:21 | 141:5,11,12 |
| 65:21 86:2 | 153:21 | 204:19 | 116:18 | 141:13,24 |
| 86:11 87:17 | 154:5 | 205:17 | 146:24 | 142:18 |
| 90:8,11,16 | **credits** | 211:17 | 152:10 | 143:19 |
| 92:15 96:5 | 36:24 52:22 | 216:6 | 161:11 | 144:14,19 |
| 96:8 100:3 | **creditwor...** | 224:16 | 165:25 | 145:2,4,6,8 |
| 100:21,21 | 61:4 | **dated** | 172:14 | 145:15,21 |
| 100:23 | **Cs** | 44:12 60:5 | 181:15 | 146:3 149:2 |
| 104:15,15 | 63:15 | 69:15 75:19 | 193:8,9,12 | 151:2,12 |
| 104:22 | **Cubs** | 83:6 106:9 | 207:12 | 157:17,19 |
| 105:14 | 188:2 241:6 | 174:17 | 210:23 | 158:12,13 |
| 107:16,23 | **current** | 205:10 | 225:11 | 159:2,9 |
| 108:4,5,14 | 14:24 17:11 | **David** | 227:8,15,17 | 160:10 |
| 109:19 | 21:12,15 | 4:8 8:4 | 227:21 | 161:14,17 |
| 116:4,5 | 72:7 120:25 | **Davis** | 229:16 | 161:17,19 |
| 118:9,13 | **currently** | 3:11 7:18,21 | 231:5,14,23 | 185:17 |



John Kowalczuk                                      January 20, 2010

CONFIDENTIAL

259

| | | | | |
|---|---|---|---|---|
| 192:5 | 23:19 100:23 | 140:17 | **designate** | 47:8 51:15 |
| 196:18 | 101:22 | 145:18 | 9:17 90:17 | 78:4 104:17 |
| 198:25 | **defines** | 200:15 | 94:24 | 138:3,18 |
| 200:12 | 85:25 | **deposit** | 147:16 | 139:25 |
| 207:7 | **definitely** | 232:23 | **designated** | 140:2 |
| 216:23 | 85:25 | **deposition** | 35:13 94:22 | 190:25 |
| 217:11 | **definition** | 1:12 2:6 | 99:14 170:4 | 191:10 |
| **debtors** | 63:2 84:25 | 9:17,24 | **designation** | 193:8,21 |
| 1:7 4:5 8:5 | 99:15 | 10:11 34:16 | 99:13 126:2 | 216:22 |
| **December** | **degree** | 42:20 67:18 | 126:3,4 | 239:11,13 |
| 22:5 | 111:18 | 68:6 246:11 | 169:18 | **differently** |
| **decision** | **DELAWARE** | 246:13 | **designations** | 222:15 |
| 133:18 | 1:2 | **depository** | 62:11 | **difficult** |
| 134:11,18 | **delayed** | 9:9 | **desirable** | 50:15 128:9 |
| **deck** | 142:7 143:3 | **depreciation** | 170:5 | **difficulty** |
| 167:17 | 143:10,24 | 58:24 | **desk** | 162:11 181:6 |
| **decline** | **delivered** | **DEPT** | 96:2 | **Dimon** |
| 217:13 | 111:11 | 6:11 | **detailed** | 20:16 79:15 |
| **declining** | 219:12 | **derivative** | 82:3,6 | 80:13 81:22 |
| 59:2 62:10 | **delta** | 16:18 | **details** | **direct** |
| **decrease** | 182:23 | **derogatory** | 40:10 | 188:7 190:3 |
| 119:11 | **denigrate** | 233:13 | **deteriorated** | 195:7 |
| **decreased** | 188:22 | **describe** | 207:14 | **DIRECTIONS** |
| 180:11 | **Dennis** | 12:14 37:10 | **deteriora...** | 247:12 |
| **deemed** | 3:15 7:17 | 37:14 41:17 | 207:18 218:7 | **directly** |
| 89:18 | **department** | 46:3,11,17 | **determina...** | 17:12 205:23 |
| **default** | 7:23 15:4,6 | 82:9 110:7 | 71:17 99:19 | 236:7 |
| 50:15 100:11 | 15:11,25 | 124:14 | 102:10 | **director** |
| 100:17,19 | 16:3 17:21 | 203:9 | 147:3 | 15:2,7 17:5 |
| 101:2,3,9 | 17:25 18:5 | 210:19 | **determine** | 17:8,18,23 |
| 101:18,20 | 18:19 28:13 | **described** | 138:16 | 17:25 18:14 |
| 101:22,25 | 28:13 33:13 | 16:25 46:15 | **develop** | 18:25 19:6 |
| 102:5 130:4 | 36:23 | 47:13 101:4 | 127:10 | 19:15 20:12 |
| 138:16 | 107:22,24 | 101:5 | **de-designate** | 20:21 21:13 |
| 146:9,15 | 108:13,14 | 102:23 | 9:21 | 36:25 |
| 151:20 | 193:25 | 122:18 | **de-design...** | **directors** |
| 153:10 | **departments** | 164:17 | 170:5 | 18:16,17 |
| 217:18 | 28:6 124:18 | 189:7 228:5 | **difference** | 19:24 |
| 218:8 | **depending** | **describes** | 101:19 | 176:14 |
| **defaults** | 53:16,20 | 119:7 124:17 | 179:17 | **disagreed** |
| 146:20 | 196:13 | **describing** | 202:6 | 207:3 |
| **deficit** | **depends** | 60:3 75:17 | **different** | **disassoci...** |
| 136:5,14,15 | 86:17 | 100:16 | 15:12,15 | 233:6 |
| 136:18 | **depicted** | 104:18,19 | 25:17 30:4 | **discount** |
| 182:24 | 130:6 135:11 | 127:4 | 30:15,18,25 | 196:13 |
| 183:8,9,10 | 138:13 | **description** | 31:6,20 | 197:23 |
| **defined** | | 63:3 178:17 | | 202:5 |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                          January 20, 2010

CONFIDENTIAL

260

| | | | | |
|---|---|---|---|---|
| **discounted** | 235:9  236:8 | 137:16 | 30:4  38:3 | 72:5,24 |
| 139:3,10,11 | 237:14 | 138:7 | 43:10  58:4 | 73:15  74:16 |
| 139:12,13 | 238:8,21 | 141:21 | 86:14,15 | 74:25 |
| 139:18 | **distinct** | 147:19 | 103:17 | **downturn** |
| 140:6 | 76:15,15,19 | 149:18,25 | 128:20,25 | 59:7 |
| 195:13 | 76:23  77:11 | 150:9 | 134:20 | **downward** |
| 199:17,23 | **distinction** | 154:11 | 156:15 | 59:7 |
| **discuss** | 108:23 | 163:22 | 158:25 | **drafts** |
| 12:2  38:22 | **distribute** | 171:2,8,23 | 164:7  166:7 | 110:19,20,21 |
| 90:3  121:24 | 42:25  87:14 | 174:14,20 | 166:14,20 | 111:2,4,6 |
| 153:19 | **distributed** | 175:23,24 | 166:25 | **draw** |
| 214:24 | 85:14  87:10 | 175:25 | 167:8,12,21 | 142:7  143:3 |
| **discussed** | 87:13  107:7 | 176:4,6 | 179:8 | 143:10,24 |
| 111:25 | **DISTRICT** | 177:20 | 201:25 | 198:7 |
| 122:24,25 | 1:2 | 178:2,5,8 | 212:19 | **Drayton** |
| **discussing** | **division** | 178:10,22 | 227:21 | 8:12,12 |
| 147:19  152:2 | 15:16  25:18 | 188:8,9,12 | 234:15 | **DRE** |
| 156:23 | 47:5,6  59:3 | 188:13 | 236:15 | 123:15 |
| 217:24 | 59:8 | 189:5,9,13 | **dollar** | **duly** |
| **discussion** | **divisions** | 189:17,19 | 87:25  121:3 | 7:3  246:12 |
| 9:21  14:23 | 47:4 | 190:5  193:3 | **dollars** | **dynamic** |
| 51:7  56:2 | **docs** | 199:5 | 87:16  97:10 | 162:20 |
| 91:12 | 55:3,7,24 | 202:13,22 | 97:13  121:4 | **D.C** |
| 105:21 | **document** | 202:24,25 | 123:13 | 3:8  4:7  14:2 |
| 134:19 | 9:9  43:6,12 | 204:17,20 | 131:10 | |
| 143:17 | 43:21  44:2 | 205:2 | 183:13 | **E** |
| 158:9 | 59:14,18,23 | 211:14,18 | 211:25 | |
| 159:18 | 66:21  67:2 | 216:4,7 | **dominated** | **E** |
| 192:12 | 67:3,13,22 | 224:14,17 | 117:16 | 3:2,2,15  4:2 |
| 201:5  204:4 | 68:3,10 | 224:23 | **Dorman** | 4:2  5:2,2 |
| 229:20 | 75:6,15 | 225:3,6 | 3:18  8:2 | 6:2,2 |
| 230:17 | 82:13,18 | 240:20 | **dotted** | 196:24 |
| 234:16 | 90:22  91:15 | 241:10,12 | 141:4 | 200:10,19 |
| 239:15 | 91:19  92:8 | 242:11,19 | **double** | 246:2,2 |
| **discussions** | 92:11  94:15 | 243:3,24 | 63:11,13,14 | 247:2 |
| 122:4  127:17 | 95:2,3,6 | 248:8,10,12 | **doubt** | **EARL** |
| 151:18 | 96:13  104:3 | 248:15,18 | 162:24 | 3:16 |
| 152:6,9,13 | 104:13 | 248:21,24 | 163:14 | **earlier** |
| 152:15,17 | 105:7,8 | 249:3,6,9 | 199:4 | 51:13  78:5 |
| 153:4,6,8 | 106:6,13,16 | 249:11,14 | **Doug** | 90:7  97:11 |
| 157:7  159:5 | 106:18,23 | 249:16 | 81:12 | 100:23 |
| 159:12 | 106:25 | **documents** | **downside** | 101:4,7 |
| 204:13 | 110:8,22 | 35:18  67:21 | 69:10,19 | 104:22 |
| 220:7,9,12 | 113:16 | 74:6  193:20 | 70:2,2,10 | 107:25 |
| 220:15 | 118:6 | 212:22 | 70:14  71:6 | 112:3  115:5 |
| 221:13,19 | 126:20 | **doing** | 71:11,12,13 | 116:19 |
| 222:17 | 136:8,21 | 25:23  26:23 | 71:18  72:2 | 130:4,25 |
| | | | | 137:5 |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                    January 20, 2010

CONFIDENTIAL

261

| | | | |
|---|---|---|---|
| 140:21 | 18:11,24 | 217:21 | **entirety** |
| 160:23,24 | 19:8,16 | 234:9,11,17 | 91:24 |
| 163:20 | **Eichenber...** | 234:20 | **entities** |
| 164:17 | 18:12 19:13 | **emails** | 61:11 181:8 |
| 167:3 | **either** | 110:10 | 241:5 |
| 171:23 | 20:6,6 81:21 | 178:19 | **entitled** |
| 181:5 | 95:21 97:23 | 205:2 | 176:15 189:2 |
| 183:21 | 98:21 | 211:20 | **entity** |
| 185:12 | 111:17 | **employees** | 130:20 |
| 204:12 | 132:20 | 212:9 | **entry** |
| 205:13 | 156:8 157:7 | **encompasses** | 69:4 |
| 211:8 | 158:9 | 141:13 | **equal** |
| 221:13,24 | 214:18 | **ended** | 197:18 |
| **earliest** | 221:9 | 169:18 | **equity** |
| 178:21 | **element** | 239:17 | 188:3 196:23 |
| 211:20 | 179:16 | **ends** | 197:7,22 |
| **early** | **email** | 184:24 | 200:12,17 |
| 29:19 39:5 | 31:23 38:18 | **end-of-month** | 200:18 |
| 51:14 | 39:13 44:3 | 212:25 | 201:8 |
| 157:10 | 44:5,6,16 | **engagement** | 243:17 |
| 164:11 | 48:22 54:13 | 53:23 207:5 | 244:6 |
| 165:21 | 54:14 55:8 | **engaging** | **erroneously** |
| 166:8,9 | 59:24,25 | 159:6 192:13 | 200:11 |
| **earning** | 60:8,10,17 | **enlist** | **error** |
| 159:20,23 | 68:23,24 | 110:4 | 150:8 157:17 |
| **Earnings** | 69:14,15 | **enlisted** | 197:5 198:2 |
| 58:23 | 70:11,11,17 | 109:23 | 198:9,14,18 |
| **easier** | 70:22 71:2 | **ensuing** | 198:22,24 |
| 22:2 | 73:25 74:14 | 189:6 | 199:8 |
| **EBITDA** | 75:16 82:25 | **enter** | 200:21,23 |
| 58:21,22 | 83:9 84:5,8 | 192:22 | 200:25 |
| 72:20 | 84:9,16 | **entered** | 201:2,3,7 |
| 199:18,22 | 86:18 97:11 | 9:8 148:9 | 243:4,9,16 |
| 201:23 | 101:12 | 220:25 | **errors** |
| 217:15 | 154:21 | **enterprise** | 163:15 |
| **education** | 155:2 | 191:3,13 | **ESQ** |
| 12:22 | 178:12,14 | **entertain...** | 3:9,15,16,23 |
| **educational** | 178:22,25 | 47:6 139:22 | 4:8,16,23 |
| 12:15 | 181:20 | 212:12 | 5:8,14,20 |
| **effect** | 205:3,14,16 | **entire** | 6:8 |
| 116:22 | 205:18,22 | 23:9 87:14 | **essentially** |
| **effort** | 206:5,17 | 92:8 97:25 | 104:2 |
| 228:9 | 209:20 | 114:25 | **established** |
| **EGI** | 213:25 | 115:4 | 243:16 |
| 32:19,20 | 214:16 | 188:11 | **estimate** |
| 33:2,3 81:4 | 216:13 | 197:23 | 102:3 216:21 |
| **Eichenberger** | 217:4,6,10 | | 241:22 |

| |
|---|
| **et** |
| 1:5 |
| **evaluate** |
| 224:10 |
| **evaluating** |
| 157:8 236:16 |
| **evaluation** |
| 219:15 |
| **evaporated** |
| 232:3 |
| **event** |
| 50:15 153:10 |
| 154:5 |
| 176:18 |
| 216:25 |
| 235:13 |
| **everybody** |
| 32:12 117:7 |
| **Ewing** |
| 29:23 |
| **exactly** |
| 24:11 44:21 |
| 48:18 74:10 |
| 93:24 174:7 |
| 211:9 |
| **Examination** |
| 8:21 42:15 |
| 105:25 |
| 230:23 |
| 247:3 248:5 |
| **examined** |
| 7:4 |
| **example** |
| 163:18 |
| **exception** |
| 11:23,23 |
| **excess** |
| 141:10 |
| **exchange** |
| 178:13 |
| 234:17 |
| **exclude** |
| 68:17 |
| **excluding** |
| 236:6 |
| **exclusive** |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                                        January 20, 2010

CONFIDENTIAL

262

| | | | | |
|---|---|---|---|---|
| 75:23 | existed | 215:2,6,8 | 74:20 174:2 | **fifteen** |
| **exclusively** | 32:23 | 215:13,18 | 197:11 | 147:22 |
| 186:4 | **existence** | 215:20 | 199:7 206:2 | **fifth** |
| **excuse** | 193:13 | **expressed** | 222:6 | 94:15 |
| 165:4 206:13 | **existing** | 54:8 112:5 | **fail** | **Figueroa** |
| **executed** | 114:11,16,18 | 153:25 | 225:13 226:3 | 3:20 |
| 80:6 138:3 | 119:8 120:6 | 159:13 | 227:5,10 | **figure** |
| **executing** | 133:3 145:4 | 218:5 | **failing** | 121:3 124:5 |
| 156:14 | 145:8 240:2 | **extend** | 225:21 | 128:10 |
| **execution** | **exists** | 212:7 | **fall** | 131:4 |
| 157:9 | 31:23 | **extent** | 63:10 151:6 | 161:17 |
| **executive** | **expand** | 90:24 162:5 | 228:25 | 169:22 |
| 15:2,7 17:5 | 127:19,25 | **external** | 235:18,20 | 196:20 |
| 17:7 20:21 | 128:2 | 169:10 | **falls** | **figures** |
| 21:13 96:9 | **expanded** | **externally** | 63:7 | 199:4 |
| 175:6,10 | 214:18 | 16:10 | **familiar** | **filing** |
| **exhibit** | **expect** | **extra** | 41:12 52:7 | 235:11 |
| 42:14,21 | 123:12,17 | 239:15 | 92:12,13 | **final** |
| 43:6,14,16 | **expected** | | 186:19 | 107:2,4,5,7 |
| 54:3,14 | 63:23 123:16 | _____ | 195:25 | 136:8,14,20 |
| 59:14,18 | **experience** | **F** | 200:2 | 174:15 |
| 66:20,21 | 80:4,12,19 | **F** | 212:25 | 176:9 |
| 75:6 82:13 | 103:9 158:3 | 246:2 | 224:25 | 189:22 |
| 90:22 91:14 | **explain** | **facilities** | **familiarize** | **finance** |
| 91:15 101:6 | 37:24 48:2 | 96:20 102:22 | 190:11 | 26:2 28:10 |
| 101:8,11 | 49:6 191:2 | 140:25 | **Family** | 29:6,12,18 |
| 106:4 | **explained** | 174:6 | 120:13 121:7 | 33:15 38:6 |
| 147:20 | 48:5 | **Facilitie...** | **far** | 38:7,12 |
| 154:11 | **exposure** | 129:24 | 66:3 119:24 | 39:12 40:5 |
| 170:2 171:2 | 16:4,7,15 | **facility** | 211:2 | 44:11 79:9 |
| 178:3,4 | 36:13 87:9 | 25:9,14 | **February** | 83:22 |
| 184:20 | 88:9 94:7,9 | 84:13 85:9 | 24:12 25:2 | 106:21 |
| 195:8 | 99:2 118:19 | 85:20 87:17 | 26:13 | 130:18 |
| 204:17 | 118:20 | 100:10,13 | **fee** | 179:11 |
| 211:14,19 | 119:5,8,9 | 100:15 | 176:19 | 184:4 |
| 216:4 | 119:10,11 | 101:20,21 | **feel** | **financial** |
| 224:14 | 120:2,6,18 | 102:6 118:9 | 199:11 240:7 | 5:6 48:15 |
| 239:20,21 | 120:20 | 118:13 | **feeling** | 73:8 75:24 |
| 248:3,4,7,9 | 121:13,16 | 144:8 148:9 | 168:20 | 76:11,14,22 |
| 248:11,14 | 121:22 | 148:17 | **feels** | 77:3,15 |
| 248:17,20 | 122:6 | 150:3 151:7 | 222:15 | 89:18 90:19 |
| 248:23 | 123:12,14 | 172:6,11 | **fees** | 94:22 |
| 249:2,5,8 | 123:17 | 186:9 | 108:25 | 147:18 |
| 249:10,13 | 148:16 | 211:24 | 159:19,22 | 158:10,16 |
| 249:15 | 150:12 | 212:6,8 | **felt** | 164:25 |
| **EXHIBITS** | 168:23 | 240:22 | 122:9 | 169:19 |
| 248:2 | 212:13 | **fact** | | 181:7 247:8 |
| | | 48:13 52:18 | | |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                      January 20, 2010

CONFIDENTIAL

263

| | | | | |
|---|---|---|---|---|
| **financials**<br>48:15,16<br>**financing**<br>53:21 57:6<br>76:2 78:22<br>**find**<br>69:10 194:24<br>**finish**<br>198:16<br>233:21<br>**finished**<br>124:10<br>**firm**<br>7:14 57:11<br>140:18<br>196:9<br>219:15<br>220:5,18,24<br>221:20<br>222:20<br>223:16<br>224:3,10<br>**first**<br>12:2,3 15:21<br>17:6,14<br>20:8 24:7<br>24:13 27:15<br>34:22 44:6<br>44:16 46:10<br>53:6 55:2<br>62:4 67:2<br>69:5,20<br>75:10 79:15<br>82:24 83:4<br>83:5 84:4<br>86:20 97:17<br>99:5 100:2<br>115:18,21<br>116:7 137:4<br>154:16<br>156:11<br>171:16<br>172:18,24<br>174:21<br>176:12<br>202:22,24<br>224:17 | **232:4,6<br>239:20<br>**five**<br>13:6 175:19<br>211:24<br>**five-mill...**<br>213:24<br>**flags**<br>244:7<br>**floor**<br>40:6<br>**flow**<br>72:19 139:3<br>139:10,11<br>139:12,18<br>139:18<br>140:6<br>195:13<br>199:17,24<br>232:2<br>**focus**<br>23:14 82:23<br>175:15<br>198:6<br>**focused**<br>189:14 199:9<br>201:12,23<br>**focusing**<br>23:6<br>**follow**<br>43:2 158:16<br>221:5,9<br>222:25<br>228:6<br>**following**<br>40:23 76:5<br>89:17 119:9<br>119:10<br>134:6<br>164:23<br>166:7,10,12<br>166:13<br>**follows**<br>7:5<br>**follow-up**<br>231:3<br>**Food** | **188:4<br>**footnote**<br>131:7<br>**footnoted**<br>136:15<br>**forever**<br>147:14<br>**forget**<br>36:6 100:22<br>101:8,10<br>117:17<br>194:10,12<br>**forgive**<br>155:6<br>**forgot**<br>36:19,19<br>108:3<br>**form**<br>9:14 16:12<br>41:22 46:9<br>46:14 49:10<br>49:20 50:20<br>50:21 53:8<br>55:19 56:25<br>57:15,21<br>59:4,10<br>60:11 66:14<br>74:3 78:2<br>80:10 85:21<br>88:11 92:11<br>95:3,7<br>96:12,16<br>98:7 102:15<br>102:20,24<br>102:25<br>103:14,15<br>104:2 108:9<br>111:3,14<br>115:3,8,20<br>117:6<br>119:18,22<br>120:4 127:2<br>130:14<br>134:15,23<br>157:21<br>158:7 163:7<br>167:14 | **168:7<br>171:22,25<br>172:2<br>180:14,15<br>182:16<br>184:6<br>187:12<br>191:21<br>192:18<br>207:10<br>208:16<br>219:2<br>228:14<br>231:6<br>236:24<br>238:11,23<br>240:9<br>242:15<br>245:2<br>**forma**<br>225:14,21<br>**format**<br>110:12<br>184:21,22<br>185:10<br>**formed**<br>27:20 184:8<br>239:24<br>**forth**<br>12:8 141:24<br>142:17<br>143:14<br>246:12<br>**forward**<br>36:12 79:11<br>81:17 83:18<br>216:16<br>**forwarding**<br>59:25 205:13<br>216:14<br>**found**<br>129:5<br>**foundation**<br>228:15<br>**four**<br>140:24<br>175:15,15 | **175:16,19<br>176:12<br>**fourth**<br>93:2 114:10<br>121:6<br>124:22<br>**frame**<br>12:20 24:12<br>166:17<br>218:2<br>**frames**<br>13:14<br>**frequency**<br>39:2<br>**Friedman**<br>5:10 8:10<br>**front**<br>9:17<br>**fully**<br>146:4<br>**fun**<br>232:15<br>**function**<br>15:22 16:9<br>184:3 203:4<br>**functional**<br>86:5<br>**functionally**<br>86:3<br>**functioned**<br>37:11,25<br>**functions**<br>16:13,25<br>164:18<br>**fundamentals**<br>206:22<br>**FURNISHED**<br>247:14<br>**further**<br>163:25<br>206:19<br>230:19<br>245:5<br>246:15<br>**future**<br>139:18 |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376<br>Facsimile: 202.296.8652

Suite 620<br>1020 19th Street, NW<br>Washington, DC 20036<br>www.esquiresolutions.com

202:18

**G**

**galloping**
202:17
**GARRISON**
4:11
**general**
37:22 40:15
  40:16 57:19
  80:10 113:6
**generally**
13:13 27:9
  27:10 30:13
  34:9 37:10
  39:19 55:20
  58:9,10,20
  60:13,25
  61:20 62:3
  110:11
  112:14
  113:17
  124:14
  129:4
  132:16,17
  162:3 165:9
  165:20
  166:6,22,23
  220:14
  237:22
  242:11,20
  243:13
**generated**
199:6
**generic**
118:3
**generically**
63:12
**George**
12:17
**getting**
13:7 37:21
  39:8 64:4
  165:17,23
  166:3
**give**
10:10 23:23

42:19 74:7
92:4 96:2
107:4 117:7
171:11
175:9,21
237:11,20
**given**
11:22 63:17
101:25
130:3
138:16
146:9,15,20
151:14
157:19
167:24
191:18
207:18
236:7,7
246:14
**Glazer**
3:15 7:17,17
9:16 11:22
13:17 14:20
16:12 18:7
19:22 20:10
26:19 31:13
32:12 34:15
41:21 42:4
42:22 43:13
44:21 45:10
46:14 49:10
49:20 50:21
50:24 53:8
55:19 56:25
57:15 59:4
59:10 61:12
64:24 66:17
67:6,11
68:12,15
69:2,8
71:22 74:3
77:6 78:2
83:3 84:8
85:21 88:11
90:17 91:2
91:9 93:21
94:24 98:12

102:15,18
102:24
103:14
107:13
108:9,18
111:3,14
112:9 115:3
115:8,20
117:6,19
119:18,22
120:4 125:3
127:2,13
129:10,17
132:5
134:15
137:18
142:22,25
143:6,12
144:5
147:12,15
150:17
153:14
155:21
156:25
157:21
158:7 161:5
161:7,22
162:7 163:8
167:14
169:17,24
171:15
173:13,16
173:20
175:5
177:21
180:15
181:11
182:5 184:6
184:9,21
188:16,22
191:24
192:18,24
193:5
194:24
197:15
198:14,18
201:21

202:9,16
203:23
206:25
207:10,22
208:16,25
213:4 214:6
218:18
219:2,18,21
220:19,25
221:8
222:14,21
223:5,18
224:5,12
225:25
226:19
227:12
229:2,6,9
230:22
231:6
232:15
234:2,21
235:4,14
236:24
238:11,23
239:22
240:10,24
242:15,24
245:2,7
**Global**
4:12 8:19
**go**
12:25 28:22
30:8 36:5
36:11 38:3
40:18,20
41:13 42:2
51:5,10
52:23,25
53:7 63:15
79:10 81:17
83:18 91:9
104:23,25
105:5,19
110:23
120:9
121:15
124:12

137:4
143:16
147:24
148:20,22
169:22
186:21
195:3
199:21
202:17
205:9
208:14
209:8,14,18
213:12
215:11
232:22
233:20
**goes**
63:3,11
  73:18 85:16
  91:8 181:4
  194:16
  208:8
**Goh**
155:3,4
**going**
14:18 22:3
  36:18 38:5
  40:22 45:18
  48:14 52:19
  61:16,17
  64:11 67:11
  86:10 87:14
  88:14 89:12
  90:9,17
  91:22 114:4
  114:17,18
  114:25
  115:14
  116:7
  141:14
  145:16
  146:18
  147:21
  152:4
  154:15
  158:6
  168:20



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk

CONFIDENTIAL

January 20, 2010

265

| | | | | |
|---|---|---|---|---|
| 169:2 | 213:6 214:9 | gray | 132:20 | half |
| 175:12,14 | 216:2 | 225:10 | 191:18,25 | 196:4 231:25 |
| 179:12,25 | 219:23 | greater | 192:3,4,6,8 | 232:4,6 |
| 181:21 | 222:24 | 158:5 | 192:9,14,17 | hand |
| 182:2,8,20 | 230:15,18 | Gretchen | 192:23 | 246:21 |
| 184:12 | 247:4 | 33:25 59:24 | 193:4 | handwritten |
| 203:17 | good | 68:25 79:2 | 236:21 | 111:12 |
| 204:8 211:7 | 8:23 9:23 | grid | 237:11,19 | happen |
| 214:4 221:3 | 14:20 45:24 | 93:9 | 237:25 | 42:9 154:4 |
| 221:5 | 63:20 106:3 | Grimminck | 238:15 | 181:18 |
| 222:11,21 | 162:15,15 | 33:9,16 | 239:10,11 | 213:21 |
| 222:25 | 240:17 | 227:22 | guard | happened |
| 229:9 | gotten | Grimminck's | 120:18 | 34:25 39:21 |
| 231:12 | 61:19 79:10 | 227:24 | guess | 61:21 159:8 |
| 235:14 | 126:18 | gross | 9:9 18:3,6 | happening |
| Goldfarb | 180:20 | 4:23 160:3 | 34:6 35:24 | 212:5 |
| 3:9 7:11,13 | 182:21 | ground | 41:7 64:9 | happens |
| 8:22 9:4 | 202:25 | 10:11 | 85:4 88:25 | 217:11 |
| 12:4 14:22 | 206:4 233:5 | grounds | 96:18 | 239:14 |
| 31:16 34:17 | grade | 10:17,18 | 103:10 | hard |
| 42:18,24 | 90:12,13,14 | group | 120:22 | 126:10,11 |
| 43:15 44:24 | 100:11,13 | 8:3 23:19,22 | 131:17 | head |
| 51:2,5 | 100:17,19 | 23:25 26:2 | 146:8 | 22:20 23:24 |
| 66:19 68:7 | 100:20 | 76:21,23 | 178:15 | 24:4 35:13 |
| 69:6 75:4 | 101:3,9,17 | 126:5,6 | 190:5 | 36:24 52:22 |
| 82:11,17 | 101:18,18 | 130:9 | 199:25 | 79:7 95:25 |
| 84:9 90:23 | 101:20,20 | 158:25 | 202:7,25 | heard |
| 91:4,11,13 | 101:21,22 | 167:15 | 216:14,17 | 210:3 234:24 |
| 94:19 | 103:17 | 188:24 | 227:3 | heightened |
| 105:19 | 120:21 | 194:2 | guessing | 99:6,9,14,21 |
| 106:2 | 168:11,14 | 205:19,24 | 56:3 | held |
| 107:14 | 168:16,24 | 242:2 | guidance | 2:7 17:7 |
| 129:12,20 | 168:25 | groups | 123:15 | 45:19 123:3 |
| 134:4 | 169:3 | 110:18 | 214:17 | 123:4 |
| 135:16 | 211:11 | 193:22 | Guterman | 130:23 |
| 142:16,24 | grades | grows | 83:10 84:5 | help |
| 143:3,9,15 | 90:8 | 213:20 | 86:19 98:9 | 110:4 128:2 |
| 144:6 | graduate | growth | guttural | helped |
| 147:13,24 | 12:23 13:2,4 | 73:7,18 74:2 | 11:6 | 106:13 |
| 169:21 | graduated | 74:16,21,23 | guy | helps |
| 171:6 175:7 | 13:24 | 195:14,16 | 81:7 207:21 | 98:11 |
| 177:23 | graduating | 196:2,14 | guys | Hennigan |
| 184:11,25 | 13:7 | 197:24 | 38:6,7 52:4 | 8:2 |
| 195:3 | graduation | guarantee | | HENNINGTON |
| 198:20 | 13:11 | 193:13 | H | 3:18 |
| 202:9,14 | graph | guarantees | H | hereinbefore |
| 204:15 | 160:9,19 | | 7:2 | |



ESQUIRE

an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                    January 20, 2010

CONFIDENTIAL

266

| | | | | |
|---|---|---|---|---|
| 246:11 | holding | 141:25 | included | 223:8,15 |
| **hereunto** | 88:13 130:22 | 143:19 | 136:11 | **independe...** |
| 246:20 | 184:4 | **identifies** | 190:18 | 65:25 115:19 |
| **hesitating** | 239:17,18 | 31:23 76:6 | 242:13 | **Indians** |
| 22:7 | 239:25 | 140:24 | 243:13 | 188:25 |
| **he'll** | 240:2,8 | **identify** | **includes** | **indicate** |
| 153:16 | **holds** | 101:12 | 150:2 | 61:3 174:14 |
| **hi** | 168:23 | 137:19 | **including** | 212:23 |
| 234:14 | **home** | 178:10 | 9:9 120:6 | **indicated** |
| **high** | 155:18,19 | **impact** | 230:9 | 40:8 54:5 |
| 90:13 96:18 | **hoped** | 66:9 146:6 | **inclusion** | 72:2 116:19 |
| 102:13 | 127:8 | 153:20 | 126:20 | 140:20 |
| 206:21 | **Hopefully** | 168:15,18 | **incorrectly** | 218:6 |
| 207:17 | 125:3 | 182:13 | 152:16 | **indicates** |
| **highest** | **hopes** | **impacted** | **increase** | 92:17 95:10 |
| 17:19,22 | 155:23 | 66:11 | 119:11 | 96:20 97:15 |
| 62:5 93:14 | **hour** | **IMPB** | 211:22 | 123:10 |
| 93:16 | 12:7 147:21 | 125:11 | 212:25 | 137:5 160:8 |
| **highlight** | **how're** | **implicate** | 213:3,5,6,8 | 195:12 |
| 217:9 | 234:15 | 226:19 | 213:11,23 | 225:12 |
| **highlights** | **hundred** | **implications** | 213:24 | **Indicating** |
| 217:5,6 | 87:16,24 | 151:19 | 214:3 | 92:21 |
| **highly** | 97:7,10,12 | **importance** | **increased** | **individual** |
| 89:18,19 | 123:13 | 126:8,9 | 207:15 | 163:21 |
| 90:19 93:23 | 185:25 | **important** | **increases** | **individuals** |
| 97:17,24 | 215:14 | 11:2 133:12 | 215:2,6 | 29:4 39:24 |
| 98:3,4,18 | | 133:16,17 | 217:12 | **industry** |
| 147:19 | ___I___ | 133:21,22 | **incremental** | 23:13 104:20 |
| 169:19 | **ID** | 133:25 | 118:8,12 | 104:20 |
| 247:8 | 248:3 | 134:10,10 | 144:8 | 128:21,25 |
| **high-yield** | **idea** | 134:14,17 | 150:15,19 | 157:8 |
| 89:13 95:8 | 241:19 | 179:18 | **incur** | 158:11 |
| 95:25 | **identical** | **imposing** | 145:14 | 189:16 |
| **history** | 160:22 | 223:21 | **incurred** | 205:19,24 |
| 92:19 | **identific...** | **impossible** | 144:20 | **information** |
| **Hogan** | 42:16 43:8 | 50:16 | 145:11 | 31:11 41:5 |
| 19:21,25 | 59:16 66:23 | **impression** | 148:8 149:3 | 83:11,25 |
| **hold** | 75:8 82:15 | 57:7 | 149:8 | 84:11 94:22 |
| 84:12 86:21 | 91:17 | **inaccurate** | 151:12 | 107:11,11 |
| 87:3,25 | 154:13 | 229:21 230:2 | 158:12 | 110:18 |
| 88:16 97:7 | 171:4 178:6 | **inaugurated** | 207:8 | 126:16,23 |
| 97:12 98:6 | 204:19 | 14:5 | **incurrence** | 126:25 |
| 98:19 | 211:16 | **include** | 150:24 | 128:15 |
| 123:11 | 216:6 | 46:2 67:14 | **independent** | 132:16 |
| 133:15 | 224:16 | 117:11 | 212:16 | 145:24 |
| 134:9 184:8 | **identified** | 244:8 | 220:17 | 164:25 |
| 215:14,16 | 26:13 140:3 | | 222:17,20 | 165:6,10,14 |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

| | | | | |
|---|---|---|---|---|
| 167:11 | 70:8 | 123:15 | 203:15 | 31:1 32:1 |
| 168:2,12 | **instruction** | 169:14 | **involves** | 33:1 34:1 |
| 193:17 | 11:2 68:13 | **internally** | 11:24 | 35:1 36:1 |
| 206:17 | 68:16 221:6 | 31:15,18 | **involving** | 37:1 38:1 |
| 234:25 | 221:10 | 37:17,18,19 | 24:9,15 | 39:1 40:1 |
| 247:11 | 223:2,9 | 108:11 | 26:11 27:2 | 41:1 42:1 |
| **informati...** | 235:22 | 169:9 | 237:17 | 43:1 44:1 |
| 127:3 | **instructs** | **interpret** | **inward-lo...** | 45:1 46:1 |
| **initial** | 10:18 | 70:20 161:16 | 16:9 | 47:1 48:1 |
| 88:2,4 | **intended** | 225:16,17 | **in-house** | 49:1 50:1 |
| 164:15 | 126:21 | 225:24 | 230:7 | 51:1 52:1 |
| 172:12 | **interact** | 226:2 | **issue** | 53:1 54:1 |
| **initially** | 169:16 | **interrupt** | 48:19,21 | 55:1 56:1 |
| 87:10 88:22 | **interchan...** | 30:7 | 49:22 61:5 | 57:1 58:1 |
| 119:14 | 33:2 | **introduce** | 61:8,17 | 59:1 60:1 |
| 123:18 | **intercompany** | 7:12 72:9 | 162:17 | 61:1 62:1 |
| 185:9 | 45:19 46:2 | 178:3 | **issued** | 63:1 64:1 |
| **initials** | 49:25 113:2 | **invest** | 64:11 65:8 | 65:1 66:1 |
| 161:8,10 | 130:24 | 118:3 | 80:10 212:9 | 67:1 68:1 |
| **input** | 131:8,16 | **investment** | **issuer** | 69:1 70:1 |
| 123:23 | 135:6 179:5 | 50:19 125:12 | 61:5 | 71:1 72:1 |
| **insert** | 179:10 | 140:11 | **issues** | 73:1 74:1 |
| 240:7 | 180:8,11,16 | **investments** | 185:11 | 75:1 76:1 |
| **inserting** | 180:18 | 139:6 140:10 | 226:20 | 77:1 78:1 |
| 239:18 | 182:13,23 | 187:2 188:3 | **issuing** | 79:1 80:1 |
| **insolvent** | 183:7,12 | 241:7 | 61:16 | 81:1 82:1 |
| 152:19,19 | 184:8 191:6 | **investor** | **iterations** | 83:1 84:1 |
| 218:16 | 191:15 | 87:23 116:25 | 110:23 | 85:1 86:1 |
| 221:16 | 238:14,20 | 117:2 | **It'll** | 87:1 88:1 |
| **instance** | 239:13,16 | **investors** | 155:15 | 89:1 95:22 |
| 98:16 | 239:18 | 85:15 117:10 | **i.e** | 171:1 172:1 |
| **institution** | **interest** | 117:12,16 | 31:5 70:3 | 173:1 174:1 |
| 85:3,5,13,15 | 58:23 | 173:3 | | 175:1 176:1 |
| 86:3,13,14 | **interested** | **involve** | | 177:1 178:1 |
| 89:18 90:19 | 30:16 246:18 | 29:5 | **J** | 179:1 180:1 |
| 147:18 | **interesting** | **involved** | **J** | 181:1 182:1 |
| 168:9 | 136:18,19 | 16:19,24 | 7:1,2 8:1 | 183:1 184:1 |
| 169:19 | **Interim** | 24:7 26:6 | 9:1 10:1 | 185:1 186:1 |
| 247:8 | 92:16 | 26:10,15,23 | 11:1 12:1 | 187:1 188:1 |
| **instituti...** | **intermediate** | 27:16 29:19 | 13:1 14:1 | 189:1 190:1 |
| 168:4,5 | 110:25 | 34:2 53:24 | 15:1 16:1 | 191:1 192:1 |
| **instruct** | **intermitt...** | 67:17 81:22 | 17:1 18:1 | 193:1 194:1 |
| 67:12 221:3 | 12:9 | 103:6 135:2 | 19:1 20:1 | 195:1 196:1 |
| 223:23 | **internal** | 135:4,5 | 21:1 22:1 | 197:1 198:1 |
| **instructed** | 90:8,10,11 | 158:4 | 23:1 24:1 | 199:1 200:1 |
| 10:22 | 90:21 | 228:22 | 25:1 26:1 | 201:1 202:1 |
| **instructing** | 108:10 | **involvement** | 27:1 28:1 | 203:1 204:1 |
| | | | 29:1 30:1 | |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                          January 20, 2010

CONFIDENTIAL

268

| | | | | |
|---|---|---|---|---|
| 205:1 206:1 | 79:4,5 | 180:14 | 248:8,10,12 | 133:12 |
| 207:1 208:1 | 86:20 | 182:15 | 248:15,18 | 134:14,20 |
| 209:1 210:1 | 102:12 | 187:12 | 248:21,24 | 151:20 |
| 211:1 212:1 | 105:2 107:5 | 191:21 | 249:3,7,9 | 153:12,21 |
| 213:1 214:1 | 112:5,13,15 | 228:14 | 249:11,14 | 155:9,12 |
| 215:1 216:1 | 147:6,8 | 240:9 | 249:16 | 158:18 |
| 217:1 218:1 | 175:3 | **join** | **JPMorgan** | 159:6,19,23 |
| 219:1 220:1 | 183:22 | 32:22 | 3:12 6:11 | 164:2 167:3 |
| 221:1 222:1 | 193:15 | **joined** | 7:19,23,24 | 168:5,21 |
| 223:1 224:1 | 215:23 | 15:21 35:12 | 10:8 13:9 | 169:9 |
| 225:1 226:1 | 237:15 | **joint** | 13:10,14,19 | 176:22 |
| 227:1 228:1 | **Jeffrey** | 75:25 84:17 | 14:13,25 | 177:8 181:9 |
| 229:1 230:1 | 92:21 | 85:2 86:7 | 15:4,25 | 182:14 |
| 231:1 232:1 | **JENNIFER** | 86:11,16 | 16:5 18:4 | 185:15,17 |
| 233:1 234:1 | 5:20 | **Jointly** | 24:17,25 | 186:7,10,25 |
| 235:1 236:1 | **Jess** | 1:6 | 25:18,23 | 191:17,22 |
| 237:1 238:1 | 20:6,9,10 | **Jose** | 27:21 28:20 | 192:6,13,16 |
| 239:1 240:1 | **Jim** | 208:18 | 29:2 33:8 | 192:22 |
| 241:1 242:1 | 7:25 98:22 | **Joseph** | 36:11 37:19 | 208:12,13 |
| 243:1 244:1 | **Jimmy** | 8:12 | 47:11 49:8 | 208:17,20 |
| 245:1 247:4 | 79:23 80:20 | **Jose's** | 49:16 50:4 | 209:4,6 |
| **Jacobson** | 81:22 | 207:21 | 50:16,17 | 212:17 |
| 179:5 216:14 | **JK** | **Journal** | 51:21 52:14 | 218:14 |
| 217:22 | 158:24 161:3 | 156:20,22 | 55:17 56:24 | 219:14 |
| **JAMES** | 161:10 | 158:20,21 | 57:9,11 | 220:16,23 |
| 3:23 | **Joachim** | **JPM** | 72:10 75:23 | 221:19 |
| **Jamie** | 33:10 75:17 | 43:7,12 | 76:7 77:4 | 222:19 |
| 20:16 79:15 | 78:25 | 59:15,19 | 77:14,20 | 223:15,25 |
| 80:13 | **Joan** | 66:22 73:15 | 80:5 82:7 | 224:2,9 |
| **Jana** | 1:24 2:10 | 74:16,25 | 87:12,22 | 225:6,11 |
| 105:11,12 | 246:7,25 | 75:7,11 | 88:15 90:8 | 227:7,8 |
| 123:23,23 | **job** | 82:14,19 | 90:21 91:5 | 228:10,18 |
| 123:23 | 52:24 162:13 | 84:17 88:3 | 97:12 98:17 | 230:4,7 |
| 124:5 155:2 | **John** | 91:16 97:4 | 99:10,18 | 232:8 |
| 162:8 163:9 | 1:12 2:6 7:8 | 97:7 119:15 | 101:4 | 235:12 |
| 176:2,2 | 19:21 69:10 | 119:20 | 103:13 | 236:12 |
| 193:22 | 245:13 | 123:11 | 104:24 | 237:15 |
| 194:21 | 246:10 | 154:12 | 108:15 | **JPMorgan's** |
| 210:4 | **Johnston** | 171:3 178:5 | 111:23 | 66:12 88:21 |
| **January** | 3:23 7:25,25 | 178:9 | 115:17 | 102:21 |
| 1:14 2:3 | 46:9 50:20 | 180:12 | 116:4,20 | 108:25 |
| 246:21 | 57:21 66:14 | 181:2 187:4 | 120:15 | 127:18 |
| **Jeff** | 102:25 | 204:18,21 | 122:15 | 159:14 |
| 36:20 44:13 | 103:15 | 211:15,19 | 124:19 | **JPM's** |
| 47:14 52:18 | 112:10 | 216:5,8 | 126:8 127:7 | 88:9 119:25 |
| 52:19,21 | 134:23 | 224:15,18 | 127:12 | 220:3 |
| 55:4 69:24 | 163:6 168:7 | 227:21 | 129:5 | **judgment** |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                    January 20, 2010

CONFIDENTIAL

269

98:17
146:25
**July**
155:16
167:10,11
167:13,16
168:2,12
205:10
206:14
210:8 211:2
211:21
213:22
215:6,7
**June**
155:16
**junior**
130:15
**jurat**
244:9

**K**

K
4:6 7:2,2
**Kapadia**
33:9,13 37:6
40:9 54:16
70:21 137:6
137:12
179:4
240:17
**Kapadia's**
95:17,18
**Kasowitz**
5:10 8:10
**KATE**
5:8
**Kaye**
5:16 8:13
**keep**
87:16 229:17
**keeps**
87:12
**kept**
31:11
**key**
208:7,13
209:7

**kind**
82:9 83:22
92:3 103:7
104:18
162:16,18
229:17
230:13
234:15
242:12,12
243:12
**kinds**
181:18
**Klykova**
44:6,9 54:15
70:21
112:22
**knew**
174:5,5
177:23
**know**
12:10 18:12
20:18,19
25:4,6,24
25:25 27:18
28:17 29:4
29:24 30:3
30:6,9,12
30:18 32:7
33:11,25
37:25 38:9
40:17 41:15
46:18 47:7
47:21,23
49:11 53:14
55:12 57:3
58:21 59:11
61:12,13,16
61:20,22
62:7,16,17
62:19 64:2
64:3 65:5
65:18 66:3
66:5 67:9
68:7 71:15
72:17,20
78:20,25
79:6,22

80:2,2,25
81:13,14,16
86:9 92:2
96:18 98:7
98:8,15,23
99:18,23
103:5,7
108:24
109:4,5,5,6
109:16,23
113:13
114:14
115:22
117:18,23
122:7,17,21
122:24
123:21
124:9
125:25
130:17
131:15
135:5
138:10
148:19
149:19
154:23
155:4,6,14
155:17,19
155:25
157:23
158:8
159:22
160:3,4,5
161:9,12,22
161:23,24
162:5,15
163:10,14
163:16
164:5,7,22
165:24
166:15
168:12
169:11
174:4 177:7
179:15,20
180:21
181:9,14,14

181:16,18
181:20
182:5,6,11
184:3 193:9
193:21
194:19,20
194:22
195:23
198:10
199:11
200:5
201:20
205:23,25
207:12,14
209:11
210:16
213:15
215:11,12
216:19,20
217:3
218:14
222:16
224:2,7,7
226:5,7,24
228:18
232:3
233:24
234:21,23
234:23
240:10,11
240:14,14
240:19
**knowledge**
24:24 25:19
28:2 78:18
110:23
115:17
208:12
218:4
224:10
226:9,12
**known**
16:3 101:17
**Korea**
155:20,22
164:8,8
233:18

234:19,25
**Korpus**
5:14 8:9,9
146:11
198:16
230:24
231:2 245:5
247:5
**Kotronis**
83:9 84:6
**Kowalczuk**
1:12 2:7 7:1
7:8 8:1,23
9:1,23 10:1
11:1 12:1
12:14 13:1
14:1 15:1
16:1 17:1
18:1 19:1
20:1 21:1
22:1,21
23:1 24:1
25:1 26:1
27:1 28:1
29:1 30:1
31:1 32:1
33:1 34:1
35:1 36:1
37:1 38:1
39:1 40:1
41:1 42:1
42:14 43:1
43:3,4,6,9
44:1 45:1
46:1 47:1
48:1 49:1
50:1 51:1
51:10 52:1
53:1 54:1,3
55:1 56:1
57:1 58:1
59:1,14,18
60:1 61:1
62:1 63:1
64:1 65:1
66:1,19,21
66:25 67:1



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                    January 20, 2010

CONFIDENTIAL

270

| | | | | |
|---|---|---|---|---|
| 68:1 69:1 | 212:1 213:1 | 5:11 8:11 | **learning** | 117:10 |
| 70:1 71:1 | 214:1 215:1 | 231:2 | 63:24 211:4 | 133:13 |
| 72:1 73:1 | 216:1,4 | **Lawrence** | **leave** | 180:13 |
| 74:1 75:1,6 | 217:1 218:1 | 6:11 7:22 | 156:3 | 193:3 |
| 75:10 76:1 | 219:1 220:1 | **lawyer** | **Lee** | **lendings** |
| 77:1 78:1 | 221:1,12 | 226:21 | 79:23 80:20 | 159:15 |
| 79:1 80:1 | 222:1 223:1 | **lawyers** | 81:22 | **lends** |
| 81:1 82:1 | 224:1,14,24 | 230:6 235:17 | **left** | 130:13 |
| 82:13,17 | 225:1 226:1 | 236:13 | 44:17 85:8 | 238:20 |
| 83:1 84:1 | 227:1 228:1 | **LBO** | 85:11,16,18 | **lengthy** |
| 85:1 86:1 | 229:1 230:1 | 152:5 157:10 | 85:25 86:2 | 91:19 |
| 87:1 88:1 | 230:18,25 | 157:19 | 86:4,8,10 | **letter** |
| 89:1 91:14 | 231:1 232:1 | 158:4 207:8 | 86:12 99:2 | 55:11 60:25 |
| 91:15,23 | 233:1 234:1 | 208:8,14 | 121:6 | 61:2 62:11 |
| 101:11 | 235:1 236:1 | 209:8 | 155:14,16 | 215:12 |
| 106:3,4 | 237:1 238:1 | 212:18 | 155:25 | **letters** |
| 148:23,24 | 239:1 240:1 | 218:17,22 | 164:2 | 55:14 |
| 154:11 | 241:1,2 | 219:17 | 197:12 | **let's** |
| 160:25 | 242:1 243:1 | 221:15 | **left-most** | 23:7 43:4 |
| 171:1,2,6 | 244:1 245:1 | 238:9,22 | 100:9 | 51:5 61:15 |
| 171:10,23 | 245:13 | **LBOs** | **legal** | 61:23 62:3 |
| 172:1 173:1 | 246:10 | 65:16 103:19 | 6:11 7:23 | 66:19 75:4 |
| 174:1 175:1 | 247:4 248:3 | 157:25 | 226:20 | 82:11,25 |
| 176:1 177:1 | | **lead** | 235:10 | 91:2,13 |
| 177:25 | **L** | 85:8,11,16 | 236:3,7,14 | 105:19 |
| 178:1,3,4 | **L** | 85:17,18,25 | 237:16,17 | 147:24 |
| 178:11 | 7:2 | 86:2,2,4,10 | **legs** | 204:15 |
| 179:1 180:1 | **labeled** | 86:11,12 | 12:8 | 214:24 |
| 181:1 182:1 | 72:24 106:6 | 146:8 | **Lehman** | 216:2 |
| 183:1 184:1 | 113:10 | 176:17 | 157:11 | 219:21 |
| 184:20 | 140:21 | 177:15 | **lend** | **level** |
| 185:1,13 | **large** | **leading** | 25:16 55:17 | 17:19,22 |
| 186:1 187:1 | 57:3,3,4,5 | 85:5 86:4,15 | 191:3 | 18:15 53:19 |
| 188:1 189:1 | 103:21 | 164:21 | **lender** | 53:22 93:2 |
| 190:1 191:1 | **largely** | **leads** | 25:4,20 | 93:5,22 |
| 192:1 193:1 | 56:10 | 85:17 | 85:19,20 | 94:2,4,6,7 |
| 194:1 195:1 | **larger** | **lead-in** | 116:21 | 94:8 98:6 |
| 195:7,8 | 93:11,12 | 218:10 | 127:9 173:2 | 98:20 126:7 |
| 196:1 197:1 | 103:20 | **learn** | **lenders** | 192:7 |
| 198:1 199:1 | 182:23 | 36:15 37:2 | 3:19 8:3 | 215:14,17 |
| 200:1 201:1 | 183:7 | 40:9 47:19 | 25:17 45:24 | **levels** |
| 202:1 203:1 | **largest** | 51:20,25 | 135:21 | 53:14 93:15 |
| 204:1,17,25 | 231:11,14 | 220:3 | 136:6 173:3 | 120:20 |
| 205:1 206:1 | **late** | **learned** | 182:8 | 123:12 |
| 207:1 208:1 | 57:17 112:7 | 47:24 63:16 | **lending** | **leverage** |
| 209:1 210:1 | 166:2 | 136:12 | 16:11,18 | 111:18 |
| 211:1,14,19 | **Law** | 226:22 | 42:6 115:13 | 157:24 |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                    January 20, 2010
CONFIDENTIAL

271

```
158:2,4          44:16 55:2       190:6            181:23           129:2 137:5
206:20           69:23 86:20      232:13           182:3            148:15
207:12,17        89:6 90:2        238:14           longer           163:19
209:14           114:11           living           94:10            171:23
leveraged        116:12           233:18,24        long-winded      185:12
26:2 28:10       118:10           LLC              194:11           210:23
29:6,12,18       120:12           130:13,17,19     look             229:13,18
33:15 38:6       121:6            239:25           16:4,6 43:10     looking
38:7,11          128:10           LLP              43:18 59:17      44:5 54:13
39:12 40:5       138:13           2:8 3:4,18       59:20 66:2       62:20 65:15
44:10 79:9       141:4 160:8      4:4,11,18        72:21 73:6       68:23 74:14
83:22            161:2,13         5:10,16 6:4      75:12 76:5       74:24 79:14
106:20           209:24           8:13             82:20,25         82:18 84:3
Lexington        210:2            loan             92:12,13         92:10 104:9
3:13             212:16,25        50:11 87:15      115:25,25        106:5 114:3
LGD              214:17           87:19,23         118:24           116:10
101:23,24,25     lines            89:15 104:3      119:2 120:8      118:4,16
102:13,17        16:19,21,21      116:12,16        124:9 128:9      124:8,10
130:3            16:23 47:8       116:21,25        128:11           128:8,14
138:14,16        123:15           117:4,14,22      129:8,14,21      129:5
145:22,25        Linneman         118:2 142:3      132:11           132:10
146:7 147:4      81:15 95:21      142:8 143:4      135:9 137:6      135:9
160:21           98:21            143:10,23        138:11           136:22
185:22,23        list             145:12           141:17           142:11,16
186:9,15,21      53:9 76:6        149:9,14         144:3            143:18
186:22           82:2 162:23      172:8,10,15      149:17,24        171:16
187:2,5,11       listed           172:16,18        150:11           173:4
187:16           78:8,11,15       172:19,22        154:18           178:21
190:22           79:15 80:13      173:5,5,6,8      162:19           180:22
191:9 194:5      92:22 93:18      173:12,18        171:12           184:23
198:6            102:7,7          173:19           174:8 175:4      185:15
199:10,11        107:17,22        loans            175:21           193:16
201:14           142:19           64:9,10          184:14           195:11
240:22           151:2 172:6      86:22 88:15      196:4,17         225:2,5,9
lien             188:5            88:17,18,19      197:11           240:22
236:23           listing          88:22           202:11,23        looks
light            92:21            117:11,13        204:22           67:8 75:16
70:3 71:7,19     lists            118:2            216:9            105:6
72:3,5           96:23 98:25      151:21           224:19,20        119:23,23
likelihood       litigator        168:22           224:25           137:6,11
176:23 177:9     50:25            located          229:15           155:2
limit            little           39:25 40:4       239:20,23        160:21
213:12,16        18:23 22:20      long             242:11,20        173:17
limiting         34:22 37:24      10:2 15:9        looked           loop
203:20           40:9 51:11       17:7 50:22       67:9 101:6       229:18
line             51:12 85:24      117:8 171:8      116:6            looser
25:14 44:13      94:20 96:25      179:14           128:24           181:17
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                          January 20, 2010

CONFIDENTIAL

272

| | | | | |
|---|---|---|---|---|
| **Los** | 134:17 | 60:5 68:25 | 85:14 163:9 | 95:13 97:20 |
| 3:22 | 166:24 | 69:3,16 | 163:15 | 98:13 102:2 |
| **loss** | **management** | 112:7 | **math** | 103:16 |
| 101:25 102:4 | 15:8,11,16 | **margin** | 173:11 | 105:2,2 |
| 130:3 | 15:19,23 | 156:24 | 232:13,15 | 108:10,19 |
| 138:16 | 16:8 17:6 | 157:16 | **matter** | 108:20,22 |
| 146:9,15,20 | 17:20 18:5 | **margins** | 24:14 29:9 | 113:24 |
| **lot** | 18:19 23:12 | 217:16 | 30:11 37:11 | 115:4 117:5 |
| 75:17 78:19 | 23:20 26:3 | **mark** | 127:7 | 117:23 |
| 103:17 | 28:9 29:6 | 42:20 43:2,4 | 128:16 | 118:25 |
| 158:2 | 29:21 38:13 | 66:19 75:4 | 164:13 | 120:15 |
| 207:11 | 38:14,15 | 79:3 82:11 | 203:15 | 121:12 |
| 209:13 | 79:14 | 91:13 98:9 | 234:12 | 125:21 |
| 215:8,13 | 105:14 | 197:16,17 | 246:19 | 126:4 |
| **lots** | 107:16,23 | 204:15 | **MBA** | 131:14 |
| 65:16 | 108:4,5,14 | 216:2 | 12:18,19 | 133:20 |
| **low** | 109:19 | **marked** | 13:8 | 134:16,24 |
| 90:13 102:17 | 113:25 | 42:16 43:7 | **McPHAIL** | 135:20 |
| **lower** | 114:2 122:2 | 59:15 66:23 | 4:16 8:18,18 | 139:9 |
| 168:25 169:3 | 125:13 | 75:8 82:15 | **mean** | 152:15 |
| **lowering** | 156:7 | 91:17 | 16:21 26:17 | 153:13 |
| 168:11,14,15 | 193:19 | 154:13 | 30:7,12,14 | 157:25 |
| 211:11 | 194:8 | 171:4 178:6 | 31:9,20 | 160:14 |
| **Lunch** | 209:11 | 204:18 | 32:2 33:3,3 | 163:4 |
| 105:22 | 210:9,14 | 211:16 | 35:17,23,24 | 168:19,22 |
| **Lynch** | **manager** | 216:5 | 35:25 36:8 | 172:19 |
| 5:17 8:14 | 96:5 | 224:15 | 36:9 38:6 | 174:4 |
| **Lynn** | **managing** | **market** | 40:2,20 | 181:13 |
| 3:16 7:20 | 17:18,22,24 | 117:15 | 42:10,13 | 183:22 |
| **L.A** | 18:14,15,17 | **marketing** | 45:2,3,23 | 186:22 |
| 52:4 | 18:24 19:6 | 85:13 | 47:21 53:14 | 187:16 |
| | 19:15,23 | **markets** | 55:24 56:13 | 193:7 198:9 |
| **M** | 20:12 36:25 | 4:13 8:20 | 57:5 58:10 | 198:10 |
| **M** | **mand** | 79:7 97:23 | 58:19 59:12 | 203:22 |
| 3:7 4:8 | 93:9 | **marriage** | 59:12 60:15 | 207:11 |
| **main** | **mandate** | 246:17 | 60:18,19 | 208:18 |
| 28:14 47:4 | 83:12 | **Massachus...** | 61:15 62:24 | 210:10,21 |
| 133:19 | **mandated** | 5:7 | 62:25 65:15 | 210:25 |
| **mainstream** | 83:17,20 | **match** | 67:5 68:8 | 213:4,19 |
| 158:10,17 | **manner** | 142:23 | 70:20 71:7 | 225:16,17 |
| **maintain** | 37:25 233:12 | **material** | 74:9 78:23 | 225:24 |
| 31:25 | 233:13 | 108:8 162:25 | 79:13 81:5 | 226:3,7,22 |
| **maintenance** | **Marc** | **materially** | 82:7 83:14 | 226:25 |
| 217:16 | 6:8 8:15 | 210:22,24 | 84:22 86:6 | 227:2,4 |
| **making** | **March** | **materials** | 86:13,25 | 231:9 232:9 |
| 16:10 99:19 | 22:4 23:7 | 41:7,8 70:3 | 87:5,6 | 236:14,18 |
| | 44:12 57:17 | 71:6,19 | 88:15 93:6 | 236:20 |



Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk

CONFIDENTIAL

January 20, 2010

273

237:4,23
243:5
**meaning**
121:10
**means**
60:23 85:2
86:3 93:7
121:13
131:15
139:15
226:6
**meant**
45:12 61:3
71:8,9 99:9
100:22,23
114:5 126:7
131:21
169:3
182:10
214:7
**measure**
226:10
**Media**
23:17 24:5
**meet**
37:13 38:21
110:9
**meeting**
122:22,24
**meetings**
38:3,6,19,21
39:8,9,22
121:24
122:17
123:3,7
230:6
**members**
39:17 41:6
76:7,11
78:8,9
152:10
**memo**
104:15
163:19
**memory**
146:18
173:21

**mentioned**
61:6 106:12
233:9,12
**merger**
175:16
218:22
**Merrill**
5:17 8:13
**met**
56:18 79:20
79:25
**method**
195:14,16,24
196:2 198:5
199:18,22
201:24,24
202:2
**methodology**
227:18,19
228:6
241:17,20
**methods**
186:3,14
187:18,22
187:24
201:9 202:7
**middle**
69:14 172:7
**mid-office**
105:6,7
**Miles**
4:8 8:4,4
**Millas**
214:16
**million**
86:21 87:2
87:16,24
97:8,10,12
120:2 121:5
123:13,14
142:5,7
143:5,11
144:14
151:14
160:2
176:20
211:24

214:3,19
217:16
**millions**
96:24 121:4
**mind**
108:23
222:11
231:18,20
231:21
238:5
**mine**
209:16
**minimum**
179:12,24
**minus**
123:16 197:8
**minuses**
62:12
**minute**
84:23
**Misstates**
112:11
**mistake**
156:16 157:2
163:13
**mistaken**
62:18 166:2
**mistakes**
156:25
163:11
**misunders...**
11:12
**misunders...**
148:21
242:22
**model**
72:10 196:14
**modeling**
194:6,20
**modified**
46:7
**modify**
183:4 221:24
**moment**
119:2 120:8
120:9

219:22
**moments**
120:11
124:12
**money**
50:17
**monitor**
16:14 164:19
**monitoring**
17:2 164:22
**month**
211:12,25
213:3,13
214:7
**monthly**
165:23
212:24
213:17
**months**
14:11
**Moody's**
60:12,16
61:2,6,23
61:24 62:4
62:8,8,18
**MOORE**
5:20
**morning**
8:23 9:23
69:16
**MOTIONS**
247:16
**motivated**
232:21
**move**
83:11,18
169:17
**muck**
67:19
**multiple**
29:15,16
30:2,3,14
30:24 32:4
51:13
110:23
199:18,22

201:24
226:16
**multi-page**
66:25
**MYERS**
4:18

---

**N**

**N**
3:2,9 4:2
5:2 6:2,11
7:2 247:2
**name**
7:7,13 8:24
15:24 20:8
33:24 54:23
230:25
**names**
15:18 22:16
23:4 29:17
52:4 53:9
108:2
121:25
122:23
**Natasha**
44:3,6 47:25
69:23 70:18
70:25 79:2
112:19
**nature**
24:25 59:2
167:20
**necessarily**
39:20 86:13
**need**
12:9 17:9
22:19 23:5
69:18 91:25
94:20,22
120:10
124:11
135:12
141:23
153:17
171:14
183:5
202:23



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

221:24
240:7
**needed**
72:9 122:9
**negative**
62:22 63:18
63:19 70:4
70:4 72:9
72:14,16
73:12,13,19
73:24,24
74:19
157:12
197:22
200:17
201:7
233:15
243:18
244:5
**Nelson**
7:9
**net**
120:22 160:4
196:18
200:12
**Network**
188:4
**never**
69:25 84:25
201:23
**nevertheless**
10:21
**new**
1:13,13 2:9
2:9,11 3:14
3:14 4:15
4:15,22,22
5:13,13,19
5:19 6:7,7
7:9 40:3
52:24 64:4
64:7,8,10
64:14,20,23
65:2,3,12
116:12
133:3
143:10

149:22
246:3,8
**newly**
239:24
**news**
63:20,21
168:6
**newspaper**
128:21
**newspapers**
139:23
**Nice**
50:24
**night**
55:3
**nine**
14:11 206:20
**non-bank**
117:16
**non-monetary**
57:14,16
**non-verbal**
11:5
**normal**
53:5
**normally**
52:23 185:19
186:15,16
190:21
191:3 197:9
197:20
203:5
236:15
237:23
239:6,14
**North**
125:16
**Notary**
2:10 7:4
246:7
**notations**
111:12
**note**
9:5 41:21
43:11 45:19
46:2 49:25

50:17 113:2
130:24
131:8,16
135:6
151:14,16
179:6,10
180:8,11,16
180:18
182:13,18
182:19,23
183:7,12
184:8 191:6
191:15
216:16
238:15,20
239:13
**noted**
147:17 245:8
**notes**
95:10 149:22
**notice**
2:10 42:14
42:20 248:5
**noticing**
243:8
**noun**
125:22
**November**
14:14 206:13
**no's**
11:5 67:7
**number**
25:16 59:19
62:11 66:25
72:22 75:5
75:11 82:12
82:19 83:24
99:24
101:15
146:7,16
160:7
163:20
171:9,11,24
175:16
178:5,9
185:13
188:8

204:21,25
211:19
212:22
216:8 249:7
**numbers**
22:16 142:22
200:15
210:14
211:3 244:5
**NW**
3:7
**NYU**
12:18
**N.W**
4:6

---

### O

**O**
3:23 7:2,2
**object**
10:16 134:23
201:21
235:14
**objection**
9:11,12
16:12 41:22
42:4 46:9
46:14 49:10
49:20 50:20
50:21 53:8
55:19 56:25
57:15,21
59:4,10
64:24 66:14
74:3 78:2
85:21 88:11
93:21
102:15,18
102:24,25
103:14,15
108:9 111:3
111:14
112:9,10
115:3,8,20
117:6
119:18,22
120:4 127:2

127:13
134:15
153:14
157:21
158:7 163:6
167:14
168:7
180:14,15
182:15
184:6
187:12
191:21,24
192:18,24
193:6
201:22
207:10
208:16
219:2
228:14
231:6
236:24
238:11,23
240:9
242:15
245:2
**objections**
9:13 10:20
10:20
**objects**
10:17 243:2
**obligation**
25:16 145:11
150:24
**obligor**
84:13 101:17
**obtain**
152:24
200:12
204:6,14
218:23
**obvious**
198:2,9,22
198:24
199:8
**obviously**
18:22 171:8
202:15



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                      January 20, 2010

CONFIDENTIAL

275

| | | | | |
|---|---|---|---|---|
| occasion | 234:18 | 237:3,10 | 42:15 248:5 | 79:6 |
| 67:14 68:17 | 236:4 | 238:4 | orally | O'MELVENY |
| occur | okay | 239:15 | 111:11 | 4:18 |
| 38:17 122:4 | 13:24 19:4 | 243:3 | order | |
| 212:14 | 22:10,23 | old | 36:11 37:3 | **P** |
| occurred | 23:2 33:5,6 | 148:16 | 91:25 124:2 | P |
| 13:15 122:19 | 35:7 43:17 | once | ordinarily | 3:2,2 4:2,2 |
| 174:3 | 43:25,25 | 9:25 83:17 | 194:2 | 5:2,2 6:2,2 |
| 194:23 | 60:24 75:14 | one-page | ordinary | pack |
| 220:13 | 91:4 92:6,8 | 43:11 | 236:18 238:3 | 188:24 |
| occurring | 101:25 | ongoing | organizat... | package |
| 220:16 | 113:9 117:2 | 110:9 | 18:22 | 35:3,5,10,17 |
| occurs | 117:20 | opcos | organizat... | 36:2,4 37:4 |
| 22:24 | 119:3 120:9 | 44:19 45:9 | 61:7 | 104:15,22 |
| office | 124:11 | 46:24 47:12 | original | 116:5 124:4 |
| 194:2 212:11 | 128:13 | 48:24,24 | 46:4 173:8 | 136:24 |
| officer | 129:23 | 49:8,17 | 173:12,19 | 164:11,16 |
| 36:14 81:3,6 | 132:13,15 | 180:21,23 | originally | 174:16 |
| offices | 135:13,18 | operating | 46:13 167:23 | 179:17 |
| 2:7 | 138:12 | 45:17 46:21 | ought | 184:14 |
| Official | 149:11 | 48:17,25 | 55:4 | 185:3 |
| 3:5 | 150:10,18 | 49:25 72:7 | outcome | 188:11 |
| oh | 154:17 | 94:9 130:14 | 246:18 | 190:17,19 |
| 13:5,21 21:2 | 165:16 | 191:19 | outgoing | 191:20 |
| 25:9 28:5 | 171:13 | 236:22 | 162:21 | 194:5 |
| 37:9 42:10 | 173:14 | 237:19 | outline | 201:15,16 |
| 43:22 45:22 | 175:18,22 | 239:10 | 55:15 | 202:20 |
| 62:7 63:22 | 178:18,20 | opinion | outlook | 203:3 |
| 64:18 69:22 | 184:13,16 | 152:20,21,25 | 62:22 63:18 | 242:13 |
| 71:20 98:8 | 186:11,12 | 179:14 | 120:5 | 243:13,23 |
| 100:15 | 188:10,19 | 181:23 | outside | packages |
| 114:3 | 189:7 190:8 | 182:4 204:7 | 78:14 230:7 | 138:2 163:3 |
| 118:11 | 190:13 | 204:14 | 236:12 | page |
| 122:21 | 191:16 | 218:24 | overseeing | 68:24 69:8 |
| 129:23 | 195:10 | 219:9,10,11 | 16:11 | 76:6 82:8 |
| 148:11 | 199:21 | 222:9,12 | oversees | 82:24 83:3 |
| 164:5 180:9 | 209:10 | 226:23 | 18:4 | 83:5 84:4 |
| 188:19 | 214:14 | opinions | oversight | 92:10,14 |
| 199:21 | 219:23 | 131:11,23 | 202:10,14 | 94:14,15 |
| 203:10 | 222:13,24 | 228:20 | overview | 96:11,15 |
| 208:23 | 224:22 | opportunity | 175:11 | 103:22 |
| 210:22 | 225:19 | 127:19 | over-thre... | 104:9 106:5 |
| 212:2 | 229:12 | 171:12 | 121:25 | 107:10 |
| 213:18 | 230:21 | opposed | 122:18 | 113:7 114:3 |
| 214:11 | 231:13 | 11:5 16:9 | 123:6 | 114:5,7 |
| 226:5,11 | 232:14 | 186:13 | O'Brien | 116:10,11 |
| 229:4 | 236:10 | Oral | | 118:5,16 |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                        January 20, 2010

CONFIDENTIAL

276

| | | | | |
|---|---|---|---|---|
| 120:7 | 174:10 | participa... | 40:6,7 53:6 | 207:14,18 |
| 121:16 | 175:11 | 102:21 | 53:10 60:2 | 210:4,19 |
| 128:8 129:8 | 188:9 189:6 | particular | 75:17 76:21 | 211:5 218:7 |
| 129:11 | 193:21 | 15:3 23:14 | 77:14,21 | performing |
| 132:10,10 | 247:6 | 32:15 60:14 | 78:9,14,17 | 129:6 199:23 |
| 135:9 | paid | 63:24 | 78:19,23 | 210:8 |
| 137:16,19 | 160:4 | 101:13 | 83:20 92:22 | performs |
| 137:19,22 | papers | 105:16 | 118:2 | 194:3 |
| 138:7,17 | 55:10,20 | 126:8 | 127:17 | period |
| 139:24 | 56:3,7 | 152:12 | 159:13 | 20:24 21:23 |
| 141:18,19 | paragraph | 202:12 | 162:20 | 22:3,5,5,12 |
| 141:20,21 | 75:22 81:25 | parties | 188:20 | 22:18 23:7 |
| 142:10,17 | 156:12 | 10:14 30:16 | 214:25 | 26:12,13 |
| 142:21 | 158:23 | 246:16 | 215:5,19,21 | 57:18,25 |
| 143:4,7,13 | 161:3 | parts | 236:12 | 122:8 123:8 |
| 143:20 | 175:15 | 58:11,13 | percent | 156:23 |
| 144:5,6 | 176:12 | 91:22 | 70:4,4 72:18 | 157:14 |
| 148:16,23 | paren | 104:17 | 73:13,19,24 | 162:2 165:7 |
| 149:18,24 | 143:4 | 138:19 | 73:24 74:12 | 165:12 |
| 150:11 | parenthet... | 140:15 | 74:19,20 | 166:4,7,9 |
| 151:2 | 161:2,4 | 145:20 | 89:8,10 | 166:21 |
| 160:17,19 | parenthet... | 146:4,5 | 102:14 | 167:4,7 |
| 171:16,19 | 244:5 | 189:12 | 141:7 | 168:12 |
| 172:7 | Park | pass | 146:15,23 | 176:25 |
| 174:21 | 5:18 | 226:6 227:19 | 185:25 | 206:12,13 |
| 175:4,24 | Parke | passages | 217:13,14 | 206:14 |
| 177:19 | 2:8 6:4 8:16 | 171:12 | 217:14 | 207:19 |
| 184:14,24 | part | Paul | percentage | 211:13 |
| 185:3,13 | 14:7 28:3 | 4:10 8:19 | 73:6 74:21 | periodic |
| 189:6,25 | 29:13 35:11 | pause | 102:5 | 121:23 |
| 190:4,9,12 | 43:23 67:23 | 177:25 | 145:25 | 165:11 |
| 190:14,15 | 77:21 78:12 | pay | 146:10 | 166:3 |
| 195:9 199:9 | 80:13 85:2 | 232:21 | percentages | permanent |
| 199:13,15 | 89:13 94:21 | paying | 146:20 | 214:2 |
| 201:11 | 104:21 | 108:25 | perception | perpetuity |
| 202:22,24 | 115:22,23 | pending | 66:12 | 195:13,16 |
| 225:9 | 116:5 124:4 | 11:19 150:5 | performance | 196:2 |
| 229:21 | 142:20 | people | 57:20 72:7 | 201:24 |
| 239:20 | 190:16,21 | 20:14 21:5,8 | 113:18 | 202:2,4 |
| 240:22,23 | 191:5 | 21:17,21 | 128:17 | person |
| 242:3 243:5 | 201:15,15 | 22:6,11,15 | 164:23 | 17:14 29:12 |
| 243:7,25 | 202:10 | 23:4,22 | 165:2,6,15 | 39:19 52:23 |
| 244:2,8 | 205:23 | 29:16,18 | 165:20 | 79:15 81:8 |
| 247:3,7,9 | 214:7 230:4 | 31:19,24 | 167:2,9,18 | 98:16 109:4 |
| pages | 236:16,20 | 32:6,11 | 167:20 | 109:25 |
| 82:9 137:5 | participate | 34:2 38:12 | 168:8 | 236:8 |
| 154:16 | 106:22 | 39:11 40:4 | 206:12,19 | personal |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk

January 20, 2010

CONFIDENTIAL

277

| | | | | |
|---|---|---|---|---|
| 12:5 234:10 | 83:16 | 215:18 | 3:11 7:18,21 | 227:5,10 |
| **personally** | **place** | **pluses** | **Poor** | **Power** |
| 16:24 26:5 | 48:20 104:20 | 62:12 | 61:24 | 113:8 |
| 33:4 103:11 | 114:17,19 | **point** | **Poor's** | **preamble** |
| **perspective** | 123:7 | 14:20 26:22 | 61:7 | 242:25 243:2 |
| 208:22 | 130:23 | 34:4 41:11 | **portion** | **precise** |
| 209:10 | 134:21 | 45:14 48:8 | 22:8 45:4 | 96:2 |
| 210:7 | 135:2 | 51:19 61:11 | 89:17,20 | **preexisting** |
| 223:14 | 240:17 | 61:18 72:13 | 170:6 | 212:21 |
| **Peter** | **placement** | 77:13 79:21 | **position** | **prefer** |
| 29:10 33:12 | 85:12 | 79:25 92:3 | 14:24 15:10 | 15:25 186:2 |
| 78:25 205:3 | **plan** | 107:20 | 17:7,11,17 | **premark** |
| 206:2 | 119:25 120:5 | 108:6,24 | 17:20 19:5 | 42:23,24 |
| **petition** | 122:5 210:4 | 113:8 | 19:9,11 | **prep** |
| 151:21 | 210:9,15,20 | 115:16 | 20:22 21:6 | 157:4 201:4 |
| **phone** | 210:22 | 116:4 | 36:22 45:24 | **preparation** |
| 38:15 39:13 | 211:3 | 122:13 | 133:14,15 | 67:9,15,24 |
| 133:4 | **planned** | 123:5,6 | 134:7,8 | 68:5,18,20 |
| 230:10 | 217:12 | 128:22 | 189:15 | 68:22 |
| 235:5 | **Plaza** | 136:10,16 | 237:12 | 106:16 |
| **phones** | 2:9 6:6 | 136:25 | 239:5,7 | 154:24 |
| 133:4,5,6 | **please** | 143:13 | **positions** | 176:3,6 |
| 145:6 | 7:6 11:10 | 147:17 | 22:17 | **prepare** |
| **phonetic** | 12:14 20:8 | 160:6 | **positive** | 106:13 |
| 205:5,6 | 41:21 43:5 | 168:14 | 63:19 | 109:23 |
| **phrase** | 43:24 46:11 | 169:22 | **possessed** | **prepared** |
| 121:7 131:21 | 59:17 66:20 | 175:15 | 31:11 | 98:7,9,14 |
| **phrases** | 69:10 75:5 | 177:7 | **possibility** | 105:4,9 |
| 97:16 | 82:12 91:10 | 194:15,21 | 214:4 235:10 | 110:10 |
| **physically** | 92:2 105:20 | 202:3,16 | 235:11 | 111:2 |
| 39:25 | 114:5 | 203:14 | 238:8 | 114:25 |
| **picked** | 118:25 | 207:4 | **possible** | 124:5 |
| 10:25 | 119:2 129:9 | 211:10 | 10:12 179:13 | 167:17 |
| **picture** | 132:12 | 215:3 | 180:2 | 175:23 |
| 167:16 | 134:5 138:6 | 221:14 | 181:22 | 189:10,17 |
| **piece** | 142:15 | 225:10,10 | 182:3,9 | 193:17 |
| 140:8 203:3 | 144:23 | 227:6 | **post** | 200:5 |
| **pieces** | 146:12 | 229:21 | 119:24 | 201:17 |
| 106:19 | 147:25 | **pointing** | **potential** | 225:3,7 |
| 139:20 | 185:20 | 137:18 | 24:8 26:11 | **preparing** |
| 186:5 | 190:4,6 | **points** | 26:24 30:10 | 67:18 106:18 |
| 187:21,22 | 204:10 | 83:25 138:3 | 30:25 32:4 | 108:7,11 |
| 187:24 | **plus** | **policy** | 34:7 51:15 | **present** |
| 190:24,24 | 90:16 123:14 | 31:22,23 | 51:20 52:14 | 6:10 9:5 |
| 192:5 | 139:6 | 32:3 186:25 | 56:22 | 10:19 |
| **pipeline** | 186:24 | 187:5,7 | **potentially** | 139:13 |
| | 187:2 | **Polk** | 225:13,20 | 230:3,6,8,9 |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                                January 20, 2010

CONFIDENTIAL

278

| | | | | |
|---|---|---|---|---|
| presented<br>56:11 127:18<br>presents<br>196:12<br>preserve<br>10:20<br>preserved<br>9:14<br>president<br>20:23,25<br>  21:3,14,18<br>  21:20 23:8<br>  23:12<br>President's<br>14:3<br>press<br>82:2 157:7<br>  158:10,10<br>  158:16,17<br>  158:17<br>presumably<br>45:5<br>pretty<br>210:5,13,15<br>previously<br>24:18 42:19<br>  109:10<br>  110:2<br>Price<br>14:4<br>pricing<br>96:21<br>primarily<br>189:19<br>primary<br>52:24 81:8,9<br>  85:19<br>  106:15<br>  159:14<br>principal<br>85:19<br>prior<br>21:18 25:2<br>  36:18 42:20<br>  48:13 49:14<br>  63:24 68:22 | 109:8 119:8<br>121:16<br>134:5<br>154:23<br>167:23<br>201:4<br>private<br>40:19,20<br>  41:13 42:3<br>  115:2,14<br>  116:7<br>  125:13<br>  141:14<br>  152:5<br>  203:18<br>  204:8 211:7<br>privilege<br>10:19 223:24<br>  235:18<br>privileged<br>11:25 221:21<br>  223:10,16<br>  223:22<br>  227:13<br>  229:11<br>pro<br>225:14,21<br>probably<br>10:3 12:7<br>  27:5 32:25<br>  37:5 53:15<br>  111:15<br>  121:15<br>  160:23<br>  161:6<br>  162:21,22<br>  163:23<br>  203:2,6<br>  231:10<br>problem<br>48:17 129:19<br>  143:8<br>proceed<br>9:11 115:7<br>process<br>27:11,16<br>  37:11 41:18 | 67:24<br>processing<br>105:6<br>produce<br>48:15 162:13<br>produced<br>188:11<br>producing<br>181:7<br>product<br>67:25 212:21<br>production<br>212:23<br>productive<br>162:9<br>professional<br>10:6 13:22<br>profitabi...<br>124:15<br>project<br>38:22 39:5<br>  40:10 54:18<br>  54:22 56:20<br>  60:9 78:12<br>  78:15 81:23<br>  83:19 110:5<br>  113:20<br>projected<br>139:12,12<br>  167:2,9,23<br>projection<br>71:13 74:15<br>  167:24<br>projections<br>73:7 74:2<br>  113:11,13<br>  113:18,22<br>projects<br>83:16<br>prompt<br>211:5<br>pronounce<br>8:24 33:11<br>pronounced<br>205:5<br>proper | 125:22<br>proposal<br>92:16 106:7<br>  109:20<br>  114:24<br>  115:12<br>  116:6<br>  163:19<br>  176:17,18<br>  177:10,15<br>  177:15<br>proposals<br>176:16<br>propose<br>92:3<br>proposed<br>36:17 41:14<br>  66:12 100:5<br>  111:20<br>  112:6 116:7<br>prospective<br>85:15<br>protected<br>235:13<br>protection<br>237:18,18<br>provide<br>55:15 84:12<br>  192:6<br>provided<br>15:23 25:2<br>  167:2<br>  193:21<br>  241:25<br>providing<br>23:4 25:19<br>  111:13<br>  212:17<br>  217:5<br>proximity<br>39:25<br>public<br>2:11 7:4<br>  40:23 61:2<br>  66:2,4<br>  207:21<br>  208:18 | 246:7<br>publicly<br>210:3<br>publishing<br>45:16,17<br>  46:24 47:5<br>  48:16 58:16<br>  59:3,8<br>  112:25<br>  130:14<br>  135:7<br>  139:23<br>  179:11<br>  180:20,21<br>pulled<br>106:19<br>  110:17<br>purchasers<br>30:25<br>purchasing<br>212:10,11<br>purpose<br>122:3 145:21<br>  185:22<br>  194:4<br>purposes<br>185:16<br>  212:10<br>pursuant<br>2:9 42:15<br>  248:5<br>put<br>48:20 78:4<br>  80:5 88:12<br>  130:10,23<br>  171:8<br>  179:14<br>  181:23<br>  182:3 192:4<br>p.m<br>83:7 105:22<br>  105:23<br>  148:2,3<br>  195:5,6<br>  245:8<br><br>———————<br>Q |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                        January 20, 2010

CONFIDENTIAL

279

| | | | | |
|---|---|---|---|---|
| qualifica...<br>125:23<br>qualitati...<br>64:14 65:11<br>quality<br>162:12,15,16<br>quantity<br>162:11,12<br>quarter<br>206:6,8,18<br>210:14,20<br>211:5<br>question<br>10:22 11:9<br>11:13,14,19<br>11:20 12:10<br>13:16 21:24<br>22:22 25:10<br>25:22 28:23<br>30:13 36:6<br>36:7,19<br>41:22,24<br>45:22 46:10<br>46:17 49:13<br>49:15 50:22<br>51:3 59:6<br>67:16 68:4<br>68:9,14,18<br>76:17 77:10<br>83:2 116:3<br>117:8,17<br>119:4<br>126:12<br>132:3 135:8<br>135:10<br>148:20<br>150:6<br>152:16<br>154:8 163:7<br>165:5<br>173:15<br>175:14<br>177:2 181:4<br>181:25<br>182:16<br>183:22<br>187:4 189:4 | 193:5<br>194:10,10<br>194:12<br>198:12<br>200:22<br>201:22<br>203:20,24<br>204:5<br>207:24<br>208:25<br>209:5 214:8<br>214:12<br>218:11<br>219:20<br>221:17<br>222:5,10,22<br>223:8,12,14<br>225:18<br>226:8 227:2<br>227:3<br>233:21<br>234:4<br>235:15<br>236:6,10,25<br>237:9<br>240:15<br>242:25<br>questioning<br>148:25<br>questions<br>10:15 90:18<br>92:2,5<br>94:25 97:16<br>128:12<br>129:18<br>148:25<br>149:4,7<br>153:15<br>230:19<br>231:3<br>240:21<br>242:5 245:6<br>quickly<br>128:9 162:14<br>quite<br>75:14 129:10<br>236:25 | **R**<br>R<br>3:2 4:2 5:2<br>5:20 6:2<br>246:2<br>raised<br>116:17<br>raises<br>244:7<br>Raj<br>33:9 37:6<br>69:24 70:18<br>70:21,25<br>79:2 179:20<br>ran<br>123:8<br>range<br>65:18 73:12<br>73:18 90:12<br>91:5 103:20<br>146:18,20<br>146:21,24<br>160:2<br>196:12<br>197:23<br>rate<br>196:13,15<br>rated<br>93:23 103:19<br>rates<br>197:23<br>rating<br>60:16,16,19<br>60:23,24<br>62:5,21<br>63:2,7,7,17<br>63:24,25<br>64:5,14,21<br>65:3,11,17<br>65:19,24<br>90:3,5,14<br>90:16,16<br>91:6 93:19<br>93:22<br>100:22,23<br>101:13 | 120:23,25<br>121:2<br>123:16<br>ratings<br>60:3,9,9,12<br>60:14,15<br>61:2,8,10<br>61:19,25<br>62:13,21<br>65:21 66:3<br>66:4,8<br>84:13,13<br>90:21 100:6<br>101:5<br>RC<br>86:22 87:3<br>reaching<br>227:9<br>react<br>168:5<br>reaction<br>63:20 64:13<br>65:11<br>167:25<br>read<br>43:22,24<br>50:23 51:2<br>51:4 54:11<br>57:23,24<br>64:25 77:25<br>80:18 85:23<br>97:2 107:3<br>110:14,15<br>112:12<br>131:2 134:4<br>134:6<br>144:24<br>146:13<br>148:4<br>151:22,24<br>154:7,9<br>158:19,20<br>163:5<br>175:10,19<br>175:19<br>177:3,5,21<br>185:21 | 187:14<br>194:13<br>204:9,11<br>218:12,19<br>219:5,7,25<br>228:13<br>229:3,5<br>237:5,7<br>238:24<br>239:2<br>242:17<br>readable<br>129:13<br>reader<br>126:22<br>reading<br>41:7,8<br>119:13,16<br>142:15<br>175:18<br>Reagan<br>14:5<br>really<br>22:4 35:15<br>67:4 72:14<br>78:20 83:21<br>86:4,14<br>105:3 117:8<br>126:11<br>174:4<br>190:23<br>191:6 198:5<br>198:6<br>199:12<br>200:4<br>201:13<br>202:6<br>226:17,24<br>reallys<br>67:6<br>reason<br>12:9 95:19<br>162:4,24<br>163:14<br>175:2 199:4<br>229:19,25<br>236:21 |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376<br>Facsimile: 202.296.8652

Suite 620<br>1020 19th Street, NW<br>Washington, DC 20036<br>www.esquiresolutions.com

John Kowalczuk                                                January 20, 2010

CONFIDENTIAL

280

| | | | | |
|---|---|---|---|---|
| **reasonable** | 176:22 | 96:7,10,13 | 187:14 | **refer** |
| 71:15,16 | 180:5,7,9 | 103:25 | 194:13 | 33:4 47:21 |
| **reasons** | 180:10 | 184:17 | 195:4 | 54:21 58:20 |
| 12:6 162:22 | 187:15 | 185:10 | 198:23 | 64:7,23 |
| **reborrowed** | 194:17 | **recollection** | 202:19 | 65:4 85:11 |
| 25:15 | 201:5 204:4 | 40:13 41:12 | 204:11 | 85:12 89:11 |
| **recall** | 207:6 208:5 | 67:20 74:4 | 218:12,19 | 90:5 97:21 |
| 22:11,15,16 | 217:21,24 | 74:7,17,18 | 219:7,25 | 100:19 |
| 22:17 28:5 | 218:21 | 76:15 110:3 | 228:13 | 101:16 |
| 29:8,11 | 219:3 220:9 | 128:19 | 229:3,5 | 116:15,16 |
| 41:9 47:9 | 220:16,22 | 149:16 | 230:15,17 | 118:23 |
| 47:19 51:16 | 227:20 | 150:23 | 237:7 239:2 | 119:6 |
| 54:4 58:7,9 | 234:22 | 151:5 154:2 | 242:17 | 124:24 |
| 58:14 68:21 | 237:14 | 174:2 | 246:13 | 141:9 |
| 70:8 74:24 | 238:7 242:6 | 208:11 | **recounting** | **reference** |
| 88:21 89:2 | 242:8 243:8 | 209:6 | 87:2 | 70:25 118:3 |
| 103:4 | 245:3 | 220:12 | **recourse** | 172:8 |
| 108:18,19 | **recalled** | 230:13 | 50:18 | 187:17,18 |
| 112:8,21 | 221:13 | 231:24 | **recover** | **references** |
| 113:4,23 | **receipt** | 234:7 | 50:16,19 | 92:25 |
| 115:9 | 66:8 168:5 | **recommended** | 159:15 | **referred** |
| 116:21 | **receive** | 147:2,7 | **recovery** | 15:19 46:8 |
| 118:12 | 12:19 61:10 | 192:21 | 216:15,18,22 | 55:7 56:13 |
| 122:15 | 177:14 | **record** | 216:24 | 73:25 74:20 |
| 127:14,14 | 205:22 | 7:7,13 10:21 | 217:6,10,25 | 77:22 97:11 |
| 127:21 | 232:7,10,22 | 14:22,23 | 218:6 | 115:5 |
| 128:14 | **received** | 25:7 43:11 | **recreate** | 117:14 |
| 129:2,4 | 60:4 64:15 | 51:4,6,7 | 22:20 | 137:21 |
| 130:10,11 | 65:12,22 | 54:11 57:24 | **rectangle** | 140:14 |
| 130:21 | 191:22 | 77:25 80:18 | 141:5 | 161:3 |
| 132:6,7 | 232:10 | 85:23 91:10 | **rectangles** | 172:17 |
| 133:5 | 236:3 | 91:12 92:14 | 139:5 | **referring** |
| 136:23 | **receiving** | 105:20,21 | **recurring** | 13:18 15:15 |
| 137:25 | 113:17 | 110:15 | 213:2 | 21:12 27:24 |
| 141:16 | 164:24 | 112:12 | **red** | 35:22 43:13 |
| 145:13 | 165:5,9,11 | 125:5 133:6 | 244:7 | 43:15 45:5 |
| 147:9 148:7 | 165:14 | 134:6 | **redone** | 47:24 48:25 |
| 148:12,13 | 217:21 | 143:16,17 | 163:12 | 49:3 55:14 |
| 149:4,12 | 232:18 | 144:24 | **reduce** | 60:10 64:8 |
| 151:13 | 233:3 | 146:13 | 88:9 122:6 | 64:10 69:4 |
| 152:2,9 | **recess** | 147:25 | 206:20 | 72:19 |
| 153:3 | 51:8 105:22 | 148:4,5 | **reduced** | 114:14 |
| 156:22 | 148:2 195:5 | 151:24 | 151:7 | 117:21 |
| 164:24 | **reciting** | 154:9 163:5 | **reducing** | 120:24 |
| 165:5,13,19 | 206:17 | 177:5 | 88:16 | 131:7 |
| 167:19 | **recognize** | 178:11 | **reduction** | 161:17,20 |
| 172:10 | 67:3 95:4,18 | 185:21 | 88:2 | 168:13 |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                    January 20, 2010

CONFIDENTIAL

281

181:20
187:25
215:22
229:23
**refers**
60:17 62:21
71:12 73:25
100:10,13
101:11
114:11,21
116:12
118:8,19
120:12
124:22
125:20
129:24
130:3,17,18
139:5
149:19,25
150:14
156:20
161:13
216:15
225:20
**reflect**
100:24
144:19
145:2
**reflected**
70:11 74:25
77:20
103:16
202:21
**refresh**
74:17 149:16
150:23
173:25
**regarding**
131:11,22
**regardless**
159:7
**regular**
38:2,5,20
**regularly**
37:13
**regulators**
185:24 186:2

186:18
**regulatory**
99:12 169:10
169:12
**relate**
216:24
**related**
68:17 74:21
191:20
246:16
**relates**
90:20 222:23
226:13
**relating**
211:6 230:5
**relationship**
28:14 29:9
81:3,5,9,9
124:16
125:14
127:4,8,10
127:19
128:3
**relative**
128:20,25
129:6 167:8
**relatively**
57:4
**release**
82:3
**remain**
122:10
123:18
203:17
204:2 222:3
**remaining**
56:10
**remember**
24:11 27:7
29:17 34:3
34:8 35:7
37:9 39:7,8
39:9,23
40:11,14,15
40:16 41:10
41:15,16,20
42:10,13

46:22 47:14
47:16 48:5
48:12,18
52:2,9,11
52:12 53:13
55:23 58:16
61:14 63:22
64:2,18,19
65:6,9,10
66:10,11,18
68:14 70:13
70:15 71:20
71:21,23,25
72:4,14
74:9 77:17
77:17 79:3
81:24 89:3
109:13
110:6
111:21,22
112:13,14
112:23
113:5,15,17
113:25
114:2,23
115:10
127:24
128:6
131:24,24
132:2 136:9
149:13,14
151:9,16,25
152:6,12,17
153:5,22,22
154:10
157:4,6,7
157:11,13
157:13
158:9,15
159:10,11
160:6,7
165:9,11,17
165:22,24
166:3,5,6
166:13,15
166:19,24
167:7,10,12

168:3,10
172:12,22
174:7
177:11,12
177:17
180:17,22
180:24
182:19
187:20
192:15
193:15
207:2
210:21
211:2,3,9
213:9 215:9
218:11
219:8,9
220:6,7,8
220:10,14
220:15
221:17,19
222:10
226:14,16
226:17
227:6,15,16
227:23
228:3
229:13
231:7,8
233:14,14
233:15
237:21
238:3
240:12,13
240:19
241:9,13,16
241:22,24
**render**
221:15
**rendered**
218:16
**repaid**
25:15 172:24
**repay**
145:11
212:14
**repaying**

148:18
**repayment**
148:15
**repeat**
25:12 41:23
49:12 54:9
76:17 119:3
144:22
146:11
185:19
189:3
**rephrase**
11:11 26:19
26:21 27:25
153:16,17
**reply**
179:20
**report**
17:12,15
19:7,16,19
19:25 20:4
20:14 92:17
109:8,9
157:12
216:15,18
217:7,25
218:6
**reported**
1:24 107:21
**reporter**
7:6 11:3
**reports**
18:23 19:2
19:18
**represent**
94:5 231:2
**represented**
30:19
**representing**
30:24
**reputatio...**
57:13
**request**
181:16
189:16
213:2 214:2
**requested**

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com



ESQUIRE
an Alexander Gallo Company

John Kowalczuk                                        January 20, 2010

CONFIDENTIAL

282

| | | | | |
|---|---|---|---|---|
| 16:20 | 158:24 | 222:14 | 55:13 61:8 | 16:7 17:6 |
| **requesting** | 243:19,20 | 228:22,23 | 61:22 62:9 | 17:20 18:4 |
| 83:24 | **restate** | 233:2,4,6,7 | 66:7 71:11 | 18:18 23:12 |
| **requests** | 65:2 | 233:8 | 75:20 83:25 | 23:20 26:3 |
| 212:24 | **restructured** | **reviewed** | 84:2 96:25 | 28:9 29:5 |
| 247:11,15 | 174:6 | 109:16 | 100:6 | 29:21 38:14 |
| **required** | **result** | 110:19 | 106:10 | 38:15 61:4 |
| 53:21,24 | 152:4 211:12 | 111:4,6 | 107:9 | 88:9,13,17 |
| 81:19 83:11 | 217:15 | **reviewer** | 114:22 | 90:16 99:7 |
| 94:11 131:9 | 218:17 | 107:7 | 117:3,25 | 99:9,14,21 |
| **requirements** | **results** | **reviewing** | 119:23,25 | 100:5,20,24 |
| 169:7,8,10 | 72:12 206:6 | 243:22 | 125:22 | 100:25,25 |
| 169:13 | **resumed** | **reviews** | 126:10 | 101:2,17 |
| **research** | 169:25 | 109:15,17 | 130:12 | 103:6,17 |
| 157:12 | **retain** | 162:14 | 137:11 | 105:14 |
| **resolve** | 87:19 222:20 | **revised** | 140:7 141:2 | 108:5 |
| 54:7 | 224:3,10 | 47:12,20 | 141:15,18 | 120:21 |
| **respect** | **retaining** | 48:4,9,19 | 142:13 | 156:6 |
| 24:21 57:14 | 219:14 220:4 | 49:9 50:5 | 145:4,12,15 | 168:11,14 |
| 72:16 74:18 | 220:17,23 | 69:18 70:5 | 145:17 | 168:16,24 |
| 127:23 | 221:20 | 70:10,14 | 172:3 173:6 | 168:25 |
| 184:18 | 223:15 | 136:13 | 173:23 | 169:3 |
| 221:25 | **returned** | 202:20 | 174:18,22 | 179:15 |
| 228:19 | 13:16 | **revisions** | 182:22 | 181:24 |
| **respective** | **Returning** | 111:9 | 183:5 | 182:4 |
| 61:25 | 54:3 | **revolver** | 186:11 | 211:11 |
| **respond** | **reveal** | 25:5,8,11,21 | 191:4 | **riskiness** |
| 11:4,12 68:9 | 223:9,10 | 87:25 88:5 | 195:18 | 103:11 |
| 68:13 | **revealing** | 88:10,24 | 196:21 | 207:15 |
| 179:21 | 227:13 | 89:3 97:13 | 197:8 | **risky** |
| **responded** | **revenue** | 123:13 | 199:14 | 207:13 |
| 183:11,16 | 58:21 72:19 | 142:5 | 201:18,19 | 209:13 |
| **responding** | 73:7,18 | 143:23 | 205:4 206:7 | **Road** |
| 69:16 178:14 | 74:2,12,15 | 145:15 | 209:21,24 | 7:9 |
| **response** | 74:21,23 | **revolving** | 214:15,21 | **Robert** |
| 71:3 172:17 | 124:15 | 25:9,13 | 221:22 | 44:4 79:4,5 |
| 214:23 | **revenues** | 87:17 | 222:13 | 178:13 |
| **responses** | 217:13 | **RIFKIND** | 228:9 | 179:19 |
| 11:4,6 | **review** | 4:10 | 230:10 | **Rockefeller** |
| **responsib...** | 91:24,25 | **right** | 234:8 235:3 | 2:8 6:6 |
| 123:25 | 92:4,7,15 | 8:25 26:8 | 243:4,10,11 | **role** |
| **responsible** | 107:2 | 30:8,17 | 243:18 | 21:12,15 |
| 25:19 163:21 | 110:25 | 32:10 33:11 | **right-most** | 76:14 79:17 |
| 180:6 | 176:9 | 33:21 36:10 | 100:12 | 79:20 80:3 |
| **rest** | 189:10,21 | 39:14 44:7 | **risk** | 80:25 81:12 |
| 128:20 | 203:5,6,9 | 45:6 52:10 | 15:8,10,16 | 84:21 85:3 |
| | 203:10 | 53:25 54:16 | 15:19,23 | 85:4 86:17 |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                    January 20, 2010

CONFIDENTIAL

283

127:18
Roll
114:11
Ron
52:8
room
156:16
Rudnick
5:4 8:7
Rule
42:16 248:6
rules
10:11
RULINGS
247:13
run
55:4 69:18
  69:24 70:9
  72:22 74:5
  74:25 92:17
runner
75:25 84:17
  85:3,4
  86:12
running
70:14,14
runs
10:11
rush
118:25

────── S ──────

S
3:2 4:2 5:2
  6:2
sale
27:11,16
  241:23
sales
172:24
  206:19
Sam
32:19,21
  40:18 54:23
  75:24 79:21
  79:25 81:3

151:14
Sankey
19:18,19
satisfaction
92:5
save
19:22
saw
67:17 148:17
  173:3
saying
50:6 72:18
  74:10 87:2
  90:10 98:3
  107:6 113:4
  148:13,14
  158:25
  183:6 198:3
  227:4
says
44:17,22
  45:5 56:8
  82:2 84:17
  85:8 86:20
  89:6,8 90:2
  98:9 121:7
  125:15
  130:13
  131:8 141:6
  143:9
  158:23
  160:9 179:8
  179:19
  208:6,19
  209:23
  210:2
  241:10
scale
62:5,10,16
  63:7,9 91:6
  93:14 101:3
  101:5
  103:11
scales
61:25
Scarsdale
7:9

scenario
47:12 71:16
Scholer
5:16 8:13
school
12:23 13:2
second
16:16 17:9
  22:19 51:11
  68:24 72:21
  84:4 91:10
  94:12
  100:17
  116:12
  118:24
  135:12,15
  141:24
  143:16
  155:15
  156:11
  161:2 206:6
  206:8,18
  208:8,14
  209:8 210:2
  210:13,20
  211:5
  213:25
  214:15
  218:25
  225:9
  230:16
  231:25
section
93:2 96:21
  200:19
  239:21
secured
45:16,18
  46:19 49:24
  96:19
  112:25
  135:24
  136:6
  138:20
  141:11,12
  141:13
  145:21

146:3,10,21
146:24
239:7
Securities
125:6
security
117:24 125:9
  240:6
see
44:14,19
  55:5 61:15
  64:5,21
  69:12,20
  70:6,18
  72:17 73:4
  73:10,21
  76:3,7 82:4
  83:7,12
  84:11,14,19
  85:9 86:22
  92:19,23
  93:3,19
  94:2,18
  95:11 96:21
  97:18 99:3
  99:7 100:7
  100:11
  102:8
  103:23
  104:10
  107:12
  113:11
  114:8,12
  116:11,13
  118:9,21
  120:10,13
  123:19
  125:16
  129:18,25
  130:15
  131:4,12
  137:22
  138:23
  139:6 141:7
  141:19,25
  143:9
  144:11

150:7
156:16
159:3,4
160:9,12
172:4,7
176:20
179:6,21
180:2
183:13
195:14
196:6 197:3
199:19
202:11
203:12
205:20
206:22
208:9 210:5
212:3
213:22
214:4 217:7
217:18
225:14
240:3 244:4
seeing
41:9 68:21
  173:25
seek
115:13,17
seeking
193:3 211:22
seen
67:13,20
  68:3,10,16
  68:19 92:11
  154:21
  187:8 210:3
  212:22
  224:23
segments
138:18
selected
67:23 176:18
  196:15
selection
67:24
self-evident
237:24



Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                    January 20, 2010

CONFIDENTIAL

284

| | | | | |
|---|---|---|---|---|
| **sell** | **seniority** | 212:17 | 135:3,4 | 104:7 137:3 |
| 36:20,23 | 132:19,21,22 | **services** | **show** | 137:12,13 |
| 44:13 45:5 | 133:11 | 24:25 25:20 | 67:23 | 137:13,17 |
| 47:10 48:23 | 134:21 | 124:18 | **showed** | 193:2 |
| 49:7,15 | 239:5 | 125:6,9 | 67:14 146:3 | 201:17 |
| 52:18,19,22 | **sense** | **SESSION** | 218:15 | **signer** |
| 53:7,22 | 37:23 38:25 | 105:24 | **showing** | 94:12 |
| 54:5 55:4 | 63:6 87:12 | **set** | 69:25 145:19 | **significance** |
| 69:24 79:5 | 91:23 | 31:8 168:21 | 160:20 | 50:3 56:23 |
| 86:20 92:21 | 101:21 | 169:2,8,9 | **shown** | 57:11 59:2 |
| 93:5 97:25 | 117:25 | 246:11,21 | 136:2 138:17 | 65:20 |
| 98:5,5,19 | 207:15 | **sets** | 143:24 | 121:18 |
| 102:12 | 232:3 237:2 | 169:14 | **shows** | 126:21 |
| 105:2 107:8 | **sensitive** | **setting** | 80:21 119:9 | **significant** |
| 112:5 | 215:2,5,19 | 180:7 | 136:3 144:8 | 52:20 56:20 |
| 137:13 | 215:24 | **settled** | **shy** | 57:9 59:9 |
| 147:6,8 | **sent** | 179:16 | 162:7,18 | 59:12 86:8 |
| 183:22 | 201:17 205:3 | **settlement** | **side** | 86:17 |
| 193:11 | 205:18 | 94:9 | 28:20 162:18 | 157:23 |
| 201:18 | 229:16 | **share** | 207:21 | 179:16 |
| 202:12,20 | 234:11,19 | 119:15,20 | 208:18 | 231:4,10 |
| 215:23 | **sentence** | **shared** | 239:19,24 | **signing** |
| 237:15 | 45:4 56:8 | 25:16 | **sides** | 102:20 |
| **selling** | 69:21 85:7 | **shareholder** | 224:20 | **silo'd** |
| 89:7,9 | 131:2 | 176:13 | **Sidley** | 31:4 |
| **Sells** | 156:11 | **sharing** | 4:4 8:4 | **similar** |
| 87:2 | 158:22 | 85:2 | **Siew** | 90:15 100:21 |
| **Sell's** | 160:9 208:6 | **sheet** | 155:3,4 | 171:22,25 |
| 50:14 96:8 | 225:20 | 55:12 137:23 | **sign** | 172:2 |
| 174:24 | **separate** | 171:21 | 107:3 163:23 | 200:10 |
| 175:3 | 212:18 | 179:9 | 197:13,18 | 203:12 |
| **senior** | **separated** | 200:23,25 | 202:12 | 228:19 |
| 78:19 79:14 | 189:11 | 243:12 | 203:6,7 | **simply** |
| 95:10 96:19 | **separately** | **sheets** | **signature** | 173:7 |
| 96:19 | 224:3 | 55:15 242:6 | 95:17,18 | **single** |
| 121:25 | **separation** | **Sheron** | 96:4,8 | 37:7 63:12 |
| 133:2 | 31:25 | 5:14 8:9 | 100:2,3 | 63:13,14 |
| 135:24 | **series** | 230:25 | 104:6 | 65:19 90:15 |
| 136:6 | 37:8 148:25 | **shifted** | 137:23 | 90:16 |
| 138:20 | 178:18 | 146:19 | 174:21,25 | 120:19,20 |
| 141:11,12 | 242:5 | **short** | 175:3 176:9 | 189:9 |
| 141:13 | **serve** | 13:12 34:16 | 189:24 | **sir** |
| 142:18 | 75:24 184:5 | 44:17 94:8 | **signatures** | 44:2 93:25 |
| 145:21 | **serves** | 117:21 | 94:11 95:16 | 148:6 |
| 146:3 | 203:4 | 147:21 | 99:25 100:6 | 149:20 |
| 149:22 | **service** | **shortly** | **signed** | 150:5 |
| 150:2 | 15:22 127:11 | | 9:6 83:17 | 171:17 |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk

CONFIDENTIAL

January 20, 2010

175:9
184:15,25
188:7 190:3
196:5,12
197:19
198:23
200:3,9
204:23
207:4
**sit**
18:16 45:11
221:10
**six**
14:10 21:10
21:10
103:18
123:16
**sixth**
94:15
**six-rated**
215:16
**size**
53:16,20,24
56:21 57:10
93:8,10,11
93:12 95:10
131:16
132:2 151:7
151:10
179:10,15
180:7
182:12,18
182:19
183:12
**slash**
81:4
**SLF**
98:14 99:25
109:6
137:22
171:20
194:9
216:14
**slide**
118:20
119:13,16
124:8,8,13

130:6
132:18
135:11
136:2,3,13
138:22
149:5
167:17
185:11
193:16,17
193:18
196:5
197:21,25
198:2,7,8
198:12
200:6,10
**slight**
150:8
**slightly**
169:4,5
238:12
**slim**
157:16
**slow**
172:17
**slowly**
172:13
**small**
131:18
**smaller**
182:25 183:8
**smoothly**
10:12
**sold**
89:16 123:11
**sole**
17:24
**solvency**
131:11,23
132:4,8
152:20,21
152:24
179:14
181:23
182:4 204:7
204:14
218:24
219:10,11

219:16
220:4,17,24
221:20
222:9,12,20
223:15
224:4,10
225:13,21
226:3,6,10
226:12,13
226:23,25
227:3,8,10
228:10,20
228:23,24
**solvent**
152:3,4
203:17
204:3 222:3
**somebody**
35:13 53:15
236:2
**somewhat**
162:18
**Sonne**
33:18,19
**sorry**
12:24 18:20
19:10,12
20:18 22:23
24:2 25:22
28:22 30:6
36:18 41:23
43:22 49:12
57:22 59:5
70:23 76:17
77:24 80:17
84:23 85:22
87:4 100:12
100:14
114:4
119:19
123:2 126:5
126:24
135:18
139:14
142:10,14
143:15
149:21

151:22
152:14
166:10
173:14
175:13
178:16
181:25
185:5,8,19
186:22
187:13
188:19
189:3 191:9
194:12
195:19
199:21
204:9 205:9
208:23
212:2
218:11
219:5
224:22
229:4,22
233:20
236:4 242:7
**sort**
16:3,8 34:24
35:2 37:14
38:9 53:6
56:22 57:13
65:17,25
66:2,4,6,6
71:10,14
78:12,21,23
79:12 83:17
83:19 85:16
85:16,18
86:4,10,15
87:10 94:12
94:20 101:2
103:10,11
103:16,18
103:19,20
104:16,17
105:5
108:19
110:7,11
115:22

117:15,24
120:17,19
122:22
125:25
134:25
146:17,21
146:24
157:3 160:2
160:3
162:10,11
164:18,19
164:22
166:3,14,15
167:16
168:11
169:13
172:25
174:7
181:15
183:20,20
186:19,21
190:16
191:2,8,12
202:4 203:3
203:12
207:20
210:21
211:13
220:14
226:13
227:2 228:4
232:2 233:5
234:7
236:15
237:11,24
238:15
**sorts**
80:22
**SOTP**
140:17
**sought**
97:12
**sound**
125:4
**sounds**
52:7 53:6
166:15



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                    January 20, 2010

CONFIDENTIAL

286

210:5
source
113:23
Sources
114:7,10
116:11
141:18,20
142:20
144:4
149:17
South
3:20 155:21
155:22
164:8
233:18
Spaeder
3:4 7:14
speak
141:10 168:9
229:10
speaking
60:25 63:12
speaks
208:20
special
7:15 36:24
52:22
232:20
specific
46:18 99:15
125:20
153:5 157:6
220:8 238:2
238:4
specifically
27:8 52:12
58:7 60:21
61:15,21
62:20 70:16
72:15 75:3
79:3 109:13
129:3
163:14
165:8,16,17
166:20
239:4
specified

176:15
speculate
132:5 161:5
192:19
speculating
158:11
186:20
192:25
193:10
spend
12:21 231:22
split
104:16,17
spoke
37:5,5 40:8
86:20
spoken
223:18
spread
200:23,25
242:5
243:12
Square
4:20,21
ss
246:4
Stability
14:4
stable/B
62:22 63:18
stage
39:5,9 204:7
208:8,14
209:8
stages
42:7 51:14
115:11
Staley
20:6,9,10
stamped
43:7 59:15
66:22 75:7
82:14 91:16
154:12
171:3
204:18

211:15
216:5
224:15
248:8,10,12
248:15,18
248:21,24
249:3,9,11
249:14,16
stand
9:12 139:2
202:15
214:9
standard
61:7,24
146:9,14,15
190:16
stands
58:22
stand-alone
69:11 115:22
start
9:4 190:5
214:13
240:18
started
14:13 170:2
194:20
starting
13:19 82:19
starts
91:7
state
2:11 7:6
57:19 246:3
246:8
stated
206:16
statement
124:3 206:24
215:5 227:4
229:20
232:4,5
statements
181:7
states
1:2 75:23
99:6 131:6

156:12
176:13
217:4,10
225:11
status
86:12 126:19
stay
114:17,19
122:8,9
156:4,8,10
213:16
Stella
214:16
step
47:2 69:11
69:18,25,25
70:9 113:10
114:7
115:18,21
116:2,7,11
118:4 119:9
119:10,24
120:3
141:19
142:20
144:3
148:10
149:18
150:2,15,17
150:17,18
151:15
164:21,23
166:11
172:18
209:14,18
215:10,10
215:13
217:11
218:25
219:11,12
219:17
221:21
222:3
225:14,22
227:10
228:11,19
228:24

229:4
Stepping
113:16
steps
42:6,7,9
115:7,11,14
141:14
Steve
18:10 19:8
19:12 20:7
stock
46:20,22,24
113:2
128:17
133:9,10
180:21,23
Storms
19:3,4,5,7
53:15
215:25
straight
12:25
straighten
150:7
straightened
44:22
straightf...
238:16
strategy
118:21 119:6
150:12
street
3:7,20 4:6
40:7 156:20
156:22
158:19,21
strengthened
192:10
stress
71:16
stressing
72:9
stretch
12:8
strike
13:16 21:24



Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

John Kowalczuk                                    January 20, 2010

CONFIDENTIAL

287

struggled
162:8
Stuart
4:16 8:18
study
82:3,6
sub
179:11
subject
44:13 54:18
60:8 74:8
176:15
189:21
209:24
223:19
234:12
237:22
239:16
submission
107:2 164:11
submit
116:4
submitted
136:24 138:2
162:25
163:9
164:16
176:8
subordinated
130:15
subs
130:14
136:11
239:10
Subscribed
245:15
subsequently
136:12
subsidiaries
49:4 237:19
substance
36:16 37:3
208:3
227:23
228:3,4
subtitle

49:14 59:6
82:24 165:4
187:3
200:22
214:12
225:18
string
54:14 69:15
70:12
211:20
strip
125:4
structural
133:11
134:21
structurally
31:14,17
structure
18:4,22
41:13,19
45:15,25
46:3,5,7,12
47:20,22
48:3,3,8,14
48:20 49:9
49:24 50:5
51:12 54:7
56:16 73:3
110:12
111:19,24
112:6,14,15
112:16,18
112:21
130:7
133:16
134:9,25
184:5
192:10
237:12,13
238:13,17
238:19
239:6,17
structured
42:2,3
117:13
172:23
181:6

138:22
subtract
197:20
subtracted
199:2
subtracting
200:16
subtraction
197:13
subtracts
200:11
sub-group
105:17
successful
88:16
suggest
73:23 91:21
suggested
72:8
suggests
71:2 74:5
Suite
3:7,21
sum
138:19
140:14
144:19
145:20
146:4,4
197:2
summariza...
95:9
summarize
82:9 145:17
summary
73:8 92:15
118:5,20
119:5
149:25
150:12
175:6,10
summed
138:19
sums
173:4
superior

176:17,18
177:15
supervise
21:5,9
supervising
21:17,21
22:6,12,17
107:19
supplies
212:11
support
50:11
supporting
50:10 180:12
sure
18:7 20:5
26:17 28:2
31:21 35:6
35:24 37:20
45:13 54:10
62:19 64:12
64:25 65:5
67:10 72:18
76:18 91:11
92:9 93:17
99:11,17
110:2
120:12
121:14
123:3,4,8
124:13,25
129:20
135:12,16
136:10
143:6 147:6
147:24
159:21
169:5,15
183:3
185:25
198:10
202:6 206:4
211:11
223:11
225:25
231:9,15
233:19

235:4
surmise
205:25
suspect
62:9
sworn
7:3 245:15
246:12
syndicate
25:17 87:11
160:5
syndicated
25:5,8,10,20
26:2 28:10
29:6,12,18
33:15 38:7
38:11 39:12
40:5 44:10
syndication
172:13,18
system
83:19
S&P
60:12,16
61:2 62:6
62:18
216:15,21
217:6,24
218:6
S-o-n-n-e
33:10
S-t-a-l-e-y
20:11

T

T
246:2,2
tables
86:2,11
take
11:3 12:4,6
17:9 22:19
23:5,23
43:9 59:17
61:23 62:4
62:6 91:3
95:13


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                          January 20, 2010

CONFIDENTIAL

288

| | | | | |
|---|---|---|---|---|
| 118:24 | 55:25 56:2 | 97:23 | **term** | 78:5 130:4 |
| 119:2 120:7 | 56:5 70:13 | 106:20 | 55:11,14 | 148:6 |
| 120:10 | 74:11 | 107:12 | 64:9,10 | 181:12 |
| 124:9 128:8 | 112:13,14 | 109:25 | 84:24 86:22 | 197:19 |
| 128:11 | 112:21,23 | 125:16 | 87:14,19,23 | 221:18 |
| 132:11 | 115:10 | 126:15,18 | 88:14,17,18 | 233:19 |
| 135:9,12,15 | 142:9 | 152:11 | 88:19,22 | 234:5 |
| 147:22 | 148:18 | 227:8,16,17 | 94:7,9,10 | 242:22 |
| 155:15 | 166:16 | 227:21 | 116:12,16 | **testify** |
| 157:18,19 | 167:17 | 229:16 | 116:20,25 | 112:3 |
| 160:14 | 169:25 | **teams** | 117:4,5,13 | **testifying** |
| 171:14 | 193:15 | 27:19,21,23 | 117:14,22 | 173:21,22 |
| 181:2 | 198:15,19 | 28:3 29:2 | 117:22,24 | **testimony** |
| 194:25 | 198:20 | 29:15 30:3 | 118:2,2 | 9:18 29:3 |
| 202:3,23 | **talks** | 30:4,15,19 | 125:19,22 | 50:13 51:17 |
| 215:19 | 64:4 74:15 | 30:24 31:6 | 142:2,8 | 112:11 |
| 219:21 | **Tan** | 31:10,10,20 | 143:4,10,23 | 115:9 |
| **taken** | 155:3,4 | 31:24 51:13 | 172:8,10,14 | 116:21 |
| 9:24 51:8 | **target** | 52:14,17 | 172:16,19 | 134:2 |
| 67:7 105:22 | 97:7 98:6,19 | 53:3 | 172:22 | 147:16 |
| 135:21 | 215:10 | **team's** | 173:5,5,6,8 | 148:12 |
| 148:2 | **taxes** | 225:12 | 173:12,18 | 183:4 |
| 173:18 | 58:23 | **technically** | 173:19 | 221:25 |
| 195:5 | **team** | 31:14 | 179:9 | 241:4 |
| **takes** | 27:12 28:8 | **Technology** | **terminal** | 246:14 |
| 84:23 203:4 | 28:21 29:13 | 23:17 24:5 | 196:14 | **tests** |
| **talk** | 29:23,24 | **Telecommu...** | 197:24 | 225:13,21 |
| 31:19 32:5 | 30:10 32:6 | 23:18 24:5 | 202:4 | 226:4,6,12 |
| 32:11 55:10 | 32:8,10,11 | **telephone** | **terms** | 226:13,15 |
| 55:24 111:7 | 32:22 33:7 | 234:9 | 9:10 16:10 | 226:17 |
| 112:17 | 33:12 34:11 | **tell** | 37:11,15 | 227:3,5,10 |
| 170:4 | 34:13,19,20 | 11:10 27:6 | 55:16 56:10 | **text** |
| 188:20 | 35:12,14 | 34:5 40:12 | 56:14,15,16 | 130:12 |
| 193:11 | 36:20,21 | 49:15 63:5 | 56:21 57:10 | **TF** |
| 203:8 | 37:11,14,23 | 76:10,13 | 57:10,11 | 130:13,17 |
| **talked** | 37:24 38:21 | 132:5 221:8 | 102:5 118:5 | **Thank** |
| 79:9 90:7 | 39:11,17,20 | 225:2,5 | 150:2 | 44:24 91:2 |
| 104:14,22 | 39:22,25 | **tells** | 157:17 | 125:8 |
| 110:20 | 40:18 41:6 | 233:4 | 181:15 | 132:14 |
| 112:19 | 54:23 63:23 | **template** | 211:23 | 144:6 185:4 |
| 130:24 | 76:7,11,16 | 191:12 198:4 | 217:6 | 205:7 |
| 156:13 | 76:19 77:20 | **temporary** | **Tesia** | 230:22 |
| 160:24 | 77:21,23 | 211:22 213:4 | 79:3 | 245:7 |
| 189:8 | 78:6,10,13 | 213:6,8,11 | **test** | **Thanks** |
| **talking** | 78:15,21,21 | 213:23 | 226:10 | 179:21 |
| 22:3 39:4 | 78:24 79:12 | **ten** | **testified** | 214:14 |
| 41:6 47:14 | 80:14 82:2 | 91:8 174:10 | 7:5 77:22 | 230:21 |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                              January 20, 2010

CONFIDENTIAL

289

| | | | | |
|---|---|---|---|---|
| **Thanos** | 91:7 93:16 | 177:2 | **thinking** | 215:15,17 |
| 84:12 | 99:11,12,15 | 180:17 | 108:20,21 | **thresholds** |
| **Thauer** | 99:16 | 182:10,17 | 202:18 | 120:16,19 |
| 205:3,8 | 107:25 | 183:20 | 210:21 | **tighter** |
| 209:20 | 108:22 | 185:23,24 | 222:8 | 181:17 |
| 210:12 | 109:6,21,24 | 186:2,17,17 | **third** | **Tim** |
| **thing** | 109:25 | 187:6 | 70:11,11 | 19:3,4 53:14 |
| 33:3 79:24 | 115:23 | 190:20,25 | 74:14 89:2 | 215:25 |
| 83:23 101:9 | 116:19,23 | 192:4,5,16 | 96:23 98:24 | **time** |
| **things** | 116:24,24 | 193:14 | 158:22 | 9:22 12:20 |
| 15:12,15 | 117:19 | 194:10 | 225:10,10 | 12:21 13:13 |
| 71:15 80:22 | 121:21,23 | 195:22 | 229:22,23 | 20:24 22:3 |
| 80:22 85:13 | 122:16 | 197:9 | **thirteen** | 23:5,6,9 |
| 90:25 | 125:2,10,12 | 198:13 | 23:23 | 24:12,13,14 |
| 104:21 | 125:21 | 199:8 | **thought** | 27:8,12 |
| 146:19 | 126:9 | 204:12 | 13:21 84:25 | 28:4,24 |
| 169:15 | 127:25 | 207:20 | 90:11 136:4 | 33:14 34:4 |
| 181:17,17 | 128:24,25 | 208:19,20 | 136:16 | 36:16 38:24 |
| 181:18 | 129:13 | 209:3 211:8 | 148:13,14 | 41:11 47:4 |
| 186:24 | 130:18,19 | 211:9,9 | 148:18 | 51:19 57:17 |
| 189:16 | 134:2,24,25 | 212:20 | 151:3 | 57:20,25 |
| 212:11 | 135:3,4,7 | 215:15,15 | 157:22,23 | 58:15 61:11 |
| **think** | 135:23 | 215:23,24 | 180:25 | 65:16 69:5 |
| 13:17 14:5 | 136:15 | 216:22 | 192:9 | 71:9 72:8 |
| 15:20 17:10 | 137:2 | 218:10,20 | 211:10 | 77:13 81:17 |
| 18:10 20:5 | 139:21 | 222:4,4,5,6 | 214:7 | 83:4,6 92:4 |
| 20:6 22:8 | 140:20 | 222:7,9,12 | 242:21 | 92:7 103:18 |
| 24:2,12 | 143:22 | 222:13 | **three** | 104:14,16 |
| 29:10 32:2 | 146:2,22 | 226:12 | 53:18 69:3 | 107:20 |
| 32:21 33:24 | 148:6,16,20 | 227:22 | 102:6 131:9 | 108:6 114:4 |
| 34:22,23,23 | 150:7 | 228:7,16 | 131:18,20 | 119:12 |
| 37:5 39:13 | 152:10,14 | 229:17 | 140:2 | 120:22 |
| 46:16,20 | 152:15 | 230:9,12,14 | 143:24 | 121:20,23 |
| 47:23,24 | 155:16,22 | 231:10,15 | 156:5,7 | 122:9 123:5 |
| 48:15 49:22 | 158:20 | 231:16,17 | 180:24 | 123:5,8 |
| 52:10 56:11 | 160:23,25 | 231:25 | 183:13 | 126:13 |
| 58:10 61:15 | 161:6,19 | 232:5,9 | 200:17 | 128:22 |
| 61:18 62:8 | 162:8,16,17 | 233:18 | **three-year** | 131:15 |
| 62:8,17,18 | 162:18,21 | 234:5,11,14 | 162:2 | 132:9 133:9 |
| 64:8 65:18 | 163:20 | 234:18 | **threshold** | 133:10 |
| 66:5,6 69:3 | 164:5,20 | 235:3,23 | 120:13,22,24 | 136:25 |
| 71:4,8 77:9 | 165:23,25 | 236:14,17 | 121:8,17,21 | 138:3 |
| 79:24,25 | 169:12,13 | 237:2,4,25 | 121:22 | 145:15 |
| 81:17,18 | 169:18 | 238:12,17 | 122:6,11,14 | 146:19 |
| 83:15,16,18 | 172:25 | 241:9,14,21 | 122:23 | 156:23 |
| 83:21 89:12 | 173:2 | 242:19,23 | 123:17 | 157:13,25 |
| 89:13 90:3 | 174:15 | 243:16 | 124:7 | |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                    January 20, 2010

CONFIDENTIAL

290

| | | | | |
|---|---|---|---|---|
| 158:6 | today's | 197:7,20,22 | 65:9,22,23 | 174:16 |
| 165:12 | 67:18 | 200:12,17 | 66:13 69:11 | 175:11 |
| 166:16 | toggle | 200:18 | 75:18 76:2 | 189:13 |
| 169:23 | 141:23 | 201:8 244:6 | 77:5,16 | 191:23 |
| 171:14 | toggling | tough | 79:10,18,20 | 192:13,17 |
| 175:21 | 143:13 | 205:16 | 80:14 81:13 | 192:22 |
| 176:13,24 | told | Tower | 81:18 82:10 | 194:5 |
| 178:21 | 32:9,10 | 4:20 54:19 | 85:6 86:6 | 203:18 |
| 182:7,10 | 232:19 | 54:22 60:9 | 86:16 87:7 | 204:8 207:9 |
| 194:25 | 233:2 | 78:12,15 | 87:13 89:14 | 207:13 |
| 201:6 202:3 | tomorrow | 205:5,6 | 96:17 99:7 | 209:13 |
| 203:11 | 214:24 | trace | 99:10,20,21 | 211:7 |
| 206:12,13 | Tonnesen | 13:13 | 99:22 | 215:19 |
| 206:14 | 33:25 59:25 | tracking | 100:16 | 218:17,23 |
| 207:19 | 68:25 69:9 | 165:19 167:8 | 102:22 | 218:25 |
| 211:13,21 | 69:17 70:9 | 206:11 | 103:12 | 219:17 |
| 218:2 | 71:3 | tracks | 104:4,18 | 221:15,22 |
| 230:20 | Tony | 83:16 | 106:5,6 | 226:14 |
| 231:19,22 | 33:9 78:25 | Tracy | 108:16 | 227:11 |
| 243:9 245:8 | 227:22 | 29:23 | 109:20 | 228:12 |
| timely | 229:14 | trade | 111:19,25 | 243:10 |
| 42:25 | top | 125:6 158:17 | 112:7,18,20 | transactions |
| times | 18:17,18 | tradition... | 114:24 | 16:16,17,18 |
| 4:20,21 | 43:22 54:13 | 117:10 | 115:2,6,12 | 16:19 17:3 |
| 206:20 | 62:4,7,8 | tranche | 115:14,18 | 52:25 93:8 |
| timing | 86:18 98:10 | 75:25 95:9 | 115:19 | 93:9,10,12 |
| 123:2 | 120:12 | tranches | 116:6,8 | 99:13 |
| title | 172:3 | 65:6 96:17 | 118:14 | 146:10 |
| 17:22 18:13 | 183:14 | 96:19 | 119:8,15,21 | 158:5 |
| 20:17 96:2 | 184:19 | 151:10 | 120:2 127:9 | 164:19 |
| 118:19 | 199:19,20 | 216:22 | 127:18 | transacti... |
| titled | 205:2 | transaction | 128:2 130:8 | 189:12 |
| 92:15 175:5 | 209:20 | 24:8 26:11 | 134:20,22 | transcript |
| TMT | 213:25 | 26:24 28:17 | 135:21 | 10:13 67:19 |
| 105:17,18 | 214:16,24 | 34:6,7,24 | 138:4 | 89:20 94:21 |
| 125:16 | 225:11 | 35:18 36:12 | 141:14 | 170:7 |
| 126:6,15 | Torres | 36:16,17 | 144:21 | 222:15 |
| 193:23 | 5:10 8:10 | 37:3 40:19 | 145:11 | transfer |
| 194:6 | total | 40:21,23 | 148:8,10 | 194:22 |
| 205:19,24 | 96:24 119:15 | 41:9,14,19 | 149:3,10,15 | transferred |
| 242:2 | 119:20,21 | 42:2,3 | 151:15,17 | 194:7,21 |
| today | 120:2 | 45:14 46:4 | 152:5 | transition |
| 10:12 22:4 | 144:19 | 46:5,12,19 | 157:20 | 194:16 |
| 45:11 67:10 | 145:2 160:9 | 53:25 54:24 | 159:7,13,20 | travel |
| 77:22 | 161:16,17 | 55:18 56:19 | 159:24 | 212:12 |
| 156:13 | 191:4 | 56:22,23 | 163:3,19 | traveled |
| 207:5 | 196:23 | 64:12 65:7 | 166:8 | 14:10 |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                    January 20, 2010
CONFIDENTIAL
291

**TRB**
72:24 156:13
  208:7
**Treasury**
125:7,8,9
**trend**
59:7
**Trib**
130:18 179:5
  215:2,6,8
  218:8
**Tribune**
1:5 24:9,15
  24:18 25:2
  26:12 27:2
  27:11,16
  28:16 29:3
  29:9,13
  47:3 49:4
  50:19 51:16
  52:15 53:25
  59:8 60:3
  75:18 92:16
  108:21
  110:2
  113:18
  114:18
  120:23,24
  122:10,14
  122:20,25
  124:16,19
  125:15
  126:14
  127:9,11,20
  128:16,16
  128:20
  129:5 133:4
  138:19
  140:3,6,8
  140:11
  144:20
  145:3 148:8
  149:2,8
  150:25
  151:12,20
  152:3
  153:11,20

154:5
156:24
157:9,16
158:4 159:8
159:12
161:11
163:3
164:13
166:7 167:8
176:24
177:14
184:4
191:19
203:15,17
204:6 206:6
208:12
209:7,18,23
210:8
211:22
212:18
213:15
218:23
221:15
222:3 224:4
224:11
231:4,22
233:9
234:16
235:6,11
240:2,6
**Tribune's**
57:19 72:7
164:25
165:6,14,20
176:14
206:11,18
207:7
210:19
219:16
**triggered**
121:20
**triple**
62:9 63:11
  63:13,14,15
**trouble**
19:23 129:16
**true**

87:24 129:12
173:24
232:4,5
246:13
**trust**
5:5 8:8
199:12
**try**
50:24
**trying**
18:21 36:3
  37:22 38:25
  50:12 185:9
  228:5
**turn**
107:10 113:7
138:6
160:17
177:19
184:12
199:14
240:21
242:3
**turning**
94:14 96:11
  106:4 120:7
**two**
16:13 33:22
  42:5 47:4,7
  52:14 53:18
  61:7 63:13
  70:4 72:18
  73:12,24
  74:12,20
  90:18 92:22
  94:11
  104:17
  115:7,10,11
  132:11
  145:18
  154:16
  162:21
  164:18
  169:15
  185:2 202:7
  205:2 235:5
  240:21

242:5
**two-page**
178:4,8
  204:25
  249:6
**type**
100:10,15
  243:23,25
  244:2
**types**
16:17 102:7
  117:12
  172:6
**typical**
80:13,23
  87:15,18,20
  87:22
**typically**
28:8 29:5
  65:17 98:13
  103:19
**typo**
44:23 56:12
**T&SS**
124:22
**T-h-a-u-e-r**
205:3

---
**U**

**U**
7:2
**uhh**
35:7 80:16
**uh-huh**
243:7
**ultimate**
147:3
**ultimately**
147:2 163:21
  224:3
**umm**
156:24
**Um-hmm**
10:24 95:23
  103:3
**uncertainty**

179:9
**uncommon**
65:19 80:7
  213:19
**unconsoli...**
136:11
**undergo**
106:25
**undergrad...**
12:22
**underneath**
97:4,15
**understand**
10:23 11:6,9
  11:14 18:21
  36:3 37:20
  50:12,13
  51:11 68:2
  79:13,17,19
  93:13
  108:15
  131:25
  153:16
  186:19
  202:3
  203:22
  208:4
  223:11
  227:17
  228:8,10,17
  235:22
  236:4
**understan...**
40:25 41:17
  41:25 42:8
  42:11 45:11
  46:6 48:7
  48:11 49:6
  57:18 77:19
  115:6
  126:14
  127:6 182:6
  183:4 184:7
  241:8
**understood**
11:13 27:10
  131:17



Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk

CONFIDENTIAL

January 20, 2010

292

| | | | | |
|---|---|---|---|---|
| 182:9 | **use** | 190:15 | 192:10 | 27:14 28:24 |
| 203:23 | 32:25 33:2 | 191:11 | 210:4,19 | 29:22 32:15 |
| 228:7 | 127:8 | 194:3 | **vice** | 34:5 53:17 |
| **undertook** | 145:23 | 195:17,21 | 20:23,25 | **Walsh's** |
| 176:23 | 146:2,9 | 199:24 | 21:2,13,18 | 17:17 |
| 218:15 | 185:17,23 | 201:8 | 21:20 23:8 | **want** |
| 228:18 | 185:24 | **valuations** | 23:11 | 11:17 12:6 |
| **underwrite** | 186:8,16,21 | 241:25 | **view** | 35:6 50:7 |
| 87:9 88:3 | 186:22,25 | **value** | 58:3,5,6,8 | 51:10 53:9 |
| **underwriting** | 187:16 | 139:11 | 58:25 | 54:9 66:4 |
| 87:8 97:22 | 198:4,5 | 140:15,18 | 152:23 | 82:23 117:7 |
| 98:5 | 199:9 | 141:10 | 177:12,17 | 120:17 |
| **underwritten** | **useful** | 182:20 | 191:17,25 | 147:22 |
| 98:2 | 10:13 | 191:4 196:9 | 192:2 | 148:19 |
| **under-col...** | **Uses** | 196:23 | 207:16 | 177:25 |
| 136:7 | 114:7 116:11 | 197:7,22 | 222:19 | 183:3 |
| **undrawn** | 141:18,20 | 200:12,17 | **Villanova** | 188:14,23 |
| 145:16 | 142:20 | 200:18 | 205:14 | 190:3,11 |
| **unfortunate** | 144:4 | 201:8 202:4 | **Villanueva** | 205:8 209:2 |
| 183:17,19,24 | 149:17 | 241:23 | 205:15,16,18 | 233:22 |
| **UNITED** | **usual** | 244:6 | 206:5,16 | 237:25 |
| 1:2 | 238:9,18,22 | **valued** | **VRC** | **wanted** |
| **university** | **usually** | 186:6 241:5 | 226:15,23 | 50:17 181:5 |
| 12:16,18 | 82:8 162:19 | 241:17 | 227:17 | 185:3 202:8 |
| **unreadable** | 185:24 | **values** | 228:6,10,17 | 202:16 |
| 129:11 | 187:16 | 140:11 188:4 | 228:24 | 236:21 |
| **unsecured** | 239:9 | 196:12 | 230:5 | 237:10 |
| 3:6 7:15 | 242:14 | 197:24 | **VRC's** | **wants** |
| 44:19 45:8 | 244:7 | 243:17 | 228:19 | 9:20 |
| 47:11 48:24 | | **Varella** | **v-mail** | **Wardwell** |
| 49:8,16 | — **V** — | 8:6,6 | 44:17 | 3:11 7:18,21 |
| 146:22 | **vague** | **various** | | **Warner** |
| 150:3 | 110:3 230:13 | 31:24 62:11 | — **W** — | 133:9,10 |
| **unsolicited** | 234:7 | 124:18 | **W** | **Warnock** |
| 176:16 | **vaguely** | 152:10 | 7:2 | 1:24 2:10 |
| **unusual** | 133:8 216:20 | **verbal** | **Wage** | 246:7,25 |
| 157:25 | **valuation** | 11:3 | 14:3 | **warranted** |
| 213:21 | 138:23 139:6 | **version** | **wake** | 239:15 |
| 238:14 | 139:9,15,17 | 44:18 136:8 | 157:9,18 | **Washington** |
| **updates** | 139:19,24 | 136:14,21 | **Wall** | 3:8 4:7 |
| 165:12,23 | 140:5,6 | 137:15 | 156:20,22 | 12:18 14:2 |
| 166:4 | 145:20 | 160:23 | 158:19,21 | **wasn't** |
| **Urgent** | 146:5 | 177:21 | **Walsh** | 52:24 71:9 |
| 209:23 | 185:16,18 | **versus** | 17:16,24 | 79:11,12 |
| **usage** | 186:3,8,13 | 138:23 | 18:16,23 | 209:15,15 |
| 213:19 | 187:2,10,18 | 145:20 | 19:2 24:2,3 | 209:17 |
| | 187:22,23 | 162:11,12 | 24:6 27:5 | 213:16 |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

238:15,16
**way**
57:8 76:25
78:3,4 86:5
88:12 150:6
160:15
181:6 187:5
187:15
190:25
195:17,20
195:22
197:9
201:25
202:2
213:10
215:9
246:18
**weakening**
206:21
**Wednesday**
1:14
**Weiss**
4:10 8:19
**went**
52:18 53:7
99:16 148:5
155:17,18
167:15
172:13
201:12
234:2,3,24
**weren't**
38:20 56:4
78:20,20
136:10
191:2 239:3
**WESTCHESTER**
246:5
**we'll**
9:11,21
11:18 12:6
12:11 43:2
94:24
120:10
129:18
170:4
178:18

190:5
222:16
**we're**
22:3 34:17
36:12 44:18
66:3 85:2
89:7,9
103:7
116:23,24
142:16
143:13,18
158:25
184:12
236:15
240:20,22
**we've**
136:22
147:21
220:25
243:16
**WHARTON**
4:10
**what/if**
179:15
**whereabouts**
235:2
**WHEREOF**
246:20
**white**
128:10
**Wilmington**
5:5 8:7
**withdraw**
22:21 150:5
**withstand**
207:7
**witness**
3:12 7:3,8
7:19,24
18:9 45:13
57:22 66:15
67:12 68:2
69:7 71:24
77:8 93:24
117:20
125:5,8
129:16

135:15,17
143:2
144:22
151:22
154:7
171:10
173:24
177:22
198:16,21
203:25
204:9 219:5
219:19,24
221:3
223:19,25
226:20
229:12
230:21
235:23
237:5
238:24
242:16
246:10,14
246:20
247:3
**witnesses**
221:9
**word**
126:10
**words**
30:16 127:25
129:11
207:21
208:2,4
210:17,18
**work**
10:6 16:16
23:11,22
25:24 26:6
26:23 27:20
29:19 32:14
34:11,12,20
35:2,9 37:3
37:23 38:3
65:23 66:9
67:25 77:2
77:3,3,12
86:7,15

105:10,12
106:16
109:2
110:16
113:19
127:7
128:16
155:9,11
158:18
164:12,18
169:16
176:3 211:6
212:18
228:24
229:14
230:4 233:8
235:6
**worked**
13:10 14:2
24:14 26:4
34:19 37:14
38:8,9
44:10 78:21
78:22,24
80:8 98:22
103:13
106:17
109:9,14,19
163:12,16
213:10
231:5,8,18
238:10
**working**
12:21 13:9
16:9 24:8
27:13 28:3
28:7 29:2
29:13 30:10
30:15 32:3
37:12 40:17
51:14,21
52:14 71:16
76:16,20,22
83:20
108:15
109:8
110:11,12

124:19
161:11
**works**
206:3
**worse**
167:22
210:10,22
210:24
**worth**
180:25
**wouldn't**
52:23 131:19
158:13
173:9
192:19
198:7 203:5
203:7 226:6
**written**
31:22 187:7
**wrong**
89:4 124:25
**wrote**
48:12 55:2
69:9,17
71:5,25
72:4 123:21
**WSJ**
156:12,19

**X**

**X**
1:3,8 172:8
172:10,15
172:16,19
172:22
173:5,6,18
247:2

**Y**

**Y**
121:10
**Yang**
60:2 79:2
216:17
**yeah**
16:23 18:9
21:25 22:10



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                    January 20, 2010

CONFIDENTIAL

294

| | | | | |
|---|---|---|---|---|
| 22:23 24:2 | 213:14 | 34:7 35:12 | **$2.105** | 249:3 |
| 26:21 27:13 | 226:22 | 37:12,16 | 144:9 150:3 | **00218132** |
| 29:10 36:5 | 230:12 | 38:4,22 | **$225** | 43:7,12 |
| 40:11 47:23 | 231:12,13 | 39:24 40:18 | 151:14 | 248:8 |
| 47:24 52:10 | 233:16 | 54:23 56:20 | **$25** | **00218145** |
| 52:10 57:4 | 234:3,22,23 | 66:12 75:18 | 176:20 | 82:14,19 |
| 58:2,10 | 235:3,3,23 | 75:24 76:12 | **$263** | 248:18 |
| 60:24 68:21 | 236:18 | 77:15,23 | 142:7 143:5 | **00239371** |
| 71:24 72:12 | 238:6 | 78:5,10,13 | 143:11 | 59:15,19 |
| 74:9,13,22 | 242:16 | 81:3,23 | **$3.449** | 248:10 |
| 77:8 78:13 | 243:11 | 108:22 | 141:6 | **00260070** |
| 80:11 88:7 | 245:3,4 | 111:24 | **$3.67** | 66:22 67:2 |
| 88:7,7 97:9 | **year** | 112:7 | 119:16,21 | 248:12 |
| 99:11 101:8 | 12:19 14:4,5 | 127:23 | **$300,000** | **00345444** |
| 101:14 | 21:19,20,22 | 128:3 | 232:17 | 178:6,9 |
| 105:18 | 164:6 232:2 | 151:14,16 | **$38** | 249:7 |
| 108:17,19 | 232:6,20 | 176:19 | 214:3 | **00346445** |
| 115:10 | 234:6 | 177:10 | **$4.2** | 204:18,21 |
| 116:24 | **years** | **Zell's** | 131:12 | 249:9 |
| 124:21,21 | 10:4 13:6 | 32:21 | 181:22 | **00346464** |
| 128:6 | 14:18 117:9 | **zero** | **$40** | 211:15,19 |
| 129:23 | 156:5,7 | 86:22 87:19 | 214:19 | 249:11 |
| 132:7,24 | **year's** | 88:14,16 | **$457** | **00347365** |
| 136:3 | 213:24 214:6 | **Zuckerman** | 120:2 | 216:5,8 |
| 137:15,20 | **yes's** | 3:4 7:14 | **$60** | 249:14 |
| 141:3 | 11:5 | | 160:2 | **00422643** |
| 153:17 | **yield** | **$** | **$68.5** | 154:12 |
| 155:22 | 96:18 200:16 | | 123:14 | 248:24 |
| 156:2,2 | 201:7 | **$1.5** | **$7.015** | **00496537** |
| 158:21 | **York** | 173:6 | 142:2 | 75:7,11 |
| 160:16 | 1:13,13 2:9 | **$1.521** | **$750** | 248:15 |
| 161:6,23 | 2:9,11 3:14 | 114:22 | 142:5 | **0073** |
| 162:3 | 3:14 4:15 | **$1.6** | **$8** | 72:22 |
| 166:19 | 4:15,22,22 | 149:9 151:4 | 96:25 | **02111** |
| 173:24 | 5:13,13,19 | 151:8 | | 5:7 |
| 175:3 | 5:19 6:7,7 | **$10.133** | **0** | **07** |
| 177:22 | 7:9 40:3 | 144:14 | **00070129** | 119:14 |
| 181:13 | 246:3,8 | **$100** | 224:15,18 | 164:12 |
| 195:22 | | 217:16 | 249:16 | 203:21 |
| 196:2 | **Z** | **$12.896** | **00148109** | 228:25 |
| 197:17 | | 196:21 | 91:16,20 | **08** |
| 198:21 | **z** | **$125** | 248:21 | 155:16 |
| 201:19 | 7:2 | 121:5 | **00148119** | **08-13141(...** |
| 203:22 | **ZACK** | **$14.639** | 104:10 | 1:5 |
| 207:23 | 4:23 | 161:14 | **00169456** | |
| 210:10 | **Zell** | **$2.1** | 171:3,9 | **1** |
| 212:20,20 | 32:19,23,25 | 95:14 149:22 | | |
| | 33:2,4,7 | 151:8 | | |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                      January 20, 2010

CONFIDENTIAL

295

**1**
42:14,21
  43:3 69:11
  69:25 73:3
  113:10
  114:7
  116:11
  119:9,14
  141:19
  142:20
  150:17
  164:23
  166:11
  215:10
  228:19
  247:6 248:4
**1st**
166:12 177:8
**1.1**
73:19
**1:15**
105:23
**1:45**
83:7
**10**
10:4 178:3,4
  184:11
  249:5
**10.133**
141:25
**10:34**
51:8
**10:48**
51:9
**100**
86:21 87:2
**1000**
3:7
**10017**
3:14
**10019**
4:15
**10019-6799**
5:13
**10022-3598**
5:19

**10036**
4:22
**10112**
6:7
**10583**
7:10
**11**
1:4 204:16
  204:17,25
  249:8
**11:14**
211:21
**116**
94:16
**117**
96:12
**118**
103:23
**119**
137:20,21
**12**
144:5,6
  149:18
  211:14,19
  249:10
**12:24**
105:22
**125**
120:23 121:2
**1285**
4:14
**13**
216:3,4
  249:13
**14**
118:5 224:14
  249:15
**14.6**
161:20
**14.639**
160:10
**148155**
91:17 248:22
**15**
149:24
**1501**

**4:6**
**1521**
114:21
**154**
248:23
**1633**
5:12
**169509**
188:8
**169600**
171:4 249:4
**17**
118:16
  150:11
**170**
247:9
**171**
247:7 249:2
**178**
249:5
**1800**
3:7
**19**
120:7
**1979**
13:11
**1981**
14:6,7,9,14
**1986**
21:3

---
**2**

**2**
43:4,6,14,16
  54:3,14
  69:18,25
  70:9 116:2
  118:4
  119:10,24
  120:3 144:3
  148:10
  149:18
  150:2,15,17
  150:18
  151:15
  164:21

**204:7**
209:14,18
215:10,13
217:11
219:11,12
219:17
221:21
222:3
225:14,22
227:10
228:11,24
229:4 248:7
**2nd**
75:19 81:21
  83:6
**2.1**
150:16
**2.105**
150:15
**2.4**
97:5
**2:06**
84:8,9
**2:42**
148:3
**2:48**
148:2
**2:50**
69:4
**20**
1:14 124:9
**200**
151:13
**2000**
206:6
**20005**
4:7
**2001**
15:13
**20036-5802**
3:8
**2004**
42:16 248:6
**2005**
157:15
**2007**

**21:23 22:5**
23:7,8,24
24:10,12
25:3 26:13
38:24 44:12
60:5 75:19
83:6 92:18
106:9
113:19
122:11
150:14
157:10
165:2,3,7
165:15,21
166:9,12
167:3 168:2
174:17
177:16
196:20
202:21
205:10
206:8,13,14
206:18
207:19
210:8,20
215:7
217:13
218:2 224:4
224:11
231:5,9,17
231:23
232:8,10
233:9
**2008**
17:10 20:21
  21:18,23
  217:14
  232:10
**2009**
217:14,18
  218:9
**2010**
1:14 2:3
  245:16
  246:22
**204**
249:8



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk

January 20, 2010

CONFIDENTIAL

296

| | | | | |
|---|---|---|---|---|
| **2100** | **27** | **346465** | **5** | 4:21 91:14 |
| 150:20 | 92:17 135:9 | 211:15 | **5** | 91:15 106:4 |
| **2100.00** | **27th** | 249:12 | 10:3 75:5,6 | 114:5 |
| 95:11 | 44:12 | **38** | 75:10 | 116:10 |
| **2105** | **28th** | 214:18 | 175:11 | 141:21 |
| 150:4,19 | 60:5 246:21 | | 248:14 | 143:4,7,13 |
| **211** | **29** | **4** | **5th** | 147:12,20 |
| 249:10 | 14:18 | **4** | 106:9 122:11 | 148:23 |
| **216** | **29th** | 66:20,21,25 | 137:12 | 163:20 |
| 249:13 | 68:25 69:16 | 248:11 | **5.7** | 170:2 |
| **218147** | 174:17 | **4.2** | 217:13 | 171:24 |
| 82:15 248:19 | **29th's** | 131:18 | **5/24/2007** | 184:20 |
| **22** | 69:3 | 179:13,18 | 172:4 | 185:13 |
| 2:3 128:8 | **2900** | 180:2 | **5:34** | 248:20 |
| **220** | 3:21 | **4/1/07** | 245:8 | **7.015** |
| 247:12 | | 119:20 | **5445** | 173:7 |
| **222** | **3** | **4:00** | 178:23 | **70130** |
| 247:12,12 | **3** | 195:5 | 183:14 | 229:21 |
| **224** | 59:14,18 | **4:13** | **59** | **7015** |
| 249:15 | 179:18 | 195:6 | 248:9 | 142:23 |
| **226** | 248:9 | **40** | | 173:12,19 |
| 7:9 | **3.0** | 214:4 | **6** | **75** |
| **230** | 130:13 131:4 | **42** | **6** | 215:16 |
| 247:5 | 131:18 | 248:4 | 82:12,13 | 248:14 |
| **24** | 179:12,24 | **422652** | 90:22 | **750** |
| 129:8 | **3.2** | 154:13 | 101:11 | 89:3 |
| **245** | 217:14 | 248:25 | 175:4,12 | **79** |
| 247:7 | **3.7** | **425** | 248:17 | 13:5 |
| **25** | 217:14 | 5:18 | **6th** | |
| 132:10 141:7 | **30** | **43** | 137:13,14 | **8** |
| 146:23 | 2:8 6:6 | 248:7 | **6/6** | **8** |
| 177:19 | 102:8,14 | **442** | 90:4,6 | 73:19 113:7 |
| 239:20 | 138:7 | 121:14 | **62** | 154:11 |
| **25th** | 142:10,17 | **450** | 190:4 | 247:4 |
| 205:10 | 143:20 | 3:13 | **63** | 248:23 |
| 211:21 | 146:15,23 | **48116** | 190:5,9 | **8,028** |
| 213:22 | 148:23 | 137:7 | 193:16 | 96:24 |
| 214:24 | 151:2 | **48120** | 195:9 242:4 | **8:53** |
| **250** | 185:13 | 107:13,14 | **64** | 69:16 |
| 89:5 217:12 | **31** | **49** | 199:15,16 | **8126** |
| **260072** | 184:14 | 89:8,10 | 242:3,4 | 141:20 |
| 73:16 75:2 | 240:22,23 | **496539** | **66** | **8127** |
| **260074** | **31's** | 75:8 248:16 | 248:11 | 113:8 |
| 66:23 248:13 | 185:3 | **497** | | **8133** |
| **263** | **34** | 184:24 | **7** | 118:6 |
| 143:7 | 214:3,18 | | **7** | **8136** |
| | | | | 118:17 |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com

John Kowalczuk                                          January 20, 2010

CONFIDENTIAL

297

| | | | | |
|---|---|---|---|---|
| **8149**<br>138:8<br>**82**<br>248:17<br>**84**<br>12:20<br>**85**<br>12:20 21:4<br>**865**<br>3:20<br>**87**<br>21:3<br>**89**<br>247:6<br><br>**9**<br><br>**9**<br>171:2,11<br>184:9,12<br>195:8<br>239:20,21<br>249:2<br>**9:30**<br>2:4<br>**90**<br>247:9<br>**90017**<br>3:22<br>**91**<br>248:20<br>**9466**<br>174:9<br>**9491**<br>177:20<br>**9497**<br>185:5 | | | | |



an Alexander Gallo Company

Toll Free: 800.441.3376
Facsimile: 202.296.8652

Suite 620
1020 19th Street, NW
Washington, DC 20036
www.esquiresolutions.com