**From**: CN=Gretchen E Tonnesen/O=JPMCHASE
**Date**: 03/29/2007 09:35:10 AM
**To**: CN=John Kowalczuk/O=JPMCHASE@JPMCHASE
**CC**: CN=Mark S Guterman/O=JPMCHASE@JPMCHASE; CN=Natalia Klykova/O=JPMCHASE@JPMCHASE; CN=Rajesh Kapadia/O=JPMCHASE@JPMCHASE; CN=Yang X Chen/O=JPMCHASE@JPMCHASE
**Subject**: Re: Tower
**Number of attachments**: 3

---

John,
Please find attached runs of the B2/B Step 2 capital structure with the management base case, management downside case, and the credit downside case you requested yesterday.
Regards,
Gretchen
*(See attached file: Tower 270 Model 2-23-06 Model II v31_JPM Down B2,B.pdf)*
*(See attached file: Tower 270 Model 2-23-06 Model II v31_TRB Down B2,B.pdf)*
*(See attached file: Tower 270 Model 2-23-06 Model II v31 Mgmt B2,B.pdf)*

Gretchen Tonnesen
J.P. Morgan Investment Banking | Technology, Media, & Telecom
277 Park Avenue, 20th floor | New York, NY 10172
Office: (212) 622-9941 | Mobile: (262) 227-9915 | Fax: (646) 328-3100
Inactive hide details for John Kowalczuk/JPMCHASEJohn Kowalczuk/JPMCHASE

**John Kowalczuk/JPMCHASE**

03/29/2007 08:53 AM

Thanks, Gretchen. We need to run the Step 2 case with the revised downside assumptions as well.
Natasha and Raj,
Jeff Sell had asked for a run showing just step 1, assuming step 2 never got done, and a donwside. The downside in the materials we got was too light, i.e. -1% to -2% so we revised per the assumptions below. Before I give these cases to Jeff can one of you update me on what's going on with him so I don't step on a land mine. I haven't heard anything since Tuesday on this.
Thanks.
Inactive hide details for Gretchen E Tonnesen/JPMCHASEGretchen E Tonnesen/JPMCHASE

**Gretchen E Tonnesen/JPMCHASE**

03/29/2007 02:50 AM

John,
Please find attached another downside case for the standalone Step 1 transaction. As discussed, this case has -8% revenue growth in 2008, scaling down to -1% in 2012, and 25% EBITDA margins in the first 3 years, increasing slightly in the outer years. I have also attached the base case and the previous downside case for your reference.
Regards,
Gretchen
[attachment "Tower 270 Model 2-23-06 Model II v31_JPM Down Step 1.pdf" deleted by Gretchen E Tonnesen/JPMCHASE]
[attachment "Tower 270 Model 2-23-06 Model II v31_TRB Down Step 1.pdf" deleted by Gretchen E Tonnesen/JPMCHASE]
[attachment "Tower 270 Model 2-23-06 Model II v31_Mgmt Step 1.pdf" deleted by Gretchen E Tonnesen/JPMCHASE]

Gretchen Tonnesen
J.P. Morgan Investment Banking | Technology, Media, & Telecom
277 Park Avenue, 20th floor | New York, NY 10172
Office: (212) 622-9941 | Mobile: (262) 227-9915 | Fax: (646) 328-3100

Highly Confidential - Attorneys' Eyes Only

# PROJECT TOWER

## JPM downside case - Capital Structure 1 — "B2/B" rating - Forward Libor

$MMs 3/29/07 2:25 AM

### Pro Forma Capitalization

| | Commitment | Funded | % of Cap. | x LTM EBITDA | Pricing | Stock Security | Upstream Guarantee | Asset Security | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Cash | $0.0 | $175.0 | | | | | | | |
| Revolving Credit Facility | $750.0 | $0.0 | 0.0% | 0.00x | L+250, 50 bps | | | | |
| Delayed Draw TLB | 260.0 | 0.0 | 0.0% | 0.00x | L+250 | | | | |
| Existing TL B (PF sale of Cubs/CSN) | 6,097.0 | 6,097.0 | 46.2% | 4.40x | L+250 | | | | |
| Incremental TL B | 2,130.0 | 2,130.0 | 16.1% | 1.54x | L+250 | | | | |
| TOTAL 1st PRIORITY GUARANTEED DEBT | $9,237.0 | $8,227.0 | 62.3% | 5.93x | | | | | |
| Existing 2nd Lien TL / Notes | 0.0 | 0.0 | 0.0% | 0.00x | L+0 | | | | |
| New 2nd Lien TL / Notes Add-On | 0.0 | 0.0 | 0.0% | 0.00x | L+0 | | | | |
| New Senior Notes | 2,100.0 | 2,100.0 | 15.9% | 1.51x | 9.75% | | | | |
| TOTAL GUARANTEED DEBT | $11,337.0 | $10,327.0 | 78.2% | 7.45x | | | | | |
| Existing Sr. HY Notes (2008/13/23/27/96) | 465.9 | 465.9 | 3.5% | 0.34x | 7.22% | | | | |
| Existing HY Notes (2008/10/15) | 1,040.7 | 1,040.7 | 7.9% | 0.75x | 5.13% | | | | |
| TOTAL SENIOR DEBT | $12,843.5 | $11,833.5 | 89.6% | 8.53x | | | | | |
| Existing PHONES debt (2029) | 900.0 | 900.0 | 6.8% | 0.65x | 2.00% | | | | |
| TOTAL DEBT | $13,743.5 | $12,733.5 | 96.4% | 9.18x | | | | | |
| ESOP equity (borrowed from Tribune) | 250.0 | 250.0 | 1.9% | 0.18x | | | | | |
| EGI Equity | 225.0 | 225.0 | 1.7% | 0.16x | | | | | |
| TOTAL EQUITY | $475.0 | $475.0 | 3.6% | 0.34x | Weighted Avg. Cost of Debt: Cash / Total | | | | |
| TOTAL CAPITALIZATION | $14,218.5 | $13,208.5 | 100.0% | 9.52x | 7.5% / 7.5% | | | | |

### Sources and Uses

| Sources | Amount | Uses | Amount |
|---|---|---|---|
| Revolving Credit Facility | $0.0 | Equity Purchase Price | $4,194.4 |
| Delayed Draw TLB | 0.0 | Roll Existing Bank Debt | 6,097.0 |
| Existing TL B (PF sale of Cubs/CSN) | 6,097.0 | Pay down existing bank debt | 602.0 |
| Incremental TL B | 2,130.0 | Existing 2nd Lien TL / Notes | 0.0 |
| Existing 2nd Lien TL / Notes | 0.0 | Existing HY Notes (2008/10/15) | 1,040.7 |
| New 2nd Lien TL / Notes Add-On | 0.0 | Existing Sr. HY Notes (2008/13/23/27/96) | 465.9 |
| New Senior Notes | 2,100.0 | Less: Cash Used in Purchase | 0.0 |
| New Sr. Unsec Notes - ESOP (2017) | 0.0 | Change of Control Fees | 141.0 |
| Existing HY Notes (2008/10/15) | 1,040.7 | Redemption of Zell common shares | 250.0 |
| Existing Sr. HY Notes (2008/13/23/27/96) | 465.9 | Existing PHONES debt (2029) | 900.0 |
| Existing PHONES debt (2029) | 900.0 | Financing Fees | 80.0 |
| EGI Equity | 225.0 | | |
| Asset sales / Option proceeds | 819.0 | | |
| TOTAL SOURCES | $13,777.5 | TOTAL USES | $13,777.5 |

### Notes and / or Assumptions:

(A) Projections based on Sponsor case
(B) Assumes tax rate of 40.0% and 0% for 2008 onwards

(C) Assumes 11.3% premium to current stock price of $30.75 for purchase price of $34.24
(D) WAV cost of debt assumed for all existing HY notes
4.875% existing notes due 2010 = $449 mm

5.25% existing notes due 2015 = $329 mm

7.25% existing notes due 2013 = $80 mm

7.50% existing notes due 2023 = $95 mm
6.61% existing notes due 2027 = $83 mm

6.61% existing notes due 2027 - $93 mm
7.25% existing notes due 2096 = $130 mm
8% other obligations = $99 mm

### Financial Summary

| FYE DECEMBER 31 | 2005 | 2006 | 2007 | PF 2007 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Publishing | $4,097.0 | $4,025.0 | $3,946.0 | $3,946.0 | $4,754.6 | $4,516.8 | $4,381.3 | $4,293.7 | $4,246.5 | $4,199.5 | $4,153.6 | $4,107.9 | $4,062.7 | $4,018.0 |
| Broad. & Ent | 1,414.0 | 1,408.0 | 1,222.0 | 1,222.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Elimination of Cubs Revenue | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Revenue | $5,511.0 | $5,433.0 | $5,168.0 | $5,168.0 | $4,754.6 | $4,516.8 | $4,381.3 | $4,293.7 | $4,246.5 | $4,199.8 | $4,153.6 | $4,107.9 | $4,062.7 | $4,016.0 |
| *% Growth* | | *-1.4%* | *-4.9%* | | *-8.0%* | *-5.0%* | *-3.0%* | *-2.0%* | *-1.1%* | *-1.1%* | *-1.1%* | *-1.1%* | *-1.1%* | *-1.1%* |
| EBITDA | $1,402.1 | $1,359.6 | $1,222.0 | $1,222.0 | $1,096.0 | $1,006.1 | $940.8 | $907.2 | $883.3 | $873.5 | $863.1 | $854.4 | $841.0 | $827.7 |
| Equity in Income (net of assets sold) | 41.2 | 75.0 | 85.0 | 85.0 | 100.0 | 118.0 | 146.0 | 173.0 | 210.0 | 231.0 | 232.2 | 233.4 | 234.6 | 235.8 |
| Annual savings from ESOP/S-corp | 0.0 | 0.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| Adj EBITDA | $1,443.3 | $1,434.6 | $1,387.0 | $1,387.0 | $1,276.0 | $1,204.1 | $1,175.8 | $1,160.2 | $1,173.3 | $1,184.5 | $1,180.3 | $1,167.8 | $1,155.6 | $1,143.5 |
| *% Margin* | *26.2%* | *26.4%* | *26.8%* | *26.3%* | *26.8%* | *26.7%* | *26.8%* | *27.0%* | *27.6%* | *28.2%* | *28.4%* | *28.4%* | *28.4%* | *28.5%* |
| *% Growth* | | *(0.6%)* | *(3.3%)* | | *(8.0%)* | *(5.6%)* | *(2.3%)* | *(1.3%)* | *1.1%* | *1.0%* | *(0.4%)* | *(1.1%)* | *(1.0%)* | *(1.0%)* |
| Net Income | $1,219.3 | $1,206.8 | $1,147.3 | $112.5 | $287.9 | $211.3 | $180.0 | $160.7 | $177.0 | $135.3 | $193.5 | $199.1 | $159.5 | $192.7 |
| Total Interest | | | | $959.8 | $974.8 | $931.9 | $984.8 | $986.1 | $981.4 | $973.3 | $965.2 | $953.1 | $940.0 | $935.4 |
| Total Capex / Investments / Other | $205.9 | $189.0 | $174.0 | $174.0 | $152.0 | $128.0 | $128.0 | $128.0 | $126.0 | $126.0 | $126.0 | $126.0 | $126.0 | $126.0 |
| *% of Revenue* | *3.7%* | *3.5%* | *3.4%* | *3.4%* | *3.2%* | *2.8%* | *2.9%* | *3.0%* | *3.0%* | *3.0%* | *3.0%* | *3.1%* | *3.1%* | *3.1%* |

### Cash Flow Reconciliation

| FYE DECEMBER 31 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Libor Assumptions | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% |
| Adj EBITDA | $1,276.0 | $1,204.1 | $1,175.9 | $1,160.2 | $1,173.3 | $1,184.5 | $1,180.3 | $1,167.0 | $1,155.6 | $1,143.5 |
| Net Cash Interest | (969.6) | (976.6) | (980.9) | (985.2) | (981.4) | (973.3) | (965.2) | (953.1) | (940.0) | (935.4) |
| Cash Taxes | (9.0) | (7.4) | (6.2) | (5.6) | (6.2) | (6.3) | (7.0) | (7.0) | (7.0) | (6.8) |
| (Inc)/Dec in Working Capital and Other | (38.0) | (27.0) | (27.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) |
| Capex | (152.0) | (128.0) | (128.0) | (128.0) | (126.0) | (126.0) | (126.0) | (126.0) | (126.0) | (126.0) |
| Acquisitions and Investments | (225.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) |
| Asset sales (Cubs & CSN - net of tax) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash from B/S | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| ESOP Repurchase Obligation | 0.0 | 0.0 | 0.0 | (1.0) | (1.0) | (2.0) | (2.0) | (2.0) | (2.0) | (2.0) |
| Debt Issued | 260.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Dividend Payments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash Available for Debt Service | $141.6 | $15.0 | ($16.3) | ($37.7) | ($19.3) | ($2.1) | $1.1 | $1.8 | $2.6 | ($4.7) |
| Cumulative Cash Available for Debt Service | 141.6 | 156.6 | 140.3 | 102.6 | 83.3 | 81.2 | 82.3 | 84.1 | 86.7 | 82.0 |

### Debt Balances

| FYE DECEMBER 31 | 2005 | 2006 | 2007 | PF 2007 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | | | | $175.0 | $175.0 | $175.0 | $100.0 | $21.0 | ($46.0) | ($139.9) | ($249.0) | ($330.6) | ($669.1) | ($751.4) |
| Revolving Credit Facility | | | | $0.0 | $210.6 | $287.0 | $750.0 | $750.0 | $750.0 | $750.0 | $750.0 | $750.0 | $750.0 | $750.0 |
| Delayed Draw TLB | | | | 0.0 | 257.4 | 254.9 | 252.4 | 249.9 | 247.4 | 244.3 | 242.5 | 240.1 | 237.7 | 235.4 |
| Existing TL B (PF sale of Cubs/CSN) | | | | 6,097.0 | 6,036.6 | 5,976.9 | 5,917.7 | 5,859.1 | 5,801.1 | 5,743.6 | 5,686.8 | 5,630.5 | 5,574.7 | 5,519.5 |
| Incremental TL B | | | | 2,130.0 | 2,130.0 | 2,130.0 | 2,130.0 | 2,130.0 | 2,130.0 | 2,130.0 | 2,130.0 | 2,130.0 | 2,130.0 | 2,130.0 |
| TOTAL 1st PRIORITY GUARANTEED DEBT | | | | $8,227.0 | $8,643.7 | $8,628.7 | $9,050.0 | $8,989.0 | $8,928.5 | $8,868.6 | $8,809.3 | $8,750.6 | $8,692.5 | $8,634.9 |
| Existing 2nd Lien TL / Notes | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| New 2nd Lien TL / Notes Add-On | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| New Senior Notes | | | | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 |
| TOTAL GUARANTEED DEBT | | | | $10,327.0 | $10,743.7 | $10,728.7 | $11,150.0 | $11,089.0 | $11,028.5 | $10,968.6 | $10,909.3 | $10,850.6 | $10,792.5 | $10,734.9 |
| Existing Sr. HY Notes (2008/13/23/27/96) | | | | 465.9 | 430.2 | 430.2 | 430.2 | 430.2 | 430.2 | 350.2 | 350.2 | 350.2 | 350.2 | 350.2 |
| Existing HY Notes (2008/10/15) | | | | 1,040.7 | 778.1 | 778.1 | 328.6 | 328.6 | 328.6 | 328.6 | 328.6 | 0.0 | 0.0 | 0.0 |
| TOTAL SENIOR DEBT | | | | $11,833.5 | $11,952.0 | $11,936.9 | $11,908.8 | $11,847.8 | $11,787.3 | $11,647.4 | $11,588.1 | $11,200.8 | $11,142.7 | $11,085.1 |
| Existing PHONES debt (2029) | | | | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 |
| TOTAL OPCO DEBT | | | | $12,733.5 | $12,852.0 | $12,836.9 | $12,808.8 | $12,747.8 | $12,687.3 | $12,547.4 | $12,488.1 | $12,100.8 | $12,042.7 | $11,985.1 |

### Ratio Summary

| FYE DECEMBER 31 | 2005 | 2006 | 2007 | PF 2007 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adj EBITDA / Total Interest | | | | 1.45x | 1.31x | 1.23x | 1.10x | 1.18x | 1.20x | 1.22x | 1.22x | 1.23x | 1.23x | 1.22x |
| (Adj EBITDA - Capex) / Total Interest | | | | 1.26x | 1.15x | 1.13x | 1.06x | 1.05x | 1.07x | 1.09x | 1.09x | 1.09x | 1.10x | 1.09x |
| 1st Priority Guaranteed Debt / Adj EBITDA | | | | 5.93x | 6.77x | 7.17x | 7.70x | 7.75x | 7.61x | 7.49x | 7.46x | 7.49x | 7.52x | 7.55x |
| Total Guaranteed Debt / Adj EBITDA | | | | 7.45x | 8.42x | 8.91x | 9.48x | 9.56x | 9.40x | 9.26x | 9.24x | 9.29x | 9.34x | 9.39x |
| Senior Debt / Adj EBITDA | | | | 8.53x | 9.37x | 9.91x | 10.13x | 10.21x | 10.05x | 9.83x | 9.82x | 9.59x | 9.64x | 9.69x |
| Total Debt / Adj EBITDA | | | | 9.18x | 10.07x | 10.66x | 10.89x | 10.99x | 10.81x | 10.59x | 10.58x | 10.36x | 10.42x | 10.48x |
| FCF / Total Debt | | | | | 1.1% | 0.1% | (0.1%) | (0.3%) | (0.2%) | (0.0%) | 0.0% | 0.0% | 0.0% | (0.0%) |

| Tax Savings (at 40.0% tax rate) | Tax rate: 40.0% | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tax Savings (at 40.0% tax rate) | | $119.1 | $87.5 | $74.5 | $66.5 | $73.3 | $90.3 | $82.2 | $82.4 | $82.8 | $76.8 |
| Cumulative tax savings | | $119.1 | $206.6 | $281.1 | $347.6 | $420.9 | $511.3 | $583.9 | $666.4 | $749.2 | $826.9 |
| PV of tax savings: WACC = 7.5% | | $576.4 | | | | | | | | | |

Tower 2/0 Model 2-23-06 Model IIv31.xls

# PROJECT TOWER

## TRB downside case - Capital Structure 1 — "B2/B" rating - Forward Libor

$MMs 3/29/07 2:25 AM

### Pro Forma Capitalization

| | Commitment | Funded | % of Cap. | x LTM EBITDA | Pricing | Stock Security | Upstream Guarantee | Asset Security | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Cash | $0.0 | $175.0 | | | | | | | |
| Revolving Credit Facility | $750.0 | $0.0 | 0.0% | 0.00x | L+250, 50 bps | | | | |
| Delayed Draw T. B | 260.0 | 0.0 | 0.0% | 0.00x | L+250 | | | | |
| Existing TL B (PF sale of Cubs/CSN) | 6,097.0 | 6,097.0 | 46.2% | 4.40x | L+250 | | | | |
| Incremental TL B | 2,130.0 | 2,130.0 | 16.1% | 1.54x | L+250 | | | | |
| TOTAL 1st PRIORITY GUARANTEED DEBT | $9,237.0 | $8,227.0 | 62.3% | 5.93x | | | | | |
| Existing 2nd Lien TL / Notes | 0.0 | 0.0 | 0.0% | 0.00x | L+0 | | | | |
| New 2nd Lien TL / Notes Add-On | 0.0 | 0.0 | 0.0% | 0.00x | L+0 | | | | |
| New Senior Notes | 2,100.0 | 2,100.0 | 15.9% | 1.51x | 3.75% | | | | |
| TOTAL GUARANTEED DEBT | $11,337.0 | $10,327.0 | 78.2% | 7.45x | | | | | |
| Existing Sr. HY Notes (2008/13/23/27/96) | 465.9 | 465.9 | 3.5% | 0.34x | 7.22% | | | | |
| Existing HY Notes (2008/10/15) | 1,040.7 | 1,040.7 | 7.9% | 0.75x | 5.15% | | | | |
| TOTAL SENIOR DEBT | $12,843.5 | $11,833.5 | 89.6% | 8.53x | | | | | |
| Existing PHONES debt (2029) | 900.0 | 900.0 | 6.8% | 0.65x | 2.00% | | | | |
| TOTAL DEBT | $13,743.5 | $12,733.5 | 96.4% | 9.18x | | | | | |
| ESOP equity (borrowed from Tribune) | 250.0 | 250.0 | 1.9% | 0.18x | | | | | |
| EGI Equity | 225.0 | 225.0 | 1.7% | 0.16x | | | | | |
| TOTAL EQUITY | $475.0 | $475.0 | 3.6% | 0.34x | Weighted Avg. Cost of Debt: Cash / Total | | | | |
| TOTAL CAPITALIZATION | $14,218.5 | $13,208.5 | 100.0% | 9.52x | 7.5% / 7.5% | | | | |

### Sources and Uses

| Sources | Amount | Uses | Amount |
|---|---|---|---|
| Revolving Credit Facility | $0.0 | Equity Purchase Price | $4,194.4 |
| Delayed Draw T. B | 0.0 | Roll Existing Bank Debt | 6,097.0 |
| Existing TL B (PF sale of Cubs/CSN) | 6,097.0 | Pay down existing bank debt | 602.0 |
| Incremental TL B | 2,130.0 | Existing 2nd Lien TL / Notes | 0.0 |
| Existing 2nd Lien TL / Notes | 0.0 | Existing HY Notes (2008/10/15) | 1,040.7 |
| New 2nd Lien TL / Notes Add-On | 0.0 | Existing Sr. HY Notes (2008/13/23/27/96) | 465.9 |
| New Senior Notes | 2,100.0 | Less: Cash Used in Purchase | 0.0 |
| New Sr. Unsec Notes - ESOP (2017) | 0.0 | Change of Control Fees | 141.0 |
| Existing HY Notes (2008/10/15) | 1,040.7 | Redemption of Zell common shares | 250.0 |
| Existing Sr. HY Notes (2008/13/23/27/96) | 465.9 | Existing PHONES debt (2029) | 900.0 |
| Existing PHONES debt (2029) | 900.0 | Financing Fees | 80.0 |
| EGI Equity | 225.0 | | |
| Asset sales / Option proceeds | 819.0 | | |
| TOTAL SOURCES | $13,777.5 | TOTAL USES | $13,777.5 |

### Notes and / or Assumptions:

(A) Projections based on Sponsor case
(B) Assumes tax rate of 40.0% and 0% for 2008 onwards

(C) Assumes 11.3% premium to current stock price of $30.75 for purchase price of $34.24
(D) WAV cost of debt assumed for all existing HY notes
4.875% existing notes due 2010 = $449 mm

5.25% existing notes due 2015 = $329 mm

7.25% existing notes due 2013 = $80 mm
7.50% existing notes due 2023 = $95 mm
6.61% existing notes due 2027 = $83 mm
6.61% existing notes due 2027 = $93 mm
7.25% existing notes due 2096 = $130 mm
8% other obligations = $99 mm

### Financial Summary

| FYE DECEMBER 31 | 2005 | 2006 | 2007 | PF 2007 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Publishing | $4,097.0 | $4,025.0 | $3,946.0 | $3,946.0 | $5,063.0 | $4,974.0 | $4,924.0 | $4,867.0 | $4,813.0 | $4,760.0 | $4,707.6 | $4,655.7 | $4,604.5 | $4,553.8 |
| Broad. & Ent | 1,414.0 | 1,408.0 | 1,222.0 | 1,222.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Elimination of Cubs Revenue | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Revenue | $5,511.0 | $5,433.0 | $5,168.0 | $5,168.0 | $5,063.0 | $4,974.0 | $4,924.0 | $4,867.0 | $4,813.0 | $4,760.0 | $4,707.6 | $4,655.7 | $4,604.5 | $4,553.8 |
| *% Growth* | | *-1.4%* | *-4.9%* | | *-2.0%* | *-1.8%* | *-1.0%* | *-1.2%* | *-1.1%* | *-1.1%* | *-1.1%* | *-1.1%* | *-1.1%* | *-1.1%* |
| EBITDA | $1,402.1 | $1,359.6 | $1,222.0 | $1,222.0 | $1,199.0 | $1,159.0 | $1,117.0 | $1,056.0 | $1,046.0 | $1,037.0 | $1,025.6 | $1,014.3 | $1,003.1 | $992.1 |
| Equity in income (net of assets sold) | 41.2 | 75.0 | 85.0 | 85.0 | 100.0 | 118.0 | 146.0 | 173.0 | 210.0 | 231.0 | 232.2 | 233.4 | 234.6 | 235.8 |
| Annual savings from ESOP/S-corp | 0.0 | 0.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| Adj EBITDA | $1,443.3 | $1,434.6 | $1,387.0 | $1,387.0 | $1,379.0 | $1,357.0 | $1,343.0 | $1,309.0 | $1,336.0 | $1,348.0 | $1,337.8 | $1,327.7 | $1,317.7 | $1,307.9 |
| *% Margin* | *26.2%* | *26.4%* | *26.8%* | *26.3%* | *27.2%* | *27.3%* | *27.3%* | *26.9%* | *27.8%* | *28.3%* | *28.4%* | *28.5%* | *28.6%* | *28.7%* |
| *% Growth* | | *(0.6%)* | *(3.3%)* | | *(0.6%)* | *(1.6%)* | *(1.0%)* | *(2.5%)* | *2.1%* | *0.9%* | *(0.8%)* | *(0.8%)* | *(0.8%)* | *(0.7%)* |
| Net Income | $1,219.3 | $1,206.6 | $1,147.3 | $112.5 | $391.2 | $372.1 | $366.8 | $340.3 | $376.2 | $403.9 | $409.2 | $411.7 | $414.2 | $420.9 |
| Total Interest | | | | $959.8 | $971.0 | $968.4 | $960.2 | $953.3 | $941.1 | $926.6 | $910.8 | $898.2 | $885.6 | $865.8 |
| Total Capex / Investments / Other | $205.9 | $189.0 | $174.0 | $174.0 | $152.0 | $128.0 | $128.0 | $128.0 | $126.0 | $126.0 | $126.0 | $126.0 | $126.0 | $126.0 |
| *% of Revenue* | *3.7%* | *3.5%* | *3.4%* | *3.4%* | *3.0%* | *2.6%* | *2.6%* | *2.6%* | *2.6%* | *2.6%* | *2.7%* | *2.7%* | *2.7%* | *2.8%* |

### Cash Flow Reconciliation

| FYE DECEMBER 31 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Libor Assumptions | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% |
| Adj EBITDA | $1,379.0 | $1,357.0 | $1,343.0 | $1,309.0 | $1,336.0 | $1,348.0 | $1,337.8 | $1,327.7 | $1,317.7 | $1,307.9 |
| Net Cash Interest | (965.8) | (953.1) | (955.0) | (948.1) | (935.8) | (921.3) | (905.5) | (892.9) | (880.4) | (862.5) |
| Cash Taxes | (13.3) | (13.1) | (12.6) | (11.9) | (13.3) | (14.2) | (14.4) | (14.4) | (14.6) | (14.8) |
| (Inc)/Dec in Working Capital and Other | (38.0) | (27.0) | (27.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) |
| Capex | (152.0) | (128.0) | (128.0) | (128.0) | (126.0) | (126.0) | (126.0) | (126.0) | (126.0) | (126.0) |
| Acquisitions and Investments | (225.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) |
| Asset sales (Cubs & CSN - net of tax) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash from B/S | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| ESOP Repurchase Obligation | 0.0 | 0.0 | 0.0 | (1.0) | (1.0) | (2.0) | (2.0) | (2.0) | (2.0) | (2.0) |
| *Debt Issued* | 260.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Dividend Payments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash Available for Debt Service | $244.9 | $175.8 | $170.4 | $142.0 | $181.9 | $206.5 | $211.9 | $214.3 | $216.6 | $223.6 |
| Cumulative Cash Available for Debt Service | 244.9 | 420.7 | 591.1 | 733.1 | 915.0 | 1,121.5 | 1,333.4 | 1,547.7 | 1,764.3 | 1,988.1 |

### Debt Balances

| FYE DECEMBER 31 | 2005 | 2006 | 2007 | PF 2007 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Cash and Cash Equivalents* | | | | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 |
| Revolving Credit Facility | | | | $0.0 | $116.4 | $2.9 | $243.6 | $262.7 | $141.3 | $74.6 | $0.0 | $172.3 | $12.8 | $0.0 |
| Delayed Draw T. B | | | | 0.0 | 257.4 | 254.9 | 252.4 | 249.9 | 247.4 | 244.9 | 164.5 | 162.9 | 161.2 | 5.6 |
| Existing TL B (PF sale of Cubs/CSN) | | | | 6,097.0 | 6,036.6 | 5,976.9 | 5,917.7 | 5,859.1 | 5,801.1 | 5,743.6 | 5,686.8 | 5,630.5 | 5,574.7 | 5,519.5 |
| Incremental TL B | | | | *2,130.0* | *2,130.0* | *2,130.0* | *2,130.0* | *2,130.0* | *2,130.0* | *2,130.0* | *2,130.0* | 2,130.0 | 2,130.0 | 2,130.0 |
| TOTAL 1st PRIORITY GUARANTEED DEBT | | | | $8,227.0 | $8,540.4 | $8,364.6 | $8,643.6 | $8,501.6 | $8,319.7 | $8,193.2 | $7,981.3 | $8,095.6 | $7,878.8 | $7,655.2 |
| Existing 2nd Lien TL / Notes | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| New 2nd Lien TL / Notes Add-On | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| New Senior Notes | | | | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 |
| TOTAL GUARANTEED DEBT | | | | $10,327.0 | $10,640.4 | $10,464.6 | $10,743.6 | $10,601.6 | $10,419.7 | $10,293.2 | $10,081.3 | $10,195.6 | $9,978.8 | $9,755.2 |
| Existing Sr. HY Notes (2008/13/23/27/96) | | | | 465.9 | 430.2 | 430.2 | 430.2 | 430.2 | 430.2 | 350.2 | 350.2 | 350.2 | 350.2 | 350.2 |
| Existing HY Notes (2008/10/15) | | | | 1,040.7 | 778.1 | 778.1 | 328.6 | 328.6 | 328.6 | 328.6 | 328.6 | 0.0 | 0.0 | 0.0 |
| TOTAL SENIOR DEBT | | | | $11,833.5 | $11,848.7 | $11,672.9 | $11,502.4 | $11,360.4 | $11,178.5 | $10,972.0 | $10,780.1 | $10,545.6 | $10,329.0 | $10,105.4 |
| Existing PHONES debt (2029) | | | | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 |
| TOTAL OPCO DEBT | | | | $12,733.5 | $12,748.7 | $12,572.9 | $12,402.4 | $12,260.4 | $12,078.5 | $11,872.0 | $11,680.1 | $11,445.6 | $11,229.0 | $11,005.4 |

### Ratio Summary

| FYE DECEMBER 31 | 2005 | 2006 | 2007 | PF 2007 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adj EBITDA / Total Interest | | | | 1.45x | 1.42x | 1.40x | 1.40x | 1.37x | 1.42x | 1.46x | 1.47x | 1.48x | 1.49x | 1.51x |
| (Adj EBITDA - Capex) / Total Interest | | | | 1.26x | 1.26x | 1.27x | 1.27x | 1.24x | 1.29x | 1.32x | 1.33x | 1.34x | 1.35x | 1.36x |
| 1st Priority Guaranteed Debt / Adj EBITDA | | | | 5.93x | 6.19x | 6.16x | 6.44x | 6.49x | 6.23x | 6.08x | 5.97x | 6.10x | 5.98x | 5.85x |
| Total Guaranteed Debt / Adj EBITDA | | | | 7.45x | 7.72x | 7.71x | 8.00x | 8.10x | 7.80x | 7.64x | 7.54x | 7.68x | 7.57x | 7.46x |
| Senior Debt / Adj EBITDA | | | | 8.53x | 8.59x | 8.60x | 8.56x | 8.68x | 8.37x | 8.14x | 8.04x | 7.94x | 7.84x | 7.73x |
| Total Debt / Adj EBITDA | | | | 9.18x | 9.24x | 9.27x | 9.23x | 9.37x | 9.04x | 8.81x | 8.72x | 8.62x | 8.52x | 8.41x |
| FCF / Total Debt | | | | | 1.9% | 1.4% | 1.4% | 1.2% | 1.5% | 1.7% | 1.8% | 1.9% | 1.9% | 2.0% |

| | | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Tax Savings (at 40.0% tax rate)** | Tax rate: 40.0% | $161.9 | $154.1 | $151.8 | $140.9 | $156.6 | $157.2 | $169.4 | $170.4 | $171.5 | $174.3 |
| **Cumulative tax savings** | | $161.9 | $315.9 | $467.7 | $608.6 | $765.2 | $932.4 | $1,101.8 | $1,272.3 | $1,443.7 | $1,618.0 |
| **PV of tax savings: WACC = 7.5%** | | $1,096.7 | | | | | | | | | |

Tower 2/0 Model 2-23-06 Model II V31.xls

# PROJECT TOWER

**Management case - Capital Structure 1 — "B2/B" rating - Forward Libor**

SMMs 3/29/07 2:26 AM

## Pro Forma Capitalization

| | Commitment | Funded | % of Cap. | x LTM EBITDA | Pricing | Stock Security | Upstream Guarantee | Asset Security | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Cash | $0.0 | $175.0 | | | | | | | |
| Revolving Credit Facility | $750.0 | $0.0 | 0.0% | 0.00x | L+250, 50 bps | | | | |
| Delayed Draw T.L B | 260.0 | 0.0 | 0.0% | 0.00x | L+250 | | | | |
| Existing TL B (PF sale of Cubs/CSN) | 6,097.0 | 6,097.0 | 46.2% | 4.25x | L+250 | | | | |
| Incremental TL B | 2,130.0 | 2,130.0 | 16.1% | 1.49x | L+250 | | | | |
| TOTAL 1st PRIORITY GUARANTEED DEBT | $9,237.0 | $8,227.0 | 62.3% | 5.74x | | | | | |
| Existing 2nd Lien T.L / Notes | 0.0 | 0.0 | 0.0% | 0.00x | L+0 | | | | |
| New 2nd Lien TL / Notes Add-On | 0.0 | 0.0 | 0.0% | 0.00x | L+0 | | | | |
| New Senior Notes | 2,100.0 | 2,100.0 | 15.9% | 1.46x | 8.75% | | | | |
| TOTAL GUARANTEED DEBT | $11,337.0 | $10,327.0 | 78.2% | 7.20x | | | | | |
| Existing Sr. HY Notes (2008/13/23/27/96) | 465.9 | 465.9 | 3.5% | 0.32x | 7.22% | | | | |
| Existing HY Notes (2008/10/15) | 1,040.7 | 1,040.7 | 7.9% | 0.73x | 5.13% | | | | |
| TOTAL SENIOR DEBT | $12,843.5 | $11,833.5 | 89.6% | 8.25x | | | | | |
| Existing PHONES debt (2029) | 900.0 | 900.0 | 6.8% | 0.63x | 2.00% | | | | |
| TOTAL DEBT | $13,743.5 | $12,733.5 | 96.4% | 8.88x | | | | | |
| ESOP equity (borrowed from Tribune) | 250.0 | 250.0 | 1.9% | 0.17x | | | | | |
| EGI Equity | 225.0 | 225.0 | 1.7% | 0.16x | | | | | |
| TOTAL EQUITY | $475.0 | $475.0 | 3.6% | 0.33x | | | | | |
| TOTAL CAPITALIZATION | $14,218.5 | $13,208.5 | 100.0% | 9.21x | | | | | |

Weighted Avg. Cost of Debt: Cash 7.5% | Total 7.5%

## Sources and Uses

| Sources | Amount | Uses | Amount |
|---|---|---|---|
| Revolving Credit Facility | $0.0 | Equity Purchase Price | $4,194.4 |
| Delayed Draw T.L B | 0.0 | Roll Existing Bank Debt | 6,097.0 |
| Existing TL B (PF sale of Cubs/CSN) | 6,097.0 | Pay down existing bank debt | 602.0 |
| Incremental TL B | 2,130.0 | Existing 2nd Lien TL / Notes | 0.0 |
| Existing 2nd Lien T.L / Notes | 0.0 | Existing HY Notes (2008/10/15) | 1,040.7 |
| New 2nd Lien TL / Notes Add-On | 0.0 | Existing Sr. HY Notes (2008/13/23/27/96) | 465.9 |
| New Senior Notes | 2,100.0 | Less: Cash Used in Purchase | 0.0 |
| New Sr. Unsec Notes - ESOP (2017) | 0.0 | Change of Control Fees | 141.0 |
| Existing HY Notes (2008/10/15) | 1,040.7 | Redemption of Zell common shares | 250.0 |
| Existing Sr. HY Notes (2008/13/23/27/96) | 465.9 | Existing PHONES debt (2029) | 900.0 |
| Existing PHONES debt (2029) | 900.0 | Financing Fees | 80.6 |
| EGI Equity | 225.0 | | |
| Asset sales / Option proceeds | 819.0 | | |
| TOTAL SOURCES | $13,777.5 | TOTAL USES | $13,777.5 |

## Notes and / or Assumptions:

(A) Projections based on Sponsor case
(B) Assumes tax rate of 40.0% and 0% for 2008 onwards

(C) Assumes 11.3% premium to current stock price of $30.75 for purchase price of $34.24
(D) WAV cost of debt assumed for all existing HY notes
4.875% existing notes due 2010 = $449 mm

5.25% existing notes due 2015 = $329 mm

7.25% existing notes due 2013 = $80 mm
6.61% existing notes due 2027 = $93 mm
7.50% existing notes due 2023 = $95 mm
7.25% existing notes due 2096 = $130 mm
6.61% existing notes due 2027 = $83 mm
8% other obligations = $99 mm

## Financial Summary

| FYE DECEMBER 31 | 2005 | 2006 | 2007 | PF 2007 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Publishing | $4,097.0 | $4,025.0 | $3,946.0 | $3,946.0 | $3,969.0 | $3,998.0 | $4,025.0 | $4,054.0 | $5,421.0 | $5,449.0 | $5,477.1 | $5,505.4 | $5,533.5 | $5,562.5 |
| Broad. & Ent | 1,414.0 | 1,408.0 | 1,222.0 | 1,222.0 | 1,293.0 | 1,297.0 | 1,339.0 | 1,338.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Elimination of Cubs Revenue | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Revenue | $5,511.0 | $5,433.0 | $5,168.0 | $5,168.0 | $5,262.0 | $5,295.0 | $5,364.0 | $5,392.0 | $5,421.0 | $5,449.0 | $5,477.1 | $5,505.4 | $5,533.9 | $5,562.5 |
| *% Growth* | | *-1.4%* | *-4.9%* | | *1.8%* | *0.6%* | *1.3%* | *0.5%* | *0.5%* | *0.5%* | *0.5%* | *0.5%* | *0.5%* | *0.5%* |
| EBITDA | $1,402.1 | $1,350.6 | $1,260.0 | $1,260.0 | $1,360.0 | $1,389.0 | $1,418.0 | $1,416.0 | $1,421.0 | $1,427.3 | $1,434.4 | $1,441.9 | $1,440.2 | $1,456.7 |
| Equity in income (net of assets sold) | 41.2 | 75.0 | 85.0 | 85.0 | 100.0 | 118.0 | 146.0 | 173.0 | 210.0 | 231.0 | 232.2 | 233.4 | 234.6 | 235.8 |
| Annual savings from ESOP/S-corp | 0.0 | 0.0 | 90.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| Adj EBITDA | $1,443.3 | $1,434.6 | $1,434.0 | $1,434.0 | $1,540.0 | $1,587.0 | $1,644.0 | $1,668.0 | $1,711.0 | $1,738.0 | $1,746.6 | $1,755.2 | $1,763.8 | $1,772.5 |
| *% Margin* | *26.2%* | *26.4%* | *27.7%* | *27.7%* | *29.3%* | *30.0%* | *30.6%* | *30.9%* | *31.6%* | *31.9%* | *31.9%* | *31.9%* | *31.9%* | *31.9%* |
| *% Growth* | | *(0.6%)* | *(0.0%)* | | *7.4%* | *3.1%* | *3.6%* | *1.5%* | *2.6%* | *1.6%* | *0.5%* | *0.5%* | *0.5%* | *0.5%* |
| Net Income | $1,219.3 | $1,208.6 | $1,194.3 | $140.7 | $320.4 | $375.3 | $456.2 | $509.4 | $592.1 | $664.4 | $724.9 | $785.3 | $850.3 | $924.6 |
| Total Interest | | | | $959.8 | $967.5 | $953.3 | $927.0 | $895.5 | $865.0 | $834.5 | $751.0 | $697.1 | $658.5 | $570.3 |
| Total Capex / Investments / Other | $205.9 | $189.9 | $174.0 | $174.0 | $172.0 | $128.0 | $128.0 | $128.0 | $125.0 | $129.0 | $131.8 | $134.5 | $137.2 | $139.9 |
| *% of Revenue* | *3.7%* | *3.5%* | *3.4%* | *3.4%* | *3.3%* | *2.4%* | *2.4%* | *2.4%* | *2.4%* | *2.4%* | *2.4%* | *2.4%* | *2.5%* | *2.5%* |

## Cash Flow Reconciliation

| FYE DECEMBER 31 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Libor Assumptions | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% | 5.4% |
| Adj EBITDA | $1,540.0 | $1,587.0 | $1,644.0 | $1,668.0 | $1,711.0 | $1,738.3 | $1,746.6 | $1,755.2 | $1,763.8 | $1,772.5 |
| Net Cash Interest | (962.7) | (948.1) | (921.7) | (890.3) | (947.7) | (738.3) | (745.8) | (691.8) | (633.2) | (565.1) |
| Cash Taxes | (10.9) | (13.2) | (15.7) | (17.9) | (20.6) | (23.3) | (25.4) | (27.6) | (29.8) | (32.4) |
| (Inc)/Dec in Working Capital and Other | (38.0) | (27.0) | (27.0) | (28.0) | (26.0) | (28.3) | (29.0) | (28.0) | (28.0) | (28.0) |
| Capex | (172.0) | (128.0) | (128.0) | (128.0) | (125.0) | (129.0) | (131.8) | (134.5) | (137.2) | (139.9) |
| Acquisitions and Investments | (275.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) |
| Asset sales (Cubs & CSN - net of tax) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash from S/S | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| ESOP Repurchase Obligation | 0.0 | 0.0 | 0.0 | (1.0) | (1.0) | (2.0) | (2.0) | (2.0) | (2.0) | (2.0) |
| Debt Issued | 260.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Dividend Payments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash Available for Debt Service | $341.9 | $370.7 | $461.6 | $502.8 | $584.5 | $656.4 | $713.6 | $771.3 | $833.5 | $906.1 |
| Cumulative Cash Available for Debt Service | 341.9 | 712.5 | 1,164.1 | 1,667.0 | 2,251.5 | 2,907.9 | 3,621.4 | 4,392.7 | 5,226.2 | 6,131.3 |

## Debt Balances

| FYE DECEMBER 31 | 2005 | 2006 | 2007 | PF 2007 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | | | | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 | $175.0 |
| Revolving Credit Facility | | | | $0.0 | $19.4 | $0.0 | $56.7 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Delayed Draw T.L B | | | | 0.0 | 257.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Existing TL B (PF sale of Cubs/CSN) | | | | 6,097.0 | 6,036.6 | 5,942.8 | 5,883.9 | 5,437.7 | 4,853.3 | 4,276.9 | 3,563.3 | 3,120.7 | 2,287.1 | 1,382.1 |
| Incremental TL B | | | | 2,130.0 | 2,130.0 | 2,130.0 | 2,130.0 | 2,130.0 | 2,130.0 | 2,130.0 | 2,130.0 | 2,130.0 | 2,130.0 | 2,130.0 |
| TOTAL 1st PRIORITY GUARANTEED DEBT | | | | $8,227.0 | $8,443.5 | $8,072.8 | $8,070.6 | $7,567.7 | $6,983.3 | $6,406.8 | $5,693.3 | $5,250.7 | $4,417.1 | $3,512.1 |
| Existing 2nd Lien T.L / Notes | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| New 2nd Lien TL / Notes Add-On | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| New Senior Notes | | | | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 |
| TOTAL GUARANTEED DEBT | | | | $10,327.0 | $10,543.5 | $10,172.8 | $10,170.6 | $9,667.7 | $9,083.3 | $8,506.8 | $7,793.3 | $7,350.7 | $6,517.1 | $5,612.1 |
| Existing Sr. HY Notes (2008/13/23/27/96) | | | | 465.9 | 430.2 | 430.2 | 430.2 | 430.2 | 430.2 | 350.2 | 350.2 | 350.2 | 350.2 | 350.2 |
| Existing HY Notes (2008/10/15) | | | | 1,040.7 | 778.1 | 778.1 | 328.6 | 328.6 | 328.6 | 328.6 | 328.6 | 0.0 | 0.0 | 0.0 |
| TOTAL SENIOR DEBT | | | | $11,833.5 | $11,751.7 | $11,381.0 | $10,929.4 | $10,426.5 | $9,842.1 | $9,185.7 | $8,472.2 | $7,700.9 | $6,867.4 | $5,962.3 |
| Existing PHONES debt (2029) | | | | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 | $900.0 |
| TOTAL OPCO DEBT | | | | $12,733.5 | $12,651.7 | $12,281.0 | $11,829.4 | $11,326.5 | $10,742.1 | $10,085.7 | $9,372.2 | $8,600.9 | $7,767.4 | $6,862.3 |

## Ratio Summary

| FYE DECEMBER 31 | 2005 | 2006 | 2007 | PF 2007 | 1 2008 | 2 2009 | 3 2010 | 4 2011 | 5 2012 | 6 2013 | 7 2014 | 8 2015 | 9 2016 | 10 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adj EBITDA / Total Interest | | | | 1.40x | 1.59x | 1.66x | 1.77x | 1.86x | 2.01x | 2.16x | 2.33x | 2.52x | 2.76x | 3.11x |
| (Adj EBITDA - Capex) / Total Interest | | | | 1.31x | 1.41x | 1.53x | 1.64x | 1.72x | 1.86x | 2.00x | 2.15x | 2.32x | 2.56x | 2.86x |
| 1st Priority Guaranteed Debt / Adj EBITDA | | | | 5.74x | 5.48x | 5.09x | 4.91x | 4.54x | 4.08x | 3.69x | 3.26x | 2.99x | 2.50x | 1.98x |
| Total Guaranteed Debt / Adj EBITDA | | | | 7.20x | 6.85x | 6.41x | 6.19x | 5.80x | 5.31x | 4.89x | 4.46x | 4.19x | 3.69x | 3.17x |
| Senior Debt / Adj EBITDA | | | | 8.25x | 7.63x | 7.17x | 6.65x | 6.25x | 5.75x | 5.29x | 4.85x | 4.39x | 3.89x | 3.36x |
| Total Debt / Adj EBITDA | | | | 8.88x | 8.22x | 7.74x | 7.20x | 6.79x | 6.28x | 5.80x | 5.37x | 4.90x | 4.40x | 3.87x |
| FCF / Total Debt | | | | | 2.7% | 3.0% | 3.8% | 4.4% | 5.4% | 6.5% | 7.6% | 9.0% | 10.7% | 13.2% |

| | Tax rate: 40.0% | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tax Savings (at 40.0% tax rate) | | $132.5 | $155.4 | $188.7 | $210.9 | $245.1 | $275.3 | $300.1 | $325.1 | $352.0 | $382.8 |
| Cumulative tax savings | | $132.5 | $287.9 | $476.7 | $687.6 | $932.7 | $1,208.0 | $1,508.2 | $1,833.3 | $2,185.4 | $2,568.2 |
| PV of tax savings: WACC = 7.5% | | $1,646.0 | | | | | | | | | |

Tower 270 Model 2-23-06 Model II v31.xls