**From:** CN=Yang X Chen/O=JPMCHASE
**Date:** 03/08/2007 09:26:10 PM
**To:** CN=Rajesh Kapadia/O=JPMCHASE@JPMCHASE; CN=Natalia Klykova/O=JPMCHASE@JPMCHASE
**CC:** CN=Aized A Rabbani/O=JPMCHASE@JPMCHASE; CN=Joachim X Sonne/O=JPMCHASE@JPMCHASE
**Subject:** Project Tower internal call

---

Raj / Natasha,

Just want to give you a quick update on our meeting with Henry this afternoon. We walked through the 2 step transaction, obviously recognizing Step 2 being the difficult part. He said he'll think about this more, but initial reaction is:

1) Headline leverage is high, compared to public valuations of Newspaper companies. He said there were recent deals he worked on (Realogy), where despite healthy cash flow and solid business, the Agency was harsh on ratings just because overall leverage is high

2) Presentation of equity check is tricky. Agency will most likely put a deep discount on the $825mm ESOP contribution (maybe give $400mm), which makes the equity check very slim

3) General negativity on newspaper industry and this company in particular

4) Positive side is cash flow is healthy, after including tax savings. He was focused on FCF/Debt ratio, which at 6-7% looks pretty good

5) Suggested if possible to have Agency looking at cash flow multiple instead of EBITDA multiple, because tax saving is real $ in the pocket

6) Suggested to have a page showing different pieces of value: Broadcasting (at x multiple), Publishing, PV of tax savings, ESOP contribution, etc.

Obviously when we get the draft RAP, we will share with him and get his thoughts.

---

Yang Chen
J.P. Morgan | Syndicated Leveraged Finance
Telecom, Media & Technology
270 Park Avenue, 5th Floor | New York, NY 10017
Telephone: 212-270-9506 | Fax: 212-270-1063

---

Highly Confidential – Attorneys' Eyes Only



JPM_00341511