# TRIBUNE COMPANY
# SPECIAL INCENTIVE AWARD
# PROPOSED TERMS

**Cash Bonus**

    Date of Payment:  Close of Zell/ESOP transaction (9-12 months)

    Payout:  To be made to all awardees including in event of involuntary termination between the signing and the close of the transaction. Will not be paid to those who voluntarily terminate.

**Phantom Stock**

    Date of grant:  Close of Zell/ESOP transaction

    Vesting:  (1)  50% upon closing of the transaction; remaining 50% vested one year later

             (2)  100% upon a Change in Control of the Company or termination of employment due to death, disability, or involuntary termination

    Payment:  1/3 of award will be settled and paid in cash on the fourth, sixth, and eighth anniversary of date of grant

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0398026

## ZELL/ESOP TRANSACTION
## 10% MANAGEMENT EQUITY INCENTIVE PLAN

Equity Pool:  10% of equity (7.5% phantom stock and 2.5% stock options)

Date of Grants:  5% phantom stock at close of transaction
                  0.5% phantom stock and options annually for 10 years after close

Vesting:  33% per year
          100% upon death, disability, retirement or Change in Control

5% Pool:  Up to 200 awardees
          Publisher and all department heads at large and mid-size papers
          Publisher and 3 department heads at small papers
          GMs at all TV stations plus head of sales at 10 largest stations
          Corporate and Group VPs
          Certain high potentials employees throughout Company

4 Tiers of Awards:

| Level | Basis Points | Recipients | Total Basis Points |
|---|---|---|---|
| 1 | 8 | 20 | 160 |
| 2 | 4 | 30 | 120 |
| 3 | 2 | 70 | 140 |
| 4 | 1 | 80 | 80 |
|   |   | 200 | 500 (5%) |

Payout:  5th anniversary of award; can be deferred additional 5 years

Valuations:  Based upon ESOP trustee valuation

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0398027

# TRIBUNE COMPANY
# NEW RETIREMENT PLAN DESIGN

Current Plan:
- 401(k) and Profit Sharing Plan
- Company contribution as percent of salary:
  - 4% fixed
  - 0-5% profit sharing
  - No employee contribution required
- Total Company contribution
  2006: 7%
  2007: 4-5% projected

New Plans: Effective January 1, 2008
- ESOP
  - Tribune shares allocated each year targeted to equal 5% of salary
  - Annual stock price valuation by ESOP trustee
  - Diversification permitted out of ESOP into 401(k) at age 55 with 10 years service
  - Distributions:
    - Retirement: 5 year installments beginning year after retirement
    - Termination: 5 year installments beginning 6 years after termination, but no earlier than 2018
  - Voting of stock is generally at discretion of trustee
  - Supplemental plan for employees whose benefits are restricted by IRS limitations
  - Other customary plan provisions (i.e. eligibility, plan administration, etc.)
  - Participants will vest 20% per year over years 2 through 6 with prior service counting toward vesting requirement

- Cash Balance Plan
  - Employee accounts will be credited each year with:
    - 3% of eligible pay
    - Interest equal to ten year Treasury rate (subject to IRS guidance)
  - No immediate cash cost to Company – funded through $200 million of excess pension assets
  - Supplemental plan for employees whose benefits are restricted by IRS limitations
  - Lump sum option at termination or can roll over tax-qualified asset into IRA
  - Company retains investment risk based on pension asset returns
  - Other customary plan provisions (i.e. eligibility, vesting, plan administration, etc.)
  - Participants will vest 20% per year over years 2 through 6 with prior service counting toward vesting requirement

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0398028