From: CN=Peter Cohen/O=JPMCHASE
Date: 05/11/2007 07:40:54 PM
To: CN=Andrew J O'Brien/O=JPMCHASE@JPMCHASE
CC: CN=Rajesh Kapadia/O=JPMCHASE@JPMCHASE
Subject: Re: Jamie

---

ok. thx
Peter Cohen
Managing Director
Media Investment Banking
277 Park Avenue 19th Floor
New York, NY 10172
(212) 622-9855
Peter.Cohen@jpmorgan.com
Inactive hide details for Andrew J O'Brien/JPMCHASEAndrew J O'Brien/JPMCHASE

| | | |
|---|---|---|
| **Andrew J O'Brien/JPMCHASE**<br><br>05/11/2007 07:33 PM | [IMAGE]<br>To<br>[IMAGE]<br>cc<br>[IMAGE]<br>Subject | [IMAGE] Peter Cohen/JPMCHASE@JPMCHASE<br><br>[IMAGE] Rajesh Kapadia/JPMCHASE@JPMCHASE<br><br>[IMAGE] Re: Jamie |

[IMAGE]              [IMAGE]

Looks ok...should mention low equity check as issue
Inactive hide details for Peter CohenPeter Cohen

> From: Peter Cohen
> Sent: 05/11/2007 07:24 PM EDT
> To: Andrew O'Brien
> Cc: Rajesh Kapadia
> Subject: Jamie

Andy, please read and tell me what you think as i need to send to jamie tonight, thx
Peter Cohen
Managing Director
Media Investment Banking
277 Park Avenue 19th Floor
New York, NY 10172
(212) 622-9855
Peter.Cohen@jpmorgan.com
Inactive hide details for Peter Cohen/JPMCHASEPeter Cohen/JPMCHASE

Highly Confidential - Attorneys' Eyes Only


EXHIBIT
Kapadia/0
1/22/10

JPM_00340187

Peter Cohen/JPMCHASE

05/11/2007 06:07 PM

Jamie,
The Tribune management team has asked me to make sure that you are fully briefed on the current status of the Tribune transaction. They have also asked that you call Dennis this weekend as this has been a difficult execution and he values your counsel. (If you call Dennis, you might also want to call Sam).
As you know, we are attempting to raise an $8Billion Term Loan B and $750MM unfunded revolver to finance the first step of the transaction. Since we launched two weeks ago, the deal has struggled in the market. Investor concerns include total leverage (8.9x EBITDA), continuing deterioration of newspaper industry fundamentals, price and overhang from the expected Second step of the transaction which will occur later this year. We have been working hard to come up with both pricing and structural adjustments. The entire SLF team has been intensely focused on the execution and comprehensive in their communication about the deal status with both the Company and the Zell teams throughout the process. However, when commitments were due yesterday, we only had approx $3Billion in the book. This morning we had another call with the Company and the Zell team to go through with them what we believe it will take to clear the market. The key elements are:
- Increase pricing from L+250bps to L+300 (full flex)
- Reduce TL B by $1.5B and replace with 24 month $1.5B asset sale bridge
- Provide 1 year repricing protection (101 soft call)
- Sell the loan at a discount of 99
Management and Zell are on board and hopefully, when we announce these deal enhancements on Monday, the rest of the orders will come in.
We would appreciate if you would give Dennis and Sam the following message:
1/We have been intensely focused on the success of this deal
2/We believe that the enhancements we are proposing should enable us to clear the market and set the right tone for the second step of the deal when it comes at the end of the year
3/Other than the price increase, the other enhancements are not major "gives" for the company (they are planning on selling assets anyway and the repricing protection will be in place for a relatively short period)
4/ It is important to note that with these proposals, we have eaten away at the majority of our fees to get the deal over the finish line
5/ We remain committed to the Company and Zell and continue to have high hopes for the business despite these near term market challenges.
Particulary on the Trib side, there is tremendous deal fatigue and it would be reassuring for Dennis to hear from you, as he values your advice and will have to discuss these changes to the deal with his Board this weekend.

Highly Confidential - Attorneys' Eyes Only

Please feel free to call any of us if you have any questions. Thanks in advance.
Peter
Peter Cohen
Managing Director
Media Investment Banking
277 Park Avenue 19th Floor
New York, NY 10172
(212) 622-9855
Peter.Cohen@jpmorgan.com



Highly Confidential - Attorneys' Eyes Only

JPM_00340189