Highly Confidential - Attorneys' Eyes Only

JPM_00169509

# TRIBUNE

## TRIBUNE COMPANY - CREDIT ANALYSIS

STRICTLY PRIVATE AND CONFIDENTIAL

**Client Credit Management**
John Kowalczuk
VP
Telephone:    (212) 270-6782

Jieun "Jeyna" Choi
Analyst
Telephone:    (212) 270-4362

**Credit Executive**
Jeff Sell
Managing Director
Telephone:    (212) 270-0552

**Investment Banking Coverage**
Peter Cohen
Managing Director
Telephone:    (212) 622-9855

**JPMorgan**

**Source Documents**
☐ 10-K's, 10-Q's (PricewaterhouseCoopers)
☐ JPMorgan CPG Industry credit research
☐ Media ex. Cable (January 2007)
☐ Management presentations
☐ Rating agency presentation (3-22-07)
☐ Analyst reports
☐ JPA (2-26-07)
☐ Projections (4-4-07)

**Attestation**
☐ Corporate Banker - I have reviewed the information contained in this credit analysis. The content and analysis is appropriate for the associated exposure and risk ratings. I agree with the credit view, outlook, and risk ratings included herein.

John Kowalczuk

Prepared in Conjunction with Transaction or Review Document? ☒ Yes. ☐ No.
Document Name   TRIBUNE COMPANY - TRANSACTION PROPOSAL
Date   MAY 29, 2007

MAY 29 2007

Highly Confidential - Attorneys' Eyes Only

JPM_00169510

TRIBUNE COMPANY - CREDIT ANALYSIS

# Contents

|  | Page |
|---|---|
| Client Overview | 1 |
| Business | 10 |
| Industry, Market Position and Strategy | 29 |
| Financial Analysis | 42 |
| Conclusion and Risk Grade | 69 |
| Appendix | 75 |

TRIBUNE COMPANY

Highly Confidential - Attorneys' Eyes Only

JPM_00169511

# Client Overview

**JPMorgan**

CLIENT OVERVIEW

## Company

Tribune Company ("Tribune" or "Company"), through its subsidiaries, operates as a media and entertainment company principally in the United States. The company engages in newspaper publishing, television and radio broadcasting, and entertainment businesses. Its primary daily newspapers are the Los Angeles Times, Chicago Tribune, Newsday, South Florida Sun-Sentinel, Orlando Sentinel, The Baltimore Sun, The Hartford Courant, The Morning Call, Daily Press, The Advocate, and Greenwich Time. The Company's broadcasting and entertainment business includes The WB Television Network affiliates located in New York, Los Angeles, Chicago, Philadelphia, Boston, Dallas, Washington, D.C., Atlanta, Houston, Seattle, Miami, Denver, St. Louis, Portland, Indianapolis, San Diego, Hartford, New Orleans, and Albany; the FOX Network television affiliates in Seattle, Sacramento, Indianapolis, Hartford, Grand Rapids, and Harrisburg; and an ABC television affiliate in New Orleans. It also includes one radio station in Chicago; the Chicago Cubs baseball team; and Tribune Entertainment, a company that develops and distributes the company's first-run television programming for the company's station group and national syndication. Tribune Company was founded in 1847 and is headquartered in Chicago, Illinois.

## Financial Highlights

**Summary Income Statement**

| | | | | | |
|---|---|---|---|---|---|
| Publishing | 4,129.9 | 4,096.9 | 4,032.1 | 3,946.0 | 3,969.0 |
| % Growth | n/a | (0.8%) | (1.6%) | (2.1%) | 0.6% |
| % Total | 73.2% | 74.3% | 74.3% | 76.4% | 75.4% |
| Broadcasting and entertainment | 1,501.6 | 1,414.4 | 1,904.1 | 1,222.0 | 1,293.0 |
| % Growth | n/a | (5.8%) | (1.7%) | (11.0%) | 5.8% |
| % Total | 26.7% | 25.7% | 25.8% | 23.6% | 24.6% |

**Summary Cash Flow**

| | | | | | |
|---|---|---|---|---|---|
| % Growth | n/a | (7.3%) | (7.7%) | 4.2% | (7.2%) |
| EBITDA | | | | | |
| % Growth | 27.7% | 26.5% | 26.0% | 26.2% | 3.5% |
| % Margin | 27.3% | 26.3% | 24.0% | 24.2% | 27.7% |
| Interest Expense | 153.1 | 155.2 | 223.5 | 974.6 | 982.9 |
| Net Income | 573.1 | 554.7 | 594.0 | 515.2 | 579.7 |

**Summary Cash Flow**

| | | | | | |
|---|---|---|---|---|---|
| Cash from operating activities | 1,073.2 | 659.4 | 787.3 | 744.9 | 567.5 |
| Capital Expenditures | (217.3) | (205.9) | (221.9) | (174.0) | (172.0) |

**Liquidity**

| | | | | | |
|---|---|---|---|---|---|
| Cash & Cash Equivalents | 124.4 | 151.1 | 174.7 | 175.0 | 175.0 |
| R/C Availability | 1,000.0 | 1,200.0 | 750.0 | 750.0 | 750.0 |
| Total Liquidity | 1,124.4 | 1,351.1 | 924.7 | 925.0 | 925.0 |

**Capitalization**

| | | | | | |
|---|---|---|---|---|---|
| Total 1st Priority/Guaranteed Debt | 0.0 | 0.0 | 1,500.0 | 8,215.0 | 8,446.4 |
| Total Guaranteed Debt | 0.0 | 0.0 | 1,500.0 | 10,515.0 | 10,546.6 |
| Total Senior Debt | 1,492.1 | 2,643.4 | 4,335.0 | 11,821.7 | 11,734.7 |
| 2X PHONES debt related to TW stock | 584.9 | 559.7 | 573.0 | 900.0 | 900.0 |
| Total Equity | 9,373.9 | 9,878.4 | 5,227.5 | (2,426.5) | (2,812.1) |
| Total Capitalization | | | | | |

**Credit Statistics**

| | | | | | |
|---|---|---|---|---|---|
| Adj. EBITDA / Interest Expense | 10.20x | 9.35x | 5.56x | 1.47x | 1.39x |
| (Adj. EBITDA - Capex) / Int. Exp. | 8.78x | 8.02x | 4.36x | 1.25x | 1.33x |
| 1st Priority/Guaranteed Debt / Adj EBITDA | 0.00x | 0.00x | 1.66x | 4.51x | 4.56x |
| Guaranteed Debt / Adj EBITDA | 0.00x | 0.00x | 1.66x | 7.19x | 6.83x |
| Senior Debt / Adj EBITDA | 1.23x | 1.82x | 3.07x | 8.24x | 7.53x |
| Total Debt / Capitalization | 24.5% | 31.5% | 53.1% | 83.8% | 90.0% |

2

Highly Confidential - Attorneys' Eyes Only

JPM 00169312



Highly Confidential – Attorneys' Eyes Only

JPM_0016983Ȝ

**JPMorgan** ●

CLIENT OVERVIEW

# Recent Events

## Key Recent Events

- **Common Stock Repurchases**
  - The Company's common stock repurchases totaled 71 million shares for $2.3 billion in 2006 and 12 million shares for $440 million in 2005. The following table summarizes the Company's 2006 common stock repurchases (in thousands):

| Repurchases | |
|---|---|
| Repurchases in first quarter | $137.7 |
| Tender offer repurchases | 4.6 |
| McCormick Tribune Foundation and | 45.0 | 1,468.3 |
| Cantigny Foundation | 10.0 | 325.3 |
| Repurchases subsequent to the tender offer | 11.1 | 331.0 |
| **Total common stock repurchases** | **70.7** | **$2,262.3** |

- On May 30, 2006, the Company initiated a modified "Dutch Auction" tender offer to repurchase up to 53 million shares of its common stock at a price per share not greater than $32.50 and not less than $28.00. The tender offer closed on June 26, 2006, and the Company acquired 45 million shares of its common stock on July 5, 2006 at a price of $32.50 per share before transaction costs. The Company also acquired 10 million shares of its common stock from the Robert R. McCormick Tribune Foundation and the Cantigny Foundation on July 12, 2006 at a price of $32.50 per share before transaction costs. The Robert R. McCormick Tribune Foundation and the Cantigny Foundation are affiliated non-profit organizations, which together held 13.6% of the Company's outstanding shares when the tender offer was launched. In connection with the tender offer, the board of directors also authorized the repurchase of an additional 12 million shares of the Company's common stock commencing on the eleventh business day following the completion of the tender offer. In the third quarter of 2006, the Company repurchased an additional 11.1 million shares under that authorization at a weighted average cost of $29.94 per share. In addition, the Company repurchased and retired 4.6 million shares of its common stock in the first quarter of 2006.

- **Credit Agreements**
  - On June 19, 2006, the Company entered into a five-year credit agreement and a 364-day bridge credit agreement, both of which were amended and restated on June 27, 2006. The five-year credit agreement provides for a $1.5 billion unsecured term facility, of which $250 million was used to refinance the medium-term notes that matured on Nov. 1, 2006, and a $750 million unsecured revolving facility. The 364-day bridge credit agreement provided for a $2.15 billion unsecured bridge facility.
  - The Company entered into these agreements to finance the Company's tender offer initiated on May 30, 2006; to repurchase shares of the Company's common stock from the Robert R. McCormick Tribune Foundation and Cantigny Foundation; to repurchase shares of the Company's common stock pursuant to open market or privately negotiated transactions; to refinance certain indebtedness; and to pay fees and expenses incurred in connection with the repurchases.
  - The credit agreements contain certain restrictive covenants, including financial covenants that require the Company to maintain a maximum total leverage ratio and a minimum interest coverage ratio. At Dec. 31, 2006, the Company was in compliance with the covenants.

TRIBUNE COMPANY

Highly Confidential - Attorneys' Eyes Only

JPM_00169314

**JPMorgan**

# Recent Events (cont'd)

## CLIENT OVERVIEW

### Key Recent Events

- **TMCT Transactions**

- As a result of the Company's acquisition of The Times Mirror Company ("Times Mirror") in 2000, the Company holds investment interests in TMCT, LLC ("TMCT") and TMCT II, LLC ("TMCT II"). TMCT and TMCT II were formed in 1997 and 1999, respectively, as a result of transactions involving agreements between Times Mirror and its largest shareholders, Chandler Trust No. 1 and Chandler Trust No. 2 (collectively, the "Chandler Trusts"). The Times Mirror acquisition resulted in the Chandler Trusts becoming significant shareholders of the Company. The TMCT and TMCT II LLC agreements have no specific term, and the dissolution, determination of liquidation values and distribution of assets require the mutual consent of the Company and the Chandler Trusts.

- The collective assets of TMCT and TMCT II as of Dec. 25, 2005 included approximately 51.4 million shares of the Company's common stock and 1.1 million shares of the Company's preferred stock, representing all of the Company's issued Series C, D-1 and D-2 preferred stock. The TMCT and TMCT II assets also include a variety of fixed income and equity investments. In addition, TMCT owns eight real properties that are leased to the Company. Additional Information pertaining to the Company's investments in TMCT and TMCT II is provided in Note 7 to the consolidated financial statements in Item 8.

- On Sept. 21, 2006, the Company and TMCT entered into agreements to restructure TMCT and TMCT II. Under the terms of the agreements, the Company received on Sept. 22, 2006, a total of 38.9 million shares of the Company's common stock and all 1.1 million shares of the Company's preferred stock held collectively by TMCT and TMCT II. As a result of the transactions, the Company's interests in each of TMCT and TMCT II were reduced to approximately 5%. The Sept. 21, 2006 agreements also provide for certain put and call options, which are exercisable at fair market value beginning in September 2007, relating to the Company's remaining ownership interests in TMCT and TMCT II. As a result of the transactions, the Company in the third quarter of 2006 recorded a one-time, non-operating gain of $48 million, net of tax; increased common treasury stock by $161 million and pref. treasury stock by $107 million; and reduced combined investment in TMCT and TMCT II by $195 million.

- On Sept. 22, 2006, the Company and TMCT amended the lease agreement for the eight properties the Company leases from TMCT. Under the terms of the amended lease, the Company was granted an accelerated option to acquire the leased properties during the month of January 2008 for $175 million. The Company was also granted an option to acquire the leased properties from Feb. 8, 2008 to three months prior to the expiration of the amended lease. In addition, the amendment extended the properties' current fixed rental rate through Aug. 7, 2021.

- On Oct. 20, 2006, the remaining 42.4 million shares of the Company's common stock held by TMCT and TMCT II. Prior to the Sept. 22, 2006 and the Chandler Trusts in accordance with their respective ownership interests. The Company received 0.6 million shares and the Chandler Trusts received 1.8 million shares.

- The Company and the Chandler Trusts share in the cash flows of the various assets held by TMCT and TMCT II. Prior to the Sept. 22, 2006 transactions, the cash flows from the Tribune common and preferred shares held by TMCT and TMCT II were largely allocated to the Company, while the cash flows from the other assets were largely allocated to the Chandler Trusts. As a result, the Company included in treasury stock 80% of the Tribune common and preferred shares held by TMCT and TMCT II. In addition, 80% of the dividends on the preferred and common shares held by TMCT and TMCT II were effectively eliminated. Following the Sept. 22, 2006 transactions and until the Oct. 20, 2006 distribution, the Company included in treasury stock approximately 5% of the Tribune common shares held by TMCT and TMCT II. As a result of the transactions, the Company no longer has any shares of Series C, D-1 and D-2 pref. stock outstanding, and the Company's common shares outstanding increased by 1.6 million.

Highly Confidential - Attorneys' Eyes Only

JPM_00169313

**JPMorgan** ●

CLIENT OVERVIEW

# Recent Events (cont'd)

**Key Recent Events**

- **Sales of WATL-TV, Atlanta, WCWN-TV, Albany and WLVI-TV, Boston**
  - On June 5, 2006, the Company announced the sale of WATL-TV, Atlanta to Gannett Co., Inc. for $180 million. The sale closed on Aug. 7, 2006. On June 19, 2006, the Company announced the sale of WCWN-TV, Albany to Freedom Communications, Inc. for $17 million. The sale closed on Dec. 6, 2006. On Sept. 14, 2006, the Company announced the sale of WLVI-TV, Boston, to Sunbeam Television Corp. for $113.7 million. The sale closed on Dec. 19, 2006.
  - In conjunction with the sales of WATL-TV, Atlanta and WCWN-TV, Albany, the Company recorded in the second quarter of 2006 a pretax loss totaling $90 million, including $80 million of allocated television group goodwill, to write down the net assets of the stations to estimated fair value, less costs to sell. The Company subsequently reduced the pretax loss on sales of the Atlanta and Albany stations during the third quarter of 2006 by $1 million. In addition, the Company recorded in the fourth quarter of 2006 a pretax gain of $41 million, including $48 million of allocated television group goodwill, for the sale of the Boston station. In accordance with FAS No. 142, "Goodwill and Other Intangible Assets", the Company aggregates all of its television stations into one reporting unit for goodwill accounting purposes. FAS No. 142 requires the Company to allocate a portion of its total television group goodwill to stations that are to be sold on a relative fair value basis. The net pretax loss on sales of the three stations sold during 2006 was $48 million, including $125 million of allocated television group goodwill.

- **Acquisition of Additional Equity in CareerBuilder, ShopLocal and Topix**
  - In August 2006, the Company completed its acquisition of additional equity interests in each of CareerBuilder, LLC, ShopLocal, LLC (formerly Crosstech Services, Inc.) and Topix, LLC for an aggregate purchase price of $155 million. The negotiated equity purchases followed the exercise of call options by the Company and Gannett Co., Inc. on Knight-Ridder, Inc.'s equity ownership in the three online businesses after The McClatchy Company's announcement of its proposed acquisition of Knight-Ridder, Inc. As a result of this transaction, the Company and Gannett Co., Inc. each increased their respective ownership of CareerBuilder, LLC and ShopLocal, LLC to 42.5% with The McClatchy Company retaining a 15% interest in both entities. Additionally, each of the Company's and Gannett Co., Inc.'s interest in Topix, LLC increased to 31.9%. As a result of subsequent funding, the current ownership of Topix, LLC is approximately 33.7% for both the Company and Gannett Co., Inc., 11.9% for The McClatchy Company and 20.7% for management of Topix, LLC.

- **Network Affiliations**
  - On Jan. 24, 2006, the Company announced that it had reached a 10-year agreement to affiliate 16 of its television stations which were at that time affiliated with the former WB Network (including those in New York, Los Angeles and Chicago) with a new broadcast network, the CW Network. The new network was launched in September 2006 by Warner Bros. Entertainment and CBS. The new network airs a portion of the programming previously carried on the WB Network and the UPN Network, as well as new programming. The WB Network has shut down. The Company did not incur any costs related to the shutdown of the WB Network.
  - In the second quarter of 2006, the Company announced that its other three former WB Network affiliates (Philadelphia, Atlanta and Seattle) would become affiliates of the new broadcast network, MyNetworkTV, which was launched in September 2006 by the FOX Television Stations Network Inc. and Twentieth Century Television. The new network airs primarily primetime dramas. The Company subsequently sold its Atlanta station in August 2006 and its Albany and Boston stations in December 2006.

TRIBUNE COMPANY ● 6

JPM 00169516

Highly Confidential – Attorneys' Eyes Only

**JPMorgan**

# Management – Current Management

## Management

| Name | Position | Age | Tenure | Background |
|---|---|---|---|---|
| Dennis J. FitzSimons | Chairman, President and CEO | 56 | 2004 | Tribune' CEO since 2003; President and COO since 2001 and Director since 2000; Was a Director of sales and marketing, Viacom; Director of advertising sales, Viacom International; Sales manager, Teletkay; Started his career with Grey Advertising |
| ▓▓▓▓▓ | ▓▓▓▓▓ | | | ▓▓▓▓▓ |
| Crane H. Kenney | Senior VP, General Counsel & Secretary | 43 | 2000 | Served as VP, General Counsel & Secretary from 1996–2000; Was an associated with law firm Schiff, Hardin & Waite |
| ▓▓▓▓▓ | ▓▓▓▓▓ | | | ▓▓▓▓▓ |
| Timothy J. Landon | President, Tribune Interactive | 43 | 2004 | Was president, Tribune Classified from 2000–2004; VP of Tribune Interactive from 1999–2000; Was VP & GM, Sun-Sentinel Co; Also served as Vice President of strategy and development for Tribune Publishing and acting CEO of Classified Ventures |
| John E. Reardon | President, Tribune Broadcasting | 52 | 2005 | Was group VP of Tribune broadcasting since 2004); Was VP & GM of KTLA from 1996–2004 and station manager from 1992–1996; Director of sales at WGN-TV from 1989–1992 |
| ▓▓▓▓▓ | ▓▓▓▓▓ | | | ▓▓▓▓▓ |

Source: Company website

Highly Confidential – Attorneys' Eyes Only

JPM 00169517

# Management – Current Board of Directors

CLIENT OVERVIEW

JPMorgan

### Board of Directors

| Name | Position | Age | Tenure | Compensation committee | Audit committee | Background |
|---|---|---|---|---|---|---|
| Dennis J. FitzSimons | Chairman, President and CEO | 56 | 2004 | | | Tribunes' CEO since 2003; President and COO since 2001 and Director since 2000; was a Director of sales and marketing, Viacom; Director of advertising sales, Viacom International; Sales manager, Teletopy. Started his career with Grey Advertising |
| Roger Goodan | Director | N/A | 2000 | | | Consultant to Schlumberger; A trustee and beneficiary of the Chandler Trusts; Held various positions throughout Schlumberger from 1971–2001 |
| Betsy D. Holden | Director | 50 | 2002 | | ✓ | Had been president and CEO of Kraft Foods; Board member of Kraft Foods, Tupperware Corp, Grocery manufacturers of America and Evanston Northwestern Healthcare; Advisory board member of Kellogg School of Management |

Source: Company website
✓ = Member
✓✓ = Chair

Highly Confidential – Attorneys' Eyes Only

JPM_00169618

CLIENT OVERVIEW

**JPMorgan**

# Management — Current Board of Directors (cont'd)

## Board of Directors

| Name | Position | Age | Tenure | Compensation committee | Audit committee | Background |
|------|----------|-----|--------|------------------------|-----------------|------------|
| William A. Osborn | Director | 58 | 2001 | | ✓ | Chairman, CEO and Director of Northern Trust Corp.; Director of Caterpillar, Nicor and Federal Reserve Bank of Chicago; Also serves on board of many trust and companies |
| | | | | | | |
| William Stinehart Jr. | Director | N/A | 2000 | | ✓ | Partner in the law firm Gibson, Dunn & Crutcher; A trustee of Chandler Trusts |
| | | | | | | |
| Kathryn C. Turner | Director | 58 | 2002 | | ✓ | Chairperson and CEO of Standard Technology, Director of Standard Technology, ConocoPhillips, Schering-Plough Corp & Carpenter Technology Corp. |
| | | | | | | |
| Miles D. White | | | | | | |

Source: Company website

✓ = Member
✓✓ = Chair

Project Tower - Credit Analysis 5-22-07 v10

Highly Confidential - Attorneys' Eyes Only

TRIBUNE COMPANY - CREDIT ANALYSIS

# Contents

|  | Page |
|---|---|
| Client Overview | 1 |
| Business | 10 |
| Industry, Market Position and Strategy | 29 |
| Financial Analysis | 42 |
| Conclusion and Risk Grade | 69 |
| Appendix | 75 |

TRIBUNE COMPANY

10

JPM_0016988 0

Highly Confidential – Attorneys' Eyes Only

# Tribune Overview

## TRIBUNE

| Content categories | Publishing | | Broadcasting & Entertainment | | Investments¹ |
|---|---|---|---|---|---|

### Publishing

**Metro** — Chicago Tribune, Los Angeles Times, Hartford Courant, chicagotribune.com

**Community** — el Sentinel, Hoy, Newsday

### Broadcasting & Entertainment

**Television** — WB, CW, KTLA5, The CW

**Radio/Entertainment** — Chicago Cubs

### Investments¹

CareerBuilder, food, ShopLocal, TopixNet, comcast

**Key statistics**

Publishing:
- 2nd largest US Newspaper co in terms of revenue
- 11 newspapers reaching 14 million adults per week
- Readership - 8 million for Daily and 11 million for Sunday
- Has operations in 25 major markets nationwide
- More than 130 targeted niche publications - Community newspapers, lifestyle magazines
- Tribune Media Services - distributes news, information, and entertainment content via print, online, and on-screen media
- CLTV - 24-hour cable news channel

Television:
- Largest TV group not owned by a network
- Present in Top 3 markets and 9 of top 10
- Anchored by Superstation WGN that has a 66 million US household reach
- 23 stations - 14 CW, 6 FOX, 2 MyNetworkTV, 1 ABC
- WGN Cable programming is delivered by cable or satellite outside of the Chicago area

Radio/Entertainment:
- WGN-AM, Chicago is the only radio station owned by the company
- Avg. audience share of 5.7%
- Ownership of Chicago Cubs and Wrigley Field
- Tribune Entertainment
  - Syndication and ad sales of film libraries
  - Owner of Tribune Studios

Investments:
- Online aggregator of news and information
- 33.7% stake

- CareerBuilder
  - Leading online recruitment advertising site
  - 42.5% stake
- food
  - 31% stake
  - Cable Television programming
- Chicago professional sports TV Network
  - 25% stake
- TopixNet
  - Online aggregator of news and information
  - 33.7% stake
- ShopLocal
  - Online Retail Advertising
  - 42.5% stake

**2006 revenue**

| | |
|---|---|
| Publishing | $4,015mm |
| | 74.2% contribution |
| | (2.0%) YoY growth |
| Television | $1.15bmm |
| | 21.4% contribution |
| | (0.5%) YoY growth |
| Radio/Entertainment | $242mm |
| | 4.4% contribution |
| | (2.5%) YoY growth |

**2006 EBITDA²**

| | |
|---|---|
| Publishing | $996mm |
| | 67.6% margin |
| | 67.6% contribution³ |
| | (9.5%) YoY growth |
| Television | $395mm |
| | 34.2% margin³ |
| | 26.5% contribution³ |
| | (6.5%) YoY growth |
| Radio/Entertainment | $39mm |
| | 16.2% margin |
| | 2.9% contribution³ |
| | 2.8% YoY growth |

Source: Company filings and Wall Street research; 2006 results from 8-K filing of Feb 4, 2007; 2006 results adjusted pro-rata for 52 week year
Note: Market data as of 1/17/08
¹ Other investments include: Adstar, California Independent Postal Systems—50%, Boode/Consumer Networks—17%, Classified Ventures—28%, Legacy.com—33%
² Excludes Corporate
³ Excludes Corporate of $50mm

JPMorgan

Highly Confidential – Attorneys' Eyes Only

JPM_00169821

# Tribune Historical Revenue and EBITDA Quarterly Figures

**BUSINESS**

| ($ millions) | 1Q05 | 2Q05 | 3Q05 | 4Q05 | 1Q06 | 2Q06 | 3Q06 | 4Q06 |
|---|---|---|---|---|---|---|---|---|
| Publishing | | | | | | | | |
| Advertising | | | | | | | | |
| Retail | 354 | 331 | 307 | 361 | 358 | 334 | 307 | 406 |
| National | 201 | 190 | 254 | 211 | 184 | 177 | 257 | 218 |
| Classified | 788 | 301 | 294 | 880 | 288 | 286 | 282 | 269 |
| Subtotal | 788 | 823 | 775 | 860 | 786 | 825 | 796 | 893 |
| Circulation | 153 | 150 | 144 | 148 | 146 | 142 | 138 | 145 |
| Other | 66 | 66 | 41 | 61 | 63 | 61 | 62 | 62 |
| Total Publishing | 1,006 | 1,039 | 960 | 1,069 | 997 | 1,028 | 956 | 1,100 |
| Broadcasting & Entertainment | | | | | | | | |
| Television | 290 | 324 | 288 | 348 | 244 | 320 | 278 | 325 |
| Radio/Entertainment | 20 | 89 | 116 | 24 | 18 | 44 | 115 | 30 |
| Total Broadcasting & Entertainment | 310 | 413 | 404 | 372 | 262 | 404 | 393 | 355 |
| Total Revenues | 1,316 | 1,452 | 1,364 | 1,444 | 1,299 | 1,432 | 1,349 | 1,455 |
| Publishing | 243 | 265 | 212 | 233 | 217 | 250 | 185 | 235 |
| Margin (%) | 24.2% | 25.5% | 21.6% | 21.7% | 21.8% | 24.3% | 19.4% | 20.5% |
| Broadcasting & Entertainment (100%) | 80 | 140 | 139 | 125 | 82 | 125 | 121 | 100 |
| Margin (%) | 25.8% | 34.6% | 34.4% | 33.6% | 27.2% | 30.9% | 30.8% | 29.6% |
| Corporate | (13) | (11) | (12) | (9) | (20) | (14) | (14) | (9) |
| Total EBITDA | 310 | 394 | 339 | 351 | 279 | 342 | 293 | 327 |
| Margin (%) | 23.6% | 27.1% | 24.9% | 24.3% | 21.5% | 23.9% | 21.7% | 21.5% |

**(YOY percent change)**

| | 1Q05 | 2Q05 | 3Q05 | 4Q05 | 1Q06 | 2Q06 | 3Q06 | 4Q06 |
|---|---|---|---|---|---|---|---|---|
| Publishing | | | | | | | | |
| Advertising | 1.8% | 0.6% | 2.1% | (2.3%) | 0.0% | 0.6% | (2.2%) | 6.5% |
| Retail | 3.1 | (1.2) | 1.0 | (2.8) | 0.6 | 0.6 | 0.0 | 2.1 |
| National | (2.5) | (4.0) | 6.9 | (4.1) | (8.5) | (6.7) | 0.4 | 2.6 |
| Classified | 4.0 | 6.0 | 1.5 | 1.5 | 0.3 | 3.7 | (3.3) | 0.7 |
| Circulation | (4.4) | (7.4) | (7.4) | (4.5) | (5.3) | (5.3) | (3.5) | (2.4) |
| Other | 4.8 | (6.2) | 0.0 | 0.0 | (0.9) | (4.5) | (1.1) | 5.5 |
| Total Publishing | 0.5 | (0.7) | (0.2) | (1.5) | (0.9) | (1.1) | (0.4) | 3.5 |
| Broadcasting and entertainment: | | | | | | | | |
| Television | (5.5) | (12.0) | (11.9) | (9.9) | (2.1) | (1.2) | (3.5) | (6.6) |
| Radio/Entertainment | (9.1) | 8.5 | 10.5 | (9.4) | (10.0) | (5.6) | (0.9) | 25.0 |
| Total Broadcasting and entertainment | (5.8) | (5.2) | (5.5) | (2.6) | (2.6) | (2.7) | (2.7) | (4.6) |
| Total Revenues | (1.2)% | (2.9)% | (2.1)% | (2.7)% | (1.3)% | (1.4)% | (2.5)% | 1.6% |
| Publishing | 3.8 | 2.2 | 21.1 | (16.9) | (10.7) | (4.9) | (12.7) | (0.4) |
| Broadcasting & Entertainment | (27.3) | (17.3) | (7.9) | (22.8) | 2.5 | (7.3) | (12.9) | (15.3) |
| Corporate | 6.3 | 6.2 | 8.3 | (46.7) | 51.8 | 7.3 | 7.7 | 12.3 |
| Total EBITDA | (6.6)% | 3.7% | 7.6% | (17.0)% | (10.6)% | (6.1)% | (12.6)% | (8.3)% |

Source: Company filings

**JPMorgan**

TRIBUNE COMPANY

12

Highly Confidential – Attorneys' Eyes Only

JPM_00169522



# History of Substantial Debt Paydown

$ millions

BUSINESS

**Total Debt (excl PHONES)**

Following Times Mirror Acquisition

Proceeds from sale of:
- Tribune Education
- Jeppesen Sanderson
- Times Mirror Magazines
- Digital City, Achieve Global, etc.

Adverse ruling in Matthew Bender Case

2006 Leveraged Recap

Announced $500mm of asset sales and $200mm of annual cost savings

■ Total Debt (excl. PHONES)

Source: Company filings.
(1) Pro forma for leveraged share repurchase. On July 21, 2006, the Company had additional borrowings of $1.25 billion and $1.4 billion under the term facility and the bridge facility and repaid $622 million of commercial paper and $200 million of its revolving credit facility.

JPMorgan

TRIBUNE COMPANY    13

Chart values:
- Q2 2000: $4,768
- 2000: $3,448
- 2001: $3,412
- 2002: $2,750
- 2003: $2,008
- 2004: $2,005
- 2005: $2,756
- Q1 2006: $2,750
- Q2 2006: $2,566
- PF Q2 2006: $4,414
- Q3 2006: $4,724
- Q4 2006: $4,432

Highly Confidential – Attorneys' Eyes Only

JPM_00169823

# Demonstrated Ability to Aggressively Manage Costs

BUSINESS

JPMorgan

| Cost Management | | |
|---|---|---|
| **Date** | **Plan** | **Results** |
| ▪ 2005-2006 | ▪ $190 million of planned cost reductions | ▪ $190 million achieved<br>■ $100 million of compensation / benefits savings<br>■ 1,000 fewer FTEs<br>■ $35 million from a 7% decrease in newsprint consumption<br>■ $55 million from other cash savings |
| ▪ May 2006 – 2008 | ▪ $200 million of planned cost reductions to be realized over two years | ■ $150 million planned for 2007<br>■ $5 million in Broadcasting<br>  ▪ Outsourcing news operations in select markets<br>■ $145 million in Publishing<br>  ▪ $55 million in compensation / benefits savings<br>    ▪ 500 fewer FTEs<br>    ▪ Outsourcing initiatives for call centers, customer accounting and technology support<br>  ▪ $15 million from a 4% decrease in newsprint consumption<br>  ▪ $75 million from other cash expense savings<br>■ Remaining $50 million to occur in 2008 |



TRIBUNE COMPANY    14

Highly Confidential – Attorneys' Eyes Only

JPM_00169524



# Declining Capital Expenditure Needs

**Publishing**

- Publishing capital expenditures decrease from $173 million in 2006 to $100 million by 2011
- Spending for common advertising, circulation and editorial systems ends by 2009
- Highest impact color press improvements were completed in 2006
- Packaging improvements for more refined zoning are completed by 2009
- Spending to complete web width reduction at all business units completed by 2008

**Broadcasting**

- Broadcasting capital expenditures decrease from $42 million in 2006 to $27 million in 2011
- Wrigley Field expansion completed in 2006

BUSINESS

JPMorgan

TRIBUNE COMPANY    15

JPM_00169525

Highly Confidential - Attorneys' Eyes Only



# Revenue Breakdown By Group and Market

**BUSINESS**

**2006 revenue breakdown by group ($ millions)**

Broadcasting and entertainment, $1,390, 26%

Interactive $228, 4%

Print $3,814, 70%

**Total revenue = $5,433mn**

**2006 revenue breakdown by market ($ millions)**

Other markets, $1,355, 25%

New York, $710, 13%

Florida, $732, 13%

Chicago, $1,383, 26%

Los Angeles, $1,253, 23%

**Total revenue = $5,433mn**

Note: Other markets include Tribune Entertainment; Chicago includes Superstation and CLTV.

Source: Rating Agency Presentation
Note: IAP's total revenues differ slightly by 0.003mn (vs. $5,436mn our numbers in the executive summary and financial analysis) because the Company's FY 2006 encompassed 53 weeks, while FY 2005 and 2004 each encompassed 52 weeks. For 2006, the additional week increased consolidated revenues and operating expenses by approx. 1.5% and consolidated operating profit by approx. 2%.

JPMorgan

TRIBUNE COMPANY    16

Highly Confidential – Attorneys' Eyes Only

JPM_00169526

BUSINESS

**JPMorgan**

# Leading Metropolitan Newspapers

$ millions

| | Market | DMA Market Rank | '06 Revenue ($ millions) (1) | Metropolitan Newspapers | |
|---|---|---|---|---|---|
| | | | | Weekly Readership (000's) (2) | Penetration (2) |
| Los Angeles Times | Los Angeles, CA | 2 | $1,094 | 5,103 | 39% |
| Chicago Tribune | Chicago, IL | 3 | 848 | 3,070 | 46 |
| Newsday | Long Island, NY | 1 | 533 | 1,597 | 74 |
| Sun-Sentinel | South Florida | 16 | 397 | 1,058 | 62 |
| Orlando Sentinel | Orlando, FL | 19 | 292 | 1,094 | 66 |
| THE SUN | Baltimore, MD | 24 | 295 | 1,170 | 59 |
| Hartford Courant | Hartford, CT | 28 | 203 | 665 | 73 |
| THE MORNING CALL | Allentown, PA | 4 | 106 | 387 | 73 |
| Daily Press | Newport News, VA | 42 | 79 | 316 | 75 |

Source: Rating Agency Presentation.
(1) Reflects Tribune's Publishing and Interactive revenues in each market.
(2) Source: Scarborough Publishing and Interactive Research, R1 2006 for Newspaper Designated Market (NDM) except Los Angeles and Chicago (Gallup Poll of Media Usage).

Project Tower - Credit Analysis 5-25-07 v6

Tribune
Publishing
Broadcasting
Interactive

TRIBUNE COMPANY    17

Highly Confidential - Attorneys' Eyes Only

JPM 00169527

# Targeted Print And Direct Mail Businesses

| Market | Products | | | | Combined 2006 Revenue ($ millions) |
|---|---|---|---|---|---|
| **$ millions** | | | | | |
| Los Angeles, CA | RECYCLER | Hoy | Times Community Newspapers | | $54 |
| Chicago, IL | Chicago | Hoy | Chicagoland Publishing Company *A Division of the Chicago Tribune Company* | Tribune Direct | 75 |
| Long Island, NY | amNewYork | | Island Community Publications | DSA Boroughs | 118 |
| S. Florida | FL Sentinel City Link | FORUM PUBLISHING GROUP INC | Jewish Journal Teen Link | | $43 |
| Orlando, FL | el Sentinel Auto Finder | Coupon Catalogue Job Xtra | New Homes Mag Hot Properties | | 12 |
| Baltimore, MD | | Aegis Howard County Times | Columbia Flier Towson Times | | $45 |
| Hartford, CT | Courant Specialty Products | New Mass Media | ValueMail | | 20 |
| Allentown, PA | MERGE Living in Lehigh Valley | Lehigh Valley Magazine Homes Plus Bucks | | | 3 |
| Newport News, VA | VIRGINIA GAZETTE | | | | 11 |
| | | | | Total | $381 |

BUSINESS

JPMorgan

Source: Rating Agency Presentation

Highly Confidential - Attorneys' Eyes Only

JPM_00169828

**BUSINESS**

# Publishing Revenue and OCF by Market

**2006 revenue by market—($ millions)**



Newsday $533

Florida markets $690

Other newspaper markets $702

TMS $107   Other[2] $51

Chicago $848

Los Angeles $1,098

Total publishing revenue = $4,025mm

**2005 OCF by market ($ millions)**

| Business | OCF | % Margin |
|---|---|---|
| Los Angeles | $243 | 22% |
| Chicago | 218 | 26 |
| Newsday | 100 | 19 |
| South Florida | 134 | 34 |
| Orlando | 91 | 31 |
| Baltimore | 62 | 21 |
| Hartford | 48 | 24 |
| Allentown | 28 | 27 |
| Newport News | 20 | 26 |
| S. Connecticut | 7 | 18 |
| Tribune Media Services | 23 | 21 |
| Other [3] | (28) | NM |
| **Total Publishing OCF** | **$947** | **24%** |

Project Tower - Draft Analysis 3-25-07 V9

Tribune

FSC A/V/O

Broadcast

Interactive

Source: Rating agency Presentation
Note: J&P's total revenues differ slightly by 0.007mm (vs. $4,032mm) or numbers in the executive summary and financial analysis) because the Company's FY 2006 encompassed 53 weeks, while FY 2005 and 2004 each encompassed 52 weeks. For 2006, the additional week increased consolidated operating revenues and operating expenses by approx. 1.5% and consolidated operating profit by approx. 2%.
1 Excludes eliminations
2 Includes CLTV, Spanish Language and ForSaleByOwner.com
3 Includes CLTV, Spanish Language, ForSaleByOwner.com, Publishing Group Office, Interactive Group and eliminations

JPMorgan

This job was printed by

# tbruney

DATE: 5/11/2010

TIME: 11:39:46 AM

JOB:#214

Highly Confidential - Attorneys' Eyes Only

JPM 00169829



BUSINESS

## Publishing Advertising Revenues

### 2003-2007E Total Advertising Revenue ($ millions)

■ Retail ■ National ■ Classified

| | 2003 | 2004 | 2005 | 2006 | 2007E |
|---|---|---|---|---|---|
| Total | $3,110 | $3,228 | $3,244 | $3,205 | $3,172 |
| Classified | $1,019 | $1,095 | $1,146 | $1,166 | $1,135 |
| National | $780 | $802 | $774 | $718 | $701 |
| Retail | $1,310 | $1,331 | $1,324 | $1,321 | $1,336 |

Source: Rating Agency Presentation

### 2006 Advertising Revenues

Total advertising revenue = $3,205 million

Preprint $680 — 21%

Classified listings $443 — 14%

Interactive $227 — 7%

Display $1,855 — 58%

JPMorgan

TRIBUNE COMPANY    20

Highly Confidential - Attorneys' Eyes Only

JPM_00169530



# Revenue Growth by Publication

| | 03-05 CAGR | | | |
|---|---|---|---|---|
| | '06 Rev. | Total Revenue | Advertising Revenue | Circulation Revenue | OCF |
| Los Angeles, LA | $1,598 | (0.9)% | 0.2% | (6.6)% | (4.3)% |
| Chicago, IL | 850 | 1.5% | 1.9% | (2.9)% | (2.6)% |
| Long Island, NY | 529 | (4.4)% | 3.3% | (3.6)% | (4.3)% |
| S. Florida, FL | 407 | 2.6% | (6.4)% | (5.2)% | 1.2% |
| Orlando, FL | 297 | 3.4% | (2.5)% | (5.7)% | 4.7% |
| Baltimore, MD | 296 | 0.1% | 0.6% | (5.2)% | 16.5% |
| Hartford, CT | 204 | 1.2% | 2.9% | (3.0)% | 4.0% |
| Allentown, PA | 106 | (1.1)% | 1.8% | (5.7)% | (7.2)% |
| Newport, VA | 79 | 3.4% | 4.3% | (1.0)% | (0.2)% |

JPMorgan

BUSINESS

TRIBUNE COMPANY    21

Highly Confidential – Attorneys' Eyes Only

JPM 00169931



# Publishing Circulation Trends

**2003-2006 6-Day Mon-Sat Circulation (in 000's)**

■ Home delivery ■ Single copy ■ Other paid circulation

**2003-2006 Sunday Circulation (in 000's)**

■ Home delivery ■ Single copy ■ Other paid circulation

Source: Rating Agency Presentation

JPMorgan

BUSINESS

TRIBUNE COMPANY    22

Highly Confidential – Attorneys' Eyes Only

JPM_00169532



# Circulation Growth by Publication (units)

Highly Confidential - Attorneys' Eyes Only

JPM 00169533

BUSINESS.

# Television Group Financial Snapshot



**2006 revenue ($ millions)**

Chicago
$131, 11%

Superstation
WGN
$139, 12%

Fox stations
$181, 16%

New York
$178, 16%

Los Angeles
$158, 14%

| | $ | % of total |
|---|---|---|
| NY/LA/CHI | $470 | 40% |
| All other TV | 548 | 47 |
| Superstation WGN | 145 | 13 |
| **Total TV group revenue[1]** | **$1,147** | **100%** |

**2006 Operating Cash Flow (OCF) ($ millions)**

All other TV
$153, 41%

Chicago
$28, 7%

Superstation
WGN
$87, 23%

New York
$62, 16%

Los Angeles
$49, 13%

| | $ | Margin | % of total |
|---|---|---|---|
| NY/LA/CHI | $144 | 31% | 36% |
| All other TV | 164 | 30 | 41 |
| Superstation WGN | 93 | 64 | 23 |
| **Total TV group OCF[1]** | **$401** | **35%** | **100%** |

[1] Revenue and Operating Cash Flow exclude one-time, non-recurring items and stock based compensation and are pro forma to exclude divested TV stations (Albany, Atlanta and Boston). Operating Cash Flow defined as revenues less cash expenses (including non-cash pension expenses.

Source: Rating Agency Presentation

Note: JMP's total revenues differ slightly by 0.013mm (vs. $1,160mm our numbers in the executive summary and financial analysis) because the Company's FY 2006 encompassed 53 weeks, while FY 2005 and 2004 each encompassed 52 weeks. For 2006, the additional week increased consolidated operating revenues and operating expenses by approx. 1.5% and consolidated operating profit by approx. 2%.

**JPMorgan**

TRIBUNE COMPANY

24

Highly Confidential – Attorneys' Eyes Only

JPM_00169534

# Strong Network Affiliations and Reach

BUSINESS

$ millions

| DMA Market Rank | Market | Station | Affiliation | 2006 Gross Ad Revenue (1) | 2006 Market Revenue Share |
|---|---|---|---|---|---|
| 1 | New York | WPIX | CW | $163 | 13.6% |
| 2 | Los Angeles | KTLA | CW | 172 | 11.4% |
| 3 | Chicago | WGN | CW | 139 | 16.7% |
| 6 | Dallas | KDAF | CW | 61 | 9.6% |
| 8 | Washington, DC | WDCW | CW | 42 | 7.0% |
| 10 | Houston | KHCW | CW | 41 | 8.7% |
| 16 | Miami | WSFL | CW | 45 | 11.4% |
| 18 | Denver | KWGN | CW | 31 | 10.4% |
| 21 | St. Louis | KPLR | CW | 30 | 13.3% |
| 23 | Portland, OR | KRCW | CW | 16 | 8.6% |
| 27 | San Diego | KSWB | CW | 21 | 7.9% |
| 14 | Seattle | KCPQ/KMYQ | FOX / MNTV | 68 | 22.3% |
| 25 | Indianapolis | WXIN/WTTV | FOX / CW | 47 | 23.1% |
| 28 | Hartford | WTIC/WTXX | FOX / CW | 43 | 21.5% |
| 54 | New Orleans | WGNO/WNOL | ABC / CW | 16 | 18.1% |
| 20 | Sacramento | KTXL | FOX | 49 | 17.1% |
| 39 | Grand Rapids | WXMI | FOX | 22 | 18.1% |
| 41 | Harrisburg | WPMT | FOX | 15 | 16.9% |
| | | Total TV Stations | | $1,092 | 12.8% |
| 4 | Philadelphia | WPHL | MNTV | 47 | 7.6% |
| | Cable Network | WGN Superstation | | | |
| | | Total TV Group | | $1,201 | |

Duopolies

THE CW

FOX

Source: Rating Agency Presentation
Note: Cable TV ad sales only. Market revenue percentage share includes Political.
(1) Reflects 52 week operating results.

JPMorgan

Tribune — Broadcasting / Publishing / Interactive

Highly Confidential – Attorneys' Eyes Only

JPM 00169935

**BUSINESS**

JPMorgan

# Interactive Equity Investments

## Key Online Investments

| Investment | CEO | Tribune Ownership | Partners | Board Seats Tribune / Total |
|---|---|---|---|---|
| careerbuilder | Matt Ferguson | 42.5% | Gannett (42.5%) McClatchy (15.0%) | 2 / 6 |
| Classified Ventures | Daniel Jauernig | 27.8 | McClatchy (25.5%) Gannett (23.6%) Wash. Post (16.5%) Belo (6.6%) | 2 / 10 |
| shopLocal.com | Vikram Sharma | 42.5 | Gannett (42.5%) McClatchy (15.0%) | 2 / 6 |
| topix.net | Rich Skrenta | 33.7 | Gannett (33.7%) McClatchy (11.9%) Topix Mgmt (20.7%) | 2 / 6 |

TRIBUNE COMPANY    26

Highly Confidential – Attorneys' Eyes Only

JPM_00169536



# Rapid Growth of Interactive

**Interactive revenue: 2000–2010E ($ millions)**

Revenues

| | | | | | |

Highly Confidential - Attorneys' Eyes Only

JPM_00169537



## Interactive Audience

Leading online news brands in top markets—Unique visitors in thousands

**Los Angeles**
- Yahoo! News — 2,376
- Los Angeles Times — 1,501
- MSNBC — 1,361
- CNN — 1,263
- AOL News — 1,025

**Baltimore**
- Yahoo! News — 290
- AOL News — 282
- THE SUN — 239
- MSNBC — 218
- CNN — 199

**Chicago**
- Yahoo! News — 1,385
- Chicago Tribune — 795
- MSNBC — 650
- CNN — 621
- AOL News — 524

**Hartford**
- Yahoo! News — 499
- Hartford Courant — 279
- CNN — 268
- MSNBC — 266
- AOL News — 217

Source: comScore Media Metrix for August 2006
* Includes local market visitors to Tribune newspaper websites

BUSINESS

JPMorgan

TRIBUNE COMPANY    28

Highly Confidential - Attorneys' Eyes Only

JPM 00169538

TRIBUNE COMPANY - CREDIT ANALYSIS

# Contents

|                                          | Page |
|------------------------------------------|------|
| Client Overview                          | 1    |
| Business                                 | 10   |
| **Industry, Market Position and Strategy** | 29   |
| Financial Analysis                       | 42   |
| Conclusion and Risk Grade                | 69   |
| Appendix                                 | 75   |

Project Tower - Credit Analysis 5-25-07 v45

Highly Confidential - Attorneys' Eyes Only

JPM_00165539

INDUSTRY, MARKET POSITION AND STRATEGY

**JPMorgan**

# CPG Industry Outlook and Rating

**CPG Industry Outlook - January 2007**

**Newspapers**
**ST - Deteriorating (<1 year)  |  LT - Deteriorating (1-3 years)**

- **Outlook**
  - Our deteriorating outlook reflects expectations of increased shareholder friendly actions (including declines in circulation), the threat of retail levels, and contraction in the sector. […illegible…]

**Key Risks**
- Declining circulation
- Classifieds shift to the internet
- Retailer weakness
- Shareholder friendly actions and acquisitions

**Broadcast TV**
**ST - Stable (<1 year)  |  LT - Deteriorating (1-3 years)**

- **Outlook**
  - For the broadcast media sector, we assign a stable outlook […illegible…]

**Key Risks**
- Declining ratings and new media outlets
- Technological threats, most notably the DVR
- Shareholder friendly actions and acquisitions

Highly Confidential - Attorneys' Eyes Only

JPM 00169540



# Newspaper Industry Outlook

INDUSTRY, MARKET POSITION AND STRATEGY

**Expect newspapers to continue to lose ad share**

**Classifieds will continue to move online ...**

In addition to ad shifts to the internet, there are several negative secular trends affecting newspaper advertising

TRIBUNE COMPANY   34

JPM_00169541

Highly Confidential - Attorneys' Eyes Only

# Newspaper Industry Outlook (cont'd)

INDUSTRY, MARKET POSITION AND STRATEGY



US newspaper daily circulation 2.6% decline in 1Q06 is significantly higher than the –0.9% CAGR in the last 10 yrs and –0.6% in the last 20 yrs

Readership also continues to drop ...

... primarily within the younger generations

Circulation declines are accelerating to 3x–4x the historical trend

Sources: Newspaper Association of America; Lehman Brothers; Nielsen Media Service; W.R. Simmons & Associates; Study of Media Markets; Simmons Market Research Bureau Inc. Scarborough Research - Top 50 Market Report

Source: Newspaper Association of America, JPMCM estimates

JPMorgan

TRIBUNE COMPANY    32

Highly Confidential – Attorneys' Eyes Only

JPM_0016954?



# Publishing — Industry Strengths and Challenges

INDUSTRY, MARKET POSITION AND STRATEGY

**JPMorgan**

| Challenge | | Mitigant |
|---|---|---|
| **Internet** | ■ Stealing ad dollars from newspapers and other traditional media | ■ Newspapers currently dominate categories where Internet is focused |
| | ■ Significant progress in classified advertising, help wanted, autos, personals, and for sale by owner | ■ Well executed newspaper strategy can defend, e.g., CareerBuilder versus Monster |
| | ■ Google, AOL, and Yahoo's focus on local retail dollars | ■ Click and print strategies are being successfully rolled out to recapture ad dollars going on-line |
| | ■ Cable MSO's ability to leverage interactive technology for local classifieds (ie. Autos) | |
| **Retailer consolidation** | ■ Recent consolidation in department stores under single brands (ie. Kmart/Sears, Federated/May) | ■ Local advertising has inherent breadth of advertisers from grocery store to auto, home improvement, and local restaurant |
| | ■ The "Wal-mart effect resulting in consolidation of retailers and reduction in advertising spend | ■ Limited options for small advertisers in terms of channel shifting, as newspapers remain dominant in local media |
| | ■ Further consolidations expected in grocery, pharmacy and small, retailers (ie. CVS, Eckerd) | ■ More sophisticated targeting with pre-print advertising has increased attractiveness of local advertising |
| **Declining circulation** | ■ Increasing numbers of media outlets continue to fragment audiences | ■ Advertisers can reach more adults through newspapers than any other type of media |
| | ■ Internet, cable TV, video games | ■ Newspaper companies are becoming better at targeting specific demos and proving efficacy to advertisers |
| | ■ Paid circulation eroding as consumers seek alternative sources, including free dailies | ■ Internet paid circulation |
| | ■ Exacerbated in some urban centers as population declines | ■ Relatively slow trend, unlikely to impact reach in medium-term |
| | ■ Advertisers seeking access to younger population do not view newspapers as a must-have vehicle | ■ Broadcast television has successfully raised prices even as viewership has declined |
| | ■ Availability of free news on Internet | |

TRIBUNE COMPANY    33

Highly Confidential - Attorneys' Eyes Only

JPM_00169543



# Publishing — Relative market position

INDUSTRY, MARKET POSITION AND STRATEGY

JPMorgan ♦

2001–2007E revenue and growth ($ billions and %)

2003–2007E EBITDA margin ($ billions and %)

Top newspapers by circulation (2004, in '000s)

Average paid paid circulation for the six months ended September 1

Advertising revenue breakdown (2005)
■ Retail ■ National ■ Classified

Source: Company filings, BIA Database, JPMorgan research

TRIBUNE COMPANY

34

Highly Confidential - Attorneys' Eyes Only

JPM_00169544

# Publishing — Strategy

**INDUSTRY, MARKET POSITION AND STRATEGY**

**JPMorgan**

### Publishing Strategy

- ■ **Maximize profitable print revenue**
  - ⊠ Stabilize individually paid circulation and readership
  - ⊠ Expand free daily papers to complement paid daily reach
  - ⊠ Maximize share of print ad dollars

- ■ **Accelerate cost reductions in print business**
  - ⊠ Aggressively re-engineer business processes and exploit economies of scale
  - ⊠ Achieve publishing savings in 2007 of more than $145 million; reduce total expenses by 1%
  - ⊠ Reduce capital investment in print business

- ■ **Create profitable local print alliances**
  - ⊠ Join newspaper distribution arrangements or broader joint ventures
  - ⊠ Preprint distribution deals

- ■ **Exploit interactive growth**
  - ⊠ Build robust local sites into clear market leaders
  - ⊠ Build national interactive networks with key partners



Highly Confidential - Attorneys' Eyes Only

JPM_00169545

JPMorgan

# TV Broadcasting — Strengths and Challenges

## Strengths

- Strongest reach among media
- Unique ability to reach multiple demographics
- Appeals to the broadest range of major U.S. advertisers
- Stable revenue growth over a 30 year period
  - Local advertising less exposed to recession; resilient relative to national advertising
  - Broadcast TV has maintained approximately 15% of local ad market revenues over last 10 years
- Superior local reach compared to cable
- Strong underlying asset value
- Long-term potential for deregulation
- Broadcasters focused on building dominant local brands have outperformed sector peers
- Attractive financial characteristics—consistent margins and high FCF conversion rates
- New revenue streams/initiatives
  - Internet
  - Digital TV subscription services
  - Retransmission fees

## Challenges

- Increasing TV viewership erosion
- Potential shift by advertisers from broadcast TV to cable
- Impact to advertising from increasing geopolitical risk
- Increasing online user base further fragmenting media
- Decline in network costs and dramatically declining network compensation
- Impact of PVR technologies
- Potential slowdown in political revenue growth as advertisers seek to target constituents through new media outlets
- Lack of second revenue stream
- Ownership synergies blocked by regulations
- Disintermediation due to podcasting

Highly Confidential – Attorneys' Eyes Only

JPM_00169646

# INDUSTRY, MARKET POSITION AND STRATEGY

**JPMorgan**

## TV Broadcasting — Television Advertising Market



2006 advertising spending ($ billions)

Broadcast network
$17.2
24%

Local cable
$5.6
8%

Network syndication
$4.1
6%

Network cable
$19.1
26%

Spot television
$26.4
36%

Total = $72.4bn

Local television advertising revenue ($ billions)

■ Local cable  ■ Spot television

| | 2002 | 2003 | 2004 | 2005 | 2006E |
|---|---|---|---|---|---|
| Spot television | $24.0 | $23.5 | $25.9 | $26.3 | $26.4 |
| Local cable | $4.2 | $4.9 | $5.1 | $5.4 | $5.6 |

| 2002–2006E CAGR | |
|---|---|
| Spot TV | 2.4% |
| Local cable | 7.3 |

Source: Robert J. Coen Universal McCann

TRIBUNE COMPANY    37

Highly Confidential – Attorneys' Eyes Only

JPM_00169847



INDUSTRY, MARKET POSITION AND STRATEGY

# TV Broadcasting — Relative market position

**2001–2007E revenue and growth ($ billions and %)**

**2001–2007E EBITDA margin ($ billions and %)**

**Top broadcasters-ranked by owned and operated FCC clearance**

**Tribune TV stations by affiliation**

**Average audience share for year ended December**

JPMorgan

TRIBUNE COMPANY    38

Highly Confidential – Attorneys' Eyes Only

JPM_00169646

# Publishing — Strategy

## INDUSTRY, MARKET POSITION AND STRATEGY

**JPMorgan**

### Publishing Strategy

- Generate large audiences for advertisers through acquisition of quality syndicated programming
- Complement stations' strong broadcast network affiliations (The CW, Fox, MyNetworkTV and ABC) with focus on local news and sports
- Use our scale to drive group program acquisitions at favorable prices
- Align with major program suppliers to co-develop quality first-run programming
- Create additional value via retransmission consent rights (Superstation WGN) and through the digital spectrum
- Partner with program suppliers to develop moderate-cost original programming for the Superstation
- Exploit technology to increase efficiency and reduce costs
- Launch new multi-cast channels using our stations' excess digital spectrum

Highly Confidential - Attorneys' Eyes Only

JPM_00169649

INDUSTRY, MARKET POSITION AND STRATEGY

# Significant Scale In Both Publishing And Broadcasting

## Publishing

### Newspaper

- 2nd largest U.S. publisher by revenues; No. 3 by circulation
- Leading metropolitan newspapers in nine major markets
- Metropolitan newspapers reach approximately 15 million adults per week
- Winner of 100 Pulitzer prizes
- Tribune Publishing Services (news and entertainment content)

### Targeted Publishing

- More than 130 targeted niche publications, including free daily and community newspapers, classified publications and lifestyle magazines
- Local publications reach 7 million adults per week
- Tribune Direct (direct marketing services)

## Broadcasting

- Owns and operates 23 major-market television stations
- 14 Tribune stations are affiliates of The CW, America's new fifth network
- Superstation WGN can be seen in more than 70 million U.S. households via cable and satellite services
- Significant equity investments
  - TVFood Network
    - Highly successful 24-hour cable/satellite network focusing on food and entertaining
    - 31% owned; partnership with Scripps
    - Utilized TV stations' retransmission consent to get TVFood Network carriage on cable systems
    - Initial cash investment between 1993-1999 of $16 million; asset basis as of 12/05 of $77 million
  - Comcast SportsNet Chicago
- Reaches more than 80% of U.S. households with strong presence in top markets
- Only media organization with newspapers, television stations and websites in the nation's top three markets
- 7 daily newspapers in the Top 30 DMAs
- 19 television stations in the Top 30 DMAs
- Delivers large local audiences and offers options for targeting specific consumer groups through differentiated packaging alternatives
- Deep relationships with local advertisers and consumers

## Interactive Investments

- Over 50 local and national websites
- Strength in 3 classified advertising verticals—recruitment, auto and real estate
- Partnerships in national websites CareerBuilder, Classified Ventures, ShopLocal, Topix.net, and Legacy.com
- 14 million average monthly unique visitors

JPMorgan

TRIBUNE COMPANY

40

JPM_00169550

Highly Confidential – Attorneys' Eyes Only



# Operational Performance and Trading Valuation Comps

## INDUSTRY, MARKET POSITION AND STRATEGY

**Operating benchmarks of selected peers**

**CY2006E–CY2007E revenue growth**

**CY2007E EBITDA margin**

**Trading benchmarks of selected peers**

**FV/CY2006E EBITDA multiple**

**FV/CY2006E FCF multiple[2]**

Source: Wall street estimates and Tradelines.
[1] Pro forma for Knight Ridder transaction. Tradelines reflects closing prices as of 5/26/06
[2] Defined as EBITDA - Capex

JPMorgan

Highly Confidential – Attorneys' Eyes Only

JPM_00169551

# Contents

| | Page |
|---|---|
| Client Overview | 1 |
| Business | 10 |
| Industry, Market Position and Strategy | 29 |
| **Financial Analysis** | **42** |
| ■ Financial Statement Analysis | 43 |
| ■ Liquidity Analysis | 49 |
| ■ Commitment and Contingencies | 51 |
| ■ Projections – Base Case | 54 |
| ■ Projections – Downside Case | 57 |
| ■ DCF Valuation | 60 |
| Conclusion and Risk Grade | 69 |
| Appendix | 75 |

Highly Confidential – Attorneys' Eyes Only

JPM_00169552

# Financial Analysis – Income Statement

**FINANCIAL ANALYSIS**

**JPMorgan**

## Summary Income Statement ($ millions)

| Summary Income Statement | | | | | | |
|---|---|---|---|---|---|---|
| Revenue | | | | | | |
| Advertising | 3,228.5 | 3,246.1 | 3,211.9 | 788.0 | 735.0 | 3,158.9 |
| Circulation | 643.9 | 596.2 | 566.5 | 146.0 | 136.0 | 556.5 |
| Other | 257.4 | 256.6 | 253.7 | 63.0 | 67.0 | 257.7 |
| Publishing | 4,129.9 | 4,096.9 | 4,032.1 | 997.0 | 938.0 | 3,973.1 |
| % Growth | | (0.8%) | (1.6%) | (5.9%) | | |
| % Total | 73.3% | 74.3% | 74.2% | 76.8% | 74.2% | 74.2% |
| Television | 1,258.8 | 1,165.8 | 1,160.7 | 284.0 | n/a | n/a |
| Radio/entertainment | 242.8 | 248.6 | 243.4 | 18.0 | n/a | n/a |
| Broadcasting and entertainment | 1,501.6 | 1,414.4 | 1,404.1 | 302.6 | 183.0 | 1,384.5 |
| % Growth | | (5.8%) | (0.7%) | (6.5%) | | (6.5%) |
| % Total | 26.7% | 25.7% | 25.8% | 23.2% | 25.8% | 25.8% |
| TOTAL REVENUE | | | | | | |
| % Growth | (2.1%) | | (1.4%) | | (6.0%) | |
| Operating Cash Flow | | | | | | |
| Publishing | 1,026.0 | 988.0 | 947.0 | 216.8 | 183.0 | 913.2 |
| Broadcasting and entertainment | 563.0 | 465.0 | 443.0 | 81.8 | 71.0 | 432.2 |
| Corporate expenses | (51.0) | (50.0) | (50.0) | (20.0) | (20.0) | (50.0) |
| Total Operating Cash Flow [4] | 1,548.0 | 1,402.0 | 1,340.0 | 278.6 | 234.0 | 1,295.4 |
| % Growth | | (9.4%) | (4.4%) | 6.5 | 10.0 | |
| Cash equity income | 14.4 | 46.9 | 71.0 | 10.0 | n/a | 74.5 |
| % Growth | | (0.1%) | (2.7%) | 21.9% | 20.0% | 25.6% |
| % Margin | 27.7% | 26.3% | 26.0% | | | |
| Interest Expense | 153.1 | 155.2 | 273.9 | 48.8 | n/a | n/a |
| Net Income | 573.3 | 534.7 | 594.0 | 102.8 | n/a | n/a |

(1) Adjustment for one-time, non-recurring items described below and pro forma to exclude divested TV stations (Albany, Atlanta and Boston) and Denver Radio.

(2) For 2004 adjusted to exclude approximately $44MM of severance expense, and approximately $90MM of anticipated settlement with approximately $30MM consistent with misstated circulation numbers at Newsday.

(3) For 2005 adjusted to exclude approximately $49MM of severance expense, approximately $16MM pension curtailment gain, approximately $6MM of operating costs (incl. D&A) and approximately $16MM of accelerated D&A from the closing of the San Fernando Valley.

(4) The Company's FY 2006 encompassed 53 weeks, while FY 2005 and 2004 each encompassed 52 weeks. For 2006, the additional week increased consolidated operating revenues and operating expenses by approx. 2%. The following table sets forth operating profit by approx. 2%. For 2006 adjusted to exclude approximately $20MM of severance and other payments associated with new union contracts at Newsday, $9MM of severance expense, a $4MM charge for the disposition of a press, $7MM of gains from property sales and a $7MM gain from the sale of the corporate airplane.

By YTD 3/31/07 numbers received from the Company.

(4) Operating cash flow before stock-based compensation plus cash equity income.

Project Tower - Draft Analysis 5-24-07 v10

Highly Confidential - Attorneys' Eyes Only

JPM_00169555

# Financial Analysis – Income Statement (cont'd)

FINANCIAL ANALYSIS

**Comments**

**FYE 2006**

- Consolidated operating revenues decreased slightly by 1.4% from $5.51B for 2005 to $5.4B for 2006 as a decrease in publishing revenues was offset by an increase in broadcasting and entertainment revenues. Consolidated operating revenues decreased 1%, or $102MM, in 2005 due to declines in publishing and broadcasting and entertainment revenues.
  - Publishing – In 2006, publishing contributed 74% of the Company's revenues and 69% of its operating profits. Daily newspaper revenue is derived principally from advertising and circulation sales, which accounted for 80% and 14%, respectively, of the publishing segment's total revenues in 2006. Other publication/services revenue accounted for 6% of the segment 's total revenues in 2006 and includes syndication of editorial products, advertising placement services, direct mail operations, cable television news programming, distribution of entertainment listings and other publishing-related activities.
  - Broadcasting and entertainment – In 2006, broadcasting and entertainment contributed 26% of the Company's revenues and 36% of its operating profits. The Company's broadcasting operations at the end of 2006 included 23 television stations. Radio/entertainment includes WGN-AM, Chicago, Tribune Entertainment and the Chicago Cubs.
- Consolidated Adj. EBITDA decreased by 2.7% from $1.4B for 2005 to $1.41B for 2006, primarily due to decrease in total revenues. Increases in operating expense (programming, newsprint and ink) and programming and compensation expenses.
  - Programming expenses increased 7% primarily due to higher broadcast rights amortization. Newsprint and ink expense was up 3%.

**Q1 2007**

- Revenue and operating cash flows have declined y-o-y in both publishing and broadcasting.
  - Q1 OCF are negatively impacted by first time accounting for stock-based compensation
  - Publishing revenue is down by 5%, similar to peer results (Gannett -5.7%, NYT -7.5%, etc.)
  - Publishing OCF estimated decline of 20% in Q1 compared to plan of -14%
    - Individual newspapers' operating cash flows are lower than the same period in 2006, mainly due to ad revenue declines, which was somewhat offset by lower expenses
    - Negative ad impact from 53rd week in 2006
    - Biggest decline was classified real estate, especially in Florida (S. Florida/Orlando), where last year's 1st and 2nd quarters represent a tough Hi comp since Q1/Q2 06 were up 50%/166% and 23%/18%, respectively.
    - Retail advertising stabilized with single digit decline in January and up in February, 5% increase of pre-print in February
    - Ongoing pressure in national (auto, tech, movies), however, at slower rate than in 2006
    - Circulation was down 6% due to single copy decline and discounting pricing of home delivery
  - Broadcasting OCF down 10% in Q1 against a plan of 15% decline
    - Revenue declines of 13% in Q1 primarily because of lower revenue at Chicago Cable
      - CW pacing in Q1 primetime was up 15% vs last year and expected to be up in high single digits in Q2
    - Negative trends in March similar to February
    - EPS will be lower than Street estimates
    - Q1 has been tough, but Publishing OCF moderately lower than plan and Broadcasting OCF actually ahead of plan

JPMorgan

TRIBUNE COMPANY

44

Highly Confidential - Attorneys' Eyes Only

JPM_0016554

# Financial Analysis — Cash Flow

**JPMorgan**

FINANCIAL ANALYSIS

## Summary Cash Flow ($ millions)

| Summary Cash Flow | | | |
|---|---|---|---|
| Adj. EBITDA | 1,562.4 | 1,450.8 | 1,411.0 |
| Add: Cash interest | (150.1) | (147.7) | (295.8) |
| Cash Taxes | (282.9) | (469.4) | (456.5) |
| Pension costs, net | 7.7 | 13.4 | 20.6 |
| Loss on sales of disc.ops. | 0.0 | 0.0 | 48.2 |
| (Inc)/Dec in W/C | 44.7 | (168.8) | 90.4 |
| Other, net | (108.7) | (19.0) | (66.2) |
| Cash from operating activities | 1,073.2 | 659.4 | 787.8 |
| Capital Expenditures | (217.3) | (205.9) | (221.9) |
| Acquisitions | (0.6) | (4.2) | (48.1) |
| Investments | (48.8) | (78.1) | (174.1) |
| Tax liability allocated to goodwill | 0.0 | (499.1) | 0.0 |
| Proceeds from sales of subs | 40.2 | 22.5 | 470.6 |
| Cash before financing activities | 846.7 | (65.5) | 814.2 |
| Borrowing under bridge credit facility | 0.0 | 0.0 | 1,600.0 |
| Repayments under bridge credit facility | 0.0 | 777.7 | 1,500.8 |
| Long-term borrowings | 0.0 | 0.0 | (290.0) |
| Repayment of long-term debt | (823.0) | (198.5) | (359.1) |
| Issuance of commercial paper, net | 773.2 | 150.3 | (625.5) |
| Premium on early debt retirement | (137.3) | 0.0 | 0.0 |
| Debt issuance costs | 0.0 | (4.8) | (29.9) |
| Sales of common stock to employees, net | 111.9 | 41.4 | 37.2 |
| Common stock repurchases | (731.6) | (440.1) | (2,262.3) |
| Dividends | (163.0) | (233.5) | (200.9) |
| Net change in cash and cash equivalents | (123.2) | 26.7 | 23.6 |
| Cash and cash equivalents, beginning | 247.6 | 124.4 | 151.1 |
| Cash and cash equivalents, ending | 124.4 | 151.1 | 174.7 |

## Comments

- In 2006, free cash flow increased by 24.8%, from $453.4MM for 2005 to $565.9MM, primarily due to increase in working capital as a source of cash ($66.2MM vs. $168.8MM as a use of cash for 2005) and add-back of the portion the Company lost on sales of discontinued operations, partially offset by decrease in adj. EBITDA and increase in cash interest.
  - W/C - the Company recorded a significant use of working capital in 2005 as it paid off a tax liability in relation to Matthew Bender and Mosby tax dispute (please see the Financial Analysis — Commitments and Contingencies for further details).
- Discontinued operations - during 2006, the Company sold WATL-TV, Atlanta to Gannett Co. for $180/MM; WCWN-TV, Albany to Freedom Communications, Inc. for $17/MM, and; WLVI-TV, Boston, to Sunbeam Television Corp. for $113.7MM. The net pretax loss on sales of the three stations sold during 2006 was $48MM, including $125MM of allocated television group goodwill.
- Tribune spent $574MM in cash for investments and $48MM for acquisitions and received $471MM from the sales of subsidiaries; investments and real estate in 2006. Included in the $471MM received from the sales were $325MM for the sale of the Atlanta, Albany and Boston television stations.
- The Company borrowed $1.6B under its bridge credit facility and $1.5B under its five-year credit agreement in 2006. The Company repaid $827MM of commercial paper, net of issuances, $200MM on the bridge credit facility and $519MM of long-term debt in 2006. The Company repurchased 70.7MM shares of its common stock for $2.3B in 2006. Under the Company's 2000 and 2005 general stock repurchase authorizations, the Company may buy back an additional $862MM of common stock. Dividends paid on common and preferred shares totaled $201MM in 2006. Quarterly dividends per share on common stock were $.18 in 2006, flat compared to 2005; Please see the Recent Events section for further details.

JPM 00169585

Highly Confidential – Attorneys' Eyes Only

# Financial Analysis — Capitalization and Credit Statistics

FINANCIAL ANALYSIS

**JPMorgan**

## Capitalization and Credit Statistics ($ millions)

| ($ millions) | | | | | |
|---|---|---|---|---|---|
| **Capitalization:** | | | | | |
| Revolving Credit Facility | 0.0 | 0.0 | 0.0 | 0.0 | 31.7 |
| Delayed Draw Trl.B | 0.0 | 0.0 | 0.0 | 0.0 | 260.4 |
| Existing Trl.B (due 2011) | 0.0 | 0.0 | 1,500.0 | 6,110.0 | 6,049.5 |
| Incremental TLB | 0.0 | 0.0 | 0.0 | 2,105.0 | 2,105.0 |
| Total 1st Priority Guranteed Debt | 0.0 | 0.0 | 1,500.0 | 8,215.0 | 8,446.6 |
| New Senior Notes | N/A | N/A | N/A | 2,100.0 | 2,100.0 |
| Total Guranteed Debt | 0.0 | 0.0 | 1,500.0 | 10,315.0 | 10,546.6 |
| Commercial paper | 771.2 | 923.5 | 97.0 | 0.0 | 0.0 |
| Borrowings under bridge acility (due 2007) | 0.0 | 0.0 | 5,310.0 | 0.0 | 0.0 |
| Existing Sr. HY Notes (2008/10/15) | 733.3 | 1,333.3 | 1,060.7 | 1,060.7 | 778.1 |
| Existing Sr. HY Notes (2008/13/23/27/96) | 382.6 | 386.5 | 387.4 | 466.1 | 430.0 |
| Total Senior Debt | 1,892.1 | 2,643.4 | 4,335.0 | 11,821.7 | 11,754.7 |
| **Total Debt** | | | | | |
| 2% PHONES debt retired to TW stock | 594.9 | 590.7 | 573.0 | 900.0 | 900.0 |
| Total Equity | 6,836.8 | 6,725.6 | 4,319.6 | 2,429.5 | 431.5 |
| Total Capitalization | 9,313.9 | 9,876.6 | 9,227.6 | 15,151.3 | 13,086.2 |
| **Credit Statistics** | | | | | |
| Adj. EBITDA / Interest Expense | 10.20x | 9.35x | 5.15x | 1.47x | 1.57x |
| (Adj. EBITDA – Capex) / Int. Exp. | 8.78x | 8.02x | 4.36x | 1.29x | 1.39x |
| 1st Priority Guaranteed Debt / Adj EBITDA | 0.00x | 0.00x | 1.06x | 4.51x | 4.30x |
| Guranteed Debt / Adj EBITDA | 0.00x | 0.00x | 1.06x | 7.16x | 6.85x |
| Senior Debt / Adj EBITDA | 1.21x | 1.80x | 3.07x | 8.24x | 7.65x |
| Total Debt / Capitalization | 26.59% | 31.92% | 53.19% | 83.98% | 96.70% |

## Comments

- In 2006, Tribune borrowed $1.6B under its bridge credit facility and $1.5B under its five-year credit agreement in 2006, but the Company repaid $290MM on the bridge credit facility and $319MM of long-term debt in 2006. As a result, the Company's total debt level increased from $3.2bB at 12/05 to $5.0bB at 12/06, increasing total leverage from 2.28x to 3.55x, respectively. Accordingly, interest coverage also deteriorated from 9.35x at 12/05 to 5.15x at 12/06.

- Pro forma for the proposed transaction (both Step 1 and 2) at 12/07, Tribune's total leverage will go up to 8.8x (or first priority guaranteed "bank" leverage from 1.1x to 4.5x), while interest coverage further deteriorates to 4.5x.

JPM_00169896

Highly Confidential – Attorney's Eyes Only

# Financial Analysis — Existing Capital Structure Snapshot

FINANCIAL ANALYSIS

**Financial Analysis**

($ 000s, except as indicated)

| Debt Type | Maturity | Rating | Principal Outstanding | Reported Balance | Rating Agencies' View of PHONES Debt | Price($) | YTM (%) |
|---|---|---|---|---|---|---|---|
| $1.5bn Senior Credit Facility (effective int. rate of 6.125%)[1] | 2011 | BB+ | 1,500,000[4] | 1,500,000[4] | | | |
| $2.15bn Senior Bridge Facility (effective interest rate of 6.118%) | 2007 | BB+ | 1,600,000[2] | 1,600,000[2] | | | |
| Commercial Paper (Wtd average interest rate of 5.15) | | BB+ | 97,019 | 97,019 | | | |
| Medium term notes (weighted average interest rate of 6.26) | 2005-2008 | BB+ | 262,585 | 262,585 | | | |
| Property financing obligation (effective interest rate of 7.7%) | 2009 | BB+ | 60,333 | 60,333 | | | |
| 4.875% notes due 2010 | 8/15/2010 | BB+ | 450,000 | 449,397 | | 95.13 | 6.35 |
| 7.25% debentures due 2013 | 3/1/2013 | BB+ | 82,083 | 79,861 | | 100.00 | 7.25 |
| 5.25% notes due 2015 | 8/15/2015 | BB+ | 330,000 | 328,599 | | 86.31 | 7.39 |
| 7.5% debentures due 2023 | 7/1/2023 | BB+ | 98,750 | 94,722 | | 99.00 | 7.61 |
| 6.61% debentures due 2027 | 9/15/2027 | BB+ | 84,960 | 82,733 | | 85.55 | 8.05 |
| 7.25% debentures due 2096 | 11/15/2096 | BB+ | 148,000 | 129,837 | | 107.04 | 6.77 |
| Interest rate swaps | | | 21,079 | 21,079 | | | |
| Other notes and obligations | Various | N/A | 17,596 | 17,596 | | | |
| 2% PHONES debt related to Time Warner Stock | 2029 | BB- | 1,253,000[6] | 551,200[6] | 900,000[6] | | |

Note: Data as of 11/11/2006, unless specified otherwise
Source: 10Q or 9/24/2006, Bloomberg
[1] Includes $750 million carve-out to refinance MTNs maturing 11/11/06, $750 million revolving credit facility
[2] Proceeds were used to buy back stock, refinance outstandings under the old Credit Facility and repay commercial paper outstandings
[3] Based on 8.0 million PHONES valued at $155.70 per PHONES
[4] Market value of PHONES on 09/24/06 was $516.4mm
[5] Cash balance of $326mm as of 9/24/06 plus net proceeds from sale of real estate assets, company plane, Brassring shares and increased stake in Topix.net
[6] Debt that could stay in place post LBO

JPMorgan 🅙

TRIBUNE COMPANY    47

Highly Confidential - Attorneys' Eyes Only

JPM_00169857

# Financial Analysis — Balance Sheet

**Balance Sheet and Ratios ($ millions)**

**JPMorgan**

FINANCIAL ANALYSIS

## Selected Balance Sheet Items

| Accounts receivable | 850.2 | 798.4 | 765.9 |
|---|---|---|---|
| Inventories | 49.8 | 44.1 | 41.0 |
| Prepaid expenses and other | 51.1 | 52.5 | 52.5 |
| Net PP&E | 1,782.4 | 1,731.9 | 1,685.1 |
| Broadcast rights | 651.8 | 616.0 | 295.2 |
| Time Warner stock related to PHONES debt | 306.2 | 282.9 | 348.5 |
| Other investments | 559.3 | 632.7 | 564.8 |

(1) Stated at the lower of cost or estimated net realizable value. The Company maintains an allowance for programming inventory that is not expected to be aired by the end of the contract period. This allowance for excess programming inventory is based on a program-by-program review of the Company's five-year broadcast plans and historical write-off trends. The total reserve balance at FYE4 was $35.0mm. Actual write-offs in 2004 was $10.0mm. Future write-offs can vary based on changes in consumer viewing trends and the availability and costs of other programming.

## Comments

■ The bulk of the Company's tangible assets are in accounts receivable and net PP&E.

■ Broadcast rights consist principally of rights to broadcast syndicated programs, sports and feature films(1). The total cost of these rights is recorded as an asset and a liability when the program becomes available for broadcast. Syndicated program rights that have limited showings are generally amortized using an accelerated method as programs are aired. Sports and feature film rights are amortized using the straight-line method. The current portion of broadcast rights represents those rights available for broadcast that are expected to be amortized in the succeeding year.

Project Tower - Credit Analysis 3-3-50 v40

TRIBUNE COMPANY    46

Highly Confidential - Attorneys' Eyes Only

JPM 00169558

# Financial Analysis — Liquidity and Debt Maturities



FINANCIAL ANALYSIS

JPMorgan

## Liquidity ($ millions)

| Liquidity | 2007E | 2008E | 2009E | 2010E | 2011E |
|---|---|---|---|---|---|
| Cash & Cash Equivalents | 126.4 | 151.1 | 174.7 | 175.0 | 175.0 |
| R/C Availability | 1,000.0 | 1,200.0 | 750.0 | 750.0 | 750.0 |
| Total Liquidity | 1,126.4 | 1,351.1 | 924.7 | 925.0 | 925.0 |

## Debt Maturity Profile ($ millions)

- 2007E: $73
- 2008E: $390
- 2009E: $94
- 2010E: $544
- 2011E: $94
- 2012E: $94
- 2013E: $179
- 2014E: $10,940
- 2015E: $359
- 2016E+: $1,609

Legend: New Bank Debt   New Senior Notes   Rolled Debt   PHONES

Note: Debt maturities shown pro forma for the ESOP transaction. 2007 excludes debt refinanced in Step 1.

## Comments

- Tribune has been able to keep healthy liquidity at $1B level. Prior to the proposed transaction, the Company would have been able to meet debt obligations, as well as working capital requirements.

- Pro forma for the proposed transaction, however, Tribune's debt level will significantly increase, with most of the new bank debt maturing in 2014. While we expect the Company will fund debt maturities with more note issuance in 2014, we are comforted by the fact the R/C matures a year prior to the T/L's.

Project Tower - Credit analysis 3.2-05 v10

TRIBUNE COMPANY   49

Highly Confidential — Attorneys' Eyes Only

JPM_00169559

# Financial Analysis — Liquidity and Debt Maturities (cont'd)

## FINANCIAL ANALYSIS



Total Debt

De-leveraging Over Time ($ millions)

ESOP LBO

■ New Bank Debt   ■ New Senior Notes   ■ Rolled Debt   ■ PHONES

| | Q1'07 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|
| Total Debt | $9,495 / $1,521 | $12,731 / $1,507 | $12,544 / $1,211 | $12,120 / $1,212 | $11,630 / $763 | $11,060 / $764 |
| 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 4.9x | 5.7x | 5.4x | 5.0x | 4.8x | 4.4x |
| Total Debt / LTM PF Adj EBITDA | 6.6x | 6.9x | 8.1x | 7.6x | 7.1x | 6.6x |
| Total Adj Debt / LTM PF Adj EBITDA | 5.9x | 8.1x | 7.4x | 7.0x | 6.4x | 6.0x |
| PF Adj EBITDA / PF Cash Interest Exp | 2.1x | 1.6x | 1.7x | 1.8x | 1.8x | 1.9x |

JPMorgan

Project Tower - Credit Analysis 5-25-07 v10

TRIBUNE COMPANY

50

Highly Confidential – Attorneys' Eyes Only

JPM_00169560

# Financial Analysis – Commitments and Contingencies

JPMorgan



**Contracts payable for broadcast rights ($ millions)**

2007, 2008, 2009, 2010, 2011, Thereafter

**Minimum payments under non-cancelable operating leases**

2007, 2008, 2009, 2010, 2011, Thereafter

**Comments**

Contracts for broadcast rights: Contracts payable for broadcast rights are classified as current or long-term liabilities in accordance with the payment terms of the contracts. Required payments under contractual agreements for broadcast rights as of FYE 2006 are shown in the adjacent chart.

**Comments**

Minimum lease payments: The Company leases certain equipment and office and production space under various operating leases. The adjacent chart shows the future minimum lease payments to be made under non-cancelable operating leases at FYE 2006.

Highly Confidential - Attorneys' Eyes Only

JPM_00169561

# Financial Analysis — Commitments and Contingencies (cont'd)

FINANCIAL ANALYSIS

**JPMorgan**

## Expected Future Benefit Payments ($ millions)

| | | | | |
|---|---|---|---|---|
| Projected Benefit Obligation | $1,599.1 | $140.5 | $1,546.9 | $139.8 |
| Fair Value of Asset Plans | 1,598.4 | 0.0 | 1,764.5 | 0.0 |
| Funded Status | (50.7) | (140.5) | $217.6 | ($139.8) |
| | ($141.2) | | $77.7 | |

### Comments

Pensions: Tribune maintains a funded pension plan. As of FYE 2005, the plan was over-funded by $77.7MM.

The Company also maintains other postretirement benefits other than pensions, however, these are not funded plans.

## Other commitments

The Company had commitments totaling $192.9MM at FYE 2006 related to the purchase of inventory, PP&E and talent contracts. In addition, Tribune has a commitments totaling $63MM at Dec. 31, 2006 related to the purchase of inventory and property, plant and equipment. In addition, under its current agreement with Abitibi Consolidated Inc., the Company has a commitment to purchase 369,000 metric tons of newsprint each year over the next three years, subject to certain limitations, at prevailing market prices at the time of purchase

Highly Confidential – Attorneys' Eyes Only

JPM_0016956

# Financial Analysis — Commitments and Contingencies (cont'd)

FINANCIAL ANALYSIS

**Tax liabilities from the Matthew Bender and Mosby transaction**

During 1998, Times Mirror, which was acquired by the Company in 2000, disposed of its Matthew Bender and Mosby subsidiaries in separate transactions, which were structured to qualify as tax-free reorganizations under the Internal Revenue Code. The Company believes these transactions were completed on a tax-free basis. However, the Internal Revenue Service ("IRS") audited the transactions and disagreed with the position taken by Times Mirror. In the fourth quarter of 2001, the Company received an IRS adjustment to increase Times Mirror's 1998 taxable income by approximately $1.6 billion. The Company filed a petition in the United States Tax Court in November 2002 to contest the IRS position, and in December 2004, the Company presented its position in Tax Court.

On Sept. 27, 2005, the Tax Court issued an opinion contrary to the Company's position and determined that the Matthew Bender transaction was a taxable sale. In January 2006, the Tax Court extended its opinion in the Matthew Bender case to the Mosby transaction given the similarity of the two transactions. Taxes and related interest for both the Matthew Bender and Mosby transactions totaled approximately $1 billion. Over time, deductions for state taxes and interest are expected to reduce the net cash outlay to approximately $840 million.

The Company has appealed the Tax Court ruling to the United States Court of Appeals for the Seventh Circuit. The Company does not expect a ruling before the second half of 2007. The Company cannot predict with certainty the outcome of this appeal.

Times Mirror established a tax reserve of $180 million in 1998 when it entered into the transactions. The reserve represented Times Mirror's best estimate of the amount the expected IRS and state income tax claims could be settled for based upon an analysis of the facts and circumstances surrounding the issue. In accordance with Emerging Issues Task Force ("EITF ") Issue No. 93-7, "Uncertainties Related to Income Taxes in a Purchase Business Combination," the Company treated this item as an uncertain tax position at the time of the Times Mirror acquisition in 2000 and concluded that the estimate determined by Times Mirror was the most appropriate estimate of the exposure. The Company maintained this initial reserve, plus interest, and evaluated the adequacy of the reserve on a periodic basis. At Dec. 26, 2004, the reserve, including pretax interest of $66 million, totaled $246 million ($221 million after considering the tax benefit of the interest).

In 2005, prior to the Tax Court ruling, the Company recorded additional after-tax interest of $7 million on the reserve. As a result of the Tax Court ruling, the Company increased its tax reserve by an additional $609 million in the third quarter of 2005 by recording additional income tax expense of $150 million, representing additional after-tax interest applicable to the post-acquisition period, and goodwill of $459 million. In accordance with EITF No. 93-7, the Company adjusted goodwill because the tax contingencies existed at the time of the Times Mirror acquisition. On Sept. 30, 2005, the Company paid $880 million to the IRS, representing the federal taxes and interest owed on the transactions, and financed the payment through the issuance of commercial paper. On Feb. 10, 2006, the Company made a California state tax and interest payment of approximately $86 million ($55 million after considering the federal tax benefit of the state taxes and interest). The Company expects to make the remaining state tax and interest payments during 2007 and 2008.

JPMorgan

Project Tower – Draft Analysis 3/26/06 v.41

Highly Confidential – Attorneys' Eyes Only

JPM_00169563

# Projections – Management Base Case

**FINANCIAL ANALYSIS**

**JPMorgan**

Publishing revenue
% growth
B&E revenue
% growth
Total revenue
% growth

Publishing OCF
% Publishing margin
B&E OCF
% BE margin
Corporate OCF
Total OCF
% margin

Savings from 400/4 etc.
Public company savings / Other
Total ESOP/S-Corp savings

Publishing D&A
% of Publishing revenue
B&E D&A
% of BE revenue
Corporate D&A
% of total revenue
Total D&A
% of revenue

Publishing cash equity income
B&E cash equity income
Total cash equity income
% of revenue

Acquisitions

Change in working capital
Other
Total Change in WC / Other

Publishing capital expenditures
% of Publishing revenue
BE capital expenditures
% of BE revenue
Corporate capital expenditures
% of total revenue
Total capital expenditures
% of revenue

ESOP repurchase obligation

OCF
ESOP/S-Corp savings
Cash equity income

**TRIBUNE COMPANY**

54

Highly Confidential – Attorneys' Eyes Only

JPM_00169564

# Projections — Base Case — Step 2

### FINANCIAL ANALYSIS

**JPMorgan**

**Base Case - Projections**

**Financial Summary**

| | 2006 | 2007 | PF 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | | | | | | | |
| EBITDA | | | | | | | | | | | | | |

**Cash Flow Reconciliation**

| Key Assumptions | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Highly Confidential - Attorneys' Eyes Only

JPM_00169565

# Projections — Base Case — Step 2 (cont'd)

FINANCIAL ANALYSIS

JPMorgan

## Base Case - Projections

**Debt Balances**

**Ratio Summary**

Highly Confidential – Attorneys' Eyes Only

JPM_0016956566

# Projections — Downside Case — Assumptions

FINANCIAL ANALYSIS

**JPMorgan**

## Projections - Downside Case Assumptions

| ASSUMPTIONS: | 2005 | 2006 | 2007F | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue Growth | | | | | | | | | | | | | | |
| Base Case | (0.3%) | (1.4%) | (4.5%) | 1.3% | 0.6% | 1.3% | 1.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | |
| Adj. EBITDA Margin | | | | | | | | | | | | | | |
| Base Case | 26.8% | 26.0% | 27.8% | 24.3% | 26.7% | 27.3% | 31.6% | 31.0% | 32.7% | | | | | |
| Cash Available for Debt Service ($ millions) | | | | | | | | | | | | | | |
| Base Case | | | | | | | | | | | | | | |
| Cash Equity Income ($ million) | | | | | | | | | | | | | | |
| Base Case | 76.3 | 77.4 | 60.4 | 99.2 | 108.1 | 167 | 173.1 | 202.2 | 233.3 | 254.4 | 229.2 | 305.8 | 138.6 | 2,559.7 |
| % Change | | (6.4%) | (22%) | 65% | 18.4% | 21.3% | 18.5% | 21.6% | 16.0% | 16.0% | 10.0% | 10.0% | 10.0% | |

■ **Revenue:**

§ In 2008, we assumed recession in the general economy, which slows down overall revenue growth in the Company.

· We assume Publishing, which follows the general level of economic activity, declines 3% in line with our assumption of a recession, as well as continued development in alternative media (i.e., internet-based publishing such as blogs and online news sites). We believe a 3% decline is conservative given that during the '00-'02 market downturn revenue continued to grow. Broadcasting increases by 0.5% as the economic downturn is offset by strong political spending in the presidential election year. Weighted average of the publishing and broadcasting growth results in the decline of 2.2% on a consolidated basis.

· In 2009, we assumed the economy continues to be weak, but starts to recover mid-year. Such recovery is, however, offset by lack of political spending activities, resulting in the decline of 1% on a consolidated basis, as the decline in political broadcasting revenue is offset by a recovery in Publishing. We also assumed the general economic activity improves from that point on with the company benefitting from a bounce back effect in 2011, moderated by some continued shift to new media. Out-year growth is in line with base case at 0.5%.

■ **EBITDA Margins:**

▼ The Company expects to execute $150MM of cost saves in 2007 and $50MM in 2008. Since the '07 cost saves are specific and scheduled, we give credit for these in our downside case. The '08 cost saves are not specific, so our downside case does not give credit for these.

■ In addition, we assume margins decline by approx. 1% in '08 as a result of the recession, but the Company adjusts margins in '09 to be consistent with base case except for the $50MM of '08 cost saves described above.

■ Starting 2009 and throughout the projected period, we reduced growth of cash equity income by a third (33.3%).

Project Tower - Credit Analysis 552-09*HD

TRIBUNE COMPANY

57

Highly Confidential - Attorneys' Eyes Only

JPM_00169567

# Projections — Downside Case — Step 2

FINANCIAL ANALYSIS

**JPMorgan**

## Downside Case - Projections

### Financial Summary

### Cash Flow Reconciliation

Highly Confidential – Attorneys' Eyes Only

JPM_00169568

# Projections — Downside Case — Step 2 (cont'd)

FINANCIAL ANALYSIS

JPMorgan

## Downside Case – Projections

JPM_00169569

Highly Confidential ~ Attorneys' Eyes Only

# DCF Valuation — Valuation Related Data

FINANCIAL ANALYSIS

JPMorgan

| Valuation Related Data | |
|---|---|
| **Valuation Statistics** | |
| Market Capitalization ((Share price) x (# of outstanding shares)) | $7,868.9 |
| Market Capitalization/Book Capitalization (1) | 3.24x |
| Enterprise Value (Market Capitalization + Total Debt) | $12,699.4 |
| Enterprise Value/ EBITDA (2) | 8.85x |
| **Assumptions** | |
| Perpetuity Growth Rate | 0.0% |
| Tax Rate | 35.0% |
| WACC | 8.0% |

(1) Market Capitalization as of 4/4/07; Book Capitalization as of 12/31/06
(2) EBITDA as of FYE 12/31/06

TRIBUNE COMPANY    60

Highly Confidential – Attorneys' Eyes Only

JPM_00169570

# DCF Valuation — Base Case — Step 1

## FINANCIAL ANALYSIS

### Discounted Cash Flow Analysis - Perpetuity Growth Method

DCF VALUATION (Valuation date as of April 05, 2007)

| $ millions, except per share data | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|

*(Projected fiscal years ended December 31)*

**Perpetuity Growth Method**

| Discount Rate | | PV of Terminal Value at perpetuity growth rate of: | | | | Firm Value | | | | TEV as multiple of 2007E EBITDA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Discounted Cash Flow (2007-2016) | 0.00% | 0.50% | 1.00% | 0.00% | 0.50% | 1.00% | 0.00% | 0.50% | 1.00% | | |

| Discount Rate | Net Debt 2007 | Total Equity Value | | | Implied Equity Value / Share | | | Total Equity Value / Share | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00% | 0.50% | 1.00% | 0.00% | 0.50% | 1.00% | 0.00% | 0.50% | 1.00% |

Valuation date as of April 05, 2007

Highly Confidential - Attorneys' Eyes Only

Project Tower - Credit Analysis 5-25-07 v18

# DCF Valuation — Base Case — Step 1 (cont'd)

## Discounted Cash Flow Analysis - EBITDA Multiple Method

DCF VALUATION (Valuation date as of April 05, 2007)

| ($ millions, except per share data) | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Projected for Years Ending December 31: | | | | | | | | | | |
| EBITDA | $1,354.0 | $1,460.0 | $1,507.0 | $1,564.0 | $1,588.0 | $1,631.0 | $1,658.0 | $1,666.6 | $1,675.2 | $1,683.8 | $1,692.5 |
| Less: Depreciation & Amortization | 239.7 | 237.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 |
| EBIT | $1,593.7 | $1,697.8 | $1,748.8 | $1,805.8 | $1,829.8 | $1,872.8 | $1,899.8 | $1,908.3 | $1,916.9 | $1,925.6 | $1,934.3 |
| Less: Taxes (at the marginal Tax rate) | (557.8) | (594.2) | (612.1) | (632.0) | (640.4) | (655.5) | (664.9) | (667.9) | (670.9) | (674.0) | (677.0) |
| Tax-Effected EBIT | $1,035.9 | $1,103.5 | $1,136.7 | $1,173.7 | $1,189.3 | $1,217.3 | $1,234.8 | $1,240.4 | $1,246.0 | $1,251.6 | $1,257.3 |
| Plus: Depreciation & Amortization | (239.7) | (237.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) |
| Less: Capital Expenditures | (174.0) | (172.0) | (128.0) | (128.0) | (128.0) | (129.0) | (129.0) | (131.8) | (134.5) | (137.2) | (139.9) |
| +/-: Changes in net working capital | (1.0) | (38.0) | (27.0) | (27.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) |
| UNLEVERED FREE CASH FLOW | $621.2 | $655.8 | $739.9 | $777.0 | $791.6 | $818.5 | $836.1 | $838.8 | $841.8 | $844.7 | $847.6 |
| Less: FCF prior to April 05, 2007 | 163.9 | | | | | | | | | | |
| ADJ. UNLEVERED FREE CASH FLOW FOR DISCOUNTING | $457.2 | $655.8 | $739.9 | $777.0 | $791.6 | $818.5 | $836.1 | $838.8 | $841.8 | $844.7 | $847.6 |

**EBITDA Multiple Method** — Valuation date as of April 05, 2007

| | A | + B | | | = C | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Discounted Cash Flows | PV of Terminal Value as a Multiple of 2016 EBITDA | | | Firm Value | | | TEV as multiple of 2007E EBITDA | | |
| Discount Rate | (2007-2016) | 7.0x | 8.0x | 9.0x | 7.0x | 8.0x | 9.0x | 7.0x | 8.0x | 9.0x |
| 7.50% | $5,359.2 | $5,829.1 | $6,661.8 | $7,494.5 | $11,188.2 | $12,021.0 | $12,853.7 | 8.3x | 8.9x | 9.5x |
| 7.75% | 5,302.8 | 5,698.7 | 6,512.8 | 7,326.9 | 11,001.5 | 11,815.6 | 12,629.7 | 8.1 | 8.7 | 9.3 |
| 8.00% | 5,247.4 | 5,571.6 | 6,367.5 | 7,163.4 | 10,818.9 | 11,614.9 | 12,410.8 | 8.0 | 8.6 | 9.2 |
| 8.25% | 5,192.8 | 5,447.5 | 6,225.8 | 7,004.0 | 10,640.4 | 11,418.6 | 12,196.8 | 7.9 | 8.4 | 9.0 |
| 8.50% | 5,139.2 | 5,326.6 | 6,087.5 | 6,848.4 | 10,465.8 | 11,226.7 | 11,987.6 | 7.7 | 8.3 | 8.9 |

| | D | = E | | | F | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Net Debt | Total Equity Value | | | Implied perpetuity growth | | | Total Equity Value / share | | |
| Discount Rate | 2007 | 7.0x | 8.0x | 9.0x | 7.0x | 8.0x | 9.0x | 7.0x | 8.0x | 9.0x |
| 7.50% | ($8,691.7) | $19,880.0 | $20,712.7 | $21,545.4 | 0.1% | 0.9% | 1.6% | $397.60 | $414.25 | $430.91 |
| 7.75% | (8,691.7) | 19,693.3 | 20,507.4 | 21,321.5 | 0.3% | 1.2% | 1.9% | $393.87 | $410.15 | $426.43 |
| 8.00% | (8,691.7) | 19,510.7 | 20,306.6 | 21,102.5 | 0.5% | 1.4% | 2.1% | $390.21 | $406.13 | $422.05 |
| 8.25% | (8,691.7) | 19,332.1 | 20,110.3 | 20,888.6 | 0.7% | 1.6% | 2.3% | $386.64 | $402.21 | $417.77 |
| 8.50% | (8,691.7) | 19,157.5 | 19,918.4 | 20,679.4 | 1.0% | 1.8% | 2.5% | $383.15 | $398.37 | $413.59 |

Highly Confidential - Attorneys' Eyes Only

# DCF Valuation — Base Case — Step 2

## Discounted Cash Flow Analysis - Perpetuity Growth Method

DCF VALUATION (Valuation date as of April 05, 2007)

| ($ millions, except per share data) | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | *Projected for Years Ending December 31:* | | | | | | | | |
| EBITDA | $1,414.0 | $1,540.0 | $1,587.0 | $1,644.0 | $1,668.0 | $1,711.0 | $1,738.0 | $1,746.6 | $1,755.2 | $1,763.8 | $1,772.5 |
| Less: Depreciation & Amortization | 239.7 | 237.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 |
| EBIT | $1,673.7 | $1,777.8 | $1,828.8 | $1,885.8 | $1,909.8 | $1,952.8 | $1,979.8 | $1,988.3 | $1,996.9 | $2,005.6 | $2,014.3 |
| Less: Taxes (at the marginal Tax rate) | (585.8) | (622.2) | (640.1) | (660.0) | (668.4) | (683.5) | (692.9) | (695.9) | (698.9) | (702.0) | (705.0) |
| Tax-Effected EBIT | $1,087.9 | $1,155.5 | $1,188.7 | $1,225.7 | $1,241.3 | $1,269.3 | $1,286.8 | $1,292.4 | $1,298.0 | $1,303.6 | $1,309.3 |
| Plus: Depreciation & Amortization | (239.7) | (237.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) |
| Less: Capital Expenditures | (174.0) | (172.0) | (128.0) | (128.0) | (128.0) | (129.0) | (129.0) | (131.8) | (134.5) | (137.2) | (139.9) |
| +/-: Changes in net working capital | (1.0) | (38.0) | (27.0) | (27.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) |
| UNLEVERED FREE CASH FLOW | $673.2 | $707.8 | $791.9 | $829.0 | $843.6 | $870.5 | $888.1 | $890.8 | $893.8 | $896.7 | $899.6 |
| Less: FCF prior to April 05, 2007 | 177.6 | | | | | | | | | | |
| ADJ. UNLEVERED FREE CASH FLOW FOR DISCOUNTING | $495.5 | $707.8 | $791.9 | $829.0 | $843.6 | $870.5 | $888.1 | $890.8 | $893.8 | $896.7 | $899.6 |

**Perpetuity Growth Method** — Valuation date as of April 05, 2007

| | A | + | B | | | = | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Discounted Cash Flows | | PV of Terminal Value at perpetuity growth rate of: | | | | Firm Value | | | TEV as multiple of 2007E EBITDA | | |
| Discount Rate | (2007-2016) | | 0.00% | 0.50% | 1.00% | | 0.00% | 0.50% | 1.00% | 0.00% | 0.50% | 1.00% |
| 7.50% | $5,722.5 | | $6,130.4 | $6,601.1 | $7,144.3 | | $11,853.0 | $12,323.7 | $12,866.8 | 8.3x | 8.6x | 9.0x |
| 7.75% | 5,662.6 | | 5,806.7 | 6,238.2 | 6,733.7 | | 11,469.3 | 11,900.8 | 12,396.2 | 8.0 | 8.3 | 8.6 |
| 8.00% | 5,603.6 | | 5,506.1 | 5,902.6 | 6,355.7 | | 11,109.7 | 11,506.1 | 11,959.2 | 7.7 | 8.0 | 8.3 |
| 8.25% | 5,545.5 | | 5,226.5 | 5,591.5 | 6,006.8 | | 10,772.0 | 11,137.0 | 11,552.4 | 7.5 | 7.8 | 8.1 |
| 8.50% | 5,488.5 | | 4,965.8 | 5,302.6 | 5,684.2 | | 10,454.3 | 10,791.0 | 11,172.7 | 7.3 | 7.5 | 7.8 |

| | D | = | E | | | | F | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Net Debt | | Total Equity Value | | | | Implied exit multiple | | | Total Equity Value / share | | |
| Discount Rate | 2007 | | 0.00% | 0.50% | 1.00% | | 0.00% | 0.50% | 1.00% | 0.00% | 0.50% | 1.00% |
| 7.50% | ($12,896.7) | | $24,749.7 | $25,220.4 | $25,763.6 | | 7.0x | 7.6x | 8.2x | $494.99 | $504.41 | $515.27 |
| 7.75% | (12,896.7) | | 24,366.0 | 24,797.5 | 25,293.0 | | 6.8 | 7.3 | 7.9 | 487.32 | 495.95 | 505.86 |
| 8.00% | (12,896.7) | | 24,006.4 | 24,402.9 | 24,856.0 | | 6.6 | 7.1 | 7.6 | 480.13 | 488.06 | 497.12 |
| 8.25% | (12,896.7) | | 23,668.7 | 24,033.8 | 24,449.1 | | 6.4 | 6.9 | 7.4 | 473.37 | 480.68 | 488.98 |
| 8.50% | (12,896.7) | | 23,351.0 | 23,687.8 | 24,069.4 | | 6.2 | 6.7 | 7.1 | 467.02 | 473.76 | 481.39 |

Highly Confidential - Attorneys' Eyes Only

JPM_00169573

# DCF Valuation — Base Case — Step 2 (cont'd)

## FINANCIAL ANALYSIS

### Discounted Cash Flow Analysis – EBITDA Multiple Method



**EBITDA Multiple Method**

JPM 00169574

Highly Confidential – Attorneys' Eyes Only

FINANCIAL ANALYSIS

**JPMorgan**

# Preliminary DCF Analysis of Major Newspapers
*Major newspapers include: Chicago Tribune, Los Angeles Times and New York Newsday*

## Projected cash flows ($ millions)

| FYE 12/31 | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | Terminal Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $2,449 | $2,453 | $2,462 | $2,481 | $2,507 | $2,542 | $2,583 | $2,631 | $2,681 | $2,733 | $2,733 |
| % growth | (0.8%) | 0.2% | 0.4% | 0.8% | 1.1% | 1.4% | 1.6% | 1.8% | 1.9% | 1.9% | 0.0% |
| EBITDA | $522 | $526 | $530 | $541 | $555 | $565 | $575 | $588 | $603 | $619 | $619 |
| % margin | 21.3% | 21.5% | 21.5% | 21.8% | 22.1% | 22.2% | 22.3% | 22.4% | 22.5% | 22.7% | 22.7% |
| Less: D&A | (110) | (109) | (109) | (109) | (109) | (109) | (109) | (109) | (109) | (109) | (109) |
| EBIT | $412 | $417 | $421 | $431 | $446 | $456 | $466 | $479 | $494 | $510 | $510 |
| Less: cash taxes[1] | (165) | (167) | (168) | (173) | (178) | (182) | (186) | (192) | (198) | (204) | (204) |
| Plus: D&A | 110 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 |
| Less: Capex | (93) | (86) | (60) | (60) | (60) | (61) | (63) | (64) | (65) | (66) | (66) |
| Less: Acquisitions and Investments | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) |
| Plus: Change in NWI | (1) | (9) | (1) | 0 | 0 | (1) | (2) | (2) | (2) | (2) | (2) |
| Free Cash Flow | *(redacted)* | | | | | | | | | | |
| Cumulative PV of Free Cash Flow | *(redacted)* | | | | | | | | | | |

| WACC | PV of DCF (2007-2016) | | PV of TV at perpetuity growth rate of | | | | Firm value | | | | Firm value / 2007E EBITDA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.00% | 0.50% | 1.00% | | 0.00% | 0.50% | 1.00% | | 0.00% | 0.50% | 1.00% |
| 7.4% | $1,991 | + | 2,293 | 2,472 | 2,679 | = | $4,283 | $4,463 | $4,670 | | 8.2x | 8.5x | 8.9x |
| 7.9% | 1,946 | | 2,054 | 2,205 | 2,377 | | 4,001 | 4,151 | 4,323 | | 7.7 | 7.9 | 8.3 |
| 8.4% | 1,904 | | 1,849 | 1,976 | 2,120 | | 3,752 | 3,880 | 4,024 | | 7.2 | 7.4 | 7.7 |

Source: Sponsor model
Note: Valuation date as of 12/31/06, mid-year convention used for discounting
[1] Assumes 40% tax rate

Highly Confidential - Attorneys' Eyes Only

JPM_00169576

FINANCIAL ANALYSIS

JPMorgan

# Preliminary DCF Analysis of Other Publishing

*Other publishing assets include (amongst others): Baltimore Sun, Orlando Sentinel, South Florida Sun-Sentinel*

**Projected cash flows ($ millions)**

| FYE 12/31 | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | Terminal Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $1,535 | $1,538 | $1,543 | $1,555 | $1,571 | $1,593 | $1,619 | $1,649 | $1,680 | $1,713 | $1,713 |
| % growth | (1.4%) | 0.2% | 0.4% | 0.8% | 1.1% | 1.4% | 1.6% | 1.8% | 1.9% | 1.9% | 0.0% |
| EBITDA | $380 | $385 | $388 | $396 | $407 | $414 | $421 | $431 | $441 | $453 | $453 |
| % margin | 24.8% | 25.1% | 25.1% | 25.5% | 25.9% | 26.0% | 26.0% | 26.1% | 26.3% | 26.4% | 26.4% |
| Less: D&A | (82) | (82) | (86) | (86) | (86) | (86) | (86) | (86) | (86) | (86) | (86) |
| EBIT | $298 | $304 | $302 | $310 | $321 | $329 | $336 | $345 | $356 | $367 | $367 |
| Less: cash taxes[1] | (119) | (121) | (121) | (124) | (129) | (131) | (134) | (138) | (142) | (147) | (147) |
| Plus: D&A | 82 | 82 | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 86 |
| Less: Capex | (81) | (69) | (45) | (45) | (45) | (45) | (45) | (48) | (49) | (50) | (50) |
| Less: Acquisitions and investments | (42) | (73) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Plus: Change in NWI | (0) | (7) | (1) | (1) | (2) | (1) | (1) | (1) | (1) | (1) | (2) |

| WACC | PV of DCF (2007-2016) |
|---|---|
| 6.9% | $1,481 |
| 7.4% | $1,447 |
| 7.9% | $1,415 |

|  | PV of TV at perpetuity growth rate of | | | |
|---|---|---|---|---|
|  | 0.00% | 0.25% | 0.50% | 1.00% |
|  | $1,827 | $2,045 | $2,230 | $3,711 |
|  | 1,663 | 1,814 | 1,966 | 3,413 |
|  | 1,508 | 1,618 | 1,745 | 3,159 |

|  | Firm value | | | |
|---|---|---|---|---|
|  | 0.00% | 0.25% | 0.50% | 1.00% |
|  | $3,368 | $3,130 | $3,526 | $3,711 |
|  | 3,130 | 3,261 | 3,033 | 3,413 |
|  | 2,923 | 3,033 | 3,159 | 3,159 |

|  | Firm value / 2007E EBITDA | | | |
|---|---|---|---|---|
|  | 0.00% | 0.25% | 0.50% | 1.00% |
|  | 8.9x | 9.3x | 9.8x | |
|  | 8.2 | 8.6 | 9.0 | |
|  | 7.7 | 8.0 | 8.3 | |

Sources: Sponsor model
Note: Valuation date as of 12/31/06, mid year convention used for discounting
[1] Assumes 40% tax rate

Project Tower - Cash Analysis 1-26-07 v3

JPM_00169576

Highly Confidential - Attorneys' Eyes Only

# Preliminary DCF Analysis of Broadcast and Entertainment

FINANCIAL ANALYSIS

JPMorgan

## Projected cash flows ($ millions)

| FYE 12/31 | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | Terminal Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $1,401 | $1,277 | $1,281 | $1,322 | $1,328 | $1,359 | $1,390 | $1,422 | $1,455 | $1,488 | $1,488 |
| % growth | (0.5%) | (8.8%) | 0.3% | 3.2% | 0.5% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% | 0.0% |
| EBITDA | $407 | $437 | $453 | $470 | $459 | $469 | $478 | $488 | $498 | $508 | $508 |
| % margin | 29.0% | 34.2% | 35.3% | 35.6% | 34.6% | 34.5% | 34.4% | 34.3% | 34.2% | 34.1% | 34.1% |
| Less: D&A | (47) | (46) | (47) | (47) | (47) | (47) | (47) | (47) | (47) | (47) | (47) |
| EBIT | $360 | $391 | $406 | $423 | $413 | $422 | $431 | $441 | $451 | $461 | $461 |
| Less: cash taxes* | (144) | (156) | (162) | (169) | (165) | (169) | (173) | (176) | (180) | (185) | (185) |
| Plus: D&A | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 |
| Less: Capex | (26) | (23) | (21) | (19) | (19) | (20) | (20) | (20) | (21) | (21) | (21) |
| Plus: Change in NWI | (0) | (8) | (1) | (1) | (1) | (1) | (1) | (2) | (2) | (2) | (2) |

| WACC | PV of DCF (2007-2016) |
|---|---|
| 6.9% | $1,988 |
| 7.4% | $1,946 |
| 7.9% | $1,905 |

| PV of TV at perpetuity growth rate of | | |
|---|---|---|
| 0.00% | 0.50% | 1.00% |
| $2,321 | $2,516 | $2,743 |
| 2,070 | 2,232 | 2,419 |
| 1,855 | 1,991 | 2,146 |

| Firm value | | |
|---|---|---|
| 0.00% | 0.50% | 1.00% |
| $4,310 | $4,504 | $4,732 |
| 4,016 | 4,178 | 4,364 |
| 3,760 | 3,896 | 4,051 |

| Firm value / 2007E EBITDA | | |
|---|---|---|
| 0.00% | 0.50% | 1.00% |
| 10.6x | 11.1x | 11.6x |
| 9.9 | 10.3 | 10.7 |
| 9.2 | 9.6 | 10.0 |

Source: Sponsor model
Note: Valuation date as of 12/31/06, mid year convention used for discounting
* Assumes 40% tax rate

TRIBUNE COMPANY    67

JPM_00169677                                                                 Highly Confidential – Attorney's Eyes Only

FINANCIAL ANALYSIS

# Valuation of Tribune's Unconsolidated Investments – Public Market Value

$ millions

| Company | Tribune ownership stake | Valuation methodology | Metric | Estimated value |
|---|---|---|---|---|
| LAStar | 3.4mm shares | Market value | $2.55 share price | 9 |
| careerbuilder | 42.5% | Purchase price to HNI | NA | 659 |
| | | | $59mm | 10 |
| Ventures | 28.6% | 1x revenue | $59mm | 14 |
| comcast | | | | |
| Consumer Networks | 17.0% | NA | NA | NA |
| | | | | 50 |
| Legacy.com | 40.0% | Estimated | NA | 10 |
| topix.net | 33.5% | Purchase price to HNI | NA | 29 |
| | | Book Value adjusted for unwind | NA | 24 |
| TMCT II Portfolio | 5.0% | Book Value adjusted for unwind | NA | 45 |
| TimeWarner | 16.0mm shares | Market Value | $21.74 share price | 348 |
| Total | | | | $2,183 |

Source: Company filings and Wall Street research estimates
Note: Market data as of 7/20/2007
Shares underlying PHONES

JPMorgan

Highly Confidential – Attorneys' Eyes Only

JPM_00169578

# TRIBUNE COMPANY - CREDIT ANALYSIS

## Contents

| | Page |
|---|---|
| Client Overview | 1 |
| Business | 10 |
| Industry, Market Position and Strategy | 29 |
| Financial Analysis | 42 |
| Conclusion and Risk Grade | 69 |
| Appendix | 75 |

Highly Confidential – Attorneys' Eyes Only

JPM 00169879

# Conclusion and Risk Grade — Risks and Mitigants

## Risks and mitigants

**Risk:** Highly levered pro forma for the proposed transaction. Pro forma for the proposed transaction (both Step 1 and 2) at 12/07, Tribune's total leverage will go up to 8.8x (or first priority guaranteed ("Bank") leverage from 1.1x to 4.5x), while interest coverage further deteriorates to 4.55x.

**Mitigant:** While credit statistics deteriorate significantly by increasing total leverage for more than 5.0x, according to management base case projection Tribune's operating statistics remain relatively strong, generating cumulative free cash flow of $5.9B for the projected period of 2008 - 2017, which will de-lever rapidly when apply to the debt. The Company will also have ample liquidity with $175MM of cash and fully available $750MM R/C for most of the projected years. Given history of the Company's ability to de-lever, manage costs aggressively, decreasing capex needs, as well as a good track record of substantial free cash flow generation, the Company would be able to de-level to the before-pro forma level by end of the projected year. Moreover, our R/C matures a year prior to the T/L's, giving further comfort in the leveraged credit.

**Risk:** Cyclical advertising exposure. Approximately 80% of Tribune's revenues are exposed to the advertising cycle which is highly depended on the overall health of the economy.

**Mitigant:** Tribune owns TV/Newspaper duopolies in the top three markets in the U.S, New York, Los Angeles, and Chicago. The Company continues to improve efficiencies in these markets given relaxed cross ownership rules. It is also important to note that Tribune has been able to mitigate this risk through its commitment to cost control.

**Risk:** Secularity. Both its newspaper and television businesses face long term secular challenges that include declining readership and viewership and free cash flow margins.

**Mitigant:** Despite adverse operating conditions during the 2001 - 2003 time frame, the Company's operations continue to generate robust operating and free cash flow margins. Tribune owns a twenty six market television group, which include six VHF properties, including a VHF station in each of the top three metro markets. Its scale allows it to more efficiently invest in both original and syndicated programming.

**Risk:** Declining circulation. Daily and Sunday newspaper circulation has faced industry-wide decline due to other media platforms taking share of the audience interest from newspaper industry. More recently, the Company has experienced circulation declines in excess of the industry.

**Mitigant:** Circulation declines have resulted in negative circulation revenue growth over the last 3 years (3.0% in 2004, 7.4% in 2005 and 5.0%). However, the financial impact of these declines is somewhat mitigated by the fact that circulation revenues account for a small-although not insignificant-portion of total revenues (10.4% in 2005). In addition, despite the sharp decline in Tribune's circulation over the last 3 years and contraction in circulation revenue, Tribune continues to maintain flat-to-positive advertising revenue growth. Moreover, Tribune's equity investments in New Media enterprises provide a hedge to the secular decline in traditional media.

**U.S. circulation % change**

Legend: US Daily — US Sunday — TRB Daily — TRB Sunday

Years: 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006

Y-axis: 4.0%, 2.0%, 0.0%, -2.0%, -4.0%, -6.0%

Source: Newspaper Association of America

**JPMorgan**

TRIBUNE COMPANY    70

Highly Confidential – Attorneys' Eyes Only

JPM_00169580

# Conclusion and Risk Grade – Risks and Mitigants (cont'd)

## CONCLUSION AND RISK GRADE

### Risks and mitigants

**Risk:** Increasing newsprint prices. Newsprint prices have been volatile over the last 20 years, ranging from a low of $423/tonne in 1994 to a high of $758/tonne in '1995. Price of newsprint fell significantly in 2002 due to global economic slowdown, but started to recover in 2003, rising 8.2%. Prices have continued to increase at a steady rate of approximately 8.2% per year since 2002.

**Mitigant:** The Company generates significant cash flow and is expected to maintain adequate liquidity to meet its purchase obligations as well as required working capital requirements over the projected period.

**Risk:** Highly Competitive environment. The Company's newspapers compete with other media for advertising principally on the basis of their advertising rates and their performance in helping to sell the advertisers' products or services. Most of the Company's newspapers compete with other newspapers published in nearby cities and towns and with free distribution and paid advertising weeklies, as well as other print and non-print media.

**Mitigant:** Tribune is the second largest newspaper publishing company in the U.S based on average daily circulation of 2.8 million and publishing revenues of $4.0B for FYE 2006. Tribune also owns and operates 23 major-market television stations as of 12/06, which include six VHF properties, including a VHF station in each of the top three metro markets; its scale allows the Company to more efficiently invest in both original and syndicated programming. Furthermore, Tribune's unique multimedia television, newspaper, and interactive presence in the top three markets - NY, LA, and Chicago allows it to maintain its competitive stance.

### Average newsprint price per ton ($)

**Average Newsprint Prices**
**$/metric ton**



Source: JPM equity research

TRIBUNE COMPANY   74

JPMorgan

Highly Confidential - Attorneys' Eyes Only

JPM_00169981

# Conclusion and Risk Grade — Ratio Discussion

CONCLUSION AND RISK GRADE

**TMT Benchmarking - 3Q 2006**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debt/EBITDA (x) | less than 2.5 | 2.5-3.5 | 3.5-6.0 | greater than 6.0 | | | | | | | | |
| EBITDA/Interest (x) | greater than 6.0 | 4.0-6.0 | 2.0-4.0 | less than 2.0 | | | | | | | | |
| FCF/Debt (%) | >40% | 25%-40% | 10%-25% | less than 10% | | | | | | | | |

Redacted

JPMorgan ⬡  Note: Journal Register has been downgraded to 6+ and taken off the vulnerable list since 3Q06.

Project Tower: Credit Analysis 5-22-07 v10

Highly Confidential – Attorneys' Eyes Only

JPM_0016958Z

# Conclusion and Risk Grade — Obligor ratings conclusions

## CONCLUSION AND RISK GRADE

### Conclusion: Risk Grades



- As the second-largest U.S. newspaper group with leading metropolitan dailies in nine major-markets and an owner/operator of 23 major-market television stations, Tribune benefits from its market-leading position and diversification across businesses and markets and is clearly a first tier competitor. The Company has been experiencing poor operating performance, not only due to overall weakness in the general publishing industry, but also due to the challenging competitive market conditions affecting its newspaper and broadcasting operations.

- Having an aggressive financial policy, Tribune's credit statistics have deteriorated significantly over the last few quarters, resulting in downgrading the Company's OG from 3- to 4-. The three notch downgrade was appropriate given the increase in leverage (total leverage from 1.59x at 12/04 to 2.17x at 12/05) and deterioration in interest coverage (from 9.35x to 5.15x).

- Pro forma for the proposed financing to support the go-private transaction, Tribune will be highly leveraged and with total leverage increasing from 3.48x at 12/06 to 8.87x at 12/07 after Step 2 closing, and interest coverage decreasing from 3.38x to 1.47x, respectively. While the Company will suffer from heavy interest burden, reducing free cash flow generating capability, we believe that the Company should be able to de-lever to, given its track record of managing costs aggressively and generating substantial free cash flow.

- Step 1 will follow with Zell's initial investment with JPM underwriting $2.4B. Pro forma for Cubs sale and '07 free cash flow, leverage will be 6.3x. Upon closing of Step 1, Tribune will be downgraded to 5- based on: 1) two of the three financial benchmarks debt/EBITDA 6.3x and FCF/debt 6.9% indicate a risk grade of 6, but interest coverage of 2.3x is in the low 5 range, 2) the Company's market position and size argue for the higher rating, and 3) comps are either risk grade of 5+ with considerably less leverage or much smaller. Note that Journal Register is OG 6+ with leverage 11.6x level but a tenth the size (it was downgraded from 5- to 6+ recently because of negative EBITDA trends).

- While we expect to close Step 2 by year-end, the closing of Step 2 is not a legal certainty and there is a theoretical possibility that it does not occur. Therefore, we rate Tribune following Step 1 but before Step 2 at 5-, reflecting the lower leverage and risk prior to the Step 2 closing. Step 2 will occur following necessary regulatory approvals, and JPM has underwritten $1.2B of the Step 2 financings. A risk grade of 6-is reasonable given two of the three financial benchmarks (debt/EBITDA 8.9X and FCF/debt 4.8%) indicate a risk grade of 6 or worse, although interest coverage is in the low 5 range. Although we expect the Company will require external funding sources to refinance debt in the out years, leverage at that time will be 5.9x which we believe presents acceptable refinancing risk. Cash and the $750MM R/C should provide adequate liquidity in the mean time.

- As such, we recommend 1) downgrading Tribune's OG from 5+ to 5- with expectation to downgrade further to 6- upon closing of Step 2 at the year-end, and 2) the 2007 Tribune Annual Review.

JPMorgan

Highly Confidential — Attorneys' Eyes Only

JPM_00169583

# Conclusion and Risk Grade — Obligor ratings conclusions (cont'd)

## CONCLUSION AND RISK GRADE

**Benchmarks for Future Upgrade and/or Downgrade**

- While we will revisit the credit at the end of year to adjust the obligor grade in connection with Step 2, we may consider downgrading Tribune to lower than 6+, if the Company does not perform as expected for rest of the year that it needs to revise the projections to show leverage higher than 6x and/or interest coverage lower than 2x by 2013 when the R/C is scheduled to mature.

JPMorgan

TRIBUNE COMPANY  74

Project Tower - Credit Approval 5/25/07 v3

JPM_00169584

Highly Confidential - Attorneys' Eyes Only

# Contents

TRIBUNE COMPANY - CREDIT ANALYSIS

| | Page |
|---|---|
| Client Overview | 1 |
| Business | 10 |
| Industry, Market Position and Strategy | 29 |
| Financial Analysis | 42 |
| Conclusion and Risk Grade | 69 |
| **Appendix** | **75** |
| ■ Comparables | |
| ■ Selected Transaction Multiples | |
| ■ Figures | |
| ■ Supplemental Business Description | |

Highly Confidential – Attorneys' Eyes Only

JPM_00169585

# Comparable Newspaper Public Companies

APPENDIX

**JPMorgan**

| $ millions | Price/ Share 02/20/07 | % of 52-week high | Equity value | Firm value | Adjusted Firm value | P/E multiple CY07E | CY08E | CY07E revs. | CY08E revs. | Adjusted firm value/ CY07E EBITDA | CY08E EBITDA | '07–'08 rev. growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Large markets** | | | | | | | | | | | | |
| Tribune | $30.77 | 89.5% | $7,415 | $12,072 | $10,315 | | | | | | | |
| Dow Jones | 57.21 | 89.5% | $3,108 | $3,540 | $3,513 | 24.5x | 20.9x | 1.7x | 1.6x | 10.5x | 9.8x | 4.2% |
| Gannett Inc | 62.87 | 98.9 | 14,762 | 20,149 | 19,649 | 13.3 | 12.3 | 2.5 | 2.4 | 8.9 | 8.7 | 2.2 |
| New York Times | 26.19 | 90.4 | 3,769 | 5,102 | 4,955 | 22.6 | 20.8 | 1.5 | 1.5 | 9.9 | 10.0 | 1.8 |
| Washington Post | 793.86 | 97.4 | 7,653 | 7,701 | 7,653 | 20.9 | 18.9 | 1.8 | 1.8 | 9.4 | 8.9 | (1.1) |
| Mean | | | | | | | | | | | | |
| Median | | | | | | | | | | | | |
| **Medium & small markets** | | | | | | | | | | | | |
| Belo Corp | $18.79 | 86.6% | $1,904 | $3,158 | $3,158 | 17.6x | 13.9x | 2.0x | 1.9x | 8.6x | 7.5x | 6.7% |
| Journal Register | 7.41 | 54.5 | 290 | 1,026 | 1,026 | 8.9 | 9.5 | 2.0 | 2.0 | 8.9 | 9.1 | (1.4) |
| Lee Enterprises | 34.40 | 96.0 | 1,585 | 2,786 | 2,786 | 17.6 | NM | 2.4 | 2.4 | 9.3 | 9.4 | 0.1 |
| Media Gen Inc | 43.93 | 85.2 | 1,059 | 1,964 | 1,874 | 18.8 | 14.3 | 1.8 | 1.7 | 8.4 | 7.4 | 7.4 |
| McClatchy Co | 38.42 | 67.9 | 3,145 | 6,304 | 5,741 | 14.9 | 14.5 | 2.2 | 2.2 | 8.4 | 8.5 | (2.2) |
| Scripps E W Co | 49.33 | 92.4 | 8,183 | 9,215 | 8,983 | 20.1 | 17.2 | 3.4 | 3.1 | 10.2 | 9.1 | 9.1 |
| Mean | | | | | | | | | | | | |
| Median | | | | | | | | | | | | |
| **Summary data** | | | | | | | | | | | | |
| Mean | | | | | | | | | | | | |
| Median | | | | | | | | | | | | |
| High | | | | | | | | | | | | |
| Low | | | | | | | | | | | | |

Source: SEC filings and Wall Street research

Highly Confidential – Attorneys' Eyes Only

JPM 00169586

APPENDIX

**JPMorgan**

# Comparable TV Broadcaster Public Companies

**$ millions**

| Company | Price/ Share 02/20/07 | % of 52-week high | Equity Value | Firm value | Adjusted Firm value | P/E multiple CY07E | CY08E | CY07E rev. | CY08E rev. | Adjusted firm value/ CY07E EBITDA | CY08E EBITDA | '07-'08 rev. growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Television broadcasting** | | | | | | | | | | | | |
| Hearst-Argyle TV | $26.24 | 99.5 | $2,595 | $3,471 | $3,471 | 34.3x | 20.8x | 4.6x | 4.2x | 13.9x | 11.2x | -11.0% |
| Belo Corp | 18.79 | 86.4 | 1,904 | 3,158 | 3,158 | 17.6 | 13.9 | 2.0 | 1.9 | 8.6 | 7.5 | 6.7 |
| Sinclair Broad. | 14.70 | 100.0 | 1,268 | 2,644 | 2,644 | 48.5 | 22.9 | 3.8 | 3.5 | 9.9 | 7.2 | |
| Entravision Comm | 8.76 | 95.6 | 926 | 1,409 | 1,409 | 49.6 | 33.7 | 4.6 | 4.3 | 13.1 | 12.2 | 7.8 |
| LIN TV | 14.40 | 100.0 | 732 | 1,560 | 1,560 | 65.3 | 28.2 | 3.8 | 3.5 | 13.3 | 11.2 | 8.8 |
| Gray Television | 9.07 | 99.8 | 418 | 1,328 | 1,328 | 151.2 | 18.1 | 4.1 | 3.6 | 11.7 | 9.2 | 14.2 |

Source: SEC filings and Wall Street research

Highly Confidential - Attorneys' Eyes Only

JPM_00169987

# Precedent Radio and TV Transaction Benchmarks

**APPENDIX**

**JPMorgan**

## Selected radio station groups transaction ($ millions)

| Date | Acquiror | Target | Transaction value | FV/LTM EBITDA |
|---|---|---|---|---|
| Feb-06 | Citadel | ABC Radio | $2,700 | 14.6x |
| Oct-05 | Cumulus Media | Susquehanna (7 stations) | 1,200 | 15.3x |
| May-05 | Citadel | WKKG Broadcasting stations | 133 | 19.0x |
| Feb-01 | Radio One | Blue Chip Broadcasting | 190 | 16.0x |
| Jan-01 | Forstmann Little | Citadel | 1,942 | 19.7x |
| Oct-00 | Viacom | Infinity | 35,900 | 23.5x |
| Jan-00 | Cox | Midwestern | 280 | 20.0x |
| Nov-00 | Radio One | Clear Channel | 1,300 | 20.0x |
| Nov-00 | Infinity | Clear Channel | 1,400 | 21.5x |
| Oct-99 | Clear Channel Comm. | AMFM | 22,630 | 23.6x |
| Oct-98 | Clear Channel Comm. | Jacor | 4,345 | 18.9x |
| Aug-99 | Chancellor | Capstar | 4,644 | 21.6x |
| Sep-99 | Chancellor | Viacom | 1,075 | 18.0x |
| Sep-97 | CBS Corp. | American Radio Systems Corp. | 2,685 | 14.9x |

Median = 19.0x
Mean = 19.1x

## Selected TV station group transactions ($ millions)

| Date | Acquiror | Target | Transaction value | FV/forward BCF |
|---|---|---|---|---|
| Jan-07 | Oak Hill Capital | NYT Broadcast Media Co | $575 | 14.5x |
| Jun-06 | Media General, Inc. | NBC Universal | 600 | 14.0x |
| Sep-06 | Blackstone Group | Emmis Communications | 259 | 14.6x |
| Aug-05 | Raycom Media, Inc. | Emmis Communications | 240 | 14.8x |
| Aug-05 | Liberty Corp. | Emmis Communications | 987 | 13.9x |
| Aug-05 | LIN TV Corp. | Emmis Communications | 260 | 14.5x |
| Aug-05 | Gray Television, Inc. | Emmis Communications | 186 | 14.1x |
| Sep-05 | Journal Comm., Inc. | Emmis Communications | 235 | 16.2x |
| Sep-03 | Nexstar | Quorum | -72 | 15.0x |
| Apr-02 | Gray Comm. | Benedek | 500 | 9.5x |
| May-00 | Emmis Broadcasting | Lee Enterprises | 563 | 13.4x |
| Dec-97 | Sinclair | Max Media (TV and Radio) | 255 | 11.6x |
| Jul-97 | Sinclair | Heritage | 570 | 11.9x |
| May-97 | Paxson | Heritage | 238 | 9.5x |
| Nov-97 | Hearst | ITT/Dow | 574 | 11.2x |
| Jan-97 | Meredith | Argyle | 375 | 10.0x |
| Apr-96 | Sinclair | River City (TV only) | 960 | 11.2x |

Median = 13.7x
Mean = 13.0x

Source: Company filings, press releases and equity research

TRIBUNE COMPANY   78

Highly Confidential – Attorneys' Eyes Only

JPM_00169588

# Selected Transaction Multiples of Metro Newspaper Sales

APPENDIX

Selected metro newspaper transactions ($ millions)



| Date | Acquirer | Target | Transaction value | FV/forward BCF |
|---|---|---|---|---|
| | | | | Median = 11.4x    Mean = 11.7x |
| Apr-06 | MediaNews | McClatchy | $1,000 | 11.5x |
| Mar-06 | McClatchy | Knight Ridder | 6,055 | 10.0x |
| Jan-05 | Lee Enterprises | Pulitzer Inc. | 1,460 | 12.5x |
| Oct-03 | Family Consortium | Freedom Comm. | 2,050 | 11.3x |
| Feb-02 | Lee Enterprises | Howard Publications | 694 | 14.8x |
| Jun-00 | Gannett | Central Newspapers | 2,646 | 11.2x |
| Jun-00 | Pulitzer | Greater St. Louis | 165 | |
| May-00 | Pulitzer | St. Louis Post Dispatch | 306 | 11.9x |
| Mar-00 | Tribune Co. | Times Mirror | 7,880 | 10.6x |
| Oct-99 | New York Times Co. | Worcester Telegram & Gazette | 295 | 10.5x |
| Nov-97 | McClatchy Newspapers | Cowles Media Co. | 1,350 | 10.9x |
| May-97 | E.W. Scripps | Harte-Hanks (six dailies) | 760 | 11.5x |
| Apr-97 | Tele Communications | Kearns Tribune Corp. | 731 | 15.8x |
| Apr-97 | Knight Ridder | Disney's Newspaper Division | 1,650 | 10.5x |
| Sep-96 | A.H. Belo | Providence Journal Co.[1] | 270 | 12.5x |
| Aug-95 | Knight Ridder | Lesher Communications | 360 | 14.4x |
| Jul-95 | Gannett | Multimedia Inc. | 1,713 | 9.0x |
| Feb-95 | Economic Newspaper | Knight Ridder | 115 | 13.0x |
| Feb-94 | American Publishing | Sun Times Co. | 180 | 9.7x |
| Jun-93 | New York Times Co. | Affiliated Publications Inc. | 1,028 | 12.4x |

Source: Company filings, press releases and Wall Street research estimates
[1] Represents consideration paid for newspaper division only

JPMorgan

Highly Confidential – Attorneys' Eyes Only

JPM_00169589

# Selected Transaction Multiples of Community Newspaper Sales

APPENDIX

## Selected community newspaper transactions ($ millions)

| Date | Acquirer | Target | Transaction value | PV/forward BCF |
|------|----------|--------|-------------------|----------------|
| | | | | Median = 11.3x   Mean = 11.3x |
| Oct-06 | Community Newspaper Holdings | Dow Jones Community Media Div. | $283 | 11.3x |
| May-05 | Fortress Investment | Liberty Group Publishing | $530 | 10.2x |
| Nov-04 | Gannett | HomeTown Communications | NA | 15.0x |
| Dec-04 | Spire Capital | American Community Newspapers | 85 | 9.1x |
| Jul-04 | Journal Register | 21st Century Newspapers | 415 | 11.6x |
| Apr-03 | Dow Jones (Ottaway Newspapers) | Stockton Record | 144 | 12.0x |
| Jul-02 | Lee Enterprises | Sioux City Journal (Hagadone) | 60 | 11.5x |
| Apr-02 | Eagle-Tribune Publishing | DJ (Ottaway Newspapers) | 70 | 8.1x |
| Feb-02 | Community Newspaper Holdings | DJ (Ottaway Newspapers) | 182 | 12.0x |
| Jun-00 | Gannett | Thomson Newspapers | 1,125 | 12.1x |
| Jun-00 | Media General | Thomson Newspapers (five deals) | 237 | 15.0x |
| Dec-98 | Community Newspaper Holdings | Hollinger International U.S. | 472 | 13.2x |
| Dec-98 | Quebecor | Sun Media | 935 | 11.5x |
| Jul-98 | Media News Group | Charleston Daily Mail | 78 | 9.0x |
| May-98 | Journal Register Co. | Goodson Newspapers | 300 | 11.0x |
| Jan-98 | Liberty | Certain assets of Hollinger | 307 | 10.2x |
| Jul-96 | Media General | Park Communications | 710 | 9.9x |
| Jan-96 | A.H. Belo | Owenboro & Bryan-College Eagle | 89 | 10.7x |
| Sep-95 | Media General | Worrell Enterprises' Virginia Papers | 230 | 9.8x |
| Oct-94 | D. Tomlin, G. Knapp & Investors | Park Communications | 587 | 10.9x |
| Jul-95 | Morris Communications | Stauffer Communications | 275 | 12.3x |

Source: Company filings, press releases and Wall Street research estimates
: JPMorgan estimates

JPMorgan