From: CN=Goh Siew Tan/O=JPMCHASE
Date: 04/05/2007 10:28:44 PM
To: CN=Jieun J Choi/O=JPMCHASE
Subject: Re: who toook her socks??

I HAVE TOOOO LEEEAVVEE HEERE so I can sleep



Goh Siew Tan
JPMorgan Chase Bank
Telecom, Media and Technology CCM
270 Park Ave, 4th Floor | New York, NY 10017
Tel: (212) 270-8784
gohsiew.tan@jpmorgan.com

Jieun J Choi/JPMCHASE
04/05/2007 10:24 PM

To  Goh Siew Tan/JPMCHASE
cc
Subject  Re: who toook her socks??

YOU CAN'T LEAVE ME!!!......................... g'night.

More pretty graph (and yes, we're (kinda) collateral deficit too hahahahahaha....)

Highly Confidential - Attorneys' Eyes Only                                                                                                    JPM_00422678



Source: Financing documentation and management forecasts
[1] Incremental to the T/L B shown is a $263MM delayed draw facility that is expected to be drawn in 2008 to settle $263MM of outstanding bonds coming due
[2] Assumed after tax proceeds after disposal in Q4 2007
[3] Mid point valuation assuming 0% perpetuity growth, WACC of 7.4%; Public market valuation $4,884 (12.0x 2007E EBITDA of $407), private market valuation $5,698 (14.0x 2007E EBITDA). Excludes Cubs & CSN.

Jieun "Jayna" Choi
JPMorgan Chase Bank
IB Telecom, Media and Technology CCM
270 Park Avenue | 4th Floor | New York, NY 10017
Tel: (212) 270-4362
Fax: (212) 270-5127
jieun.j.choi@jpmorgan.com

gohsiew.tan@jpmorgan.com Telecom, Media and Technology CCM - Tel (212) 270-8784 Fax (212) 270-5127

Highly Confidential - Attorneys' Eyes Only                    JPM_00422679

Goh Siew Tan/JPMCHASE
04/05/2007 10:21 PM

To   Jieun J Choi/JPMCHASE
cc
Subject   Re: who toook her socks??

That's the nicest graph I've ever seen in my entire life - I think it's even more beautiful than the future birth of my first born child Seriously, I'm approving the credit package NOW (*stamp*) NOW (*stamp*). I bet JK's gonna drool all over this...

Going home in 10 mins - I can't take any moreeee



Goh Siew Tan
JPMorgan Chase Bank

Highly Confidential - Attorneys' Eyes Only

JPM_00422680

Telecom, Media and Technology CCM
270 Park Ave, 4th Floor | New York, NY 10017
Tel: (212) 270-6784
gohsiew.tan@jpmorgan.com

Jieun J Choi/JPMCHASE
04/05/2007 10:13 PM

To   Goh Siew Tan/JPMCHASE
cc
Subject   Re: who toook her socks??

Yay, on the "bigger" picture. But dude, if you were ever focused on "bigger pictures", you wouldn't be writing novel on conclusion......

There was a WSJ article today that talked about how TRB should be very very careful at executing any deals or doing any-a-thing from now on, as the company has no room for mistake no more. The article also talked about how there is a wide speculation that the company might have put so much debt that all of its assets aren't gonna cover the debt, in case of (knock knock) you-know-what. Well that is actually basically what we (JK and me and rest of the group) are saying too, but we're doing this 'cause it's enough to cover our bank debt. So, lesson learned from this deal: our (here, I mean JPM's) business strategy for TRB, but probably not only limited to TRB, is "hit and run" - "we'll s_ck the sponsor's a$$ as long as we can s_ck $$$ out of the (dying or dead?) client's pocket, and we don't really care as long as our a$$ is well-covered. Fxxk 2nd/private guys - they'll be swallowed by big a$$ banks like us, anyways". See graph below (total debt, btw, is $14,639MM).

Highly Confidential - Attorneys' Eyes Only

JPM_00422681



Source: Sponsor model
Note: 241.0m shares assumed outstanding based on treasury stock method
¹ Mid point valuation assumes 0% perpetuity growth
² Assumed market value for unconsolidated equity investments excludes Time Warner Shares, underlying PHONES; Chicago Cubs value estimate by Sponsor, supported by Wall Street estimates
³ Assumed R/C fully drawn

Jieun "Jayna" Choi
JPMorgan Chase Bank
IB Telecom, Media and Technology CCM
270 Park Avenue | 4th Floor | New York, NY 10017
Tel: (212) 270-4362
Fax: (212) 270-5127
jieun.j.choi@jpmorgan.com

Highly Confidential - Attorneys' Eyes Only                                                                    JPM_00422689

gohsiew.tan@jpmorgan.com Telecom, Media and Technology CCM - Tel (212) 270-8784 Fax (212) 270-5127

Goh Siew Tan/JPMCHASE
04/05/2007 09:57 PM

To  Jieun J Choi/JPMCHASE
cc
Subject  Re: who toook her socks??

No problem at whatsoever. I, like JSell and JDimon, am focused on high level bigger picture and not on the details...
"This" happened a couple weeks back when TY was put on an Intralinks LBO team with CW, although their deal ended up dying. Now be verryyy careful, TY is actually a temp 1st year VP... he's also going to be working as VP with CW on some other magazine deal with RB. We've all suspected LW of having a love affair... and now I'm beginning to suspect that CW is having one too... with Tee-Y...

Or by "this" do you mean when you were trying to fix the color copier and TY and I were gossiping like little girls? That was many months ago, sometime in summer / spring of 2006

Yeah, she does look like she could be a perv'. I bet it's ppl like her that so kindly populate vending machines with 'fresh' (or not so fresh depending on your [i.e. *my*] preference ) p@nties haha

Goh Siew Tan
JPMorgan Chase Bank
Telecom, Media and Technology CCM
270 Park Ave, 4th Floor | New York, NY 10017
Tel: (212) 270-8784
gohsiew.tan@jpmorgan.com

Jieun J Choi/JPMCHASE
04/05/2007 09:45 PM

To  Goh Siew Tan/JPMCHASE
cc
Subject  Re: who toook her socks??

THANK YOU SO MUCH for such a sophisticated valuation chart... I'm sure JSell would appreciate it - just kindly remember he's already somewhat disappointed at you and our temp assoc, TY (when did this happen, anyways?)

Cute AND addictive song maker.... but she's a jap- she should be inheritedly perv'ed.

Highly Confidential - Attorneys' Eyes Only

JPM_00422683



je t'aime ☆ je t'aime
Lyrics: Tommy february
(I love you, I love you)
Lyrics: Tomoko Kawase

Machikado ni narabu eiga no POSUTAA
Mou kono machi ni mo akita wa
Juwaki no mukou ni tameiki wo kaesu
"KYANSERU shinaide..."
"Mon amour pour toi"
 Movie posters lined up on the street corner
 I'm already tired of this town
 Exchanging sighs over the phone
 "Don't cancel"
 "My love for you"

HAATO no ROKETTO ni
Kakushitai shasin dare mo
Shiranai honki no koi
Kamisama wa kizuiteru
 The picture that I want to hide in my heart locket
 A serious love that no one knows about
 God is the one that notices [that]

* Je t'aime Je t'aime
Kanawanai yume nante mitakunai wa
Demo ROMANSU mezamete yuku
"Ai shiteru wa"
KUREEPU ni egaku ai no kasa no shita de
Yamanu ame no oto
Je t'aime Je t'aime
 I love you, I love you
 I don't want to have an unfulfilled dream
 But romance will awaken
 "I love you"
 In the crepe, underneath the umbrella of love,
 is the sound of stopping rain
 I love you, I love you

Karappo na yoru ni shitaku wa nai kara
Hon no gofun demo aitai
KYANDII SHOPPU mo

Highly Confidential - Attorneys' Eyes Only

JPM_00422685



REKOODO SHOPPU mo
Anata ga inai to tsumaranai!
 I don't want to do [anything] in the empty night
 so even if it's just for 5 minutes, I want to see you
 Even the candy shop,
 even the record shop,
 if you're not here, it's boring!

JAKETTO no POKKETO ni
Ireta mama no KOIN ni
Kakeru wa koi no yukue
Kamisama ga shitte iru
 I'll bet on the
 whereabouts of love with
 coin in my jacket
 God knows [that]

Je t'aime Je t'aime
Taikutsu na koi nante shitaku nai wa
Atto iu ma ni oboreteku
"Ima ga subete"
KAFE OLE ga samete shimau sono mae ni
Mo ichido KISS shite
Je t'aime Je t'aime
 I love you, I love you
 I don't want a boring love
 In no time, I'm hooked
 "Right now, it's everything"
 Before my cafe au lait gets cold,
 kiss me one more time
 I love you, I love you

Monogatari ni kagi wo kakete
De jour en jour...
Anata no koto bakari wo yumemite iru
Mon amour...
 Lock it up in the story
 from day to day
 I'm dreaming of only you,
 My love...

* repeat

Mon amour pour toi

Highly Confidential - Attorneys' Eyes Only                                                                                                                    JPM_00422686

> My love for you
>
> Taikutsu na koi nanto shitaku nai wa
> A, to iu ma ni oboreteku
> "Ima ga subete"
> KAFE OLE ga samete shimau sono mae ni
> Mo ichido KISS shite
> Je t'aime  Je t'aime
>  I don't want a boring love
>  In no time, I'm hooked
>  "Right now, it's everything"
>  Before my cafe au lait gets cold,
>  kiss me one more time
>  I love you, I love you

Jieun "Jayna" Choi
JPMorgan Chase Bank
IB Telecom, Media and Technology CCM
270 Park Avenue | 4th Floor | New York, NY 10017
Tel: (212) 270-4362
Fax: (212) 270-5127
jieun.j.choi@jpmorgan.com

---

gohsiew.tan@jpmorgan.com Telecom, Media and Technology CCM - Tel (212) 270-8784 Fax (212) 270-5127

Goh Siew Tan/JPMCHASE
04/05/2007 09:13 PM

To  Jieun J Choi/JPMCHASE
cc
Subject  Re: who toook her socks??

It means "my love for you [lalala]"
But  why would the boy's brother (who hid the sock) be interested in the youngest (and shortest) girl huh?  The other two girls on the right are taller and hence more 'model-like' i.e. long legs or "leggy" (미군인)... but actually, while the youngest girl is also the shortest she... uh... how do I say this 'gracefully'... is also wearing the highest skirt / showing the most skin in comparison to the others hehe
oh yes, I am indeed a perv' ....

Here - you can thank me later haha

Highly Confidential - Attorneys' Eyes Only

JPM_00422687



Goh Siew Tan
JPMorgan Chase Bank
Telecom. Media and Technology CCM
270 Park Ave, 4th Floor | New York, NY 10017
Tel: (212) 270-8784
gohsiew.tan@jpmorgan.com

Jieun J Choi/JPMCHASE
04/05/2007 08:56 PM

To  Goh Siew Tan/JPMCHASE
cc
Subject  Re: who toook her socks???

The boy's brother, who has forever been jealous of his brother's popularity among girls, hid the little girl's sock to show he's interested in her.

Highly Confidential - Attorneys' Eyes Only

JPM_00422688

Please translate (from a jap song): "Mon amour pour toi"

Jieun "Jayna" Choi
JPMorgan Chase Bank
IB Telecom, Media and Technology CCM
270 Park Avenue | 4th Floor | New York, NY 10017
Tel: (212) 270-4362
Fax: (212) 270-5127
jieun.j.choi@jpmorgan.com

gohslew.tan@jpmorgan.com Telecom, Media and Technology CCM - Tel (212) 270-8784 Fax (212) 270-5127

Goh Slew Tan/JPMCHASE
04/05/2007 08:24 PM

To   Jieun J Choi/JPMCHASE
cc
Subject   who toook her socks??

Huh? Huh??

Highly Confidential - Attorneys' Eyes Only

JPM_00422689



Missing Sock

I really wanno go home and sleep, but unfortunately for me I'll most likely end up going home and end up watching tv thereby making me even more tired for tomorrow argh!

Goh Siew Tan
JPMorgan Chase Bank
Telecom, Media and Technology CCM
270 Park Ave, 4th Floor | New York, NY 10017
Tel: (212) 270-8784
gohsiew.tan@jpmorgan.com

----------
(1) - Notes:///85256EB4004D6173/38D46BF5E8F08834852564B500129B2C/FE9C803B98B3871B852572B5000CAC3F
(2) - Notes:///852575FD003725E0/852575FD003725E0852564B500129B2C/852575FD003725E0852572B5000B3222
(3) - Notes:///85256EB4004D6173/38D46BF5E8F08834852564B500129B2C/138C1ED9265E1E82852572B5000A4506

Highly Confidential - Attorneys' Eyes Only

JPM_00422690

(4) - Notes:///852575FD003725E0/852575FD003725E0852564B500129B2C/852575FD003725E0852572B5009935ED
(5) - Notes:///85256EB4004D6173/38D46BF5E8F08834852564B500129B2C/AC5127A2548FE155852572B50005F4D2
(6) - Notes:///852575FD003725E0/852575FD003725E0852564B500129B2C/852575FD003725E0852572B500051208
(7) - Notes:///85256EB4004D6173/38D46BF5E8F08834852564B500129B2C/B8C998CC972C29E7852572B50001AA26

Highly Confidential - Attorneys' Eyes Only

JPM_00422691