**From:** Nastasi , Nicholas J.
**Sent:** Friday, May 21, 2010 12:43 PM
**To:** Katz, Sharon
**Cc:** rpfister@ktbslaw.com; Monk, II, Charles O.; lbogdanoff@ktbslaw.com
**Subject:** Tribune: Interviews

Sharon:  Thank you again for arranging the interview of Jeff Sell.  As I understand it, he is a former employee of your client. We appreciate your willingness to reach out to him to make this work.  Given the tight time frame, this is the type of cooperation we will need to make the deadline in this matter.

The Examiner would also like to conduct an interview of jieun Choi.  Would you be willing to reach out to her to determine if she will voluntarily appear for an interview?

Additionally, in lieu of a formal document request, we will need your client's records relating to (1) any performance reviews of Choi arising out of the Tribune matter or any other transaction indicating that Ms. Choi had made "incorrect observations" or had otherwise performed below JP Morgan Chase standards, and (2) any and all documents to support JP Morgan Chase's contention, as we understand it, that Ms. Choi was not asked to stay as an associate based on her performance?

Thank you for your cooperation in this regard.

Nick

Nicholas J. Nastasi, Jr., Esquire
Saul Ewing LLP
Centre Square West
1500 Market Street
Philadelphia, PA  19102-2186
nnastasi@saul.com

Phone:  215-972-8445
Fax:     215-972-4170