**SIGN-IN-SHEET**

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION: 5**
**DATE:** August 20, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam G. Landis | Landis Rath + Cobb | The Committee |
| David LeMay | Chadbourne + Parke | The Committee |
| Howard Seife | Chadbourne + Parke | The Committee. |
| Mark Minuti | Saul Ewing LLP | Examiner |
| Nick Nastasi | '' '' '' '' | '' |
| Ken Klee | Klee Tuchin Bogdanoff & Stern | Examiner |
| Robert Pfister | '' '' '' '' '' '' | '' |
| Eric Sutty | Fox Rothschild | Well Fargo |
| Thomas Lauria | White + Case | '' |
| Andrew Hammond | '' | '' |
| Jim Sottile | Zuckerman Spaeder | The Committee. |
| Laurie Sellar Silverstein | Potter Anderson Corroon LLP | Merrill Lynch |
| David Klauder | U.S. Trustee | U.S. Trustee |

KONAMI

**SIGN-IN-SHEET**

CASE NAME:   Tribune Company
CASE NO.   08-13141-KJC

COURTROOM LOCATION: 5
DATE: August 20, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Conlan | Sidley | Debtors |
| Bryan Krakauer | '' | '' |
| James Bendernagel | '' | '' |
| Kevin Lantry | '' | '' |
| Don Liebentritt | Tribune | |
| Norman Pernick | Cole Schotz | Debtors |
| Amanda M. Winfree | Ashby + Geddes, PA | Aurelius Capital Management |
| Wilson Wentson | Friedman Kaplan | Aurelius Cap Mgt |
| GJ Friedman | Friedman Kaplan | Aurelius Cap Mgt |
| Robert Stark | Brown Rudnick | Wilmington Trust |
| Martin Siegel | '' | '' |
| Jennifer Brown | '' | '' |
| David J. Adler | McCarter + English LLP | Deutsche Bank Trust Company |

# SIGN - IN - SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION: 5**
**DATE:** August 20, 2010

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| DAVID POWLEN | BARNES & THORNBURG | MORGAN STANLEY |
| Danel Golden | Akin Gump | Centerbridge |
| Robin Grogan + Andrew Glenn | B. Mucah Genhloh + Karowitz | Law Debenture |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 08/20/2010

Calendar Time: 10:00 AM ET

*Amended Calendar 08/20/2010 05:43 AM*

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695502 | Samire Arora | (212) 672-5000 | Centerbridge | Interested Party, Centerbridge / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3693227 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3661395 | Carol L. Bale | 212-588-6640 | SuttonBrook Capital Management, LP | Plaintiff(s), SuttonBrook Capital Management, LP / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695545 | D'Lisa Bergeron | 312-853-3351 | Sidley Austin | Debtor, Tribune Company And Tribune CNLBC, LLC / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695601 | Jon Berke | (212) 686-2741 | DebtWire | Interested Party, Jon Berke / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3694342 | Donald S. Bernstein | 212-450-4092 | Davis Polk & Wardwell LLP | Interested Party, JPMorgan Chase Bank / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695559 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3669668 | Justin Brass | 203-708-5847 | Jefferies & Company | Interested Party, Jefferies / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695528 | Peg Brickley | 215-462-0953 | Dow Jones & Co. | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695604 | Scott Bynum | 212-902-8060 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3671046 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3664124 | Michael Ching | 212-339-2431 | Allen & Company | Third Party, Michael Ching / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695493 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |

CourtConfCal2009

Peggy Drasal

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695727 | Daniela Constantino | 212-771-1230 | Mason Capital Management | Creditor, Mason Capital Management / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695526 | Andrew Dash | 212-209-4811 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695688 | Greg Demo | 312-853-7758 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3670942 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695523 | William Dolan | 401-276-2611 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695504 | Neel Doshi | (203) 719-8723 | UBS Securities LLC | Interested Party, UBS Investment Bank / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695684 | James Ducayet | 312-853-7000 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695565 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695529 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3653272 | James Freeman | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3679744 | Leonard Gerson | (202) 693-5615 ext. 000 | U.S. Department of Labor | Creditor, U.S. Department of Labor / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3667734 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Angelo, Gordon & Co. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3655250 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3669739 | Scott Greissman | (212) 819-8567 | White & Case LLP | Creditor, Wells Fargo Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695560 | Thomas Hals | 610-544-2712 | Thomson & Reuters | Interested Party, Thomson & Reuters / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3671077 | James O. Johnston | 213-694-1030 | Hennigan Bennett & Dorman LLP | Creditor, Credit Agreement Lenders / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695594 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695557 | Ken Kansa | (312) 853-7163 | Sidley Austin | Debtor, Tribune Company / LIVE |

| Company | Case | Type | ID | Name | Phone | Firm | Interested Party |
|---|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3694361 | Howard J. Kaplan | 212-333-0200 | Arkin Kaplan Llp (New York) | Interested Party, Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3694347 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695548 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695496 | Sheron Korpus | (212) 506-1700 | Kasowitz Benson Torres & Friedman | Creditor, Law Debenture Trust Company of the Americas / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695556 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3655272 | Oksana Lashko | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3659526 | Evan Lederman | (212) 310-8948 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Co. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3670948 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3655258 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3698281 | Fredrick J. Levy | (212) 451-2300 | Olshan Grundman Frome Rosenzweig | Interested Party, Fredrick J. Levy / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695561 | Don Liebentritt | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3692672 | Seth H. Lieberman | 212-326-0819 | Pryor Cashman LLP | Interested Party, Wells Fargo Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695663 | Neil S Losquadro | (212) 745-9758 | Brigade Capital Management | In Propria Persona, Neil S Losquadro / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695682 | Jonathan D. Lotsoff | (312) 853-4602 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695552 | Jillian Ludwig | (312) 853-7523 | Sidley Austin | Debtor, Tribune Company And Tribune CNLBC, LLC / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3694099 | Scott T. McCabe | 212-754-1613 | Latigo Partners | Interested Party, Latigo Partners / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3655264 | Elizabeth McColm | 212-373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695499 | Vivek Melwani | (212) 672-4622 | Centerbridge | Interested Party, Centerbridge / LISTEN ONLY |

CourtConfCal2009

Peggy Drasal

| Case | Case No. | Type | ID | Name | Phone | Company | Interested Party / Role |
|---|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3671246 | Shachar Minkove | (212) 834-7174 | JPMorgan Chase Bank, N.A. | Interested Party, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695582 | Saquib R. Mirza | (212) 270-6000 | JP Morgan Proprietary (New York) | Interested Party, JP Morgan Proprietary / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3693790 | Hal Neier | (212) 833-1115 | Friedman Kaplan Seiler & Adelman | Creditor, Aurelius Capital Management / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695690 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3662042 | Dennis A. Prieto | 646-445-6516 | Aurelius Capital Management | Interested Party, Dennis A. Prieto / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3694170 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3694011 | Courtney Rogers | (203) 897-4815 | Royal Bank of Scotland | Creditor, Royal Bank of Scotland / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3670957 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695564 | Laura I. Rotter | (203) 930-7277 | Knight Libertas | Interested Party, Laura I. Rotter / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3669564 | Damian Schaible | (212) 450-4000 | Davis Polk & Wardwell LLP | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3693475 | Jason D. Schauer | 310-275-5335 | Levine Leichtman Capital Partners | Creditor, Levine Leichtman Capital Partners / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3614968 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3670935 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3692219 | Chaney M Sheffield | (310) 272-1062 | Canyon Partners LLC | Interested Party, Canyon Partners LLC / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3693219 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3694726 | Rebecca Song | (212) 559-9933 | Citi | Creditor, Citi / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695586 | Usman Tahir | (212) 527-8137 | Seneca Capital | Interested Party, Seneca Capital / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695620 | David B. Thompson | (212) 688-7526 | Gruss & Company, LLC | Creditor, David Thompson / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3693197 | Amit K. Trehan | (212) 506-2500 Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695658 | Joshua Trump | 203-862-8299    Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3662688 | Andrew Vail | (312) 840-8688 Jenner & Block | Interested Party, EGI-TRB, LLC. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695566 | Gary Weitman | (312) 222-3394  Tribune Company | Debtor, Tribune Company And Tribune CNLBC, LLC / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3692608 | Brian Whittman | (312) 601-4227  Alvarez & Marsal Inc | Interested Party, Alvarez & Marsal Inc / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3695571 | Jennifer Wild | (212) 418-6877  Smith Management | Insured, Smith Management / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3693097 | Matthew A Zloto | (646) 445-6518  Aurelius Capital Management | In Propria Persona, Matthew A Zloto / LISTEN ONLY |