# Davis Polk

New York   Madrid
Menlo Park   Tokyo
Washington DC   Beijing
London   Hong Kong
Paris

**Sharon Katz**

Davis Polk & Wardwell LLP   212 450 4508 tel
450 Lexington Avenue   212 701 5508 fax
New York, NY 10017   sharon.katz@davispolk.com

May 28, 2010

Nicholas J. Nastasi, Jr., Esq.
Saul Ewing LLP
Centre Square West
1500 Market Street
Philadelphia, PA  19102-2186

Dear Nick:

     This will confirm that I advised you that I contacted Jayna Choi and she informed me that she declined to be interviewed by the Examiner. Ms. Choi is located in Seoul, South Korea, outside of the subpoena power of the Delaware Bankruptcy Court.

     Following receipt of your voice mail, I advised Ms. Choi that I was giving you her phone number. It is 011-82-10-2696-9479. Note there is a 13 hour time difference.

     In the event that Ms. Choi changes her mind and agrees to an interview, we would be representing her in connection with such an interview.

Sincerely,

Sharon Katz