-----Original Message-----
From: Katz, Sharon [mailto:sharon.katz@davispolk.com]
Sent: Friday, June 04, 2010 5:47 AM
To: Nastasi , Nicholas J.
Subject: Re: Jayna Choi

Nick,

I have not communicated with Ms Choi since receiving your e-mail.

As I have told you, she previously declined to be interviewed. I advised her that I would be providing you with her phone number and that someone would likely be contacting her. In the event she changed her mind about being interviewed, we agreed that Davis Polk would represent her.

If she now has told Ms. Piccarello that Davis Polk is representing her, I can only conclude that upon being contacted by your office Ms. Choi has decided that she would like us to represent her now - which we will do if that is her desire. I will be reaching out to her to confirm if this is the case.

Sharon


----- Original Message -----
From: Nastasi , Nicholas J. <NNastasi@saul.com>
To: Katz, Sharon
Sent: Thu Jun 03 21:52:24 2010
Subject: RE: Jayna Choi

Sharon:  After receiving your e-mail below, I asked Caitlin Piccarello to call Ms. Choi to attempt to set up an interview. To our surprise, Ms. Choi stated that Davis Polk represents her in connection with this Examiner investigation.

Unless you contacted her after my e-mail and agreed to represent her (which I trust did not occur), Ms. Choi's statement regarding Davis Polk's representation of her is inconsistent with your e-mail below. The Examiner has asked that I request a clarification from your law firm regarding these conflicting understandings. Please advise the Examiner as to the status of Davis Polk's relationship with Ms. Choi. Thank you.

Nick


-----Original Message-----
From: Katz, Sharon [mailto:sharon.katz@davispolk.com]
Sent: Thu 6/3/2010 9:05 PM
To: Nastasi , Nicholas J.
Subject: Re: Jayna Choi

Nick,

You are correct that we do not represent Ms. Choi at this time and you are of course free to call her to seek an interview. However, in the event she agrees to an interview, we have agreed to represent her and expect that she will have an opportunity to contact us before proceeding.

Thanks,

Sharon

----- Original Message -----
From: Nastasi , Nicholas J. <NNastasi@saul.com>
To: Katz, Sharon
Sent: Thu Jun 03 20:39:16 2010
Subject: RE: Jayna Choi

Sharon:  I understand from your letter that Davis Polk does not represent Ms. Choi at this time.  Accordingly, we intend to call her and seek to conduct an interview telephonically.  We may not be able to get her to agree to an appointment for a later interview.  Of course, if Ms. Choi prefers to conduct the interview at a later date and have Davis Polk represent her during the interview, we will honor her request.  Thank you for providing the telephone number.

Nick

-----Original Message-----
From: Katz, Sharon [mailto:sharon.katz@davispolk.com]
Sent: Fri 5/28/2010 4:05 PM
To: Nastasi , Nicholas J.
Subject: Jayna Choi

Nick, see attached, per your request, letter regarding Jayna Choi.

Sharon

Sharon Katz
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
212 450 4508   tel
212 701 5508   fax
sharon.katz@davispolk.com