**From:** Nastasi , Nicholas J.
**Sent:** Tuesday, June 08, 2010 1:21 PM
**To:** Katz, Sharon
**Cc:** 'lbogdanoff@ktbslaw.com'; 'klee@law.ucla.edu'; 'rpfister@ktbslaw.com'; Monk, II, Charles O.
**Subject:** RE: Choi

Sharon: Thank you for your prompt reply.  I look forward to receiving the attorney's contact information.

Nick

Nicholas J. Nastasi, Jr., Esquire
Saul Ewing LLP
Centre Square West
1500 Market Street
Philadelphia, PA  19102-2186
nnastasi@saul.com

Phone:  215-972-8445
Fax:     215-972-4170

---

**From:** Katz, Sharon [mailto:sharon.katz@davispolk.com]
**Sent:** Tuesday, June 08, 2010 1:19 PM
**To:** Nastasi , Nicholas J.
**Cc:** 'lbogdanoff@ktbslaw.com'; 'klee@law.ucla.edu'; 'rpfister@ktbslaw.com'; Monk, II, Charles O.
**Subject:** Re: Choi

Nick,

I spoke to Ms. Choi, who has confirmed to me that she indeed wants legal representation.

Accordingly, we are putting her in contact with separate counsel, as JPM often does in situations involving former employees, and I will have that separate counsel reach out to you directly and I will forward to you counsel's contact information.

Sharon

---

**From**: Nastasi , Nicholas J. <NNastasi@saul.com>
**To**: Katz, Sharon
**Cc**: lbogdanoff@ktbslaw.com <lbogdanoff@ktbslaw.com>; klee@law.ucla.edu <klee@law.ucla.edu>; rpfister@ktbslaw.com <rpfister@ktbslaw.com>; Monk, II, Charles O. <cmonk@saul.com>
**Sent**: Tue Jun 08 09:55:33 2010
**Subject**: Choi

Sharon:  Have you been able to speak with Ms. Choi to determine if, in fact, Davis Polk is representing her in any capacity?  The Examiner would like a final determination on this issue.  If she is not represented, the Examiner would like speak with her again regarding her willingness to answer a few questions. Thank you.

Nick

Nicholas J. Nastasi, Jr., Esquire

Saul Ewing LLP
Centre Square West
1500 Market Street
Philadelphia, PA  19102-2186
nnastasi@saul.com

Phone:  215-972-8445
Fax:     215-972-4170