**From:** Katz, Sharon [mailto:sharon.katz@davispolk.com]
**Sent:** Wednesday, June 09, 2010 9:47 AM
**To:** Nastasi , Nicholas J.
**Cc:** 'sbrune@bruneandrichard.com'
**Subject:** Jayna Choi

Nick,

Susan Brune, who is copied here and whose contact information is below, is representing Ms.Choi.

Susan E. Brune
Brune & Richard LLP
80 Broad Street
New York, New York 10004
(212) 668-1900 phone
(212) 668-0315 fax
sbrune@bruneandrichard.com


Sharon


**Sharon Katz**

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

212 450 4508   tel
212 701 5508   fax
sharon.katz@davispolk.com

**Davis Polk**