| From: | Lewicki, David (IBK-CHI). | Sent:6/12/2007 10:26 AM. |
|-------|---------------------------|--------------------------|

| To: | O'Grady, Michael G. (IBK - CHI); Marcus, Mitchell (IBK-CHI). |
|-----|--------------------------------------------------------------|

| Cc: | . |
|-----|---|

| Bcc: | O'Grady, Michael G. (IBK - CHI); Marcus, Mitchell (IBK-CHI). |
|------|--------------------------------------------------------------|

| Subject: | RE: TRB - Step 1 Deal Announcement. |
|----------|-------------------------------------|

Got it. Thanks.

-----Original Message-----
From: O'Grady, Michael G. (IBK - CHI)
Sent: Tuesday, June 12, 2007 9:18 AM
To: Lewicki, David (IBK-CHI); Marcus, Mitchell (IBK-CHI)
Subject: Re: TRB - Step 1 Deal Announcement


I don't feel strongly about it. Wouldn't do it unless lev fin really wants to
Mike O'Grady

-----Original Message-----
From: Lewicki, David (IBK-CHI)
To: O'Grady, Michael G. (IBK - CHI); Marcus, Mitchell (IBK-CHI)
CC: Kim, Caroline (IBK-NY); Hoffman, Richard (IBK-NY)
Sent: Tue Jun 12 10:11:22 2007
Subject: TRB - Step 1 Deal Announcement

Mike/Mitch,
There doesn't seem to be interest either way in sending out the step 1 deal announcement (from lev fin and M&A).
Do you guys feel strongly about sending it out? If so, maybe you both could look at one more time and then we could
send through. The latest version is attached and on your desks. Let us know…
Dave

David Lewicki
Investment Banking Analyst
Merrill Lynch
1 North Wacker
Chicago, IL 60606
david_lewicki@ml.com
312.869.6267


<<Tribune Step 1 Financing_v7.doc>>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0580079