| | |
|---|---|
| From: | Tuvlin, David (IBK-NY). |
| | Sent:12/6/2007 11:36 AM. |
| To: | O'Grady, Michael G. (IBK - CHI); Kaplan, Todd (GMI Leveraged Finance); Marcus, Mitchell (IBK-CHI); Dahlback, Henrik (IBK-NY). |
| Cc: | Lewicki, David (IBK-CHI). |
| Bcc: | O'Grady, Michael G. (IBK - CHI); Kaplan, Todd (GMI Leveraged Finance); Marcus, Mitchell (IBK-CHI); Dahlback, Henrik (IBK-NY); Lewicki, David (IBK-CHI). |
| Subject: | RE: Publishing: No signs of bottoming yet - United States - 10pp. |

thx - anxious to see the VRC report

-----Original Message-----
From: O'Grady, Michael G. (IBK - CHI)
Sent: Thursday, December 06, 2007 11:34 AM
To: Tuvlin, David (IBK-NY); Kaplan, Todd (GMI Leveraged Finance); Marcus, Mitchell (IBK-CHI); Dahlback, Henrik (IBK-NY)
Cc: Lewicki, David (IBK-CHI)
Subject: RE: Publishing: No signs of bottoming yet - United States - 10pp


Just to put in perspective, Dave L compared to mgt model:

ML est for Peers TRB model
Ad rev -5% -1.5%

Newsprint prices +4% -2.5% (the do project 09 to be up 5%)




-----Original Message-----
From: Tuvlin, David (IBK-NY)
Sent: Thursday, December 06, 2007 8:57 AM
To: Kaplan, Todd (GMI Leveraged Finance); O'Grady, Michael G. (IBK - CHI); Marcus, Mitchell (IBK-CHI); Dahlback, Henrik (IBK-NY)
Subject: FW: Publishing: No signs of bottoming yet - United States - 10pp



-----Original Message-----
From: ML-Karl Choi [mailto:feedback@mlresearch.ml.com]
Sent: Thursday, December 06, 2007 5:31 AM
To: Tuvlin, David (IBK-NY)
Subject: Publishing: No signs of bottoming yet - United States - 10pp



The Newspaper Industry
Industry Overview
No signs of bottoming yet

Link to full report including important disclosures*
http://research1.ml.com/CFCR/GetDoc.aspx?q=mWvn9nguCgDltljEpgrEYA%3D%3D

Steep revenue decline to persist for a while

Multiple newspaper companies presented at an industry conference this week. Companies brave enough to put up a forecast expect ad revenues to be down low to mid single digit in '08; we are maintaining our d5% ad revenue forecast. What is clear is that the current steep declines seem likely to persist into Q1 at least.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          ML-TRIB-0445779

Few earnings revisions

We have made relatively few revisions to our earnings forecasts. We have raised our estimate for Gannett slightly as a result of aggressive cost actions (especially on newsprint consumption), despite a higher projected tax rate. For highly leveraged names such as McClatchy, future interest rate movements can have a large impact on EPS.

Newsprint the unpleasant surprise

Newspaper companies are now budgeting for a newsprint price increase in '08, suggesting that newsprint prices have bottomed. We have revised our newsprint price assumptions from down 4% to up 4% in 2008 on average, which alone has the impact of depressing our EPS estimate by 5% on average.

More aggressive cost actions

However, newspaper companies continue to take aggressive cost actions, in some cases slightly more than what we were expecting. New York Times reiterated its intention to take out $230mn of costs (before inflation) in the next two years. Meanwhile, McClatchy expects cash costs to be down by a mid single digits rate in 2008.

Online and more online

Not surprisingly, most newspaper companies discussed at length their new revenue sources, with heavy emphasis on online. Industry alliances with Yahoo! and/or other parties were mentioned frequently. However, we do not expect these new revenues to be meaningful enough to offset the continued steep print revenue decline near term.

Maintain mostly negative stance on group

Given the weak economic backdrop and negative structural changes impacting the industry, we remain cautious on the group's fundamentals. While valuation in some cases are now more reasonable, we maintain our negative stance, at least until revenue trends begin to show signs of bottoming out. Gannett remains our sole Neutral rated newspaper name as its valuation at 5.2x '08E EBITDA and 8x P/E is attractive and its leverage is comfortable at 1.8x EBITDA.

To reply to Karl Choi directly, click here or call +1 212 449 0375

* Read the research report, available through the link above, for complete information including important disclosures and analyst certification(s). Reports can be saved to your local drive in .pdf format. Merrill Lynch URLs are active for six months from the date that such report is published. There may be more recent information available. Please visit one of the electronic venues that carry Merrill Lynch research or contact your Merrill Lynch representative for further information.

Customers of Merrill Lynch in the US can receive independent, third-party research on companies covered in this report, at no cost to them, if such research is available. Customers can access this independent research at http://www.ml.com/independentresearch or can call 1-800-637-7455 to request a copy of this research.

iQanalyticsSM
Merrill Lynch's iQanalyticsSM capabilities include a defined valuation methodology, the iQdatabase®, which draws on over 2,650 company models prepared by our Fundamental Equity analysts globally, and a series of proprietary software tools. Information is presented in a consistent format as explained in our iQmethodSM report. Using the iQanalytics platform, Merrill Lynch analysts and clients can select and compare financial metrics across sectors and regions under our coverage on a consistent basis, with a focus on recent and forecast company performance and valuation.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                    ML-TRIB-0445780

The key features of iQmethodSM are:
• A consistently structured, detailed and transparent methodology, with data sourced directly from our analysts' models.
• Guidelines to maximize the effectiveness of the comparative valuation process, and to identify some common pitfalls.

Click here for the iQmethod report

iQdatabase®
The iQdatabase® is Merrill Lynch Global Securities Research & Economics Group's globally integrated real time research database that is sourced directly from our Fundamental Equity analysts' earnings models, and includes forecast as well as historical data for income statements, balance sheets and cash flow statements for companies covered by Merrill Lynch.

For more information on what iQanalytics can do for you, contact your Merrill Lynch representative.
iQanalytics and, iQmethod are service marks of Merrill Lynch & Co., Inc. iQdatabase® is a registered service mark of Merrill Lynch & Co., Inc. To receive ML Research emails in plain text format,click here

If you would like to stop or modify the delivery of Research via Email, click here or contact Research Publications:

The Americas:
+1 888 734 1391 or +1 212 449 9765

Europe, Middle East & Africa:
+44 20 7996 4444

Asia Pacific (ex-Japan) & Australasia:
+852 2536 3036

Japan:
+813 6225 7677 or +813 6225 6264

Publication: 389428-10678640.pdf
Recipient: David Tuvlin

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ML-TRIB-0445781