| From: | Kaplan, Todd (GMI Leveraged Finance). | Sent:11/7/2007 6:31 PM. |
|---|---|---|
| To: | Costa, Michael (IBK-NY). | |
| Cc: | . | |
| Bcc: | Costa, Michael (IBK-NY). | |
| Subject: | RE: TRB. | |

think it's best to catch up live

give me a call when you have a chance


-----Original Message-----
From: Costa, Michael (IBK-NY)
Sent: Wed 11/7/07 4:50 PM
To: Kaplan, Todd (GMI Leveraged Finance)
Cc:
Subject: Re: TRB


Yes lets have a call. We are clearly dealing with an organization at all levels unable to come to a decision. We should make an institutional judgment as to whether closing into existing papers and preserving flexibility to restructure when the new board is in place is in our interests. We should also seek direct dialogue with board since mgmt seems incapable of driving a decision.

Also assuming we do not get FCC approval until mid December and we have some marketing period, don't we have some leverage in helping equity holders avoid $100MM dimunition in value if they miss S corp election?

Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)



------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Kaplan, Todd (GMI Leveraged Finance)
To: Tuvlin, David (IBK-NY); Mayer, Carl (LevFin-CapMkts); Paras, Stephen B. (LevFin-CapMkts) ; Dahlback, Henrik (IBK-NY); Kim, Caroline (IBK-NY); Figueroa, Mariela (LevFin-CapMtks); O'Grady, Michael G. (IBK - CHI); Costa, Michael (IBK-NY); Marcus, Mitchell (IBK-CHI); Lewicki, David (IBK-CHI)

Sent: Wed Nov 07 17:34:43 2007
Subject: TRB

Got an update from Crane and Chandler this afternoon


* VRC - they have passed along our due diligence request to VRC - the VRC team on TRB has gone back to check with their leadership and counsel re our request, and will respond post that review

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

ML-TRIB-0613213

* Financing proposal - our proposed changes to the financing were reviewed by the board and rejected for reason I'd be happy to review live - I asked Chandler and Crane if there was a counterproposal - for today, there is not, but I've encouraged Chandler and Crane to go back and think about a redesign of the financing that, from their standpoint, would make sense - they indicated that they would do that; given the number of constituencies, suspect that a response will take a few days

let me know if a call is a good idea

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0613214