| | | |
|---|---|---|
| From: | O'Grady, Michael G. (IBK - CHI). | Sent:7/27/2006 9:53 AM. |
| To: | Costa, Michael (IBK-NY); Kaplan, Todd (GMI Leveraged Finance). | |
| Cc: | . | |
| Bcc: | Costa, Michael (IBK-NY); Kaplan, Todd (GMI Leveraged Finance). | |
| Subject: | Fw:. | |

I erased your email Michael, would thur work, even by ph? Todd?
---------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


-----Original Message-----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: O'Grady, Michael G. (IBK - CHI)
Sent: Thu Jul 27 09:34:42 2006
Subject: RE:

Would Thursday work?



-----Original Message-----
From: O'Grady, Michael G. (IBK - CHI) [mailto:michael_ogrady@ml.com]
Sent: Wednesday, July 26, 2006 9:08 PM
To: Bigelow, Chandler
Subject: RE:



Chandler

I've circled with our team and Wed is a really bad day. Basically, Michael, Todd and I are all conflicted and out of town. Tuesday would work, although I know you said Scott had a conflict. I haven't checked on monday, but maybe we could make that work in the afternoon. We can also discuss just doing by phone if that makes it any easier. Sorry to be difficult, let's discuss.

Mike

-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Wednesday, July 26, 2006 4:16 PM
To: O'Grady, Michael G. (IBK - CHI); 'Canmann, Michael S [GBKG]'; 'Mohr, Christina [GBKG]'; Costa, Michael (IBK-NY); Kaplan, Todd (GMI Leveraged Finance)
Subject:

Attached are (i) 2006 revenue and OCF projections by business unit and (ii) tax basis information by business unit.


As I discussed with Mike O'Grady earlier this afternoon, if you would like to meet with Scott Smith and Tim Landon on Wednesday, August 2nd to review the outlook for our newspapers and Internet operations they would be available. Also, we could try to get some time with the TV folks. Please let me know if that is something you would like to set-up.



Thanks, Chandler



_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                           ML-TRIB-0368506

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click <http://www.ml.com/email_terms/> here for important additional terms relating to this e-mail. http://www.ml.com/email_terms/

_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                      ML-TRIB-0368507