| | | |
|---|---|---|
| From: | Costa, Michael (IBK-NY). | Sent: 6/9/2006 9:37 AM. |
| To: | Kaplan, Todd (GMI Leveraged Finance); Plohn, Charles (GMI - NY Special Equity Transactions); O'Grady, Michael G. (IBK - CHI); Marcus, Mitchell (IBK-CHI). | |
| Cc: | . | |
| Bcc: | Plohn, Charles (GMI - NY Special Equity Transactions); Kaplan, Todd (GMI Leveraged Finance); O'Grady, Michael G. (IBK - CHI); Marcus, Mitchell (IBK-CHI). | |
| Subject: | TRB. | |

All
TRB has asked us to give our views to their Board of "state of play" of self tender.
Couple of things would really welcome your views on:
1. Based on market today, what do we think implied clearing price will be?
2. Do we see evidence of "event driven" investors in the stock in such magniotude that what we really face is a "negotiation" with group of arbs/hedge funds who will try to push us toward high end or above of tender (almost like a mini VNU or Stewart Stevenson situation)
3. Is the 30MM share minimum condition embedded in agmt with foundation hurting us here? In other words, if we were able to lower or eliminate that condition would that have an impact on trading price?
Mitch is trying to pull our thoughts together this morning so you can respond by email. Thx.
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)



------------------------
Sent from my BlackBerry Wireless Handheld

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                                              ML-TRIB-0367311