| | | |
|---|---|---|
| From: | Costa, Michael (IBK-NY). | Sent: 2/21/2007 6:09 PM. |
| To: | Kaplan, Todd (GMI Leveraged Finance); O'Grady, Michael G. (IBK - CHI). | |
| Cc: | . | |
| Bcc: | Kaplan, Todd (GMI Leveraged Finance); O'Grady, Michael G. (IBK - CHI). | |
| Subject: | . | |

Why aren't one of you in zell discussion. Are they arguing conflict
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)

----------------------
Sent from my BlackBerry Wireless Handheld

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

ML-TRIB-0571282