agree to the Chandler Trusts' proposal to distribute the shares of TMCT I, the Chandler Trusts will not allow a spin-off transaction to occur.

At approximately, 1:35 p.m., Messrs. Stinehart and Goodan departed, Mr. Chandler disconnected and the Board met in private session without the Chandler Trusts' directors in order to discuss the TMCT I transaction. At approximately, 2:10 p.m., the Board recessed for lunch.

## ACTION ON LEVERAGED RECAPITALIZATION

At approximately 2:50 p.m., the Board reconvened with Messrs. Costa, Grenesko, Kenney, Leach, Cole and Ms. Mohr present. Mr. Grenesko then reviewed additional recapitalization projections assuming a $500 million reduction in borrowing and incorporating the BCG "downside" scenario for operating revenue. Mr. Leach then reviewed a list of non-core assets that could be sold to service the debt, should operating performance decline. The Board then questioned management regarding the new material and following discussion, Messrs. Costa and Leach and Ms. Mohr departed.

Mr. Kenney then reviewed resolutions required to approve the proposed share repurchase and financing. Following discussion, a motion was made, seconded and adopted (with Messrs. Chandler, Goodan and Stinehart voting in opposition without stating a reason therefore) to approve the following resolutions:

### Credit Facilities

RESOLVED, that the Board of Directors hereby ratifies and approves in all respects the proposed Credit Facilities Commitment Letter dated May 26, 2006, in the form presented to the Board of Directors at this meeting, to be issued to the Company by Merrill Lynch Capital Corporation ("Merrill Lynch") and Citigroup Global Markets, Inc. ("Citigroup") (including the Summary of Terms and Conditions appended thereto, the Fee Letter issued in connection therewith and the Engagement Letter issued in connection therewith, collectively, the "Commitment") pursuant to which Merrill Lynch and Citigroup will commit to provide credit facilities for the Company in an aggregate principal amount of $4.5 billion, consisting of a revolving line of credit, one or more term loans and other credit accommodations, on substantially the terms described in the Commitment (collectively, the "Credit Facilities"), for the uses and purposes described therein;

FURTHER RESOLVED, that the Board of Directors hereby approves and authorizes the transactions that are the subject of and/or contemplated by the Commitment and the undertakings and obligations of the Company pursuant thereto or in connection therewith, including, without limitation, (i) borrowing from Merrill Lynch or Citigroup and other lenders that may participate in the Credit Facilities from time to time, such sum or sums of money as, in the judgment of the officer or officers hereafter authorized, the Company may from time to time hereafter require, including, without limitation, the Credit Facilities and (ii) entering into interest rate management transactions constituting a

5

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB-UR-0434014

rate swap, basis swap, forward rate transaction, interest rate option, cap transaction, floor transaction, collar transaction, forward transaction or any other similar transaction (including any option with respect to any of these transactions) or any combination thereof, linked to one or more interest rates with respect to notional amounts of indebtedness under the Credit Facilities determined from time to time by the officer or officers hereafter authorized to be necessary in connection with the Company's financial operations or performance (the "Interest Rate Hedging Transactions") on the terms determined from time to time by the officer or officers hereafter authorized to be necessary in connection with the Company's financial operations or performance or the Credit Facilities, with such changes in terms and conditions as shall be approved by the Chairman, President and Chief Executive Officer, any Senior Vice President, the Vice President and Treasurer or any Vice President of the Company (such officer or officers, which are authorized to act singly or together pursuant hereto, being hereinafter designated as "Authorized Officers"), in their discretion;

FURTHER RESOLVED, that the Authorized Officers are hereby authorized, directed and empowered to (i) execute for, in the name of and on behalf of the Company, and deliver to Merrill Lynch or Citigroup, individually and/or as agents for themselves and the other lenders that may participate in the Credit Facilities, any and all instruments, documents and agreements deemed necessary or desirable by Merrill Lynch and Citigroup in order to evidence the Credit Facilities properly in accordance with the requirements of the Commitment and the Credit Facilities contemplated thereby and any other requirements established by Merrill Lynch, Citigroup or any of the other lenders, including without limitation promissory notes, loan or credit agreements, joinder agreements, indemnity agreements, pledge agreements, security agreements, guarantees, certificates, affidavits, applications, notices, financing statements or any other agreements or instruments evidencing the indebtedness of the Company for the monies so borrowed, with interest thereon, including renewals, extensions and/or amendments of said promissory notes, loan or credit agreements, joinder agreements, indemnity agreements, pledge agreements, security agreements, guarantees, certificates, affidavits, applications, notices, financing statements or any other agreements or instruments (individually and collectively the "Credit Facilities Documents"), all in the form required by Merrill Lynch and Citigroup and approved by the Authorized Officers executing same, the execution of same by such Authorized Officers to constitute conclusive evidence of the approval of same, and to (ii) take from time to time any actions deemed necessary or desirable by the Authorized Officers to establish the Credit Facilities and to evidence the Credit Facilities properly in accordance with the requirements of the Commitment Letter and the Credit Facilities Documents contemplated thereby and any other requirements established by Merrill Lynch, Citigroup and/or any of the other lenders, and to cause the Company to enter into and perform all of its obligations pursuant to the Credit Facilities Documents or otherwise in connection with the Credit Facilities;

6

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0434015

FURTHER RESOLVED, that the Authorized Officers, be and they are each hereby authorized, directed and empowered, in the name of the Company, to execute and deliver for the benefit of each counterparty to the Interest Rate Hedging Transactions ISDA master agreements, confirmations, schedules, joinder agreements, pledge agreements, security agreements, financing statements or other agreements or instruments evidencing the obligations of the Company under such Interest Rate Hedging Transactions, and each of said Authorized Officers are authorized to from time to time execute renewals, extensions and/or amendments of said ISDA master agreements, confirmations, schedules, joinder agreements, pledge agreements, security agreements, financing statements or other agreements or instruments;

FURTHER RESOLVED, that each Authorized Officer is hereby authorized, directed and empowered, as security for the indebtedness and other obligations of the Company to Merrill Lynch or Citigroup, individually and/or as agents for themselves, the other lenders that may participate in the Credit Facilities and each party that may act as a counterparty to an Interest Rate Hedging Transaction, whether arising pursuant to this resolution or otherwise, if required by the Commitment, to grant, transfer, pledge, mortgage, assign, or otherwise hypothecate to Merrill Lynch or Citigroup, individually and/or as agents for themselves, the other lenders that may participate in the Credit Facilities and each party that may act as a counterparty to an Interest Rate Hedging Transaction, or deed in trust for its and/or their benefit, any property belonging to the Company and, if required by the Commitment, to execute and deliver to Merrill Lynch or Citigroup, individually and/or as agents for themselves, the other lenders that may participate in the Credit Facilities and each party that may act as a counterparty to an Interest Rate Hedging Transaction, any and all grants, transfers, pledge agreements, mortgages, deeds of trust, financing statements, security agreements and other hypothecation agreements; said instruments, and the promissory notes and other instruments and agreements referred to in the preceding paragraph, may contain such provisions, covenants, recitals and agreements as Merrill Lynch or Citigroup, individually and/or as agents for themselves, the other lenders that may participate in the Credit Facilities and each party that may act as a counterparty to an Interest Rate Hedging Transaction, may require and any of said Authorized Officers may approve, and the execution thereof by said Authorized Officers shall be conclusive evidence of such approval;

FURTHER RESOLVED, that the performance by the Company of its obligations under the Commitment, the Credit Facilities and the Interest Rate Hedging Transactions and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects; and

FURTHER RESOLVED, that the Authorized Officers may from time to time designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Commitment, the Credit Facilities and

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB-UR-0434016

the Interest Rate Hedging Transactions, and the actions of such individual(s) shall be binding and enforceable against the Company.

## Stock Repurchases

**Tender Offer**

RESOLVED, that the Board of Directors hereby approves a modified "Dutch Auction" tender offer to purchase up to 53 million shares (together with an additional number of shares equal to 2% of the total outstanding shares, the "Maximum Number of Shares") of the Company's common stock, par value $0.01 per share (the "Shares"), at a price not greater than $32.50 (the "Maximum Offer Price") nor less than $28.00 per Share (the "Minimum Offer Price" and together with the Maximum Offer Price, the "Offer Prices"), net to the seller in cash, without interest (the "Tender Offer") and that the Company is hereby authorized and directed to conduct the Tender Offer and to purchase up to the Maximum Number of Shares at a price not greater than the Maximum Offer Price nor less than the Minimum Offer Price, to be paid from, and subject to the receipt of, borrowings pursuant to the terms of certain term loan and credit facilities to be entered into in connection with the Tender Offer;

RESOLVED FURTHER, that authority is hereby granted to Dennis J. FitzSimons Enrique Hernandez, Jr., Robert S. Morrison, William A. Osborn, and William Stinehart, Jr. (the "Executive Committee") to increase the Offer Prices or the Maximum Number of Shares to be purchased pursuant to the Tender Offer and cause the Company to pay the additional consideration related thereto and to take any and all actions and to do any and all things as in the Executive Committee's judgment may be deemed necessary, desirable or advisable to carry out or fulfill the purposes and intent of these resolutions, including the consummation of the Tender Offer and the related financing transactions described above;

RESOLVED FURTHER, that the Company is hereby authorized to select and pay the lowest purchase price within the range of the Offer Prices that will allow the Company to buy up to the Maximum Number of Shares or, if a lesser number of Shares is properly tendered, all Shares that are properly tendered and not withdrawn (the "Purchase Price");

RESOLVED FURTHER, that the Chairman, President and Chief Executive Officer, any Senior Vice President, the Vice President and Treasurer or any Vice President of the Company (such officer or officers, which are authorized to act singly or together pursuant hereto, being hereinafter designated as the "Authorized Officers") are authorized and empowered to prepare and deliver to the holders of the Shares an Offer to Purchase, together with all amendments or supplements thereto (the "Offer to Purchase"), relating to the Tender Offer;

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB-UR-0434017