RESOLVED FURTHER, that the Authorized Officers are authorized and empowered to prepare and file with the Securities and Exchange Commission (the "SEC") a Tender Offer Statement on Schedule TO (including all exhibits thereto), together with all amendments or supplements thereto (the "Schedule TO"), on the terms discussed with the Board of Directors, together with such changes as may be approved by the Authorized Officers, and to take any and all such further action and pay all fees as may be required by the SEC or deemed necessary, desirable, or advisable, including appearing before the SEC and its staff;

RESOLVED FURTHER, that Crane H. Kenney is hereby appointed as the Company's agent for service in connection with the Schedule TO and any amendments thereto, and Mr. Kenney is authorized to receive notices, orders and communications with respect to the Schedule TO and the Tender Offer, with all powers consequent upon such designation under the rules and regulations promulgated by the SEC;

RESOLVED FURTHER, that the Authorized Officers are authorized to retain (i) Merrill Lynch Capital Corporation and Citigroup Global Markets, Inc. as joint lead financial advisors, (ii) Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated and Citigroup Global Markets Inc. as lead dealer managers, (iii) Georgeson Shareholder Communications, Inc. as Information Agent and (iv) Computershare Trust Company, N.A. as Depositary, in connection with the Tender Offer and that such appointments are approved in all respects, and the Authorized Officers are authorized to execute any necessary documents in connection with such appointments and to pay all fees relating to such engagements; and

FURTHER RESOLVED, that the Authorized Officers may from time to time designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Tender Offer, and the actions of such individual(s) shall be binding and enforceable against the Company.

**Principal Shareholder Purchases**

RESOLVED, that the Board of Directors hereby approves the purchase outside of the Tender Offer of 8,982,800 Shares from Robert R. McCormick Tribune Foundation and 1,017,200 Shares from Cantigny Foundation, in each case pursuant to stock purchase agreements entered into between the Company and each such entity as described at this meeting, with all such Shares to be purchased not earlier than the eleventh business day following the expiration or other termination of the Tender Offer at a price equal to the Purchase Price per Share actually paid by the Company for Shares tendered in the Tender Offer and with the amount of Shares which may be purchased from each such entity being subject to increase or decrease as contemplated in such stock purchase agreements based on changes in the number of Shares subject to, or accepted for purchase in, the Tender Offer; and

9

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0434018

FURTHER RESOLVED, that the Authorized Officers are authorized and empowered to prepare, execute and deliver, in the name and on behalf of the Company, one or more stock purchase agreements containing terms consistent with the foregoing resolution in such form as the executing Authorized Officer shall approve, such approval to be conclusively evidenced by such execution.

**Open Market Purchases**

RESOLVED, that the Authorized Officers are severally authorized to cause the Company to repurchase from time to time up to an additional 12 million Shares (in addition to the $1 billion share repurchase authorized by this Board in December 2005), with all such Shares to be purchased not earlier than the eleventh business day following the expiration or other termination of the Tender Offer;

FURTHER RESOLVED, that all such repurchases shall be made by the Company or by any of the Company's subsidiaries either (a) in accordance with Rule 10b-18 under the Securities Exchange Act of 1934, as amended, including specifically the price limitations thereof, or (b) in privately negotiated transactions, provided that in the case of private transactions (i) the price paid shall be no higher than two percent above the price at which repurchases pursuant to Rule 10b-18 could be made, and (ii) no purchases from "affiliates" of the Company (as the term is used in Rule 144 under the Securities Act of 1933, as amended) shall be made without approval in the specific case by a majority of disinterested directors of the Company;

FURTHER RESOLVED, that any Shares so repurchased shall, in the discretion of the Authorized Officers, either be canceled and retired or added to the Company's treasury stock (directly or indirectly) and, if so added, may be used for sales to employees under the Company's Employee Stock Purchase Plan, for the exercise of stock options granted to employees of the Company and its subsidiaries and for other employee benefit plans;

FURTHER RESOLVED, that the Board of Directors adopts the form of any resolution consistent with the foregoing resolutions requested by any bank, trust company, broker, dealer or other person in connection with such repurchases, provided that the Secretary or the Assistant Secretary of the Company approves the resolution and inserts it in the minute book of the Company; and

FURTHER RESOLVED, that all action heretofore taken by the officers of the Company with respect to the foregoing matters is ratified and approved. The Authorized Officers are severally authorized and empowered to take such steps and do such things (including, without limitation, the payment of fees, charges and expenses), and to execute and file or deliver such documents, as may be required by law or as may be deemed necessary or advisable in their judgment or the judgment of counsel for the Company in connection with the matters set forth in these resolutions.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB-UR-0434019

**Public Debt Issuance**

RESOLVED, by the Board of Directors of the Company, as follows:

1. **General.** This Board authorizes and approves the issuance and sale by the Company from time to time, in one or more public offerings, of up to $2 billion (in aggregate principal amount, or, if issued at an original issue discount, in aggregate public offering price or purchase price, in U.S. dollars or the equivalent in foreign denominated currency or composite currency) (the "Authorized Amount") of unsecured notes, debentures or other debt securities (which may be senior, subordinated, senior subordinated, junior subordinated or any combination of the foregoing) ("Debt Securities") and/or warrants to purchase Debt Securities ("Warrants"). Such Debt Securities and Warrants are collectively referred to herein as the "Securities." The authorization contained in these resolutions shall be in addition to the approximately $1 billion principal amount of debt securities and/or warrants to purchase debt securities remaining unissued under the Company's Form S-3 Registration Statement No. 333-129313 approved by this Board in July 2005 (the "Prior Authorization"), which Prior Authorization this Board hereby reconfirms and approves. The Securities shall be created, issued and sold, subject to the limitations set forth in this resolution, on such terms and conditions as shall be determined by the Special Committee of members of this Board established in Section 5 below.

2. **SEC Registration.** The officers of the Company are severally authorized and directed to prepare and execute, in the name and on behalf of the Company, a Registration Statement on Form S-3, or other appropriate form under the Securities Act of 1933, as amended (the "Securities Act"), for the registration of the Securities up to the Authorized Amount (the "Registration Statement") and the qualification under the Trust Indenture Act of 1939, as amended, of one or more indentures providing for the issuance of the Debt Securities. Any such Registration Statement may be combined with or include Securities previously registered under the Company's Form S-3 Registration Statement No. 333-129313. Upon execution of the Registration Statement by a majority of the directors of the Company, the officers of the Company are directed to cause the Registration Statement to be filed with the Securities and Exchange Commission (the "SEC") (which registration may, but shall not be required to, be made pursuant to Rule 415 of the Securities Act), and to execute and file, in the name and on behalf of the Company, all such other certificates, instruments and documents, to make all such payments and do all such other acts and things, including the execution and filing of amendments or post-effective amendments (including any registration statements or other filings under Rule 462 of the Securities Act) to the Registration Statement and amendments or supplements to any prospectus constituting a part thereof, as they may deem necessary or desirable.

11

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0434020

3. **Power of Attorney.** Each officer and director of the Company who may be required to execute the Registration Statement or any amendment thereto or document in connection therewith (whether for and on behalf of the Company or otherwise) is authorized and empowered to execute a power of attorney appointing Chandler Bigelow, Donald C. Grenesko and Crane H. Kenney, or any of them, his or her true and lawful attorney-in-fact and agent to sign in his or her name, place and stead, in any such capacity, any and all amendments (including post-effective amendments) to the Registration Statement and any and all other documents in connection therewith, and to file the same with the SEC, said attorney-in-fact to have the power and authority to do and perform, in the name and on behalf of such officers and directors who shall have executed such a power of attorney, every act whatsoever that such attorney may deem necessary, appropriate or advisable to be done in connection therewith as fully as such officers and directors might or could do in person.

4. **Agent for Service.** The Senior Vice President, General Counsel and Secretary of the Company, or his appointed designee, is designated as the agent for service who shall be duly authorized to receive communications and notices from the SEC with respect to the Registration Statement and with the powers conferred upon him as agent therefore by the Securities Act and the rules and regulations of the SEC thereunder.

5. **Special Committee Establishment and Authority.** There is established a Special Committee of directors, consisting of Messrs. FitzSimons, Osborn and Stinehart to provide for the issuance of the Securities from time to time. The Special Committee is hereby expressly authorized (with the full power of delegation to one or more officers of the Company), with the full power of this Board to the extent provided by law, to consider all matters and to take and authorize to be taken any and all action which might otherwise be taken or authorized by this Board in connection with the offering, sale, issuance and registration of the Securities, including, without limitation, to authorize one or more issues of such Securities and in connection with any such issue to determine, approve or appoint (as applicable): (a) the type, title, designation and form of the Securities, provided that no Securities shall be secured by or convertible into any equity securities of the Company; (b) the aggregate principal amount and denominations; (c) the maturity or maturities, including the terms of any extension thereof; (d) the mode of sale and distribution and, as applicable, the particular underwriters, managing underwriters, agents, dealers and purchasers; (e) the form of any indenture, warrant agreement or underwriting, agency, sales, dealer and/or purchase agreement; (f) the price to be received by the Company for the Securities (which may reflect an original issue discount), and any public offering price, discount or commission paid or allowed in connection therewith; (g) the interest rate or rates, if any, or the formula by which such rate or rates may be established and the dates from which such interest shall accrue; (h) any sinking fund or similar redemption requirement and related redemption prices; (i) optional redemption rights, if any, of the Company or the holders of Securities, and related redemption prices and/or limitations; (j) exchange rights, if any, of the Company or holders of Securities and/or limitations; (k) the ranking of such Securities (senior or

12

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0434021