subordinated) and, if applicable, the subordination provisions of any subordinated Debt Securities; (l) defeasance provisions, if any; (m) the applicable currency or composite currency, and related payment terms; (n) in the case of Warrants, the designation and amount of Debt Securities for which they are exercisable, and the dates, price and other terms of such exercise; (o) additional affirmative or restrictive covenants, if any, to be imposed on the Company with respect to any Securities; (p) any trustees, warrant agents, authentication, calculation, transfer or paying agents and registrars and such other agents as the Special Committee shall deem appropriate (q) any events of default; and (r) such other terms, conditions and provisions, not inconsistent herewith, as the Special Committee shall deem appropriate.

6. **Indenture; Warrant Agreement.** The Chairman, President and Chief Executive Officer, any Senior Vice President, the Vice President and Treasurer or any Vice President of the Company (such officer or officers, which are authorized to act singly or together pursuant hereto, being hereinafter designated as "<u>Authorized Officers</u>") together with the Secretary or any Assistant Secretary of the Company are severally authorized to execute, attest and deliver, in the name and on behalf of the Company, an appropriate indenture or indentures and an appropriate warrant agreement or warrant agreements in substantially the forms as approved by the Special Committee, including indentures and warrant agreements supplemental thereto in forms as approved by the Special Committee with such changes as the executing officers may approve, such approval to be conclusively evidenced by such execution, and such officers are severally authorized to perform any and all acts that they may deem necessary or advisable to make any indenture or warrant agreement the valid and effective act and agreement of the Company, including, without limitation, any and all acts necessary or appropriate to qualify any indenture under the Trust Indenture Act of 1939, as amended.

7. **Sales Agreements.** The Authorized Officers are severally authorized to execute, in the name and on behalf of the Company, appropriate underwriting agreements, agency agreements, sales agreements, dealer agreements and/or purchase agreements (collectively, the "<u>Sales Agreements</u>"), substantially in the form as approved by the Special Committee, with such changes as the executing officers may approve, such approval to be conclusively evidenced by such execution, and such officers are severally authorized to perform any and all acts that they may deem necessary or advisable to make any Sales Agreement the valid and effective act and agreement of the Company.

8. **Execution of Securities; Facsimile Signatures.** The Authorized Officers are severally authorized to execute the Securities (including any Securities issued in global form), under the corporate seal of the Company attested by its Secretary or Assistant Secretary, and to cause the Securities to be delivered to the trustee or warrant agent therefor, together with an executed authentication and delivery request from the Company, for authentication and delivery by such trustee or warrant agent in accordance with such request. The signatures of the Authorized Officers and the Company seal appearing on the definitive Debt Securities and Warrant Certificates may be engraved, lithographed or

13

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB-UR-0434022

facsimiles, and the Company adopts for such purpose the facsimile seal of the Company and the facsimile signatures of Dennis J. FitzSimons, Donald C. Grenesko, Chandler Bigelow and Crane H. Kenny, as Chairman, President and Chief Executive Officer, Senior Vice President/Finance and Administration, Vice President and Treasurer and Senior Vice President, General Counsel and Secretary, respectively, whether or not any of such persons actually holds such office at the time Securities are executed, authenticated or delivered.

9. **Stock Exchange Listing.** The officers of the Company are severally authorized to provide for the filing of a registration statement on Form 8-A under the Securities Exchange Act of 1934, as amended, to be filed with the SEC in connection with the listing of one or more issues of Securities on the New York Stock Exchange, to file an application, and amendments thereto as necessary, with the New York Stock Exchange for the listing of such Securities on such Exchange upon official notice of issuance, to execute and deliver, in the name and on behalf of the Company, such other documents and agreements (including, without limitation, indemnity agreements in form acceptable to such Exchange for the purpose of such listings), to appear before the staff of such Exchange with authority to make such changes in any such application, or to make or amend such documents and agreements relative thereto, as may be necessary to conform with the listing requirements of such Exchange and to take such other action as such officers may deem necessary or advisable to list the Securities on such Exchange.

10. **State and Other Securities Laws.** The officers of the Company are severally authorized to determine the states and such other jurisdictions (including, without limitation, foreign jurisdictions) in which appropriate action shall be taken to qualify or register for sale (or exempt therefrom) all or such part of the Securities as the officers of the Company may deem advisable. The officers of the Company are severally authorized to perform on behalf of the Company any and all such acts as they may deem necessary or advisable in order to comply with the applicable laws of any such states or other jurisdictions, and in connection therewith to execute and file all requisite papers and documents (including, without limitation, applications, reports, surety bonds, irrevocable consents and appointments of attorneys for service of process); and the execution by such officers of any such paper or document or the doing by them of any act in connection with the foregoing matters shall conclusively establish their authority therefor from the Company and the approval and ratification by the Company of the papers and documents so executed and the action so taken, and any resolution of this Board that is required or appropriate in connection therewith shall be deemed to have been adopted by this resolution and may be so certified by the Secretary or Assistant Secretary of the Company.

**Miscellaneous**

FURTHER RESOLVED, that the Authorized Officers are authorized and empowered, for, in the name of and on behalf of the Company, to take any and all such actions and to

14

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB-UR-0434023

do any and all such things, including without limitation the execution and delivery of all such further agreements, documents, certificates, instruments and undertakings in the name and on behalf of the Company, and to incur such fees and expenses, as in the judgment of any of the Authorized Officers may be deemed necessary, desirable, advisable, expedient, convenient or proper to carry out or fulfill the purposes and intent of the foregoing resolutions and in order to consummate fully all of the transactions contemplated under these resolutions and the instruments and agreements referred to herein, and all acts and prior acts of the Authorized Officers in any way relating to or arising from, or that are in conformity with the purposes and intent of, these resolutions and the instruments and agreements referred to herein are hereby approved, ratified and confirmed in all respects; and

FURTHER RESOLVED, that in connection with the transactions contemplated by the foregoing resolutions, the Secretary and the Assistant Secretary of the Company, and each of them, are authorized and empowered, for, in the name of and on behalf of the Company, to certify more formal or detailed resolutions as the Authorized Officers may deem necessary, desirable or advisable to effectuate the intent and purposes of the foregoing resolutions, and the Secretary and the Assistant Secretary of the Company, and each of them, are authorized and empowered, for, in the name of and on behalf of the Company, to attach such resolutions to these resolutions and thereupon such resolutions shall be deemed the resolutions of the Board of Directors as if set forth at length in these resolutions.

**ADJOURNMENT**

There being no further business to come before the Board, the meeting was adjourned at approximately 3:30 p.m.

*[signature]*
Secretary

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB-UR-0434024