**TRIBUNE COMPANY**
**BOARD OF DIRECTORS MEETING**
**JULY 19, 2006**

The Tribune Company Board of Directors met at 9:45 a.m. on Wednesday, July 19, 2006, at Tribune Tower, Chicago, Illinois, pursuant to notice. The meeting was attended by Jeffrey Chandler, Dennis J. FitzSimons, Roger Goodan, Enrique Hernandez, Jr., Betsy D. Holden, William A. Osborn, J. Christopher Reyes, William Stinehart, Jr., Dudley S. Taft and Miles D. White. Robert S. Morrison participated via telephone.

Portions of the meeting were attended by Donald C. Grenesko, David D. Hiller, Crane H. Kenney, Timothy J. Landon, Thomas D. Leach, Luis E. Lewin, Ruthellyn Musil, John E. Reardon and Scott C. Smith. Tom Cole of Sidley Austin, Chip Mulaney of Skadden, Arps, Slate, Meagher & Flom LLP, Michael Costa of Merrill Lynch, and Michael Schell and Christina Mohr of Citigroup also participated in portions of the meeting.

Mr. FitzSimons acted as chairman of the meeting and Mr. Kenney acted as secretary.

Mr. FitzSimons called the meeting to order at 9:45 a.m.

**EXECUTIVE SESSION**

The directors met in executive session at the beginning of the meeting.

**ELECTION OF OFFICER**

During the executive session, Mr. FitzSimons nominated Darko Dejanovic for election as Senior Vice President/Chief Technology Officer. A motion was then made, seconded and approved to adopt the following resolution:

> RESOLVED, that Darko Dejanovic is hereby elected Senior Vice President/Chief Technology Officer of the Company to serve until his successor shall be elected and qualified or his earlier resignation or removal.

Following the conclusion of the executive session, Ms. Musil and Messrs. Grenesko, Hiller, Kenney, Landon, Leach, Lewin, Reardon and Smith joined the meeting.

**APPROVAL OF MINUTES**

A motion was made, seconded and approved to adopt the minutes of the May 1 and May 2, 2006 Board of Directors meeting, the May 2, 2006 Annual Shareholders meeting and the June 26, 2006 Executive Committee meeting as submitted. Mr. Stinehart requested that the minutes of the May 26, 2006 Board of Directors meeting be amended to clarify that the Chandler Trusts

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0434031

were not tying their approval of a spin-off transaction to their proposed TMCT redemption. After discussion, it was agreed that the minutes of this meeting would reflect this clarification and with said clarification, the minutes were approved as presented.

**COMMON STOCK AND PREFERRED STOCK DIVIDENDS**

A motion was made, seconded and approved to adopt the following resolutions:

> RESOLVED, that there is hereby declared a dividend of $.18 per share on the common stock of the Company payable on September 14, 2006 to stockholders of record at the close of business on August 31, 2006;
>
> FURTHER RESOLVED, that there is hereby declared a dividend of $10.00 per share on the Series C Convertible Preferred Stock of the Company payable on September 14, 2006 to stockholders of record at the start of business on September 14, 2006;
>
> FURTHER RESOLVED, that there is hereby declared a dividend of $8.6375 per share on the Series D-1 Convertible Preferred Stock of the Company payable on September 14, 2006 to stockholders of record at the start of business on September 14, 2006; and
>
> FURTHER RESOLVED, that there is hereby declared a dividend of $8.6375 per share on the Series D-2 Convertible Preferred Stock of the Company payable on September 14, 2006 to stockholders of record at the start of business on September 14, 2006.

**SECOND QUARTER OPERATING RESULTS/STOCK PERFORMANCE REPORT**

Mr. Grenesko reviewed the second quarter operating results of each of the Company's lines of business and commented on factors impacting the results. Mr. Grenesko next reviewed the performance of the Company's stock and market factors affecting the stock. Mr. Grenesko also reviewed operating performance trends for the Company compared to its industry peers. Mr. Grenesko then answered questions from the Board of Directors.

**SAN FERNANDO VALLEY PLANT SALE**

Mr. Smith presented management's request for approval to sell the Los Angeles Times San Fernando Valley printing plant and land for at least $25 million in cash. Following discussion, a motion was then made, seconded and approved to adopt the following resolutions:

> RESOLVED, that the Board of Directors of the Company authorizes and approves the sale by the Company (or any affiliate thereof) of the land and improvements comprising the former San Fernando Valley printing facility for a cash sale price of at least $25 million (the "Transaction");

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0434032

FURTHER RESOLVED, that the Chairman, President and Chief Executive Officer, any Senior Vice President or any Vice President of the Company, the President or any Vice President of Tribune Publishing Company or the President or any Vice President of Los Angeles Times Communications LLC (the "Authorized Officers"), be and each of them hereby is, authorized (with full power of delegation) in the name and on behalf of the Company (or any affiliate thereof) to negotiate, document and execute agreements and instruments evidencing the Transaction as such Authorized Officer executing the same may approve, such approval to be conclusively evidenced by such officer's execution thereof;

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized (with full power of delegation) in the name and on behalf of the Company (or any affiliate thereof) to make all such arrangements, to do and perform all such acts and things, to execute and deliver all such contracts, deeds, affidavits, directions, agreements, documents, certificates and instruments, to make all governmental, regulatory or other filings, to pay all such amounts, and to take all such actions as they may deem advisable or necessary in connection with the matters set forth in these resolutions and in order to fully effectuate the purposes of these resolutions; and

FURTHER RESOLVED, that all actions previously taken by or on behalf of the Company (or any affiliate thereof) in connection with the matters set forth in these resolutions be, and hereby are, ratified, confirmed and approved in all respects.

**CHICAGO TRIBUNE PRE-PRINT PROJECT CAPITAL REQUEST**

Mr. Hiller presented management's request for approval of a $39 million capital investment to provide increased capacity and targeting capabilities for preprinted advertising inserts in the *Chicago Tribune*. Mr. Hiller reviewed the financial benefits of such investment, risks associated with the project and timeline for completion. Following discussion, a motion was then made, seconded and approved to adopt the following resolutions:

RESOLVED, that the Board of Directors of the Company hereby authorizes the Company (or any affiliate thereof) to invest up to $39 million to provide increased capacity and targeting capabilities for preprinted advertising inserts in the *Chicago Tribune*;

FURTHER RESOLVED, that the Chairman, President and Chief Executive Officer, any Senior Vice President or any Vice President of the Company, the President or any Vice President of Tribune Publishing Company or the President, any Senior Vice President or any Vice President of Chicago Tribune Company be, and each of them hereby is, authorized (with full power of delegation) in the name and on behalf of the Company (or any affiliate thereof) to make all such arrangements, to do and perform all such acts and things, to execute and deliver all such agreements, certificates, instruments and documents, to make all governmental, regulatory or other filings, to pay all such amounts,

3

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0434033

to purchase all such machinery and equipment, and to take all such actions as they may deem advisable or necessary in connection with the foregoing resolution and in order to fully effectuate the purposes of the foregoing resolution; and

FURTHER RESOLVED, that all actions previously taken by or on behalf of the Company (or any affiliate thereof) in connection with the matters set forth in these resolutions be, and hereby are, ratified, confirmed and approved in all respects.

At this point, Mr. Hiller departed the meeting and Ms. Mohr and Messrs. Costa and Schell joined the meeting.

**LEVERAGE RECAPITALIZATION UPDATE**

Mr. Grenesko discussed a written report submitted to the Board prior to the meeting regarding the status of the leveraged recapitalization approved at the May 26, 2006 Board meeting. Mr. Grenesko and Mr. Smith also discussed the Company's progress made on the planned $500 million of divestitures and $200 million of cost savings. Messrs. Grenesko and Smith answered questions from the Board throughout the presentation. Mr. Costa then reviewed the final terms of the leveraged recapitalization, the performance of Tribune stock since the tender announcement, the imputed value to Tribune shareholders and the results of the bank syndication. Mr. Costa answered questions throughout his presentation.

**DEVELOPMENT UPDATE**

Mr. Leach discussed a written report submitted to the Board prior to the meeting regarding the status of other current development activities. A discussion followed Mr. Leach's presentation.

Mr. Landon presented management's request for approval to acquire one-half of Knight Ridder's equity ownership of each of CareerBuilder, ShopLocal and Topix. Mr. Landon also reviewed changes to the governance terms of CareerBuilder related to the proposed buyout of Knight Ridder.

Following discussion, a motion was made, seconded and approved to adopt the following resolutions relating to the purchase of an additional equity interest in CareerBuilder:

RESOLVED, that the Board of Directors of the Company hereby authorizes the Company (or any affiliate thereof) to purchase up to an additional one-sixth interest in CareerBuilder, LLC for a purchase price of up to $334 million in connection with the Company's exercise of the call option contained in the CareerBuilder, LLC Second Amended and Restated Limited Liability Company Agreement dated as of October 2, 2002 triggered by the acquisition of Knight-Ridder, Inc. by The McClatchy Company (the "Transaction");

4

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0434034

FURTHER RESOLVED, that the Chairman, President and Chief Executive Officer, any Senior Vice President or any Vice President of the Company, the President, any Senior Vice President or any Vice President of Tribune Publishing Company, the President or any Vice President of Tribune Interactive, Inc. or the President or any Vice President of Tribune National Marketing Company (the "Authorized Officers"), be and each of them hereby is, authorized (with full power of delegation) in the name and on behalf of the Company (or any affiliate thereof) to negotiate the terms of, document and execute agreements and instruments evidencing the Transaction as such Authorized Officer executing the same may approve, such approval to be conclusively evidenced by such officer's execution thereof;

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized (with full power of delegation) in the name and on behalf of the Company (or any affiliate thereof) to make all such arrangements, to do and perform all such acts and things, to execute and deliver all such agreements, certificates, instruments and documents, to make all governmental, regulatory or other filings, to pay all such amounts, and to take all such actions as they may deem advisable or necessary in connection with the foregoing resolutions and in order to fully effectuate the purposes of the foregoing resolutions; and

FURTHER RESOLVED, that all actions previously taken by or on behalf of the Company (or any affiliate thereof) in connection with the matters that are subject to these resolutions be, and hereby are, ratified, confirmed and approved in all respects.

Following discussion, a motion was made, seconded and approved to adopt the following resolutions relating to the purchase of an additional equity interest in ShopLocal:

RESOLVED, that the Board of Directors of the Company hereby authorizes the Company (or any affiliate thereof) to purchase up to an additional one-sixth interest in TKG Internet Holdings, LLC for a purchase price of up to $18 million in connection with the Company's exercise of the call option contained in the TKG Internet Holdings, LLC Limited Liability Company Agreement dated as of April 28, 2004 triggered by the acquisition of Knight-Ridder, Inc. by The McClatchy Company (the "Transaction");

FURTHER RESOLVED, that the Chairman, President and Chief Executive Officer, any Senior Vice President or any Vice President of the Company, the President, any Senior Vice President or any Vice President of Tribune Publishing Company, the President or any Vice President of Tribune Interactive, Inc., or the President or any Vice President of Eagle New Media Investments, LLC (the "Authorized Officers"), be and each of them hereby is, authorized (with full power of delegation) in the name and on behalf of the Company (or any affiliate thereof) to negotiate the terms of, document and execute agreements and instruments evidencing the Transaction as such Authorized Officer

5

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0434035