| | | |
|---|---|---|
| From: | Kaplan, Todd (GMI Leveraged Finance). | Sent:9/15/2006 3:53 PM. |
| To: | Tuvlin, David (IBK-NY). | |
| Cc: | Mayer, Carl (GMI-CAPMKTS); O'Grady, Michael G. (IBK - CHI); Marcus, Mitchell (IBK-CHI); Paras, Stephen B. (GMI NY - GLS); Dahlback, Henrik (IBK-NY). | |
| Bcc: | Tuvlin, David (IBK-NY); Mayer, Carl (GMI-CAPMKTS); O'Grady, Michael G. (IBK - CHI); Marcus, Mitchell (IBK-CHI); Paras, Stephen B. (GMI NY - GLS); Dahlback, Henrik (IBK-NY). | |
| Subject: | RE:. | |

not explicitly - more focused on debt getting too high relative to cash flow


-----Original Message-----
From: Tuvlin, David (IBK-NY)
Sent: Fri 9/15/06 3:48 PM
To: Kaplan, Todd (GMI Leveraged Finance)
Cc: Mayer, Carl (GMI-CAPMKTS); O'Grady, Michael G. (IBK - CHI); Marcus, Mitchell (IBK-CHI); Paras, Stephen B. (GMI NY - GLS); Dahlback, Henrik (IBK-NY)
Subject: RE:


thx

are you running equity as a min % of total deal?

-----Original Message-----
From: Kaplan, Todd (GMI Leveraged Finance)
Sent: Friday, September 15, 2006 3:45 PM
To: Tuvlin, David (IBK-NY)
Cc: Mayer, Carl (GMI-CAPMKTS); O'Grady, Michael G. (IBK - CHI); Marcus, Mitchell (IBK-CHI); Paras, Stephen B. (GMI NY - GLS); Dahlback, Henrik (IBK-NY)
Subject: RE:


had a good call with Citi - we need to do a more formal reconciliation of numbers, but highlights are

* they were at $2.8 b of equity, and I said $3.5 b - we settled on a flat $3 b for now
* they are at $5.9 b on new bank - they are going to move that to $6.25 b - they are very focused on senior secured not getting over 6x
* they had $3.2 b of bonds - $2.1 b of senior unsecured and $1.1 b of subs - their view is that corp rating will be b2/b, senior unsec will be b3/b-, and subs will be 6Cs
* they were still thinking about how to mechanically do the asset sale bridge - one problem that I thought of is this - if we put the assets to be sold in an SPV, and then keep them in the consolidated TRB group, don't we have to grant the existing notes security in the assets when we secure the asset sale bridge? - I guess that the fix to this is to set up a holding company to buy the existing TRB, dividend the assets to be sold out of the existing TRB and into the Holding company, and then have the holding company set up a sister SPV by contributing the assets to be sold (which we can then fund against and distribute the funds to the parent holding company as part of the merger consideration) - in other words, holdco would own existing TRB and asset sale co as wholly owned, sister subsidiaries

more to come - there are a few things that are changing in the numbers that I need to get up to speed on, but that's where we stand right now



talk in 45



-----Original Message-----

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                              ML-TRIB-0418279

From: Tuvlin, David (IBK-NY)
Sent: Fri 9/15/06 2:59 PM
To: Kaplan, Todd (GMI Leveraged Finance)
Cc: Mayer, Carl (GMI-CAPMKTS); O'Grady, Michael G. (IBK - CHI); Marcus, Mitchell (IBK-CHI); Paras, Stephen B. (GMI NY - GLS); Dahlback, Henrik (IBK-NY)
Subject: RE:


sounds good. i'll see what carl and steve think on the all bank

-----Original Message-----
From: Kaplan, Todd (GMI Leveraged Finance)
Sent: Friday, September 15, 2006 2:58 PM
To: Tuvlin, David (IBK-NY)
Cc: Mayer, Carl (GMI-CAPMKTS); O'Grady, Michael G. (IBK - CHI); Marcus, Mitchell (IBK-CHI); Paras, Stephen B. (GMI NY - GLS); Dahlback, Henrik (IBK-NY)
Subject: RE:


this is more current on the operating numbers - thanks

we can synchronize the littler pieces - the big difference is this:

you are thinking about funding all the new loan money as bank - this would be about $8.6 b of funded term loan (that is 6.25x the $1.38 b) plus the asset sale bridge

I am thinking of some amount of bonds, because 7.25x senior secured ($8.6 b plus $1.25 b rolled) feels heavy to me - I sized a little less than 2 turns to start, so that I split $8.6 b into $6 b term loan and $2.5 b bond (doesn't exactly add, but close)

understand that subordinated bonds are tough here, so maybe we split the difference - we put in 1x turn of bonds and the rest bank (let's say $7.25 b bank, or 5.25x, and $1.4 b bond, or 1x)

we have to spend some time on the PHONEs - for GAAP they are recorded as $520 mm, and for marketing purposes, that is what we use (see our bank materials) - the rating agencies have focused on the notional amount of PHONEs (which is $1.25 b - with a 2% coupon, they are an OID vehicle), and the agencies accord TRB net leverage of the notional amount of PHONEs less the amount of TWX stock that TRB owns (the net of the two is roughly $1 b) - think that you're correct in using the $1 b to size to 8x for rating agency purposes - I think that for marketing purposes, we pick up a little more than a third of a turn

will have this initial discussion and the circle back - think that Citi is more focused on how much equity do we need, and can we do this amount of debt




-----Original Message-----
From: Tuvlin, David (IBK-NY)
Sent: Fri 9/15/06 2:19 PM
To: Kaplan, Todd (GMI Leveraged Finance)
Cc: Mayer, Carl (GMI-CAPMKTS); O'Grady, Michael G. (IBK - CHI); Marcus, Mitchell (IBK-CHI); Paras, Stephen B. (GMI NY - GLS); Dahlback, Henrik (IBK-NY)
Subject: RE:


model is still moving around some. i see the m&a guys now running 100m of cost saves. have '06E ebitda of $1.38b incl cost saves. have about $950m of after tax asset sales (model running right now as if they are sold at closing so effectively running through as 100% LTV - we can tweak that). Company model has the phones on the books at $1b so we have modeled off of that.

i was going to show carl and steve an 8x model but i was doing all bank debt as the new mnoney as my starting

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                 ML-TRIB-0418280

point to be around 6.25x bank with gtees from subs, slightly less than 1x of existing notes that get security but no gtees and the phones behind that without security or gtees (at 1b it is about .75x). i am avoiding the need to do any bonds that could have gtees without security in the same cap structure of bonds that have security without gtees. have been thinking about stock of subs as security. nums likely a little off because i saw a prior draft of the model but i think directionally ok

model running off of $36 per hsare but i havent questioned that at this point. can easily move that to $35


sitting with carl and steve at 4:30 which was the first time we could get calendars coordinated. may make sense to hold off if you can to at least give steve and carla chance to see if they think the all bank structure works.

-----Original Message-----
From: Kaplan, Todd (GMI Leveraged Finance)
Sent: Friday, September 15, 2006 2:01 PM
To: Tuvlin, David (IBK-NY); Mayer, Carl (GMI-CAPMKTS); O'Grady, Michael G. (IBK - CHI); Marcus, Mitchell (IBK-CHI)
Subject:


am going to have a quick sidebar with Citi on debt levels in the LBO

a few quick questions:


* I'm scratching out a little less than 8x EBITDA post asset-sales
* am using EBITDA adjusted for $125 mm of cost savings
* asset sales are about $880 mm aftertax - have assumed that we can lend 3/4 of that presumed amount into an SPV, so $660 mm funded there
* am assuming that the existing A loan and cap mkts bridge are repaid at closing, as well as $263 mm of MTNS
* am assuming that remaining debt rolls (roughly $1.25 b), and that the rolled debt is secured equally and ratably to the new bank debt
* PHONEs also roll, but don't garner any security provisions
* am thinking about $6 b of funded new bank debt - with the rolled debt, we're at about 5.5x EBITA ($7.25 b/$1.31 b for adj '06 EBITDA) senior secured ex the asset sale bridge
* the PHONEs are one the books for about $520 mm by year end (a little less than 1/2 turn)
* am then assuming $2.5 b of new notes (about 2 turns) - think we can give new notes and loans downstream guarantees, but for notes the security offered to the old notes trumps the guarantee, so they're behind the existing
* we then fill out with $3.5 b of equity
* at $35 per share, overall consideration is about $14.4 b (that's $14.75 b gross, and then about $325 mm of option proceeds netted against that)

let me know if any of that is way off where you are



this isn't finalizing anything - they just wanted to know that we weren't very far apart before board materials go out over the weekend

we will work with them in much more detail over the next couple of weeks

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                        ML-TRIB-0418281