**COMPENSATION & ORGANIZATION COMMITTEE REPORT**

Mr. Morrison reported on the business discussed at the Compensation & Organization Committee meeting held earlier in the day.

Mr. Morrison reported that the Committee discussed several management recommendations regarding compensation and benefits matters that could be implemented in the event of a change in control transaction. Mr. Morrison noted that the Committee approved all of management's recommendations (except for the proposed amendments to the director deferred compensation plans, which the Committee reserved the right to reconsider). Mr. Morrison then indicated that the Committee recommended that the Board approve the proposed amendments to certain of the employee deferred compensation plans. Following discussion, a motion was made, seconded and approved to adopt the following resolutions:

> RESOLVED, that the following unfunded, non-qualified compensation plans be amended to provide that all accrued amounts under the plans be paid to plan participants upon a Change in Control and to adopt the Internal Revenue Code Section 409A definition of Change in Control: (i) the Tribune Company Bonus Deferral Plan; (ii) the Tribune Company Supplemental Defined Contribution Plan; and (iii) the Tribune Company Supplemental Retirement Plan;

> FURTHER RESOLVED, that the Tribune Company Employee Benefits Committee be, and hereby is, authorized (with full power of delegation), in the name and on behalf of the Board of Directors (or any committee thereof) to take all steps necessary to effect the foregoing resolutions, including preparing, executing, delivering and filing the amendments and such other documents as may be required by law or as may be deemed necessary or proper in connection with the matters set forth in these resolutions.

A discussion followed Mr. Morrison's report. Mr. Grenesko and Mr. Kenney departed the meeting.

**ADJOURNMENT**

There being no further business to come before the Board, the meeting was adjourned at 2:05 p.m.

_____
Secretary

6

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0434070