| From: | Costa, Michael (IBK-NY). | Sent:9/27/2006 12:18 PM. |
|---|---|---|
| To: | Fleming, Greg (GMI); Nesi, Victor (IBK Americas); Kaplan, Todd (GMI Leveraged Finance). | |
| Cc: | O'Grady, Michael G. (IBK - CHI). | |
| Bcc: | Fleming, Greg (GMI); Nesi, Victor (IBK Americas); Kaplan, Todd (GMI Leveraged Finance); O'Grady, Michael G. (IBK - CHI). | |
| Subject: | Trb. | |

All

CFO and GC came back to me this morning. They talked to Osborne last nite. Apparently Bill became more convinced given size of advisory fees cleaner to have new bank come in for fairness opinion.

So they have proposed following;
ML and Citi do staple jointly
$10MM advisory fee to each firm
50 percent credit against advisory fee for any financing fees we receive up to max credit of $5MM

Net net they have now included us in financing and introduced concept of rebate. M and A fee well below market and they are citing $15MM they have paid us already plus upcoming bridge fees

Greg - this modifies what you say to Osborne. Think you can say appreciate how he is thinking about this and we will come back to company constructively.
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)

------------------------
Sent from my BlackBerry Wireless Handheld

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY