| From: | Kaplan, Todd (GMI Leveraged Finance). | Sent:11/5/2006 12:00 AM. |
|---|---|---|
| To: | O'Grady, Michael G. (IBK - CHI); Costa, Michael (IBK-NY). | |
| Cc: | . | |
| Bcc: | O'Grady, Michael G. (IBK - CHI); Costa, Michael (IBK-NY). | |
| Subject: | RE: Tribune. | |

will need to be north of 8x

$75 mm used to service ESOP debt

tax advantages to the ESOP are a lengthy topic - in short, payments to service ESOP debt are deductible to the same extent that payments to retirement fund or matches to 401k plan would be - essentially, we switch retirement assets to company stock instead of diversified investment portfolio represented by retirement plan or 401k - we couple that by borrowing money up front to purchase the stock for the ESOP plan, and then using payments each year to service the debt and vest the stock for the participants

one advantage - once private, any sale of equity to an ESOP where the ESOP owns more than 30% of the company can be structured to defer cap gains tax indefinitely

ESOPs can be members of S Corps - not sure re: foundations and will need to research that

McCormick foundation liquidity would be small/nil up front - over time, deleveraging can create an opportunity for dividends and/or sale of stock to the ESOP (in addition to re-IPOing, etc.)

a complex topic - was thinking, though, that there may be a desire for something of an option that centers around existing/long standing Tribune constituents


-----Original Message-----
From: O'Grady, Michael G. (IBK - CHI)
Sent: Sat 11/4/06 10:24 PM
To: Kaplan, Todd (GMI Leveraged Finance); Costa, Michael (IBK-NY)
Cc:
Subject: Re: Tribune


I'm intrigued. Couple questions:
How levered would it need to be, 8x+?
Does the 75m or so of 401k contrib get utilized for debt service?
Are there tax adv to esop?
Could we facilitate some annual liquid for the Mccorm fd?
------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


-----Original Message-----
From: Kaplan, Todd (GMI Leveraged Finance)
To: Costa, Michael (IBK-NY); O'Grady, Michael G. (IBK - CHI)
Sent: Sat Nov 04 17:19:57 2006
Subject: Tribune


Was thinking of a radical approach

We create a buying group that is the McCormick Foundation plus employees through an ESOP

McCormick plus Cantigny (sic) is about $1.25 b @ $35 per share - employee comp base is large here - my memory is that TRB spends $75 mm for 401k match/retirement plan - that can translate into significant $ if we redirect that to an ESOP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ML-TRIB-0598182

That base probably requires either significant asset sales and/or another partner, but we'd be most of the way there

Thoughts?


Todd Kaplan
Senior Vice President
Chairman of Global Leveraged Finance
(312) 869-6213
todd_kaplan@ml.com