| | | |
|---|---|---|
| From: | Kaplan, Todd (GMI Leveraged Finance). | Sent:12/10/2006 11:45 PM. |
| To: | Costa, Michael (IBK-NY). | |
| Cc: | . | |
| Bcc: | Costa, Michael (IBK-NY). | |
| Subject: | RE: Draft Special Committee Materials. | |

Think that you mean pages 8 and 9 (unless I'm misunderstanding your question)

==generally speaking, business that stays with the parent company (in this case Publishing), can go as high as 8x due to cushion provided by the PHONEs==

spinco (Broadcasting) can go to 7.75x

conferred with Citi on both of these in light of other discussions, and they concurred - we're still not thinking about leveragability as different between the two, broadly speaking

the points above are the outline of what Citi and I laid out for Untermann and Smith in our financing discussion Friday

one comment that I've made a few times (there must be some secret code word to get your comments in) is to be mindful of min equity of 20% - thus, on page 8, not enough equity in Publishing - on page 9, none of the Publishing numbers work (all too thin)

why is our EBITDA range so wide on Publishing (almost 2 turns) when B&E is only 1/2 a turn - seems like a curious distinction


-----Original Message-----
From: Costa, Michael (IBK-NY)
Sent: Sun 12/10/06 9:05 PM
To: Kaplan, Todd (GMI Leveraged Finance)
Cc:
Subject: Fw: Draft Special Committee Materials


Can you take look at leverage levels here again (page 7). Are we a touch aggressive in light of loan to value?
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)



-----------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Buffington, Matt (IBK-NY)
To: 'dfitzsimons@tribune.com' <dfitzsimons@tribune.com>; 'tleach@tribune.com' <tleach@tribune.com>; 'cbigelow@tribune.com' <cbigelow@tribune.com>; 'ckenney@tribune.com' <ckenney@tribune.com>

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**　　　　ML-TRIB-0378110

CC: Costa, Michael (IBK-NY); Kaplan, Todd (GMI Leveraged Finance); O'Grady, Michael G. (IBK - CHI); Cotarelo, Jose (IBK-NY); Eidinger, John (IBK-NY); 'christina.mohr@citigroup.com' <christina.mohr@citigroup.com>; 'rosanne.kurmaniak@citigroup.com' <rosanne.kurmaniak@citigroup.com>; 'isaac.tak@citigroup.com' <isaac.tak@citigroup.com>; 'Chen, Ruoxi [CIB-GBKG]' <ruoxi.chen@citigroup.com>; 'michael.scardigli@citigroup.com' <michael.scardigli@citigroup.com>

Sent: Sun Dec 10 22:00:33 2006
Subject: Draft Special Committee Materials

All,
Please find a draft of the special committee materials attached. There are 1 or 2 additional pages we are still working on, but we wanted to give time to review.

Thanks,
Ma <<Materials Prepared for the Tribune Special Committee - 12.12.2006 v9.ppt>> tt

<<Materials Prepared for the Tribune Special Committee - 12.12.2006 v9.ppt>>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                              ML-TRIB-0378111