| | |
|---|---|
| To: | michael.s.canmann@citigroup.com[]; robert.chen@citigroup.com[]; julie.persily@citigroup.com[]; Costa, Michael (IBK-NY)[]; O'Grady, Michael G. (IBK - CHI)[]; Cotarelo, Jose (IBK-NY)[]; Eidinger, John (IBK-NY)[]; christina.mohr@citigroup.com[]; Buffington, Matt (IBK-NY)[]; |
| Subject: | TRB thoughts |
| Sent: | Sun 1/21/2007 5:39:42 AM |
| From: | Kaplan, Todd (GMI Leveraged Finance) |
| Flag Status: | 0x00000000 |

Wanted to lay out some thoughts for the group on standalone financing - that is, financing for Trib with no change to shareholder base and no new investors

Seems as though we are trying to achieve the following broadly defined objectives

* capitalize on today's debt market conditions
* return cash to shareholders as quickly as possible
* create the ability to execute a taxfree spinoff of Broadcasting in the near-term

The first two goals center on speed

I would like to lay out an outline of sorts - in these thoughts, I am to stretch the boundaries of timing and amount of debt raised as much as possible - once a framework is established, we can debate the risk/reward of less aggressive debt levels and timetables

In order to return cash to shareholders (and I will use dividend as the technique, although share repurchase can be part of the mix), we need to raising the funding as soon as possible

In order to truly capitalize on today's markets, we need to put permanent financing in place at today's terms (as opposed to commitments with flex based on today's terms or bridge type funding)

Alternative 1 - Raise financing for the whole company as currently constituted - my proposal is to use our staple - $7 b funded term loan, $750 mm revolver, $2.5 b notes ($1.7 b senior, $800 mm sub) - roll $1.25 b of existing debt plus PHONEs - bank debt secured, as are rollover senior notes, new bank/bond financing receives upstream guarantees

* Essentially, JP/UBS proposal for Broad/Yucaipa is a similar design, with $200 mm more in funded term loan and $100 mm more in HY notes (also, bigger revolver and PIK toggle on notes)
* Believe that this can be completed in 45-60 days - given time frame for debt tenders, don't see how we do much better than that
* seems as though that can fund a dividend near $25 per share (while we raise $300 mm less debt than BY proposal, we avoid COC payments)
* Citi/ML can review rates/flex/etc. in light of this design
* No particular provision made for spin of Broadcasting - spin is likely difficult for some period of time
* Seems to be about 8.15x '06 EBITDA with PHONEs on rating agency basis (net liability of $875 mm) and 7.95x with PHONEs stated as GAAP liability of around $550 mm

Alternative 2 - Raise financing for the whole company as currently constituted - would reduce financing level from above by about $400 mm (or a little more than 1/4x EBITDA) - would suggest that we take $200 mm out of the bank, and $200 mm out of the HY notes ($100 mm each for seniors and subs) - however, we create a covenant package in the bank/bond deals that contemplate a spinoff - specifically, we allow a spinoff to the extent that 7.75x trailing EBITDA is returned as cash/retired debt for the parent (given ratios above, we allow spinoffs to the extent that debt load is essentially prorated) - ==this should work for resultant parent financing, where the PHONEs take an important layer of risk underneath the new financing==

* we have a financing that works at the parent, and can crudely be transformed into Publishing/Broadcasting split
* same timing as Alternative 1
* would envision that proceeds from Broadcasting spin go to repay bank debt at Parent - we can talk about special redemption provisions for new HY notes, although this gets a little messy
* if we are confident that a spin is coming in the short-term, we can probably shift mix to heavier bank deal upfront
* we will have only locked in today's financing for Publishing - while we create a path for a spin of Broadcasting, we haven't locked in financing for Broadcasting
* smaller borrowing translates into dividend closer to $23 per share
* Citi/ML can review specific terms
* does disaggregation need to mean lower leverage levels?

Alternative 3 - raise separate financings - one set at Tribune Broadcasting (wholly owned sub of Trib) for Broadcasting business - another at parent, which becomes Publishing post a spinoff - this one is tricky for at least 3 reasons:

* Liens test in existing senior notes - any secured debt raised at Tribune Broadcasting would require the granting of pari

passu lien to existing senior notes - similar treatment would be required for new bank debt at parent secured by Publishing assets - given the aggressive leverage we're employing, I think that cross collateralization will negatively impact financing, particularly at Broadcasting entity
* audited financials - not available today for Tribune Broadcasting - based upon our cleanest definition of Tribune Broadcasting (essentially just the TV stations and most of the radio stations - not TV Food, Cubs, Comcast SportsNet or Chicago radio station - see more below), management believes that we would receive audits by April 30th
* raising debt financing at Tribune Broadcasting beyond basis currently, and distributing proceeds from said borrowing to the parent and ultimately out to shareholders currently, while deferring spinoff for some meaningful period of time raises question of taxable gain for parent - most of our traditonal techniques for solving this sort of dilemma center on doing all the steps simultaneously - I will ask Phil Tretiak just how much time can elapse between steps while maintaining the notion of one plan - in the meantime, have another alternative to outline below

Let me lay out an approach/sequence that may address all of these items:

* First, we need to move TV Food out of Tribune Broadcasting (John or Matt, can you send me the org chart again - can't seem to find one) - we do this by creating a new subsidiary within Tribune Broadcasting which has stake in TV Food and one radio station (Chicago) - we then do an internal spinoff of this new subsidiary from Tribune Broadcasting to the parent - spinoff is taxfree (need radio station to satisfy active business test) - that should leave us with all the TV stations and the rest of the radio stations
* Second, we create a new corporate entity (which I'll call Holdco) on top of the existing parent - under Delaware law (sec 251(g)), a Delaware company can create a new holding company by fiat (that is, without a shareholder vote)
* Third, we borrow $2.45 b at Tribune Broadcasting - let's call this the secured term loan piece - and we distribute that cash, less fees of $50 mm, from Tribune Broadcasting to the parent
* Fourth - we do our second internal spinoff - we distribute the equity of Tribune Broadcasting from the existing parent to our newly created Holdco - thus, the existing parent company and Tribune Broadcasting become sister companies, connected due to the common control of their parent, Holdco
* Fifth - we borrow another $650 mm at Tribune Broadcasting - this borrowing is new HY notes - we have $3.1 b of debt at Tribune Broadcasting against Broadcasting standalone cash flow (with incremental corp o/h for public company expenses) of about $390 mm, so we're at about 8x - the cash from this borrowing remains at Tribune Broadcasting for the time being (net of fees)
* Sixth - we borrow $6.2 b at Trib (the old parent, which is now Publishing plus TV Food/Cubs/Comcast Sportsnet/Chicago Radio) - we use the $6.2 b raised plus the $2.4 b distributed from Tribune Broadcasting to (a) repay $3.2 b of debt, (b) pay $200 mm of financing/deal fees, and (c) pay a dividend to Holdings of $5.2 b - Holdings then pays a dividend to shareholders of $21.50 per share - this leaves Publishing with $8.0-$8.35 b of debt (depending on our attributed PHONEs amount - see above) over a little north of $1 b of cash flow
* Seventh - when the spinoff of Tribune Broadcasting occurs 6-9 months later, Tribune Broadcasting pays an immediate dividend to shareholders of approximately $2.50 per share

Net, we've dividended $24 to shareholders (90% upfront), and put in place clean capital structures for the two businesses. Would note that there is no requirement to do the spinoff at the backend.

This solves our 3 problems noted above in the following ways:

* Dividending Tribune Broadcasting out of the existing parent avoids the issue of cross-collateralization - once Tribune Broadcasting is outside the existing parent, senior notes of the parent have no right to secure their notes if Tribune Broadcasting does a secured financing
* I believe that the sequence described above can be done in 60-90 days (at least through

CONFIDENTIAL

CITI-TRIB-CC 00041114

step 6) - we will need to do more extensive rating agency work given the mitosis of the existing company into 2 credits - also, am not sure how long internal spinoff structuring will take (suspect that Trib will want opinion of counsel on these) - thus, we will be close to having audited financials available - if they're not, I believe that we can raise the bank/bond financing at Tribune Broadcasting with one proviso - once the audits are complete, to the extent that there are shortfalls in cash flow, Holdings and the existing parent would be required to make a capital contribution pursuant to a formula as a makewhole provision

* By raising the Tribune Broadcasting funding today, we capture current debt market conditions prespin to external shareholders - we first dividend whole basis out (first $2.4 b distribution) - by waiting on last piece ($625 mm or so), we have a small amount of negative carry, but we avoid triggering corporate gain by executing the second dividend postspin

Sorry, that's much too long a message, but I wanted to throw out some thoughts before we got together - my math may be off, as I scratched this out free form

Am available for a conference call Monday from 10-11 am EST or 2-3 pm EST - let me know what works for you

---

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click here <http://www.ml.com/email_terms/> for important additional terms relating to this e-mail.
http://www.ml.com/email_terms/

---

CONFIDENTIAL     CITI-TRIB-CC 00041115