**From:** Ellen Havdala [EHavdala@egii.com]
**Sent:** Saturday, February 03, 2007 5:57 PM
**To:** Bill Pate
**Subject:** Re:

I'm sorry. I though it was very creative and was hoping they'd let us go forward to explore it. See you Monday.

----- Original Message -----
From: Bill Pate
To: Ellen Havdala
Sent: Sat Feb 03 17:54:22 2007
Subject: Fw:

Not really. I think the structure is a headache for them, and they are pretty fatigued.
William Pate
Equity Group Investments, L.L.C.
2 North Riverside Plaza - Suite 600
Chicago, IL 60606
wpate@egii.com

----- Original Message -----
From: Bill Pate
To: Philip Tinkler; Nils Larsen; Jeff Klein; Chris Hochschild; Mark Sotir; Joe Paolucci
Sent: Sat Feb 03 17:10:33 2007

Costa of ml called and relayed the following points
--board wants to bring to a conclusion
--there are self-help and minority proposals that are marginally attractive and permit sholders to retain some ownership.
--our deal is marginal at this valuation since it is an offer for the whole company, and in light of that there is a value gap
--would we consider a straight investment in the company as part of a recap without the esop structure (competitive structure to buerklebroad)
--disappointment that, in light of tax savings, we could not put together a materially higher bid..

I told him that I would talk to sam but I was opposed to a straight investment and that the tax structure is the only thing that made it financially attractive for us.


William Pate
Equity Group Investments, L.L.C.
2 North Riverside Plaza - Suite 600
Chicago, IL 60606
wpate@egii.com

**CONFIDENTIAL**                                                                                                               EGI-LAW 00002333