| | |
|---|---|
| **From:** | Grenesko, Don |
| **Sent:** | Monday, February 05, 2007 4:44:25 PM |
| **To:** | 'christina.mohr@citigroup.com'; 'michael_costa@ml.com' |
| **CC:** | Leach, Tom; Kenney, Crane H; Bigelow, Chandler; Kazan, Daniel G |
| **Subject:** | Projections |
| **Attachments:** | Finplan 2007.pdf; RevTrnds w qtrinfo (Top 6).xls; Period1Week5 Flash Summary.xls; Publishing Advertising Outlook version3.doc; RETAIL ver2.doc; NATIONAL OUTLOOK.doc; CLASSIFIED OUTLOOK - revised.doc; First half Second Half Ad Summary.xls; RevTrends Graph.xls |

Christina and Michael

As promised, attached are our revised consolidated projections for 2007, discussion outline of publishing's advertising outlook, charts showing advertising volatility over the last 3 years, and preliminary advertising revenues for publishing for January. We can discuss tomorrow at our 1:00p Central call/meeting.

Regards

Don



Professionals' Eyes Only                                                                                                                    TRB0019467