# TRIBUNE

Meeting of Committee of Independent Directors of the Board of Directors
February 12, 2007

# Committee of Independent Directors

## *Meeting Agenda*

- Management Recommendation
- Current Environment / Operating Plan and Projections
- Standalone Publishing & Interactive
- Broadcasting Spin-Off



CONFIDENTIAL

CITI-TRIB-CC 00160991

# Management Recommendation



CONFIDENTIAL CITI-TRIB-CC 00160992

# Strategic Alternatives

***Management Recommendation***

- Recapitalize Tribune (end of Q1)
- Return capital to shareholders
  - $18-20 / share, depending upon acceptable leverage levels
  - Method of return (dividend vs. share repurchase) and timing to be discussed
- Fully separate Broadcasting and Publishing in a tax efficient manner (end of Q3)
- Reorganize standalone Publishing / Interactive (end of Q3)
  - Accelerate revenue growth initiatives and additional cost reductions
  - Consolidate Publishing group office with corporate
  - Sell Chicago Cubs, Comcast SportsNet stake (25%) and other non-core assets



CONFIDENTIAL

CITI-TRIB-CC 00160993

# Strategic Alternatives

## *Management Recommendation*

- Rationale
  - Meaningful return of capital to shareholders
  - Takes advantage of our strong free cash flow and the current excellent debt market conditions
  - Resolves cross-ownership issues
  - Adds strategic flexibility for both Publishing and Broadcasting
  - Enables standalone Publishing to pursue equity investment from strategic partners (e.g. Gannett, Microsoft, others)



CONFIDENTIAL

# Strategic Alternatives

## *Mechanics / Timing*

- Week of February 12
  - Obtain preliminary approval from independent committee / board to move forward
  - Negotiate financing terms with lenders
  - Agree upon amount of capital to be returned to shareholders and method / structure of such transaction
  - Finalize any necessary agreements with McCormick Tribune Foundation and Chandler Trusts
  - Obtain solvency opinion
- Week of February 19
  - Obtain final approval from independent committee and full board
  - Obtain financing commitments
  - Make public announcement



CONFIDENTIAL

# Current Environment / Operating Plan and Projections



CONFIDENTIAL

CITI-TRIB-CC 00160996

# Current Environment

## *2007 Revised Operating Plan*

**Publishing**

- 2007 ad revenue outlook for newspaper industry is challenging
  - Industry forecasts:
    - Print – NAA: Flat; Merrill Lynch: -2.5%
    - Interactive – NAA: +22%; Merrill Lynch: +15%
    - Combined – NAA: +1.2%; Merrill Lynch: -1.5%
  - Year has started soft: retail and classified declines
    - Tribune Publishing ad revenues through six weeks were down approximately 5%
  - Forecasts are for tough first half and better second half as 2006 comparisons ease

**Broadcasting**

- Television spot advertising market forecast to grow 1% in 2007, excluding impact of political and Olympics
  - Tribune television revenues forecast to grow 2% in 2007 (excluding political) due to rollout of new programming in September; current projection on plan in Q1



CONFIDENTIAL

CITI-TRIB-CC 00160997

# Operating Plan and Projections

## '07 Operating Plan

- Revised 2007 Plan assumes:
  - Publishing revenues decrease 1%
  - Publishing expenses decrease 1% due to more favorable newsprint prices and additional cost reductions
  - Equity income decreases due to increases in internet joint venture investments
  - B&E operating plan remains unchanged

| ($ in M) | 52 Week | 2007 Operating Plan | | | '06-'07 Growth | |
|---|---|---|---|---|---|---|
| | 2006A | Original | Revised | Diff. | Original | Revised |
| **Operating Revenues** | | | | | | |
| Publishing | $ 4,025 | $ 4,123 | $ 3,984 | $ (139) | 2.4% | -1.0% |
| Broadcasting & Entertainment | 1,408 | 1,401 | 1,401 | - | -0.5% | -0.5% |
| Total Revenues | 5,433 | 5,524 | 5,385 | (139) | 1.7% | -0.9% |
| **Operating Cash Expenses**[(1)] | | | | | | |
| Publishing | 3,094 | 3,138 | 3,069 | (69) | 1.4% | -0.8% |
| Broadcasting & Entertainment | 970 | 985 | 985 | - | 1.5% | 1.5% |
| Corporate | 61 | 61 | 61 | - | 0.0% | 0.0% |
| Total Operating Cash Expenses | 4,125 | 4,184 | 4,115 | (69) | 1.4% | -0.2% |
| **Operating Cash Flow**[(1)] | | | | | | |
| Publishing | 931 | 985 | 915 | (70) | 5.8% | -1.7% |
| Broadcasting & Entertainment | 437 | 416 | 416 | - | -4.8% | -4.8% |
| Corporate | (61) | (61) | (61) | - | 0.0% | 0.0% |
| Total Operating Cash Flow | 1,308 | 1,340 | 1,270 | (70) | 2.4% | -2.9% |
| **Equity Income** | 75 | 79 | 67 | (12) | 5.3% | -10.7% |
| Adjusted Operating Cash Flow | $ 1,383 | $ 1,419 | $ 1,337 | $ (82) | 2.6% | -3.3% |
| Free Cash Flow | $ 655 | $ 668 | $ 660 | $ (8) | 2.0% | 0.8% |

*Note: excludes non-operating items, special items and discontinued operations (Atlanta, Albany and Boston).*
*(1) Includes stock-based compensation.*



CONFIDENTIAL

CITI-TRIB-CC 00160998

# Operating Plan and Projections

## *Revised Projections*

### Publishing

- '08-'10 revenues show modest improvement over '07
  - Interactive becomes bigger portion of the total
  - Classified cycle improves
- Continued focus on cost reductions beyond 2007 through aggressive re-engineering of business

### Broadcasting

- No change to original plan
- New programming in Fall 2007 drives revenue growth in key dayparts

| ($ in M) | 52 week | ORIGINAL PLAN | | | REVISED PLAN | | |
|---|---|---|---|---|---|---|---|
| | 2006A | 2007 | 2010 | 4Y CAGR | 2007 | 2010 | 4Y CAGR |
| **Operating Revenues** | | | | | | | |
| (1) Publishing | $4,025 | $4,123 | $4,364 | 2.0% | $3,984 | $4,063 | 0.2% |
| (2) Broadcasting & Entertainment | 1,408 | 1,401 | 1,531 | 2.1% | 1,401 | 1,531 | 2.1% |
| (3) Total Revenues | 5,433 | 5,524 | 5,895 | 2.1% | 5,385 | 5,594 | 0.7% |
| **Operating Cash Expenses**[1] | | | | | | | |
| (4) Publishing | 3,094 | 3,138 | 3,299 | 1.6% | 3,069 | 3,104 | 0.1% |
| (5) Broadcasting & Entertainment | 970 | 985 | 1,030 | 1.5% | 985 | 1,030 | 1.5% |
| (6) Corporate | 61 | 61 | 69 | 3.0% | 61 | 69 | 3.0% |
| (7) Total Operating Cash Expenses | 4,125 | 4,184 | 4,397 | 1.6% | 4,115 | 4,203 | 0.5% |
| **Operating Cash Flow**[1] | | | | | | | |
| (8) Publishing | 931 | 985 | 1,065 | 3.4% | 915 | 959 | 0.7% |
| (9) Broadcasting & Entertainment | 437 | 416 | 501 | 3.5% | 416 | 501 | 3.5% |
| (10) Corporate | (61) | (61) | (69) | 3.0% | (61) | (69) | 3.0% |
| (11) Total Operating Cash Flow | 1,308 | 1,340 | 1,497 | 3.4% | 1,270 | 1,391 | 1.6% |
| (12) **Equity income** | 75 | 79 | 159 | 20.7% | 67 | 159 | 20.7% |
| (13) Adjusted Operating Cash Flow | 1,383 | 1,419 | 1,656 | 4.6% | 1,337 | 1,550 | 2.9% |
| (14) **Capital Expenditures** | 222 | 200 | 150 | | 200 | 130 | |
| (15) **Investments** | 222 | 100 | 100 | | 100 | 100 | |
| (16) Total Capital Usage | 444 | 300 | 250 | | 300 | 230 | |
| (17) Pre-tax Free Cash Flow (13 - 16) | $939 | $1,119 | $1,406 | 10.6% | $1,037 | $1,320 | 8.9% |
| (18) Cumulative Pre-tax FCF ('07-'10) | | | $4,895 | | | $4,604 | |

*Note: excludes non-operating items, special items and discontinued operations (Atlanta, Albany and Boston).*
*(1) Includes stock-based compensation.*



CONFIDENTIAL

# Operating Plan and Projections

## *Publishing Detail*

- Annual print revenues decline 1% as increases in preprints and targeted print are more than offset by lower display and classified advertising
- 18% compound annual growth in interactive revenues
- Circulation revenue declines of 4% annually from modest volume declines and continued selective discounting
- Other revenue growth from TMS, direct mail and commercial delivery
- Cash expenses flat, with core newspapers down and increases in preprints, targeted print, interactive and other new business initiatives. Net FTE reductions of 1,500 (8%) by 2010 from 2006 level
- Strong growth in equity income from joint ventures
- Declining capex needs once systems projects are completed

| ($ in M) | 52 Week | 2007 REVISED OPERATING PLAN | | | |
|---|---|---|---|---|---|
| | 2006A | 2007[1] | 2010 | '06-'07 | 4Y CAGR |
| **REVENUE** | | | | | |
| Advertising | | | | | |
| (1) Daily Newspaper (excl. Preprint) | $ 2,033 | $ 1,898 | $ 1,757 | -6.6% | -3.6% |
| (2) Preprints | 680 | 721 | 776 | 6.0% | 3.3% |
| (3) Targeted Print (excl. Preprint) | 266 | 278 | 299 | 4.5% | 3.0% |
| (4) Interactive | 226 | 275 | 440 | 21.5% | 18.1% |
| (5) Total Advertising | 3,205 | 3,172 | 3,272 | -1.0% | 0.5% |
| (6) Circulation | 565 | 542 | 484 | -4.0% | -3.8% |
| (7) Other | 255 | 270 | 307 | 5.9% | 4.8% |
| (8) Total Revenue | $ 4,025 | $ 3,984 | $ 4,063 | -1.0% | 0.2% |
| **OPERATING EXPENSES** | | | | | |
| (9) Compensation (incl. stock-based comp.) | 1,335 | 1,341 | 1,385 | 0.4% | 0.9% |
| (10) Newsprint & Ink | 500 | 459 | 432 | -8.1% | -3.6% |
| (11) All Other Cash Expenses | 1,259 | 1,269 | 1,287 | 0.8% | 0.5% |
| (12) Total Cash Expenses | $ 3,094 | $ 3,069 | $ 3,104 | -0.8% | 0.1% |
| (13) **OPERATING CASH FLOW** | **$ 931** | **$ 915** | **$ 959** | **-1.7%** | **0.7%** |
| (14) Equity Income | (15) | (23) | 54 | 53.3% | |
| (15) Adjusted Operating Cash Flow | $ 916 | $ 892 | $ 1,013 | -2.6% | 2.6% |
| (16) **Capital Expenditures** | $ 173 | $ 165 | $ 100 | -4.6% | |
| (17) **Interactive Investments** | 222 | 100 | 100 | -55.0% | |
| (18) Total Capital Usage | 395 | 265 | 200 | -32.9% | |
| (19) Pre-Tax Free Cash Flow (15-18) | $ 521 | $ 627 | $ 813 | 20.4% | 11.8% |

*(1) 2007 includes an incremental $35 million of revenue, $26 million of cash expenses and $9 million of operating cash flow for ADVO and ForSaleByOwner.com.*

# Standalone Publishing & Interactive



 

# Standalone Publishing & Interactive

## *Businesses*

- Existing Publishing businesses
  - Daily newspapers
  - Other businesses (targeted publications, TMS, CLTV)
  - Interactive joint ventures
    - CareerBuilder
    - Classified Ventures
    - ShopLocal
    - Topix
- Former Broadcasting assets
  - Chicago Cubs
  - Comcast SportsNet (25.3%)
  - WGN-Radio
  - TV Food Network (31.3%)
- Other
  - Corporate office
  - Matthew Bender appeal / potential settlement
  - Existing Tribune debt, including PHONES
  - 16 million Time Warner shares underlying PHONES

### Publishing Financials

| ($ in M) | Current Publishing | | | Pro Forma Publishing | |
|---|---|---|---|---|---|
| | 52 week 2006A | 2007P | Adjust-ments | 2007 | 2010 |
| Revenues | $4,025 | $3,984 | $2 (2) | $3,986 | $4,068 |
| Cash Expenses[1] | 3,094 | 3,069 | 44 (3) | 3,113 | 3,158 |
| Operating Cash Flow[1] | 931 | 915 | (42) | 873 | 910 |
| Equity income | (15) | (23) | 78 (4) | 55 | 144 |
| Adjusted Operating Cash Flow | 916 | 892 | 36 | 928 | 1,054 |
| Capital Expenditures | 173 | 165 | 5 (5) | 170 | 102 |
| Investments | 222 | 100 | - | 100 | 100 |
| Total Capital Usage | 395 | 265 | 5 | 270 | 202 |
| Pre-tax Free Cash Flow | 521 | 627 | 31 | 658 | 852 |
| Assets held for sale | | | 36 (6) | 36 | |

*Excludes discontinued operations.*
*(1) Includes stock-based compensation.*
*(2) Add revenue for WGN Radio ($40); eliminate revenue for SCNI ($38).*
*(3) Add cash expenses for WGN Radio ($26) and "corporate" office expenses ($49); eliminate cash expenses for SCNI ($31).*
*(4) Add equity income from TV Food Network ($78).*
*(5) Add capital expenditures for WGN Radio ($0.2) and "corporate" ($5.6); eliminate capital expenditures for SCNI ($0.8).*
*(6) Includes OCF for the Cubs ($19), equity income for Comcast SportsNet ($10) and OCF for SCNI ($7).*



CONFIDENTIAL

CITI-TRIB-CC 00161002

# Standalone Publishing & Interactive

## *Peer Comparison*
















*Source: Citigroup.*
*Peers include financials from non-publishing businesses.*
*(1) Pro forma Tribune debt of $7.0B.*
*(2) Pro forma Tribune 2007E EBITDA of $873M.*
*(3) Pro forma Tribune 2007E EBITDA (excluding stock-based compensation) of $902M plus cash from equity investments of $78M; peers based on EBITDA only.*



CONFIDENTIAL

CITI-TRIB-CC 00161003

# Standalone Publishing & Interactive

## *Strategic Initiatives: Exploit Interactive Growth*

- **Goal**: Increase interactive revenue (including our share of JVs) from 10% of total revenue in 2006 to 12% in 2007 and over 20% in 2010
- Build robust local sites into clear market leaders
  - News to web first with local focus
  - Add video and user generated content
  - Next generation sites by Q3
  - Increase page views to grow non-classified revenue
- Build national interactive networks with key partners
  - Close CB distribution deal / investment with Microsoft
  - Launch online advertising network in Q2
  - Launch entertainment network in Q3
  - Launch expanded real estate network
  - Partner with Google, Microsoft and / or Yahoo on ad and content networks



CONFIDENTIAL

# Standalone Publishing & Interactive

## *Strategic Initiatives: Maximize Profitable Print Revenue*

- **Goal**: Outperform peers and industry on top line
- Stabilize individually paid circulation and readership
    - Research-driven editorial innovation focused on local differentiation
    - Efficient consumer marketing and retention
- Expand free daily papers to complement paid daily reach
    - Weekend *RedEye* in Q2
    - Aggressive *amNY* growth
    - *Hoy* in LA and Chicago
    - Evaluate free daily launches in LA and mid-sized markets
- Maximize share of print ad dollars
    - Innovative, high impact display ads
    - Grow preprint revenue through targeting
    - Increase local print share, especially in Chicago and LA

# Standalone Publishing & Interactive

## *Strategic Initiatives: Accelerate Cost Reductions in Print Business*

- **Goal**: Lower print cost base while keeping quality and customer satisfaction high
- Aggressively re-engineer business processes and exploit economies of scale
  - Achieve reductions that more than offset inflationary cost escalations
  - Redeploy portion of savings to interactive
- Achieve publishing savings in 2007 of over $130 million; reduce total expenses by 1%
  - Compensation savings ($50 million)
    - Reduce print FTEs by 630, or 4%, with interactive increases of 130
  - Newsprint savings ($40 million)
    - 5% consumption savings; 4% lower price
  - Other savings ($40 million)
    - Distribution and purchasing efficiencies, other local cost reductions
- Reduce capital investment in print business
  - 2007 capital expenditures reduced from $165 million to $140 million
  - Future year planned investments also $25 million per year lower



CONFIDENTIAL

# Standalone Publishing & Interactive

## *Consolidation of Publishing Group Office and Corporate*

- Reduction of 56 FTEs across all corporate departments and publishing group office
  - FTEs moving to Broadcasting
  - Further staff reductions
- $12 million of total expense reduction, most of which is from compensation and benefits

| ($ in M) | FTEs | Comp / Benefits | Total Cash Expense |
|---|---|---|---|
| **'07 Plan:** | | | |
| Corporate | 147 | $ 47 | $ 61 |
| Publishing | 21 | 8 | 9 |
| Total | 168 | 55 | 70 |
| Staff reductions due to Spin-off and Reorganization | (56) | (11) | (12) |
| **Pro Forma** | 112 | $ 44 | $ 58 |



CONFIDENTIAL

CITI-TRIB-CC 00161007

# Standalone Publishing & Interactive

## *Additional Cost Reduction Opportunities*

- Compensation
  - Review salary / bonus / equity mix
- Retirement
  - Reduce company 401(k) contribution (each 1% decrease equals approximately $7 million of savings)
  - Consider moving to a cash balance plan to reduce cash outlay
- Medical
  - Change mix of company / employee contribution (approximately $7-8 million of savings)
  - Additional insurance surcharges (e.g. spouses, smokers, etc.)

**Employee Stats[1]**

| | |
|---|---|
| 15,600 | Full-time employees |
| 17,700 | Full-time equivalents |
| 13% | Unionized |
| $1.3B | Annual cash compensation |

*(1) Based on 2006 actuals; excludes Cubs and SCNI.*



CONFIDENTIAL

CITI-TRIB-CC 00161008

# Standalone Publishing & Interactive

## *Strategic Initiatives: Create Profitable Local Print Alliances*

- Join newspaper distribution arrangements or broader joint ventures
  - *Newsday* with *Daily News* or *New York Post*
  - *Los Angeles Times* with *Orange County Register* or LANG
  - *Chicago Tribune* with Sun-Times Media Group or *Daily Herald*
  - Additional opportunities in other markets
- Preprint distribution deals
  - ADVO / Valassis alliance in more markets like LA
  - CBA / Matzner in New York
- Annual profit potential is $10-50 million with only $5 million assumed in 2007 plan



CONFIDENTIAL

# Standalone Publishing & Interactive

## *Strategic Initiatives: Explore Equity Investment from Strategic Partners*

- Gannett
- Microsoft, Google or Yahoo
- Axel Springer
- Zell
- News Corp.



CONFIDENTIAL

CITI-TRIB-CC 00161010

# Standalone Publishing & Interactive

## *Portfolio Options*

- Assets held for sale for near-term debt reduction
  - Cubs / Comcast SportsNet
  - SCNI (including real estate)
  - Recycler
- Other potential asset sales if after-tax multiples are attractive
  - Tribune Media Services
  - Mid-size newspapers
  - Certain targeted publications
  - Various real estate

**Assets Held For Sale**

| ($ in millions) | 52 week '06 OCF | Pre-Tax Multiple | Proceeds Gross | Proceeds Net[1] | After-Tax Multiple |
|---|---|---|---|---|---|
| Cubs | $ 25 | 23.7x | $ 600 | $ 377 | 14.9x |
| Comcast SportsNet | 15 | 16.7x | 250 | 158 | 10.5x |
| Recycler | (4) | NM | 1 | 65 | NM |
| SCNI | 7 | 13.9x | 93 | 57 | 8.5x |
| Total | 43 | 22.2x | 944 | 657 | 15.4x |

*(1) Assumes asset sales.*



CONFIDENTIAL

CITI-TRIB-CC 00161011

# Broadcasting Spin-Off

# Broadcasting Spin-Off

## Businesses

- 23 Television Stations
- Superstation WGN
- Tribune Entertainment
- Historical B&E businesses not included in spin-off
  - WGN Radio
  - Chicago Cubs
  - Comcast SportsNet (25.3%)
  - TV Food Network (31.3%)

**B&E Financials**

| ($ in M) | Current B&E | | Adjust- | Pro Forma Spin Co | | |
|---|---|---|---|---|---|---|
| | 52 week 2006A | 2007P | ments | 2007 | 2010 | 3Y CAGR |
| Revenues | $1,408 | $1,401 | ($234) (2) | $1,167 | $1,279 | 3.1% |
| Cash Expenses (1) | 970 | 985 | (186) (3) | 799 | 832 | 1.4% |
| Operating Cash Flow (1) | 437 | 416 | (48) | 369 | 447 | 6.6% |
| Equity income | 85 | 90 | (90) (4) | - | - | |
| Adjusted Operating Cash Flow | 522 | 506 | (138) | 369 | 447 | 6.6% |
| Capital Expenditures | 42 | 28 | (2) (5) | 26 | 25 | |
| Pre-tax Free Cash Flow | 480 | 478 | (135) | 343 | 422 | 7.2% |

*Excludes discontinued operations.*
*(1) Includes stock-based compensation.*
*(2) Eliminate revenue for the Cubs ($194) and WGN Radio ($40).*
*(3) Add incremental public company expenses ($15); eliminate cash expenses for the Cubs ($175) and WGN Radio ($26).*
*(4) Eliminate equity income from TV Food Network ($78), Comcast SportsNet ($10) and Other ($2).*
*(5) Eliminate capital expenditures for the Cubs ($2) and WGN Radio ($0.2).*



CONFIDENTIAL

CITI-TRIB-CC 00161013

# Broadcasting Spin-Off

## *Advantages and Considerations*

- Advantages
  - Tax efficient separation of Publishing and Broadcasting
  - Resolves cross-ownership issues
  - Enhances strategic flexibility of both Publishing and Broadcasting
  - Straightforward, accepted type of transaction
- Considerations
  - Potential need for IRS private letter ruling
  - Cannot predict initial trading multiple with certainty
  - Incremental public company expenses
  - Post-spin limitations



CONFIDENTIAL

# Broadcasting Spin-Off

## *Peer Comparison*













*Source: Citigroup.*
*(1) Tribune B&E debt of $2.4B.*
*(2) Tribune B&E 2007E EBITDA of $369M.*
*(3) Tribune B&E 2007E EBITDA (excluding stock-based compensation) of $377M.*

# Broadcasting Spin-Off

## *Standalone Expense Analysis*

- Total "corporate" expenses approximately $28.5 million
  - Current Broadcasting "group office" expenses of $13.5 million
  - Plus approximately $15 million of incremental expenses
- Up to 24 additional "corporate" FTEs (total of 60-66 corporate FTEs), primarily in finance, legal and HR

**Incremental Public Company Costs**

| | | |
|---|---|---|
| Compensation & Benefits | $ 6.6 | M |
| Rent | 0.4 | |
| Employee-Related | 7.0 | |
| D&O Insurance | 2.0 | |
| BOD Fees / Travel | 1.0 | |
| Outside Legal / Consulting / Audit | 0.9 | |
| Proxy / NYSE / Annual Meeting | 0.8 | |
| All Other | 1.3 | |
| Sub-Total | $ 13.0 | M |
| Contingency | 2.0 | |
| Total | $ 15.0 | M |

**FTE Analysis**

| | Current Group Office | Post-Spin B&E Corporate |
|---|---|---|
| Executive | 2 | 4[1] |
| Finance | 10 | 20-25 |
| Human Resources | 2 | 4 |
| Legal | 0 | 4 |
| IT | 12 | 12 |
| Programming | 6 | 6 |
| Sales | 3 | 3 |
| Clerical | 4 | 6-7 |
| Other | 3 | 1 |
| | 42 | 60-66 |

*(1) Includes CFO and General Counsel.*



CONFIDENTIAL

CITI-TRIB-CC 00161016

# Broadcasting Spin-Off

## *Employee Compensation and Benefits Matters*

**Employee Stats**[1]

| | |
|---|---|
| 2,175 | Full-time employees |
| 2,570 | Full-time equivalents |
| <20% | Unionized |
| $255M | Annual cash compensation |

*(1) Based on 2006 numbers.*

- New Plans
  - MIP / Bonus
  - Equity compensation
- Determine treatment of currently outstanding Tribune options / RSUs and employee accounts under existing deferred compensation plans
- Employment Agreements
  - More common among broadcasting peers
  - Rollover existing stay agreements
- New health and welfare and retirement plans as of 1/1/08
  - Benefits package less rich than current Tribune plans, but competitive with its peers
  - Stay on Tribune benefit plans through 12/31/07 (extend through 12/31/08 if necessary)
- Pension considerations
  - Tribune to keep assets / liabilities of Tribune Company Pension Plan
  - Broadcasting to keep its obligations under multi-employer plans

# Broadcasting Spin-Off

## *Value Creation Opportunities*

- Rationalize TV station portfolio
- Reduce news operating costs
  - Outsource
  - Eliminate Washington, D.C. news bureau
  - Increase efficiency in NY and LA
- Restructure Tribune Entertainment
- Sell / lease back real estate

# Broadcasting Spin-Off

## *Corporate Governance*

- Board Matters
  - 7-9 directors
  - Non-Executive Chairman
  - 1 member from management
  - Independent director requirements for board / committees
  - Board compensation
- Governance Matters
  - Staggered board; consideration of majority vote provision
  - Poison pill; "blank-check" preferred stock
  - Transitional compensation plan



CONFIDENTIAL

CITI-TRIB-CC 00161019

# Broadcasting Spin-Off

## *Necessary Agreements between Broadcasting and Publishing*

- Separation and Distribution Agreement
- Transition Services Agreement
- Tax Sharing Agreement
- IP License Agreement (use of Tribune name)
- Content Sharing and Cross Promotion Agreements
- Real Estate Leases / Subleases
    - Tribune Tower
    - Washington, D.C. News Bureau
    - KTLA Lot
- Cubs-WGN-TV / WGN-AM Agreements

# Broadcasting Spin-Off

## *Tax Considerations*

- General requirements
  - A tax-free spin-off must be motivated by a corporate business purpose (e.g., elimination of newspaper-broadcasting cross-ownership) that cannot be solved in another tax free manner
  - In order for a spin-off to qualify as tax-free, both the spinning company and spun-off company must be engaged in an active trade or business immediately after the spin-off
  - A spin-off is taxable to the company, but not to shareholders, if the spin-off is part of a plan that includes the acquisition by another party of 50% or more of either company
  - A spin-off is taxable to the company and to shareholders if the spin-off is principally a device for the distribution of earnings and profits. Taxable sales of either company shortly after the spin-off could cause the distribution to be considered a device
- Limitations
  - No common officers between Broadcasting and Tribune Publishing; extremely limited number of common directors may be acceptable
  - Post-spin share repurchase limitation
    - 20% if pursuant to a plan
    - No restriction if not pursuant to a plan
  - No substantial continuing intercompany arrangements (other than transitional)



CONFIDENTIAL

# Broadcasting Spin-Off

## *Timing*

- Targeting completion by end of third quarter
- Key timing considerations
  - Preparation of three years of audited financials for Broadcasting (May / June)
  - Preparation of SEC Form 10 (May / June)
  - IRS private letter ruling
  - SEC clearance (July / August)
  - Recapitalize Eagle entities
  - Obtain debt financing
- Required approvals
  - SEC
  - Stock exchange (NYSE or Nasdaq)
  - FCC (short-form process)

**Key Items in Form 10**

- Description of Business
- Financial Statements and Exhibits
- MD&A
- Security Ownership of Certain Owners and Management
- Description of Directors and Executive Officers
- Executive Compensation Disclosure
- Related Party Transactions



CONFIDENTIAL

CITI-TRIB-CC 00161022

# Appendix



CONFIDENTIAL

# APPENDIX

## *Summary of Operating Plan Sensitivities*

| | | 52 week | CURRENT "UPSIDE" CASE | | | 2007 REVISED OPERATING PLAN | | | PUBLISHING AD. REV. -2% B&E OCF FLAT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2006A | 2007 | 2011 | 4Y CAGR | 2007 | 2011 | 4Y CAGR | 2007 | 2011 | 4Y CAGR |
| | | *(a)* | *(b)* | *(c)* | *(d)* | *(e)* | *(f)* | *(g)* | *(h)* | *(i)* | *(j)* |
| | **Operating Revenues** | | | | | | | | | | |
| (1) | Publishing | $4,025 | $4,123 | $4,451 | 1.9% | $3,984 | $4,093 | 0.7% | $3,946 | $3,642 | -2.0% |
| (2) | Broadcasting & Entertainment | 1,408 | 1,422 | 1,563 | 2.4% | 1,401 | 1,537 | 2.3% | 1,393 | 1,456 | 1.1% |
| (3) | Total Revenues | 5,433 | 5,545 | 6,014 | 2.1% | 5,385 | 5,630 | 1.1% | 5,339 | 5,098 | -1.1% |
| | **Operating Cash Expenses** [1] | | | | | | | | | | |
| (4) | Publishing | 3,094 | 3,139 | 3,358 | 1.7% | 3,069 | 3,123 | 0.4% | 3,070 | 2,951 | -1.0% |
| (5) | Broadcasting & Entertainment | 970 | 985 | 1,048 | 1.6% | 985 | 1,048 | 1.6% | 985 | 1,048 | 1.6% |
| (6) | Corporate | 61 | 61 | 71 | 3.8% | 61 | 71 | 3.8% | 61 | 71 | 3.8% |
| (7) | Total Operating Cash Expenses | 4,125 | 4,186 | 4,477 | 1.7% | 4,115 | 4,242 | 0.8% | 4,116 | 4,070 | -0.3% |
| | **Operating Cash Flow** [1] | | | | | | | | | | |
| (8) | Publishing | 931 | 983 | 1,093 | 2.7% | 915 | 970 | 1.5% | 876 | 691 | -5.8% |
| (9) | Broadcasting & Entertainment | 437 | 437 | 515 | 4.2% | 416 | 490 | 4.2% | 408 | 408 | 0.0% |
| (10) | Corporate | (61) | (61) | (71) | 3.8% | (61) | (71) | 3.8% | (61) | (71) | 3.8% |
| (11) | Total Operating Cash Flow | 1,308 | 1,359 | 1,537 | 3.1% | 1,270 | 1,389 | 2.3% | 1,223 | 1,028 | -4.2% |
| (12) | **Equity income** | 75 | 67 | 191 | 29.9% | 67 | 191 | 29.9% | 67 | 191 | 29.9% |
| (13) | Adjusted Operating Cash Flow | 1,383 | 1,426 | 1,728 | 4.9% | 1,337 | 1,580 | 4.3% | 1,290 | 1,219 | -1.4% |
| (14) | **Capital Expenditures** | 222 | 200 | 150 | | 200 | 130 | | 175 | 130 | |
| (15) | **Investments** | 222 | 100 | 100 | | 100 | 100 | | 50 | 50 | |
| (16) | Total Capital Usage | 444 | 300 | 250 | | 300 | 230 | | 225 | 180 | |
| (17) | Pre-tax Free Cash Flow (13 - 16) | $939 | $1,126 | $1,478 | 7.0% | $1,037 | $1,350 | 6.8% | $1,065 | $1,039 | -0.6% |

*Note: excludes non-operating items, special items and discontinued operations (Atlanta, Albany and Boston).*
*(1) Includes stock-based compensation.*



CONFIDENTIAL

CITI-TRIB-CC 00161024