From: Costa, Michael (IBK-NY) [michael_costa@ml.com]
Sent: Friday, February 23, 2007 8:41 PM
To: christina.mohr@citigroup.com; FitzSimons, Dennis J.; Kenney, Crane H; Grenesko, Don
Cc: Kaplan, Todd (GMI Leveraged Finance)
Subject: Re: Parallel path for Early March

All
I know we discussed this approach this evening, but on further reflection I do not realistically believe we will be further along on two critical issues. Valuation negotiations with ESOP trustee and financial advisor. We just had experience with Blackstone who is very sophisticated in these matters and it took better part of January before they could give real advice to foundation I just don't believe Duff and Phelps will be any quicker. Secondly, I still don't hear a convincing rationale for why employees will buy into ESOP. Put two those issues against best case upside of 10 percent plus with Zell proposal and I really question why we are delaying recap announcement beyond next week. Happy to discuss at 7 tomorrow.
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Mohr, Christina [CIB-GBKG] <christina.mohr@citigroup.com>
To: dfitzsimons@tribune.com <dfitzsimons@tribune.com>; ckenney@tribune.com <ckenney@tribune.com>; dgrenesko@tribune.com <dgrenesko@tribune.com>
CC: Costa, Michael (IBK-NY); Kaplan, Todd (GMI Leveraged Finance)
Sent: Fri Feb 23 20:55:07 2007
Subject: Parallel path for Early March

As we dicussed this evening, to pay the Special Dividend in mid April, we will need to launch the bank/bond syndication by March 14 with a bank meeting. The transaction will need to be announced before we extend invitations to the meeting. We should be able to complete the following prior to a public announcemnt:

1. Finalize documentation with Chandler Trusts and Foundation and restructure Eagles. Should be done by Wednesday February 28.
2. Prepare Rating Agency presentation and meet with the Agencies. Should be done by Friday March 2.
3. Draft bank meeting presentation, credit agreement and bank book. Should be done by Sunday March 11.
4. Draft bond offering memorandum and road show presentation. Should be done by Monday March 12.
5. Obtain rating. Should be done by Friday March 9 or Monday March 12.
6. Prepare press release, 8-K and shareholder presentation. Should be done by Friday March 9

The target date for a Board Meeting and announcement of the Recapitalization and Dividend would thus be between Friday March 9 and Monday March 12. We understand that Greatbanc and Duff and Phelps can substantially complete their due diligence and valuation by this time.
The net impact would be to move back the announcement, while staying on schedule for a mid April Special Dividend.

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click here for important additional terms relating to this e-mail.
http://www.ml.com/email_terms/

5/6/2007

EXHIBIT
FitzSimons 13
5-14-07 (BS)

TRIB 002951
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0000605