| | | |
|---|---|---|
| From: | Costa, Michael (IBK-NY). | Sent: 2/24/2007 7:51 AM. |
| To: | Kenney, Crane H. | |
| Cc: | . | |
| Bcc: | Kaplan, Todd (GMI Leveraged Finance); Kenney, Crane H. | |
| Subject: | RE: MS Proposal. | |

thx Unfortunately, the MS math is basically wrong at best there may be 10MM less and we are not sure if Jodi will be comfortable Real problem is Don not engaging - just hears 40mm less - and after bending over backwards constantly, we are now told we are being too aggressive this is more than being upset neither we nor citi are treated like this institutionally anywhere so your help here greatly appreciated

-----Original Message-----
From: Kenney, Crane H [mailto:CKenney@tribune.com]
Sent: Saturday, February 24, 2007 7:45 AM
To: Costa, Michael (IBK-NY)
Subject: RE: MS Proposal

Always said the banking intramurals were ugly, but this is probably the worst example I've seen. You are right to be upset. And consider the following: MS justified its advisory fee by claiming it would sit out the financing. I will talk to Chip about it. The genie is out of the bottle however and we need to determine whether it is possible to save $40 million with their structured financing. I have left that to Chandler and Don to figure out but will play a role if you think helpful. I'll let you know what Chip says.

-----Original Message-----
From: Costa, Michael (IBK-NY) [mailto:michael_costa@ml.com]
Sent: Friday, February 23, 2007 9:21 PM
To: Kenney, Crane H
Subject: Fw: MS Proposal

Crane

Would appreciate any insights here. How does MS who is supposed to be independent get to come in at last minute and underwrite financing without having spent 9. Months developing alternatives. I assume if MS indicates to Board that it favors recap over Zell it will disclose fact that it has submitted a financing proposal with substantial economics to them that they would not receive under Zell proposal. Is chip aware of this?
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)

------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: 'christina.mohr@citigroup.com' <christina.mohr@citigroup.com>; Costa, Michael (IBK-NY); Kaplan, Todd (GMI

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          ML-TRIB-1075295

Leveraged Finance)
Sent: Fri Feb 23 21:53:49 2007
Subject: Fw: MS Proposal

H <<MS Financing Proposal 02.17.07.ppt>> ere is the MS proposal. MS plans to speak to Jodi either tonight or tomorrow to get her views on structure. Please let me know if you have any
questions. Thanks, Chandler

-----Original Message-----
From: Whayne, Thomas (IBD) <Thomas.Whayne@morganstanley.com>
To: Bigelow, Chandler
CC: Stewart, Charles (IBD) <Charlie.Stewart@morganstanley.com>
Sent: Fri Feb 23 20:35:42 2007
Subject: MS Proposal

<<MS Financing Proposal 02.17.07.ppt>> Chandler,

As discussed, attached is a soft copy of our proposal. We look forward to
following up tomorrow on the items that you requested.

Best regards,

Tom

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com


_____


This communication is intended for the addressee(s) and may contain
confidential information. We do not waive confidentiality by
mistransmission. If you have received this communication in error, any use,
dissemination, printing or copying is strictly prohibited; please destroy
all electronic and paper copies and notify the sender immediately. We are
required by applicable rules to advise you that we may own or act as market
maker for securities/instruments mentioned or may advise the issuers; and
that past performance is not indicative of future returns.


_____


If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click here for important additional terms relating to this e-mail.
http://www.ml.com/email_terms/


_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ML-TRIB-1075296