MS_286598

| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 28 Feb 2007 18:46:47 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 28 Feb 2007 23:46:47.0804 (UTC) FILETIME=[B5DFBBC0:01C75B92] |
| Received(Date): | Wed, 28 Feb 2007 18:46:47 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F071FC@NYWEXMB21.msad.ms.com> |
| Thread-Index: | AcdbkrWVRT+tffckSB+NpC59ibVqnA== |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com>,"Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |

Spoke with Christina. Said both the Chandlers and the Foundation had communicated that they do not believe the ESOP provides compelling value relative to the recap, particularly in light of the conditionality and the likely 9-12 month timeframe for regulatory approval, and that they would like efforts to revert to the prior recap effort. ML/Citi said that they had communicated to Zell that value needs to be improved, and that they believe that they may have a way of removing the back-end risk inherent in the bring down, although they are not ready to provide specifics. Requested time through the weekend to see if they can secure a better price and address conditionality concerns. Christina also acknowledged that there is a looming issue with the Chandlers regarding an inability to provide them with reg rights until May when audited financials will be ready.

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY