| | |
|---|---|
| **From:** | Persily, Julie [CIB-GFI] |
| **Sent:** | Tuesday, March 06, 2007 03:02 PM |
| **To:** | Bigelow, Chandler; Kaplan, Todd (GMI Leveraged Finance); Canmann, Michael S [CIB-GBKG]; michael_ogrady@ml.com; Chen, Robert [CIB-GFI]; david_tuvlin@ml.com |
| **CC:** | Eldersveld, David |
| **Subject:** | RE: Follow-up Discussion Materials |
| **Importance:** | Low |

Chandler,
I will be on the 6a flight from NY to Chicago for our meeting with you
and the Zell team. That flight lands at 7:30a. If everything goes well,
I can be at your office by 8:45a. How's that? We shouldn't need more
than 1/2 hr to go through the MS proposal. It is now not so different
from ours.
Julie
-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Tuesday, March 06, 2007 9:40 AM
To: Persily, Julie [CIB-GFI]; Kaplan, Todd (GMI Leveraged Finance);
Canmann, Michael S [CIB-GBKG]; michael_ogrady@ml.com; Chen, Robert
[CIB-GFI]; david_tuvlin@ml.com
Cc: Eldersveld, David
Subject: RE: Follow-up Discussion Materials
Thanks Julie. I will put off my conversation with MS until tomorrow
afternoon since I would like some time to review their latest as well as
speak to this group. So, can this group plan to speak on this tomorrow
morning around 8am Chicago time? Then I will plan to speak to MS
tomorrow afternoon. Thanks, Chandler -----Original Message-----
From: Persily, Julie [CIB-GFI] [mailto:julie.persily@citigroup.com]
Sent: Tuesday, March 06, 2007 8:28 AM
To: Bigelow, Chandler; Kaplan, Todd (GMI Leveraged Finance); Canmann,
Michael S [CIB-GBKG]; michael_ogrady@ml.com; Chen, Robert [CIB-GFI];
david_tuvlin@ml.com
Subject: RE: Follow-up Discussion Materials
Thank you, Chandler. Perhaps you and Todd and I should speak before you
speak to MS.
For the record:
- Our proposal does not assume that we can get around the liens test in
the existing bonds as indicated in the MS proposal discussion.
- We believe that the new loans AND the existing bonds will require pro
rata stock security.
- We believe that we effectively "subordinate" the existing bonds by
denying them guarantees. The Company provides that all subs guarantee
the new loan(s), so that the value of the stock collateral is only
realized by the existing note holders after satisfaction of the
guarantees. Is that clear?
- The cap tables in our presentations to you should more accurately
describe the loans as Secured/Guaranteed (not just secured as they
currently show). We focus on the "new debt" ratios to capture this
concept of guaranteed debt.
NOTE: We believe that we can market this to the banks and funds and our
counsel agrees with our analysis that guarantees provided to the lenders
come ahead of unguaranteed existing debt. Let's be sure that your
counsel is also comfortable with this.
Questions re MS proposal:
- I am still unclear as to how the MS proposal of a 1 year TLB-2 works.
The term sheet continues to indicate a 1 year term and pricing of 25bps.
Are we missing something? How does a one year term work for the company
or for the tax issue?( Our proposal, which gets to the same place, is to
charge 1.50% for the TLA but "rebate" or "credit" 1.25% at the time of
any new financing that we are engaged to raise which repays the $2.8bn
prior to the 1 year
anniversary.)
- MS continues to show a bridge to notes at Broadcasting. Haven't we
been advised that this needs to be a forward underwriting? And they
continue to look at only $600mm vs $1bn.

CONFIDENTIAL                                              CITI-TRIB-CC 00067723

```
-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Tuesday, March 06, 2007 8:59 AM
To: Kaplan, Todd (GMI Leveraged Finance); Persily, Julie [CIB-GFI];
Canmann, Michael S [CIB-GBKG]; michael_ogrady@ml.com
Subject: FW: Follow-up Discussion Materials
Latest from MS.  I have not had a chance to review.  Thanks, CB


-----Original Message-----
From: Graham, William (GCM) [mailto:W.Graham@morganstanley.com]
Sent: Tuesday, March 06, 2007 7:42 AM
To: Bigelow, Chandler
Subject: Follow-up Discussion Materials
Chandler
Hope all is well.  Please find our latest discussion materials attached.
We would appreciate it if you have a few minutes to discuss with us this
morning.  Would 10am central time work for you to discuss?  If so, I
will send you a conference call number.
Appreciate your time.
Bill Graham
William Graham - Executive Director
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-2976
Fax: +1 718 233-2150
W.Graham@morganstanley.com
--------------------------------------------------------
NOTICE: If received in error, please destroy and notify sender. Sender
does not intend to waive confidentiality or privilege. Use of this email
is prohibited when received in error.
```

CONFIDENTIAL

CITI-TRIB-CC 00067724