| From: | Costa, Michael (IBK-NY). | Sent:3/10/2007 9:31 AM. |
| --- | --- | --- |
| To: | paul.taubman@morganstanley.com; Thomas.Whayne@morganstanley.com. | |
| Cc: | christina.mohr@citigroup.com. | |
| Bcc: | christina.mohr@citigroup.com; paul.taubman@morganstanley.com; Thomas.Whayne@morganstanley.com. | |
| Subject: | Update. | |

Paul/Tom

Assume you got download from Bill. Short answer is in light of recent operating performance no comfort in putting the kind of leverage necessary for Zell proposal to work and have board get comfortable with employees owning the equity. Also numerous issues in Zell proposal we could not solve.
Obviously with symmetry with recap, view is recap proposal needs to come down, probably to 15 range. We should discuss as this likely causes chandler foundation deal to unravel.

Let me know when you can get on phone today to discuss.
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)

----------------------

Sent from my BlackBerry Wireless Handheld

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

ML-TRIB-0605960