## Smith, Eric A.

**From:** Wander, Herbert S.
**Sent:** Saturday, March 10, 2007 6:03 PM
**To:** 'eric.smith@kattenlaw.com.'; 'keith.koeneman@kattenlaw.com.'
**Subject:** Fw: TRB

**Attachments:** $15 Per Share Self-Help Proposal v001.ppt; Blackstone Disclaimer.txt



---
CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

----- Original Message -----
From: Greenthal, Jill <Greenthal@blackstone.com>
To: Wander, Herbert S.
Sent: Sat Mar 10 14:17:11 2007
Subject: FW: TRB

The tender clearly works much better...can you confirm for us if there is a problem (16b) if we sell back to the company at a price that is greater than we buy from the chandlers...ie, what happens in this case?

Assume we tender at 32 and buy at 30 just for example

---

**From:** Bueker, Kathryn
**Sent:** Saturday, March 10, 2007 12:36 PM
**To:** Greenthal, Jill
**Cc:** Dugan, Michael
**Subject:** FW: TRB

Attached is the analysis of the impact of a $15 share tender and dividend distribution.

---

**From:** Tawil, Miriam
**Sent:** Saturday, March 10, 2007 12:27 PM
**To:** Bueker, Kathryn
**Cc:** Madnani, Sean; Janofsky, Benjamin
**Subject:** RE: TRB

Kate,

Please find attached the one-page analysis we discussed earlier, run for both the repurchase and dividend scenarios. Note that the repurchase scenario results in a larger decrease in the Chandlers' ownership, primarily stemming from our assumption that Index Funds do not tender, thereby resulting in a larger distribution to other shareholders.

I am in the office, so please feel free to call me to discuss.

Regards,

Miriam

1

<<$15 Per Share Self-Help Proposal v001.ppt>>

---

From:     Bueker, Kathryn
Sent:     Saturday, March 10, 2007 11:37 AM
To:       Madnani, Sean; Janofsky, Benjamin; Tawil, Miriam
Cc:       Dugan, Michael
Subject:        TRB

Jill and I just got off the phone Christina Mohr and Michael Costa. The Company has apparently concluded that they are not comfortable with the leverage in either the Zell proposal or the $20 self help (they look at them as equal on a FCF basis given the tax advantages of the Zell deal). The current thinking is $15 distribution. Not sure if it will be a dividend or a tender.

Can we do 2 things:
1) Send around the one-pager on the impact of a $15 dividend / 50% proceeds used to repurchase / $30 per share
2) Update comps and create a page that shows how the comps have moved since the board meeting

Please call me to discuss

---

Kate Bueker
The Blackstone Group
2 International Place, 22nd floor
Boston, MA 02110
(617) 646-2925
bueker@blackstone.com

---

Please open the following attachment for important information regarding this e-mail communication.