| | |
|---|---|
| From: | Kim, Caroline (IBK-NY).                                    Sent:3/21/2007 12:12 PM. |
| To: | Kaplan, Todd (GMI Leveraged Finance); Margolies, Greg (IBK-NY); Mayer, Carl (GMI-CAPMKTS); Paras, Stephen B. (IBK LevFin-Capital Markets); Figueroa, Mariela (GMI-CapMkts). |
| Cc: | Tuvlin, David (IBK-NY); Dahlback, Henrik (IBK-NY). |
| Bcc: | Kaplan, Todd (GMI Leveraged Finance); Margolies, Greg (IBK-NY); Mayer, Carl (GMI-CAPMKTS); Paras, Stephen B. (IBK LevFin-Capital Markets); Figueroa, Mariela (GMI-CapMkts); Tuvlin, David (IBK-NY); Dahlback, Henrik (IBK-NY). |
| Subject: | FW: Project Tower - Debt Covenants Analysis. |

Attached is the latest covenant analysis for the two step transaction.
Please let us know if you have any comments.

-----Original Message-----
From: Apostolides, John T [CIB-GBKG] [mailto:john.t.apostolides@citigroup.com]
Sent: Tuesday, March 20, 2007 4:03 PM
To: Dahlback, Henrik (IBK-NY); Kim, Caroline (IBK-NY); natalia.klykova@jpmorgan.com; yang.chen@jpmorgan.com
Cc: Chen, Robert [CIB-GFI]; Yurko, Mark [CIB-GBKG]; Singh, Mallika R [CIB-GFI]; Chen, Ruoxi [CIB-GBKG]
Subject: Project Tower - Debt Covenants Analysis


All -

Please find attached a debt covenants cushion analysis for Project Tower.

Please let us know if you have any questions or comments.

Regards,
John

_____

John T. Apostolides
Citigroup | Investment Banking
Global Communications Group
388 Greenwich Street, 37th Floor
New York, NY 10013
T: 212.816.7231
F: 646.862.8879
john.t.apostolides@citigroup.com
<<Project Tower Covenants Test_2007-03-20_Zell.ppt>>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                        ML-TRIB-0619109

# Project Tower

## Debt Covenants – Cushion Analysis

March 20, 2007



citigroup
corporate and
investment banking

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                                                                        ML-TRIB-0619110

# Assuming Close of Step 2 in Zell Transaction

citigroup
corporate and investment banking

# 1st Priority Guaranteed Debt Covenants Test

| ($ in millions) | 3/31/2007 | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2007 | 2008 | 2009 | 2010 | 2011 |
| **Management Case** | | | | | | |
| Adjusted EBITDA (Adjusted for Cost Savings) | $1,425 | $1,470 | $1,575 | $1,623 | $1,682 | $1,707 |
| 1st Priority Guaranteed Debt / Adjusted EBITDA | 5.1x | 6.2x | 5.7x | 5.2x | 5.0x | 4.6x |
| Total Debt (incl. PHONES) / Adjusted EBITDA | 6.6 | 9.1 | 8.3 | 7.8 | 7.3 | 6.8 |
| Maximum 1st Priority Guaranteed Debt / Adjusted EBITDA Covenant | -- | 7.75x | 7.50x | 7.25x | 7.00x | 6.75x |
| EBITDA Cushion | -- | 26% | 32% | 39% | 40% | 46% |
| **Downside Case - Pub Ad Rev -2% and B&E OCF Flat** | | | | | | |
| Adjusted EBITDA (Adjusted for Cost Savings) | $1,425 | $1,422 | $1,414 | $1,394 | $1,381 | $1,349 |
| 1st Priority Guaranteed Debt / Adjusted EBITDA | 5.1x | 6.4x | 6.4x | 6.3x | 6.5x | 6.6x |
| Total Debt (incl. PHONES) / Adjusted EBITDA | 6.6 | 9.4 | 9.4 | 9.3 | 9.3 | 9.4 |
| Covenant Tripped by The Downside Case? | -- | No | No | No | No | No |

1


citigroup
corporate and
investment banking

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0619112

# Interest Coverage Covenants Test

| ($ in millions) | 3/31/2007 | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2007 | 2008 | 2009 | 2010 | 2011 |
| **Management Case** | | | | | | |
| Adjusted EBITDA (Adjusted for Cost Savings) | $1,425 | $1,470 | $1,575 | $1,623 | $1,682 | $1,707 |
| Total Debt (incl. PHONES) / Adjusted EBITDA | 6.58x | 9.06x | 8.34x | 7.82x | 7.25x | 6.82x |
| Adjusted EBITDA / Cash Interest Expense | 2.06 | 1.51 | 1.66 | 1.73 | 1.81 | 1.90 |
| Minimum Adjusted EBITDA / Cash Interest Expense Covenant | -- | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x |
| EBITDA Cushion | -- | 21% | 33% | 38% | 45% | 52% |
| | | | | | | |
| **Downside Case - Pub Ad Rev -2% and B&E OCF Flat** | | | | | | |
| Adjusted EBITDA (Adjusted for Cost Savings) | $1,425 | $1,422 | $1,414 | $1,394 | $1,381 | $1,349 |
| Total Debt (incl. PHONES) / Adjusted EBITDA | 6.58x | 9.38x | 9.37x | 9.34x | 9.27x | 9.36x |
| Adjusted EBITDA / Cash Interest Expense | 2.06 | 1.46 | 1.48 | 1.46 | 1.43 | 1.40 |
| Covenant Tripped by The Downside Case? | -- | No | No | No | No | No |


citigroup.¦
corporate and
investment banking

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0619113

## Assuming No Step 2 in Zell Transaction


citigroup
corporate and
investment banking

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                                                ML-TRIB-0619114

# 1st Priority Guaranteed Debt Covenants Test (No Step 2)

| ($ in millions) | 3/31/2007 | Year Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2007 | 2008 | 2009 | 2010 | 2011 |
| **Management Case** | | | | | | |
| Adjusted EBITDA | $1,425 | $1,390 | $1,495 | $1,543 | $1,602 | $1,627 |
| 1st Priority Guaranteed Debt / Adjusted EBITDA | 5.1x | 5.0x | 4.5x | 4.0x | 3.8x | 3.4x |
| Total Debt (incl. PHONES) / Adjusted EBITDA | 6.6 | 6.5 | 5.9 | 5.4 | 4.8 | 4.4 |
| Maximum 1st Priority Guaranteed Debt / Adjusted EBITDA Covenant | -- | 6.25x | 6.00x | 5.75x | 5.50x | 5.25x |
| EBITDA Cushion | -- | 26% | 34% | 43% | 45% | 56% |
| **Downside Case - Pub Ad Rev -2% and B&E OCF Flat** | | | | | | |
| Adjusted EBITDA | $1,425 | $1,342 | $1,334 | $1,314 | $1,301 | $1,269 |
| 1st Priority Guaranteed Debt / Adjusted EBITDA | 5.1x | 5.2x | 5.1x | 4.8x | 4.8x | 4.7x |
| Total Debt (incl. PHONES) / Adjusted EBITDA | 6.6 | 6.8 | 6.6 | 6.4 | 6.2 | 6.0 |
| Covenant Tripped by The Downside Case? | -- | No | No | No | No | No |

3


citigroup
corporate and
investment banking

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0619115

# Interest Coverage Covenants Test (No Step 2)

| ($ in millions) | 3/31/2007 | Year Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 2007 | 2008 | 2009 | 2010 | 2011 |
| **Management Case** | | | | | | |
| Adjusted EBITDA | $1,425 | $1,390 | $1,495 | $1,543 | $1,602 | $1,627 |
| Total Debt (incl. PHONES) / Adjusted EBITDA | 6.58x | 6.52x | 5.89x | 5.38x | 4.83x | 4.40x |
| Adjusted EBITDA / Cash Interest Expense | 2.06 | 2.21 | 2.48 | 2.63 | 2.82 | 3.05 |
| Minimum Adjusted EBITDA / Cash Interest Expense Covenant | -- | 1.75x | 2.00x | 2.00x | 2.00x | 2.00x |
| EBITDA Cushion | -- | 26% | 24% | 31% | 41% | 53% |
| **Downside Case - Pub Ad Rev -2% and B&E OCF Flat** | | | | | | |
| Adjusted EBITDA | $1,425 | $1,342 | $1,334 | $1,314 | $1,301 | $1,269 |
| Total Debt (incl. PHONES) / Adjusted EBITDA | 6.58x | 6.77x | 6.64x | 6.44x | 6.19x | 6.04x |
| Adjusted EBITDA / Cash Interest Expense | 2.06 | 2.13 | 2.20 | 2.21 | 2.22 | 2.25 |
| Covenant Tripped by The Downside Case? | -- | No | No | No | No | No |



citigroup
corporate and
investment banking

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0619116