**From:** Mohr, Christina [CIB-GBKG]
**Sent:** Tuesday, March 20, 2007 11:18 PM
**To:** michael_costa@ml.com; Kurmaniak, Rosanne [CIB-GBKG]
**Subject:** Re:
**Importance:** Low

Thanks. Good changes. On the number of shares, we thought that Zell purchases at 33 and ESOP at pre announcement market which is in the 30 ish range.

-----Original Message-----
From: Costa, Michael (IBK-NY) <michael_costa@ml.com>
To: Mohr, Christina [CIB-GBKG]
Sent: Tue Mar 20 18:14:41 2007
Subject: Re:
Great. Think we need to reconciile that we are saying same leverage in zell and recap ratings expectations are higher for recap
Couple of nits in latest deck
First esop bullet change to "(assuming YE '07 close)"
Think each of zell and esop purchase about 7.5MM shares
On page 2 would have sidebar say
If second step of zell transaction does not close
    - same financial impact to trb and its shareholders as recap except
        -Zell has invested 250 in. new money in TRB
         -employees have invested 250 in future cash compensation in TRB
         -B and E spin delayed
         -shareholder/employee dsiruption due to failed zell deal
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)



------------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Mohr, Christina [CIB-GBKG] <christina.mohr@citigroup.com>
To: Costa, Michael (IBK-NY)
Sent: Tue Mar 20 18:52:35 2007
Subject: Re:
We are on with Todd now.
-----Original Message-----
From: Costa, Michael (IBK-NY) <michael_costa@ml.com>
To: Mohr, Christina [CIB-GBKG]
Sent: Tue Mar 20 17:47:15 2007
Subject: Re:
Would you make sure todd gets deck
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)

CONFIDENTIAL                                                                                                                                    CITI-TRIB-CC 00150610

```
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Mohr, Christina [CIB-GBKG] <christina.mohr@citigroup.com>
To: Costa, Michael   (IBK-NY)
Sent: Tue Mar 20 18:44:54 2007
Subject: Re:
I heard that from RK and I am ok.
-----Original Message-----
From: Costa, Michael   (IBK-NY) <michael_costa@ml.com>
To: Mohr, Christina [CIB-GBKG]
Sent: Tue Mar 20 17:42:14 2007
Subject:
Think we should take 2 percent decline case out of valuation. I worry that if you take midpoint of
those two cases you are in 30 range and only 10 percent away from Zell. Seems more powerful to stick
with revised mgmt plan, remind board we were closer to low end - and stock has moved this way - so
near 20 percent discount to zell. Plus zell gives you recap plus at incremental cost of spin delay
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)



--------------------------
Sent from my BlackBerry Wireless Handheld


If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not
read, act upon, print, disclose, copy, retain or redistribute it. Click here
<http://www.ml.com/email_terms/> for important additional terms relating to this e-mail.
http://www.ml.com/email_terms/
```

CONFIDENTIAL

CITI-TRIB-CC 00150611