| | |
|---|---|
| **From:** | Bigelow, Chandler |
| **Sent:** | Wednesday, March 21, 2007 2:10 PM (GMT) |
| **To:** | Kazan, Daniel G <DKazan@tribune.com>; Litman, Brian F <BLitman@tribune.com> |
| **Subject:** | FW: Tower LBO Model |
| **Attach:** | Tower-Zell Model-vMASTER ($17.50 - Mgmt Case).xls;Tower-Zell Model-vMASTER ($17.50 - Down 2).xls;Tower-Zell Model-vMASTER ($17.50 - Down 3).xls |

-----Original Message-----
**From:** Chen, Ruoxi [CIB-GBKG] [mailto:ruoxi.chen@citigroup.com]
**Sent:** Wednesday, March 21, 2007 4:13 AM
**To:** Bigelow, Chandler; Kurmaniak, Rosanne [CIB-GBKG]
**Cc:** Scardigli, Michael [CIB-GBKG]
**Subject:** RE: Tower LBO Model

Chandler,

See attached for the revised Zell models. We have revised our Q1 2007 net debt projections per your guidance below and also incorporated state taxes into our FCF buildup.

Let us know if you'd like any further adjustments made.

Ruoxi

---

**From:** Bigelow, Chandler [mailto:CBigelow@tribune.com]
**Sent:** Tuesday, March 20, 2007 8:37 PM
**To:** Chen, Ruoxi [CIB-GBKG]; Kurmaniak, Rosanne [CIB-GBKG]
**Subject:** RE: Tower LBO Model

Sorry to have missed you.

I do not have a FCF build for the first quarter. But our current cash and debt projections for March 31st indicate that we will have about $70M of debt repayment in the quarter and that the Eagles will have about $15M of cash at the end of the quarter. It is nearly impossible to predict what our "cash in the system" will be at any given time, but for simplicity sake we usually just assume that this will be constant. As a result, I think we should say that our net debt in the quarter will be down about $85M which is $38M off your $123M.

I am working on whether our full-year projection will change and let you know in the morning, but I suspect that for the full-year we are probably about $25M lower than our original plan. But I will follow-up tomorrow with this analysis.

Thanks, CB

-----Original Message-----
**From:** Chen, Ruoxi [CIB-GBKG] [mailto:ruoxi.chen@citigroup.com]
**Sent:** Monday, March 19, 2007 7:36 PM
**To:** Bigelow, Chandler; Kurmaniak, Rosanne [CIB-GBKG]
**Subject:** RE: Tower LBO Model

Chandler,

We just sent you the $17.50 models in 2 separate e-mails. Let me know when you receive them.

They do not currently incorporate the March 31st debt numbers which you provided in your earlier e-mail. We

Professionals' Eyes Only

currently incorporate the sale of the the IPG patent so am not sure why we are different by $28mm on a net basis. Can you provide us with a components of free cash build that bridges to these debt numbers and we can try and reconcile the difference?

Thanks a lot,
Ruoxi

---

**From:** Bigelow, Chandler [mailto:CBigelow@tribune.com]
**Sent:** Monday, March 19, 2007 7:28 PM
**To:** Kurmaniak, Rosanne [CIB-GBKG]; Chen, Ruoxi [CIB-GBKG]
**Subject:** RE: Tower LBO Model

Ok. Thanks.

On the solvency, we need to get them the $17.50 model which I will forward once I get tonight. I doubt the level of distribution will change the presentation much.

Thanks again for all of you help. Chandler

-----Original Message-----
**From:** Kurmaniak, Rosanne [CIB-GBKG] [mailto:rosanne.kurmaniak@citigroup.com]
**Sent:** Monday, March 19, 2007 6:21 PM
**To:** Bigelow, Chandler; Chen, Ruoxi [CIB-GBKG]
**Subject:** RE: Tower LBO Model

Yes - we'll take a look and come back to you with any differences.

Also, hopefully this evening we will also get out to you our comments on the D&P solvency opinion. I think Christina would like you to review and comment before passing on directly to D&P.

---

**From:** Bigelow, Chandler [mailto:CBigelow@tribune.com]
**Sent:** Monday, March 19, 2007 7:07 PM
**To:** Kurmaniak, Rosanne [CIB-GBKG]; Chen, Ruoxi [CIB-GBKG]
**Subject:** FW: Tower LBO Model

Zell model attached. Can you guys take a look to make sure we are consistent with our model? Many thanks, CB

-----Original Message-----
**From:** Nils Larsen [mailto:NLarsen@egii.com]
**Sent:** Monday, March 19, 2007 4:56 PM
**To:** Bigelow, Chandler
**Cc:** Bill Pate; Philip Tinkler; Chris Hochschild
**Subject:** FW: Tower LBO Model

Chandler:

The attached model is an electronic version of the model we discussed on Friday the 9th. We have made a series of changes that are consistent with the guidance you and your team provided us. The changes can be outlined as follows:

- reduction of the annual cash savings to $80M
- inclusion of additional asset sales (Hoy, IPG, CT real estate) and adjustment of asset sale proceeds (Cubs package, TMCT, SCNI)
- inclusion of additional severance payments associated with print rationalization ($43M) and transitional severance payments ($20M)
- reduction of 2007 cap-ex number by $25M

Professionals' Eyes Only

TRB0077180

- smoothing of acquisition and investment use of capital to $25M per year
- increase in the minimum cash on hand to reflect cash in the system and allocated to captive insurance

We have not made any changes to the 2007 change in deferred compensation ($108M) pending your guidance. We have not made any changes to the operating assumptions pending conversations with you as to the appropriate base line for 2007.

I am happy to discuss any questions or comments you might have on the attached. We are available to go through this at your convenience.

Nils

---

**From:** Chris Hochschild
**Sent:** Monday, March 19, 2007 4:47 PM
**To:** Nils Larsen
**Subject:** Tower LBO Model

Professionals' Eyes Only

TRB0077181