**Churlin, Toni**

| | |
|---|---|
| **From:** | Greenthal, Jill [Greenthal@blackstone.com] |
| **Sent:** | Sunday, March 25, 2007 2:00 PM |
| **To:** | Chomicz, Thomas E.; Wander, Herbert S.; Madigan, John W.; Dowdle, Jim; Brien O'Brien |
| **Subject:** | RE: |
| **Attachments:** | Blackstone Disclaimer.txt |

understand...we just are noting in the payments in the zell alternative (see page 2) there is a big difference in amounts...not sure if this is fees or COC payments...we will find out

---

**From:** Chomicz, Thomas E. [mailto:TC2@quarles.com]
**Sent:** Sunday, March 25, 2007 2:40 PM
**To:** Greenthal, Jill; Wander, Herbert S.; Madigan, John W.; Dowdle, Jim; Brien O'Brien
**Subject:** RE:

It appears a strong desire to be a private company which the self-help does not deliver. The change in control payments in most cases require termination of employment or demotion in position

---

**From:** Greenthal, Jill [mailto:Greenthal@blackstone.com]
**Sent:** Sunday, March 25, 2007 1:16 PM
**To:** Wander, Herbert S.; Madigan, John W.; Dowdle, Jim; Chomicz, Thomas E.; Brien O'Brien
**Subject:** RE:

i don't think you are missing anything...and when you net the change of control payments from the deal, it is not clear there is really any new money in this deal....

---

**From:** Wander, Herbert S. [mailto:hwander@kattenlaw.com]
**Sent:** Sunday, March 25, 2007 1:18 PM
**To:** Greenthal, Jill; Madigan, John W.; Dowdle, Jim; Chomicz, Thomas E.; Brien O'Brien
**Subject:** RE:

Maybe I'm missing something, but (1) if this "Does not reflect Final negotiation of terms", why is Sam's deal getting better (2) Why is Sam getting his equity out in step 2 (he didn't in the previous version)? (3) they do acknowledge Shareholder/employee disruption due to failed Zell deal, but what about during the 9 or so months to get to closing? (4) Rating agencies rate the Zell ESOP deal lower than self help (5) thru 2012 FCF is higher in self help deal (6) isn't page more favorable for the self help deal? Herb

---

**From:** Greenthal, Jill [mailto:Greenthal@blackstone.com]
**Sent:** Sunday, March 25, 2007 9:51 AM
**To:** Madigan, John W.; Dowdle, Jim; Chomicz, Thomas E.; Wander, Herbert S.; Brien O'Brien
**Subject:** FW:

more info...this shows that zell will only have 225m invested in the deal when the merger closes--mostly in debt

---

**From:** Kurmaniak, Rosanne [CIB-GBKG] [mailto:rosanne.kurmaniak@citigroup.com]

3/26/2007

FOUN0004711

**Sent:** Sunday, March 25, 2007 11:24 AM
**To:** Greenthal, Jill; Bueker, Kathryn
**Cc:** Mohr, Christina [CIB-GBKG]; Costa, Michael (IBK-NY)
**Subject:** RE:

Jill and Kate -

As referenced below, attached please find the additional materials that our team will be prepared to discuss with you during this afternoon's call at 3pm EST. We look forward to speaking with you then.

Best, Rosie

---

**From:** Kurmaniak, Rosanne [CIB-GBKG]
**Sent:** Friday, March 23, 2007 7:46 PM
**To:** 'Greenthal, Jill'; Costa, Michael (IBK-NY); Mohr, Christina [CIB-GBKG]
**Cc:** Bueker, Kathryn
**Subject:** RE:

Jill and Kate -

Attached is a brief summary of the transaction steps of the Zell / ESOP transaction (prepared by Wachtell) that we thought might be useful for your review of the proposed transaction. Additionally, Citi and Merrill are preparing the financial analysis materials that we would like to review with you during Sunday's call. Please feel free to find us sooner with any questions that you may have.

Best, Rosie


Rosanne Kurmaniak
Citigroup Global Markets Inc.
Mergers & Acquisitions
388 Greenwich Street - 36th Floor
New York, New York 10013
Phone: 212-816-5732 | Fax: 646-862-9042
rosanne.kurmaniak@citigroup.com

Confidentiality/ Privilege Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person.

---

**From:** Greenthal, Jill [mailto:Greenthal@blackstone.com]
**Sent:** Friday, March 23, 2007 5:34 PM
**To:** Costa, Michael (IBK-NY); Mohr, Christina [CIB-GBKG]
**Cc:** Bueker, Kathryn; Kurmaniak, Rosanne [CIB-GBKG]
**Subject:** RE:

ok--lets use the following dial in

866-606-4717

3/26/2007

pass 6462925

will you send us something before the call? it would be very helpful

---

**From:** Costa, Michael (IBK-NY) [mailto:michael_costa@ml.com]
**Sent:** Friday, March 23, 2007 5:32 PM
**To:** christina.mohr@citigroup.com; Greenthal, Jill
**Cc:** Bueker, Kathryn; rosanne.kurmaniak@citigroup.com
**Subject:** Re:

Works for me
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)


--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Mohr, Christina [CIB-GBKG] <christina.mohr@citigroup.com>
To: greenthal@blackstone.com <greenthal@blackstone.com>; Costa, Michael (IBK-NY)
CC: bueker@blackstone.com <bueker@blackstone.com>; Kurmaniak, Rosanne [CIB-GBKG]
<rosanne.kurmaniak@citigroup.com>
Sent: Fri Mar 23 17:31:26 2007
Subject: Re:

I can do it at 3 pm on Sunday.

-----Original Message-----
From: Greenthal, Jill <Greenthal@blackstone.com>
To: Costa, Michael (IBK-NY) <michael_costa@ml.com>; Mohr, Christina [CIB-GBKG]
CC: Bueker, Kathryn <bueker@blackstone.com>
Sent: Fri Mar 23 16:29:05 2007
Subject: RE:

i could do any time after 3pm on sunday--2pm doesn't work

---

From: Costa, Michael (IBK-NY) [mailto:michael_costa@ml.com]
Sent: Friday, March 23, 2007 5:22 PM
To: Greenthal, Jill; christina.mohr@citigroup.com
Cc: Bueker, Kathryn
Subject: Re:


Could we do sunday afternoon around 2?
Michael R. Costa

3/26/2007

FOUN0004713

Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)

--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Greenthal, Jill <Greenthal@blackstone.com>
To: Costa, Michael (IBK-NY); christina.mohr@citigroup.com <christina.mohr@citigroup.com>
CC: Bueker, Kathryn <bueker@blackstone.com>
Sent: Fri Mar 23 17:21:00 2007
Subject: RE:

how about a clue...what time is good for you?

From: Costa, Michael (IBK-NY) [mailto:michael_costa@ml.com]
Sent: Friday, March 23, 2007 5:17 PM
To: Greenthal, Jill; christina.mohr@citigroup.com
Cc: Bueker, Kathryn
Subject: Re:

Needs to be later for me
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)

--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Greenthal, Jill <Greenthal@blackstone.com>
To: Mohr, Christina [CIB-GBKG] <christina.mohr@citigroup.com>
CC: Costa, Michael (IBK-NY); Bueker, Kathryn <bueker@blackstone.com>
Sent: Fri Mar 23 17:04:17 2007
Subject: RE:

How about 3pm? Am pretty flexible

3/26/2007

FOUN0004714

-----Original Message-----
From: Mohr, Christina [CIB-GBKG] [mailto:christina.mohr@citigroup.com]
Sent: Friday, March 23, 2007 4:58 PM
To: Greenthal, Jill
Cc: michael_costa@ml.com
Subject: Re:

Michael and I are available on Monday afternoon before 5:30 pm. We are
organizing some material to walk you through the deal as it stands.
Let us know what time works for you

-----Original Message-----
From: Greenthal, Jill <Greenthal@blackstone.com>
To: Mohr, Christina [CIB-GBKG]
Sent: Fri Mar 23 15:43:12 2007
Subject:

When will you be able to give us an understanding of the zell deal?

---

Please open the following attachment for important information regarding
this e-mail communication.

---

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose,
copy, retain or redistribute it. Click here <http://www.ml.com/email_terms/> for important additional terms relating to this e-mail. http://www.ml.com/email_terms/

---

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal
Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be
used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use
of the individual or entity to whom it is addressed and may contain information that is proprietary,
privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended
recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this
information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail
or telephone, of any unintended recipients and delete the original message without making any copies.

NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).

This electronic mail transmission and any attachments are confidential and may be pr
They should be read or retained only by the intended recipient. If you have receive

3/26/2007

FOUN0004715

transmission in error, please notify the sender immediately and delete the transmiss
your system.  In addition, in order to comply with Treasury Circular 230, we are req
inform you that unless we have specifically stated to the contrary in writing, any a
provide in this email or any attachment concerning federal tax issues or submissions
intended or written to be used, and cannot be used, to avoid federal tax penalties.

3/26/2007

FOUN0004716