| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 23 Mar 2007 18:55:39 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 23 Mar 2007 22:55:39.0784 (UTC) FILETIME=[60B14880:01C76D9E] |
| Subject: | Fw: Zell Financing and Impact on Spin |
| Received(Date): | Fri, 23 Mar 2007 18:55:39 -0400 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F07450@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Zell Financing and Impact on Spin |
| Thread-Index: | AcdtiD0Hb3xVg89USfqzbDHixPgYbQAFiN/O |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com>,"Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com>,"Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |

Fyi--please run this by Ashok and Bill.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Costa, Michael (IBK-NY) <michael_costa@ml.com>
To: Whayne, Thomas (IBD); cmulaney@skadden.com <cmulaney@skadden.com>
Cc: christina.mohr@citigroup.com <christina.mohr@citigroup.com>; ckenney@tribune.com <ckenney@tribune.com>; Kaplan, Todd (GMI Leveraged Finance) <todd_kaplan@ml.com>
Sent: Fri Mar 23 16:17:10 2007
Subject: Zell Financing and Impact on Spin

Tom/Chip

You asked yesterday whether the financing of the Zell transaction would have any incremental cost compared to stand alone recap if second step of Zell did not close and we sought to pursue spin (on a delayed basis). As we mentioned, the Zell financing could permit the spin but the spin is not specifically architected into it as it is in the recap. We did this to avoid confusing investors/other lending banks about the need for flexibility for backend spin if Zell deals fails. In other words, we have not identified up front the debt in the Zell transaction that would be "used" for the debt for debt exchange in the B&E spin in order to have more debt than basis. However, given some of the recent IRS developments in the debt for debt area, we would have a high degree of confidence in putting the following steps together if 2nd step of Zell deal doesn't come together

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_273560

- create a new loan that ML/Citi/JPM own
- use proceeds of that loan to pay off existing debt
- put spin-off together, and execute debt/debt exchange against this new loan

Issues are that IRS view on what they can and can't live with on debt/debt seems to keep evolving; but above is consistent with current understanding. And TRB would need to pay fees on each of old debt and new loan and be subject to market conditions on new loan when it is put together. In a sense, you can view incremental "cost" as fees on $2.8 b of Broadcasting financing as no refunding mechanism baked in as it is in recap financing.

Let us know if you would like to follow up.

---

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click here <http://www.ml.com/email_terms/> for important additional terms relating to this e-mail.    http://www.ml.com/email_terms/

---

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_273561