| | |
|---|---|
| From: | Tuvlin, David (IBK-NY).    Sent: 3/28/2007 7:29 PM. |
| To: | Kaplan, Todd (GMI Leveraged Finance); Margolies, Greg (IBK-NY); Mayer, Carl (GMI-CAPMKTS); O'Grady, Michael G. (IBK - CHI). |
| Cc: | Dahlback, Henrik (IBK-NY). |
| Bcc: | Kaplan, Todd (GMI Leveraged Finance); Margolies, Greg (IBK-NY); Mayer, Carl (GMI-CAPMKTS); O'Grady, Michael G. (IBK - CHI); Dahlback, Henrik (IBK-NY). |
| Subject: | Trb. |

Latest developments post ratings news from a call just concluded among the banks:

1. 25bps of incremental price flex on bank

2. cap of 12% on bonds (now hooks on both sides)

3. weighted avg concept be inserted so unused bank or bond rate can be applied to the other (jpm needs this cause they feel they need 13% cap on bonds). Applies to unused rate on step 1 to be used in step 2 as well.

4. JPM uncomfy with collateral and wants to explore flex to a more standard stock of sub package (I explained the issues several times in detail but they are pretty adamant)

5. Citi said they need a condition in order to fund step 2 that ratings are no less than they are today!!!

Reactions?

---------------------
Sent from my BlackBerry Wireless Handheld

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    ML-TRIB-0386225