# Interoffice Memorandum

To: Fairness Opinion Committee

From: **NY Mergers & Acquisitions**: M. Costa, P. Treliak, J. Cotarelo, J. Eidinger, M. Buffington
**IBK Chicago:** M. O'Grady, D. Lewicki

**Merrill Lynch**

Tel: **NY Mergers & Acquisitions:** 212 449 8533; x4880; x4538; x1992; x7232
**IBK Chicago:** 312 869 6211; x6267

Date: March 31, 2007

Subject: **Fairness Opinion Regarding the Sale of Tribune Company**

## I. Transaction Overview

Tribune Company ("Tribune", or the "Company") proposes to enter into a series of agreements ultimately resulting in the sale of the Company to Equity Group Investments, LLC ("EGI"), an investment vehicle of Sam Zell, and a newly formed Tribune ESOP, for $33.00 cash per share plus 5% interest from the announcement date until the closing of the transaction. At $34.24 ($33.00 plus 5% interest for 9 months assuming a December 31, 2007 transaction close), the proposed transaction has an offer value of $8.3 billion and implies an adjusted enterprise value of $11.9 billion. The Board of Directors of Tribune is scheduled to meet Sunday, April 1, 2007 to consider the proposed acquisition and the transaction is expected to be publicly announced prior to the market open on April 2, 2007.

Please refer to attached presentation to the Fairness Opinion Committee for additional details of the transaction background.

## II. Question Presented

Is the consideration to be received by the holders of Tribune's common shares fair from a financial point of view to such holders?

## III. Merrill Lynch Relationship with Tribune

Merrill Lynch has a strong, long-term relationship with Tribune. The coverage team is lead by Michael Costa (M&A) and Michael O'Grady (RM). Merrill Lynch is the lead financial advisor to management and the board, advising on Tribune's most significant acquisition to date (Times-Mirror) and other divestitures totaling over $1.5 billion, including the recent sale of WATL-TV. Merrill Lynch has also been the Company's lead capital markets firm, most recently leading a $780 million bond deal in August 2005. Merrill Lynch advised and provided committed financing to Tribune on the Company's $2.5 billion leveraged recapitalization. Merrill Lynch also provided a Fairness Opinion for the restructuring of TMCT, LLC and TMCT II, LLC.

Merrill Lynch, along with Citigroup, was hired by the Company in September 2006 to assist in the Company's exploration of value creation alternatives. Pursuant to the exploration of value creation alternatives, Merrill Lynch and Citigroup conducted an auction process for the sale of the Company as well as other strategic alternatives. Merrill Lynch advisory fees related are expected to be approximately $15 million.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                     ML-TRIB-0034924

In addition to providing advisory services, Merrill Lynch offered prospective buyers a stapled financing package in connection with a potential transaction for the Company. As part of the proposed transaction, Merrill Lynch is committing to provide approximately $4.1bn of debt financing. Merrill Lynch financing fees related to the debt financing commitment are expected to be approximately $50 million.

### IV. Business Overview of Tribune

Tribune is a media and entertainment company with operations divided into two industry segments: 1) Publishing and 2) Broadcasting and Entertainment:

- Publishing segment (2006 52-week revenues of $4.0 billion and EBITDA of $931 million excluding stock-based compensation)
    - Publication of daily newspapers including the Los Angeles Times, Chicago Tribune, Newsday, South Florida Sun-Sentinel, The Baltimore Sun, The and two publications of the Spanish language newspaper Hoy.
    - The segment also manages the websites of the Company's daily newspapers and television stations, as well as other branded sites targeting specific communities of interest. The Company also owns 42.5% of CareerBuilder.com.
- Broadcasting and Entertainment segment (2006 revenues of $1.4 billion and EBITDA of $437 million excluding stock-based compensation)
    - The segment includes 14 CW Television Network affiliates, 6 FOX Network television affiliates, one ABC television affiliate, two MyNetworkTV affiliates, one radio station in Chicago, the Chicago Cubs baseball team, and Tribune Entertainment, a Company that distributes its own programming together with programming licensed from third parties. The Company also owns a 31% stake in the TVFood Network and a 25% stake in Comcast SportsNet.

### V. Overview of Valuation

Please refer to attached presentation to the Fairness Opinion Committee.

### VI. Conclusion

Based on our analysis, we recommend to the Fairness Opinion Committee that the consideration to be received by the holders of Tribune's common shares is fair to such holders from a financial point of view.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          ML-TRIB-0034925