| | | |
|---|---|---|
| From: | Costa, Michael (IBK-NY). | Sent:3/11/2007 5:30 PM. |
| To: | Kaplan, Todd (GMI Leveraged Finance). | |
| Cc: | . | |
| Bcc: | Kaplan, Todd (GMI Leveraged Finance). | |
| Subject: | Re:. | |

More money
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)


------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Kaplan, Todd (GMI Leveraged Finance)
To: Costa, Michael (IBK-NY)
Sent: Sun Mar 11 17:29:17 2007
Subject: Re:


???

That's down a lot from where it was

Chandler has seemed fine with where we are, and Don didn't raise any objections on last call

What are you expecting, and why


Todd Kaplan
Senior Vice President
Chairman of Global Leveraged Finance
(312) 869-6213
todd_kaplan@ml.com


-----Original Message-----
From: Costa, Michael (IBK-NY)
To: Kaplan, Todd (GMI Leveraged Finance)
Sent: Sun Mar 11 17:16:42 2007
Subject: Re:

Can we get more aggressive. We know they will find a way to cut us back.
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                              ML-TRIB-0385024

212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)



----------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Kaplan, Todd (GMI Leveraged Finance)
To: Costa, Michael (IBK-NY); O'Grady, Michael G. (IBK - CHI)
Sent: Sun Mar 11 13:50:04 2007
Subject:


My guess is that our share of financing fees will be about $33-35 mm when we're done

Will reflect when analysis comes through


Todd Kaplan
Senior Vice President
Chairman of Global Leveraged Finance
(312) 869-6213
todd_kaplan@ml.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    ML-TRIB-0385025