## Schedule I

### Commitments; List of Applicable Lending Offices

(in $ millions)

| Lender | Revolving Credit Commitment | Term Loan B Commitment | Term Loan X Commitment | Revolving Credit Applicable Percentage | Term Loan B Applicable Percentage | Term Loan X Applicable Percentage |
|---|---|---|---|---|---|---|
| Bank of America, N.A. | $105.0 | $0.0 | $0.0 | 14.0% | 0.0% | 0.0% |
| Barclays Bank Plc | 70.0 | 0.0 | 0.0 | 9.3 | 0.0 | 0.0 |
| CIT Group Inc. | 50.0 | 0.0 | 0.0 | 6.7 | 0.0 | 0.0 |
| Citicorp North America Inc. | 117.0 | 0.0 | 0.0 | 15.6 | 0.0 | 0.0 |
| JP Morgan Chase & Co. | 129.0 | 2,757.5 | 750.0 | 17.2 | 50.0 | 50.0 |
| LaSalle Bank, N.A. | 50.0 | 0.0 | 0.0 | 6.7 | 0.0 | 0.0 |
| Lehman Brothers Commercial Bank | 50.0 | 0.0 | 0.0 | 6.7 | 0.0 | 0.0 |
| Merrill Lynch Capital Corporation | 129.0 | 2,757.5 | 750.0 | 17.2 | 50.0 | 50.0 |
| Sumitomo Mitsui Banking Corporation | 50.0 | 0.0 | 0.0 | 6.7 | 0.0 | 0.0 |
| | | | | | | |
| Total | $750.0 | $5,515.0 | $1,500.0 | 100.0% | 100.0% | 100.0% |

** The Lending Office of each Lender is set forth opposite its name in the Assignment and Acceptance pursuant to which it became a Lender.

TRB0445276
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only