| | | |
|---|---|---|
| From: | Costa, Michael (IBK-NY). | Sent:4/10/2007 10:00 AM. |
| To: | Kaplan, Todd (GMI Leveraged Finance). | |
| Cc: | . | |
| Bcc: | Kaplan, Todd (GMI Leveraged Finance). | |
| Subject: | RE: . | |

Ok thx btw you should look at the zell video interviews almost mentions you by name

-----Original Message-----
From: Kaplan, Todd (GMI Leveraged Finance)
Sent: Tuesday, April 10, 2007 9:59 AM
To: Costa, Michael (IBK-NY)
Subject: Re:

Will call David and Todd today and inquire as to whether there has been any dialogue

Financing splits are ML 30%, JPM 30%, Citi 25% and BofA 15%

Todd Kaplan
Senior Vice President
Chairman of Global Leveraged Finance
(312) 869-6213
todd_kaplan@ml.com

-----Original Message-----
From: Costa, Michael (IBK-NY)
To: Kaplan, Todd (GMI Leveraged Finance)
Sent: Tue Apr 10 09:56:08 2007
Subject: Re:

Will have john take a look

Any word on whether luce reached out to burkle? We should be mindful of fact that even though board insisted on our financing being available to all the non solicit limits what if anything we can do until board determines there is a bid that can lead to superior proposal

Christina tells me citi's economics got rejiggered from zell. What is net economic impact to us and them. Want to see how hard to push other economics (cubs, rebate of m and a on financing)
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)

----------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ML-TRIB-0388154

From: Kaplan, Todd (GMI Leveraged Finance)
To: Costa, Michael (IBK-NY)
Sent: Mon Apr 09 21:02:51 2007
Subject: Re:

Ok - we need someone to go through RCI system to figure out our best internal contacts for each name - this seems like as good a start as any

Natural persons who aren't US citizens don't qualify as S Corp holders - thus, we should drop Len Blavatnik


Todd Kaplan
Senior Vice President
Chairman of Global Leveraged Finance
(312) 869-6213
todd_kaplan@ml.com


-----Original Message-----
From: Costa, Michael (IBK-NY)
To: Kaplan, Todd (GMI Leveraged Finance)
Sent: Mon Apr 09 16:33:43 2007
Subject:

Took quick look at forbes 400. Names that jump out at me as "deal prone"

Redacted

After that may be too small
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    ML-TRIB-0388155