| From: | Nesi, Victor (IBK Americas). | Sent:4/2/2007 7:04 AM. |
|---|---|---|
| To: | Fleming, Greg (GMI); Costa, Michael (IBK-NY). | |
| Cc: | Kaplan, Todd (GMI Leveraged Finance). | |
| Bcc: | Fleming, Greg (GMI); Costa, Michael (IBK-NY); Kaplan, Todd (GMI Leveraged Finance). | |
| Subject: | Re: Tribune. | |

Mna 12. Financing...40ish.
V



-----Original Message-----
From: Fleming, Greg (GMI)
To: Costa, Michael (IBK-NY); Nesi, Victor (IBK Americas)
CC: Kaplan, Todd (GMI Leveraged Finance)
Sent: Mon Apr 02 06:49:15 2007
Subject: Re: Tribune

How much will we make on this?


-----Original Message-----
From: Costa, Michael (IBK-NY)
To: Fleming, Greg (GMI); Nesi, Victor (IBK Americas)
CC: Kaplan, Todd (GMI Leveraged Finance)
Sent: Mon Apr 02 00:08:32 2007
Subject: Tribune

Greg/Victor

Tribune will announce in the morning a $13B going private transaction sponsored by a newly created ESOP and
Sam Zell. Transaction is largest leveraged ESOP ever, takes full advantage of very robust credit markets and has
unique transaction design by Zell and further developed by Company and ML. Struucture may have applicability to
high net worth individuals as well as some PE firms. Todd an I will work with Jeff Kaplan and Alan Hartman to make
sure we are pushing this structure elsewhere.

ML, Citi acting as advidsor to TRB and along with JPM providing the financing. MS advised special committee.

Greg, Bill Osborne intensely involved in this, including in negotiations with Zell. Would be helpful if you called to
congratulate him at some point this week.
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)


--------------------
Sent from my BlackBerry Wireless Handheld

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ML-TRIB-0607914