| From: | Price, Steven. | Sent:4/9/2007 3:16 PM. |
|---|---|---|
| To: | Costa, Michael (IBK-NY). | |
| Cc: | . | |
| Bcc: | Costa, Michael (IBK-NY). | |
| Subject: | RE: . | |

thanks, great job!!!

_____

From: Costa, Michael (IBK-NY) [mailto:michael_costa@ml.com]
Sent: Monday, April 09, 2007 9:41 AM
To: Price, Steven
Subject: RE:

Steven

Attached is a case study on Zell deal. It may have applicability to other situations you are looking at.

-----Original Message-----
From: Price, Steven [mailto:sprice@centerbridge.com]
Sent: Tuesday, April 03, 2007 10:59 AM
To: Costa, Michael (IBK-NY); christina.mohr@citigroup.com
Subject:

Kudos to you both for a very persistent and successful outcome in the Tribune situation. It was very professional and, from the inside and outside, a transaction well executed despite numerous obstacles and complexities.
Steven

_____

Steven Price

Senior Managing Director

Centerbridge Partners, L.P.

31 West 52nd Street, 16th Floor

New York, NY 10019

Tel: (212) 301-6557

Fax: (212) 301-6501

sprice@centerbridge.com


_____

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click here for important additional terms relating to this e-mail. http://www.ml.com/email_terms/
_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ML-TRIB-0608439