| | | |
|---|---|---|
| From: | Kaplan, Todd (GMI Leveraged Finance). | Sent: 4/6/2007 3:37 PM. |
| To: | Cormier, Chris (IBK-NY); Eidinger, John (IBK-NY); Costa, Michael (IBK-NY). | |
| Cc: | . | |
| Bcc: | Cormier, Chris (IBK-NY); Eidinger, John (IBK-NY); Costa, Michael (IBK-NY). | |
| Subject: | Re: Tribune. | |

Might merit discussion live, but I'd say

- existing debt that can be subordinated is helpful, but not required - would suggest that with corp and shareholder tax eliminated, value is north of what Zell/ESOP group paid - Zell/ESOP group just needed to pay enough to beat other options

- while FCF/Debt is tight, not any worse than some other deals we've seen recently    **Redacted**
given the volume of calls I'm getting, I suspect that others will be interested

As to Lev Fin - gating item was getting to B2/B corp ratings (stable) - beneath that gets geometrically more challenging

You're directionally correct Chris - this was as challenging and complex a transaction as I've ever worked on


Todd Kaplan
Senior Vice President
Chairman of Global Leveraged Finance
(312) 869-6213
todd_kaplan@ml.com


-----Original Message-----
From: Cormier, Chris (IBK-NY)
To: Eidinger, John (IBK-NY); Costa, Michael (IBK-NY)
CC: Kaplan, Todd (GMI Leveraged Finance)
Sent: Fri Apr 06 14:52:05 2007
Subject: Tribune

Guys- truly amazing financing engineering. Even more kudos after I'm reading this. This really explains it well.
In terms of applicability, my biggest question is can you (and would anyone really want to) do this where you don't have the following two Tribune attributes:
* A decent amount of investment grade debt that can serve as the "equity" here. Total leverage is 9x, which is effectively the purchase price. So unless you had the 1.5x of debt you could jam (which is about 20% of the deal value), I guess I question whether the new debt investors will accept this and buy into the new debt. ie, if you don't have the debt you can subordinate, you're effectively asking debt investors to finance at 100% LTV, which I can't imagine will fly.
* Would any management team or Board really want to tighten the screws this much (FCF/Debt ratios are amazingly tight over the entire projection period) if they weren't effectively forced into it and had no other options. I get the FCF "delta" argument, but fundamentally you still have a much tighter situation if anything happens on the operating side. You may have the same free cash flow but you have substantially MORE debt, so it is an extension of the point above...it really takes you a while to create any equity value/cushion.

Second point above seems more debatable and subjective, but the first point, I'd be interested to know if that is almost a fundamental requirement here based on discussions you had with Levg Finance. (todd- i cc'd you as i'd be interested in your views here)


-----Original Message-----
From: Eidinger, John (IBK-NY)
Sent: Tue 4/3/2007 12:38 PM
To: Costa, Michael (IBK-NY); Cormier, Chris (IBK-NY)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ML-TRIB-0387938

Cc:
Subject: RE:

-----Original Message-----
From: Costa, Michael (IBK-NY)
Sent: Tuesday, April 03, 2007 12:38 PM
To: Cormier, Chris (IBK-NY); Eidinger, John (IBK-NY)
Subject: Re:

Send chris rating agency deck
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)

_____
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Cormier, Chris (IBK-NY)
To: Eidinger, John (IBK-NY); Costa, Michael (IBK-NY)
Sent: Tue Apr 03 11:11:57 2007
Subject: Re:

Wow. What is new leverage relative to acq multiple?

-----Original Message-----
From: Eidinger, John (IBK-NY)
To: Cormier, Chris (IBK-NY); Costa, Michael (IBK-NY)
Sent: Tue Apr 03 11:10:02 2007
Subject: RE:

None of the current ESOP is being rolled - all cashed out. Also, none of the current 401(k) holdings held by employees are eligible to be rolled into the new ESOP - Michael, I think this was a choice on Tribune's part with respect to both but motivated by tax conservatism, correct me if wrong.

Point above is that employee ownership could have been zero / there could have been no ESOP and this would work.

It's an entirely new ESOP being formed of which they will own 100% initially - and in which they effectively paid some price slightly less than $34 - with Zell having put in $315 today with $500 accreting cash payment in the future for the right to buy 60%.

-----Original Message-----
From: Cormier, Chris (IBK-NY)
Sent: Tuesday, April 03, 2007 11:05 AM
To: Eidinger, John (IBK-NY); Costa, Michael (IBK-NY)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                               ML-TRIB-0387939

Subject: Re:

How much of Trib stock did Trib employees/esop own prior to deal? Seems like borrowing against 401k savings can't create all the esop ownership, no? Ie don't employees have to start w decent base?

-----Original Message-----
From: Eidinger, John (IBK-NY)
To: Cormier, Chris (IBK-NY); Costa, Michael (IBK-NY)
Sent: Tue Apr 03 11:02:12 2007
Subject: RE:

The labels on page 5 refer to

- IRR
- PV of Tax Savings
- PV of Compensation Savings

Zell is liable for state income taxes (like the ESOP) and taxes on the accretion on his $225 note - by holidng a warrant versus common shares he avoids the attributable income from Trib that would result in him paying personal income taxes.

-----Original Message-----
From: Cormier, Chris (IBK-NY)
Sent: Monday, April 02, 2007 7:26 PM
To: Eidinger, John (IBK-NY); Costa, Michael (IBK-NY)
Subject: Re:

Thanks. Few technical questions:

* what is the "401k Cost Savings {S-Corp}" ? Do you just save money by only investing in corp stock vs having 100 mutual fund flavors to administer?

* p 3- the employees give over "Forgone Comp"- what is this? Seems like would have to be sizable to get ESOP over 50% ownership, which I'm assuming is a critical hurdle?

* so you could have 99 wealthy individuals owning 49% and you're ok here?

* I can't read labels on left of p 5...John can you let me know what they say?
* if they address individual's tax liability then that would answer my last question. If not, how do we address that?

<span style="color:red">Redacted</span>

Is there any way to use this to avoid corporate tax on sale of a division of a company? Or should we be thinking public companies only?

-----Original Message-----
From: Eidinger, John (IBK-NY)
To: Costa, Michael (IBK-NY); Cormier, Chris (IBK-NY)
Sent: Mon Apr 02 15:32:56 2007
Subject: RE:

Chris - see attached.

-----Original Message-----
From: Costa, Michael (IBK-NY)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                               ML-TRIB-0387940

Sent: Monday, April 02, 2007 3:31 PM
To: Cormier, Chris (IBK-NY); Eidinger, John (IBK-NY)
Subject: Re:

Will have john send you some stuff then give me a call. Jogn pls send chris mna deck
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)

------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Cormier, Chris (IBK-NY)
To: Costa, Michael (IBK-NY)
Sent: Mon Apr 02 15:28:59 2007
Subject: Re:

I'd like to sit down and understand structure a bit better. Do you need to have a large employee ownership stake upfront or is it enough to just have a large unionized employee base?

-----Original Message-----
From: Costa, Michael (IBK-NY)
To: Cormier, Chris (IBK-NY)
Sent: Mon Apr 02 15:17:22 2007
Subject: Re:

Thx. Structure has applicabilty     Redacted
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)

------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Cormier, Chris (IBK-NY)
To: Costa, Michael (IBK-NY)
Sent: Mon Apr 02 14:26:42 2007
Subject:

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                        ML-TRIB-0387941

Michael-
Congrats on Tribune- know a long time coming.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0387942