| | |
|---|---|
| From: | Browning, Karen (Corp Credit - NY).      Sent:5/18/2007 6:01 PM. |
| To: | Braico, Carol (Corp Credit - NY); Swadba, John (Loan Execution & Management Group) ; Meadows, Nancy (Loan Execution & Management). |
| Cc: | Wilson, Don (Corp Credit - NY). |
| Bcc: | Braico, Carol (Corp Credit - NY); Swadba, John (Loan Execution & Management Group) ; Meadows, Nancy (Loan Execution & Management); Wilson, Don (Corp Credit - NY). |
| Subject: | RE: Tribune hold. |

The nice thing about this company is that the assets are divisible into saleable pieces -- very good newspapers in Florida, big papers in LA, NY, and Chicago (not doing very well, it's true). As Don said, it's a melting ice cube but not one that disappears right away. I'm not saying we love the credit, and the leverage is high, but there is some asset value here. Anything else?

-----Original Message-----
From: Braico, Carol (Corp Credit - NY)
Sent: Friday, May 18, 2007 5:56 PM
To: Swadba, John (Loan Execution & Management Group) ; Browning, Karen (Corp Credit - NY); Meadows, Nancy (Loan Execution & Management)
Cc: Wilson, Don (Corp Credit - NY)
Subject: RE: Tribune hold


Security package is not the strongest.

About a turn and half of debt below us -- 5x guaranteed vs. 6.7x total (includes notes, swap & real estate obligations). Also, weak equity contribution of $250mm or 2.6% of total cap.

-----Original Message-----
From: Swadba, John (Loan Execution & Management Group)
Sent: Friday, May 18, 2007 5:47 PM
To: Braico, Carol (Corp Credit - NY); Browning, Karen (Corp Credit - NY); Meadows, Nancy (Loan Execution & Management)
Cc: Wilson, Don (Corp Credit - NY)
Subject: Re: Tribune hold


One last question: what do we think of the security package, and how much debt is below us (sr/total debt/ebitda multiples). JMS
------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Braico, Carol (Corp Credit - NY)
To: Swadba, John (Loan Execution & Management Group) ; Browning, Karen (Corp Credit - NY); Meadows, Nancy (Loan Execution & Management)
CC: Wilson, Don (Corp Credit - NY)
Sent: Fri May 18 17:36:24 2007
Subject: RE: Tribune hold

We downgraded Trib to mlB from mlBB+. The mlB assumes completion of the two step LBO.

-----Original Message-----
From: Swadba, John (Loan Execution & Management Group)
Sent: Friday, May 18, 2007 5:35 PM
To: Browning, Karen (Corp Credit - NY); Meadows, Nancy (Loan Execution & Management); Braico, Carol (Corp Credit - NY)
Cc: Wilson, Don (Corp Credit - NY)
Subject: Re: Tribune hold

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      ML-TRIB-0893576

What's the ml rating?
-----------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Browning, Karen (Corp Credit - NY)
To: Meadows, Nancy (Loan Execution & Management); Swadba, John (Loan Execution & Management Group) ; Braico, Carol (Corp Credit - NY)
CC: Wilson, Don (Corp Credit - NY)
Sent: Fri May 18 17:12:17 2007
Subject: RE: Tribune hold

Thanks very much for the update. How does $50MM sound?

-----Original Message-----
From: Meadows, Nancy (Loan Execution & Management)
Sent: Friday, May 18, 2007 4:45 PM
To: Browning, Karen (Corp Credit - NY); Swadba, John (Loan Execution & Management Group) ; Braico, Carol (Corp Credit - NY)
Cc: Wilson, Don (Corp Credit - NY)
Subject: RE: Tribune hold

Ultimately, the overall structure for step one changed slightly (had to reduce the TLB and create a shorter-maturity TLX that is effectively a bridge to the anticpated asset sales i.e. Cubs, etc. and bump up pricing). The updated structure is attached.

In terms of covenants, financial covenants include max leverage of 6.25x with stepdowns and interest coverage minimum of 1.75x with step-up to 2.0x next year. Also has capex limitation of $210 million.

Hope that helps, let me know if you have any other questions.

<< File: Step 1 Summary Terms 5-14-07.pdf >>

Nancy E. Meadows
Merrill Lynch & Co.
Tel 212 449 2879
Fax 212 738 1186

-----Original Message-----
From: Browning, Karen (Corp Credit - NY)
Sent: Friday, May 18, 2007 4:37 PM
To: Swadba, John (Loan Execution & Management Group) ; Meadows, Nancy (Loan Execution & Management); Braico, Carol (Corp Credit - NY)
Cc: Wilson, Don (Corp Credit - NY)
Subject: RE: Tribune hold

Could you refresh our memory/update us on the covenant situation on this deal? Thanks.

-----Original Message-----
From: Swadba, John (Loan Execution & Management Group)
Sent: Friday, May 18, 2007 4:29 PM
To: Meadows, Nancy (Loan Execution & Management); Braico, Carol (Corp Credit - NY)
Cc: Browning, Karen (Corp Credit - NY)
Subject: RE: Tribune hold


Agree. Let's set the hold where we want to be from a Credit perspective. We can stage achieving the sell-down over several months if we anticipate a challenging hedge environment. JMS

-----Original Message-----
From: Meadows, Nancy (Loan Execution & Management)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0893577

Sent: Friday, May 18, 2007 4:22 PM
To: Braico, Carol (Corp Credit - NY)
Cc: Swadba, John (Loan Execution & Management Group)
Subject: RE: Tribune hold

I don't think so - why? How does that impact the hold level?

Nancy E. Meadows
Merrill Lynch & Co.
Tel 212 449 2879
Fax 212 738 1186

-----Original Message-----
From: Braico, Carol (Corp Credit - NY)
Sent: Friday, May 18, 2007 4:19 PM
To: Meadows, Nancy (Loan Execution & Management)
Subject: RE: Tribune hold

do we have any restrictions from a relationship perspective to sell below the ask amount of $105mm?

-----Original Message-----
From: Meadows, Nancy (Loan Execution & Management)
Sent: Friday, May 18, 2007 4:00 PM
To: Wilson, Don (Corp Credit - NY); Braico, Carol (Corp Credit - NY)
Cc: Swadba, John (Loan Execution & Management Group) ; Myers, Larysa (Loan Execution & Management)
Subject: Tribune hold

Don/Carol,

FYI, we were allocated $130 million of the Tribune RC and $78.9 million of the delayed draw TLB. Can you confirm what the hold limit is?

Thanks,

Nancy

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                         ML-TRIB-0893578