| | | |
|---|---|---|
| From: | Marcus, Mitchell (IBK-CHI). | Sent:5/7/2007 12:04 AM. |
| To: | O'Grady, Michael G. (IBK - CHI); Lewicki, David (IBK-CHI). | |
| Cc: | . | |
| Bcc: | O'Grady, Michael G. (IBK - CHI); Lewicki, David (IBK-CHI). | |
| Subject: | Re: Preliminary Solvency Analysis. | |

We have included in the sense that it is included in future free cash calculations which would be lower but for the Phones tax shield. Also, assume they did not factor in inherent tax liability from excess deductions already taken. If they calculate it separately then have to adjust status quo cash flows for built in tax shields. Also, would need to factor in settlement. We already made a payment on settlement which was meaningfully less than in built in tax liability to date of settlement. The excess inherent liability over what we paid is still built into our tax basis and in a status quo scenario would trigger tax on maturity.
------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: O'Grady, Michael G. (IBK - CHI)
To: Marcus, Mitchell (IBK-CHI); Lewicki, David (IBK-CHI)
Sent: Sun May 06 21:37:44 2007
Subject: Fw: Preliminary Solvency Analysis

Here it is. Any comments appreciated but don't worry about it. Only real question I would be interested in your view on is that they include a pv of tax savings on phones as a part of the entity value. I can understand the math and the rationale but we've never really included that in our valuation. Doesn't swing the outcome, just curious.

Hope your mtg goes well.
Mike O'Grady

-----Original Message-----
From: Kazan, Daniel G <DKazan@tribune.com>
To: rosanne.kurmaniak@citigroup.com <rosanne.kurmaniak@citigroup.com>; O'Grady, Michael G. (IBK - CHI)
CC: Bigelow, Chandler <CBigelow@tribune.com>
Sent: Sat May 05 09:33:42 2007
Subject: Fw: Preliminary Solvency Analysis

Please see attached.

----- Original Message -----
From: Bigelow, Chandler
To: Grenesko, Don; Kenney, Crane H; Kazan, Daniel G; Litman, Brian F; Sachs, Naomi; Eldersveld, David; Rodden, Jack
Cc: Hianik, Mark W.
Sent: Fri May 04 14:48:45 2007
Subject: FW: Preliminary Solvency Analysis

FYI. Attached is the Valuation Research presentation for the Board. It is 48 pages, but 28 pages are an appendix.

Many thanks, Chandler

_____

From: Leonid Mednik [mailto:lmednik@valuationresearch.com]
Sent: Friday, May 04, 2007 1:36 PM
To: Bigelow, Chandler
Cc: Bryan Browning; Bill Hughes; Chad Rucker; Leonid Mednik
Subject: Preliminary Solvency Analysis


Chandler,
Attached, please find a draft of the preliminary solvency analysis for Tribune. As always should you have any

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                ML-TRIB-1052281

questions or comments please feel free to contact us.

Regards,
Leo

Leonid Y. Mednik

Senior Financial Analyst

Valuation Research Corporation

500 Fifth Avenue, 39th Floor

New York, NY 10110

Direct: 917-338-5618

Cell: 646-270-6719

Fax: 212-278-0675

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                                              ML-TRIB-1052282