



## APPENDIX 9: DOWNSIDE CASE MODEL

# Summary Income Statement

| (US$ in millions) | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E |
|---|---|---|---|---|---|---|---|
| Publishing Revenue | $3,961.2 | $3,881.9 | $3,804.3 | $3,728.2 | $3,690.9 | $3,654.0 | $3,635.8 |
| Broadcasting & Entertainment Revenue | 1,379.6 | 1,376.1 | 1,372.7 | 1,372.7 | 1,372.7 | 1,376.1 | 1,381.6 |
| **Total Operating Revenue** | **5,340.7** | **5,258.1** | **5,177.0** | **5,100.9** | **5,063.6** | **5,030.1** | **5,017.4** |
| Publishing Cash Expense | 3,168.9 | 3,144.4 | 3,081.5 | 3,001.2 | 2,952.7 | 2,886.7 | 2,835.9 |
| Broadcasting Cash Expense | 979.5 | 1,004.6 | 1,002.1 | 1,008.9 | 1,002.7 | 994.9 | 988.6 |
| Corporate Expense | 53.4 | 52.6 | 62.1 | 51.0 | 50.6 | 50.3 | 50.2 |
| **Operating Cash Flow** | **1,138.9** | **1,056.5** | **1,031.3** | **1,039.8** | **1,057.5** | **1,098.2** | **1,142.8** |
| Depreciation and Amortization | 258.6 | 254.3 | 250.8 | 243.0 | 241.4 | 240.0 | 239.5 |
| **EBIT** | **880.3** | **802.2** | **780.6** | **796.8** | **816.1** | **858.2** | **903.3** |
| Equity Income (Loss) | 71.2 | 71.2 | 71.2 | 74.8 | 86.0 | 103.2 | 123.8 |
| Net Interest Expense (Income) | 929.3 | 923.2 | 927.7 | 936.3 | 940.5 | 941.4 | 937.2 |
| EBT | 22.3 | (49.7) | (75.9) | (64.8) | (38.5) | 20.0 | 89.9 |
| Taxes | 8.3 | (18.7) | (28.5) | (24.3) | (14.4) | 7.5 | 33.7 |
| **Net Income** | **$13.9** | **($31.1)** | **($47.4)** | **($40.5)** | **($24.0)** | **$12.5** | **$56.2** |

| **Growth Summary** | | | | | | | |
|---|---|---|---|---|---|---|---|
| Revenue Growth | | | | | | | |
| Publishing | (2.0%) | (2.0%) | (2.0%) | (2.0%) | (1.0%) | (1.0%) | (0.5%) |
| Broadcasting & Entertainment | (0.7) | (0.2) | (0.2) | 0.0 | 0.0 | 0.2 | 0.4 |
| OCF Growth | (14.7) | (7.2) | (2.4) | 0.8 | 1.7 | 3.9 | 4.1 |
| EBIT Growth | (20.4) | (8.9) | (2.7) | 2.1 | 2.4 | 5.2 | 5.3 |
| **Margin Summary** | | | | | | | |
| Operating Margin | | | | | | | |
| Publishing | 80.0% | 81.0% | 81.0% | 80.5% | 80.0% | 79.0% | 78.0% |
| Broadcasting & Entertainment | 71.0 | 73.0 | 73.0 | 73.5 | 73.1 | 72.3 | 71.6 |
| OCF / Revenue | 21.3 | 20.1 | 19.9 | 20.4 | 20.9 | 21.8 | 22.8 |
| EBIT / Revenue | 16.5 | 15.3 | 15.1 | 15.6 | 16.1 | 17.1 | 18.0 |
| EBT / Revenue | 0.4 | (0.9) | (1.5) | (1.3) | (0.8) | 0.4 | 1.8 |
| Net Income / Revenue | 0.3 | (0.6) | (0.9) | (0.8) | (0.5) | 0.2 | 1.1 |





# Summary Cash Flow Statement

| (US$ in millions) | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E |
|---|---|---|---|---|---|---|---|
| **Operating** | | | | | | | |
| Net Income to Common | $13.9 | ($31.1) | ($47.4) | ($40.5) | ($24.0) | $12.5 | $56.2 |
| Depreciation and Amortization | 288.9 | 284.7 | 281.1 | 273.4 | 271.8 | 270.4 | 269.9 |
| Change in Working Capital | (53.4) | (52.6) | (67.3) | (66.3) | (25.3) | (25.2) | (25.1) |
| Cash Equity Income | 20.3 | 15.7 | 11.4 | 11.2 | 11.3 | 10.1 | 8.1 |
| Total Funds From (Used in) Operating Activities | $269.8 | $216.7 | $177.8 | $177.8 | $233.8 | $267.9 | $309.1 |
| **Investing** | | | | | | | |
| Capital Expenditures | ($187.2) | ($180.6) | ($161.2) | ($155.4) | ($154.3) | ($153.3) | ($152.9) |
| Acquisitions and Investments | (80.0) | (220.0) | (80.0) | (80.0) | (80.0) | (80.0) | (80.0) |
| Total Funds From (Used in) Investing Activities | ($267.2) | ($400.6) | ($241.2) | ($235.4) | ($234.3) | ($233.3) | ($232.9) |
| **Financing** | | | | | | | |
| Debt Issuance / (Amortization) | | | | | | | |
| Revolver | $67.5 | $253.1 | $177.6 | $574.6 | $67.8 | $32.0 | ($10.3) |
| Term Loan B | (70.0) | (69.3) | (68.6) | (67.9) | (67.2) | (66.6) | (65.9) |
| Existing Senior Notes | 0.0 | 0.0 | (45.5) | (449.0) | 0.0 | 0.0 | 0.0 |
| New Senior Notes | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| New Senior Sub Notes | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Debt Issuance / (Amortization) | ($2.5) | $183.8 | $63.5 | $57.6 | $0.5 | ($34.6) | ($76.2) |
| Total Funds From (Used in) Financing Activities | ($2.5) | $183.8 | $63.5 | $57.6 | $0.5 | ($34.6) | ($76.2) |
| **Cash Summary** | | | | | | | |
| Beginning Cash Balance | $151.0 | $151.0 | $151.0 | $151.0 | $151.0 | $151.0 | $151.0 |
| Net Increase (Decrease) in Cash | 0.0 | 0.0 | (0.0) | (0.0) | 0.0 | (0.0) | 0.0 |
| End Cash Balance | $151.0 | $151.0 | $151.0 | $151.0 | $151.0 | $151.0 | $151.0 |





# Summary Balance Sheet

| (US$ in millions) | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E |
|---|---|---|---|---|---|---|---|
| Cash & Equivalents | $151.0 | $151.0 | $151.0 | $151.0 | $151.0 | $151.0 | $151.0 |
| Net Working Capital | 230.1 | 282.6 | 349.9 | 416.3 | 441.6 | 466.7 | 491.8 |
| Other Current Assets | 500.0 | 500.0 | 500.0 | 500.0 | 500.0 | 500.0 | 500.0 |
| Total Current Assets | 881.1 | 933.6 | 1,000.9 | 1,067.3 | 1,092.6 | 1,117.7 | 1,142.8 |
| PP&E, net | 1,928.7 | 1,854.9 | 1,765.4 | 1,677.9 | 1,590.7 | 1,504.0 | 1,417.4 |
| Goodwill and Intangibles | 19,337.0 | 19,337.0 | 19,337.0 | 19,337.0 | 19,337.0 | 19,337.0 | 19,337.0 |
| Deferred Financing Fees | 182.3 | 151.9 | 121.5 | 91.1 | 60.8 | 30.4 | 0.0 |
| Other Assets | 3,583.2 | 3,787.5 | 3,856.1 | 3,924.8 | 3,993.5 | 4,063.4 | 4,135.3 |
| Total Other Assets | 23,102.4 | 23,276.3 | 23,314.5 | 23,352.9 | 23,391.2 | 23,430.8 | 23,472.3 |
| **Total Assets** | **$25,912.1** | **$26,064.9** | **$26,080.9** | **$26,098.1** | **$26,074.6** | **$26,052.5** | **$26,032.5** |
| Other Current Liabilities | $1,102.1 | $1,102.1 | $1,102.1 | $1,102.1 | $1,102.1 | $1,102.1 | $1,102.1 |
| Total Debt: | | | | | | | |
| Revolver | $67.5 | $320.6 | $498.2 | $1,072.7 | $1,140.5 | $1,172.5 | $1,162.2 |
| Term Loan | 6,930.0 | 6,860.7 | 6,792.1 | 6,724.2 | 6,656.9 | 6,590.4 | 6,524.5 |
| Existing Senior Notes | 1,255.0 | 1,255.0 | 1,209.5 | 760.5 | 760.5 | 760.5 | 760.5 |
| New Senior Notes | 1,700.0 | 1,700.0 | 1,700.0 | 1,700.0 | 1,700.0 | 1,700.0 | 1,700.0 |
| New Senior Sub Notes | 800.0 | 800.0 | 800.0 | 800.0 | 800.0 | 800.0 | 800.0 |
| Phones | 1,000.0 | 1,000.0 | 1,000.0 | 1,000.0 | 1,000.0 | 1,000.0 | 1,000.0 |
| Total Debt | 11,752.5 | 11,936.3 | 11,999.8 | 12,057.4 | 12,057.9 | 12,023.4 | 11,947.2 |
| Other Liabilities | 1,787.6 | 1,787.6 | 1,787.6 | 1,787.6 | 1,787.6 | 1,787.6 | 1,787.6 |
| Shareholders' Equity | 2,511.6 | 2,480.6 | 2,433.1 | 2,392.6 | 2,368.6 | 2,381.1 | 2,437.3 |
| **Total Liabilities and Shareholders' Equity** | **$17,153.9** | **$17,306.6** | **$17,322.6** | **$17,339.8** | **$17,316.3** | **$17,294.2** | **$17,274.2** |





## APPENDIX 10: DEBT RATING MODEL

| | CRITICAL RATIOS: | | Dec-05 | Dec-06 | Dec-07 | Dec-08 | Dec-09 |
|---|---|---|---|---|---|---|---|
| 1 | Return on Assets | | 0.01 | 0.02 | 0.03 | 0.04 | 0.04 |
| 2 | EBITDA Interest Coverage | | 3.5 | 3.31 | 5.94 | 13.23 | 49.89 |
| 3 | Short Term Debt to Total Capital | | 0 | 0 | 0 | 0 | 0 |
| 4 | Cash Flow to Total Debt | | 0.11 | 0.07 | 0.5 | 1.63 | 40245 |
| 5 | Interest Coverage | | 6.56 | -1.51 | 1.69 | 4.79 | 26.51 |
| 6 | Total Debt to Net Worth | | 0.29 | 0.27 | 0.15 | 0.05 | 0 |
| 7 | Total Debt to Total Capital | | 0.23 | 0.21 | 0.13 | 0.05 | 0 |
| | COMP VALUES IN RELATIVE RANK % | | | | | | |
| 1 | Return on Assets | | 40 | 40 | 55 | 60 | 60 |
| 2 | EBITDA Interest Coverage | | 60 | 40 | 60 | 75 | 90 |
| 3 | Short Term Debt to Total Capital | | 95 | 95 | 95 | 95 | 95 |
| 4 | Cash Flow to Total Debt | | 30 | 25 | 70 | 90 | 99 |
| 5 | Interest Coverage | | 75 | 10 | 35 | 65 | 95 |
| 6 | Total Debt to Net Worth | | 70 | 70 | 80 | 85 | 95 |
| 7 | Total Debt to Total Capital | | 75 | 75 | 85 | 95 | 98 |
| | Yearly Financial Ranking % | | 65 | 55 | 70 | 75 | 85 |
| | Overall Financial Ranking % | | 95 | | | | |
| | Pre-Qualitative Rating | BB | | 5 | | | |
| | DRM Rating | BB | | 5 | | | |





## APPENDIX 11: ANTI-TYING

### B. Anti-Tying Policy

**Non U.S. Customer:** Is the Extension of Credit permitted to be booked in a Bank Chain Vehicle pursuant to Appendix Seven (Non-U.S. Customer Exception) of the Anti-Tying Control Procedures?

☐Yes ☒ No If the answer to this question is "Yes," then the Sponsoring Officer need not complete the remaining questions in this Anti-tying Policy section of the credit approval memorandum template but must retain in the credit file a written analysis of, and support for, the determination made pursuant to Appendix Seven..

**"New Customer":** Are any of the customers "New Customers" as described in the Anti-Tying Control Procedures? ☒ Yes ☐ No

**Tying Issues:**

**1.** Indicate whether or not the facility is being made available and/or the pricing is being varied on the condition that the Company take another product or service from any Citigroup entity, i.e., the facility is "tied" to another transaction (indicate "Yes" even if you believe an exception to the Anti-tying Rules applies): ☐ Yes ☒No

**If Yes:**

- Confirm that Legal was consulted regarding the choice of booking vehicle. ☐Yes ☒No

  (It is a staple financing, thus the buyer – whose choice would impact the booking vehicle – has not yet been determined. Legal will be consulted when the buyer is chosen.)

- Confirm that the facility is on market terms. ☒ Yes ☐No
  - If the answer is "No," confirm that Legal was consulted. ☐Yes ☐No
    - Set forth which exception to the Anti-Tying Rules was relied on:

      Corporate Chain Exception: ☐

      Non-U.S. Customer Exception: ___

      Traditional Bank Product Exception: ___

      One Product Exception: ___

      Customer-initiated Exception: ___

      Joint/Non-tied Exception: ___

**2.** Indicate if the facility is a (1) **bridge loan,** (2) loan, letter of credit or financing lease to a classified customer, (3) **loan**, letter of credit or financing lease to **a Leveraged Finance or NCB customer**, and/or (4) an amendment that increases the amount, extends the term or decreases the interest rate for a facility described in any of (1) through (3): ☒Yes ☐No

If Yes:

- Confirm that Legal was consulted regarding the choice of booking vehicle. ☐Yes ☒No (see above note)
- Confirm that the facility is on market terms. ☒Yes ☐No
  - If the answer is "No," confirm that Legal was consulted. ☐Yes ☐No

**3.** Indicate if the Extension of Credit amends, replaces or will be used to refund an existing Extension of Credit that is booked in a Corporate Chain Vehicle. ☐Yes ☒No

If Yes:

- Confirm that Legal was consulted regarding the choice of booking vehicle. ☐ Yes ☐No





☐ If the facility has NOT been tied by Citibank or any other Citigroup entity, check this box to indicate the Sponsoring Officer's certification that the facility has not been tied by Citibank or any other Citigroup entity. Name of Sponsoring Officer certifying:

__________________

## C. Structured Finance Policy Guidelines

Does the Transaction fall under the Structured Finance Policy: ☐Yes ☒ No

**If Yes:**

☐ Confirm the transaction has been approved as required by the Policy and the client has agreed to the disclosure required by the Policy

**If No** confirm whether:

☒ The transaction is an Excluded Transaction (describe the type of transaction i.e. loan included on borrowers B/S)

☐ The borrower is not a Covered Client

☐Other: ______________________

## D. New Products, New Activities and Complex Transactions Policy (CMAC)

Indicate whether or not the transaction is subject to CMAC policy. ☐Yes ☒ No

**If Yes:**

☐ Confirm that the Capital Markets Approval Committees has approved the transaction.

☐ If not approved, explain why CMAC pre-screening has determined that CMAC approval is not necessary.

## E. Tax Sensitive Financial Products or Strategies Policy

Indicate whether or not the transaction involves a tax sensitive financial product or strategy under the Tax Sensitive Financial Products or Strategy Policy: ☐Yes ☒ No

If Yes:

☐ Confirm that approvals has been obtained in accordance with the Tax Sensitive Financial Products or Strategies Policy.

## F. Legal Vehicle Approval Policy

Indicate whether or not there is a separate legal entity being set up to act as a borrower for the transaction **AND** whether (i) the relevant product group has a role in sponsoring/setting up such entity, OR (ii) the relevant product group assists the entity's sponsor in attracting additional equity investors, OR (iii) the relevant product group provides services (and earns fees) beyond providing debt financing to the entity, OR (iv) the entity has issued equity (i.e. equity in legal form (not subordinated/junior debt) that is less than 10% of its total capital structure (i.e. equity + debt financing), OR (v) the equity investors do not have substantial voting rights in such entity, OR (vi) the equity investors have no substantive exposure to the net income/loss of the entity, OR (vii) to our knowledge, either the sponsor or any other party guarantees a minimum return to the equity holder. ☐ Yes ☒No

**If Yes:**

**TBD** Confirm that Accounting Policy and Legal have been consulted to determine applicability of the LVAP.

☐ If applicable, confirm the appropriate LVAP form has been submitted for approval and summarize the consequences of such application.

## G. Environmental and Social Risks Management Policy





Are there any specified use of proceeds that might relate to any sensitive environmental or social risk characteristics that would deem the transaction as a "ESRM Covered Transaction" as defined in the GCIB Credit Policies Appendix 14? ☐Yes ☒ No

**If Yes:**

☐ Confirm that any required ESRM Specialists approvals have been obtained and explain below.

## H. Other Franchise Risks

Subject matter experts within Citigroup or GCIB should be consulted, as appropriate, including Legal, Accounting, Tax and Compliance. Summaries of these consultations must be documented and attached as part of the Credit Approval package

**Indicate and elaborate if the answer is Yes:**

Confirm the client has satisfied all previous Disclosure Requirements. ☒Yes ☐No

Is there material existing or potential litigation involving the obligor? ☐Yes ☒No

Are there material existing or emerging regulatory issues facing the obligor? ☐Yes ☒No

Are there any client-specific corporate governance issues, including corporate structure and Management? ☐Yes ☒No

**Any other potential causes for concern, e.g., rapid growth, complex subsidiary structure, extensive use of structured products, etc:** ☐Yes ☒No





## APPENDIX 12: RAC II CHECKLIST

Due to the two exceptions to the RAC II checklist, the transaction is "Off-RAC"

*Maximum of One Exception*

| ITEM | Check |
|---|---|
| 1. Valuations calculations – Competed as required. | √ |
| 2. Solvency – Meets the three requirements. | √ |
| 3. Subordinated Debt – Must be explicitly "Subordinated". | √ |
| 4. Upstream guaranties – Meets the three requirements. | √ |
| 5. Management evaluation – MD/SSO/SCO has sponsored management. | √ |
| 6. Structural disadvantage – There is no material indebtedness that is structurally senior to us. | √ |
| 7. Liquidity – No prohibitions on selling our loan. | √ |
| 8. Diversified / Debt free, three salable segments. No exception for RAC II. | √ |
| 9. Hard asset secured via guaranties or direct. No exception for RAC II. | √ |
| 10. Investment company option. Minimum three securities salable. | N/A |
| 11. Loan to Enterprise Value – Max outstanding / commitment to value 50% / 65% respectively. | X |
| 12. Ratios – Min. EBITDA / IP = 1.10x 3yr avg. with min. 1.00x in any one year. Max. Sr. Bank Debt / LTM EBITDA = 4.00x. Max Total Debt / LTM EBITDA = 6.00x. | X |
| 13. Tenor and Amortization – Max Tenor: RC & TLA = 6 yrs. TL B, C, D = 9 yrs. Amortization: Total Bank Debt amortize to market requirements. | √ |
| 14. Covenants – Minimum interest coverage of 1.25x (1.1x for Media or Cable transactions), minimum fixed charge coverage of 1.00x and maximum leverage of 6.00x (8.00x for Media or Cable transactions). | √ |

Confidential



## APPENDIX 13: RORC

### With Bridge Hold (includes $12.5 mm M&A fee)

| | | | | Risk Rating | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Facility ID | Obligor Name | Product Category | Product Type | ORR / Pre-Capped FRR | FRR / Sovereign Capped FRR | Commitment Amount (t=0) ($) | Maturity (Years) | XB Risk | RORC (1-year) | RORC (Lifetime) | NIACC ($) (1-Year) | NIACC ($) (Lifetime) |
| RC | Tower | Loan Portfolio-Loan Product | Revolver | 6 | 6+ | 75,000,000 | 6.00 | No | 6.66 | -1.11 | -458,514 | -4,180,387 |
| TLB | Tower | Fixed Income-Leveraged Finance | Term Loan | 6 | 6+ | 3,500,000,000 | 0.25 | No | 11.44 | 11.44 | -6,511,061 | -6,511,061 |
| Senior Notes | Tower | Fixed Income-Leveraged Finance | Other Revenue (No Exposure) | 6 | 6- | 0 | 0.25 | No | 167.55 | 167.55 | 5,302,451 | 5,302,451 |
| Senior Subordinated Notes | Tower | Fixed Income-Leveraged Finance | Other Revenue (No Exposure) | 6 | 7+ | 0 | 0.25 | No | 167.55 | 167.55 | 2,703,210 | 2,703,210 |
| M&A | Tower | Investment Banking-M&A | Other Revenue (No Exposure) | 6 | 6 | 0 | 0.25 | No | 126.30 | 126.30 | 2,537,963 | 2,537,963 |
| Senior Bridge | Tower | Fixed Income-Leveraged Finance | Bridge | 6 | 7+ | 900,000,000 | 1.00 | No | -19.01 | -19.01 | -38,958,027 | -38,958,027 |
| Sub Bridge | Tower | Fixed Income-Leveraged Finance | Bridge | 6 | 7+ | 350,000,000 | 1.00 | No | -18.19 | -18.19 | -14,808,091 | -14,808,091 |
| Total | | | | | | | | | -0.20 | -0.37 | -50,192,069 | -53,913,942 |

### Without Bridge Hold (includes $12.5 mm M&A fee)

| | | | | Risk Rating | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Facility ID | Obligor Name | Product Category | Product Type | ORR / Pre-Capped FRR | FRR / Sovereign Capped FRR | Commitment Amount (t=0) ($) | Maturity (Years) | XB Risk | RORC (1-year) | RORC (Lifetime) | NIACC ($) (1-Year) |
| RC | Tower | Loan Portfolio-Loan Product | Revolver | 6 | 6+ | 75,000,000 | 6.00 | No | 6.66 | -1.11 | -458,514 |
| TLB | Tower | Fixed Income-Leveraged Finance | Term Loan | 6 | 6+ | 3,500,000,000 | 0.25 | No | 11.44 | 11.44 | -6,511,061 |
| Senior Notes | Tower | Fixed Income-Leveraged Finance | Other Revenue (No Exposure) | 6 | 6- | 0 | 0.25 | No | 167.55 | 167.55 | 5,302,451 |
| Senior Subordinated Notes | Tower | Fixed Income-Leveraged Finance | Other Revenue (No Exposure) | 6 | 7+ | 0 | 0.25 | No | 167.55 | 167.55 | 2,703,210 |
| M&A | Tower | Investment Banking-M&A | Other Revenue (No Exposure) | 6 | 6 | 0 | 0.25 | No | 126.30 | 126.30 | 2,537,963 |
| Total | | | | | | | | | 18.30 | 15.92 | 3,574,049 |



CITI-TRIB-CC 00002152