# Leveraged Finance Final Approval Memorandum - UPDATE

**Date:** March 28, 2007

**Deal:** Project Tower ("Self-Help") dividend followed by Broadcasting Spin

**Transaction:** **50% commitment to $8,200 million financing package consisting of:**
- $8,200 million Senior Secured Credit Facilities consisting of:
  - $750 million Revolving Credit Facility
  - $2,500 million Term Loan A Facility
  - $4,690 million Term Loan B Facility
  - $260 million Delayed Draw Term Loan B Facility

**TO:**

| Approver | Title |
| --- | --- |
| David Bushnell | Citigroup Risk |
| Patrick Ryan | CIB Credit Risk |
| Randy Barker | Senior Business Head |
| Chad Leat | Head of Global Credit Markets |
| Richard Trask | Level 1 SCO, Bridge Approver |
| Richard Zogheb | Business Head |
| Julie Persily | Sponsoring Officer, SCO, and Business Head |
| Stephanie Bontemps | GRB Approver |
| Mike Corbat | GRB Approver |
| Luigi Pigorini | GRB Approver |
| Judith Fishlow-Minter | 1st SSO |
| Jeffrey Knowles | 2nd SSO |

**CC:** John Purcell
Vinny Lima
Lee Olive

**Transaction Team:**

**From:**

| IBD | M&A | Leveraged Finance | GRB |
| --- | --- | --- | --- |
| Michael Canmann | Michael Schell | Julie Persily | Julio Ojea-Quintana |
| Mark Yurko | Christina Mohr | Robert Chen | Eric Davis |
| John Apostolides | Rosanne Kurmaniak | Chris Wood | |
| Ruoxi Chen | Isaac Tak | Mallika Singh | |
| | Michael Scardigli | Kathy Chang | |

CONFIDENTIAL

CITI-TRIB-CC 00026403

| | APPROVAL SUMMARY OF TERMS<br>*Project Tower*<br>*March 28, 2007* |
|---|---|
| *Deal Name:* | **Project Tower** |
| *Sponsoring Officer:* | Julie Persily (x5-6671) |
| *Company:* | Tower is a media industry leader in the United States, operating businesses in publishing and broadcasting. It reaches more than 80 percent of U.S. households and is the only media organization with newspapers, television stations and websites in the nation's top three markets. In publishing, Tower operates 11 leading daily newspapers including the Los Angeles Times, Chicago Tribune and Newsday, plus a wide range of targeted publications. The Company's broadcasting group operates 23 television stations, Superstation WGN on national cable, Chicago's WGN-AM and the Chicago Cubs baseball team. Popular news and information websites complement Tower's print and broadcast properties and extend the Company's nationwide audience. Insiders control approximately 34% of Tower shares, with the Chandler family the largest single insider (20% of outstanding shares). |
| *Transaction:* | The proposed transaction consists of two steps: 1) Tower proceeds with a leveraged recapitalization and pays its existing shareholders a cash dividend of $17.50 per share or approximately $4.4 billion. In addition, Tower refinances $2.8 billion of indebtedness and rolls over $2.4 billion of debt including the PHONES. 2) 6 months after the closing of the leveraged recapitalization or by the latest the end of Q3 2007, Tower proceeds with a tax-free spin-off of Broadcasting & Entertainment (television stations and radio, "B&E"). The Chicago Cubs, WGN radio and equity investments in Comcast SportsNet and TVFood Network will remain with the parent. The Chicago Cubs and Comcast SportsNet will be sold to pay down debt. B&E will simultaneously raise new debt to fund a cash distribution to Tower, which Tower will use to pay down debt.<br><br>We believe a leveraged recapitalization of Tower and cash dividend to shareholders is an attractive means of returning value to shareholders. The leveraged recapitalization would be paired with certain asset sales to help reduce leverage. In addition, the cash distribution received from the potential spin-off of B&E would be used to pay down debt as well.<br><br>On February 21st we received approval to commit to to 50% of a $8,675 million revised financing package comprised of a $750 million Revolving Credit Facility (hold position of $83 million), a $1,500 million Term Loan A Facility (hold position of $167 million), $4,925 million Term Loan B Facility, and a $1,500 million Senior Unsecured Bridge Facility to Senior Unsecured Notes Takeout (hold position of $750 million). Proforma leverage at close is as follows: 4.6x senior secured debt / Adjusted 2006 EBITDA, 5.5x senior debt (through new debt raised) / Adjusted 2006 EBITDA and 7.2x total debt / Adjusted 2006 EBITDA. Pro forma leverage for the recapitalization, and the spin-off of B&E is as follows: 3.7x senior secured debt / Adjusted 2006 EBITDA, 5.0x senior debt (through new debt raised) / Adjusted 2006 EBITDA and 7.1x total debt / Adjusted 2006 EBITDA.<br><br>Since the prior approval, the Company has reduced the size of the dividend from $20.00 to $17.50 a share, reducing the total amount of debt raised. We have also included a $260 million delayed draw portion to the Term Loan B, in order to pay-off the Company's non-callable medium term notes which come due in 2008. In addition, the Company has revised downward the estimated tax basis of B&E from $2,400 million to $1,800 million. Given the tax basis change, B&E would not be able to distribute more than $1,800 million to Tower directly without triggering a taxable event. Therefore, $1,000 million of the new debt raised at B&E will be used to pay down Term Loan A at Tower through a debt-for-debt exchange (described in the B&E Approval package). In order to complete a debt-for-debt exchange transaction, we have revised our financing package to consolidate the TLA and Interim Term Loan into one TLA tranche, and eliminated the Senior Notes. Any asset sale proceeds (including from the debt-for-debt exchange) will be first used to pay down the TLA before the TLB. As a result, upon the sale of broadcasting, the entire TLA will be paid off.<br><br>We are seeking update approval to commit to 50% of an $8,200 million revised financing package comprised of a $750 million Revolving Credit Facility (hold position of $83 million), a $2,500 million Term Loan A Facility (hold position of $220 million), a $4,690 million Term Loan B Facility, and a $260 million delayed draw Term Loan B facility. While we are seeking approval to commit to 50% of the financing package, we expect at least three to four banks to be involved in the financing and our commitment to decrease.<br><br>Proforma leverage at close is as follows: 5.1x bank debt, 6.2x senior debt (through new debt raised) and 6.8x total debt. Pro forma leverage for the recapitalization, and the spin-off of B&E is as follows: 4.3x bank debt, 5.8x senior debt (through new debt raised) and 6.7x total debt. Pro forma leverage for the recapitalization, the spin-off of B&E and the sale of the Chicago Cubs and Comcast SportsNet is as follows: 3.8x senior secured debt, 5.4x senior debt (through new debt raised) and 6.4x total debt. |

CONFIDENTIAL

| **PRIOR APPROVAL** *Citigroup Commitment:* | Facility | Facility Size | Citigroup Commitment | Hold Amount | Underwriting Amount |
|---|---|---|---|---|---|
| | RC | $750 mm | $375 mm | $83.3 mm | $291.7 mm |
| | TLA | $1,500 mm | $750 mm | $166.7 mm | $583.3 mm |
| | TLB | $4,925 mm | $2,462.5 mm | $0 mm | $2,462.5 mm |
| | Senior Bridge | $1,500 mm | $750 mm | $750 mm | $0 mm |
| | Total | $8,675 mm | $4,337.5 mm | $1,000 mm | $3,337.5 mm |
| **CURRENT APPROVAL** *Citigroup Commitment:* | Facility | Facility Size | Citigroup Commitment | Hold Amount | Underwriting Amount |
| | RC | $750 mm | $375 mm | $83.3 mm | $291.7 mm |
| | TLA | $2,500 mm | $1,250 mm | $220 mm | $1,030 mm |
| | TLB | $4,690 mm | $2,345 mm | $0 mm | $2,345 mm |
| | DDTLB | $260 mm | $130 mm | $0 mm | $130 mm |
| | Total | $8,200 mm | $4,100 mm | $303.3 mm | $3,796.7 mm |
| | Upon spin-off of Broadcasting, the TLA will be paid off and our hold will be reduced to an RC hold only of $83.3 million. | | | | |
| ***Risk Ratings:*** | Senior Secured:   6+ | | | | |
| | Corporate:   6+ | | | | |

CONFIDENTIAL

CITI-TRIB-CC 00026405

| | |
|---|---|
| *Approval* | We are seeking update approval to commit to 50% of an $8,200 million revised financing package comprised of a $750 million Revolving Credit Facility (hold position of $83 million), a $2,500 million Term Loan A Facility (hold position of $220 million), a $4,690 million Term Loan B Facility, and a $260 million delayed draw Term Loan B facility. Upon the spin-off, our hold will be reduced to $83.3 million.<br><br>**Senior Secured Credit Facilities**<br><br><u>Borrower:</u> Tower (the "Borrower")<br><br><u>Guarantors:</u> Each of the Company's existing and subsequently acquired or organized domestic subsidiaries and any parent holding companies of the Company and the parent holding companies shall guarantee all obligations under the Senior Facilities<br><br><u>Security:</u> Stock of a newly created first tier subsidiary that will have an inter-company junior subordinated loan to the publishing operating subsidiaries as it's only assets<br><br><u>Facilities:</u> $8,200 million Senior Secured Credit Facilities consisting of:<br>• $750 million Revolving Credit Facility ("RC")<br>• $2,500 million Term Loan A Facility ("TLA")<br>• $4,690 million Term Loan B Facility ("TLB")<br>• $260 million Delayed Draw Term Loan B Facility ("DDTLB")<br><br><u>Accordion:</u> $500 million<br><br><u>Joint Lead Arrangers and Joint Bookrunner:</u> Citigroup Global Markets Inc. and Merrill Lynch<br><br><u>Tenor:</u><br>RC: 6 years<br>TLA: 6 years<br>TLB: 7 years<br>DDTLB: 7 years<br><br><u>Expected Ratings:</u> B1/B+ Corporate Ratings<br><br><u>Indicative Initial Pricing:</u><br>RC and TLA:<br>If corporate rating is Ba3/BB- or above: L+175 bps<br>If less than Ba3/BB-: L+200 bps<br>TLB and DDTLB:<br>If corporate rating is Ba3/BB-: L+175 bps<br>If less than Ba3/BB-: L+200 bps<br><br><u>Undrawn Pricing:</u><br>RC: 50 bps, subject to a grid TBD<br>DDTLB: ½ of drawn spread<br><br><u>Amortization:</u><br>RC: None<br>TLA: Year 1: 0% ;year 2: 5% ;year 3: 10% ;year 4: 10% ;year 5: 20%; year 6: 55%<br>TLB: 1% annually with remainder payable at maturity<br>DDTLB: Same as TLB<br><br><u>Price Flex:</u> 50 bps or the OID equivalent<br><br><u>Structure Flex:</u> TLA, TLB & DDTLB: Flex to leverage covenant with same levels as on RC<br><br><u>Underwriting Fees:</u> 1.50% (subject to a rebate of 1.25% if sale occurs within 12 months, on the amount of debt dividended or exchanged to Publishing)<br><br><u>Negative Covenants:</u> Usual and customary for transactions of this type; in addition, spinoff of broadcasting unit will be allowed if leverage through new bank is less than 5.0x<br><br><u>Mandatory Prepayments:</u> Customary, including: 100% Asset Sale, 100% Debt Issuances (with exceptions TBD), and 50% Excess Free Cash Flow (with step-downs) |

CONFIDENTIAL

|  |  |  |
|---|---|---|
|  | *Financial Covenants:* | TLA, TLB, DDTLB: None<br>RC:<br>(i)   Minimum Interest Coverage<br>       (1.75x through December 28, 2008<br>       2.00x thereafter)<br>(ii)  Maximum Total Leverage<br>       (6.00x through December 30, 2007<br>       5.75x December 31, 2007 through December 28, 2008<br>       5.50x December 29, 2008 through December 27, 2009<br>       5.25x December 28, 2009 through December 26, 2010<br>       5.00x thereafter) |
|  | *Conditions Precedent:* | Usual and customary for financings of this type |
|  | *Law:* | New York |
| *Other Rights or Protection:* | None | |
| *Obligor Exception:* | Citigroup plans a 50% commitment ($4,100 million) to Tower's $8,200 million financing package, split between $3,797 million of underwriting risk and a $303 million direct commitment to the facilities. Assuming an ORR 6+, Net OSUC of $238 million (assuming $65MM of CDS) will result in a short-term OLE of $253 million in the 5-10 year bucket. However, in conjunction with the spin-off of the Broadcasting unit (expected by 3Q07) the TLA will be repaid, reducing our OLE to $33 million in the 5-10 year bucket. We expect to eliminate the OLE one year post-close, when our exposure to the 6-year RCF moves into the 3-5 year bucket.<br><br>In the event that the Broadcasting spin-off does not take place, we will reduce OSUC to $100MM within 1-year through a combination of TLA sales and CDS.<br><br>Tower - Corporate<br>Proposed Exposure Summary ($, in mm's)<br><br>| Facility Description | Maturity | Facilities Current | Facilities Change | Facilities Prop | Current OSUC Up to 3 | Current OSUC 3 - 5 | Current OSUC 5-10 | OSUC at Close Up to 3 | OSUC at Close 3 - 5 | OSUC at Close 5-10 | OSUC 6-Months Post-Close Up to 3 | OSUC 6-Months Post-Close 3 - 5 | OSUC 6-Months Post-Close 5-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current Facilities** | | | | | | | | | | | | | |
| $750MM 5-year Revolver | 2011 | 75 | (75) | - | 75 | 75 | - | - | - | - | - | - | - |
| $1,500MM 5-year Term Loan A | 2011 | 150 | (150) | - | 150 | 150 | - | - | - | - | - | - | - |
| $1,475MM 364-day Bridge Facility | 2007 | 612 | (612) | - | 612 | - | - | - | - | - | - | - | - |
| $100MM Fronting Facility [1] | | 100 | - | 100 | - | - | - | - | - | - | - | - | - |
| Other | | 176 | - | 176 | - | - | - | - | - | - | - | - | - |
| **Proposed Facilities** | | | | | | | | | | | | | |
| $750MM 6-year Revolver | 2013 | - | 83 | 83 | - | - | - | 83 | 83 | 83 | 83 | 83 | 83 |
| $2,500MM 6-year TLA | 2013 | - | 220 | 220 | - | - | - | 220 | 220 | 220 | - | - | - |
| **Total Facilities and Gross OSUC** | | 1,113 | (534) | 579 | 837 | 225 | - | 303 | 303 | 303 | 83 | 83 | 83 |
| Less: CDS [2] | | | | | (65) | - | - | (65) | - | - | (65) | - | - |
| **Net OSUC - PSLE Basis** | | | | | 772 | 225 | - | 238 | 303 | 303 | 18 | 83 | 83 |
| Obligor Limit (6+) | | | | | 150 | 100 | 50 | 150 | 100 | 50 | 150 | 100 | 50 |
| Available / Exception | | | | | (622) | (125) | 50 | (88) | (203) | (253) | 132 | 17 | (33) |

[1] Maintain fronting facility to be used as a swing loan or fronting LC line for the proposed deal<br>[2] $40MM for CDS expires on 3/20/08; $25MM on 6/20/08 |
| *Other Citi Roles:* | Sell-side M&A advisor to Tower (No separate M&A fee expected) | |
| *Total Financing Fees:*<br>*Net of Syndication Fees and Rebate* | $26.4 million | See attached syndication strategy |
| *Other Fees:* | None | |
| *RORC:* | • One-year: 30.76%<br>• Lifetime: 17.75% | |
| *Deal EBITDA:* | $1,425 million, Pro Forma LTM 3/31/2007 & $952 million, Pro Forma LTM 9/30/2007 (Post-B&E spin, sale of Cubs and Comcast) | |
| *Loan to Value:* | Committed LTV: = 67.7%<br><br>Funded LTV: = 60.6%<br><br>Based on FV of $10,598 mm, net of $1,951 mm of unconsolidated investments | |
| *Investment Highlights:* | ▪ Broad national reach through strength in local markets<br>▪ Rapid growth in interactive businesses | |

|  |  |
|---|---|
|  | ▪ Targeted distribution, print and direct mail businesses |
|  | ▪ Demonstrated ability to aggressively manage costs |
|  | ▪ Strong network affiliations and reach |
| **Key Risks:** | ▪ Softening industry trends |
|  | ▪ Circulation and audience share may decline |
|  | ▪ Changes in the regulatory landscape |
|  | ▪ The availability and cost of quality syndicated programming |
|  | ▪ Newsprint price fluctuation |
|  | ▪ Labor issues |
|  | ▪ Integration of future acquisitions |
| **Loan Syndication:** | Medium - High secured leverage and aggressive pricing will be offset by overall loan market strength, both offset by substantial existing junior capital beneath new debt, ability to sell numerous non-care assets and solid free cash flow generation |
| **Approval:** | Pat Ryan (GCIB Chief Credit Officer) |
|  | Randy Barker (Senior Business Manager) |
|  | Chad Leat (Head of Global Credit Markets) |
|  | Richard Trask (Senior Capital Markets Specialist and Risk Bridge Approver) |
|  | Richard Zogheb (SCO 1 and Business Head) |
|  | Stephanie Bontemps (Level 1) |
|  | Mike Corbat (Senior Business Manager) |
|  | Judith Fishlow-Minter (1st SSO) |
|  | Jeffrey Knowles (2nd SSO) |
|  | Robert Ziemer (Level 2 SCO and GPM-Leveraged) |

CONFIDENTIAL

<table>
<tr><td colspan="2" align="center">

**AT A GLANCE - PUBLISHING**
*Project Tower Financing*
*February 21, 2007*
**PRIOR APPROVAL**

</td></tr>
</table>

| | |
|---|---|
| *Facility Summary:* | 50% commitment to $8,675 million financing package consisting of:<br>•     $7,175 million Senior Secured Credit Facilities consisting of:<br>-     $750 million Revolving Credit Facility<br>-     $1,500 million Term Loan A Facility<br>-     $4,925 million Term Loan B Facility<br>•     $1,500 million Senior Unsecured Bridge Facility to Senior Unsecured Notes Takeout |

### Sources and Uses:

| Sources | Total | % | Cumul. Leverage | Uses | Total | % |
|---|---:|---:|---:|---|---:|---:|
| New Revolving Credit Facility ($750mm) | $0 | 0.0% | 0.0x | Cash Distribution to Shareholders | $4,980 | 47.5 |
| New Term Loan A | 1,500 | 14.3 | 1.0 | Refinance Existing Debt | 2,907 | 27.7 |
| New Term Loan B | 4,925 | 46.9 | 4.5 | Roll Existing Notes | 1,526 | 14.5 |
| New Senior Notes | 1,500 | 14.3 | 5.5 | PHONES | 900 | 8.6 |
| Rolled Existing Notes | 1,526 | 14.5 | 6.6 | Financing Fees | 153 | 1.5 |
| PHONES | 900 | 8.6 | 7.2 | Other Transaction Fees | 28 | 0.3 |
| Options Proceeds | 143 | 1.4 | | | | |
| **Total Sources** | **$10,494** | **100.0%** | **7.2x** | **Total Uses** | **$10,494** | **100.0%** |

### Pro Forma Capital Structure (Revised Management Plan): 120

| | Actual 12/31/2006 | Projected 3/31/2007 | Recapitalization Adjustments | Pro Forma 3/31/2007 | Q2 & Q3 Adjustments | Projected 9/30/2007 | Spin-Off Adjustments | Pro Forma 9/30/2007 | Sale of Cubs / Comcast | Pro Forma 9/30/2007 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Cash and Cash Equivalents | $175 | $313 (1) | -- | $313 | ($154) | $159 | -- | $159 | -- | $159 |
| Commercial Paper | $97 | $97 | ($97) | -- | -- | -- | -- | -- | -- | -- |
| Revolving Credit Facility | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Term Loan A | 1,500 | $1,500 | ($1,500) | -- | -- | -- | -- | -- | -- | -- |
| Bridge Loan | 1,310 | 1,310 | (1,310) | -- | -- | -- | -- | -- | -- | -- |
| New Term Loan A | -- | -- | 1,500 | $1,500 | ($65) (2) | $1,435 | ($1,435) | -- | -- | -- |
| New Term Loan B | -- | -- | 4,925 | 4,925 | ($239) (2) | 4,686 | (984) | $3,702 | ($602) | $3,100 |
| Capitalized Real Estate Obligation | 56 | 56 | -- | 56 | -- | 56 | -- | 56 | -- | 56 |
| Swaps and Other Obligations | 43 | 43 | -- | 43 | -- | 43 | -- | 43 | -- | 43 |
| **Total Bank & Other Secured Debt** | **$3,006** | **$3,006** | | **$6,524** | | **$6,220** | | **$3,801** | | **$3,199** |
| New Senior Notes | -- | -- | $1,500 | $1,500 | -- | $1,500 | -- | $1,500 | -- | $1,500 |
| Medium Term Notes | $262 | $262 | -- | 262 | -- | 262 | ($262) | -- | -- | -- |
| **Total Senior Debt** | **$3,268** | **$3,268** | | **$8,286** | | **$7,982** | | **$5,301** | | **$4,699** |
| Existing Notes | 1,165 | 1,165 | -- | 1,165 | $0 | 1,166 | -- | 1,166 | -- | 1,166 |
| **Total Debt (excl. PHONES)** | **$4,434** | **$4,434** | | **$9,451** | | **$9,147** | | **$6,466** | | **$5,865** |
| PHONES (at Market) | 900 | 900 | -- | 900 | -- | 900 | -- | 900 | -- | 900 |
| **Total Debt** | **$5,334** | **$5,334** | | **$10,351** | | **$10,047** | | **$7,366** | | **$6,765** |
| **Net Debt** | **$5,159** | **$5,021** | | **$10,038** | | **$9,888** | | **$7,207** | | **$6,606** |
| **Credit Statistics** | | | | | | | | | | |
| 2006 PF Adj EBITDA | $1,436 | $1,429 | | $1,429 | | $1,429 | | $1,031 | | $995 |
| Total Secured Debt / 2006 PF Adj EBITDA | 2.1x | 2.1x | | 4.6x | | 4.4x | | 3.7x | | 3.2x |
| Total New Debt / 2006 PF Adj EBITDA | 0.0 | 0.0 | | 5.5 | | 5.3 | | 5.0 | | 4.6 |
| Total Senior Debt / 2006 PF Adj EBITDA | 2.3 | 2.3 | | 5.8 | | 5.6 | | 5.1 | | 4.7 |
| Total Debt (excl. PHONES) / 2006 PF Adj EBITDA | 3.1 | 3.1 | | 6.6 | | 6.4 | | 6.3 | | 5.9 |
| Total Debt (incl. PHONES) / 2006 PF Adj EBITDA | 3.7 | 3.7 | | 7.2 | | 7.0 | | 7.1 | | 6.8 |
| Net Debt / 2006 PF Adj EBITDA | 3.6 | 3.5 | | 7.0 | | 6.9 | | 7.0 | | 6.6 |

(1) Includes net proceeds from the sale of SCNI of $58.9mm.
(2) Amount of term loans paid down pro rata with estimated excess cash.

CONFIDENTIAL

CITI-TRIB-CC 00026409

*Operating Statistics:*

*(Revised Management Plan)*

($ in millions)

|  | 2006A | Quarter Ended, | | | | 2007E | Year Ending December 31, | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 1Q 2007 | 2Q 2007 | 3Q 2007 | 4Q 2007 |  | 2008E | 2009E | 2010E | 2011E | 2012E |
| Total Parent / Publishing Revenues [1] | $5,433 | $1,262 | $1,413 | $1,324 | $1,032 | $5,031 | $4,010 | $4,040 | $4,068 | $4,098 | $4,129 |
| Less: Cash Operating Expenses | (4,043) | (961) | (1,041) | (988) | (788) | (3,778) | (3,042) | (3,059) | (3,074) | (3,093) | (3,116) |
| Less: Corporate | (50) | (12) | (12) | (12) | (12) | (49) | (51) | (52) | (53) | (54) | (55) |
| Plus: Expense Reduction from B&E Separation | 0 | 0 | 0 | 0 | 1 | 1 | 5 | 5 | 5 | 5 | 5 |
| Operating Cash Flow [1] | $1,339 | $289 | $360 | $323 | $233 | $1,205 | $922 | $934 | $946 | $957 | $963 |
| Less: Stock-Based Compensation | (31) | (12) | (10) | (10) | (8) | (40) | (40) | (42) | (44) | (45) | (47) |
| **Total EBITDA** | $1,308 | $277 | $350 | $314 | $224 | $1,165 | $882 | $892 | $902 | $912 | $917 |
| **Levered Free Cash Flow** |  | $135 | $100 | $79 | $59 | $373 | $257 | $318 | $391 | $431 | $479 |
| **Cumulative FCF** |  | $135 | $234 | $313 | $373 | $373 | $630 | $948 | $1,338 | $1,769 | $2,248 |
| Plus: Proceeds from Asset Sales [3] |  | 78 | 18 | 619 | 18 | 732 | 0 | 0 | 0 | 0 | 0 |
| Less: Acquisitions / Investments |  | (25) | (25) | (25) | (25) | (100) | (275) | (100) | (100) | (100) | (100) |
| Less: Other |  | (7) | (7) | (7) | (7) | (27) | 52 | 21 | 28 | 28 | 28 |
| Less: Dividends to Common |  | (43) | 0 | 0 | 0 | (43) | 0 | 0 | 0 | 0 | 0 |
| **LFCF before Debt Repayments** |  | $138 | $85 | $666 | $45 | $934 | $34 | $239 | $319 | $359 | $407 |
| **Cumulative LFCF before Debt Repayments** |  | $138 | $223 | $890 | $934 | $934 | $969 | $1,208 | $1,526 | $1,885 | $2,292 |
| **Pro Forma Credit Statistics** |  |  |  |  |  |  |  |  |  |  |  |
| Total Debt | $5,334 | $10,351 | $10,120 | $6,765 | $6,711 | $6,711 | $6,642 | $6,403 | $6,084 | $5,726 | $5,319 |
| Cash | 175 | 313 | 167 | 159 | 151 | 151 | 116 | 116 | 116 | 116 | 116 |
| Net Debt | $5,159 | $10,038 | $9,953 | $6,606 | $6,561 | $6,561 | $6,526 | $6,287 | $5,969 | $5,610 | $5,203 |
| Pro Forma Adj. EBITDA [4] | $1,436 | $1,429 | $1,429 | $995 | $988 | -- | $1,022 | $1,052 | $1,091 | $1,130 | $1,174 |
| Total Secured Debt / PF Adj. EBITDA | 2.1x | 4.6x | 4.4x | 3.2x | 3.2x | -- | 3.0x | 2.7x | 2.7x | 2.3x | 1.9x |
| Total New Debt / PF Adj. EBITDA | 0.0 | 5.5 | 5.4 | 4.6 | 4.6 | -- | 4.4 | 4.1 | 4.1 | 3.6 | 3.1 |
| Total Senior Debt / PF Adj. EBITDA | 2.3 | 5.8 | 5.6 | 4.7 | 4.7 | -- | 4.5 | 4.1 | 4.1 | 3.6 | 3.2 |
| Total Debt (excl. PHONES) / PF Adj. EBITDA | 3.1 | 6.6 | 6.5 | 5.9 | 5.9 | -- | 5.6 | 5.2 | 4.8 | 4.3 | 3.8 |
| Total Debt (incl. PHONES @ Book) / PF Adj. EBITDA | 3.5 | 7.0 | 6.8 | 6.4 | 6.5 | -- | 6.2 | 5.8 | 5.3 | 4.8 | 4.3 |
| Total Debt (incl. PHONES @ Market) / PF Adj. EBITDA | 3.7 | 7.2 | 7.1 | 6.8 | 6.8 | -- | 6.5 | 6.1 | 5.6 | 5.1 | 4.5 |
| Net Debt / PF Adj. EBITDA | 3.6 | 7.0 | 7.0 | 6.6 | 6.6 | -- | 6.4 | 6.0 | 5.5 | 5.0 | 4.4 |
| PF Adj. EBITDA / PF Cash Interest Exp | 4.2x | 2.0x | 2.0x | 2.1x | 2.1x | -- | 2.1x | 2.2x | 2.4x | 2.6x | 2.8x |
| (PF Adj. EBITDA - Capex) / PF Cash Interest Exp [5] | 2.9 | 1.6 | 1.6 | 1.5 | 1.5 | -- | 1.6 | 1.8 | 1.9 | 2.1 | 2.4 |
| Fixed Charge Coverage Ratio [5][6] | 2.9 | 1.5 | 1.5 | 1.3 | 1.4 | -- | 1.5 | 1.6 | 1.7 | 1.9 | 2.1 |
| Total Debt / (FCF after Dividends) | 40.7 | 51.6 | 48.1 | 79.6 | 72.0 | -- | 42.3 | 29.4 | 20.9 | 17.3 | 14.1 |

Note: Assumes recapitalization at 3/31/07 and the spin-off of broadcasting at 9/30/07.
(1) Includes results from Radio and excludes SCNI.
(2) Assumes preferreds related to Eagles restructuring is eliminated at YE 2009.
(3) 2007 Includes proceeds from the sale of Cubs / Comcast and SCNI.
(4) Adjusted to add back stock-based compensation, cash flows from equity income and shown pro forma for corporate expense savings and divestitures. Q1-Q3 shown as 2006A PF Adj. EBITDA.
(5) Includes investments.
(6) Calculated as the ratio of PF Adjusted EBITDA less Capex and Investments to PF Cash Interest Expense and mandatory amortization.

Note: "---" Line above between 3Q 2007 and 4Q 2007 in the operating statistics separates pre- and post- B&E spin-off / Comcast-Cubs sale financial projections. Credit statistics are shown pro forma for the spin-off and sale beginning in the 3Q 2007 column.

CONFIDENTIAL
CITI-TRIB-CC 00026410

## AT A GLANCE - PUBLISHING
*Project Tower Financing*
*March 26, 2007*
### CURRENT APPROVAL

| | |
|---|---|
| *Facility Summary:* | $50% commitment to $8,200 million financing package consisting of:<br>• $8,200 million Senior Secured Credit Facilities consisting of:<br>   -$750 million Revolving Credit Facility<br>   -$2,500 million Term Loan A Facility<br>   -$260 million Delayed Draw Term Loan Facility<br>   -$4,690 million Term Loan B Facility |

**Sources and Uses:**

| Sources | Total | % | Cumul. Leverage | Uses | Total | % |
|---|---|---|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0 | 0.0% | 0.0x | Cash Distribution to Shareholders | $4,351 | 44.6% |
| New Term Loan A | 2,500 | 25.6 | 1.8 | Refinance Existing Debt | 2,837 | 29.1 |
| New Term Loan B | 4,690 | 48.1 | 5.1 | Roll Existing Notes | 1,521 | 15.6 |
| New Delayed Draw Term Loan B ($260mm) | 0 | 0.0 | 1.8 | PHONES | 900 | 9.2 |
| Roll Existing Notes | 1,521 | 15.6 | 6.2 | Financing Fees | 122 | 1.2 |
| PHONES | 900 | 9.2 | 6.8 | Other Transaction Fees | 24 | 0.2 |
| Options Proceeds | 143 | 1.5 | | | | |
| **Total Sources** | **$9,754** | **100.0%** | **6.8x** | **Total Uses** | **$9,754** | **100.0%** |
| Less: Cash Proceeds from Cubs / Comcast | ($602) | | | **Cash Distribution per Share** | | **Total** |
| Less: Reduction from B&E Leverage | (2,788) | | | Total Distribution | | $4,351 |
| Less: Q2 / Q3 Cash Flows / Excess Cash | (179) | | | Fully Diluted Shares Outstanding | | 249 |
| Less: Fee Rebate with Spin-Off | (33) | | | | | |
| **Total Pro Forma Debt at Q3 '07** | **$6,009** | | **6.4x** | **Distribution per Share** | | **$17.50** |

**Pro Forma Capital Structure (Revised Management Plan):**

| | Actual 12/31/2006 | Projected 3/31/2007 | Recapitalization Adjustments | Pro Forma 3/31/2007 | Q2 & Q3 Adjustments | Projected 9/30/2007 | Spin-Off Adjustments | Pro Forma 9/30/2007 | Sale of Cubs / Comcast | Pro Forma 9/30/2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | $175 | $185 | -- | $185 | ($17) | $168 | -- | $168 | -- | $168 |
| Revolving Credit Facility | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| New Term Loan A | -- | -- | $2,500 | $2,500 | ($51) | $2,449 | ($2,449) | -- | -- | -- |
| New Term Loan B | -- | -- | 4,690 | 4,690 | (119) | 4,571 | (372) | 4,199 | (602) | 3,597 |
| New Delayed Draw Term Loan B | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **1st Priority Guaranteed Debt** | **$0** | **$0** | | **$7,190** | | **$7,020** | | **$4,199** | | **$3,597** |
| Commercial Paper | 97 | 97 | (97) | -- | -- | -- | -- | -- | -- | -- |
| Term Loan A | 1,500 | 1,500 | (1,500) | -- | -- | -- | -- | -- | -- | -- |
| Bridge Loan | 1,310 | 1,240 | (1,240) | -- | -- | -- | -- | -- | -- | -- |
| Medium Term Notes | 263 | 263 | -- | $263 | -- | $263 | -- | $263 | -- | $263 |
| Existing Notes | 1,165 | 1,165 | -- | 1,165 | 0 | 1,166 | -- | 1,166 | -- | 1,166 |
| Capitalized Real Estate Obligation | 56 | 51 | -- | 51 | (10) | 41 | -- | 41 | -- | 41 |
| Swaps and Other Obligations | 41 | 42 | -- | 42 | 1 | 43 | -- | 43 | -- | 43 |
| **Senior Debt** | **$4,432** | **$4,357** | | **$8,711** | | **$8,532** | | **$5,710** | | **$5,109** |
| PHONES (at Market) | 900 | 900 | -- | 900 | -- | 900 | -- | 900 | -- | 900 |
| **Total Debt** | **$5,332** | **$5,257** | | **$9,611** | | **$9,432** | | **$6,610** | | **$6,009** |
| **Credit Statistics** | | | | | | | | | | |
| LTM PF Adj EBITDA | $1,433 | $1,411 | | $1,411 | | $1,390 | | $986 | | $946 |
| 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 0.0x | 0.0x | | 5.1x | | 5.1x | | 4.3x | | 3.8x |
| Senior Debt / LTM PF Adj EBITDA | 3.1 | 3.1 | | 6.2 | | 6.1 | | 5.8 | | 5.4 |
| Total Debt / LTM PF Adj EBITDA | 3.7 | 3.7 | | 6.8 | | 6.8 | | 6.7 | | 6.4 |

CONFIDENTIAL

CITI-TRIB-CC 00026411

## Syndication Strategy

| Tier | No. of Banks | Revolver Commitment | TLA Bank Commitment | TLA Sold to Institutional Funds | Current Pro Rata Commitment | Upfront Fees RC (bps) | RC Upfront Fees($) | RC Skim (bps) | RC Skim ($) | Upfront Fees TLA (bps) | TLA Upfront Fees($) | TLA Skim (bps) | TLA Skim ($) | Pro Rata Commitment (post Spin) | TLB Commitment | TLB Upfront Fee (bps) | TLB Upfront Fees ($) | TLB Skim (bps) | TLB Skim ($) | TLB Economics | Total Fees ($) | TLA Rebate | TLB Rebate | Total Rebate | Total Fees ($) after Rebate | Gross All in Upfront Fees (bps) | Net All in Upfront Fees (bps) | Gross Upfront Fees Post Spin (bps) | Net Upfront Fees Post Spin (bps) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Joint Lead Arrangers / Joint Bookrunners* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Citigroup | | $83,333,333 | $220,000,000 | | $303,333,333 | 150.0 | $1,250,000 | 0.0 | $1,250,000 | 150.0 | $3,300,000 | 0.0 | $10,500,000 | $83,333,333 | $1,172,500,000 | 150.0 | $17,588,000 | 0.0 | $3,885,750 | 25.0% | $37,874,750 | $11,404,167 | $1,094,843 | $12,499,010 | $25,375,740 | 1,248.6 | 836.6 | 4,545.0 | 3,045.1 |
| Merrill Lynch | | $83,333,333 | $220,000,000 | | $303,333,333 | 150.0 | $1,250,000 | 0.0 | $1,250,000 | 150.0 | $3,300,000 | 0.0 | $10,500,000 | $83,333,333 | $1,172,500,000 | 150.0 | $17,588,000 | 0.0 | $3,885,750 | 25.0% | $37,874,750 | $11,404,167 | $1,094,843 | $12,499,010 | $25,375,740 | 1,248.6 | 836.6 | 4,545.0 | 3,045.1 |
| Total | 2 | $166,666,667 | $440,000,000 | | $606,666,667 | | $2,500,000 | | $2,500,000 | | $6,600,000 | | $21,000,000 | $166,666,667 | $2,345,000,000 | | $35,176,000 | | $7,971,500 | 50.0% | $75,749,500 | $22,808,333 | $2,189,686 | $24,998,020 | $50,751,480 | | | | |
| *Bank Loan Agent / Bond Co-Managers* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JP Morgan | | $75,000,000 | $200,000,000 | | $275,000,000 | 150.0 | $1,125,000 | 0.0 | $1,125,000 | 150.0 | $3,000,000 | 0.0 | | $75,000,000 | $938,000,000 | 150.0 | $14,070,000 | 0.0 | $5,159,000 | 20.0% | $18,195,300 | $2,479,167 | $714,003 | $3,193,170 | $15,001,830 | 661.6 | 545.5 | 2,426.0 | 2,060.2 |
| Bank of America | | $66,666,667 | $180,000,000 | | $246,666,667 | 150.0 | $1,000,000 | 0.0 | $1,000,000 | 150.0 | $2,700,000 | 0.0 | | $66,666,667 | $515,900,000 | 100.0 | $5,159,000 | 50.0 | $2,231,250 | 11.0% | $8,859,000 | $2,231,250 | $261,801 | $2,493,051 | $6,365,949 | 359.1 | 358.1 | 1,328.0 | 954.9 |
| 3d Co-Manager | | $66,666,667 | $180,000,000 | | $246,666,667 | 150.0 | $1,000,000 | 0.0 | $1,000,000 | 150.0 | $2,700,000 | 0.0 | | $66,666,667 | $515,900,000 | 100.0 | $5,159,000 | 50.0 | $2,231,250 | 11.0% | $8,859,000 | $2,231,250 | $261,801 | $2,493,051 | $6,365,949 | 359.1 | 358.1 | 1,328.0 | 954.9 |
| Total | 3 | $208,333,333 | $560,000,000 | | $768,333,333 | | $3,125,000 | | | | $8,400,000 | | | $208,333,333 | $1,969,800,000 | | $24,388,000 | | | 42.0% | $35,913,900 | $6,941,667 | $1,237,606 | $8,179,272 | $27,733,728 | | | | |
| *Senior Managing Agents* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BOTM | | $41,666,667 | $88,000,000 | | $101,666,667 | 150.0 | $625,000 | 0.0 | | 25.0 | $150,000 | 125.0 | | $41,666,667 | $125,000,000 | 75.0 | $937,500 | 75.0 | | 2.7% | $1,712,500 | $0 | $0 | $0 | $1,712,500 | 168.4 | 168.4 | 411.6 | 411.0 |
| Deutsche Bank | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BHBC | | $41,666,667 | $88,000,000 | | $101,666,667 | 150.0 | $625,000 | 0.0 | | 25.0 | $150,000 | 125.0 | | $41,666,667 | $125,000,000 | 75.0 | $937,500 | 75.0 | | 2.7% | $1,712,500 | $0 | $0 | $0 | $1,712,500 | 168.4 | 168.4 | 411.6 | 411.0 |
| Suntrust | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wachovia | | $41,666,667 | $88,000,000 | | $101,666,667 | 150.0 | $625,000 | 0.0 | | 25.0 | $150,000 | 125.0 | | $41,666,667 | $125,000,000 | 75.0 | $937,500 | 75.0 | | 2.7% | $1,712,500 | $0 | $0 | $0 | $1,712,500 | 168.4 | 168.4 | 411.6 | 411.0 |
| Total | 3 | $125,000,000 | $165,000,000 | | $300,000,000 | | $1,875,000 | | | | $450,000 | | | $125,000,000 | $375,000,000 | | $2,812,500 | | | 8.0% | $5,137,500 | $0 | $0 | $0 | $5,137,500 | | | | |
| *Participants* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Northern Trust | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Credit Suisse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fifth Third | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| National City | | $31,250,000 | $53,500,000 | | $83,750,000 | 50.0 | $156,250 | 100.0 | | 25.0 | $131,250 | 125.0 | | $31,250,000 | $0 | 0.0 | $0 | 150.0 | | 0% | $287,500 | $0 | $0 | $0 | $287,500 | 34.3 | 34.3 | 92.0 | 92.0 |
| UBS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| US Bank | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total | 8 | $250,000,000 | $428,000,000 | | $667,000,000 | | $1,250,000 | | | | $1,050,000 | | | $250,000,000 | $0 | | $0 | | | 0% | $2,300,000 | $0 | $0 | $0 | $2,300,000 | | | | |
| *Institutional* | | | | $900,000,000 | | | | | | | | 0.0 | $0 | | | 150.0 | | | | | | | | | | | | | |
| Total | 16 | $750,000,000 | $1,000,000,000 | $900,000,000 | $2,350,000,000 | 116.7 | $8,750,000 | 33.3 | $2,500,000 | 66.0 | $16,500,000 | 88.0 | $21,000,000 | $750,000,000 | $4,690,800,000 | 133.0 | $62,376,500 | 17.0 | $7,971,500 | 80% | $119,100,000 | $29,750,000 | $3,427,292 | $33,177,292 | $85,922,798 | 506.8 | 365.6 | 1,588.0 | 1,115.6 |

Note: Assumes spin occurs within 12 months from closing; hence 125 bps on $2.74bn is rebated

CONFIDENTIAL

CITI-TRIB-CC 00026412

## RORC

- One-year: 30.76%
- Lifetime: 17.75%

| Transaction Type | Product | Tenor | ORR/Pre-CappedFRR | FRR/Capped FRR | Commitment Amount($) | Cross-Border | Net Income 1 Year($) | Risk Capital 1 Year($) | RORC 1 Year(%) | NIACC 1 Year($) | Net Income Lifetime($) | Risk Capital Lifetime($) | RORC Lifetime(%) | NIACC Lifetime($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revolver | Leveraged Finance | 6 | 6+ | 6+ | 83,333,333 | No | 807,331 | 5,355,380 | 15.08 | -49,530 | 526,834 | 15,816,759 | 3.33 | -2,003,847 |
| Term Loan | Leveraged Finance | 0.5 | 6+ | 6+ | 220,000,000 | No | 3,537,652 | 10,569,275 | 33.47 | 1,846,568 | 3,537,652 | 10,569,275 | 33.47 | 1,846,568 |
| Other Revenue (No Exposure) | Leveraged Finance | 0.25 | 6+ | 6+ | | No | 710,597 | 508,875 | 139.64 | 629,177 | 710,597 | 508,875 | 139.64 | 629,177 |
| | | | | | Facility Total | | 5,055,580 | 16,433,530 | 30.76 | 2,426,215 | 4,775,083 | 26,894,909 | 17.75 | 471,898 |
| | | | | | Relationship Total | | N/A | N/A | N/A | N/A | | | | |
| | | | | | Relationship + Facility Total | | 5,055,580 | 16,433,530 | 30.76 | 2,426,215 | | | | |
| | | | | | Revenues Needed to Make User Return of 30.00% | | 0 | | | | | | | |

CONFIDENTIAL                                                                                              CITI-TRIB-CC 00026413



CONFIDENTIAL

CITI-TRIB-CC 00026414