| | |
|---|---|
| **From:** | Persily, Julie [CIB-GFI] |
| **Sent:** | Tuesday, April 10, 2007 02:09 PM |
| **To:** | Blackett, J Richard [CIB-ECM]; Susman, Louis B [CIB-GBKG]; Mohr, Christina [CIB-GBKG]; Schell, J Michael [CIB-GBKG]; Canmann, Michael S [CIB-GBKG]; Ingrassia, Paul J [CIB-GBKG] |
| **CC:** | Mcguire, Raymond J [CIB-GBKG] |
| **Subject:** | RE: |
| **Importance:** | Low |

Works for me.
>
> _____
> From:       Blackett, J Richard [CIB-ECM]
> Sent: Tuesday, April 10, 2007 10:08 AM
> To:   Susman, Louis B [CIB-GBKG]; Mohr, Christina [CIB-GBKG]; Schell,
> J Michael [CIB-GBKG]; Canmann, Michael S [CIB-GBKG]; Ingrassia, Paul J
> [CIB-GBKG]; Persily, Julie [CIB-GFI]
> Cc:   Mcguire, Raymond J [CIB-GBKG]
> Subject:      RE:
>
> I will be in Brazil but could dial in
>
> -----Original Message-----
> From:       Rogers, April [CIB-GBKG]   On Behalf Of Susman, Louis B
> [CIB-GBKG]
> Sent: Tuesday, April 10, 2007 9:53 AM
> To:   Mohr, Christina [CIB-GBKG]; Schell, J Michael [CIB-GBKG];
> Canmann, Michael S [CIB-GBKG]; Ingrassia, Paul J [CIB-GBKG]; Persily,
> Julie [CIB-GFI]; Blackett, J Richard [CIB-ECM]
> Cc:   Mcguire, Raymond J [CIB-GBKG]
> Subject:
>
> As I am sure everyone knows, I had a negotiation with Zell on our
> financing fee.  Out of the negotiation came certain requests from Zell
> that I think will be important to the future coverage of the Tribune
> and other Zell entities.  I am coming in for the big meeting on
> Thursday, April 26th at 1:30 PM.  I would appreciate it if you would
> let me know of your availability to have a quick meeting among all of
> us so I can bring you up to date and we can jointly discuss how best
> to go forward under the new regime.  I am suggesting a meeting on the
> morning of April 26th say around 10:00 AM at 388.
>
> If you have any questions about the meeting in advance, please don't
> hesitate to call.
>
>
> Louis B. Susman
> Citi Markets & Banking
> 8700 Sears Tower
> Chicago, IL  60606
> Tel:  (312) 876-8814
> Fax:  (312) 281-9060
> Email:  louis.b.susman@citigroup.com

CONFIDENTIAL

CITI-TRIB-CC 00038413