| | |
|---|---|
| **From:** | Persily, Julie [CIB-GFI] |
| **Sent:** | Wednesday, March 28, 2007 11:03 PM |
| **To:** | Canmann, Michael S [CIB-GBKG] |
| **Subject:** | RE: Chandler |
| **Importance:** | Low |

I am beside myself.
Just sick over this.
Don't know what to do.
I just told ML and JPM.  Not a very big reaction.
JPM more focused on collateral.  They do not like this FinanceCo structure.  A little late to bring this up.
I'm trying to spin our position...we will do it even with a negative outlook. But we cannot risk a further downgrade.
-----Original Message-----
From: Canmann, Michael S [CIB-GBKG]
Sent: Wednesday, March 28, 2007 7:00 PM
To: Persily, Julie [CIB-GFI]
Subject: Chandler
Chandler called me and said that Merrill was very positive on the ratings news. Morgan was more guarded.
Said Zell was positive as well.

CONFIDENTIAL

CITI-TRIB-CC 00071693