| From: | Canmann, Michael S [CIB-GBKG] |
| --- | --- |
| Sent: | Thursday, March 01, 2007 02:31 PM |
| To: | Persily, Julie [CIB-GFI] |
| Subject: | RE: |
| Importance: | Low |

i am back that is fine

Michael S. Canmann
Managing Director
Investment Banking
Citigroup Global Markets Inc.
8700 Sears Tower
Chicago, IL 60606
Tel (312) 876 - 8830
Fax (312) 281 - 9059
michael.s.canmann@citigroup.com

From: Persily, Julie [CIB-GFI]
Sent: Thursday, March 01, 2007 8:30 AM
To: Canmann, Michael S [CIB-GBKG]
Subject: RE:

you dropped? need you at 11a CST to discuss with accts the nums needed
in bank book.  Chen and Mallikah are out today.

From: Canmann, Michael S [CIB-GBKG]
Sent: Thursday, March 01, 2007 8:47 AM
To: Persily, Julie [CIB-GFI]; Mohr, Christina [CIB-GBKG]
Subject: RE:

let me know when you want to call to collapse the teams

Michael S. Canmann
Managing Director
Investment Banking
Citigroup Global Markets Inc.
8700 Sears Tower
Chicago, IL 60606
Tel (312) 876 - 8830
Fax (312) 281 - 9059
michael.s.canmann@citigroup.com

From: Persily, Julie [CIB-GFI]
Sent: Thursday, March 01, 2007 6:52 AM
To: Mohr, Christina [CIB-GBKG]; Canmann, Michael S [CIB-GBKG]
Subject: FW:

See exchange below.

From: Kaplan, Todd (GMI Leveraged Finance) [mailto:todd_kaplan@ml.com]
Sent: Thursday, March 01, 2007 7:39 AM
To: Persily, Julie [CIB-GFI]; Chen, Robert [CIB-GFI]
Subject: Re:

Sorry to be a bit slow - I think that we have a philosophical issue to
work through
The 3 of us are working on financing for TRB - we both have separate

CONFIDENTIAL

CITI-TRIB-CC 00072552

trees doing the Zell ESOP financing
The funding for a $15 dvd comes from a B loan that we all feel is
doable, and is minimally invasive to the Zell structure (that is, easily
rolled into Zell financing as that structure stands today)
As we focus on a $20 dvd, we are starting to structure the Zell
financing for the Zell group - Bob, that's we I used 2nd lien as a
bridge - that was a way for the Zell financing to get to their current
design
I think that we can run through this with Don and Chandler - I would
suggest that to get from $15 to $20, we need to collapse the financing
teams in some fashion - that not only requires TRB and Zell signoff, but
alsoi means we need to work back through management and internal counsel
at Citi and ML - btw, Zell group is asking to see what we're showing
company re the 2 step
So, you both make good points - what I'd like to suggest is laying at
the issue per the above so that we can efficiently make progress
Thoughts?



Todd Kaplan
Senior Vice President
Chairman of Global Leveraged Finance
(312) 869-6213
todd_kaplan@ml.com


-----Original Message-----
From: Persily, Julie [CIB-GFI] <julie.persily@citigroup.com>
To: Chen, Robert [CIB-GFI] <robert.chen@citigroup.com>; Kaplan, Todd
(GMI Leveraged Finance)
Sent: Thu Mar 01 06:10:45 2007
Subject: Re:
Perhaps I'm over reacting - and that reaction eflects my discomfort with
the Zell deal to begin with. I think that if we do 20/share up front it
exposes company to excess pricing. And risk. MFN issues become more real
and we are exposed to both market movements and operating performance
issues at the company. I suppose we are exposed in the Zell deal anyway
and perhaps should welcome a chance to place paper sooner. So I don't
want to say its undoable. If we are going to have 2.1bn of 2nd lien at
the end of the day - I believe that paper must have broader call
protection than in the self help case. Perhaps even NC2 to look like the
bond we intended and to broaden investor audience. We need big audience
for zell deal.
I'm rambling. Thoughts?
-----Original Message-----
From: Persily, Julie [CIB-GFI]
To: Chen, Robert [CIB-GFI]; 'todd_kaplan@ml.com' <todd_kaplan@ml.com>
Sent: Thu Mar 01 04:45:34 2007
Subject: Re:
Good point. Issue is we hadn't planned on having all loans for very
highly levered zell structure.
-----Original Message-----
From: Chen, Robert [CIB-GFI]
To: Persily, Julie [CIB-GFI]; 'todd_kaplan@ml.com' <todd_kaplan@ml.com>
Sent: Wed Feb 28 22:43:19 2007
Subject: Re:
Query why we feel we need to have 2nd lien be replaced in the second
step?  I think with increased pricing and an accordion of about $500mm,
we should be able to sell it.  It's an 8-year maturity, so permanent
enough.  Remainder is accordion on TLB.
Agree with julie on discount for longer par call.


-----Original Message-----
From: Persily, Julie [CIB-GFI]
To: 'todd_kaplan@ml.com' <todd_kaplan@ml.com>; Chen, Robert [CIB-GFI];
'david_tuvlin@ml.com' <david_tuvlin@ml.com>; 'henrik_dahlback@ml.com'
<henrik_dahlback@ml.com>; 'Carl_Mayer@ml.com' <Carl_Mayer@ml.com>; Mohr,
Christina [CIB-GBKG]; 'michael_costa@ml.com' <michael_costa@ml.com>;
'michael_ogrady@ml.com' <michael_ogrady@ml.com>; Canmann, Michael S

CONFIDENTIAL

CITI-TRIB-CC 00072553