| | |
|---|---|
| **From:** | Persily, Julie [CIB-GFI] |
| **Sent:** | Tuesday, February 13, 2007 03:01 PM |
| **To:** | Mohr, Christina [CIB-GBKG]; Chen, Robert [CIB-GFI] |
| **CC:** | Canmann, Michael S [CIB-GBKG] |
| **Subject:** | RE: Tribune question |
| **Importance:** | Low |

I'm now weighing in - just saw the email exchange.  I agree with Bob.
Here's the math:
New Srs at 9%
Old Srs trade to 10-10.25% (+100-125bps owing to lack of gtees)
Phones trade to 11.25% (+100 bps owing to jr nature)
PIK Jr Securities to 13.25+ (add 100bps for seniority and 100 bps for
PIK nature)
Size needed could increase that.
(Note that our cap on Srs is higherthan 9%)

-----Original Message-----
From: Mohr, Christina [CIB-GBKG]
Sent: Tuesday, February 13, 2007 9:57 AM
To: Chen, Robert [CIB-GFI]; Persily, Julie [CIB-GFI]
Cc: Canmann, Michael S [CIB-GBKG]
Subject: Re: Tribune question
It was a joke
-----Original Message-----
From: Chen, Robert [CIB-GFI]
To: Mohr, Christina [CIB-GBKG]; Persily, Julie [CIB-GFI]
CC: Canmann, Michael S [CIB-GBKG]
Sent: Tue Feb 13 08:53:35 2007
Subject: RE: Tribune question
Spoke to syndicate, but we don't really sell PIK preferred's.  This is a
hedge fund deal that obviously gets priced somewhere between true equity
returns and mezz pricing.  Syndicate's initial gut reaction was also a
starting point of around 12.75-13%.  However, this is one that we would
obviously want to talk to some accounts to drill down on price, cause it
can easily be 15% area.  What do you mean by "own it"?  Can you be a
little bit more specific on what's going on here because I'm not sure
what you mean by "this is an internal issue."
-----Original Message-----
From: Mohr, Christina [CIB-GBKG]
Sent: Tuesday, February 13, 2007 9:36 AM
To: Chen, Robert [CIB-GFI]; Persily, Julie [CIB-GFI]
Cc: Canmann, Michael S [CIB-GBKG]
Subject: Re: Tribune question
Ok, we own it at that price.
-----Original Message-----
From: Chen, Robert [CIB-GFI]
To: Mohr, Christina [CIB-GBKG]; Persily, Julie [CIB-GFI]
CC: Canmann, Michael S [CIB-GBKG]
Sent: Tue Feb 13 08:34:03 2007
Subject: RE: Tribune question
My view would be 12.5-13% area.  Julie?
I'm assuming at parent level to take leverage through this note to
approx 8.5x.
-----Original Message-----
From: Mohr, Christina [CIB-GBKG]
Sent: Tuesday, February 13, 2007 9:29 AM
To: Persily, Julie [CIB-GFI]; Chen, Robert [CIB-GFI]
Cc: Canmann, Michael S [CIB-GBKG]
Subject: Tribune question
Help needed soonest!!!!
If we had a notional amount of 1.8 billion of pik preferred post recap,
what would a market rate be? This is an internal issue, so it does not
have anything but a tax impact.
Think thgat it would be CCC, so what would the rate on a pik preferred
need to be?  Need thoughts soonest

CONFIDENTIAL

CITI-TRIB-CC 00068306