| | |
|---|---|
| **From:** | Rodden, Jack <JRodden@tribune.com> |
| **Sent:** | Thursday, March 8, 2007 4:15 PM (GMT) |
| **To:** | Bigelow, Chandler <CBigelow@tribune.com> |
| **Cc:** | Eldersveld, David <DEldersveld@Tribune.com> |
| **Subject:** | FW: Tribune Company |

Chandler,

See below. Citi is still pushing us to eliminate them as our debt trustee.

I verbally awarded the business to DB a few weeks ago, and Dave has all of the draft legal doc's.

[Redacted]

I need some guidance on how to communicate with both DB and Citi on this one.

DB is easy, I just tell them that our legal group is swamped right now and it may drag until after an announcement.

But Citi is the tougher one --- do I even tell Citi that it will be DB or would you like to communicate with them at a higher level that they should back off until our plan is announced??

Thanks,
Jack



-----Original Message-----
From: Kirchner, Robert T [CIB-GTS]
[mailto:robert.t.kirchner@citigroup.com]
Sent: Thursday, March 08, 2007 9:52 AM
To: Rodden, Jack
Cc: Forte, Nancy H [CIB-GTS]
Subject: RE: Tribune Company


Jack,

Has a decision been made on the successor?

Thanks,
Bob

-----Original Message-----
From: Rodden, Jack [mailto:JRodden@tribune.com]
Sent: Thursday, January 25, 2007 10:26 AM
To: Kirchner, Robert T [CIB-GTS]
Subject: RE: Tribune Company


No - not yet, but we are starting the selection process.

Thanks for the names of the potential successors.

Jack


-----Original Message-----
From: Kirchner, Robert T [CIB-GTS]
[mailto:robert.t.kirchner@citigroup.com]
Sent: Wednesday, January 24, 2007 12:10 PM
To: Rodden, Jack
Subject: RE: Tribune Company


Jack,

Have you selected a successor?

Bob

-----Original Message-----
From: Kirchner, Robert T [CIB-GTS]
Sent: Wednesday, January 10, 2007 10:36 AM
To: 'jrodden@tribune.com'
Cc: Cupo, Jennifer [CIB-GTS]; Forte, Nancy H [CIB-GTS];
'Irving.Apar@ThompsonHine.com'
Subject: Tribune Company


Jack,

Pursuant to our conversation please be advised that I am your primary
contact at Citibank for the resignation of the Trustee and agency
appointments for your Company's debt securities. As we discussed, Bank of
New York, US Bank, Wells Fargo, Deutsche and Wilmington Trust are possible
successors you may consider.
Nancy Forte (212) 816-5685 is your Account Officer and will coordinate the
documentation requirements with our counsel, Irving Apar of Thompson Hine.
Please advise when you have selected a successor and we will complete the
process as quickly as possible.

Regards,

Bob
(212) 816-5698

Professionals' Eyes Only

TRB0061194