| | |
|---|---|
| **From:** | Canmann, Michael S [CIB-GBKG] |
| **Sent:** | Tuesday, January 30, 2007 10:49 PM |
| **To:** | Persily, Julie [CIB-GFI]; Chen, Robert [CIB-GFI]; Canmann, Michael S [CIB-GBKG] |
| **Subject:** | Re: Zell |
| **Importance:** | Low |

Yes to all. Waiting to hear from compliance.
-----Original Message-----
From: Persily, Julie [CIB-GFI]
To: Chen, Robert [CIB-GFI]; Canmann, Michael S [CIB-GBKG]
Sent: Tue Jan 30 17:12:33 2007
Subject: Re: Zell
And I assume that we will want to finance him!
As I have poor cell reception, I asked Canmann to try to loop you in. I'll be free and clear by 7p toinight and tomorrow morning betw 9 and 10:30a.
Sounds like he'd do a deal similar to yucaipa/broad - though I don't know all details.
Canmann - anything more specific?
-----Original Message-----
From: Chen, Robert [CIB-GFI]
To: Persily, Julie [CIB-GFI]; Canmann, Michael S [CIB-GBKG]
Sent: Tue Jan 30 15:59:54 2007
Subject: RE: Zell
I would assume that it's one of the real estate guys that would cover him.
-----Original Message-----
From: Persily, Julie [CIB-GFI]
Sent: Tuesday, January 30, 2007 4:43 PM
To: Canmann, Michael S [CIB-GBKG]
Cc: Chen, Robert [CIB-GFI]
Subject: Zell
Does he have a coverage person at Citi who should be involved?

CONFIDENTIAL
CITI-TRIB-CC 00090564