| | |
|---|---|
| From: | Persily, Julie [CIB-GFI] |
| Sent: | Tuesday, February 20, 2007 08:30 PM |
| To: | Mohr, Christina [CIB-GBKG] |
| Subject: | FW: Trib |
| Importance: | Low |

FYI - my heads up to Chad...
-----Original Message-----
From: Persily, Julie [CIB-GFI]
Sent: Tuesday, February 20, 2007 3:29 PM
To: Leat, Chad A [CIB-GFI]
Subject: Trib
Wirdnam is bringing by requested info momentarily.

1. McClatchy trades at 8.1x. Bought Knight Ridder at 9.5x.
2. FCF over 5 yrs is $2.6bn if publishing declines 2%/yr. (vs $3bn in mgt case) 3. After-tax break-up value is $9.5-bn - $11+bn. Surely covers TL. Probably covers new bonds. Christina thinks our values are too low.
I continue to believe that this deal works.
- 5.7-6.2x secured debt (depending on structure)
- 7.5x new debt
- good cash flow, even in decline.
- ==PHONES and existing notes act as equity cushion.==
Zell is hot right now.
JPM has joined our financing team (Citi, ML, JPM) Not UBS.
Still working on self-help deal.
Unclear which way BoD goes on Saturday.

CONFIDENTIAL

CITI-TRIB-CC 00033822