| | |
|---|---|
| **From:** | Ingrassia, Paul J [CIB-GBKG] |
| **Sent:** | Tuesday, February 20, 2007 10:08 PM |
| **To:** | Mohr, Christina [CIB-GBKG] |
| **Subject:** | zell |
| **Importance:** | Low |

Christina,
If we end us helping sam, if appropriate, please let him know how important his relationship is to our ecm and real estate teams, and that we were consulted.. We are trying to win a book position on his IPO of Equity International..
Thanks
Paul


Paul J. Ingrassia
Managing Director and Group Head
North America Real Estate & Lodging
Citigroup Global Markets Inc.
388 Greenwich Street
New York, NY 10013
T# 212.816.9915
F# 646.862.9010
Email:  paul.j.ingrassia@citigroup.com

CONFIDENTIAL