| | |
|---|---|
| **From:** | Canmann, Michael S [CIB-GBKG] |
| **Sent:** | Thursday, March 01, 2007 01:47 PM |
| **To:** | Persily, Julie [CIB-GFI]; Mohr, Christina [CIB-GBKG] |
| **Subject:** | RE: |
| **Importance:** | Low |

let me know when you want to call to collapse the teams

Michael S. Canmann
Managing Director
Investment Banking
Citigroup Global Markets Inc.
8700 Sears Tower
Chicago, IL 60606
Tel (312) 876 - 8830
Fax (312) 281 - 9059
michael.s.canmann@citigroup.com

---

From: Persily, Julie [CIB-GFI]
Sent: Thursday, March 01, 2007 6:52 AM
To: Mohr, Christina [CIB-GBKG]; Canmann, Michael S [CIB-GBKG]
Subject: FW:

See exchange below.

---

From: Kaplan, Todd (GMI Leveraged Finance) [mailto:todd_kaplan@ml.com]
Sent: Thursday, March 01, 2007 7:39 AM
To: Persily, Julie [CIB-GFI]; Chen, Robert [CIB-GFI]
Subject: Re:


Sorry to be a bit slow - I think that we have a philosophical issue to work through
The 3 of us are working on financing for TRB - we both have separate trees doing the Zell ESOP financing
The funding for a $15 dvd comes from a B loan that we all feel is doable, and is minimally invasive to the Zell structure (that is, easily rolled into Zell financing as that structure stands today)
As we focus on a $20 dvd, we are starting to structure the Zell financing for the Zell group - Bob, that's we I used 2nd lien as a bridge - that was a way for the Zell financing to get to their current design
I think that we can run through this with Don and Chandler - I would suggest that to get from $15 to $20, we need to collapse the financing teams in some fashion - that not only requires TRB and Zell signoff, but alsoi means we need to work back through management and internal counsel at Citi and ML - btw, Zell group is asking to see what we're showing company re the 2 step
So, you both make good points - what I'd like to suggest is laying at the issue per the above so that we can efficiently make progress
Thoughts?


Todd Kaplan
Senior Vice President
Chairman of Global Leveraged Finance
(312) 869-6213
todd_kaplan@ml.com

-----Original Message-----

CONFIDENTIAL                                                                                      CITI-TRIB-CC 00067425

```
From: Persily, Julie [CIB-GFI] <julie.persily@citigroup.com>
To: Chen, Robert [CIB-GFI] <robert.chen@citigroup.com>; Kaplan, Todd
(GMI Leveraged Finance)
Sent: Thu Mar 01 06:10:45 2007
Subject: Re:
Perhaps I'm over reacting - and that reaction eflects my discomfort with
the Zell deal to begin with. I think that if we do 20/share up front it
exposes company to excess pricing. And risk. MFN issues become more real
and we are exposed to both market movements and operating performance
issues at the company. I suppose we are exposed in the Zell deal anyway
and perhaps should welcome a chance to place paper sooner. So I don't
want to say its undoable. If we are going to have 2.1bn of 2nd lien at
the end of the day - I believe that paper must have broader call
protection than in the self help case. Perhaps even NC2 to look like the
bond we intended and to broaden investor audience. We need big audience
for zell deal.
I'm rambling. Thoughts?
-----Original Message-----
From: Persily, Julie [CIB-GFI]
To: Chen, Robert [CIB-GFI]; 'todd_kaplan@ml.com' <todd_kaplan@ml.com>
Sent: Thu Mar 01 04:45:34 2007
Subject: Re:
Good point. Issue is we hadn't planned on having all loans for very
highly levered zell structure.
-----Original Message-----
From: Chen, Robert [CIB-GFI]
To: Persily, Julie [CIB-GFI]; 'todd_kaplan@ml.com' <todd_kaplan@ml.com>
Sent: Wed Feb 28 22:43:19 2007
Subject: Re:
Query why we feel we need to have 2nd lien be replaced in the second
step?  I think with increased pricing and an accordion of about $500mm,
we should be able to sell it.  It's an 8-year maturity, so permanent
enough.  Remainder is accordion on TLB.
Agree with julie on discount for longer par call.


-----Original Message-----
From: Persily, Julie [CIB-GFI]
To: 'todd_kaplan@ml.com' <todd_kaplan@ml.com>; Chen, Robert [CIB-GFI];
'david_tuvlin@ml.com' <david_tuvlin@ml.com>; 'henrik_dahlback@ml.com'
<henrik_dahlback@ml.com>; 'Carl_Mayer@ml.com' <Carl_Mayer@ml.com>; Mohr,
Christina [CIB-GBKG]; 'michael_costa@ml.com' <michael_costa@ml.com>;
'michael_ogrady@ml.com' <michael_ogrady@ml.com>; Canmann, Michael S
[CIB-GBKG]; Kurmaniak, Rosanne [CIB-GBKG]
Sent: Wed Feb 28 21:57:03 2007
Subject: Re:
My thoughts:
- to extend the NC period on the 2nd lien piece of paper beyond 6 months
will likely require it to be sold at a discount. (The 6 month window is
highly unusual w/o a discount which is why we have flex out of that
term.) We believe that selling that paper at a discount (99) is a very
viable option. But increases "duplicate fee" issue for the company.
Perhaps we consider redcing the amount to 1bn.
We dislike the funded bridge loan in the Zell case.
-----Original Message-----
From: Kaplan, Todd (GMI Leveraged Finance) <todd_kaplan@ml.com>
To: Persily, Julie [CIB-GFI]; Chen, Robert [CIB-GFI]; Tuvlin, David
(IBK-NY) <david_tuvlin@ml.com>; Dahlback, Henrik (IBK-NY)
<henrik_dahlback@ml.com>; Mayer, Carl (GMI-CAPMKTS) <Carl_Mayer@ml.com>;
Mohr, Christina [CIB-GBKG]; Costa, Michael   (IBK-NY)
<michael_costa@ml.com>; O'Grady, Michael G. (IBK - CHI)
<michael_ogrady@ml.com>; Canmann, Michael S [CIB-GBKG]; Kurmaniak,
Rosanne [CIB-GBKG]
Sent: Wed Feb 28 20:23:17 2007
Subject: Fw:


Would like to throw out an approach to answering this question:
- only discuss conceptually, as we haven't yet addressed this in detail
- our current recap structure (for $20 dvd) is a 1st and 2nd lien
- we are proposing a 1st lien only for a $15 dvd with modifications to
```

```
the 1st lien
- we will go back and see if we can modify the 1st/2nd lien structure
for a $20 dvd; the 1st lien will be the same as the $15 dvd case 1st
lien, and we will redeem the 2nd lien at par (this would require
extending the window to redeem the 2nd lien at par from 6 months to 9
months)
- would create duplicated fees on 2nd lien
- the alternative is a funded bridge loan for notes in place of 2nd lien
- the last $5 of the dvd is creating some friction that is meaningful
for Company and Zell group
Let me know your thoughts


Todd Kaplan
Senior Vice President
Chairman of Global Leveraged Finance
(312) 869-6213
todd_kaplan@ml.com


-----Original Message-----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: Kaplan, Todd (GMI Leveraged Finance)
Sent: Wed Feb 28 18:57:14 2007
Subject:
Todd - just tried you.  One thing that Don has asked is whether we could
take it to $20/share in a first step of the two-step.  Just wanted to
make sure we cover that tomorrow am.  Thanks, CB



If you are not an intended recipient of this e-mail, please notify the
sender, delete it and do not read, act upon, print, disclose, copy,
retain or redistribute it.  Click here  <http://www.ml.com/email_terms/>
for important additional terms relating to this e-mail.
http://www.ml.com/email_terms/
```

CONFIDENTIAL