| | |
|---|---|
| **From:** | Chen, Robert [CIB-GFI] |
| **Sent:** | Saturday, March 10, 2007 11:53 PM |
| **To:** | Persily, Julie [CIB-GFI]; Mohr, Christina [CIB-GBKG]; Canmann, Michael S [CIB-GBKG] |
| **CC:** | Kurmaniak, Rosanne [CIB-GBKG] |
| **Subject:** | Re: Tribune |
| **Importance:** | Low |

Exactly!


-----Original Message-----
From: Persily, Julie [CIB-GFI]
To: Mohr, Christina [CIB-GBKG]; Chen, Robert [CIB-GFI]; Canmann, Michael S [CIB-GBKG]
CC: Kurmaniak, Rosanne [CIB-GBKG]
Sent: Sat Mar 10 18:23:22 2007
Subject: Re: Tribune
Big bummer.
Say g'bye to another 18mm of fees (gross).
-----Original Message-----
From: Mohr, Christina [CIB-GBKG]
To: Persily, Julie [CIB-GFI]; Chen, Robert [CIB-GFI]; Canmann, Michael S [CIB-GBKG]
CC: Kurmaniak, Rosanne [CIB-GBKG]
Sent: Sat Mar 10 17:18:41 2007
Subject: Re: Tribune
Still the 2.8 at broadcasting with the debt for debt exchange
-----Original Message-----
From: Persily, Julie [CIB-GFI]
To: Mohr, Christina [CIB-GBKG]; Chen, Robert [CIB-GFI]; Canmann, Michael S [CIB-GBKG]
CC: Kurmaniak, Rosanne [CIB-GBKG]
Sent: Sat Mar 10 17:13:11 2007
Subject: Re: Tribune
Tell us:
- Would broadcasting still plan to raise 2.85bn of debt upon spin?
- If so, would all of it be used to repay publishing debt? So for the excess over basis there would still be a debt for debt exchange?
- or would just 1.8bn come back to publishing so there'd be no issue?


-----Original Message-----
From: Mohr, Christina [CIB-GBKG]
To: Persily, Julie [CIB-GFI]; Chen, Robert [CIB-GFI]; Canmann, Michael S [CIB-GBKG]
CC: Kurmaniak, Rosanne [CIB-GBKG]
Sent: Sat Mar 10 17:06:15 2007
Subject: Tribune
The company wants to go the recap route and has told Zell that they are pencils down on his proposal. The recap that they want to do is a 15 dividend which is 1.2 billion less debt than we had been discussing. Can you guys touch base with Todd and come back with how we would change the cap structure at this lower dividend? We would still plan to do the broadcasting spin off.
Thanks

CONFIDENTIAL                                                                                              CITI-TRIB-CC 00091216