| | |
|---|---|
| **From:** | Mohr, Christina [CIB-GBKG] |
| **Sent:** | Thursday, March 15, 2007 02:29 PM |
| **To:** | Thadani, Suvir [CIB-ECM] |
| **Subject:** | Re: TRB |
| **Importance:** | Low |

```
Are you guys nuts?  Call me
-----Original Message-----
From: Thadani, Suvir [CIB-ECM]
To: Mohr, Christina [CIB-GBKG]
Sent: Thu Mar 15 09:26:02 2007
Subject: FW: TRB
thoughts?

-----Original Message-----
From: Russell, Kevin G [CIB-EQTY]
Sent: Thursday, March 15, 2007 8:57 AM
To: Thadani, Suvir [CIB-ECM]
Subject: RE: TRB


to get in most, you would probably have to pay 80, quoted 71-72 now

From: Thadani, Suvir [CIB-ECM]
Sent: 15 March 2007 12:56
To: Russell, Kevin G [CIB-EQTY]
Subject: RE: TRB



will do
what price do you think you can take them out for cash?
-----Original Message-----
From: Russell, Kevin G [CIB-EQTY]
Sent: Thursday, March 15, 2007 5:43 AM
To: Thadani, Suvir [CIB-ECM]
Subject: FW: TRB


lots of speculation in the market regarding both comcast, and trb even more so, potentially looking
to retire zones/phones.  want to be sure we are having a robust liability management with both
comcast and trb.  if trb is purchased by partnership of zell and esop, then i think a compelling
case can be made to unwind the zones.  please try to get infront of the bank on these issues.
thanks

From: Steven M. Weinstein [mailto:stevew@suttonbrook.com]
Sent: 14 March 2007 21:30
To: Russell, Kevin G [CIB-EQTY]
Subject: TRB


Kevin-
  I've attached an interesting piece from Lehman's Tax expert.  The ESOP transaction if it happens
may lead to NOL's which could be used to offset the gains from asset sales (TWX stock underying the
phones) and probably even the gain from retiring the zones at a discount to par value.

Anyway thought you might be interested.

Have you made any traction with your bankers regarding these or the cmcsa/s zones/phones?


Steve


Steven M. Weinstein
SUTTONBROOK
CAPITAL MANAGEMENT
```

CONFIDENTIAL

CITI-TRIB-CC 00038409

598 Madison Avenue
New York, NY  10022
Phn: 212 588-6600
Fax: 212 308-2597
stevew@SuttonBrook.com

CONFIDENTIAL

CITI-TRIB-CC 00038410