| | |
|---|---|
| **From:** | Bigelow, Chandler |
| **Sent:** | Friday, March 16, 2007 8:59 PM (GMT) |
| **To:** | 'Kurmaniak, Rosanne [CIB-GBKG]' <rosanne.kurmaniak@citigroup.com> |
| **Subject:** | RE: |

I'm not sure how much that would be. That is clearly an outstanding point. Thanks, CB

-----Original Message-----
**From:** Kurmaniak, Rosanne [CIB-GBKG] [mailto:rosanne.kurmaniak@citigroup.com]
**Sent:** Friday, March 16, 2007 3:49 PM
**To:** Bigelow, Chandler
**Subject:** RE:

OK, with exception of the $20mm for transitional comp, we have the rest of the assumptions already built into the model. Will have the team make that change.

For the $37mm of phantom equity, it wasn't discussed this morning (or maybe I wasn't in the room yet when it was) how much more equity (in % terms) this would increase the existing 5%.

---

**From:** Bigelow, Chandler [mailto:CBigelow@tribune.com]
**Sent:** Friday, March 16, 2007 4:44 PM
**To:** Kurmaniak, Rosanne [CIB-GBKG]
**Subject:**

Rosie – a couple of important changes to the Zell model.

(1) we are assuming we get the $602M for the Cubs, Comcast and Recycler
(2) we are assuming we get $71M net for the redemption of our 5% TMCT stake
(3) in the summary of change of control payments, we told them to increase this by $20M for possible transitional comp (now we are considering having the $37M for "management deal fees" rolling in the deal as phantom equity)
(4) the annual cost savings is $80M not $100M
(5) we told them to take 2007 capital expenditures to $175M and investments to $50M

There is a question regarding how we model the deferred comp going forward and I will work on that one.

Hope this helps, Chandler

Professionals' Eyes Only

TRB0071034