| | |
|---|---|
| **From:** | Kazan, Daniel G |
| **Sent:** | Wednesday, March 21, 2007 6:11 PM (GMT) |
| **To:** | Shanahan, Patrick <PShanahan@tribune.com> |
| **Subject:** | FW: Model |
| **Attach:** | Tower-BESpinModel-vMASTER (WholeCoRecap).xls |

-----Original Message-----
From: Chen, Ruoxi [CIB-GBKG] [mailto:ruoxi.chen@citigroup.com]
Sent: Wednesday, March 21, 2007 12:52 PM
To: Kazan, Daniel G
Subject: RE: Model

Dan,

We just received some comments from Chandler on tweaks to the model. We are working through those now but attached is the version that we had used for the last version of the RAP.

We will resend the updated version as soon as it is ready.

Ruoxi

From: Kazan, Daniel G [mailto:DKazan@tribune.com]
Sent: Wednesday, March 21, 2007 1:28 PM
To: Chen, Ruoxi [CIB-GBKG]
Subject: Model

Ruoxi:  Chandler forwarded the LBO/ESOP model to me this morning.  Can you send me the management case Whole Company recap model at $17.50.  I'm just trying to tie out the comparison page that is in the current version of the rating agency presentation (#13) and I realized I didn't have that model.  Thanks.

Daniel Kazan
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611
Phone:  312-222-4233
Fax: 312-321-0688
Email:  dkazan@tribune.com

Professionals' Eyes Only

TRB0075316