| | |
|---|---|
| **From:** | Kurmaniak, Rosanne [CIB-GBKG] |
| **Sent:** | Tuesday, March 20, 2007 04:51 AM |
| **To:** | Bigelow, Chandler; O'Grady, Michael G. (IBK - CHI); Canmann, Michael S [CIB-GBKG] |
| **CC:** | Mohr, Christina [CIB-GBKG]; Costa, Michael  (IBK-NY); Apostolides, John T [CIB-GBKG] |
| **Subject:** | RE: Tribune Solvency Analysis |
| **Importance:** | Low |
| **Attachments:** | (03-19-07) Comments on D&P Solvency Opinion.doc |

Chandler - Attached please find some initial reactions / observations to the $15 version of the solvency opinion.  We'll continue to review and further check numbers as D&P turns the next version of the $17.50 case; however, for this set of comments, we were primarily focused on:

(1) Checking differences in assumptions/projections of the D&P model(s) vs. the company model
(2) Correcting inaccuracies in some of D&P's calculations, and
(3) Comparing advisor valuation assumptions (comparative table provided in document)

Pls let us know of any observations you might have to our comments; we're happy to discuss and/or revise prior to any comments being offered to D&P.

Best, Rosie



From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Friday, March 16, 2007 6:10 PM
To: Kurmaniak, Rosanne [CIB-GBKG]; O'Grady, Michael G. (IBK - CHI); Canmann, Michael S [CIB-GBKG]
Subject: FW: Tribune Solvency Analysis


Latest version of the $15 self-help solvency presentation attached.



-----Original Message-----
From: Pollack, Samuel [mailto:Sam.Pollack@duffandphelps.com]
Sent: Friday, March 16, 2007 4:50 PM
To: Bigelow, Chandler
Cc: Bartell, Bob; Janssen, Christopher; Bednas, Scott
Subject: Tribune Solvency Analysis

Chandler,

Attached please find the latest draft of our solvency analysis.  Additional information on valuation of the various other investments should follow on Monday.


Regards,
Sam

Nothing contained in this communication is intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIAL                                                                                                    CITI-TRIB-CC 00038980

## Comments to Duff & Phelps Solvency Opinion, received March 16, 2007

**General:**
- Conform projections to Company model, e.g.:
  - Working capital
  - Broadcasting operating projections (recent change)
  - Depreciation trends beyond 2011
  - Book tax rate (company currently assuming 38.25% vs. 39.1%)
  - Cash taxes
  - Most recent asset sale adjustments (Hoy NY, iSURF, etc.)

**Transaction Assumptions:**
- Latest debt commitment terms
  - Debt paydown schedule by tranche
  - Pricing by tranche
  - Forward LIBOR assumptions for interest rate calculations
  - Spin covenants and ongoing covenants

**Public and Private Comparables:**
- Reconcile LTM Revenue and OCF (currently not consistent with Company calculations); also, need to adjust for Cubs inter-company eliminations; also don't understand why, for example on pg. 20, the 2007 EBITDA at the top of the page ($883mm) is different than the EBITDA at the bottom of the page ($892mm)
- Tribune Firm Value calculation:
  - $29.62 / share * ~250mm shares = $7,405
  - Plus: Net Debt = $5,158 (12/31/06, which is not pro forma for certain asset sale proceeds)
  - Equals = $12,562 - $10,179 (pg. 16) implies $2,383 vs. $2,175 mid-point valuation on pg. 26)
- Need to exclude value of investments from the Enterprise Value of all the public company comparables (Tribune appears to be the only company that has been adjusted)
- Consider alternatively using Belo Corp. as a Broadcasting public company comparable
- Consider revisiting Publishing public company comparable universe or calculating Mean / Median including only direct comparables (i.e. exclude Dow Jones, EW Scripps, Washington Post)
- Consider broadening the list of Publishing and Broadcasting precedent transactions
  - 2 of the 4 Broadcasting precedents (Clear Channel and Univision) don't reflect comparable Broadcasting asset portfolios
- In financial benchmarking, how have Corporate Expenses been treated for comparables with less than 100% concentration?

1

**Comparison of Advisor Valuation Assumptions:**

| Methodology | Citi / Merrill | Duff & Phelps |
|---|---|---|
| **Publishing:** | | |
| Multiples Analysis | 7.25x – 8.75x | 8.5x – 9.5x |
| DCF | [7 – 8]% WACC    7.25 – 8.75x Terminal | 7.5 – 8.5% WACC    7.6 – 8.6x Terminal |
| **Broadcasting:** | | |
| Multiples Analysis | 8.5x – 10.0x | 9.25x – 10.0x |
| DCF | [7 – 8]% WACC    8.75 – 9.75x Terminal | 8 – 9% WACC    7.0x – 7.7x Terminal |
| **Investment Values:** | **Assumption** | **Mid-point** |
| Cubs / Comcast [a] | $602 | $640 |
| Careerbuilder | 659 | 575 |
| Other Internet | 136 | 195 |
| TV Food | 850 | 765 |
| **Total** | **$2,247** | **$2,175** |
| **Applicable Total** [b] | **$1,966** | **$2,175** |

(a) Reflects after-tax valuation.
(b) Citi / ML assume TV Food is valued on an after-tax basis for valuation purposes.

Additionally,

- Clarify that all valuations have been done on a standalone recap / spin basis (i.e. include the impact of incremental costs at Broadcasting and cost savings at Publishing)

- Publishing considerations:
  - Clarify method for calculating terminal value
  - Investment / acquisition cash use not being included in DCF
  - Implied terminal multiples are 1.0x lower in DCF vs. comparables assumptions
  - Review backup WACC calculation assumptions

- Broadcasting considerations:
  - Clarify method for calculating terminal value
  - Implied terminal multiples are 2.0x lower in DCF vs. comparables assumptions
  - Review backup WACC calculation assumptions

- Investments considerations:

CONFIDENTIAL                                                                                        CITI-TRIB-CC 00038982

- Pre-tax valuation range for Cubs implies $564mm - $777mm, referenced as an exception to Duff & Phelps independent valuation (i.e. source = company?; calculations assume $43mm basis and 39.1% tax rate)

**Capital Surplus Test:**
- Consider additional off balance sheet liabilities (e.g. potential PHONES settlement or other items for which there are currently tax reserves for)
- Consider evaluating offsetting off balance sheets assets (e.g. Bender litigation settlement, pension surplus, etc.)
- Citi / ML calculate total tax leakage on the Eagle Preferred securities to be $61mm through 2009 (aggregate, non-NPV) vs. D&P $86mm
- Impact, if any, of new Eagle Preferred securities
- Change to Par Value of Common Stock pro forma for share repurchase and Eagles restructuring (likely a small number, so may not have an impact)

CONFIDENTIAL                                                                                      CITI-TRIB-CC 00038983