| | |
|---|---|
| From: | Apostolides, John T [CIB-GBKG] |
| Sent: | Saturday, March 24, 2007 03:48 PM |
| To: | Kurmaniak, Rosanne [CIB-GBKG]; Yurko, Mark [CIB-GBKG]; Tak, Isaac [CIB-GBKG]; Scardigli, Michael [CIB-GBKG] |
| CC: | Chen, Ruoxi [CIB-GBKG] |
| Subject: | Fw: Tower - Zell model |
| Importance: | Low |

FYI. We'l run the numbers for Lev Fin and get it to them over the weekend.

-----Original Message-----
From: Singh, Mallika R [CIB-GFI]
To: Chen, Ruoxi [CIB-GBKG]; Apostolides, John T [CIB-GBKG]
Sent: Sat Mar 24 11:30:49 2007
Subject: RE: Tower - Zell model
She said it is not a rush.
-----Original Message-----
From: Chen, Ruoxi [CIB-GBKG]
Sent: Saturday, March 24, 2007 11:24 AM
To: Singh, Mallika R [CIB-GFI]; Apostolides, John T [CIB-GBKG]
Subject: Re: Tower - Zell model
I can prob send by end of day today.

Ruoxi Chen
Citigroup | Investment Banking Division
Communications Group
388 Greenwich St., 37th Floor
New York, NY 10013
Tel:  (212) 816 - 6104
Fax:  (646) 291 - 3477
Cell: (706) 207 - 7962
ruoxi.chen@citigroup.com
-----Original Message-----
From: Singh, Mallika R [CIB-GFI]
To: Chen, Ruoxi [CIB-GBKG]; Apostolides, John T [CIB-GBKG]
Sent: Sat Mar 24 11:15:21 2007
Subject: RE: Tower - Zell model
I'll ask Julie. What is realistic timing?
-----Original Message-----
From: Chen, Ruoxi [CIB-GBKG]
Sent: Saturday, March 24, 2007 11:12 AM
To: Singh, Mallika R [CIB-GFI]; Apostolides, John T [CIB-GBKG]
Subject: Re: Tower - Zell model
That's fine. What's the anticipated timing for this?

Ruoxi Chen
Citigroup | Investment Banking Division
Communications Group
388 Greenwich St., 37th Floor
New York, NY 10013
Tel:  (212) 816 - 6104
Fax:  (646) 291 - 3477
Cell: (706) 207 - 7962
ruoxi.chen@citigroup.com
-----Original Message-----
From: Singh, Mallika R [CIB-GFI]
To: Apostolides, John T [CIB-GBKG]; Chen, Ruoxi [CIB-GBKG]
Sent: Sat Mar 24 10:26:06 2007
Subject: RE: Tower - Zell model
Also we will still have the delayed draw TLB for the MTNs.

From: Singh, Mallika R [CIB-GFI]
Sent: Saturday, March 24, 2007 10:25 AM

CONFIDENTIAL

CITI-TRIB-CC 00141611

To: Apostolides, John T [CIB-GBKG]; Chen, Ruoxi [CIB-GBKG]
Subject: Tower - Zell model

John / Ruoxi,

Julie had a couple of model run requests for the Zell deal that we were hoping you could run:

1. Structure for a B3/B- rating: $3 bn of TLB at L+300 bps, $4 bn of 2nd lien at L+600 bps and then for stage 2 - $4 bn of bonds at 11.5%. The amounts are approximate so you can size them appropriately. Given that interest expense will be a lot higher, the Company may not be able to handle this much debt. (We are still debating internally if we want to do this deal even with low ratings).

2. The 50% net income calculation for the Zell model as well (same as what we did for the self-help).

Thanks
Mallika Singh
Leveraged Finance
Citigroup Global Markets Inc.
390 Greenwich Street
New York, NY, 10013
T: (212) 723-5655
F: (646) 291-5302

CONFIDENTIAL

CITI-TRIB-CC 00141612