| | |
|---|---|
| From: | Canmann, Michael S [CIB-GBKG] |
| Sent: | Friday, March 23, 2007 11:52 PM |
| To: | Ojea-Quintana, Julio [CIB-GBKG] |
| Subject: | Re: M- any brief update on Tower? |
| Importance: | Low |

Great. Will be fairly active week next week so we will see.
-----Original Message-----
From: Ojea-Quintana, Julio [CIB-GBKG]
To: Canmann, Michael S [CIB-GBKG]
Sent: Fri Mar 23 19:05:01 2007
Subject: Re: M- any brief update on Tower?
Great, thanks.
I'm now working with bob's team and will be coordinating with them the credit approval process.


-----Original Message-----
From: Canmann, Michael S [CIB-GBKG]
To: Ojea-Quintana, Julio [CIB-GBKG]
Sent: Fri Mar 23 17:56:13 2007
Subject: RE: M- any brief update on Tower?
Board really wants us to push towards Zell.  We are going back and forth with Zell.  I think the rating agencies went well.  We should hear on the Zell paln next Thursday.
Not much else new.  Looks like we will have a commitment committee on Zell mid next week.
Papers on the standalone plan are circulating but I think everyone assumes this is a straigthforward deal.


Michael S. Canmann
Managing Director
Investment Banking
Citigroup Global Markets Inc.
8700 Sears Tower
Chicago, IL 60606
Tel (312) 876 - 8830
Fax (312) 281 - 9059
michael.s.canmann@citigroup.com
-----Original Message-----
From: Ojea-Quintana, Julio [CIB-GBKG]
Sent: Friday, March 23, 2007 5:11 PM
To: Canmann, Michael S [CIB-GBKG]
Subject: M- any brief update on Tower?

CONFIDENTIAL

CITI-TRIB-CC 00070442