**From:**          Chen, Ruoxi [CIB-GBKG]
**Sent:**          Thursday, March 29, 2007 09:44 PM
**To:**            Bigelow, Chandler
**CC:**            Kurmaniak, Rosanne [CIB-GBKG]
**Subject:**       Tower-ESOP Model-vMASTER (S&P Sensitivity).xls
**Importance:**    Low
**Attachments:**   Tower-ESOP Model-vMASTER (S&P Sensitivity).xls


Chandler,

Attached please find the latest draft of the ESOP model incorporating the reduction to capex /
investments and the 50%/50% fixed/floating we discussed.  I also incorporated the reduction in the
fees on the bank debt to 1.625%.


However, note that 2008 Guaranteed Debt / Adj. EBITDA still breaks the covenant of 8.75x, but
barely, at 8.76x. Just wanted to make you aware.


Please let me know if you'd like me to make any further adjustments. We will follow with an updated
draft of the slide that we distributed earlier comparing the S&P sensitivity case to the Mgmt case
to a Down 10% case w/o the increase in LIBOR.
Best,
Ruoxi


<<Tower-ESOP Model-vMASTER (S&P Sensitivity).xls>>
_____
Ruoxi Chen
Citigroup | Investment Banking Division
Communications Group
388 Greenwich St., 37th Floor
New York, NY 10013
Tel:   (212) 816 - 6104
Fax:   (646) 291 - 3477
Cell:  (706) 207 - 7962
ruoxi.chen@citigroup.com

CONFIDENTIAL                                                              CITI-TRIB-CC 00142351