| | |
|---|---|
| **From:** | O'Grady, Michael G. (IBK - CHI) |
| **Sent:** | Wednesday, March 28, 2007 01:09 AM |
| **To:** | Apostolides, John T [CIB-GBKG]; Kurmaniak, Rosanne [CIB-GBKG] |
| **CC:** | michael.s.canmann@citigroup.com; christina.mohr@citigroup.com; Tuvlin, David (IBK-NY) |
| **Subject:** | RE: Tower -- Covenant Overview Discussion |
| **Importance:** | Low |

```
On the covenant call today the company suggested a couple small changes
to the "cushion" pages and then including them in the board book.  I
think the changes are just:
In both the mgt case and the downside cases
- revise Adjusted EBITDA for sale of cubs/comcast
- delete the Total Debt..ratio
- add EBITDA Cushion in $
thanks
-----Original Message-----
From: Kim, Caroline (IBK-NY)
Sent: Tuesday, March 27, 2007 11:36 AM
To: 'Bigelow, Chandler'; Eldersveld, David
Cc: julie.persily@citigroup.com; mallika.r.singh@citigroup.com;
michael.s.canmann@citigroup.com; christina.mohr@citigroup.com; Kaplan,
Todd (GMI Leveraged Finance); O'Grady, Michael G. (IBK - CHI); Tuvlin,
David (IBK-NY); Dahlback, Henrik (IBK-NY); Hoffman, Richard (IBK-NY)
Subject: RE: Tower -- Covenant Overview Discussion


5 PM EST / 4 PM CDT works for both Citi and ML.
Dial-in information will remain the same.
Dial-in #: 866-637-2663
Passcode:  4492086
Attached are the materials for the call.
Regards


-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Tuesday, March 27, 2007 12:19 PM
To: Kim, Caroline (IBK-NY); Eldersveld, David;
julie.persily@citigroup.com; mallika.r.singh@citigroup.com;
michael.s.canmann@citigroup.com; christina.mohr@citigroup.com; Kaplan,
Todd (GMI Leveraged Finance); O'Grady, Michael G. (IBK - CHI); Tuvlin,
David (IBK-NY); Dahlback, Henrik (IBK-NY); Hoffman, Richard (IBK-NY)
Subject: Re: Tower -- Covenant Overview Discussion


Need to push this back.  Can we do 4pm our time?  Thanks, Chandler
------Original Message------
From: Kim, Caroline (IBK-NY)
To: Chandler Bigelow
To: Dave Eldersveld
To: Persily, Julie [CIB-GFI]
To: Singh, Mallika R [CIB-GFI]
To: Michael Canmann
To: Christina Mohr
To: Todd Kaplan
To: Mike O'Grady
To: David Tuvlin
To: Dahlback, Henrik (IBK-NY)
To: Hoffman, Richard (IBK-NY)
Sent: Mar 27, 2007 10:03 AM
Subject: Tower -- Covenant Overview Discussion
When: Tuesday, March 27, 2007 4:00 PM-4:30 PM (GMT-05:00) Eastern Time
(US & Canada).
Where: 866-637-2663; 4492086
*~*~*~*~*~*~*~*~*~*
Materials will be distributed prior to the call. Please forward meeting
```

CONFIDENTIAL

CITI-TRIB-CC 00026471

planner to the appropriate members of your team.
Regards

_____

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click here <http://www.ml.com/email_terms/> for important additional terms relating to this e-mail.
http://www.ml.com/email_terms/

_____

CONFIDENTIAL

CITI-TRIB-CC 00026472