| | |
|---|---|
| **From:** | Persily, Julie [CIB-GFI] |
| **Sent:** | Thursday, March 29, 2007 07:48 PM |
| **To:** | Bigelow, Chandler; Chen, Ruoxi [CIB-GBKG]; Kurmaniak, Rosanne [CIB-GBKG]; todd_kaplan@ml.com; michael_ogrady@ml.com; david_tuvlin@ml.com; Canmann, Michael S [CIB-GBKG] |
| **Subject:** | RE: |
| **Importance:** | Low |

I am available at your convenience.  At my desk.
But I do not think we can widen the covenant.
Hard sell to say that the company starts out its new life at 7.4x
leverage and immediately needs to be at 9x (ie EBITDA of 1,200 for the
next two years) through 2009. As it is, the company is never forced by
covevants to do as well as it does today. This is my way of saying that
some people think that a 9x covenant is very generous.
Why not run the model assuming that you cut investments and some capex?
That will have no effect on EBITDA in that yr.
-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Thursday, March 29, 2007 3:41 PM
To: Chen, Ruoxi [CIB-GBKG]; Kurmaniak, Rosanne [CIB-GBKG]; Persily,
Julie [CIB-GFI]; todd_kaplan@ml.com; michael_ogrady@ml.com;
david_tuvlin@ml.com; Canmann, Michael S [CIB-GBKG]
Subject: RE:
Can we spend a few minutes on the phone with this.  Looks like to me
that if we widened the adj. ebitda cov by 25bps in 2008 that we'd make
it.  2009 would still be an issue, but I think they are less focused on
that year.  Also, I think the model has 100M of discretionary
investments in 2007-2009 ($300M total).  Also, we've got about $450M of
capx for 07-09.  I'd like to a quick call to discuss.  Please let me
know a good time soon.  Thanks, Chandler
-----Original Message-----
From: Chen, Ruoxi [mailto:ruoxi.chen@citigroup.com]
Sent: Thursday, March 29, 2007 2:23 PM
To: Kurmaniak, Rosanne ; Bigelow, Chandler; Persily, Julie ;
todd_kaplan@ml.com; michael_ogrady@ml.com; david_tuvlin@ml.com; Canmann,
Michael S
Subject: RE:
Sure.
Chandler - I'll send the files over to you now in separate e-mails.
-----Original Message-----
From: Kurmaniak, Rosanne [CIB-GBKG]
Sent: Thursday, March 29, 2007 3:21 PM
To: 'Bigelow, Chandler'; Persily, Julie [CIB-GFI]; Chen, Ruoxi
[CIB-GBKG]; todd_kaplan@ml.com; michael_ogrady@ml.com;
david_tuvlin@ml.com; Canmann, Michael S [CIB-GBKG]
Subject: RE:
We included you on the original distribution that was sent about 30 min
ago.  Think its probably caught in the firewalls.
Ruoxi - can you break the email attachments into several parts and send
to Chandler?  Maybe they'll go faster if smaller in size.
-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Thursday, March 29, 2007 3:19 PM
To: Kurmaniak, Rosanne [CIB-GBKG]; Persily, Julie [CIB-GFI]; Chen, Ruoxi
[CIB-GBKG]; todd_kaplan@ml.com; michael_ogrady@ml.com;
david_tuvlin@ml.com; Canmann, Michael S [CIB-GBKG]
Subject: RE:
Will you be sending me something to look at?  And then perhaps we can
discuss?
-----Original Message-----
From: Kurmaniak, Rosanne [mailto:rosanne.kurmaniak@citigroup.com]
Sent: Thursday, March 29, 2007 1:59 PM
To: Persily, Julie ; Chen, Ruoxi ; Bigelow, Chandler;
todd_kaplan@ml.com; michael_ogrady@ml.com; david_tuvlin@ml.com; Canmann,
Michael S

CONFIDENTIAL

```
Subject: RE:
What I see in our models is the following:
Revised Mgmt. Plan 2007 Adj. EBITDA: $1,434 S&P Case Sensitivity 2007
Adj. EBITDA: $1,328 (7.4% off Mgmt. Plan) Mgmt. Sensitivity Case 2007
Adj. EBITDA: $1,386 (3.4% off Mgmt. Plan)
How did you calc the 20% off Plan?
-----Original Message-----
From: Persily, Julie [CIB-GFI]
Sent: Thursday, March 29, 2007 2:52 PM
To: Chen, Ruoxi [CIB-GBKG]; Kurmaniak, Rosanne [CIB-GBKG]; 'Bigelow,
Chandler'; 'todd_kaplan@ml.com'; 'michael_ogrady@ml.com';
'david_tuvlin@ml.com'; Canmann, Michael S [CIB-GBKG]
Subject: RE:
Is this what they are looking for?
2008 - down 10% from 2007 meaning 20% off Plan?
This won't help them (or anyone) at all.
We cannot solve that with covenat tweaks...
-----Original Message-----
From: Chen, Ruoxi [CIB-GBKG]
Sent: Thursday, March 29, 2007 2:44 PM
To: Kurmaniak, Rosanne [CIB-GBKG]; 'Bigelow, Chandler';
'todd_kaplan@ml.com'; 'michael_ogrady@ml.com'; 'david_tuvlin@ml.com';
Persily, Julie [CIB-GFI]; Canmann, Michael S [CIB-GBKG]
Subject: RE:
All -
Please see attached for:
(1) S&P Leverage over time slide
(2) ESOP model corresponding to the S&P Sensitivity case (w/ increase in
LIBOR)
(3) Tower Scenarios file -- we've added a tab for the S&P Sensitivity
Case illustrating how it was derived
Chandler, we will work on cleaning up the Tower ESOP model to be in the
same format as the previous one sent to the rating agencies but wanted
to send what we had now in the interest of time.
Let me know if you'd like me to make any further adjustments or if you
have any questions.
Best regards,
Ruoxi

_____
Ruoxi Chen
Citigroup | Investment Banking Division
Communications Group
388 Greenwich St., 37th Floor
New York, NY 10013
Tel:    (212) 816 - 6104
Fax:    (646) 291 - 3477
Cell:   (706) 207 - 7962
ruoxi.chen@citigroup.com




-----Original Message-----
From: Kurmaniak, Rosanne [CIB-GBKG]
Sent: Thursday, March 29, 2007 2:08 PM
To: 'Bigelow, Chandler'; todd_kaplan@ml.com; michael_ogrady@ml.com;
david_tuvlin@ml.com; Persily, Julie [CIB-GFI]; Canmann, Michael S
[CIB-GBKG]
Cc: Chen, Ruoxi [CIB-GBKG]
Subject: RE:
The S&P Case will be sent shortly by Ruoxi to this distribution.
-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Thursday, March 29, 2007 2:04 PM
To: Kurmaniak, Rosanne [CIB-GBKG]; todd_kaplan@ml.com;
michael_ogrady@ml.com; david_tuvlin@ml.com; Persily, Julie [CIB-GFI];
Canmann, Michael S [CIB-GBKG]
Subject: FW:
Any update?
-----Original Message-----
From: Tuvlin, David (IBK-NY) [mailto:david_tuvlin@ml.com]
```

CONFIDENTIAL
CITI-TRIB-CC 00048052

```
Sent: Thursday, March 29, 2007 10:33 AM
To: Bigelow, Chandler
Subject: RE:
Once we see the s&p case and the sensitivity to the interest rates, we
should discuss hedging policy.  Perhaps indicating where you will hedge
and how much can help a bit with their 150bps creep in libor.
-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Thursday, March 29, 2007 11:05 AM
To: Kurmaniak, Rosanne [CIB-GBKG]; Kaplan, Todd (GMI Leveraged Finance);
O'Grady, Michael G. (IBK - CHI); Tuvlin, David (IBK-NY);
julie.persily@citigroup.com; michael.s.canmann@citigroup.com
Subject: RE:


As I mentioned to Dave and Julie there is a small chance we can get S&P
to drop their negative outlook - it's small.  We should get our hopes up
yet.
I ask Dave/Julie to run a scenario which we need to review and then get
back in the hands of S&P asap.
In addition to that top priority, before Nils and I consider the most
recent "ask", we need to see how it impacts the model vs. covenants in
the out years, especially under our operating plan sensitivity cases.
Getting this analysis is critical to agreeing to the papers.  To be
specific, I think what Dennis/Don need to see is:
I. Fully flexed and fully capped financing under the 3 operating plan
cases II. Take the fully flexed and fully capped financing under the 3
operating plan cases and then add 1/2 is swapped and then 1/2 is
floating and the floating rate increases 100 bps and 200 bps over the 5
years.
Sorry for all the late scrambling here, many, many thanks.
CB


-----Original Message-----
From: Kurmaniak, Rosanne [CIB-GBKG]
[mailto:rosanne.kurmaniak@citigroup.com]
Sent: Thursday, March 29, 2007 8:27 AM
To: Bigelow, Chandler; todd_kaplan@ml.com; michael_ogrady@ml.com;
david_tuvlin@ml.com
Subject: Re:
Let us know what you'd like to run.



-----Original Message-----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: Kaplan, Todd (GMI Leveraged Finance) <todd_kaplan@ml.com>; O'Grady,
Michael G. (IBK - CHI) <michael_ogrady@ml.com>; Tuvlin, David (IBK-NY)
<david_tuvlin@ml.com>
CC: Kurmaniak, Rosanne [CIB-GBKG]
Sent: Thu Mar 29 09:19:59 2007
Subject: RE:
Thanks.  I guess it also makes sense to show these fully-flexed
scenarios assuming we swap half to fixed now and that rates move 100 and
200 bps against us.  Rosie has already done some of these sensitivities
so please work with her on this.  Many thanks, Chandler

-----Original Message-----
From: Kaplan, Todd (GMI Leveraged Finance) [mailto:todd_kaplan@ml.com]
Sent: Thursday, March 29, 2007 7:33 AM
To: Bigelow, Chandler; O'Grady, Michael G. (IBK - CHI); Tuvlin, David
(IBK-NY)
Subject: Re:


I agree
We'll get that together
```

Todd Kaplan
Senior Vice President
Chairman of Global Leveraged Finance
(312) 869-6213
todd_kaplan@ml.com


-----Original Message-----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: Kaplan, Todd (GMI Leveraged Finance); O'Grady, Michael G. (IBK - CHI); Tuvlin, David (IBK-NY)
Sent: Thu Mar 29 08:25:07 2007
Subject:
Seems to me that we need to see our financial model under a fully flexed scenario - both management case and sensitivity case and compare these scenarios to the proposed covenant package similar to the deck you walked Dennis/Don through on Wednesday.  I think the Special Committee will ask this question tomorrow.

_____
If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click <http://www.ml.com/email_terms/>  here for important additional terms relating to this e-mail.
http://www.ml.com/email_terms/
_____

CONFIDENTIAL

CITI-TRIB-CC 00048054