| | |
|---|---|
| **From:** | Canmann, Michael S [CIB-GBKG] |
| **Sent:** | Monday, April 02, 2007 09:11 PM |
| **To:** | Mohr, Christina [CIB-GBKG] |
| **Subject:** | RE: I have thought about this |
| **Importance:** | Low |

Nils called again
Let me call him and then we should call donnie and chandler


Michael S. Canmann
Managing Director
Investment Banking
Citigroup Global Markets Inc.
8700 Sears Tower
Chicago, IL 60606
Tel (312) 876 - 8830
Fax (312) 281 - 9059
michael.s.canmann@citigroup.com
-----Original Message-----
From: Mohr, Christina [CIB-GBKG]
Sent: Monday, April 02, 2007 4:08 PM
To: Canmann, Michael S [CIB-GBKG]
Subject: Re: I have thought about this
The answer is no. We will not do it. If they want to bring in BofA, everyone goes down.
-----Original Message-----
From: Canmann, Michael S [CIB-GBKG]
To: Mohr, Christina [CIB-GBKG]
Sent: Mon Apr 02 16:05:36 2007
Subject: RE: I have thought about this
Agree julie agrees
The nils call was pathetic he had no rationale.


Michael S. Canmann
Managing Director
Investment Banking
Citigroup Global Markets Inc.
8700 Sears Tower
Chicago, IL 60606
Tel (312) 876 - 8830
Fax (312) 281 - 9059
michael.s.canmann@citigroup.com
-----Original Message-----
From: Mohr, Christina [CIB-GBKG]
Sent: Monday, April 02, 2007 4:02 PM
To: Canmann, Michael S [CIB-GBKG]
Subject: I have thought about this
I am mad as can be. There is NO way we should back down. This is not a one way option on our money

CONFIDENTIAL

CITI-TRIB-CC 00039732