

# Memorandum

| | |
|---|---|
| **Date:** | July 30, 2007 |
| **To:** | Charles Prince |
| **From:** | Louis Susman |
| **CC:** | Michael Schell, Michael Canmann, Christina Mohr |
| **Subject:** | Background Memo on Sam Zell |

## PROFILE

- **Personal:** Born in Chicago in 1941 to Jewish immigrant parents from Poland who fled the country just before the Nazi invasion in 1939. Currently married with three children and was twice divorced. Estimated Net Worth of $4.5 billion
- **Education:** Received his BA (1963) from the University of Michigan, where he was a member of the Alpha Epsilon Pi fraternity. Also received his JD (1966) from the University of Michigan Law School
- **Interests:** Zell is an avid skier, racquetball player and enjoys riding motorcycles. Founded bikers club called "Zell's Angels"

## CITI RELATIONSHIP OVERVIEW

- Purpose of the meeting is to begin fostering a CEO level relationship between Sam Zell and Citi. Our most recent experience with Sam stems from Citi's role as financial advisor to Tribune in its recent sales process. As part of this process the acquisition financing was to be provided by JPMorgan, Merrill Lynch and Citi. Late in the process Sam requested that Bank of America be added to the lead group, and Citi ultimately agreed in order to lay the groundwork for relationship building going forward. As this had the effect of reducing our fees in the deal from 33% down to 25%, or approximately $7 million, Sam told us that he owes us one in the future. Citi's total M&A and financing fees in the transaction are approximately $42 million
- Citi's Tribune team is led by Michael Schell, Michael Canmann, and Christina Mohr in M&A. Following the announcement of the deal, the team has maintained and active dialogue with Sam Zell and his organization including numerous follow-up meetings on divestitures and the Cubs sale (which was subsequently awarded to JPMorgan, Sam's long-time advisor)
- Sam's real estate companies are covered by Paul Ingrassia. Citi has not played a role in past real estate transactions.
- Richard Blackett in ECM also maintains a relationship with EIP, a private international equity investment fund of which Sam is a lead investor. Citi has completed 4 book-run equity deals for the fund including one this week in which Citi bought an $80 million block of Homex shares from EIP at a 3% discount despite volatile markets in both the U.S. and Mexico. This was the culmination of over 6 months of work and was a highly structured deal requiring both capital and extensive coordination between Accival and Citi on the trading, settlement and f/x fronts. Citi anticipates two additional trades for Homex over the next 6 to 9 months. Citi also recently advanced a significant loan to EIP's Brazilian real estate subsidiary, BR Malls, and anticipates being a book-runner on a secondary offering for that in October

## INVESTMENT VEHICLES

- Equity Group Investments, LLC, founded in 1968 with an old fraternity brother, Robert Lurie (d. 1990)
    - Originally started as an investment group that bought distressed properties
    - Manages Zell's REIT investments which until recently also included Equity Office Properties
    - Zell is the Chairman of this Group, and Donald J. Liebentritt is the President
- Equity International, founded in 1999, with Gary Garrabrant[1]

---

[1] Prior to joining Equity International, Garrabrant co-founded and led Genesis Realty Capital Management, a real estate securities investment management firm based in New York. Mr. Garrabrant was a senior real estate investment banker with Chemical Bank followed by The Bankers Trust Company from 1981 to 1994.

CONFIDENTIAL                                                                                                                                          CITI-TRIB-CC 00073732



- o Private equity firm which invests in real estate-related operating companies outside of the US
- o Invested in 12 operating platforms across the globe and the real estate spectrum
    - Active real estate investors in Mexico, having invested in four companies in the country to date
    - Multiple investments in Brazil as well – considered to be a key growth country by the firm
    - Recent platform investments in Chile, China and Egypt
- o Zell is the Chairman of Equity International, and Gary Garrabrant is the CEO

## DIRECT INVESTMENTS

- Anixter (14.2%), a value-add provider of integrated networking and cabling solutions that support business information and network infrastructure requirements; Market cap $2.97 billion
- Capital Trust (Less than 1%), a specialized real estate finance company; Market cap $631 million
- Covanta Holding Corp. (15.1%), an international leader in converting waste to energy; Market cap $3.92 billion
- Equity Lifestyle Properties (14.9%), an equity real estate investment trust that owns and operates manufactured home communities; Market cap $1.23 billion
- Equity Residential Properties Trust (3.4%), the largest apartment real estate investment trust (REIT) in the US; Market cap $13.46 billion
- Equity Office Properties Trust (Sold), all outstanding shares were acquired by Blackstone Real Estate Partners in February 2007 for $55.50/share with a total deal value of $39 billion. Acquirer advised by Bank of America, Bear Stearns, Blackstone Group, Citi, Deutsche Bank, Goldman Sachs and Morgan Stanley. Target advised by Merrill Lynch

## TRIBUNE TRANSACTION OVERVIEW

- Tribune announced on April 2, 2007 that the company would take itself private for $34 a share with financing from Sam Zell and a newly-created Employee Stock Ownership Plan (ESOP). The deal takes Tribune private in two stages
- The first stage was a tender offer of $34 per share for approximately 126 million shares, or about 53% of the Tribune shares outstanding prior to the tender. That tender was completed on May 24 and was financed with $7 billion of new debt ($2.8 billion of which was used to refinance existing debt) and a $250 million cash infusion from Sam Zell (in the form of a $50 million stock purchase at $34 a share and an exchangeable note)
- The company also announced in the second quarter plans to sell the Chicago Cubs and Tribune's 25% interest in Comcast SportsNet Chicago, with the sale likely to be completed in the fourth quarter
- Remaining shares of the company are scheduled to be purchased in a second tender in the fourth quarter, financed with additional debt of $4.2 billion. Zell will make an additional investment of $65 million in connection with the merger, bringing his total investment in Tribune to $315 million
- Upon completion, the company will be privately held, with the ESOP holding all of Tribune's then-outstanding common stock and Zell holding a subordinated note and a warrant entitling him to acquire 40 percent of Tribune's common stock
- Citi and Merrill Lynch acted as financial advisors to Tribune and its Board of Directors. Tribune has financing commitments from JPMorgan, Merrill Lynch, Citi and Bank of America to fund the transactions

## TRIBUNE TRANSACTION UPDATE

- While Tribune's operating performance has continued to deteriorate amidst a worsening market for newspaper advertising, the lenders in the deal have commitments in place for financing the second step of the transaction
- The two pieces to the second step financing are a $2.1 billion incremental term loan and a $2.1 billion senior bridge facility, which the lenders anticipate syndicating as senior unsecured notes. The commitment letter essentially locks in financing to complete the deal unless trailing adjusted EBITDA is low enough to fail a leverage test of 9x guaranteed debt / adjusted EBITDA

CONFIDENTIAL
CITI-TRIB-CC 00073733



- Tribune's stock is currently trading at $28.00 (as of July 27, 2007) vs. an offer price of $34 per share. The transaction is expected to receive necessary FCC approvals and close in the 4th quarter. After close, the Company intends to make its S-Corp election for 2008

## RECENT MEETING SUMMARY

- On July 25 Michael Canmann, Christina Mohr and Michael Schell met with Sam and Nils Larsen to discuss strategic transactions for Tribune as well as review the overall plans for the remaining $4 billion in financing in light of the current market conditions
- Sam understands the current state of the market and remains committed to closing the transaction. He said he has a long history of working with his banks and investors and he personally committed to getting the debt sold
- As far as strategic transactions, the potential sale of WGN has the greatest positive impact in terms of deleveraging. Sam's view is that these transactions have to be carefully considered in light of the pending FCC approval. Sam has spent a great deal of personal time in Washington to help facilitate the approval process

## PHILANTHROPY & OTHER ACTIVITIES

- Serves on the following advisory boards:
    - The President's Advisory Board at the University of Michigan
    - The Visitor's Committee at the University of Michigan Law School
    - JPMorgan National Advisory Board
    - Eurohypo International Advisory Board
- Has endowed and/or helped establish:
    - The Samuel Zell and Robert Lurie Real Estate Center at Wharton
    - Zell Center for Risk Research at the Kellogg School of Management
    - Samuel Zell and Robert Lurie Institute for Entrepreneurial Studies at the University of Michigan

## BOARD MEMBERSHIPS

| Company | Title | Years on Board |
|---|---|---|
| American Classic Voyages Co. | Chairman | 1980-Present |
| Anixter International Inc. (NYSE:AXE) | Chairman | 1984-Present |
| Anixter Pentacon, Inc. | Chairman | 1984-Present |
| Anixter, Inc. | Chairman | 1984-Present |
| Broadway Stores, Inc. | Chairman | 1992-Present |
| Capital Trust, Inc. (NYSE:CT) | Chairman | 1997-Present |
| Covanta Holding Corporation (NYSE:CVA) | Chairman | 1999-Present |
| Equity Lifestyles Properties Inc. (NYSE:MHC) | Chairman | 1995-Present |
| Equity Residential (NYSE:EQR) | Chairman | 1993-Present |
| ERP Operating LP | Chairman | 1993-Present |
| Fred Meyer, Inc. | Director | 1998-Present |
| Great American Mgt./Inv. | Chairman | 1980-Present |
| Jacor Communications, Inc. | Chairman | 1993-Present |
| Quality Food Centers, Inc | Director | 1995-Present |
| The Tribune Company | Director | 2007-Present |

CONFIDENTIAL

CITI-TRIB-CC 00073734



CONFIDENTIAL                                                                                                                  CITI-TRIB-CC 00073735