| | |
|---|---|
| **From:** | Kurmaniak, Rosanne [CMB-GBKG] |
| **Sent:** | Monday, May 07, 2007 09:18 PM |
| **To:** | O'Grady, Michael G. (IBK - CHI); Bigelow, Chandler; Kazan, Daniel G |
| **Subject:** | RE: EBITDA Numbers |
| **Importance:** | Low |

Also wanted to note one observation - it appears that their Sensitivity Case falls somewhere in between the Mgmt. Case and the Down 2% Case. We calc'd the Mgmt Case OCF to have a 1.7% '07 -'12 CAGR and the Down 2% Case OCF to have a (3.6)% '07 - '12 CAGR.  The VCR Case OCF appears to be (2.0)% '07 - '12 CAGR.  Not recommending that any action be taken on this, just wanted to give some perspective on where their case fell out relative to others.

-----Original Message-----
From: Kurmaniak, Rosanne [CMB-GBKG]
Sent: Monday, May 07, 2007 5:12 PM
To: 'O'Grady, Michael G. (IBK - CHI)'; Bigelow, Chandler; Kazan, Daniel G
Subject: RE: EBITDA Numbers
 Attached are some other related comments.

-----Original Message-----
From: O'Grady, Michael G. (IBK - CHI) [mailto:michael_ogrady@ml.com]
Sent: Monday, May 07, 2007 4:42 PM
To: Kurmaniak, Rosanne [CMB-GBKG]; Bigelow, Chandler; Kazan, Daniel G
Subject: RE: EBITDA Numbers
As part of this we should confirm that they are just assuming cubs/cc get sold at end of 07 and are being accounted for appropriately.

-----Original Message-----
From: Kurmaniak, Rosanne [mailto:rosanne.kurmaniak@citi.com]
Sent: Monday, May 07, 2007 3:38 PM
To: Bigelow, Chandler; Kazan, Daniel G
Cc: O'Grady, Michael G. (IBK - CHI)
Subject: EBITDA Numbers

Can VRC provide you with some backup for the EBITDA and EBITDA + Cash Flow From Equity Investments numbers on page 9?  I'm worried that they are mixing some numbers up.  The attached is a reconciliation (just did this one by hand for speed) of what's in our models vs. their assumptions.  It appears that for LTM, we're not sure what they're doing, in 2007 they are including Cubs/Comcast and 2008 excluding Cubs/Comcast.

--------------------------------------------------------
If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click here for important additional terms relating to this e-mail.      http://www.ml.com/email_terms/
--------------------------------------------------------

CONFIDENTIAL
CITI-TRIB-CC 00107099