| | |
|---|---|
| **From:** | Kurmaniak, Rosanne [CMB-GBKG] |
| **Sent:** | Tuesday, May 15, 2007 02:25 AM |
| **To:** | cbigelow@tribune.com |
| **Subject:** | Re: Update |
| **Importance:** | Low |

It is improved but not as much as the full cash flow pick up given the loss of ebitda.

-----Original Message-----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: Kurmaniak, Rosanne [CMB-GBKG]
Sent: Mon May 14 21:31:22 2007
Subject: Re: Update
Also, just to be clear, the guaranteed debt to EBITDA ratio is markedly improved in the new scenario, correct?
----- Original Message -----
From: Kurmaniak, Rosanne  <rosanne.kurmaniak@citi.com>
To: Bigelow, Chandler
Sent: Mon May 14 20:19:22 2007
Subject: RE: Update
OK.  Did you want us to send the S&P model separately so that you can forward from the road, or you'll have someone from your team do that?  Interestingly, we did a cumulative (2008-2017) impact to FCF analysis and the net change of all the changes was abt $350mm of FCF over the 10 year period.  The $22mm of incremental lease expense, increase of 50bps in the TLB (the $5.5bn) and loss of EBITDA from asset sales largely offset the cash flow generated to pay down debt and resulting interest expense savings; but, I presume that S&P is focused on the near-term repayment of the Term Loan X (which is easily done with the asset/real estate proceeds).
-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Monday, May 14, 2007 9:10 PM
To: Kurmaniak, Rosanne [CMB-GBKG]
Subject: Re: Update
Thanks.  I am out of the office and on the road tomorrow.  Will not be able to review the final version, but the one I saw this afternoon looked fine. Many thanks, Chandler
----- Original Message -----
From: Kurmaniak, Rosanne  <rosanne.kurmaniak@citi.com>
To: Bigelow, Chandler
Cc: Apostolides, John T  <john.t.apostolides@citi.com>; Chen, Ruoxi <ruoxi.chen@citi.com>; Scardigli, Michael  <michael.scardigli@citi.com>; Mowery-Bell, Christopher  <christopher.mowerybell@citi.com>
Sent: Mon May 14 19:51:36 2007
Subject: Update
Chandler -
We just finished reviewing together the last of the analyses re: this morning's model changes to send to you this evening.  So, notwithstanding any changes you may have, team will send tonight a re-send of the model (no substantive changes since this afternoon's distribution), a before vs. after reconciliation of how all of the changes have impacted the free cash flow, the standard debt paydown slide (revised for the changes) and then a paired down version of the model, per your request to John, for S&P.  Team is around tonight for any comments you may have as well, but is pressing forward on sending all of the above to you tonight.
Best, Rosie

CONFIDENTIAL                                                                                                        CITI-TRIB-CC 00116042