| | |
|---|---|
| **From:** | Mohr, Christina [CMB-GBKG] |
| **Sent:** | Monday, May 14, 2007 03:47 PM |
| **To:** | Kurmaniak, Rosanne [CMB-GBKG] |
| **Subject:** | Re: Tribune/Cubs |
| **Importance:** | Low |

```
As my political sensitivity is low, it must be highly political for me to recognize it as such
-----Original Message-----
From: Kurmaniak, Rosanne [CMB-GBKG]
To: Mohr, Christina [CMB-GBKG]
Sent: Mon May 14 10:43:56 2007
Subject: RE: Tribune/Cubs
Highly political issues - can't wait for that.
-----Original Message-----
From: Mohr, Christina [CMB-GBKG]
Sent: Monday, May 14, 2007 11:37 AM
To: Kurmaniak, Rosanne [CMB-GBKG]
Subject: Re: Tribune/Cubs
No, we do not have a different team. Bryan has been added as he has been asked to focus on sports.
Sports is a highly political issue for reasons I will explain in person
-----Original Message-----
From: Kurmaniak, Rosanne [CMB-GBKG]
To: Mohr, Christina [CMB-GBKG]
Sent: Mon May 14 10:32:49 2007
Subject: RE: Tribune/Cubs
I was just following up, but if you'd decided on a different team, just let me know.
-----Original Message-----
From: Mohr, Christina [CMB-GBKG]
Sent: Monday, May 14, 2007 11:17 AM
To: Kurmaniak, Rosanne [CMB-GBKG]; Canmann, Michael S [CMB-GBKG]
Cc: Yurko, Mark [CMB-GBKG]
Subject: Re: Tribune/Cubs
Next Monday.  Internal call this afternoon. Check with Bryan for info
-----Original Message-----
From: Kurmaniak, Rosanne [CMB-GBKG]
To: Canmann, Michael S [CMB-GBKG]; Mohr, Christina [CMB-GBKG]
CC: Yurko, Mark [CMB-GBKG]
Sent: Mon May 14 10:00:18 2007
Subject: RE: Tribune/Cubs
Was a meeting ever set on this?  Do we need to be starting anything?
-----Original Message-----
From: Canmann, Michael S [CMB-GBKG]
Sent: Friday, May 11, 2007 7:51 AM
To: Mohr, Christina [CMB-GBKG]; Canmann, Michael S [CMB-GBKG]; Susman, Louis B [CMB-GBKG]; Schell, J Michael [CMB-GBKG]
Cc: Kurmaniak, Rosanne [CMB-GBKG]; Yurko, Mark [CMB-GBKG]
Subject: Re: Tribune/Cubs
I will call Crane.
Good luck.
-----Original Message-----
From: Mohr, Christina [CMB-GBKG]
To: Canmann, Michael S [CMB-GBKG]; Susman, Louis B [CMB-GBKG]; Schell, J Michael [CMB-GBKG]
CC: Kurmaniak, Rosanne [CMB-GBKG]; Yurko, Mark [CMB-GBKG]
Sent: Fri May 11 07:46:05 2007
Subject: Re: Tribune/Cubs
Rosie and I are on a construction project this morning in NO (no laughing allowed). So, please go
ahead and call Crane this morning. I will catch up with him later today as we head to the airport.
-----Original Message-----
From: Canmann, Michael S [CMB-GBKG]
To: Susman, Louis B [CMB-GBKG]; Schell, J Michael [CMB-GBKG]; Mohr, Christina [CMB-GBKG]
CC: Kurmaniak, Rosanne [CMB-GBKG]; Yurko, Mark [CMB-GBKG]
Sent: Thu May 10 22:11:22 2007
Subject: Tribune/Cubs
Follow up to our call with Don.
I saw Chandler this evening and he confirmed that he will be going with Tom and Crane next week to
NYC and one thing they will be doing is meeting with banks regarding the Cubs. They are meeting with
```

CONFIDENTIAL

CITI-TRIB-CC 00024661

Allen, BofA and JPM. He said that this was a result of incoming calls and we should call Crane to arrange a meeting.
I suggest that Christina and I call Crane first thing and then Lou can call Sam.
Also everyone should be aware that the bank syndication is struggling. There is some talk of having to flex again.
We will get specifics on the bank deal in the morning.

CONFIDENTIAL

CITI-TRIB-CC 00024662