| | |
|---|---|
| **To:** | Apostolides, John T [CMB-GBKG][]; Canmann, Michael S [CMB-GBKG][]; Yurko, Mark [CMB-GBKG][]; Mohr, Christina [CMB-GBKG][]; Kurmaniak, Rosanne [CMB-GBKG][]; |
| **Subject:** | Re: Tribune boosts stage 2 talk, leaves initial deal at L+250 |
| **Sent:** | Tue 5/8/2007 8:16:12 PM |
| **From:** | Canmann, Michael S [CMB-GBKG] |
| **Flag Status:** | 0x00000000 |
| **Importance:** | Low |

Some talk of having to do this. Didn't hear that company had agreed but the must have. Understanding is a little push back in the market overall and on this we knew it was tight relative to its size. Supposedly they actually got 350 of the bridge sold.


-----Original Message-----
From: Apostolides, John T [CMB-GBKG]
To: Canmann, Michael S [CMB-GBKG]; Yurko, Mark [CMB-GBKG]
Sent: Tue May 08 13:32:09 2007
Subject: FW: Tribune boosts stage 2 talk, leaves initial deal at L+250

Not sure if either of you saw this, but figured I'd pass it along.

John

  <http://www.lcdcomps.com/images/lcd64.gif>

Tribune boosts stage 2 talk, leaves initial deal at L+250



New York, May 8 (LCD) - J.P. Morgan, Merrill Lynch, Citigroup and Bank of America this morning boosted price talk on the second stage of their financing for Tribune Co. while leaving stage one price talk at L+250, sources said.

During stage two, price talk will increase to L+275-300 across the entire deal.

The deal is gaining momentum ahead of Thursday's deadline, according to sources, who said investors were looking for extra juice as ratings are expected to fall to B/B2 at stage two. Corporate ratings are BB-/Ba3 at stage one. The financing backs the $8.2 billion purchase of the Tribune Co. by Chicago real-estate magnate Sam Zell.

The stage one financing includes a roughly $7.015 billion, seven-year institutional term loan and a $263 million delayed-draw term loan that will be sold as a strip, along with a $750 million, six-year revolving credit, sources said. The delayed-draw tranche would refinance notes that mature in 2008. Stage two calls for a $2.105 billion incremental term loan and a $2.1 billion senior unsecured bond bridge. The incremental term loan is not being syndicated now.

Standard & Poor's rated the new loans BB-, with a 2 recovery rating. The issuer also is rated BB-. Moody's yesterday downgraded Tribune Co. to Ba3 and rated the new loans Ba2. Zell's offer proposes $34 per share. Zell is contributing a total of $315 million.

In the first stage, Tribune said it will raise $7 billion of new debt. Of that amount, $4.2 billion will back the tender for about 126 million shares. The remaining $2.8 billion will refinance existing loans. This phase includes a $250 million investment from Zell and is scheduled for completion this quarter.

In the second stage, Tribune will raise an additional $4.2 billion of debt that will buy remaining outstanding shares of the company. Zell will contribute $65 million. The company generates roughly $1.4 billion of EBITDA off revenue of $5.4 billion. Tribune's existing publicly-traded bonds are expected to remain outstanding.

As part of the purchase, Tribune, which publishes the Los Angeles Times and the Chicago Tribune, will sell its Chicago Cubs professional baseball team after the 2007 season, as well as its 25% stake in Comcast SportsNet Chicago. Tribune said it expects to sell the Cubs by the fourth quarter of 2007, subject to the approval of Major League Baseball. Proceeds will pay down debt. - Chris Donnelly/Kelly Thompson

chris_donnelly@standardandpoors.com <mailto:chris_donnelly@standardandpoors.com?subject=Tribune boosts stage 2 talk, leaves initial deal at L+250>

Tribune Co: Most-recent Comps
CBD Investor (5/07)      188.00M        News <http://www.lcdcomps.com/lcdnews/news.pl?rid=20377>    Deal Dossier

CONFIDENTIAL                                                                                                                                    CITI-TRIB-CC 00034991

```
<http://www.lcdcomps.com/lcdnews/NewsApp.pl?rm=udr&trans_id=57275>
GateHouse Media (Add-on Cov-Lite 5/07)      275.00M         News
<http://www.lcdcomps.com/lcdnews/news.pl?rid=19752>         Deal Dossier
<http://www.lcdcomps.com/lcdnews/NewsApp.pl?rm=udr&trans_id=58107>
White Birch Paper (5/07)            425.00M         News
<http://www.lcdcomps.com/lcdnews/news.pl?rid=18520>         Deal Dossier
<http://www.lcdcomps.com/lcdnews/NewsApp.pl?rm=udr&trans_id=57968>
White Birch Paper (2nd Lien 5/07)   125.00M         News
<http://www.lcdcomps.com/lcdnews/news.pl?rid=18520>         Deal Dossier
<http://www.lcdcomps.com/lcdnews/NewsApp.pl?rm=udr&trans_id=58281>
American Reprographics (Add-on 5/07)  50.00M        News
<http://www.lcdcomps.com/lcdnews/news.pl?rid=3187>   Deal Dossier
<http://www.lcdcomps.com/lcdnews/NewsApp.pl?rm=udr&trans_id=58002>
```

---

This story, and other Standard & Poor's LCD news, analysis and data covering the leveraged and secondary loan markets, as well as high-yield bonds, is available on www.lcdcomps.com. For more information or to subscribe to LCD News contact Marc Auerbach <mailto:marc_auerbach@standardandpoors.com> at 001-212-438-2703. Info: www.lcdcomps.com

-- Copyright 2007 Standard & Poor's, a division of The McGraw-Hill Companies, Inc.

-- Retransmission of this information -- via email or photocopy is prohibited without written consent of The McGraw-Hill Companies, Inc. The opinions expressed in this commentary are solely those of Standard & Poor's LCD, a business unit of Standard & Poor's that is separate and distinct from its rating operation. These opinions and data are based on information from sources believed to be accurate and reliable. Standard & Poor's LCD does not have access to non-public information obtained by our credit rating analysts who treat all non-public information provided by issuers during the credit rating process as confidential. Standard & Poor's credit rating analysts do not disclose this information to Standard & Poor's LCD or to any other employees or divisions of Standard & Poor's.

  Printer Version <http://www.lcdcomps.com/images/printer.gif>  Printer
<http://www.lcdcomps.com/lcdnews/news.pl?tid=prt&newsid=5087103> Friendly Format

     Related Links
  Related  <http://www.lcdcomps.com/lcdnews/link.pl?lid=N0014205360805> News Story
  Issuer/Deal  <http://www.lcdcomps.com/lcdnews/link.pl?lid=I0014579890805> Data
  Related  <http://www.lcdcomps.com/lcdnews/link.pl?lid=D0014205360805> Deals
  Industrial  <http://www.lcdcomps.com/lcdnews/link.pl?lid=C0014205360805> CreditStats

  Latest LCD News Stories

  • (EUR)  <http://www.lcdcomps.com/lcdnews/news.pl?tid=news_all&newsid=5087606> CMA CGM launches €370M senior note offering (05/08/07)
  • (EUR)  <http://www.lcdcomps.com/lcdnews/news.pl?tid=news_all&newsid=5087605> ProSiebenSat.1 Media launches €7.9B LBO/refi (05/08/07)
  • AK  <http://www.lcdcomps.com/lcdnews/news.pl?tid=news_all&newsid=5087703> Steel bonds rise on M&A chatter amid steady HY mart (05/08/07)
  • (EUR)  <http://www.lcdcomps.com/lcdnews/news.pl?tid=news_all&newsid=5087501> Mezz volume in April falls to '07 low of €651M (05/08/07)
  • Tandus  <http://www.lcdcomps.com/lcdnews/news.pl?tid=news_all&newsid=5087451> TL breaks atop par (05/08/07)
  • (EUR)  <http://www.lcdcomps.com/lcdnews/news.pl?tid=news_all&newsid=5087202> SGL

CONFIDENTIAL

CITI-TRIB-CC 00034992

Carbon preps €175M FRN offering; pricing Friday (05/08/07)

LCD News Site Logon <http://www.lcdcomps.com/lcdnews/news.pl>

Retrieve Your <http://www.lcdcomps.com/lcdforgot.htm> Password

_____

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click here <http://www.ml.com/email_terms/> for important additional terms relating to this e-mail.
http://www.ml.com/email_terms/

_____

CONFIDENTIAL

CITI-TRIB-CC 00034993