

*TRIBUNE*
COMMITMENT COMMITTEE APPROVAL MEMORANDUM

# Leveraged Finance Final Approval Memorandum - UPDATE

**DATE:** May 17, 2007

**DEAL:** Tribune

**TRANSACTION:**

**$12,233 million two-step dividend financing package consisting of:**
- $750 million Revolving Credit Facility
- $5,515 million Term Loan B
- $1,500 million Term Loan X
- $263 million Delayed Draw Term Loan B
- $2,105 million Incremental Term Loan B
- $2,100 million Senior Bridge Loan Facility to Senior Notes Takeout

**TO:**

| Approver | Title |
|---|---|
| Patrick Ryan | CIB Credit Risk |
| Randy Barker | Senior Business Head |
| Chad Leat | Head of Global Credit Markets |
| Richard Trask | Level 1 SCO, Bridge Approver |
| Richard Zogheb | Business Head |
| Julie Persily | Sponsoring Officer, SCO |
| Judith Fishlow-Minter | 1st SSO |
| Jeffrey Knowles | 2nd SSO |

**CC:**
John Purcell
Vinny Lima
Lee Olive
Blake Gronich

**FROM:**

| IBD | M&A | Leveraged Finance | GRB |
|---|---|---|---|
| Michael Canmann | Michael Schell | Julie Persily | Julio Ojea-Quintana |
| Mark Yurko | Christina Mohr | Tim Dilworth | Eric Davis |
| John Apostolides | Rosanne Kurmaniak | Kathy Chang | Ben Erdel |
| Ruoxi Chen | Isaac Tak | | |
| Chris Mowery-Bell | Michael Scardigli | | |



*TRIBUNE*
**COMMITMENT COMMITTEE APPROVAL MEMORANDUM**

| | APPROVAL SUMMARY OF TERMS<br>*Tribune_Z*<br>*May 16, 2007* |
|---|---|
| *Sponsoring Officer:* | Julie Persily (x5-6671) |
| *Company:* | Tribune Company ("Tribune" or the "Company") is a media industry leader in the United States, operating businesses in publishing and broadcasting. It reached more than 80% of U.S. households and is the only media organization with newspapers, television stations and websites in the nation's top three markets. In Publishing, Tribune operates 11 leading daily newspapers including the Los Angeles Times, Chicago Tribune and Newsday, plus a wide range of targeted publications. The Company's Broadcasting group operates 23 television stations (as of December 31, 2006), Superstation WGN on national cable, Chicago's WGN-AM and the Chicago Cubs baseball team. Popular news and information websites complement Tribune's print and broadcast properties and extend the Company's nationwide audience. Insiders control approximately 23% of Tribune shares with the Chandler family the largest single insider (12% of outstanding shares). |
| *Sponsors:* | Equity Group Investments ("EGI" or the "Sponsor") is a privately-held investment company founded by Sam Zell (and the late Robert Lurie) in 1968. Headquartered in Chicago, Sam Zell and the Equity Group have established an outstanding reputation as an opportunistic investor, financier, builder and operator of industry-leading companies. Utilizing a highly opportunistic approach, the Equity Group's portfolio encompasses public companies, private companies and partnerships, in both domestic and international markets. The Equity Group currently utilizes proprietary capital, often in partnership with private and institutional investors. The Equity Group organized the $1 billion Zell/Chilmark Fund in 1990, which invested in companies such as Jacor Communications (sold to Clear Channel Communications), Revco Drugs (merged with CVS Corporation) and Quality Food Centers (sold to The Kroger Company). |
| *Transaction Overview:* | Tribune announced its intentions in September 2006 to evaluate strategic alternatives for the Company to create additional value for shareholders. On April 2, 2007, Tribune announced the completion of its strategic review process and the signing of an agreement to take the company private via a newly-formed Employee Stock Ownership Plan (ESOP) and an investment by Sam Zell. Current Tribune shareholders will receive $34.00 / share in cash in the transaction. The tender offer will take place in two steps: In Q2 2007, the Company will repurchase $4.3 billion of shares and at the end of 2007, will repurchase the remain $4.3 billion of shares. As part of this transaction, Tribune will also make an S-corporation election for 2008 (and therefore pay no corporate level federal tax).<br><br>The first stage to occur in Q2 2007 will include the following steps: (i) Tribune will enter into an acquisition agreement with a limited liability holding company owned by Zell ("Zell LLC"), (ii) Zell LLC will invest $250 million in cash in exchange for $50 million of common equity and a $200 million 5% PIK exchangeable subordinated note, (iii) Tribune will form a new employee stock ownership plan ("ESOP") which will purchase new common equity funded by a $250 million loan from Tribune, (iv) Tribune will raise $7.015 billion of debt of which $2.8 billion will be used to refinance existing debt and $4.3 billion will be used for a share repurchase for a $34 per share distribution to shareholders (excluding ESOP and Zell LLC).<br><br>Upon receipt of the shareholder and other necessary approvals, expected in Q4 2007, the second stage of the financing will occur and include the following steps: (i) Tribune will raise $4.2 billion of debt which will be used to pay the remaining public shareholders $34 per share, (ii) Zell LLC will purchase a subordinated note and warrant for $315 million, (iii) Tribune will make an election to be treated as an S Corporation ("S Corp") under the Internal Revenue Code that will shield Tribune from paying any income tax.<br><br>In the ultimate ownership structure, the ESOP will own 100% of Tribune and the Zell LLC will own 40% (on a fully diluted basis) upon exercise of the warrant described in stage 2. Upon close of the transaction, the Company will have a nine-member board of directors to be comprised of primarily independent directors with Sam Zell as the Chairman. The Company will reduce annual cash costs by approximately $80 million due to ESOP structure and cost reductions. Additionally, the Company will not pay corporate level federal taxes due to an S-Corp election. Pursuant to the transaction, the present value of this tax shield is estimated to be approximately $1.0 billion under the management projections. The Company has hired an outside transfer agent to analyze the expected repurchase liability of the ESOP, which are company cash outflows for retiring or other employee departures. Based on the agent's preliminary analysis, the expected repurchase liabilities are $19 million in the first five years and $193 million in following five years. This assumes an initial minimum benefit level of 5% and maximum payments.<br><br>On March 28th, we received final approval to commit to 1/3 of an initial debt financing package in Q2 2007 consisting of: (i) a $750 million revolving credit facility ("RC", with a hold position of $100 million); (ii) a $7,015 million Term Loan B ("TLB"), (iii) a $260 million delayed draw Term Loan B ("DDTLB"), (iv) a $2,125 incremental Term Loan B facility ("incremental TLB"), and (v) a $2,100 million Senior Unsecured Bridge facility ("Bridge") to be taken out with $2,100 million Senior Unsecured Notes ("Notes") prior to funding. The delayed draw portion to the Term Loan B, will be used to pay-off the Company's non-callable medium term notes which come due during 2008. |

Confidential

CITI 00008176


| | |
|---|---|
| | Due to structural changes made during syndication, we would like to seek reapproval to commit to 25% of a debt financing package consisting of (i) a $750 million revolving credit facility ("RC", with a hold position of $100 million); (ii) a $5,515 million Term Loan B ("TLB"), (iii) a $1,500 million Term Loan X ("TLX"), (iv) a $263 million delayed draw Term Loan B ("DDTLB"), (v) a $2,105 incremental Term Loan B facility ("incremental TLB"), and (vi) a $2,100 million Senior Unsecured Bridge facility ("Bridge") to be taken out with $2,100 million Senior Unsecured Notes ("Notes") prior to funding. The incremental TLB, TLX and the Notes will be used solely to finance the Zell acquisition and refinance certain existing debt.<br><br>Pro forma for the initial financing, 1st priority guaranteed, guaranteed, total leverage will be 5.0x, 5.0x, and 6.7x, respectively, 3/31/07 Adjusted EBITDA of $1,414 million.<br><br>Pro forma for the second financing, 1st priority guaranteed, guaranteed, total leverage and adjusted total leverage will be 5.9x, 7.4x, 9.0x, and 8.3x, respectively, 12/31/07E Adjusted EBITDA of $1,471 million.<br><br>Pro forma for second financing and the Sale of Cubs / Comcast, 1st priority guaranteed, guaranteed, total leverage and adjusted total leverage will be 5.7x, 7.1x, 8.8x, and 8.1x, respectively, 12/31/07E Adjusted EBITDA of $1,434 million. |
| ***Prior approved Citigroup Commitment:*** | *(in millions)*<br><br>| Facility | Facility Size | Citigroup Commitment | Hold Amount | Underwriting Amount |<br>|---|---|---|---|---|<br>| RC | $750.0 | $250.0 | $100.0 | $150.0 |<br>| TLB | 7,015.0 | 2,338.0 | 0.0 | 2,338.0 |<br>| DDTLB | 260.0 | 86.7 | 0.0 | 86.7 |<br>| Incremental TLB | 2,125.0 | 708.3 | 0.0 | 708.3 |<br>| Bridge | 2,100.0 | 700.0 | 700.0 | 0.0 |<br>| Total | 12,250.0 | 4,083.0 | 800.0 | 3,283.0 | |
| ***CURRENT: Citigroup Commitment:*** | *(in millions)*<br><br>| Facility | Facility Size | Citigroup Commitment | Hold Amount | Underwriting Amount |<br>|---|---|---|---|---|<br>| RC | $750.0 | $187.5 | $100.0 | $87.5 |<br>| TLB | 5,515.0 | 1,378.8 | 0.0 | 1,378.8 |<br>| TLX | 1,500.0 | 375.0 | 0.0 | 375.0 |<br>| DDTLB | 263.0 | 65.8 | 0.0 | 65.8 |<br>| Incremental TLB | 2,105.0 | 526.3 | 0.0 | 526.3 |<br>| Bridge | 2,100.0 | 525.0 | 525.0 | 0.0 |<br>| Total | 12,233.0 | 3,058.3 | 625.0 | 2,433.3 | |
| ***Risk Ratings:*** *(assuming 2nd step is completed)* | | Moody's | S&P | FRR | ORR |<br>|---|---|---|---|---|<br>| Senior Secured 1st Lien | B1 | B | 6 | -- |<br>| Corporate | B2 | B | -- | 6 |<br>| Notes | B3 | B- | 6- | | |
| ***Approval Terms:*** | **Senior Secured Credit Facilities**<br>*Borrower:* Tribune<br>*Facilities:* $12,233 million two-step dividend financing package consisting of:<br>• $750 million Revolving Credit Facility<br>• $5,515 million Term Loan B<br>• $1,500 million Term Loan X<br>• $263 million Delayed Draw Term Loan B<br>• $2,105 million Incremental Term Loan B<br>*Guarantors:* Each of the Borrower's existing and future direct and indirect domestic subsidiaries<br>*Security:* Stock of a newly created first tier subsidiary that will have an inter-company junior subordinated loan to the publishing operating subsidiaries as its only assets<br>*Tenor:* RC: 6 years<br>TLB: 7 years<br>TLX: 2 years<br>DDTLB: Same maturity as TLB<br>ITLB: Same maturity as TLB |

Confidential

CITI 00008177



| | | |
|---|---|---|
| | *Indicative Pricing:* | TLX: L+250 bps prior to the second step closing date, L+275 bps subsequently<br>RC, TLB, DDTLB, ITLB: L+300 bps<br>All with a one-time 25 bps step-down in the event the Zell transaction is not completed and corporate ratings upgrade to B1/B+ |
| | *Undrawn Pricing:* | RC:    50 bps<br>DDTLB: 75 bps |
| | *OID:* | 99.250 |
| | *Price Flex:* | None (have used up initial 50 bps) |
| | *Structure Flex:* | Ability to move $1,400 million of ITLB to Notes |
| | *Amortization:* | RC:    None<br>TLB:    1% per annum paid on a quarterly basis with bullet at maturity<br>TLX:    50% in November 2008, bullet at maturity<br>DDTLB: 1% per annum paid on a quarterly basis with bullet at maturity<br>ITLB:   1% per annum paid on a quarterly basis with bullet at maturity |
| | *Call protection:* | 101 soft call on TLB |
| | *Mandatory Prepayments:* | 50% of annual excess cash flow; 100% of the net cash proceeds of asset sales; 100% of net cash proceeds of debt issuance or incurrence, all subject to baskets and exceptions<br>All mandatory prepayments will be first applied to the TLX, until the TLX is prepaid in full |
| | *Optional Prepayments:* | Prepayable at any time without penalty |
| | *Conditions Precedent:* | For Stage 1:<br>Including, but not limited to:<br>(i) Lead Arrangers shall be satisfied with the terms and conditions and documentation relating to the ESOP<br>(ii) Lead Arrangers shall be satisfied with Tribune's capitalization both on a pro forma basis for the First Step Transactions and the Second Step Transactions<br>For Stage 2:<br>Including, but not limited to:<br>(i) Maximum total guaranteed debt leverage of less than 9.0x<br>(iii) Zell will agree to invest $100.0 million on March 15 each year (beginning in 2008) in common equity of Tribune if Tribune has not made the S Corp Election on or prior to such date until such time as the S Corp Election is validly made |
| | *Negative Covenants:* | Usual and customary for transactions of this type including:<br>(i) Carve-out in credit agreement to accommodate Zell and ESOP owners without change of control |
| | *Financial Covenants:* | Total Guaranteed Debt Leverage Ratio and Minimum Interest Coverage Ratio (with 2 sets of covenant levels to accommodate Zell transaction) |
| | *Underwriting Fees:* | 1.625% |
| | *Joint Lead Arrangers and Bookrunners:* | JPM, Merrill Lynch, Citigroup and Bank of America |
| | *Law:* | New York |

**Senior Unsecured Bridge Facility**

| | |
|---|---|
| *Borrower:* | Tribune |
| *Amount:* | $2,100 million |
| *Guarantors:* | Same as the Senior Secured Credit Facilities but on a senior subordinated basis |
| *Security:* | None |
| *Initial Maturity:* | 12 months from closing; upon Initial Maturity, outstandings will be exchanged for seven-year exchange notes |
| *Initial Rate:* | L+450 for first 6 months, stepping up by 50 bps every three months from the funding date |
| *Interest Rate Cap:* | 12% |
| *Commitment Fee:* | 75 bps |
| *Funding Fee:* | 125 bps with rebates |
| *Conversion Fee:* | 200 bps with rebates |
| *Securities Demand:* | 90 day blackout |
| *Structure Flex:* | Ability to structure the Notes as 2nd lien |
| *Conditions Precedent:* | Usual and customary for transactions of this type and similar to those for the credit facilities |
| *Covenants:* | Customary high yield incurrence-based covenants TBD |

**Senior Unsecured Notes**

| | |
|---|---|
| *Issuer:* | Tribune |
| *Principal Amount:* | $2,100 million |
| *Guarantors:* | Same as the Senior Secured Credit Facilities but on a senior subordinated basis |
| *Security:* | None |

Confidential         CITI 00008178



|  | *Offering Format:* Reg. S / 144A with Registration Rights |  |
|---|---|---|
|  | *Tenor:* 8 years |  |
|  | *Indicative Coupon:* 10.000% area |  |
|  | *Call Protection:* NC-4 |  |
|  | *Change of Control:* Investor put at 101% of par |  |
|  | *Principal Covenants:* Customary high yield incurrence-based covenants TBD |  |
|  | *Gross Spread:* 2.00% |  |
| *Obligor Exception:* | Citigroup plans to commit $3,058 million (25% of the initial debt financing package) to the $12,233 million dividend financing package, split between $2,433 million of underwriting risk and $625 million of direct commitment to the facilities. This would lead to a short term obligor exception of $505 mm, which will reduce to zero once the bridge is replaced with senior notes | |
| *Financing Fees:* (assuming full fees paid to market on RC, conservatively assumes 1% paid to market on TLB, pre-SMA selldown) | (in millions)<br>Facility — Hold / Commitment Amount — Net Fee Percentage — Fee<br>RC — $100.0 — 1.625% — $1.6<br>TLB — 1,378.8 — 0.875% — 12.1<br>TLX — 375.0 — 1.625% — 6.1<br>DDTLB — 65.8 — 0.875% — 0.6<br>Incremental TLB — 526.3 — 1.625% — 8.6<br>Bridge — 525.0 — 0.75% — 3.9<br>Total — 2,433.3 — — 32.8 | |
| *Other Citi Roles:* | Sell-side M&A Advisor to Tribune | |
| *Deal EBITDA:* | • Initial financing: Pro forma LTM EBITDA of $1,411 mm at 3/31/07<br>• Second-step financing: Pro forma LTM EBITDA of $1,434 mm at 12/31/07 (post sale of Cubs and Comcast SportsNet) | |
| *RORC* | Without Bridge<br>• One-year: 94.72%<br>• Lifetime: 41.94%<br>With Bridge<br>• One-year: 27.2%<br>• Lifetime: 16.0% | |
| *RAC:* | RAC II | |
| *Loan to Value:* | Through initial TLB and TLX: 62.6%<br>Through initial TLB + DDTLB: 65.0%<br>Through initial TLB + DDTLB + incremental TLB: 83.8% | Based on TRB's 5/15/2007 Firm value of $11,199mm |
| *Investment Highlights:* | • Significant scale in both publishing and broadcasting<br>• Diversified across businesses and markets<br>• Many saleable assets (Cubs, individual papers, individual stations)<br>• Strong free cash flow generation | |
| *Key Risks:* | • Softening industry trends, decreased ad spending<br>• Declining circulation<br>• Changes in the regulatory landscape<br>• The availability and cost of quality syndicated programming<br>• Labor issues<br>• Complex ESOP ownership structure | |
| *Management:* | Tribune's management is strong with a proven track record of financial conservatism, operating competence, good cost control and the advantage of scale. Management's business strategy is to focus on the largest markets with the most favorable advertising demographics through strong brands, geographic diversity and duopolies in a few markets. | |
| *Loan Syndication:* | Difficult. ESOP ownership structure, high leverage and a lack of hard asset collateral for the bank debt will be the biggest risks. | |
| *Bond Syndication:* | Difficult. The ESOP ownership structure and the amount of bank debt ahead of the bonds will be the biggest issues from a high yield perspective. | |
| *Approvers/Initials:* | Patrick Ryan, Randy Barker, Chad Leat, Richard Trask, Richard Zogheb, Julie Persily, Judith Fishlow-Minter, Jeffrey Knowles | |

Confidential

CITI 00008179



*TRIBUNE*
**COMMITMENT COMMITTEE APPROVAL MEMORANDUM**

| | At A Glance<br>Project Zoom<br>Previous Approval<br>March 28, 2007 |
|---|---|
| *General* | We are seeking approval to commit to 1/3 of a $12,250 million financing package consisting of: $750 million Revolving Credit Facility, $7,015 million Term Loan B, $260 million Delayed Draw Term Loan B, $2,125 million incremental Term Loan B and a $2,100 million Senior Subordinated Bridge Loan Facility to Senior Unsecured Notes Takeout. |

*Sources & Uses:*
*Step 1 (Q2 2007)*
*($ in millions)*
*(Revised Management Case)*

| Sources | Total | % | Cumul. Leverage | Uses | Total | % |
|---|---|---|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0 | 0.0% | 0.0x | Share Repurchase | $4,241 | 43.9% |
| New Term Loan B | 7,015 | 72.6 | 5.0 | Refinance Existing Debt | 2,837 | 29.4 |
| New Delayed Draw Term Loan B ($260mm) | 0 | 0.0 | 5.0 | Roll Existing Debt | 1,521 | 15.7 |
| Roll Existing Debt | 1,521 | 15.7 | 6.0 | PHONES | 900 | 9.3 |
| PHONES | 900 | 9.3 | 6.7 | Financing Fees | 138 | 1.4 |
| Zell Investment | 225 | 2.3 | | Transaction Fees | 24 | 0.2 |
| **Total Sources** | **$9,660** | **100.0%** | **6.7x** | **Total Uses** | **$9,660** | **100.0%** |

| Share Repurchase | |
|---|---|
| Total Share Repurchase Amount | $4,241 |
| Repurchase Price per Share | $33.00 |
| No. of Shares Repurchased | 128.5 |
| PF Basic Shares O/S | 113.8 |

Note: Adj. EBITDA is calculated as Operating Cash Flow ("OCF") before stock-based compensation plus incremental cash cost savings and cash flows from equity investments.

*Pro Forma Capital Structure:*
*Step 1 (Q2 2007)*
*(Revised Management Case)*

| | Actual 12/31/2006 | Q1 Adjustments | Projected 3/31/2007 | Recap Adjustments | Pro Forma 3/31/2007 |
|---|---|---|---|---|---|
| Cash and Cash Equivalents | $175 | $10 | $185 | -- | $185 |
| Revolving Credit Facility | -- | -- | -- | -- | -- |
| New Term Loan B | -- | -- | -- | $7,015 | $7,015 |
| **1st Priority Guaranteed Debt** | **$0** | | **$0** | | **$7,015** |
| New Senior Notes | -- | -- | -- | -- | -- |
| **Guaranteed Debt** | **$0** | | **$0** | | **$7,015** |
| Commercial Paper | $97 | -- | $97 | (97) | -- |
| Term Loan A | 1,500 | -- | 1,500 | (1,500) | -- |
| Bridge Loan | 1,310 | (70) | 1,240 | (1,240) | -- |
| Medium Term Notes | 263 | -- | 263 | -- | $263 |
| Existing Notes | 1,165 | 0 | 1,165 | -- | 1,165 |
| Capitalized Real Estate Obligation | 56 | (5) | 51 | -- | 51 |
| Swaps and Other Obligations | 41 | 0 | 42 | -- | 42 |
| **Senior Debt** | **$4,432** | | **$4,357** | | **$8,535** |
| PHONES | 900 | -- | 900 | -- | 900 |
| **Total Debt** | **$5,332** | | **$5,257** | | **$9,435** |
| **Credit Statistics** | | | | | |
| LTM PF Adj EBITDA | $1,433 | | $1,411 | | $1,411 |
| 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 0.0x | | 0.0x | | 5.0x |
| Guaranteed Debt / LTM PF Adj EBITDA | 0.0 | | 0.0 | | 5.0 |
| Senior Debt / LTM PF Adj EBITDA | 3.1 | | 3.1 | | 6.0 |
| Total Debt / LTM PF Adj EBITDA | 3.7 | | 3.7 | | 6.7 |

*Sources & Uses:*
*Step 2 (Q4 2007)*
*($ in millions)*
*(Revised Management Case)*

| Sources | Total | % | Cumul. Leverage[1] | Uses | Total | % |
|---|---|---|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0 | 0.0% | 0.0x | Purchase Equity | $4,194 | 31.0% |
| Roll Existing Bank Debt | 6,701 | 49.5 | 4.6 | Roll Existing Bank Debt | 6,701 | 49.5 |
| Incremental Term Loan B | 2,125 | 15.7 | 6.0 | Rolled Existing Notes | 1,507 | 11.1 |
| New Senior Notes | 2,100 | 15.5 | 7.4 | PHONES | 900 | 6.6 |
| Rolled Existing Notes | 1,507 | 11.1 | 8.5 | Financing and Other Fees | 107 | 0.8 |
| PHONES | 900 | 6.6 | 9.1 | Cash Distributions Triggered by | 141 | 1.0 |
| Option Proceeds | 217 | 1.6 | | Change of Control | | |
| **Total Sources** | **$13,550** | **100.0%** | **9.1x** | **Total Uses** | **$13,550** | **100.0%** |

| Less: Cash Proceeds from Cubs / Comcast | ($602) | | Share Repurchase | Total |
|---|---|---|---|---|
| **Total PF Debt at Q4 '07** | **$12,731** | 8.9x [2] | Total Share Repurchase Amount | $4,194 [4] |
| Less: PV of Tax Savings | (1,002) [3] | | Repurchase Price per Share | $34.24 |
| **Total Adj. Debt at Q4 '07** | **$11,730** | 8.2x [2] | No. of Basic Shares + ITM Options Repurchased | 122.5 |

Note: Adj. EBITDA is calculated as Operating Cash Flow ("OCF") before stock-based compensation plus incremental cash cost savings and cash flows from equity investments.
(1) Based on $1,469mm LTM PF Adj. EBITDA, pro forma for $80mm of incremental cash cost savings.
(2) Based on $1,434mm LTM PF Adj. EBITDA, pro forma for $80mm of incremental cash cost savings and the sale of Cubs and Comcast.
(3) Calculated as the 10-Year PV of Tax Savings from S-Corp election discounted at a weighted average cost of capital of 7.5%.
(4) Assumes a 12/31/07 closing date and 5% annual accretion.

Confidential

CITI 00008180



*TRIBUNE*
COMMITMENT COMMITTEE APPROVAL MEMORANDUM

| *Pro Forma Capital Structure: Step 2 (Q4 2007)* *(Revised Management Case)* | | Pro Forma 3/31/2007 | Projected 12/31/2007 | Acquisition Adjustments | Pro Forma 12/31/2007 | Sale of Cubs / Comcast | Pro Forma 12/31/2007 |
|---|---|---|---|---|---|---|---|
| | Cash and Cash Equivalents | $182 | $175 (1) | -- | $175 | -- | $175 |
| | Revolving Credit Facility | -- | -- | | -- | -- | -- |
| | New Term Loan B | $5,515 | $5,473 | $2,105 | $7,578 | -- | $7,578 |
| | New Term Loan X | 1,500 | 1,165 | -- | 1,165 | ($602) | 563 |
| | **1st Priority Guaranteed Debt** | **$7,015** | **$6,638** | | **$8,743** | | **$8,141** |
| | New Senior Notes | -- | -- | 2,100 | 2,100 | -- | 2,100 |
| | **Guaranteed Debt** | **$7,015** | **$6,638** | | **$10,843** | | **$10,241** |
| | Commercial Paper | -- | -- | -- | -- | -- | -- |
| | Term Loan A | -- | -- | -- | -- | -- | -- |
| | Bridge Loan | -- | -- | -- | -- | -- | -- |
| | Medium Term Notes | $263 | $263 | -- | $263 | -- | $263 |
| | Existing Notes | 1,166 | $1,166 | -- | $1,166 | -- | 1,166 |
| | Capitalized Real Estate Obligation | 51 | 36 | -- | 36 | -- | 36 |
| | Swaps and Other Obligations | 40 | 43 | -- | 43 | -- | 43 |
| | **Senior Debt** | **$8,534** | **$8,145** | | **$12,350** | | **$11,748** |
| | PHONES (2) | 930 | 930 | -- | 930 | -- | 930 |
| | **Total Debt** | **$9,464** | **$9,075** | | **$13,280** | | **$12,678** |
| | Less: PV of Cost Savings | -- | -- | (953) | (953) | -- | (953) |
| | **Total Adj. Debt** | **$9,464** | **$9,075** | | **$12,327** (3) | | **$11,725** (3) |
| | Net Debt | $9,282 | $8,900 | | $13,105 | | $12,503 |
| | **Credit Statistics** | | | | | | |
| | LTM PF Adj EBITDA | $1,414 | $1,391 | | $1,471 | | $1,434 |
| | 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 5.0x | 4.8x | | 5.9x | | 5.7x |
| | Guaranteed Debt / LTM PF Adj EBITDA | 5.0 | 4.8 | | 7.4 | | 7.1 |
| | Senior Debt / LTM PF Adj EBITDA | 6.0 | 5.9 | | 8.4 | | 8.2 |
| | Total Debt / LTM PF Adj EBITDA | 6.7 | 6.5 | | 9.0 | | 8.8 |
| | Total Adj. Debt / LTM PF Adj EBITDA | 6.7 | 6.5 | | 8.4 | | 8.2 |

Note: Adj. EBITDA is calculated as Operating Cash Flow ("OCF") before stock-based compensation plus incremental cash cost savings and cash flows from equity investments.
(1) Assumes $314mm of Q2-Q4 cash flows and excess cash are used toward the paydown of the Term Loan B.
(2) Calculated as the 10-Year PV of Tax Savings from S-Corp election discounted at a weighted average cost of capital of 7.5%.
(3) Pro forma for $80mm of incremental cash cost savings.

| *Summary Operating Numbers* *(Revised Management Case)* | ($ in millions) | | Quarter Ended | | | | | | | Year Ending December 31, | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2006A | 1Q 2007 | 2Q 2007 | 3Q 2007 | 4Q 2007 | 2007PF | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E |
| | Total Revenues | $5,433 | $1,229 | $1,402 | $1,348 | $1,379 | $5,168 | $5,358 | $5,262 | $5,295 | $5,364 | $5,392 | $5,421 | $5,449 | $5,478 |
| | Less: Cash Operating Expenses | (4,043) | (966) | (1,039) | (1,019) | (979) | (3,834) | (4,002) | (3,851) | (3,855) | (3,892) | (3,923) | (3,945) | (3,967) | (3,989) |
| | Less: Corporate | (50) | (13) | (12) | (12) | (12) | (49) | (49) | (51) | (52) | (53) | (54) | (55) | (56) | (57) |
| | Plus: Expense Reduction from 401K Elim. | 0 | 0 | 0 | 0 | 0 | 60 | 0 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| | Plus: Other Expense Reduction | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| | Operating Cash Flow | $1,339 | $251 | $351 | $317 | $388 | $1,365 | $1,306 | $1,440 | $1,468 | $1,498 | $1,495 | $1,501 | $1,507 | $1,513 |
| | Plus: Cash Equity Income | 45 | 14 | 12 | 12 | 14 | 69 | 85 | 100 | 118 | 146 | 173 | 210 | 231 | 254 |
| | Less: ESOP Repurchase Obligation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (0) | (0) | (0) | (1) | (2) | (2) |
| | Less: Cash Taxes | (31) | (36) | (24) | (55) | (11) | (145) | (12) | (14) | (16) | (18) | (21) | (23) | (28) | (28) |
| | Less: Cash Interest Expense, net | (78) | (167) | (161) | (157) | (944) | (562) | (915) | (916) | (907) | (880) | (847) | (810) | (756) | |
| | Less: Change in WC | (5) | (5) | (5) | (5) | (20) | (20) | (26) | (27) | (27) | (28) | (28) | (28) | (28) | |
| | Less: Capex | (41) | (45) | (43) | (45) | (172) | (174) | (172) | (128) | (128) | (128) | (129) | (129) | (129) | |
| | Levered Free Cash Flow | | $141 | $112 | $95 | $140 | $566 | $416 | $502 | $566 | $614 | $686 | $746 | $823 | |
| | Plus: Proceeds from Asset Sales (1) | | (44) | 72 | 602 | 55 | 0 | 684 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Less: Acquisitions | | (4) | (7) | (19) | (19) | (50) | (50) | (275) | (100) | (100) | (100) | (100) | (100) | (100) |
| | Less: Other | | 35 | (37) | (37) | (37) | (75) | (75) | (12) | 0 | 0 | 0 | 0 | 0 | 0 |
| | Less: Dividends to Common | | (43) | 0 | 0 | 0 | 0 | (43) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | LFCF before Debt Repayments | | $85 | $141 | $640 | $139 | $162 | $1,004 | $129 | $402 | $466 | $514 | $586 | $646 | $723 |
| | **Pro Forma Credit Statistics** | | | | | | | | | | | | | | |
| | Total Debt | $5,332 | $9,435 | $9,285 | $9,246 | $12,731 | $12,731 | $12,731 | $12,566 | $12,164 | $11,698 | $11,184 | $10,598 | $9,952 | $9,229 |
| | Cash | 175 | 185 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 |
| | Net Debt | $5,158 | $9,251 | $9,110 | $9,072 | $12,557 | $12,557 | $12,557 | $12,392 | $11,989 | $11,523 | $11,009 | $10,423 | $9,777 | $9,054 |
| | Pro Forma Adj. EBITDA (2) | $1,433 | $1,411 | $1,382 | $1,390 | $1,434 | $1,434 | $1,434 | $1,540 | $1,587 | $1,644 | $1,668 | $1,711 | $1,738 | $1,767 |
| | 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 0.0x | 5.0x | 5.0x | 4.9x | 5.7x | 5.7x | -- | 5.4x | 5.0x | 4.8x | 4.4x | 4.0x | 3.6x | 3.1x |
| | Guaranteed Debt / LTM PF Adj EBITDA | 0.0 | 5.0 | 5.0 | 4.9 | 7.2 | 7.2 | -- | 6.8 | 6.3 | 6.1 | 5.7 | 5.2 | 4.8 | 4.3 |
| | Senior Debt / LTM-PF Adj EBITDA | 3.1 | 6.0 | 6.1 | 6.0 | 8.3 | 8.3 | -- | 7.6 | 7.1 | 6.6 | 6.2 | 5.7 | 5.2 | 4.7 |
| | Total Debt / LTM PF Adj EBITDA | 3.7 | 6.7 | 6.7 | 6.7 | 8.9 | 8.9 | -- | 8.2 | 7.7 | 7.1 | 6.7 | 6.2 | 5.7 | 5.2 |
| | PF Adj. EBITDA / PF Cash Interest Exp | 4.2x | 2.0x | 2.1x | 2.1x | 1.5x | 1.5x | -- | 1.7x | 1.7x | 1.8x | 1.9x | 2.0x | 2.1x | 2.3x |
| | (PF Adj. EBITDA - Capex) / PF Cash Interest Exp (3) | 2.9 | 1.8 | 1.8 | 1.8 | 1.2 | 1.3 | -- | 1.4 | 1.5 | 1.6 | 1.6 | 1.7 | 1.8 | 2.0 |
| | Fixed Charge Coverage Ratio (3,4) | 2.9 | 1.6 | 1.6 | 1.6 | 1.2 | 1.2 | -- | 1.3 | 1.3 | 1.4 | 1.5 | 1.6 | 1.7 | 1.8 |
| | 50% of PF Net Income | $272 | $138 | $161 | $182 | $46 | $46 | -- | $152 | $177 | $210 | $234 | $268 | $296 | $350 |
| | LTM Adj. EBITDA - 1.4x Gross Interest Expense | $924 | $415 | $391 | $424 | $46 | $46 | -- | $177 | $220 | $290 | $350 | $436 | $514 | $666 |

Note: Assumes transaction takes place at 3/31/07.
(1) 2007 includes proceeds from the sale of Cubs / Comcast and SCNI.
(2) Adjusted to add back stock-based compensation, cash flows from equity income and shown pro forma for corporate expense savings and divestitures. Q1-Q3 shown as 2006A PF Adj. EBITDA.
(3) Includes acquisitions/investments.
(4) Calculated as the ratio of PF Adjusted EBITDA less Capex and Investments to PF Cash Interest Expense and mandatory amortization.

Confidential

CITI 00008181



*TRIBUNE*
COMMITMENT COMMITTEE APPROVAL MEMORANDUM

| | At A Glance<br>Project Zoom<br>Current Approval<br>May 16, 2007 |
|---|---|
| ***General*** | We are seeking approval to commit to 25% of a $12,233 million financing package consisting of: $750 million Revolving Credit Facility, $5,515 million Term Loan B, $1,500 million Term Loan X, $263 million Delayed Draw Term Loan B, $2,105 million incremental Term Loan B and a $2,100 million Senior Subordinated Bridge Loan Facility to Senior Unsecured Notes Takeout.<br><br>The original management case projections remain virtually the same as the March 28, 2007 memo. However, given the addition of the Term Loan X, the increase in the TLB pricing (from L+250 to L+300) and the need for the TLX to be replaced within 24 months, the Company has suggested various alternatives and opportunities (selling certain TV stations, some real estate and/or Tribune Media Services) to generate cash and create the additional cash flow flexibility for the required near-term mandatory debt repayment inherent in the Term Loan X. These opportunities are presented to show the ability to repay the TLX, but are not necessarily the new base case management plan. |

***Sources & Uses:***
***Step 1 (Q2 2007)***
*($ in millions)*

*(Revised Management Case)*

| Sources | Total | % | Cumul. Leverage | | Uses | Total | % |
|---|---:|---:|---:|---|---|---:|---:|
| New Revolving Credit Facility ($750mm) | $0 | 0.0% | 0.0x | | Share Repurchase | $4,288 | 44.1% |
| New Term Loan B | 5,515 | 56.8 | 5.0 | | Refinance Existing Debt | 2,825 | 29.1 |
| New Term Loan X | 1,500 | 15.4 | 1.1 | | Roll Existing Debt | 1,519 | 15.6 |
| New Delayed Draw Term Loan B ($263mm) | 0 | 0.0 | 5.0 | | PHONES | 930 | 9.6 |
| Roll Existing Debt | 1,519 | 15.6 | 6.0 | | Financing Fees | 130 | 1.3 |
| PHONES | 930 | 9.6 | 6.7 | | Transaction Fees | 22 | 0.2 |
| Zell Investment | 250 | 2.6 | | | | | |
| **Total Sources** | **$9,714** | **100.0%** | **6.7x** | | **Total Uses** | **$9,714** | **100.0%** |

| Share Repurchase | |
|---|---:|
| Total Share Repurchase Amount | $4,288 |
| Repurchase Price per Share | $34.00 |
| No. of Shares Repurchased | 126.1 |
| PF Shares Fully Diluted Share O/S (excl. Zell shares) | 125.3 |
| Zell Common Shares Issued at $34.00/sh | 1.5 |
| PF Basic Shares O/S (incl. Zell shares) | 115.7 |

***Pro Forma Capital Structure:***
***Step 1 (Q2 2007)***

*(Revised Management Case)*

| | Actual 12/31/2006 | Actual 3/31/2007 | Recap Adjustments | Pro Forma 3/31/2007 |
|---|---:|---:|---:|---:|
| Cash and Cash Equivalents | $175 | $182 | -- | $182 |
| Revolving Credit Facility | -- | -- | | -- |
| New Term Loan B | -- | -- | $5,515 | $5,515 |
| New Term Loan X | -- | -- | 1,500 | 1,500 |
| **1st Priority Guaranteed Debt** | **$0** | **$0** | | **$7,015** |
| New Senior Notes | -- | -- | -- | -- |
| **Guaranteed Debt** | **$0** | **$0** | | **$7,015** |
| Commercial Paper | $97 | -- | -- | -- |
| Term Loan A | 1,500 | 1,500 | (1,500) | -- |
| Bridge Loan | 1,310 | 1,325 | (1,325) | -- |
| Medium Term Notes | 263 | 263 | -- | $263 |
| Existing Notes | 1,165 | 1,166 | -- | 1,166 |
| Capitalized Real Estate Obligation | 56 | 51 | -- | 51 |
| Swaps and Other Obligations | 41 | 40 | -- | 40 |
| **Senior Debt** | **$4,432** | **$4,344** | | **$8,534** |
| PHONES | 930 | 930 | -- | 930 |
| **Total Debt** | **$5,362** | **$5,274** | | **$9,464** |
| Less: PV of Cost Savings | -- | -- | -- | -- |
| **Total Adj. Debt** | **$5,362** | **$5,274** | | **$9,464** |
| **Net Debt** | **$5,188** | **$5,092** | | **$9,282** |
| **Credit Statistics** | | | | |
| LTM PF Adj EBITDA | $1,427 | $1,414 | | $1,414 |
| 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 0.0x | 0.0x | | 5.0x |
| Guaranteed Debt / LTM PF Adj EBITDA | 0.0 | 0.0 | | 5.0 |
| Senior Debt / LTM PF Adj EBITDA | 3.1 | 3.1 | | 6.0 |
| Total Debt / LTM PF Adj EBITDA | 3.8 | 3.7 | | 6.7 |
| Total Adj. Debt / LTM PF Adj EBITDA | 3.8 | 3.7 | | 6.7 |

Confidential         CITI 00008182


## Sources & Uses: Step 2 (Q4 2007) ($ in millions) (Revised Management Case)

| Sources | Total | % | Cumul. Leverage [1] | Uses | Total | % |
|---|---|---|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0 | 0.0% | 0.0x | Purchase Equity | $4,261 | 30.9% |
| Roll Existing Bank Debt | 6,638 | 48.1 | 4.5 | Roll Existing Bank Debt | 6,638 | 48.1 |
| Incremental Term Loan B | 2,105 | 15.2 | 5.9 | Rolled Existing Notes | 1,507 | 10.9 |
| New Senior Notes | 2,100 | 15.2 | 7.4 | PHONES | 930 | 6.7 |
| Rolled Existing Notes | 1,507 | 10.9 | 8.4 | Financing and Other Fees | 120 | 0.9 |
| PHONES | 930 | 6.7 | 9.0 | Redeem Zell Exchange Notes | 200 | 1.4 |
| Option Proceeds | 215 | 1.6 | | Redeem Zell Common Equity | 50 | 0.4 |
| Zell Investment | 315 | 2.3 | | Cash Distributions Triggered by Change of Control | 104 | 0.8 |
| **Total Sources** | **$13,810** | **100.0%** | **9.0x** | **Total Uses** | **$13,810** | **100.0%** |

| | | | | Share Repurchase | | Total |
|---|---|---|---|---|---|---|
| Less: Cash Proceeds from Cubs / Comcast | ($602) | | | Total Share Repurchase Amount | | $4,261 |
| Total PF Debt at Q4 '07 | $12,678 | | 8.8x [2] | Zell Share Repurchase Amount | | 50 |
| Less: PV of Tax Savings | (999) [3] | | | Repurchase Price per Share | | $34.00 [4] |
| Total Adj. Debt at Q4 '07 | $11,678 | | 8.1x [2] | No. of Basic Shares (incl. Zell) + Vested Shares | | 126.8 |

Note: Adj. EBITDA is calculated as Operating Cash Flow ("OCF") before stock-based compensation plus incremental cash cost savings and cash flows from equity investments.
(1) Based on $1,471mm LTM PF Adj. EBITDA, pro forma for $80mm of incremental cash cost savings.
(2) Based on $1,434mm LTM PF Adj. EBITDA, pro forma for $80mm of incremental cash cost savings and the sale of Cubs and Comcast.
(3) Calculated as the 10-Year PV of Tax Savings from S-Corp election discounted at a weighted average cost of capital of 7.5%.
(4) Assumes a 12/31/07 closing date and 5% annual accretion.

## Pro Forma Capital Structure: Step 2 (Q4 2007) (Revised Management Case)

| | Pro Forma 3/31/2007 | Projected 12/31/2007 | Acquisition Adjustments | Pro Forma 12/31/2007 | Sale of Cubs / Comcast | Pro Forma 12/31/2007 |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | $182 | $175 | -- | $175 | -- | $175 |
| Revolving Credit Facility | -- | -- | | -- | | -- |
| New Term Loan B | $5,515 | $5,473 [1] | $2,105 | $7,578 | -- | $7,578 |
| New Term Loan X | 1,500 | 1,165 | -- | 1,165 | ($602) | 563 |
| **1st Priority Guaranteed Debt** | **$7,015** | **$6,638** | | **$8,743** | | **$8,141** |
| New Senior Notes | -- | -- | 2,100 | 2,100 | -- | 2,100 |
| **Guaranteed Debt** | **$7,015** | **$6,638** | | **$10,843** | | **$10,241** |
| Commercial Paper | -- | -- | -- | -- | -- | -- |
| Term Loan A | -- | -- | | -- | | -- |
| Bridge Loan | -- | -- | -- | -- | -- | -- |
| Medium Term Notes | $263 | $263 | -- | $263 | -- | $263 |
| Existing Notes | 1,166 | $1,166 | -- | $1,166 | -- | 1,166 |
| Capitalized Real Estate Obligation | 51 | 36 | -- | 36 | -- | 36 |
| Swaps and Other Obligations | 40 | 43 | -- | 43 | -- | 43 |
| **Senior Debt** | **$8,534** | **$8,145** | | **$12,350** | | **($11,748)** |
| PHONES | 930 | 930 | -- | 930 | -- | 930 |
| **Total Debt** | **$9,464** | **$9,075** | | **$13,280** | | **$12,678** |
| Less: PV of Cost Savings [2] | -- | -- | (953) | (953) | -- | (953) |
| **Total Adj. Debt** | **$9,464** | **$9,075** | | **$12,327** | | **$11,725** |
| **Net Debt** | **$9,282** | **$8,900** | | **$13,105** | | **$12,503** |
| **Credit Statistics** | | | | | | |
| LTM PF Adj EBITDA | $1,414 | $1,391 | | $1,471 [3] | | $1,434 |
| 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 5.0x | 4.8x | | 5.9x | | 5.7x |
| Guaranteed Debt / LTM PF Adj EBITDA | 5.0 | 4.8 | | 7.4 | | 7.1 |
| Senior Debt / LTM PF Adj EBITDA | 6.0 | 5.9 | | 8.4 | | 8.2 |
| Total Debt / LTM PF Adj EBITDA | 6.7 | 6.5 | | 9.0 | | 8.8 |
| Total Adj. Debt / LTM PF Adj EBITDA | 6.7 | 6.5 | | 8.4 | | 8.2 |

Note: Adj. EBITDA is calculated as Operating Cash Flow ("OCF") before stock-based compensation plus incremental cash cost savings and cash flows from equity investments.
(1) Assumes Q2-Q4 cash flows and excess cash are used toward the optional paydown of the Term Loan X.
(2) Calculated as the 10-Year PV of Tax Savings from S-Corp election discounted at a weighted average cost of capital of 7.5%.
(3) Pro forma for $80mm of incremental cash cost savings.

9

Confidential
CITI 00008183



TRIBUNE
COMMITMENT COMMITTEE APPROVAL MEMORANDUM

*Summary Operating Numbers*

*(Revised Management Case)*

($ in millions)

| | | Quarter Ended | | | | | | | | | Year Ending December 31, | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2006A | 1Q 2007 | 2Q 2007 | 3Q 2007 | 4Q 2007 | 2007PF | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E |
| Total Revenues | $5,433 | $1,225 | $1,403 | $1,349 | $1,381 | $5,168 | $5,358 | $5,178 | $5,072 | $5,137 | $5,161 | $5,186 | $5,210 | $5,235 |
| Less: Cash Operating Expenses | (4,043) | (956) | (1,042) | (1,022) | (982) | (3,833) | (4,002) | (3,810) | (3,715) | (3,751) | (3,779) | (3,797) | (3,816) | (3,835) |
| Less: Corporate | (50) | (11) | (13) | (13) | (13) | (49) | (49) | (51) | (52) | (53) | (54) | (55) | (56) | (57) |
| Plus: Expense Reduction from 401K Elim. | 0 | 0 | 0 | 0 | 0 | 0 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Plus: Other Expense Reduction | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 20 | 20 | 20 | 20 | 20 | 20 |
| Operating Cash Flow | $1,339 | $258 | $348 | $314 | $386 | $1,365 | $1,306 | $1,397 | $1,384 | $1,413 | $1,409 | $1,413 | $1,418 | $1,423 |
| Plus: Cash Equity Income | | 46 | 14 | 12 | 14 | 69 | 85 | 99 | 118 | 146 | 173 | 210 | 231 | 254 |
| Less: ESOP Repurchase Obligation | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (0) | (0) | (1) | (1) | (2) | (2) |
| Less: Cash Taxes | | (29) | (56) | (20) | (52) | (11) | (158) | (3) | (5) | (6) | (7) | (8) | (9) | (11) |
| Less: Cash Interest Expense, net | | (72) | (107) | (166) | (162) | (961) | (507) | (912) | (868) | (858) | (831) | (795) | (751) | (704) |
| Less: Change in WC | | 15 | (12) | (12) | (12) | (20) | (20) | (26) | (27) | (27) | (28) | (28) | (28) | (28) |
| Less: Capex | | (21) | (43) | (42) | (44) | (147) | (149) | (170) | (124) | (124) | (124) | (125) | (125) | (125) |
| Levered Free Cash Flow | | $197 | $143 | $85 | $131 | $295 | $556 | $385 | $479 | $544 | $592 | $666 | $734 | $806 |
| Plus: Proceeds from Asset Sales [1] | | (45) | 77 | 0 | 657 | 0 | 689 | 736 | 0 | 0 | 0 | 0 | 0 | 0 |
| Less: Acquisitions | | (5) | (7) | (9) | (9) | (30) | (30) | (100) | (100) | (100) | (100) | (100) | (100) | (100) |
| Less: Other | | (10) | (31) | (25) | (25) | (90) | (90) | (12) | 0 | 0 | 0 | 0 | 0 | 0 |
| Less: Dividends to Common | | (43) | 0 | 0 | 0 | 0 | (43) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LFCF before Debt Repayments | | $95 | $182 | $52 | $753 | $175 | $1,081 | $1,009 | $379 | $444 | $492 | $566 | $634 | $706 |
| **Pro Forma Credit Statistics** | | | | | | | | | | | | | | |
| Total Debt | $5,362 | $9,464 | $9,276 | $9,225 | $12,678 | $12,678 | $12,678 | $11,634 | $11,257 | $10,814 | $10,323 | $9,757 | $9,122 | $8,416 |
| Cash | 175 | 182 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 | 175 |
| Net Debt | $5,188 | $9,282 | $9,101 | $9,051 | $12,503 | $12,503 | $12,503 | $11,460 | $11,082 | $10,639 | $10,148 | $9,582 | $8,948 | $8,241 |
| Pro Forma Adj. EBITDA [2] | $1,427 | $1,414 | $1,382 | $1,387 | $1,434 | $1,434 | $1,434 | $1,460 | $1,503 | $1,559 | $1,582 | $1,624 | $1,649 | $1,677 |
| 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 0.0x | 5.0x | 4.9x | 4.9x | 5.7x | 5.7x | -- | 5.1x | 4.7x | 4.5x | 4.1x | 3.7x | 3.3x | 2.8x |
| Guaranteed Debt / LTM PF Adj EBITDA | 0.0 | 5.0 | 4.9 | 4.9 | 7.1 | 7.1 | -- | 6.5 | 6.1 | 5.9 | 5.5 | 5.0 | 4.6 | 4.1 |
| Senior Debt / LTM PF Adj EBITDA | 3.1 | 6.0 | 6.0 | 6.0 | 8.2 | 8.2 | -- | 7.3 | 6.9 | 6.3 | 5.9 | 5.4 | 5.0 | 4.5 |
| Total Debt / LTM PF Adj EBITDA | 3.8 | 6.7 | 6.7 | 6.7 | 8.8 | 8.8 | -- | 8.0 | 7.5 | 6.9 | 6.5 | 6.0 | 5.5 | 5.0 |
| PF Adj. EBITDA / PF Cash Interest Exp | 4.2x | 2.0x | 2.0x | 2.1x | 1.5x | 1.5x | -- | 1.6x | 1.7x | 1.8x | 1.9x | 2.0x | 2.2x | 2.4x |
| (PF Adj. EBITDA - Capex) / PF Cash Interest Exp [3] | 2.9 | 1.8 | 1.7 | 1.8 | 1.3 | 1.3 | -- | 1.5 | 1.5 | 1.5 | 1.6 | 1.7 | 1.9 | 2.0 |
| Fixed Charge Coverage Ratio [1][3][4] | 2.9 | 1.7 | 1.6 | 1.6 | 1.2 | 1.2 | -- | 1.4 | 1.3 | 1.4 | 1.5 | 1.6 | 1.7 | 1.8 |
| 50% of PF Net Income | $272 | $138 | $151 | $172 | $39 | $39 | -- | $135 | $166 | $198 | $222 | $256 | $287 | $336 |
| LTM Adj. EBITDA - 1.4x Gross Interest Expense | $917 | $386 | $365 | $396 | $8 | $8 | -- | $106 | $208 | $278 | $337 | $427 | $513 | $649 |

Note: Assumes transaction takes place at 3/31/07.
(1) 2007 includes proceeds from the sale of Cubs / Comcast and SCNI.
(2) Adjusted to add back stock-based compensation, cash flows from equity income and shown pro forma for corporate expense savings and divestitures. Q1-Q3 shown as 2006A PF Adj. EBITDA.
(3) Includes acquisitions/investments.
(4) Calculated as the ratio of PF Adjusted EBITDA less Capex and Investments to PF Cash Interest Expense and mandatory amortization

10

Confidential
CITI 00008184