| | |
|---|---|
| **From:** | Apostolides, John T [CMB-GBKG] |
| **Sent:** | Wednesday, May 16, 2007 08:01 PM |
| **To:** | Kurmaniak, Rosanne [CMB-GBKG]; Yurko, Mark [CMB-GBKG] |
| **CC:** | Chen, Ruoxi [CMB-GBKG]; Mowery-Bell, Christopher [CMB-GBKG] |
| **Subject:** | RE: Update ASOT |
| **Importance:** | Low |

```
Cool.  Working on the text now and will add that description to the
memo.  Will send around to you and Mark when we're done.
-----Original Message-----
From: Kurmaniak, Rosanne [CMB-GBKG]
Sent: Wednesday, May 16, 2007 3:58 PM
To: Apostolides, John T [CMB-GBKG]; Yurko, Mark [CMB-GBKG]
Cc: Chen, Ruoxi [CMB-GBKG]; Mowery-Bell, Christopher [CMB-GBKG]
Subject: RE: Update ASOT
Chandler has said that he sent the model to JPM, S&P and VRC.  I do not
believe that this is yet the new "base" case.  You can use all of the
assumptions in the model (including the asset sales), but I believe you
should represent it as though the original management case is the same
(i.e. no projections have changed); however, given the addition of the
Term Loan X, the increase in the TLB pricing and the need for the TLX to
replace within 24 months, the Company suggested various alternatives and
opportunities to generate cash and create the additional cash flow
flexibility for the required near-term mandatory debt repayment inherent
in the Term Loan X.  These opportunities are there to show the ability
to repay the X, but aren't necessarily the new base case management
plan.
-----Original Message-----
From: Apostolides, John T [CMB-GBKG]
Sent: Wednesday, May 16, 2007 3:45 PM
To: Kurmaniak, Rosanne [CMB-GBKG]; Yurko, Mark [CMB-GBKG]
Cc: Chen, Ruoxi [CMB-GBKG]; Mowery-Bell, Christopher [CMB-GBKG]
Subject: FW: Update ASOT
This is with regards to the updated Lev Fin memo.
Scrubbing over the text (some of which will need to change).  Haven't
dropped in the model paste-ins yet, but should we assume that we should
go with no asset sales like we spoke about this morning?
-----Original Message-----
From: Chang, Kathy [CMB-GFICC]
Sent: Wednesday, May 16, 2007 3:39 PM
To: Apostolides, John T [CMB-GBKG]; Chen, Ruoxi [CMB-GBKG]; Mowery-Bell,
Christopher [CMB-GBKG]
Subject: Update ASOT
Hey Guys,
Attached is a draft of the ASOT. Could you please drop in the
at-a-glance and give a quick sanity check over the numbers in the
transaction summary when you get a chance? Thank you.
Kathy
Kathy Chang
Citi | Leveraged Finance
T: (212) 723-5010
F: (646) 291-3862
390 Greenwich St, 1st Fl
New York, NY 10013
kathy.chang@citi.com
```

CONFIDENTIAL

CITI-TRIB-CC 00153515