CONFIDENTIAL

of a 2 step transaction

Zell isn't acquiring, the ESOP is

# Situation Overview

- In connection with Step One of the acquisition of the Company by Sam Zell, the Board of Directors has engaged VRC to provide its opinion, as to whether as of May 9, ~~2007, immediately~~ after and giving effect to the consummations of the Step One Transactions, the Company is Solvent and has Adequate Capital to conduct ongoing operations. → Need to add a descriptions of what transactions are assumed in Step 1

of the Company

*Valuation and Capital Adequacy Tests:*

> *Each of the Fair Value and Present Fair Saleable Value of the aggregate assets (including goodwill) of the Tribune exceeds its liabilities (including the Stated Liabilities, the Identified Contingent Liabilities and the New Financing), and such excess is in an amount that is not less than the capital of the Company (as determined pursuant to Section 154 of the DGCL);*

have any contingent assets been included?

*Cash Flow Test:*

> *Tribune will be able to pay its debts (including the Stated Liabilities, the Identified Contingent Liabilities and the New Financing), as such debts mature or otherwise become absolute or due; and*

what does this mean?

*Capitalization Test:*

> *Tribune Does Not Have Unreasonably Small Capital*

↳ how is this different from the capital adequacy test?

***VRC's conclusions are qualified entirely by the full text of its written Opinion letter.***

**PRELIMINARY DRAFT
SUBJECT TO REVISION**

TRIBUNE

CITI-TRIB-CC 00103593

CONFIDENTIAL

# Valuation and Capital Adequacy Tests ($ in millions)

| Valuation Method (Weighting) | Valuation Summary Low | Mid | High |
|---|---|---|---|
| Comparable Companies (25%) | $11,335.8 | $12,197.5 | $13,059.4 |
| Comparable Transactions (10%) | $11,563.4 | $11,449.8 | $13,336.3 |
| Sum of Individual Assets (25%) | $11,479.5 | $11,721.1 | $13,962.7 |
| Discounted Cash Flow (40%) | $9,380.8 | $10,067.[illegible] | $10,753.5 |
| **Average Operating Enterprise Value** | $10,612.5 | $11,501.5 | $12,390.5 |
| + Equity Investments (b) | $2,412.0 | $2,686.0 | $2,961.0 |
| + NPV of PHONES Tax Savings | $382.7 | $382.7 | $382.7 |
| **Adjusted Enterprise Value** | $13,407.2 | $14,570.2 | $15,734.2 |
| + Cash (a) | $182.1 | $182.1 | $182.1 |
| - Debt (a) | ($9,463.8) | ($9,463.8) | ($9,463.8) |
| - Identified Contingent Liabilities | ($90.3) | ($90.3) | ($90.3) |
| **Equity Value** | $4,035.1 | $5,198.2 | $6,362.2 |
| *% of Enterprise Value* | *30.1%* | *35.7%* | *40.4%* |
| Less: Par value of Capital Stock | | | |
| **Excess Capital** | | | |

| Operating Enterprise Value Multiples | | Valuation Summary Low | Mid | High |
|---|---|---|---|---|
| LTM EBITDA | $1,333.6 | 8.0x | 8.6x | 9.3x |
| CFY EBITDA (2007) | $1,305.9 | 8.1x | 8.8x | 9.5x |
| NFY EBITDA (2008) | $1,360.4 | 7.8x | 8.5x | 9.1x |
| **Consolidated Enterprise Value Multiples** | | | | |
| LTM EBITDA | $1,333.6 | 10.1x | 10.9x | 11.8x |
| CFY EBITDA (2007) | $1,369.4 | 9.8x | 10.6x | 11.5x |
| NFY EBITDA (2008) | $1,459.6 | 9.2x | 10.0x | 10.8x |

(a) Pro forma for first step transaction at 3/31/07

(b) Note: Includes the after-tax proceeds of the assumed sale of Cubs/Comcast SportNet

- EBITDA used for Consolidated Enterprise Value multiples includes ~~equity income~~.

just an observation, but I'd note that this is the mathematical avg. of the lowest low and the highest high values. It is not using midpoint valuation multiples.

please describe methodology

weighted

no EBITDA associated or operating cash flow

3/31/07 or 12/31/06?

63.5

99.2

there was ~$64 mm of cash flow in '06, this says $0

~~9.7x excl. Cubs/Comcast proceeds and NPV of tax savings~~

pls footnote what is included here?

~~the after-tax proceeds should really reduce the debt.~~ The ~~numbers to the right exclude their cash flow.~~

are the comparable companies calculated in the same manner?

VRC Strong Values.

PRELIMINARY DRAFT SUBJECT TO REVISION

TRIBUNE

CITI-TRIB-CC 00103594

CONFIDENTIAL

① PF Cubs
② $60mm ESOP savings

# Base Case Cash Flow Test ($ in millions)

I'm curious as to why 7 years was chosen

| Cash Flow Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| *Adjusted EBITDA* | *$1,305.9* | *$1,360.4* | *$1,388.4* | *$1,418.5* | *$1,415.1* | *$1,421.0* | *$1,426.9* |
| Cash Equity Income | $84.8 | $99.2 | $118.2 | $145.7 | $173.1 | $210.3 | $231.3 |
| Cash Taxes | ($134.7) | ($157.4) | ($187.7) | ($218.5) | ($242.2) | ($268.4) | ($288.8) |
| Cash Interest Income | $5.3 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 |
| Cash Interest Expense | ($557.0) | ($567.2) | ($549.6) | ($529.5) | ($493.4) | ($451.1) | ($406.5) |
| Change in Working Capital | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) | ($28.2) | ($28.3) |
| *Operating Cash Flow* | *$684.4* | *$714.1* | *$748.0* | *$794.3* | *$830.2* | *$888.8* | *$939.8* |
| Capital Expenditures | ($174.5) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) | ($129.5) |
| Other Investing Activities | ($96.7) | ($251.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| *Cash Flow Available for Debt Repayment* | *$413.1* | *$291.6* | *$520.2* | *$566.3* | *$602.2* | *$660.1* | *$710.4* |
| *Scheduled Debt Repayments* | *($155.2)* | *($105.9)* | *($72.8)* | *($522.7)* | *($72.8)* | *($72.8)* | [illegible] |
| *Other Financing Activities* | *($30.0)* | *($30.2)* | *($30.2)* | *$0.0* | *$0.0* | *$0.0* | *$0.0* |
| *Net Cash Flow* | *$228.0* | *$155.6* | *$417.3* | *$43.7* | *$529.4* | *$587.3* | *$555.6* |
| Beginning Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Minimum Cash Balance | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) |
| Revolver Borrowings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| *Cash Available for Discretionary Prepayments* | *$228.0* | *$155.6* | *$417.3* | *$43.7* | *$529.4* | *$587.3* | *$555.6* |

what is the assumed cash tax rate?

we have $275. The $244mm in the model is a non-cash adjustment for the TMCT lease

* *Under the Company's revolver it has the ability to borrow up to $750 million.*

PRELIMINARY DRAFT
SUBJECT TO REVISION

CONFIDENTIAL

# Base Case Debt Covenant Summary *($ in millions)*

$ 84mm ?

| Credit Ratios | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| EBITDA | $1,305.9 | $1,360.4 | $1,388.4 | $1,418.5 | $1,415.1 | $1,421.0 | $1,426.9 |
| Cost Savings | $60.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Equity Income | $63.5 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| Covenant EBITDA | $1,429.4 | $1,459.6 | $1,506.6 | $1,564.2 | $1,588.2 | $1,631.2 | $1,658.2 |
| Guaranteed Debt / Covenant EBITDA | 4.29x | 4.23x | 3.77x | 3.56x | 3.12x | 2.64x | 2.21x |
| *Maximum Total Leverage Ratio* | *6.25x* | *6.00x* | *5.75x* | *5.50x* | *5.25x* | *5.25x* | *5.25x* |
| *x Cushion* | *1.96x* | *1.77x* | *1.98x* | *1.94x* | *2.13x* | *2.61x* | *3.04x* |
| *$ Cushion (EBITDA)* | *$409.5* | *$402.0* | *$478.2* | *$501.3* | *$573.2* | *$707.4* | *$825.0* |
| *% Cushion (EBITDA)* | *31.4%* | *29.6%* | *34.4%* | *35.3%* | *40.5%* | *49.8%* | *57.8%* |
| *Implied Required EBITDA* | *$1,343.2* | *$1,355.9* | *$1,329.8* | *$1,287.3* | *$1,234.5* | *$1,108.6* | *$973.2* |
| Covenant EBITDA / Cash Interest | 2.57x | 2.57x | 2.74x | 2.95x | 3.22x | 3.62x | 4.08x |
| *Minimum Interest Coverage* | *1.75x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* |
| *x Cushion* | *0.82x* | *0.57x* | *0.74x* | *0.95x* | *1.22x* | *1.62x* | *2.08x* |
| *$ Cushion (EBITDA)* | *$454.7* | *$325.1* | *$407.3* | *$505.1* | *$601.3* | *$728.9* | *$845.1* |
| *% Cushion (EBITDA)* | *34.8%* | *23.9%* | *29.3%* | *33.6%* | *42.5%* | *51.3%* | *59.2%* |

Guaranteed

2008P
6,169.3
* 6.0x
1,028.2
(1,459.6)
(431.4)

don't get to the same number

PRELIMINARY DRAFT
SUBJECT TO REVISION

CITI-TRIB-CC 00103596

CONFIDENTIAL

# *Sensitivity Cash Flow Test ($ in millions)*

| Cash Flow Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| *Adjusted EBITDA* | *$1,305.9* | *$1,164.9* | *$1,094.2* | *$1,113.8* | *$1,175.9* | *$1,177.9* | *$1,156.6* |
| Cash Equity Income | $84.8 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| Cash Taxes | ($134.7) | ($84.8) | ($74.9) | ($96.5) | ($138.1) | ($157.4) | ($161.7) |
| Cash Interest Income | $5.3 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 |
| Cash Interest Expense | ($557.0) | ($571.8) | ($566.1) | ($560.8) | ($540.9) | ($513.8) | ($486.3) |
| Change in Working Capital | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) | ($28.2) | ($28.3) |
| *Operating Cash Flow* | *$684.4* | *$586.7* | *$550.1* | *$580.4* | *$647.6* | *$694.0* | *$716.8* |
| Capital Expenditures | ($174.5) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) | ($129.5) |
| Other Investing Activities | ($96.7) | ($251.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| *Cash Flow Available for Debt Repayment* | *$413.1* | *$164.2* | *$322.3* | *$352.3* | *$419.6* | *$465.3* | *$487.3* |
| *Scheduled Debt Repayments* | ($155.3) | ($105.9) | ($72.8) | [illegible] | ($72.8) | [illegible] | [illegible] |
| *Other Financing Activities* | ($30.0) | ($30.2) | ($30.2) | $0.0 | $0.0 | [illegible] | [illegible] |
| *Net Cash Flow* | *$228.0* | *$28.2* | *$219.4* | *($170.3)* | *$346.8* | *$392.5* | *$332.6* |
| Beginning Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Minimum Cash Balance | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) |
| Revolver Borrowings | $0.0 | $0.0 | $0.0 | $170.3 | $0.0 | $0.0 | $0.0 |
| *Cash Available for Discretionary Prepayments* | *$228.0* | *$28.2* | *$219.4* | *$0.0* | [illegible] | [illegible] | [illegible] |

what is the assumed cash tax rate?

inconsistent w/ mgmt. assumptions for a downside case

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

CITI-TRIB-CC 00103597

CONFIDENTIAL

# Tribune Comparable Company Multiples

| Company | EV / Revenue LTM | EV / Revenue CFY | EV / Revenue NFY | EV / EBITDA LTM | EV / EBITDA CFY | EV / EBITDA NFY | EV / FCF LTM | EV / FCF CFY | EV / FCF NFY | EV / BVIC | FCF ROIC | EBITDA / Assets |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ew Scripps Co | 3.1x | 3.0x | 2.7x | 9.3x | 8.9x | 7.9x | 10.5x | 9.9x | 8.6x | 2.3x | 21.6% | 20.4% |
| Mcclatchy Co Holding | 1.9x | 1.9x | 1.9x | 7.1x | 7.1x | 7.0x | 7.9x | 7.9x | 7.7x | 0.8x | 10.0% | 8.6% |
| New York Times Co | 1.5x | 1.5x | 1.5x | 9.2x | 9.7x | 9.5x | 14.8x | 16.0x | 15.6x | 2.2x | 15.1% | 14.6% |
| Belo Corp. | 2.3x | 2.3x | 2.2x | 9.2x | 9.7x | 8.6x | 11.8x | 12.6x | 10.8x | 1.2x | 10.1% | 10.9% |
| Media General Inc | 1.7x | 1.7x | 1.6x | 8.1x | 8.9x | 7.5x | 10.8x | 12.3x | 9.8x | 0.9x | 8.7% | 8.9% |
| Max | 3.1x | 3.0x | 2.7x | 9.3x | 9.7x | 9.5x | 14.8x | 16.0x | 15.6x | 2.3x | 21.6% | 20.4% |
| Min | 1.5x | 1.5x | 1.5x | 7.1x | 7.1x | 7.0x | 7.9x | 7.9x | 7.7x | 0.8x | 8.7% | 8.6% |
| Mean | 2.1x | 2.1x | 2.0x | 8.6x | 8.9x | 8.1x | 11.2x | 11.7x | 10.5x | 1.5x | 13.1% | 12.7% |
| Median | 1.9x | 1.9x | 1.9x | 9.2x | 8.9x | 7.9x | 10.8x | 12.3x | 9.8x | 1.2x | 10.1% | 10.9% |

Broadcasting Comps
- Belo
- Hearst-Argyle
- Gray TV
- Lin TV
- Nexstar
- Sinclair

Publishing Comps
- Gannett
- Journal Register
- Journal Communications
- Lee
- McClatchy
- NY Times
- Media General

PRELIMINARY DRAFT
SUBJECT TO REVISION

CITI-TRIB-CC 00103598

CONFIDENTIAL

# Transaction Valuation Analysis

| Period | Financials | Multiples | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| Actual | Adjusted EBITDA | Low | – | High | Low | – | High |
| LTM | $1,333.6 | 9.00x | – | 10.00x | $12,002.6 | – | $13,336.3 |
| CFY | $1,305.9 | 9.00x | – | 10.00x | $11,753.4 | – | $13,059.4 |
| NFY | $1,360.4 | 8.50x | – | 9.50x | $11,563.4 | – | $12,923.8 |
| *Enterprise Value Range* | | | | | *$11,563.4* | – | *$13,336.3* |

there aren't really any forward multiples on pg. 27 to support this
what transactions most relevant – mean and median on next page are 13.0x and 13.6x, respectively
most transactions are above 13x

VRC
Strong Values.

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

CITI-TRIB-CC 00103599

CONFIDENTIAL

# Tribune Comparable Transaction Multiples

| Buyer | Target | Announce Date | Closing Date | Enterprise Value | LTM Sales | LTM EBITDA | EBITDA Margin | EV Value / LTM Revenues | EV Value / LTM EBITDA |
|---|---|---|---|---|---|---|---|---|---|
| Oak Hill Capital Partners | Broadcast Media Group (New York Times Co) | 1/4/2007 | pending | $575.0 | $154.7 | $43.0 | 27.8% | 3.7x | 13.4x |
| Consortium led by Thomas Lee and TPG | Univision Communications, Inc. | 6/27/2006 | 3/29/2007 | $13,352.2 | $2,166.7 | $791.0 | 36.5% | 6.2x | 16.9x |
| Wilkes-Barre Publishing Co., Inc. | The McClatchy Co. | 6/26/2006 | 7/28/2006 | $64.5 | $40.0 | $9.3 | 23.3% | 1.6x | 6.9x |
| Philadelphia Media Holdings LLC | The McClatchy Co. | 5/23/2006 | 6/29/2006 | $515.0 | $500.0 | $65.0 | 13.0% | 1.0x | 7.9x |
| Hearst-Argyle Television, Inc. | Emmis Communications Corp. (WKCF-TV) | 5/8/2006 | 8/31/2006 | $217.5 | $40.1 | $16.0 | 39.9% | 5.4x | 13.6x |
| MediaNews Group, Inc. / The Hearst Corp. | The McClatchy Co. | 4/20/2006 | 8/4/2006 | $1,000.0 | $554.0 | $87.0 | 15.7% | 1.8x | 11.5x |
| Media General, Inc. | NBC Universal, Inc. | 4/6/2006 | 6/26/2006 | $600.0 | $120.0 | $42.9 | 35.7% | 5.0x | 14.0x |
| The McClatchy Co. | Knight Ridder, Inc. | 3/13/2006 | 6/27/2006 | $6,213.9 | $3,004.0 | $631.3 | 21.0% | 2.1x | 9.8x |
| Raycom Media, Inc. | The Liberty Corp. | 8/25/2005 | 1/31/2006 | $923.9 | $216.0 | $64.9 | 30.1% | 4.3x | 14.2x |
| Lin Television Corp | Emmis Communications Corp. (5 Stations) | 8/22/2005 | 11/30/2005 | $260.0 | $57.6 | $20.0 | 34.7% | 4.5x | 13.0x |
| Journal Communications, Inc. | Emmis Communications Corp. (3 Stations) | 8/22/2005 | 2/6/2005 | $234.5 | $41.4 | $17.6 | 42.5% | 5.7x | 13.3x |
| Lee Enterprises, Inc. | Pulitzer, Inc. | 1/30/2005 | 6/3/2005 | $1,637.0 | $443.7 | $110.6 | 24.9% | 3.7x | 14.8x |
| Journal Register Co. | 21st Century Newspapers Inc | 7/6/2004 | 8/13/2004 | $507.7 | $148.1 | $30.9 | 20.9% | 3.4x | 16.4x |
| The McClatchy Co. | Pacific-Sierra Publishing | 12/4/2003 | 1/31/2004 | $40.5 | $13.0 | $2.5 | 19.2% | 3.1x | 16.2x |
| Dow Jones & Co., Inc. | The Record | 4/16/2003 | 5/5/2003 | $144.0 | $37.0 | $10.6 | 28.6% | 3.9x | 13.6x |

| | EBITDA Margin | EV / Revenues | EV / EBITDA |
|---|---|---|---|
| Max | 42.5% | 6.2x | 16.9x |
| Min | 13.0% | 1.0x | 6.9x |
| Mean | 27.6% | 3.7x | 13.0x |
| Median | 27.8% | 3.7x | 13.6x |

cable

simple average of publishing/broadcasting.

PRELIMINARY DRAFT
SUBJECT TO REVISION

CITI-TRIB-CC 00103600

CONFIDENTIAL

# Sum of the Individual Operating Assets

| Publishing Valuation Summary | Low | Mid | High |
|---|---|---|---|
| Comparable Companies Method | $7,422.4 | *$8,201.2* | $8,980.0 |
| Comparable Transactions Method | $7,654.4 | *$8,541.7* | $9,429.0 |
| Discounted Cash Flow Method | $6,215.7 | *$7,023.0* | $7,830.4 |
| **Average Enterprise Value** | **$7,097.5** | **$7,922.0** | **$8,746.5** |

| Broadcasting Valuation Summary | Low | Mid | High |
|---|---|---|---|
| Comparable Companies Method | $4,223.1 | *$4,694.1* | $5,165.1 |
| Comparable Transactions Method | $4,415.0 | *$4,889.4* | $5,363.7 |
| Discounted Cash Flow Method | $3,982.7 | *$4,251.3* | $4,519.8 |
| **Average Enterprise Value** | **$4,207.0** | **$4,611.6** | **$5,016.2** |

| Radio Valuation Summary | Low | Mid | High |
|---|---|---|---|
| Radio | $175.0 | *$187.5* | $200.0 |
| **Average Enterprise Value** | **$175.0** | **$187.5** | **$200.0** |

| | | | |
|---|---|---|---|
| **Total Operating Enterprise Value** | **$11,479.5** | **$12,721.1** | **$13,962.7** |

backup?

7.6x — 9.42x

7,922 ÷ 928.5 = 8.5x (pg. 42) '07 EBITDA

10.8x — 12.8x

4612 ÷ 391.2 = 11.8x

⇒ 11–13x EBITDA

PRELIMINARY DRAFT
SUBJECT TO REVISION

CITI-TRIB-CC 00103601