L:\PUBDOCS2\INSIDETRACK\KVORNING, THOMAS\600483680 - WL67-002\TRB WGL.DOC\A2XP\[AUTODATE] \[AUTOTIME]

**Working Group List**

# Tribune Special Committee

**Updated: 3 November 2006**

Please refer updates to

**Thomas Kvorning**
Morgan Stanley
Tel: 212-761-6780
Fax: 646-485-4175
E-mail: Thomas.Kvorning@morganstanley.com

# Morgan Stanley

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MS_179161

**Tribune Special Committee**

**Working Group List**  **Updated: 3 November 2006**

L:\PUBDOCS2\INSIDETRACK\KVORNING, THOMAS\600483680 - WL67-002\TRB WGL.DOC\A2XP\[AUTODATE] \[AUTOTIME]

# Table of Contents

| | |
|---|---:|
| Special Committee of Tribune | 3 |
| Morgan Stanley | 4 |
| Skadden | 5 |

Morgan Stanley

2

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY         MS_179162

| Tribune Special Committee | Working Group List | | Updated: 3 November 2006 |

## Special Committee of Tribune

### Contact Details

| Name/Title | Office | E-mail | Home |
|---|---|---|---|
| Enrique Hernandez, Jr. (Rick) | Tel: 626-535-2201<br>Fax: 626-685-9120 | rhernandez@icsecurity.com | |
| Asst: Julia Hartson | Tel: 626-535-2201 | | |
| Betsy D. Holden | | betsyholden@aol.com | Redacted |
| Robert S. Morrison (Bob) | Tel: 847-234-2662 | morrisonrs42@msn.com | |
| Asst: Cappy Johnston | | | |
| William A. Osborn (Bill) | Tel: 312-444-3522<br>Fax: 312-444-5592 | wao1@ntrs.com | |
| Asst: Mary Louise Klucinskas | Tel: 312-444-7631 | | |
| J. Christopher Reyes (Chris) | Tel: 847-227-6600<br>Fax: 847-227-6601 | creyes@reyesholdings.com | |
| Asst: Cindy Vann | Tel: 847-227-6622 | | |
| Dudley S. Taft | Tel: 513-241-8880<br>Fax: 513-241-5204<br>Car Phone: 513-659-5364 | thedudster@aol.com | |
| Asst: Linda Hansbauer | | | |
| Miles D. White | Tel: 847-937-3417<br>Fax: 847-938-6277 | miles.white@abbott.com | |
| Asst: Debbie Hall | Tel: 847-938-5571 | | |

**Morgan Stanley**

3

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    MS_179163

L:\PUBDOCS2\INSIDETRACK\KVORNING, THOMAS\600483680 - WL67-002\TRB WGL.DOC\A2XP\[AUTODATE] \[AUTOTIME]

**Tribune Special Committee**

**Working Group List**                           **Updated: 3 November 2006**

# Morgan Stanley

**Headquarters**   1585 Broadway, New York, NY 10036

## Contact Details

| Name/Title | Office | E-mail | Home |
|---|---|---|---|
| Paul J. Taubman<br>Head of Global Mergers & Acquisitions | Tel: 212-761-7929<br>Fax: 212-507-4452 | Paul.Taubman@<br>morganstanley.com | Redacted |
| Asst: Carol Hydovitz | Tel: 212-761-7126 | | |
| Thomas Whayne<br>Managing Director | Tel: 212-761-4100<br>Fax: 212-507-0777 | Thomas.Whayne@<br>morganstanley.com | |
| Asst: Maria Hanrahan | Tel: 212-761-8178 | | |
| Charlie Stewart<br>Managing Director | Tel: 212-761-8528<br>Fax: 212-507-2468 | Charlie.Stewart@<br>morganstanley.com | |
| Asst: Linda S. Krogdahl | Tel: 212-761-0556 | | |
| Frank English<br>Vice Chairman, Managing Director | Tel: 312-706-4404<br>Fax: 312-706-4846 | Frank.English@<br>morganstanley.com | |
| Asst: Elizabeth Bell | Tel: 312-706-4405 | | |
| James D. Fincher<br>Associate | Tel: 212-761-6590<br>Fax: 646-290-2782 | James.Fincher@<br>morganstanley.com | |
| Asst: Silvi Stefan | Tel: 212-761-0073 | | |
| Steven D. Williams<br>Associate | Tel: 212-761-7646<br>Fax: 212-507-1026 | Steven.D.Williams@<br>morganstanley.com | |
| Asst: Antonina Leone | Tel: 212 761-3761 | | |
| John O. Wynne Jr.<br>Associate | Tel: 212-761-0800<br>Fax: 212-507-1328 | John.Wynne@<br>morganstanley.com | |
| Asst: Silvi Stefan | Tel: 212-761-0073 | | |
| Thomas Kvorning<br>Analyst | Tel: 212-761-6780<br>Fax: 646-485-4175 | Thomas.Kvorning@<br>morganstanley.com | |
| Asst: Adrienne de Los Santos | Tel: 212-761-4899 | | |
| Jessica Cui | | | |

**Morgan Stanley**                                   4

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                   MS_179164

L:\PUBDOCS2\INSIDETRACK\KVORNING, THOMAS\600483680 - WL67-002\TRB WGL.DOC\A2XP\[AUTODATE] \[AUTOTIME]

**Tribune Special Committee** | **Working Group List** | **Updated: 3 November 2006**

# Skadden

| **Headquarters** | 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 |
| | Telephone: 312-407-0700, Fax: 312-407-0411 |

### Contact Details

| Name/Title | Office | E-mail | Home |
|---|---|---|---|
| Charles W. Mulaney, Jr.<br>Partner (Corporate) | Tel: 312-407-0500<br>Fax: 312-407-8518 | cmulaney@skadden.com | Redacted |
| Richard C. Witzel<br>Associate (Corporate) | Tel: 312-407-0784<br>Fax: 312-407-8626 | rwitzel@skadden.com | Redacted |

Morgan Stanley

5

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                MS_179165

L:\PUBDOCS2\INSIDETRACK\KVORNING, THOMAS\600483680 - WL67-002\TRB WGL.DOC\A2XP\[AUTODATE] \[AUTOTIME]

**Tribune Special Committee**

DO NOT DELETE OR TYPE ON THIS PAGE

DO NOT DELETE OR TYPE ON THIS PAGE

DO NOT DELETE OR TYPE ON THIS PAGE

DO NOT DELETE OR TYPE ON THIS PAGE

DO NOT DELETE OR TYPE ON THIS PAGE

Morgan Stanley

6

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MS_179166