# Presentation to the Tribune Special Committee

29 September 2006

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 49130

Tribune Special Committee

# A Highly Experienced and Committed Tribune Special Committee Team

**Paul J. Taubman**
Managing Director
Head of Global
Mergers & Acquisitions
24 Years of Experience

Education: Stanford University,
Graduate School of Business, MBA
University of Pennsylvania,
The Wharton School, BS

Project Role: Active Senior Team Leader

Selected Recent Special Committee Transactions
- HCA: Advised Special Committee on $33Bn LBO by Bain, KKR, and Merrill Lynch, 2006
- Emmis Communications: Advised Special Committee on proposed buyout by Smulyan Chairman/CEO, 2006
- West Corp: Advised Special Committee on acquisition by T.H. Lee Partners and the Quadrangle Group, 2006
- Cablevision: Advised Special Committee on $8Bn Special Dividend Proposal, proposed $17Bn acquisition by Dolan Family Group, the spin-off of Rainbow 1 DBS and related assets to EchoStar
- Rogers Partners: Advised Special Committee on $1.9Bn sale to Sprint Nextel, 2006
- Fox Entertainment: Advised Special Committee on $7.25/share squeeze-out by News Corporation, 2005

Other Publishing/Broadcasting Experience
- Knight Ridder: $6.5Bn sale to McClatchy, 2006
- Trader Publishing: Restructuring of Cox/Landmark JV, 2006
- Landmark/Cox restructuring, 2006
- Viacom: Separation with CBS, 2005
- AMFM: Merger with Clear Channel, 1999
- Renaissance: $1.1Bn sale to Tribune, 1997
- Acquisition of Turner Broadcasting by Time Warner, 1995
- Sale of WLOS-TV to Wometco, 1987
- Restructuring of Storer Broadcasting on behalf of KKR, 1985

Other Notable Transactions
- Comcast: Consortium acquisition with Time Warner for Adelphia Communications, 2005
- AT&T: $22Bn sale to SBC, 2005
- Panamsat: $3.2Bn sale to Intelsat, 2005
- Warner Music Group: Advised Time Warner in the $2.3Bn sale to an investor consortium, 2003
- Comcast: $72Bn acquisition of AT&T Broadband, 2002

(212) 761-7929
Paul.Taubman@morganstanley.com



**Thomas Whayne**
Managing Director
Mergers & Acquisitions
14 Years of Experience

Education: University of Virginia School of Law, JD
Harvard College, AB

Project Role: Project Leader

Selected Relevant Transactions
- Yahoo!: Strategic partnership with Alibaba through a $1.0Bn cash investment and merger of its China internet business, 2005
- Cablevision: Advised the Dolan Family Group on its proposed $17Bn acquisition, 2005
- Sprint: $1.2Bn sale of 16,800 communications towers to Global Signal, 2005
- Ashland: $3.7Bn sale to Marathon of a 38% interest in their refining and marketing JV, 2004
- Yahoo!: $1.8Bn acquisition of Overture Services, 2003
- BCE: $4.25Bn repurchase from SBC of a 20% interest in Bell Canada Holdings, 2002
- AT&T: Restructuring of Time Warner Entertainment, 2002
- Price Communications: $1.2Bn sale of Price Communications Wireless to Verizon Wireless, 2002
- AT&T: $7.2Bn sale of AT&T Broadband to Comcast, 2002
- AT&T: $9.5Bn cash investment by NTT DoCoMo in AT&T Wireless, 2001
- Texaco: $43Bn merger with Chevron, 2000
- Anadarko: $8.5Bn merger with Union Pacific Resources, 2000

(212) 761-4100
Thomas.Whayne@morganstanley.com

**Charlie Stewart**
Managing Director
Media & Communications
13 Years of Experience

Education: Yale University, BA

Project Role: Core Team Industry / Expertise

Selected Relevant Transactions
- Trader Publishing: Restructuring of Cox/Landmark JV, 2006
- Knight Ridder: $6.5Bn sale to McClatchy, 2006
- Comcast: Consortium acquisition with Time Warner for Adelphia Communications, 2005
- Journal Communications: $235MM acquisition of Emmis Television Stations, 2005
- Liberty Global: Merger between UGC and Liberty International, 2005
- E.W. Scripps Company: $150MM secondary offering, 2004
- Freedom Communications: Recapitalization led by Blackstone Partners and Providence Equity, 2004
- Freedom Communications: Lead Arranger of $1.1Bn bank facility, 2004
- Comcast: $7.9Bn sale of QVC to Liberty Media, 2003
- Journal Communications: $280MM initial public offering, 2003
- E.W. Scripps Company: $550MM secondary offering, 2003
- Monster Worldwide: spin-off of Hudson Highland Group, 2003
- Comcast: $72Bn acquisition of AT&T Broadband, 2002

(212) 761-8528
Charlie.Stewart@morganstanley.com

**Frank English**
Vice Chairman
Managing Director,
Midwest Region
30 Years of Experience

Education: Columbia University,
Graduate School of Business
University of Notre Dame, BA

Project Role: Firm Management / Senior Team Support / Midwest Region Expertise

Selected Relevant Transactions
- First Data: Strategic Advisor in spin-off of Western Union, 2006
- McDonald's: Advised and executed sell down/split off of Chipotle, 2005-2006
- McDonald's Strategic Advisor, 2005-2006
- Steel Dynamics: Acquisition of Roanoke Electric Steel Corp, 2006
- Steel Dynamics: Strategic Advisor, 2005-2006
- Cleveland Cliffs: Strategic Advisor, 2005-2006
- Jordan Industries: Advised on sale of Russian cable business, 2006
- Ford: Advisor in re-structuring of Visteon, 2005
- Ford: Advisor in sale of Beanstalk, 2005
- W.W. Grainger: Advisory assignment related to B2B monetization, 2000-2001
- A.J. Gallagher: Various assignments as Strategic Advisor
- Ford: Advisor in formation of Covisint, largest B2B exchange, 2001
- Household International: Acquisition of TransAmerica Finance, Acquisition of Beneficial Finance, Sale of Insurance Operations

(312) 706-4404
Frank.English@morganstanley.com

**Global Capital Markets - Leverage Finance**
Ashok Nayyar (17 Years of Experience)
Managing Director
Co-Head, Global Leverage Finance
(212) 761-2940
Ashok.Nayyar@morganstanley.com

**Global Capital Markets - Equity**
Robert Shepardson (17 Years of Experience)
Managing Director
Head, Media & Communications Equity Capital Markets
(212) 761-6022
Robert.Shepardson@morganstanley.com

**Transaction Structuring and Tax**
Andrew Sperling (15 Years of Experience)
Managing Director
(212) 761-7896
Andrew.Sperling@morganstanley.com

**Credit Advisory**
Dorothy Lee (22 Years of Experience)
Executive Director
(212) 761-9379
Dorothy.K.Lee@morganstanley.com

**Media and Communications**
James Fincher—Associate (6 Years of Experience)
James.Fincher@morganstanley.com

John Wynne—Associate (6 Years of Experience)
John.Wynne@morganstanley.com

Thomas Kvorning—Analyst (3 Years of Experience)
Thomas.Kvorning@morganstanley.com

▨ Red denotes co-advisory assignments

**Morgan Stanley**

Team  Qualifications  Process  Sector Themes  Next Steps

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY       MS 49131

Tribune Special Committee

# Morgan Stanley Is Best Positioned to Advise the Special Committee

## Why Morgan Stanley?
**Experience, Resources and Knowledge**

- Highly qualified team with unparalleled transaction history and industry knowledge
- #1 Special Committee franchise and related M&A expertise
  - Top 2 global M&A franchise
  - #1 Defense advisor
  - #1 advisor in spin-off/split-off transactions
  - Leading activist shareholder defense franchise
  - Most experience in transactions involving Goldman Sachs
- #1 Media and Local Media franchise
  - Unique experience advising Knight Ridder and Freedom
  - #1 New Media / Technology franchise
- Leading Financial Sponsor franchise
- Prepared to move immediately with the full resources of our firm
- No conflicts of interest

### Unparalleled Experience Advising Independent and Special Committees

### Leadership in Special Committee Situations⁽¹⁾
Transaction Volume 2000-06 ($Bn)

### Leading Global M&A Franchise
Transaction Volume 2000-06 ($Bn)

### Leading Defense Advisor⁽²⁾
Number of Defense Assignments 1995-06

### Leading Global Spin-Off/Split-off Advisor
Bookrun Amount 1995-06 ($Bn)

### Recent Defense/Activist Situations

= Executed by professionals on core Tribune Special Committee Team

Note
1. Includes U.S. Special Committee Representation, Minority Buyout and Going Private transactions 2000–06, for transaction values greater than $100MM
2. Defense assignment defined as transaction where financial advisors were hired to defend a company against an unsolicited bid or activist situation. Excludes situations where a company has already announced its willingness to engage in discussions with potential partners, or where the outcome is unclear. Includes transaction values greater than $250MM

Team | Qualifications | Process | Sector Themes | Next Steps

MorganStanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                    MS 49132

Tribune Special Committee

# The Advisor of Choice to the Media Industry

- Morgan Stanley is the leading advisor to the media industry
  - Experience in industry-defining transactions
  - Uniquely relevant local media expertise and insight into optimal strategic and financial sponsor approach
  - Best positioned to evaluate and position newspapers' digital growth strategy

## Involved in 9 of the Top 10 2005 Media Transactions

| Date | Target | Acquiror | Total Value ($Bn) |
|---|---|---|---|
| 6/14/05 | VIACOM * | VIACOM | 37.9 |
| 6/20/05 | CABLEVISION * | Dolan Group | 20.4 |
| 1/21/05 | Adelphia * | Comcast | 17.6 |
| 10/1/05 | USX | | 9.6 |
| 4/29/05 | | | 7.2 |
| 1/10/05 | * | News Corporation | 7.1 |
| 3/13/06 | KNIGHT RIDDER * | | 6.5 |
| 9/12/05 | * | | 4.1 |
| 4/21/05 | | comcast | 3.8 |
| 1/5/05 | * | | 3.5 |

☐ Denotes Morgan Stanley involvement
☐ Morgan Stanley represented competing bidder
\* Denotes Morgan Stanley Client

## #1 Local Media Franchise

**KNIGHT RIDDER**
- Advised on $6.5Bn sale to McClatchy
- Advised on acquisition of CareerBuilder.com
- Advised family on valuation and provided fairness opinion on Lesher Comm. sale to Knight Ridder

**FREEDOM**
- Advised Company on $2.1Bn recapitalization
- Lead Arranger $1.1Bn bank facility

**JOURNAL**
- Advised on $235MM acquisition of 3 television stations from Emmis Communications
- $123MM secondary offering
- $285MM IPO

**SCRIPPS**
- Sole bookrunner for $241MM follow-on offering
- Sole bookrunner for $550MM follow on offering

**LANDMARK COMMUNICATIONS, INC**
- Advised on restructuring of Trader Publishing Company

- Advised Special Committee on buyout proposal made by Chairman/CEO (subsequently withdrawn)

**Other Publishing and Broadcasting Transactions:**
- Dex Media $418MM follow-on equity offering
- Yellow Pages Group $2.1Bn acquisition of Advertising Directory Solutions
- $1.0Bn Dex Media IPO
- RH Donnelly $2.2Bn acquisition of Sprint Directories
- Copley acquisition of Thomson newspapers
- $3.5Bn Hollinger restructuring sale to CanWest
- Journal Register $150MM IPO

**Broadcasting**
- Lin Television Strategic Advisor
- LBJ Radio Asset Sale
- $22Bn Sale of AMFM to Clear Channel
- Emmis IPO/Follow-on
- Univision IPO
- Viacom Merger with CBS
- Renaissance: $1.1Bn sale to Tribune
- Acquisition of Turner Broadcasting by Time Warner
- Sale of WLOS-TV to Wometco
- Restructuring of Storer Broadcasting on behalf of KKR

## Top 5 US Media Transactions Involving Financial Sponsors 2004-06

| Date | Target | MS Role | Total Value ($Bn) |
|---|---|---|---|
| 6/27/06 | Univision | Advised competing sponsor group | 13.7 |
| 1/16/06 | VNU | Advised competing sponsor group | 11.6 |
| 10/3/05 | Dex Media | Advised competing sponsor group | 9.7 |
| 9/13/04 | MGM | Advised seller | 4.8 |
| 12/16/05 | Insight | Advised seller | 3.3 |

## #1 New Media Franchise – The Future of Newspapers

**homestore.com worldwide**
- Sole bookrunner for $58MM follow-on offering
- Advised on restructuring and spin-off

- Advised Elevation Partners on Private Investment in Public Entity (PIPE)

- Advised on $2.6Bn sale to eBay

**Google**
- Joint Bookrunner for $4.4Bn follow-on offering
- Joint Bookrunner for $1.9Bn initial public offering

**YAHOO!**
- Advised on Strategic partnership with Alibaba
- Advised on $1.8Bn acquisition of Overture Services

- Advised on $415MM acquisition of Rent.com
- Advised on $484MM acquisition of remaining interest in Internet Auction Co.
- Advised on $152MM acquisition of mobile.de

Team — Qualifications — Process — Sector Themes — Next Steps

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    MS 49133

Tribune Special Committee

# Review of Key Special Committee Considerations

- Morgan Stanley would work immediately with the Special Committee to analyze strategic alternatives for Tribune and define process objectives
  - Review and comment on the Company advisors' analyses and presentations on strategic alternatives
  - Understand and make recommendations on the proposed strategic process in place
- Conduct an accelerated due diligence review of Tribune
  - Evaluation of Tribune's strategic and financial plans
  - Analysis of the Company's digital growth prospects
- Participate in the strategic process, representing the Special Committee

**Key Issues Prior to Process Launch**
*Balancing Speed and Appropriate Preparation*

- Develop a set of management projections that will stand up to investor scrutiny and underpin analysis of all alternatives
- Define stapled financing approach and roles
- Develop process strategy for lead and fallback strategic alternatives
- Address risks inherent in the formation of financial buyer consortia

**Key Issues Immediately Following Process Launch**

- Implications of CareerBuilder agreement
- Understand after-tax value impact of potential liquidation scenarios
- Develop actionable recapitalization alternative
- Assess conflicts inherent in management participation in sponsor LBO proposals

Team › Qualifications › Process › Sector Themes › Next Steps

MorganStanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                MS 49134



MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Tribune Special Committee

# Summary of Potential Strategic Alternatives

- The Company has a number of courses of action open to it
  - Status quo
  - Self-help alternatives, including recapitalization and/or asset sales
  - Separation alternatives, including straight spin-offs or sponsored spin-offs
  - Strategic transactions, including a potential change of control transaction

| | Advantages | Issues | Key Variables |
|---|---|---|---|
| Status Quo | • Retain long-term equity exposure | • Growth plan<br>• Execution risk | • Confidence level in management plan |
| **Self-Help Alternatives** | | | |
| Recapitalization | • Liquidity event for shareholders<br>• Existing shareholders retain long-term equity exposure | • Reduces financial/strategic flexibility and trading liquidity<br>• Increases Chandler/activist ownership | • Debt capacity, credit implications and ongoing liquidity needs<br>• Multiple assigned to pro forma earnings |
| Asset Sales | • Opportunity to potentially "unlock" value<br>• Potential market "re-rating" of equity story | • Challenge of separating businesses<br>• Tax leakage | • Logical divestiture candidates and ability to unlock value<br>• Market receptivity to pro forma equity story |
| **Separation Alternatives** | | | |
| Straight Spin-off | • Creates pure play businesses | • Recent media industry spin-offs have not created shareholder value | • Multiple applied to separated businesses<br>• Debt allocation |
| Sponsored Spin-off | • Sophisticated investor validates equity story<br>• Could be viewed favorably by credit agencies in maximizing debt capacity | • Pro forma trading implications | • Debt capacity and ongoing liquidity needs<br>• Multiple assigned to pro forma earnings |
| **Company Sale** | | | |
| Leveraged Buyout | • Liquidity event for shareholders<br>• Transaction premium | • Ability to realize intrinsic value<br>• Management involvement | • Debt capacity<br>• Competitive dynamic |
| Strategic Sale/Merger | • Strategic premium | • Limited strategic buyer universe<br>• Form of consideration | • Actionability |

Team → Qualifications → Process → Sector Themes → Next Steps

Morgan Stanley

7

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                     MS 49136

Tribune Special Committee

# Morgan Stanley's Unique Knight Ridder and Freedom Experiences

- The Knight Ridder and Freedom transactions have unique relevance to the Tribune situation
  - Most recent and most comparable transactions of size in the space
  - Similar assets
  - Dissident shareholders
  - Multiple potential outcomes
  - Same potential strategic and financial buyer list
  - CareerBuilder partnership implications
- Morgan Stanley is the only firm who acted as advisor to the seller in both situations

## Situation Observations

- Morgan Stanley served as advisor to the Special Committee of Freedom Communications in its 2004 recapitalization led by Blackstone and Providence, and to Knight Ridder in its 2006 sale to McClatchy
  - Freedom process consisted of a "market test" designed to explore all potential alternatives related to its newspaper and TV broadcasting properties
  - Knight Ridder decided to explore strategic alternatives in response to pressure from an activist shareholder in control of a 19% block
- Morgan Stanley has a unique perspective on the approaches and perspectives of the most likely strategic and financial buyers
  - Gannett is likely the only potential whole company strategic buyer
  - Financial sponsor interest in Tribune will be significant but constrained by several factors including leverage appetite, potential regulatory complexities, GMT partnership status, view on management team, deteriorating recent performance and conservatism around exit multiple
  - Any projections presented need to be credible and reflect a well defined digital growth strategy
  - Need to assess what additional value a sponsor may bring other than incremental leverage
  - Need to avoid formation of financial sponsor consortia too early in the process
  - CareerBuilder/GMT partnership implications need to be addressed proactively
  - From a process perspective, Tribune participants should be able to move quickly to submit first round indications (3–4 weeks); second round diligence will require extensive coordination and will need to include substantive management presentations and site visits (approximately 10–12 weeks)
- Creating uncertainty while pursuing multiple actionable alternatives is critical to maximizing the probability of a successful outcome

### The Market Read Knight Ridder Correctly
Knight Ridder and McClatchy Share Prices ($)

[Chart showing Knight Ridder and McClatchy share prices from 9/30/05 to 9/27/06, with annotations:
- 31-Oct-2005: Unaffected stock price of $53.38
- 01-Nov-2005: PCM files 13-D (19% stake), share price increased by 8.7%, Volume 3.9MM
- 10-Nov-2005: Amended PCM 13-D (19% stake) threatening to launch proxy fight
- 14-Nov-2005: Knight Ridder Board announces exploration of strategic alternatives
- 09-Dec-2005: First Round Bids submitted
- 13-Mar-2006: Transaction announced]

### Transaction Multiples – Then and Now

| Date | Total | Excluding Non-Core | With Synergies | Post Asset Sales (2006 Multiple) |
|---|---|---|---|---|
| **Knight Ridder:** | | | | |
| At Announcement | 10.2x | 9.5x | 8.7x | 11.0x |
| At Closing / Today | | 8.8x | 8.0x | 10.1x |
| **Freedom Trailing Cash Flow Multiple:** | | ~12x | | |



Team &gt; Qualifications &gt; Process &gt; Sector Themes &gt; Next Steps

8

MorganStanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    MS 49137

Tribune Special Committee

# Preliminary Tribune and Sector Observations

- Tribune's unaffected price can be viewed as approximately $28, based on Gannett's stock price performance since announcement of Tribune's Dutch Auction tender
- Tribune has a growth issue relative to its peers
- Analyst price targets of $34 on average imply limited upside and private market value estimates average $36
- Tribune's partnership interests and non-core assets need to be carefully valued when assessing the business
- The digital growth strategy is critical to assess on a risk-adjusted NPV basis, particularly in light of ongoing print deterioration

## Tribune's "Unaffected" Price is $27-28

### Recent Tribune Share Price Performance

Key events annotated on chart:
- 30-May-06: Dutch-Auction tender announced; Fitch downgrade
- 06-Jun-06: Chandler directors' dissent disclosed
- 14-Jun-06: Chandler Trust 13-D filing
- 15-Jun-06: Independent director and management response; Moody's downgrade
- 27-Jun-06: Chandler Family search for potential allies and other strategic alternatives announced
- 30-Jun-06: Tender offer expires
- 14-Aug-06: Peltz disclosure of 1.2% Tribune stake
- 9-Sep-06: S&P free float rebalance
- 21-Sep-06: Tribune reach agreement on the unwinding of the TMCT Ventures

Source: FactSet

### 2007 EBITDA Multiples(1)

| Gannett | Belo | NY Times | CBS | McClatchy | Tribune | Clear Channel |
|---|---|---|---|---|---|---|
| 7.5 | 7.7 | 7.9 | 8.0 | 8.0 | 9.8 | |

### 2007 P/E Multiples(1)

| Gannett | Belo | NY Times | CBS | McClatchy | Tribune | Clear Channel |
|---|---|---|---|---|---|---|
| 12.9 | 11.0 | 14.1 | 14.8 | 15.5 | 15.5 | 19.1 |

## Tribune Faces Challenges from a Growth and Margin Improvement Perspective...

### Revenue CAGR (CY05-CY07 %)

| Tribune | CBS | NY Times | Belo | Gannett | McClatchy | Clear Channel |
|---|---|---|---|---|---|---|
| (0.3) | 1.3 | 2.2 | 2.5 | 3.3 | 3.9 | 4.6 |

### EBITDA Margin (2005A %)

| NY Times | CBS | Tribune | Belo | McClatchy | Gannett | Clear Channel |
|---|---|---|---|---|---|---|
| 18.5 | 22.1 | 24.9 | 25.8 | 28.3 | 30.6 | 33.6 |

Source: Wall Street Research

## ...Which Has Led to a Weak Outlook from Wall Street Analysts

| Firm | Recommendation | 2007 EBITDA $MM | % Growth | Target Price $ | Private Market Value $ |
|---|---|---|---|---|---|
| A | Underweight | $1,205 | (4%) | $22 | $36 |
| B | Neutral | N/A | N/A | 34 | 34–37 |
| C | Neutral | 1,359 | 0 | N/A | 36 |
| D | Hold | N/A | N/A | 30 | 25–32 |
| E | Overweight | 1,484 | 7 | 46 | — |
| F | Outperform | 1,462 | 5 | 40 | — |
| G | Market Perform | 1,322 | (1) | N/A | 39 |
| H | Equal-Weight | 1,245 | (3) | N/A | 43 |
| I | Neutral | 1,304 | (4) | N/A | Mid-to-High 30's |
| Analyst Median | | $1,322 | (1%) | $34 | $36 |

## Tribune Multiples; Cautious Outlook or Opportunity?

| | | | Wall Street Consensus Projections | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | % Prem./ (Disc.) to | % Prem./ (Disc.) to | EBITDA Multiples | | | P/E | | | EBITDA Multiples Adj. for Non-Cons. Assets(2) | |
| Price | Current | Unaffected | 2006 | 2007 | 2006 | 2007 | 2006 | 2007 | | |
| | | | $1,351 | $1,322 | $534 | $482 | $1,351 | $1,322 | | |
| $26.00 | (20%) | (9%) | 8.2x | 8.4x | 11.2x | 12.4x | 6.8x | 6.9x | | |
| 28.00 | (14%) | (2%) | 8.6 | 8.7 | 12.0 | 13.3 | 7.1 | 7.3 | | |
| 30.00 | (8%) | 5% | 8.9 | 9.1 | 12.9 | 14.3 | 7.4 | 7.6 | | |
| 32.00 | (2%) | 12% | 9.2 | 9.4 | 13.8 | 15.3 | 7.8 | 7.9 | | |
| 32.49 | 0% | 14% | 9.3 | 9.5 | 14.0 | 15.5 | 7.9 | 8.0 | | |
| 34.00 | 5% | 19% | 9.6 | 9.8 | 14.6 | 16.2 | 8.1 | 8.3 | | |
| 36.00 | 11% | 26% | 9.9 | 10.1 | 15.5 | 17.2 | 8.5 | 8.6 | | |
| 38.00 | 17% | 33% | 10.3 | 10.5 | 16.3 | 18.1 | 8.8 | 9.0 | | |
| 40.00 | 23% | 40% | 10.6 | 10.8 | 17.2 | 19.1 | 9.1 | 9.3 | | |

Note:
1. Share prices as of September 27, 2006
2. Unconsolidated assets assumed to be $2.0Bn and includes Food Network, Cubs, CareerBuilder, Classified Ventures and various other investments

Team → Qualifications → Process → Sector Themes → Next Steps

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

MS 49138

Tribune Special Committee

# Review of Potential Interested Parties

- Given size considerations, there are limited strategic parties who can contemplate a whole company transaction
  - There would be significant strategic interest in individual newspaper and broadcasting assets
- Financial sponsors will have a strong interest in evaluating a transaction – but pitfalls need to be addressed proactively
  - Consortium formation
  - Stapled financing levels
  - CareerBuilder change of control
  - Positioning of digital growth strategy and potential cost cuts
  - Management team role
  - Chandler role

## Potential Interested Parties – Strategic

| Name | Market Capitalization ($Bn) | Consideration |
|---|---|---|
| **Whole Company** | | |
| Gannett | 13.3 | New CEO; integration and operating environment challenges |
| **Selected Assets/Equity Investors** | | |
| Hearst | NA | Prefer partnership approach |
| MediaNews | NA | Aggressive but capacity constrained |
| Belo | 1.6 | Size considerations; not normally aggressive |
| **Commercial Agreement/Equity Investors** | | |
| Yahoo | 35.8 | Accelerate local media and listings strategy |
| Google | 122.1 | Accelerate local media and listings strategy |
| Microsoft | 275.7 | Accelerate local media and listings strategy |

## Top 10 Largest US Private Equity Transactions in 2005-06

| Announced | Target | Acquiror(s) | Deal Size ($Bn) | Sponsor Invest. ($Bn) |
|---|---|---|---|---|
| 7/24/2006 | HCA | KKR, Bain Capital, Merrill Lynch Global Private Equity | 33.3 | 4.5 |
| 5/29/2006 | Kinder Morgan | Richard D. Kinder and other members of management, Goldman Sachs Capital Partners, American International Group, Carlyle, Riverstone, others | 22.4 | 5.1 |
| 1/22/2006 | Albertson's | SuperValu, CVS Corp and a consortium led by Cerberus Capital Management (incl. Kimco Realty, Schottenstein Stores, Lubert-Adler Partners, Klaff Realty) | 17.4 | NA |
| 6/27/2006 | Univision | Saban Capital, Madison Dearborn Capital Partners, Providence Equity, TPG, Thomas H. Lee | 13.7 | 3.9 |
| 3/28/2005 | SunGard | Silver Lake Partners, Bain Capital, Blackstone, Goldman Sachs Capital Partners, KKR, Providence Equity, TPG | 11.3 | 3.5 |
| 6/5/2006 | Trizec | Brookfield, Blackstone | 8.9 | NA |
| 5/1/2006 | ARAMARK | CEO, Blackstone, Goldman Sachs Capital Partners, Warburg Pincus, Thomas H. Lee, JP Morgan Partners | 8.3 | 1.6 |
| 3/17/2005 | Toys 'R Us | KKR, Bain Capital, Vornado Realty Trust | 7.5 | 1.3 |
| 3/6/2006 | CarrAmerica Realty | Blackstone | 5.2 | 0.9 |
| 5/31/2006 | West Corp | Thomas H. Lee, Quadrangle Group | 4.1 | 0.8 |

☐ Morgan Stanley involvement
☐ Morgan Stanley represented competing bidder

## Review of Financial Sponsor Media Experience

| Name | Fund Size ($Bn) | Investments |
|---|---|---|
| Retirement Systems of Alabama | 26.0 | CNHI, Raycom Media |
| Blackstone | 15.6 | Cine UK, Cumulus Media Partners, Freedom, Global Tower, Houghton Mifflin, Kabel-Baden, New Skies, SJI, VNU |
| KKR | 15.0 | Primedia, SBS, VNU, Yellow Pages |
| Texas Pacific Group | 14.3 | Eutelsat, MGM, Univision, Virgin Ent. |
| Apollo | 10.1 | Intelsat, Sirius |
| Thomas H Lee | 9.0 | American Media, Cumulus Media Partners, Houghton Mifflin, ProSiebenSat, Transwestern, Univision, VNU, Warner Music |
| Goldman PIA | 8.5 | Border Media, Cebridge, Eutelsat, Focus Media, NextMedia, URBan Radio, Weinstein |
| Bain Capital | 8.0 | Cumulus Media Partners, Houghton Mifflin, ProSiebenSat, Tennis Channel, Warner Music |
| Hellman & Friedman | 8.0[1] | Doubleclick, ProSiebenSat, VNU |
| Carlyle | 7.9 | Casema, Insight, VNU |
| Madison Dearborn Partners | 6.5 | Cinemark, Intelsat, Univision |
| Ontario Teachers | 5.0 | Bell Globemedia |
| Providence | 4.3 | Bluestone, Bresnan, Bustos Media, Casema, Crown, Freedom, Kerasotes, MGM, ProSiebenSat, Univision, Warner Music |
| Oak Hill | 2.5 | Atlantic Broadband, Cincinnati Bell |
| Elevation | 1.8 | Forbes Media, Move (Formerly Homestore) |
| Fortress | 1.3[1] | Global Signal, Liberty Group Publishing |

### Sponsor Deal Volume[2]
$Bn

| Year | Volume |
|---|---|
| 1996 | 56 |
| 1997 | 72 |
| 1998 | 108 |
| 1999 | 128 |
| 2000 | 92 |
| 2001 | 24 |
| 2002 | 42 |
| 2003 | 53 |
| 2004 | 121 |
| 2005 | 151 |
| 1H 2006 | 122 (Annualized: 244) |

Source: Merger Market

Note:
1. Currently fundraising
2. Merger Market figures begin as of January 1, 2001

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    MS 49139

Tribune Special Committee

## Special Committee Next Steps

- **Assess current stand-alone value**
  - Review company "plan-of-record" and other related materials (e.g., budget, financial forecasts)
  - Meet with management to conduct accelerated due diligence and discuss assumptions underlying financial plans
  - Benchmark operations vs. key comparables to identify additional sources of value
  - Develop views on appropriate level of leverage and ratings implications
  - Develop value views based on various valuation methodologies
  - Assess value of non-consolidated assets
  - Review digital growth strategy
  - Reflect current operating environment in current projections
- **Evaluate attractiveness and feasibility of strategic alternatives**
  - Review analyses and presentations to date of the Company's investment bankers
  - Develop full spectrum of available alternatives
  - Understand all available pools of capital
  - Determine feasibility from a debt, equity and credit perspective
  - Assess capital markets' reaction to alternatives
  - Refine view on alternative buyer universe/consortia
- **Report back to Special Committee with:**
  - Evaluation of analyses and presentations to date
  - Perspective on stand-alone value
  - Perspective on valuation and feasibility of alternative transactions
  - Recommendations on process, including tactics for implementing

Morgan Stanley is up to speed, prepared to move forward immediately, and can complete these next steps as fast as the Company can accommodate us

> Team > Qualifications > Process > Sector Themes > **Next Steps**

- As advisor to the Special Committee, Morgan Stanley envisions:
  - Reviewing and evaluating analyses and presentations to date
  - Participating in the strategic process representing the Committee
  - Making recommendations to the Committee to improve the process
  - Being in a position to advise and opine on the fairness of any proposed transaction
- Morgan Stanley envisions working closely with the Company's advisors, as appropriate, to achieve these objectives
- Morgan Stanley has a track record of providing sound, unbiased advice
  - Particularly important given scrutiny of Special Committee recommendations

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                           MS 49140

Tribune Special Committee

# Morgan Stanley is Best Positioned to Advise the Special Committee

TRIBUNE

- Morgan Stanley has a leading franchise in each of the areas relevant to advising the Special Committee and is the only firm with the resources and requisite expertise to support the Special Committee immediately

Morgan Stanley

| | Top 3 Special Committee Advisor | Top 3 M&A Franchise | Top 3 Defense/ Activist Advisor | Top 3 Media Franchise | Knight Ridder/ Freedom Transaction Experience | Top 3 Capital Markets Franchise | Top 3 Technology Franchise | Top 3 Financial Sponsor Franchise | Free of Conflicts |
|---|---|---|---|---|---|---|---|---|---|
| Morgan Stanley | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Evercore | | | | | ✓ | | | | ✓ |
| Lazard | | | | | | | | | ✓ |
| UBS | | | | | | | | | ✓ |
| Goldman Sachs | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |

## References

| Name | Title | Contact Details | Team Member |
|---|---|---|---|
| Brian Roberts | • Chairman & CEO, Comcast | • (215) 981-7501 | • Paul Taubman |
| Philippe Dauman | • President & CEO, Viacom | • (212) 891-6590 | • Paul Taubman |
| Fred Gluck | • Presiding Independent Director, HCA | • (805) 565-2951 | • Paul Taubman |
| Thomas Reifenheiser | • Former Director, Cablevision | • (203) 655-4827 | • Paul Taubman |
| Vice Admiral John Ryan USN (Ret.) | • Former Director, Cablevision | • (518) 443-5328 | • Paul Taubman |
| John Chapple | • Former President, CEO & Chairman, Nextel Partners | • (425) 864-0101 (cell) | • Paul Taubman |
| Steven Dodge | • Former Director, Nextel Partners | • (978) 526-9410 | • Paul Taubman |
| Frank Sica | • Director, Emmis Communications | • (212) 271-3882 | • Paul Taubman |
| Peter Lund | • Director, Emmis Communications | • (917) 656-3530 | • Paul Taubman |
| Larry Sorrel | • Director, Emmis Communications | • (212) 271-3888 | • Paul Taubman |

## References

| Name | Title | Contact Details | Team Member |
|---|---|---|---|
| Tony Ridder | • Former Chairman & CEO, Knight Ridder | • (408) 938-7777 | • Chuck Cory, Charlie Stewart |
| Scott Flanders | • President & CEO; Former Independent Committee Leader, Freedom | • (949) 798-3500 | • Charlie Stewart |
| Steve Smith | • CEO, Journal Communications | • (414) 224-2425 | • Charlie Stewart |
| Chuck Noski | • Former CFO, AT&T | • (310) 544-1305 | • Charlie Stewart, Tom Whayne |
| Michael Sabia | • President & CEO, BCE | • (514) 870-0025 | • Tom Whayne |
| Jim Skinner | • Vice Chairman & CEO, McDonald's | • (630) 623-5340 | • Frank English |
| Don Leclair | • EVP & CFO, Ford | • (313) 845-0608 | • Frank English |
| Bill Aldinger | • President & CEO, Capmark Financial | • (650) 762-3330 | • Frank English |

Team › Qualifications › Process › Sector Themes › Next Steps

12

MorganStanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY      MS 49141