| | |
|---|---|
| Received: | from NYWEXMB48.msad.ms.com ([205.228.46.222]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 20 Dec 2006 10:14:28 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 20 Dec 2006 15:14:28.0379 (UTC) FILETIME=[8AD536B0:01C72449] |
| Subject: | RE: please call tom whayne at 761-4100 |
| Received(Date): | Wed, 20 Dec 2006 10:14:27 -0500 |
| Message-ID: | <1EE59015D2B8AB45B8AAA315AD4BAF8A0CB033@NYWEXMB48.msad.ms.com> |
| In-Reply-To: | <0C97023D8FE4784B92C0981155805596F61D82@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | please call tom whayne at 761-4100 |
| Thread-Index: | AcckQZ7UZqPb/KKpSI2xT+xIjG0RIgAA3NALAACIN3A= |
| From: | "Stefan, Silvi \(IBD\)" <Silvi.Stefan@morganstanley.com> |
| To: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |

Paul can do 1pm today - should I send out an invite


Silvi Stefan
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-0073
Fax: +1 212 507-2544
Silvi.Stefan@morganstanley.com

-----Original Message-----
From: Fincher, James (IBD)
Sent: Wednesday, December 20, 2006 9:42 AM
To: Stefan, Silvi (IBD)
Subject: Re: please call tom whayne at 761-4100

Sure - do we have a meeting time with pjt for tribune?

James D. Fincher
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com


----- Original Message -----
From: Stefan, Silvi (IBD)
To: Fincher, James (IBD)
Sent: Wed Dec 20 09:17:46 2006
Subject: please call tom whayne at 761-4100

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                MS_263484

Silvi Stefan
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-0073
Fax: +1 212 507-2544
Silvi.Stefan@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                              MS_263485