| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 20 Dec 2006 12:48:18 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 20 Dec 2006 17:48:18.0869 (UTC) FILETIME=[08A23650:01C7245F] |
| Subject: | Re: Tribune |
| Received(Date): | Wed, 20 Dec 2006 12:48:18 -0500 |
| Message-ID: | <0C97023D8FE4784B92C0981155805596F61D97@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Tribune |
| Thread-Index: | AcckUeFNZyu59mCRRDqv2xpss+0CTAADIS3QAAAomcg= |
| From: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |
| To: | "Ewald, Katharine \(IBD\)" <Kathy.Ewald@morganstanley.com> |

Great - that works.

James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com


----- Original Message -----
From: Ewald, Katharine (IBD)
To: Fincher, James (IBD)
Sent: Wed Dec 20 12:44:15 2006
Subject: RE: Tribune

James

Let's meet if you can today at 3-330 to discuss. Andy will be away next week so I will help.

Thanks,
Kathy

Katharine Ewald - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4584
Fax: +1 212 507-4437
Kathy.Ewald@morganstanley.com

_____

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   MS_262901

From: Fincher, James (IBD)
Sent: Wednesday, December 20, 2006 11:14 AM
To: Sperling, Andrew (IBD); Ewald, Katharine (IBD)
Cc: Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Subject: Tribune

Hi Andy/Kathy,

Tom Whayne and I just caught up re: Tribune and it sounds like over the past few months we have each been speaking with you separately about Tribune - apologies for the overlap.

We now have a specific transaction structure proposed (see attached) that we need to get to the bottom of (i.e., how the steps would work, actual numbers, etc.) - who should I work with to do this? We've done most of the modelling, but some expert input would be great.

Thanks,
James

James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MS_262902