| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 9 Nov 2006 08:34:01 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 09 Nov 2006 13:34:01.0356 (UTC) FILETIME=[B782BCC0:01C70403] |
| Subject: | Trib |
| Received(Date): | Thu, 9 Nov 2006 08:34:01 -0500 |
| Message-ID: | <7A4A1A142203944D85D9FB775EF72CE00130454E@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Trib |
| Thread-Index: | AccEA7dhVioaJ2WwTdm2jfWsAeO8/w== |
| From: | "Sisson, Kevin \(GCM\)" <Kevin.Sisson@morganstanley.com> |
| To: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |

I have just been calling to check in on Trib process. Call me when you
have a minute. thanks.


Kevin M. Sisson - Managing Director
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-3890
Fax: +1 212 507-1888
Kevin.Sisson@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                          MS_323648