| | |
|---|---|
| Received: | from NYWEXMB48.msad.ms.com ([205.228.46.222]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sun, 18 Feb 2007 14:51:46 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 18 Feb 2007 19:51:46.0498 (UTC) FILETIME=[38B5B220:01C75396] |
| Subject: | Re: MS Financing Proposal 02.17.07 |
| Received(Date): | Sun, 18 Feb 2007 14:51:43 -0500 |
| Message-ID: | <1EE59015D2B8AB45B8AAA315AD4BAF8A0280F51C@NYWEXMB48.msad.ms.com> |
| Thread-Topic: | MS Financing Proposal 02.17.07 |
| Thread-Index: | AcdTAEsANF9AHP/WT+qh0hIYA3NzJgAaINVcAAgmn8sAAQJt0AABvX28 |
| From: | "Nayyar, Ashok \(GCM\)" <Ashok.Nayyar@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com>,"Graham, William \(GCM\)" <W.Graham@morganstanley.com> |
| Cc: | "Sisson, Kevin \(GCM\)" <Kevin.Sisson@morganstanley.com>,"Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com>,"Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |

Thanks for your help. We are happy to present these materials and provide mkt color to back up our proposal in person or on the phone. We will be willing to commit to these terms with three to four days notice subject to being comfortable with the due dilli that has been done by MS

---------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Nayyar, Ashok (GCM); Graham, William (GCM)
Cc: Sisson, Kevin (GCM); Taubman, Paul J (IBD); Stewart, Charles (IBD)
Sent: Sun Feb 18 14:21:14 2007
Subject: RE: MS Financing Proposal 02.17.07

Ashok,

I agree and appreciate the rapid turnaround of these materials.  Here is where we stand: Paul spoke on Friday with the lead director and head of the special committee, Bill Osborn, regarding our preliminary conclusion that the C/ML proposal is meaningfully off-market.  Paul described it as a good call, and said we would follow-up with overview materials on our proposal.  He is calling Osborn now and will forward the materials.  After his call, I will follow-up with the Skadden lawyer who is advising the special commmittee.  We will follow up with the company on Monday/Tuesday depending on how these calls go.

Tom

-----Original Message-----
From: Nayyar, Ashok (GCM)
Sent: Sunday, February 18, 2007 1:33 PM
To: Graham, William (GCM); Whayne, Thomas (IBD)

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          MS_286240

Cc: Sisson, Kevin (GCM)
Subject: Re: MS Financing Proposal 02.17.07

Tom, I think there are fairly significant differences between the C/ML proposal and ours. I think we can add value here to Tribune
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Graham, William (GCM)
To: Whayne, Thomas (IBD)
Cc: Nayyar, Ashok (GCM); Sisson, Kevin (GCM)
Sent: Sun Feb 18 09:39:39 2007
Subject: Fw: MS Financing Proposal 02.17.07

Tom

Apologize - I meant to copy you as well last night. Please let us know if you have any questions.

Thanks.


----- Original Message -----
From: Graham, William (GCM)
To: Taubman, Paul J (IBD)
Cc: Nayyar, Ashok (GCM); Sisson, Kevin (GCM); Ambardar, Anisha (GCM)
Sent: Sat Feb 17 20:58:33 2007
Subject: MS Financing Proposal 02.17.07

 <<MS Financing Proposal 02.17.07.ppt>> Paul

lease find our financing proposal for Tribune attached.  Please feel free to email Kevin Sisson who is available tonight to discuss if you have any questions.

Thanks.

William Graham - Executive Director
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-2976
Fax: +1 718 233-2150
W.Graham@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                            MS_286241