CONFIDENTIAL

To be disclosed only to
Members of the Special Committee

TRIBUNE COMPANY

SPECIAL COMMITTEE OF THE

BOARD OF DIRECTORS MEETING

OCTOBER 6, 2006

      Pursuant to notice, a telephonic meeting of the Special Committee (the "Committee") of Tribune Company (the "Company") was held at 10:00 A.M. on October 6, 2006. The following members of the Committee were in attendance: William A. Osborn, Chairman, Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, J. Christopher Reyes, Dudley S. Taft and Miles D. White. Also in attendance were Messrs. Dennis J. FitzSimons, Donald C. Grenesko, Crane H. Kenney and Thomas D. Leach of the Company; Messrs. Charles W. Mulaney, Jr. and William R. Kunkel of Skadden, Arps, Slate, Meagher & Flom LLP; Mr. Thomas A. Cole of Sidley Austin LLP; Mr. Michael Costa of Merrill Lynch & Co.; and Ms. Christina Mohr of Citigroup.

      At Mr. Osborn's request, Mr. FitzSimons and Mr. Costa provided the special committee with an update on the process of exploring strategic alternatives. Referring to materials distributed to the members of the Committee, Mr. Costa reviewed the proposed process to solicit expressions of interest for the Company and the parties contacted and inquiries received to date. Questions and a discussion followed.

      Mr. Osborn then excused representatives of Merrill Lynch and Citigroup from the meeting.

      Next, Mr. Osborn reviewed with the members of the Committee the process that he, Ms. Holden and Mr. Morison, with the assistance of counsel, had used in identifying and interviewing potential independent financial advisors to the Committee. Mr. Osborn reported that following this process, it was their unanimous recommendation that the Committee engage Morgan Stanley & Co. Incorporated as its financial advisor. Questions and a discussion ensued. Following such discussion, the Committee approved the engagement of Morgan Stanley & Co. Incorporated as financial advisor to the Committee on such terms as approved by Mr. Osborn.

TRIB 000027
**HIGHLY CONFIDENTIAL**

**Professionals' Eyes Only**
**Highly Confidential - Attorneys' Eyes Only**

TRIB-G0007787

The Committee then reviewed and discussed a recent letter from the Chandler Trusts. Following such discussion, the Committee requested that a draft response to the letter be prepared and circulated to the members of the Committee and asked that Mr. Osborn then sign such response letter on behalf of the Committee.

Mr. Osborn then excused representatives of the Company and Sidley Austin, and the Committee continued its discussions in executive session.

Following such discussions, the meeting was adjourned.

TRIB 000028
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0007788