| | |
|---|---|
| Received: | from NYWEXMB48.msad.ms.com ([205.228.46.217]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 3 Oct 2006 08:35:25 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 03 Oct 2006 12:35:25.0307 (UTC) FILETIME=[667F7CB0:01C6E6E8] |
| Subject: | RE: Tribune |
| Received(Date): | Tue, 3 Oct 2006 08:35:25 -0400 |
| Message-ID: | <1EE59015D2B8AB45B8AAA315AD4BAF8A013B336A@NYWEXMB48.msad.ms.com> |
| In-Reply-To: | <0B3BF3EEA08B584098EA6A4C0CDF4178011161F5@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | Tribune |
| Thread-Index: | Acbmhj+I5iOTF6GjQNi69Jn31E0dowAAOGioAAAQdIAAGC5BkA== |
| From: | "Nayyar, Ashok \(GCM\)" <Ashok.Nayyar@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |

When can we talk? This is a major problem for us--$8 billion+ in
financing. League table and $40 million in fees potentially left on the
table. Need your help big time

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Monday, October 02, 2006 9:01 PM
To: Nayyar, Ashok (GCM)
Subject: Re: Tribune

This is for the comm of indpendent directors. No chance there. As to
citi and mer I don't know. But my first bit of advice to the comm will
be to say they shouldn't be allowed to provide financing. And if they do
we need to get paid considerably more.


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley
| Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


-----Original Message-----
From: Nayyar, Ashok (GCM)
To: Taubman, Paul J (IBD)
Sent: Mon Oct 02 20:59:08 2006
Subject: Re: Tribune

I thought that you were going to push hard to be allowed to put a staple
for buyers. Are C and ML going to be allowed to provide a staple?

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                         MS_351311

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Taubman, Paul J (IBD)
To: Nayyar, Ashok (GCM)
Sent: Mon Oct 02 20:52:49 2006
Subject: Tribune

We've been hired. Now need to negotiate fee. Let's talk tomorrow about the opportunity cost of not providing financing so our fee proposal can appropriately reflect that.


Paul J. Taubman - Head of Global Mergers and
Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_351312