| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.164]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sun, 8 Oct 2006 13:30:45 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="UTF-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 08 Oct 2006 17:30:45.0973 (UTC) FILETIME=[7CE74850:01C6EAFF] |
| Subject: | Re: |
| Received(Date): | Sun, 8 Oct 2006 13:30:45 -0400 |
| Message-ID: | <0B3BF3EEA08B584098EA6A4C0CDF4178011162DC@NYWEXMB32.msad.ms.com> |
| Thread-Index: | AcbqM+YH97JH8LUZTW6Ln8T/nN64TgArKuzUAACGQEQAAToFFQAEtxwCAAFDR3M= |
| From: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |
| To: | "Boublik, Michael \(IBD\)" <Michael.Boublik@morganstanley.com> |
| Bcc: | Ji-Yeun.Lee@morganstanley.com |

Agree. I'll do my best


Paul J. Taubman - Head of Global Mergers and
Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


-----Original Message-----
From: Boublik, Michael (IBD)
To: Taubman, Paul J (IBD)
Sent: Sun Oct 08 12:54:36 2006
Subject: Re:

I like your construct.  My view is that the ABT fees are less relevant than the fees the other advisors are getting and working back from that

Good Luck

MB


Michael Boublik - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7716
Fax: +1 212 507-4462
Michael.Boublik@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                              MS_350510

-----Original Message-----
From: Taubman, Paul J (IBD)
To: Gartin, Clinton (IBD); Thompson, Sandy (IBD); Boublik, Michael (IBD)
Sent: Sun Oct 08 10:39:35 2006
Subject: Re:

Does that suggest going in with our $10 to $21mm construct ($13bn co) and holding firm or going in more aggressively. Problem with the latter is spec comm precedents and citi/mer headline fee.


Paul J. Taubman - Head of Global Mergers and Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


-----Original Message-----
From: Gartin, Clinton (IBD)
To: Taubman, Paul J (IBD); Thompson, Sandy (IBD); Boublik, Michael (IBD)
Sent: Sun Oct 08 10:04:10 2006
Subject: Re:

Paul,

As a frame of reference, we have been well paid at Abbott (Miles White is well aware of our fees). We were paid $19 million on the $4.5 B spin of Hospira and have negotiated a $22 M fee on the $8.25 B sale of their diagnostics business. I don't knbow how big Tribune is, but I believe that Miles will assess Tribune fees using his own experience as a backdrop.

Clint.


Clinton G. Gartin
Vice Chairman
Investment Banking Division
Morgan Stanley
(212) 761-4823

Sent by Blackberry

-----Original Message-----
From: Taubman, Paul J (IBD)
To: Thompson, Sandy (IBD); Gartin, Clinton (IBD); Boublik, Michael (IBD)
Sent: Sun Oct 08 09:49:26 2006
Subject: Fw:

Gentlemen, here is the letter I sent to the skadden lawyer who is now charged with negotiating our fee. The lead director had originally asked that we deal the the cfo but due to a lack of progress he has deputized skadden. The problem the comm is having at first blush is that citi and merill are only getting $12.5mm each. This was intended to educate them in advance of a concrete proposal from us. Just want

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      MS_350511

to keep everyone in the loop in cases miles or chris contact any of you.


Paul J. Taubman - Head of Global Mergers and
Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


-----Original Message-----
From: Caterina Stewart <cstewart10@nyc.rr.com>
To: Taubman, Paul J (IBD)
Sent: Sat Oct 07 13:13:25 2006
Subject:

Bill --

I wanted to follow up on our discussion Friday afternoon. As you know, we are very enthusiastic about this assignment and are eager to define rapidly engagement terms that are appropriate from the Special Committee's perspective and that also compensate us fairly for the role we are being asked to play. Based on our discussion Friday and the additional input you provided, we are certainly willing to be creative around our engagement terms to reflect the inherent uncertainties in the process and the ultimate nature of our role.

While we develop our proposal, we think it is very important to square the many direct precedents for Special Committee advisor compensation with the compensation being paid to the company's two advisors. While we do not believe there is any debate about the relevant precedents and their implications, we understand the Committee's desire to appropriately relate our compensation to that of Merrill and Citibank. Given that Merrill and Citibank's compensation appears to be "light" relative to the numerous special committee precedents, we would ask you to consider the following:


    - While there are two company advisors there will only be one Special Committee advisor. Therefore the relevant baseline comparison is in fact closer to $25 million than to $12.5 million.
    - It is likely that the Company advisor M&A fees are significantly lower than they otherwise would have been given that Citibank and Merrill have retained the right to provide financing to all bidders. We estimate the financing opportunity to be in excess of $50 million per firm using reasonable assumptions. The attached exhibit shows how this is the case. Said differently, had Citibank and Merrill been required to recuse themselves from any financing role, their advisory fees undoubtedly would have been greater.
    - Finally, it is reasonable to think that these negotiated M&A fees were even lower still in light of other compensation received by the company advisors within the last six months relating to the self-tender, related financing and TV station asset sales.

We are working on a creative proposal this weekend which we will forward to you when ready. In the meantime, we wanted to provide these thoughts to help us all develop a clearer sense of what economics we should be measured against.

Regards

Paul