| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.164]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 11 Oct 2006 20:04:29 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="UTF-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 12 Oct 2006 00:04:29.0467 (UTC) FILETIME=[FCD7A6B0:01C6ED91] |
| Subject: | Re: Any update on CVC and Trib ? |
| Received(Date): | Wed, 11 Oct 2006 20:04:29 -0400 |
| Message-ID: | <0B3BF3EEA08B584098EA6A4C0CDF4178011163A3@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | Any update on CVC and Trib ? |
| Thread-Index: | Acbtjk++TUZ1NBBaT+iLHqvSShSbHAAAXHZ7AABzYXQAABtmRw== |
| From: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |
| To: | "Kindler, Robert \(IBD\)" <Robert.Kindler@morganstanley.com> |

Tryin. Trib letter says (if they accept the language) that we get to make a presentation to them for a higher fee. I'll send u the letter.


Paul J. Taubman - Head of Global Mergers and
Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


-----Original Message-----
From: Kindler, Robert (IBD)
To: Taubman, Paul J (IBD)
Sent: Wed Oct 11 20:01:26 2006
Subject: Re: Any update on CVC and Trib ?

Terrific result on Trib !!!!!!!!!!!!!!! Just where you hoped to get, good luck on CVC .........

Robert Kindler - Vice Chairman
Morgan Stanley | Investment Banking Division
1585 Broadway
New York, NY 10036
Tel:  +1 212 761-7895
Cell: +1 914 715-9895
Fax: +1 212 404-9301
Robert.Kindler@morganstanley.com
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                                                    MS_351313

From: Taubman, Paul J (IBD)
To: Kindler, Robert (IBD)
Sent: Wed Oct 11 19:48:31 2006
Subject: Re: Any update on CVC and Trib ?

Done on trib. $10mm plus discretionary. Asking for $10mm plus up to $5mm discretionary. See where we get to.


Paul J. Taubman - Head of Global Mergers and Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


-----Original Message-----
From: Kindler, Robert (IBD)
To: Taubman, Paul J (IBD)
Sent: Wed Oct 11 19:38:10 2006
Subject: Any update on CVC and Trib ?


Robert Kindler - Vice Chairman
Morgan Stanley | Investment Banking Division
1585 Broadway
New York, NY 10036
Tel:  +1 212 761-7895
Cell: +1 914 715-9895
Fax: +1 212 404-9301
Robert.Kindler@morganstanley.com
--------------------------
Sent from my BlackBerry Wireless Handheld

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MS_351314