| | |
|---|---|
| Received: | from LNWEXMB36.msad.ms.com ([172.24.229.41]) by LNWEXJN64.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 11 Oct 2006 14:13:30 +0100 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 11 Oct 2006 13:13:30.0628 (UTC) FILETIME=[0BF5CC40:01C6ED37] |
| Subject: | FW: trib follow up |
| Received(Date): | Wed, 11 Oct 2006 14:13:30 +0100 |
| Message-ID: | <AF70710BC2E33241864AEDBCD842026601171367@LNWEXMB36.msad.ms.com> |
| Thread-Topic: | trib follow up |
| Thread-Index: | AcbsvQ0SqNLiiB24TX+HWbGyW2zaAAAed97A |
| From: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| To: | "Baldi, Ashish \(MSAS - IBD\)" <Ashish.Baldi@morganstanley.com> |

We found a solution to the fees and have now sent a revised engagement letter to the specia committee which we expect will be signed today.

Thomas Kvorning
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com


-----

From: Stewart, Charles (IBD)
Sent: Tuesday, October 10, 2006 6:40 PM
To: English, Frank (IBD); Taubman, Paul J (IBD)
Cc: Whayne, Thomas (IBD); Fincher, James (IBD); Kvorning, Thomas (IBD)
Subject: trib follow up


Tom and I spoke to Don. He'd already heard that we came to terms. they are gathering info to send us. he's got a call with ML/Citi tomorrow at 9am on which he's going to discuss how best to get us up to speed. we asked for info dump and follow up in person session to discuss where we've come from and where we're going.

in terms of key dates:

October 18 - board meeting
October 19 - 3Q earnings release
October 25 - first round bids due (!)

CA's being negotiated now, info memo (mostly public info) likely being sent out tomorrow.

- Charlie

Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                              MS_199246