| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.169]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.1830); Wed, 9 May 2007 23:39:24 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 10 May 2007 03:39:24.0571 (UTC) FILETIME=[CDABDEB0:01C792B4] |
| Subject: | Fw: Payment Received-Tribune Corp (Project Tower) |
| Received(Date): | Wed, 9 May 2007 23:39:23 -0400 |
| Message-ID: | <9BEA94F838965A4099B4863EE71F11AD02EABEF7@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | Payment Received-Tribune Corp (Project Tower) |
| Thread-Index: | AceSaHb75p+C6+gKTLmA26WD10pfGgATFYk1 |
| From: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |

Did we make any progress asking for a higher fee?


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Rushmore, Wendy (FCG)
To: ibdpayments; Fincher, James (IBD); Taubman, Paul J (IBD); Stewart, Charles (IBD)
Sent: Wed May 09 14:32:57 2007
Subject: Payment Received-Tribune Corp (Project Tower)

F.Y.I...

Payment has been received from Tribune Corp today (May 9).
The amount was $7,667,703.91 and is for the invoice dated April 24, 2007
This invoice is now Paid In Full.

Wendy

Wendy Rushmore
M&A Controllers - Financial Control Group
Morgan Stanley
1 New York Plaza - 5th Floor
New York, NY  10004

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                    MS_296882