# Project Tower

## Overview of Morgan Stanley's Role in the Tribune Special Committee Review Process

3 December 2007

Morgan Stanley

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MMS_113021

Project Tower

# Selected Morgan Stanley Contributions to Special Committee Review Process

## Zell / ESOP Transaction

- Negotiated increase in offer price from $33 to $34 per share
- Recommended upfront Zell investment and ESOP Trustee's fairness opinion only in Step 1, thereby significantly enhancing certainty of close
- Sole advisor to the Special Committee and the Company during key negotiations with the Banks as part of the Step 2 financing, following resignation of the Company's initial advisors (Merrill Lynch and Citi)
- Provided fairness opinion on April 1, 2007

## Broader Process

- Participated in 14 Tower Special Committee meetings
- Recommended exploration of asset sale and other alternatives alongside broader sale process
- Recommended pursuit of dividend in lieu of tender in the recapitalization scenario, contrary to the advice of the Company's advisors
- Reviewed Banks' original financing proposal and suggested significant improvements in terms and pricing
  – Reduction in rates / fees
  – Tightening of "outs" for banks
- Recommended articulating longer process deadline than was proposed by the Company's advisors
- Public relations contributions at the time the Chandlers were considering a proxy fight to unseat selected independent committee directors

Morgan Stanley

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    MMS_113022

1

Project Tower

# Morgan Stanley's Expected Role

**Per Engagement Letter and Independent Financial Advisor Role & Responsibilities Memo Dated Oct. 6, 2006**

**Engagement Letter Excerpt**

- Morgan Stanley's engagement letter contained the following language:

  *"The Committee agrees to discuss with Morgan Stanley, at an appropriate time, whether any additional fee is appropriate. Any such fee would be payable at any time and at the sole discretion of the Committee, and **may reflect such considerations as the duration and complexity of the engagement** and, in the event of a Transaction or Plan, **the value added by Morgan Stanley, the involvement of the Company's advisors in any contemplated financing** of any proposed Transaction or Plan, and the timing and certainty of closing. Morgan Stanley acknowledges and agrees that none of the Company, its Board of Directors or the Committee shall be obligated to pay any such additional fee to Morgan Stanley pursuant to this letter.*

  *Notwithstanding the foregoing, **should our role change substantially from that outlined in the Independent Financial Advisor Role & Responsibilities Memo dated October 6**, a copy of which is attached to this letter as Appendix I, we may propose a revised fee arrangement, it being understood that any such modification must be considered by the Committee in good faith."*

**Independent Financial Advisor: Role & Responsibilities**

- The Independent Financial Advisor Role & Responsibilities Memo dated October 6 contained the following definition of Morgan Stanley's scope:

  *"The Committee's RFP requested that its financial advisor assist the Committee in:*

  *– reviewing the analyses and presentations of the Company's financial advisors;*

  *– representing the Committee throughout the process;*

  *– making recommendations to the Committee to improve the process and*

  *– providing a fairness opinion*

  *Unless requested by the Committee, Morgan Stanley will not communicate with any bidders or lenders regarding the process. Morgan Stanley's role and responsibilities may be modified at any time by the Committee."*

Morgan Stanley

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MS_113023

Project Tower

# Comparison of Expected Role vs. Actual Contribution

## Summary of Independent Financial Advisors Role & Responsibilities Memo Dated October 6, 2006

| Expected Role & Responsibility | Actual Morgan Stanley Contribution |
|---|---|
| • Reviewing the analyses and presentations of the Company's financial advisors | • Reviewed Company's financial advisors' analyses for all alternatives presented to the Special Committee<br>• During the Step 2 financing negotiations with the Banks, Morgan Stanley became sole advisor performing and presenting analyses to the Special Committee as well as the Company's Management, as the Company's financial advisors determined that they were no longer able to serve in an advisory capacity<br>• Made a number of recommendations to the Special Committee that challenged the advice provided by the Company's advisors |
| • Representing the Committee throughout the process | • Contributed significant, tangible value<br>  – Negotiated offer price increase from $33 to $34<br>  – Meaningfully enhanced deal certainty through recommendation of ESOP trustee fairness opinion in Step 1 only and upfront Zell investment<br>  – Reviewed Banks' original financing proposal and suggested significant improvement in terms and pricing<br>  – Two-step transaction combined with challenging credit markets resulted in significant post-announcement involvement by Morgan Stanley, unusual for many M&A situations<br>• Sole advisor during key negotiations of Step 2 financing with the Banks |
| • Making recommendations to the Committee to improve the process | • Recommended that the company explore / pursue asset sales alongside the broader process<br>• Recommended pursuit of dividend in lieu of tender in the recapitalization scenario |
| • Providing a fairness opinion | • Morgan Stanley delivered a fairness opinion on April 1, 2007 |

Morgan Stanley

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MS_113024

Project Tower

# Morgan Stanley's Involvement in Special Committee Meetings

## Special Committee Meetings

| Date | Comment |
|---|---|
| October 18, 2006 | • Tower Board Meeting in Chicago: Tower Board / Management, Chandler Family Representatives, Merrill Lynch, Citigroup, Morgan Stanley |
| October 31, 2006 | • Conference Call: Tower Board, Tower Special Committee, Merrill Lynch, Citigroup, Morgan Stanley |
| November 16, 2006 | • Conference Call with Special Committee to Update on Process, Mgmt. Presentations, Next Steps |
| November 27, 2006 | • Special Committee Conference Call (Merrill, Citi, Morgan Stanley) to review Chandler Letter, Process Update on Buyers |
| December 12, 2006 | • Tower Board Meeting (Merrill Lynch, Citi, Morgan Stanley) |
| January 12, 2007 | • Morgan Stanley presents to Special Committee (Preliminary Valuation, Chandler Proposal, Process Status, Selected Alternatives) |
| February 3, 2007 | • Morgan Stanley presents to Special Committee (Review of Chandlers' Revised Proposal) |
| February 12, 2007 | • Morgan Stanley presents to Special Committee (Review of Comparison of Levered Spin, Broad/Burkle Proposal, Chandler Proposal) |
| March 21, 2007 | • Morgan Stanley presents to Special Committee (Review of Zell/ESOP Proposal, Compared with Dividend Recap. Alternative) |
| March 30, 2007 | • Morgan Stanley presents to Special Committee (Review of Zell/ESOP $33 Proposal) |
| April 1, 2007 | • Morgan Stanley presents to Special Committee (Review of Zell/ESOP $34 Proposal) |
| **Step 2 Financing:** | |
| October 17, 2007 | • Morgan Stanley presents to Special Committee (Debt Capital Markets Status Update, Update on Projections, Leverage Profiles) |
| November 5, 2007 | • Morgan Stanley presents to Special Committee (Bankers' 10/07 Proposal vs. Original Committed Financing; ESOP IRRs) |
| November 21, 2007 | • Special Committee Conference Call to review Original Committed Financing (Flexed) vs. Negotiated Proposal |

4

Morgan Stanley

Project Tower

# Chronology of Morgan Stanley's Involvement

## Selected Key Events

### Process Overview

| Date | Comment |
|---|---|
| October 2, 2006 | • Special Committee Appoints Morgan Stanley as Advisor |
| October 14, 2006 | • Conference Call: Tower Management, Merrill Lynch, Citigroup, Morgan Stanley, Skadden Arps |
| **October 18, 2006** | • **Tower Board Meeting in Chicago: Tower Board, Tower Special Committee, Tower Management, Chandler Family Representatives, Merrill Lynch, Citigroup, Morgan Stanley** |
| October 24, 2006 | • Due Diligence Session in Chicago: Tower Representatives, Morgan Stanley |
| October 24, 2006 | • Morgan Stanley Call with Goldman Sachs - Advisor to Chandler Family |
| October 26, 2006 | • Conference Call - Discussion of Alternatives: Merrill Lynch, Citigroup, Morgan Stanley |
| October 27, 2006 | • Tower Receives First Round Bids |
| October 29, 2006 | • Conference Call: Discussion of First Round Bids: Merrill Lynch, Citigroup, Morgan Stanley |
| October 30, 2006 | • Conference Call: Discussion of Alternatives: Merrill Lynch, Citigroup, Morgan Stanley |
| **October 31, 2006** | • **Conference Call: Tower Board, Tower Special Committee, Merrill Lynch, Citigroup, Morgan Stanley** |
| November 6, 2006 | • Conference Call: Discussion of Process: Merrill Lynch, Citigroup, Morgan Stanley, Skadden Arps |
| November 7, 2006 | • Management Presentation to Gannett: Tower Management, Morgan Stanley |
| November 8, 2006 | • Breakout Sessions with Gannett: Tower Management, Morgan Stanley |

Morgan Stanley

5

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    MMS_113026

Project Tower

# Chronology of Morgan Stanley's Involvement

Selected Key Events

## Process Overview

| Date | Comment |
|---|---|
| November 16, 2006 | • Conference Call with Special Committee to Update on Process, Mgmt. Presentations, Next Steps |
| November 27, 2006 | • Special Committee Conference Call (Merrill, Citi, Morgan Stanley) to review Chandler Letter, Process Update on Buyers |
| December 12, 2006 | • Tower Board Meeting (Merrill Lynch, Citi, Morgan Stanley) |
| January 7, 2007 | • Conference Call with Merrill Lynch / Citi to review process and bids received to date |
| January 12, 2007 | • Morgan Stanley presents to Special Committee (Preliminary Valuation, Chandler Proposal, Process Status, Selected Alternatives) |
| January 20, 2007 | • Conference Call (All Hands) to review process and bids received to date |
| January 27, 2007 | • Conference Call (All Hands) to review process and bids received to date |
| February 3, 2007 | • Morgan Stanley presents to Special Committee (Review of Chandler's Revised Proposal) |
| February 12, 2007 | • Morgan Stanley presents to Special Committee (Review and Comparison of Levered Spin, Broad/Burkle Proposal, Chandler Proposal) |
| March 21, 2007 | • Morgan Stanley presents to Special Committee (Review of Zell/ESOP Proposal, Comparison with Dividend Recap. Alternative) |
| March 30, 2007 | • Morgan Stanley presents to Special Committee (Review of Zell/ESOP $33 Proposal) |
| April 1, 2007 | • Morgan Stanley presents to Special Committee and Board of Directors (Review of Zell/ESOP $34 Proposal) |
| April 1, 2007 | • Morgan Stanley Delivers Fairness Opinion Letter |

Morgan Stanley

6

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_113027

Project Tower

# Chronology of Morgan Stanley's Involvement

Selected Key Events – Step 2 Financing

## Process Overview - Step 2 Financing

| Date | Comment |
|---|---|
| October 4, 2007 | • Due Diligence in Tower's Offices - Review of Tower Projection Model and Status of Step 2 Financing |
| **October 17, 2007** | • **Morgan Stanley presents to Special Committee (Debt Capital Markets Status, Update on Projections, Leverage Profiles)** |
| October 22, 2007 | • Conference Call with Tower Management to review Bankers' 10/07 Proposal |
| October 30, 2007 | • Conference Call with Tower Management to review Leverage Profiles and Covenant Analysis under Bankers' 10/07 Proposal |
| November 2, 2007 | • Conference Call with Tower Management to review Bankers' 10/07 Proposal and to prepare for Monday 11/5/07 Board Presentation |
| **November 5, 2007** | • **Morgan Stanley presents to Special Committee (Bankers' 10/07 Proposal vs. Original Committed Financing; ESOP IRRs)** |
| November 9, 2007 | • Conference Call with Tower Management to discuss Revised Bankers' 11/07 Proposal |
| November 12, 2007 | • Conference Call with Tower Management to review analysis of Revised Bankers' 11/07 Proposal |
| November 14, 2007 | • Conference Call with Tower Management to review updated analysis of Revised Bankers' 11/07 Proposal |
| November 16, 2007 | • Received Underwriters' Response (11/16) |
| November 19, 2007 | • Conference Call with Tower Management to review updated analysis comparing Underwriters' Response to Towers' Response Proposal |
| **November 21, 2007** | • **Special Committee Conference Call to review Committed Financing (Flexed) vs. Negotiated Financing Proposal** |
| December 2, 2007 | • Conference Call with Tower Management to review requests from VRC |

Morgan Stanley

7

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    MS_113028