| | |
|---|---|
| Received: | from PAWEXBH02.msad.ms.com ([144.14.140.71]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 2 Oct 2006 11:14:42 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Received: | from CWWEXBH02.msad.ms.com ([172.24.233.215]) by PAWEXBH02.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 2 Oct 2006 11:14:42 -0400 |
| Received: | from LNWEXMB36.msad.ms.com ([172.24.229.36]) by CWWEXBH02.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 2 Oct 2006 16:14:32 +0100 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 02 Oct 2006 15:14:32.0204 (UTC) FILETIME=[767A9CC0:01C6E635] |
| Subject: | RE: Tribune LBO Model Output - 7.5x and 8.0x leverage |
| Received(Date): | Mon, 2 Oct 2006 11:14:31 -0400 |
| Message-ID: | <AF70710BC2E33241864AEDBCD84202660117127D@LNWEXMB36.msad.ms.com> |
| In-Reply-To: | <95193B4EEE600548AF5982DB65EC73A9A36592@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Tribune LBO Model Output - 7.5x and 8.0x leverage |
| Thread-Index: | AcbmMeZ+yII5dHYCR0ShQGYZeDta/AAA3B9gAAAGfpA= |
| From: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| To: | "Wynne, John O Jr. \(IBD\)" <John.Wynne@morganstanley.com> |

definitely.

Thomas Kvorning
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com

---

From: Wynne, John O Jr. (IBD)
Sent: Monday, October 02, 2006 11:14 AM
To: Kvorning, Thomas (IBD)
Subject: RE: Tribune LBO Model Output - 7.5x and 8.0x leverage


thanks. have the model open during the call in case any quick changes come up.

John O. Wynne Jr.
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MS_198712

Phone: +1 212 761-0800
Fax: +1 212 507-1328
John.Wynne@morganstanley.com

-----

From: Kvorning, Thomas (IBD)
Sent: Monday, October 02, 2006 10:49 AM
To: Sisson, Kevin (GCM); Eilers, Matt (IBD)
Cc: Stewart, Charles (IBD); Wynne, John O Jr. (IBD); Fincher, James (IBD)
Subject: Tribune LBO Model Output - 7.5x and 8.0x leverage

Kevin, Matt

Please find attached the LBO output for Tribune based on wall street consensus, where the following assumptions have been made:

- I have included both 7.5x and 8.0x leverage, both with 5.0x senior debt and the rest as bonds. The model also assumes that the existing PHONES debt of about $520 MM stays on the balance sheet (included in the 7.5x and 8.0x).
- Purchase price is $35 and exit multiple equals entry multiple in both cases (8.4x 06E EBITDA)
- The senior debt is priced at +225 bps and the bonds at 9%.
- Unconsolidated assets of about $2.0Bn is based on research with $325 MM value coming from the Cubs. We maintain the Cubs value flat at $325 throughout the period but grow the other unconsolidated assets at 8%.

Please let me know if you have any questions.

Rgs,
Thomas

Thomas Kvorning
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              MS_198713