| | |
|---|---|
| Received: | from OYWEXBH01.msad.ms.com ([172.24.133.79]) by LNWEXMB36.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 4 Oct 2006 03:35:58 +0100 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Received: | from PAWEXBH02.msad.ms.com ([144.14.140.71]) by OYWEXBH01.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 4 Oct 2006 03:35:57 +0100 |
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.169]) by PAWEXBH02.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 3 Oct 2006 22:35:56 -0400 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <Cody.Audette@morganstanley.com> |
| x-originalarrivaltime: | 04 Oct 2006 02:35:56.0936 (UTC) FILETIME=[D2176080:01C6E75D] |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| Subject: | RE: Please forward newspaper and/or broadcasting due diligence lists |
| Received(Date): | Wed, 4 Oct 2006 03:35:56 +0100 |
| Message-ID: | <8CCF18CD16F9DC4FBE03C3B0EE7D512307C74A@NYWEXMB32.msad.ms.com> |
| In-Reply-To: | <AF70710BC2E33241864AEDBCD8420266011712A8@LNWEXMB36.msad.ms.com> |
| Thread-Topic: | Please forward newspaper and/or broadcasting due diligence lists |
| Thread-Index: | AcbnXNMrlfAASo8+S5KleMCSY0LqBQAAMDKQ |
| From: | "Audette, Cody \(IBD\)" <Cody.Audette@morganstanley.com> |
| To: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |

Generic questions from a recent publishing due diligence call that might be helpful (then again, maybe not)


1.   General Topics

a.   What are the 3 biggest issues facing:

    i.   Whole Company

    ii.  Each business unit and major segment




b.   What are the 3 biggest opportunities available to:

    i.   Whole Company

    ii.  Each business unit and major segment

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    MS_192850

    c.    Discuss the competitive landscape. What are the unique strengths and weaknesses of:

        i.    Whole Company

        ii.    Each business unit and major properties

    d.    Please discuss your Internet strategy and required investments

    e.    Please discuss your circulation strategy and trends for each major publication

        i.    Address topline demographic information (median age, HHI, M/F)

        ii.    Subscription vs. newsstand-based strategy

        iii.    What is the "optimal" (stable and profitable) base circulation level for each major publication?

    f.    Discuss in-house vs. outsourcing strategy (marketing, printing, fulfillment, warehousing, customer service, etc.) and status of key supplier relationships

    g.    Provide overview of organization structure and effectiveness of reporting lines. Comment on overall turnover over last few years

Cody Audette
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-5131
Fax: +1 646 225-5679
Cody.Audette@morganstanley.com

---

From: Kvorning, Thomas (IBD)
Sent: Tuesday, October 03, 2006 10:29 PM
To: telcomediaanalysts; telcomediaassoc; namediacommanal;

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    MS_192851

namediacommassoc
Subject: Please forward newspaper and/or broadcasting due diligence lists


Thomas Kvorning
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                              MS_192852