| | |
|---|---|
| Received: | from PAWEXBH01.msad.ms.com ([205.228.46.152]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 4 Oct 2006 09:51:08 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Received: | from OYWEXBH02.msad.ms.com ([172.24.233.216]) by PAWEXBH01.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 4 Oct 2006 09:51:07 -0400 |
| Received: | from LNWEXMB36.msad.ms.com ([172.24.229.36]) by OYWEXBH02.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 4 Oct 2006 14:51:06 +0100 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 04 Oct 2006 13:51:06.0476 (UTC) FILETIME=[23A8A2C0:01C6E7BC] |
| Subject: | RE: Please forward newspaper and/or broadcasting due diligence lists |
| Received(Date): | Wed, 4 Oct 2006 09:51:06 -0400 |
| Message-ID: | <AF70710BC2E33241864AEDBCD8420266011712B2@LNWEXMB36.msad.ms.com> |
| In-Reply-To: | <0C97023D8FE4784B92C0981155805596F616C2@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Please forward newspaper and/or broadcasting due diligence lists |
| Thread-Index: | AcbnXNMrIfAASo8+S5KleMCSY0LqBQAAvoDTABZpVLAAACAugAAAgs1w |
| From: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| To: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |

ok, let's wait until Kelly gets back to me.  She's tied up on something
but will get back to me within the next hour.


Thomas Kvorning
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com

-----Original Message-----
From: Fincher, James (IBD)
Sent: Wednesday, October 04, 2006 9:37 AM
To: Kvorning, Thomas (IBD)
Subject: FW: Please forward newspaper and/or broadcasting due diligence
lists

let's sit down this morning and go through what diligence lists we have
- just print them all out and we can see what's there.  I've attached 2
EMMS-related docs that may be helpful.
j

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                  MS_197240

James Fincher
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----Original Message-----
From: Wynne, John O Jr. (IBD)
Sent: Wednesday, October 04, 2006 9:35 AM
To: Kvorning, Thomas (IBD)
Cc: Fincher, James (IBD)
Subject: FW: Please forward newspaper and/or broadcasting due diligence lists

Beside the files I sent you last night, I left a copy in your chair of the diligence questions that the Sponsors asked Univision on the TV stations, radio stations and TV Networks (which will help for CW diligence). The Sponsors were pretty far along in the process when they asked these questions, but some will be topical for Tribune as well.


John O. Wynne Jr.
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-0800
Fax: +1 212 507-1328
John.Wynne@morganstanley.com

-----Original Message-----
From: Wynne, John O Jr. (IBD)
Sent: Tuesday, October 03, 2006 10:50 PM
To: Kvorning, Thomas (IBD)
Subject: Re: Please forward newspaper and/or broadcasting due diligence lists

Fincher probably has emmis tv diligence list if different than what I already passed along. The BobbyG folder in Media&Comm under the Knight Ridder (or Project Kingdom) folder may have newspaper ones. Jon Yourkoski worked on the Freedom deal and may be able to guide to other newspaper dili lists. Would also ask Kelly as she's worked on a lot of broadcasting/newspapers including Journal's acquisition of Emmis TV stations earlier in the year. I'll look in am for the Univision broadcasting dili list.

John O. Wynne Jr.
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36New York, NY 10036
Phone: +1 212 761-0800
Fax: +1 212 507-1328
John.Wynne@morganstanley.com

-----Original Message-----
From: Kvorning, Thomas (IBD)

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                MS_197241

To: telcomediaanalysts; telcomediaassoc; namediacommanal; namediacommassoc
Sent: Tue Oct 03 22:28:49 2006
Subject: Please forward newspaper and/or broadcasting due diligence lists

Thomas Kvorning
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_197242