| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.164]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sat, 14 Oct 2006 08:15:46 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed;boundary="----_=_NextPart_002_01C6EF8A.7A1EC500" |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 14 Oct 2006 12:15:46.0011 (UTC) FILETIME=[7A2072B0:01C6EF8A] |
| Subject: | Fw: Discussion Topics for Tomorrow |
| Received(Date): | Sat, 14 Oct 2006 08:15:53 -0400 |
| Message-ID: | <9BEA94F838965A4099B4863EE71F11ADD7A75D@NYWEXMB32.msad.ms.com> |
| X-MS-Has-Attach: | yes |
| Thread-Topic: | Discussion Topics for Tomorrow |
| Thread-Index: | AcbvHIbOajJpqTQ7TJ+jOvjL/Bk7WAAbfwUk |
| From: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |
| To: | <cstewart10@nyc.rr.com> |
| Content-Type: | text/plain;charset="UTF-8" |
| Content-Transfer-Encoding: | base64 |
| Attachment | Questions.for.10-14.Call-81920-4190607.doc |

Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

-----Original Message-----
From: Fincher, James (IBD)
To: Whayne, Thomas (IBD); Stewart, Charles (IBD)
CC: Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Sent: Fri Oct 13 19:08:42 2006
Subject: Discussion Topics for Tomorrow

 <<Questions for 10-14 Call.doc>>
Tom/Charlie,
For your reference, below (and attached) are discussion topics for tomorrow's call.
Regards,
James



Discussion Topics

Advisor/Management Conference Call, 8:30am, 10/14/06

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                     MS_327937

Review history of board discussions and the process for arriving at the current plan

- What are Tower's current objectives and how have these evolved over time

  - Value

  - Timing (signing; closing)

  - Complexity

  - Execution risk

  - Need for cash

  - Other

- In arriving at the current plan, what other actionable alternatives were developed or considered? Why were they discarded?

Citigroup-outlined alternatives

- Non-core asset dispositions (TV Stations/Entertainment assets)

- Individual station sales

- Sponsored-spin of LA Times

- Separate B&E transactions for TV and Chicago assets (WGN, Superstation, Cubs) to strategic or financial buyer

- Sale of B&E in multiple transactions

- Leveraged-spin of B&E

- Sponsored-spin of B&E

- Spin-Merge B&E w/ Hearst-Argyle TV

- Sale of Publishing in single transaction (Merger/sale to strategic or to financial buyer)

- Sale of Publishing in multiple transactions

- Leveraged-spin of Publishing

- Transaction for consolidated TRB - PEG sale

- Strategic combination with Gannett

Merrill Lynch-outlined alternatives

- Spin Broadcasting with added leverage

- Sponsored-spin Broadcasting with added leverage

- Spin-Merge Broadcasting with added leverage

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MS_327938

- Sale of Broadcasting in single transaction (strategic or financial)

- Sale of Broadcasting in multiple transactions

- Multiple sponsored spin-offs for newspapers on geographic basis (LA Times, Chicago Tribune, East coast papers)

- Sale of Publishing in single transaction (strategic or financial)

- Sell 100% of Tower to PEG consortium

- Combination with strategic buyer (Gannett)

· In scenarios involving sales of non-core assets, which assets are considered to be truly 'non-core' (i.e., Cubs, Food Network, non-major market stations)

· Have any meaningful discussions occurred between Tribune and other strategic parties?

- Are there any parties that are likely interested? For what assets? Entire company?

- Any discussions on value?

- What are likely synergy sources, and has any quantification of synergies been undertaken?

- What are the relevant regulatory considerations?

· Have any meaningful discussions occurred between Tribune and financial sponsors or others?

- What is your view on likely interest given current environment?

- What is your perspective on letting sponsors form consortia at this stage?

- How much leverage can be applied, what level is board/management comfortable with?

- Implied size of equity check required from a consortium?

- How does the Univision transaction affect sponsor interest/involvement?

Review current state of play

· What is status and origination of latest projections? What level of review have the projections received?

· How do you see the process playing out? Is the process on track for the timetable we have received? Is 11/29 final bid date achievable given management presentations, site visits, etc.?

· Has anyone executed NDAs? What information has been distributed?

· Which parties contacted did not ask for an NDA?

Discussion of Fallback Alternatives

· Of the alternatives already explored, which (other than the current plan) are actionable and executable, and would they meet the Company's objectives?

· Are any fallback alternatives being pursued, should the proposed transaction prove unattractive or

unsuccessful?  What would be your preferred fallback alternative?

- What is your view on the ability to pursue a fallback alternative in parallel with the current process?

- If the current process proves unsuccessful, what would your next steps be?

unsuccessful?  What would be your preferred fallback alternative?

- What is your view on the ability to pursue a fallback alternative in parallel with the current process?
- If the current process proves unsuccessful, what would your next steps be?

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MS_327940