| | |
|---|---|
| Received: | from LNWEXMB36.msad.ms.com ([172.24.229.36]) by LNWEXJN64.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 5 Oct 2006 02:53:29 +0100 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed;boundary="----_=_NextPart_002_01C6E821.0DD0F280" |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-originalarrivaltime: | 05 Oct 2006 01:53:29.0235 (UTC) FILETIME=[0DF4CE30:01C6E821] |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| Subject: | Additional Info |
| Received(Date): | Thu, 5 Oct 2006 02:53:27 +0100 |
| Message-ID: | <AF70710BC2E33241864AEDBCD8420266011712D4@LNWEXMB36.msad.ms.com> |
| X-MS-Has-Attach: | yes |
| Thread-Topic: | Additional Info |
| Thread-Index: | AcboIQtSxdQj0PbzRYmUdG1NsOTI4A== |
| From: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| To: | "Baldi, Ashish \(MSAS - IBD\)" <Ashish.Baldi@morganstanley.com> |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Attachment | Final.Info.Memo-838429-96945537.pdf    TRB.Sponsored.Spin..LBO.v71.-.All.Scenarios.-.amended-493056-20348316.xls    TRB.PIB..4-Oct-06.-11195836-1346785576.pdf    SOTP.Package.value..sale.of.BC.-101888-9960942.ppt |

Ashish,

As promised here's some more info that you should flick through as soon as you get the chance. All the files relating to the project are saved in the following folder:

L:\Media_Communications_NY\Dept_Only\Kvorning\Tribune

Please get access to this folder if you don't have it and let me know if you need any authorization. Also, let me know if you have any suggestions to project name....

One thing I would like you to do tomorrow is to:
1) Get all the broker estimates into a broker consensus estimates sheet. In the attached model I have added the comps sheet to the file but I has gotten a bit messy with a lot of assumptions. You should do a new sheet for all the brokers so it's easier to overview than my messy sheet currently is (...). Remember, however, that these broker estimates drive a lot of analysis in the model so you need to make sure that your new estimates are driving the analysis. The model should be driving off median and not averages cause this is what we have been doing so far.

2) Go through all the brokers and gather all their estimates on Tribune's unconsolidated assets. This is important as here is large dispersion among brokers on the value of these and they could be worth up to $2.0Bn. Furthermore they will be important to a financial sponsor

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                     MS_194831

which would likely want to sell the non-core assets. The broker fin
sheet has an overview but it's not updated. I would do the categories as
Food Network, Careerbuilder, Cubs and other as it has been done. You
should add a new sheet for unconsolidated assets.

When going through the brokers its important to keep track of what
exactly the brokers are assuming in terms of assets sales. As you will
see in the press release section of the PIB Tribune recently sold three
TV station (Atlanta, Albany and most recently Boston). We need to adjust
brokers that do not adjust financials for these sales. First of all to
make them comparable and simply because we have already adjusted cash
for the sale of these stations. Let's both have a look at theseadjsutments but for now just keep notes what brokers are Pro Forma'ing
for.

I am also attaching the bank book which provides a very good and fairly
recent detailed info on their financial and company overview in general.

Talk to you tomorrow.

Thomas

Thomas Kvorning
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_194832