| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 30 Oct 2006 17:47:02 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="US-ASCII" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 30 Oct 2006 22:47:02.0725 (UTC) FILETIME=[51045750:01C6FC75] |
| Subject: | Issue on Tower DCF |
| Received(Date): | Mon, 30 Oct 2006 17:47:02 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01A68F85@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Issue on Tower DCF |
| thread-index: | Acb8dVDDjKizXJMmRMq8FBi/iVtyBA== |
| From: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |
| To: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| Cc: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |

Do we think that the assets contributing negative values to DCF should be included in the analysis? i.e. Interactive central/black voices is contributing ~($500MM) to the DCF value or ($2.00) in enterprise value/share. Does it make sense theoretically to include these or to exclude? Could see both sides of an argument in which the pro-inclusion rationale would be that you should be dinged for projects with negative IRRs, but the other side of the argument says that projects with negative IRRs would be abandoned eventually and should not be assumed to have negative cash flows into perpetuity.

Let me know what thoughts are about this.

Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MS_197639