| | |
|---|---|
| Received: | from LNWEXMB36.msad.ms.com ([172.24.229.41]) by LNWEXJN64.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 11 Oct 2006 20:16:00 +0100 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed;boundary="----_=_NextPart_002_01C6ED69.AF989800" |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 11 Oct 2006 19:16:00.0463 (UTC) FILETIME=[AFDF3DF0:01C6ED69] |
| Subject: | Update |
| Received(Date): | Wed, 11 Oct 2006 20:15:57 +0100 |
| Message-ID: | <AF70710BC2E33241864AEDBCD84202660117137C@LNWEXMB36.msad.ms.com> |
| X-MS-Has-Attach: | yes |
| Thread-Topic: | Update |
| Thread-Index: | AcbtaanhmClG0gf8TuqfSmw82C9LwQ== |
| From: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| To: | "Baldi, Ashish \(MSAS - IBD\)" <Ashish.Baldi@morganstanley.com> |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Attachment | TRB.Sum.of.the.Parts.Analysis.v3-326656-13622378.xls         TRB.Sponsored.Spin.Model..11-Oct-06..v2-1037312-44646171.xls |

Hi Ashish,

Though the heading would suggest something else there isn't much to tell on TRB. We've agreed on fees on now we are waiting toi hear back from the committee on how they want us to proceed and send us all the info that ML and Citi have received so far. What I can tell you is that it looks like ML and Citi have been working like crazy in the last couple of weeks to prepare for a sale of the company, even before exploring alterntives it seems, which would not necessarily have rushed into.....

I have been working a bit on a SOTP analysis which I have attached as well as the latest model where I have consolidated the LBO with the sponsored spin model.

I have a question regarding the Broadcasting and newspaper comps which is: Does EBITDA include or exclude stock-based compensation in the comps? I believe you did the broadcasting comps, but could you also check this question with Pranay on the newspaper comps?

Thanks, speak tomorrow.

Thomas


Thomas Kvorning
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                    MS_199768

Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY					MS_199769