| | |
|---|---|
| Received: | from PAWEXBH03.msad.ms.com ([205.228.46.226]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 26 Oct 2006 13:50:25 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="US-ASCII" |
| Content-Transfer-Encoding: | quoted-printable |
| Received: | from hkwexbh01.msad.ms.com ([161.144.213.70]) by PAWEXBH03.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 26 Oct 2006 13:50:25 -0400 |
| Received: | from tiwexbh01.msad.ms.com ([161.144.168.23]) by hkwexbh01.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 27 Oct 2006 01:50:21 +0800 |
| Received: | from kbwexmb02.msad.ms.com ([161.144.171.18]) by tiwexbh01.msad.ms.com with Microsoft SMTPSVC(6.0.3790.0); Thu, 26 Oct 2006 23:20:18 +0530 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 26 Oct 2006 17:50:18.0864 (UTC) FILETIME=[336FBF00:01C6F927] |
| Subject: | RE: Latest on Project Tower |
| Received(Date): | Thu, 26 Oct 2006 13:50:16 -0400 |
| Message-ID: | <96109331E2EDB944BF514D79EF8565F17532DB@kbwexmb02.msad.ms.com> |
| In-Reply-To: | <A7CB8D6513E1C1479F21442732289FDF0153F3BF@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Latest on Project Tower |
| thread-index: | Acb4qZIWI5E7IVZFSG6bk8eVJxrEmwAOjcsQAAfpQjAABpiHQAAAKjgwAAIVW5A= |
| From: | "Baldi, Ashish \(MSAS - IBD\)" <Ashish.Baldi@morganstanley.com> |
| To: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| Cc: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com>,"MSAS IBD GM" <MSAS.IBD.GM@morganstanley.com> |

Hi Thomas,

Please find enclosed, the WACC analysis file. Bloomberg gives a beta against S&P 500 of 0.63 while Barra Beta is 0.65.

I will quickly send the broker consensus for WACC as well.

thanks & regards,
Ashish Baldi
Morgan Stanley | Securities Integration Group
Bldg. 5, Sector 30, Mindspace, Goregaon (West) | Floor 05
Mumbai (Ex Bombay), 400 090
Phone: +91 22 6641-1721
Fax: +44 20 7056-1098
Ashish.Baldi@morganstanley.com

———

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                     MS_196671

From: Williams, Steven D (IBD)
Sent: Thursday, October 26, 2006 10:22 PM
To: Baldi, Ashish (MSAS - IBD)
Cc: Kvorning, Thomas (IBD)
Subject: RE: Latest on Project Tower

Ashish,

The numbers quoted below are based on management financials which we have received recently. This includes PHONES at book value. Below is the breakout per management:

Debt
Existing Debt (incl PHONES debt)                    2,068.5
  - Of which PHONES (book value)                      552.5
  Commercial paper                    100.0
  Term Loan A                       1,500.0
  Bridge Loan                       1,411.4
New Debt (June refi)                                  3,011.4
Total Debt (EoY)                                      5,080.0

Cash Balance (EoY)                    151.0
Total Net Debt (EoY)                 4929.0
Value of TWX Shareholding                             305.0
Net Debt net of TWX Shareholding (EoY)               4624.0

Hope this helps.

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com


-----

From: Baldi, Ashish (MSAS - IBD)
Sent: Thursday, October 26, 2006 12:45 PM
To: Williams, Steven D (IBD)
Cc: Kvorning, Thomas (IBD)
Subject: RE: Latest on Project Tower


Hi Steve,

I am trying to find the breakup of the debt structure in order to
calculate the weighted average cost of Debt for the WACC analysis. I
have the Q2 06 numbers but they are different from the one mentioned in
the email below. Please send me any relevant material you might have or
lets talk when you have some time.

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MS_196672

thanks & regards,
Ashish Baldi
Morgan Stanley | Securities Integration Group
Bldg. 5, Sector 30, Mindspace, Goregaon (West) | Floor 05
Mumbai (Ex Bombay), 400 090
Phone: +91 22 6641-1721
Fax: +44 20 7056-1098
Ashish.Baldi@morganstanley.com

---

From: Williams, Steven D (IBD)
Sent: Thursday, October 26, 2006 7:12 PM
To: Baldi, Ashish (MSAS - IBD); Kvorning, Thomas (IBD)
Cc: MSAS IBD GM
Subject: RE: Latest on Project Tower


Ashish, this is great work, thank you for turning this around so
quickly.

The FDSO for Tower is 238.8MM shares.  Thomas, correct me if you have
different information but the aggregate net debt from the comp is
$4,929MM, comprised of $5,080MM total debt - $151MM in cash.  ForPHONES, we are still working internally to determine how to treat them,
but for now let's assume they are not debt.  We should however, include
a line in the backup which will allow us to specify a value for PHONES,
to the extent we decide to use them.  FYI, Merrill/Citi have used a flat
$1,000MM for PHONES, and the company marks them to market based on the
fair market value of the debt and equity components ~$550MM depending on
the value of TWX shares.  Also, for the marginal cost of debt, the
company is rated A3(stable)/A(stable).

Hope this helps, and please call with questions.

Thanks again for your work.

Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

---

From: Baldi, Ashish (MSAS - IBD)
Sent: Thursday, October 26, 2006 5:53 AM

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                           MS_196673

To: Kvorning, Thomas (IBD)
Cc: Williams, Steven D (IBD); MSAS IBD GM
Subject: RE: Latest on Project Tower
Hi Thomas,

Please find enclosed the slide on shareholder basis and the backup excel file.

For the WACC slide, I guess we might already have the numbers for TSO as well as the Total Debt and Net Debt from our other calculations. Please let me know which numbers to use. Also, let me know the treatment for PHONES debt for WACC analysis.

Let us talk when you get in.

thanks & regards,
Ashish Baldi
Morgan Stanley | Securities Integration Group
Bldg. 5, Sector 30, Mindspace, Goregaon (West) | Floor 05
Mumbai (Ex Bombay), 400 090
Phone: +91 22 6641-1721
Fax: +44 20 7056-1098
Ashish.Baldi@morganstanley.com


---

From: Kvorning, Thomas (IBD)
Sent: Thursday, October 26, 2006 8:21 AM
To: Baldi, Ashish (MSAS - IBD)
Cc: Williams, Steven D (IBD)
Subject: Latest on Project Tower


Ashish,

We should catch up tomorrow if you are back from holiday (hope you had a good one). I've attached some additional analysis I ran for Tom Whayne over the past week. We met with management in a 5 hour due diligence session in Chicago, which I can give you a briefing on as well.

Next step is to prepare a board book which basically will take them through our view on valuation. Most of this work will need to be done anyway as part of the fairness opinion we will need to do eventually. james has put together a book which we will need to work through over the course of the next week or two. No meeting has been set yet, and much of the timing will depend on the process and where the first round bids will come in (due tomorrow I believe).

One piece of analysis we will definitely need is a simple WACC calculation and an analysis of how Tower's shareholder basis has developed over the past couple of years. Please use the attached template/spread sheets and methodology.

Talk to you tomorrow.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MS_196674

Thomas

Thomas Kvorning
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                               MS_196675