| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sun, 29 Oct 2006 12:40:46 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="US-ASCII" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 29 Oct 2006 17:40:46.0104 (UTC) FILETIME=[5D48C180:01C6FB81] |
| Subject: | RE: Updated 10/31 Draft Board Package |
| Received(Date): | Sun, 29 Oct 2006 12:40:42 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF010C909E@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <A7CB8D6513E1C1479F21442732289FDF01A68F44@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Updated 10/31 Draft Board Package |
| thread-index: | Acb6/wzAGerzBP9VTJy2w7yh5xbtUQAAJS5AABnLgpUAATVqIAAA1zyAAAEROfAAAESOcAAAjxygAABm1/AAACpo8AABdv8gAACQqCA= |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com>,"Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |
| Cc: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |

OK that is helpful. Given the discrepancy, let's add a midpoint
calculation column to page 5 to show the derivation to the $33 midpoint.
Then go ahead and call to seek clarification on issues.

We will share this page with them tomorrow -- I will raise issues with
Michael and set up a time with him on our call tonight to review
indications.

-----Original Message-----
From: Williams, Steven D (IBD)
Sent: Sunday, October 29, 2006 12:34 PM
To: Whayne, Thomas (IBD); Fincher, James (IBD)
Cc: Kvorning, Thomas (IBD)
Subject: RE: Updated 10/31 Draft Board Package

Yes, I can reconcile to their $33, but, in typical Merrill fashion, it
is a rather convoluted calc.

So you'll notice in John Eidinger's backup to pg 35, they are arriving
at a per share value (using basic shares) and rounding each 'part'; all
parts are included in the table in the bottom right-hand corner. On the
low end if you add $16.50+$10.00+$3.75+$5.00 = $35.25, and subtract a
rounded $1.25 in corporate expense and options and subtract a rounded
$8.00 in tax leakage, you get to $26.00. On the high end if you add
$25+$13.25+$4.50+$7 = 49.75 less a rounded $0.50 in corporate expense
and options and less $9.00 in leakage, you get to $40.25.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                      MS_191336

Midpoint of $26 - $40.25 is $33.13, which is then rounded down to $33.00. The funny thing is that the $33 is calced on BASIC shares while their range of $25 - $37.75 is based on TSM shares, and I fail to see how they can have it both ways in the same chart.

Not to mention the fact that if you are a board member looking at this analysis, without the benefit of the backup, there is absolutely no way to get to the $33 number.

Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

-----Original Message-----
From: Fincher, James (IBD)
Sent: Sunday, October 29, 2006 11:41 AM
To: Williams, Steven D (IBD)
Subject: FW: Updated 10/31 Draft Board Package

Can we reconcile to the $33 midpoint on page 35?  or only to the ranges they show below?  I think the difference may be the TSM adjustment they make, but not sure.


James Fincher
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Sunday, October 29, 2006 11:36 AM
To: Fincher, James (IBD)
Subject: RE: Updated 10/31 Draft Board Package

OK.  Would be interesting if 9x Publishing valuation is on top of their $33 midpoint.  If so, we should add a column to show this derivation, as this would be very revealing.

-----Original Message-----
From: Fincher, James (IBD)
Sent: Sunday, October 29, 2006 11:34 AM
To: Whayne, Thomas (IBD)
Subject: RE: Updated 10/31 Draft Board Package

Yes - selling careerbuilder.

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MS_191337

I noticed the same thing on TV multiples vs. per share values - have asked Steve to clarify and will let you know.

Your midpoint math is right, but their detailed math does get to $25-37.75. They make an adjustment for treasury stock method that reduces values by $1-2 in the detail (this adjustment doesn't appear to show up in the $33 number).


James Fincher
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Sunday, October 29, 2006 11:15 AM
To: Fincher, James (IBD)
Subject: RE: Updated 10/31 Draft Board Package

Are they selling Careerbuilder too?

In the Total TV Stations row, why is the per share value so much higher in the SOTP column given same EBITDA and multiples?

Also, why do they say on their page that the midpoint is $35.00? Maybe my math needs some remedial work, but I calculate $31.38 as midpoint of $25.00-$37.75.


-----Original Message-----
From: Fincher, James (IBD)
Sent: Sunday, October 29, 2006 11:05 AM
To: Whayne, Thomas (IBD)
Subject: RE: Updated 10/31 Draft Board Package

Tom, they never assume that taxes are paid on publishing, but in the sum-of-the-parts they assume everything else is sold (including all the unconsolidated investments), so the tax bill is higher than in the sale of just broadcasting. This generally lowers the SOTP values, but the high-end remains high because of the 10x publishing multiple (compared to 8.15-8.25x for publishing in the sale of just broadcasting).

On page 5, we will identify in each scenario exactly which assets are being taxed.


James Fincher
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MS_191338

Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Sunday, October 29, 2006 10:42 AM
To: 'Caterina Stewart'; Williams, Steven D (IBD); Fincher, James (IBD)
Subject: RE: Updated 10/31 Draft Board Package

Agree with comments although let's keep the '06 trading multiples (we
can do an additional '07 page for our own purposes) as this is what ML
and Citi are using and I want to avoid an additional point to argue.
Besides, we have enough moving pieces the day before we have to send to
board.

The multiples used on page 1 should be in the header and not just a
footnote.

Steven, send Charlie the blended multiple analysis so he can see how we
chose the multiples.

Finally, when will the pages that Paul requested be ready?

James, please call me re page 5.  I don't understand how we can get
values that are so much higher on the low end than their
sum-of-the-parts analysis, especially given that both analyses use the
same multiples for the stations.  Is the difference that they are
assuming taxes payable on the sale of the publishing assets, hence it is
really a liquidation analysis? We need to get this clarified because if
this is what they are doing, it is intellectually dishonest and we are
going to have a very difficult conversation with them this evening.

-----Original Message-----
From: Caterina Stewart [mailto:cstewart10@nyc.rr.com]
Sent: Sunday, October 29, 2006 10:15 AM
To: Williams, Steven D (IBD); Fincher, James (IBD); Whayne, Thomas
(IBD); Whayne, Thomas (IBD)
Subject: FW: Updated 10/31 Draft Board Package

Good pack.  Here are a few comments:


Would be better to run analysis off 2007 trading multiples at this point
instead of 2006.  also think we need a page of comps here to understand
our conclusions vs. where NYT, GCI, MNI and BLC trade on an 07 ebitda
and 07 p/e basis.  Not clear why we think papers would trade at 8x and
b/e at 9x after we sell LA Times and Cubs when this isn't where they
trade today.  Our conclusions about value creation would be bolstered if
we could show that the trades were accretive on an EPS basis too.


P1 needs footnotes to tell what trading multiples we are assuming to
derive share prices. I would probably change the order of p1 and p2 as

p1 is basically a sensitivity analysis off of p2.


On p6 don't think we need to show research and mgmt case...07 is the practically the same for both and we should use mgmt for 06 at this point.

_____

From: Stewart, Charles (IBD) [mailto:Charlie.Stewart@morganstanley.com]
Sent: Sunday, October 29, 2006 9:31 AM
To: cstewart10@nyc.rr.com
Subject: Fw: Updated 10/31 Draft Board Package




Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Whayne, Thomas (IBD)
To: Stewart, Charles (IBD)
Sent: Sat Oct 28 21:11:45 2006
Subject: Fw: Updated 10/31 Draft Board Package

Fyi
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Williams, Steven D (IBD)
To: Whayne, Thomas (IBD)
CC: Fincher, James (IBD); Kvorning, Thomas (IBD)
Sent: Sat Oct 28 22:07:57 2006

Subject: Updated 10/31 Draft Board Package <<Tower Board Pack
(28-Oct-06).ppt>> <<Tower Board Pack (28-Oct-06).ppt>> Team,

Please see attached updated 10/31 draft board package. This draft
incorporates all of Tom's comments from this afternoon.

Pgs. 1&2 now tie out and are based on Morgan Stanley assumptions and
management financials. Apologies for the confusion in the earlier
draft.

On pg 3 I have reduced the New York pre-tax multiples to 12-14x and the
Chicago pre-tax multiples to 12-14x as well - per Tom's earlier comment.
Net result is a ~$0.30 decline in package value. Tom, our numbers were
up by about $1 because we have increased the midpoint value of the Cubs
to $750 from $550 since last week - nothing else has changed in Non-TV
Station B&E Assets.

On pg 4 I have included an arrow between Structured Sale of B&E and Sale
of B&E followed by sale of Publishing, and have included a bulletpoint
to emphasize the $3.75 adjustment for 9.0x sale of Publishing.

On pg. 5, I have included Merrill's standalone structured sale next to
the Morgan Stanley-Derived Structured sale (including the $3.75
adjustment). You will see that, we take all of Merrill's assumptions
and numbers for granted and simply add the $3.75 adjustment for 9.0x
sale of Publishing. The Merrill Sum of the Parts is the last column on
pg. 5 - and this analysis comes directly from the backup page sent by
John Eidinger on Friday.

Please let me know if you have additional comments to this package. I
will continue working to complete the slides that Paul wanted to add.
Tom, I am also pulling public info on consortia involved in CCU effort.

Thanks,

Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

This communication is intended for the addressee(s) and may contain
confidential information. We do not waive confidentiality by
mistransmission. If you have received this communication in error, any
use, dissemination, printing or copying is strictly prohibited; please
destroy all electronic and paper copies and notify the sender
immediately. We are required by applicable rules to advise you that we
may own or act as market maker for securities/instruments mentioned or

may advise the issuers; and that past performance is not indicative of future returns.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_191342