| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sun, 5 Nov 2006 22:35:43 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 06 Nov 2006 03:35:43.0605 (UTC) FILETIME=[A38B6250:01C70154] |
| Subject: | Re: Tower Key Shareholder Analysis |
| Received(Date): | Sun, 5 Nov 2006 22:35:43 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF010C9170@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Tower Key Shareholder Analysis |
| Thread-Index: | AccBUpW/h4Wmz8/yQze2OvTxLezjjQAAg16r |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |

This is great. Thanks.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Williams, Steven D (IBD)
To: Taubman, Paul J (IBD); Whayne, Thomas (IBD); Stewart, Charles (IBD)
Cc: Fincher, James (IBD); Kvorning, Thomas (IBD); Cui, Jessica (IBD)
Sent: Sun Nov 05 22:21:01 2006
Subject: Tower Key Shareholder Analysis

See attached the Tower Key Shareholder Analysis, reflecting changes in economic/voting ownership for the Chandlers, the McCormick Foundation, Ariel Capital, Nelson Peltz and Davidson Kempner.

Chandlers:
Before Tender: 12.0%
Post-Tender: 14.8%
Post-TMCT Restructuring: 20.2% (economics)/16.0% (vote)

McCormick Foundation:
Before Tender: 12.2%
Post-Tender: 11.4%
Post-TMCT Restructuring: 11.7% (economics)/12.3% (vote)

Ariel Capital:
Before Tender: 3.4%

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                   MS_257634

Post-Tender: 6.1%
Post-TMCT Restructuring: 6.2% (economics)/6.6% (vote)

Nelson Peltz:
Before Tender: 0.0%
Post-Tender: 1.1%
Post-TMCT Restructuring: 1.2% (economics)/1.2% (vote)

Davidson Kempner:
Before Tender: 0.0%
Post-Tender: 1.4%
Post-TMCT Restructuring: 0.4% (economics)/0.5% (vote)

Please let me know if there are questions.

Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_257635