| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.164]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 6 Nov 2006 07:20:08 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed;boundary="----_=_NextPart_002_01C7019D.E5C90C00" |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 06 Nov 2006 12:20:08.0708 (UTC) FILETIME=[E6351440:01C7019D] |
| Subject: | Fw: Project Tower - Separation Alternatives |
| Received(Date): | Mon, 6 Nov 2006 07:20:07 -0500 |
| Message-ID: | <9BEA94F838965A4099B4863EE71F11ADD7A9F7@NYWEXMB32.msad.ms.com> |
| X-MS-Has-Attach: | yes |
| Thread-Topic: | Project Tower - Separation Alternatives |
| Thread-Index: | AccBNhjKflrHCgeERs6/myU1HNyQ5gAZ8zHt |
| From: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |
| To: | "Krogdahl, Linda S \(IBD\)" <Linda.Krogdahl@morganstanley.com> |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Attachment | Separation.Alternatives..11-5-2006.-1744384-197252819.ppt |

Pls print for me


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Kvorning, Thomas (IBD)
To: Taubman, Paul J (IBD); Stewart, Charles (IBD)
Cc: Whayne, Thomas (IBD); Fincher, James (IBD); Williams, Steven D (IBD); Cui, Jessica (IBD)
Sent: Sun Nov 05 18:57:20 2006
Subject: Project Tower - Separation Alternatives

 <<Separation Alternatives (11-5-2006).ppt>>
Paul, Charlie,

Tom wanted to share the attached analysis with you. The materials provide an overview of the following four separation alternatives for Tower:

Scenario 1: Broadcasting Sponsored Spin
Scenario 2: Publishing Sponsored Spin
Scenario 3: Publishing Sponsored Split (Chandlers and sponsor owning 100% of publishing)
Scenario 4: LA Times Split (Chandlers owning 100% of LA Times)

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                    MS_323142

Please let us know if you have any questions on the analysis.

Rgs,
Thomas

Thomas Kvorning
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                MS_323143