| | |
|---|---|
| Received: | from PAWEXBH02.msad.ms.com ([144.14.140.71]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 13 Nov 2006 02:16:56 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed;boundary="----_=_NextPart_002_01C706F3.B3666400" |
| Received: | from hkwexbh02.msad.ms.com ([161.144.213.71]) by PAWEXBH02.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 13 Nov 2006 02:15:25 -0500 |
| Received: | from tiwexbh01.msad.ms.com ([161.144.168.23]) by hkwexbh02.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 13 Nov 2006 15:14:01 +0800 |
| Received: | from kbwexmb02.msad.ms.com ([161.144.171.18]) by tiwexbh01.msad.ms.com with Microsoft SMTPSVC(6.0.3790.0); Mon, 13 Nov 2006 12:43:34 +0530 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 13 Nov 2006 07:13:34.0502 (UTC) FILETIME=[3B4C3C60:01C706F3] |
| Subject: | RE: Tower |
| Received(Date): | Mon, 13 Nov 2006 02:13:23 -0500 |
| Message-ID: | <96109331E2EDB944BF514D79EF8565F175334A@kbwexmb02.msad.ms.com> |
| In-Reply-To: | <AF70710BC2E33241864AEDBCD84202660117165C@LNWEXMB36.msad.ms.com> |
| X-MS-Has-Attach: | yes |
| Thread-Topic: | Tower |
| Thread-Index: | AccGzTh8WL/cATCWS2C6vqvv1Ch5dwAlwRIQ |
| From: | "Baldi, Ashish \(MSAS - IBD\)" <Ashish.Baldi@morganstanley.com> |
| To: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| Cc: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com>,"MSAS IBD GM" <MSAS.IBD.GM@morganstanley.com> |
| Content-Type: | text/plain;charset="US-ASCII" |
| Content-Transfer-Encoding: | quoted-printable |
| Attachment | US.Newspaper.Comps.11-06-2006..Updated.for.Q3.-2985472-148205801.xls    Consolidated.Tower.Model..11-Nov-06.-2055680-93408769.xls |

Hi Thomas,

Please find enclosed, the updated model file. I have made the following changes:

*

   Merrill Lynch: Changes made in - Unconsolidated Assets, Target Price (Q3 Broker Perspective) and Broker Consensus sheet (NI, EPS, CFFO, Capex and Working Capital)
*

   JPM: Change made only in EPS numbers.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MS_170027

* 

    Lehman Brothers: Changes made in - Unconsolidated Assets, Target Price (Q3 Broker Perspective) and Broker Consensus sheet (CFFO only)
* 

    Wachovia: No Changes

Rest all the numbers are unchanged from their previous reports.

I have copied the US Newspaper comps file (Q3 updated) from your folder and updated it with the revised Broker Consensus Sheet. The updated comps file is also enclosed.

Let me know your comments.

thanks & regards,
Ashish Baldi
Morgan Stanley | Securities Integration Group
Bldg. 5, Sector 30, Mindspace, Goregaon (West) | Floor 05
Mumbai (Ex Bombay), 400 090
Phone: +91 22 6641-1721
Fax: +44 20 7056-1098
Ashish.Baldi@morganstanley.com


-----

From: Kvorning, Thomas (IBD)
Sent: Monday, November 13, 2006 8:12 AM
To: Baldi, Ashish (MSAS - IBD)
Cc: Williams, Steven D (IBD)
Subject: Tower


Hi Ashish,

Presentation attached in a near final draft. Tom Whayne will give us some (hoopefully small) comments tomorrow ahead of a call with some of the senior people in M&A tomorrow. This is the per-fairness committee meeting I was talking about. I will see if there are dial-in details available and let you know.

There are a couple of brokers that have updated reports (see attached). Could you go through and update our broker numbers in the master model if they have changed (incl uncons assets and price targets in the model)?

Thanks

Rgs,
Thomas

Thomas Kvorning

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    MS_170028

Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          MS_170029