| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.169]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 16 Nov 2006 18:52:14 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="UTF-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 16 Nov 2006 23:52:14.0821 (UTC) FILETIME=[3DD49150:01C709DA] |
| Subject: | Addl TRB dili |
| Received(Date): | Thu, 16 Nov 2006 18:52:14 -0500 |
| Message-ID: | <9BEA94F838965A4099B4863EE71F11ADD7AB9F@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | Addl TRB dili |
| Thread-Index: | AccJ2j24yobeVo1bSFKuR0vr3VaRqQ== |
| From: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| Cc: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |

I'm concerned about the regulatory risks associated with various bidding groups. It makes sense for us to have a 30 min call with trb fcc counsel to better understand the issues so we can give the proper advice to the SC.

Tom do you agree and if so, james can u arrange it? Thanks.


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MS_277693