| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 2 Oct 2006 08:45:48 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="UTF-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 02 Oct 2006 12:45:48.0249 (UTC) FILETIME=[AF632490:01C6E620] |
| Subject: | Fw: Tribune |
| Received(Date): | Mon, 2 Oct 2006 08:45:48 -0400 |
| Message-ID: | <95193B4EEE600548AF5982DB65EC73A9A3658B@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Tribune |
| Thread-Index: | AcbluzDKYGBeECjERS63+hCjQeB7kgAJJs5PAA6I/tAAAZKs6Q== |
| From: | "Wynne, John O Jr. \(IBD\)" <John.Wynne@morganstanley.com> |
| To: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |

John O. Wynne Jr.
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-0800
Fax: +1 212 507-1328
John.Wynne@morganstanley.com

-----Original Message-----
From: Sisson, Kevin (GCM)
To: Stewart, Charles (IBD); Wynne, John O Jr. (IBD); Eilers, Matt (IBD)
Sent: Mon Oct 02 08:03:16 2006
Subject: RE: Tribune

We can discuss this morning. Based on what I know now, we will be right around 7.5x on leverage. We should discuss further the non-consolidated assets to see if there is asset sale bridge potential. And, as I mentioned last week, if there is a particularly good story/turnaround plan(eg. cost cutting, etc.), we could be higher on leverage.


-----Original Message-----
From: Stewart, Charles (IBD)
Sent: Monday, October 02, 2006 1:01 AM
To: Wynne, John O Jr. (IBD); Eilers, Matt (IBD)
Cc: Sisson, Kevin (GCM)
Subject: Fw: Tribune

Fyi. Let's discuss in the a.m. John we'll need to sharpen our pencils on leverage question, let's sit with kevin sisson in the a.m. If possible


Charles Stewart - Managing Director

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    MS_199055

Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

-----Original Message-----
From: DalBello, Michael <DalBello@blackstone.com>
To: Stewart, Charles (IBD)
Sent: Sun Oct 01 20:39:16 2006
Subject: Tribune

Hi Charlie,

Hope you are well. We'd like to speak to you about your views on TRIB. I don't know if you are the right person at MS to reach out to, but I thought I would talk to you first.

We are sharpening our pencils on the asset and know the businesses reasonably well. Would be most interested in your views on leverage, Asset value of unconsolidated assets (e.g. Careerbuilder, etc.), MS view on prospects for the business units. We have not selected any financing sources / advisors at this stage. Ideally would like to set something up either late Monday or Tuesday in the AM.

Thanks. Michael

---

Please open the following attachment for important information regarding this e-mail communication.

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    MS_199056