| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 13 Oct 2006 21:53:05 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="UTF-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 14 Oct 2006 01:53:05.0012 (UTC) FILETIME=[7D3C6B40:01C6EF33] |
| Subject: | Re: tribune staple package |
| Received(Date): | Fri, 13 Oct 2006 21:53:04 -0400 |
| Message-ID: | <7A4A1A142203944D85D9FB775EF72CE001304125@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | tribune staple package |
| Thread-Index: | AcbvFCGQZoq4tNmiS3ywMYgEQG4gMwABFAcgAAbC868= |
| From: | "Sisson, Kevin \(GCM\)" <Kevin.Sisson@morganstanley.com> |
| To: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |
| Cc: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com>,"Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |

Its exactly where we thought it would be at 7.5x. I don't really think of the phones as leverage because of the stock collateralizing them. They have conveniently left out any reference to a minimum cash equity contribution. Would love to know what that multiple is.
I think the total secured debt and total sr debt multiples may be .25 to .5x too high. Also think bank pricing is 25 to 50 bps too tight for the ratings assumptions and the size of the deal. So would be interested in their price and structure flex.  Other than that it looks ok.

I assume from this that we took special committee assignment? Are we precluded from financing?

-----Original Message-----
From: Stewart, Charles (IBD)
To: Sisson, Kevin (GCM)
CC: Whayne, Thomas (IBD); Fincher, James (IBD)
Sent: Fri Oct 13 18:40:14 2006
Subject: tribune staple package

kevin --

very confidential, but let us know what you think. thanks

- charlie

Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                         MS_280619

From: Eidinger, John (IBK-NY) [mailto:john_eidinger@ml.com]
Sent: Friday, October 13, 2006 6:09 PM
To: Taubman, Paul J (IBD); Whayne, Thomas (IBD); Stewart, Charles (IBD)
Cc: Cotarelo, Jose (IBK-NY)
Subject: Project Tower - Financial Data Package

Gentlemen:

Attached please find for your reference a copy of the final Financial Data Package for Project Tower which we are beginning to distribute to potentially interested parties. You will also find a few pages on the Stapled Financing.

We wanted you to have these materials in advance of tomorrow morning's call.

For your reference, we have only been and only plan to distribute numbered hard copies of this Financial Package. We would like to request that you not forward an electronic copy of the package.

Thanks,

John

John Eidinger, Jr.
M&A Associate
Tel: (212) 449-1992
Fax: (212) 449-6334
john_eidinger@ml.com

<<Staple Financing - Project Tower.pdf>> <<Project Tower - Data Package 10.13.2006 vFINAL TO MS.pdf>>

---

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click here <http://www.ml.com/email_terms/> for important additional terms relating to this e-mail.    http://www.ml.com/email_terms/

---

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                       MS_280620