| | |
|---|---|
| Received: | from PAWEXBH02.msad.ms.com ([144.14.140.71]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sun, 15 Oct 2006 22:41:54 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="US-ASCII" |
| Content-Transfer-Encoding: | quoted-printable |
| Received: | from CWWEXBH02.msad.ms.com ([172.24.233.215]) by PAWEXBH02.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sun, 15 Oct 2006 22:41:53 -0400 |
| Received: | from LNWEXMB36.msad.ms.com ([172.24.229.41]) by CWWEXBH02.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 16 Oct 2006 03:41:49 +0100 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 16 Oct 2006 02:41:49.0647 (UTC) FILETIME=[A147CDF0:01C6F0CC] |
| Subject: | RE: tribune staple package |
| Received(Date): | Sun, 15 Oct 2006 22:41:54 -0400 |
| Message-ID: | <AF70710BC2E33241864AEDBCD84202660117140F@LNWEXMB36.msad.ms.com> |
| In-Reply-To: | <A7CB8D6513E1C1479F21442732289FDF0153F24B@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | tribune staple package |
| Thread-Index: | AcbvFCGQZoq4tNmiS3ywMYgEQG4gMwABFAcgAAbC868AAnOAWgBjq8hQAAAmsPA= |
| From: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| To: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |

thanks a lot. Working on the LBO now trying to replicate the staple the best I can without going crazy.....


Thomas Kvorning
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com

-----Original Message-----
From: Williams, Steven D (IBD)
Sent: Sunday, October 15, 2006 10:37 PM
To: Kvorning, Thomas (IBD)
Subject: FW: tribune staple package

here it is...


Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                MS_204407

Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

-----Original Message-----
From: Fincher, James (IBD)
Sent: Friday, October 13, 2006 11:03 PM
To: Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Subject: Fw: tribune staple package

Fyi... Lbo should reflect the staple structure.


-----Original Message-----
From: Sisson, Kevin (GCM)
To: Stewart, Charles (IBD)
CC: Whayne, Thomas (IBD); Fincher, James (IBD)
Sent: Fri Oct 13 21:53:04 2006
Subject: Re: tribune staple package

Its exactly where we thought it would be at 7.5x. I don't really think
of the phones as leverage because of the stock collateralizing them.
They have conveniently left out any reference to a minimum cash equity
contribution. Would love to know what that multiple is.
I think the total secured debt and total sr debt multiples may be .25 to
.5x too high. Also think bank pricing is 25 to 50 bps too tight for the
ratings assumptions and the size of the deal. So would be interested in
their price and structure flex.  Other than that it looks ok.

I assume from this that we took special committee assignment? Are we
precluded from financing?

-----Original Message-----
From: Stewart, Charles (IBD)
To: Sisson, Kevin (GCM)
CC: Whayne, Thomas (IBD); Fincher, James (IBD)
Sent: Fri Oct 13 18:40:14 2006
Subject: tribune staple package

kevin --

very confidential, but let us know what you think. thanks

- charlie

Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          MS_204408

From: Eidinger, John (IBK-NY) [mailto:john_eidinger@ml.com]
Sent: Friday, October 13, 2006 6:09 PM
To: Taubman, Paul J (IBD); Whayne, Thomas (IBD); Stewart, Charles (IBD)
Cc: Cotarelo, Jose (IBK-NY)
Subject: Project Tower - Financial Data Package


Gentlemen:

Attached please find for your reference a copy of the final Financial
Data Package for Project Tower which we are beginning to distribute to
potentially interested parties. You will also find a few pages on the
Stapled Financing.

We wanted you to have these materials in advance of tomorrow morning's
call.

For your reference, we have only been and only plan to distribute
numbered hard copies of this Financial Package. We would like to
request that you not forward an electronic copy of the package.


Thanks,

John

John Eidinger, Jr.
M&A Associate
Tel: (212) 449-1992
Fax: (212) 449-6334
john_eidinger@ml.com


<<Staple Financing - Project Tower.pdf>> <<Project Tower - Data Package
10.13.2006 vFINAL TO MS.pdf>>

---

If you are not an intended recipient of this e-mail, please notify the
sender, delete it and do not read, act upon, print, disclose, copy,
retain or redistribute it. Click here <http://www.ml.com/email_terms/>
for important additional terms relating to this e-mail.
http://www.ml.com/email_terms/

---

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MS_204409