| | |
|---|---|
| Received: | from PAWEXBH03.msad.ms.com ([205.228.46.226]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 18 Oct 2006 00:43:06 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed;boundary="----_=_NextPart_002_01C6F26F.E726A900" |
| Received: | from HAWEXBH01.msad.ms.com ([172.16.119.58]) by PAWEXBH03.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 18 Oct 2006 00:42:02 -0400 |
| Received: | from LNWEXMB36.msad.ms.com ([172.24.229.41]) by HAWEXBH01.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 18 Oct 2006 05:41:40 +0100 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 18 Oct 2006 04:41:40.0900 (UTC) FILETIME=[B46D6E40:01C6F26F] |
| Subject: | Segment LBO |
| Received(Date): | Wed, 18 Oct 2006 00:41:56 -0400 |
| Message-ID: | <AF70710BC2E33241864AEDBCD84202660117143C@LNWEXMB36.msad.ms.com> |
| X-MS-Has-Attach: | yes |
| Thread-Topic: | Segment LBO |
| Thread-Index: | Acbyb7i5+hJJn4+CQ8eetJxTUIVM4A== |
| From: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| To: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com>,"Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |
| Content-Type: | text/plain;charset="US-ASCII" |
| Content-Transfer-Encoding: | quoted-printable |
| Attachment | Consolidated.Tower.Model..17-Oct-06.-1403392-61452944.xls |

Guys,

Latest model attached, which includes a segment LBO of Publishing which assumes the following:
- Leverage; 8.0x 06E EBITDA
- Exit multiple in 2011: 7.5x
- Uncons assets grow by 8% per year
Based on the management case number at an at Paul Taubman's IRR range of 17%-26% this implies approximate 06 EBITDA multiples for Publishing of 9.39x - 9.78x (9.0-9.4x excluding growth in uncons assets). We should go through the main assumptions tomorrow, though.

The "ML LBO" includes an overview of key LBO assumptions from the Dec-05 vs. the Sept-06 board pack. Main reasons for the decline in LBO valuation appears to be:
- Decrease in cost savings assumptions (from $125 MM to $75MM)
- Potential decrease in debt (max debt goes down from 8.5x 05E to 8.0x 06E EBITDA and 05E EBITDA base should be higher than 06E).
- In terms of underlying financials it's unclear to me what the impact is as they do not lay this out very clearly. Can do more work on this tomorrow

Thomas Kvorning

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                   MS_203029

Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                                                              MS_203030