| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 27 Oct 2006 14:19:22 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed;boundary="----_=_NextPart_002_01C6F9F4.6CD6F100" |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 27 Oct 2006 18:19:22.0487 (UTC) FILETIME=[6D214070:01C6F9F4] |
| Subject: | Following up on TRB Recap |
| Received(Date): | Fri, 27 Oct 2006 14:19:21 -0400 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF0153F404@NYWEXMB21.msad.ms.com> |
| X-MS-Has-Attach: | yes |
| Thread-Topic: | Following up on TRB Recap |
| thread-index: | Acb59Gm3t6d+FjK5Q1C2LCP1aI+XNQ== |
| From: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |
| To: | "Sisson, Kevin \(GCM\)" <Kevin.Sisson@morganstanley.com> |
| Cc: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com>,"Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| Content-Type: | text/plain;charset="US-ASCII" |
| Content-Transfer-Encoding: | quoted-printable |
| Attachment | Copy.of.Consolidated.Tower.Model..25-Oct-06..vLF-1617920-73760334.xls |

Kevin,

Wanted to follow up on the Tribune recap. The attached model contemplates recapping Tribune at various leverage levels. As you know, the company currently has a committed staple (Merrill/Citi) on the LBO at 8.25x.

We wanted to get a sense for few things related to a Tribune standalone recap scenario. 1) appropriate standalone leverage levels, 2) how the debt would tranche out bank v. bond, 3) treatment of PHONES, and 4) the cost/ratings on new issues etc.

Also, would Tribune need to borrow incrementally or is there an opportunity to rollover existing debt?

Please let me know who I should contact in your group to discuss these items, and I will follow up by phone.

Thanks,
Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                    MS_196111

Steven.D.Williams@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                     MS_196112