| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sun, 29 Oct 2006 17:32:05 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed;boundary="----_=_NextPart_002_01C6FBAA.0F84A080" |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 29 Oct 2006 22:32:05.0585 (UTC) FILETIME=[0FDDE410:01C6FBAA] |
| Subject: | ML Analysis and Back-Up |
| Received(Date): | Sun, 29 Oct 2006 17:32:04 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF010C90A6@NYWEXMB21.msad.ms.com> |
| X-MS-Has-Attach: | yes |
| Thread-Topic: | ML Analysis and Back-Up |
| thread-index: | Acb7qg9mH4QESZvjQIy0pvig6B0N9g== |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com>,"Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |
| Cc: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |
| Content-Type: | text/plain;charset="US-ASCII" |
| Content-Transfer-Encoding: | quoted-printable |
| Attachment | TRB.September.2006.Page.35.Backup-1277440-160255376.ppt Tower.Structured.Sale.and.SOTP.Comparison-75264-7390276.ppt |

Paul and Charlie,

Attached are a couple of pages worth reviewing prior to this evening's call. The first document compares the ML two-step analysis that we used with the Committee to the Sum-of-the-Parts analysis that Costa would prefer that we use. The second document provides ML's back-up assumptions to the Sum-of-the-Parts.

For the following reasons, I think the analysis that we prepared is a more accurate reflection of the outcome of a two-step process than their SOTP analysis:

1. The ML SOTP analysis uses a Publishing sale multiple range of 8x-10x EBITDA, which at the low end is unrealistically low (remember that we used 9x for the sale scenario, which is their midpoint).

2. The midpoint of their $25.00-$37.75 SOTP range is $31.78, which is below the tender price. Not sure that that is particularly helpful to the record, especially if this process does not go well.

3. Their actual page 35, which has the SOTP analysis, says that the midpoint of their range if $33, notwithstanding the mathematical reality described in 2. above. It appears that to arrive at this "$33 midpoint" they are deriving a different range of $26.02-$40.07, which they never show but is apparently calculated on the basis of Basic rather than Fully Diluted shares.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    MS_280352

4. Their SOTP analysis assumes a sale of the Cubs for $300-$400 million, which appears light by a factor of 2.

5. For some reason, their SOTP analysis (unlike their Structured Sale scenario which we used as a baseline for our calculations) assumes a sale of all of the interactive assets, including CareerBuilder for $600-$700 million and the other interactive assets for $250-$350 million. This results in approximately $1.00 per share of incremental capital gains taxes relative to the scenario that we used.

6. It is unclear whether the sale of Broadcasting assets in the SOTP takes of advantage of the Renaissance stock basis, which would save a little more that $1.50 per share of capital gains taxes.

Anyways, unless you feel differently, I would rather let Costa serve up his SOTP analysis as an alternative perspective given the above.

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_280353