| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 10 Nov 2006 17:22:38 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 10 Nov 2006 22:22:38.0084 (UTC) FILETIME=[BA911C40:01C70516] |
| Subject: | Re: TRB management presos |
| Received(Date): | Fri, 10 Nov 2006 17:22:37 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF010C91E9@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | TRB management presos |
| Thread-Index: | AccFBdjjFg2aJ1sVTvuq4xUJGyjDhgAEOGEP |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com>,"Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |

There was no such agreement. Tell him to send us the schedule, or we will discuss with SC.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Fincher, James (IBD)
To: Stewart, Charles (IBD); Whayne, Thomas (IBD)
Sent: Fri Nov 10 15:21:47 2006
Subject: TRB management presos

Spoke with Yurko at Citi - he said he had been told (several times) not to send us the schedule of presentations, since we had "agreed" that we would only attend one sponsor presentation.  Is this second point right?

In any event, it seems that we need the entire schedule to see which session we want to attend (based on our availability and which sponsors are attending when).

Let me know and I will call him back.

Thanks,
James

James Fincher
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                               MS_278951

New York, NY 10036  
Phone: +1 212 761-6590  
Fax: +1 646 290-2782  
James.Fincher@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MS_278952