| | |
|---|---|
| X-Zantaz-Content-Type: | copier |
| Content-Transfer-Encoding: | 7bit |
| Importance: | normal |
| Priority: | normal |
| Received: | from PIWEXBH02.msad.ms.com ([205.228.46.225]) by PIWEXOB02.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 22 Dec 2006 12:16:16 -0500 |
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.169]) by PIWEXBH02.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 22 Dec 2006 12:16:16 -0500 |
| X-MimeOLE: | Produced By Microsoft MimeOLE V6.00.3790.504 |
| Content-Class: | urn:content-classes:message |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/alternative;boundary="----_=_NextPart_001_01C725EC.E33FD733" |
| Subject: | RE: Burkle/broad |
| Received(Date): | Fri, 22 Dec 2006 12:16:15 -0500 |
| Message-ID: | <0B3BF3EEA08B584098EA6A4C0CDF417801E974B9@NYWEXMB32.msad.ms.com> |
| In-Reply-To: | <B825985029D1BD46B6B0CAC9D7D3233D0A9A9CCD@MLNYA210MB.amrs.win.ml.com> |
| Thread-Topic: | Burkle/broad |
| thread-index: | Accl6HTBbiDYKfvxSgKzGKH5jekl6AAA8+OFAAAgRBA= |
| From: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |
| To: | "Costa, Michael  \(IBK-NY\)" <michael_costa@ml.com> |
| Return-Path: | <Paul.Taubman@morganstanley.com> |
| X-OriginalArrivalTime: | 22 Dec 2006 17:16:16.0157 (UTC) FILETIME=[E36F24D0:01C725EC] |
| Content-Type: | text/html;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |

in the spirit of your email pls call me... 917 751 880

**Paul J Taubman - Head of Global Mergers & Acquisitions**
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com

---

**From:** Costa, Michael (IBK-NY) [mailto:michael_costa@ml.com]
**Sent:** Friday, December 22, 2006 12:12 PM
**To:** Taubman, Paul J (IBD)
**Subject:** Re: Burkle/broad

Paul

As we discussed think it would be helpful to have any issues that come up between advisors to be kept out of email

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                MS_332439

traffic.
I believe I sent Tom Whayne an email post Thanksgiving laying out various mtgs that would be scheduled before Christmas, not all of which had exact date yet, but which included the meeting you refer to.
Unfortunately press coverage here continues to be intense (see Chicago Tribune article yesterday), essentially magnifying what are typical second and third order diligence meetings. But I do appreciate we all get calls from our various constituents when articles like this show up, so will make every effort to keep everyone ahead of press. Would suggest two things as we approach final bid date:
1. Get with MS, Citi and ML to compare views on alternative transactions and valuations - Chip had suggested we do this before committee mtg on Jan 12
2. Have suggested to Dennis and his team they have seesion with MS before Jan 12 to catch you up on latest operating performance

Mostly follow up diligence calls next week. We are working thru Chandler diligence list following their Chicago visit.


Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)



-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Taubman, Paul J (IBD) <Paul.Taubman@morganstanley.com>
To: Costa, Michael  (IBK-NY); christina.mohr@citigroup.com <christina.mohr@citigroup.com>
Sent: Fri Dec 22 11:44:31 2006
Subject: Burkle/broad

I was distressed to read about this meeting in the wsj. Our understanding is that you will keep us current on relevant meetings and feedback. Pls do so.


Paul J. Taubman - Head of Global Mergers and
Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com



  _____

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                              MS_332440

This communication is intended for the addressee(s) and may contain confidential information. We do not waive confidentiality by mistransmission. If you have received this communication in error, any use, dissemination, printing or copying is strictly prohibited; please destroy all electronic and paper copies and notify the sender immediately. We are required by applicable rules to advise you that we may own or act as market maker for securities/instruments mentioned or may advise the issuers; and that past performance is not indicative of future returns.

---

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click here for important additional terms relating to this e-mail.   http://www.ml.com/email_terms/

---

This communication is intended for the addressee(s) and may contain confidential information. We do not waive confidentiality by mistransmission. If you have received this communication in error, any use, dissemination, printing or copying is strictly prohibited; please destroy all electronic and paper copies and notify the sender immediately. We are required by applicable rules to advise you that we may own or act as market maker for securities/instruments mentioned or may advise the issuers; and that past performance is not indicative of future returns.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                       MS_332441