| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 5 Dec 2006 11:13:29 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/related;type="multipart/alternative";boundary="----_=_NextPart_002_01C71888.4D02DA80" |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-OriginalArrivalTime: | 05 Dec 2006 16:13:29.0803 (UTC) FILETIME=[4D7D61B0:01C71888] |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| Subject: | RE: News Corp not bidding on Tribune assets - Chernin |
| Received(Date): | Tue, 5 Dec 2006 11:13:29 -0500 |
| Message-ID: | <0C97023D8FE4784B92C0981155805596F61C6E@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <A7CB8D6513E1C1479F21442732289FDF01A6937D@NYWEXMB21.msad.ms.com> |
| X-MS-Has-Attach: | yes |
| Thread-Topic: | News Corp not bidding on Tribune assets - Chernin |
| Thread-Index: | AccYhpbAdUhHcO0HQsOvFMxzsqGBLAAAIetQAABII4A= |
| From: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |
| To: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |
| Content-Type: | text/html;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |

No probs.  Nothing big at this stage... spoke to Tom yesterday and no new developments.

**James Fincher**
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

---

**From:** Williams, Steven D (IBD)
**Sent:** Tuesday, December 05, 2006 11:07 AM
**To:** Fincher, James (IBD)
**Cc:** Kvorning, Thomas (IBD)
**Subject:** RE: News Corp not bidding on Tribune assets - Chernin

James, Thanks for sending.  Things have been relatively quiet on the Tribune front.  Anything you can foresee coming down the pipe in the near-term?

Steve

**Steven D. Williams**
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                MS_236660

New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

---

**From:** Fincher, James (IBD)
**Sent:** Tuesday, December 05, 2006 11:01 AM
**To:** Whayne, Thomas (IBD); Stewart, Charles (IBD); Williams, Steven D (IBD); Kvorning, Thomas (IBD)
**Subject:** News Corp not bidding on Tribune assets - Chernin


NEW YORK, Dec 4 (Reuters) - Rupert Murdoch's media conglomerate News Corp. (NWS.N: Quote, Profile , Research) (NWSa.N: Quote, Profile , Research) is not bidding on any parts of newspaper publisher and broadcaster Tribune Co. (TRB.N: Quote, Profile , Research), a senior News Corp. executive said on Monday.

"We're not bidding for any of the assets," News Corp Chief Operating Officer Peter Chernin told reporters at the UBS Media and Communications Conference in New York.

The Wall Street Journal and other media outlets reported in November that News Corp. expressed interest in buying Newsday, a Tribune daily paper serving Long Island, New York.

Tribune is reviewing its options to boost its stock price, in a move to placate unhappy investors. The company has said that all options are open, which analysts said means that Tribune could sell individual assets or find a buyer for the entire company.

### Reuters Pictures



# Editors Choice: Best pictures

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                            MS_236661

# from the last 24 hours

- 

## View Slideshow

Tribune owns daily papers such as the Los Angeles Times and The Baltimore Sun, as well as about two dozen local television stations and the Chicago Cubs baseball team.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MS_236662