| | |
|---|---|
| Received: | from PAWEXBH01.msad.ms.com ([205.228.46.152]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 19 Dec 2006 20:16:05 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed;boundary="----_=_NextPart_002_01C723D4.6BAEB880" |
| Received: | from HAWEXBH01.msad.ms.com ([172.16.119.58]) by PAWEXBH01.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 19 Dec 2006 20:16:03 -0500 |
| Received: | from LNWEXMB36.msad.ms.com ([172.24.229.36]) by HAWEXBH01.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 20 Dec 2006 01:16:00 +0000 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 20 Dec 2006 01:16:00.0570 (UTC) FILETIME=[690AC1A0:01C723D4] |
| Subject: | Updated Tower Financials from the dataroom |
| Received(Date): | Tue, 19 Dec 2006 20:15:59 -0500 |
| Message-ID: | <AF70710BC2E33241864AEDBCD842026601171926@LNWEXMB36.msad.ms.com> |
| X-MS-Has-Attach: | yes |
| Thread-Topic: | Updated Tower Financials from the dataroom |
| Thread-Index: | Accj1GcliH2QwNYITDW5+9RKzaayQw== |
| From: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| To: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com>,"Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com>,"Baldi, Ashish \(MSAS - IBD\)" <Ashish.Baldi@morganstanley.com> |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Attachment: | Comparison.of.Updated.Financial.Information.vs.Financial.Data.Package-29184-1848107.xls        Summary.of.Updated.Business.Plan..2006-2010.-144954-19467166.pdf   Updated.Business.Plan..2006-2010.-118784-3760685.xls |

Guys,

I just went through the dataroom and it appears that Tower has updated the 2006-2010 business plan. The "Summary of Updated Business Plan" - pdf file provides a good overview of the changes in projections, but in short they have made the following changes to the business plan:
- Publishing revenues adjusted downwards to reflects weakness in national advertising and circulation revenues
- TV/Broadcasting revenue adjusted upwards after stronger-than expected performance
- 06E EBITDA increases by $4MM to $1,307MM and 07E EBITDA decreases by $5MM to $1,340MM. From '08-10E they forecasts incremental EBITDA of approx. $30MM (positive BCF adjustment for B&E outweighs negative from Publishing)
- Various cost reductions (continued cost control in B&E, lower comp due to lower results, reduction of 401(k) contribution)

Steve/James, I will leave a copy for you of all the printouts I have

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    MS_237635

made from the dataroom.

James, I have not found any details on the financials for the unconsolidated investments other than a revenue line for CareerBuilder. Will continue to go through the dataroom.

I will also start updating the Tower model for the new numbers.

Thomas

Thomas Kvorning
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    MS_237636