| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sun, 22 Oct 2006 11:13:54 -0400 |
| MIME-Version: | 1.0 |
| Content-class: | urn:content-classes:message |
| Content-Type: | text/plain;charset="US-ASCII" |
| Content-Transfer-Encoding: | quoted-printable |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 22 Oct 2006 15:13:54.0498 (UTC) FILETIME=[B0442220:01C6F5EC] |
| Subject: | RE: Additional Tower Analysis |
| Received(Date): | Sun, 22 Oct 2006 11:13:54 -0400 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF010C8FE5@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <AF70710BC2E33241864AEDBCD842026601171479@LNWEXMB36.msad.ms.com> |
| Thread-Topic: | Additional Tower Analysis |
| thread-index: | Acb0m/zF8itpgOPwQXGVj6wAd84K5QBTpLMg |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| Cc: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com>,"Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com>,"Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |

Thanks for sending.  Please make the following modifications today, as I
would like to be in a position to discuss with ML and Citi tomorrow
given that we will be travelling on Tuesday:

1. On page 1, modify the range of Cubs values to $500 million to $900million

2. On pages 2-4, please add the second step sale values like we did on
page 5 and 6.  The multiple used should be a blended multiple based on
the pro forma cash flow configuration post LA Times sale.  Use your page
11 template and the multiple that falls out from a 9x Publishing
multiple (you will need to add this row) and a 9.5x Broadcasting
multiple

3. Following pages 2-6, I would like to see the detail pages behind the
summary

4. As per above, on page 11 add a 9x multiple row for Publishing

5. The one thing that is missing that we discussed on Friday is an
analysis of the impact on the LA Times, Publishing and Total Company
growth profile if the announced cost reductions are not achieved.  I
would like to see two scenarios: (a) a case where the $70 million of
unidentified cost reductions are not achieved and (b) a case where the
$200 million of total cost reductions are not achieved.  Allocate a
proportionate amount of cost cuts to the LA Times based on its
percentage of Publishing operating expenses (although the reality is
that a disproportionate amount is likely coming out of the LA Times --
hence the issues with management there, which we can ask about on

Tuesday).  Remember $185 million of the total $200 million of cost cuts is attributable to Publishing.

This analysis gets to the heart of why it might make sense to sell the LA Times.  These cost reductions might not be achievable in which case the company will grow at the rate of Street estimates, or even below. If you can sell LA for a big multiple you can substantially derisk the company's plan.

-----Original Message-----
From: Kvorning, Thomas (IBD)
Sent: Friday, October 20, 2006 7:04 PM
To: Whayne, Thomas (IBD)
Cc: Fincher, James (IBD); Williams, Steven D (IBD)
Subject: Additional Tower Analysis

Tom,

As promised please find attached the analysis you requested.

Please do not hesitate to let us know if you have any questions on the analysis.

Rgs,
Thomas

Thomas Kvorning
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                              MS_197161