| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.164]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 12 Oct 2006 10:16:40 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="UTF-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 12 Oct 2006 14:16:40.0987 (UTC) FILETIME=[099A6EB0:01C6EE09] |
| Subject: | Re: TRB |
| Received(Date): | Thu, 12 Oct 2006 10:16:41 -0400 |
| Message-ID: | <9BEA94F838965A4099B4863EE71F11ADD7A6E8@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | TRB |
| Thread-Index: | Acbt99piHmuB0pBZTk2j95Oq6kYPGwAAvnUvAAEVXdwAACe9HQAAH1JeAAAPbqMAABGEDgAAHb+gAAAJ3T8AAenKSQ== |
| From: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com>,"Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |

No other comments on letter. ML in board presentation suggests an LBO range of 33-37. They did review other alternatives too, bcasting sale, liquidation, sponsored spin etc, none of which get close to the high end of the range of the lbo. We need to dissect. Gannett merger is 34-38 per their analysis but they don't think GCI is interested.

My comments to oz would be:
1. Their timeframe is likely unrealistic. 2. Doesn't appear they have baked off staple sources. 3. Need to create actionable alternative. 4. Credibility of 2007 projections (where they show growth) will be critical as will gannett online partnership considerations.


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

-----Original Message-----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD); Stewart, Charles (IBD)
Sent: Thu Oct 12 09:22:01 2006
Subject: Re: TRB

Ok
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100

Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Taubman, Paul J (IBD)
To: Whayne, Thomas (IBD); Stewart, Charles (IBD)
Sent: Thu Oct 12 09:21:25 2006
Subject: RE: TRB

ok.. then lets make the macro point to skadden only and I will call oz.. we'll at least be on record


Paul J Taubman - Head of Global Mergers & Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Thursday, October 12, 2006 9:18 AM
To: Taubman, Paul J (IBD); Stewart, Charles (IBD)
Subject: Re: TRB

The letter is fine for what it is--an expedited process to sell the company.  Have a call into Skadden.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Taubman, Paul J (IBD)
To: Whayne, Thomas (IBD); Stewart, Charles (IBD)
Sent: Thu Oct 12 09:15:40 2006
Subject: Re: TRB

I was serious....aside from the major issue do we have any constructive feedback on the letter?


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                            MS_300031

Paul.Taubman@morganstanley.com


-----Original Message-----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD); Stewart, Charles (IBD)
Sent: Thu Oct 12 09:13:53 2006
Subject: Re: TRB

Sarcasm aside, should I push for a delay, or let it go?
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Taubman, Paul J (IBD)
To: Whayne, Thomas (IBD); Stewart, Charles (IBD)
Sent: Thu Oct 12 09:10:26 2006
Subject: Re: TRB

Do we have any major issues. Aside from it being way accelerated with no meaningful feedback and no asset sale alternative.


Paul J. Taubman - Head of Global Mergers and Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


-----Original Message-----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD); Stewart, Charles (IBD)
Sent: Thu Oct 12 09:05:57 2006
Subject: Re: TRB

Should we advocate a delay in process letter being sent out until Monday, so that we can have our Friday meeting and have opprtunity to have a call with SC over the weekend?
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_300032

------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Taubman, Paul J (IBD)
To: Whayne, Thomas (IBD); Stewart, Charles (IBD)
Sent: Thu Oct 12 08:34:58 2006
Subject: Re: TRB

Shouldn't we weigh in.


Paul J. Taubman - Head of Global Mergers and Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


-----Original Message-----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD); Stewart, Charles (IBD)
Sent: Thu Oct 12 08:13:40 2006
Subject: TRB

Transaction timetable has book/procedures letter going out today, first round bids on 10/25 and final bids on 11/29. Bid procedures letter references ML and Citi staple--no surprise. Appears that only 2 strategics have been contacted--News Corp and Dreamworks.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_300033