| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 3 Jan 2007 19:26:31 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 04 Jan 2007 00:26:31.0442 (UTC) FILETIME=[FB800720:01C72F96] |
| Subject: | RE: unconsolidated assets |
| Received(Date): | Wed, 3 Jan 2007 19:26:31 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01A6966E@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <AF70710BC2E33241864AEDBCD8420266011719BE@LNWEXMB36.msad.ms.com> |
| Thread-Topic: | unconsolidated assets |
| Thread-Index: | AccvIB//AXYoZOh2StWsyIoRvx231gAAA9UQAAAdnhAAABcvwAAAeXiw |
| From: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |
| To: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |

Shouldn't we just choose a Broker to go with who provides values for each of the 4...Morgan Stanley for example?

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com


-----

From: Kvorning, Thomas (IBD)
Sent: Wednesday, January 03, 2007 7:23 PM
To: Fincher, James (IBD)
Cc: Williams, Steven D (IBD)
Subject: RE: unconsolidated assets


Ok.

Re the breakdown of other there is no consistency between what assets brokers provide values for so we chose to lump them together instead of realying on one broker.

Thomas Kvorning
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY             MS_120160

New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com

---

From: Fincher, James (IBD)
Sent: Wednesday, January 03, 2007 7:11 PM
To: Kvorning, Thomas (IBD)
Cc: Williams, Steven D (IBD)
Subject: RE: unconsolidated assets


OK - should be as I said, since that was the Chandler proposal (they
split the other assets between B&E and Publishing, but i take it we
can't do that because we don't have a value breakdown for the two?)

Thanks,
j

James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

---

From: Kvorning, Thomas (IBD)
Sent: Wednesday, January 03, 2007 7:08 PM
To: Fincher, James (IBD)
Cc: Williams, Steven D (IBD)
Subject: RE: unconsolidated assets


Must have misunderstood then. I thought Cubs was the only assets grouped
ynder B&E. We are using the following allocation:

Broadcasting
Cubs

Publishing
CareerBuilder
Food Network
All other unconsolidated assets

Thomas Kvorning
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MS_120161

New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com

---

From: Fincher, James (IBD)
Sent: Wednesday, January 03, 2007 7:06 PM
To: Kvorning, Thomas (IBD)
Cc: Williams, Steven D (IBD)
Subject: unconsolidated assets


Based on yesterday's discussions, we want to use the following unconsolidated asset groupings for our analysis:
 Broadcasting
Cubs
Food Network

Publishing
CareerBuilder

It doesn't look like the separation alternatives use this grouping -does that sound right?

Thanks,
j


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                MS_120162