| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.164]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 2 Jan 2007 16:08:57 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed;boundary="----_=_NextPart_002_01C72EB2.3749FA80" |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 02 Jan 2007 21:08:57.0093 (UTC) FILETIME=[37582B50:01C72EB2] |
| Subject: | RE: Tribune |
| Received(Date): | Tue, 2 Jan 2007 16:08:56 -0500 |
| Message-ID: | <0B3BF3EEA08B584098EA6A4C0CDF4178013D8D83@NYWEXMB32.msad.ms.com> |
| In-Reply-To: | <0B3BF3EEA08B584098EA6A4C0CDF4178013D8D70@NYWEXMB32.msad.ms.com> |
| X-MS-Has-Attach: | yes |
| Thread-Topic: | Tribune |
| Thread-Index: | AccukLgEKpruE6SCRvCh5tMur7XzOgAAZ5aXAADPPDAABgST8A== |
| From: | "Thompson, Charles \(GCM\)" <charles.f.Thompson@morganstanley.com> |
| To: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| Cc: | "Vogel-Claussen, Christian \(IBD\)" <Christian.Vogel-Claussen@morganstanley.com> |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Attachment | short.interest-18921-2617711.gif 2007.01.02.TRB.Shareholder.Overview-122880-9611866.ppt |

Thomas,
    Attached is an overview of the shareholders of TRB. All the holdings are most recently reported, but there aren't any holdings which are later than 3Q06, which would indicate to me that no single institution has crossed the 5% of TSO margin since then. Their reported hedge fund ownership actually seems fairly low.
    I'm not sure what the situation you're looking for is exactly. Their recent ADTV seems fairly normal, but I did notice that their short interest has jumped in recent months. I attached a screen shot of their short interest from Bloomberg as well if you think that's interesting. The most significant of those numbers is the short interest ratio (SI/1MADTV). That's the more significant of the two numbers, as raw short interest represents volume of shares shorted in the month, rather than shares currently short in the market. Note that it has been rising since August.

If you're looking for current trading information on specific hedge fund management that you think may be detrimental to the company, that may be difficult. CVC, let me know if you feel differently, but as the primary clients of the salespeople and traders are the hedge funds and not the companies, they would definitely support their clients. I think they would almost certainly give us no information, omit what we're actually looking to know or perhaps even give false information before clueing us

in to any trading that the fund which is their client didn't want
disclosed.

If there's more you'd like to tell us, now or after you've discussed
internally, let us know and we'll try to find a way to be more helpful.

Also note the following on this packet:

The company has some shares reported on the cover of it's 10K which are
held by their own private subsidiaries.  This is a bit unusual, but as
far as voting ownership, it is effectively treasury stock.  I excluded
those shares, as does Bloomberg.

One of the institutional listed holders is Triarc (TRY) is a bit unusual
as well.  It's a public holding company that does also have a fairly
large asset management program built out of cash raised from running the
Arby's restaurant chain.

Give me a call if you'd like to discuss....

Chuck



Charles Thompson
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 04
New York, NY 10036
Phone: +1 212 761-5429
Fax: +1 212 507-5853
charles.f.Thompson@morganstanley.com

-----Original Message-----
From: Thompson, Charles (GCM)
Sent: Tuesday, January 02, 2007 12:44 PM
To: Vogel-Claussen, Christian (IBD)
Subject: RE: Tribune

Will call him now.


Charles Thompson
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 04
New York, NY 10036
Phone: +1 212 761-5429
Fax: +1 212 507-5853
charles.f.Thompson@morganstanley.com

-----Original Message-----
From: Vogel-Claussen, Christian (IBD)
Sent: Tuesday, January 02, 2007 12:21 PM
To: Kvorning, Thomas (IBD)
Cc: Williams, Steven D (IBD); Thompson, Charles (GCM)
Subject: Re: Tribune

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    MS_356703

Thomas,

Happy New Year. I am on Holidays but Chuck (cc'ed) can easily run this for you today.

Best,

CVC


Christian Vogel-Claussen
Morgan Stanley | Investment Banking Division
1585 Broadway
New York, NY 10036
Phone: +1 212 761-7256
Mobile: +1 646 469 8974
Fax: +1 646 290-2768
Christian.Vogel-Claussen@morganstanley.com


----- Original Message -----From: Kvorning, Thomas (IBD)
To: Vogel-Claussen, Christian (IBD)
Cc: Williams, Steven D (IBD)
Sent: Tue Jan 02 12:09:10 2007
Subject: Tribune

Happy new year CVC!

Hope Bonn and London treated you well.

I'm back at my desk working away on Tribune. We have a board meeting coming up in advance of the final bids, where we will need to run an update of

- Tribune ownership
- Hedge fund ownership
- Index Ownership

If you are not back yet could you arrange this with one of your colleagues? We need to have a draft ready by Thursday, but hopefully the data shouldn't be too hard to get.

Thanks.

/tk



Thomas Kvorning
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MS_356704

New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                   MS_356705