| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sat, 6 Jan 2007 17:42:00 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 06 Jan 2007 22:42:00.0412 (UTC) FILETIME=[E0EA09C0:01C731E3] |
| Subject: | RE: Tribune: treatment of PHONES debt |
| Received(Date): | Sat, 6 Jan 2007 17:42:00 -0500 |
| Message-ID: | <0C97023D8FE4784B92C0981155805596F61E39@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <A8A96EBEE891C340BCD61B134968CFA90A4DAB5B@EXNJMB08.nam.nsroot.net> |
| Thread-Topic: | Tribune: treatment of PHONES debt |
| Thread-Index: | Accx1f8g3GzTEIcuQfCSJYo4zRp24QADTsHEAAAiLYA= |
| From: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |
| To: | "Yurko, Mark [CIB-GBKG]" <mark.yurko@citigroup.com> |

Thanks Mark - that works.  I'll either be in the office 212-761-6590 or on my cell 917-455-9095.


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----Original Message-----
From: Yurko, Mark [CIB-GBKG] [mailto:mark.yurko@citigroup.com]
Sent: Saturday, January 06, 2007 5:37 PM
To: Fincher, James (IBD)
Subject: Re: Tribune: treatment of PHONES debt

Sure I can call tomorrow afternoon if that works for you.  Fairly tied up in the morning.




-----Original Message-----
From: Fincher, James (IBD) <James.Fincher@morganstanley.com>
To: Yurko, Mark [CIB-GBKG]
Sent: Sat Jan 06 16:02:41 2007
Subject: Tribune: treatment of PHONES debt

Mark,

Happy new year to you - hope all is well.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                           MS_266810

Would you have some time today or tomorrow to discuss your treatment of
the PHONES debt? It appears from prior Citi presentations that you
value it at $1Bn, and we would like to understand the thinking behind
this (we don't necessarily disagree, but realize there could be
different ways of treating it). Let me know what works for you.
Thanks.

Regards,
James


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com


―――――


This communication is intended for the addressee(s) and may contain
confidential information. We do not waive confidentiality by
mistransmission. If you have received this communication in error, any
use, dissemination, printing or copying is strictly prohibited; please
destroy all electronic and paper copies and notify the sender
immediately. We are required by applicable rules to advise you that we
may own or act as market maker for securities/instruments mentioned or
may advise the issuers; and that past performance is not indicative of
future returns.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          MS_266811