| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 8 Jan 2007 13:32:17 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 08 Jan 2007 18:32:17.0461 (UTC) FILETIME=[5334A650:01C73353] |
| Subject: | TRB: PHONES |
| Received(Date): | Mon, 8 Jan 2007 13:32:17 -0500 |
| Message-ID: | <0C97023D8FE4784B92C09811558055896F61E5C@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | TRB: PHONES |
| Thread-Index: | AcczU1Lq8/Jkeo+qRBO900uMRdvJgw== |
| From: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |
| To: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |

Charlie,
Tom suggested I check in with you to see if you have a view on how the
PHONES debt should be treated from a valuation perspective. We are
currently assuming the market value (~$550MM) but the Citi/Merrill guys
assume $1Bn (based on $1.3Bn accreted value in 2029, less the value of
the TWX shares they own). Any thoughts?
Cheers,
James

James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                            MS_266886