| | |
|---|---|
| Received: | from PIWEXBH02.msad.ms.com ([205.228.46.225]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 18 Jan 2007 05:48:04 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Received: | from hkwexbh01.msad.ms.com ([161.144.213.70]) by PIWEXBH02.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 18 Jan 2007 05:48:04 -0500 |
| Received: | from kbwexbh01.msad.ms.com ([161.144.169.161]) by hkwexbh01.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 18 Jan 2007 18:47:50 +0800 |
| Received: | from kbwexmb02.msad.ms.com ([161.144.171.18]) by kbwexbh01.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 18 Jan 2007 16:17:44 +0530 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 18 Jan 2007 10:47:44.0924 (UTC) FILETIME=[160285C0:01C73AEE] |
| Subject: | RE: Tower |
| Received(Date): | Thu, 18 Jan 2007 05:47:44 -0500 |
| Message-ID: | <96109331E2EDB944BF514D79EF8565F1D8A7D5@kbwexmb02.msad.ms.com> |
| In-Reply-To: | <AF70710BC2E33241864AEDBCD842026601171AF2@LNWEXMB36.msad.ms.com> |
| Thread-Topic: | Tower |
| Thread-Index: | Acc6wjC0C+2QNiwATwqjV82jOnpyZwAK4QFw |
| From: | "Baldi, Ashish \(MSAS - IBD\)" <Ashish.Baldi@morganstanley.com> |
| To: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| Cc: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com>,"Adhvaryu, Pranay \(MSAS - IBD\)" <Pranay.Adhvaryu@morganstanley.com> |

Thomas,

Thank you for sending the final version.

Myself and Pranay will send the TV and Newspaper comps respectively by Friday Morning, US time before I go on leave. I am on leave from 19th evening till 28th Jan. Hope its fine.

thanks & regards,
Ashish Baldi
Morgan Stanley | Securities Integration Group
Bldg. 5, Sector 30, Mindspace, Goregaon (West) | Floor 05
Mumbai (Ex Bombay), 400 090
Phone: +91 22 6641-1721
Fax: +44 20 7056-1098
Ashish.Baldi@morganstanley.com

———

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                             MS_119573

From: Kvorning, Thomas (IBD)
Sent: Thursday, January 18, 2007 11:05 AM
To: Baldi, Ashish (MSAS - IBD)
Cc: Williams, Steven D (IBD)
Subject: Tower

Hi Ashish,

Quick update on Project Tower: We should have received bids today, but I have not yet heard who has bid and where they have come in. Will most likely find out tomorrow.

The first 10 days on January we worked on our valuation/strategic alternatives presentation for a board meeting that took place on January 12. This will form the basis for the fairness opinion, should the board request us to do one. I have attached the book that was presented to the special committee on January 12 by Thomas Whayne and Paul Taubman. The board said that our presentation was the best they had seen so far (bad news for merrill and citi who have presented quite a number of times....), and Tom truly appreciated the hard work of the whole team, so thank you as well for this. Steve and I couldn't find a meaningful way of getting you involved in this last presentation so we ended up doing it ourselves (together with James Fincher and Tom).

One thing I would like you to take charge of is to update the latest newspaper and broadcasting comps for recent brokers. I don;t expect many new brokers for the TV broadcasters but I believe quite a few brokers have updated their views on the Newspaper companies after the last 3 months of 2006 of decline in advertising revenue. It is important that we get these updated as soon as possible since we will be comparing comps with Merrill and Citi this week. The other reason that timing is critical on this is that we might be in a situation where we have to provide a fairness opinion with the next 4-6 days in which case it will be crucial to have them comps done. Since Pranay is doing the Newspaper (and broadcasting?) comps, maybe this is something he could help out with?

As always pay attention to whether EBITDA is including or excluding stock-based compensation (EBITDA should be including this charge) and see if you can get as many brokers estimates as possible on the unconsolidated assets. The list of comps is exactly what in these files (excl Dow Jones, Knight Ridder and Belo should only be in the updated in the newspaper comps) and you or Pranay should be using these as the master comps files. No need to update the Tower comp.

First priority are the newspaper comps, second priority are the TV comps. Within the two comps files the first priority is to update the companies that are shown in the output sheet (i.e. not hidden....).

Would appreciate if you would let me know your thoughts on when you think these can be updated. Let's talk tomorrow.

Thanks.
Thomas

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                MS_119574

MS_119575

Thomas Kvorning
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY