| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 9 Jan 2007 18:36:07 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 09 Jan 2007 23:36:07.0230 (UTC) FILETIME=[EF6865E0:01C73446] |
| Subject: | RE: Tribune Recap Views |
| Received(Date): | Tue, 9 Jan 2007 18:36:06 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01A696F3@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <A7CB8D6513E1C1479F21442732289FDF01A696ED@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Tribune Recap Views |
| Thread-Index: | Acc0OqhYov3Ywri+Q22zRZGPV6aaugACvCqg |
| From: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |
| To: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com>,"Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |

Guys,

Success!

I just tracked down Subha on her cell phone. She is home sick with the flu. Given that I am, indeed, a heartless b*stard, I proceeded to inquire as to what her thoughts were around Tribune.

She said that she would technically need to discuss with Kevin and William, but, she does not see any reason why her prior views would change at all. She sounded very confident that the business would support 1.25x below the ML/Citi staple on a WholeCo. recap. Her view is that Tribune could support 6.25x PLUS PHONES. i.e. the WholeCo can support 6.25x plus another 0.75x including the PHONES at $1.0Bn for total leverage of 7.0x (including PHONES).

For the spon spins and lev recaps of each business her views remain as stated below:

Steve,
For Tribune below is what you can show:
Publishing business takes on the rollover debt (secured) and PHONES
Publishing
LBO Scenario:
7.25x total leverage (excluding PHONES)
4.5x bank at L + 250
1.75x sr nts at 8.50%
1.00x sr sub nts at 10.0%

Recap scenario:
6.25x total leverage (excluding PHONES)

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                 MS_119372

4.5x bank at L + 250
1.25x sr nts at 8.50%
0.5x sr sub nts at 10.0%

Broadcasting
LBO Scenario:
7.75x total leverage
5.0x bank at L + 250
1.75x sr nts at 8.25%
1.00x sr sub nts at 9.75%

Recap scenario:
7.0x total leverage
5.0x bank at L + 250
1.5x sr nts at 8.25%
0.5x sr sub nts at 9.75%

Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com


———

From: Williams, Steven D (IBD)
Sent: Tuesday, January 09, 2007 5:08 PM
To: Ghosh, Subhalakshmi (GCM)
Cc: Graham, William (GCM); Fincher, James (IBD); Kvorning, Thomas (IBD)
Subject: Re: Tribune Recap Views


Hey Subha,

Greetings from the Tribune team.  Hope the new year is treating you
well.

I've attached the most recent version of the Tribune model that you and
I reviewed in November.  We're interested to know if your views below
have changed materially from what they were in November as it relates to
the leverage levels and rates you've quoted below.

The company has provided updated financials (small revisions) which are
currently running through this model.  The changes amount to a ($10MM)
downward revision in '06E Publishing cash flow and a $13MM improvement
to '06E Broadcasting cash flow.

The model should open to a recap sheet that contemplates a recap of the
entire business.  We are curious as to your thoughts on leverage and
rates on a recap of the business.  We have run 6.0x (excluding PHONES),

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                    MS_119373

but want to determine whether we could possibly put more leverage on the
business without an equity partner.

Please let us know as soon as you can compile an opinion on the Recap,
as well as on whether the below estimates have changed based on the
revised projections.  This information is relatively timely given that
we have a meeting with the committee on Friday morning, and would like
to update our models per your advice as soon as possible.

As always, I can call you this evening to discuss if it makes sense to
do so.

Thanks,
Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com



From: Ghosh, Subhalakshmi (GCM)
Sent: Wednesday, November 08, 2006 5:49 PM
To: Williams, Steven D (IBD)
Cc: Kvorning, Thomas (IBD); Graham, William (GCM)
Subject: RE: Consolidated Tower Model (2-Nov-06) GCM3.xls


Steve,
For Tribune below is what you can show:
Publishing business takes on the rollover debt (secured) and PHONES
Publishing
LBO Scenario:
7.25x total leverage (excluding PHONES)
4.5x bank at L + 250
1.75x sr nts at 8.50%
1.00x sr sub nts at 10.0%

Recap scenario:
6.25x total leverage (excluding PHONES)
4.5x bank at L + 250
1.25x sr nts at 8.50%
0.5x sr sub nts at 10.0%

Broadcasting
LBO Scenario:
7.75x total leverage
5.0x bank at L + 250
1.75x sr nts at 8.25%
1.00x sr sub nts at 9.75%

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                               MS_119374

Recap scenario:
7.0x total leverage
5.0x bank at L + 250
1.5x sr nts at 8.25%
0.5x sr sub nts at 9.75%

Let us know if you have questions.

Regards,


Subhalakshmi Ghosh
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-5218
Fax: +1 212 507-0393
Subhalakshmi.Ghosh@morganstanley.com



-----

From: Williams, Steven D (IBD)
Sent: Tuesday, November 07, 2006 6:59 PM
To: Ghosh, Subhalakshmi (GCM)
Cc: Kvorning, Thomas (IBD)
Subject: RE: Consolidated Tower Model (2-Nov-06) GCM3.xls


Subah,

I have attached an updated Tower model that should addresses the concerns you had. We are no longer including PHONES in the leverage calculation, but we are including them as both a source and use of cash. Also, the leverage numbers (ex phones) should tie on the LBO segment page and on the segment sources and uses page.

In terms of valuation, as discussed, the Broadcasting business should trade at 9.0x publicly, and 10.0x on a private-market basis. Publishing should trade at 8.0x publicly, and 9.0x on a private-market basis. Also remember, you can change the case by using 'ctrl+[' in cell G6 on the Segment Sources and Uses page.

Thank you, and please give me a call at your leisure to discuss.

Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com


MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MS_119375

---

From: Ghosh, Subhalakshmi (GCM)
Sent: Monday, November 06, 2006 3:46 PM
To: Williams, Steven D (IBD)
Subject: RE: Consolidated Tower Model (2-Nov-06) GCM2.xls

Steve,
Still have issues with this model. Can we look at leverage excluding Phones. Phones is sub debt so it doesn't make sense to include it in the bank debt section. In the sources and uses we can show the phones rolling to it shows up as a source and use of cash. But the 6.5x leverage you are calculating should not include the phones. Also the leverage and debt numbers on the sources and uses page and segment lbo page don't tie. So not sure what the disconnect is.

Subhalakshmi Ghosh
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-5218
Fax: +1 212 507-0393
Subhalakshmi.Ghosh@morganstanley.com

---

From: Williams, Steven D (IBD)
Sent: Friday, November 03, 2006 7:11 PM
To: Ghosh, Subhalakshmi (GCM)
Subject: Consolidated Tower Model (2-Nov-06) GCM2.xls

updated model

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                MS_119376