| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 9 Jan 2007 20:58:06 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 10 Jan 2007 01:58:06.0462 (UTC) FILETIME=[C54409E0:01C7345A] |
| Subject: | RE: Tribune Recap Views |
| Received(Date): | Tue, 9 Jan 2007 20:58:06 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01A696F6@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <8CCF18CD16F9DC4FBE03C3B0EE7D512301A46993@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | Tribune Recap Views |
| Thread-Index: | Acc0OqhYov3Ywri+Q22zRZGPV6aaugAFPC4AAALH4/A= |
| From: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |
| To: | "Ghosh, Subhalakshmi \(GCM\)" <Subhalakshmi.Ghosh@morganstanley.com> |

You are my hero. Thanks again for all of the help.

Hope you feel better.

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

-----

From: Ghosh, Subhalakshmi (GCM)
Sent: Tuesday, January 09, 2007 7:43 PM
To: Williams, Steven D (IBD)
Cc: Graham, William (GCM); Fincher, James (IBD); Kvorning, Thomas (IBD)
Subject: RE: Tribune Recap Views

Steve,

We are still good at the leverage and rates we indicated in November.
For the combined business, the recap scenario we had laid out was:

Total Leverage: 6.25-6.50x (pre PHONES); PHONES at $1Bn add ~0.75x to total leverage getting you to 7.0x to 7.25x tot lev

PF Capital Structure:

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    MS_252215

1) TLB @ L + 225 if Ba3/BB-, L + 250 if B1/B+

2) Sr Sec Nts (including $1.255Bn rollover notes) - Total of TLB+Sec Notes should be 4.75 - 5.00x of tot lev

3) 0.75x Sr Unsec Nts @ 9 - 9.25%

4) 0.75x Sr Sub Nts @ 10.5%

Our analysis assumes your views for valuation of the individual businesses has not changed. Let me know if you have questions.

Regards,

Subhalakshmi Ghosh
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-5218
Fax: +1 212 507-0393
Subhalakshmi.Ghosh@morganstanley.com

———

From: Williams, Steven D (IBD)
Sent: Tuesday, January 09, 2007 5:08 PM
To: Ghosh, Subhalakshmi (GCM)
Cc: Graham, William (GCM); Fincher, James (IBD); Kvorning, Thomas (IBD)
Subject: Re: Tribune Recap Views

Hey Subha,

Greetings from the Tribune team. Hope the new year is treating you well.

I've attached the most recent version of the Tribune model that you and I reviewed in November. We're interested to know if your views below have changed materially from what they were in November as it relates to the leverage levels and rates you've quoted below.

The company has provided updated financials (small revisions) which are currently running through this model. The changes amount to a ($10MM) downward revision in '06E Publishing cash flow and a $13MM improvement to '06E Broadcasting cash flow.

The model should open to a recap sheet that contemplates a recap of the entire business. We are curious as to your thoughts on leverage and rates on a recap of the business. We have run 6.0x (excluding PHONES), but want to determine whether we could possibly put more leverage on the business without an equity partner.

Please let us know as soon as you can compile an opinion on the Recap, as well as on whether the below estimates have changed based on the

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    MS_252216

revised projections. This information is relatively timely given that
we have a meeting with the committee on Friday morning, and would like
to update our models per your advice as soon as possible.

As always, I can call you this evening to discuss if it makes sense to
do so.

Thanks,
Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

―――

From: Ghosh, Subhalakshmi (GCM)
Sent: Wednesday, November 08, 2006 5:49 PM
To: Williams, Steven D (IBD)
Cc: Kvorning, Thomas (IBD); Graham, William (GCM)
Subject: RE: Consolidated Tower Model (2-Nov-06) GCM3.xls

Steve,
For Tribune below is what you can show:
Publishing business takes on the rollover debt (secured) and PHONES
Publishing
LBO Scenario:
7.25x total leverage (excluding PHONES)
4.5x bank at L + 250
1.75x sr nts at 8.50%
1.00x sr sub nts at 10.0%

Recap scenario:
6.25x total leverage (excluding PHONES)
4.5x bank at L + 250
1.25x sr nts at 8.50%
0.5x sr sub nts at 10.0%

Broadcasting
LBO Scenario:
7.75x total leverage
5.0x bank at L + 250
1.75x sr nts at 8.25%1.00x sr sub nts at 9.75%

Recap scenario:
7.0x total leverage
5.0x bank at L + 250
1.5x sr nts at 8.25%
0.5x sr sub nts at 9.75%

Let us know if you have questions.

Regards,


Subhalakshmi Ghosh
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-5218
Fax: +1 212 507-0393
Subhalakshmi.Ghosh@morganstanley.com



———

From: Williams, Steven D (IBD)
Sent: Tuesday, November 07, 2006 6:59 PM
To: Ghosh, Subhalakshmi (GCM)
Cc: Kvorning, Thomas (IBD)
Subject: RE: Consolidated Tower Model (2-Nov-06) GCM3.xls


Subah,

I have attached an updated Tower model that should addresses the concerns you had. We are no longer including PHONES in the leverage calculation, but we are including them as both a source and use of cash. Also, the leverage numbers (ex phones) should tie on the LBO segment page and on the segment sources and uses page.

In terms of valuation, as discussed, the Broadcasting business should trade at 9.0x publicly, and 10.0x on a private-market basis. Publishing should trade at 8.0x publicly, and 9.0x on a private-market basis. Also remember, you can change the case by using 'ctrl+[' in cell G6 on the Segment Sources and Uses page.

Thank you, and please give me a call at your leisure to discuss.

Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com



———

From: Ghosh, Subhalakshmi (GCM)

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MS_252218

Sent: Monday, November 06, 2006 3:46 PM
To: Williams, Steven D (IBD)
Subject: RE: Consolidated Tower Model (2-Nov-06) GCM2.xls

Steve,
Still have issues with this model. Can we look at leverage excluding Phones. Phones is sub debt so it doesn't make sense to include it in the bank debt section. In the sources and uses we can show the phones rolling to it shows up as a source and use of cash. But the 6.5x leverage you are calculating should not include the phones. Also the leverage and debt numbers on the sources and uses page and segment lbo page don't tie. So not sure what the disconnect is.

Subhalakshmi Ghosh
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-5218
Fax: +1 212 507-0393
Subhalakshmi.Ghosh@morganstanley.com

―――――

From: Williams, Steven D (IBD)
Sent: Friday, November 03, 2006 7:11 PM
To: Ghosh, Subhalakshmi (GCM)
Subject: Consolidated Tower Model (2-Nov-06) GCM2.xls

updated model

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                              MS_252219