| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.164]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 11 Jan 2007 09:46:58 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 11 Jan 2007 14:46:58.0130 (UTC) FILETIME=[584BB320:01C7358F] |
| Subject: | RE: Tribune |
| Received(Date): | Thu, 11 Jan 2007 09:46:57 -0500 |
| Message-ID: | <B33530A2ED6FE84FACB718A7B242826501D57942@NYWEXMB32.msad.ms.com> |
| In-Reply-To: | <9BEA94F838965A4099B4863EE71F11AD01E0532C@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | Tribune |
| Thread-Index: | Acc1jye2erBS/eTiT12XK0InOIAmRQAAAUKQAAAJeVA= |
| From: | "Schwarzinger, Todd \(IBD\)" <Todd.Schwarzinger@morganstanley.com> |
| To: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |

Great...I will head up

Todd Schwarzinger
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-6505
Fax: +1 212 507-1075
Todd.Schwarzinger@morganstanley.com


-----

From: Stewart, Charles (IBD)
Sent: Thursday, January 11, 2007 9:46 AM
To: Schwarzinger, Todd (IBD)
Subject: RE: Tribune


now

Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com


-----

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                         MS_310737

From: Schwarzinger, Todd (IBD)
Sent: Thursday, January 11, 2007 9:46 AM
To: Stewart, Charles (IBD)
Subject: Tribune

Charlie,

Let me know when you have time this morning to discuss the analysis surrounding the PHONES securities. The short answer is that it seems each party has their own distinctive way of valuing the security, with limited consistency between firms. In addition to valuing the security itself, there is also a bit of diversity in terms of valuing the potential $334MM tax liability resulting from the recent IRS proposal to capitalize the security's interest.  Let me know when you are free to discuss.

Thanks,

Todd

Todd Schwarzinger
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-6505
Fax: +1 212 507-1075
Todd.Schwarzinger@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_310738