| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 8 Jan 2007 13:25:35 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed;boundary="----_=_NextPart_002_01C73352.6351F980" |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 08 Jan 2007 18:25:35.0378 (UTC) FILETIME=[638BA720:01C73352] |
| Subject: | Tribune: broadcasting separation |
| Received(Date): | Mon, 8 Jan 2007 13:25:35 -0500 |
| Message-ID: | <0C97023D8FE4784B92C0981155805596F61E59@NYWEXMB21.msad.ms.com> |
| X-MS-Has-Attach: | yes |
| Thread-Topic: | Tribune: broadcasting separation |
| Thread-Index: | AcczUmLJRhqEhLV7RwqQoLrqhPszpQ== |
| From: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |
| To: | "Shepardson, Robert \(GCM\)" <Robert.Shepardson@morganstanley.com> |
| Cc: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com>,"Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Attachment | Tower.broadcasting.summary..8-Jan-07..-377344-35656833.ppt |

Bob,

Thanks for looking into this.  As I mentioned, we're trying to get a feeling for where Tribune's broadcasting business would trade if publishing were separated.  As part of the separation, broadcasting would be recapped at 6.5x leverage and would include three additional assets: the Cubs and Tribune's stakes in Food Network and Comcast SportsNet (assumed value of these assets is $1.3Bn).

The attached should be helpful - let me know if you need anything further.  I'm around all afternoon, so happy to discuss whenever you would like to.

Thanks,
James

James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY