| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.169]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 25 Jan 2007 22:17:55 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="UTF-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 26 Jan 2007 03:17:55.0795 (UTC) FILETIME=[928A4230:01C740F8] |
| Subject: | Re: TRB Update |
| Received(Date): | Thu, 25 Jan 2007 22:17:55 -0500 |
| Message-ID: | <0B3BF3EEA08B584098EA6A4C0CDF417801E979A5@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | TRB Update |
| Thread-Index: | AcdA47b/7bshRhDSQM6vuPPAT7K33wAFNtTm |
| From: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com>,"Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |

That's exactly where we are./were.


Paul J. Taubman - Head of Global Mergers and Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD); Stewart, Charles (IBD)
Sent: Thu Jan 25 19:48:37 2007
Subject: TRB Update

Christina called after finishing a meeting with TRB management and ML regarding standalone recap scenarios.  They are going to send us a draft of their board presentation tomorrow morning.  She said that their standalone recap base case provides for a $20 special dividend, which implies approximately 6.5x leverage (7.2x with the PHONES) -- basically the case that we showed the board a couple of weeks ago.  Want to pursue immediately, but will be structured to provide for a spin when audited financials are completed.  Have also decided that a Carlyle proposal which provides for the same after-tax economics will trump, given greater certainty.

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MORGAN STANLEY — HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

MS_289104