| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.164]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 10 Jan 2007 00:03:29 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 10 Jan 2007 05:03:29.0826 (UTC) FILETIME=[AB4EB020:01C73474] |
| Subject: | Re: Got a message you called |
| Received(Date): | Wed, 10 Jan 2007 00:03:29 -0500 |
| Message-ID: | <9BEA94F838965A4099B4863EE71F11AD01E052E5@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | Got a message you called |
| Thread-Index: | AcczyHpRPvAa33jXS3ieCoNRGqjK2AAOjO3wABx/RoQ= |
| From: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |
| To: | "English, Frank \(IBD\)" <Frank.English@morganstanley.com> |

Sorry didn't call today back in office tomorrow and will give you update.

Board meeting on friday, paul and tom going to chicago.

Final bids due the 17th. Appears that gannett has backed down. Apollo/mdp/providence fully engaged but not sure they will get there on value. Mckormick trust moving fast but unclear they can be in position to submit final bid by 17th given limited dili/late start. Chandlers appear to be well positioned but unclear how aggressive they will be. My guess is that there will be some partner trading at the finish line. Self help alternatives as we have advocated all along as plan b may still provide a strong alternative to weak bids.

Company 4q turned out ok with publishing slightly behind budget and tv slightly ahead. Same trends probably characterize 1q 07 performance.


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: English, Frank (IBD)
To: Stewart, Charles (IBD)
Sent: Tue Jan 09 10:28:45 2007
Subject: RE: Got a message you called

I was just looking for an update on TRB - I am in the NY office - 4569 at your convenience. Thanks.

-----Original Message-----
From: Stewart, Charles (IBD)
Sent: Tuesday, January 09, 2007 3:31 AM

To: English, Frank (IBD)
Subject: Got a message you called

I'm travelling, sorry didn't get back to you. Will try tomorrow unless easier to exchange emails?


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_310730