| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 25 Oct 2006 10:57:32 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="UTF-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 25 Oct 2006 14:57:32.0639 (UTC) FILETIME=[E64596F0:01C6F845] |
| Subject: | Re: |
| Received(Date): | Wed, 25 Oct 2006 10:57:32 -0400 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF010C904A@NYWEXMB21.msad.ms.com> |
| thread-index: | Acb3xJp8XhOIVBuQRyCXhE8GcmulHQAgINIAAAA1yv4= |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | <christina.mohr@citigroup.com>,<michael_costa@ml.com> |
| Cc: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |

Sure. I told you about this request when we spoke on Friday. Mike emailed Paul to request a call, who in turn asked permission of Bill Osborn.

Have a flight that is about to leave but happy to talk later this afternoon.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Mohr, Christina [CIB-GBKG] <christina.mohr@citigroup.com>
To: Whayne, Thomas (IBD); michael_costa@ml.com <michael_costa@ml.com>
Sent: Wed Oct 25 10:52:54 2006
Subject: RE:

Can we talk about this? Would like to understand how this came about?

_____

From: Whayne, Thomas (IBD) [mailto:Thomas.Whayne@morganstanley.com]
Sent: Tuesday, October 24, 2006 7:32 PM
To: michael_costa@ml.com; Mohr, Christina [CIB-GBKG]
Cc: Taubman, Paul J (IBD)
Subject:



Michael and Christina,

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                MS_300499

Just wanted to let you know that at Mike Smith's request, Paul and I had a call with Tom Unterman and Mike to hear their perspectives on the process this evening. It was a one way dialogue, with the basic message that the family wants liquidity and preservation of capital, said a number of different ways. Uneventful, but please feel free to call either of us if you would like any additional color.

Tom
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld

This communication is intended for the addressee(s) and may contain confidential information. We do not waive confidentiality by mistransmission. If you have received this communication in error, any use, dissemination, printing or copying is strictly prohibited; please destroy all electronic and paper copies and notify the sender immediately. We are required by applicable rules to advise you that we may own or act as market maker for securities/instruments mentioned or may advise the issuers; and that past performance is not indicative of future returns.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          MS_300500