| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 1 Nov 2006 19:35:03 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="US-ASCII" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 02 Nov 2006 00:35:03.0814 (UTC) FILETIME=[BCDF8A60:01C6FE16] |
| Subject: | FW: |
| Received(Date): | Wed, 1 Nov 2006 19:35:03 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF010C9119@NYWEXMB21.msad.ms.com> |
| thread-index: | Acb98j0u2J8yXNbIR1KaVBtVcIrl3AAAQUM5AAISwtAABp/yqQAAJ/rA |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |

fyi

-----Original Message-----
From: Costa, Michael (IBK-NY) [mailto:michael_costa@ml.com]
Sent: Wednesday, November 01, 2006 7:30 PM
To: Whayne, Thomas (IBD)
Subject: Re:

Tom my understanding from Chip, and I said as much to Paul, is that it relates to the Chandlers we should do these calls together.appreciate you rearranging things Michael R. Costa Managing Director Mergers & Acquisitions Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)



-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Whayne, Thomas (IBD)
To: Costa, Michael  (IBK-NY); christina.mohr@citigroup.com
CC: Taubman, Paul J (IBD); cmulaney@skadden.com
Sent: Wed Nov 01 16:42:15 2006
Subject: RE:

Michael,

We have cancelled the call that Mike requested with us given your

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                          MS_300764

concerns about being coordinated. However, I believe that Paul told both you and Christina yesterday about Mike's request for a call, and that you did not object; merely asking that we be in listen only mode. He also called you this morning (and I called Christina) to brief you on the substance of that call. Obviously we notified you of today's request as well, and will continue to do so. We should discuss how you would like to be more coordinated on Chandler discussions and other matters going forward.

Tom

-----Original Message-----
From: Costa, Michael (IBK-NY) [mailto:michael_costa@ml.com]
Sent: Wednesday, November 01, 2006 3:21 PM
To: Whayne, Thomas (IBD); christina.mohr@citigroup.com
Cc: Taubman, Paul J (IBD); cmulaney@skadden.com
Subject: Re:

Tom

When I spoke to Paul this morning he mentioned that he had spoken to Mike Smith to try to pre empt these discussions. And I thought we left it that if there were to be other calls especially with major shareholders we would at a minimum do that together. Think it is crtical to be coordinated with respect to Chandlers. Christina and I have a call with Burkle at that time so please reschedule until much later or tomorrow. Thx.
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)


-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Whayne, Thomas (IBD)
To: Costa, Michael (IBK-NY); christina.mohr@citigroup.com
CC: Taubman, Paul J (IBD)
Sent: Wed Nov 01 15:13:53 2006
Subject:

Michael and Christina,

Just wanted to let you know that Mike Smith and Tom Unterman requested a call with us at 5 p.m. this afternoon to share their views.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                       MS_300765

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

―――

This communication is intended for the addressee(s) and may contain
confidential information. We do not waive confidentiality by
mistransmission.  If you have received this communication in error, anyuse, dissemination, printing or copying is strictly prohibited; please
destroy all electronic and paper copies and notify the sender
immediately.  We are required by applicable rules to advise you that we
may own or act as market maker for securities/instruments mentioned or
may advise the issuers; and that past performance is not indicative of
future returns.

─────────────────────────────

If you are not an intended recipient of this e-mail, please notify the
sender, delete it and do not read, act upon, print, disclose, copy,
retain or redistribute it. Click here <http://www.ml.com/email_terms/>
for important additional terms relating to this e-mail.
http://www.ml.com/email_terms/
─────────────────────────────
-------------------------------------------------------

This communication is intended for the addressee(s) and may contain
confidential information. We do not waive confidentiality by
mistransmission.  If you have received this communication in error, any
use, dissemination, printing or copying is strictly prohibited; please
destroy all electronic and paper copies and notify the sender
immediately.  We are required by applicable rules to advise you that we
may own or act as market maker for securities/instruments mentioned or
may advise the issuers; and that past performance is not indicative of
future returns.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              MS_300766