| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.164]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 24 Oct 2006 19:11:02 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="US-ASCII" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 24 Oct 2006 23:11:02.0957 (UTC) FILETIME=[ACFBCDD0:01C6F7C1] |
| Subject: | RE: Tribune Conference Call |
| Received(Date): | Tue, 24 Oct 2006 19:11:02 -0400 |
| Message-ID: | <0B3BF3EEA08B584098EA6A4C0CDF4178011165DC@NYWEXMB32.msad.ms.com> |
| In-Reply-To: | <A7CB8D6513E1C1479F21442732289FDF010C903B@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Tribune Conference Call |
| thread-index: | Acb3wL80IOd/OHGHTQeJmeDAd/RVpwAAFoboAAAC1IAAABg7ZQAAAfTw |
| From: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |

weird call.. they didn't bring their "a" game


Paul J Taubman - Head of Global Mergers & Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Tuesday, October 24, 2006 7:10 PM
To: Taubman, Paul J (IBD)
Subject: Re: Tribune Conference Call

Will do. Sounded like the dog caught the bus and doesn't know what to do now, except keep barking.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Taubman, Paul J (IBD)

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MS_299683

To: Whayne, Thomas (IBD)
Sent: Tue Oct 24 19:08:15 2006
Subject: RE: Tribune Conference Call

you should tell citi and mer that we had a one-way dialogue with the chandlers/gs


Paul J Taubman - Head of Global Mergers & Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Tuesday, October 24, 2006 7:07 PM
To: Taubman, Paul J (IBD); Stewart, Charles (IBD); Fincher, James (IBD)
Subject: Fw: Tribune Conference Call

Fyi
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Bright, Christy [CIB-GBKG] <christy.bright@citigroup.com>
To: Whayne, Thomas (IBD); michael_costa@ml.com <michael_costa@ml.com>; lbarden@Sidley.com <lbarden@Sidley.com>; cmulaney@skadden.com <cmulaney@skadden.com>
CC: Mohr, Christina [CIB-GBKG] <christina.mohr@citigroup.com>
Sent: Tue Oct 24 19:04:23 2006
Subject: Tribune Conference Call

Gentlemen -

Listed below are the details for the Thursday morning Tribune call:

10:30am CDT/11:30am EDT
Inside the US: 1-866-548-4717
Outside the US: 1-719-785-9434
Passcode: 801047

Please don't hesitate to contact me with any questions.

Best regards,

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                      MS_299684

Christy Bright
Assistant to Christina Mohr
Citigroup
388 Greenwich Street
36th Floor
New York, NY 10013
Tel: 212-816-3648
Fax: 646-862-8833
christy.bright@citigroup.com
<mailto:646-862-8833christy.bright@citigroup.com>

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                 MS_299685