| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.169]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 12 Dec 2006 15:14:47 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 12 Dec 2006 20:14:47.0901 (UTC) FILETIME=[2C0010D0:01C71E2A] |
| Subject: | Fw: Further Analysis of C Proposal |
| Received(Date): | Tue, 12 Dec 2006 15:14:47 -0500 |
| Message-ID: | <0B3BF3EEA08B584098EA6A4C0CDF417801E972BD@NYWE XMB32.msad.ms.com> |
| Thread-Topic: | Further Analysis of C Proposal |
| Thread-Index: | AcceCf5nRqLyrZZlSLeph/aYUtZAGQAIC1xY |
| From: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |
| To: | "Hydovitz, Carol \(IBD\)" <Carol.Hydovitz@morganstanley.com> |
| Cc: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |

Pls print out for me. Bd meeting scheduled for ja 12. In chicago


Paul J. Taubman - Head of Global Mergers and
Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Fincher, James (IBD)
To: Taubman, Paul J (IBD)
Cc: Whayne, Thomas (IBD); Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Sent: Tue Dec 12 11:24:27 2006
Subject: Further Analysis of C Proposal

Paul,

Below are what we've identified as the proposal key assumptions [with our assumptions in square brackets].

Based on the identified differences in assumptions, it looks like their values should be approximately $3 per share higher than ours, so it appears that they could be (a) valuing unconsolidated investments lower, (b) valuing the Chandler's shares more highly or (c) some combination of (a) and (b).

We will continue looking through this and email you any further commentary.

Regards,
James

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MS_285383

1. Publishing
- Owned by Chandlers (>51%) + Sponsor (<49%) [we had 56%/44%]
- Overall, valued at 9.0-9.25x 2006E EBITDA (excl. stock comp) [we had 8x incl. stock comp]
- Proposal does not mention what price per share Chandler's stake is valued at [we valued at market]
- Includes CareerBuilder, Classified Ventures, Legacy.com, ShopLocal and Topix (does not mention value though) [we included Food Network also]
- Publishing assumes all existing debt, with additional leverage up to 7.0x [we had 6.5x]
- However, they value PHONES at $1,256MM (but value TWX shares separately at $341MM) [we assumed net value of $553MM, which is mark-to-market value]
- Sponsor investment and additional leverage used to fund cash payment to non-C shareholders

2. Broadcasting
- Owned by non-C shareholders
- Overall, valued at 9.0-9.5x 2006E EBITDA (excl. stock comp) [we had 9x incl. stock comp]
- Includes Cubs, Comcast SportsNet and Food Network (does not mention value) [we included Food Network in Publishing]
- Leveraged at 6.5x [we had 6.5x also]


James Fincher
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                MS_285384