| | |
|---|---|
| Received: | from NYWEXMB48.msad.ms.com ([205.228.46.222]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 12 Dec 2006 15:33:16 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 12 Dec 2006 20:33:16.0823 (UTC) FILETIME=[C0F82270:01C71E2C] |
| Subject: | RE: Chandlers |
| Received(Date): | Tue, 12 Dec 2006 15:33:16 -0500 |
| Message-ID: | <25FAA1FF06FA3B458199D36AFD70B15E04499F@NYWEXMB48.msad.ms.com> |
| In-Reply-To: | <A7CB8D6513E1C1479F21442732289FDF01F06945@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Chandlers |
| Thread-Index: | AcceCsHuGkms9vr+TMW8RkYIfTR/2QAH4RruAAAQnfAAAGD/wA== |
| From: | "Sperling, Andrew \(IBD\)" <Andrew.Sperling@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com>,"Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |

Sale of assets by Spinco (non-Tribune assets) and/or Remainco (Tribune) are permitted without limitation subject to following caveats:

1. For first two years after spin, asset(s) sold must not leave selling corporation without a five year active business

2. Any asset sales within two years of spin must not contradict business purpose for spin

Sale of stock of Remainco (Tribune) not permitted for most likely two years. As of spin, there is already a 49% change of control due to sponsor participation.
Sale of stock of Spinco (non-Tribune assets) probably limited for one year.


Andrew Sperling - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7896
Fax: +1 212 507-2913
Andrew.Sperling@morganstanley.com

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Tuesday, December 12, 2006 3:24 PM
To: Taubman, Paul J (IBD)
Cc: Sperling, Andrew (IBD)
Subject: RE: Chandlers

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                MS_285526

I will defer to Andy (who I have cc'd), but I don't think there are
timing constraints on the sale of assets. I believe the safe harbor on
the sale of stock is 2 years; with a theoretical ability to entertain a
sale of stock after 6-12 months assuming no prior discussions with the
buyer -- although this will be a big indemnification issue, particularly
given the number of discussions they have had.

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Tuesday, December 12, 2006 3:16 PM
To: Whayne, Thomas (IBD)
Subject: Re: Chandlers

How long before they could srell stock and/or underlyingg assets?


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley
| Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Tue Dec 12 11:29:55 2006
Subject: Chandlers

One thing we need to chase down but could be a windfall to the C family
is that if the company has sufficient tax e&p, the family will get
dividend treatment for the cash they are taking off the table (almost
half the value of their interest) and retain all of their tax basis,
which would make a subsequent sale very tax efficient.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
-------------------------
Sent from my BlackBerry Wireless Handheld

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    MS_285527