| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 3 Jan 2007 05:41:48 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 03 Jan 2007 10:41:48.0768 (UTC) FILETIME=[C5872E00:01C72F23] |
| Subject: | Chandler Pages |
| Received(Date): | Wed, 3 Jan 2007 05:41:48 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F06A79@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Chandler Pages |
| Thread-Index: | Accvl8VcZHj97F+7Se6H4OXFHapdEQ== |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |

James,

On the special cash dividend funding page, we should add a line for the cash to the Chandlers at the bottom of the page, and then figure out the per share dividend to opther shareholders based on a share count reduced for the Chandler shares. I think this is a more accurate portrayal of what is happening and it forces us to get specific regarding What the Chandlers are getting.  We should also add a new page at the end of Chandler section that seeks to derive their package value. Will think about how to do this on plane. Probably a sensitivity based on their ownership and the valued accorded by the investor to Publishing.

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
-------------------------
Sent from my BlackBerry Wireless Handheld

MORGAN STANLEY — HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY