| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 9 Jan 2007 13:08:26 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 09 Jan 2007 18:08:26.0244 (UTC) FILETIME=[288C0440:01C73419] |
| Subject: | Old v. New Tower Financials |
| Received(Date): | Tue, 9 Jan 2007 13:08:26 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01A696E4@NYWEX MB21.msad.ms.com> |
| Thread-Topic: | Old v. New Tower Financials |
| Thread-Index: | Acc0GShbmaRVoB4UQjKyLrsYo/7Z2Q== |
| From: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |
| To: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |

James, should we be running the October or the New Tower financials through the "Chandlers" leveraged Broadcasting spin scenario?

Obviously, we all agree that the Chandlers used old financials as the basis of their bid, but, the flip side says they're old news and no longer relevant to a new leveraged spin analysis.

Thomas says it is easy to go either way, but wanted to get your opinion before we marched forward.

Let us know.

Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY