| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 15 Jan 2007 16:21:35 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 15 Jan 2007 21:21:35.0331 (UTC) FILETIME=[22A8DB30:01C738EB] |
| Subject: | Tower |
| Received(Date): | Mon, 15 Jan 2007 16:21:35 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F06BAE@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Tower |
| Thread-Index: | Acc46yJ8djQQzKWMQmaETCOqlIuObQ== |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |

Spoke to Christina. She did not have much to report except to say that directors were complementary of our presentation and that management was happy as well. She was in good spirits so highly unlikely that anything was said about executive session. Said that Burkle (and perhaps Broad) are planning to meet with Dennis either Tuesday or Wednesday.

I asked her what Crane meant about Rosenblum's analysis that the Foundation could sell below 10% to avoid 80% vote, noting that it would make it virtually impossible (in the absence of excessive leverage) for them to accomplish a split-off deal where they had 51% pro forma ownership. She agreed that this strategy would not work in a split-off deal, and said that what he meant to say is that they could sell down a portion and roll the remainder as part of a whole company deal, and avoid the 80% threshold. I observed that this is not the implication that we or other directors took from the comment.

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                     MS_289137