| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.164]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 12 Jan 2007 17:07:11 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 12 Jan 2007 22:07:11.0882 (UTC) FILETIME=[028826A0:01C73696] |
| Subject: | RE: Tower |
| Received(Date): | Fri, 12 Jan 2007 17:07:11 -0500 |
| Message-ID: | <9BEA94F838965A4099B4863EE71F11AD01E05374@NYWEXMB32.msad.ms.com> |
| In-Reply-To: | <A7CB8D6513E1C1479F21442732289FDF01F06B97@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Tower |
| Thread-Index: | Acc2jFZCBth+s6JCSZGsuDmPb4fxBAACZYIA |
| From: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com>,"Fincher, James \(IBD\)" <James.Fincher@morganstanley.com>,"Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com>,"Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |

way to go team!


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Friday, January 12, 2007 3:58 PM
To: Fincher, James (IBD); Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Cc: Stewart, Charles (IBD)
Subject: Tower

Board meeting went well. One of the lead directors remarked that ours was the best presentation that they had seen. All wanted to take home to review further, which is unusual.

Three follow up items:
1. Basis analysis for the top 20 Tower shareholders

2. Compare Street and Management estimates vs Actual performance to get a sense of who has been more accurate. Can likely do on a quarterly basis for last 2 years, but likely need plans that go back to do 3-4 years of analysis

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                MS_118656

3. Update valuation perspectives of Food Network stake (Street, DCF, Trading Multiples, etc)

Thanks
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
-------------------------
Sent from my BlackBerry Wireless Handheld

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_118657