| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 16 Jan 2007 11:27:27 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 16 Jan 2007 16:27:27.0124 (UTC) FILETIME=[35EBED40:01C7398B] |
| Subject: | TRB |
| Received(Date): | Tue, 16 Jan 2007 11:27:26 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F06BB8@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | TRB |
| Thread-Index: | Acc5izXHdlPMar2gSimRjGvuVTW9HA== |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |

Michael just called to give us an update. Broad/Burkle are having dinner with Dennis tonight in Chicago, en route to meetings in New York tomorrow. There was apparently a meeting between Madigan and Dennis that Chip attended where Madigan walked Dennis through what they were thinking (not sure whether meeting was Friday or over the weekend). Appears that Foundation will submit something this week. Dennis will be reaching out to AMP today to check in (and Michael believes that AMP is engaged in a debate re valuation). Chandlers are apparently scrambling to complete diligence and Michael had a conversation with Unterman signalling that they need to think about some sort of price protection tied to the trading price of B&E after separation, as well as assuming more of the unconsolidated assets than were in their original proposal. Unterman asked to speak to the Foundation re a voting agreement but Michael declined.

Michael also had a few questions on a couple of pages from our board presentation, namely how we derived the cash distribution to the Chandlers on page 17 as well as how you calculated the multiple being paid on the has/gets analysis on page 21.

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              MS_289427