| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.169]) by NYWEXJN93.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 18 Jan 2007 11:41:12 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="UTF-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 18 Jan 2007 16:41:12.0336 (UTC) FILETIME=[769CC900:01C73B1F] |
| Subject: | Re: Clearance to claim credit for Tribune |
| Received(Date): | Thu, 18 Jan 2007 11:41:12 -0500 |
| Message-ID: | <0B3BF3EEA08B584098EA6A4C0CDF417801E977EC@NYWE XMB32.msad.ms.com> |
| Thread-Topic: | Clearance to claim credit for Tribune |
| thread-index: | Acc7FNilt9JsPDJfTr6d5vEDmBG6ywABAX5QAAGl9Is= |
| From: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com>,"Sadagursky, Nara \(IBD\)" <Nara.Sadagursky@morganstanley.com>,"Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |
| Cc: | "madata" <madata@morganstanley.com> |
| Bcc: | Natasha.Rosado@morganstanley.com, Kelvin.Ross@morganstanley.com,Jennifer.Elson@morganstanley.com |

I would hold off so as to not legitimize the chandler offer yet.


Paul J. Taubman - Head of Global Mergers and Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Sadagursky, Nara (IBD); Taubman, Paul J (IBD); Stewart, Charles (IBD)
Cc: madata
Sent: Thu Jan 18 10:54:46 2007
Subject: RE: Clearance to claim credit for Tribune

Yes our role is public so we should claim market share credit

-----Original Message-----
From: Sadagursky, Nara (IBD)
Sent: Thursday, January 18, 2007 10:25 AM
To: Taubman, Paul J (IBD); Stewart, Charles (IBD); Whayne, Thomas (IBD)
Cc: madata
Subject: Clearance to claim credit for Tribune
Importance: High

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Since our role with the special committee was made public some months ago I assume there's no reason not to claim market share for the deal being tracked as of today but wanted to confirm with you before we acted

please let us know

Nara

Nara Sadagursky - Executive Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-6479
Fax: +1 212 507-2887
Nara.Sadagursky@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY