| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sat, 27 Jan 2007 15:07:59 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 27 Jan 2007 20:07:59.0104 (UTC) FILETIME=[D7571800:01C7424E] |
| Subject: | RE: Should we speak before the call? |
| Received(Date): | Sat, 27 Jan 2007 15:07:58 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF02360552@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <0C97023D8FE4784B92C0981155805596F62002@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Should we speak before the call? |
| Thread-Index: | AcdCCjEsyHtZssr3SJyIS8hiC54xoQABV0/9AAAHMdAAAHjvggAHNDx0AAexviA= |
| From: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |
| To: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com>,"Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |

Guys,

I will take a stab at this tomorrow. Today is my wife's 30th birthday, and would prefer to spend the day with her if possible.

Think we should be able to get to an answer quickly, given we've done a ton of work already. Plus, from reading the new proposal, it doesn't appear that they've changed the value at all, just delivering more cash and putting some certainty around the trading level of Broadcasting with the collar.

Looks like they've also proposed a CVR on the Bender litigation - worked on one of these last summer for a biotech company with a product in early-stage trials.

Bargaining and Negotiations 101...offer something different without actually increasing your value.

At any rate, let me know if this timing is okay on the analysis.

Thanks guys,
Steve


Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MS_128240

Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

-----Original Message-----
From: Fincher, James (IBD)
Sent: Saturday, January 27, 2007 11:16 AM
To: Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Subject: Fw: Should we speak before the call?

Guys, we should try to get some of this done over the weekend - hopefully not too difficult given the work we've already done.


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Fincher, James (IBD)
Sent: Sat Jan 27 07:49:18 2007
Subject: Fw: Should we speak before the call?

Fyi--we will need to update our Chanler pages for the new proposal over the next couple of days, as they can't seem to do it.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Mohr, Christina [CIB-GBKG] <christina.mohr@citigroup.com>
To: Whayne, Thomas (IBD)
Sent: Sat Jan 27 07:37:19 2007
Subject: RE: Should we speak before the call?

on with the company.  we cannot get the chandler numbers to tie out


From: Whayne, Thomas (IBD) [mailto:Thomas.Whayne@morganstanley.com]
Sent: Saturday, January 27, 2007 7:35 AM
To: Mohr, Christina [CIB-GBKG]
Subject: Re: Should we speak before the call?

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_128241

Sure. I don't have any updates, you?
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Mohr, Christina [CIB-GBKG] <christina.mohr@citigroup.com>
To: Whayne, Thomas (IBD)
Sent: Sat Jan 27 06:56:34 2007
Subject: Should we speak before the call?

This communication is intended for the addressee(s) and may contain confidential information. We do not waive confidentiality by mistransmission. If you have received this communication in error, any use, dissemination, printing or copying is strictly prohibited; please destroy all electronic and paper copies and notify the sender immediately. We are required by applicable rules to advise you that we may own or act as market maker for securities/instruments mentioned or may advise the issuers; and that past performance is not indicative of future returns.