| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 30 Jan 2007 09:37:09 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed;boundary="----_=_NextPart_002_01C7447C.1EFED880" |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 30 Jan 2007 14:37:09.0193 (UTC) FILETIME=[1F1C4B90:01C7447C] |
| Subject: | FW: Update letter |
| Received(Date): | Tue, 30 Jan 2007 09:37:08 -0500 |
| Message-ID: | <0C97023D8FE4784B92C0981155805596F6203E@NYWEXMB21.msad.ms.com> |
| X-MS-Has-Attach: | yes |
| Thread-Topic: | Update letter |
| Thread-Index: | AcdBqb5Az9ze4aTgQXCt5m8NIX0aogAASYPgAAAfcQAAtB52AA== |
| From: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |
| To: | "Ewald, Katharine \(IBD\)" <Kathy.Ewald@morganstanley.com> |
| Cc: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Attachment | Your001-248567-29915364.PDF |

Kathy, a revised proposal for Tribune.

Key change to discuss is the inclusion of two contingent payment mechanisms - one depends on the trading value of the broadcasting business post-spin, the other on the resolution of an outstanding tax case.

Let me know when would be a convenient time to discuss - should only take ~15mins I think.

Thanks,
James


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Friday, January 26, 2007 7:39 PM
To: Taubman, Paul J (IBD); Stewart, Charles (IBD); Fincher, James (IBD); Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Subject: FW: Update letter

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        MS_252208

revised Chandler proposal

-----Original Message-----
From: Mohr, Christina [CIB-GBKG] [mailto:christina.mohr@citigroup.com]
Sent: Friday, January 26, 2007 7:35 PM
To: Whayne, Thomas (IBD)
Subject: FW: Update letter

new

_____

From: Tom Unterman [mailto:Tom@rusticcanyon.com]
Sent: Friday, January 26, 2007 7:26 PM
To: Costa, Michael (IBK-NY); Mohr, Christina [CIB-GBKG]
Subject: Update letter

Please see the attached update

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    MS_252209