| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.169]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 19 Jan 2007 18:23:30 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="UTF-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 19 Jan 2007 23:23:30.0584 (UTC) FILETIME=[D48AE180:01C73C20] |
| Subject: | Re: Miles/Tribune |
| Received(Date): | Fri, 19 Jan 2007 18:23:30 -0500 |
| Message-ID: | <0B3BF3EEA08B584098EA6A4C0CDF417801E97853@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | Miles/Tribune |
| Thread-Index: | Acc2pHyMe0c1ReOcR7aOxRMT6mPxOwFYgWUAAAZXIXsAAA8DIAAAHt89AAAA2qAAAA6yxQ== |
| From: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |
| To: | "Boublik, Michael \(IBD\)" <Michael.Boublik@morganstanley.com> |

Cleaning up merrill and citi's mess


Paul J. Taubman - Head of Global Mergers and Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Boublik, Michael (IBD)
To: Taubman, Paul J (IBD)
Sent: Fri Jan 19 18:22:25 2007
Subject: RE: Miles/Tribune

That would be nice - how is that going?   He told me some private equity partners bailed on MDP.


Michael Boublik - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7716
Fax: +1 212 507-4462
Michael.Boublik@morganstanley.com

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Friday, January 19, 2007 6:22 PM
To: Boublik, Michael (IBD)

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                      MS_338566

Subject: Re: Miles/Tribune

Does he want to buy the trib?


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Boublik, Michael (IBD)
To: Taubman, Paul J (IBD)
Sent: Fri Jan 19 18:18:53 2007
Subject: RE: Miles/Tribune

Just got off the phone w him again.  These two deals look quite interesting


Michael Boublik - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7716
Fax: +1 212 507-4462
Michael.Boublik@morganstanley.com

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Friday, January 19, 2007 6:17 PM
To: Boublik, Michael (IBD)
Subject: Re: Miles/Tribune

Great stuff. I'm with him all day tomorrow. See you in miami.


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Boublik, Michael (IBD)
To: Taubman, Paul J (IBD)
Sent: Fri Jan 19 15:16:48 2007
Subject: RE: Miles/Tribune

BTW, I had a great call w Miles today.  He feels great about the deal, and is looking ahead to how to

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

redeploy proceeds. He shared his two highest buyside priorities and asked me to get back to him to confirm we are unconflicted - Great visibility and traction here for the next one!

MB


Michael Boublik - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7716
Fax: +1 212 507-4462
Michael.Boublik@morganstanley.com

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Friday, January 12, 2007 6:51 PM
To: Gartin, Clinton (IBD); Boublik, Michael (IBD)
Subject: Miles/Tribune

Tom Whayne and I spent 90 min with Miles and the head if the spec comm this morning. Miles was highly complimentary of our work calling it the best he had seen. I talked to him a bit about his big upcoming deal annoucement. He is as you know pleased as punch. Says we didn't do much on this one but that its payback for all the other good work you've done. Claims to be fine with that model. All in all he seemed in a great mood and the prior tribune hiccup seems to be behind us.


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                   MS_338568