| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sun, 21 Jan 2007 19:08:50 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed;boundary="----_=_NextPart_002_01C73DB9.7E445500" |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 22 Jan 2007 00:08:50.0796 (UTC) FILETIME=[7EBDCAC0:01C73DB9] |
| Subject: | Chandler Trusts' Proposal Analysis - Goldman Assumptions |
| Received(Date): | Sun, 21 Jan 2007 19:08:50 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF0236049D@NYWEXMB21.msad.ms.com> |
| X-MS-Has-Attach: | yes |
| Thread-Topic: | Chandler Trusts' Proposal Analysis - Goldman Assumptions |
| Thread-Index: | Acc9uX0+aW80ke/iS8SdTQTS/MDbig== |
| From: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| Cc: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com>,"Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Attachment | Chandler.Analysis.-.Goldman.Assum..1-22-07.-125440-10054796.ppt |

Tom,

Attached is the analysis discussed earlier today re: Chandler Trusts' Proposal using Goldman assumptions.

We have included two tables with the relevant assumptions laid out below. Clearly, the addition of $800MM in value for CareerBuilder and Other Interactive Assets increases package value. Neighborhood of $3.30/share in the 7.8x Pub case.

Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                    MS_119599