| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 23 Jan 2007 13:39:40 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed;boundary="----_=_NextPart_002_01C73F1D.D72CFE00" |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 23 Jan 2007 18:39:40.0751 (UTC) FILETIME=[D79F95F0:01C73F1D] |
| Subject: | Chandler Analysis and US Newspaper Comps |
| Received(Date): | Tue, 23 Jan 2007 13:39:40 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF023604CD@NYWEXMB21.msad.ms.com> |
| X-MS-Has-Attach: | yes |
| Thread-Topic: | Chandler Analysis and US Newspaper Comps |
| Thread-Index: | Acc/HdT1gV5tAdRvQiWAYIhI8yXB5w== |
| From: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| Cc: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com>,"Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Attachment | US.Newspaper.Comps.1-23-07-10830-927199.pdf          Chandler.Analysis.-.Goldman.Assum..1-23-07.-144384-11588197.ppt |

Tom,

Wanted you to have this information for the 2:15pm call with Goldman
this afternoon.

I've attached the Chandler Analysis (Goldman Assumptions), and the
updated comps pages.  The comps we showed you this morning were clearly
wrong and we've now fixed the issues.

The only two comps that have changed are McClatchy and New York Times.
Changes are based the addition of new broker reports from December and
January, and our conference call with Citigroup last night.

On McClatchy, we've updated for one new broker report which was more
bearish on the business and has reduced the consensus EBITDA.  We've
also made adjustments to our assumptions on the Star Tribune sale.
Mer/Citi and MS are now in agreement on the 8.1x AV/'07E EBITDA.

On NYT, all of the brokers have now updated for the January sale of the
NYT Broadcasting assets.  As such, we've included the $405MM in
after-tax proceeds from the sale.  Mer/Citi and MS are now in agreement
on the 9.0x AV/'7E EBITDA for NYT.

As a general rule, Citi/Merrill are using I/B/E/S consensus estimates
pulled from Bloomberg for their EBITDA.  We do not use I/B/E/S consensus

because each broker treats EBITDA differently.  We go through the process of hand-entering estimates from only the brokers that we have complete information for (i.e. we have the research report printed out and in front of us).  This means that our consensus EBITDA estimates will differ slightly from those used by Citi/Merrill, but I am more confident in our numbers as we have confirmation that they are calculated on an apples to apples basis - and if they're not, we know exactly why.

Steve

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_121079