| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 26 Jan 2007 17:41:25 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 26 Jan 2007 22:41:25.0122 (UTC) FILETIME=[1C243620:01C7419B] |
| Subject: | RE: Tribune Board of Directors Summary Book - 1.27.2007 v2.ppt |
| Received(Date): | Fri, 26 Jan 2007 17:41:24 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F06D3F@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <9BEA94F838965A4099B4863EE71F11AD01E05513@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | Tribune Board of Directors Summary Book - 1.27.2007 v2.ppt |
| Thread-Index: | AcdBf6vGWiI3FtO/RXasu9ZU2EwlKQACp9IAAABFpeAAA1HeAAAAIspA |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com>,"Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com>,"Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |

the revised version does a better job on that front, although agree that
the range is too wide, and a little absurd at the upper end.

-----Original Message-----
From: Stewart, Charles (IBD)
Sent: Friday, January 26, 2007 5:27 PM
To: Whayne, Thomas (IBD); Taubman, Paul J (IBD); Fincher, James (IBD)
Subject: RE: Tribune Board of Directors Summary Book - 1.27.2007 v2.ppt

range of value on self-help alternatives (eg whole co recap - $25-$33)
seems very wide...needs more color on determinants of value, time vs.
non-core asset value vs mkt multiples on core businesses vs mgmt ability
to meet plan numbers. I like page 7 format though....


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Friday, January 26, 2007 3:50 PM
To: Taubman, Paul J (IBD); Stewart, Charles (IBD); Fincher, James (IBD)
Subject: FW: Tribune Board of Directors Summary Book - 1.27.2007 v2.ppt

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                         MS_268370

fyi -- draft of the board presentation for tomorrow

-----Original Message-----
From: Mohr, Christina [CIB-GBKG] [mailto:christina.mohr@citigroup.com]
Sent: Friday, January 26, 2007 3:41 PM
To: Whayne, Thomas (IBD)
Subject: FW: Tribune Board of Directors Summary Book - 1.27.2007 v2.ppt

From: Eidinger, John (IBK-NY) [mailto:john_eidinger@ml.com]
Sent: Friday, January 26, 2007 2:25 PM
To: Bigelow, Chandler
Cc: Costa, Michael (IBK-NY); O'Grady, Michael G. (IBK - CHI); Mohr, Christina [CIB-GBKG]; Kurmaniak, Rosanne [CIB-GBKG]
Subject: Tribune Board of Directors Summary Book - 1.27.2007 v2.ppt

Chandler,

Please distribute as appropriate to your team.  We are taking one last run thorugh but wanted to get any comments your team has as soon as possible.

Thanks,

John

John Eidinger, Jr.
M&A Associate
Tel: (212) 449-1992
Fax: (212) 449-6334
john_eidinger@ml.com

<<Tribune Board of Directors Summary Book - 1.27.2007 v2.ppt>>

If you are not an intended recipient of this e-mail, please notify the
sender, delete it and do not read, act upon, print, disclose, copy,
retain or redistribute it. Click here <http://www.ml.com/email_terms/>
for important additional terms relating to this e-mail.
http://www.ml.com/email_terms/

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MS_268371