| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.169]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sat, 27 Jan 2007 08:57:03 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="iso-8859-1" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 27 Jan 2007 13:57:03.0504 (UTC) FILETIME=[05F80900:01C7421B] |
| Subject: | RE: Don't know how to set a |
| Received(Date): | Sat, 27 Jan 2007 08:57:03 -0500 |
| Message-ID: | <0B3BF3EEA08B584098EA6A4C0CDF417801E979FC@NYWEXMB32.msad.ms.com> |
| In-Reply-To: | <A7CB8D6513E1C1479F21442732289FDF01F06D52@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Don't know how to set a |
| Thread-Index: | AcdCGTFKuSrfMOzNRXqxsVqOd/GjEgAASQ0FAAAa9pA= |
| From: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |

on page 5 would kill first alternative, give carlyle a put up or shut up on second and then compare it to the third to choose one... then we need to flesh that out vis-à-vis chandler proposal as we try and strengthen it and try and keep burkle/broad warm.. if we loose him so be it


Paul J Taubman - Head of Global Mergers & Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Saturday, January 27, 2007 8:52 AM
To: Taubman, Paul J (IBD)
Subject: Re: Don't know how to set a

Agree on the former. And Jill is really getting started with the Foundation on Monday in terms of a review of alternatives. On the latter, very frustrating as they did not call Apollo or anyone else. Rationale was that they did not want to risk breaking up AMP call. I think bad call, and told them so every day. Where AMP is appears to justify this view.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                               MS_288216

----- Original Message -----
From: Taubman, Paul J (IBD)
To: Whayne, Thomas (IBD)
Sent: Sat Jan 27 08:43:57 2007
Subject: Don't know how to set a

Deadline til we know where the foundation is. Separately has anyone else been talked to on bcstg...like apollo?

Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MS_288217