| | |
|---|---|
| Received: | from PIWEXBH01.msad.ms.com ([205.228.46.151]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 26 Jan 2007 13:56:11 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="iso-8859-1" |
| Content-Transfer-Encoding: | quoted-printable |
| Received: | from PIWEXIB02.msad.ms.com ([205.228.46.178]) by PIWEXBH01.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 26 Jan 2007 13:56:11 -0500 |
| Received: | from hqmtabh2-toint.ms.com ([199.89.99.107]) by PIWEXIB02.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 26 Jan 2007 13:56:09 -0500 |
| Received: | from hqmtabh2-fromext.ms.com (hqvsbh1-r0.ms.com [192.168.119.101]) by hqmtabh2-toint.ms.com (internal delivery Postfix) with ESMTP id 66582C8006 for <twhayne@exchange.ms.com>; Fri, 26 Jan 2007 13:56:09 -0500 (EST) |
| Received: | from hqvsbh2.ms.com (hqvsbh2-r0.ms.com [192.168.119.104]) by hqmtabh2-fromext.ms.com (external input Postfix) with ESMTP id 37D3ED1C017 for <twhayne@exchange.ms.com>; Fri, 26 Jan 2007 13:56:09 -0500 (EST) |
| Received: | from mail.citigroup.com (mail12.ssmb.com [199.67.179.106]) (using TLSv1 with cipher AES256-SHA (256/256 bits)) (Client CN "mail.citigroup.com", Issuer "mail.citigroup.com" (not verified)) by hqvsbh2.ms.com (external Postfix) with ESMTP id 1C97EC9CA for <Thomas.Whayne@morganstanley.com>; Fri, 26 Jan 2007 13:56:08 -0500 (EST) |
| Received: | from imbarc-nj02.nj.ssmb.com (imbarc-nj02.nj.ssmb.com [150.110.178.211]) by imbaspam-ny06.iplex.ssmb.com (8.13.8/8.13.8/SSMB_EXT/ev: 16778 $) with ESMTP id l0QIu11N028849 for <Thomas.Whayne@morganstanley.com>; Fri, 26 Jan 2007 18:56:07 GMT |
| Received: | from mailhub-nj04-1.nj.ssmb.com (mailhub-nj04-2.nj.ssmb.com [150.110.236.237]) by imbarc-nj02.nj.ssmb.com (8.13.7/8.13.7/SSMB_QQQ_IN/1.1) with ESMTP id l0QItp75026303 for <Thomas.Whayne@morganstanley.com>; Fri, 26 Jan 2007 18:55:51 GMT |
| Received: | from exnjsm10.nam.nsroot.net (EXNJSM10.nam.nsroot.net [169.193.44.30]) by mailhub-nj04-1.nj.ssmb.com (8.13.7/8.13.7/CG_HUB) with ESMTP id l0QItpZb016026 for <Thomas.Whayne@morganstanley.com>; Fri, 26 Jan 2007 18:55:51 GMT |
| Received: | from exnjmb08.nam.nsroot.net ([150.110.141.59]) by exnjsm10.nam.nsroot.net with Microsoft SMTPSVC(5.0.2195.6713); Fri, 26 Jan 2007 13:55:50 -0500 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <christina.mohr@citigroup.com> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 26 Jan 2007 18:55:50.0988 (UTC) FILETIME=[992B40C0:01C7417B] |
| X-Scanned-By: | MIMEDefang 2.52 on 172.27.136.25 |
| Subject: | RE: Update |
| Received(Date): | Fri, 26 Jan 2007 13:55:42 -0500 |
| Message-ID: | <A8A96EBEE891C340BCD61B134968CFA9097C9E8C@EXNJMB08.nam.nsroot.net> |
| Thread-Topic: | Update |

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                      MS_290168

| | |
|---|---|
| Thread-Index: | AcdBa0wtd+Jte7gnQ8SynrJFnnESugADitBRAABmjAAAABw1gA== |
| From: | "Mohr, Christina [CIB-GBKG]" <christina.mohr@citigroup.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |

No number from him yet, he had already signed a ca months ago

-----Original Message-----
From: Whayne, Thomas (IBD) [mailto:Thomas.Whayne@morganstanley.com]
Sent: Friday, January 26, 2007 1:52 PM
To: Mohr, Christina [CIB-GBKG]
Subject: FW: Update

Zell?

-----Original Message-----
From: Costa, Michael (IBK-NY) [mailto:michael_costa@ml.com]
Sent: Friday, January 26, 2007 1:41 PM
To: Whayne, Thomas (IBD)
Subject: Fw: Update


Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)




-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Costa, Michael  (IBK-NY)
To: 'paul.taubman@morganstanley.com' <paul.taubman@morganstanley.com>;
'Thomas.f.whayne@bofasecurities.com'
<Thomas.f.whayne@bofasecurities.com>; 'cmulaney@skadden.com'
<cmulaney@skadden.com>
CC: 'christina.mohr@citigroup.com' <christina.mohr@citigroup.com>
Sent: Fri Jan 26 11:59:09 2007
Subject: Update


All

Think mgmt will focus more on update on process and directionally on
recap. We have gotten new expressions of interest in sponsored recap
from Zell and Ganett/Microsoft. Will update as we see more.
Michael R. Costa

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   MS_290169

Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)

--------------------------
Sent from my BlackBerry Wireless Handheld

If you are not an intended recipient of this e-mail, please notify the
sender, delete it and do not read, act upon, print, disclose, copy,
retain or redistribute it. Click here <http://www.ml.com/email_terms/>
for important additional terms relating to this e-mail.
http://www.ml.com/email_terms/

-------------------------------------------------------

This communication is intended for the addressee(s) and may contain
confidential information. We do not waive confidentiality by
mistransmission. If you have received this communication in error, any
use, dissemination, printing or copying is strictly prohibited; please
destroy all electronic and paper copies and notify the sender
immediately. We are required by applicable rules to advise you that we
may own or act as market maker for securities/instruments mentioned or
may advise the issuers; and that past performance is not indicative of
future returns.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                MS_290170