| | |
|---|---|
| Received: | from PAWEXBH03.msad.ms.com ([205.228.46.226]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 2 Feb 2007 11:58:33 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="iso-8859-1" |
| Content-Transfer-Encoding: | quoted-printable |
| Received: | from PIWEXIB02.msad.ms.com ([205.228.46.178]) by PAWEXBH03.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 2 Feb 2007 11:58:33 -0500 |
| Received: | from hqmtabh2-toint.ms.com ([199.89.99.107]) by PIWEXIB02.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 2 Feb 2007 11:58:30 -0500 |
| Received: | from hqmtabh2-fromext.ms.com (hqvsbh1-r0.ms.com [192.168.119.101]) by hqmtabh2-toint.ms.com (internal delivery Postfix) with ESMTP id 825DFC8004 for <twhayne@exchange.ms.com>; Fri, 2 Feb 2007 11:58:30 -0500 (EST) |
| Received: | from hqvsbh2.ms.com (hqvsbh2-r0.ms.com [192.168.119.104]) by hqmtabh2-fromext.ms.com (external input Postfix) with ESMTP id EBE63D28176 for <twhayne@exchange.ms.com>; Fri, 2 Feb 2007 11:29:04 -0500 (EST) |
| Received: | from mail.citigroup.com (mail11.ssmb.com [199.67.179.105]) (using TLSv1 with cipher AES256-SHA (256/256 bits)) (Client CN "mail.citigroup.com", Issuer "mail.citigroup.com" (not verified)) by hqvsbh2.ms.com (external Postfix) with ESMTP id D1B01D04E for <Thomas.Whayne@morganstanley.com>; Fri, 2 Feb 2007 11:29:04 -0500 (EST) |
| Received: | from imbarc-ny01.ny.ssmb.com (imbarc-ny01.ny.ssmb.com [162.124.186.138]) by imbaspam-ny05.iplex.ssmb.com (8.13.8/8.13.8/SSMB_EXT/ev: 16778 $) with ESMTP id l12GSt0I003040 for <Thomas.Whayne@morganstanley.com>; Fri, 2 Feb 2007 16:29:03 GMT |
| Received: | from mailhub-nyc3.ny.ssmb.com (mailhub-nyc3-hme0.ny.ssmb.com [162.124.148.17]) by imbarc-ny01.ny.ssmb.com (8.13.7/8.13.7/SSMB_QQQ_IN/1.1) with ESMTP id l12GSq25018904 for <Thomas.Whayne@morganstanley.com>; Fri, 2 Feb 2007 16:28:52 GMT |
| Received: | from exnmdsm02.nam.nsroot.net (EXNMDSM02.nam.nsroot.net [169.193.142.68]) by mailhub-nyc3.ny.ssmb.com (8.13.7/8.13.7/CG_HUB) with ESMTP id l12GSeZQ004474 for <Thomas.Whayne@morganstanley.com>; Fri, 2 Feb 2007 16:28:51 GMT |
| Received: | from exnjmb08.nam.nsroot.net ([150.110.141.59]) by exnmdsm02.nam.nsroot.net with Microsoft SMTPSVC(5.0.2195.6713); Fri, 2 Feb 2007 11:28:46 -0500 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <christina.mohr@citigroup.com> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 02 Feb 2007 16:28:46.0773 (UTC) FILETIME=[366B2650:01C746E7] |
| X-Scanned-By: | MIMEDefang 2.52 on 172.27.136.24 |
| Subject: | RE: On a call with trb |
| Received(Date): | Fri, 2 Feb 2007 11:28:46 -0500 |
| Message-ID: | <A8A96EBEE891C340BCD61B134968CFA9097C9F41@EXNJMB08.nam.nsroot.net> |

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MS_288559

| | |
|---|---|
| Thread-Topic: | On a call with trb |
| Thread-Index: | AcdG5c+vBZhONBeNQpmfTis33LPBMgAAB9/QAAAQD3AAACi9YAAAE64Q |
| From: | "Mohr, Christina [CIB-GBKG]" <christina.mohr@citigroup.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |

We have not heard that. Not sure if they have the financing to be credible in a revision

-----Original Message-----
From: Whayne, Thomas (IBD) [mailto:Thomas.Whayne@morganstanley.com]
Sent: Friday, February 02, 2007 11:27 AM
To: Mohr, Christina [CIB-GBKG]
Subject: RE: On a call with trb

are the chandlers going to submit a revised proposal prior to tomorrow?
jill said they were -----Original Message-----
From: Mohr, Christina [CIB-GBKG] [mailto:christina.mohr@citigroup.com]
Sent: Friday, February 02, 2007 11:22 AM
To: Whayne, Thomas (IBD)
Subject: RE: On a call with trb

Thought that they had time to do that. Only have to do the pill now.
Can we get your deck to ML soonish?

-----Original Message-----
From: Whayne, Thomas (IBD) [mailto:Thomas.Whayne@morganstanley.com]
Sent: Friday, February 02, 2007 11:20 AM
To: Mohr, Christina [CIB-GBKG]
Subject: RE: On a call with trb

just checking in generally. btw, did the chandlers send in their nomination notice yesterday?

-----Original Message-----
From: Mohr, Christina [CIB-GBKG] [mailto:christina.mohr@citigroup.com]
Sent: Friday, February 02, 2007 11:19 AM
To: Whayne, Thomas (IBD)
Subject: On a call with trb

What is up

---

This communication is intended for the addressee(s) and may contain confidential information. We do not waive confidentiality by mistransmission. If you have received this communication in error, any use, dissemination, printing or copying is strictly prohibited; please destroy all electronic and paper copies and notify the sender immediately. We are required by applicable rules to advise you that we may own or act as market maker for securities/instruments mentioned or may advise the issuers; and that past performance is not indicative of future returns.

---

This communication is intended for the addressee(s) and may contain

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    MS_288560

confidential information. We do not waive confidentiality by mistransmission. If you have received this communication in error, any use, dissemination, printing or copying is strictly prohibited; please destroy all electronic and paper copies and notify the sender immediately. We are required by applicable rules to advise you that we may own or act as market maker for securities/instruments mentioned or may advise the issuers; and that past performance is not indicative of future returns.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_288561