| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 5 Feb 2007 14:36:05 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 05 Feb 2007 19:36:05.0798 (UTC) FILETIME=[E0A38460:01C7495C] |
| Subject: | Tribune |
| Received(Date): | Mon, 5 Feb 2007 14:36:05 -0500 |
| Message-ID: | <0C97023D8FE4784B92C0981155805596F620DD@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Tribune |
| Thread-Index: | AcdJXOBiS+rtyBiDR/WJC/r43oJm2w== |
| From: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |
| To: | "Ewald, Katharine \(IBD\)" <Kathy.Ewald@morganstanley.com> |
| Cc: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |

Kathy,

We would like to chat with you about steps/timing for a leveraged spin
of Tribune's broadcasting business. Do you have any time today/tomorrow
to go through this? Should require <30mins. Thanks a lot.

Cheers,
James


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MS_238782