| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 5 Feb 2007 19:12:44 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 06 Feb 2007 00:12:44.0057 (UTC) FILETIME=[85F8D890:01C74983] |
| Subject: | RE: |
| Received(Date): | Mon, 5 Feb 2007 19:12:43 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F06E6D@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <0B3BF3EEA08B584098EA6A4C0CDF417801E97C27@NYWEXMB32.msad.ms.com> |
| Thread-Index: | AcdJcBAoSu5f1O/ORZa4FLOErEVK9wAEuhIDAAAB5hAAABFhUwAACnKQ |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |

trying to get us a letter tomorrow or Wednesday, although I told them to
wait until Sam had spoken to Bill directrly

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Monday, February 05, 2007 7:11 PM
To: Whayne, Thomas (IBD)
Subject: Re:

What's their timeframe?


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley
| Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Mon Feb 05 19:09:26 2007
Subject: RE:

No I did not -- maybe calling you to follow up, or may have received
call from Zell

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Monday, February 05, 2007 7:09 PM

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                       MS_287135

To: Whayne, Thomas (IBD)
Subject: Re:

I got a vm from bill. Have you spoken with hoim yet?


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Mon Feb 05 16:53:26 2007
Subject:

Just spoke to my contact at Zell.  He thinks that they will be able to get to 33, subject to getting key employees on board.  Sam apparently has a call into Bill.

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                            MS_287136