| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 6 Feb 2007 13:23:49 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed;boundary="----_=_NextPart_002_01C74A1B.F21E6880" |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 06 Feb 2007 18:23:49.0969 (UTC) FILETIME=[F2B24410:01C74A1B] |
| Subject: | FW: Tribune Company Acquisition Proposal |
| Received(Date): | Tue, 6 Feb 2007 13:23:49 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F06E7F@NYWEXMB21.msad.ms.com> |
| X-MS-Has-Attach: | yes |
| Thread-Topic: | Tribune Company Acquisition Proposal |
| Thread-Index: | AcdHORt1ZE76DT8WS6KABARKbrdeMwC3wVSwAAB+4NAAAHDnwA== |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com>,"Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com>,"Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Attachment | Joe Paolucci.vcf    SCAN1872_000-92556-12053443.pdf |

Zell at $33

-----Original Message-----
From: Mohr, Christina [CIB-GBKG] [mailto:christina.mohr@citigroup.com]
Sent: Tuesday, February 06, 2007 1:11 PM
To: cmulaney@skadden.com; Whayne, Thomas (IBD)
Subject: FW: Tribune Company Acquisition Proposal

_____

From: Joe Paolucci [mailto:JPaolucci@egii.com]
Sent: Tuesday, February 06, 2007 1:07 PM
To: michael_costa@ml.com; Mohr, Christina [CIB-GBKG]
Cc: Sam Zell; Bill Pate
Subject: RE: Tribune Company Acquisition Proposal


Dear Mr. Costa and Ms. Mohr, on behalf of Sam Zell, please find attached our revised acquisition proposal for Tribune Company.  Sincerely, Joe Paolucci

_____

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        MS_265757

_____

_____

Joseph M. Paolucci, Chief Legal Officer | Equity Group Investments,
L.L.C. | Two North Riverside Plaza, Suite 600, Chicago, IL 60606|
direct: 312 466-3885 | main: 312 454-0100 | fax: 312 454-0335 |
jpaolucci@egii.com <blocked::mailto:jpaolucci@egii.com>  |

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                               MS_265758