| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.164]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 7 Feb 2007 19:24:18 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 08 Feb 2007 00:24:18.0357 (UTC) FILETIME=[78A21E50:01C74B17] |
| Subject: | RE: Questions re: Tribune Bridge Loan |
| Received(Date): | Wed, 7 Feb 2007 19:24:17 -0500 |
| Message-ID: | <8CCF18CD16F9DC4FBE03C3B0EE7D512302E0DEE0@NYWEXMB32.msad.ms.com> |
| In-Reply-To: | <A7CB8D6513E1C1479F21442732289FDF02360681@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Questions re: Tribune Bridge Loan |
| Thread-Index: | AcdK9SO/6pyGyAepTja3yNw/8672hgAGQOFwAAFk+fAAAOU/8A== |
| From: | "Ghosh, Subhalakshmi \(GCM\)" <Subhalakshmi.Ghosh@morganstanley.com> |
| To: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |
| Cc: | "Graham, William \(GCM\)" <W.Graham@morganstanley.com>,"Fincher, James \(IBD\)" <James.Fincher@morganstanley.com>,"Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |

Our prior leverage views hold if your views on valuation of the
businesses don't change but if that is lower we have to adjust leverage
accordingly. Let us know.

Subhalakshmi Ghosh
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-5218
Fax: +1 212 507-0393
Subhalakshmi.Ghosh@morganstanley.com

-----

From: Williams, Steven D (IBD)
Sent: Wednesday, February 07, 2007 7:19 PM
To: Ghosh, Subhalakshmi (GCM)
Cc: Graham, William (GCM); Fincher, James (IBD); Kvorning, Thomas (IBD)
Subject: RE: Questions re: Tribune Bridge Loan


Thank you Subha, very helpful.  We will incorporate this concept into
our model, as we are currently running the L/V ratio off of net proceeds
vs. gross.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MS_239578

Just so you know, Tribune management is currently in the process of
updating their financial package, and we are trying to get the new info
from the other advisors. The Company won't give the package directly to
us b/c we are spec. committee advisor, not Company advisor.

As you can see, part of the frustration on this engagement is that we
are essentially left out of the loop on many of the decisions that are
made with the other advisors, and we have to make many of our judgments
in the dark, without perfect information.
 We are doing everything we can to get our model ready to drop in the new
financials, and, when we have them, we will send everything your way.

Don't think we need a new view on appropriate leverage levels or rates -
as we will continue to use your prior view, which we assume hasn't
changed.

Thanks again for all of your help on this. Believe me, the frustration
on the continual re-iterating is mutual.

Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com


-----

From: Ghosh, Subhalakshmi (GCM)
Sent: Wednesday, February 07, 2007 6:23 PM
To: Williams, Steven D (IBD)
Cc: Graham, William (GCM); Fincher, James (IBD); Kvorning, Thomas (IBD)
Subject: RE: Questions re: Tribune Bridge Loan


On 2) If the tax liability is significant, and we have sufficient
comfort around the sale price we can lend against it that keeps in mind
the tax liability. For example, if we think Cubs and SportsNet will sell
for $600MM and the cash proceeds from the sale is $450MM. We should be
able to $400 - 420MM against it ($30MM - $50MM cushion on the post tax
value). So in this example we might get comfortable lending 67 - 70% of
the sale price.



Subhalakshmi Ghosh
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-5218
Fax: +1 212 507-0393

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      MS_239579

Subhalakshmi.Ghosh@morganstanley.com

―――

From: Williams, Steven D (IBD) Sent: Wednesday, February 07, 2007 3:19 PM
To: Ghosh, Subhalakshmi (GCM)
Cc: Graham, William (GCM); Fincher, James (IBD); Kvorning, Thomas (IBD)
Subject: Questions re: Tribune Bridge Loan


Subha,

Hello, hope all is well.  The Tribune team has a couple of quick
questions for you related to modeling in bridge loans that will be tied
to selected assets that may potentially be sold by Tribune Co.

1) If Tribune is thinking about selling assets, how should we (MS) be
thinking (from a modeling perspective) about including proceeds from the
sale vs. the cash flows from the assets in our leverage base?
Obviously, if assets are being sold, it is not appropriate to include
corresponding cash flows in our leverage base EBITDA.  But, would it be
appropriate to use the cash flows to pay down on the bridge balance up
until the sale process is completed?

2) When thinking about loan / value ratios on bridge loans, is a good
rule-of-thumb percentage around 75%?  Also, is the L/V ratio attached to
the gross proceeds from the sale or net proceeds after tax?  i.e. if we
sell the Cubs and Comcast SportsNet for $600MM, do we get 75% of $600MM
from the bridge lenders or do we get 75% of the after tax value?

Any help here you can provide would be much appreciated.

Thanks,
Steve



Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                 MS_239580