| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 8 Feb 2007 10:49:01 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 08 Feb 2007 15:49:01.0611 (UTC) FILETIME=[A73ACFB0:01C74B98] |
| Subject: | Tower Model |
| Received(Date): | Thu, 8 Feb 2007 10:49:00 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF02360691@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Tower Model |
| Thread-Index: | AcdLmKeiGvDwsHJMRqWCI1588mbQgw== |
| From: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |
| To: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |
| Cc: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |

James,

Just spoke to Thomas at length re: the Tower recap/div model. Think we are very close to matching with Citi/Merrill. There is a slight difference in Q4'07 cash flow/debt paydown which we are going to clear up this AM. We are planning to get on the phone with Issac / Rouxie in about 30 min to discuss the difference.

We will also have to incorporate the new financials once they are made available, but we should have a model that matches exactly with theirs, and it will just be an exercise of dropping in the new numbers.

Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                        MS_240232