| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sun, 11 Feb 2007 12:26:41 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 11 Feb 2007 17:26:41.0229 (UTC) FILETIME=[CB12CFD0:01C74E01] |
| Subject: | Re: Tower: Revised Structure |
| Received(Date): | Sun, 11 Feb 2007 12:26:40 -0500 |
| Message-ID: | <0C97023D8FE4784B92C0981155805596F62194@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Tower: Revised Structure |
| Thread-Index: | AcdN8xXf/sZZX+OYTbuHrUFLYUyIHAADnBnwAAARJeE= |
| From: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |
| To: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |

Sure. Just take a look at the email I sent you and start thinking about the change. And there's the Broad proposal now also...


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com


----- Original Message -----
From: Williams, Steven D (IBD)
To: Fincher, James (IBD)
Sent: Sun Feb 11 12:25:27 2007
Subject: RE: Tower: Revised Structure

James, just tried to call, I am around the co, but looks like we're planning to catch up at around 1pm.

Will just step out to grab a quick bite and be right back.

Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                MS_238442

From: Fincher, James (IBD)
Sent: Sunday, February 11, 2007 10:41 AM
To: Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Subject: Tower: Revised Structure


Guys,

Spoke with Tom. Based on discussions last night/this morning, we just heard that a new structure being used. Will need to model - more complicated than previous structure but should be ok (and once we model the new structure, rest of model should be unchanged I believe). We should discuss obviously, and will need to get started not too late - when can we talk through this? The other key will be to ensure we stay in touch with Citi to make sure we sync up following the changes.

Thanks,
James


Upfront buyback (late march)
- $4.4bn incremental debt
- operating assumption: buyback shares at market (~145MM shares; approximately 60% of stock)
- means ~$18 pro rata buyback per current share

Broadcasting Spin (September or October)
- debt allocated to broadcasting at time of spin will be $1.8Bn (basis of broadcasting)
- after the spin-off, broadcasting borrows another $500MM and uses proceeds to pay a dividend ($2 per current share)

Presentation
- same pages as before, with some small refinements (but no new pages).  now will show package values assuming pro rata tender (i.e., if 60% of the stock is being bought back, our package values will assume a stockholder tenders 0.6 of each of share and the remaining 0.4 is left in the pro forma company).  will need to include ~$18 of cash from tender and ~$2 cash from broadcasting dividend (rather than $20 dividend)
- tom wants a separate, standalone page just for him that looks at the economics of (a) a non-tendering shareholder (i.e. someone is leaves all their shares in the pro forma company) and (b) the McCormicks assuming they tender some shares but not 60%

James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com