| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 9 Feb 2007 17:39:27 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 09 Feb 2007 22:39:27.0015 (UTC) FILETIME=[27870370:01C74C9B] |
| Subject: | RE: Tribune: Merrill/Citi leverage proposal |
| Received(Date): | Fri, 9 Feb 2007 17:39:26 -0500 |
| Message-ID: | <0C97023D8FE4784B92C09811558055996F6217E@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <EF3C409260BFA54EB2A293659B221E1501832A24@NYWEXMB48.msad.ms.com> |
| Thread-Topic: | Tribune: Merrill/Citi leverage proposal |
| Thread-Index: | AcdMlogKb8x/mi9ORkmCcfgNt5ZqJAABEb7QAAARabA= |
| From: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |
| To: | "Graham, William \(GCM\)" <W.Graham@morganstanley.com> |

thanks bill - that's great.

James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----

From: Graham, William (GCM)
Sent: Friday, February 09, 2007 5:39 PM
To: Fincher, James (IBD)
Cc: Taubman, Paul J (IBD); Whayne, Thomas (IBD); Williams, Steven D (IBD)
Subject: RE: Tribune: Merrill/Citi leverage proposal

ok. No problem. I will get to it over the weekend and email you.

Thanks.

William Graham - Executive Director
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-2976
Fax: +1 718 233-2150
W.Graham@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                          MS_264050

---

From: Fincher, James (IBD)
Sent: Friday, February 09, 2007 5:07 PM
To: Graham, William (GCM)
Cc: Taubman, Paul J (IBD); Whayne, Thomas (IBD); Williams, Steven D (IBD)
Subject: Tribune: Merrill/Citi leverage proposal

Bill,

Wanted to check in on Tribune. In advance of a Monday board meeting, as discussed we need to get LevFin views on (a) the doability of the Merrill/Citi proposal we sent you and (b) reasonableness of their proposed fees. Given this is going before the board, Paul/Tom also want to make sure Ashok is fine with the doability of the proposal.

Thanks for your help on this. Obviously happy to discuss further as necessary.

Regards,
James


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                          MS_264051