| | |
|---|---|
| Received: | from PIWEXBH01.msad.ms.com ([205.228.46.151]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 9 Feb 2007 04:47:09 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Received: | from OYWEXBH01.msad.ms.com ([172.24.133.79]) by PIWEXBH01.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 9 Feb 2007 04:47:09 -0500 |
| Received: | from LNWEXMB36.msad.ms.com ([172.24.229.41]) by OYWEXBH01.msad.ms.com with Microsoft SMTPSVC(6.0.3790.1830); Fri, 9 Feb 2007 09:47:07 +0000 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 09 Feb 2007 09:47:07.0267 (UTC) FILETIME=[42E29D30:01C74C2F] |
| Subject: | Re: Revised Leverage Profiles for Tribune |
| Received(Date): | Fri, 9 Feb 2007 04:47:06 -0500 |
| Message-ID: | <AF70710BC2E33241864AEDBCD8420266026CF3D4@LNWEXMB36.msad.ms.com> |
| Thread-Topic: | Revised Leverage Profiles for Tribune |
| Thread-Index: | AcdMKniHjYTSJ+HFRAiVU2ICjrg34QABMW2X |
| From: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| To: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com>,"Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |

James,

In case tom "attacks" you before I get in there are a couple of things I want to highlight on the numbers:

- we are using PHONES at 900MM to be consistent with citi/ML and their cap structures
- the drop on LFCF in 2008 in pub is due to the real estate cash outflow of 175MM.
- the publ downside case is almost identical to the mgmt case because of lower capex and investments. In fact in 2007 and 2008 we delever more quickly in the downside and it is only in the later years where the ebitda decline more than offset the capex cuts they are projecting in the downside case. On a multiple basis we things look different of course.
- since we are now assuming that cubs bcf and comcast eq income can be used in the 06 leverage base even if they are not sold there is no difference between sale and no sale leverage multiples which makes the distinction a bit redundant as far as I can see. We left it in there for now though.
- in the BB case, total debt excl phones
Has increased 100MM due to the difference in Phones valuation which pushes an extra 100 of non-PHONES debt on the cap structure (since we are targetting their total sources and uses). Otherwise total debt shouldn't increase since last pres.

Please write me an email before 9am if you do not think I am required for the morning sessionwith tom. In that case I wil sleep an hour or two more......

Tk



----- Original Message -----

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        MS_252277

From: Williams, Steven D (IBD)
To: Ghosh, Subhalakshmi (GCM); Graham, William (GCM)
Cc: Fincher, James (IBD); Kvorning, Thomas (IBD)
Sent: Fri Feb 09 09:12:59 2007
Subject: Revised Leverage Profiles for Tribune

Subha and Bill,

I've attached leverage profiles and our model for Tribune's Publishing and Broadcasting businesses based on the current proposed recap structure.  All of this is based on a debt financing package that Merrill Lynch and Citigroup have put together for the Tribune recap/special dividend/broadcasting spin.  We would like to know if Morgan Stanley's leveraged finance team would make similar judgments based on the debt paydown schedule and ratios shown here.  Do we think we could get comfortable lending into this situation, or are Mer/Citi a bit "out in front of their skis" so to speak?

Also, it appears that Merrill/Citi are asking for $146MM in fees for a $9.5Bn debt facility.  Does this seem reasonable to you, or excessive?

We'd be happy to find some time tomorrow to chat about this.  Please let me know what works and we can get something on the calendar.

Thanks,
Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MS_252278