| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sun, 11 Feb 2007 21:10:13 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 12 Feb 2007 02:10:13.0612 (UTC) FILETIME=[EE5012C0:01C74E4A] |
| Subject: | RE: Tribune: Merrill/Citi leverage proposal |
| Received(Date): | Sun, 11 Feb 2007 21:10:13 -0500 |
| Message-ID: | <0C97023D8FE4784B92C0981155805596F621A6@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <EF3C409260BFA54EB2A293659B221E1501832A9F@NYWEXMB48.msad.ms.com> |
| Thread-Topic: | Tribune: Merrill/Citi leverage proposal |
| Thread-Index: | AcdMlogKb8x/mi9ORkmCcfgNt5ZqJABqgr9wAAG1PwAAAKUtgAAAPCWg |
| From: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |
| To: | "Graham, William \(GCM\)" <W.Graham@morganstanley.com> |

great - thanks...

James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----

From: Graham, William (GCM)
Sent: Sunday, February 11, 2007 9:05 PM
To: Fincher, James (IBD)
Cc: Whayne, Thomas (IBD); Williams, Steven D (IBD); Sisson, Kevin (GCM); Nayyar, Ashok (GCM)
Subject: RE: Tribune: Merrill/Citi leverage proposal

yes.

-----

From: Fincher, James (IBD)
Sent: Sunday, February 11, 2007 8:49 PM
To: Graham, William (GCM)
Cc: Whayne, Thomas (IBD); Williams, Steven D (IBD); Sisson, Kevin (GCM); Nayyar, Ashok (GCM)
Subject: RE: Tribune: Merrill/Citi leverage proposal

Bill, thanks for this. The attached (which you've seen already) is the most recent doc we've seen on ML/citi terms (has summary terms only, and structure has changed somewhat since this). Upfront fees look OK?

Thanks,
James

James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

---

From: Graham, William (GCM)
Sent: Sunday, February 11, 2007 8:05 PM
To: Fincher, James (IBD)
Cc: Taubman, Paul J (IBD); Whayne, Thomas (IBD); Williams, Steven D (IBD); Sisson, Kevin (GCM); Nayyar, Ashok (GCM)
Subject: RE: Tribune: Merrill/Citi leverage proposal

Their proposal looks fine. Structure & rates generally look ok to me. The key to this is seeing exactly what conditions and flex ML/Citi have around their financing commitments. Has the company received a detailed term sheet or at least a summary of the conditions?

William Graham - Executive Director
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-2976
Fax: +1 718 233-2150
W.Graham@morganstanley.com

---

From: Fincher, James (IBD)
Sent: Friday, February 09, 2007 5:07 PM
To: Graham, William (GCM)
Cc: Taubman, Paul J (IBD); Whayne, Thomas (IBD); Williams, Steven D (IBD)
Subject: Tribune: Merrill/Citi leverage proposal

Bill,

Wanted to check in on Tribune. In advance of a Monday board meeting, as

discussed we need to get LevFin views on (a) the doability of the Merrill/Citi proposal we sent you and (b) reasonableness of their proposed fees. Given this is going before the board, Paul/Tom also want to make sure Ashok is fine with the doability of the proposal.

Thanks for your help on this. Obviously happy to discuss further as necessary.

Regards,
James


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_263992