| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 12 Feb 2007 09:14:35 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 12 Feb 2007 14:14:35.0952 (UTC) FILETIME=[1FE2DB00:01C74EB0] |
| Subject: | RE: Anything going on? |
| Received(Date): | Mon, 12 Feb 2007 09:14:35 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F06F76@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <0B3BF3EEA08B584098EA6A4C0CDF417801E97D77@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | Anything going on? |
| Thread-Index: | AcdOrXQIN6Q5PwdMRz+8NyJXp5sXywAAAm5gAAAZfnEAAAr/kAAAeoNSAAAFmaA= |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |

Great message

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Monday, February 12, 2007 9:14 AM
To: Whayne, Thomas (IBD)
Subject: Re: Anything going on?

Fine. Then let's do a self tender at 30 and suggest that others not tender.


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley
| Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Mon Feb 12 09:03:41 2007
Subject: RE: Anything going on?

favors the tender because believes it more effectively addresses
chandler take-out relative to dividend, but I told her that I disagree
with her math, and think it is inelegant to not distribute up to 20 if
undersubscribed.  she does not see why we would pay 32.5 when we can pay
30, but she is focused primarily on the chandlers rather than broader

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    MS_287505

signalling issues. she did not want to talk too long last night given early flight, so will pick up this morning.

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Monday, February 12, 2007 8:59 AM
To: Whayne, Thomas (IBD)
Subject: Re: Anything going on?

Does she get my/our point?


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Mon Feb 12 08:57:08 2007
Subject: RE: Anything going on?

spoke briefly to christina last night. have not spoken to ml. both are on flights this morning, so unlikely that they will be on this morning's call.

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Monday, February 12, 2007 8:55 AM
To: Whayne, Thomas (IBD)
Subject: Anything going on?

Have u spoken to mer and/or citi?


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MS_287506