| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.169]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 12 Feb 2007 09:45:56 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 12 Feb 2007 14:45:56.0495 (UTC) FILETIME=[80C6F1F0:01C74EB4] |
| Subject: | Re: Anything going on? |
| Received(Date): | Mon, 12 Feb 2007 09:45:56 -0500 |
| Message-ID: | <0B3BF3EEA08B584098EA6A4C0CDF417801E97D82@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | Anything going on? |
| Thread-Index: | AcdOrXQIN6Q5PwdMRz+8NyJXp5sXywAAAm5gAAAZfnEAAAr/k AABA0rkAAAMc0AAAEegzwAADi3QAAAa/OkAAAFdUAAAGiBu |
| From: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |

Ok.


Paul J. Taubman - Head of Global Mergers and
Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Mon Feb 12 09:44:20 2007
Subject: RE: Anything going on?

No just half is my understanding: 49 + (.5*28) = 63.  63/144 = 44%

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Monday, February 12, 2007 9:43 AM
To: Whayne, Thomas (IBD)
Subject: Re: Anything going on?

But I assume foundation wouldn't tender everything. Would they?


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          MS_285970

Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Mon Feb 12 09:41:55 2007
Subject: RE: Anything going on?

56% or inverse of 63/144 (Chandlers have 49 mm shares and Foundation has 28 mm)

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Monday, February 12, 2007 9:38 AM
To: Whayne, Thomas (IBD)
Subject: Re: Anything going on?

So if no one else tenders how undersubscribed with the offer be?


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Mon Feb 12 09:33:27 2007
Subject: RE: Anything going on?

Tendering for approx 144 million shares, or 60% of total. I believe the plan is for the chandlers to tender all of their shares. Have not received a straight answer on foundation, but know they will be capped at around 50% of shares tendered (and will use half of proceeds to purchase remaining chandler shares.

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Monday, February 12, 2007 9:29 AM
To: Whayne, Thomas (IBD)
Subject: Re: Anything going on?

Quick question: how many shares are we tendering for if we go the tender and how many shares would chandlers/foundation agree to tender?


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                              MS_285971

Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Mon Feb 12 09:03:41 2007
Subject: RE: Anything going on?

favors the tender because believes it more effectively addresses chandler take-out relative to dividend, but I told her that I disagree with her math, and think it is inelegant to not distribute up to 20 if undersubscribed.  she does not see why we would pay 32.5 when we can pay 30, but she is focused primarily on the chandlers rather than broader signalling issues. she did not want to talk too long last night given early flight, so will pick up this morning.

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Monday, February 12, 2007 8:59 AM
To: Whayne, Thomas (IBD)
Subject: Re: Anything going on?

Does she get my/our point?


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Mon Feb 12 08:57:08 2007
Subject: RE: Anything going on?

spoke briefly to christina last night.  have not spoken to ml.   both are on flights this morning, so unlikely that they will be on this morning's call.

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Monday, February 12, 2007 8:55 AM
To: Whayne, Thomas (IBD)
Subject: Anything going on?

Have u spoken to mer and/or citi?


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                           MS_285972

Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                              MS_285973