| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 13 Feb 2007 07:07:51 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="iso-8859-1" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 13 Feb 2007 12:07:51.0393 (UTC) FILETIME=[95A0FD10:01C74F67] |
| Subject: | RE: charlie 1 |
| Received(Date): | Tue, 13 Feb 2007 07:07:51 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F06F9C@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <9BEA94F838965A4099B4863EE71F11AD01E056F3@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | charlie 1 |
| Thread-Index: | AcdPXipu6I5eynzFTIeqHj+Ij6nxZwAAZtCAAAHXM6A= |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com>,"Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |

No information on hoy. Board has decided to pursue $20 distribution and spin. Will decide between dividend and tender this morning. Turns out Peltz now has a greater than 5% stake in company, so a tender where he does not participate takes him up to around 15%. Same issue with Ariel. Also learned that a shareholder vote will be required to give Foundation a convertible preferred, which is what they have demanded to help with Chandler issues. Very messy.

-----Original Message-----
From: Stewart, Charles (IBD)
Sent: Tuesday, February 13, 2007 6:12 AM
To: Fincher, James (IBD)
Cc: Whayne, Thomas (IBD)
Subject: Fw: charlie 1

See #4 - how much did they get for hoy?

How did board meeting go, any decisions?


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Factiva <emailednews@email.global.factiva.com>
To: Stewart, Charles (IBD)

Sent: Tue Feb 13 06:00:17 2007
Subject: charlie 1

1. Disney Licenses Hannah, Cheetah Toys
12 February 2007, Multichannel News [211 Words] Disney Consumer Products and toy manufacturer Jakks Pacific teamed up to produce a new line of toys based on Disney Channel properties Hannah Montana and The Cheetah Girls.
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=MULTN00020070212e32c0008d&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

2. Comcast Site Teams With Facebook; Social network is expected to give a boost to broadband provider's VOD offerings
12 February 2007, Broadcasting & Cable [691 Words] Last week's announcement of a partnership between Comcast Interactive Media's Internet video site Ziddio and social-networking site Facebook.com offers a glimpse of how media companies are working to turn user-generated content into ...
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=BDCTCA0020070212e32c0008i&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

3. Flash!
12 February 2007, Broadcasting & Cable [745 Words] Hey, NBC: Carson Daly's Ready for 12:30 Edited by Joel Topcik Late-night host Carson Daly is throwing his hat into the ring for the 12:30 a.m. slot on NBC if and when Conan O'Brien jumps to 11:30 p.m. in 2009.
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=BDCTCA0020070212e32c0008g&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

4. Tribune Sells Hoy New York To Spanish-Language Chain
13 February 2007, The New York Times [447 Words] The Tribune Company yesterday sold Hoy New York, its Spanish-language newspaper, to ImpreMedia, a leading Spanish-language publisher. Tribune is keeping its sister Hoy publications in Los Angeles and Chicago.
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=NYTF000020070213e32d00029&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

5. Starz Aligns with P2P Start-Up
12 February 2007, Multichannel News [174 Words] Starz Media will distribute its movies and other video content through the peer-to-peer network operated by Azureus, a Palo Alto, Calif.-based start-up, the companies said Monday.
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=MULTN00020070212e32c000dy&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

6. Bravo Sets GetTrio Site, E-Letter
12 February 2007, Multichannel News [498 Words] In the third phase of Trio's evolution from its prior life as a 24-hour linear channel, Bravo Monday launched www.getTRIO.com http://www.getTRIO.com , a curated, daily pop-culture electronic newsletter and broadband site.
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=MULTN00020070212e32c0008g&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

7. Ops Look to 'Playlists' To Unlock Ad Potential; Dynamic Insertion in Early Stages Despite High Advertiser Demand
12 February 2007, Multichannel News [2293 Words] To Paul Woidke, vice president of technology for the Comcast Spotlight advertising unit, the way ads are packaged with free on-demand content today is like stitching together two sheets of metal with steel thread.
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=MULTN00020070212e32c0003b&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

8. Time Warner Sells Braves to Malone's Liberty Media
12 February 2007, Multichannel News [190 Words] Time Warner agreed to sell Major League Baseball's

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                      MS_265774

Atlanta Braves to John Malone's Liberty Media, according to several published reports. In exchange for Liberty returning about $1 billion in Time Warner stock to Time Warner, Liberty will ...
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=MULTN00020070213e32c0002t&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

9. Pruitt Defends KR Deal After McClatchy Posts Q4 Loss
6 February 2007, Editor & Publisher [564 Words] The nation's second-largest newspaper company, McClatchy Co., reported a net loss of $279.3 million or $3.41 per share including discontinued operations in Q4 2006.
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=EDPB000020070213e32600005&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

10. ASNE Convention to Focus on Innovations and First Amendment Battles
8 February 2007, Editor & Publisher [518 Words] Issues ranging from sports coverage on the Internet to Iraq War reporting to anonymous sources and leaked documents will be among those discussed at the American Society of Newspaper Editors annual convention next month.
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=EDPB000020070213e32800015&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

11. Monster Revenue Up 33%, Online Recruiter Passes $1 Billion for Year
1 February 2007, Editor & Publisher [539 Words] Monster Worldwide Inc., which is fighting newspaper-run CareeerBuilder.com for dominance in online job sites, said Thursday fourth-quarter revenue was up 33% over the same period in 2005 to $298.6 million, and that in 2006 it surpassed $1 ...
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=EDPB000020070213e3210002n&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

12. Ion Forms Mobile-Ventures Unit
12 February 2007, Multichannel News [294 Words] West Palm Beach, Fla. -- Ion Media Networks is forming Open Mobile Ventures Corp. (OMVION), a new business unit dedicated to the research and development of portable, mobile and out-of-home transmission technology utilizing over-the-air ...
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=MULTN00020070212e32c000gq&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

13. People
12 February 2007, Multichannel News [660 Words] Africa Channel Shirley Neal was promoted to executive vice president of programming and production at Africa Channel. She was VP, production and development.
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=MULTN00020070212e32c0003e&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

14. Zucker in Charge; NBCU's new chief on the media giant's future
12 February 2007, Broadcasting & Cable [1558 Words] NBC Universal President/CEO Jeff Zucker got the last laugh. As the network's primetime dominance was eroding over the past few seasons, his detractors happily recounted the travails of the once proud peacock network.
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=BDCTCA0020070212e32c0008d&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

15. Working for the Weekend; ABC's Green guides Good Morning America on the sixth and seventh days
12 February 2007, Broadcasting & Cable [1163 Words] It's 9:00 on a recent Sunday morning, and John Green has already been up since 2:30 a.m. and at work since 4. While much of New York City hasn't even attempted to come out of its slumber, Green, executive producer of ABC's Good Morning ...
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=BDCTCA0020070212e32c0008r&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

16. Fates & Fortunes

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                    MS_265775

12 February 2007, Broadcasting & Cable [532 Words] Broadcast TV Ray Depa , VP/general manager, KGUN Tucson, Ariz., appointed VP/general manager, WAAY, Huntsville, Ala. Cable TV Jen Goldman , director of marketing, Comcast Southern Division, Atlanta, promoted to senior director of ...
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=BDCTCA0020070212e32c0008s&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

17. (BAYLIFE RAIL)
9 February 2007, Tampa Tribune [616 Words] Friday February 09, 2007 Section BAYLIFE Page 2 (BAYLIFE RAIL) NIELSEN RATINGS As anticipated, the Super Bowl and "American Idol" overshadowed everything on television for the week of Jan. 29 to Feb. 4.
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=TMPA000020070212e32900009&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

18. Big Lead in Littlest State; NBC affiliate dominates in capital market
12 February 2007, Broadcasting & Cable [551 Words] NBC affiliate WJAR has long been tops in Providence, R.I.-New Bedford, Mass., the nation's 51st-largest market. And General Manager Lisa Churchville says nothing breeds success like success: "If you're No. 1, the news sources turn to you, ...
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=BDCTCA0020070212e32c0008f&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

19. Telemundo, Azteca Spar in Court, Media; Networks' Dispute Heats Up Over Exclusivity Pact With Producer
12 February 2007, Multichannel News [1096 Words] One of the most heated dramas in Hispanic television isn't happening in front of the cameras. It's the rivalry between Telemundo and Mexican broadcaster TV Azteca, both of which bill themselves as the world's second-largest producer of ...
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=MULTN00020070212e32c00036&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

20. Murdoch Chirps While DirecTV Clicks; Strong Q4 Doesn't Cause Doubts Over DBS Sale to Liberty
12 February 2007, Multichannel News [1019 Words] New York- News Corp. chairman Rupert Murdoch seems pretty pleased with his decision to sell a controlling interest in DirecTV Group to John Malone's Liberty Media, even if the leading U.S. satellite-TV provider ended the year strongly.
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=MULTN00020070212e32c00033&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

21. El Diario publisher buys Hoy Tribune Co. sells Spanish-language paper's New York edition for an undisclosed sum, but Newsday will continue printing and distribution
13 February 2007, Newsday [683 Words]
The New York edition of Hoy, a Spanish-language newspaper built by Newsday, has been sold for an undisclosed amount to ImpreMedia, publisher of the rival El Diario La Prensa, officials said yesterday.
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=NDAY000020070213e32d0003t&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

22. MTV Networks to cut 250 positions
13 February 2007, Los Angeles Times [542 Words] Viacom Inc.'s MTV Networks will cut 250 jobs nationwide to focus more on faster growing digital entertainment, according to an internal memo circulated Monday.
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=LATM000020070213e32d0002m&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

23. Veoh to target YouTube viewers; The online site, which launches today, aims to stand out with longer and better-quality videos. Michael Eisner is an investor.
13 February 2007, Los Angeles Times [564 Words] An Internet television service backed by one of Hollywood's best-known deal makers launches today. After a year and a half of public testing, Veoh formally opens for business stocked with more than 100,000 videos by amateurs and ...
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=LATM000020070213e32d0002r&fn=charlie%2

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

01&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

24. Report: Hometown Billionaire Bidding For Tribune Co.
7 February 2007, Editor & Publisher [293 Words] Tribune Co. has at last attracted the attention of a hometown billionaire, the Chicago Tribune reported Wednesday. Real estate magnate Sam Zell "has emerged as a potential" bidder for the Tribune Co., according to a Tribune article by ...
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=EDPB000020070213e3270000k&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

25. Murdoch Would Like JOA Between His 'NY Post' and Tribune's 'Newsday' 7 February 2007, Editor & Publisher [294 Words] Confirming his interest in working with the Chandler family in its bid for Tribune Co., News Corp. Chairman and CEO Rupert Murdoch said Wednesday he would ultimately like to see a JOA (joint operating agreement) between his New York Post ...
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=EDPB000020070213e3270000m&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

26. FRIDAY'S LINKS: Timing Bad for Tribune Sale?, Libby Trial 'Serving a Useful Purpose' for Journos, McClatchy Dips
9 February 2007, Editor & Publisher [216 Words] In today's links, the McClatchy stock trades at its lowest price in a year, speculation that Tribune's sale is timed to undervalue its television properties, and an Irish newspaper is fined after a restaurant review is described as a ...
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=EDPB000020070213e3290001o&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

27. Tribune May Restructure, Not Sell, 'WSJ' Reports
12 February 2007, Editor & Publisher [110 Words] This may turn out differently than many thought. The Tribune Co. is leaning against accepting takeover offers and instead may choose to restructure, the Wall Street Journal reports on Monday.
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=EDPB000020070213e32c00020&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

28. New Owner ImpreMedia Will Keep N.Y. 'Hoy' Edition Publishing
12 February 2007, Editor & Publisher [832 Words] Most chains fold their rival paper if it falls into their hands. ImpreMedia LLC, the big Spanish-language newspaper chain that on Monday agreed to buy Tribune Co.'s New York edition of Hoy, says will keep the Spanish-language daily ...
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=EDPB000020070213e32c00024&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

29. 'Hoy' Publisher Solomon Tapped to Head Tribune Sibling in Virginia
31 January 2007, Editor & Publisher [377 Words] Digby A. Solomon Diez, who took over Tribune Co.'s national Spanish-language daily Hoy after its circulation scandal, is the new publisher, president and CEO of the Daily Press in Newport News, Va., and its related operations, Tribune ...
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=EDPB000020070213e31v0002z&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

30. Quipp Installs: Turnkey in Texas, Packman in Paducah
31 January 2007, Editor & Publisher [347 Words] Miami-based Quipp Inc. will supply The Longview (Texas) News-Journal with an integrated post-press inserting and packaging system for its expanded production facility.
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=EDPB000020070213e31v00035&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

31. MobiTV Taps Bax for Board
12 February 2007, Multichannel News [175 Words] Mobile and broadband television and music company MobiTV appointed Simon Bax to its board of directors. A 20-year industry veteran, Bax has held positions at Pixar Animation Studios and Fox Filmed Entertainment, among others.

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    MS_265777

http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=MULTN00020070212e32c0008f&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

32. KNOW-IT-ALLS; STATISTIC
12 February 2007, The Milwaukee Journal Sentinel [115 Words] The leading cause of death in America is cardiovascular disease, which kills 2.4 million people each year, or 37% of all deaths, according to the American Heart Association. Cancer is the second leading cause, accounting for 23% of deaths. ...
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=MLWK000020070212e32c00001&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

33. QUICK HIT
12 February 2007, The Milwaukee Journal Sentinel [87 Words] The president may have taken some of the "ic" factor out of politics recently when he promised to refer to the loyal opposition as the Democratic Party and not the Democrat Party. One can hope others will follow suit and stop using this ...
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=MLWK000020070212e32c00007&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

34. IN MOTION EXERCISE OF THE WEEK
12 February 2007, The Milwaukee Journal Sentinel [158 Words] Frontal lunge with press Start with body bar in front at shoulder height, feet hip-width apart. Draw in abdominals and lunge forward, keeping upper body tall and press bar overhead. Lower bar back to start position, and press back through ...
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=MLWK000020070212e32c0000c&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

35. Bablitch joins Quarles & Brady firm
12 February 2007, The Milwaukee Journal Sentinel [162 Words] Steve Bablitch, most recently secretary of the Wisconsin Department of Administration, has joined the Milwaukee office of Quarles & Brady as a partner. He will concentrate on corporate and health care law.
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=MLWK000020070212e32c0000h&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

36. Editorial: Discounting Diversity
1 February 2007, Editor & Publisher [464 Words] At job fairs and association conventions that brought together journalists of color, Knight Ridder Inc. recruiters and executives used to eagerly hand out cute buttons that proclaimed, "Diversity: No Excuses!"
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=EDPB000020070212e32100004&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

37. Pruitt Defends Minneapolis 'Fire Sale'
1 February 2007, Editor & Publisher [713 Words] It was Minneapolis that put the McClatchy Co. and CEO Gary Pruitt on the map when the then-small company outmaneuvered much bigger fish to purchase the Star Tribune for $1.2 billion in 1998 from Cowles Media Co. So when McClatchy ...
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=EDPB000020070212e3210000h&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

38. Time Warner Cable On Journey Toward Expected NYSE Listing; Couple Of Options Still In Play; Adelphia creditors slowing down the process as they battle the bankruptcy plan
12 February 2007, Investor's Business Daily [668 Words] There have been a lot of twists and turns in Time Warner Cable's journey to the stock market as a public company. And they're not over yet.
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=INVDAI0020070212e32c00008&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

39. Soap Mag Confidential; Their coverage might influence the vote, but they aren't so hot at predicting winners
12 February 2007, Broadcasting & Cable [546 Words] The storyline seems like, well, something out of a soap opera: A family member gets killed off, leaving everyone feeling gloomy, but soon after, a grand

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                              MS_265778

announcement is made, and everyone's attention turns to preparing for the big day.
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=BDCTCA0020070212e32c0008v&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

40. NBCU Hunts for Daytime Success; Station group mulls programming strategy
12 February 2007, Broadcasting & Cable [615 Words] Afternoons are tough for almost every TV station, but NBC Universal's have had a particularly hard time."We need to give our viewers a different set of things to react to," says Jay Ireland, president of NBC Universal Television Stations ...
http://mobile.factiva.com/showarticle.aspx?L=en&ht=h&a=BDCTCA0020070212e32c0008y&fn=charlie%201&fid=10266341&ns=79&F=G&c=article&aid=9MOR001400

----------
(c) 2007 Factiva, Inc.  All Rights Reserved.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_265779