| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 15 Feb 2007 10:38:17 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 15 Feb 2007 15:38:17.0358 (UTC) FILETIME=[501DDAE0:01C75117] |
| Subject: | Re: 9:52am est/6:52am pst mr. b. osborne pcb on cell 312.623.4407 |
| Received(Date): | Thu, 15 Feb 2007 10:38:17 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F07022@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | 9:52am est/6:52am pst mr. b. osborne pcb on cell 312.623.4407 |
| Thread-Index: | AcdREPGGzrWbnHfzRDy8qFprhz/48gAAIpMAAAAT5IQAABqgiwAAQIWsAAAJX50AALNmOAAALdKrAAAbYjo= |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |

Agreed. Appears she is being linear for the moment -- wanted us to set price at 30 or 31 (which is what michael and christina signalled we would do through fixed price tender) and she would live with that as basis for deal. It is all process to her.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Taubman, Paul J (IBD)
To: Whayne, Thomas (IBD)
Sent: Thu Feb 15 10:35:13 2007
Subject: Re: 9:52am est/6:52am pst mr. b. osborne pcb on cell 312.623.4407

She owned that issue anyway. If we set tender at $32.5 per share she would still be guessing on the post tender price. I don't get it.


Paul J. Taubman - Head of Global Mergers and
Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            MS_287525

----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Thu Feb 15 10:30:05 2007
Subject: Re: 9:52am est/6:52am pst mr. b. osborne pcb on cell 312.623.4407

Agreed. But it is her way of expressing unhappiness that we won't set the price via a tender to make her fairness opinion easier.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Taubman, Paul J (IBD)
To: Whayne, Thomas (IBD)
Sent: Thu Feb 15 10:10:01 2007
Subject: Re: 9:52am est/6:52am pst mr. b. osborne pcb on cell 312.623.4407

That seems silly.


Paul J. Taubman - Head of Global Mergers and
Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Thu Feb 15 10:08:59 2007
Subject: Re: 9:52am est/6:52am pst mr. b. osborne pcb on cell 312.623.4407

Yes
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
-------------------------
Sent from my BlackBerry Wireless Handheld

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                                 MS_287526

----- Original Message -----
From: Taubman, Paul J (IBD)
To: Whayne, Thomas (IBD)
Sent: Thu Feb 15 10:01:45 2007
Subject: Re: 9:52am est/6:52am pst mr. b. osborne pcb on cell 312.623.4407

As opposed to ten dollars?


Paul J. Taubman - Head of Global Mergers and
Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Thu Feb 15 09:58:47 2007
Subject: Re: 9:52am est/6:52am pst mr. b. osborne pcb on cell 312.623.4407

Only that the Foundation and Chandlers are unhappy about dividend and that price discussions are testy. Unterman is being unreasonable as she wants price set based on VWAP post dividend annoucement.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Taubman, Paul J (IBD)
To: Whayne, Thomas (IBD)
Sent: Thu Feb 15 09:56:33 2007
Subject: Fw: 9:52am est/6:52am pst mr. b. osborne pcb on cell 312.623.4407

Any updates before I call back?


Paul J. Taubman - Head of Global Mergers and
Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MS_287527

----- Original Message -----
From: Hydovitz, Carol (IBD)
To: Taubman, Paul J (IBD)
Sent: Thu Feb 15 09:52:41 2007
Subject: 9:52am est/6:52am pst mr. b. osborne pcb on cell 312.623.4407


Carol Hydovitz
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7126
Fax: +1 212 507-4517
Carol.Hydovitz@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                         MS_287528