| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 16 Feb 2007 16:32:21 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 16 Feb 2007 21:32:21.0709 (UTC) FILETIME=[F1264FD0:01C75211] |
| Subject: | RE: Spoke to oz |
| Received(Date): | Fri, 16 Feb 2007 16:32:21 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F0706E@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <0B3BF3EEA08B584098EA6A4C0CDF417801E97EBF@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | Spoke to oz |
| Thread-Index: | AcdSBSo23VxJ9gQxRxeeUYaWu+6qvAAAAg+QAAAKyLcAAxR+AA== |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |

Did he have any reaction to the fact that they are meaningfully off-market?

Btw, Christina says that management is spending most of their time focusing on the ESOP

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Friday, February 16, 2007 3:02 PM
To: Whayne, Thomas (IBD)
Subject: Re: Spoke to oz

One step at a time.


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley
| Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Fri Feb 16 15:01:27 2007
Subject: RE: Spoke to oz

Was he receptive?

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                           MS_287602

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Friday, February 16, 2007 3:01 PM
To: Whayne, Thomas (IBD)
Subject: Spoke to oz

Gave him the 25bp speech.


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley
| Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com

MORGAN STANLEY — HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY                                    MS_287603