| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.164]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 20 Feb 2007 22:39:56 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 21 Feb 2007 03:39:56.0770 (UTC) FILETIME=[F4A48C20:01C75569] |
| Subject: | Re: |
| Received(Date): | Tue, 20 Feb 2007 22:39:56 -0500 |
| Message-ID: | <0B3BF3EEA08B584098EA6A4C0CDF417801E97F9B@NYWEXMB32.msad.ms.com> |
| Thread-Index: | AcdVaPSwLXYE9h2eQ2OqctIgUMkD+gAAP/DD |
| From: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |

Available.


Paul J. Taubman - Head of Global Mergers and Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Tue Feb 20 22:32:47 2007
Subject:

Spoke to Jill. They want expense reimbursement (up to $10 mm) only if we pursue another deal. Said that Madigan et al are feeling used as every time in the last couple of days that they attempt to broach difficult issues with Dennis, he says that they are more focused on the Zell deal. Also says Costa has been unresponsive, as he did not return calls for over 8 hours today. Threatening to put pencils down. We should discuss tomorrow if you are not available.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_285992