| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 21 Feb 2007 15:51:27 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 21 Feb 2007 20:51:27.0593 (UTC) FILETIME=[0E72AD90:01C755FA] |
| Received(Date): | Wed, 21 Feb 2007 15:51:27 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F07107@NYWEXMB21.msad.ms.com> |
| Thread-Index: | AcdV+g5MoUqJa446RSunSV8I/iuxmg== |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |

Spoke to Chip. We discussed Jill's request for expense reimbursement if we pursue ESOP and he said that he had heard from the Foundation's counsel on the same issue (albeit with no threat to go pencils down). He has not spoken to Oz on the issue yet but agrees that we need to address in the next day or so. Discussed Zell proposal and he said that he is concerned by the high level of conditionality reflected in their term sheet. Also agrees that we need to hear from management in the next day or so as to their plan to make this work and timeframe. Also took the opportunity to ask him if he had seen our financing proposal. He tried to avoid discussion but I said that I was surprised that we had not heard anything from the company regarding our proposal given the fact that ML/Citi were so off-market. Also observed that ML/Citi are obviously unhappy with us for making them look greedy (and he agreed), and reiterated that it is strange that no one has reached out to us. Said he would look into it after this second go-round.

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                 MS_287200