| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 22 Feb 2007 15:35:28 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 22 Feb 2007 20:35:28.0803 (UTC) FILETIME=[FD60AF30:01C756C0] |
| Subject: | RE: PHONE MESSAGE:  Chandler - Tribune (312) 222-5578 [2:36pm] |
| Received(Date): | Thu, 22 Feb 2007 15:35:28 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F0712B@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <1EE59015D2B8AB45B8AAA315AD4BAF8A028CB047@NYWEXMB48.msad.ms.com> |
| Thread-Topic: | PHONE MESSAGE:  Chandler - Tribune (312) 222-5578 [2:36pm] |
| Thread-Index: | AcdWuNLN75pMPQ62Sz6ImmYCmx2IwgABMq6AAABFKNAAACgM0AAAGfwAAAAjBSAAABcVcAAAC2qw |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Nayyar, Ashok \(GCM\)" <Ashok.Nayyar@morganstanley.com>,"Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com>,"Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |

Economic impact?  I would like to send him an e-mail that says a 7 year
bridge structure works with [no][meaningful] impact. Which bracketed
words can I keep?

-----Original Message-----
From: Nayyar, Ashok (GCM)
Sent: Thursday, February 22, 2007 3:33 PMTo: Whayne, Thomas (IBD); Taubman, Paul J (IBD);
Stewart, Charles (IBD)
Subject: RE: PHONE MESSAGE: Chandler - Tribune (312) 222-5578 [2:36pm]

7 years works.  No problem

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Thursday, February 22, 2007 3:32 PM
To: Nayyar, Ashok (GCM); Taubman, Paul J (IBD); Stewart, Charles (IBD)
Subject: RE: PHONE MESSAGE: Chandler - Tribune (312) 222-5578 [2:36pm]

Can I tell him that 7 years works?  Would there be any economic impact?
I believe 7 years is the tipping point for high tax comfort.

-----Original Message-----
From: Nayyar, Ashok (GCM)
Sent: Thursday, February 22, 2007 3:29 PMTo: Whayne, Thomas (IBD); Taubman, Paul J (IBD);
Stewart, Charles (IBD)
Subject: RE: PHONE MESSAGE: Chandler - Tribune (312) 222-5578 [2:36pm]

You are correct on the three years or longer(could be 7 years). I am

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

available this afternoon

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Thursday, February 22, 2007 3:26 PM
To: Nayyar, Ashok (GCM); Taubman, Paul J (IBD); Stewart, Charles (IBD)
Subject: RE: PHONE MESSAGE: Chandler - Tribune (312) 222-5578 [2:36pm]

I think they were solely focused on duration, and were assuming that
ours was a classic 6 month bridge.  Told him that could easily be
extended to 3 years (which is what I think you told me) and potentially
longer if necessary to solve a tax constraint.  This was news to him.
He is going to raise on call with Wachtell and come back to us.  Are you
available this afternoon if/when he calls back?

-----Original Message-----
From: Nayyar, Ashok (GCM)
Sent: Thursday, February 22, 2007 3:23 PM
To: Whayne, Thomas (IBD); Taubman, Paul J (IBD); Stewart, Charles (IBD)
Subject: RE: PHONE MESSAGE: Chandler - Tribune (312) 222-5578 [2:36pm]

The Bridge loan is secured and is labeled as a bridge but its terms are
similar to the Term Loan B that C/ML had. It just does not have a 1.5%
fee but a .25% fee. We can easily label as it a Term Loan C.  Therefore
I do not see the difference in terms of it not being a security.

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Thursday, February 22, 2007 3:18 PM
To: Taubman, Paul J (IBD); Nayyar, Ashok (GCM); Stewart, Charles (IBD)
Subject: FW: PHONE MESSAGE: Chandler - Tribune (312) 222-5578 [2:36pm]
Importance: High

Received a call from Chandler.  Said our bridge structure does not
qualify as a security for a debt-for-debt exchange according to
Wachtell.  Reminded him that the bridge structure is only a part of our
proposal, and that it does not underpin all of the economic difference
(which he acknowledged).  Also observed that there might be a different
tax answer for the bridge if its term was extended to a multi-year
structure, which we could do, and that he should check with Wachtell on
this.  He said he would do so as they are just getting on a call with
them.  Promised to get back to me after call.  We should discuss how to
continue engagement on this dialogue as they have finally reached out to
us.  Said our proposal had been very helpful in their ongoing fee
discussions.

-----Original Message-----
From: Hanrahan, Maria (IBD)
Sent: Thursday, February 22, 2007 2:37 PM
To: Whayne, Thomas (IBD)
Subject: PHONE MESSAGE: Chandler - Tribune (312) 222-5578 [2:36pm]

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_288185

Importance: High

Maria Hanrahan
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-8178
Fax: +1 212 507-4655
Maria.Hanrahan@morganstanley.com

MORGAN STANLEY — HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY