| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.164]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 22 Feb 2007 16:31:33 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 22 Feb 2007 21:31:33.0639 (UTC) FILETIME=[D2F9E970:01C756C8] |
| Subject: | Re: Bridge Proposal |
| Received(Date): | Thu, 22 Feb 2007 16:31:33 -0500 |
| Message-ID: | <9BEA94F838965A4099B4863EE71F11AD01E0582E@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | Bridge Proposal |
| Thread-Index: | AcdWwg7rUGplvMjiRCqVXICwjWWb1gAAIBdgAAEc2gw= |
| From: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |

Awesome. I'm in denver headed to airport home. In office all day tomorrow.


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Whayne, Thomas (IBD)
To: Stewart, Charles (IBD)
Sent: Thu Feb 22 15:59:41 2007
Subject: Fw: Bridge Proposal

Was this OK?  Are you available later if he calls back?
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Bigelow, Chandler [TRIBUNE COMPANY (Chicago)]
Cc: Taubman, Paul J (IBD); Stewart, Charles (IBD)

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                       MS_287689

Sent: Thu Feb 22 15:43:08 2007
Subject: Bridge Proposal

Chandler,

As we discussed, our bridge structure can be extended. Just confirmed with our desk that the bridge can be structured with a 7 year term, with no impact on the economics in our prior proposal. Hope that helps, and wanted to make sure that you had this information prior to your Wachtell conversation. Please let us know if you would like to discuss further.

Best regards,

Tom

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_287690