| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 22 Feb 2007 09:14:28 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 22 Feb 2007 14:14:28.0510 (UTC) FILETIME=[C394CBE0:01C7568B] |
| Received(Date): | Thu, 22 Feb 2007 09:14:28 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F0711D@NYWEXMB21.msad.ms.com> |
| Thread-Index: | AcdWi8LBNAHtdhjySrOWtgmtS71FXQ== |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |

Just spoke with Christina. Apparently Dennis and Crane approached State Street about serving as trustee for the ESOP, but were turned down. Are scrambling to find a trustee.

Also delivered message to Jill -- she is not happy and said Madigan will likely call Oz.

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                MS_286386