| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.164]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sat, 24 Feb 2007 14:16:31 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 24 Feb 2007 19:16:31.0716 (UTC) FILETIME=[4AAE1240:01C75848] |
| Subject: | tribune |
| Received(Date): | Sat, 24 Feb 2007 14:16:31 -0500 |
| Message-ID: | <9BEA94F838965A4099B4863EE71F11AD01E05884@NYWEX MB32.msad.ms.com> |
| Thread-Topic: | tribune |
| Thread-Index: | AcdYSEqAtxORYwyLSmKyR0ip4nZSug== |
| From: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |
| To: | "English, Frank \(IBD\)" <Frank.English@morganstanley.com> |
| Cc: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |

Frank --

We are providing views on the $9bn financing package for tribune
self-help alternatives. we are having some dialogues with the company
and are starting to reveal that the Citi/ML proposal is way off market
and reflects their taking advantage of a non-competitive process. would
like to update you in more detail, especially as Don starts to get
increasingly involved. can you speak over the weekend or on monday
morning?

also had a 3 hour special committee meeting this morning. the process
continues but we're down to the short strokes. it's a nearly fully baked
self-help plan vs. a 3rd party acquiror at this point; should know more
in the next few days.

Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY