| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 2 Mar 2007 09:21:02 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 02 Mar 2007 14:21:02.0084 (UTC) FILETIME=[01796C40:01C75CD6] |
| Subject: | RE: Tower: Reverse Breakup Fees.ppt |
| Received(Date): | Fri, 2 Mar 2007 09:19:47 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F07216@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <A7CB8D6513E1C1479F21442732289FDF023608F9@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Tower: Reverse Breakup Fees.ppt |
| Thread-Index: | AcdcU9HpexeFJJEsQGi19192IF1YRwAgeJXw |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |
| Cc: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com>,"Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |

This is very helpful. Thanks.

-----Original Message-----
From: Williams, Steven D (IBD)
Sent: Thursday, March 01, 2007 5:49 PM
To: Whayne, Thomas (IBD)
Cc: Fincher, James (IBD); Kvorning, Thomas (IBD)
Subject: Tower: Reverse Breakup Fees.ppt

Tom,

Per our conversation earlier in the week, I wanted to forward along some information that we were able to find re: Reverse Breakup Fees. The attached includes several very recent deals that were sponsor-driven and included reverse breakup fees. The relevant deals included here are:

Aleris / TPG
ARAMARK / Consortium
Encore Medical / Blackstone
Freescale / Consortium
HCA / Consortium
Intergraph / TPG & HF
Kinder-Morgan / MBO Consortium

Should give us precedents for what Tower should negotiate in the Zellproposal.

Steve

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    MS_148397