| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 5 Mar 2007 18:30:58 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 05 Mar 2007 23:30:58.0638 (UTC) FILETIME=[54313EE0:01C75F7E] |
| Subject: | FW: TRB Update |
| Received(Date): | Mon, 5 Mar 2007 18:30:58 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F0723E@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | TRB Update |
| Thread-Index: | AcdfV9os6hfKg2j2RlOMVf7x3Xc2pAAJlvLQ |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com>,"Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com>,"Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |

fyi

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Monday, March 05, 2007 1:56 PM
To: Taubman, Paul J (IBD); Stewart, Charles (IBD)
Subject: TRB Update

Spoke with Christina. According to her, Dennis is becoming more nervous about the $20 recap given the weakness in the business (down 5% in February, and 9% in January), and is considering recommending a lower amount (and potentially much lower) to the board. I asked her if they were going to modify their management plan for the second time in a month, and she said that they were not, but had less confidence in the plan at present. Said that certain members of publishing management were concerned that they could have covenant issues later in the year if the current business trajectory continues (a strong argument for Ashok's covenant lite concept).

I noted three credibility problems with an argument for a lower dividend: (1) the free cash flow coverage ratios are the same in the recap as in the ESOP alternative (as she pointed out in the last board meeting), and the only difference is that one scenario involves the public LBO of a C-corp, while the other one involves a private LBO of an S-corp; (2) unless the management plan changes significantly, it is awkward to argue for a lower amount at this time given (a) Foundation/Chandler agreement which is based on a $20 dividend and (b) the fact that MS has consistently based our $20 view on the Research Case, which is still lower than even the revised management plan; (3) timing of argument for a less aggressive recap is strange given management agenda to pursue ESOP.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                 MS_148413

Per the Zell term sheet, there was minor progress in that Zell agreed to 8% interest on the purchase price if closing occurs later than 6 months, as well as an upfront $15 per share distribution executed via a tender. The bring-down opinion still exists, although with some protection against Zell's upfront equity (still to be defined) if the D&P view of value declines between signing and closing.  Still no movement on price, regulatory and financing conditionality or reverse break-up fee.

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                          MS_148414