| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 6 Mar 2007 15:23:50 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 06 Mar 2007 20:23:50.0680 (UTC) FILETIME=[5A389180:01C7602D] |
| Subject: | RE: |
| Received(Date): | Tue, 6 Mar 2007 15:23:50 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F0725D@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <0B3BF3EEA08B584098EA6A4C0CDF417802A60DE0@NYWEXMB32.msad.ms.com> |
| Thread-Index: | AcdgLA5UDhJPW3mYSGmsy00IblaVDwAAS6fXAAAGEDA= |
| References: | <0B3BF3EEA08B584098EA6A4C0CDF417802A60DE0@NYWEXMB32.msad.ms.com> |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |

Not that I have heard of

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Tuesday, March 06, 2007 3:23 PM
To: Whayne, Thomas (IBD)
Subject: Re:

Do we have call set


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Tue Mar 06 15:14:33 2007
Subject:

Just spoke with Christina. Was calling me to ask if I wanted a follow up call with management on the January/February rev data so that I could understand how bad things are. Asked again if management plan would be changing, and she said no, so I said no real urgency for a call with us.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MS_295275

I asked when they are going to bring the Zell discussions to a head, given that they told us last week that they would be wrapped up by Monday. She said they would try to do so in the next 3 days or so, and then turn it over to us. I noted that their efforts will be a collossal waste of time if they cannot deliver an improved economic proposal, and her response was that she did not understand that position given weakness in the business. Appears that the importance of your call with Dennis has been further elevated.

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MS_295276