| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 7 Mar 2007 13:01:43 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 07 Mar 2007 18:01:43.0907 (UTC) FILETIME=[AA480330:01C760E2] |
| Subject: | RE: Today |
| Received(Date): | Wed, 7 Mar 2007 13:01:43 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F07278@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <9BEA94F838965A4099B4863EE71F11AD01E05A4B@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | Today |
| Thread-Index: | Acdg0OS0aR2D8jeKTd+3hjltkAV+JAAAVq2FAADBI5UAA0zmkA== |
| References: | <9BEA94F838965A4099B4863EE71F11AD01E05A4B@NYWEXMB32.msad.ms.com> |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |

We have a call at 2 with Dennis, ML and Citi to hear about Zell and recap. Believe they are going to argue for $17.50 recap. Zell proposal still has a ways to go, but has improved substantially. Do you want dial-in?

-----Original Message-----
From: Stewart, Charles (IBD)
Sent: Wednesday, March 07, 2007 11:26 AM
To: Graham, William (GCM); Nayyar, Ashok (GCM); Whayne, Thomas (IBD)
Subject: Fw: Today



Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry
----- Original Message -----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: Stewart, Charles (IBD)
Sent: Wed Mar 07 11:04:12 2007
Subject: Re: Today

Might have to be later in the day. Are you free later?

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                MS_295073

----- Original Message -----
From: Stewart, Charles (IBD) <Charlie.Stewart@morganstanley.com>
To: Bigelow, Chandler
Sent: Wed Mar 07 09:54:28 2007
Subject: Today

Chandler -Can we speak at 4pm EST today with our team? Let me know, thanks.


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

———

This communication is intended for the addressee(s) and may contain confidential information. We do not waive confidentiality by mistransmission.  If you have received this communication in error, any use, dissemination, printing or copying is strictly prohibited; please destroy all electronic and paper copies and notify the sender immediately.  We are required by applicable rules to advise you that we may own or act as market maker for securities/instruments mentioned or may advise the issuers; and that past performance is not indicative of future returns.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      MS_295074