| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sun, 11 Mar 2007 16:11:09 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 11 Mar 2007 20:11:09.0703 (UTC) FILETIME=[68B57170:01C76419] |
| Subject: | Re: Revised analysis |
| Received(Date): | Sun, 11 Mar 2007 16:11:09 -0400 |
| Message-ID: | <0C97023D8FE4784B92C098115580559602195 01E@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Revised analysis |
| Thread-Index: | AcdjQ/IQetKQFj9BSI+Fz+kOcfxEiwAB1O/gAAKjrPAABStggAApzwvgAABi5gUAADyQ2AABC7adAAAtkn4AABALyQ== |
| From: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |
| To: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| Cc: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |

Ok. Focus is on recaps.


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com


----- Original Message -----
From: Kvorning, Thomas (IBD)
To: Fincher, James (IBD)
Cc: Williams, Steven D (IBD)
Sent: Sun Mar 11 16:09:21 2007
Subject: Re: Revised analysis

That is correct. This has an impact on DCF analysis and 2010 DEVs but 07/08 impact is minor. I'm writing tom now and will send him an overview of new estimates using a set of brokers that is consistent with the feb 12 preso.

Any thoughts on the to do's for tomorrow? Are there any to do's on zell or will the work mainly be concentrated around the recap scenarios you think?




----- Original Message -----
From: Fincher, James (IBD)

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                             MS_140421

To: Kvorning, Thomas (IBD)
Cc: Williams, Steven D (IBD)
Sent: Sun Mar 11 20:04:16 2007
Subject: Re: Revised analysis

Right - the point seems to be now we include lehman (who hadn't updated previously), they are negative and there are few brokers in outer years so the impact is meaningful?


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com


----- Original Message -----
From: Kvorning, Thomas (IBD)
To: Fincher, James (IBD)
Cc: Williams, Steven D (IBD)
Sent: Sun Mar 11 15:34:19 2007
Subject: Re: Revised analysis

Exactly. There are two points to be made.

The main one is that we only included brokers post Q4 results for the feb 12 presentation (which did not include lehman).

The other point to make is how we are deriving estimates. Beyond 2008 where brokers are not providing estimates, essentially to give less weight to outliers like lehman. I'm will try to explain this to tom without confusing him too much but bottomline is that we did not use the same set of brokers because they hadn't all updated.

Any thoughts on this?



----- Original Message -----
From: Fincher, James (IBD)
To: Kvorning, Thomas (IBD)
Cc: Williams, Steven D (IBD)
Sent: Sun Mar 11 19:27:32 2007
Subject: Fw: Revised analysis

TK, do we need to discuss? I know the case is a little more complicated given the way we come up with projections...


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
MS_140422

James.Fincher@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Kvorning, Thomas (IBD)
Cc: Fincher, James (IBD); Williams, Steven D (IBD)
Sent: Sun Mar 11 15:18:54 2007
Subject: RE: Revised analysis

I don't understand how the new estimates could have come down so much relative to the old. When I spot check the numbers I see the MS, ML and Prudential new estimates are roughly the same as the old estimates. You must be including a different group of estimates in the new set, most of which are lower, and we need to be consistent. Please prepare the new estimates on the same basis as the old.

-----Original Message-----
From: Kvorning, Thomas (IBD)
Sent: Saturday, March 10, 2007 8:57 PM
To: Whayne, Thomas (IBD)
Cc: Fincher, James (IBD); Williams, Steven D (IBD)
Subject: Revised analysis

Tom,

Please find attached the revised capitalization comparison table as well as an overview of the old vs. new research revenues and EBITDA. Please note the following:
- To make the different structures comparable, the aggregate values are based on a share price of $34 for all scenarios.
- The debt amount in the Zell proposal is consistent with page 8 in the ML/Citi presentation and the equity then becomes the residual (in a $34 valuation).
- Capital structures for column 2-4 are as of Q3 2007 (pre sale of Cubs and Comcast Sportsnet).

On the broker comparison I have attached a summary that shows new vs. old median estimates for the research case. I have also attached the detailed set of brokers so you can track the changes in estimates for each individual broker.

Rgs,
Thomas


Thomas Kvorning
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Saturday, March 10, 2007 3:53 PM
To: Kvorning, Thomas (IBD)
Cc: Fincher, James (IBD); Williams, Steven D (IBD)
Subject: RE: Additional analysis

Thanks. Would like to see page detailing difference between prior research case and current revised

view.  Is this revision driven by multiple analysts revising estimates or is it a small sample?

-----Original Message-----
From: Kvorning, Thomas (IBD)
Sent: Saturday, March 10, 2007 3:00 PM
To: Whayne, Thomas (IBD)
Cc: Fincher, James (IBD); Williams, Steven D (IBD)
Subject: Additional analysis

Tom,

Here's the other analysis you requested:

- Football field incl "0% tax case". I have removed all the cases where we were not valuing Cubs separately at $450MM
- Package value analysis assuming $20, $17.5 and $15 dividend. Please note in the package analysis that we are now including the incremental tax expenses related to the PIK preferred note which makes the package values lower compared to the Feb 12 board pack. Also, the research case has come down post Q4 and February revenue update so research is now lower than management case package values.

Rgs,
Thomas



Thomas Kvorning
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com


_____

From: Kvorning, Thomas (IBD)
Sent: Saturday, March 10, 2007 1:43 PM
To: Whayne, Thomas (IBD)
Cc: Fincher, James (IBD); Williams, Steven D (IBD)
Subject: Capitalization Comparison


Tom,

Please find attached the capitalization comparison analysis you requested. I have also attached the ML/Citi slides that have been recreated in Morgan Stanley format.

I will send you the package value slide at $17.5 and football field incl. DCF with 0% tax shortly.

Rgs,
Thomas

Thomas Kvorning
Morgan Stanley | Investment Banking Division

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                  MS_140424

1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MS_140425