| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.164]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sat, 10 Mar 2007 12:55:49 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 10 Mar 2007 17:55:49.0794 (UTC) FILETIME=[5673E820:01C7633D] |
| Subject: | Re: Update |
| Received(Date): | Sat, 10 Mar 2007 12:55:49 -0500 |
| Message-ID: | <9BEA94F838965A4099B4863EE71F11AD01E05AB7@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | Update |
| Thread-Index: | AcdjIMPekLktRLtIRsOv0lg2NwbJNwAExZ+kAACyNaMAAB2AlgABj0H6 |
| From: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |

Sounds good although I only have 30 mins at 5:30. Want to talk about release before the 5:30 call?


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Whayne, Thomas (IBD)
To: Nayyar, Ashok (GCM)
Cc: Stewart, Charles (IBD); Taubman, Paul J (IBD)
Sent: Sat Mar 10 12:11:10 2007
Subject: Re: Update

Yes we need to get in front of Chandler. Paul and I have a call at 5:30 today with ML/Citi so will know more then. A release request is something we need to discuss after today's call
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

From: Nayyar, Ashok (GCM)
To: Whayne, Thomas (IBD)
Sent: Sat Mar 10 12:07:52 2007
Subject: Re: Update

Does this mean we should set up a meeting with Chandler next week?  Also I think where the co ends
with the div (15 to 20) should be a function of cash flows etc etc --including a covenant lite bank deal.
Also we should talk directly to special comm lawyer
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Stewart, Charles (IBD); Nayyar, Ashok (GCM); Fincher, James (IBD); Williams, Steven D (IBD);
Kvorning, Thomas (IBD)
Sent: Sat Mar 10 11:47:56 2007
Subject: Fw: Update

Fyi
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Costa, Michael  (IBK-NY) <michael_costa@ml.com>
To: Taubman, Paul J (IBD); Whayne, Thomas (IBD)
Cc: christina.mohr@citigroup.com <christina.mohr@citigroup.com>
Sent: Sat Mar 10 09:31:17 2007
Subject: Update

Paul/Tom

Assume you got download from Bill. Short answer is in light of recent operating performance no comfort
in putting the kind of leverage necessary for Zell proposal to work and have board get comfortable with
employees owning the equity.   Also numerous issues in Zell proposal we could not solve.
Obviously with symmetry with recap, view is recap proposal needs to come down, probably to 15 range.
We should discuss as this likely causes chandler foundation deal to unravel.

Let me know when you can get on phone today to discuss.
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

---------------------------
Sent from my BlackBerry Wireless Handheld

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click here <http://www.ml.com/email_terms/> for important additional terms relating to this e-mail.    http://www.ml.com/email_terms/

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_294982