| | |
|---|---|
| Received: | from NYWEXMB48.msad.ms.com ([205.228.46.217]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sun, 11 Mar 2007 19:50:27 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 11 Mar 2007 23:50:27.0265 (UTC) FILETIME=[0B3A1310:01C76438] |
| Subject: | RE: Tower Materials |
| Received(Date): | Sun, 11 Mar 2007 19:50:27 -0400 |
| Message-ID: | <EF3C409260BFA54EB2A293659B221E150232B811@NYWEXMB48.msad.ms.com> |
| In-Reply-To: | <9BEA94F838965A4099B4863EE71F11AD01E05AD0@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | Tower Materials |
| Thread-Index: | AcdkKVZ0MGcfvCSQSSKQrbGesdn7KgAAL4igAAE2zp8AADvrPwABZaBGAABeVSA= |
| References: | <9BEA94F838965A4099B4863EE71F11AD01E05AD0@NYWEXMB32.msad.ms.com> |
| From: | "Graham, William \(GCM\)" <W.Graham@morganstanley.com> |
| To: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com>,"Nayyar, Ashok \(GCM\)" <Ashok.Nayyar@morganstanley.com>,"Sisson, Kevin \(GCM\)" <Kevin.Sisson@morganstanley.com> |
| Cc: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |

In the presentation they have reduced to $15 per share which eliminates the 1,250MM 2nd lien. So now an all 1st lien deal. They have conveniently changed presentation format and taken off the secured debt ratios to not show the secured debt bust we pointed out in their last presentation. And they are now getting the $33MM rebate in fees we have been stressing for the "bridge" financing. They have not provided us detailed term sheets this time. Pretty substantial cash savings we have provided them.

William Graham - Executive Director
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-2976
Fax: +1 718 233-2150
W.Graham@morganstanley.com


-----Original Message-----
From: Stewart, Charles (IBD)
Sent: Sunday, March 11, 2007 7:32 PM
To: Nayyar, Ashok (GCM); Graham, William (GCM); Sisson, Kevin (GCM)
Cc: Whayne, Thomas (IBD)
Subject: Fw: Tower Materials

Here's the latest recap plan. Looks like Z proposal is dead and is now

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                           MS_296522

moving in this direction. Upfront dividend is $5/share lower out of concerns about ongoing leverage.

We've asked for the financing commitment papers but you can get a sense of their latest thinking from this. Let's discuss in the a.m., now is when we will have to make our push.


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD); Stewart, Charles (IBD)
Sent: Sun Mar 11 18:51:57 2007
Subject: Fw: Tower Materials


Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Fincher, James (IBD)
To: Whayne, Thomas (IBD); Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Sent: Sun Mar 11 18:45:15 2007
Subject: Fw: Tower Materials



James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com


----- Original Message -----
From: Chen, Ruoxi [CIB-GBKG] <ruoxi.chen@citigroup.com>

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                MS_296523

To: Fincher, James (IBD)
Cc: Kurmaniak, Rosanne [CIB-GBKG] <rosanne.kurmaniak@citigroup.com>
Sent: Sun Mar 11 18:12:03 2007
Subject: Tower Materials

<<Tower Recap Analysis - 2007-03-11.pdf>>  <<Tower Recap Analysis - 2007-03-11.pdf>> James,

Attached please find our analysis of the $15.00 dividend / B&E spin scenario.

Best regards,
Ruoxi

<<Tower Recap Analysis - 2007-03-11.pdf>>  _____
Ruoxi Chen Citigroup | Investment Banking Division Communications Group
388 Greenwich St., 37th Floor
New York, NY 10013
Tel:   (212) 816 - 6104
Fax:  (646) 291 - 3477
Cell:  (706) 207 - 7962
ruoxi.chen@citigroup.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                       MS_296524