| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 16 Mar 2007 23:01:58 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="iso-8859-1" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 17 Mar 2007 03:01:58.0697 (UTC) FILETIME=[A0B83190:01C76840] |
| Subject: | RE: Zell Proposal |
| Received(Date): | Fri, 16 Mar 2007 23:00:07 -0400 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF5C2B06@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Zell Proposal |
| Thread-Index: | AcdolycHc6kyl0FiRCqCvyNjFvemIgAD4YAEAAEdsEsAANkXIAABdZXr |
| References: | <0B3BF3EEA08B584098EA6A4C0CDF417802A61015@NYWEXMB32.msad.ms.com> |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |

OK. Will do a call with him, but unlikely to make progress given his lack of understanding of the issues. You will likely need to speak to Bill about how he would like to handle board discussion, as this will likely be required to air these issues.

-----

From: Taubman, Paul J (IBD)
Sent: Fri 3/16/2007 10:18 PM
To: Whayne, Thomas (IBD)
Subject: Re: Zell Proposal



Feel free to speak with them. I'll pass.


Paul J. Taubman - Head of Global Mergers and Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Fri Mar 16 21:54:03 2007
Subject: Fw: Zell Proposal

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                             MS_296134

How do you want me to handle?  Is there a time that works for you tomorrow afternoon or Sunday?
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Kunkel, William <WKUNKEL@skadden.com>
To: Whayne, Thomas (IBD)
Cc: Witzel, Jr., Richard <RWITZEL@skadden.com>; Mulaney, Jr., Charles <CMULANEY@skadden.com>; wao1@ntrs.com <wao1@ntrs.com>

Sent: Fri Mar 16 21:22:06 2007
Subject: Re: Zell Proposal

Tom-- Chip is out of the country until Weds. night. Rich Witzel and I would be happy to discuss these issues with you this weekend. Is there a time on Sat afternoon or Sunday morning that would work for you?

William R. Kunkel
   Skadden, Arps, Slate, Meagher and
   Flom
   312-407-0820
   WKunkel@skadden.com

***********************************************
This e-mail and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any e-mail, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

***********************************************


--------------------------------------------------------------------------------
To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.


================================================================================