| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sat, 17 Mar 2007 15:58:28 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 17 Mar 2007 19:58:28.0065 (UTC) FILETIME=[A1373510:01C768CE] |
| Subject: | RE: Latest Term Sheet |
| Received(Date): | Sat, 17 Mar 2007 15:58:27 -0400 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F07366@NYWEX MB21.msad.ms.com> |
| In-Reply-To: | <A7CB8D6513E1C1479F21442732289FDF02360AF4@NYWEX MB21.msad.ms.com> |
| Thread-Topic: | Latest Term Sheet |
| Thread-Index: | Acdlwz29FCBbcQzZQ4GzeAw7hNuq1wBjJ+xgAF4JwsAAAEJiUA AAqXjQAAAsj6AAAFS8IAAAK+6A |
| References: | <A7CB8D6513E1C1479F21442732289FDF01F07362@NYWEX MB21.msad.ms.com> <A7CB8D6513E1C1479F21442732289FDF02360AF2@NYWEX MB21.msad.ms.com> <A7CB8D6513E1C1479F21442732289FDF01F07365@NYWEX MB21.msad.ms.com> <A7CB8D6513E1C1479F21442732289FDF02360AF4@NYWEX MB21.msad.ms.com> |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |
| Cc: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |

We need to understand the day 1 ownership split between the ESOP, Zell and Management, as well as the fully diluted ownership once the warrant is exercised by Zell.  I would hope that the model will lay this out.


-----Original Message-----
From: Williams, Steven D (IBD)
Sent: Saturday, March 17, 2007 3:52 PM
To: Whayne, Thomas (IBD)
Cc: Fincher, James (IBD)
Subject: RE: Latest Term Sheet


Great, will request model from Rosie.


Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Saturday, March 17, 2007 3:43 PM
To: Williams, Steven D (IBD)
Cc: Fincher, James (IBD)
Subject: RE: Latest Term Sheet

Yes takes care of request #1.  You are right on #2.

-----Original Message-----
From: Williams, Steven D (IBD)
Sent: Saturday, March 17, 2007 3:39 PM
To: Whayne, Thomas (IBD)
Cc: Fincher, James (IBD)
Subject: RE: Latest Term Sheet

Tom, assume this takes care of request #1.  Also assume that we still
need to ask them for their model of the Z proposal which shows returns
to Z, employees, mgmt, etc.  Let me know if this is not the case.

Steve


Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Saturday, March 17, 2007 3:19 PM
To: Taubman, Paul J (IBD); Stewart, Charles (IBD); Williams, Steven D
(IBD)
Cc: Fincher, James (IBD)
Subject: FW: Latest Term Sheet



-----Original Message-----
From: Kurmaniak, Rosanne [CIB-GBKG]
[mailto:rosanne.kurmaniak@citigroup.com]
Sent: Saturday, March 17, 2007 3:17 PM
To: Whayne, Thomas (IBD); Fincher, James (IBD)
Cc: Mohr, Christina [CIB-GBKG]
Subject: Latest Term Sheet

Tom and James -

At Christina's request to send to you, attached please find the latest
Zell term sheet that we had received (as of March 9, 2007).  Please feel
free to let us know if any questions.

Best, Rosie

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                   MS_254906

<<CHICAGO-#1513380-v4-Term_Sheet.DOC>>

Rosanne Kurmaniak
Citigroup Global Markets Inc.
Mergers & Acquisitions
388 Greenwich Street - 36th Floor
New York, New York 10013
Phone: 212-816-5732 | Fax: 646-862-9042
rosanne.kurmaniak@citigroup.com

Confidentiality/ Privilege Notice: The information contained in this
e-mail and any attachments may be legally privileged and confidential.
If you are not an intended recipient, you are hereby notified that any
dissemination, distribution, or copying of this e-mail is strictly
prohibited. If you have received this e-mail in error, please notify the
sender and permanently delete the e-mail and any attachments
immediately. You should not retain, copy or use this e-mail or any
attachment for any purpose, nor disclose all or any part of the contents
to any other person.

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY