| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 21 Mar 2007 19:26:22 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 21 Mar 2007 23:26:22.0619 (UTC) FILETIME=[564816B0:01C76C10] |
| Subject: | RE: 4 to 5 bucks? |
| Received(Date): | Wed, 21 Mar 2007 19:26:22 -0400 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F073D8@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <0B3BF3EEA08B584098EA6A4C0CDF417802A61105@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | 4 to 5 bucks? |
| Thread-Index: | AcdsDVD5RKsLirL+QIGgdifTxKwDQAAAAq3AAAAVqe0AAAxBgAAAFqgXAAACoXAAACBTaQAAA7qwAAApFRgAACQOYA== |
| References: | <0B3BF3EEA08B584098EA6A4C0CDF417802A61105@NYWEXMB32.msad.ms.com> |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |

5 years - esop contributes 300 for 56.9%, with an IRR of 110% based on management plan

10 years - esop contributes 600 for 56.6%, with an IRR of 45%

these are citi/ml nums

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Wednesday, March 21, 2007 7:20 PM
To: Whayne, Thomas (IBD)
Subject: Re: 4 to 5 bucks?

How much does esop invest to get 62pct. Is the valuation the same if u run it thru year 10?


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com

----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Wed Mar 21 19:18:25 2007
Subject: RE: 4 to 5 bucks?

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MS_295713

well he technically owns 0% of the common until he exercises (done to shield him from taxes). I think the way to look at it is ultimate capital contributed. he will have to spend $575 to get to 38%. don't believe esop has contributed capital to match 62% level until year 10. frankly these numbers are opaque, are still moving around, and will require more diligence

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Wednesday, March 21, 2007 7:15 PM
To: Whayne, Thomas (IBD)
Subject: Re: 4 to 5 bucks?

Doesn't sam get more ownership if he exercises his at the money option?


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley
| Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Wed Mar 21 19:14:15 2007
Subject: RE: 4 to 5 bucks?

not sure that is the right way of looking at it, given that he is paying 33 and they are buying in at market. employees will own 62% of the company, but their contracted contributions don't earn into that level until year 10. more like shareholders, or creditors, are being burdened.

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Wednesday, March 21, 2007 7:11 PM
To: Whayne, Thomas (IBD)
Subject: Re: 4 to 5 bucks?

Ok. But what is the option value that he is burdening the employees with?


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley
| Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_295714

----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Wed Mar 21 19:10:33 2007
Subject: RE: 4 to 5 bucks?

Yes. But we think the value of the tax offset is 5 to 6 with his total
capital invested ultimately at $575 mm ($225 at closing and another $350
upon exercise)

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Wednesday, March 21, 2007 7:07 PM
To: Whayne, Thomas (IBD)
Subject: Re: 4 to 5 bucks?

So what's the value of the offset? 33 minus 4 to 5 bucks plus value of
zell option equals effective purchase price. Correct


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley
| Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Wed Mar 21 19:06:25 2007
Subject: RE: 4 to 5 bucks?

purchases for $40 mm formally (plus $185 mm note) with exercise price of
$350 mm

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Wednesday, March 21, 2007 7:05 PM
To: Whayne, Thomas (IBD)
Subject: 4 to 5 bucks?

How much is the zell option?


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley
| Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_295715