| | |
|---|---|
| Received: | from NYWEXMB28.msad.ms.com ([205.228.46.220]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 19 Mar 2007 21:24:38 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed;boundary="----_=_NextPart_002_01C76A8E.86A1CF00" |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 20 Mar 2007 01:24:38.0092 (UTC) FILETIME=[86AFD8C0:01C76A8E] |
| Subject: | RE: P2P Premiums Paid |
| Received(Date): | Mon, 19 Mar 2007 21:24:32 -0400 |
| Message-ID: | <4889B697331517419E8203C3D6B6A4F703C4DD44@NYWEXMB28.msad.ms.com> |
| In-Reply-To: | <A7CB8D6513E1C1479F21442732289FDF02360B40@NYWEXMB21.msad.ms.com> |
| X-MS-Has-Attach: | yes |
| Thread-Topic: | P2P Premiums Paid |
| Thread-Index: | AcdqjUNaGjg3BCJzSB+NXBWcTE67VAAAJ8Rg |
| References: | <A7CB8D6513E1C1479F21442732289FDF02360B40@NYWEXMB21.msad.ms.com> |
| From: | "Dickinson, John \(IBD\)" <John.Dickinson@morganstanley.com> |
| To: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com>,"O'Neil, Colin \(IBD\)" <Colin.ONeil@morganstanley.com> |
| Cc: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com>,"Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Attachment | P2P.Case.Studies.vFINAL-7538176-760941686.ppt |

Steve,

Please see pages 5-9 of the attachment, this is the latest version I have. Colin, I remember last week you asked for the same information on premiums paid, please let me know if you have anything we can send to Steve as well. Thanks.

John Dickinson
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6926
Fax: +1 212 507-0736
John.Dickinson@morganstanley.com

-----

From: Williams, Steven D (IBD)
Sent: Monday, March 19, 2007 9:16 PM
To: Dickinson, John (IBD)
Cc: Fincher, James (IBD); Kvorning, Thomas (IBD)

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                              MS_144297

Subject: P2P Premiums Paid

John,

Do you have an updated version of the FSG slide that shows premiums paid on the largest P2P transactions over the last couple of years?

Really only need deals above $5Bn, but will take whatever you've got.

Appreciate the help man.

Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MS_144298