| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sun, 18 Mar 2007 10:58:13 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 18 Mar 2007 14:58:13.0414 (UTC) FILETIME=[DA0F5C60:01C7696D] |
| Subject: | Re: Project Tower: Latest Fairness Comte Deck |
| Received(Date): | Sun, 18 Mar 2007 10:58:13 -0400 |
| Message-ID: | <0C97023D8FE4784B92C09811558055960219 50C6@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Project Tower: Latest Fairness Comte Deck |
| Thread-Index: | AcdpKdqkkurXCLhtS628SC7IGuZ+vgAPFXOAAAB5uU4AAAGCQAAAQ2t/AABB7i8AADOHNAAAtkYK |
| From: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |
| To: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com>,"Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |

Great. TK, can you bring monthly revenue analysis pages, last briefing book for fairness committee, KRI final fairness deck, latest recap analysis and the share price/multiple analysis vs. February?
Thanks,
James


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com


----- Original Message -----
From: Williams, Steven D (IBD)
To: Kvorning, Thomas (IBD); Fincher, James (IBD)
Sent: Sun Mar 18 10:37:50 2007
Subject: Re: Project Tower: Latest Fairness Comte Deck

On way for 11

----- Original Message -----
From: Kvorning, Thomas (IBD)
To: Fincher, James (IBD); Williams, Steven D (IBD)
Sent: Sun Mar 18 10:32:05 2007
Subject: Re: Project Tower: Latest Fairness Comte Deck

On my way now. Should just be able to make it for 11.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MS_141556

----- Original Message -----
From: Fincher, James (IBD)
To: Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Sent: Sun Mar 18 14:24:41 2007
Subject: Fw: Project Tower:  Latest Fairness Comte Deck

Guys, thanks for getting everything out last night.

Looks like Tom is good for 11am - can you confirm that works?


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Fincher, James (IBD); Williams, Steven D (IBD)
Cc: Kvorning, Thomas (IBD)
Sent: Sun Mar 18 10:20:26 2007
Subject: RE: Project Tower:  Latest Fairness Comte Deck

Yes.  You should bring a copy of the materials that we used to review with our committee back in December.  The materials need substantially more background description of both the recap alternative as well as the Zell proposal than is in these materials.  Also, we need pages showing what has happened since Feb 12 (stock prices, multiples, Jan/Feb revenue performance for comps, etc.) to help inform our judgements as to whether we should modify valuation multiples.

-----Original Message-----
From: Fincher, James (IBD)
Sent: Sunday, March 18, 2007 10:17 AM
To: Whayne, Thomas (IBD); Williams, Steven D (IBD)
Cc: Kvorning, Thomas (IBD)
Subject: Re: Project Tower: Latest Fairness Comte Deck

Tom, does Steve's suggestion of 11am work?



James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                      MS_141557

----- Original Message -----
From: Whayne, Thomas (IBD)
To: Williams, Steven D (IBD)
Cc: Fincher, James (IBD); Kvorning, Thomas (IBD)
Sent: Sun Mar 18 10:04:30 2007
Subject: RE: Project Tower: Latest Fairness Comte Deck

When do you want to discuss the attached?  Needs a lot of work to transform this into a presentation with context and not just analysis for (a) our committee and (b) the board.

-----Original Message-----
From: Williams, Steven D (IBD)
Sent: Sunday, March 18, 2007 2:52 AM
To: Whayne, Thomas (IBD)
Cc: Fincher, James (IBD); Kvorning, Thomas (IBD)
Subject: Project Tower: Latest Fairness Comte Deck

Tom,

Pls see attached the latest Draft Fairness Comte deck.  We will also leave a copy in your office.  The team is happy to meet at your leisure to discuss tomorrow AM, after you've had time to review the materials.  Team thought it made sense to suggest a meeting time of 11:00am, but let us know what works for you.

A couple of notable items:

1) Rosie K. has promised to send over Citi's Zell model tomorrow - would guess we will receive tomorrow evening late.

2) Citi did send over the revised operating plan this evening, and have we've now updated everything to reflect this revised plan.  We've also updated all of the analysis/comps for Friday's close.

3) As expected, the newspaper comps have traded down from the Feb 12 deck while the broadcasters have traded up.

As of Feb 12, we had the following 2007E AV/EBTIDA Multiples:

Gannett: 8.5x
Belo: 8.6x
Media General: 8.8x
McClatchy: 7.7x
NY Times: 8.9x
Lee: 9.1x
Journal: 9.2x

Hearst: 13.2x
Sinclair: 10.6x
LIN TV: 12.3x
Gray: 11.6x

As of March 16th we have:

Gannett: 8.1x
Belo: 8.6x
Media General: 8.0x
McClatchy: 7.4x

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                                                   MS_141558

NY Times: 8.2x
Lee: 8.7x
Journal: 9.1x

Hearst: 13.7x
Sinclair: 11.4x
LIN TV: 12.8x
Gray: 11.9x

Newspaper multiples are down an average of -4.5% while broadcasters are up an average of +4.4%.

To your earlier point, we may want to re-think the multiples we are using on the DEV analysis. We are currently using 8x-9x, but may want to go lower given re-rating of multiples.

Curious as to your thoughts on this approach. Let's plan to discuss as a team tomorrow AM.

Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com