| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sun, 18 Mar 2007 19:12:36 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 18 Mar 2007 23:12:36.0445 (UTC) FILETIME=[EA9AB0D0:01C769B2] |
| Subject: | Re: TRB |
| Received(Date): | Sun, 18 Mar 2007 19:12:36 -0400 |
| Message-ID: | <0C97023D8FE4784B92C09811558055960​21950D2@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | TRB |
| Thread-Index: | AcdpqTecqWxWC2YbTD6gDSnBBIE16gABrNikAABPy/AAABts4 AAABtXAAAAnVNAAACaBSw== |
| From: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |
| To: | "Kanter, Eric \(IBD\)" <Eric.Kanter@morganstanley.com> |

OK - yes special committee meeting wed, thurs or fri this week so Tom wants to brief fairness committee and get views. Likely an additional meeting before any announcement.


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com


----- Original Message -----
From: Kanter, Eric (IBD)
To: Fincher, James (IBD)
Sent: Sun Mar 18 19:10:47 2007
Subject: RE: TRB

Let's discuss tomorrow - want to make sure I understand the background.  I assume there is a board meeting upcoming on Tuesday/Wed which is what is driving the fairness.  Thanks.


Eric Kanter - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4492
Fax: +1 212 507-2999
Eric.Kanter@morganstanley.com

-----Original Message-----
From: Fincher, James (IBD)
Sent: Sunday, March 18, 2007 7:07 PM

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                       MS_272502

To: Kanter, Eric (IBD)
Subject: RE: TRB

yes - it is to discuss a Zell deal. at this stage not likely a final meeting but we want to bring people up to speed and get their views - situation is very fluid and fairness or otherwise may be required in short-term.


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----Original Message-----
From: Kanter, Eric (IBD)
Sent: Sunday, March 18, 2007 7:03 PM
To: Fincher, James (IBD)
Subject: RE: TRB

Is this a Zell deal?  Is it inadequacy or fairness?


Eric Kanter - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4492
Fax: +1 212 507-2999
Eric.Kanter@morganstanley.com

-----Original Message-----
From: Fincher, James (IBD)
Sent: Sunday, March 18, 2007 7:01 PM
To: Kanter, Eric (IBD)
Subject: RE: TRB

thanks eric... AM but after the M&A meeting would be fine.


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----Original Message-----
From: Kanter, Eric (IBD)
Sent: Sunday, March 18, 2007 6:51 PM
To: Fincher, James (IBD)
Subject: Re: TRB

We have the m&a meeting at 9:15 and any earlier would be difficult.  Can we do it either at 1015 or

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                              MS_272503

Monday pm?  Let me know if that is not a good option given what you have in front of you guys.

Eric Kanter - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4492
Fax: +1 212 507-2999
Eric.Kanter@morganstanley.com

----- Original Message -----
From: Fincher, James (IBD)
To: Kanter, Eric (IBD)
Sent: Sun Mar 18 18:03:10 2007
Subject: TRB

Eric, we need to set up a fairness committee session for sometime Tuesday - Tom's preference is for something early, but guided by you on this.  Does this work?
Thanks,
James

James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                           MS_272504