| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 20 Mar 2007 18:07:25 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 20 Mar 2007 22:07:25.0480 (UTC) FILETIME=[24504A80:01C76B3C] |
| Subject: | RE: ESOP Insights |
| Received(Date): | Tue, 20 Mar 2007 18:07:25 -0400 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F073A6@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <0B3BF3EEA08B584098EA6A4C0CDF417802A610A4@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | ESOP Insights |
| Thread-Index: | AcdrOWvjafBkI11CROesUxl6HnopbQAALT6IAAAIRHAAACLUOwAAGZ7AAAArdzQAAA41kA== |
| References: | <0B3BF3EEA08B584098EA6A4C0CDF417802A610A4@NYWEXMB32.msad.ms.com> |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |
| Cc: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com>,"Fincher, James \(IBD\)" <James.Fincher@morganstanley.com>,"Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com>,"Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |

It will be in the ML/Citi materials

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Tuesday, March 20, 2007 6:06 PM
To: Whayne, Thomas (IBD)
Cc: Stewart, Charles (IBD); Fincher, James (IBD); Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Subject: Re: ESOP Insights

Do we0 ever0show that in the presentation?


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley
| Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                    MS_149679

Cc: Stewart, Charles (IBD); Fincher, James (IBD); Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Sent: Tue Mar 20 18:01:28 2007
Subject: RE: ESOP Insights

$8.7B under recap (6.7x EBITDA), $12.7B under ESOP (8.9x)

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Tuesday, March 20, 2007 5:58 PM
To: Whayne, Thomas (IBD)
Cc: Stewart, Charles (IBD); Fincher, James (IBD); Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Subject: Re: ESOP Insights

What is the absolute amt of debt under zell and under recap


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley
| Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Cc: Stewart, Charles (IBD); Fincher, James (IBD); Williams, Steven D(IBD); Kvorning, Thomas (IBD)
Sent: Tue Mar 20 17:55:04 2007
Subject: RE: ESOP Insights

$145, delta of $267, or the value of the Z option

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Tuesday, March 20, 2007 5:53 PM
To: Whayne, Thomas (IBD)
Cc: Stewart, Charles (IBD); Fincher, James (IBD); Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Subject: Re: ESOP Insights

What would the fees be in the recap?


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley
| Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                          MS_149680

----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Cc: Stewart, Charles (IBD); Fincher, James (IBD); Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Sent: Tue Mar 20 17:47:57 2007
Subject: ESOP Insights

Paul,

I think James likely has the most profound insight into the proposed transaction; namely that ML and Citi are receiving in excess of $400 million in fees to raise just over $200 million in outside equity.

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

MORGAN STANLEY — HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

MS_149681