| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 22 Mar 2007 14:57:19 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed;boundary="----_=_NextPart_002_01C76CB3.EA591180" |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 22 Mar 2007 18:57:19.0100 (UTC) FILETIME=[EA6853C0:01C76CB3] |
| Subject: | FW: As we discussed -- give me a call when you have a chance |
| Received(Date): | Thu, 22 Mar 2007 14:57:18 -0400 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F0740C@NYWEXMB21.msad.ms.com> |
| X-MS-Has-Attach: | yes |
| Thread-Topic: | As we discussed -- give me a call when you have a chance |
| Thread-Index: | Acdss8BQOWvQYQSwSlmkFNe+0nCdTgAAB5ZA |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Attachment | Potential.Script-24064-906156.doc |

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Thursday, March 22, 2007 2:56 PM
To: Kenney, Crane [TRIBUNE COMPANY (Chicago)]
Subject: As we discussed -- give me a call when you have a chance

The Special Committee is focused on two principal elements with regard to your proposal:

1. Improved Economics

* Price Increase: Our analysis shows that the recap alternative can deliver between $31 to $35 per share, and the value inherent in your transaction needs to be well above the midpoint
* Ticking Fee Increase: Ticking fee increase to 11% would reflect an appropriate risk-adjusted return for shareholders in the period until closing. Based on the current 5% ticking fee, we are marking down your headline number by approximately $1 to $1.50

2. Improved Commitment

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          MS_295500

\*       Commitment to Close: Reverse break-up fee for failure to obtain financing or achieve regulatory approval. Propose $50 million, or 20% of your upfront investment, which represents approximately 0.4% of the transaction value, compared to an average reverse break-up fee of 2.4%
\*       Commitment to the Company if Closing Not Achieved: Maintain investment in the company and board seat for 3 years

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                  MS_295501