| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Thu, 22 Mar 2007 15:37:09 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 22 Mar 2007 19:37:09.0223 (UTC) FILETIME=[7B082770:01C76CB9] |
| Subject: | FW: FW: Zell Counter Proposal |
| Received(Date): | Thu, 22 Mar 2007 15:37:09 -0400 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F07412@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | FW: Zell Counter Proposal |
| Thread-Index: | AcdsqbdreR3giY8GT9eNUUZxZyO7ywAD6cvg |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Kenney, Crane [TRIBUNE COMPANY \(Chicago\)]" <ckenney@tribune.com> |

-----Original Message-----
From: William A Osborn [mailto:William_A_Osborn@ntrs.com]
Sent: Thursday, March 22, 2007 1:43 PM
To: Whayne, Thomas (IBD)
Cc: Taubman, Paul J (IBD); Osborn, William [NORTHERN TRUST CORPORATION (Chicago)]
Subject: Re: FW: Zell Counter Proposal


Paul and Tom,
        I talked to Sam this morning and indicated the two of
you, in coordination with Crane, would be in contact with Bill Pate(sp?)
to resolve some of the economic terms of the deal and that we planned to
meet next Thurday or Friday as a Board to make the final decision. I
explained that while Merrill and Citi would stay engaged, the Committee
was concerned about conflict of interest and felt having Morgan Stanley
involved in the final details was most appropriate. Please contact Crane
and begin the dialogue with Bill Pate. Please forward this e-mail to
others if necessary.

Bill

CONFIDENTIALITY NOTICE:  This communication is confidential, may be
privileged and is meant only for the intended recipient.  If you are not
the intended recipient, please notify the sender ASAP and delete this
message from your system.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        MS_295740