| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sat, 24 Mar 2007 13:13:49 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 24 Mar 2007 17:13:49.0288 (UTC) FILETIME=[C9E5B680:01C76E37] |
| Subject: | FW: 2007 Revenue and EBITDA |
| Received(Date): | Sat, 24 Mar 2007 13:13:49 -0400 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F0745E@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | 2007 Revenue and EBITDA |
| Thread-Index: | AcdtgLptaiahwwpvT/2FnPoWjHnngQAtveYg |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com>,"Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |

FYI.

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Friday, March 23, 2007 3:23 PM
To: 'dgrenesko@tribune.com'Cc: Taubman, Paul J (IBD)
Subject: 2007 Revenue and EBITDA

Don,

We are going to need a bridge from the management plan to your revised view as stated to the Special Committee on Wednesday that EBITDA will be down by $45 million relative to plan. Would be helpful to have a quarterly comparison of your revised view compared to plan that includes revenue, EBITDA, operating income for Publishing and Broadcasting. Would also be helpful to understand timing of revised view given that during our diligence call the week before that you said that the plan had not been changed. Thanks.

Tom
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                          MS_273774