| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sun, 25 Mar 2007 10:35:54 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 25 Mar 2007 14:35:54.0445 (UTC) FILETIME=[E4DD27D0:01C76EEA] |
| Subject: | RE: |
| Received(Date): | Sun, 25 Mar 2007 10:35:54 -0400 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F07469@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <0B3BF3EEA08B584098EA6A4C0CDF417802A611EF@NYWEXMB32.msad.ms.com> |
| Thread-Index: | Acdu5vqu2iz0alTuTIKIe2u89MMhqgAAK9e9AAABSLAAAGpVTwAABO6QAABEfTwAAAXEcA== |
| References: | <0B3BF3EEA08B584098EA6A4C0CDF417802A611EF@NYWEXMB32.msad.ms.com> |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |

Agreed.  Spoke to Chip about the need to provide a balanced perspective
to the board.  He agreed, acknowledged the $45 mm comment, and said he
was amazed that they followed up that by saying that they would share
the management plan with the rating agencies, and further troubled when
Christina said that agencies would focus on downside scenarios that they
would create.

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Sunday, March 25, 2007 10:33 AM
To: Whayne, Thomas (IBD)
Subject: Re:

Just listened to it. We night want to get a pack out to directors early
this week which refutes most of this.  Something to speak to oz about.


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley
| Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Sun Mar 25 10:28:12 2007
Subject: RE:

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                            MS_295707

Agreed. We have started some of this thinking in the attached document, although it needs to be materially reworked to be more net and have the right impact. We can discuss some of these pages later. Btw, you should listen to the vm from Chandler that James forwarded to you? Denial seems to be the tactic, as I have received no response e-mail from Don, and Christina is pretending that the $45 mm comment was never made.

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Sunday, March 25, 2007 10:25 AM
To: Whayne, Thomas (IBD)
Subject: Re:

Will do. Also want to talk to you about how we position the company's performance vs peers vs plan vs research. And stock price performance etc. Want to show that research has never moved. Just that mgmt projections never move. Its just mgmt projecting above research and then moving down to research.


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Sun Mar 25 10:13:56 2007
Subject: RE:

Does not need to be now. Just want to catch up and coordinate call/message with Oz today. I am in the office, so call when convenient.

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Sunday, March 25, 2007 10:13 AM
To: Whayne, Thomas (IBD)
Subject: Re:

Short call or longer? I'm with some folks but can move things around if it needs to be rt now.


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_295708

Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Sun Mar 25 10:07:53 2007
Subject: R U available?

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              MS_295709