| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sat, 31 Mar 2007 13:10:16 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 31 Mar 2007 17:10:16.0435 (UTC) FILETIME=[73EB2C30:01C773B7] |
| Subject: | RE: |
| Received(Date): | Sat, 31 Mar 2007 13:10:16 -0400 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F0756E@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <0B3BF3EEA08B584098EA6A4C0CDF417802A6137F@NYWEXMB32.msad.ms.com> |
| Thread-Index: | AcdztSMamjOY0miTRsew7udA4ihslgAAFIKNAABsuLA= |
| References: | <0B3BF3EEA08B584098EA6A4C0CDF417802A6137F@NYWEXMB32.msad.ms.com> |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |

Yes -- without it we would have lost existing one. Ranks as second best to your press reset.

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Saturday, March 31, 2007 12:56 PM
To: Whayne, Thomas (IBD)
Subject: Re:

Good move to throw in the extra ticking fee.


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Sat Mar 31 12:53:41 2007
Subject:

Chip just called. Sam called Bill and said that he thinks he can get to $34, and he will conribute $98 million of additional equity. Wants to leave ticking fee at 8% starting on 1/1/08. Said he needs more equity than 40%, and that there are rating agency issues that they are working through (I assume that relates to the $100 million ask if S-corp not in

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                MS_295649

effect in calendar '08 because of '08 close).  Will obviously require discussion with ESOP trustee.  Asked that we not send docs to BB.

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                           MS_295650