| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.169]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sat, 31 Mar 2007 11:26:37 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="UTF-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 31 Mar 2007 15:26:37.0999 (UTC) FILETIME=[F97123F0:01C773A8] |
| Subject: | Re: ESOP |
| Received(Date): | Sat, 31 Mar 2007 11:26:37 -0400 |
| Message-ID: | <064598A1825BFF438BDEB12A796A54960220E91F@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | ESOP |
| Thread-Index: | AcdzpE9nq3gfDu1xT5iHp9Mh/jqUGAAAS9L+AAAB1CAAANzMDg== |
| From: | "Lee, Ji-Yeun \(IBD\)" <Ji-Yeun.Lee@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |

Thanks - let me figure out if there an ibd morning mtg on monday - that may be good forum in the first instance


Ji-Yeun Lee - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4274
Fax: +1 212 507-2900
Ji-Yeun.Lee@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Whayne, Thomas (IBD)
To: Lee, Ji-Yeun (IBD)
Sent: Sat Mar 31 11:06:30 2007
Subject: RE: ESOP

Yes. May approve tomorrow, although some uncertainty given Broad/Burkle and need for Zell to respond to ask we gave yesterday. Currently at $33.50, with ticking fee now at 8% but starting on 1/1/08, rather than 5% ticking from announcement. Revised proposal is economically equivalent to prior proposal, but the headline number is higher. We have asked for $34, with $75 mm more equity to bring to $300 mm. If we don't get, may put board in difficult position given Broad/Burkle to move forward tomorrow, although there is a strong bias to do so.

Let me know if/how you would like to roll out materials to group.

-----Original Message-----
From: Lee, Ji-Yeun (IBD)
Sent: Saturday, March 31, 2007 11:02 AM
To: Whayne, Thomas (IBD)
Subject: Re: ESOP

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_293739

Where did you guys come out - still with zell?

Ji-Yeun Lee - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4274
Fax: +1 212 507-2900
Ji-Yeun.Lee@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Whayne, Thomas (IBD)
To: Fincher, James (IBD)
Cc: Lee, Ji-Yeun (IBD)
Sent: Sat Mar 31 10:53:15 2007
Subject: ESOP

James,

When do you think that you will be able send a draft of the ESOP overview materials to Ji-Yeun and me?

Tom

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                MS_293740