| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.169]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 2 Apr 2007 07:41:43 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 02 Apr 2007 11:41:43.0127 (UTC) FILETIME=[E2B29670:01C7751B] |
| Subject: | Re: WSJ NEWS ALERT: Zell Wins Bidding for Tribune |
| Received(Date): | Mon, 2 Apr 2007 07:41:42 -0400 |
| Message-ID: | <0B3BF3EEA08B584098EA6A4C0CDF417802A613E0@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | WSJ NEWS ALERT: Zell Wins Bidding for Tribune |
| Thread-Index: | Acd1G0BsEGPQ0CoORqSHP0wbBBmTtgAAFfeAAAASjJA= |
| From: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |
| To: | "Slaughter, J.E. Hoke \(IBD\)" <Hoke.Slaughter@morganstanley.com> |

We were right all along. Told him 34 and more ewuity would get our support. And that was before broad and burkle did just that.


Paul J. Taubman - Head of Global Mergers and Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Slaughter, J.E. Hoke (IBD)
To: Taubman, Paul J (IBD)
Sent: Mon Apr 02 07:40:27 2007
Subject: FW: WSJ NEWS ALERT: Zell Wins Bidding for Tribune

i assume this is true.  anything i should know before calling sam and bill pate to congratulate them?


J.E. Hoke Slaughter - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 37
New York, NY 10036
Phone: +1 212 761-7666
Fax: +1 212 507-4569
Hoke.Slaughter@morganstanley.com

-----Original Message-----
From: WSJ.com Editors [mailto:access@interactive.wsj.com]
Sent: Monday, April 02, 2007 7:31 AM
To: Slaughter, J.E. Hoke (IBD)

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                        MS_329940

Subject: WSJ NEWS ALERT: Zell Wins Bidding for Tribune

---

NEWS ALERT
from The Wall Street Journal

April 2, 2007

Chicago investor Sam Zell has won the bidding for Tribune, according to a person familiar with the matter. Exact terms should be disclosed this morning, this person said. They include a low break-up fee, which would encourage the partnership of Eli Broad and Ron Burkle to pursue a still higher offer, if they choose.

FOR MORE INFORMATION, see: http://online.wsj.com/

---

ADVERTISEMENT

Are you closer to your financial goals...or farther?

Forbes columnist and money manager Ken Fisher's latest research report contains insights designed to help investors see and seize opportunities that may lie ahead.

Click here to download your report! Offer expires 4/1/07.

http://ad.doubleclick.net/clk;70173337;13095026;a?http://clk.atdmt.com/INV/go/fsi0070000168inv/direct/01/

---

SUBSCRIPTION INFORMATION

TO UNSUBSCRIBE DIRECTLY from this list, go to:
http://users.wsj.com/EmailSubMgr/do/delete?addr=HOKE.SLAUGHTER%40MORGANSTANLEY.COM&id=0
Your request will take effect within 48 hours.

TO VIEW OR CHANGE any of your e-mail settings, go to the E-Mail Setup Center:
http://online.wsj.com/email
You are currently subscribed as HOKE.SLAUGHTER@MORGANSTANLEY.COM

FOR FURTHER ASSISTANCE, please contact Customer Service at 1-800-369-2834 or 1-609-514-0870 between the hours of 7 a.m. and midnight Eastern Time Monday - Friday or e-mail onlinejournal@wsj.com.

---

Copyright 2007 Dow Jones & Company, Inc. All Rights Reserved.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_329941