| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 13 Feb 2007 10:56:04 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 13 Feb 2007 15:56:04.0934 (UTC) FILETIME=[779D8660:01C74F87] |
| Subject: | RE: |
| Received(Date): | Tue, 13 Feb 2007 10:56:04 -0500 |
| Message-ID: | <0C97023D8FE4784B92C0981155805596F62202@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <A7CB8D6513E1C1479F21442732289FDF01F06FAC@NYWEXMB21.msad.ms.com> |
| Thread-Index: | AcdPexMSqC2y7mLzTdqCyXhWZifWjQAAGZCwAAA7+z4AAAQhUAAAIKHOAAALjuAAAChAfQAAgXgQAAAg/qAAAE8jcAAAI3MfAACDUyAAADpubQAAInqA |
| From: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |

OK - we're working.  This is above PHONES but below everything else?


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Tuesday, February 13, 2007 10:39 AM
To: Fincher, James (IBD)
Subject: Re:

Same and yes
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Fincher, James (IBD)
To: Whayne, Thomas (IBD)Sent: Tue Feb 13 10:34:15 2007

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_264594

Subject: RE:

We are sending more background info to Bill.  Would PF leverage be the same shown yesterday, or higher?  Presumably lowest piece of capital structure.


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Tuesday, February 13, 2007 10:18 AM
To: Fincher, James (IBD)
Subject: Re:

Yes
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Fincher, James (IBD)
To: Whayne, Thomas (IBD)
Sent: Tue Feb 13 10:16:38 2007
Subject: FW:

see below - Bill not disagreeing with 12-15%, just would need more work to refine view.  worth getting them started on this?


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----Original Message-----
From: Graham, William (GCM)
Sent: Tuesday, February 13, 2007 10:10 AM
To: Fincher, James (IBD)
Subject: RE:

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_264595

We have done no work on topic / idea.  Only thing we have seen were
materials from ML on the company pro forma for the spin of broadcast
biz.  If we have model / comps / and time to do the work we can develop
a more detailed view.  But as I mentioned 1.8bn of PIK preferred is very
large size in a format that the market does not see very often anymore.
So not something can give a detailed view on in 2 minutes without
information.  Happy to do the work if we have info.  There existing debt
is at 7.25% area so need to understand the impact to cap structure that
suggests 12-15% ranges you mention below.  Need details...

-----Original Message-----
From: Fincher, James (IBD)
Sent: Tuesday, February 13, 2007 10:02 AM
To: Graham, William (GCM)
Subject: FW:

is there anything else we can get tom on this?


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Tuesday, February 13, 2007 9:47 AM
To: Fincher, James (IBD)
Cc: Graham, William (GCM)
Subject: Re:

Thanks. ML say 15% and Citi says 12-13%. How confident are we?
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Fincher, James (IBD)
To: Whayne, Thomas (IBD)
Cc: Graham, William (GCM)
Sent: Tue Feb 13 09:43:02 2007
Subject: RE:

Tom, see below for Bill's view.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----Original Message-----
From: Graham, William (GCM)
Sent: Tuesday, February 13, 2007 9:42 AM
To: Fincher, James (IBD)
Subject: Re:

Been a long time since PIK preferred has been done and 1.8bn is major
size. Would say 10.5-11.0%

----- Original Message -----
From: Fincher, James (IBD)
To: Graham, William (GCM)
Sent: Tue Feb 13 09:38:08 2007
Subject: RE:

Thanks Bill - entire company.  Tom/Paul in a TRB board meeting, which is
why I'm reaching out rather than one of them.

James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----Original Message-----
From: Graham, William (GCM)
Sent: Tuesday, February 13, 2007 9:37 AM
To: Fincher, James (IBD)
Subject: Re:

For what part of business. Just publishing pro forma for broadcast spin
or current trb biz??

----- Original Message -----
From: Fincher, James (IBD)
To: Graham, William (GCM)
Sent: Tue Feb 13 09:32:16 2007
Subject: FW:

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MS_264597

Bill, are you able to help with this?


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Tuesday, February 13, 2007 9:27 AM
To: Fincher, James (IBD)
Cc: Stewart, Charles (IBD)
Subject:

Can you ask Ashok what the rate would be on a $1.8B PIK preferred rated
CCC for TRB?  Need answer quickly.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MS_264598