| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 16 Feb 2007 09:26:03 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 16 Feb 2007 14:26:03.0975 (UTC) FILETIME=[63A1D570:01C751D6] |
| Subject: | Re: trb |
| Received(Date): | Fri, 16 Feb 2007 09:26:03 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F07050@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | trb |
| Thread-Index: | AcdRUJCwQi+exG50TrOOOzzH3uXCkwAOONkHAAT/dW8ADVYi4wAA5iPo |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Sisson, Kevin \(GCM\)" <Kevin.Sisson@morganstanley.com>,"Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com>,"Graham, William \(GCM\)" <W.Graham@morganstanley.com> |
| Cc: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com>,"Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com>,"Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |

Involves a restructuring of a partnership where they did not want cash trapped initially or on an ongoing basis as dividends are paid. PIK notes solves this.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Sisson, Kevin (GCM)
To: Whayne, Thomas (IBD); Stewart, Charles (IBD); Graham, William (GCM)
Cc: Fincher, James (IBD); Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Sent: Fri Feb 16 09:00:18 2007
Subject: Re: trb

Could you explian the last point a little further? Do you mean trapped at the initial financing so they can't pay initial dividend or trapped on an ongoing basis due to new covenants that might be put in place or something else? Thanks.

----- Original Message -----
From: Whayne, Thomas (IBD)
To: Sisson, Kevin (GCM); Stewart, Charles (IBD); Graham, William (GCM)

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MS_239534

Cc: Fincher, James (IBD); Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Sent: Fri Feb 16 02:38:26 2007
Subject: Re: trb

Debt service / coverage driven in part, and in part just so cash is not trapped in an entity that is almost entirely own by our client.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Sisson, Kevin (GCM)
To: Stewart, Charles (IBD); Graham, William (GCM)
Cc: Whayne, Thomas (IBD); Fincher, James (IBD); Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Sent: Fri Feb 16 00:15:20 2007
Subject: Re: trb

Why the change in structure to pik notes? Was this covenant driven or debt service/interest coverage driven?

----- Original Message -----
From: Stewart, Charles (IBD)
To: Sisson, Kevin (GCM); Graham, William (GCM)
Cc: Whayne, Thomas (IBD); Fincher, James (IBD); Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Sent: Thu Feb 15 17:28:07 2007
Subject: trb

kevin and bill --

do you guys have what you need from us to form a view?  need to have a sense for indicative terms tomorrow if at all possible.  steve williams should have dropped off the latest term sheets from ML/Citi....let me know, happy to get on a call today to help drive this forward if useful.

Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                         MS_239535