| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 14 Feb 2007 11:01:55 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 14 Feb 2007 16:01:55.0599 (UTC) FILETIME=[730A81F0:01C75051] |
| Subject: | Re: Tower |
| Received(Date): | Wed, 14 Feb 2007 11:01:55 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F06FEA@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Tower |
| Thread-Index: | AcdQPiagrjsKNbXYQBGkQp2aHeHTOAAE0wIh |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |

None. Need to speak with Paul about whether he wants to seek consent.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Fincher, James (IBD)
To: Whayne, Thomas (IBD)
Sent: Wed Feb 14 08:43:46 2007
Subject: Tower

Tom, any update on financing?
- James

James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          MS_265504