| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.164]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sun, 18 Feb 2007 14:59:03 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 18 Feb 2007 19:59:03.0900 (UTC) FILETIME=[3D6BF1C0:01C75397] |
| Subject: | Re: MS Financing Proposal 02.17.07 |
| Received(Date): | Sun, 18 Feb 2007 14:59:03 -0500 |
| Message-ID: | <9BEA94F838965A4099B4863EE71F11AD01E057A2@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | MS Financing Proposal 02.17.07 |
| Thread-Index: | AcdTAEsANF9AHP/WT+qh0hIYA3NzJgAaINVcAADsvBMAAgX+uAAAZzAiAACcJ10AAUYD1wAAJr9wAAM8MhAAAEr88wAACY6AAAAyC9AAAgIm3Q== |
| From: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |

All looks good to me. When we're ready to approach company, we should loop in chandler bigelow for guidance and also get frank involved in don discussions as I think frank could help get don more comfortable. Don will want to use jpm and the last lending exercise didn't exactly endear us to the company (held off participating until the last second long after others had committed...then we were the first bank to sell down). We will definitely need to call crane on this if we're going to get there with the company.

Maybe makes sense to open the sandy/reyes dialogue again at some point if we find ourselves on the fence with the committee.


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Whayne, Thomas (IBD)
To: Stewart, Charles (IBD)
Sent: Sun Feb 18 14:01:46 2007
Subject: FW: MS Financing Proposal 02.17.07

fyi

-----Original Message-----
From: Whayne, Thomas (IBD)
Sent: Sunday, February 18, 2007 2:01 PM
To: Taubman, Paul J (IBD)

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        MS_287529

Subject: RE: MS Financing Proposal 02.17.07

Here are the headlines, which are a summary of the first page put together by Ashok's team:

1. Morgan Stanley has identified significant cost saving opportunities and has developed a financing structure that improves Tribune's flexibility while reducing execution risk.

2. Savings of approximately $40MM in financing fees

    a. The utilization of a bridge loan to effect the spin-off of B&E eliminates the need to raise the same debt twice and saves Tribune over $30MM in financing fees

    b. Morgan Stanley's more aggressive, market-based underwriting fee proposal saves Tribune at least $10MM in fees.

3. Potential savings of $20MM due to lower interest rates. Morgan Stanley's more favorable view of the market acceptance of Tribune's financing could lead to annual interest savings of $20MM. Our market view is reflected in our proposal in the form of lower rates/caps and less flex.

4. Morgan Stanley has also identified areas to improve Tribune's flexibility with minimal cost impact Covenant lite term loan structure at both Publishing and B&E eliminates financial maintenance covenant requirements and is readily accepted in the leveraged markets.

5. We are prepared to fully commit to and underwrite the structure and terms of our proposal

6. By having Morgan Stanley act as an additional joint book-runner in the financing transactions, Tribune will get better execution and a significantly more flexible and less costly structure


-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Sunday, February 18, 2007 1:55 PM
To: Whayne, Thomas (IBD)
Subject: Re: MS Financing Proposal 02.17.07

Ok. Give me headlines as to our proposal vs mer/citi


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Cc: Stewart, Charles (IBD)
Sent: Sun Feb 18 13:53:42 2007
Subject: RE: MS Financing Proposal 02.17.07

Paul,

I think this is in good shape to send to Oz. Given the short timeframe that we have to socialize our proposal, and the consent that we will need to negotiate, what I would suggest is the following:

1. Send to Oz as soon as convenient and follow-up with a call to him because he is going to be our best potential advocate. It would be ideal if you could persuade him to speak to Dennis about our concept to start the company dialogue.

2. I can follow-up with Chip after you have spoken to Oz to work him on the conflict issue. You can follow-up as necessary. I have his home number so will call him either today or tomorrow, as you think appropriate, after you have connected with Oz.

3. Depending on how the Oz call goes (and in particular whether there is any discussion between Oz and Dennis), you can call Dennis and Charlie and I will follow-up with Grenesko. May make sense for me to call Crane as well.

Let me know what you think and if you need anything else.

Tom

-----Original Message-----
From: Taubman, Paul J (IBD)
Sent: Sunday, February 18, 2007 12:14 PM
To: Whayne, Thomas (IBD)
Subject: Re: MS Financing Proposal 02.17.07

Ok. Will wait for you.


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Sun Feb 18 12:09:32 2007
Subject: Re: MS Financing Proposal 02.17.07

Yes but let me review first. Will get to it in the next couple of hours.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                         MS_287531

From: Taubman, Paul J (IBD)
To: Whayne, Thomas (IBD)
Sent: Sun Feb 18 11:33:04 2007
Subject: Re: MS Financing Proposal 02.17.07

Shld I just forward it to him?


Paul J. Taubman - Head of Global Mergers and Acquisitions Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Taubman, Paul J (IBD)
Sent: Sun Feb 18 11:15:36 2007
Subject: Re: MS Financing Proposal 02.17.07

Oz first. Then I can call Chip tomorrow.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Taubman, Paul J (IBD)
To: Whayne, Thomas (IBD)
Sent: Sun Feb 18 11:04:04 2007
Subject: Re: MS Financing Proposal 02.17.07

Ok. What's the best way in to communicate?  Chip oz dennis?


Paul J. Taubman - Head of Global Mergers and
Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Whayne, Thomas (IBD)

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                               MS_287532

To: Taubman, Paul J (IBD)
Cc: Stewart, Charles (IBD); Fincher, James (IBD); Williams, Steven D (IBD)
Sent: Sun Feb 18 10:06:07 2007
Subject: Fw: MS Financing Proposal 02.17.07

Paul,

Appears that you already have received this package, which I asked them to prepare for Oz.

Tom
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
-------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Graham, William (GCM)
To: Whayne, Thomas (IBD)
Cc: Nayyar, Ashok (GCM); Sisson, Kevin (GCM)
Sent: Sun Feb 18 09:39:39 2007
Subject: Fw: MS Financing Proposal 02.17.07

Tom

Apologize - I meant to copy you as well last night. Please let us know if you have any questions.

Thanks.


----- Original Message -----
From: Graham, William (GCM)
To: Taubman, Paul J (IBD)
Cc: Nayyar, Ashok (GCM); Sisson, Kevin (GCM); Ambardar, Anisha (GCM)
Sent: Sat Feb 17 20:58:33 2007
Subject: MS Financing Proposal 02.17.07

<<MS Financing Proposal 02.17.07.ppt>>
<<MS Financing Proposal 02.17.07.ppt>> Paul

lease find our financing proposal for Tribune attached.  Please feel free to email Kevin Sisson who is available tonight to discuss if you have any questions.

Thanks.

William Graham - Executive Director
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-2976
Fax: +1 718 233-2150

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_287533

W.Graham@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MS_287534