| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 20 Feb 2007 13:06:24 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 20 Feb 2007 18:06:24.0653 (UTC) FILETIME=[D56C33D0:01C75519] |
| Subject: | Re: TRB |
| Received(Date): | Tue, 20 Feb 2007 13:06:24 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F070D0@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | TRB |
| Thread-Index: | AcdVGRyJiuYCJzidR7a5NgVKk+IvhAAAD2IgAAAeyRo= |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Nayyar, Ashok \(GCM\)" <Ashok.Nayyar@morganstanley.com>,"Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com>,"Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |

Unhappy on fees. Arguing we are conflicted. Citi believes we probably are not conflicted. I think they are arguing against the bridge concept.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Nayyar, Ashok (GCM)
To: Whayne, Thomas (IBD); Taubman, Paul J (IBD); Stewart, Charles (IBD)
Sent: Tue Feb 20 13:03:22 2007
Subject: RE: TRB

ML fighting on what basis.

_____

From: Whayne, Thomas (IBD)
Sent: Tuesday, February 20, 2007 1:01 PM
To: Taubman, Paul J (IBD); Nayyar, Ashok (GCM); Stewart, Charles (IBD)
Subject: TRB


Just spoke with Christina. ML and Citi now know about our proposal. Apparently ML is very upset and is fighting hard against us. Citi is more philosophical. Let the games begin.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                       MS_286296

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_286297