| | |
|---|---|
| Received: | from NYWEXMB48.msad.ms.com ([205.228.46.222]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sat, 24 Feb 2007 11:58:54 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 24 Feb 2007 16:58:54.0356 (UTC) FILETIME=[10E8ED40:01C75835] |
| Subject: | Re: How did the comm meeting go? |
| Received(Date): | Sat, 24 Feb 2007 11:58:33 -0500 |
| Message-ID: | <1EE59015D2B8AB45B8AAA315AD4BAF8A0280F5A0@NYWEXMB48.msad.ms.com> |
| Thread-Topic: | How did the comm meeting go? |
| Thread-Index: | AcdYNBW61PAoHWwUS1SSD1vZuplZpgAAGbtSAAAICg4= |
| From: | "Nayyar, Ashok \(GCM\)" <Ashok.Nayyar@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| Cc: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com>,"Graham, William \(GCM\)" <W.Graham@morganstanley.com> |

We should make sure we send final fee analysis and not the first one. Thx
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Whayne, Thomas (IBD)
To: Nayyar, Ashok (GCM)
Cc: Stewart, Charles (IBD); Graham, William (GCM)
Sent: Sat Feb 24 11:54:45 2007
Subject: Re: How did the comm meeting go?

Not yet. Will send full package in the next hour or so.

Comm meeting went fine. Bias to recap which we will pursue unless two largest shareholders say they prefer other path, which they won't.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Nayyar, Ashok (GCM)
To: Whayne, Thomas (IBD)
Sent: Sat Feb 24 11:51:52 2007
Subject: How did the comm meeting go?

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                           MS_285968

Did you forward the final fee analysis to Chandler
--------------------------
Sent from my BlackBerry Wireless Handheld

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                MS_285969