| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 23 Feb 2007 23:31:22 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 24 Feb 2007 04:31:22.0691 (UTC) FILETIME=[A33BF930:01C757CC] |
| Subject: | Fw: Trib |
| Received(Date): | Fri, 23 Feb 2007 23:31:21 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF023607E6@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | Trib |
| Thread-Index: | AcdXurC6PN/EJbf3QLCOcJ3Z4gXdwAACcAm7AABPjKcAAbzWzw== |
| From: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |
| To: | "Bartlett, Christopher \(IBD\)" <Christopher.Bartlett@morganstanley.com> |

Trip to San Antonio may be in jeopardy. Trib going to comte Mon/Tues and Kvorning in LA. Will know more tomorrow morning.


----- Original Message -----
From: Stewart, Charles (IBD)
To: Adelman, Robert (CREDIT); Stoilova, Tatyana (Tanya) (CREDIT)
Cc: Graham, William (GCM); Fincher, James (IBD); Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Sent: Fri Feb 23 22:41:36 2007
Subject: Fw: Trib

Rob and Tanya -

FYI. Tribune situation is now evolving quickly and we may need to go to CCC on Tuesday.

What time can we speak tomorrow to get you up to speed in detail and begin to formulate what you need to get comfortable? We have loads of info and can arrange calls with mgmt on monday to update your credit views from 8 months ago.


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Nayyar, Ashok (GCM)
To: Stewart, Charles (IBD); Whayne, Thomas (IBD); Graham, William (GCM)

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    MS_242835

Cc: Taubman, Paul J (IBD)
Sent: Fri Feb 23 22:32:42 2007
Subject: Re: Trib

Based on our conversation with Chandler, I think we should get ready to commit by Tuesday. I know that we do not have the business but it would be a shame to lose out because we cannot commit on time. Obviously this is subject to us not getting negative feedback at tommorrow's meeting.
 I suggest that we start work on the CCC memo tommorrow and also contact Credit over the weekend to get them started on Sun/Mon morning. We should plan to go to committee on Tues morning
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Stewart, Charles (IBD)
To: Whayne, Thomas (IBD); Nayyar, Ashok (GCM); Graham, William (GCM)
Sent: Fri Feb 23 21:22:54 2007
Subject: Trib

Confirmed a 1pm call with jodi from wachtell tomorrow.  I'll send around a dial in.

-cs


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_242836