| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN93.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sat, 24 Feb 2007 10:42:34 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed;boundary="----_=_NextPart_002_01C7582A.66CE1100" |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 24 Feb 2007 15:42:34.0902 (UTC) FILETIME=[6757B360:01C7582A] |
| Subject: | RE: Trib |
| Received(Date): | Sat, 24 Feb 2007 10:42:34 -0500 |
| Message-ID: | <0C97023D8FE4784B92C0981155805596F62342@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <2AB98D0FD9E37D438C66451557F827F704D6E483@NYWEXMB64.msad.ms.com> |
| X-MS-Has-Attach: | yes |
| Thread-Topic: | Trib |
| Thread-Index: | AcdXurC6PN/EJbf3QLCOcJ3Z4gXdwAACcAm7AABPjKcAAJ+FywAR9TQ1AAST8KAAAcXF/gAACPkg |
| From: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |
| To: | "Stoilova, Tatyana \(Tanya\) \(CREDIT\)" <Tatyana.Stoilova@morganstanley.com> |
| Cc: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com>,"Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com>,"Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Attachment | MS.Financing.Proposal.02.17.07-332288-30164169.ppt |

Tanya,

Thanks and this all should be fine. FYI, we would be committing to financing for both the upfront transaction and the broadcasting spin, so we will need to look at (a) entire company, (b) publishing post-spin and (c) broadcasting post-spin.

I've attached our proposal, which among other things gives summary leverage levels and terms, including the leverage covenant for the spin.

For the model, we use different sets of projections at this stage rather than a full set of drivers. we have a management case, a research case and a management downside case. if we want additional sensitivities, we will need to build, which could take some time.

We will start sending you things as we collect them, and someone will be in touch to schedule a time to discuss model.

Thanks a lot,
James

James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                         MS_238901

New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----Original Message-----From: Stoilova, Tatyana (Tanya) (CREDIT)
Sent: Saturday, February 24, 2007 10:35 AM
To: Fincher, James (IBD)
Subject: Re: Trib
Hey jamejust send me all the transaction info u have (and that couls be
useful to me). Do we have term sheets? Can u confirm with
someone(probably graham) on whether after the spin off the company musr
use the proceeds to pay down debt - is it the entire proceeds they will
use or just a portion to bring down the leverage below the compliance
cov (which - think will be 7.5 or 8 times...)? Maybe we can dig more on
this qn and the companys lev goal when we speak to them on monday?
9an u please confirm we are having. A call with mgmt on monday? I will
send u my qns some time tom.
In termd of the model, please make sure there is a switch to allow us to
look at the comp as it is today for the entire projection period as well
as excluding the brosdcasting business. Also, can u take a look at the
drivers we used in the model last year, ideally the new model should use
the exact same drivers to allow me to finish this quickly.
When u send me the model, please ask the anal/assoc to schedule a brief
discusion with me - after 4 or 5 this afternoon.
Thanks,tanya

----- Original Message -----
From: Fincher, James (IBD)
To: Stoilova, Tatyana (Tanya) (CREDIT)
Cc: Stewart, Charles (IBD)
Sent: Sat Feb 24 09:45:39 2007
Subject: FW: Trib

Hi Tanya, I can speak at 10 - should I give you a call?  What number
works best?


James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----Original Message-----
From: Stewart, Charles (IBD)
Sent: Saturday, February 24, 2007 7:34 AM
To: Fincher, James (IBD)
Subject: Fw: Trib

Can u and team speak to her at 10? I'll be on board call...


Charles Stewart - Managing Director

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Stoilova, Tatyana (Tanya) (CREDIT)
To: Stewart, Charles (IBD)
Sent: Fri Feb 23 22:59:26 2007
Subject: Re: Trib

Think rob is still on vac . Did u give him a call on his cell? He does not have a blackberry. I can talk to you tom either early in the mor around ten or after four. I have done tons of research on tribune so I can start the credit process - I also sent an email to whelan to see if he is ok with this or if he wants me to work with someone else tom and will let u know. In any case, let me know what time works better for u so I can arrange.
Best, tanya

----- Original Message -----
From: Stewart, Charles (IBD)
To: Adelman, Robert (CREDIT); Stoilova, Tatyana (Tanya) (CREDIT)
Cc: Graham, William (GCM); Fincher, James (IBD); Williams, Steven D (IBD); Kvorning, Thomas (IBD)
Sent: Fri Feb 23 22:41:36 2007
Subject: Fw: Trib

Rob and Tanya -

FYI. Tribune situation is now evolving quickly and we may need to go to CCC on Tuesday.

What time can we speak tomorrow to get you up to speed in detail and

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_238903