| | |
|---|---|
| Received: | from PIWEXBH02.msad.ms.com ([205.228.46.225]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sun, 25 Feb 2007 04:43:09 -0500 |
| Received: | from OYWEXBH02.msad.ms.com ([172.24.233.216]) by PIWEXBH02.msad.ms.com with Microsoft SMTPSVC(6.0.3790.1830); Sun, 25 Feb 2007 04:43:02 -0500 |
| Received: | from LNWEXMB36.msad.ms.com ([172.24.229.41]) by OYWEXBH02.msad.ms.com with Microsoft SMTPSVC(6.0.3790.1830); Sun, 25 Feb 2007 09:42:55 +0000 |
| MIME-Version: | 1.0 |
| Content-Type: | multipart/mixed;boundary="----_=_NextPart_002_01C758C1.5B79F480" |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 25 Feb 2007 09:42:55.0162 (UTC) FILETIME=[533A71A0:01C758C1] |
| Subject: | Tower CCC Model |
| Received(Date): | Sun, 25 Feb 2007 04:42:53 -0500 |
| Message-ID: | <AF70710BC2E33241864AEDBCD8420266026CF4DC@LNWEXMB36.msad.ms.com> |
| In-Reply-To: | <A7CB8D6513E1C1479F21442732289FDF023607E7@NYWEXMB21.msad.ms.com> |
| X-MS-Has-Attach: | yes |
| Thread-Topic: | Tower CCC Model |
| Thread-Index: | AcdYMLKQ44PyeiYDQMmO96OIeNbxrwAjdPzw |
| From: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |
| To: | "Stoilova, Tatyana \(Tanya\) \(CREDIT\)" <Tatyana.Stoilova@morganstanley.com> |
| Cc: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com>,"Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Attachment | Copy.of.Consolidated.Tower.Model..24-Feb-07..SD.version.-.MS.Terms-3640832-163771920.xls |

Tanya,

Please find attached the revised Tower CCC model which now includes the base and downside case you provided us with. More specifically, the projections have been derived as follows:

- Revenue: As per your spread sheet
- EBITDA (Excl stock-based compensation): As per your spread sheet
- D&A&Capex: As % of revenue from Tower mgmt and downside case but applied to credit base and downside revenues
- All other variables remain constant (i.e. credit base = mgmt base case and credit downside = mgmt downside)

I have also added 2012-2015 in the projections and segment model.

The scenarios are run from a switch called "fincase" and you should only look at the following:

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MS_249364

4: Credit Publishing Base Case
5: Credit Broadcasting Base Case
6: Credit Publishing Downside Case
7: Credit Broadcasting Downside Case

Publishing goes cash flow negative in 2008 due to the $175MM real estate invesstment (as it does in Tower's mgmt plan), but the rest of the years are CF positive. In 2009 both Publishing and Broadcasting EBITDA decreases sharply which makes the credit ratios look a bit strange in 2009. Is this how you want to show it?

One final thing I want to mention is that you can't undo in the model unless you are running the calculations on "manual". Apologise for the inconvenience.....

Best regards,
Thomas


Thomas Kvorning
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6780
Fax: +1 646 485-4175
Thomas.Kvorning@morganstanley.com


_____

From: Williams, Steven D (IBD)
Sent: Saturday, February 24, 2007 11:28 AM
To: Stoilova, Tatyana (Tanya) (CREDIT)
Cc: Fincher, James (IBD); Kvorning, Thomas (IBD)
Subject: Tribune CCC Process Kickoff Materials


Tanya,

Hope all is well. The team has just spoken with Bill Graham and we are underway with pulling together the CCC memo. I wanted to provide you with a few things that you may need:

1) Our current model (first file)
2) Management's latest projections (next two files); and
3) Most recent management presentation (to come)

As it relates to the management presentation, we have only a hard copy, so we are happy to make a copy for you and get it to you however is most expedient. Let us know and we can bring a copy over to you. Keep in mind, this management presentation is a few months stale, and has old projections throughout, but should be helpful in bringing you up to speed from 6-8 mos ago when you last looked at this credit.

Also, we have access to a full DataSite dataroom with an abundance of

information on the company (can give you a password).  Not sure if you need/want access to this, but we can provide for you if necessary.

We can also set up a call with you to walk through our model at some point this afternoon if you would like.  Our model is currently running through the pro forma capital structure as proposed by Merrill/Citi, so we will need to incorporate the new Morgan Stanley proposal, which should not take much time this afternoon - and we will send you an updated model when ready.

Please let us know how you would like to work with us on this, and we are happy to accommodate.

Cheers,
Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_249366