| | |
|---|---|
| **From:** | Whayne, Thomas (IBD) <Thomas.Whayne@morganstanley.com> |
| **Sent:** | Saturday, February 24, 2007 2:36 AM (GMT) |
| **To:** | Bigelow, Chandler <cbigelow@tribune.com> |
| **Cc:** | Stewart, Charles (IBD) <Charlie.Stewart@morganstanley.com> |
| **Subject:** | MS Proposal |
| **Attach:** | MS Financing Proposal 02.17.07.ppt |

Chandler,

As discussed, attached is a soft copy of our proposal. We look forward to following up tomorrow on the items that you requested.

Best regards,

Tom

**Thomas Whayne - Managing Director**
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

This communication is intended for the addressee(s) and may contain confidential information. We do not waive confidentiality by mistransmission. If you have received this communication in error, any use, dissemination, printing or copying is strictly prohibited; please destroy all electronic and paper copies and notify the sender immediately. We are required by applicable rules to advise you that we may own or act as market maker for securities/instruments mentioned or may advise the issuers; and that past performance is not indicative of future returns.

Tribune

## Executive Summary

- Morgan Stanley has identified significant cost saving opportunities and has developed a financing structure that improves Tribune's flexibility while reducing execution risk
- Savings of approximately $40MM in financing fees
  - The utilization of a bridge loan to effect the spin-off of B&E eliminates the need to raise the same debt twice and saves Tribune over $30MM in financing fees
  - Morgan Stanley's more aggressive, market-based underwriting fee proposal saves Tribune at least $10MM in fees
- Potential savings of $20MM due to lower interest rates
  - Morgan Stanley's more favorable view of the market acceptance of Tribune's financing could lead to annual interest savings of $20MM
  - Our market view is reflected in our proposal in the form of lower rates/caps and less flex
- Morgan Stanley has also identified areas to improve Tribune's flexibility with minimal cost impact
  - Covenant lite term loan structure at both Publishing and B&E eliminates financial maintenance covenant requirements and is readily accepted in the leveraged markets
  - PIK Toggle Notes structure provides Tribune the ability to manage cash flow by electing semi-annually to toggle between paying cash and PIK interest
  - Replacement of Term Loan A with incremental Term Loan B eliminates onerous amortization requirements
- Morgan Stanley believes the pro forma credit profile of each business can support additional leverage, thereby increasing the amount of capital returned to shareholders
  - However, for comparability purposes we have not changed the quantum of debt being raised
- We are prepared to fully commit to and underwrite the structure and terms of our proposal

Morgan Stanley

1

Professionals' Eyes Only

TRB0051922

TRB0051922

Tribune

## Overview of Cost Savings

- Approximately $30MM of the estimated $40MM in fee savings are generated by eliminating financing inefficiencies with the implementation of the B&E SpinCo Bridge

- Reduced downside risk from tighter capped / flexed pricing levels protects the Company from exposure to an additional $20MM in potential annual interest expense

**Comparison of Financing Proposals**
($MM)

| | Merrill Lynch / Citi | Morgan Stanley | Total Savings |
|---|---|---|---|
| Publishing Financing Fees | 147 | 111 | 36 |
| B&E Financing Fees | 49 | 45 | 4 |
| Total Financing Fees | 196 | 156 | 40 |

**Comparison of Financing Proposals**
($MM)

| | Reduced Rate Exposure |
|---|---|
| Reduced interest expense exposure | 0.25% |
| Total Financing Dollars Affected | 8100 |
| Reduced Interest Expense Exposure | 20 |

Morgan Stanley

2

Professionals' Eyes Only

TRB0051923

TRB0051922

Tribune

## Pro Forma Sources & Uses
### $20 Dividend

- Our proposal does not include a Term Loan A component at either Publishing or B&E which eliminates any meaningful amortization requirements
- For comparability purposes we have not changed the total quantum of debt
  - We believe incremental proceeds can be raised if desired
- The Morgan Stanley proposal saves $40MM in fees
  - We have presented these cost savings as incremental cash on Tribune's balance sheet for presentation purposes
- In practical terms, the Company could effect the same $20.00 per share dividend and raise $40MM less debt and as a result save both underwriting fees and interest expense on that incremental debt

**Sources and Uses – Publishing**
($MM)

| Sources | | Uses | |
|---|---|---|---|
| New Revolver ($750MM capacity) | 0.0 | Dividend to Shareholders | 4,980.0 |
| Interim Term Loan | 570.0 | Refinance Existing Debt | 3,169.0 |
| New Term Loan B | 3,660.0 | Rollover Notes | 1,264.0 |
| New SpinCo Bridge | 2,450.0 | PHONES | 900.0 |
| New Senior Notes | 1,500.0 | Financing Fees | 111.0 |
| Rollover Notes | 1,264.0 | Other Transaction Fees | 27.0 |
| PHONES | 900.0 | Incremental Cash on Balance Sheet | 36.0 |
| Options Proceeds | 143.0 | | |
| Total Sources | 10,487.0 | Total Uses | 10,487.0 |

**Sources and Uses – B&E**
($MM)

| Sources | | Uses | |
|---|---|---|---|
| New Revolver ($250MM capacity) | 0.0 | Dividend to Shareholders / Debt-for-Debt Exchange | 2,398.0 |
| New Term Loan B | 1,850.0 | Financing Fees | 45.0 |
| New Senior Notes | 600.0 | Other Transaction Fees | 3.0 |
| | | Incremental Cash on Balance Sheet | 4.0 |
| Total Sources | 2,450.0 | Total Uses | 2,450.0 |

Morgan Stanley

3

Professionals' Eyes Only

TRB0051924

TRB0051922

Tribune

## Summary Terms and Conditions
### Publishing Covenant-Lite Alternative

**Senior Secured Credit Facilities and Senior Notes**

| | Revolver | Interim Term Loan | Term Loan B | SpinCo Bridge | Senior Cash-Pay Notes | Senior PIK Toggle Notes |
|---|---|---|---|---|---|---|
| Borrower: | Tribune Co. | | | | | |
| Amount Committed: | $750MM | $570MM | $3,660MM | $2,450MM | $1,500MM in aggregate | |
| Amount Funded: | $0MM | $570MM | $3,660MM | $2,450MM | $1,500MM in aggregate | |
| Term: | 6 Years | 2 Years | 7 Years | 1 Year | 10 Years | |
| Indicative Pricing: | if B1/B+: L+225 bps<br>if <B1/B+: L+250 bps | if B1/B+: L+225 bps<br>if <B1/B+: L+250 bps | if B1/B+: L+225 bps<br>if <B1/B+: L+250 bps | Same as Term Loan B | 8.75% area | 9.00% area<br>(+75 bps when PIK) |
| Amortization: | None | None | 1% per annum with balance due in final year | None | None | |
| Call Protection: | None | None | None | None | NC-5 | |
| Security: | A pledge of the stock of all the direct and indirect subsidiaries of the Borrower and Guarantors | | | | None | |
| Guarantors: | All domestic subsidiaries of the Borrower | | | | All domestic subsidiaries of the Issuer | |
| Financial Covenants: | None | | | | Standard incurrence-based high yield covenants | |
| Negative Covenants: | To include, but not limited to limitations on additional indebtedness, capital expenditures, liens, mergers, asset sales, restricted payments and transactions with affiliates | | | | | |
| Other Covenants: | Spinoff of Broadcasting unit allowed only if leverage through new debt raised is less than 5.75x EBITDA and total leverage less than 7.75x | | | | | |
| Commitment Fee: | 50 bps | None | None | None | None | |
| Price Flex: | 50 bps | 50 bps | 50 bps | 50 bps | None | |
| Underwriting Fee: | 1.50% | 1.50% | 1.50% | 0.25% | 2.00% | |

Morgan Stanley

4

Professionals' Eyes Only

Tribune

## Summary Terms and Conditions
### Publishing Maintenance Covenant Alternative

**Senior Secured Credit Facilities and Senior Notes**

| | Revolver | Interim Term Loan | Term Loan B | SpinCo Bridge | Senior Cash-Pay Notes | Senior PIK Toggle Notes |
|---|---|---|---|---|---|---|
| Borrower: | Tribune Co. | | | | | |
| Amount Committed: | $750MM | $570MM | $3,660MM | $2,450MM | $1,500MM in aggregate | |
| Amount Funded: | $0MM | $570MM | $3,660MM | $2,450MM | $1,500MM in aggregate | |
| Term: | 6 Years | 2 Years | 7 Years | 1 Year | 10 Years | 10 Years |
| Indicative Pricing: | if B1/B+: L+200 bps<br>if <B1/B+: L+225 bps | if B1/B+: L+200 bps<br>if <B1/B+: L+225 bps | if B1/B+: L+200 bps<br>if <B1/B+: L+225 bps | Same as Term Loan B | 8.75% area | 9.00% area<br>(+75 bps when PIK) |
| Amortization: | None | None | 1% per annum with balance due in final year | None | None | None |
| Call Protection: | None | None | None | None | NC-5 | NC-5 |
| Security: | A pledge of the stock of all the direct and indirect subsidiaries of the Borrower and Guarantors | | | | None | None |
| Guarantors: | All domestic subsidiaries of the Borrower | | | | All domestic subsidiaries of the Issuer | |
| Financial Covenants: | Total "Net Debt" Leverage Ratio: 6.50x through December 30, 2007<br>6.25x December 31, 2007 - December 28, 2008<br>6.00x December 29, 2008 - December 27, 2009<br>5.75x December 28, 2009 through December 26, 2010<br>5.50x thereafter<br><br>Interest Coverage Ratio: 1.50x through December 30, 2007<br>1.75x December 31, 2007 through December 26, 2010<br>2.00x thereafter | | | | Standard incurrence-based high yield covenants | |
| Negative Covenants: | To include, but not limited to limitations on additional indebtedness, capital expenditures, liens, mergers, asset sales, restricted payments and transactions with affiliates | | | | | |
| Other Covenants: | Spinoff of Broadcasting unit allowed only if leverage through new debt raised is less than 5.75x EBITDA and total leverage less than 7.75x | | | | | |
| Commitment Fee: | 50 bps | None | None | None | None | None |
| Price Flex: | 50 bps | 50 bps | 50 bps | 50 bps | None | None |
| Underwriting Fee: | 1.50% | 1.50% | 1.50% | 0.25% | 2.00% | 2.00% |

Morgan Stanley

Professionals' Eyes Only

5

TRB0051926

TRB0051922