Tribune

## Summary of Senior Unsecured Bridge Terms
Publishing

### Terms

| | | |
|---|---|---|
| Borrower: | Tribune Co. | |
| Issue: | Senior Unsecured Cash-Pay Bridge Loan | Senior Unsecured PIK Toggle Bridge Loan |
| Principal Amount: | $1,500MM in aggregate | |
| Interest Rate: | L + 375 bps | L + 400 bps |
| Interest Rate Step-Ups: | 50 bps every three months from funding date | 50 bps every three months from funding date |
| Interest Rate Caps: | 10.25% | 10.50% |
| Maturity: | 1 year (to be exchanged into 9-year Rollover notes if loan is not refinanced) | |
| Optional Prepayment: | Pre-payable at par at any time without premium or penalty, at whole or in part, plus accrued and unpaid interest | |
| Guarantors: | Same as Senior Secured Credit Facilities | |
| Covenants, Reps, Event of Default: | Customary and standard | |
| Bridge Commitment Fee: | 0.25% with step-up to 0.50% after 30 days (with rebates) | |
| Bridge Funding Fee: | 1.25% (with rebates) | |

Morgan Stanley

6

Professionals' Eyes Only

TRB0051927

TRB0051922

Tribune

## Summary Terms and Conditions
### B&E

**Senior Secured Credit Facilities and Senior Notes**

| | Revolver | Term Loan B | Senior Notes |
|---|---|---|---|
| Borrower: | | B&E (SpinCo) | |
| Amount Committed: | $250MM | $1,850MM | $600MM |
| Amount Funded: | $0MM | $1,850MM | $600MM |
| Term: | 6 Years | 7 Years | 10 Years |
| Indicative Pricing: | if Ba3/BB-: L+175 bps<br>if <=B1/B+: L+200 bps | if Ba3/BB-: L+175 bps<br>if <=B1/B+: L+200 bps | 8.50% area |
| Assumed Ratings: | Ba3/BB- or B1/B+ [1] | | B1/B or B2/B- [2] |
| Amortization: | None | 1% per annum with balance due in final year | None |
| Call Protection: | None | None | NC-5 |
| Security: | A pledge of substantially all of the assets of the Borrower and Guarantors and the stock of all the direct and indirect subsidiaries of the Borrower and Guarantors | | None |
| Guarantors: | All domestic subsidiaries of the Borrower | | All domestic subsidiaries of the Issuer |
| Financial Maintenance Covenants: | None | | Standard incurrence-based high yield covenants |
| Negative Covenants: | To include, but not limited to limitations on additional indebtedness, capital expenditures, liens, mergers, asset sales, restricted payments and transactions with affiliates | | |
| Commitment Fee: | 50 bps | None | None |
| Price Flex: | 50 bps | 50 bps | None |
| Underwriting Fee: | 1.50% | 1.50% | 2.00% |

Morgan Stanley

Notes
1. Corporate Rating
2. Tranche Rating

7

Professionals' Eyes Only

TRB0051928

TRB0051922

Tribune

## Summary of Senior Unsecured Bridge Terms
### B&E

| Terms | |
|---|---|
| Borrower: | B&E (SpinCo) |
| Issue: | Senior Unsecured Bridge Loan |
| Principal Amount: | $600MM |
| Interest Rate: | L + 350 bps |
| Interest Rate Step-Ups: | 50 bps every three months from funding date |
| Interest Rate Caps: | 10.75% |
| Maturity: | 1 year (to be exchanged into 9-year Rollover notes if loan is not refinanced) |
| Optional Prepayment: | Pre-payable at par at any time without premium or penalty, at whole or in part, plus accrued and unpaid interest |
| Guarantors: | Same as Senior Secured Credit Facilities |
| Covenants, Reps, Event of Default: | Customary and standard |
| Bridge Commitment Fee: | 0.50% |
| Bridge Funding Fee: | 1.25% (with rebates) |

Morgan Stanley

8

Professionals' Eyes Only

TRB0051929

TRB0051922