| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sun, 25 Feb 2007 11:40:00 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 25 Feb 2007 16:40:00.0049 (UTC) FILETIME=[97392A10:01C758FB] |
| Subject: | FW: 6:30 EST call |
| Received(Date): | Sun, 25 Feb 2007 11:39:59 -0500 |
| Message-ID: | <0C97023D8FE4784B92C0981155805596F62354@NYWEXMB21.msad.ms.com> |
| Thread-Topic: | 6:30 EST call |
| Thread-Index: | AcdY8MMfAg0JSookTvuU9yVfSmeyeQAASQIIAAFqyHMAAPpxQA== |
| From: | "Fincher, James \(IBD\)" <James.Fincher@morganstanley.com> |
| To: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com>,"Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com> |

James Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----Original Message-----
From: Whayne, Thomas (IBD) Sent: Sunday, February 25, 2007 11:11 AM
To: Stewart, Charles (IBD); Nayyar, Ashok (GCM); Graham, William (GCM); Taubman, Paul J (IBD)
Cc: Fincher, James (IBD); English, Frank (IBD)
Subject: Re: 6:30 EST call

I thought they would resort to this issue as a means of excluding us, notwithstanding superior structue and economics put together by Ashok and Bill. At least they are providing an early warning, now that we are past the tax fabrications.

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                     MS_238711

----- Original Message -----
From: Stewart, Charles (IBD)
To: Nayyar, Ashok (GCM); Graham, William (GCM); Taubman, Paul J (IBD)
Cc: Fincher, James (IBD); English, Frank (IBD); Whayne, Thomas (IBD)
Sent: Sun Feb 25 10:30:39 2007
Subject: Fw: 6:30 EST call

FYI. We need to speak to Chip/Oz I would think.  Getting traction with
the company though.


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: Stewart, Charles (IBD); Whayne, Thomas (IBD)
Cc: Grenesko, Don <DGrenesko@tribune.com>; Kenney, Crane H <CKenney@tribune.com>
Sent: Sun Feb 25 10:22:08 2007Subject: Fw: 6:30 EST call

 <<MS Financing Proposal Follow-Up 02.24.071.pdf>>
Charlie/Tom: many thanks for the call last night and all of your help
during this process.  I really appreciate your efforts and more
importantly good ideas.  I spoke to Crane last night and he said that
before we went beyond just discussing ideas that you and Paul and Chip
would need to discuss with respect to independent advisory role with
Special Committee.  Let us know what you all decide.  In any event, I
think it's a good idea to have a call tomorrow with Don to review your
latest thinking (attached).

Thanks again, Chandler

-----Original Message-----
From: Graham, William (GCM) <W.Graham@morganstanley.com>
To: Stewart, Charles (IBD) <Charlie.Stewart@morganstanley.com>; Bigelow,
Chandler; Whayne, Thomas (IBD) <Thomas.Whayne@morganstanley.com>;
Nayyar, Ashok (GCM) <Ashok.Nayyar@morganstanley.com>
Sent: Sat Feb 24 17:31:34 2007
Subject: RE: 6:30 EST call

 <<MS Financing Proposal Follow-Up 02.24.071.pdf>> Please find attached.-----Original Message-----
From: Stewart, Charles (IBD)
Sent: Saturday, February 24, 2007 6:09 PM
To: 'cbigelow@tribune.com'; Whayne, Thomas (IBD); Nayyar, Ashok (GCM);
Graham, William (GCM)
Subject: 6:30 EST call

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    MS_238712

Chandler - let's talk at 6:30 EST. Dial in as follows:

8007618522
pc. 36694394

We will have materials to you in a few minutes.

Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry
--------------------------------------------------------

NOTICE: If received in error, please destroy and notify sender. Sender does not intend to waive confidentiality or privilege. Use of this email is prohibited when received in error.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_238713