| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.103]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sun, 25 Feb 2007 12:21:18 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 25 Feb 2007 17:21:18.0212 (UTC) FILETIME=[5C52D440:01C75901] |
| Received(Date): | Sun, 25 Feb 2007 12:21:17 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01F07190@NYWEXMB21.msad.ms.com> |
| Thread-Index: | AcdZAVwqVlEospNOT8K7/byyChzgeQ== |
| From: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |

Now that we have started down this amorphous/undefined path of exploring the ESOP, not surprisingly the Foundation is underwhelmed, but the Chandlers are excited. The more time that is spent, the greater the risk to their prior deal -- to state the obvious.

Seems that we should have a call to address the obvious issues that are going to matter to us, and that will obviously play into the likelihood that an ESOP will be acceptable to us.

1. First is price -- assume that we need to say that it has to be higher

2. Second, will need a reverse break fee if ESOP not completed. This will be hard as Zell will pay 20% at the most, if he will even do that. Employees obviously are not going to pay. ML/Citi say this is virtually impossible given construct, which I agree with practically. How do you think it impacts price, given the free option created?

3. Who should pay expenses of exploring ESOP? Path we are on is that the company will pay, but there is an obvious asymmetry with the way we have dealt with Foundation and Chandlers thus far.

Any reactions?
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
--------------------------
Sent from my BlackBerry Wireless Handheld

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                 MS_289426