| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.164]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Tue, 27 Feb 2007 18:16:48 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 27 Feb 2007 23:16:48.0122 (UTC) FILETIME=[5AC44DA0:01C75AC5] |
| Subject: | Re: Tribune |
| Received(Date): | Tue, 27 Feb 2007 18:16:47 -0500 |
| Message-ID: | <0B3BF3EEA08B584098EA6A4C0CDF417802A60D0E@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | Tribune |
| Thread-Index: | AcdaxDAkWoYYtxNzR86qQ73AcfX3XAAAAkzwAAALatwAADzbLQ== |
| From: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |
| To: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |

Y


Paul J. Taubman - Head of Global Mergers and
Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Stewart, Charles (IBD)
To: Taubman, Paul J (IBD)
Sent: Tue Feb 27 18:09:59 2007
Subject: Re: Tribune

On way to office can I come by in 10 mins?


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Taubman, Paul J (IBD)
To: Stewart, Charles (IBD); Whayne, Thomas (IBD)

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_307890

Cc: Nayyar, Ashok (GCM); Graham, William (GCM); Sisson, Kevin (GCM)
Sent: Tue Feb 27 18:08:53 2007
Subject: RE: Tribune

can u brief me live


Paul J Taubman - Head of Global Mergers & Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com

-----Original Message-----
From: Stewart, Charles (IBD)
Sent: Tuesday, February 27, 2007 6:08 PM
To: Whayne, Thomas (IBD); Taubman, Paul J (IBD)
Cc: Nayyar, Ashok (GCM); Graham, William (GCM); Sisson, Kevin (GCM)
Subject: Tribune

Ashok/Tom/Kevin and I had a 1 hour call with Tribune mgmt. First with Chandler, then Don joined for 40 mins. Reviewed our thoughts in detail.

Talked through cost/structure benefits of our proposal.  Don didn't say much but I think they acknowledge the benefits of our fee/rate/structure/covenant lite approach.  They are very focused on certainty of being able to repurchase the 900mm for purposes of the debt for debt xc. That issue outweighs their concern about fees.  Think ashok has got them comfortable with our structure/approach and gave them a number of alternative approaches.

Think we continue to occupy the high ground behind a superior proposal and now Don has heard it live.

Chandler continuing to press for an answer on us having a conversation with/approval from Chip before he could consider whether ask us to participate.



Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY