| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.164]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 28 Feb 2007 20:56:58 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 01 Mar 2007 01:56:58.0325 (UTC) FILETIME=[E54EA850:01C75BA4] |
| Subject: | Re: Trib |
| Received(Date): | Wed, 28 Feb 2007 20:56:57 -0500 |
| Message-ID: | <9BEA94F838965A4099B4863EE71F11AD01E0594D@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | Trib |
| Thread-Index: | AcdboLGq5VbqCDIFS1atkr+/y3SmVwAAK9flAADhAI4= |
| From: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |
| To: | "Taubman, Paul J \(IBD\)" <Paul.Taubman@morganstanley.com> |

No fee letters in the data room by the way


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Taubman, Paul J (IBD)
To: Stewart, Charles (IBD)
Sent: Wed Feb 28 20:31:47 2007
Subject: Re: Trib

No one better than you at getting to the right place.


Paul J. Taubman - Head of Global Mergers and Acquisitions
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7929
Fax: +1 212 507-4452
Paul.Taubman@morganstanley.com


----- Original Message -----
From: Stewart, Charles (IBD)
To: Taubman, Paul J (IBD)
Sent: Wed Feb 28 20:26:53 2007

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          MS_308428

Subject: Trib

Me/ashok/team speaking to chandler bigelow again tomorrow afternoon. I had a good heart to heart with him today and we still have some wood to chop. He wants to believe us but is getting views from bofa/jpm that seem to corroborate ml/citi perspective. Think we can still get there but need to push hard on him/don. Will keep you posted.

Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MS_308429