| | |
|---|---|
| Received: | from NYWEXMB48.msad.ms.com ([205.228.46.217]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Fri, 2 Mar 2007 18:52:14 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 02 Mar 2007 23:52:14.0432 (UTC) FILETIME=[CD62B600:01C75D25] |
| Subject: | RE: Trib |
| Received(Date): | Fri, 2 Mar 2007 18:52:14 -0500 |
| Message-ID: | <EF3C409260BFA54EB2A293659B221E150232B59A@NYWEXMB48.msad.ms.com> |
| In-Reply-To: | <EF3C409260BFA54EB2A293659B221E150232B597@NYWEXMB48.msad.ms.com> |
| Thread-Topic: | Trib |
| Thread-Index: | AcddAsq8TILCqqJfSq+iA2LVEApUPgABzDlgAAAswykABLp3gAABVkew |
| From: | "Graham, William \(GCM\)" <W.Graham@morganstanley.com> |
| To: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |

Charlie - I spoke to Ashok - He has some ideas on structure etc. that
we are working through - so he wants to send materials on Monday. I
believe he spoke and traded emails with Chandler. Wanted to keep you
posted.

William Graham - Executive Director
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-2976
Fax: +1 718 233-2150
W.Graham@morganstanley.com


-----Original Message-----
From: Graham, William (GCM)
Sent: Friday, March 02, 2007 5:56 PM
To: Stewart, Charles (IBD)
Subject: RE: Trib

Just to give you heads up - I need to bless my "aggressive" plan for an
all 1st lien structure at TRB with Gene Martin. He is tied up until
8:15pm so unfortunately pages will be going out post that call.

William Graham - Executive Director
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-2976
Fax: +1 718 233-2150
W.Graham@morganstanley.com

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                         MS_318982

-----Original Message-----
From: Stewart, Charles (IBD)
Sent: Friday, March 02, 2007 3:38 PM
To: Graham, William (GCM)
Subject: Re: Trib

Pls make sure ashok calls chandler today as well, I emailed ashok already to remind him...


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Graham, William (GCM)
To: Stewart, Charles (IBD)
Cc: Nayyar, Ashok (GCM); Sisson, Kevin (GCM); Whayne, Thomas (IBD)
Sent: Fri Mar 02 15:34:07 2007
Subject: RE: Trib

Not yet. Was at client meeting out of office all morning. Working through the details now should be ready to go out in next 1-2 hrs.

-----Original Message-----
From: Stewart, Charles (IBD)
Sent: Friday, March 02, 2007 2:42 PM
To: Graham, William (GCM)
Cc: Nayyar, Ashok (GCM); Sisson, Kevin (GCM); Whayne, Thomas (IBD)
Subject: Trib

Did we send 1st/2nd lien pricing to chandler as per our discussion yesterday? If not, do we need to discuss first?


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                      MS_318983