| | |
|---|---|
| Received: | from NYWEXMB32.msad.ms.com ([205.228.46.164]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Sat, 3 Mar 2007 21:23:14 -0500 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 04 Mar 2007 02:23:14.0201 (UTC) FILETIME=[0FD78090:01C75E04] |
| Subject: | Fw: Trib |
| Received(Date): | Sat, 3 Mar 2007 21:23:13 -0500 |
| Message-ID: | <9BEA94F838965A4099B4863EE71F11AD01E059C7@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | Trib |
| Thread-Index: | Acdd/IYfhxZPE3TKR+CDrOWF8kfWbwABgf4WAABgWZA= |
| From: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |
| To: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |

Fyi


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Nayyar, Ashok (GCM)
To: Stewart, Charles (IBD)
Sent: Sat Mar 03 21:12:27 2007
Subject: Re: Trib

Yes I am available. I however do not want to take a defensive posture. Even with better ideas and cost savings to Trib we are not getting anywhere. We have had to shake this up first with Paul and then me for them to pay any attention to what is a good structure for them. Clearly ML and C have a very strong relationship with them
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Stewart, Charles (IBD)
To: Nayyar, Ashok (GCM)
Sent: Sat Mar 03 20:29:16 2007
Subject: Trib

I did speak to chandler last night. He's still pretty upset about the call we had but wants to move on. I'll fill you in when we speak live.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                           MS_294296

I think an in person visit with him and Don will help a lot, are you available to do that in the first half of this week?

He's looking forward to speaking with us on Monday by phone about our 1st lien structure.

Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    MS_294297