| | |
|---|---|
| Received: | from NYWEXMB48.msad.ms.com ([205.228.46.217]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 5 Mar 2007 22:11:17 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="utf-8" |
| Content-Transfer-Encoding: | base64 |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| x-mimeole: | Produced By Microsoft Exchange V6.5 |
| X-OriginalArrivalTime: | 06 Mar 2007 03:11:17.0290 (UTC) FILETIME=[1B1F78A0:01C75F9D] |
| Subject: | Re: Tribune |
| Received(Date): | Mon, 5 Mar 2007 22:11:16 -0500 |
| Message-ID: | <EF3C409260BFA54EB2A293659B221E150232B5F2@NYWEXMB48.msad.ms.com> |
| Thread-Topic: | Tribune |
| Thread-Index: | AcdfgaMKxauFaUbARDmwR3vJWbbzcgAAN+IhAARK2xYAABI5TgABwKleAACAjn4= |
| From: | "Graham, William \(GCM\)" <W.Graham@morganstanley.com> |
| To: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com> |
| Cc: | "Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com> |

I have not seen the revised ML/Citi proposal for an all bank structure so not sure how this compares to their latest. But our revised structure from a fee perspective is less expensive on the margin than our last proposal.

From an interest rate perspective it is in-line with our last proposal. The change to a 2nd lien structure does not impact the 40MM+ in savings our structure creates. Guessing now focus will likely shift from fees to this covenant issue we are raising.

I will remove the bullet and send out tonight.

Thanks.


----- Original Message -----
From: Stewart, Charles (IBD)
To: Graham, William (GCM)
Cc: Whayne, Thomas (IBD)
Sent: Mon Mar 05 21:56:50 2007
Subject: Re: Tribune

Can you remove last bullet on first page, would rather not put this in writing at this point.

Then go ahead and email to chandler. Suggest time for call, whatever works for you guys, I'm flexible.

Do we have a view on fees/pricing of our suggested deal vs ML/Citi?


Thanks

Charlie

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                             MS_296386

Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Graham, William (GCM)
To: Stewart, Charles (IBD)
Sent: Mon Mar 05 21:06:40 2007
Subject: Fw: Tribune

Fyi

----- Original Message -----
From: Nayyar, Ashok (GCM)
To: Sisson, Kevin (GCM); Graham, William (GCM)
Sent: Mon Mar 05 21:03:49 2007
Subject: Re: Tribune

10 to 11.30 works for me
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Sisson, Kevin (GCM)
To: Graham, William (GCM); Nayyar, Ashok (GCM)
Sent: Mon Mar 05 19:00:54 2007
Subject: Re: Tribune

Ashok key here so he can continue his dialogue with chandler.  That being said 10-11:30 window works for me tomorrow.  Wednesday not good for me but could do thursday afternoon in chicago if needed - on way to houston for friday anyway.


----- Original Message -----
From: Graham, William (GCM)
To: Nayyar, Ashok (GCM); Sisson, Kevin (GCM)
Sent: Mon Mar 05 18:54:39 2007
Subject: Tribune

Ashok / Kevin

On Tribune - Chandler would like to preview our thinking on the all bank financed structure tomorrow morning.  His ideal window is between 10am-11:30am - does that window work for you guys?  Also - Charlie mentioned he thinks if we can get it on schedule we should follow-up with a face to face on the topic with Don.  He thinks Don may have availability to meet us in person on Wednesday afternoon or Thursday and wanted to see if that would work for you as well assuming we can get on Don's calendar.  Let me know.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_296387

Thanks.

William Graham - Executive Director
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-2976
Fax: +1 718 233-2150
W.Graham@morganstanley.com

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        MS_296388