| | |
|---|---|
| Received: | from NYWEXMB48.msad.ms.com ([205.228.46.217]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.1830); Tue, 24 Apr 2007 09:56:53 -0400 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 24 Apr 2007 13:56:53.0194 (UTC) FILETIME=[69C31AA0:01C78678] |
| Subject: | RE: JPMorgan invites you to workspace "Tribune Company" |
| Received(Date): | Tue, 24 Apr 2007 09:56:52 -0400 |
| Message-ID: | <25C9CCDFB51A8044B123D14E348A4D6802E117F9@NYWEXMB48.msad.ms.com> |
| In-Reply-To: | <F488FF3DF3CC0242BBCA1C65FAC7AA1C01407F96@NYWEXMB48.msad.ms.com> |
| Thread-Topic: | JPMorgan invites you to workspace "Tribune Company" |
| Thread-Index: | AceFu3BWkDpSjzz0TSWVuVn/YGT8TQAAyFJ6AAALZ9AAACZtoQAA3/XQACxFwxAAAPjLIAAAGJ4g |
| References: | <25C9CCDFB51A8044B123D14E348A4D6802E117CC@NYWEXMB48.msad.ms.com> <029BE346D1035B4DA0177640ABFDF91C0281DBD7@NYWEXMB21.msad.ms.com> <7B4F77BA8BE1844DABE5E298784952C60321B226@NYWEXMB32.msad.ms.com> <F488FF3DF3CC0242BBCA1C65FAC7AA1C01407F96@NYWEXMB48.msad.ms.com> |
| From: | "Radomski, Ian \(IBD\)" <Ian.Radomski@morganstanley.com> |
| To: | "Twenge, Daniel \(GCM\)" <Daniel.Twenge@morganstanley.com>,"McCann, John \(GCM\)" <John.McCann@morganstanley.com>,"Jennings, W. Bryan \(GCM\)" <W.Bryan.Jennings@morganstanley.com> |
| Cc: | "Stewart, Charles \(IBD\)" <Charlie.Stewart@morganstanley.com>,"Whayne, Thomas \(IBD\)" <Thomas.Whayne@morganstanley.com>,"Hendricks, Elizabeth \(GCM\)" <Elizabeth.Hendricks@morganstanley.com>,"Earls, Andrew \(GCM\)" <Andrew.Earls@morganstanley.com>,"Franchetti, Megan \(GCM\)" <Megan.Franchetti@morganstanley.com> |
| Bcc: | nobody@autoreply.ms.com |

Charlie - let's discuss at 11:30am. I have asked Tom Wayne to join to discuss Zell/Tribune follow up from our meeting last week and John McCann to join to discuss this lending situation. Any others are welcome to join.

Ian


Ian Radomski - Executive Director
Morgan Stanley | Investment Banking Division
440 S LaSalle Street | One Financial Place | Floor 37
Chicago, IL 60605
Phone: +1 312 706-4449
Fax: +1 312 706-4635

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                          MS_283830

Ian.Radomski@morganstanley.com

-----Original Message-----
From: Twenge, Daniel (GCM)
Sent: Tuesday, April 24, 2007 8:54 AM
To: McCann, John (GCM); Jennings, W. Bryan (GCM); Radomski, Ian (IBD)
Cc: Stewart, Charles (IBD); Whayne, Thomas (IBD); Hendricks, Elizabeth (GCM); Earls, Andrew (GCM); Franchetti, Megan (GCM)
Subject: RE: JPMorgan invites you to workspace "Tribune Company"

Is this something Hoke Slaughter should weigh in on (given his relationship with Zell)?

-----Original Message-----
From: McCann, John (GCM)
Sent: Tuesday, April 24, 2007 9:32 AM
To: Jennings, W. Bryan (GCM); Radomski, Ian (IBD)
Cc: Stewart, Charles (IBD); Whayne, Thomas (IBD); Hendricks, Elizabeth (GCM); Earls, Andrew (GCM); Twenge, Daniel (GCM); Franchetti, Megan (GCM)
Subject: RE: JPMorgan invites you to workspace "Tribune Company"

Talked to JP. They are having a bank meeting Thursday, with commitments due the end of the month. All of the titles are gone, including the Senior Managing Agent titles. They are looking for retail tickets.

If this is important the to the company or to Zell, we can consider taking some of the term loan or revolver. If we do term loan, we probably resell it right after closing and don't lose much money, but I wold bet that if they ask us, they'll ask us to take revolver. If we do revolver, we'll most likely mark it at 95-97% of par day one, so we'll take a hit.

JPM had no idea what if anything the company or Zell wants us to do. They were very much aware that we were conflicted from participating in the agent rounds of the financing. So if we are still conflicted, then that's the end of this. If we are not I think someone is going to have to aske the Company/Zell what they want from us, and we can evaluate the ask. But JPM had no intel for me.

Thanks


John McCann - Managing Director
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-2373
Fax: +1 212 507-2941
John.McCann@morganstanley.com

-----Original Message-----
From: Jennings, W. Bryan (GCM)
Sent: Monday, April 23, 2007 12:19 PM
To: Radomski, Ian (IBD)
Cc: Stewart, Charles (IBD); Whayne, Thomas (IBD); Hendricks, Elizabeth

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                MS_283831

(GCM); Earls, Andrew (GCM); McCann, John (GCM); Twenge, Daniel (GCM); Franchetti, Megan (GCM)
Subject: RE: JPMorgan invites you to workspace "Tribune Company"

mccann or earls are the right guys in lev fin. either dan twenge or megan franchetti in lpg.


W. Bryan Jennings - Managing Director
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 04
New York, NY 10036
Phone: +1 212 761-2371
Fax: +1 212 507-0369
W.Bryan.Jennings@morganstanley.com

-----Original Message-----
From: Radomski, Ian (IBD)
Sent: Monday, April 23, 2007 11:52 AM
To: Jennings, W. Bryan (GCM); Hendricks, Elizabeth (GCM)
Cc: Stewart, Charles (IBD); Whayne, Thomas (IBD)
Subject: Re: JPMorgan invites you to workspace "Tribune Company"

I am happy to get John McCann to look at this. I am going to ask John to get involved at Zell. This would be the first time I have seen relationship lending (if this is what this is) in the context of an LBO.


Ian

Ian Radomski - Executive Director
Morgan Stanley | Investment Banking Division 440 South LaSalle Street | One Financial Place | Floor 37 Chicago, IL 60605
Phone: +1 312 706-4449
Fax: +1 312 706-4635
Ian.Radomski@morganstanley.com


----- Original Message -----
From: Jennings, W. Bryan (GCM)To: Hendricks, Elizabeth (GCM)
Cc: Radomski, Ian (IBD); Stewart, Charles (IBD); Whayne, Thomas (IBD)
Sent: Mon Apr 23 11:48:47 2007
Subject: RE: JPMorgan invites you to workspace "Tribune Company"

Liz-
who should charlie and team talk to about this?
Thanks,
BJ


W. Bryan Jennings - Managing Director
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 04
New York, NY 10036
Phone: +1 212 761-2371
Fax: +1 212 507-0369

W.Bryan.Jennings@morganstanley.com

-----Original Message-----
From: Stewart, Charles (IBD)
Sent: Monday, April 23, 2007 11:47 AM
To: Whayne, Thomas (IBD)
Cc: Radomski, Ian (IBD); Jennings, W. Bryan (GCM)
Subject: Fw: JPMorgan invites you to workspace "Tribune Company"

Fyi. Brian who should we work with to figure out what the ask is and what it will cost?


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: IntraLinks <welcome@intralinks.com>
To: IntraLinks Alert <ilalerts@intralinks.com>
Sent: Mon Apr 23 11:23:09 2007
Subject: JPMorgan invites you to workspace "Tribune Company"

JPMorgan invites you into the new workspace "Tribune Company".

----------------------
1. about this workspace



This workspace is sponsored by J.P. Morgan Securities Inc. to facilitate the distribution of confidential information.<br> If you have any questions, please call your contact at JPMorgan Chase.

This workspace has been enabled with the public vs private capability. Upon entering the workspace, you will be able to declare your content preference as Public side or PRIVATE side. Your declaration will determine the information you will see and be alerted on.


----------------------
2. log in to workspace

link to workspace:

https://services.intralinks.com/AZ?w=474025&p=3

your IntraLinks id:  charlie.stewart@morganstanley.com your password:
use existing password forgot your password?
https://services.intralinks.com/html/visitor/identifyVisitor.jsp

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                            MS_283833

----------------------
3. primary contacts

Mark Guterman / JPMorgan 212-270-6033
mark.s.guterman@jpmorgan.com


----------------------
4. about IntraLinks

Each IntraLinks workspace is a secure, neutral environment where a
manager assembles participants and the participants interact online.
You're invited in to IntraLinks for the first time by one of the
managers to be part of a workspace. The manager and participants can use
the workspace to arrange, conduct and manage work as well as to
distribute results. The workspace is flexible and tailored to meet the
business' specific needs. If you have more than one workspace, you see
them all in your IntraLinks hub when you log in through
http://www.intralinks.com.

If this is your first IntraLinks workspace, click the "help" button
after you log in for more information.

----------------------
forgot your password?
https://services.intralinks.com/html/visitor/identifyVisitor.jsp
call our 24 x 7 global phone support service. Find the phone number
closest to you by going to
https://services.intralinks.com/numWorldwide.html
or email us at support@intralinks.com



<<<k8zs.4vNT536r4BQagdNZSNc5r4NNIjQ>>>

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                  MS_283834