April 2007

## Tribune Company
### Confidential

# TRIBUNE

## $2,100,000,000
## Senior Unsecured Bridge Facility

---

### CONFIDENTIAL INFORMATION MEMORANDUM
### FOR PUBLIC INVESTORS

---

 Merrill Lynch    JPMorgan    citi    Bank of America

 JPMorgan

Confidential

JPM_00052462

## SPECIAL NOTICE FOR PUBLIC INVESTORS

TRIBUNE COMPANY (THE "COMPANY") HAS REPRESENTED THAT THE INFORMATION CONTAINED IN THIS DOCUMENT DOES NOT CONSTITUTE OR CONTAIN ANY MATERIAL NON-PUBLIC INFORMATION WITH RESPECT TO THE COMPANY, ITS RELATED PARTIES OR THEIR RESPECTIVE SECURITIES ("MNPI") FOR PURPOSES OF FEDERAL AND STATE SECURITIES LAWS. HOWEVER, THE INFORMATION CONTAINED IN THIS DOCUMENT IS SUBJECT TO, AND MUST BE KEPT CONFIDENTIAL IN ACCORDANCE WITH, THE NOTICE TO AND UNDERTAKING BY RECIPIENTS ACCOMPANYING THIS DOCUMENT.

The Recipient of this document has elected not to receive MNPI for the purposes of evaluating whether to become a lender under the proposed credit facilities for the Company. The Recipient acknowledges that Merrill Lynch, Pierce, Fenner & Smith, Incorporated, J.P. Morgan Securities Inc., Citigroup Global Markets Inc., and Banc of America Securities LLC (the "Arrangers") and other potential lenders have received and may continue to receive other information and documents with respect to the Company, its related parties and/or their respective securities that may be material to a decision as to whether to participate in the proposed credit facilities, including information regarding the creditworthiness and business of the Company. The Recipient has independently made the decision to limit the scope of the information it has obtained in connection with its evaluation of the Company, its related parties, their respective securities and/or and the credit facilities and neither the Company nor the Arrangers shall have any responsibility therefor.

Notwithstanding the Recipient's election during the evaluation period to abstain from receiving MNPI, the Recipient acknowledges that ONCE THE RECIPIENT COMMITS TO BECOME OR BECOMES A LENDER UNDER THE PROPOSED CREDIT FACILITIES, JPMORGAN CHASE BANK, N.A. (THE "ADMINISTRATIVE AGENT") AND/OR COMPANY WILL, FROM TIME TO TIME, MAKE AVAILABLE SYNDICATE-INFORMATION (WHICH MAY CONTAIN MNPI) AS REQUIRED BY THE TERMS OF, AND IN THE COURSE OF ADMINISTERING, THE FACILITIES TO THE CREDIT CONTACT(S) IDENTIFIED ON THE RECIPIENT'S ADMINISTRATIVE QUESTIONNAIRE. SUCH CREDIT CONTACT(S) MUST BE ABLE TO RECEIVE AND USE ALL SYNDICATE-LEVEL INFORMATION IN ACCORDANCE WITH THE RECIPIENT'S COMPLIANCE POLICIES AND CONTRACTUAL OBLIGATIONS AND APPLICABLE LAW, INCLUDING FEDERAL AND STATE SECURITIES LAWS.

THE RECIPIENT HEREBY REPRESENTS AND AGREES THAT (I) IT HAS DEVELOPED COMPLIANCE PROCEDURES REGARDING THE USE OF MATERIAL NON-PUBLIC INFORMATION AND (II) THAT IT WILL USE AND MAINTAIN MATERIAL NON-PUBLIC INFORMATION IN ACCORDANCE WITH THOSE PROCEDURES AND APPLICABLE LAW, INCLUDING FEDERAL AND STATE SECURITIES LAWS.

1

Confidential

JPM_00052463

## Company Authorization Letter

# TRIBUNE

April 2007

Merrill Lynch, Pierce, Fenner & Smith Incorporated
4 World Financial Center
New York, New York 10080

J.P. Morgan Securities Inc.
270 Park Avenue
New York, New York 10017

Citigroup Global Markets Inc.
388 Greenwich Street
New York, NY 10013

Banc of America Securities LLC
9 West 57th Street
New York, NY 10019

Ladies and Gentlemen:

Tribune Company ("Tribune", the "Company" or "we") refers to the proposed $2,100 million Senior Unsecured Bridge Facility (the "Bridge Facility") for the Company which you are arranging at our request and the following documents identified by us to be designated as available for "Public-Investors" (which include, term sheet, Confidential Information Memorandum, information supplements, lender slide presentation, draft loan documents and all other documents prepared before or after the date hereof by us or at our request in connection with the Facilities and identified by us in writing (including via email) as reviewed and approved by us for distribution to Public-Investors (collectively, the "Evaluation Material")). We have reviewed or participated in preparing the Evaluation Material and the information contained therein.

The Company represents and warrants that the information contained in the Evaluation Material does not constitute or contain any material non-public information (although it may be confidential, sensitive and proprietary) with respect to the Company or its securities for purposes of United States federal and state securities laws.

The Company has reviewed the Evaluation Material and represents and warrants that the Evaluation Material does not contain any untrue statement of a material fact or omit to state a material fact necessary in order to make the statements contained therein not materially misleading in light of the circumstances under which such statements were made. Any management projections or forward-looking statements included in the Evaluation Material are based on assumptions and estimates developed by management in good faith and management believes such assumptions and estimates to be reasonable as of the date of such Evaluation Material. Whether or not such projections or forward-looking statements are in fact achieved will depend upon future events some of which are not in our control. Accordingly, actual results may vary from the projections and such variations may be material. The projections included in the Evaluation Material should not be regarded as a representation by us or management that the projected results will be achieved.

We agree that we will rely on, and that you are authorized to rely on, the undertakings, acknowledgments and agreements contained in the Notice to and Undertaking by Recipients accompanying the Evaluation Material or otherwise acknowledged by recipients thereof.

Yours sincerely,

Donald C. Grenesko

Donald Grenesko
Senior Vice President/Finance and Administration
Tribune Company

2

Confidential

## Notice to and Undertaking by Recipients

The information and/or documents following this Notice (the "Confidential Information Materials") have been prepared solely for informational purposes from information supplied by or on behalf of Tribune Company and its affiliates (the "Company"), and is being furnished by Merrill Lynch & Co., J.P. Morgan Securities Inc., Citigroup Global Markets Inc., and Banc of America Securities LLC (the "Arrangers") to you in your capacity as a prospective lender (the "Recipient") in considering the proposed Senior Secured Credit Facilities described herein (the "Facilities").

BY ACCEPTING THE CONFIDENTIAL INFORMATION MATERIALS FOR REVIEW THE RECIPIENT AGREES TO BE BOUND BY THE TERMS OF THIS NOTICE AND UNDERTAKING SET FORTH HEREIN AND THE SPECIAL NOTICE ACCOMPANYING THE CONFIDENTIAL INFORMATION MATERIALS (THE "SPECIAL NOTICE").    IF THE RECIPIENT IS NOT WILLING TO ACCEPT THE CONFIDENTIAL INFORMATION MATERIALS AND OTHER EVALUATION MATERIAL (DEFINED BELOW) ON THE TERMS SET FORTH IN THIS NOTICE AND UNDERTAKING AND THE SPECIAL NOTICE, IT MUST IMMEDIATELY TERMINATE ITS ACCESS TO THE INTRALINKS SITE AND RETURN THE CONFIDENTIAL INFORMATION MATERIALS AND ANY OTHER EVALUATION MATERIAL TO THE ARRANGERS IMMEDIATELY WITHOUT REVIEWING THE MATERIALS OR MAKING ANY COPIES THEREOF, EXTRACTS THEREFROM OR USE THEREOF.

### I. Confidentiality

As used herein:  (a) "Evaluation Material" refers to the Confidential Information Materials and any other information regarding the Company or the Facilities furnished or communicated to the Recipient by or on behalf of the Company in connection with the Facilities (whether prepared or communicated by the Arrangers or the Company, their respective advisors or otherwise) and (b) "Internal Evaluation Material" refers to all memoranda, notes, and other documents and analyses developed by the Recipient using any of the information specified under the definition of Evaluation Material.

The Recipient acknowledges that the Company considers the Evaluation Material to include confidential, sensitive or proprietary information and agrees that it shall use reasonable precautions in accordance with its established procedures to keep the Evaluation Material confidential; provided, however, that (i) it may make any disclosure of such information to which the Company gives its prior written consent and (ii) any of such information may be disclosed to it, its affiliates and their respective partners, directors, officers, employees, agents, advisors and other representatives (collectively, "Representatives") (it being understood that such Representatives shall be informed by it of the confidential nature of such information and shall be directed by the Recipient to treat such information in accordance with the terms of  this Notice and Undertaking and the Special Notice).  The Recipient agrees to be responsible for any breach of the Notice and Undertaking or the Special Notice that results from the actions or omissions of its Representatives.

The foregoing confidentiality requirements do not apply to (i) any information to the extent it is or becomes generally available to the public other than through the Recipient's breach of this agreement, (ii) any information that is available to the Recipient from a source other than the Company, provided that such source is not known to the Recipient to be subject to any obligations of confidentiality to the Company or its agents, (iii) any disclosure to the extent required by law or regulation or administrative or other legal process or to the extent requested by regulatory or governmental authorities, (iv) any disclosure that is consented to by the Company or (v) any information that is independently developed by the Recipient without use of or reliance on the Evaluation Material.

In the event that the Recipient of the Evaluation Material decides not to participate in the transaction described herein, upon request of the Arrangers, such Recipient shall as soon as practicable return all Evaluation Material (other than Internal Evaluation Material) to the Arrangers or represent in writing to the Arrangers that the Recipient has destroyed all copies of the Evaluation Material (other than Internal Evaluation Material).

### II. Information

The Recipient acknowledges and agrees that (i) the Arrangers received the Evaluation Material from third party sources (including the Company) and it is provided to the Recipient for informational purposes only, (ii) the Arrangers and its affiliates bear no responsibility (and shall not be liable) for the accuracy or completeness (or lack thereof) of the Evaluation Material or any information contained therein, (iii) no representation regarding the Evaluation Material is made by the Arrangers or any of their respective

3

affiliates, (iv) none of the Arrangers or any of their respective affiliates has made any independent verification as to the accuracy or completeness of the Evaluation Material, and (v) the Arrangers and their respective affiliates shall have no obligation to update or supplement any Evaluation Material or otherwise provide additional information.

The Evaluation Material has been prepared to assist interested parties in making their own evaluation of the Company and the Facilities and does not purport to be all-inclusive or to contain all of the information that a prospective participant may consider material or desirable in making its decision to become a lender. Each Recipient of the information and data contained herein should take such steps as it deems necessary to assure that it has the information it considers material or desirable in making its decision to become a lender and should perform its own independent investigation and analysis of the Facilities or the transactions contemplated thereby and the creditworthiness of the Company. The Recipient represents that it is sophisticated and experienced in extending credit to entities similar to the Company. The information and data contained herein are not a substitute for the Recipient's independent evaluation and analysis and should not be considered as a recommendation by the Arrangers or any of their respective affiliates that any Recipient enter into the Facilities.

The Evaluation Material may include certain forward looking statements and projections provided by the Company. Any such statements and projections reflect various estimates and assumptions by the Company concerning anticipated results. No representations or warranties are made by the Company or any of its affiliates as to the accuracy or completeness of any such statements or projections. Whether or not any such forward looking statements or projections are in fact achieved will depend upon future events some of which are not within the control of the Company. Accordingly, actual results may vary from the projected results and such variations may be material. Statements contained herein describing documents and agreements are summaries only and such summaries are qualified in their entirety by reference to such documents and agreements.

III. General

It is understood that unless and until a definitive agreement regarding the Facilities between the parties thereto has been executed, the Recipient will be under no legal obligation of any kind whatsoever with respect to the Facilities by virtue of this Notice and Undertaking except for the matters specifically agreed to herein and in the Special Notice.

The Recipient agrees that money damages would not be a sufficient remedy for breach of this Notice and Undertaking or the Special Notice, and that in addition to all other remedies available at law or in equity, the Company and the Arrangers shall be entitled to equitable relief, including injunction and specific performance, without proof of actual damages.

This Notice and Undertaking and the Special Notice together embody the entire understanding and agreement between the Recipient and the Arrangers with respect to the Evaluation Material and the Internal Evaluation Material and supersedes all prior understandings and agreements relating thereto. The terms and conditions of this Notice and Undertaking and the Special Notice shall apply until such time if any as you become a party to the definitive agreements regarding the Facilities and thereafter the provisions relating to confidentiality contained in such agreements shall govern. If you do not enter into the Facilities, the application of this Notice and Undertaking and the Special Notice shall terminate with respect to all Evaluation Material on the date falling one year after the date hereof.

This Notice and Undertaking and the Special Notice shall be governed by and construed in accordance with the law of the State of New York, without regard to principles of conflicts of law (except Section 5-1401 of the New York General Obligation Law to the extent that it provides that the law of the State of New York shall govern).

4

## Contact List

**Tribune Company**
435 North Michigan Avenue
Chicago, IL 60611
Tel: (312) 222-9100

| Name | Title | Telephone | Email |
|---|---|---|---|
| Donald C. Grenesko | Senior Vice President, Finance and Administration | (312) 222-3766 | dgrenesko@tribune.com |
| Crane H. Kenney | Senior Vice President, General Counsel and Secretary | (312) 222-2491 | ckenney@tribune.com |
| Chandler Bigelow | Vice President, Treasurer | (312) 222-5578 | cbigelow@tribune.com |
| Dan Kazan | Vice President, Development | (312) 222-4233 | dkazan@tribune.com |
| R. Mark Mallory | Vice President, Controller | (312) 222-3889 | mmallory@tribune.com |
| Pat Shanahan | Vice President, Tax | (312) 222-3017 | pshanahan@tribune.com |
| Brian Litman | Assistant Controller | (312) 222-4237 | blitman@tribune.com |
| Naomi Sachs | Director, Investments | (312) 222-6150 | nsachs@tribune.com |
| Jack Rodden | Director, Treasury Operations | (312) 222-8613 | jrodden@tribune.com |
| David P. Eldersveld | Senior Counsel/Mergers & Acquisitions | (312) 222-4707 | deldersveld@tribune.com |

5

Confidential

**Equity Group Investments, L.L.C.**
Two North Riverside Plaza
Suite 600 Chicago, Illinois 60606
Tel: (312) 454-0100

| Name | Title | Telephone | Email |
|---|---|---|---|
| Bill Pate | Managing Director | (312) 466-3805 | bpate@egii.com |
| Nils Larsen | Managing Director | (312) 466-3233 | nlarsen@egii.com |
| Philip Tinkler | Chief Financial Officer and Chief Operating Officer | (312) 466-3842 | ptinkler@egii.com |
| Mark Sotir | Managing Director | (312) 466-3401 | msotir@egii.com |
| Chris Hochschild | Principal | (312) 466-3672 | chochschild@egii.com |
| Joe Paolucci | Chief Legal Officer | (312) 466-3885 | jpaolucci@egii.com |
| Marc Hauser | Associate General Counsel | (312) 466-3281 | mhauser@egii.com |

6

Confidential

**Merrill Lynch & Co.**
4 World Financial Center
New York, NY 10080

One North Wacker Drive, Suite 1900
Chicago, IL 60606

## Leveraged Finance

| Name | Title | Telephone | Email |
|---|---|---|---|
| Todd Kaplan | Chairman, Global Leveraged Finance Senior Vice President | (312) 869-6213 | todd_kaplan@ml.com |
| Greg Margolies | Managing Director | (212) 449-8356 | greg_margolies@ml.com |
| David Tuvlin | Managing Director | (212) 449-3315 | david_tuvlin@ml.com |
| Henrik Dahlback | Vice President | (212) 449-2086 | henrik_dahlback@ml.com |
| Caroline Kim | Associate | (212) 449-4277 | caroline_kim@ml.com |
| Richard Hoffman | Analyst | (212) 449-5007 | richard_hoffman@ml.com |

## Leveraged Finance Capital Markets

| Name | Title | Telephone | Email |
|---|---|---|---|
| Carl Mayer | Managing Director | (212) 449-6762 | carl_mayer@ml.com |
| Stephen Paras | Managing Director | (212) 449-6762 | stephen_b_paras@ml.com |
| Mariela Figueroa | Associate | (212) 449-6762 | mariela_figueroa@ml.com |
| Todd Scolnick | Analyst | (212) 449-6762 | todd_scolnick@ml.com |

7

JPM_00052469

**Merrill Lynch & Co.**
4 World Financial Center
New York, NY 10080

One North Wacker Drive, Suite 1900
Chicago, IL 60606

## Leveraged Finance Sales

| Name | Title | Telephone | Email |
|---|---|---|---|
| Mark Berry | Managing Director | (212) 449-5134 | andrew_barry@ml.com |
| Howard Sysler | Managing Director | (212) 449-2222 | howard_sysler@ml.com |
| Kevin Cook | Managing Director | (212) 449-6760 | k_cook@ml.com |
| Bob Burke | Managing Director | (212) 449-6190 | robert_burke@ml.com |
| Michael D'Addario | Managing Director | (212) 449-6760 | michael_d'addario@ml.com |
| Jack Gill | Managing Director | (212) 449-6760 | jack_gill@ml.com |
| Scott Haberman | Managing Director | (212) 449-6760 | scott_haberman@ml.com |
| Carol Lin | Managing Director | (212) 449-2222 | carol_lin@ml.com |
| Wayne Powless | Managing Director | (212) 449-5134 | wayne_powless@ml.com |
| Richard Reubenstone | Managing Director | (212) 449-8838 | richard_reubenstone@ml.com |
| David Seaman | Managing Director | (212) 449-6760 | david_seaman@ml.com |
| Sandra Anceleitz | Director | (212) 449-2222 | sandra_anceleitz@ml.com |
| Terrance Gallagher | Director | (212) 449-8838 | terence_gallagher@ml.com |
| O'Malley Hayes | Director | (212) 449-2222 | omalley_hayes@ml.com |
| James Leder | Director | (212) 449-6190 | james_leder@ml.com |
| James Mannino | Director | (212) 449-5142 | james_mannino@ml.com |
| Keith Melchionni | Director | (212) 449-5142 | keith_melchionni@ml.com |
| Kevin Minicus | Director | (212) 449-4410 | kevin_minicus@ml.com |
| David Murphy | Director | (212) 449-5134 | david_murphy@ml.com |
| John Servin | Director | (212) 449-2222 | john_servin@ml.com |
| Addison Werner | Director | (212) 449-2222 | addison_werner@ml.com |
| Louis Cowell | Vice President | (212) 449-6190 | louis_cowell@ml.com |
| Jay Coyle | Vice President | (212) 449-6760 | jay_coyle@ml.com |
| Christopher Green | Vice President | (212) 449-6760 | christopher_green@ml.com |
| Paul Lesueur | Vice President | (212) 449-6760 | paul_lesueur@ml.com |
| Anthony Shikany | Vice President | (212) 449-8838 | anthony_shikany@ml.com |
| Vince Terrusa | Vice President | (212) 449-9161 | vincent_terrusa@ml.com |
| Troy Washington | Vice President | (212) 449-2222 | troy_washington@ml.com |
| Tina Sollott | Vice President | (212) 449-9161 | tina_sollott@ml.com |
| Ted Hines | Associate | (212) 449-2222 | ted_hines@ml.com |

One North Wacker Drive, Suite 1900
Chicago, IL 60606

## Investment Banking

| Name | Title | Telephone | Email |
|---|---|---|---|
| Michael O'Grady | Managing Director | (312) 869-6211 | michael_ogrady@ml.com |
| Mitchell Marcus | Managing Director | (312) 869-6210 | mitchell_marcus@ml.com |
| David Lewicki | Analyst | (312) 869-6267 | david_lewicki@ml.com |

8

Confidential

**J.P. Morgan Securities Inc.**
270 Park Avenue
New York, NY 10017
Fax: (212) 270-1063

## Syndicated and Leveraged Finance

| Name | Title | Telephone | Email |
|---|---|---|---|
| Raj Kapadia | Managing Director | (212) 270-5510 | rajesh.kapadia@jpmorgan.com |
| Natasha Klykova | Executive Director | (212) 270-1024 | natalia.klykova@jpmorgan.com |
| Darryl Jacobson | Vice President | (212) 270-0329 | darryl.m.jacobson@jpmorgan.com |
| Yang Chen | Associate | (212) 270-9506 | yang.chen@jpmorgan.com |
| Mark Guterman | Analyst | (212) 270-6033 | mark.s.guterman@jpmorgan.com |
| Tesia Sommer | Analyst | (212) 270-5411 | tesia.a.sommer@jpmorgan.com |

## High Yield Capital Markets

| Name | Title | Telephone | Email |
|---|---|---|---|
| Jim Casey | Managing Director, Head of High Yield Capital Markets | (212) 270-9254 | jp.casey@jpmorgan.com |
| Lenny Carey | Associate | (212) 270-9769 | leonard.p.carey@jpmorgan.com |

## Loan Capital Markets

| Name | Title | Telephone | Email |
|---|---|---|---|
| Patricia Deans | Managing Director | (212) 270-4872 | patricia.deans@jpmorgan.com |

## Documentation

| Name | Title | Telephone | Email |
|---|---|---|---|
| Robert Anastasio | Vice President | (212) 270-5521 | robert.anastasio@jpmorgan.com |

227 W. Monroe St., 28th Floor
Chicago, IL 60606

## Investment Banking Client Coverage

| Name | Title | Telephone | Email |
|---|---|---|---|
| Brit Bartter | Vice Chairman | (312) 541-4216 | brit.j.bartter@jpmorgan.com |

277 Park Ave., 19th Floor
New York, NY 10172

## Technology, Media and Telecom Group

| Name | Title | Telephone | Email |
|---|---|---|---|
| Peter Cohen | Managing Director | (212) 622-9855 | peter.cohen@jpmorgan.com |
| Joachim Sonne | Vice President | (212) 622-2333 | joachim.sonne@jpmorgan.com |
| Tony Grimminck | Associate | (212) 622-9799 | ferdinand.a.grimminck@jpmorgan.com |
| Gretchen Tonnesen | Analyst | (212) 622-9941 | gretchen.e.tonnesen@jpmorgan.com |

9

Confidential

JPM_00052471

**Citigroup Global Markets Inc.**
390 Greenwich Street, 1st Floor
New York, NY 10013
Tel: (212) 816-6000

## Leveraged Finance

| Name | Title | Telephone | Email |
|---|---|---|---|
| Julie Persily | Managing Director Head of North America Leveraged Finance | (212) 723-6671 | julie.persily@citigroup.com |
| Timothy Dilworth | Director | (212) 723-9641 | timothy.p.dilworth@citigroup.com |
| Mallika Singh | Associate | (212) 723-5655 | mallika.r.singh@citigroup.com |
| Kathy Chang | Analyst | (212) 723-5010 | kathy.chang@citigroup.com |

## Leveraged Loan Syndicate

| Name | Title | Telephone | Email |
|---|---|---|---|
| Judith Fishlow-Minter | Managing Director | (212) 723-6935 | judith.fishlowminter@citigroup.com |
| Emily Jaffe | Vice President | (212) 723-6506 | emily.jaffe@citigroup.com |

388 Greenwich Street
New York, NY 10013
Tel: (212) 816-6000

233 South Wacker Drive, 87th floor
Chicago, IL 60606
Tel: (312) 876-8700

## Investment Banking

| Name | Title | Telephone | Email |
|---|---|---|---|
| Mark Simonian | Managing Director, Global Co-Head of TMT | (212) 816-7564 | mark.s.simonian@citigroup.com |
| Michael Canmann | Managing Director, Head of Chicago Investment Banking | (312) 876-8830 | michael.s.canmann@citigroup.com |
| Mark Yurko | Vice President | (212) 816-0963 | mark.yurko@citigroup.com |
| John Apostolides | Associate | (212) 816-7231 | john.t.apostolides@citigroup.com |
| Ruoxi Chen | Analyst | (212) 816-6104 | ruoxi.chen@citigroup.com |
| Chris Mowery-Bell | Analyst | (212) 816-2716 | christopher.mowerybell@citigroup.com |

10

Confidential

JPM_00052472

**Banc of America Securities LLC**
214 N. Tryon Street, 17th Floor
Charlotte, NC 28255

9 West 57th Street, 6th Floor
New York, NY 10019

## Leveraged Finance/High Yield Capital Markets

| Name | Title | Telephone | Email |
|------|-------|-----------|-------|
| Bill Bowen | Managing Director, Head of M&T Loan Syndications | (704) 388-3465 | bill.a.bowen@bankofamerica.com |
| Andrew C. Karp | Managing Director, Head of HY Special Products | (704) 388-4813 | andrew.c.karp@bankofamerica.com |
| Dan Kelly | Managing Director, Head of HY Capital Markets | (212) 847-6478 | daniel.kelly@bofasecurities.com |
| Jon Lindvall | Vice President | (704) 387-1945 | jon.lindvall@bankofamerica.com |
| Hutch Pegler, Jr. | Vice President | (212) 847 6872 | william.pegler@bofasecurities.com |
| Lekan Lawal | Associate | (704) 387-0111 | lekan.j.lawal@bankofamerica.com |
| Chuck Roan | Analyst | (704) 386-7319 | charles.w.roan@bankofamerica.com |

214 N. Tyron Street, 14th Floor
Charlotte, NC 28255

## Leveraged Loan Syndicate

| Name | Title | Telephone | Email |
|------|-------|-----------|-------|
| Glenn Stewart | Managing Director | (709) 386-4415 | glenn.l.stewart@bankofamerica.com |

40 West 57th Street, 30th Floor
New York, NY 10019

## Investment Banking—Technology, Media Telecom

| Name | Title | Telephone | Email |
|------|-------|-----------|-------|
| Scott Seaton | Managing Director, Head of Publishing | (646) 313-8039 | scott.seaton@bofasecurities.com |
| Michael Ballou | Vice President | (646) 313-8721 | michael.ballou@bofasecurities.com |
| Todd Holder | Associate | (646) 313-8021 | todd.holder@bofasecurities.com |
| Jordan Steinberg | Associate | (646) 313-8018 | jordan.m.steinberg@bofasecurities.com |
| Rich Lin | Analyst | (646) 313-8076 | richard.c.lin@bofasecurities.com |
| Michael Brown | Analyst | (646) 313-8045 | michael.as.brown@bofasecurities.com |

231 South LaSalle St.
Chicago, IL 60697

## Investment Banking—Technology, Media Telecom

| Name | Title | Telephone | Email |
|------|-------|-----------|-------|
| Raju Patel | Senior Vice President | (312) 828-7225 | raju.n.patel@bankofamerica.com |
| Daniel Petrik | Senior Vice President Senior Credit Products Officer | (312) 828-8160 | daniel.petrik@bankofamerica.com |
| Jeff Mills | Assistant Vice President Credit Products Underwriter | (312) 828-3239 | jeff.mills@bankofamerica.com |

11

Confidential

**Cahill Gordon & Reindel LLP**
80 Pine Street
New York, NY 10005
Tel: (212) 269-5420

### Counsel to the Arrangers

| Name | Title | Telephone | Email |
|------|-------|-----------|-------|
| Jonathan A. Schaffzin | Partner | (212) 701-3380 | jschaffzin@cahill.com |
| Douglas S. Horowitz | Associate | (212) 701-3036 | dhorowitz@cahill.com |
| Denise Ryan | Associate | (212) 701-3954 | dryan@cahill.com |
| Marc R. Lashbrook | Associate | (212) 701-3730 | mlashbrook@cahill.com |

**Sidley Austin LLP**
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000

### Counsel to the Company

| Name | Title | Telephone | Email |
|------|-------|-----------|-------|
| Larry A. Barden | Partner | (312) 853-7785 | lbarden@sidley.com |
| Robert J. Lewis | Partner | (312) 853-7363 | rlewis@sidley.com |
| Seth H. Katz | Associate | (312) 853-7400 | skatz@sidley.com |
| Michael P. Heinz | Associate | (312) 853-2071 | mheinz@sidley.com |
| Carla Varner | Associate | (312) 853-7544 | cvarner@sidley.com |

**Wachtell, Lipton, Rosen & Katz**
51 West 52nd Street
New York, NY 10019
Tel: (212) 403-1000

### Counsel to the Company

| Name | Title | Telephone | Email |
|------|-------|-----------|-------|
| Steven A. Rosenblum | Partner | (212) 403-1221 | sarosenblum@wlrk.com |
| Eric Rosof | Partner | (212) 403-1114 | emrosof@wlrk.com |
| Ronald C. Chen | Associate | (212) 403-1125 | rcchen@wlrk.com |
| Peter Devine | Associate | (212) 403-1179 | pdevine@wlrk.com |
| Lauren Cooper | Associate | (212) 403-1153 | lcooper@wlrk.com |

**Jenner & Block LLP**
330 N. Wabash Avenue
Chicago, IL 60611
Tel: (312) 222-9350

### Counsel to Equity Group Investments

| Name | Title | Telephone | Email |
|------|-------|-----------|-------|
| Joseph P. Gromacki | Partner | (312) 923-2637 | jgromacki@jenner.com |
| Farhad Patel | Partner | (312) 923-2629 | fpatel@jenner.com |
| Blake J. Fix | Associate | (312) 840-7242 | bfix@jenner.com |
| Melissa C. Fogerty | Associate | (312) 840-7655 | mfogerty@jenner.com |

12

JPM_00052474

**PricewaterhouseCoopers LLP**
One North Wacker
Chicago, IL  60606
Tel:  (312) 298-2000

## Auditor to Tribune

| Name | Title | Telephone | Email |
|------|-------|-----------|-------|
| Kevin Maguire | Partner | (312) 298-2590 | kevin.maguire@us.pwc.com |

13

Confidential

## Table of contents

1.  Executive Summary ........................................................................ 15

2.  Key investment highlights ............................................................... 32

3.  Transaction overview..................................................................... 42

4.  Summary of terms and conditions - Senior Unsecured Bridge Facility..........48

5.  Form of Commitment Advice............................................................. 49

6.  Industry overview ........................................................................ 51

7.  Company overview........................................................................ 60

8.  Management and Board overview ...................................................... 75

9.  Public financial information............................................................. 78

10. Appendix .................................................................................. 93

Confidential

JPM_00052476

## 1. Executive Summary

In May 2006, Tribune Company ("Tribune" or the "Company") announced that it would take steps to further enhance shareholder value. Since then, the Company has repurchased 23% of its shares for $2.3 billion, announced the sale of over $500 million of non-core assets and announced a plan to reduce $200 million in annual costs. In September 2006, Tribune's Board of Directors formed an independent special committee (the "Special Committee") to conduct a process for exploring strategic alternatives. The Company conducted a rigorous and thorough strategic review, involving external legal and financial advisors.

On April 2, 2007, Tribune announced a transaction which will result in the Company going private and Tribune shareholders receiving $34 per share (the "Transaction"). EGI-TRB, LLC, a newly created LLC ("Zell Entity" or "Zell") wholly owned by Sam Investment Trust, a trust established for the benefit of Sam Zell ("Mr. Zell") and his family, is supporting the transaction with a $315 million investment guaranteed by Mr. Zell. The Transaction will be completed in two stages. Upon completion of the Transaction, the Company will be privately held, with an Employee Stock Ownership Plan ("ESOP") owning all of Tribune's then-outstanding common stock and Zell Entity holding a subordinated note and a warrant entitling it to acquire approximately 43% of the common stock of The Company, or 40% on a fully diluted basis taking into account an 8% management equity incentive pool. Mr. Zell will join the Tribune board on or before May 9, 2007 and will become Chairman of the Board upon closing of the merger.

### Company highlights

Tribune is a leading diversified media and entertainment company, operating primarily in the United States, which conducts its operations through two business segments: (i) Publishing and (ii) Broadcasting and Entertainment. Tribune Publishing owns and operates 11 daily newspapers, including interactive websites, and represented 74% of the Company's consolidated revenues in 2006. Broadcasting and Entertainment owns and operates 23 television stations, one radio station, the Chicago Cubs and Tribune Entertainment, and represented 26% of the Company's consolidated revenues in 2006. For the twelve months ended March 31, 2007, Tribune generated revenues of approximately $5.4 billion and pro forma Adjusted EBITDA of approximately $1.4 billion.

In publishing, Tribune's leading daily newspapers include the *Los Angeles Times, Chicago Tribune, Newsday (Long Island, N.Y.), The Sun (Baltimore), South Florida Sun-Sentinel, Orlando Sentinel and Hartford Courant.* The Company's broadcasting group operates 23 broadcast television stations, Superstation WGN on national cable, Chicago's WGN-AM and the Chicago Cubs baseball team. Tribune's television properties include WGN in Chicago, IL, WPIX in New York, NY and KTLA in Los Angeles, CA. Popular news and information websites complement Tribune's print and broadcast properties and extend the Company's nationwide audience. Tribune also has equity investments in valuable properties such as TV Food Network, CareerBuilder and Classified Ventures.

15

## Investment highlights



- Second largest U.S. newspaper group by circulation and revenue with leading metropolitan dailies in 9 major markets
- More than 130 targeted niche publications
- 23 major-market television stations and Superstation WGN
- 50 websites with over 14 million monthly unique visitors



- Reaches more than 80% of U.S. households
- Deep relationships with local advertisers and consumers, sustainable competitive advantage



- Operates in 9 major markets for Publishing and 19 major markets for Broadcasting



- Significant free cash flow available for debt service/repayment and to invest in its business
- Demonstrated consistent ability to delever and return capital to shareholders
- Declining capital expenditure needs driven by completion of various high-cost upgrade programs in publishing and broadcasting
- Significant net proceeds from sale of Cubs and Comcast SportsNet Chicago will be used to reduce debt



- In 2005/2006 management planned and achieved annual cost reductions of $190 million
- Over the next two years, management plans an additional $200 million of annual cost reductions



- Through partnerships with other media companies, built market leading advertising and content networks such as CareerBuilder, Cars.com, and Apartments.com
- Interactive revenues increased by a 34% CAGR between 2003 and 2006



- Significant value in individual newspapers and television stations
- Demonstrated the ability to sell assets in order to focus on core business and generate free cash flow



- Tribune's principal equity investments provide additional value, profitability and future growth
- Major investments include TV Food Network, CareerBuilder, Classified Ventures, ShopLocal and Topix

16

JPM_00052478

**Investment highlights** (continued)



- S Corp election, coupled with the ESOP, creates NPV of approximately $1 billion from tax savings over the next 10 years
- Reduction in annual cash costs of approximately $80 million
  - $60 million from elimination of Company 401(k) cash contributions
  - $20 million from reduction in public company and other costs
- Motivate employees who participate in the ESOP by giving them significant ownership of the Company



- Tribune's senior management team has an average of 20 years working at Tribune
- Management equity incentive plan serves as an important retention tool and motivates management to continuously seek ways to create value



- Zell reputation for partnership and support of portfolio investments and capital markets
- Non-institutional nature of capital allows for greater patience, planning and flexibility
- Significant experience with challenging and changing business environments

## Zell investment thesis

Equity Group Investments, L.L.C. ("EGI") is a long-term investor that seeks to influence the strategic direction of its investments by forming a partnership with companies at the board and senior management level.

The structure of EGI, as well as Mr. Zell's approach to deploying capital provided an opportunity to develop a unique investment structure and to partner with Tribune and its employees. Given the fundamental changes occurring in publishing and in the media industry generally, the value of long-term, non-institutional capital is greatly enhanced. Mr. Zell's ability to bring this type of capital, his willingness to engage deeply and directly in the leadership of Tribune and the alignment of his economic interest with that of the ESOP assure a collaborative approach to the opportunities and challenges facing the Company. These benefits are further enhanced by the going private nature of the transaction, as the Company will be able to make decisions in a more strategic fashion than it previously has been able to do.

Mr. Zell's current view is that the core operating assets and senior management of the Company should be retained as the best way to create further value for all constituents. In conjunction with management, Mr. Zell and his team at EGI will review the entire asset portfolio of Tribune and, to the extent they believe greater value can be realized through disposition, Mr. Zell would seek to achieve appropriate disposition transactions. The proposed sale of the Chicago Cubs and Tribune's interest in Comcast SportsNet Chicago is an example of this strategy.

17

JPM_00052479

## Transaction highlights



**Transaction timeline**

- ESOP purchases $250 million of Tribune common, financed by loan from Tribune (April 1)
- Zell invests $250 million (after HSR clearance)

- Tribune launches tender offer for 126 million shares
- Closing of Step 1 financings

- Merger of subsidiary of ESOP and Tribune
- Additional Zell investment
- Closing of Step 2 financings

- S Corp election
- Sale of Cubs/ Comcast

April 2, 2007 (Transaction announced) → April - May 2007 (Step 1 complete) → Pending regulatory and shareholder approvals → End of 2007 (Step 2 complete)

**Transaction summary**

- Zell Entity and Tribune ESOP take Tribune private through a two-step transaction
- Zell Entity invested $250 million in Step 1; total investment increases to $315 million in Step 2
- Tribune ESOP borrowed $250 million from the Company to buy common shares in Step 1; subsidiary of ESOP merges with Tribune, and Tribune continues as the surviving corporation wholly owned by the ESOP in Step 2
- Tribune shareholders receive $34 per share in cash
  - 126 million shares repurchased in Step 1
  - Remaining 127 million shares converted to cash in Step 2
- Chicago Cubs and interest in Comcast SportsNet Chicago to be sold

In conjunction with the Transaction, Tribune has engaged J.P. Morgan Securities Inc. ("JPMorgan"), Merrill Lynch Capital Corporation ("Merrill Lynch"), Citigroup Global Markets Inc. and/or its affiliates ("Citi") and Banc of America Securities LLC and/or its affiliates ("BAS") as Lead Arrangers and Joint Bookrunners, and J.P. Morgan Chase Bank, N.A. as Administrative Agent, to arrange $8,028 million of Senior Secured Credit Facilities in Step 1 of the transaction consisting of (i) a $750 million 6-year Senior Secured Revolving Credit Facility (the "Revolving Credit Facility"), (ii) a $7,015 million 7-year Senior Secured Term Loan B Facility (the "Term Loan B") and (iii) a $263 million Senior Secured Delayed Draw Term Loan Facility that will be used to repay Medium Term Note maturities in 2008 (the "Delayed Draw Term Loan" and together with the Term Loan B, the "Term Loan Facilities", and together with the Revolving Credit Facility, the "Step 1 Financings"). In Step 2 of the transaction, Tribune will raise $4,205 million of new debt consisting of (i) a $2,105 million Senior Secured Incremental Facility maturing concurrently with the Term Loan B (the "Incremental Facility") and (ii) a $2,100 million Senior Unsecured Bridge Facility (the "Bridge Facility"), which may be refinanced with the issuance by the Company of $2,100 million Senior Unsecured Notes (collectively, the "Step 2 Financings").

18

Confidential

### Step 1 sources and uses and pro forma capitalization

The following table summarizes the estimated sources and uses of funds for Step 1.

**Step 1 Sources and uses ($ millions)**

| Sources | | Uses | |
|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0 | Share Repurchase | $4,288 |
| New Term Loan B | 7,015 | Refinance Existing Debt | 2,825 |
| New Delayed Draw Term Loan B ($263mm) | 0 | Roll Existing Debt | 1,519 |
| Roll Existing Debt | 1,519 | PHONES[1] | 930 |
| PHONES[1] | 930 | Transaction and Financing Fees | 152 |
| Zell Investment[2] | 250 | | |
| Total sources | $9,714 | Total uses | $9,714 |

| Share repurchase | |
|---|---|
| Total Share Repurchase Amount | $4,288 |
| Repurchase Price per Share | $34.00 |
| No. of shares repurchased | 126.1 |
| Zell Common Shares issued at $34.00/sh | 1.5 |
| PF basic shares O/S (incl. Zell shares) | 115.7 |

[1] Represents $1.256 billion original principal value net of the current market value of Time Warner shares

[2] Used to purchase $50mm of newly-issued Tribune common stock for $34/share and $200mm of a note which is exchangeable into shares of common stock at the Company's election or automatically upon certain circumstances

19

JPM_00052481

The following table outlines the Company's pro forma capital structure after Step 1.

## Step 1 pro forma debt capitalization ($ millions)

| | 3/31/2007 Actual | Step 1 Adjustments | 3/31/2007 Pro Forma |
|---|---|---|---|
| Cash and Cash Equivalents | $182 | — | $182 |
| Revolving Credit Facility ($750mm) | — | — | . |
| New Term Loan B | — | $7,015 | $7,015 |
| 1st Priority Guaranteed Debt | $0 | | $7,015 |
| New Senior Notes/Bridge Facility | — | — | . |
| Guaranteed Debt | $0 | | $7,015 |
| Commercial Paper | — | — | . |
| Term Loan A | 1,500 | (1,500) | . |
| Bridge Facility | 1,325 | (1,325) | . |
| Medium Term Notes/Delayed Draw Term Loan | 263 | — | $263 |
| Existing Notes | 1,166 | — | 1,166 |
| Capitalized Real Estate Obligation | 51 | — | 51 |
| Swap and Other Obligations | 40 | — | 40 |
| Senior Debt | $4,344 | | $8,534 |
| PHONES[1] | 930 | — | 930 |
| Total debt | $5,274 | | $9,464 |

### Credit statistics

| | 3/31/2007 Actual | | 3/31/2007 Pro Forma |
|---|---|---|---|
| LTM PF Adjusted EBITDA[2] | $1,414 | | $1,414 |
| LTM Total Interest Expense[3] | $308 | | $746[4] |
| LTM PF Adj EBITDA/Total Interest Expense | 4.59x | | 1.89x |
| 1st Priority Guaranteed Debt/LTM PF Adj EBITDA | -- | | 4.96x |
| Guaranteed Debt/LTM PF Adj EBITDA | -- | | 4.96x |
| Senior Debt/LTM PF Adj EBITDA | 3.07x | | 6.04x |
| Total Debt/LTM PF Adj EBITDA | 3.73x | | 6.69x |

Note: Adjusted EBITDA is calculated as Operating Cash Flow ("OCF") before stock-based compensation plus cash received from equity investments and incremental cash cost savings

[1] Represents $1,256 billion original principal value net of the current market value of Time Warner shares

[2] LTM reflects 2006 53 week results

[3] Includes amortization of debt issuance costs and non-cash interest of PHONES

[4] Pro forma total interest expense for Step 1

20

 JPM_00052482