## Step 2 sources and uses and pro forma capitalization

The following table summarizes the estimated sources and uses of funds for Step 2.

### Step 2 Sources and uses ($ millions)

| Sources | | Uses | |
|---|---:|---|---:|
| Revolving Credit Facility ($750mm) | $0 | Purchase Equity | $4,261 |
| Roll Existing Bank Debt[1] | 6,712 | Roll Existing Bank Debt[1] | 6,712 |
| Incremental Facility | 2,105 | Rolled Existing Notes[2] | 1,507 |
| New Senior Notes/Bridge Facility | 2,100 | PHONES[3] | 930 |
| Rolled Existing Notes[2] | 1,507 | Financing and Other Fees | 120 |
| PHONES[3] | 930 | Redeem Zell Exchange Notes | 200 |
| Option Proceeds[4] | 215 | Redeem Zell Common Equity | 50 |
| Zell Investment[5] | 315 | Cash Distri. Triggered by Change of Control[7] | 104 |
| Total sources | $13,884 | Total Uses | $13,884 |
| Less: Cash Proceeds from Cubs/Comcast | ($602) | **Share Repurchase** | |
| Total PF Debt at Q4 '07 | $12,752 | Total Share Repurchase Amount | $4,261 |
| | | Zell Share Repurchase Amount | 50 |
| Less: PV of Tax Savings[6] | (1,056) | Repurchase Price per Share | $34.00 |
| Total PF Adj. Debt at Q4 '07 | $11,696 | No. of Basic Shares + ITM Options[8] Repurchased | 126.8 |

[1] Assumes Q2-Q4 cash flows and excess cash are used toward the paydown of the Term Loan B
[2] Amount reflects year end 2007 existing notes balance after scheduled amortization for 9 months from 3/31/07 to 12/31/07
[3] Represents $1.256 billion original principal value net of the current market value of Time Warner shares
[4] Includes $15mm of tax benefits in 2007
[5] Zell redeems initial investment of $250mm and makes a new investment of $315mm in the form of $225mm of subordinated notes and $90mm for a 15-year warrant
[6] Calculated as the 10-Year PV of Tax Savings from S Corp election discounted at a weighted average cost of capital of 7.5%
[7] Payments related to deferred compensation, non-qualified retirement and transitional compensation plans
[8] Assumes a 12/31/07 closing date. Includes 1.5mm of newly issued shares to Zell in Step 1

21

Confidential
JPM_00052483

The following table outlines the Company's pro forma capital structure after Step 2.

| Step 2 pro forma debt capitalization ($ millions) | Projected 12/31/07 | Step 2 Adjustments | Pro Forma 12/31/07 No asset sales | Pro Forma 12/31/07 w/asset sales |
|---|---|---|---|---|
| Cash and cash equivalents | $175 | | $175 | $175 |
| Revolving Credit Facility ($750mm) | — | | — | — |
| New Term Loan B[1] | $6,712 | $2,105 | $8,817 | $8,215[2] |
| 1st Priority Guaranteed debt | $6,712 | | $8,817 | $8,215 |
| Bridge Facility/New Senior Notes | — | 2,100 | 2,100 | 2,100 |
| Guaranteed debt | $6,712 | | $10,917 | $10,315 |
| Medium Term notes | $263 | | $263 | $263 |
| Existing notes | 1,166 | | 1,166 | 1,166 |
| Capitalized Real Estate obligation | 36 | | 36 | 36 |
| Swap and other obligations | 43 | | 43 | 43 |
| Senior debt | $8,219 | | $12,424 | $11,822 |
| PHONES[3] | 930 | | 930 | 930 |
| Total debt | $9,149 | | $13,354 | $12,752 |
| Less: PV of Cost Savings[4] | — | (1,056) | (1,056) | (1,056) |
| Total adjusted debt | $9,149 | | $12,298 | $11,696 |
| | | | | |
| Credit statistics | | | | |
| LTM PF Adjusted EBITDA | $1,391 | | $1,471[5] | $1,434[5,6] |
| LTM Total Interest expense[7] | 693[8] | | $1,030[9] | $986[9] |
| LTM PF Adj EBITDA/total interest expense | 2.01x | | 1.43x | 1.45x |
| 1st Priority Guaranteed debt/LTM PF Adj EBITDA | 4.83x | | 5.99x | 5.73x |
| Guaranteed debt/LTM PF Adj EBITDA | 4.83x | | 7.42x | 7.19x |
| Senior debt/LTM PF Adj EBITDA | 5.91x | | 8.45x | 8.24x |
| Total debt/LTM PF Adj EBITDA | 6.58x | | 9.08x | 8.89x |
| Total Adj debt/LTM PF Adj EBITDA | 6.58x | | 8.36x | 8.16x |

Note: Adj. EBITDA is calculated as Operating Cash Flow ("OCF") before stock-based compensation plus cash received from equity investments and $80mm of incremental cash cost savings

[1] Assumes Q2-Q4 cash flows and excess cash are used toward the paydown of the Term Loan B
[2] Assumes $602mm of net cash proceeds are used toward the paydown of the Term Loan B
[3] Represents $1.256 billion original principal value net of the current market value of Time Warner shares
[4] Calculated as the 10-Year PV of Tax Savings from S Corp election discounted at a weighted average cost of capital of 7.5%
[5] Pro forma for $80mm of incremental cash cost savings
[6] Assumes sale of Cubs/Comcast SportsNet reduces Adjusted EBITDA by $36 million
[7] Includes amortization of debt issuance costs and non-cash interest of PHONES
[8] Pro forma total interest expense for Step 1
[9] Pro forma total interest expense for Step 2

22

Confidential

JPM_00052484

The following table outlines the equity support after Step 2.

| Step 2 pro forma equity support ($ millions) | | | |
|---|---|---|---|
| Type of Security | Amount | % Cap | % Cumulative |
| New Term Loan B[1] | $8,215 | 58.2% | |
| New Senior Notes/Bridge Facility | 2,100 | 14.9 | |
| Guaranteed debt | $10,315 | 73.0% | |
| Capitalized real estate Obligations | 36 | 0.3 | |
| Swap and other obligations | 43 | 0.3 | |
| **Equity Support** | | | |
| Zell investment | 315 | 2.2 | 2.2% |
| PV of tax savings | 1,056 | 7.5 | 9.7 |
| Existing Notes maturing before New Notes | 1,121 | 7.9 | 17.6 |
| Existing Notes maturing after New Notes | 308 | 2.2 | 19.8 |
| PHONES debt[2] | 930 | 6.6 | 26.4 |
| Total equity support | $3,730 | 26.4% | |
| **Total capitalization** | **$14,124** | **100.0%** | |

[1] Assumes Q2-Q4 cash flows, and excess cash and $602mm of net cash proceeds from asset sales are used toward the paydown of the Term Loan B
[2] Represents $1.256 billion original principal value net of the current market value of Time Warner shares

## Credit ratings

The ratings were affirmed on Monday April, 23rd as follows:

| Step 1 and Step 2 credit ratings | | | | |
|---|---|---|---|---|
| | Step 1 | | Step 2 | |
| | Moody's | S&P | Moody's | S&P |
| Corporate/Issuer Ratings | Ba3 | BB- | B2 | B |
| Senior Secured | Ba2 | BB- | B1 | B |
| Outlook | Review for Downgrade | Negative Watch | Stable | Stable |

## Description of the Facilities

The Step 1 Facilities will consist of (i) a $750 million Revolving Credit Facility ("Revolving Credit Facility"), (ii) a $7,015 million Term Loan B ("Term Loan B"), and (iii) a $263 million Delayed Draw Term Loan ("Delayed Draw Term Loan"). Loans under the Revolving Credit Facility will be used for working capital and general corporate purposes of the Company and its subsidiaries. All of the proceeds of the Term Loan B will be used to finance the Step 1 Share Repurchase, to refinance existing bank debt and to pay related fees and expenses. All of the proceeds of the Delayed Draw Term Loan will be used to refinance Tribune's outstanding $263 million medium term notes due 2008.

Confidential

JPM_00052485

**Step 1 summary of Facilities ($ millions)**

| Facility | Committed | Tenor | Undrawn | Drawn |
|---|---|---|---|---|
| Revolving Credit Facility | $750 | 6 years | 50 bps[1] | L+250 bps[1,3] |
| Term Loan B[2] | 7,015 | 7 years | — | L+250 bps[3] |
| Delayed Draw Term Loan[2] | 263 | 7 years | 75 bps | L+250 bps[3] |
| Total | $8,028 | | | |

[1] Subject to leverage based pricing grid
[2] Term Loan B and Delayed Draw Term Loan amortize at 1% per annum with quarterly installments, bullet at maturity
[3] Subject to one-time 25 bps step-down with corporate ratings upgrade to B1/B+ or better, only if Step 2 not consummated

The Step 2 Facilities will consist of (i) a $2,105 million Incremental Facility ("Incremental Facility") and (ii) a $2,100 million Senior Unsecured Bridge Facility ("Bridge Facility") or New Senior Notes ("New Senior Notes"). All of the proceeds of the Incremental Facility and Bridge Facility/New Senior Notes will be used to finance the repurchase of Tribune shares other than the shares held by ESOP, to redeem the Zell exchangeable notes and to pay certain fees and expenses. The Senior Secured Credit Facilities will be marketed concurrently with the Bridge Facility.

**Step 2 summary of Facilities ($ millions)**

| Facility | Committed | Tenor | Drawn |
|---|---|---|---|
| Incremental Facility | 2,105 | 7 years[2] | L+250 bps |
| Bridge Facility/New Senior Notes[1] | 2,100 | 1+7 years[3] | L+450 bps |
| Total | $4,205 | | |

[1] Tenor and pricing based on Bridge Facility
[2] Matures on the same date as the Term Loan B
[3] If initial loans under Bridge Facility are extended, matures one year after the Term Loan B

24

## Borrower and guarantees

### Organizational structure



The borrower of the Facilities will be Tribune (the "Borrower"). As part of the transaction, Tribune Broadcasting Holdco LLC ("Tribune Broadcasting Holdco LLC") and Tribune Finance LLC ("Finance LLC") will be formed and will be the Senior Guarantors of the Step 1 Facilities and the Incremental Facility (together, the "Bank Facilities") and Junior Guarantor of the Bridge Facility/New Senior Notes. The Bank Facilities will also receive senior guarantees, while the Bridge Facility/New Senior Notes will receive senior subordinated guarantees, from each of the Borrower's Broadcasting and Publishing U.S. operating subsidiaries (subject to certain exceptions). The existing notes, debentures and PHONES will not receive guarantees.

### Security package

The Borrower's obligations will be secured by the pledge of all of the capital stock of Finance LLC and Tribune Broadcasting Holdco LLC. The existing notes and debentures will be secured equally and ratably by the pledge of capital stock of Finance LLC and Tribune Broadcasting Holdco LLC as required by the indentures of the existing notes and debentures. Finance LLC will lend at least $3.0 billion in the form of junior subordinated debt to Publishing operating subsidiaries. The Publishing operating subsidiaries will in turn, dividend the amount to the Borrower, who will use the proceeds to consummate the Step 1 transaction. Since the only asset of Finance LLC is the junior subordinated debt, the Bank Facilities and the Bridge Facility will have priority ahead of the existing notes and debentures in the event of default by virtue of having senior and senior subordinated guarantees, respectively, from certain operating subsidiaries.

### Amortization and maturity

The Term Loan B, the Delayed Draw Term Loan, and the Incremental Facility will amortize at 1% per annum with quarterly installments and a bullet at maturity. The Revolving Credit Facility will mature six years from the Step 1 closing date. The Term Loan B, the Delayed

25

Confidential

JPM_00052487

Draw Term Loan and the Incremental Facility will mature seven years from the Step 1 closing date.

### Prepayments

The Borrower will be permitted to make voluntary prepayments at any time, at par plus accrued and unpaid interest, of the Bank Facilities. The Borrower will be required to make mandatory prepayments of the Bank Facilities, first to be applied to the Term Loan Facilities with:

- 100% of post-closing debt issuances or sale and lease-back proceeds
- 50% of excess cash flow with leveraged based step-downs
- 100% of the net cash proceeds from all non-ordinary course asset sales, subject to reinvestment provisions and carve-outs
- Net cash proceeds from the Zell Special Contribution if the S Corp election is not made by March 15, 2008

### Covenants

The Bank Facilities will be governed by two financial covenants:

| Maintenance-based financial covenants | | | | | |
|---|---|---|---|---|---|
| **After Step 1 closing** | **2007** | **2008** | **2009** | **2010** | **Thereafter** |
| Minimum Interest Coverage | 1.75x | 2.00x | 2.00x | 2.00x | 2.00x |
| Maximum Total Guaranteed Debt Leverage | 6.25x | 6.00x | 5.75x | 5.50x | 5.25x |
| **After Step 2 closing** | | | | | |
| Minimum Interest Coverage | 1.10x | 1.15x | 1.20x | 1.25x | 1.25x |
| Maximum Total Guaranteed Debt Leverage | 9.00x | 9.00x | 8.75x | 8.50x | 8.25x |

Other covenants and conditions include:

- Elimination of Company 401(k) cash contributions except to certain union groups
- Election and maintenance of S Corp status

In addition, as a requirement under the Step 1 Financings to allow the merger, if the S Corp election is not made by March 15, 2008, Zell has agreed to invest up to $100 million in additional junior capital of Tribune less certain potential adjustments

*For a more detailed description of the Facilities, please refer to Summary of Terms & Conditions and Commitment Letter, including Conditions Precedent, that are posted separately to IntraLinks.*

### Existing debt

*Medium Term Notes and existing Senior Notes*

$263 million of Medium Term Notes ("MTNs") will be refinanced by Delayed Draw Term Loan in 2008. The $25 million 6.35% MTNs, $168 million 5.50% MTNs and $70 million 5.67% MTNs mature on 2/1/2008, 10/6/2008 and 12/8/2008, respectively. The remaining $1.2 billion of existing senior notes and debentures will be rolled, of which $308 million will mature after the maturity of the Bridge Facility/New Senior Notes, while approximately $858 million will mature before the maturity of Bridge Facility/New Senior Notes. The Company expects to repay these existing notes on their respective maturity dates from operating cash flow.

Confidential

JPM_00052488

The existing senior notes will be secured equally and ratably by the pledge of capital stock of Finance LLC and Tribune Broadcasting Holdco LLC, as required by the indentures of the existing notes and debentures, but will not benefit from any guarantees. As a result, in the event of default, the existing senior notes and debentures will be structurally subordinated to the Bank Facilities and the Bridge Facility/New Senior Notes because the new debt will be guaranteed by certain of Tribune's U.S. subsidiaries, including operating subsidiaries.

*2% PHONES debt related to Time Warner stock*

In 1999, Tribune issued 8 million PHONES for an aggregate principal amount of approximately $1.25 billion. The principal amount was equal to the value of 16 million shares of Time Warner common stock at the closing price of $78.50 per share on April 7, 1999. Quarterly interest payments are made to the PHONES holders at an annual rate of 2% of the initial principal. Principal payments are made in an amount equal to any dividends declared on the 16 million shares of Time Warner common stock.

The Company may redeem the PHONES at any time for the higher of the principal value of the PHONES ($156.47 per PHONES at December 31, 2006) or the then market value of two shares of Time Warner common stock, subject to certain adjustments. At any time, holders of the PHONES may exchange a PHONES for an amount of cash equal to 95% (or 100% under certain circumstances) of the market value of two shares of Time Warner common stock. The market value per PHONES as of April 24, 2007 was $66.50, and the market value of two shares of Time Warner common stock was $41.96.

At December 31, 2006, the book value of the PHONES was approximately $573 million and the market value of 16 million shares of Time Warner stock related to the PHONES was approximately $348 million. The principal outstanding is approximately $1.25 billion and principal net of the current market value of Time Warner shares is approximately $930 million.

27

Confidential

JPM_00052489

## Summary historical financial results

**Consolidated historical financial performance ($ millions)[1]**

| | 2003 | 2004[2] | 2005[3] | 2006 (52wk)[4] |
|---|---|---|---|---|
| **Revenues** | | | | |
| Publishing | $4,037 | $4,130 | $4,097 | $4,025 |
| Broadcasting & Entertainment | 1,457 | 1,502 | 1,414 | 1,408 |
| Total Revenues | $5,494 | $5,631 | $5,511 | $5,433 |
| **Operating Cash Flow** | | | | |
| Publishing | $1,062 | $1,036 | $986 | $947 |
| Broadcasting & Entertainment | 538 | 563 | 466 | 443 |
| Corporate | (51) | (51) | (50) | (50) |
| Total Operating Cash Flow[4] | $1,548 | $1,548 | $1,401 | $1,339 |
| Cash Received from Equity Investments | 17 | 14 | 49 | 65 |
| Adjusted EBITDA[5] | $1,565 | $1,562 | $1,450 | $1,404 |
| Capital Expenditures | 194 | 217 | 206 | 222 |
| Pre-Tax Unlevered Free Cash Flow | $1,371 | $1,345 | $1,244 | $1,182 |
| Publishing OCF Margin | 26.3% | 25.1% | 24.1% | 23.5% |
| Broadcasting OCF Margin | 36.9% | 37.5% | 32.9% | 31.5% |

Source: Company data. Includes results of SCNI, Hoy New York and Cubs/Comcast SportsNet Chicago

[1] Reflects Tribune's Reported Revenues and Operating Cash Flows adjusted for one-time, non-recurring items described below and pro forma to exclude divested TV stations (Albany, Atlanta and Boston) and Denver Radio and excludes stock-based compensation

[2] 2004 adjusted to exclude approximately $41mm of severance expense and approximately $90mm settlement with advertisers in connection with misstated circulation numbers at Newsday

[3] 2005 adjusted to exclude approximately $45mm of severance expense, approximately $18mm pension curtailment gain, approximately $6mm of operating costs (excl. D&A) and approximately $16mm of accelerated D&A from the closing of the San Fernando Valley printing facility

[4] 2006 adjusted to exclude approximately $20mm of severance and other payments associated with new union contracts at Newsday, $9mm of additional severance expense, a $4mm charge for the disposition of a press, $7mm of gains from property sales and a $7mm gain from the sale of the corporate airplane

[5] Operating cash flow before stock-based compensation plus cash received from equity investments

Confidential

JPM_00052490

### Q1 Results ($ millions)

| | Q1 2006 | Q1 2007 | % Change |
|---|---|---|---|
| **Operating revenues** | | | |
| Publishing | | | |
|   Advertising | $778 | $731 | (6)% |
|   Circulation | 144 | 135 | (7)% |
|   Other | 63 | 66 | 5% |
|   Total publishing | $985 | $931 | (5)% |
| Broadcasting & entertainment | 284 | 283 | -- |
| **Total revenues** | 1,269 | 1,215 | (4)% |
| **Operating cash expenses**[1] | | | |
| Publishing | $756[2] | $747[3] | (1)% |
| Broadcasting & entertainment | 205 | 209 | 2% |
| Corporate | 20 | 19 | (4)% |
| **Total operating cash expenses** | $981 | $975 | (1)% |
| **Operating cash flow** | | | |
| Publishing | $229 | $185 | (19)% |
| Broadcasting & entertainment | 80 | 74 | (7)% |
| Corporate | (20) | (19) | (4)% |
| **Total operating cash flow** | $289 | $240 | (17)% |
| Equity investments | $7 | $13 | 59% |
| Interest expense | (49) | (83) | 71% |
| Diluted EPS | $0.38 | $0.28 | (26)% |

[1] Includes stock-based compensation
[2] Excludes charge of $19 million for severance and other payments associated with the new union contracts at Newsday and $2 million
[3] Excludes charge of $1 million for severance

29

Confidential

JPM_00052491

### 3/31/07 LTM Adjusted EBITDA build-up



**Adjusted EBITDA build-up ($ millions)**

| Publishing OCF | Broadcasting & Entertainment OCF | Corporate OCF | Total OCF¹ | Cash received from equity investments | Adj. EBITDA² |
|---|---|---|---|---|---|
| $916 | $443 | $(50) | $1,310 | $104 | $1,414 |

Source: Company data

Note: Adjusted to exclude approximately $9mm of additional severance expense, a $4mm charge for the disposition of a press, $7mm of gains from property sales and a $7mm gain from the sale of the corporate airplane; LTM reflects 2006 53 week results

[1] Reflects Tribune's Reported Revenues and Operating Cash Flows adjusted for one-time, non-recurring items described above and pro forma to exclude divested TV stations (Albany, Atlanta and Boston); Also, excludes stock-based compensation

[2] Operating cash flow before stock-based compensation plus cash received from equity investments

30

Confidential

JPM_00052492

## 12/31/07 Pro forma LTM Adjusted EBITDA build-up



Source: Company data
[1] Pro forma for the sale of SCNI and Cubs/Comcast
[2] Operating cash flow before stock-based compensation plus cash received from equity investments
[3] Includes cash savings from elimination of Company 401(k) cash contributions and reduction in public company and other costs

31

Confidential

JPM_00052493

## 2. Key investment highlights

### Significant scale in both publishing and broadcasting

Tribune is the second-largest U.S. newspaper group with leading metropolitan dailies in 9 major markets. Additionally, Tribune has more than 130 targeted niche publications. Tribune continues to aggressively invest in its interactive business and has over 50 websites with over 14 million monthly unique visitors, as well as significant equity investments in CareerBuilder, Classified Ventures, Shoplocal.com and Topix. Tribune owns and operates 23 major-market television stations, 14 of which are affiliates of The CW, America's new fifth network. Superstation WGN can be seen in more than 70 million U.S. households via cable and satellite services, and Tribune also owns 31% of TV Food Network.





Confidential

JPM_00052494

## Broad national reach through positioning in top markets

Tribune reaches more than 80% of U.S. households and is the only media organization with newspapers, television stations and websites in the nation's top three markets. Tribune has 7 daily newspapers in the Top 30 Designated Market Areas ("DMAs") and 19 television stations in the Top 30 DMAs. Newspaper and broadcast television remain essential tools for marketers, accounting for more than 35% of all U.S. advertising expenditures. Tribune delivers large local audiences and offers options for targeting specific consumer groups through differentiated packaging alternatives. The Company's deep relationships with local advertisers and consumers, and economies of scale in news/information gathering and distribution, result in a sustainable competitive advantage.

## Valuable, separable assets

Tribune's collection of leading metropolitan newspapers, targeted niche publications, websites, and major-market television stations are highly valuable assets on a combined and standalone basis. The Company has demonstrated in the past its ability to sell assets in order to focus on key growth businesses. Mr. Zell's current view is to retain the core operating assets together. However, depending on the operating environment, to the extent Mr. Zell believes deleveraging and greater value can be realized through disposition, he will seek to achieve appropriate disposition transactions. The proposed sale of the Chicago Cubs and Tribune's interest in Comcast SportsNet Chicago is an example of this strategy.

Tribune's key assets are summarized below:

**Leading Metropolitan Newspapers ($ millions)**

| | Market | DMA market rank | 2006 revenue[1] | Metropolitan Newspapers Weekly readership (000's)[2] | Penetration[2] |
|---|---|---|---|---|---|
| Los Angeles Times | Los Angeles, CA | 2 | $1,094 | 5,103 | 39% |
| Chicago Tribune | Chicago, IL | 3 | 848 | 3,070 | 46 |
| Newsday | Long Island, NY | 1 | 533 | 1,597 | 74 |
| Sun-Sentinel | South Florida | 16 | 397 | 1,058 | 62 |
| Orlando Sentinel | Orlando, FL | 19 | 292 | 1,094 | 66 |
| The Sun | Baltimore, MD | 24 | 295 | 1,170 | 59 |
| Hartford Courant | Hartford, CT | 28 | 203 | 665 | 73 |
| The Morning Call | Allentown, PA | 4 | 106 | 387 | 73 |
| Daily Press | Newport News, VA | 42 | 79 | 316 | 75 |

[1] Reflects Tribune's Print and Interactive revenues in each market
[2] Source: Scarborough Publishing and Interactive Research, R1 2006 for Newspaper Designated Market (NDM) except Los Angeles and Chicago (Gallup Poll of Media Usage)

33

Confidential
JPM_00052495

**Broadcasting Assets ($ millions)**

| | DMA market rank | Market | Station | Affiliation | 2006 gross ad. revenues | 2006 market revenue share |
|---|---|---|---|---|---|---|
| CW | 1 | New York | WPIX | CW | $193 | 13.8% |
| | 2 | Los Angeles | KTLA | CW | 172 | 11.4 |
| | 3 | Chicago | WGN | CW | 133 | 16.7 |
| | 6 | Dallas | KDAF | CW | 61 | 9.8 |
| | 8 | Washington, DC | WDCW | CW | 42 | 7.0 |
| | 10 | Houston | KHCW | CW | 41 | 8.7 |
| | 16 | Miami | WSFL | CW | 45 | 11.4 |
| | 18 | Denver | KWGN | CW | 31 | 10.4 |
| | 21 | St. Louis | KPLR | CW | 30 | 13.3 |
| | 23 | Portland, OR | KRCW | CW | 15 | 8.6 |
| | 27 | San Diego | KSWB | CW | 21 | 7.8 |
| Duopolies | 14 | Seattle | KCPQ/KMYQ | FOX/MNTV | 68 | 22.3 |
| | 25 | Indianapolis | WXIN/WTTV | FOX/CW | 47 | 23.1 |
| | 28 | Hartford | WTIC/WTXX | FOX/CW | 43 | 21.8 |
| | 54 | New Orleans | WGNO/WNOL | ABC/CW | 16 | 18.1 |
| FOX | 20 | Sacramento | KTXL | FOX | 49 | 17.1 |
| | 39 | Grand Rapids | WXMI | FOX | 22 | 19.1 |
| | 41 | Harrisburg | WPMT | FOX | 15 | 16.9 |
| MNTV | 4 | Philadelphia | WPHL | MNTV | 47 | 7.6 |
| | | | | Total TV stations | $1,092 | 12.6% |
| | – | Cable Network | WGN Superstation | – | 109 | – |
| | | | | Total TV group | $1,201 | – |

Note: Cable is ad sales only. Market revenue percentage share includes political
Reflects 52-week operating results

## Diversified across businesses and markets

Tribune has a diversified revenue base as the Company operates in nine major markets for Publishing and 19 major markets with four different network affiliations for Broadcasting. While the Company generates a majority of its revenues and operating cash flows from Chicago, Los Angeles, New York, and Florida, approximately 25% of its revenues come from other markets.

The Company's print business accounted for approximately 70% of Tribune's revenue in 2006 and broadcasting and entertainment generated approximately 26% of total revenue. While interactive accounted for only 4% of total 2006 revenue, its revenue has grown by a compounded annual growth rate of 34% between 2003 and 2006.

Confidential

JPM_00052496

The Company's diversified business profile can be seen in charts below:



**Diversified Across Businesses and Markets ($ millions)**

2006 Revenue Breakdown by Business
- Interactive $227
- Broadcasting & Entertainment $1,408
- Print $3,798
- Total Revenue $5,433mm

2006 Revenue Breakdown by Market
- Florida $732
- Other Markets[1] $1,355
- Chicago[2] $1,383
- New York $710
- Los Angeles $1,253
- Total Revenue $5,433mm

[1] Includes Tribune Entertainment
[2] Includes Superstation and CLTV

## Rapid Growth in Interactive Businesses

Tribune's interactive business, Tribune Interactive, is built upon the strength of three classified advertising verticals - recruitment, auto and real estate. Tribune Interactive generated revenues of $227 million in 2006. Through partnerships with Gannett and Knight Ridder (acquired by McClatchy), the Company has used a national/local affiliate model to build significant advertising and content networks in CareerBuilder, Cars.com and Apartments.com. Each of these businesses is a leader in its respective category in terms of audience, listings and revenue. Tribune is planning to continue to build robust local sites into clear market leaders and build national interactive networks with key partners.



**Strong revenue, OCF and unique visitor growth[1] ($mm)**

- 2003-2006 OCF CAGR: 73%
- 2003-2006 Revenue CAGR: 34%

| | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|
| OCF | $24 | $53 | $98 | $125 |
| Revenue | $94 | $125 | $179 | $227 |
| Unique Visitors ('000s)[2] | 10,003 | 11,411 | 12,302 | 14,210 |

[1] Certain sales, marketing, content and other costs are recorded 100% in print and are not allocated to interactive.
[2] Source: Nielsen/NetRatings. Figures are YTD averages and are shown as of December of each year with the exception of 2006, which is as of September.

35

Confidential

JPM_00052497

## Strong free cash flow available to pay down debt

For the 52 weeks ended December 31, 2006 (on a pro forma basis for divestitures of *SCNI* and *Hoy New York*), Tribune generated Adjusted EBITDA of $1,411 million, and in future years expects to generate significant free cash flow available for debt service and to invest in its business.

Over the years, Tribune has demonstrated its ability to delever. The merger with The Times Mirror Company, completed in June 2000, effectively doubled the size of Tribune and secured its position among the top tier of major media companies. The $8.3 billion transaction was the largest acquisition in the history of the newspaper industry. Tribune used free cash flow and proceeds from the sale of Tribune Education, Jeppesen Sanderson, Times Mirror Magazines, and Achieve Global to reduce its debt from $4.8 billion in Q2 2000 to $2.0 billion in 2003.

The following chart demonstrates historical debt paydown through free cash flow generated from operations and proceeds from asset sales:



Source: Company data

[1] Pro forma for leveraged share repurchase. In July 2006, the Company incurred additional borrowings of $1.25 billion and $1.4 billion under the term facility and the bridge facility and repaid $622 million of commercial paper and $200 million of its revolving credit facility

[2] As a result of the United States Tax Court ruling against the Company, Tribune recorded an additional income tax expense of $150 million in the third quarter of 2005 n

## Demonstrated ability to aggressively manage costs

Tribune has consistently demonstrated an ability to reduce costs to maintain high profitability in its mature, core business, while redeploying a portion of these savings to higher growth initiatives such as interactive, preprints and targeted print publications. For the years 2005 and 2006, the Company met its goal of $190 million in total cost reductions. Tribune achieved this target through $100 million in savings in compensation/benefits, $35 million from a 7% decrease in newsprint consumption, and $55 million from other cash savings.

Tribune is planning an additional $200 million of cost reductions to be realized through 2008, separate and apart from the cost savings associated with the planned elimination of Company

Confidential

JPM_00052498

401(k) cash contributions and public company costs, following the completion of the Transaction. The Company plans to reduce costs by at least $150 million in 2007 by saving an additional $50 million in Publishing compensation/benefits, $25 million from a 6% decrease in newsprint consumption, $70 million from other Publishing cash expense savings such as rent, outside services and circulation expenses and $5 million in Corporate and Broadcasting and Entertainment. Tribune plans to cut an additional $50 million in costs in 2008. Furthermore, newsprint pricing is expected to continue to fall in the second half of 2007. Lower industry demand for newsprint will continue to put pressure on pricing going forward, benefiting the Company's cost management initiatives.



**Estimated expense reductions**

Q1 2007: $35; Q2 2007: $41; Q3 2007: $36; Q4 2007: $38; Total of $150 million in 2007; FY 2007: $150 (Corporate and B&E; Other Publishing cash expense savings; Decrease in newsprint consumption; Savings from Publishing compensation/benefits); FY 2008.

Source: Company management

## Decreasing capital expenditure needs

Tribune will complete a number of large capital intensive upgrade projects in the next few years, which will enable the Company to significantly decrease annual spending on capital expenditures. Publishing capital expenditures are expected to decrease from $173 million in 2006 to $100 million by 2011. Broadcasting capital expenditures are expected to decrease from $42 million in 2006 to $27 million in 2011.

Confidential                                                                                                                     JPM_00052499



Source: Tender Offer Statement filed on April 25, 2007

The completion of the following projects will account for a large portion of the decline in capital expenditure spending by 2011:

- Color press improvements completed in 2006
- Wrigley Field expansion completed in 2006
- Spending to complete web width reduction at all business units will be completed by 2008
- Spending for common advertising, circulation and editorial systems will be completed by 2009; most completed by end of 2008
- Packaging improvements for more refined zoning will be completed by 2009; most completed by end of 2008

38

Confidential

JPM_00052500