## Valuable equity investments

The Company's principal equity investments are CareerBuilder, Classified Ventures, TV Food Network, ShopLocal, and Topix.

| Interactive equity investments—Key online investments | | | |
|---|---|---|---|
| Investment | Description | Tribune ownership | Partners |
| food | Lifestyle cable network and website with a focus on food and entertaining | 31.0% | Scripps (69%) |
| careerbuilder® | Online recruitment company that helps job seekers connect with employers | 42.5 | Gannett (42.5%) McClatchy (15.0%) |
| Classified Ventures | A network of automotive and real estate classified advertising websites including apartments.com, cars.com and homegain.com | 27.8 | McClatchy (25.5%) Gannett (23.6%) Wash. Post (16.5%) Belo (6.6%) |
| shopLocal.com | A multi-channel shopping service offering a complete set of solutions connecting retailers and consumers online and in-store | 42.5 | Gannett (42.5%) McClatchy (15.0%) |
| topix | Leading news community on the web, connecting people to the information and discussions that matter to them in every U.S. town and city | 33.7 | Gannett (33.7%) McClatchy (11.9%) Topix Mgmt (20.7%) |

In 2006, Tribune's equity income totaled $81 million, an increase of $40 million from 2005 and $63 million from 2004. The increases primarily reflect improvements at TV Food Network, CareerBuilder and Classified Ventures and the absence of losses from The WB Network.

## Significant cost and tax savings from the ESOP/S Corp structure

S Corps do not pay corporate level federal income taxes. Instead, S Corps pass taxable income and losses through to shareholders. Under the proposed structure, Tribune will not make distributions to shareholders for payment of shareholder-level federal taxes, resulting in a significant increase in cash flow. The present value of the tax cash flow savings is estimated to be approximately $1 billion over the next 10 years.

In addition, as an S Corp, deferred taxes currently recorded by Tribune ($1.9 billion) will cease to be recorded as liabilities of the corporation. This includes the $636 million of deferred taxes on the PHONES (as of 12/31/06).

Tribune will also eliminate Company cash contributions to its non-union 401(k) plans, which will result in approximately $60 million of cash savings per year. Cost reductions and other miscellaneous savings are expected to amount to an additional $20 million per year.

39

Confidential

| Value of savings[1] ($ million) | | | |
|---|---|---|---|
| Item | Per year | 5-year NPV | 10-year NPV |
| Value of Tax Savings from ESOP/S Corp Structure | | $418 | $1,056 |
| Value of the Elimination of Company 401(k) Cash Contributions | $60 | 243 | 412 |
| Value of Public and Other Company Cost Reductions | 20 | 81 | 137 |
| Total | $80 | $742 | $1,605 |

[1] Discounted at a weighted average cost of capital of 7.5%

## Strong track record of Zell-EGI investments

EGI is a private investment firm that is Sam Zell's principal investment management vehicle. Mr. Zell is intimately involved in the day-to-day operations and decision making of EGI. Over the years, EGI has developed a reputation as a highly successful, aggressive investor in numerous business sectors, including media. The Zell Entity is an investment vehicle that was formed for the purpose of investing in Tribune and draws on the skills, experience and relationships that comprise EGI.

Unlike many pools of investment capital, EGI has no specific limitations on the type of investment it makes and the duration of its investment period. This investment structure is rare and allows EGI to pursue a long-term and contrarian approach to investing. Once EGI has made an investment, it seeks to influence the strategic direction of the business by forming a partnership with companies at the board and senior management level.

EGI's actively managed portfolio of investments is valued at approximately $4 billion and covers a spectrum of public companies, private companies and privately held real estate and special-purpose vehicles. The following is a selected list of EGI's significant current investments:

**Current EGI investments**



In addition to building a broadly diversified portfolio of investments, EGI has developed a strong expertise and reputation for credibility in the capital markets. Whether it is incurring debt, raising public equity or placing private capital, EGI has a track record of delivering stellar returns to its investment partners.

## Experienced management team

The current management team has an average of 20 years of experience at Tribune. Through challenging industry conditions, the Tribune management team has been able to successfully manage costs and maintain industry leading operating margins. Through its equity investments and Interactive businesses, the team has been able to grow Tribune's online

40

JPM_00052502

business and diversify its sources of revenue. Under the guidance of the current management team, Tribune has developed a strong reputation for being able to delever and return capital to all constituents.

## Tribune management team

| Management | Position | Years of experience at Tribune |
|---|---|---|
| Dennis J. FitzSimons | President and CEO | 24 |
| Donald C. Grenesko | SVP, Finance and Administration | 26 |
| Scott Smith | President, Publishing | 29 |
| John E. Reardon | President, Broadcasting | 21 |
| Timothy J. Landon | President, Interactive | 20 |
| Crane H. Kenney | SVP, General Counsel and Secretary | 12 |
| Thomas D. Leach | SVP, Development | 20 |
| Chandler Bigelow | VP, Treasurer | 8 |

Additionally, the Merger Agreement contemplates the establishment of a new Tribune Company Management Equity Incentive Plan (the "Plan") to be effective following the consummation of the merger. The Plan will serve as an important retention tool and will motivate management to continuously seek ways to create value at Tribune. The Plan will provide for the grant of share equivalent awards over a period of years equal to 8% of the Company's common stock.

41

Confidential

## 3. Transaction overview

The first stage ("Step 1") of the Transaction is a cash tender offer for approximately 126 million shares at $34 per share. The tender offer will be funded by incremental borrowings and a $250 million investment from Zell Entity, which occurred on April 23, 2007. The tender will settle concurrently with the funding of the Step 1 Financings, which is currently expected to take place in late May. The second stage ("Step 2") is a merger, which is currently expected to close in the fourth quarter of 2007, in which the remaining publicly-held shares will receive $34 per share. If the merger does not close on or prior to December 31, 2007, each share will also receive an additional 8% annualized "ticking fee" that will be calculated from January 1, 2008 through the close of the merger. Zell will make an additional investment of $65 million in connection with the merger, bringing Zell's total investment in Tribune to $315 million. The board of directors of Tribune, on the recommendation of the Special Committee, has approved the agreements and will recommend Tribune shareholder approval of the merger. The Chandler Trusts, Tribune's largest shareholder, have agreed to vote in favor of the merger.

## Step 1 of the two-step transaction



### 1. Signing of Merger Agreement

On April 1, 2007, the Company entered into the Merger Agreement with the Trustee of the Employee Stock Ownership Plan ("ESOP") (GreatBanc Trust Company), a merger subsidiary wholly owned by the ESOP ("Merger Sub"), and, for certain limited purposes, Zell Entity. Pursuant to the terms of the Merger Agreement, the Merger Sub will be merged with and into the Company and Tribune will continue as the surviving corporation wholly owned by the ESOP (the "Merger").

### 2. ESOP stock purchase

On April 1, 2007, a newly formed, Tribune-sponsored ESOP purchased approximately 8.9 million shares of newly issued Tribune common stock at a price of $28 per share. The ESOP

42

JPM_00052504

acquired these shares by issuing a $250 million promissory note to Tribune to be repaid over 30 years through the use of annual contributions from the Company and/or distributions made on the shares of Tribune common stock held by the ESOP.

### 3. Zell stock purchase

On April 23, 2007, Zell Entity invested $250 million in the Company in consideration for (i) approximately 1.5 million shares of the Company's common stock valued at $34 per share and (ii) an unsecured subordinated exchangeable promissory note of the Company in the principal amount of $200 million. The note is required to be repaid immediately prior to the Merger (Step 2 of the Transaction).

### 4. Tribune stock repurchase, Step 1 Financings and refinance of existing debt

On April 25, 2007, Tribune launched a tender offer to repurchase up to approximately 126 million shares of Tribune common stock at a price of $34 per share (the "Share Repurchase"), equivalent to approximately $4.3 billion in total value. The Share Repurchase will be subject to completion of the Step 1 Financings and other customary conditions. The tender offer will be open in the market until May 24, and is anticipated to settle 3 days after expiration, but concurrently with the funding of the Step 1 Financings. In addition to financing the Share Repurchase, a portion of the proceeds raised in the Step 1 Financings will be used to refinance $2.8 billion of existing Tribune credit facilities and to pay certain fees and expenses.

### Step 1 pro forma ownership and governance

Pro forma for the completion of Step 1, Tribune's public shareholders will own approximately 92%, Zell Entity will own approximately 1%, and the ESOP will own approximately 7% of the Company. On or before May 9, 2007, Mr. Zell will join Tribune's Board of Directors. Upon completion of Step 1, the three Chandler Trust directors will resign from the Board, leaving a total of 9 directors, including Mr. Zell.

## Step 2 of the two-step transaction



43

JPM_00052505

## 1. Shareholder and other necessary approvals

The Merger is subject to a number of conditions including shareholder, HSR, Federal Communications Commission ("FCC"), and Major League Baseball ("MLB") approvals, compliance with certain covenants, no material adverse change in Tribune's business, and the delivery of a solvency opinion. On April 20, 2007, early termination of the HSR waiting period approval was granted. Shareholder approval is currently expected to take place in third quarter 2007, while the FCC approval is currently expected in late 2007.

## 2. Merger, raise debt and go-private

In connection with the merger, the Merger Sub will merge into Tribune, and Tribune will continue as the surviving corporation. All outstanding shares of common stock, other than shares held by the ESOP, but including those held by Zell Entity, will be converted to cash at $34 per share, equivalent to approximately $4.3 billion in total value, making Tribune a privately held company wholly owned by the ESOP. Concurrently, additional debt will be raised (Step 2 Financings) to pay for the conversion of Tribune shares to cash. If the Merger does not close by January 1, 2008, shareholders will receive an additional 8% annualized "ticking fee," calculated from January 1, 2008 through the date of closing of the Merger.

## 3. Additional Zell investment and exchange

In the Merger, Zell Entity will receive cash for the 1.5 million shares of Company common stock it owns and, immediately prior to the Merger, the Company will repay the exchangeable promissory note held by Zell Entity. In turn, immediately after the Merger, Zell Entity will purchase from the Company a $225 million subordinated promissory note and a 15-year warrant for $90 million, resulting in a net additional investment of $65 million. The warrant will entitle Zell Entity to purchase 43.5 million shares of Company Common Stock representing approximately 43% of the common stock of the Company, or 40% on a fully diluted basis taking into account an 8% management equity incentive pool. The warrant will have an initial aggregate exercise price of $500 million, which will increase by $10 million per year for the first 10 years, for a maximum aggregate exercise price of $600 million.

## 4. S Corp election

Following the merger, Tribune will elect to be treated as an "S corporation" for federal income tax purposes. As an S Corp, Tribune will no longer pay corporate level federal income taxes. It will, however, continue to be subject to state and local taxes in some jurisdictions and, for a period of time, will generally be subject to capital gains tax to the extent such gain existed at the time of the S Corp election.

## 5. Asset sales

Following the 2007 baseball season, Tribune intends to sell the Chicago Cubs baseball team as well as the Company's 25% interest in Comcast SportsNet Chicago. Tribune has long-term contracts in place for Cubs programming on WGN-TV, Superstation WGN, WGN-AM Radio and Comcast SportsNet Chicago. The sale of the Cubs is subject to the approval of MLB, and is expected to be completed in the fourth quarter of 2007. Net cash proceeds are expected to be approximately $600 million and will be used to pay down debt.

### Step 2 Pro forma ownership, governance and other key terms

Pro forma for the Transaction, the ESOP will own 100% of Tribune's common stock and Zell Entity will own a warrant entitling it to acquire up to approximately 43% of the common stock of the Company, or 40% on a fully diluted basis taking into account an 8% management equity incentive pool. After Step 2 of the transaction, the Board of Directors will consist of 8 individuals (one additional Board seat will initially be undesignated). Mr. Zell will be the

44

Chairman. Zell Entity will have the right to place a second representative on the new Board. The other members will be the Company's CEO and 5 independent members. The Board members will initially serve for a term of three years. After that time, terms will be staggered with three members' terms expiring each successive year.

Majority Board approval is required for certain major corporate decisions, including but not limited to the following items. In order to constitute majority Board approval, decisions must be approved by a majority of the independent directors and at least one designee of Zell Entity.

- Change to the Certificate of Incorporation or bylaws
- Issuance of additional shares (other than to the ESOP at Fair Market Value to maintain its

51% equity ownership)

- Dividends and certain stock repurchases
- Incurrence of debt not included in the annual budget over $250 million
- Acquisitions over $250 million
- Sale or license of assets over $250 million
- Entering into any strategic relationship involving payment of money or assets over $250

million

Other key transaction terms include:

- Zell Entity and the ESOP will have preemptive rights on any new issuances of Tribune shares

following the merger

- Zell Entity and the ESOP will agree to restrictions on transfer, co-sale rights and rights of

first refusal on their shares

- Zell Entity will have consent rights on any transaction between Tribune and the ESOP

45

Confidential



## Employee Stock Ownership Plan ("ESOP")

An ESOP is a tax-qualified employee benefit plan through which employees own stock in the sponsoring company. Several features make ESOPs unique compared to other tax-qualified employee benefit plans. First, an ESOP is required by law to invest primarily in the securities of the sponsoring employer. Second, an ESOP is able to borrow money from (or guaranteed by) the sponsoring employer.

The Tribune ESOP borrowed $250 million from the Company to buy common shares. The Company will make annual cash contributions to the ESOP, which the ESOP will then remit back to the Company for repayment of the loan.

Shares held by the ESOP will be allocated to individual employees' accounts based upon their eligible compensation (salary and wages) as payments are made on the ESOP loan. As employees continue to work at the Company, more shares will be allocated to their accounts each year based on their eligible compensation. After employees leave the Company, Tribune will purchase their shares at fair market value and distribute cash to them over a specified period of time. The value of the shares will be determined annually by an independent appraisal firm.

The Tribune ESOP will be funded solely through Company contributions. The first contribution allocation will be for the year 2008, which will be made in early 2009. The Company anticipates an initial annual target allocation of approximately 5% of employees' eligible compensation.

### ESOP Trustee and governance

GreatBanc Trust Company has been selected to serve as the ESOP trustee (the "ESOP Trustee"), and the ESOP will be administered by a board-appointed employee benefits committee.

46

Confidential

## S Corporation

An S corporation, or S Corp, is a corporation that makes a valid election to be taxed under Subchapter S of the Internal Revenue Code. Unlike a regular C corporation, an S Corp generally pays no corporate level federal income taxes. Instead, the S Corp shareholders pay income taxes on their proportionate share of taxable income. After the completion of Step 2, the sole shareholder of Tribune will be the ESOP, which is a tax exempt entity for federal income tax purposes. Coupled with the S Corp election, this results in significant tax savings for Tribune each year. The present value of tax savings over a 10 year period is estimated to be approximately $1 billion.

### Qualification, timing and maintenance of S Corp election

In order to be treated as an S Corp, the following major requirements must be met:

- Must be a domestic corporation
- Must not have more than 100 shareholders
- Must have only one class of stock
- Must not, in general, have a shareholder who is not an individual (ESOPs qualify under an exception to this rule)
- Profits and losses must be allocated to shareholders proportionately to each one's interest in the business

In order to become an S Corp for 2008, Tribune would need to be S Corp eligible on the first day of the year and would need to make its S Corp election by March 15, 2008.

### Zell Special Contribution

In order for the Company to complete the Merger, Zell has agreed, in the event and only in the event the S Corp election is not made by March 15, 2008, to invest up to $100 million in additional junior capital of Tribune (the "Zell Special Contribution") less certain potential adjustments, on the later of March 25, 2008 and the Step 2 closing date.  All cash proceeds received from the Zell Special Contribution will be applied to reduce the Term Loan B.

To the extent any junior capital is outstanding as a result of a Special Contribution, proceeds from certain litigation and other proceedings and up to 50% of the net cash proceeds received from the sale of the Chicago Cubs and Comcast SportsNet Chicago and certain other assets *in excess* of $600 million will be applied to reduce junior capital.

### Tribune governance post transaction

After Step 2 of the transaction, the Board of Directors will consist of 8 individuals (one additional Board seat will be undesignated initially). Mr. Zell will be the Chairman. Zell Entity will have the right to place a second representative on the new Board.  The other members will be the Company's CEO and 5 independent members.  The Board members will initially serve for a term of three years. After that time, terms will be staggered with three members' terms expiring each successive year.

47

## 4. Summary of terms and conditions - Senior Unsecured Bridge Facility

| | |
|---|---|
| **Borrower:** | Tribune Company ("Tribune") |
| **Ranking:** | Senior Unsecured Bridge Facility |
| **Amount:** | $2,100 million |
| **Fees:** | Commitment Fee: 75 bps |

| | | |
|---|---|---|
| | Takedown Fee: | If funded, additional fees payable on each of the following dates: |
| | | • Closing:      31.25 bps |
| | | • 91st day after closing:   31.25 bps |
| | | • 181st day after closing:   31.25 bps |
| | | • 271st day after closing:   31.25 bps |
| | Conversion Fee: | 200 bps |

| | |
|---|---|
| **Guarantees:** | Senior subordinated guarantees from all of Tribune's U.S. subsidiaries that guarantee the Senior Secured Credit Facilities |
| **Security:** | Unsecured |
| **Maturity:** | 1.0 year from Second Step Closing Date (the "Initial Maturity Date") - upon the Initial Maturity Date, amounts outstanding will be automatically extended for 7 more years and may be exchanged for 7-year senior unsecured exchange notes |
| **Initial Rate:** | L + 450 bps |
| **Interest Rate Step-Ups:** | 50 bps three months after the Second Step Closing Date with an additional 50 bps at the end of each three month period thereafter |
| **Interest Rate Caps:** | If Corporate ratings B2/B or greater (with no negative outlook): 12.00%; Otherwise 12.50% |
| **Securities Demand:** | 90 days blackout |
| **Negative Covenants:** | Substantially similar to those provided in the Senior Secured Credit Facilities |
| **Other Covenants / Conditions:** | Other covenants/conditions include: |

- Elimination of certain 401(k) contributions
- Election and maintenance S Corp treatment
- Total guaranteed debt / LTM EBITDA of less than 9.0x

48

JPM_00052510

## 5. Form of Commitment Advice

**[LENDER LETTERHEAD]**
Form of Commitment Advice
(Fax to Todd Scolnick at (646) 651-4493)

[Date]

Merrill Lynch & Co.
4 World Financial Center
7th Floor
New York, New York 10080

Ladies and Gentlemen:

We refer to the Summary of Terms and Conditions for Tribune Company (the "Company") included in the Confidential Information Memorandum dated April 2007. Subject only to satisfactory documentation substantially on the terms and conditions set forth in the Summary of Terms and Conditions, we are pleased to commit $_____ million to the $2.1 billion Senior Unsecured Bridge Facility.  We understand that allocations will be made at the discretion of the Company and the Joint Bookrunners.

Our commitment is made solely on behalf of our institution and does not in any way include a commitment or other arrangement from any other non-affiliated institution. We agree that no secondary selling or offers to purchase will occur until the Joint Bookrunners declare the primary syndication to be complete.

Our decision to issue our commitment is based on our independent investigation of the financial condition, creditworthiness, affairs and the status of Company without reliance upon any material or information furnished to us by the Joint Bookrunners or any of their affiliates, which material or information is hereby acknowledged by us to have been for informational purposes only without any representation or warranty by the Joint Bookrunners or their affiliates.

Very truly yours,

Authorized Officer:
Title:
Lender:
Telephone Number:

49

JPM_00052511

### ADMINISTRATIVE DETAILS FORM

Please complete the following and return to Jennifer Cunningham at (312) 499-3336 (fax) or e-mail jennifer_cunningham1@ml.com

Full legal name of bank: _____
Bank name for publicity purposes: _____
Tax ID Number: _____
Legal lending office address: _____
_____

#### CONTACTS

| Primary Credit | Secondary Credit |
|---|---|

Name:
Address:

Phone:
Fax:
E-mail:

| Loan Administration/Operations | LOC Administration/Operations |
|---|---|

Name:
Address:

Phone:
Fax:
E-mail:

| Legal Counsel | Financials |
|---|---|

Name:
Address:

Phone:
Fax:
E-mail:

#### PARTICIPATING BANK PAYMENT INSTRUCTIONS

Please specify where funds (interest, letter of credit fees, commitment fees, repayments) should be wired.
Bank Name:
Address:
ABA #:
Acct Name:
Acct #:
Attn:

#### MERRILL LYNCH PAYMENT INSTRUCTIONS

Bank Name:      LaSalle Bank
Address:        135 South LaSalle Street
                Chicago, IL.  60603
ABA #:          071000505
Acct Name:      MLCC-Leveraged Finance
Acct #:         5800965153
Attn:

50

JPM_00052512

## 6. Industry overview

### Publishing

The 1,452 daily newspapers in the U.S. were expected to generate $67.7 billion in revenues in 2006 and reach approximately 57% of adults every week. In today's fragmented media environment, where people look to a huge variety of sources for information, the ability to offer advertisers access to such a significant share of the market makes newspapers particularly appealing.  No other medium can deliver such a broad reach, particularly at the local level.

The economics of the newspaper business - largely fixed investments producing valuable information products - translate into attractive margins and steady cash flows.  Newspapers' reliance on advertising dollars subjects them to cyclicality and, more recently, competition from the internet.  However, publishers have adapted to the new landscape with successful online initiatives and, in many cases, renewed focus on fast-growing local and regional markets where newspapers enjoy their strongest strategic footing.

Newspapers reach more 18-34 year olds on an average week day (37.4% of the top 50 markets) than an average half-hour of prime time TV (32.3%), early TV news (22%) and an average quarter hour of radio morning drive time (21%).

Newspapers' competition comes primarily from other major national media: broadcast TV, cable, radio, and increasingly, the internet. The strong benefits of scale afforded by owning a group of larger market (higher reach) newspapers (such as larger audiences, the ability to cross sell across a group of newspapers; and the advantages of cross ownership of other major media) are important to newspapers' ability to compete for market share. For example, Tribune owns newspapers in New York, Chicago, and Los Angeles, and also owns a large number of broadcast TV stations in large markets (in many cases the same market), so it can sell package deals, providing a larger audience for advertisers, more efficiently.

Declines in circulation and national ad expenditures are expected to be offset by strong online advertising and content results. Online advertising and content is expected to rise at a compound annual growth rate of 19.2% from 2005 to 2010, representing a 9.2% share of daily newspaper spending by 2010. This compares to 4.1% in 2005. As a result, overall daily newspaper revenues will grow at a 2005-2010 CAGR of 1.3% to $64.7 billion.

**Total spending on newspapers ($ millions)**

| Year | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 (Forecast) | 2009 (Forecast) | 2010 (Forecast) | Compound annual growth 2000-2005 | Compound annual growth 2005-2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daily newspapers[1] | $59,888 | $55,895 | $56,088 | $57,340 | $59,291 | $60,636 | $61,330 | $62,348 | $63,294 | $64,120 | $64,660 | | |
| % growth | | (6.7)% | 0.3% | 2.2% | 3.4% | 2.3% | 1.1% | 1.7% | 1.5% | 1.3% | 0.8% | 0.0% | 1.3% |
| Weekly newspapers | $5,055 | $5,142 | $5,352 | $5,569 | $5,840 | $6,104 | $6,388 | $6,659 | $6,989 | $7,303 | $7,596 | | |
| % growth | | 1.7% | 4.1% | 4.1% | 4.9% | 4.5% | 4.7% | 4.2% | 5.0% | 4.5% | 4.0% | 3.8% | 4.5% |
| Total | $64,943 | $61,037 | $61,440 | $62,909 | $65,131 | $66,740 | $67,718 | $69,007 | $70,238 | $71,423 | $72,256 | | |
| % growth | | (6.0)% | 0.7% | 2.4% | 3.5% | 2.5% | 1.5% | 1.9% | 1.8% | 1.6% | 1.2% | 0.5% | 1.6% |

Source: (20th Ed - 2006) Veronis Suhler Stevenson, PQ Media, Editor and Publisher, JupiterKagan, Newspaper Association of America

[1] Includes online and mobile advertising and content

Newspaper readership tends to correlate with education and income level, making the reader base an ideal demographic for many advertisers.  Publishers have leveraged the ability to segment their demographics into new sources of advertising revenue through preprints, direct

51

mail and targeted publications. All three of these provide advertisers excellent ways to reach highly targeted audiences.

The newspaper industry's reliance on consumer advertising - approximately 83% of revenues - continues to present both challenges and opportunities. Newspapers have been exposed to macro trends in the advertiser base, including consolidation in the retail sector and the shift of advertising spending to online media. These and other factors have eroded newspapers' share of total U.S. advertising spend from 22% in 2001 to 20% in 2006.

## Daily print newspaper advertising spending ($ millions)

| | | | | | | | | | Forecast | | | Compound annual growth | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2000-2005 | 2005-2010 |
| Retail | $21,409 | $20,678 | $20,992 | $21,339 | $22,008 | $22,183 | 21,961 | 22,071 | 22,159 | 22,159 | 22,048 | | |
| % growth | | (3.4)% | 1.5% | 1.7% | 3.1% | 0.0% | (1.0) | 0.5% | 0.4% | 0.0% | (0.5)% | 0.7% | (0.1)% |
| Classified | $19,609 | $16,621 | $15,896 | $15,801 | $16,608 | $17,312 | $17,918 | $18,509 | $19,064 | $19,598 | $20,108 | | |
| % growth | | (15.2)% | (4.3)% | (0.6)% | 5.1% | 4.2% | 3.5% | 3.3% | 3.0% | 2.8% | 2.6% | (2.5)% | 3.0% |
| National | $7,653 | $7,004 | $7,210 | $7,797 | $8,083 | $7,910 | 7,657 | 7,404 | 7,145 | 6,888 | 6,633 | | |
| % growth | | (8.5)% | 2.9% | 8.1% | 3.7% | (2.1)% | (3.2)% | (3.3)% | (3.5)% | (3.6)% | (3.7)% | 0.7% | (3.5)% |
| Total | $48,671 | $44,303 | $44,100 | $44,937 | $46,699 | $47,405 | $47,536 | $47,984 | $48,368 | $48,645 | $48,789 | | |
| % growth | | (9.0)% | (0.5)% | 1.9% | 3.9% | 1.5% | 0.3% | 0.9% | 0.8% | 0.6% | 0.3% | (0.5)% | 0.6% |

Sources: (20th Ed - 2006) Veronis Suhler Stevenson, PQ Media, Borrell, Interactive Advertising Bureau, Newspaper Association of America

For 2007, the Newspaper Association of America (NAA) forecasts 1.2% growth in newspaper advertising which is comprised of flat print growth and a 22% gain in online. Although the aforementioned circulation losses translate into declines for circulation revenue, circulation revenues are generally less than 20% of total income for newspapers. The variability in the retail and classified segments illustrates the general seasonality in the business. The second and fourth quarters tend to be somewhat stronger than the first and third quarters. National advertising tends to fluctuate based on sector trends including consolidation, economic conditions, and new automobile model introductions.

*Retail advertising*, including department store, small business, grocery and other, has traditionally comprised the largest segment of newspaper advertising revenue. However, consolidation in the retail sector, the "Wal-Mart effect" and the rise in online commerce have eroded the total retail ad spend in newspapers; as recently as 1995, this category still accounted for more than 50% of revenue. The NAA expects the category to grow 1% in '07. In 2006, retail was hampered by consolidation—in 3Q06, for example, Federated newspaper advertising declined 14%. Department stores broadly have been weak, with the category off - 6.2% in the quarter. 2006 also saw a decline in financial sector spending, especially in the previously strong mortgage company sub sector, due to the decline in the housing market. These trends are expected to cycle through in the first quarter of 2007.

52

JPM_00052514

| Retail newspaper advertising expenditures by category[1] ($ millions) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Compound annual growth 2000–2005 |
| General merchandise | $7,582 | $7,586 | $7,541 | $6,976 | $6,864 | $6,923 | |
| % growth | | 0.1% | (0.6)% | (7.5)% | (1.6)% | 0.9% | (1.8)% |
| Financial | $2,926 | $2,719 | $2,718 | $3,268 | $3,439 | $3,818 | |
| % growth | | (7.1)% | 0.0% | 20.2% | 5.2% | 11.0% | 5.5% |
| Home supplies/furniture | $2,459 | $2,653 | $2,790 | $3,064 | $3,428 | $3,320 | |
| % growth | | 7.9% | 5.2% | 9.8% | 11.9% | (3.2)% | 6.2% |
| Computer/electronics | $3,927 | $3,103 | $2,885 | $2,434 | $2,505 | $2,262 | |
| % growth | | (21.0)% | (7.0)% | (15.6)% | 2.9% | (9.7)% | (10.4)% |
| Food | $1,777 | $1,674 | $1,850 | $1,998 | $1,940 | $1,982 | |
| % growth | | (5.8)% | 10.5% | 8.0% | (2.9)% | 2.2% | 2.2% |
| Hobbies/toys/sports | $827 | $1,025 | $1,096 | $1,197 | $1,213 | $1,120 | |
| % growth | | 23.9% | 6.9% | 9.2% | 1.3% | (7.7)% | 6.3% |
| Building materials | $679 | $675 | $777 | $978 | $951 | $1,115 | |
| % growth | | (0.6)% | 15.1% | 25.9% | (2.8)% | 17.2% | 10.4% |
| Apparel and accessories | $728 | $747 | $776 | $841 | $928 | $948 | |
| % growth | | 2.6% | 3.9% | 8.4% | 10.3% | 2.2% | 5.4% |
| Automotive aftermarket | $325 | $301 | $369 | $396 | $537 | $520 | |
| % growth | | (7.4)% | 22.6% | 7.3% | 35.6% | (3.2)% | 9.9% |
| Records/books/cards | $179 | $195 | $190 | $187 | $203 | $175 | |
| % growth | | 8.9% | (2.6)% | (1.6)% | 8.6% | (13.8)% | (0.5)% |
| Total | $21,409 | $20,678 | $20,992 | $21,339 | $22,008 | $22,183 | |
| % growth | | (3.4)% | 1.5% | 1.7% | 3.1% | 0.8% | 0.7% |

Source: (20th Ed - 2006) Veronis Suhler Stevenson, PQ media, Newspaper Association of America

[1] Does not include spending from the "Other" category which normally represents approximately 0.01% of retail advertising

*National advertising*, including advertisements run by national firms in newspapers across the country, has been the strongest source of growth in newspaper advertising over the last decade. The top five national segments are telecom (in particular, wireless), travel, entertainment, coupons and auto, in total accounting for approximately 75% of national ad spend. These categories have driven compound annual growth in national advertising over 8% since 1995. Print national advertising slowed in 2005, largely because the automotive sector shifted promotional spend toward temporary sales incentives. The NAA forecasts a stabilization of national advertising (flat in 2007) which will likely finish 2006 down -5.4%. The key category that the NAA focused on was telecom, which was off -27% in 3Q06. Other weak categories in national have been studio advertising, transportation and travel, and auto.

53

## Select national advertising categories ($ millions)

| Year | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Compound annual growth 2000—2005 |
|---|---|---|---|---|---|---|---|
| **Utilities** | $1,391 | $1,394 | $1,498 | $1,859 | $1,823 | $1,552 | |
| % growth | | (0.2)% | 7.5% | 24.1% | (1.9)% | (14.9)% | 2.2% |
| **Transportation/travel** | $1,429 | $1,359 | $1,359 | $1,291 | $1,331 | $1,163 | |
| % growth | | (4.9)% | 0.0% | (5.0)% | 3.1% | (12.6)% | (4.0)% |
| **Coupon marketing organizations** | $964 | $886 | $899 | $924 | $987 | $1,131 | |
| % growth | | (8.1)% | 1.5% | 2.8% | 6.8% | 14.6% | 3.2% |
| **Motion pictures** | $1,276 | $1,012 | $1,125 | $1,163 | $1,149 | $1,040 | |
| % growth | | (20.7)% | 11.2% | 3.4% | (1.2)% | (9.5)% | (4.0)% |
| **Automotive** | $638 | $633 | $638 | $690 | $757 | $869 | |
| % growth | | (0.8)% | 0.8% | 8.2% | 9.7% | 14.8% | 6.4% |
| **Publishing/media** | $432 | $357 | $390 | $391 | $469 | $484 | |
| % growth | | (17.4)% | 9.2% | 0.3% | 19.9% | 3.2% | 2.3% |
| **Total advertising** | $7,653 | $7,004 | $7,210 | $7,797 | $8,083 | $7,910 | |
| % growth | | (8.5)% | 2.9% | 8.1% | 3.7% | (2.1)% | 0.7% |

Source: (20th Ed - 2006) Veronis Suhler Stevenson, PQ Media, Newspaper Association of America

*Classified advertising,* including employment, real estate and automotive, is the most cyclical ad category.   For example, between 2000 and 2001, classified advertising revenues fell 15.2%, as compared to retail and national advertising which fell 3.4% and 8.5%, respectively.   On the upswing, however, classified advertising benefits directly from job creation (help wanted) and wealth creation (real estate, automotive).   For this reason, classified advertising has provided an important offset to softness in retail and national advertising since 2003. The NAA expects classified to decline -1.3% in 2007 following an expected -0.9% decrease in 2006. The modest decline assumes auto weakness moderating but remaining in negative territory, real estate flat, and recruitment down slightly. Newspapers have been increasingly successful with their own online initiatives such as Classified Ventures and CareerBuilder, combating loss of print advertising revenues to the Internet.

54

Confidential

## Classified advertising by category ($ millions)

| Category | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Compound annual growth 2000—2005 |
|---|---|---|---|---|---|---|---|
| Employment | $8,713 | $5,705 | $4,388 | $3,977 | $4,576 | $5,127 | |
| % growth | | (34.5)% | (23.1)% | (9.4)% | 15.1% | 12.0% | (10.1)% |
| Real estate | $3,167 | $3,512 | $3,668 | $3,954 | $4,222 | $4,639 | |
| % growth | | 10.9% | 4.4% | 7.8% | 6.8% | 9.9% | 7.9% |
| Automotive | $5,026 | $4,889 | $5,156 | $5,192 | $5,015 | $4,589 | |
| % growth | | (2.7)% | 5.5% | 0.7% | (3.4)% | (8.5)% | (1.8)% |
| Other | $2,703 | $2,515 | $2,686 | $2,878 | $2,795 | $2,957 | |
| % growth | | (7.0)% | 6.8% | (0.3)% | 4.4% | 5.8% | 1.8% |
| Total | $19,609 | $16,621 | $15,898 | $15,801 | $16,608 | $17,312 | |
| % growth | | (15.2)% | (4.3)% | (0.6)% | 5.1% | 4.2% | (2.5)% |

Source: (20th Ed - 2006) Veronis Suhler Stevenson, PQ Media, Newspaper Association of America

*Online advertising.* In order to capitalize on the vast growth opportunities online, many publishers have developed partnerships or formed syndicates focused on capturing more ad revenues, in a cost-efficient manner. Newspapers have been aggressively developing their Internet presence, both through their own Web sites and through investments into other Internet properties such as CareerBuilder (jointly owned by Tribune, Gannett and McClatchy), Classified Ventures (Tribune, McClatchy, Gannett, Washington Post and Belo) and ShopLocal.com (Tribune, Gannett and McClatchy).

## Daily online newspaper advertising spending ($ millions)

| Year | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 Forecast | 2009 | 2010 | Compound annual growth 2000—2005 | 2005—2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| National | $252 | $291 | $256 | $305 | $348 | $426 | $512 | $610 | $719 | $831 | $942 | | |
| % growth | | 11.1% | (12.0)% | 19.1% | 14.1% | 22.4% | 20.3% | 19.2% | 17.9% | 15.6% | 13.3% | 10.2% | 17.2% |
| Local | $404 | $494 | $655 | $811 | $1,194 | $1,988 | $2,565 | $3,165 | $3,776 | $4,410 | $4,930 | | |
| % growth | | 22.3% | 32.6% | 23.8% | 47.2% | 66.5% | 29.0% | 23.4% | 19.3% | 16.8% | 11.8% | 37.5% | 19.9% |
| Content | $10 | $24 | $51 | $62 | $62 | $70 | $78 | $85 | $91 | $96 | $100 | | |
| % growth | | 140.0% | 112.5% | 21.6% | 0.0% | 12.9% | 11.4% | 9.0% | 7.1% | 5.5% | 4.2% | 47.6% | 7.4% |
| Total online | $676 | $809 | $962 | $1,178 | $1,604 | $2,484 | $3,155 | $3,860 | $4,586 | $5,337 | $5,972 | | |
| % growth | | 19.7% | 18.9% | 22.5% | 36.2% | 54.9% | 27.0% | 22.3% | 18.8% | 16.4% | 11.9% | 29.7% | 19.2% |

Source: (20th Ed - 2006) Veronis Suhler Stevenson, PQ Media, Newspaper Association of America
[1] Online advertising in weekly newspapers is included

Online newspaper statistics show that newspaper brands represent trusted sources of news and information for consumers in the online world. Newspapers own 11 of the top 25 online news and information Web sites and, locally, they provide the dominant information site in most of the top 75 markets. More than a third of active Internet users—56 million adults—visited newspaper Web sites in May 2006, a 30 percent increase from the same period in 2005, according to Nielsen//NetRatings. As a result, newspapers' online editions clearly extend reach into a highly attractive, digital-savvy demographic.

55



Source: (20th Ed - 2006) Veronis Suhler Stevenson, PQ
Media, Newspaper Association of America



Source: (20th Ed - 2006) Veronis Suhler Stevenson, PQ
Media, Newspaper Association of America, Nielsen
Net/Ratings

## Broadcasting

The commercial television broadcasting industry is now over sixty years old. In its early years, the first stations were located in the very high frequency band, or VHF (channels 2-13), but today over half of the more than 1,200 licensed commercial stations are located in the ultra high frequency band, or UHF (channels 14-69). Historically, VHF stations had a competitive edge as a result of greater signal coverage, universal receiver reach and lower transmission costs. But improvements in UHF transmitters, the elimination of VHF-only receivers, and the widespread existence of cable and satellite carriage have equalized the technical reach of VHF and UHF stations. VHF stations generally remain stronger for historical reasons, including earlier affiliation with the major networks and more established local news operations. Tribune owns 6 VHF stations, including in New York, Los Angeles and Chicago, and 17 UHF stations.

The vast majority of commercial television stations are affiliated with broadcast networks, which are their primary program suppliers. Stations with no affiliation are termed "independents." Network affiliation agreements generally give stations both the exclusive right and, subject to limited preemption rights, the obligation to carry the networks' programming and the network advertising within it. The affiliates receive the ability to sell some of the time within and around the network programs, as well as preserving substantial local time periods which they program and for which they retain all advertising revenues. Tribune operates 14 CW affiliated stations, 6 Fox affiliates, 1 ABC affiliate and 2 MyNetwork affiliates.

Television stations typically generate over 90% of their revenues from one of five categories of advertising: (1) national spot advertising, (2) local spot advertising, (3) network compensation, (4) political advertising, and (5) retransmission consent fees. Tribune's television stations generate approximately 90% of revenue from spot advertising.

56

JPM_00052518

## Over-the-air Television Advertising Expenditures ($ millions)

| Year | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | Compound annual growth 2000–2005 | 2005–2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Forecast | | | | |
| Network | $16,220 | $15,008 | $15,881 | $15,997 | $17,570 | $17,256 | 18,102 | 17,993 | 19,378 | 18,913 | 19,668 | | |
| % growth | | (7.5%) | 5.8% | 0.7% | 9.8% | (1.8%) | 4.9% | (0.6%) | 7.7% | (2.4%) | 4.1% | 1.7% | 2.7% |
| National spot | 12,264 | 9,223 | 10,920 | 9,948 | 11,370 | 10,517 | 12,147 | 11,005 | 12,249 | 11,245 | 12,740 | | |
| % growth | | (24.8) | 18.4 | (8.9) | 14.3 | (7.5) | 15.5 | (9.4) | 11.3 | (8.2) | 13.3 | (3.0%) | 3.9% |
| Local | 13,542 | 12,256 | 13,114 | 13,520 | 14,507 | 14,072 | 14,888 | 14,918 | 15,585 | 15,176 | 15,920 | | |
| % growth | | (9.5) | 7.0 | 3.1 | 7.3 | (3.0) | 5.8 | 0.2 | 6.3 | (4.3) | 4.9 | 0.9% | 2.5% |
| Total station | 75,806 | 71,479 | 24,034 | 23,468 | 75,877 | 24,589 | 77,035 | 25,971 | 28,107 | 26,420 | 28,660 | | |
| % growth | | (16.9%) | 11.9% | (2.4%) | 10.3 | (5.0%) | 9.9% | (4.1%) | 8.4% | (6.0%) | 8.5% | (1.0%) | 3.1% |

Source: (20th Ed - 2006) Veronis Suhler Stevenson, PQ Media, Jupiter Kagan, Television Bureau of Advertising, Universal McCann

Broadcast television advertising generally lags nominal GDP growth in odd years due to the lack of political and Olympics advertising spending and exceeds nominal GDP growth in even years due to increases in political and Olympics spending.

## Local and national spot advertising growth in even-numbered years vs. odd-numbered years

| | Even-numbered years | | | | Odd-numbered years | | |
|---|---|---|---|---|---|---|---|
| Year | National spot | Local | Differential | Year | National spot | Local | Differential |
| 2002 | 11.4% | 7.0% | (4.4) | 2001 | (0.2)% | (0.1)% | 0.2 |
| 2004 | 14.3 | 7.3 | (7.0) | 2003 | (8.9) | 3.1 | 12.0 |
| 2006 | 15.5 | 5.8 | (9.7) | 2005 | (7.5) | (3.0) | 4.5 |
| Wgt. avg. | 13.7 | 6.3 | (7.5) | Wgt. avg. | (11.2) | (1.6) | 9.6 |

Source: (20th Ed - 2006) Veronis Suhler Stevenson, PQ Media, Universal McCann

A major challenge affecting broadcast television is the perception that the 30-second spot has become less effective, pushing advertisers to test alternative media strategies, such as branded entertainment, videogame advertising, online marketing and podcasting among others. While broadcast TV ratings have declined, advertisers have continued to increase spending in the medium because of its ability to reach mass audiences. But the popularity of DVRs and video-on-demand (VOD) services, which allow consumers to bypass commercial spots, has led advertisers to question the effectiveness of their investments in traditional TV advertising. Consequently, broadcasters have taken steps to offer new advertising options, improve ratings and develop additional revenue streams.  One step taken by TV networks to avert the effects of ad skipping technology is the integration of products into the content of television programs. While products may be discretely placed as props within scenes, they also serve as featured program aspects.

Similar to newspapers, viewers are choosing the internet to search for news and entertainment. The move by broadcasters to establish an online presence where local news, weather and other entertainment has proven effective in allowing advertisers to reach consumers and halt the decline of broadcast advertising revenues.

57

JPM_00052519