**Local online advertising spending at television station websites[1] ($ millions)**

| Year | $ millions |
|---|---|
| 2010 | $957 |
| 2009 | $818 |
| 2008 | $673 |
| 2007 | $542 |
| 2006 | $403 |
| 2005 | $283 |
| 2004 | $119 |
| 2003 | $75 |
| 2002 | $55 |
| 2001 | $43 |
| 2000 | $32 |

Source: (20th Ed - 2006) Veronis Suhler Stevenson, PQ Media, Harris Nesbitt, Interactive Advertising Bureau, Television Bureau of Advertising

[1] Limited to local broadcast stations. Does not include broadcast networks, cable networks or local MSA system

The success of *Who Wants to be a Millionaire* and *Survivor* during the 1999-00 and 2000-01 television seasons spurred a reality-show trend that prompted television networks to load up their schedules with relatively low-budget unscripted shows for the next three seasons. But the 2004-05 season marked a departure from that trend, as scripted dramas enjoyed something of a renaissance. The success of *Grey's Anatomy*, *Desperate Housewives*, *Lost*, *24* and *CSI* is expected to prompt producers to pitch more scripted shows to networks. For the most part, reality TV has shaken its reputation as cut rate content plagued by scandals and big failures. The staying power of *American Idol* and *Survivor* has resonated with network executives. Estimates for revenues in 2007 are expected to be flat vs. the 5%-6% increase in 2006 as much of the growth was driven by political advertising. Retransmission revenue is expected to increase for most operators, which should slightly offset the absence of political advertising in 2007.

Local TV stations must also take into consideration that Nielsen has changed its methodology for measuring local TV audiences. The introduction of the electronic "people meter" by Nielsen was supposed to give advertisers greater insight into viewer habits. The introduction of the system in 2005/2006 resulted in a sharp decrease in reported viewers for television shows in local markets due to the fact that it requires active participation. The previous system, a decades-old technique involving both passive household metering coupled with week-long diaries that are mailed to the homes, has been criticized as ineffective as viewers have been known to wait until the end of the week to jot down what they watched, making the diary entries less than perfectly accurate. However, the active participation imposed by people meters, which has been used nationally since 1980, generally under-represents audiences, especially younger viewers.

## Regulation

The Company's television and radio broadcasting operations are subject to FCC jurisdiction under the Communications Act of 1934, as amended. FCC rules, among other things, govern the term, renewal and transfer of radio and television broadcasting licenses, and limit concentrations of broadcasting control inconsistent with the public interest. The Company is permitted to own both newspaper and broadcast operations in the Chicago market by virtue of "grandfather" provisions in the FCC regulations and in the Fort Lauderdale/Miami market by virtue of a temporary waiver of the television/newspaper cross-ownership rule.

Congress removed national limits on the number of broadcast stations a licensee may own in 1996. However, federal law continues to limit the number of radio and television stations a single owner may own in a local market, and caps the percentage of the national television audience that may be reached by a licensee's television stations in the aggregate at 39%. The local ownership rules allow, under certain conditions, common ownership of two television stations and certain radio/television station combinations.

On June 2, 2003, the FCC adopted new media ownership rules, including a new television/newspaper cross-ownership rule. The new rule eliminates the cross-ownership prohibition entirely in markets with nine or more television stations. In September 2003, the United States Court of Appeals for the Third Circuit stayed the effectiveness of the new media ownership rules pending the outcome of appeals by advocacy groups challenging the new rules. In June 2004, the Third Circuit remanded the new rules to the FCC for further processing while keeping its stay in effect. Despite appeals by the Company and other media companies the FCC has not yet approved the changes to the cross-ownership ban in major markets.

Pending a conclusion to the debate surrounding the FCC's 2003 new media ownership rules, the Company is permitted to retain its newspaper and television operations in each of the five markets where it owns both newspaper and television operations—New York, Los Angeles, Chicago, South Florida, and Hartford.

**Digital television**

The FCC has approved technical standards and channel assignments for digital television ("DTV") service. DTV permits broadcasters to transmit video images with higher resolution than existing analog signals. DTV also enables broadcasters to offer multiple programming choices, called multicasting, and interactive capabilities that will allow them to target niche markets. The ability to broadcast on multiple channels within the digital spectrum will give broadcasters the ability to have a main channel plus niche channels, e.g. local news, weather and other community specific events. Operators of full-power television stations have each been assigned a second channel for DTV while they continue analog broadcasts on the original channel. After the transition is complete, broadcasters will be required to return one of the two channels to the FCC and transmit exclusively in digital format.

By law, the transition to DTV was to occur by December 31, 2006. However, in December 2005, the Senate passed a bill that would, among other things, extend the digital transition deadline to February 17, 2009. Conversion to digital transmission is requiring all television broadcasters, including Tribune, to invest in digital equipment and facilities. As of December 31, 2006, all of the Company's television stations were DTV compliant.

# 7. Company overview

## History and highlights

Tribune is a leading, diversified media and entertainment company. Through its subsidiaries, the Company is engaged in newspaper publishing, television and radio broadcasting and entertainment. The Company was founded in 1847 and incorporated in Illinois in 1861. As a result of a corporate restructuring in 1968, the Company became a holding company incorporated in Delaware.

**Publishing highlights:**

- Revenue mix in 2006: 80% advertising, 14% circulation, 6% other
- Second-largest U.S. publisher by revenues and by circulation
- 11 market-leading daily newspapers[1]
- Over 50 websites serving 14 million unique visitors per month
- More than 130 targeted niche publications, including community and Spanish-language newspapers, and lifestyle magazines
- Over 100 Pulitzer Prizes

**Broadcasting and Entertainment highlights:**

- Revenue mix in 2006: 83% television, 17% radio and entertainment
- 23 stations—14 CW affiliates; 6 Fox; 1 ABC; 2 MNTV
- Largest TV group (by coverage) not owned by a network
- Stations in each of top 3 markets
- Superstation WGN reaches more than 70 million U.S. households

---

[1] Includes two daily newspapers that are being sold in the SCNI transaction



Confidential

JPM_00052522

**Equity investments:**

Tribune's significant equity investments include:

**Equity investments**

| Company | | % owned |
|---|---|---|
| careerbuilder | ■ Online job site offering an online and print network to help job seekers connect with employers<br>■ Includes more than 150 newspaper affiliates and leading portals such as AOL and MSN | 43% |
| Classified Ventures | ■ Joint venture with properties in the online real estate and automotive advertising categories<br>■ Includes apartments.com, cars.com and homegain.com | 28 |
| Comcast SportsNet | ■ Regional cable sports network that carries Chicago sports team games<br>■ Teams include the Cubs, Bulls, White Sox, and Blackhawks | 25 |
| shopLocal | ■ A multi-channel shopping service offering a complete set of solutions connecting retailers and consumers online and in-store | 43 |
| Legacy.com | ■ Leading provider of online obituary solutions for the newspaper industry | 40 |
| topix | ■ Leading news community on the web, connecting people to the information and discussions that matter to them in every U.S. town anc city | 34 |
| food | ■ Lifestyle cable/satellite television network focusing on food and entertaining | 31 |

## Segment overview

The Company's operations are divided into two industry segments: (i) Publishing and (ii) Broadcasting and Entertainment. These segments operate primarily in the United States. Certain administrative activities are not included in either segment, but are reported as corporate. These segments reflect the way the Company sells its products to the marketplace, manages operations and makes business decisions.

The Company's fiscal year ends on the last Sunday in December. Fiscal year 2006 ended on Dec. 31, 2006 and encompassed 53 weeks, while fiscal years 2005 and 2004 each encompassed 52 weeks. For 2006, the additional week increased consolidated operating revenues and operating expenses by approximately 1.5% and consolidated operating profit by approximately 2%.



Confidential

The following charts set forth operating revenues and profit information for each segment of the Company:





Note: Reported results; Includes 53rd week




Note: Reported results. Operating profit for each segment excludes interest and dividend income, interest expense, equity income and loss, non-operating items and income taxes; Includes stock based compensation and 53rd week

The Company's results of operations, when examined on a quarterly basis, reflect the seasonality of the Company's revenues. Second and fourth quarter advertising revenues are typically higher than first and third quarter revenues. Results for the second quarter reflect spring advertising revenues, while the fourth quarter includes advertising revenues related to the holiday season.

## Publishing

The publishing segment represented 74% of the Company's consolidated operating revenues in 2006. For the six months ended September 2006, total average paid circulation for Tribune's 11 metro newspapers averaged 2.8 million copies daily (Mon.-Fri.) and 4.1 million copies Sunday, a decline of 4.5% and 4.4%, respectively, from 2005. The Company's primary daily newspapers are the *Los Angeles Times*, *Chicago Tribune*, *Newsday*, *South Florida Sun-Sentinel*, *Orlando Sentinel*, *The Sun*, *Hartford Courant*, *The Morning Call*, *Daily Press*, *The Advocate* and *Greenwich Time*. The Company's publishing segment manages the websites of the Company's daily newspapers and television stations, as well as other branded sites targeting specific communities of interest. The Company also owns entertainment listings, a newspaper syndication and media marketing company, a Chicago-area cable television news channel and other publishing-related businesses.

The additional week in fiscal year 2006 increased publishing advertising revenues, circulation revenues, and operating profit by approximately 2% and increased operating expenses by approximately 1.5%.

Operating revenues for the Company's three largest newspapers, including their related businesses, for the last three years were as follows:

**Operating revenues by newspaper ($ millions)**




Note: Reported results

[1] Includes the daily newspaper and other related businesses

[2] Includes 53rd week

The following table provides a breakdown of operating revenues for the publishing segment for the last three years:

**Breakdown of publishing revenues ($000s)**

| | Fiscal year ended December | | |
|---|---|---|---|
| | 2004 | 2005 | 2006 |
| **Advertising** | | | |
| Retail | $1,330,951 | $1,323,547 | $1,344,124 |
| National | 802,530 | 774,093 | 736,808 |
| Classified | 1,095,012 | 1,146,460 | 1,179,128 |
| **Total advertising** | **$3,228,493** | **$3,244,100** | **$3,260,060** |
| Circulation | 643,947 | 596,163 | 575,043 |
| Other[1] | 257,410 | 256,587 | 257,459 |
| **Total** | **$4,129,850** | **$4,096,850** | **$4,092,562** |

[1] Primarily includes revenues from advertising placement services; the syndication of columns, features, information and comics to newspapers; commercial printing operations; delivery of other publications; direct mail operations; cable television news programming; distribution of entertainment listings; and other publishing-related activities

The following table sets forth information concerning the Company's advertising volume for its daily newspapers for the last three years:

**Advertising volume (000s)**

| | Fiscal year ended December | | |
|---|---|---|---|
| | 2004 | 2005 | 2006 |
| **Advertising inches** | | | |
| Full run | | | |
| Retail | 6,200 | 5,980 | 6,119 |
| National | 3,998 | 3,774 | 3,457 |
| Classified | 10,265 | 10,023 | 10,154 |
| **Total full run** | **20,463** | **19,777** | **19,730** |
| Part run | 20,575 | 20,112 | 21,217 |
| **Total advertising inches** | **41,038** | **39,889** | **40,947** |
| **Preprint pieces** | **14,680** | **14,929** | **14,929** |

The following table sets forth information concerning the Company's circulation for its primary daily newspapers:

**Circulation (000s)**

| | Average paid circulation for the six months ended September[1] | | | | | |
|---|---|---|---|---|---|---|
| | Daily[2] | | | Sunday | | |
| | 2004 | 2005 | 2006 | 2004 | 2005 | 2006 |
| Los Angeles Times | 877 | 843 | 776 | 1,292 | 1,248 | 1,172 |
| Chicago Tribune | 601 | 586 | 576 | 964 | 951 | 938 |
| Newsday (Long Island) | 459 | 432 | 411 | 521 | 496 | 475 |
| South Florida Sun-Sentinel | 232 | 227 | 222 | 337 | 322 | 305 |
| Orlando Sentinel | 247 | 220 | 214 | 364 | 331 | 317 |
| The Sun (Baltimore) | 270 | 247 | 236 | 454 | 419 | 381 |
| Other daily newspapers[3] | 436 | 422 | 408 | 597 | 571 | 559 |
| **Total Net Paid Circulation[4]** | **3,122** | **2,977** | **2,843** | **4,529** | **4,338** | **4,147** |
| **Total Individually Paid Circulation[4]** | **2,880** | **2,759** | **2,724** | **4,324** | **4,171** | **4,066** |

[1] Circulation data is based on internal records, is subject to audit by the Audit Bureau of Circulations ("ABC") and may be updated in subsequent filings

[2] Average daily circulation is based on a five-day (Mon.--Fri.) average

[3] Other daily newspapers include *Hartford Courant*, *The Morning Call*, *Daily Press*, *The Advocate* and *Greenwich Time*

[4] Individually paid circulation includes home delivery and single copy sales. This circulation is more highly valued by advertisers and represented 96% of total daily circulation and 98% of total Sunday circulation for the six months ended September 2006. Total net paid circulation includes both individually paid and other paid (education, sponsored, hotels) copies

Each of the Company's newspapers operates independently to most effectively meet the needs of the community it serves. Local management establishes editorial policies. The Company coordinates certain aspects of operations and resources in order to provide greater operating efficiency and economies of scale.

The Company's newspapers compete for readership and advertising with other metropolitan, suburban and national newspapers, and also with television, radio, Internet services and other media. Competition for newspaper advertising is based upon circulation levels, readership demographics, price, service and advertiser results, while competition for circulation is based upon the content of the newspaper, service and price.



Confidential

The *Los Angeles Times, Chicago Tribune, South Florida Sun-Sentinel, Orlando Sentinel, Daily Press, The Morning Call, The Advocate* and *Greenwich Time* are printed in Company-owned production facilities. *Newsday, The Sun* and *Hartford Courant* are printed on Company-owned presses in production facilities leased from an affiliate (see Note 7 to the consolidated financial statements in Item 8 provided in the Annual Report Form 10-K for the year ended December 31, 2006). The principal raw material is newsprint. In 2006, the Company's newspapers consumed approximately 697,000 metric tons of standard newsprint, 45.0 gram basis weight. Average newsprint prices increased 10% in 2006 from 2005 reflecting increased market prices. Average newsprint prices increased 12% and 10% in 2005 and 2004, respectively.

The Company is party to an agreement with Abitibi Consolidated Inc., expiring in 2009, to supply newsprint. Under the current agreement, the Company purchased approximately 369,000 metric tons of newsprint in 2006, representing 53% of the Company's newsprint purchases and has agreed to purchase 369,000 metric tons in 2007, 2008 and 2009, subject to certain limitations, based on market prices at the time of purchase.

### I. *Los Angeles Times* and Related Businesses

The *Los Angeles Times* has been published continuously since 1881. The newspaper has won 37 Pulitzer Prizes and is the largest daily metropolitan newspaper in the United States in circulation. The Los Angeles market ranks second in the nation in terms of households. In its primary circulation areas of Los Angeles, Orange, Ventura, San Bernardino and Riverside counties, the *Los Angeles Times* competes for advertising and circulation with 16 local daily newspapers and three daily national newspapers, with its largest local competitor having almost 300,000 in average daily circulation. For the six-month period ended September 2006, the *Los Angeles Times* ranked fourth and second in the country for average daily and Sunday circulation, respectively, according to ABC. Approximately 78% and 81% of the paper's daily and Sunday circulation, respectively, was home delivered in 2006, with the remainder primarily sold at newsstands and vending boxes.

In addition to the daily edition covering the Los Angeles metropolitan area, the *Los Angeles Times* publishes Orange County, San Fernando Valley, Inland Empire and Ventura County editions. Daily and semi-weekly community newspapers are either inserted into the paper in selected geographic areas or distributed to homes and through vending machines to provide targeted local news coverage. The company operates latimes.com, an online expanded version of the newspaper featuring 50,000 content pages, which provides entertainment, local, national and international news, and theenvelope.com, a comprehensive year-round entertainment awards website. The company owns 50% of California Independent Postal Systems ("CIPS"), which provides alternative distribution services for advertising preprints. MediaNews Group, Inc. owns the other 50% of CIPS.

### II. *Chicago Tribune* and Related Businesses

Founded in 1847, the *Chicago Tribune* is the flagship publication of Tribune. The newspaper has won 24 Pulitzer Prizes and is the largest circulation paper in Chicago and the Midwest. It ranks eighth among U.S. daily newspapers with an average daily paid circulation of approximately 576,000; and third among U.S. Sunday newspapers with an average Sunday paid circulation of approximately 938,000. Approximately 84% of its weekday newspapers and 74% of its Sunday newspapers are home delivered with the remainder primarily sold at newsstands and vending boxes. It also operates chicagotribune.com, an online version of the newspaper and *RedEye*, a free daily newspaper in Chicago targeting young, urban commuters.

Other businesses owned by Tribune include Tribune Direct, which provides integrated and comprehensive direct mail services, and Chicagoland Publishing Company, which publishes a number of free guides in the real estate, automotive and help wanted categories. Chicagoland



Confidential

Publishing also publishes the monthly magazine *Chicago*, which earned a 2004 National Magazine "Ellie" Award for general excellence.

### III. *Newsday* and Related Businesses

*Newsday* is published daily and circulated primarily in Nassau and Suffolk counties on Long Island, New York, and in the borough of Queens in New York City. The paper has been published since 1940 and has won 18 Pulitzer Prizes. The New York metropolitan area ranks first among U.S. markets in terms of households. *Newsday* competes with three major metropolitan newspapers, daily regional editions of several national newspapers and numerous daily, weekly and semiweekly local newspapers and free distribution newspapers. Approximately 70% of the paper's daily and 66% of its Sunday circulation is sold through home delivery, with the remainder primarily sold at newsstands and vending boxes. See Note 4 to the consolidated financial statements in Item 8 provided in the Annual Report Form 10-K for the year ended December 31, 2006, for a discussion of charges recorded in 2004 related to the anticipated settlement with advertisers regarding misstated circulation at *Newsday*.

Newsday, Inc., publisher of *Newsday*, also publishes *Distinction*, a magazine serving Long Island's households, issued 10 times per year; *Parents & Children*, a magazine for Long Island families, issued 12 times per year; *Long Island Weddings*, a magazine for brides-to-be, published two times per year; and *Wellness*, a magazine serving Long Island's 40+ health and fitness market, published six times per year. Newsday, Inc.'s subsidiary, Star Community Publishing Group, LLC, publishes 183 pennysaver editions in Nassau and Suffolk counties on Long Island, New York, and in the boroughs of Queens, Brooklyn and Staten Island in New York City. Additionally, the results of *amNew York*, a free daily newspaper in New York City targeting young, urban commuters, are included in Newsday, Inc.'s results. Newsday, Inc. also has several websites including newsday.com and amny.com, which are online versions of the newspapers.

### IV. Other Newspapers

The Company's other primary daily newspapers are *South Florida Sun-Sentinel, Orlando Sentinel, The Sun, Hartford Courant, Daily Press, The Morning Call, The Advocate* and *Greenwich Time*.

The *South Florida Sun-Sentinel* is the major daily newspaper serving the Broward/Palm Beach County market, leading in both circulation and readership. The Miami/Fort Lauderdale/Miami Beach metropolitan area, which includes Broward and Palm Beach counties, ranks sixth in the nation in terms of households. Approximately 75% of the paper's daily and 71% of its Sunday circulation is sold through home delivery, with the remainder primarily sold at newsstands and vending boxes.

Sun-Sentinel Company, publisher of the *South Florida Sun-Sentinel*, also serves the news and information needs of South Florida through sun-sentinel.com, its breaking news and information website; southflorida.com, a South Florida entertainment website; *el Sentinel*, a weekly Spanish language newspaper; *Teenlink*, a weekly newspaper distributed in Broward County high schools; weekly community newspapers; niche publications; and television and radio partnerships, including its close working relationship with Tribune Broadcasting's WSFL-TV, Miami, the CW Network affiliate serving South Florida.

Other publications produced by Sun-Sentinel Company include: *City & Shore*, a bimonthly lifestyle magazine; *City Link*, an alternative weekly newspaper; *Florida New Homes & Condo Guide*, a comprehensive bimonthly guide to South Florida real estate; *Jewish Journal*, a collection of weekly newspapers serving South Florida's Jewish community; and *South Florida Parenting*, a monthly magazine providing parenting information and resources for local families.



Confidential 

The *Orlando Sentinel* primarily serves a six-county area in central Florida. The newspaper is the only major daily newspaper in the Orlando market, although it competes with other Florida and national newspapers, as well as with other media. The *Orlando Sentinel* has been published since 1876 and has won three Pulitzer Prizes. The Orlando market ranks 27th among U.S. markets in terms of households. Approximately 80% of the paper's daily and 73% of its Sunday circulation is sold through home delivery, with the remainder primarily sold at newsstands and vending boxes.

Orlando Sentinel Communications Company, publisher of the *Orlando Sentinel* and orlandosentinel.com, also publishes *ShopLocal*, a free weekly publication used to distribute advertising and content to newspaper non-subscribers. In addition to orlandosentinel.com, the company operates metromix.com covering central Florida. The company publishes the weekly, Spanish-language newspaper, *El Sentinel*, and its companion website, elsentinel.com, as well as six weekly Forum community newspapers. The company's multimedia portfolio also includes free-distribution, niche products in the central Florida market including *Job Xtra* and *AutoFinder* magazines. Orlando Sentinel Communications offers direct marketing/direct mail services through Tribune Direct/Orlando in addition to distribution services for other publications.

*The Sun*, Maryland's largest newspaper, has won 15 Pulitzer Prizes since it began publishing a daily newspaper in 1837. The Baltimore market ranks 20th in the United States in number of households. For the six-month period ending Sept. 25, 2006, *The Sun* was ranked the 22nd largest newspaper in the country by Sunday circulation according to ABC. *The Sun* competes with *Baltimore Examiner* as well as *The Washington Post* in Anne Arundel and Howard counties, with *The Annapolis Capital* in Anne Arundel County and with *The Carroll County Times* in Carroll County. It also competes with regional editions of national daily newspapers, as well as other local dailies and weeklies. Approximately 79% of the paper's daily and 64% of its Sunday circulation is sold through home delivery, with the remainder primarily sold at newsstands and vending boxes.

The Baltimore Sun's subsidiaries, Patuxent Publishing and Homestead Publishing, publish 17 weekly newspapers throughout Anne Arundel, Baltimore, Carroll, Harford and Howard counties. The largest of these weekly newspapers are *The Columbia Flier*, *The Towson Times*, *The Owings Mills Times* and *The Aegis*. The Baltimore Sun also operates a market-leading website, baltimoresun.com, as well as baltimore.metromix.com, a local entertainment site targeting users in the 18-34 demographic.

*Hartford Courant*, founded in 1764, is the oldest continuously published newspaper in the United States. It is the most widely circulated and read newspaper in Connecticut and the strongest medium in the state for advertisers and readers alike. Winner of two Pulitzer Prizes and twice named one of the five best-designed newspapers in the world, *Hartford Courant* is published in the state's capital, Hartford, and serves the state's northern and central regions. The Hartford Courant's primary market is the Hartford market, which includes Hartford, Tolland and Middlesex counties. The Hartford market ranks 44th among U.S. markets in terms of households. Hartford Courant Company, publisher of *Hartford Courant*, has one of the most extensive zoning operations in the country, publishing eight editions of *Hartford Courant* zoned for local news and advertising. The company also operates courant.com, Connecticut's leading online news site, and ctnow.com, a statewide entertainment website. It also owns two subsidiaries: New Mass Media, Inc., a publisher of four weekly alternative newspapers in Connecticut and Massachusetts, and ValuMail, Inc., a shared-mail company that distributes advertising supplements to more than two million households in Connecticut, Massachusetts, New York and Rhode Island. Approximately 90% of the paper's daily and 78% of its Sunday circulation is sold through home delivery, with the remainder primarily sold at newsstands and vending boxes.



Confidential 

Founded in 1896, the *Daily Press* serves the Virginia Peninsula market, which includes Newport News, Hampton, Williamsburg and eight other cities and counties. This market, together with Norfolk, Portsmouth and Virginia Beach, is the 40th largest U.S. market in terms of households. *Daily Press* is the only major daily newspaper in its primary market, although it competes with other regional and national newspapers, as well as with other media. Approximately 84% of the paper's daily and 80% of its Sunday circulation is sold through home delivery, with the remainder primarily sold at newsstands and vending boxes. The Daily Press, Inc., publisher of *Daily Press*, also owns *The Virginia Gazette*, which is published twice weekly and primarily serves Williamsburg, Va., and surrounding counties. The *Daily Press* serves the Internet community through its online affiliates dailypress.com, 7cities.com and hrtownsquare.com.

*The Morning Call*, published since 1895, is the leading regional newspaper for nine counties in eastern Pennsylvania and New Jersey. The Morning Call, Inc., publisher of *The Morning Call*, offers free publications serving the recruitment and real estate markets, and selected high-income households. A free weekly newspaper and a targeted online venture serve the 18-34 year-old audience. Subsidiaries of The Morning Call, Inc. offer full service direct marketing and saturation preprint delivery through non-subscriber distribution. In addition, the company owns and operates the premier regional website, mcall.com. Allentown-Bethlehem-Easton is the 60th largest U.S. market in terms of households. Approximately 83% of the paper's daily and 79% of its Sunday circulation is sold through home delivery, with the remainder primarily sold at newsstands and vending boxes.

*The Advocate* and *Greenwich Time*, currently in the process of being sold, primarily serve the Stamford/Greenwich market in southwestern Fairfield County, Conn. The newspapers also serve neighboring Norwalk. *The Advocate* has won a Pulitzer Prize.

**V. Other Publishing Related Businesses**

The Company also owns targeted publications, including three editions of the Spanish language newspaper, *Hoy*. *Hoy*, New York, a free publication as of January 2006, was introduced in 1998; *Hoy*, Chicago, is a free publication introduced in September 2003; and *Hoy*, Los Angeles, is a free publication introduced in March 2004. See Note 3 to the consolidated financial statements in Item 8 provided in the Annual Report Form 10-K for the year ended December 31, 2006,for a discussion of the charges recorded in 2004 related to the anticipated settlement with advertisers regarding misstated circulation at *Hoy*, New York. *Hoy* provides local, national and international news and features of interest to Hispanics. *Hoy*, New York, serves the second-largest Hispanic market in the U.S.; *Hoy*, Los Angeles, serves the largest Hispanic market in the U.S.; and *Hoy*, Chicago, serves the fourth largest Hispanic market in the U.S. The Spanish-language daily newspaper also operates hoyinternet.com, a national Spanish-language website. On Feb. 12, 2007, the Company announced the sale of *Hoy*, New York to ImpreMedia, LLC and is expected to close in 2007.

The Company also owns Tribune Media Services, Inc. ("TMS"), which creates, aggregates and distributes news, information and entertainment content that reaches millions of users through print, online and on-screen media. The TMS Entertainment Products group creates TV and movie guide products for major media companies and consumers. TMS provides data for interactive program guides to cable, satellite operators and consumer electronics manufacturers. The TMS News and Features group licenses content from more than 600 writers, artists, newspaper and magazine publishers, and wire services to roughly 4,000 media customers worldwide.

The Company also operates CLTV, a regional 24-hour cable news channel serving Chicagoland. CLTV was launched in January 1993 and currently is available to more than 1.6 million cable households in the Chicago market.



Confidential 

## Broadcasting and Entertainment

The broadcasting and entertainment segment represented 26% of the Company's consolidated operating revenues in 2006. At Dec. 31, 2006, the segment included The CW Television Network ("The CW Network") affiliates located in New York, Los Angeles, Chicago, Dallas, Washington, D.C., Houston, Miami, Denver, St. Louis, Portland, Indianapolis, San Diego, Hartford, and New Orleans; the FOX Network television affiliates in Seattle, Sacramento, Indianapolis, Hartford, Grand Rapids and Harrisburg; MyNetworkTV affiliates in Philadelphia and Seattle; an ABC television affiliate in New Orleans; Superstation WGN; one radio station in Chicago; the Chicago Cubs baseball team; and Tribune Entertainment, a company that distributes its own programming together with programming licensed from third parties. On Jan. 24, 2006, the Company announced that it had reached a 10-year agreement to affiliate 16 of its former WB Network affiliate stations with The CW Network. The network was launched in September 2006 by Warner Bros. Entertainment and CBS. The network airs a portion of the programming previously carried on the WB Network and the UPN Network, as well as new programming. The WB Network was shut down in 2006. The Company did not incur any costs related to the shutdown of the WB Network. The Company sold its Albany and Boston stations, both CW Network affiliates, in December 2006.

In the second quarter of 2006, the Company announced that its other three WB Network affiliates (Philadelphia, Atlanta and Seattle) would become affiliates of the new broadcast network, MyNetworkTV, which was launched in September 2006 by the FOX Television Stations Network Inc. and Twentieth Century Television. The new network airs primarily prime-time dramas. The Company subsequently sold its Atlanta station in August 2006.

The additional week in fiscal year 2006 increased operating revenues, operating expenses and operating profit in the broadcasting and entertainment segment by approximately 1%. The following table shows sources of operating revenues for the broadcasting and entertainment segment for the last three years:

**Breakdown of broadcasting and entertainment revenues ($000s)**

| | 2004 | 2005 | 2006 |
|---|---|---|---|
| Television | $1,258,802 | $1,165,821 | $1,178,104 |
| Radio/entertainment | 242,779 | 248,612 | 247,042 |
| Total | $1,501,581 | $1,414,433 | $1,425,146 |

### VI. Television

In 2006, television contributed 83% of the broadcasting and entertainment segment's operating revenues. The Company's television stations compete for audience and advertising with other television and radio stations, cable television and other media serving the same markets. Competition for audience and advertising is based upon various interrelated factors including programming content, audience acceptance and price.



Confidential

Selected data for the Company's television stations are shown in the following table:

**Television station overview**

| | Market[1] | | | Analog channel | Affiliation | Major over-the-air stations in market[2] | Expiration of FCC license[3] | Year acquired |
|---|---|---|---|---|---|---|---|---|
| | National ranks | % of U.S. households | FCC % | | | | | |
| WPIX–New York, NY | 1 | 6.6 | 6.6 | 11-VHF | CW | 7 | 2007[4,6] | 1948[5] |
| KTLA–Los Angeles, CA | 2 | 5.0 | 5.0 | 5-VHF | CW | 8 | 2006[4,6] | 1985 |
| WGN–Chicago, IL | 3 | 3.1 | 3.1 | 9-VHF | CW | 8 | 2005[6] | 1948[5] |
| WPHL–Philadelphia, PA | 4 | 2.6 | 1.3 | 17-UHF | MNTV | 7 | 2007[7] | 1992 |
| KDAF–Dallas, TX | 6 | 2.1 | 1.1 | 33-UHF | CW | 9 | 2006[6] | 1997 |
| WDCW–Washington, D.C. | 8 | 2.0 | 1.0 | 50-UHF | CW | 7 | 2004[6] | 1999 |
| KHCW–Houston, TX | 10 | 1.8 | 0.9 | 39-UHF | CW | 9 | 2006[6] | 1996 |
| KCPQ–Seattle, WA | 14 | 1.5 | 1.5 | 13-VHF | FOX | 8 | 2007[6] | 1999 |
| KMYQ–Seattle, WA | 14 | – | – | 22-UHF | MNTV | 8 | 2007[6] | 1998 |
| WSFL–Miami, FL | 16 | 1.4 | 0.7 | 39-UHF | CW | 7 | 2013[4] | 1997 |
| KWGN–Denver, CO | 18 | 1.3 | 1.3 | 2-VHF | CW | 7 | 2006[6] | 1966 |
| KTXL–Sacramento, CA | 20 | 1.2 | 0.6 | 40-UHF | FOX | 7 | 2006[6] | 1997 |
| KPLR–St. Louis, MO | 21 | 1.1 | 1.1 | 11-VHF | CW | 6 | 2014 | 2003 |
| KRCW–Portland, OR | 23 | 1.0 | 0.5 | 32-UHF | CW | 7 | 2007[6] | 2003 |
| WTTV–Indianapolis, IN | 25 | 1.0 | 1.0 | 4-VHF | CW | 7 | 2013 | 2002 |
| WXIN–Indianapolis, IN | 25 | – | – | 59-UHF | FOX | 7 | 2005[6] | 1997 |
| KSWB–San Diego, CA | 27 | 0.9 | 0.5 | 69-UHF | CW | 7 | 2006[6] | 1996 |
| WTIC–Hartford, CT | 28 | 0.9 | 0.5 | 61-UHF | FOX | 7 | 2007[4,6] | 1997 |
| WTXX–Hartford, CT | 28 | – | – | 20-UHF | CW | 7 | 2007[4,6] | 2001 |
| WXMI–Grand Rapids, MI | 39 | 0.7 | 0.3 | 17-UHF | FOX | 7 | 2005[6] | 1998 |
| WPMT–Harrisburg, PA | 41 | 0.6 | 0.3 | 43-UHF | FOX | 5 | 2007[7] | 1997 |
| WGNO–New Orleans, LA | 54 | 0.5 | 0.3 | 26-UHF | ABC | 7 | 2005[6] | 1983 |
| WNOL–New Orleans, LA | 54 | – | – | 38-UHF | CW | 7 | 2013 | 2000 |

[1] Source: Nielsen Station Index (DMA Market and Demographic Rank Report, September 2006). Ranking of markets is based on number of television households in DMA (Designated Market Area)

[2] Source: Nielsen Station Index (Viewers in Profile Reports, 2006). Major over-the-air stations program for a broad, general audience in the market

[3] See "Governmental Regulation" provided in the Annual Report Form 10-K for the year ended December 31, 2006

[4] See "Governmental Regulation" provided in the Annual Report Form 10-K for the year ended December 31, 2006, for discussion of the Federal Communications Commission ("FCC") television/newspaper cross-ownership rule

[5] Founded by the Company

[6] The WDCW-TV license expired October 2004, the renewal application filed in June 2004 is pending; the WGNO-TV license expired June 2005, the renewal application filed in February 2005 is pending; the WXIN-TV license expired August 2005, the renewal application filed in March 2005 is pending; the WXMI-TV license expired October 2005, the renewal application filed in May 2005 is pending; the WGN-TV license expired December 2005, the renewal application filed in August 2005 is pending; the KWGN-TV license expired in April 2006, the renewal application filed in December 2005 is pending; the KDAF-TV license expired August 2006, the renewal application filed in March 2006 is pending; the KHCW-TV license expired August 2006, the renewal application filed in March 2006 is pending; the KTLA-TV license expired December 2006, the renewal application filed in August 2006 is pending; the KTXL-TV license expired December 2006, the renewal application filed in August 2006 is pending; and the KSWB-TV license expired December 2006, the renewal application filed in August 2006 is pending. The KCPQ-TV license expired in February 2007, the renewal application filed in October 2006 is pending; the KMYQ-TV license expired in February 2007, the renewal application filed in October 2006 is pending; the KRCW-TV license expired in February 2007, the renewal application filed in October 2006 is pending; the WTIC-TV license expires in April 2007, the renewal application filed in December 2006 is pending; the WTXX-TV license expires in April 2007, the renewal application filed in December 2006 is pending; and the WPIX-TV license expires in June 2007, the renewal application filed in February 2007 is pending

[7] The WPHL-TV and WPMT-TV license renewal applications are due by April 1, 2007



Confidential 

Programming emphasis at the Company's stations is placed on network-provided shows, syndicated series, feature motion pictures, local and regional sports coverage, news, and children's programs. These stations acquire most of their programming from outside sources, including The CW Network, the FOX Network and MyNetworkTV, although a significant amount is produced locally. Superstation WGN programming is delivered by cable or satellite outside of the Chicago area and includes syndicated series, movies and first-run programming. Contracts for purchased programming generally cover a period of one to five years, with payment also typically made over several years. The expense for amortization of television broadcast rights in 2006 was $361 million, which represented approximately 31% of total television operating revenues.

Average audience share information for the Company's television stations for the past three years is shown in the following table:

**Television station audience share**

| | | Average audience share[1] | | | | | |
|---|---|---|---|---|---|---|---|
| | | Total market year ended December, | | | In-market stations[2] year ended December, | | |
| | Affiliation | 2004 | 2005 | 2006 | 2004 | 2005 | 2006 |
| WPIX–New York | CW | 5.8% | 5.1% | 4.4% | 13.6% | 12.4% | 11.1% |
| KTLA–Los Angeles | CW | 4.6 | 4.0 | 3.6 | 11.4 | 10.7 | 9.9 |
| WGN–Chicago | CW | 7.0 | 6.2 | 5.9 | 13.9 | 13.2 | 12.9 |
| WPHL–Philadelphia | MNTV | 4.0 | 4.0 | 3.7 | 8.2 | 8.5 | 8.4 |
| KDAF–Dallas | CW | 6.4 | 4.3 | 4.3 | 12.4 | 9.1 | 9.2 |
| WDCW–Washington | CW | 4.4 | 4.2 | 3.2 | 10.1 | 9.5 | 8.2 |
| KHCW–Houston | CW | 5.1 | 4.8 | 4.5 | 10.3 | 9.8 | 9.9 |
| KCPQ–Seattle | FOX | 5.8 | 6.7 | 5.7 | 11.8 | 13.7 | 12.3 |
| KMYQ–Seattle | MNTV | 2.5 | 2.5 | 2.0 | 5.0 | 5.0 | 4.3 |
| WSFL–Miami | CW | 5.2 | 5.2[3] | 3.9 | 13.9 | 13.9[3] | 11.0 |
| KWGN–Denver | CW | 4.3 | 3.9 | 3.2 | 9.8 | 9.4 | 7.8 |
| KTXL–Sacramento | FOX | 5.8 | 5.7 | 5.2 | 13.2 | 13.3 | 10.3 |
| KPLR–St. Louis | CW | 5.8 | 5.0 | 5.5 | 10.8 | 9.5 | 10.4 |
| KRCW–Portland | CW | 4.0 | 3.7 | 3.3 | 8.2 | 7.9 | 7.2 |
| WTTV–Indianapolis | CW | 3.8 | 3.7 | 2.7 | 7.7 | 7.8 | 5.9 |
| WXIN–Indianapolis | FOX | 5.7 | 6.5 | 5.8 | 11.7 | 13.7 | 12.8 |
| KSWB–San Diego | CW | 3.8 | 3.1 | 2.6 | 9.2 | 7.7 | 6.8 |
| WTIC–Hartford | FOX | 5.8 | 6.3 | 5.4 | 13.1 | 14.5 | 12.6 |
| WTXX–Hartford | CW | 2.4 | 2.1 | 2.1 | 5.5 | 4.7 | 4.9 |
| WXMI–Grand Rapids | FOX | 6.6 | 7.1 | 6.4 | 12.6 | 13.6 | 12.2 |
| WPMT–Harrisburg | FOX | 5.8 | 6.1 | 5.5 | 12.7 | 13.9 | 11.8 |
| WGNO–New Orleans | ABC | 4.6 | 4.6[3] | –[4] | 9.5 | 9.8[3] | –[4] |
| WNOL–New Orleans | CW | 4.9 | 3.8[3] | –[4] | 10.0 | 8.2[3] | –[4] |
| 23 station unweighted average[5] | | 5.0 | 4.7 | 4.2 | 10.6 | 10.4 | 9.5 |

[1] Represents the estimated number of television households tuned to a specific station as a percent of total viewing households in a defined area. The percentages shown reflect the average Nielsen ratings shares for the February, May, July and November measurement periods for 7 a.m. to 1 a.m. daily

[2] Excludes cable, satellite, public broadcasting, foreign language and minor independent channels

[3] Nielsen did not release November 2005 data for WSFL-TV, WGNO-TV and WNOL-TV as a result of hurricanes in these areas. The 2005 shares for these markets reflect the average of ratings for the February, May and July measurement periods only

[4] Nielsen did not release 2006 ratings data for WGNO-TV and WNOL-TV as a result of Hurricane Katrina

[5] 2006 unweighted station average is for 21 stations rather than 23, since New Orleans was not measured in 2006



Confidential