*Petrik*

**Commercial Credit Products/Syndicated Finance**
**DEAL SCREEN MEMORANDUM**

**Bank of America.**

**CONFIDENTIAL**

**Date:** March 5, 2007
**To:** Frank Forrest, Global Bank Debt Executive
    Jim Alessandri, Global Commercial Banking Risk Executive
    Curtis Anderson, CPE
    Bob Caston, RME
    Jim Colegate, RMIS
    Chuck Hagel, CPM
**From:** Dan Petrik, CPO
    Jeffrey Mills, CPU
    Kyle Patterson, AUW
**CC:** Martin Richards, ME
    Raju Patel, CM
    Geoff Ellis, Syndications
**Borrower Name:** Project Bear
**Industry:** Media
**Industry Outlook from Signals Report:** Mixed
**Industry Risk Strategy (IRS):** Selective Increase
**Current Risk Rating:** 5
**Proforma Risk Rating:** 6-
**Quartile Analysis:** TBD
**KMV:** 0.06%, IRR 2 (existing)

**Existing or Prospective Client:** Existing
**RMIS Required:** Yes - Leveraged Finance
**Total Facility Amount:** $11.35BN
Total Consisting of:
$750.0MM Senior Secured Revolver
$8.50BN Senior Secured Term Loan B
$25.0MM in Fixed Rate High Yield Notes
$1.25BN in High Yield Floating Rate Notes
$825.0MM in Fixed Rate High Yield Notes
("ESOP Loan")
**Underwritten Amount:** Up to 33% of the amount above.
**Target Hold:** TBD
**Proposed TRE:** TBD

**Action Date:** March 7, 2007

## Background

- The Chicago Tribune ("Tribune" or "Company") is a Chicago-based, publicly traded company involved in the publishing and broadcasting businesses. The Company publishes 11 daily newspapers, operates 23 television stations and also owns the Chicago Cubs major league baseball team. The Company generated $5.43BN in revenues and $1.43BN of EBITDA for its fiscal year ended 12/31/06.
- Under pressure from shareholders, the Tribune announced on September 21, 2006 that the Company's Board of Directors had established a special committee to oversee management's exploration of strategic alternatives to increase shareholder value. This announcement came after a series of actions intended to enhance shareholder value including a $1.50BN Dutch auction tender announced in June 2006 and recent sales of selected television broadcasting assets.
- The Company considered a number of alternatives including going private or an outright sale, as well as a "Self-Help" plan that involves a tax-free spin-off of the broadcasting properties and taking on debt to finance a special one-time cash dividend to its shareholders.
- The Company launched an auction process late in 2006 that ended with three final bidders. Citigroup and Merrill Lynch acted as the Company's financial advisor for the potential sale and provided staple financing for the transaction. The Company's management was not satisfied with the result of the auction and therefore asked Equity Group Investments, owned by Sam Zell, ("EGI' or "Sponsor") to match the best of the three final bids. The Company cited wanting to keep the Tribune a Chicago-based company as one of its primary reasons for approaching EGI.
- EGI submitted a proposal (outlined in the Transaction Overview section) to the Company for the proposed acquisition.
- Total acquisition consideration is about $13BN (9.06x 2006 and 8.76x 2007E Adjusted EBITDA), including the assumption of approximately $5BN of Tribune debt.
- On March 1, 2007, Sam Zell publicly announced that he is offering to partner with the employees of the Tribune to make an offer to purchase the Company.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001551

**Commercial Credit Products/Syndicated Finance**      **Bank of America.**
**DEAL SCREEN MEMORANDUM**

**CONFIDENTIAL**

<u>Situation Overview</u>
On March 2, 2007 the client team met with EGI to discuss the financing of their bid for the Tribune Company. EGI told Bank of America that it has a fully underwritten $11.35BN financing commitment consisting of $9.25BN in senior secured credit facilities and a $2.10BN high yield bond bridge from Citigroup, Merrill Lynch, and JPMChase with each institution underwriting one-third of the financing commitment (which essentially is the staple financing mentioned on page 1). Based on our relationship with EGI, they asked Bank of America to provide a verbal indication of interest in co-underwriting a meaningful portion of the $11.35BN proposed financing.

**Therefore, the client team is requesting the ability to provide a verbal indication to EGI by March 7, 2007 that we are interested in underwriting up to 33% of the proposed facilities under the terms outlined in the "Summary of Proposed Financing Structure" section subject to appropriate due diligence. Our verbal response is not a commitment to underwrite, only an expression of interest in continuing to move forward with the intent of eventually providing an underwritten commitment based on the terms herein.**

**Although there are already three banks offering to co-underwrite the financing, we would like to express an interest in co-underwriting up to 33% of the proposed facilities in the event that EGI's offer prevails, providing us an opportunity to unseat one of the current underwriters. However, our ultimate goal is to co-underwrite at least 25% of the proposed facilities and obtain 25% of the transaction economics. If EGI accepts our verbal indication of interest, we expect to move forward in performing due diligence and delivering a formal underwritten commitment at some future date.**

This opportunity will be screened with the **Leverage Finance Screening Committee** (not the Leverage Finance Committee) on Wednesday, March 7, 2007. The goal is to emerge from the Leverage Finance Screening Committee not with approval to provide an underwritten commitment, but with the ability to provide our verbal indication of interest to EGI of potentially underwriting up to 33% of the proposed transaction. Therefore, Credit Products would like to discuss this opportunity with Credit Risk Management prior to the Leverage Finance Screening Committee meeting on March 7, 2007.

Please note that the Tribune is holding a board meeting on Saturday, March 10th to formally vote on EGI's acquisition proposal. Therefore, this transaction and our client team's involvement could cease next Saturday if the Tribune's Board of Directors rejects EGI's proposal and elects to move forward with the "Self Help" proposal outlined on page 1.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      BOA-TRB-0001552

**Commercial Credit Products/Syndicated Finance**
**DEAL SCREEN MEMORANDUM**



**CONFIDENTIAL**

### Transaction Overview
- Sam Zell, through EGI, would like to purchase the Tribune under an ESOP structure in which he would purchase 21.4% of the Company and the ESOP would purchase the remaining 78.6%.
- To finance the ESOP purchase, the Tribune and the ESOP will enter into an ESOP Loan Agreement and a Stock Pledge Agreement whereby the Tribune will make a loan to the ESOP in the amount of the consideration to be paid for the ESOP purchase. The ESOP Loan will be evidenced by a promissory note to be delivered by the ESOP Trustee to the Tribune. As currently contemplated, the Tribune will make annual contributions of $100 million to the ESOP, and conversely, the ESOP will make annual principal and interest payments of $100 million to the Tribune in respect of the ESOP financing based on an 8.6% interest rate and a 15-year amortization.
- The financing package would consist of the following $11.35BN in facilities:

| Facilities | Amounts |
|---|---|
| Senior Secured Revolver | $750.0MM |
| Senior Secured Term Loan B | $8,500.0MM |
| Fixed Rate High Yield Notes ("ESOP Loan") | $825.0MM |
| Fixed Rate High Yield Notes | $25.0MM |
| High Yield Floating Rate Notes | $1,250.0MM |
| Total | $11,350.0MM |

- See Summary of Proposed Financing Structure on page 5 for further details.

### Transaction Rationale
- Under an ESOP structure the Tribune would not pay any federal income taxes and only nominal state and local taxes, which would enhance the Company's projected free cash flow. (to be diligenced)
- As a privately held S-corp, the Tribune's assets would be eligible to be written up to their fair market value on a tax basis over ten years, which would allow the Company to reduce the capital gains taxes on any potential asset sales. (to be diligenced)
- EGI is planning on selling certain assets in order to repay debt, including the Chicago Cubs baseball team, Comcast SportsNet Chicago, and a paper recycling operation, which are expected to generate proceeds of $537.8MM in 2008.
- The Tribune also has marquis publishing and broadcasting assets in major markets and substantial ownership in unconsolidated joint ventures that have "hidden value".
- Other opportunities for incremental cost savings are estimated at $100.0MM per year, through the reduction of public company costs, elimination of cash contributions to the Company's 401K program, and lower management incentive plan expenses.
- EGI's acquisition of the Tribune achieves the Board of Directors desire to keep the Company based in Chicago.

### Sources and Uses of Funds
The estimated sources and uses of funds are as follows:

| Sources | $MM's | Uses | $MM's |
|---|---|---|---|
| Revolver ($750.0MM) | 0.0 | Purchase of Equity | 8,026.3 |
| Term Loan B | 8,500.0 | Refinancing of Existing Debt | 2,703.4 |
| ESOP Loan (Fixed HY Notes) | 825.0 | Change of Control Fees | 121.0 |
| New Fixed Rate HY Notes | 25.0 | Transaction Costs | 296.5 |
| New Floating Rate HY Notes | 1,250.0 | | |
| Existing Cash | 322.2 | | |
| Sponsor Equity | 225.0 | | |
| Total Sources | 11,147.2 | Total Uses | 11,147.2 |

D/E = 9k/6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                        BOA-TRB-0001553

**Commercial Credit Products/Syndicated Finance**
**DEAL SCREEN MEMORANDUM**
**CONFIDENTIAL**



## Capitalization

Tribune's proforma capitalization would be as follows:

| $MM's 12/31/2006 | Book Value $ | Book Value % | 2006 EBITDA Multiple[1] | 2007 EBITDA Multiple[2] |
|---|---|---|---|---|
| Revolver ($750.0MM) | 0.0 | 0.0% | 0.00x | 0.00x |
| Term Loan B | 8,500.0 | 65.4% | 5.92x | 5.73x |
| Total Senior Secured Debt | 8,500.0 | 65.4% | 5.92x | 5.73x |
| New Fixed Rate HY Notes | 25.0 | 0.2% | 0.02x | 0.02x |
| New Floating Rate HY Notes | 1,250.0 | 9.6% | 0.87x | 0.84x |
| ESOP Loan (Fixed HY Notes) | 825.0 | 6.3% | 0.58x | 0.56x |
| Existing Fixed Rate Debt | 1,265.0 | 9.7% | 0.88x | 0.85x |
| Total Senior Debt | 11,865.0 | 91.3% | 8.27x | 8.00x |
| PHONES Debt[3] | 902.7 | 6.9% | 0.63x | 0.61x |
| Total Subordinated Debt | 902.7 | 6.9% | 0.63x | 0.61x |
| Total Debt | 12,767.7 | 98.3% | 8.90x | 8.61x |
| Sponsor Equity | 225.0 | 1.7% | | |
| Total Capitalization | 12,992.7 | 100.0% | | |

[1] Based on 12/31/06 Proforma EBITDA of $1.43B that includes equity income from affiliates of $75.0MM.
[2] Based on 12/31/07 Proforma EBITDA of $1.48B that includes cost savings of $100.0MM and income from affiliates of $78.0MM.
[3] Exchangeable subordinated debentures issued in 1999 related to the monetization of Tribune's investment in AOL/Time Warner to manage their tax liability.

## Asset Coverage/Collateral Analysis

| Proforma 12/31/07 ($ in MM's) | Book Value | Advance Rate | Margined Value |
|---|---|---|---|
| A/R [1] | 759 | 80% | 547 |
| Inventory [1] | 41 | 50% | 18 |
| Net, PP&E | 1,745 | 50% | 873 |
| Margined Assets | 2,545 | | 1,438 |
| Total Senior Secured Debt | | | 8,500 |
| Asset Coverage | | | 16.9% |
| Airball | | | (7,062) |

[1] Assumes 10% ineligibles.

As can be seen from the table above, the Tribune has $8.50BN in senior secured debt and only $1.44BN in margined assets, which created an asset shortfall of $7.06BN. Given that the shortfall in collateral is greater than 10% of the proposed TRE, this transaction would be considered a leveraged loan. The table below outlines how the transaction compares with our leveraged lending criteria:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              BOA-TRB-0001554

**Commercial Credit Products/Syndicated Finance**
**DEAL SCREEN MEMORANDUM**



**CONFIDENTIAL**

|  | Leveraged Lending Criteria | Proforma Tribune | Comply with Guidelines |
|---|---|---|---|
| Risk Rating (1) | 6 or better | 6- | No |
| Quartile Performance (2) | 1 or 2 | TBD | TBD |
| EBITDA | ≥$20MM | $1.48BN | Yes |
| Airball Repayment (3) | <2-3 years | 8.3 years | No |
| Senior Secured Debt Repayment (3) | ≤7 years | 9.2 years | No |
| Fixed Charge Coverage | ≥1.25x | 1.28x | Yes |
| Senior Secured Debt / EBITDA | <3.00x | 5.73x | No |
| Total Debt / EBITDA | <4.00x | 8.61x | No |
| Senior Secured Debt / EV (4) | <50.0% | 42.5% | Yes |
| Total Debt / EV (4) | <65.0% | 63.9% | Yes |

(1) Risk rating based on proforma 2007 figures accounting for the acquisition and proposed capital structure.
(2) Quartile: TBD.
(3) Based on projected cumulative free cash flow.
(4) Based on estimated combined proforma enterprise value of $19.99B at 12/31/07, including equity value of $7.22BN at 3/3/07 and Net Debt of $12.77BN.

- EBITDA of $1.48BN is well above our minimum guideline of $20.0MM.
- Cumulative free cash flow is projected to repay senior funded debt of $8.50BN at close in 9.2 years and our $7.1BN airball in 8.3 years. These time frames are beyond our guidelines of up to 7 years and 3 years, respectively.
- In addition, senior leverage of 5.73x and total leverage of 8.61x are above our guidelines of 3.00x and 4.00x, respectively. However, EV is strong as evidenced by proforma EV/EBITDA of 13.47x at close, particularly given the value of Tribune's broadcasting assets. This multiple is also consistent with recent acquisitions in the media space in 2005-2006 at multiples of 9.60x – 13.30x EBITDA. In addition, there is hidden value in the Chicago Cubs baseball team which has a current estimated franchise value of $600.0MM - $650.0MM, versus its current book basis of $43.0MM.
- Senior Secured Debt/EV and Total Debt/EV are also within our underwriting guidelines at 42.5% (versus ≤ 50% guideline) and 63.9% (versus ≤ 65% guideline).
- Further due diligence and stress case testing will be performed if we move forward on the transaction, however, based on our preliminary assessment, the sale of all (or parts) of the company is a viable secondary source of repayment.
- Although final hold sizes have not been discussed at this stage, we expect an appropriate risk/reward trade off if we obtain 25% of the economics from the proposed transaction as our share of the fees are estimated to be at least $40.0MM.

## Summary of Proposed Financing Structure

### Senior Secured Revolver:

| Borrower: | Tribune Company. |
|---|---|
| Amount: | $750.0MM. |
| Tenor: | 6 years. |
| Lead Arrangers: | JP Morgan, Citigroup, and Merrill Lynch. |
| Co-Arranger: | Bank of America. |
| Guarantors: | TBD. |
| Security: | First priority lien on all existing and future assets of the Company. |
| Covenants: | TBD. |
| Pricing: | Option 1 / Option 2 — Ratings B1/B+ Pricing L+200 bps / Ratings B2/B Pricing L+225 bps |
| Arrangement Fee: | 1.5% of Facility Amount ($11,250,000). |

### Senior Secured Term Loan B:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0001555

**Commercial Credit Products/Syndicated Finance**
**DEAL SCREEN MEMORANDUM**
**CONFIDENTIAL**



| Borrower: | Tribune Company. |
|---|---|
| Amount: | $8.50BN. |
| Tenor / Amortization: | 7 years / 1% per year, with the remaining balance due at maturity. |
| Excess Cash Flow Recapture: | TBD. |
| Lead Arranger: | JP Morgan, Citigroup, and Merrill Lynch. |
| Co-Arranger: | Bank of America. |
| Guarantors: | TBD. |
| Security: | First priority lien on all existing and future assets of the Company. |
| Covenants: | TBD. |
| Pricing: | <table><tr><th colspan="2">Option 1</th><th colspan="2">Option 2</th></tr><tr><th>Ratings</th><th>Pricing</th><th>Ratings</th><th>Pricing</th></tr><tr><td>B1/B+</td><td>L+200 bps</td><td>B2/B</td><td>L+225 bps</td></tr></table> |
| Arrangement Fee: | 1.5% of Facility Amount ($127,500,000). |

**Senior Unsecured Fixed Rate High Yield Note ("ESOP Loan"):**

| Borrower: | Tribune Company. |
|---|---|
| Amount: | $825.0MM. |
| Tenor: | 8 years. |
| Lead Arranger: | JP Morgan, Citigroup, and Merrill Lynch. |
| Co-Arranger: | Bank of America. |
| Guarantors: | TBD. |
| Security: | Unsecured. |
| Covenants: | TBD. |
| Pricing: | <table><tr><th colspan="2">Option 1</th><th colspan="2">Option 2</th></tr><tr><th>Ratings</th><th>Pricing</th><th>Ratings</th><th>Pricing</th></tr><tr><td>B3/B-</td><td>8.50%</td><td>Caa1/CCC+</td><td>8.75%</td></tr></table> |
| Arrangement Fee: | 2.75% of Facility Amount ($22,687,500). |

**Senior Unsecured Fixed Rate High Yield Notes:**

| Borrower: | Tribune Company. |
|---|---|
| Amount: | $25.0MM. |
| Tenor: | 8 years. |
| Lead Arranger: | JP Morgan, Citigroup, and Merrill Lynch. |
| Co-Arranger: | Bank of America. |
| Guarantors: | TBD. |
| Security: | Unsecured. |
| Covenants: | TBD. |
| Pricing: | <table><tr><th colspan="2">Option 1</th><th colspan="2">Option 2</th></tr><tr><th>Ratings</th><th>Pricing</th><th>Ratings</th><th>Pricing</th></tr><tr><td>B3/B-</td><td>8.50%</td><td>Caa1/CCC+</td><td>8.75%</td></tr></table> |
| Arrangement Fee: | 2.75% of Facility Amount ($687,500). |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          BOA-TRB-0001556

**Commercial Credit Products/Syndicated Finance**
**DEAL SCREEN MEMORANDUM**



**CONFIDENTIAL**

**Senior Unsecured Floating Rate High Yield Notes:**

| Borrower: | Tribune Company. | | | |
|---|---|---|---|---|
| Amount: | $1.25BN. | | | |
| Tenor: | 8 years. | | | |
| Lead Arranger: | JP Morgan, Citigroup, and Merrill Lynch. | | | |
| Co-Arranger: | Bank of America. | | | |
| Guarantors: | TBD. | | | |
| Security: | Unsecured. | | | |
| Covenants: | TBD. | | | |
| Pricing: | Option 1 | | Option 2 | |
| | Ratings | Pricing | Ratings | Pricing |
| | B3/B- | L + 375 bps | Caa1/CCC+ | L + 400 bps |
| Arrangement Fee: | 2.75% of Facility Amount ($34,375,000). | | | |

The proposed fee for arranging the senior secured debt will be 1.50% and the fee for the unsecured notes will be 2.75%. Bank of America's goal is to receive at least 25% of the economics, with a potential to receive a maximum of 33%. Assuming payouts to participating institutions, Bank of America's share of the fees for this transaction are conservatively estimated to total at least $40.0MM. The table below outlines the total potential fees for the proposed transaction:

| Potential Fees ($ in MM's) | Facility Size | Gross Spread | Total Fees |
|---|---|---|---|
| Revolver | 750 | 1.50% | 11.3 |
| Term Loan B | 8,500 | 1.50% | 127.5 |
| ESOP Loan | 825 | 2.75% | 22.7 |
| New Fixed Rate High Yield Notes | 25 | 2.75% | 0.7 |
| New Floating Rate High Yield Notes | 1,250 | 2.75% | 34.4 |
| Total Potential Fees | 11,350 | | 196.5 |

**Company Overview**

Founded in 1847, The Tribune Company (NYSE: TRB, Market Cap: $7.22BN at 3/3/07, BB+/Ba1) is one of the country's leading media and entertainment companies, reaching more than 80% of the US households through its newspaper publishing, television and radio broadcasting, and entertainment operations. The Company's operations can be divided into two operating segments:

- Publishing (74.2% of 2006 revenues and 67.6% of EBITDA): The publishing segment primarily consists of 11 daily newspapers, including its top three publications: the Los Angeles Times (27.3% of publishing revenue), Chicago Tribune (21.1% of publishing revenue), and Newsday (13.2% of publishing revenue). This segment also includes a newspaper syndication and media marketing company, entertainment listings, and a Chicago-area cable television news channel, and websites for the newspapers, television channel, and other branded sites.

    o  For the six-months ended September 2006, total average paid circulation for the 11 newspapers averaged 2.8MM copies during the week (Mon-Fri) and 4.1MM copies on Sunday. Circulation of the top three publications accounted for 62.0% of the circulation during the week and 62.3% of the circulation on Sunday.

    o  80% of 2006's publishing segment revenue was derived from selling advertising space in the newspapers and on interactive websites. 14% of 2006's publishing segment revenue was generated from the sale of newspapers to individual subscribers or to retailers. The remaining 6% of 2006's publishing segment revenue comes from a variety of activities including, the syndication of columns, features, information and comics to newspapers, commercial printing operations, sales of entertainment listings, and other publishing related activities.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                      BOA-TRB-0001557

**Commercial Credit Products/Syndicated Finance**
**DEAL SCREEN MEMORANDUM**



**CONFIDENTIAL**

- Broadcasting and Entertainment (25.8% of 2006 revenues and 32.4% of EBITDA): The broadcasting and entertainment segment consists of 23 television stations, including Superstation WGN on national cable, radio station WGN-AM Chicago, the Chicago Cubs baseball team, and the Tribune Entertainment Company.

    o Programming emphasis at the Company's stations is placed on network-provided shows, syndicated series, feature motion pictures, local and regional sports coverage, news, and children's programs.

    o 83% of the revenue in the broadcasting and entertainment segment came from the sale of advertising spots in its television group. The remaining 17% came from the radio station, Cubs baseball team, and the Tribune Entertainment Company.

    o The Tribune Entertainment Company distributes its own programming and programming licensed from third parties into the syndicated television, cable television, and ancillary markets. It has relationships with major media suppliers such as DreamWorks SKG, FremantleMedia, DIC Entertainment, and New Line Television, which gives the company access to over 400 television and theatrical motion pictures and 1,300 episodes of various television series, including "Family Feud", "Soul Train" and "American Idol Rewind".

In addition to the Company's operations outlined above, the Tribune has substantial equity interests in the following private companies:

| Tribune's Equity Interests | Ownership | Tribune's Equity Interests | Ownership |
|---|---|---|---|
| ShopLocal, LLC | 43% | CareerBuilder, LLC | 43% |
| TMCT, LLC | 5% | California Independent Postal System | 50% |
| TMCT II, LLC | 5% | Classified Ventures, LLC | 28% |
| Topix, LLC | 34% | Comcast SportsNet Chicago | 25% |
| TV Food Network | 31% | Consumer Networks | 17% |
| Legacy.com | 40% | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                  BOA-TRB-0001558

**Commercial Credit Products/Syndicated Finance**
**DEAL SCREEN MEMORANDUM**
**CONFIDENTIAL**



## Financial Analysis

| Summary Financial Data ($ in millions) | Historical 12/31/04 | Historical 12/31/05 | Historical 12/31/06 | Pro Forma 12/31/07 | Projected 12/31/08 | Projected 12/31/09 | Projected 12/31/10 | Projected 12/31/11 | Projected 12/31/12 | Projected 12/31/13 | Projected 12/31/14 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Publishing | $4,129.9 | $4,097.0 | $4,025.0 | $3,984.0 | $3,991.2 | $4,005.4 | $4,035.8 | $4,078.7 | $4,134.9 | $4,202.6 | $4,279.2 |
| Broadcasting & Entertainment | 1,596.4 | 1,414.0 | 1,408.0 | 1,401.2 | 1,480.3 | 1,486.9 | 1,531.0 | 1,537.0 | 1,567.7 | 1,599.1 | 1,631.1 |
| Elimination of Cubs Revenue | 0.0 | 0.0 | 0.0 | 0.0 | (202.8) | (205.9) | (209.0) | (209.0) | (209.0) | (209.0) | (209.0) |
| **Total Sales** | **$5,726.2** | **$5,511.0** | **$5,433.0** | **$5,385.2** | **$5,268.6** | **$5,286.5** | **$5,357.8** | **$5,406.8** | **$5,493.7** | **$5,592.7** | **$5,701.3** |
| *Net Sales Growth* | -- | *(3.8%)* | *(1.4%)* | *(0.9%)* | *(2.2%)* | *0.3%* | *1.4%* | *0.9%* | *1.6%* | *1.8%* | *1.9%* |
| Publishing | 1,002.1 | 952.1 | 924.6 | 898.3 | 950.2 | 949.7 | 961.3 | 987.6 | 1,004.9 | 1,022.2 | 1,044.2 |
| Broadcasting | 526.3 | 450.0 | 435.0 | 407.1 | 483.8 | 496.0 | 510.7 | 499.0 | 508.3 | 517.8 | 527.5 |
| Annual Cash Savings | 0.0 | 0.0 | 0.0 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Equity In Income (net of assets sold) | 17.9 | 41.2 | 75.0 | 78.0 | 84.0 | 117.0 | 145.0 | 152.0 | 159.6 | 167.5 | 175.8 |
| **Total EBITDA** | **$1,546.4** | **$1,443.3** | **$1,434.6** | **$1,483.4** | **$1,518.0** | **$1,562.7** | **$1,617.0** | **$1,638.6** | **$1,672.8** | **$1,707.5** | **$1,747.5** |
| *EBITDA Margin* | *27.0%* | *26.2%* | *26.4%* | *27.5%* | *28.8%* | *29.6%* | *30.2%* | *30.3%* | *30.4%* | *30.5%* | *30.7%* |
| Total Capital Expenditures | 193.5 | 217.3 | 205.9 | 200.0 | 172.0 | 127.0 | 125.0 | 125.0 | 127.0 | 129.3 | 131.8 |
| Net Interest Expense | | | | 915.1 | 875.9 | 831.2 | 795.0 | 746.2 | 691.7 | 628.0 | 557.6 |
| *Adjusted EBITDA* | | | | | 1,518.0 | 1,562.7 | 1,617.0 | 1,638.6 | 1,672.8 | 1,707.5 | 1,747.5 |
| *Non-Cash Pension Expense* | | | | | 15.0 | 25.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 |
| *Net Cash Interest Expense* | | | | | (875.9) | (831.2) | (795.0) | (746.2) | (691.7) | (628.0) | (557.6) |
| *Cash Taxes* | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| *Change in Other Assets / Liabilities* | | | | | (22.0) | (48.0) | (58.0) | (55.3) | (55.3) | (55.3) | (55.3) |
| *Working Capital Sources (Uses)* | | | | | (26.3) | (3.5) | (5.1) | (1.7) | (3.2) | (3.0) | (3.7) |
| *Total Capital Expenditures* | | | | | (172.0) | (127.0) | (125.0) | (125.0) | (127.0) | (129.3) | (131.8) |
| *Acquisitions and Investments* | | | | | (137.0) | 0.0 | 0.0 | (25.0) | (25.0) | (25.0) | (25.0) |
| *Proceeds From Sale of Cubs, CSN & Recycler (net of tax)* | | | | | 537.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| *Increase in Cash Balance* | | | | | (197.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| *ESOP Redemptions* | | | | | 0.0 | 0.6 | 3.2 | 9.0 | 19.1 | 35.2 | 58.1 |
| **Cash Flow Available to Retire Debt** | | | | | 640.4 | 578.7 | 672.1 | 729.5 | 824.8 | 937.1 | 1,067.2 |
| **Cumulative Cash Flows** | | | | | 640.4 | 1,219.1 | 1,891.2 | 2,620.7 | 3,445.4 | 4,382.6 | 5,449.8 |
| Bank Debt | | | | 8,500.0 | 7,919.6 | 7,340.9 | 7,117.8 | 6,388.3 | 5,563.6 | 4,706.4 | 3,639.2 |
| New High Yield Debt | | | | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 |
| Primed Debt | | | | 1,265.0 | 1,205.0 | 1,205.0 | 756.0 | 756.0 | 756.0 | 676.0 | 676.0 |
| PHONEs | | | | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 |
| Total Debt | | | | 12,767.7 | 12,127.3 | 11,548.6 | 10,876.6 | 10,147.1 | 9,322.3 | 8,385.2 | 7,317.9 |
| **Credit Ratios** | | | | | | | | | | | |
| Bank Leverage | | | | 5.73x | 5.22x | 4.70x | 4.40x | 3.90x | 3.33x | 2.76x | 2.08x |
| Bank + New High Yield Leverage | | | | 7.15x | 6.60x | 6.04x | 5.70x | 5.18x | 4.58x | 3.99x | 3.28x |
| Total Leverage | | | | 8.61x | 7.99x | 7.39x | 6.73x | 6.19x | 5.57x | 4.91x | 4.19x |
| Interest Coverage | | | | 1.62x | 1.73x | 1.88x | 2.03x | 2.20x | 2.42x | 2.72x | 3.13x |
| Fixed Charge Coverage [1] | | | | 1.40x | 1.54x | 1.73x | 1.88x | 2.03x | 2.23x | 2.51x | 2.90x |

(1) Fixed Charge Coverage = (EBITDA - CAPEX - Taxes) / (Interest + Debt Amortization)

- **Historical**
  - Revenues have been flat to slightly declining for the past few years in both the Publishing and the Broadcasting/Entertainment segments due primarily to lower circulation rates partially offset by higher advertising revenues.
  - EBITDA declined slightly in 2006 due primarily to higher programming expenses, stock based compensation and severance payments.
- **Projections**
  - Revenues are projected to decline slightly in 2007 and then stabilize with minimal growth in the projected period.
  - EBITDA is expected to stabilize and increase slightly due to EGI projecting annual cash savings of $100MM annually. The $100MM in savings is comprised of $60MM in 401K contributions, $15MM in public company costs, $20MM in reduced cash based incentives for senior management plus $10MM in other synergies offset by $5MM in ESOP fees.
  - EGI is also projecting net proceeds from asset sales of $537.8MM from the sale of the Chicago Cubs, CSN (Comcast SportsNet Chicago), and a recycling operation in 2008.

- The EGI plan includes having the employees own 78% of the company via an ESOP Trust that will eliminate the payment of federal income taxes.

**Commercial Credit Products/Syndicated Finance**
**DEAL SCREEN MEMORANDUM**



**CONFIDENTIAL**

### Stress Case Analysis

Stress case testing will be performed if and when we are mandated to provide a commitment to the proposed financing.

### Key Credit Risks and Mitigants

**Advertising demand will continue to be impacted by changes in economic conditions and fragmentation of the media landscape - (Probability: High / Impact: Low (near term)/Moderate (longer term))**

*Mitigating Factors*

- According to the S&P Industry survey dated 8/10/06, television and newspaper advertising are expected to be the two largest advertising mediums, representing an average of 40.2% of all advertisement spending through 2008.

- Advertising expenditures, including television and newspaper advertising, have seldom declined outright even in the worst recessions. Over the past fifty years, total advertising expenditures have only declined year over year three times, with the last time occurring in 2001.

**Newspaper Circulation and audience share may decline as consumers migrate to other media alternatives - (Probability: High / Impact: Low (near term)/Moderate (longer term))**

*Mitigating Factors*

- Spending on newspaper advertising has remained fairly consistent despite the rise of new distribution methods over the past 10 years.

- Despite the growth of internet advertising, it accounted for only 7.4% of all domestic advertising spending in 2005 (S&P Industry survey).

**Changes in the regulatory landscape could affect business operations and asset mix - (Probability: Low / Impact: Moderate to High)**

*Mitigating Factors*

- The Company's television and broadcasting segment has operated successfully under FCC jurisdiction for over 70 years.

- As of 12/31/06, the Company had the broadcasting licenses of 16 television stations pending renewal by the FCC, all of which they expect to be renewed.

**The availability and cost of quality syndicated programming may impact television ratings - (Probability: Moderate / Impact: Moderate)**

*Mitigating Factors*

- Tribune Entertainment has relationships with many major media suppliers such as DreamWorks SKG, FremantleMedia, DIC Entertainment, and New Line Television, which gives the company access to over 400 television and theatrical motion pictures and 1,300 episodes of various television series.

**Newspaper prices may continue to be volatile and difficult to predict and control - (Probability: Moderate / Impact: Moderate)**

*Mitigating Factors*

- Tribune has an agreement with Abitibi Consolidated Inc., expiring in 2009, to supply newsprint. Under the current agreement, the Company purchased approximately 369,000 metric tons of newsprint in 2006, representing 53% of the Company's newsprint purchases and has agreed to purchase 369,000 metric tons in 2007, 2008 and 2009, subject to certain limitations, based on market prices at the time of purchase.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              BOA-TRB-0001560

**Commercial Credit Products/Syndicated Finance**
**DEAL SCREEN MEMORANDUM**



**CONFIDENTIAL**

- Average newsprint costs increased 10%, 12%, and 10% in 2006, 2005, and 2004, respectively, and as a result of the Company's long term contract, their newsprint costs have only increased 3%, 3%, and 8% in 2006, 2005, and 2004, respectively.

**Risk Rating Assessment**
- Based on the Tribune's proforma results for 2007 (excluding synergies), the risk rating scorecard yields a proforma RR of 6-.

**Next Steps**
- We would like to have a credit discussion on Tuesday, March 6, 2007 prior to the Leverage Finance Screening Committee meeting on Wednesday, March 7, 2007.
- The Leverage Finance Screening Committee meets on Wednesday March 7, 2007 to decide whether or not BAS can move forward in expressing an interest in potentially co-underwriting the proposed transaction.
- If our credit discussion on March 6 and the Leverage Finance Screening Committee meeting on March 7 go well, we would like to provide our verbal indication of interest to EGI on the afternoon of March 7.
- The Tribune is holding a board meeting on Saturday, March 10, 2007 to formally vote on EGI's proposal. Therefore, we will know if the proposed transaction will be moving forward at that point.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                          BOA-TRB-0001561