| PROJECT BEAR – CONFIDENTIAL | | | LEVERAGED FINANCE SCREENING MEMO | |
|---|---|---|---|---|
| DATE: | March 6, 2007 | Meeting: March 7, 2007<br>Time: 10:30 am EDT | Dial-in: 866.340.2755 / Intl: 214.622.4985<br>Passcode: 233.9259 | |
| TO: | LFC Screening Committee | | | |
| FROM: LFG: | Geoff Ellis | Jon Lindvall | Hutch Pegler | Lekan Lawal | Chuck Roan |
| TMT/GIG: | Kate Brown | Raju Patel | Michael Ballou | Michael Brown | |
| CC: | Screening Committee CC List | | Daniel Petrik | Richard Casavechia | Jeff Mills |
| | Kyle Patterson | Bob Weiss | | | |
| RE: | Financing for potential LBO of Tribune Company | | | | |

**BORROWER:** Tribune Company ("Tribune" or the "Company").

**COMPANY DESCRIPTION:** Tribune (NYSE: TRB; Market Cap: $7.3BN; Enterprise Value: $12.4BN) is a leading media company with operations in the US. The Company has two segments: Publishing and Broadcasting & Entertainment.

**SPONSOR OVERVIEW:**
- Equity Group Investments ("EGI" or the "Sponsor") is a privately-held investment company founded by Sam Zell (who recently sold Equity Office Properties to the Blackstone Group) in 1968. Headquartered in Chicago, EGI has established an outstanding reputation as an opportunistic investor, financier, builder and operator of industry-leading companies. These include the largest and most respected publicly traded real estate companies in the United States (Equity Lifestyle (ELS) and Equity Residential (EQR)), as well as companies representing a diverse array of industries (Adams Respiratory (ARXT), American Commercial Lines (ACLI), Anixter (AXE), and Covanta Energy (CVA)). EGI is not a BAS covered sponsor.

**SITUATION OVERVIEW:**
- Under pressure from shareholders, Tribune announced on September 21, 2006 that the Company's Board of Directors had established a special committee to oversee management's exploration of strategic alternatives to increase shareholder value. This announcement came after a series of actions intended to enhance shareholder value including a $1.5 billion dutch auction tender announced in June 2006 and recent sales of selected television broadcasting assets.
- The Company considered a number of alternatives including going private or an outright sale, as well as a potential spin-off or sale of the television broadcasting assets.
- Tribune engaged Citigroup and Merrill Lynch as its Financial Advisor for the potential sale.
- The Company launched an auction process late in 2006 that resulted in three bids[1].
  - Burkle/Broad: $34.00/share (Cash dividend of $27.00 plus $7.00 in RemainCo equity value)
  - Chandler Trusts: $31.70/share (Cash of $19.30 plus $12.40 in Broadcasting equity value)
  - Carlyle Group: Bid for television group only (approx. $4.2 billion)
- The Company's Management was not satisfied with the result of the auction and therefore approached EGI to consider a bid (EGI had previously expressed an interest in the Company but withdrew from the process over valuation concerns). Management cited a desire to keep Tribune a Chicago-based company as one of its reasons for approaching EGI.
- EGI has submitted a proposal (outlined below) to the Company for the proposed acquisition. Total leverage for the proposal is approximately 8.6x 2007E Pro forma EBITDA, and 8.9x 2006 Pro forma EBITDA.
  - Enterprise Value (before transaction costs) is about $13.2 billion (9.2x 2006 and 8.9x 2007E Pro forma EBITDA), including the assumption of Tribune debt of approximately $5.2 billion. Specifically:
    - Cash purchase price of $33 per share or a TEV of approximately $13.2 billion
    - EGI is assuming FY 2007E EBITDA of $1,483.4 million including $100 million of annual cash savings (which is distributed up to Tribune) and $78 million of cash equity income.
- On March 1, 2007, Sam Zell announced that he is likely to partner with the employees of Tribune to make an offer to purchase the Company.
- EGI has told BAS that it has a fully underwritten commitment of $9.25 billion in senior secured credit facilities and a $2.1 billion high yield bond bridge from JPM, Citigroup and Merrill Lynch (each contributing a third). Given BAS historical relationships with both Tribune and the Sponsor, the Sponsor has invited BAS to participate in the proposed transaction.
- The structure, fees and pricing described in the memo are based on information provided by EGI regarding their committed proposal from ML, Citi, and JPM.
- EGI has asked for a response by the end of the week of March 5, prior to a Saturday, March 10th Board Meeting at which the Zell/ESOP plan will be evaluated against the so called "Self-Help Plan."
  - The "Self-Help Plan" has been publicly described as a tax-free spin-off of the broadcasting properties as a group, taking on debt to finance a one-time cash dividend, and transfer of newly added debt to the broadcast properties prior to spin-off.
- Due diligence to date has included preliminary review of EGI-prepared financial model, SEC filings and other public documents as well as review of existing senior note indentures.

---

[1] The Burkle/Broad and Chandler Trusts bids assume pro forma trading values for RemainCo and the Broadcasting group, respectively

**FOR INTERNAL USE ONLY**

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                  BOA-TRB-0006468

| PROJECT BEAR – CONFIDENTIAL | LEVERAGED FINANCE SCREENING MEMO |

| | |
|---|---|
| **TRIBUNE EQUITY:** | Last Close (3/2/07): $30.05 (NYSE: TRB)<br>52 wk High: $33.60<br>52 wk Low: $26.54<br>Market Cap: $7.3 billion<br>Fully Diluted Shares Outstanding: 242.4 million<br>Enterprise Value (3/2/07): $12.4 billion<br>EV Multiple of 2007E EBITDA  10.0x |



Note: EBITDA multiple reflects Wall Street Research estimates for 2007 (not pro forma for anticipated cost savings) and EV includes the value of unconsolidated assets

**BAS RELATIONSHIP:**
- BAS has had a long relationship with Tribune. BAS was awarded joint books roles in the Company's last two bond offerings and was selected as dealer manager in a tender for certain of the Company's debt securities in 2004. BAS is one of the top 5 lenders to the Company.
- BAS recently committed $62.5 million to the Company's revolving credit facility which was refinanced in conjunction with the June 2006 dutch auction tender. Merrill Lynch, Citigroup and JP Morgan each hold $75 million of the $750 million revolver while Morgan Stanley holds $62.5 million. In addition to revolver commitments, BAS has committed $105 million to the $2.125 billion bridge which was used to finance the dutch auction tender. BAS is one of five banks that committed to the bridge, which is expected to be taken out with a bond offering within a year of issue.
- The coverage team has maintained an active dialogue with Tribune over the past two years on strategic alternatives to create shareholder value, including going private, spin-offs, sponsored spins, a Reverse Morris Trust transaction for its broadcasting assets and selected asset sales.
- The Bank has an extensive relationship with Sam Zell and EGI though Real Estate Banking, Private Banking, BABC, and Commercial Banking. Bank of America is actively involved as a lead Bank in a number of significant EGI investments including Equity Office Properties (until its recent sale to Blackstone), Equity Lifestyle, Equity Residential, Equity International, American Commercial Lines, Anixter, Covanta Energy, and Rewards Network.
- EGI's primary financial partners are Bank of America, Merrill Lynch, and JPM.

**REQUEST:**
- Subject to business and financing/structure due diligence, the deal team is seeking approval to pursue a potential partial (up to 1/3) underwriting of the following financing structure (committed to by JPM, Citibank and Merrill Lynch):
  - Acquire entire company and finance on a consolidated basis (5.7x Senior Secured / 7.1x Senior / 8.6x Total Leverage based on 2007E EBITDA).
    - $9.25 billion Senior Secured Credit Facilities
      - $750 million Revolving Credit Facility
      - $8.5 billion Term Loan B
    - $850 million Fixed Rate High Yield Notes ("ESOP Loan")
    - $1.25 billion Floating Rate High Yield Notes
    - The rest of the acquisition consideration will be financed as follows:
      - $322.2 million of existing cash (assumed balance at closing)[2]
      - $225 million EGI Equity Contribution
      - $1,265 million assumed senior unsecured notes
      - $903 million assumed PHONES debt
- On March 2, 2007, the client team held a conference call with EGI to discuss financing of their bid for partial ownership of the Tribune.
  - EGI informed Bank of America that it has a fully underwritten $11.35BN financing commitment consisting of $9.25MM in senior secured credit facilities and $2.1BN in high yield bond bridge financing from Citigroup, Merrill Lynch, and JPM (each institution underwriting one-third of financing commitment).
  - Based on Bank of America's relationship with EGI as well as Tribune, they asked Bank of America to provide a verbal indication of interest in co-underwriting a meaningful portion of the $11.35BN proposed financing.
  - The client team is requesting the ability to provide a verbal indication to EGI that we are interested in underwriting up to 33% of the proposed facilities under the terms and structure outlined below subject to appropriate due diligence and full review and acceptance of detailed commitment, fee letters, and term sheets.
  - The client team would like to express an interest of co-underwriting up to 33% of the proposed facilities in order to unseat one of the current underwriters. However, the ultimate goal is to co-underwrite 25% of the proposed facilities and obtain 25% of the transaction economics. Our verbal response is not a commitment to underwrite, only an expression of interest in continuing to move forward with the intent of eventually providing a formal underwritten commitment at a future date.

---

[2] The company reported a 12/31/06 cash balance of $174.7 million

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0006469

**PROJECT BEAR – CONFIDENTIAL**  **LEVERAGED FINANCE SCREENING MEMO**

| | |
|---|---|
| **PRO FORMA CAPITAL STRUCTURE:** | • Existing Net Debt declines from $5.1 billion in 2006 to $4.7 billion in 2007 |

**Sources & Uses**
($ millions)

| Sources of Funds | Amount | Uses of Funds | Amount |
|---|---|---|---|
| Revolver - $750.0 | $0.0 | Purchase of Equity | $8,026.3 |
| Term Loan B | 8,500.0 | Refinancing of Existing Debt | 2,703.4 |
| ESOP Loan (Fixed HY Notes) | 850.0 | Change of Control Fees | 121.0 |
| New Floating Rate HY Notes | 1,250.0 | Transaction Costs | 296.5 |
| Existing Cash | 322.2 | | |
| Sponsor Equity | 225.0 | | |
| **Total Sources** | **$11,147.2** | **Total Uses** | **$11,147.2** |

**Pro Forma Capitalization**
($ millions)

| | Rate | Amount | % of Total | '06 EBITDAx [1] | '07 EBITDAx [2] |
|---|---|---|---|---|---|
| Revolver - $750.0 | L + 200 bps | $0.0 | 0.0% | 0.00x | 0.00x |
| Term Loan B | L + 200 bps | 8,500.0 | 65.4% | 5.92x | 5.73x |
| **Total First Lien Debt** | | **$8,500.0** | **65.4%** | **5.92x** | **5.73x** |
| New Floating Rate HY Notes | L + 375 bps | 1,250.0 | 9.6% | 0.87x | 0.84x |
| ESOP Loan (Fixed HY Notes) | 8.50% | 850.0 | 6.5% | 0.59x | 0.57x |
| **Total Senior Debt** | | **$10,600.0** | **81.6%** | **7.39x** | **7.15x** |
| Existing Fixed Rate Debt | 5.5% [3] | 1,265.0 | 9.7% | 0.88x | 0.85x |
| PHONES Debt | 2.00% | 902.7 | 6.9% | 0.63x | 0.61x |
| **Total Debt** | | **$12,767.7** | **98.3%** | **8.90x** | **8.61x** |
| Sponsor Equity | | 225.0 | 1.7% | 0.16x | 0.15x |
| **Total Capitalization** [4] | | **$12,992.7** | **100.0%** | **9.06x** | **8.76x** |

(1) Assumes 12/31/06 Pro forma EBITDA of $1,434.6
(2) Assumes 12/31/07 Pro forma EBITDA of $1,483.4
(3) Weighted average of the existing notes
(4) Difference between Total Capitalization and Enterprise Value are $297 million of Transaction Costs

| | |
|---|---|
| **PROPOSED FINANCING / COLLATERAL STRUCTURE:** | • HYSP has reviewed the existing senior note indentures and determined that the existing bonds do not restrict a going private transaction.<br>• The existing bonds can be primed by virtue of new bonds and bank debt receiving upstream subsidiary guarantees (that the existing bonds will not receive).<br>• The credit facilities can be secured directly by the stock and assets of all unrestricted subsidiaries<br>• An indirect pledge of all other assets of the Company can be achieved via the creation of inter-company secured notes, which notes will be issued to a special purpose finance subsidiary which will be owned by an unrestricted subsidiary, whose stock is pledged to the credit facility lenders. |

**[Structure diagram:]**

- Existing Issuer
- Borrower
- Pledge of stock of Unrestricted Subs

  |
  |
- New or Existing
- Unrestricted Sub
- Guarantor
- Single Purpose Sub

  - New Restricted Sub
  - FinanceCo
  - Guarantor
  - Single Purpose Sub
  - Holder of Secured Intercompany Notes

  Secured Notes → 
  No Restriction on Collateral

  Stock of Restricted Subs
  Cannot be Pledged (without pari passu liens to Existing Notes)

  - Restricted Subs
  - Guarantors
  - Borrowers on Inter. Notes
  - Mortgagors/Pledges on Inter. Notes

  Stock of Unrestricted Subs
  (if any) Can be Pledged (without pari passu liens to Existing Notes)

  - Existing Unrestricted Subs (if any)
  - Guarantors
  - Mortgagors / Pledges

| | |
|---|---|
| **OWNERSHIP STRUCTURE:** | • Sam Zell, through EGI, contributes $225 million for 21.4% ownership stake in Tribune<br>• An employee stock ownership plan ("ESOP") purchases from Tribune 78.6% of the Company's outstanding common stock for aggregate consideration of $825 million.<br>• In addition, EGI will be issues a warrant to purchase an additional 20% of Tribune at the same price per share paid by the ESOP pursuant to the ESOP purchase agreement. |
| **ESOP FINANCING STRUCTURE:** | • To finance the ESOP purchase, Tribune and the ESOP will enter into an ESOP Loan Agreement and a Stock Pledge Agreement whereby Tribune will make a loan to the ESOP in the amount of the consideration to be paid for the ESOP Purchase (collectively, the "ESOP Financing"). The ESOP Loan will be evidenced by a promissory note to be delivered by the ESOP Trustee to Tribune (the "ESOP Note"). As currently contemplated, Tribune will make annual contributions of $100 million to the ESOP, and, conversely, the ESOP will make annual principal and interest payments of $100 million to Tribune in respect of the ESOP Financing based on an 8.6% interest rate and a 15-year amortization. |
| **OUTSTANDING ITEMS:** | • Business and legal due diligence<br>• Financing structure due diligence<br>    • Assuming the PHONES debt<br>    • Assuming the sr. unsecured debt<br>    • ESOP financing structure<br>• Access to engagement letter, debt commitment papers, term sheets and fee letter |

**INDICATIVE SUMMARY OF TERMS AND POTENTIAL FEES:**

| ($ millions) | | | Pricing | | | | Potential Underwriting Fees | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Option 1 | | Option 2 | | Gross | | BAS |
| | Amount | Tenor | Ratings | Pricing | Ratings | Pricing | Spread | Total Fees | Share (%) | Share ($) |
| Revolver | $750.0 | 6 years | B1/B+ | [L + 200] | B2/B | [L + 225] | 1.50% | $11.3 | 25% | $2.8 |
| Term Loan B | 8,500.0 | 7 years | B1/B+ | [L + 200] | B2/B | [L + 225] | 1.50% | 127.5 | 25% | 31.9 |
| ESOP Loan | 850.0 | 8 years | B3/B- | [8.50%] | Caa1/CCC+ | [8.75%] | 2.75% | 23.4 | 25% | 5.8 |
| Floating Rate High Yield | 1,250.0 | 8 years | B3/B- | [L + 375] | Caa1/CCC+ | [L + 400] | 2.75% | 34.4 | 25% | 8.6 |
| **Total** | **$11,350.0** | | | | | | | **$196.5** | **25%** | **$49.1** |

**PROJECT BEAR – CONFIDENTIAL**  **LEVERAGED FINANCE SCREENING MEMO**

**KEY ASSUMPTIONS:**
- Purchase price of $13.2 billion (9.2x and 8.9x FY 2006 and 2007E Pro forma EBITDA).
  - $1.2 billion of existing notes are primed and $903 million of PHONES remain outstanding.
  - $100 million of synergies (detailed below).
- The Company converts to an S-Corp and pays no corporate level taxes
  - Tribune will not be required to make cash distributions to EGI to cover tax obligations on its allocated portion of Tribune's pretax income
  - The ESOP will not be required to pay taxes on its allocated portion of Tribune's pretax income

**BREAKDOWN OF ASSUMED ANNUAL CASH SAVINGS:**

| Annual Cash Savings Summary (Synergies) ($ millions) | Amount |
|---|---|
| Employee 401K | $60.0 |
| Public Company Costs | 15.0 |
| Management Incentive Plan Reallocation | 20.0 |
| Other | 10.0 |
| ESOP Fees | (5.0) |
| **Total Annual Cash Savings** | **$100.0** |

**FINANCIAL SUMMARY – SPONSOR PROJECTIONS**

Financial projections based on model provided by EGI. Please note these projections assume the sale of three assets (the Cubs, and Tribune's stakes in Cablevision Sports Network and Recycler for net after tax total proceeds of $538 million in 2008 (with net proceeds used to repay a portion of the Term Loan B). Interest expense is based off of Senior Secured Ratings of B1 / B+ and Senior Unsecured of B3 / B-.

| Summary Financial Data ($ in millions) | Historical 12/31/04 | 12/31/05 | 12/31/06 | Pro Forma 12/31/07 | Projected 12/31/08 | 12/31/09 | 12/31/10 | 12/31/11 | 12/31/12 | 12/31/13 | 12/31/14 | 12/31/15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Publishing | $4,129.9 | $4,097.0 | $4,025.0 | $3,984.0 | $3,991.2 | $4,005.4 | $4,035.8 | $4,078.7 | $4,134.9 | $4,202.6 | $4,279.2 | $4,361.4 |
| Broadcasting & Entertainment | 1,596.4 | 1,414.0 | 1,408.0 | 1,401.2 | 1,480.3 | 1,486.9 | 1,531.0 | 1,537.0 | 1,567.7 | 1,599.1 | 1,631.1 | 1,663.7 |
| Elimination of Cubs Revenue | 0.0 | 0.0 | 0.0 | 0.0 | (202.8) | (205.9) | (209.0) | (209.0) | (209.0) | (209.0) | (209.0) | (209.0) |
| Total Sales | $5,726.2 | $5,511.0 | $5,433.0 | $5,385.2 | $5,268.6 | $5,286.5 | $5,357.8 | $5,406.8 | $5,493.7 | $5,592.7 | $5,701.3 | $5,816.1 |
| Net Sales Growth | 2.3% | (3.8%) | (1.4%) | (0.9%) | (2.2%) | 0.3% | 1.4% | 0.9% | 1.6% | 1.8% | 1.9% | 2.0% |
| Publishing | 1,002.1 | 952.1 | 924.6 | 898.3 | 950.2 | 949.7 | 961.3 | 987.6 | 1,004.9 | 1,022.2 | 1,044.2 | 1,070.3 |
| Broadcasting | 526.3 | 450.0 | 435.0 | 407.1 | 483.8 | 496.0 | 510.7 | 499.0 | 508.3 | 517.8 | 527.5 | 537.3 |
| Equity In Income | 17.9 | 41.2 | 75.0 | 78.0 | 84.0 | 117.0 | 145.0 | 152.0 | 159.6 | 167.5 | 175.8 | 184.5 |
| Annual Cash Savings [1] | 0.0 | 0.0 | 0.0 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total EBITDA | $1,546.4 | $1,443.3 | $1,434.6 | $1,483.4 | $1,518.0 | $1,562.7 | $1,617.0 | $1,638.6 | $1,672.8 | $1,707.5 | $1,747.5 | $1,792.1 |
| Publishing EBITDA Margin | 24.3% | 23.2% | 23.0% | 22.5% | 23.8% | 23.7% | 23.8% | 24.2% | 24.3% | 24.3% | 24.4% | 24.5% |
| Broadcasting EBITDA Margin | 33.0% | 31.8% | 30.9% | 29.1% | 32.7% | 33.4% | 33.4% | 32.5% | 32.4% | 32.4% | 32.3% | 32.3% |
| EBITDA Margin | 27.0% | 26.2% | 26.4% | 27.5% | 28.8% | 29.6% | 30.2% | 30.3% | 30.4% | 30.5% | 30.7% | 30.8% |
| Total Capital Expenditures | 193.5 | 217.3 | 205.9 | 200.0 | 172.0 | 127.0 | 125.0 | 125.0 | 127.0 | 129.3 | 131.8 | 134.5 |
| Net Interest Expense | | | | 915.1 | 875.9 | 831.2 | 795.0 | 746.2 | 691.7 | 628.0 | 557.6 | 482.0 |
| Adjusted EBITDA | | | | | 1,518.0 | 1,562.7 | 1,617.0 | 1,638.6 | 1,672.8 | 1,707.5 | 1,747.5 | 1,792.1 |
| Non-Cash Pension Expense | | | | | 15.0 | 25.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 |
| Net Cash Interest Expense | | | | | (875.9) | (831.2) | (795.0) | (746.2) | (691.7) | (628.0) | (557.6) | (482.0) |
| Cash Taxes | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in Other Assets / Liabilities | | | | | (22.0) | (48.0) | (58.0) | (55.3) | (55.3) | (55.3) | (55.3) | (55.3) |
| Working Capital Sources (Uses) | | | | | (26.3) | (3.5) | (5.1) | (1.7) | (3.2) | (3.0) | (3.7) | (4.3) |
| Total Capital Expenditures | | | | | (172.0) | (127.0) | (125.0) | (125.0) | (127.0) | (129.3) | (131.8) | (134.5) |
| Acquisitions and Investments | | | | | (137.0) | 0.0 | 0.0 | (25.0) | (25.0) | (25.0) | (25.0) | (25.0) |
| Proceeds From Sale of Cubs, CSN & Recycler (net of tax) | | | | | 537.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Increase in Cash Balance | | | | | (197.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| ESOP Redemptions | | | | | 0.0 | 0.6 | 3.2 | 9.0 | 19.1 | 35.2 | 58.1 | 88.8 |
| **Cash Flow Available to Retire Debt** | | | | | 640.4 | 578.7 | 672.1 | 729.5 | 824.8 | 937.1 | 1,067.2 | 1,214.8 |
| Mandatory Debt Payments | | | | | (145.0) | (85.0) | (534.0) | (85.0) | (85.0) | (165.0) | (85.0) | (414.0) |
| **Cash Flow Available after Mandatory Debt Payments** | | | | | 495.4 | 493.7 | 138.1 | 644.5 | 739.8 | 772.1 | 982.2 | 800.8 |
| **Cumulative Cash Flows Available** | | | | | 495.4 | 989.1 | 1,127.2 | 1,771.7 | 2,511.4 | 3,283.6 | 4,265.8 | 5,066.6 |
| Cash | | | | ($147.2) | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 | $50.0 |
| Total Senior Secured Debt [2] | | | | 8,500.0 | 7,919.6 | 7,340.9 | 7,117.8 | 6,388.3 | 5,563.6 | 4,706.4 | 3,639.2 | 2,753.4 |
| New Fixed Rate High Yield Notes due 2017 (ESOP) | | | | 850 | 850.0 | 850.0 | 850.0 | 850.0 | 850.0 | 850.0 | 850.0 | 850.0 |
| New Floating Rate High Yield Notes due 2017 | | | | 1,250 | 1,250.0 | 1,250.0 | 1,250.0 | 1,250.0 | 1,250.0 | 1,250.0 | 1,250.0 | 1,250.0 |
| Total Senior Debt | | | | 10,600.0 | 10,019.6 | 9,440.9 | 9,217.8 | 8,488.3 | 7,663.6 | 6,806.4 | 5,739.2 | 4,853.4 |
| Primed Debt | | | | 1,265.0 | 1,205.0 | 1,205.0 | 756.0 | 756.0 | 756.0 | 676.0 | 676.0 | 347.0 |
| PHONEs | | | | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 |
| **Total Debt** | | | | $12,767.7 | $12,127.3 | $11,548.6 | $10,876.5 | $10,147.1 | $9,322.3 | $8,385.2 | $7,317.9 | $6,103.1 |
| Intra-Company ESOP Loan | | | | 825.0 | 796.0 | 764.6 | 730.4 | 693.3 | 653.0 | 609.2 | 561.6 | 510.0 |
| Principal | | | | -- | 29.0 | 31.5 | 34.2 | 37.1 | 40.3 | 43.8 | 47.6 | 51.6 |
| Interest | | | | -- | 71.0 | 68.5 | 65.8 | 62.9 | 59.7 | 56.? | 52.4 | 48.4 |
| Credit Ratios | | | | | | | | | | | | |
| Senior Secured Leverage | | | | 5.73x | 5.22x | 4.70x | 4.40x | 3.90x | 3.33x | 2.76x | 2.08x | 1.54x |
| Senior Leverage | | | | 7.15x | 6.60x | 6.04x | 5.70x | 5.18x | 4.58x | 3.99x | 3.28x | 2.71x |
| Total Leverage | | | | 8.61x | 7.99x | 7.39x | 6.73x | 6.19x | 5.57x | 4.91x | 4.19x | 3.41x |
| Interest Coverage | | | | 1.62x | 1.73x | 1.88x | 2.03x | 2.20x | 2.42x | 2.72x | 3.13x | 3.72x |
| Fixed Charge Coverage [3] | | | | 1.40x | 1.54x | 1.73x | 1.88x | 2.03x | 2.23x | 2.5?x | 2.90x | 3.44x |

(1) $100 million cost savings is reflected in the publishing and broadcasting and entertainment EBITDA for periods beginning in 2008
(2) Assumes 100% excess cash flow recapture
(3) Fixed Charge Coverage = (EBITDA - Capital Expenditures) / (Interest + Debt Amortization)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0006471