**PROJECT BEAR – CONFIDENTIAL**　　　　　　　　　　　　　　　LEVERAGED FINANCE SCREENING MEMO

## INVESTMENT HIGHLIGHTS

- High-quality assets in major markets
- Stable free cash flow generation enhanced by limited cash taxes as a result of S-Corp/ESOP structure (to be diligenced). The S Corp structure and ESOP financing provide tax benefits that will minimize taxes on operating income going forward. In addition, after a 10-year holding period, assets can be sold without corporate level tax.
- Potential opportunities for incremental cost savings
- Substantial "hidden value" in unconsolidated equity investments (Please see pg. 12 of memo for Sum-of-Parts analysis)

## CREDIT CONSIDERATIONS

- Competition from alternative media
- Declining newspaper circulation and ad revenue
- Limited track record for recently launched CW Network (Tribune did not retain a stake in the network; only affiliated stations)
- Low equity capitalization / High leverage at close
- Limited ability to raise additional equity due to S-Corp structure
- FCC newspaper/television cross ownership in Chicago, NYC, Los Angeles, Hartford, South Florida: While there have been ongoing proposals to revoke the FCC rule prohibiting ownership of newspaper and television stations in the same market and Tribune has benefited from historic waivers, any change of control transaction would provide the FCC with an opportunity to enforce this rule and seek divestitures should they so chose. It is unclear how FCC would view ESOP ownership in terms of continuity. Presumably, acquisition agreement will include provisions to allow purchaser to terminate agreement should FCC require onerous divestitures
- Timing and size of future ESOP redemptions

## OTHER TAX RELATED

- PHONES: PHONES are assumed to remain outstanding and the implied yield is deducted for tax purposes in the projections  The IRS has recently asserted that the PHONES and underlying TWX shares constitute a "straddle", which would require interest expense to be capitalized into the tax basis of the TWX shares rather than be deducted. If the IRS wins, previous reductions would be reversed and Tribune would owe back taxes; we have assumed Tribune would sell the TWX shares to fund the tax bill. If Tribune is forced to sell the TWX shares, they could simultaneously purchase a call on TWX to cover any potential increase in PHONES redemption cost by virtue of TWX appreciation.
- Mather Bender and Mosby Tax Litigation: In 1998, Times Mirror (acquired by Tribune in 2000) disposed of its Matthew Bender and Mosby subsidiaries in separate transactions.  The Company believes that these transactions were structured as tax-free reorganizations. However, in 2005 and 2006 the Tax Court ruled that the transactions were taxable and the Company settled by paying taxes and interest of approximately $1.0 billion.  Tribune is currently appealing the ruling and EGI expects to settle and receive 10% - 40% of the $1.0 billion the Company already paid.

## EXISTING CAPITAL STRUCTURE

| Capitalization as of December 31, 2006 ($ millions) | Amount |
|---|---|
| ‘, | $174.7 |
| Revolver ($750 0) | 0 0 |
| Term Loan A due 2011 | 1,500.0 |
| Bridge Loan | 1,310.0 |
| TMCT Property Finance Obligations due 2009 * | 60.0 |
| **Senior Secured Debt** | **2,870.0** |
| Commercial Paper | 97.0 |
| Medium Term Notes due 2006 - 2008 | 262 6 |
| 4 875% Senior Unsecured Notes due 2010 * | 449.4 |
| 5.250% Senior Unsecured Notes due 2015 * | 328.6 |
| 7.25% Debentures due 2013 * | 79.9 |
| 7.5% Debentures due 2023 * | 94.8 |
| 6.61% Debentures due 2027 * | 82.8 |
| 7.25% Debentures due 2096* | 129.9 |
| **Total Senior Debt** | **4,395.0** |
| Interest Rate Swap | 24 6 |
| Other Notes and Obligations * | 39.0 |
| 2% PHONES debt due 2029 * | 902.7 |
| **Total Debt** | **$5,361.3** |

* Includes all debt being primed and rolled over

**FOR INTERNAL USE ONLY**　　　　　　　　　　　　　　　　　　　　　　　5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY　　　　　　　　　　　　BOA-TRB-0006472

**PROJECT BEAR – CONFIDENTIAL**                                   **LEVERAGED FINANCE SCREENING MEMO**

## BANK COMPARABLES – PUBLISHING / BROADCASTING & ENTERTAINMENT

| | Publishing | | | Broadcasting & Entertainment | | | |
|---|---|---|---|---|---|---|---|
| | **Readers Digest** | **GateHouse Media** | **American Media** | **Univision** | **Barrington Broadcasting** | **Cumulus Media** | **CMP Susquehanna Corp** |
| **Company Description** | Readers Digest Association Ltd is a publisher and distributor of magazines, journals, and books and also provides music and video DVDs and financial services to various customers throughout the United Kingdom | Gatehouse, formerly Liberty Group Publishing, is one of the largest and growing publishers of community newspapers in the US | American Media publishes six national weekly magazines, including the National Enquirer and Star, Men's Fitness, Muscle & Fitness Hers, Natural Health and Fit Pregnancy, Country Weekly, Auto World and NOPI Street Performance Compact | Univision Communications, together with its wholly owned subsidiaries, is a Spanish-language media company in the United States operating in four business segments: Television, Radio, Music and Internet | Barrington Broadcasting owns and operates 9 network affiliated stations in similar markets across the country | Cumulus Media is a radio broadcasting corporation focused on acquiring, operating and developing commercial radio stations in mid-size markets in the United States | CMP is the largest privately owned radio broadcasting company in the United States and the eleventh largest radio broadcasting company overall in the United States based on 2005 revenues. The Company owns 33 radio stations, of which it operates 20 FM and 7 AM revenue generating stations in eight metropolitan markets in the United States |
| **Sponsor(s) / Arrangers / Close / Rating / Purpose** | Ripplewood; JPM/CrtML/RBS; Feb 2007; B / B2; LBO | Fortress Investment Group; Wach/GS; Jan 2006; B+ / B2; LBO | Evercore Partners; JPMorgan / Deutsche; Jan-06; B / B1; Refinancing | MDP / PEP / Saban / TPG / TH Lee; CS / BAS; In-Market; B / B1; LBO | None; BAS / Wach / UBS; Aug 2006; B / B1; Acquisition | None; BAS / Wach; Jun 2006; B / Ba3; Stock Buyback | Bain, Blackstone, TH Lee; DB/UBS/GS; May 2006; B / B1; LBO |
| **Deal Summary (in $Mn)** | $ 300.0 Rev 6.0 yrs; 1,310.0 TLB 7.0 yrs; 600.0 Bridge 10 yrs; $ 2,210.0 Total | $ 40.0 Rev 7.0 yrs; 570.0 TLB 7.0 yrs; 152.0 Bridge 8.0 yrs; $ 762.0 Total | $ 60.0 Rev 6.0 yrs; 450.0 TLA 7.0 yrs; $ 510.0 Total | $ 750.0 Rev 7.0 yrs; 7,000.0 TLB 7.5 yrs; 450.0 DD TL 7.5 yrs; 500.0 2nd Lien 2.0 yrs; $ 8,700.0 Total | $ 25.0 Rev 6.0 yrs; 147.5 TLB 7.0 yrs; 2.5 Other 7.0 yrs; $ 175.0 Total | $ 50.0 Rev 6.0 yrs; 800.0 TLB 7.0 yrs; $ 850.0 Total | $ 100.0 Rev 6.0 yrs; 700.0 TLB 7.0 yrs; $ 800.0 Total |
| **Initial Pricing (in bps) over LIBOR** | NA | NA | Rev 325.0; TLA 325.0 | Rev 225.0; TLB 225.0; DD TL 225.0; 2nd Lien 225.0 | Rev 225.0; TLB 225.0; Other 225.0 | Rev 225.0; TLB 225.0 | Rev 225.0; TLB 200.0 |

### Financial Profile

| | Readers Digest | GateHouse Media | American Media | Univision | Barrington Broadcasting | Cumulus Media | CMP Susquehanna Corp |
|---|---|---|---|---|---|---|---|
| | PF LTM 12/31/06 | PF LTM 5/31/2006 | PF LTM 8/30/05 | PF LTM 12/31/2006 | PF LTM 3/31/2006 | PF LTM 3/31/2006 | PF LTM 12/31/05 |
| Revenue | 2,823.0 | 385.4 | 533.3 | 2,166.7 | 108.5 | 330.9 | 331.6 |
| Adjusted EBITDA | 266.0 | 92.8 | 133.3 | 833.1 | 31.2 | 101.2 | 101.4 |
| % Margin | 9.4% | 24.0% | 25.0% | 38.5% | 28.8% | | 49.8% |
| Interest Expense | NA | NA | 89.0 | NA | 24.6 | 55.3 | 78.6 |
| CAPEX | NA | NA | 29.9 | 51.8 | 6.2 | 11.2 | 6.9 |
| 1st Lien Debt | 1,160.0 / 41.4% | 493.5 / 69.5% | 450.0 / 29.6% | 8,088.4 / 57.5% | 150.3 / 35.6% | 800.0 / 68.4% | 700.0 / 56.1% |
| 2nd Lien Debt | – / 0.0% | – / 15.7% | – / 0.0% | 500.0 / 3.5% | – / 0.0% | – / 0.0% | – / 0.0% |
| Bank Debt | 1,160.0 / 41.4% | 735.5 / 76.2% | 450.0 / 29.6% | 8,568.4 / 61.1% | 150.3 / 35.6% | 800.0 / 68.4% | 700.0 / 56.1% |
| Senior Notes | – / 0.0% | – / 0.0% | – / 0.0% | 1,500.0 / 10.7% | – / 0.0% | – | – / 0.0% |
| Other Senior Debt | – / 0.0% | – / 0.0% | – / 0.0% | – / 0.0% | – / 0.0% | – / 0.0% | – / 0.0% |
| Total Senior Debt | 1,160.0 / 41.4% | 735.5 / 76.2% | 450.0 / 29.6% | 10,068.4 / 71.8% | 150.3 / 35.6% | 800.0 / 68.4% | 700.0 / 56.1% |
| Sr Subordinated Debt | 750.0 / 26.8% | – / 0.0% | 550.0 / 36.0% | – / 0.0% | 125.0 / 29.6% | – / 0.0% | 250.0 / 20.0% |
| Other Sub Debt (Opco) | – / 0.0% | – / 0.0% | – / 0.0% | – / 0.0% | – / 0.0% | – / 0.0% | – / 0.0% |
| Total Debt (Opco) | 1,910.0 / 68.2% | 755.5 / 76.2% | 1,000.0 / 66.3% | 10,068.4 / 71.8% | 275.3 / 65.1% | 800.0 / 68.4% | 950.0 / 76.2% |
| HoldCo/Seller Paper | 294.0 / 10.5% | | | | | | |
| Preferred Stock | – | – | – | – / 0.0% | – / 0.0% | – / 0.0% | – / 0.0% |
| Common Equity | 597.0 / 21.3% | 227.0 / 23.8% | 507.8 / 33.7% | 3,957.0 / 28.2% | 147.3 / 34.9% | 369.2 / 31.6% | 297.5 / 23.8% |
| Total Capitalization | 2,801.0 / 100.0% | 962.5 / 100.0% | 1,507.8 / 100.0% | 14,025.4 / 100.0% | 422.6 / 100.0% | 1,169.2 / 100.0% | 1,247.5 / 100.0% |

### Summary Statistics

| | Readers Digest | GateHouse Media | American Media | Univision | Barrington Broadcasting | Cumulus Media | CMP Susquehanna Corp |
|---|---|---|---|---|---|---|---|
| **Proforma Coverage Ratios** | | | | | | | |
| EBITDA / Interest | NA | NA | 1.5x | NA | 1.3x | 1.8x | 1.3x |
| (EBITDA - CAPEX) / Interest | NA | NA | 1.2x | NA | 1.0x | 1.8x | 1.2x |
| **Proforma Leverage Ratios** | | | | | | | |
| 1st Lien Debt / EBITDA | 4.4x | 6.3x | 3.4x | 9.7x | 4.8x | 7.9x | 6.9x |
| Bank Debt / EBITDA | 4.4x | 7.9x | 3.4x | 10.3x | 4.8x | 7.9x | 6.9x |
| Senior Debt / EBITDA | 4.4x | 7.9x | 3.4x | 12.1x | 4.8x | 7.9x | 6.9x |
| Total Debt (@OpCo) / EBITDA | 7.2x | 7.9x | 7.5x | 12.1x | 8.8x | 7.9x | 9.4x |
| Total Debt (@HoldCo) / EBITDA | 8.3x | 7.9x | 7.5x | 12.1x | 8.8x | 7.9x | 9.4x |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   FOR INTERNAL USE ONLY   BOA-TRB-0006473

## PROJECT BEAR – CONFIDENTIAL

## LEVERAGED FINANCE SCREENING MEMO

### HIGH YIELD COMPARABLES – PUBLISHING

($ in millions)
PUBLISHING HIGH YIELD COMPARABLES

| Issuer / Description | Amt Out | Maturity | Ratings Moy/S&P | Current Pricing [a] Bid | YTW | Spread | Call Date Date | Price | LTM [b] Rev | EBITDA [c] | EBITDA Cash Int | Total Int | Total Int + Pref Div | Debt / EBITDA Opco | Holdco | w/ Pref | Net Debt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Block Communications** 7.750% Senior Sub Notes | $150.0 | 12/15/2015 | B2 / B- | 100.63 | 8.12 | 360 bps | 12/15/2010 | 104.13 | $447.0 | $46.0 | 2.2x | 2.1x | 2.1x | 5.8x | 5.8x | 5.7x | 5.7x |
| **CanWest Media [h]** 10.000% Senior Sub Notes | $762.0 | 9/15/2012 | B2 / B- | 102.50 | 7.34 | 283 bps | 9/15/2011 | 100.00 | C$2,170.0 | C$235.0 | 2.7x | 2.7x | 2.7x | 4.7x | 4.7x | 4.7x | 4.6x |
| **MediaNews Group [f]** 6.375% Senior Sub Notes | $150.0 | 4/1/2014 | B2, B | 89.50 | 8.37 | 385 bps | 10/1/2008 | 103.19 | $1,228.0 | $207.0 | 2.5x | 2.5x | 2.5x | 5.9x | 5.9x | 5.9x | 5.8x |
| 6.875% Senior Sub Notes | $300.0 | 10/1/2013 | B2 / B | 93.50 | 8.17 | 365 bps | 10/1/2008 | 103.44 | | | | | | | | | |
| **Morris Publishing** 7.000% Senior Sub Notes | $300.0 | 8/1/2013 | B1/ B+ | 99.75 | 7.65 | 313 bps | 8/1/2008 | 103.50 | $473.0 | $112.0 | 3.2x | 3.0x | 3.0x | 4.7x | 4.7x | 4.7x | 4.7x |
| **Sun Media** 7.625% Senior Sub Notes | $205.0 | 2/15/2013 | Ba2 / B | 102.00 | 7.03 | 251 bps | 2/15/2008 | 103.81 | C$924.0 | C$213.0 | 4.7x | 4.5x | 4.5x | 2.3x | 2.3x | 2.3x | 2.3x |

(a) Market prices as of 3/1/07
(b) Results are of the last twelve months ended September 30, 2006 unless otherwise indicated. Results and credit metrics are updated quarterly and may not reflect intraperiod results
(c) EBITDA adjusted for extraordinary and other one-time charges
(d) EBITDA adjusted for extraordinary and other one-time charges
(e) TEV (total enterprise value) based on market value of publicly traded equity
(e) Gives pro forma estimated effect to income trust structure and results largely reflect the restricted group and results received from unrestricted entities to conform with covenant calculations
Revenues presented on a pro rata basis. Reflects recent divestiture of Irish TV assets and the acquisition of radio assets in Turkey
(f) EBITDA is adjusted for company JOAs and minority interest, as presented in corporate disclosures. Attempts to reflect recent acquisitions involving McClatchy / Hearst as outlined in public tender's presentation
Note pro forma revenues. EBITDA, cap

7

FOR INTERNAL USE ONLY

BOA-TRB-0006474

PROJECT BEAR – CONFIDENTIAL

LEVERAGED FINANCE SCREENING MEMO

## HIGH YIELD COMPARABLES – BROADCASTING

($ in millions)

TELEVISION BROADCASTERS HIGH YIELD COMPARABLES

| Issue / Description | Amt. Out | Maturity | Ratings Moody's/S&P | Current Pricing[a] Bid | YTW | Spread | Call Data Date | Price | LTM[b] Rev | EBITDA[c] | EBITDA / Cash Int | Total Int. | Total Int. +Pref. Div | Debt / EBITDA Opco | Holdco | w/Pref | Net Debt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Albritton Communications | | | | | | | | | $219.0 | $90.0 | 2.5x | 2.5x | 2.5x | 5.2x | 5.2x | 5.2x | 5.2x |
| 7.50% Senior Sub Notes | $455.0 | 12/15/2012 | B1 / B- | 103.00 | 6.83 | 231 bps | 12/15/2007 | 103.88 | | | | | | | | | |
| Barrington Broadcasting[d] | | | | | | | | | $113.0 | $34.0 | 1.4x | 1.3x | 1.3x | 8.0x | 8.0x | 8.0x | 7.9x |
| 10.500% Senior Sub. Notes | $125.0 | 8/15/2014 | B3 / CCC+ | 104.75 | 9.36 | 485 bps | 8/15/2010 | 105.25 | | | | | | | | | |
| Fisher Communications[f] | | | | | | | | | $163.0 | $24.0 | 1.7x | 1.6x | 1.6x | 6.8x | 6.8x | 6.8x | (1.4x) |
| 8.625% Senior Notes | $150.0 | 9/15/2014 | B2 / B- | 108.75 | 7.13 | 262 bps | 9/15/2009 | 104.31 | | | | | | | | | |
| Granite Broadcasting[g] | | | | | | | | | $118.0 | $28.0 | 0.6x | 0.6x | 0.3x | 18.0x | 18.0x | 29.3x | 17.3x |
| 9.750% Senior Secured Notes | $405.0 | 12/1/2010 | WR / D | 101.00 | 7.94 | 343 bps | 2/26/2007 | 110.00 | | | | | | | | | |
| Gray Television[h] | | | | | | | | | $334.7 | $129.8 | 2.0x | 2.0x | 2.0x | 6.8x | 6.8x | 6.8x | 6.8x |
| 9.250% Senior Sub Notes | $257.4 | 12/15/2011 | B1 / B- | 104.38 | 7.25 | 234 bps | 3/9/2007 | 104.63 | | | | | | | | | |
| ION Media (Paxson)[h] | | | | | | | | | $231.0 | $106.0 | 1.0x | 1.0x | 0.4x | 10.7x | 10.7x | 24.3x | 10.0x |
| Sr. Sec 1st Pty. Floating Rate Notes | $400.0 | 1/15/2012 | B1 / CCC- | 101.75 | 7.79 | NA | 7/15/2007 | 102.00 | | | | | | | | | |
| Sr. Sec 2nd Pty. Floating Rate Notes | $405.0 | 1/15/2013 | Caa2 / CCC- | 104.75 | 8.16 | NA | 1/15/2008 | 102.00 | | | | | | | | | |
| LIN Holdings[i] | | | | | | | | | $440.1 | $145.8 | 2.7x | 2.3x | 2.3x | 6.1x | 6.1x | 6.1x | 6.1x |
| 6.500% Senior Sub Notes | $190.0 | 5/15/2013 | B1 / B- | 97.00 | 7.11 | 258 bps | 5/15/2008 | 103.25 | | | | | | | | | |
| 6.500% Senior Sub Notes | $375.0 | 5/15/2013 | B1 / B- | 97.00 | 7.11 | 258 bps | 5/15/2008 | 103.25 | | | | | | | | | |
| Nexstar Broadcasting | | | | | | | | | $265.2 | $97.2 | 2.5x | 2.0x | 2.0x | 5.8x | 7.0x | 7.0x | 6.9x |
| 7.000% Senior Sub Notes | $200.0 | 1/15/2014 | B3 / CCC+ | 96.25 | 7.71 | 319 bps | 1/15/2009 | 103.50 | | | | | | | | | |
| 11.375% Senior Disc. Notes | $110.1 | 4/1/2013 | Caa1 / CCC- | 94.75 | 9.54 | 503 bps | 4/1/2008 | 105.69 | | | | | | | | | |
| Sinclair Broadcast Group[h] | | | | | | | | | $715.1 | $242.0 | 2.1x | 2.1x | 2.1x | 4.6x | 5.9x | 5.8x | 5.6x |
| 8.000% Senior Sub Notes | $534.0 | 3/15/2012 | B1 / B | 103.25 | 6.79 | 226 bps | 3/9/2007 | 104.00 | | | | | | | | | |
| Young Broadcasting[h] | | | | | | | | | $212.0 | $38.0 | 0.6x | 0.6x | 0.6x | 21.7x | 21.7x | 21.7x | 19.1x |
| 8.750% Senior Sub Notes | $140.0 | 1/15/2014 | Caa1 / CCC- | 94.00 | 9.97 | 545 bps | 1/15/2009 | 104.38 | | | | | | | | | |
| 10.000% Senior Sub Notes | $344.0 | 3/1/2011 | Caa1 / CCC- | 99.25 | 10.23 | 571 bps | 3/15/2007 | 103.33 | | | | | | | | | |

(a) Market prices as of 3/1/07
(b) Results are of the last twelve months ended September 30, 2006 unless otherwise indicated. Results and credit metrics are updated quarterly and may not reflect intraperiod results
(c) EBITDA adjusted for extraordinary and other one-time charges
(d) TEV (total enterprise value) based on market value of publicly traded equity
(e) Pro forma for the recently Raycom stations and related financing
(f) Cash balances include current value of 3 million Safeco shares (now unencumbered). Attempts to reflect $36.3 million of recent acquisitions (i.e., Portland / Idaho, Bellevue, WA) and the divestiture of certain small market radio stations
(g) Reflects strategic relationships involving Malara Broadcasting. Results estimated to reflect a recent $45 million Binghamton, NY acquisition. Note that management expects to soon restructure its balance sheet
(h) Reflects spin of newspaper / paging assets and the purchase of TV stations from Emmis and Notre Dame
(i) Interest coverage reflects that the company is currently paying cash interest on the 2nd lien issue (rather than electing the PIK option)
(j) Gives estimated effect to recent purchase of five stations from Emmis, the pending divestiture of properties in Puerto Rico and a pending station acquisition in Albuquerque, NM
(k) Debt excludes balances of no financial consequences
(l) Reflects recent $50 million incremental term loan borrowing
Source: Company reports and Banc of America Securities LLC estimates

FOR INTERNAL USE ONLY

8

**PROJECT BEAR – CONFIDENTIAL** | **LEVERAGED FINANCE SCREENING MEMO**

## EQUITY COMPARABLES – PUBLISHING

*($ in millions, except per share data)*

| | Trading Performance | | | | | Aggregate Value as Multiple of EBITDA (c) | | EBITDA CAGR | EBITDA Margin % |
| | Price as of 03/02/07 | (Disc.) / Prem. to 52-Week | | Market Cap (a) | Aggregate Value (b) | | | | |
| | | High | Low | | | 2007E | 2008E | 2006-2008E | 2007E |
|---|---|---|---|---|---|---|---|---|---|
| **Large Newspapers** | | | | | | | | | |
| Dow Jones & Co., Inc | $35.22 | (14.9%) | 9.5% | $2,952.3 | $3,311.2 | 9.7x | 8.6x | 17.5% | 16.2% |
| E W Scripps Co | 44.90 | (15.9%) | 9.9% | 7,426.8 | 8,056.3 | 9.2 | 8.2 | 8.4% | 33.3% |
| Gannett Co. Inc | 60.37 | (4.9%) | 16.9% | 14,176.4 | 18,516.4 | 8.3 | 8.1 | (0.7%) | 27.9% |
| McClatchy Co | 36.87 | (30.7%) | 1.2% | 3,022.4 | 5,844.5 | 8.9 | 8.8 | 4.1% | 26.7% |
| New York Times Company (d) | 24.65 | (10.5%) | 14.4% | 3,547.8 | 4,602.6 | 8.9 | 8.7 | 0.6% | 15.7% |
| Tribune Company (d) | 30.05 | (12.3%) | 10.9% | 7,284.9 | 10,520.0 | 8.4 | 8.2 | (3.9%) | 23.1% |
| Washington Post Co | 765.60 | (6.1%) | 11.0% | 7,328.0 | 7,075.3 | 9.1 | 8.2 | 6.8% | 18.8% |
| **Median** | | | | $7,284.9 | $7,075.3 | 8.9x | 8.2x | 4.1% | 23.1% |
| **Mean** | | | | 6,534.1 | 8,275.2 | 8.9 | 8.4 | 4.7% | 23.1% |
| **Mid-Cap Newspapers** | | | | | | | | | |
| Belo Corp | $18.40 | (14.4%) | 23.2% | $1,866.8 | $3,123.9 | 8.5x | 7.6x | 1.4% | 23.4% |
| Journal Register Co | 6.98 | (48.7%) | 27.1% | 273.1 | 999.4 | 9.0 | 9.0 | 0.8% | 22.5% |
| Lee Enterprises, Inc | 31.46 | (11.8%) | 36.9% | 1,449.0 | 2,727.1 | 9.2 | 9.4 | 0.4% | 25.5% |
| Media General Inc | 39.96 | (22.5%) | 18.2% | 964.1 | 1,953.3 | 8.7 | 7.7 | 5.0% | 21.8% |
| Journal Communications | 13.02 | (4.0%) | 29.6% | 916.0 | 1,143.1 | 9.3 | 8.3 | 1.0% | 18.7% |
| GateHouse Media | 19.16 | (13.9%) | 7.2% | 732.9 | 1,480.1 | 14.0 | 12.9 | (2.8%) | 25.1% |
| **Median** | | | | $940.0 | $1,716.7 | 9.1x | 8.6x | 0.9% | 23.0% |
| **Mean** | | | | 1,037.0 | 1,904.5 | 9.8 | 9.1 | 1.0% | 22.8% |

(a) Based upon fully diluted shares outstanding calculated using the treasury method.

(b) Aggregate value is equal to market cap plus total debt, preferred and minority interests, less cash, securities and unconsolidated assets

(c) Projections based on Wall Street equity research

(d) Shares outstanding and net debt per Sponsor model

FOR INTERNAL USE ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0006476

**PROJECT BEAR – CONFIDENTIAL**  |  **LEVERAGED FINANCE SCREENING MEMO**

## EQUITY COMPARABLES – BROADCASTING

*($ in millions, except per share data)*

| | Average | Gray | Hearst Argyle | LIN TV | Nexstar | Sinclair |
|---|---|---|---|---|---|---|
| **Valuation Summary:** | | | | | | |
| Stock Price | | $8.67 | $26.10 | $13.48 | $7.52 | $14.40 |
| 52-Week High | | 9.47 | 27.72 | 14.56 | 7.90 | 15.19 |
| % of 52-Week High | | 91.6% | 94.2% | 92.6% | 95.2% | 94.8% |
| Fully Diluted Shares Outstanding | | 48.3 | 94.8 | 50.8 | 28.8 | 86.2 |
| Market Capitalization | | 418.8 | 2,475.1 | 684.6 | 216.5 | 1,240.8 |
| Plus: Net Debt, Pref. & Min. Int | | 884.4 | 982.6 | 899.1 | 667.8 | 1,347.0 |
| Total Enterprise Value | | 1,303.2 | 3,457.7 | 1,583.8 | 884.3 | 2,587.9 |
| Less: Unconsolidated Investments | | (3.4) | (40.5) | (61.8) | 0.0 | 0.0 |
| Adjusted Total Enterprise Value | | 1,299.8 | 3,417.3 | 1,522.0 | 884.3 | 2,587.9 |
| **Multiple Summary:** | **Average** | | | | | |
| Adjusted Total Enterprise Value / | | | | | | |
| 2007E EBITDA | 12.0x | 11.9x | 13.3x | 12.2x | 11.9x | 10.8x |
| 2008E EBITDA | 10.2x | 9.6x | 11.8x | 9.6x | 9.8x | 10.1x |
| Adjusted Total Enterprise Value / | | | | | | |
| 2007E BCF | 10.6x | 10.6x | 11.9x | 10.6x | 10.0x | 9.8x |
| 2008E BCF | 9.1x | 8.6x | 10.7x | 8.5x | 8.4x | 9.1x |
| **Key Operating Statistics:** | **Average** | | | | | |
| 2007E Revenue | $494.6 | $313.1 | $767.1 | $404.7 | $257.7 | $730.2 |
| 2008E Revenue | 534.1 | 346.9 | 817.4 | 451.9 | 282.1 | 772.0 |
| % Growth | 8.8% | 10.8% | 6.6% | 11.6% | 9.5% | 5.7% |
| 2007E BCF | 181.1 | 122.7 | 287.2 | 143.5 | 88.1 | 264.0 |
| 2008E BCF | 207.2 | 150.6 | 318.9 | 178.6 | 105.0 | 283.0 |
| % Growth | 16.9% | 22.7% | 11.0% | 24.4% | 19.2% | 7.2% |
| 2007E EBITDA | 161.0 | 109.0 | 256.1 | 125.0 | 74.4 | 240.4 |
| 2008E EBITDA | 186.3 | 135.6 | 288.8 | 159.3 | 90.6 | 257.0 |
| % Growth | 18.7% | 24.5% | 12.8% | 27.4% | 21.8% | 6.9% |
| *Margins* | | | | | | |
| 2007E BCF Margin | 36.5% | 39.2% | 37.4% | 35.5% | 34.2% | 36.2% |
| 2008E BCF Margin | 39.2% | 43.4% | 39.0% | 39.5% | 37.2% | 36.7% |
| 2007E EBITDA Margin | 32.2% | 34.8% | 33.4% | 30.9% | 28.9% | 32.9% |
| 2008E EBITDA Margin | 35.0% | 39.1% | 35.3% | 35.2% | 32.1% | 33.3% |

FOR INTERNAL USE ONLY

10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                     BOA-TRB-0006477