

# PROJECT BEAR – CONFIDENTIAL
## LEVERAGED FINANCE SCREENING MEMO
### SUM-OF-THE-PARTS ANALYSIS
*($ in millions)*



| | Publishing | Broadcasting & Ent. | Cubs | Unconsolidated Assets | Corporate | Total Enterprise Value (Incl Investments) |
|---|---|---|---|---|---|---|
| 2007E EBITDA [a] | $898 | $407 | $24 | NA | (61.2) | $1,268 |
| EBITDA Multiple | 9.5x | 10.5x | 20.8x | NA | 10.5x | 11.5x [b] |
| Pre Tax Value | $8,534 | $4,274 | $500 | $1,926 | ($643) | $14,591 |
| Assumed Basis | 1,859 | 1,737 | 100 | 487 | NA | 4,183 |
| Capital Gains | 6,675 | 2,537 | 400 | 1,439 | NA | 11,051 |
| Capital Gains Tax | NA | 964 | 152 | 547 | NA | 1,663 |
| After Tax Value | $8,534 | $3,310 | $348 | $1,379 | ($643) | $12,929 |
| Implied AfterTax Multiple | 9.5x | 8.1x | 14.5x | NA | 10.5x | 10.2x |

Unconsolidated Assets:

| | % Owned 16M Shares | After Tax Value |
|---|---|---|
| Time Warner Stock | 50.0% | $210.7 |
| AdStar | 42.5% | 9.3 |
| CA Independent Postal Sys | 28.0% | 9.1 |
| CareerBuilder | 25.0% | 429.7 |
| Classified Ventures | 17.0% | 30.0 |
| Comcast Sports Network | 31.0% | 13.6 |
| Consumer Networks | 40.0% | 1.8 |
| Food Network | 3.0% | 544.8 |
| Legacy.com | 42.5% | 9.6 |
| Queztal / Chase Comm Partners | 5.0% | 4.8 |
| ShopLocal.com | 31.9% | 32.6 |
| TMCT I & II Portfolio | | 50.1 |
| Topix | | 20.8 |
| Other | | 12.5 |

Current Equity Value $7,285 ($30.05 per share)

After Tax Enterprise Value $12,929
Net Debt $5,161 [c]
$7,768 / $32.04 per share

Note: Tax rate assumed to be 38%. Figures are Pro Forma for announced share buybacks, asset sales, unwinding of TMCT partnerships and purchase of stakes in Careerbuilder, ShopLocal, and Topix
(a) Based on Sponsor model
(b) Implies Pre-tax 2007E EBITDA multiple (excluding Unconsolidated Assets) of 10.0x
(c) Company's outstanding Phones debt has a face value of $1,300MM however, EGI assumes a value of $903MM

FOR INTERNAL USE ONLY

12

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        BOA-TRB-0006479

**PROJECT BEAR – CONFIDENTIAL**                                           **LEVERAGED FINANCE SCREENING MEMO**

## COMPANY OVERVIEW

- Tribune Company is a leading media and entertainment company in the United States. The Company operates through two segments: publishing and broadcasting and entertainment.



### 2006 Revenue By Segment - $5.4 billion
- Broadcast & Entertainment 26%
- Publishing 74%

### 2006 EBITDA By Segment - $1.3 billion
- Broadcast & Entertainment 32%
- Publishing 68%

- **Publishing (74.0% of 2006A Revenue; 67.7% of 2006A EBITDA):** Publishes 11 daily newspapers.
    - 80% of publishing revenues are derived from advertising.
        - Total advertising revenues were flat in 2006. Real estate related increased 23% while automotive and help-wanted decreased 10% and 2%, respectively. Interactive revenues, which are included in all advertising categories, increased 29%.
    - 14% of publishing revenues are generated from the sales of newspapers to individual subscribers.
        - Circulation revenues were down 4% in 2006.
    - For the six months ended September 2006, total average paid circulation for Tribune's 11 metro newspapers averaged 2.8 million copies daily (Mon.-Fri.) and 4.1 million copies Sunday, a decline of 4.5% and 4.4%, respectively, from 2005

- **Broadcast & Entertainment (26% of 2006A Revenue; 32.3% of 2006A EBITDA):** Consists of radio station WGN-AM in Chicago, the Chicago Cubs baseball team, cable network Superstation WGN, 23 television broadcasting stations consisting primarily of CW affiliates and Tribune Entertainment, a developer and distributor of first run television programming.
    - Broadcasting and entertainment revenues increased 1% in 2006 due to increased television revenues, partially offset by lower radio/entertainment revenues.
    - The division's television broadcast stations are located in 19 markets including 14 CW affiliates (6 located in top 10 DMA), 6 FOX affiliates, 1 ABC affiliate and 2 MyNetworkTV affiliates.

    ...mpany also has minority equity investments in various ventures, including The Food Network (31%), Topix.net (31.9%), ShopLocal (42.5%), Classified Ventures (28%) and Careerbuilder (42.5%). These assets, especially The Food Network, provide significant cash flow and asset coverage

- **Significant 2006 Events:**
    - The Company completed a tender offer on July 5, 2006 for 45 million shares at a price of $32.50.
    - On Sept. 21, 2006, the Company and the Chandler Trusts entered into agreements to restructure TMCT and TMCT II. Under the terms of the agreements, the Company received on Sept 22, 2006, a total of 38.9 million shares of the Company's common stock and all 1.1 million shares of the Company's preferred stock held collectively by TMCT and TMCT II. As a result of the transactions, the Company's interests in each of TMCT and TMCT II were reduced to approximately 5%.
    - The Company successfully sold three television broadcast stations for proceeds totaling $311 million
    - In August 2006, the Company completed its acquisition of additional equity interests in each of CareerBuilder, LLC, ShopLocal, LLC (formerly CrossMedia Services, Inc) and Topix, LLC for an aggregate purchase price of $155 million.
        Tribune reached a 10-year affiliate agreement to affiliate 16 of its television broadcast stations with a new broadcast network, The CW Network (a venture by Warner Brothers Entertainment and CBS); in the latter half of 2006, the Company's three remaining WB affiliates became MyNetworkTV affiliates (venture by FOX and Twentieth Century).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                     BOA-TRB-0006480

**PROJECT BEAR – CONFIDENTIAL**                                                                                                             **LEVERAGED FINANCE SCREENING MEMO**

### COLLATERAL STRUCTURE

- All of the Existing Notes are solely obligations of the parent holding company (Tribune Company).
- They have no subsidiary guarantees, no change of control puts, no separate Restricted Payments covenant and no limitation on unsecured subsidiary indebtedness.
- The limitation on mergers and sales of assets applies only to a sale "substantially as an entirety."
- This would permit a significant distribution of a portion business (e.g., broadcasting) at the time of the closing.
- The 2% Exchangeable Subordinated Debentures due 2029 are junior subordinated debt, ranking junior to both senior and senior subordinated debt of the Company.
- Holders have the right to put these securities to the Company at any time for cash equal to 95% of two TWX shares (currently would amount to $34.96 per $156.70 principal value as of 6/25/06).
- The Company has the right to defer interest on these securities for up to 20 consecutive quarters.
- The limitation on liens varies depending on whether the Notes were originally issued by Tribune or Times Mirror, with the Tribune provisions being the more restrictive of the two versions.
    - Although the limitations on liens impose significant restrictions on granting security to new financing without providing the same security to the existing notes on a pari passu basis, they are subject to important exceptions.
- Based on our understanding that substantially all the Company's operating assets are held by subsidiaries of the issuer as well as our review of the indentures, we believe it will be possible for the new financing to be structured to be senior to the existing notes that would remain outstanding (those with maturities of 2010 or later), as follows:
    - All the new financing would be guaranteed by subsidiaries.
    - The new financing could also be secured by:
        - The stock of a new or existing single purpose Unrestricted Subsidiary, which would wholly own a new single purpose Restricted Subsidiary that would hold secured notes issued by the Company's material operating subsidiaries;
        - All new receivables owned by a new Unrestricted Subsidiary formed for this purpose;
        - Stock and assets of any other Unrestricted Subsidiaries, if any; and
        - All other assets of the Company and the Restricted Subsidiaries, provided that the amount of debt secured by such assets will not exceed the lesser of (i) 10% of stockholders equity at the time of incurrence ($670 million currently) or (ii) 10% of consolidated net tangible assets from.

### ENTERPRISE VALUE

| ($ billions) | Current Shr. Price | Current Amount | PF 2006 Shr. Price | PF 2006 Amount | PF 2007E Shr. Price | PF 2007E Amount |
|---|---|---|---|---|---|---|
| Equity Value at [1] | $30.05 | $7.3 | $33.00 | $8.0 | $33.00 | $8.0 |
| Net Debt | | 5.2 | | 5.2 | | 4.7 |
| **Total Enterprise Value** | | $12.4 | | $13.2 | | $12.7 |

(1) Pro Forma Equity Value includes 0.8 million of additional diluted shares

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                              BOA-TRB-0006481

**PROJECT BEAR – CONFIDENTIAL**   **LEVERAGED FINANCE SCREENING MEMO - ADDENDUM**

### PRO FORMA CAPITAL STRUCTURE:

**Sources & Uses**
($ millions)

| Sources of Funds | Amount | Uses of Funds | Amount |
|---|---|---|---|
| Revolver - $750 0 | $206 9 | Purchase of Equity | $8,026 3 |
| Term Loan B | 8,500 0 | Refinancing of Existing Debt | 2,713 2 |
| ESOP Loan (Fixed HY Notes) | 850 0 | Change of Control Fees | 121 0 |
| New Floating Rate HY Notes | 1,250 0 | Transaction Costs | 296 5 |
| Existing Cash | 125 0 | | |
| Sponsor Equity | 225 0 | | |
| **Total Sources** | **$11,156.9** | **Total Uses** | **$11,156 9** |

**Pro Forma Capitalization**
($ millions)

| | Rate | Amount | % of Total | '06 EBITDAx [1] | '07 EBITDAx [2] |
|---|---|---|---|---|---|
| Revolver - $750 0 | L + 225 bps | $206 9 | 1 6% | 0 14x | 0 14x |
| Term Loan B | L + 225 bps | 8,500 0 | 64 4% | 5 92x | 5 73x |
| Total First Lien Debt | | $8,706 9 | 66 0% | 6 07x | 5 87x |
| New Floating Rate HY Notes | L + 400 bps | 1 250 0 | 9 5% | 0 87x | 0 84x |
| ESOP Loan (Fixed HY Notes) | 8 75% | 850 0 | 6 4% | 0 59x | 0 57x |
| Total Senior Debt | | $10,806 9 | 81.9% | 7 53x | 7 29x |
| Existing Fixed Rate Debt | 5 5% [3] | 1,265 0 | 9 6% | 0 88x | 0 85x |
| PHONES Debt | 2 00% | 902 7 | 6 8% | 0 63x | 0 61x |
| Total Debt | | $12,974 7 | 98 3% | 9 04x | 8 75x |
| Sponsor Equity | | 225 0 | 1 7% | 0 16x | 0 15x |
| **Total Capitalization** | | **$13,199.7** | **100 0%** | **9 20x** | **8.90x** |

(1) Assumes 12/31/06 Pro forma EBITDA of $1 434 6
(2) Assumes 12/31/07 Pro forma EBITDA of $1,483 4
(3) Weighted average of the existing notes

### FINANCIAL SUMMARY:

| Summary Financial Data ($ in millions) | Historical 12/31/04 | 12/31/05 | 12/31/06 | Pro Forma 12/31/07 | Projected 12/31/08 | 12/31/09 | 12/31/10 | 12/31/11 | 12/31/12 | 12/31/13 | 12/31/14 | 12/31/15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Publishing | $4,129 9 | $4,097 0 | $4,025 0 | $3,984 0 | $3,991 2 | $4,005 4 | $4,035 8 | $4,078 7 | $4,134 9 | $4,202 6 | $4,279 2 | $4,361 4 |
| Broadcasting & Entertainment | 1,596 4 | 1,414 0 | 1,408 0 | 1,401 2 | 1,480 3 | 1,486 9 | 1,531 0 | 1,537 0 | 1,567 7 | 1,599 1 | 1,631 1 | 1,663 7 |
| Elimination of Cubs Revenue | 0 0 | 0 0 | 0 0 | 0 0 | (202 8) | (205 9) | (209 0) | (209 0) | (209 0) | (209 0) | (209 0) | (209 0) |
| Total Sales | $5,726.2 | $5,511.0 | $5,433 0 | $5,385 2 | $5,268 6 | $5,286 5 | $5,357 8 | $5,406 8 | $5,493 7 | $5,592 7 | $5,701 3 | $5,816 1 |
| Net Sales Growth | 2 3% | (3 8%) | (1 4%) | (0 9%) | (2 2%) | 0 3% | 1 4% | 0 9% | 1 6% | 1 8% | 1 9% | 2 0% |
| Publishing | 1,002 1 | 952 1 | 924 6 | 898 3 | 950 2 | 949 7 | 961 3 | 987 6 | 1,004 9 | 1,022 2 | 1,044 2 | 1 070 3 |
| Broadcasting | 526 3 | 450 0 | 435 0 | 407 1 | 483 8 | 496 0 | 510 7 | 499 0 | 508 3 | 517 8 | 527 5 | 537 3 |
| Equity In Income | 17 9 | 41 2 | 75 0 | 78 0 | 84 0 | 117 0 | 145 0 | 152 0 | 159 6 | 167 5 | 175 8 | 184 5 |
| Annual Cash Savings [1] | 0 0 | 0 0 | 0 0 | 100 0 | 0 0 | 0 0 | 0 0 | 0 0 | 0 0 | 0 0 | 0 0 | 0 0 |
| Total EBITDA | $1,546.4 | $1,443.3 | $1,434 6 | $1,483 4 | $1,518 0 | $1,562 7 | $1,617 0 | $1,638 6 | $1,672 8 | $1,707 5 | $1,747 5 | $1,792 1 |
| Publishing EBITDA Margin | 24 3% | 23 2% | 23 0% | 22 5% | 23 8% | 23 7% | 23 8% | 24 2% | 24 3% | 24 3% | 24 4% | 24 5% |
| Broadcasting EBITDA Margin | 33 0% | 31 8% | 30 9% | 29 1% | 32 7% | 33 4% | 33 4% | 32 5% | 32 4% | 32 4% | 32 3% | 32 3% |
| EBITDA Margin | 27 0% | 26.2% | 26 4% | 27 5% | 28.8% | 29.6% | 30.2% | 30.3% | 30 4% | 30.5% | 30.7% | 30.8% |
| Total Capital Expenditures | 193 5 | 217 3 | 205 9 | 200 0 | 172 0 | 127 0 | 125 0 | 125 0 | 127 0 | 129 3 | 131 8 | 134 5 |
| Net Interest Expense | | | | 941 7 | 910 2 | 858 9 | 823 9 | 776 1 | 722 1 | 658 6 | 588 3 | 512 7 |
| Adjusted EBITDA | | | | | 1 518 0 | 1,562 7 | 1,617 0 | 1,638 6 | 1,672 8 | 1,707 5 | 1,747 5 | 1,792 1 |
| Non-Cash Pension Expense | | | | | 15 0 | 25 0 | 35 0 | 35 0 | 35 0 | 35 0 | 35 0 | 35 0 |
| Net Cash Interest Expense | | | | | (910 2) | (858 9) | (823 9) | (776 1) | (722 1) | (658 6) | (588 3) | (512 7) |
| Cash Taxes | | | | | 0 0 | 0 0 | 0 0 | 0 0 | 0 0 | 0 0 | 0 0 | 0 0 |
| Change in Other Assets / Liabilities | | | | | (22 0) | (48 0) | (58 0) | (55 3) | (55 3) | (55 3) | (55 3) | (55 3) |
| Working Capital Sources (Uses) | | | | | (26 3) | (3 5) | (5 1) | (1 7) | (3 2) | (3 0) | (3 7) | (4 3) |
| Total Capital Expenditures | | | | | (172 0) | (127 0) | (125 0) | (125 0) | (127 0) | (129 3) | (131 8) | (134 5) |
| Acquisitions and Investments | | | | | (137 0) | 0 0 | 0 0 | (25 0) | (25 0) | (25 0) | (25 0) | (25 0) |
| Proceeds From Sale of Cubs, CSN & Recycler (net of tax) | | | | | 537 8 | 0 0 | 0 0 | 0 0 | 0 0 | 0 0 | 0 0 | 0 0 |
| ESOP Redemptions | | | | | 0 0 | 0 6 | 3 2 | 9 0 | 19 1 | 35 2 | 58 1 | 88 8 |
| Cash Flow Available to Retire Debt | | | | | 803 3 | 550 9 | 643 2 | 699.5 | 794 4 | 906 5 | 1,036 6 | 1,184 2 |
| Mandatory Debt Payments | | | | | (145 0) | (85 0) | (534 0) | (85 0) | (165 0) | (85 0) | (414 0) | |
| Cash Flow Available after Mandatory Debt Payments | | | | | 658 3 | 465 9 | 109 2 | 614.5 | 709 4 | 741 5 | 951 6 | 770 2 |
| Cumulative Cash Flows Available | | | | | 658 3 | 1,124 1 | 1,233 3 | 1,847 8 | 2,557 3 | 3,298 7 | 4,250 3 | 5,020 5 |
| Cash | | | | $50 0 | $50 0 | $50 0 | $50 0 | $50 0 | $50 0 | $50 0 | $50 0 | $50 0 |
| Total Senior Secured Debt [2] | | | | 8,706 9 | 7,963.7 | 7,412 8 | 7,218 6 | 6,519 1 | 5,724 7 | 4,898 2 | 3,861 7 | 3,006 5 |
| New Fixed Rate High Yield Notes due 2017 (ESOP) | | | | 850 0 | 850 0 | 850 0 | 850 0 | 850 0 | 850 0 | 850 0 | 850 0 | 850 0 |
| New Floating Rate High Yield Notes due 2017 | | | | 1,250 0 | 1,250 0 | 1,250 0 | 1,250 0 | 1,250 0 | 1,250 0 | 1,250 0 | 1,250 0 | 1,250 0 |
| Total Senior Debt | | | | 10,806 9 | 10,063 7 | 9,512 8 | 9,318.6 | 8,619.1 | 7,824 7 | 6,998 2 | 5,961 7 | 5,106 5 |
| Primed Debt | | | | 1,265 0 | 1,205 0 | 1,205 0 | 756 0 | 756 0 | 756 0 | 676 0 | 676 0 | 347 0 |
| PHONEs | | | | 902 7 | 902 7 | 902 7 | 902 7 | 902 7 | 902 7 | 902 7 | 902 7 | 902 7 |
| Total Debt | | | | $12,974 7 | $12,171 4 | $11,620 5 | $10,977.4 | $10,277 8 | $9,483 4 | $8,576 9 | $7,540 4 | $6,356 2 |
| Intra-Company ESOP Loan | | | | 825 0 | 796 0 | 764 6 | 730 4 | 693 3 | 653 0 | 609 2 | 561 6 | 510 0 |
| Principal | | | | -- | 29 0 | 31 5 | 34 2 | 37 1 | 40 3 | 43 8 | 47 6 | 51 6 |
| Interest | | | | -- | 71 0 | 68 5 | 65 8 | 62 9 | 59 7 | 56 2 | 52 4 | 48 4 |
| **Credit Ratios** | | | | | | | | | | | | |
| Senior Secured Leverage | | | | 5 87x | 5 25x | 4 74x | 4 46x | 3 98x | 3 42x | 2 87x | 2 21x | 1 68x |
| Senior Leverage | | | | 7 29x | 6 63x | 6 09x | 5 76x | 5 26x | 4 68x | 4 10x | 3 41x | 2 85x |
| Total Leverage | | | | 8 75x | 8 02x | 7 44x | 6 79x | 6 27x | 5 67x | 5 02x | 4 32x | 3 55x |
| Interest Coverage | | | | 1 58x | 1 67x | 1 82x | 1 96x | 2 11x | 2 32x | 2 59x | 2 97x | 3 50x |
| Fixed Charge Coverage [3] | | | | 1 36x | 1 48x | 1 67x | 1 81x | 1 95x | 2 14x | 2 40x | 2 75x | 3 23x |

(1) $100 million cost savings is reflected in the publishing and broadcasting and entertainment EBITDA for periods beginning in 2008
(2) Assumes 100% excess cash flow recapture
(3) Fixed Charge Coverage = (EBITDA - Capital Expenditures) / (Interest + Debt Amortization)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                          BOA-TRB-0006482