**Patel, Raju**
___

| | |
|---|---|
| **From:** | Petrik, Daniel |
| **Sent:** | Wednesday, March 21, 2007 9:03 AM |
| **To:** | Pegler, William |
| **Cc:** | Patel, Raju |
| **Subject:** | FW: Project Bear - Deal is Back On |

Hutch, the big thing we need you to confirm is the implied equity assumption. We are planning to send a version of the attached very soon to our credit chain. We will wait until you confirm.

Thanks, Dan
312-828-8160

*[handwritten: While WSS,]*

-----Original Message-----
From: Petrik, Daniel
Sent: Tuesday, March 20, 2007 11:03 PM
To: Hagel, Charles W
Cc: Mills, Jeff; Patel, Raju
Subject: RE: Project Bear - Deal is Back On

Chuck, below is first draft of email that we discussed. I will be in early tomorrow morning.

Background

*[handwritten: $160MM ??? $150MM]*

Sam Zell is proposing to buy The Tribune Company using a leveraged ESOP structure for $33.0/share or roughly $13.0BN including the assumption of $5.0BN in existing debt.

The ESOP enables the company to eliminate all cash taxes ($330MM annually) and also provides cash expense savings ($100MM annually) primarily though a lower management bonus plan and 401K contribution expenses.

Sam proposes to become Chairman of the Board and ultimately own roughly 35% of the company through warrants with the ESOP/management owning the remaining 65%. Sam's warrants will vest through a $225MM convertible pay-in-kind subordinated debt investment over 10 years.

The acquisition financing need is roughly $12.1BN including $10.0BN in senior secured bank debt and $2.1BN in High Yield debt.

Senior secured and total debt/EBITDA are approximately 6.0x and 9.0x, respectively. Fixed charge coverage is 1.4x (defined as EBITDA less Capital Expenditures less Cash Taxes (none) divided by principal and interest).

Citi and Merrill Lynch (ML) are the M&A advisors to Tribune and have offered staple financing for Sam. JPM has joined Citi and ML and verbally supported underwriting 33% of the financing.

ML, JPM, and BAC are Sam's key financing partners. BAC has an extensive relationship with Sam through Private Banking as well as GCIB (Real Estate, Commercial Banking, and Corporate and Investment Banking). As a result, Sam has asked BofA to underwrite 33% of the transaction financing in order to likely replace Citi as an underwriter.

The financing fee pool is roughly $200.0MM. After subtracting estimated fees paid to market, we expect to earn syndication and high yield fees of $60.0MM. *[handwritten: (10% of $750MM Revolver)]* We expect Syndicated Finance will sell down to a hold level of $75.0MM. Credit Products will further sell down to an ultimate hold of $30MM-$40MM through secondary market sales at an approximate cost of $5.0MM *[handwritten: 3]*. As a result, our final fees are expected to be roughly $55MM. *[handwritten: $40MM-$50MM]*

Our potential underwriting of the financing has previously been reviewed with the

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Leveraged Finance Screening Committee and they supported moving forwarded due to their confidence that the paper could be distributed even though this is a highly levered and complex transaction. [handwritten: The transaction will be further screened w/EL LFC on Monday, 3/26 in the transaction to review changes since the earlier draft review.]

The key ~~risks~~ in the transactions include:
1. (Minimal) cash equity contributed: [handwritten: plus]

Mitigated by the implied equity value of the ESOP tax savings ($330MM) and cash expense savings ($100MM) of $430MM. Assuming an 8x mulitiple (Cost of Capital of 12%), the implied equity value that would be contributed to this transaction is approximately $3.88BN ~~in addition to~~ the $225MM in convertible pay-in-kind subordinated debt that will be contributed by Sam Zell. With proforma total debt of $13.5BN, the Debt to Capital ratio using the implied equity value would be 78% ($13.5BN Debt over $17.3BN Capital).

2. High Leverage coupled with declining newspaper circulation:

Mitigated by:
- Spending on newspaper advertising has remained fairly consistent despite the new media alternatives that have become available recently. Advertising comprises 75% of the Publishing revenues with circulation revenues only 25%.
- Tribune has equity investments in online media such as 42.5% of CareerBuilder and 28% of Classified Ventures (Cars.com and Apartments.com).
- Asset sales of approximately $538MM that will assist in delevering the company.
- Value of other Equity investments such as The Food Network [handwritten: (roughly valued at $1.0BN pre-tax)]
- No integration risk.

3. Regulatory approval by the FCC

Mitigated by: The company is currently operating successfully under FCC jurisdiction and this proposed structure attempts to minimize FCC's concern due to effectively no change of control.

Given the key credit and syndication risks, we support the transaction given the risk/return dynamics.

Please provide your concurrence to move forward with this transaction.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002817