## Patel, Raju

**From:** Patel, Raju
**Sent:** Wednesday, March 21, 2007 8:50 AM
**To:** Brown, Kate a; Pegler, William; Ballou, Michael; Roan, Charles W; Petrik, Daniel; Brown, Michael Ashby; Ellis, Geoffrey E; Lawal, Lekan J; Mills, Jeff; Patterson, Kyle; Holder, Todd
**Cc:** Hagel, Charles W; Barrett, John K; Richards, Martin
**Subject:** Project Bear Update

While WSJ is reporting that Sam Zell is considering putting in additional equity, we have been told that Sam Zell (EGI) is not considering lowering its $33.00/share offer or
increasing its equity/junior debt contribution.

EGI is telling us to wait for a further update (including a model) pending a Tribune Board meeting tonight (my guess is that the Board is still evaluating the Zell and self-help alternatives).

The rating agency presentation is scheduled for tomorrow (with Tribune and EGI present).

LFC screening committee call has been scheduled for next Monday at 11:00am EST.

---

**From:** Patel, Raju
**Sent:** Tuesday, March 20, 2007 3:39 PM
**To:** Casavechia, Richard; Brown, Kate a; Pegler, William; Ballou, Michael; Roan, Charles W; Petrik, Daniel; Brown, Michael Ashby; Ellis, Geoffrey E; Lawal, Lekan J; Mills, Jeff; Patterson, Kyle
**Cc:** Hagel, Charles W
**Subject:** Project Bear is Back

I have just learned that EGI/Zell have been approached again by Tribune to pursue the transaction outlined below.

We are holding a conference call at 6:00pm EST tonight to provide an update.

The dial-in number is:

Phone number: 866-657-9738

Code: 32-737-07

Thanks.

Raju

---

**From:** Patel, Raju
**Sent:** Friday, March 09, 2007 2:41 PM
**To:** Casavechia, Richard; Brown, Kate a; Lindvall, Jon; Pegler, William; Ballou, Michael; Roan, Charles W; Petrik, Daniel; Brown, Michael Ashby; Ellis, Geoffrey E; Lawal, Lekan J; Mills, Jeff; Patterson, Kyle
**Cc:** Hagel, Charles W; Richards, Martin
**Subject:** Project Bear Update

3/21/2007

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002818

I just spoke to Nils and learned the following:

- There are no "current" commitment papers or terms sheets as they all relate to the "old" deal prior to new two-step deal.
- Tribune's General Counsel is talking to the McCormick and Chandler foundations today to get their buy-off on the ESOP two-step plan.
- Morgan Stanley is advising the special committee and advocating that the self-help deal has more value than the ESOP plan (EGI concern that emotional deal will outweigh their view of better economic ESOP deal).
- Changes to the deal or the two-step have helped to achieve Board objectives: get cash back to shareholders quicker, faster timetable to creation of ESOP, Sam's $250MM equity commitment, and reduced FCC/SEC review risk
- The projections are still fluid and management is in the process of reducing their numbers (reflecting publishing results for the first two months) down to EGI's which are more conservative (EGI's 2007 EBITDA is projected at $1.45BN).
- These updated projections are still being reviewed and reconciled by Tribune and have yet to be shared with the underwriters.
- Update projections should be available on Monday.
- EGI's perception is that they are not getting competitive terms from the some of the current underwriters assuming a B/B2 rated structure (excluding JPM's input).

Here are the rough financial terms of the new two-step structure (EGI would like our input on pricing and fees as well as any structural creativity):

At 3/31/07:

1) $8.1BN New Term Loan B (accordion feature for $1.1BN)
2) $750MM New Revolver
3) $3.0BN of old bank debt repaid and $5.0BN used to tender for 145MM shares (roughly 60%)
4) Sam puts in $250MM of equity
5) ESOP intercompany note of $250MM

At 9/30/07:

1) $1.1BN accordion on Term Loan B exercised
2) $2.1BN in HY notes issued

At 12/31/07:

Term Loan B reduced to $8.4BN through asset sales (including Cubs) and cashflow.

Bottom line – we are not at much disadvantage to other underwriters. EGI is looking for a way to get us inserted with competitive terms as they believe Citi (my guess) is the weak link.

---

**From:** Patel, Raju
**Sent:** Thursday, March 08, 2007 10:31 AM
**To:** Casavechia, Richard; Brown, Kate a; Lindvall, Jon; Pegler, William; Ballou, Michael; Roan, Charles W; Petrik, Daniel; Brown, Michael Ashby; Ellis, Geoffrey E; Lawal, Lekan J; Mills, Jeff; Patterson, Kyle
**Cc:** Hagel, Charles W; Richards, Martin
**Subject:** Project Bear Update

I had conversation with Nils Larsen at Equity Group this morning.

- First, our quick response was viewed very favorably by EGI.

- As a result, EGI is seeking to integrate us into the "process" with Citi, ML, and JPM.

- That said, the decision to get us into the process will also be very much influenced by the Tribune

3/21/2007

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    BOA-TRB-0002819

management team.

Nils also provided the following changes resulting from EGI/Tribune desire to get ESOP trustee approval, minimize FCC concern about a change of control, and speed up the FCC/SEC review (avoid long-form approval):

- Sub-committee of the Board meets this Saturday to further review EGI's proposal.

- The next official Board meeting is Saturday, March 17th. EGI and Tribune are working to have a merger agreement and final structure including committed financing by March 17th.

- The transaction has evolved into a two-step process:

    o Upon signing of the merger agreement, Tribune will refinance all current bank debt, undertake a tender offer at $33.0/share for roughly 60% of the total incremental debt of the transaction ($10.6BN) or buy back about 190 million of the total 240 million in outstanding shares; and, EGI and the ESOP will each buy $250MM of stock (and covenant not to tender their shares).
    o Upon shareholder approval and closing of the deal, EGI will redeem its $250MM equity investment and put in $225MM of convertible PIK subordinated debt (to manage FCC review concern that there is a change of control instead of an employee buyout).
    o The changes will also allow for a short-form review, filing of prospectus, shareholder vote, and final transaction closing of to get completed by September 30th.

- Tribune is preparing for rating agency review of the proposed transaction next week. However, ratings will likely not be available until after the March 17th Board meeting.
- EGI and the underwriters recognize that B- / B3 ratings will result in a flex and significant change in structure (much higher HY mix, higher fees, and pricing).
- EGI and the underwriters are also concerned about the perception of "no new equity" leveraged buyout.

Next Steps:
- Await decision to get us integrated into the process.
- Continue data room/credit due diligence with goal of possibly underwriting 25% of the transaction by March 17th.

3/21/2007

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002820