| PROJECT BEAR – CONFIDENTIAL | | | LEVERAGED FINANCE SCREENING MEMO – UPDATE | |
|---|---|---|---|---|
| DATE: | March 25, 2007 | Meeting: March 26, 2007<br>Time: 11:00 AM ET | Dial-in: 866.657.9738 / Intl: 609.454.9903<br>Passcode: 140.6047 | |
| TO: | LFC Screening Committee | | | |
| FROM: LFG: | Geoff Ellis | Hutch Pegler | Lekan Lawal | Chuck Roan | |
| TMT/GIG: | Kate Brown | Raju Patel | Michael Ballou | Todd Holder | Michael Brown |
| CC: | Screening Committee CC List | | Daniel Petrik | Richard Casavechia | Jeff Mills |
| | Kyle Patterson | Bob Weiss | Andrew C Karp | Control Room | |
| RE: | **Financing for potential LBO of Tribune Company** | | | | |
| BORROWER: | Tribune Company ("Tribune" or the "Company"). | | | | |
| COMPANY DESCRIPTION: | Tribune (NYSE: TRB; Market Cap: $7.4BN; Enterprise Value: $12.6BN) is a leading media company with operations in the US. The Company has two segments: Publishing and Broadcasting & Entertainment. | | | | |
| SPONSOR: | Equity Group Investments, representing Sam Zell's personal investment ("EGI" or the "Sponsor"). | | | | |

SITUATION UPDATE:
- The deal team would like to update the screening committee on developments since the initial screening of this situation (the "ESOP Plan") on March 7th. Please see the original screening memo dated March 6th for a thorough situation review.
- On March 9th, EGI informed BAS that negotiations between Tribune and the Sponsor had stalled.
- On March 20th EGI informed the deal team that Tribune had reversed its earlier decision and approached the Sponsor to continue discussion of the ESOP leveraged buy-out plan.
- EGI believes the self-help plan which the Company's financial advisors recommended to the board of Tribune has fallen out of favor. EGI informed BAS that Tribune is concerned about leverage on Tribune's publishing business after spinning off the broadcasting business, per the self-help plan.
- EGI and the Company presented the ESOP Plan to the rating agencies on Thursday, March 22nd with the objective of obtaining indicative/shadow ratings for the proposed debt structure under the ESOP Plan. EGI and Tribune plan to guide Ratings Agencies to corporate ratings of B2/B. A copy of the presentation was provided to BAS on Friday, March 23rd.
- Rating agencies are expected to provide ratings by Thursday, March 29th.
- Since the initial screen, the ESOP Plan has evolved into a two-step process outlined more fully below.
    - The two-step process contemplates: (i) initial return of capital to shareholders and (ii) consummation of merger, and is designed to achieve the following objectives:
        1. Faster return to shareholders (the Company is seeking to provide returns to shareholders by May 28th)
        2. Containment of SEC review concern that the transaction constitutes a change of control event instead of an employee buyout, as well as a shortened SEC merger review process
        3. In addition, planned structure to avoid change of control purposes of FCC license transfer, but merger is conditioned upon obtaining FCC order
- EGI has verbally committed to award left books to JPM on the bank financing and left books to Merrill Lynch on the bridge/bonds. JPM and Merrill will each underwrite one-third of the total financing package. The Sponsor would prefer not to engage Citigroup, which is currently part of the underwriting group, to take part in the financing as EGI has historically not had a relationship with Citi. However, Merrill and Citi are the Company's financial advisors and have provided stapled financing. Citi, historically, has had a close relationship with Tribune.
- The deal team has been informed that Merrill continues to be very supportive of the transaction and that JPM is now seeking to underwrite 50% of the deal.
- Given BAS' historical relationships with both Tribune and the Sponsor, EGI is inviting BAS to participate in underwriting one-third of the financing for one-third of the economics (right).
- Due diligence to date has included preliminary review of EGI-prepared financial model, SEC filings and other public documents as well as review of existing senior note indentures. The deal team is currently reviewing documents in the data room for the transaction.

TRIBUNE EQUITY:
Last Close (3/23/07) $30.53 (NYSE: TRB)
52 wk High $34.28
52 wk Low $27.09
Market Cap: $7.4 billion
Fully Diluted Shares Outstanding 243.3 million
Enterprise Value (3/23/07): $12.5 billion
EV Multiple of 2007E EBITDA 9.3x

Note: EBITDA multiple reflects Sponsor estimates for 2007 (not pro forma for anticipated cost savings) and EV includes the value of unconsolidated assets

**PROJECT BEAR – CONFIDENTIAL**                                    **LEVERAGED FINANCE SCREENING MEMO – UPDATE**

**REQUEST:**
- The Sponsor has requested the following:
  - Verbal commitment by Wednesday, March 28th, ahead of the ratings outcome.
  - Rough idea of our terms (no term sheets or commitment papers are required nor have been provided at this time).
  - Read on pricing and underwriting fees.
  - Creativity in structure (ex. addressing split-ratings outcome of B-/B2 (corporate ratings)).
- Subject to business and financing/structure due diligence, the deal team is seeking approval to pursue a partial (1/3) underwriting of the following financing structure (no commitment documents have been executed yet, but the deal team believes that the final commitment documents will be driven by JPM):
- **Step One**
  - $8,025 Senior Secured Credit Facilities (4.9x Senior Secured / 4.9x Guaranteed / 6.0x Senior / 6.6x Total Leverage based on LTM 03/31/07 EBITDA)
    - $750 million Revolving Credit Facility
    - $7,015 million Term Loan B
    - $260 million Delayed Draw Term Loan B

- **Step Two (Financing Committed at Step One)**
  - $4,226 million Financing Commitment (5.7x Senior Secured / 7.2x Guaranteed / 8.3x Senior / 8.9x Total / 8.1x Total Adjusted Leverage based on 2007E EBITDA).
    - $2,126 million Incremental Term Loan B
    - $2,100 million Senior Subordinated Bridge / High Yield Notes

**TRANSACTION OVERVIEW:**
- Zell LLC ("Zell" or "EGI") and newly formed Tribune ESOP will take Tribune private through a two-step transaction.
- Participating shareholders will receive $33.00 per share in initial distribution.
- The transaction will result in a reduction in annual cash costs of approximately $80 million due to ESOP structure and cost reductions.
- There will be no corporate level taxes due to S-Corp election, this will create over $1 billion of cash savings (10 year present value of cash tax savings using 7.5% cost of capital).
- The transaction is expected to result in $600 million of net proceeds from sale of Cubs and Comcast SportsNet.
- Following the transaction the Company will have a nine-member board with a majority consisting of independent directors and Sam Zell as Chairman.

**Step One: Initial Return of Capital**
- Zell, the ESOP, McCormick Foundation and Chandler Trusts will execute a merger agreement (the "Merger Agreement").
- Zell will purchase newly issued common stock and an exchangeable note for $225 million in cash.
- The ESOP will purchase newly issued common stock in exchange for a $250 million note to Tribune ("ESOP Loan").
  - Employees will give up $60 million in annual 401(k) matching for future years that will go into paying the loan.
- Tribune will raise ~$7.0 billion of bank debt (~$4.2 billion will be used to repurchase shares (approximately 53% of shares outstanding will be repurchased on Day 1), Zell and the ESOP will not participate; $2.8 billion will be used to pay down existing bank debt)



**PROJECT BEAR – CONFIDENTIAL**   **LEVERAGED FINANCE SCREENING MEMO – UPDATE**

- The sources and uses and pro forma capitalization tables for Step One of the Transaction are shown below:

**Sources & Uses**
($ millions)

| Sources of Funds | Amount | Uses of Funds | Amount |
|---|---|---|---|
| New Revolver - $750 0 | $0 | Share Repurchase | $4,241 |
| New Term Loan B | 7,015 | Refinancing Existing Debt | 2,837 |
| New Delayed Draw Term Loan B - $260 0 | 0 | Roll Existing Debt [1] | 1,521 |
| Roll Existing Debt [1] | 1,521 | Roll PHONES | 900 |
| Roll PHONES | 900 | Financing Fees | 138 |
| Zell Investment | 225 | Transaction Fees | 24 |
| **Total Sources** | **$9,661** | **Total Uses** | **$9,661** |

[1] Includes $263 million of Medium Term Notes due 2007 to 2008 which are contemplated to funded with the New Delayed Draw Term Loan

| Pro Forma Capitalization: Step 1 ($ millions) | (A) Actual 12/31/06 | + | (B) Q1 Adjustments | = | (C) Projected 3/31/07 | + | (D) Recap Adjustments | = | (E) Pro Forma 3/31/07 | Pro Forma LTM Leverage 3/31/07 |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | $175 | | $10 | | $185 | | -- | | $185 | |
| New Revolver - $750 0 | 0 | | -- | | 0 | | -- | | 0 | |
| New Term Loan B | 0 | | -- | | 0 | | 7,015 | | 7,015 | |
|   1st Priority Guaranteed Debt | $0 | | | | $0 | | | | $7,015 | 4.92x |
| New Senior Notes | 0 | | -- | | 0 | | -- | | 0 | |
|   Guaranteed Debt | $0 | | | | $0 | | | | $7,015 | 4.92x |
| Commercial Paper | 97 | | -- | | 97 | | (97) | | 0 | |
| Term Loan A | 1,500 | | -- | | 1,500 | | (1,500) | | 0 | |
| Bridge Loan | 1,310 | | (70) [1] | | 1,240 | | (1,240) | | 0 | |
| Medium Term Notes | 263 | | -- | | 263 | | 0 | | 263 | |
| Existing Notes | 1,165 | | 0 | | 1,165 | | -- | | 1,165 | |
| Capitalized Real Estate Obligation | 56 | | (5) | | 51 | | -- | | 51 | |
| Swaps and Other Obligations | 41 | | 0 | | 41 | | -- | | 41 | |
|   Senior Debt | $4,432 | | | | $4,358 | | | | $8,536 | 5.99x |
| PHONES | 900 | | -- | | 900 | | -- | | 900 | |
|   Total Debt | $5,332 | | | | $5,258 | | | | $9,436 | 6.62x |
| LTM PF Adj. EBITDA [2] | $1,437 | | | | $1,425 | | | | $1,425 | |

(1) Assumes Q1 cash flows / excess cash are used toward pay down of existing bridge loan
(2) LTM reflects 2006 53 week results

### Step Two: Consummation of Merger

- Tribune receives shareholder and other necessary approvals.
- The Company then issues/funds additional $4.2 billion of debt.
- ... purchases a subordinated note and a warrant for $225 million.
- The remaining public shareholders are paid $33.00 per share plus 5% annual accretion and the merger closes.
- Following consummation of the merger, Tribune will sell the Cubs and Comcast Sports and also make S-Corp election for 2008.
- The sources and uses and pro forma capitalization tables for step two of the Transaction are shown below:



**Sources & Uses**
($ millions)

| Sources of Funds | Amount | Uses of Funds | Amount |
|---|---|---|---|
| Roll Term Loan B | $6,699 | Purchase Equity | $4,194 |
| New Incremental Term Loan B | 2,126 | Roll New Term Loan B | 6,699 |
| New Senior Notes | 2,100 | Roll Existing Notes | 1,507 |
| Roll Existing Notes | 1,507 | Roll PHONES | 900 |
| Roll PHONES | 900 | Financing and Other Fees | 108 |
| Option Proceeds | 217 | Change of Control Distrib | 141 |
| **Total Sources** | **$13,549** | **Total Uses** | **$13,549** |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0006486

Note: While the Capitalization chart below takes into account the present value of tax savings of $1.07 billion from S-Corp Election, it does not include the present value of the elimination of Company 401K cash contributions of $412 million and elimination of public company costs of $137 million.

| Pro Forma Capitalization: Step 2 ($ millions) | (A) Pro Forma 3/31/07 | (C) Projected 12/31/07 | + | (D) Acquisition Adjustments | = | (E) Pro Forma 12/31/07 | + | (D) Sale of Cubs / Comcast | = | (E) Pro Forma 12/31/07 | Pro Forma LTM Leverage 12/31/07 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | $185 | $175 | | -- | | $175 | | -- | | $175 | |
| New Revolver - $750 0 | 0 | 0 | | -- | | 0 | | -- | | 0 | |
| New Term Loan B | 7,015 | 6,699 [1] | | 2,126 | | 8,826 | | (602) | | 8,224 | |
| 1st Priority Guaranteed Debt | $7,015 | $6,699 | | | | $8,826 | | | | $8,224 | 5.73x |
| New Senior Notes | 0 | 0 | | 2,100 | | 2,100 | | -- | | 2,100 | |
| Guaranteed Debt | $7,015 | $6,699 | | $4,226 | | $10,926 | | | | $10,324 | 7.20x |
| Commercial Paper | 0 | 0 | | -- | | 0 | | -- | | 0 | |
| Term Loan A | 0 | 0 | | -- | | 0 | | -- | | 0 | |
| Bridge Loan | 0 | 0 | | -- | | 0 | | -- | | 0 | |
| Medium Term Notes | 263 | 263 | | -- | | 263 | | -- | | 263 | |
| Existing Notes | 1,165 | 1,165 | | -- | | 1,165 | | -- | | 1,165 | |
| Capitalized Real Estate Obligation | 51 | 36 | | -- | | 36 | | -- | | 36 | |
| Swaps and Other Obligations | 41 | 43 | | -- | | 43 | | -- | | 43 | |
| Senior Debt | $8,536 | $8,207 | | | | $12,433 | | | | $11,831 | 8.25x |
| PHONES | 900 | 900 | | -- | | 900 | | -- | | 900 | |
| Total Debt | $9,436 | $9,107 | | | | $13,333 | | | | $12,731 | 8.88x |
| Less PV of Tax Savings [2] | 0 | 0 | | (1,071) | | (1,071) | | -- | | (1,071) | |
| Total Adjusted Debt | $9,436 | $9,107 | | $3,155 | | $12,262 | | | | $11,660 | 8.13x |
| LTM PF Adj. EBITDA | $1,425 | $1,389 | | | | $1,469 [3] | | | | $1,434 [3] | |

(1) Assumes $306 million Q2-Q4 cash flows and excess cash are used toward paydown of the Term Loan B
(2) Calculated as the 10-year Present Value of Tax Savings from S-Corp election discounted at a average cost of capital of 7 5%
(3) Pro Forma for $80 million of incremental cash cost savings

**STRUCTURAL COST BENEFITS:**

($ in millions)

| Annual Cash Cost Reductions | |
|---|---|
| Item | Annual Amount ($ mm) |
| Elimination of Company 401(k) Cash Contributions | $60 |
| Public Company Cost Reductions / Other | 20 |
| Total | $80 |

| Present Value of Savings | | |
|---|---|---|
| | 5 Year | 10 Year |
| Present Value of Tax Savings From S Corp Election [1] | $445 | $1,071 |
| Present Value of the Elimination of Company 401(k) Cash Contributions [1] | 243 | 412 |
| Present Value of Public Company Cost Reductions / Other [1] | 81 | 137 |
| Total Present Value of Savings | $769 | $1,620 |

(1) Discounted at a weighted average cost of capital of 7 5%

**COST MANAGEMENT:**

| Date | Plan | Results |
|---|---|---|
| • 2005-2006 | • $190 million of planned cost reductions | • $190 million achieved<br>– $100 million of compensation / benefits savings<br>– 1,000 fewer FTEs<br>– $35 million from a 7% decrease in newsprint consumption<br>– $55 million from other cash savings |
| • May 2006 – 2008 | • $200 million of planned cost reductions to be realized over two years | • $150 million planned for 2007<br>• $5 million in Broadcasting<br>  – Outsourcing news operations in select markets<br>• $145 million in Publishing<br>  – $55 million in compensation / benefits savings<br>    • 500 fewer FTEs<br>    • Outsourcing initiatives for call centers, customer accounting and technology support<br>  – $15 million from a 4% decrease in newsprint consumption<br>  – $75 million from other cash expense savings<br>• Remaining $50 million to occur in 2008 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                 BOA-TRB-0006487

| PROJECT BEAR – CONFIDENTIAL | LEVERAGED FINANCE SCREENING MEMO – UPDATE |

**TIMING:**
- March 20th: EGI informs BAS that Tribune is again interested in pursuing the ESOP Plan
- March 22nd: EGI and Tribune met with rating agencies
- March 23rd: BAS receives updated structure details, financial projections and rating agency materials
- Week of March 26: BAS due diligence session
- March 28th: Deliver verbal commitment to EGI, subject to satisfactory completion of diligence
- March 29th: Receipt of ratings from the agencies
- March 30th: Tribune board meeting to approve transaction
- **Early April:**
  - Board approval / execution of Merger and ESOP Agreements
  - Announcement of Transaction
  - Establishment of ESOP
  - Launch Step One of Transaction financing / debt syndication and bank meeting
  - Launch tender offer for shares
  - Filing for DOJ / FCC approval
- **May:**
  - Filing of Merger Proxy with SEC
  - Closing of Step One of debt syndication
  - Closing of tender offer and funding of initial share repurchase
- **August:** Shareholder vote
- **November:**
  - Launching of Step Two of Transaction financing / debt syndication
  - Receipt FCC approval (condition to merger closing)
- **December:**
  - Closing and funding of Step Two Financing
  - Redemption of remaining public shares outstanding
  - Closing of merger

**OUTSTANDING ITEMS:**
- Business and legal due diligence
- Financing structure due diligence
  - Assuming the PHONES debt
  - Priming the existing senior unsecured notes
  - ESOP financing structure
- Access to engagement letter, debt commitment papers, term sheets and fee letter

**ADVISORS:**
- Equity: EGI
- Company Legal Counsel: Jenner & Block
- Accounting: KPMG Transaction Services
- ESOP/Tax: Arnold & Porter
- Underwriters' Counsel: Cahill Gordon

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0006488