**PROJECT BEAR – CONFIDENTIAL**  **LEVERAGED FINANCE SCREENING MEMO – UPDATE**

## FINANCIAL SUMMARY – SPONSOR CASE

Financial projections based on model provided by EGI.

**Key Assumptions**
- Purchase price of $13.1 billion (9.7x 2007E EBITDA)
  - $1.5 billion of Notes are primed and $903 million of PHONES remain outstanding
  - $80 million of annual cost savings
- Corp / Issuer Ratings: B2 / B
- Sale of assets (the Cubs and Tribune's stakes in Comcast SportsNet for net after tax total proceeds of $600 million in 2007 (with net proceeds used to repay a portion of the Term Loan B).
- The Company converts to an S-Corp and pays no corporate level taxes
  - Tribune will not be required to make cash distributions to EGI to cover tax obligations on its allocated portion of Tribune's pretax income
- The ESOP will not be required to pay taxes on its allocated portion of Tribune's pretax income
- *Please note that there are certain modest discrepancies between the model provided by the Sponsor and projections presented to the ratings agencies. The deal team is working to resolve the discrepancies*

| Summary Financial Data ($ in millions) | Historical 12/31/04 | Historical 12/31/05 | Historical 12/31/06 | Pro Forma 12/31/07 | Projected 12/31/08 | Projected 12/31/09 | Projected 12/31/10 | Projected 12/31/11 | Projected 12/31/12 | Projected 12/31/13 | Projected 12/31/14 | Projected 12/31/15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Publishing | $4,130 | $4,097 | $4,025 | $3,946 | $3,929 | $3,881 | $3,851 | $3,834 | $3,831 | $3,836 | $3,850 | $3,879 |
| Broadcasting & Entertainment | 1,596 | 1,414 | 1,408 | 1,401 | 1,480 | 1,487 | 1,531 | 1,537 | 1,568 | 1,599 | 1,631 | 1,664 |
| Elimination of SCNI Revenue | 0 | 0 | 0 | 0 | (39) | (39) | (39) | (39) | (39) | (39) | (39) | (39) |
| Elimination of Cubs Revenue | 0 | 0 | 0 | 0 | (203) | (206) | (209) | (209) | (209) | (209) | (209) | (209) |
| **Total Sales** | $5,726 | $5,511 | $5,433 | $5,347 | $5,167 | $5,122 | $5,134 | $5,123 | $5,151 | $5,187 | $5,233 | $5,294 |
| *Publishing Revenue Growth* | -- | (0.8%) | (1.8%) | (2.0%) | (0.4%) | (1.2%) | (0.8%) | (0.4%) | (0.1%) | 0.1% | 0.4% | 0.7% |
| *Broadcasting Revenue Growth* | -- | (11.4%) | (0.4%) | (0.5%) | 5.7% | 0.4% | 3.0% | 0.4% | 2.0% | 2.0% | 2.0% | 2.0% |
| *Total Revenue Growth* | 2.3% | (3.8%) | (1.4%) | (1.6%) | (3.4%) | -0.9% | 0.2% | -0.2% | 0.5% | 0.7% | 0.9% | 1.2% |
| Publishing - OCF | 1,036 | 986 | 931 | 929 | 878 | 830 | 810 | 812 | 818 | 818 | 826 | 835 |
| Broadcasting - OCF | 544 | 466 | 438 | 405 | 468 | 484 | 501 | 489 | 499 | 509 | 519 | 529 |
| Corporate Expenses | (52) | (50) | (61) | (49) | (65) | (66) | (69) | (71) | (72) | (74) | (75) | (77) |
| Equity In Income | 18 | 41 | 75 | 69 | 84 | 117 | 145 | 152 | 160 | 167 | 176 | 185 |
| Elimination of Stock-based Comp | 0 | 0 | 0 | 0 | 51 | 52 | 57 | 61 | 61 | 61 | 61 | 61 |
| Annual Cash Savings [1] | 0 | 0 | 0 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 |
| Elimination of SCNI EBITDA | 0 | 0 | 0 | 0 | (7) | (7) | (7) | (7) | (7) | (7) | (7) | (7) |
| Elimination of Cubs EBITDA | 0 | 0 | 0 | 0 | (24) | (25) | (25) | (25) | (25) | (25) | (25) | (25) |
| Non-cash Pension Expense | 0 | 0 | 0 | 0 | (8) | (18) | (28) | (28) | (28) | (28) | (28) | (28) |
| **Total EBITDA** | $1,546 | $1,443 | $1,383 | $1,434 | $1,456 | $1,446 | $1,464 | $1,463 | $1,484 | $1,501 | $1,526 | $1,552 |
| *Publishing EBITDA Margin* | 25.1% | 24.1% | 23.1% | 23.5% | 22.3% | 21.4% | 21.0% | 21.2% | 21.3% | 21.3% | 21.4% | 21.5% |
| *Broadcasting EBITDA Margin* | 34.1% | 33.0% | 31.1% | 28.9% | 31.6% | 32.5% | 32.7% | 31.8% | 31.8% | 31.8% | 31.8% | 31.8% |
| *EBITDA Margin* | 27.0% | 26.2% | 25.5% | 26.8% | 28.2% | 28.2% | 28.5% | 28.6% | 28.8% | 28.9% | 29.2% | 29.3% |
| Total Capital Expenditures | 217 | 206 | 217 | 175 | 172 | 127 | 125 | 125 | 127 | 129 | 132 | 134 |
| Net Interest Expense | | | | 890 | 874 | 842 | 821 | 791 | 755 | 714 | 673 | 631 |
| *Adjusted EBITDA* | | | | | 1,456 | 1,446 | 1,464 | 1,463 | 1,484 | 1,501 | 1,526 | 1,552 |
| *Non-Cash Pension Expense* | | | | | 8 | 18 | 28 | 28 | 28 | 28 | 28 | 28 |
| *Net Cash Interest Expense* | | | | | (874) | (842) | (821) | (791) | (755) | (714) | (673) | (631) |
| *Cash Taxes* | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Change in Other Assets / Liabilities* | | | | | (32) | (81) | (74) | (37) | (36) | (36) | (35) | (34) |
| *Working Capital Sources (Uses)* | | | | | (28) | 5 | 0 | 1 | (2) | (1) | (2) | (2) |
| *Total Capital Expenditures* | | | | | (172) | (127) | (125) | (125) | (126) | (127) | (128) | (129) |
| *Acquisitions and Investments* | | | | | (164) | (25) | (25) | (25) | (25) | (25) | (25) | (25) |
| *Proceeds From General Asset Sales* | | | | | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Change in Cash Balance* | | | | | 65 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *ESOP Redemptions* | | | | | 0 | (0) | (0) | (2) | (4) | (8) | (14) | (22) |
| **Cash Flow Available to Retire Debt** | | | | | 272 | 395 | 447 | 513 | 565 | 619 | 677 | 736 |
| *Mandatory Debt Payments* | | | | | (381) | (82) | (531) | (82) | (82) | (162) | (82) | (411) |
| *Cash Flow Available after Mandatory Debt Payments* | | | | | (44) | 312 | (84) | 431 | 483 | 456 | 595 | 325 |
| *Cumulative Cash Flows Available* | | | | | (44) | 268 | 184 | 615 | 1,098 | 1,554 | 2,149 | 2,474 |
| Cash | | | | $175 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 |
| Total Senior Secured Debt [2] | | | | 8,224 | 8,251 | 7,856 | 7,858 | 7,345 | 6,780 | 6,241 | 5,564 | 5,157 |
| New Fixed Rate High Yield Notes due 2017 | | | | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 |
| **Total Guaranteed Debt** | | | | 10,324 | 10,351 | 9,956 | 9,958 | 9,445 | 8,880 | 8,341 | 7,664 | 7,257 |
| Primed Debt | | | | 1,508 | 1,209 | 1,209 | 760 | 760 | 760 | 680 | 680 | 351 |
| **Senior Debt** | | | | 11,832 | 11,560 | 11,165 | 10,718 | 10,205 | 9,640 | 9,021 | 8,344 | 7,608 |
| PHONEs [4] | | | | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 |
| **Total Debt** | | | | $12,732 | $12,460 | $12,065 | $11,618 | $11,105 | $10,540 | $9,921 | $9,244 | $8,508 |
| Intra-Company ESOP Loan | | | | -- | 250 | 248 | 245 | 243 | 240 | 237 | 234 | 230 |
| *Total Interest & Principal* | | | | -- | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 |
| **Credit Ratios** | | | | | | | | | | | | |
| Senior Secured Leverage | | | | 5.73x | 5.67x | 5.43x | 5.37x | 5.02x | 4.57x | 4.16x | 3.65x | 3.32x |
| Guaranteed Leverage | | | | 7.20x | 7.11x | 6.88x | 6.80x | 6.46x | 5.98x | 5.56x | 5.02x | 4.67x |
| Senior Leverage | | | | 8.25x | 7.94x | 7.72x | 7.32x | 6.98x | 6.49x | 6.01x | 5.47x | 4.90x |
| Total Leverage | | | | 8.88x | 8.56x | 8.34x | 7.94x | 7.59x | 7.10x | 6.61x | 6.06x | 5.48x |
| Interest Coverage | | | | 1.61x | 1.67x | 1.72x | 1.78x | 1.85x | 1.97x | 2.10x | 2.27x | 2.46x |

(1) $80 million cost savings is reflected in the publishing and broadcasting and entertainment EBITDA for periods beginning in 2008
(2) Assumes 100% excess cash flow recapture
(3) Fixed Charge Coverage = (EBITDA - Capital Expenditures) / (Interest + Debt Amortization)
(4) Assumes that PHONEs does not amortize

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0006489

**PROJECT BEAR – CONFIDENTIAL**  **LEVERAGED FINANCE SCREENING MEMO – UPDATE**

### APPENDIX A1: SUMMARY OF TERMS FOR SENIOR CREDIT FACILITIES (STEP ONE)

| | |
|---|---|
| **Borrower:** | Tribune Company |
| **Credit Facilities:** | • $750.0 million Revolving Credit Facility (the "Revolver" and together with the Term Loan B and the Delayed Draw Term Loan B the "First Lien Credit Facilities" or the "First Priority Guaranteed Debt") <br> • $7,015 million Term Loan B (the "Term Loan B") <br> • $260 million Delayed Draw Term Loan B (the "Delayed Draw Term Loan B") |
| **Maturity:** | • Revolver: 6 years <br> • Term Loan B: 7 years <br> • Delayed Draw Term Loan B: 7 years |
| **Incremental Facility:** | • $2,130 million (see following page) |
| **Amortization:** | • Revolver: None <br> • Term Loan B: 1% per year (paid in equal quarterly installments), bullet at maturity <br> • Delayed Draw Term Loan B: 1% per year (paid in equal quarterly installments), bullet at maturity |
| **Optional Redemption:** | Anytime at par |
| **Pricing:** | • Revolver: L + [250] bps <br> • Term Loan B: L + [225 - 250] bps <br> • Delayed Draw Term Loan B: L + [225 - 250] bps <br> Note: Zell provided model assumes L+200 for all facilities |
| **Commitment Fee:** | • Revolver: [50] bps on the unused portion <br> • Delayed Draw Term Loan B: [75] bps (undrawn) <br> • [Incremental Facility: [75] bps (undrawn)] |
| **Guarantees:** | All domestic subsidiaries of the Borrower |
| **Security:** | Stock of subsidiaries |
| **Financial Covenants:** | • Maximum total guaranteed debt leverage ratio <br> • Minimum interest coverage ratio <br> Note: Covenants set to accommodate Zell transaction (two sets of covenant levels) |
| **Flex:** | • [50 bps if B2/B or better corporate ratings, 100 bps otherwise] <br> • [structure flex TBD] |
| **Underwriting Fee:** | [1.75]% on total amount of the First Priority Guaranteed Debt |
| **Other Covenants / Conditions:** | • Carve-out in Credit Agreement to accommodate Zell and ESOP as owners without change of control <br> • Up to 12 months post-closing to consummate Zell transaction <br> • Ability to incur up to $4,250 million of bonds less the amount of the incremental in connection with Zell transaction only <br> • No changes to ESOP structure adverse to lenders <br> • Board approval of S-Corp election |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   BOA-TRB-0006490

**PROJECT BEAR – CONFIDENTIAL**                       **LEVERAGED FINANCE SCREENING MEMO – UPDATE**

### APPENDIX A2: SUMMARY OF TERMS FOR INCREMENTAL SENIOR CREDIT FACILITY (STEP TWO)

| | |
|---|---|
| Borrower: | Tribune Company |
| Credit Facility: | $2,126 million Term Loan B (the "Term Loan B") |
| Maturity: | 7 years |
| Amortization: | 1% per year (paid in equal quarterly installments), bullet at maturity |
| Optional Redemption: | Anytime at par |
| Pricing: | L + [225 - 250] bps |
| [Commitment Fee:] | [Incremental Facility: [75] bps (undrawn)] |
| Guarantees: | All domestic subsidiaries of the Borrower |
| Security: | Stock of subsidiaries |
| Financial Covenants: | • Maximum total guaranteed debt leverage ratio<br>• Minimum interest coverage ratio |
| Flex Provisions: | • [50 bps if B2/B or better corporate ratings, 100 bps otherwise]<br>• [Structure flex TBD] |
| Underwriting Fee: | [1.75]% on total amount of the Term Loan B |

### APPENDIX A3: SUMMARY OF TERMS FOR SENIOR INTERIM FACILITY (STEP TWO)

| | |
|---|---|
| Borrower: | Tribune Company |
| Credit Facility: | $2,100 million Senior Interim Loan (the "Interim Loan") |
| Maturity: | 1-year / 7-year exchange Notes |
| Pricing: | L + [500] bps for first six months, increasing by [50] bps quarterly thereafter to cap |
| Guarantees: | Senior Subordinated |
| Security: | None |
| Covenants: | Usual and customary for transactions of this type |
| Interest Rate Cap: | [12.00%] |
| Securities Demand Cap: | [12.00%] |
| Commitment Fee: | [75] bps |
| Take-down / Funding Fee: | [125] bps |
| Roll-over / Conversion Fee: | [275] bps |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                       BOA-TRB-0006491

**PROJECT BEAR – CONFIDENTIAL**  **LEVERAGED FINANCE SCREENING MEMO – UPDATE**

## APPENDIX B: IMPLIED PUBLISHING MULTIPLE

($ in billions)

### IMPLIED PUBLISHING MULTIPLE ASSUMING 8.0x TV MULTIPLE

|  | Enterprise Value[a] | Broadcasting[b] | After Tax Cubs | After Tax Unconsolidated Assets[c] | Cost Savings | PV of Tax Savings | Implied Publishing[d] |
|---|---|---|---|---|---|---|---|
| 2007E EBITDA | $1.3 | $0.4 | NA | NA | $0.1 | NA | $0.9 |
| Multiple | Implied 10.2x | 8.0x | NA | NA | 7.0x | NA | Implied 7.1x |
| Value | $13.1 | $3.2 | $0.6 | $1.4 | $0.6 | $1.1 | $6.3 |

(a) Pre-cost savings
(b) 2007E EBITDA at depressed level due to non-political year and continued CW turnaround
(c) Based on Wall Street Research
(d) Assumes all corporate expenses applied to publishing business

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  BOA-TRB-0006492

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0006493

**PROJECT BEAR – CONFIDENTIAL**  **LEVERAGED FINANCE SCREENING MEMO – UPDATE ADDENDUM**

## COMMITMENT CONDITIONS / DUE DILIGENCE ACTION PLAN

BAS Commitment will be subject to:
1. BAS obtaining Joint Book Runner Title on all debt tranches
2. Satisfactory due diligence in key areas including, but not limited to, those outlined below:
   - Review of updated strategic operating plan
     - Drivers underlying sponsor forecasts
     - Anticipated changes to key management personnel
     - Transaction structure impact on cross-ownership limitations
   - Review of 3rd party diligence reports
     - Accounting diligence being prepared by KPMG
     - Legal diligence being prepared by Jenner & Block
   - Review of Tax, ESOP structure and ERISA requirements with outside advisors
     - Comfort with deferred taxes no longer being liabilities of the company as a result the transaction
   - Understanding of potential litigation related to dissident shareholders or investors.
   - Verification of timing of planned asset sales
   - Assessment of ability to divest unconsolidated assets in the event of financial distress
   - Affirmation of buyer's counsel support of bond priming structure
   - Confirmation of sponsor's plan/rights in the event step 2 is not executed
   - Refining views of downside scenario

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0006494

**PROJECT BEAR – CONFIDENTIAL**  **LEVERAGED FINANCE SCREENING MEMO – UPDATE ADDENDUM**

## FINANCIAL SUMMARY – SPONSOR CASE

Financial projections based on model provided by EGI.

### Key Assumptions

- Purchase price of $13.1 billion (9.7x 2007E EBITDA)
  - $1.5 billion of Notes are primed and $903 million of PHONES remain outstanding
  - $80 million of annual cost savings from ESOP structure and public company cost eliminations
- Corp / Issuer Ratings: B2 / B
- Sale of assets (the Cubs and Tribune's stakes in Comcast SportsNet for net after tax total proceeds of $600 million in 2007 (with net proceeds used to repay a portion of the Term Loan B)
- The Company converts to an S-Corp and pays no corporate level taxes
  - Tribune will not be required to make cash distributions to EGI to cover tax obligations on its allocated portion of Tribune's pretax income
- The ESOP will not be required to pay taxes on its allocated portion of Tribune's pretax income
- *Please note that there are certain modest discrepancies between the model provided by the Sponsor and projections presented to the ratings agencies. The deal team is working to resolve the discrepancies*

| Summary Financial Data ($ in millions) | Historical 12/31/04 | Historical 12/31/05 | Historical 12/31/06 | Pro Forma 12/31/07 | Projected 12/31/08 | Projected 12/31/09 | Projected 12/31/10 | Projected 12/31/11 | Projected 12/31/12 | Projected 12/31/13 | Projected 12/31/14 | Projected 12/31/15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Publishing | $4,130 | $4,097 | $4,025 | $3,946 | $3,929 | $3,881 | $3,851 | $3,834 | $3,831 | $3,836 | $3,850 | $3,879 |
| Broadcasting & Entertainment | 1,502 | 1,414 | 1,408 | 1,434 | 1,480 | 1,487 | 1,531 | 1,537 | 1,568 | 1,599 | 1,631 | 1,664 |
| Elimination of SCNI Revenue | 0 | 0 | 0 | 0 | (39) | (39) | (39) | (39) | (39) | (39) | (39) | (39) |
| Elimination of Cubs Revenue | 0 | 0 | 0 | 0 | (203) | (206) | (209) | (209) | (209) | (209) | (209) | (209) |
| **Total Sales** | **$5,632** | **$5,511** | **$5,433** | **$5,380** | **$5,167** | **$5,122** | **$5,134** | **$5,123** | **$5,151** | **$5,187** | **$5,233** | **$5,294** |
| Publishing Revenue Growth | -- | (0.8%) | (1.8%) | (2.0%) | (0.4%) | (1.2%) | (0.8%) | (0.4%) | (0.1%) | 0.1% | 0.4% | 0.7% |
| Broadcasting Revenue Growth | -- | (5.9%) | (0.4%) | 1.8% | 3.2% | 0.4% | 3.0% | 0.4% | 2.0% | 2.0% | 2.0% | 2.0% |
| Total Revenue Growth | 0.7% | (2.1%) | (1.4%) | (1.0%) | (4.0%) | -0.9% | 0.2% | -0.2% | 0.5% | 0.7% | 0.9% | 1.2% |
| Publishing - OCF | 1,036 | 986 | 947 | 929 | 878 | 830 | 810 | 812 | 818 | 818 | 826 | 835 |
| Broadcasting - OCF | 563 | 466 | 443 | 405 | 468 | 484 | 501 | 489 | 499 | 509 | 519 | 529 |
| Corporate Expenses | (51) | (50) | (50) | (49) | (65) | (66) | (69) | (71) | (72) | (74) | (75) | (77) |
| Equity in Income | 14 | 49 | 71 | 69 | 84 | 117 | 145 | 152 | 160 | 167 | 176 | 185 |
| Elimination of Stock-based Comp | 0 | 0 | 0 | 0 | 51 | 52 | 57 | 61 | 61 | 61 | 61 | 61 |
| Annual Cash Savings [1] | 0 | 0 | 0 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 |
| Elimination of SCNI EBITDA | 0 | 0 | 0 | 0 | (7) | (7) | (7) | (7) | (7) | (7) | (7) | (7) |
| Elimination of Cubs EBITDA | 0 | 0 | 0 | 0 | (24) | (25) | (25) | (25) | (25) | (25) | (25) | (25) |
| Non-cash Pension Expense | 0 | 0 | 0 | 0 | (8) | (18) | (28) | (28) | (28) | (28) | (28) | (28) |
| **Total EBITDA** | **$1,562** | **$1,451** | **$1,411** | **$1,434** | **$1,456** | **$1,446** | **$1,464** | **$1,463** | **$1,484** | **$1,501** | **$1,526** | **$1,552** |
| Publishing EBITDA Margin | 25.1% | 24.1% | 23.5% | 23.5% | 22.3% | 21.4% | 21.0% | 21.2% | 21.3% | 21.3% | 21.4% | 21.5% |
| Broadcasting EBITDA Margin | 37.5% | 33.0% | 31.5% | 28.2% | 31.6% | 32.5% | 32.7% | 31.8% | 31.8% | 31.8% | 31.8% | 31.8% |
| EBITDA Margin | 27.7% | 26.3% | 26.0% | 26.7% | 28.2% | 28.2% | 28.5% | 28.6% | 28.8% | 28.9% | 29.2% | 29.3% |
| Total Capital Expenditures | 217 | 206 | 217 | 175 | 172 | 127 | 125 | 125 | 127 | 129 | 132 | 134 |
| Net Interest Expense | | | | 890 | 875 | 843 | 822 | 792 | 756 | 716 | 674 | 633 |
| Adjusted EBITDA | | | | | 1,456 | 1,446 | 1,464 | 1,463 | 1,484 | 1,501 | 1,526 | 1,552 |
| Non-Cash Pension Expense | | | | | 8 | 18 | 28 | 28 | 28 | 28 | 28 | 28 |
| Net Cash Interest Expense | | | | | (875) | (843) | (822) | (792) | (756) | (716) | (674) | (633) |
| Cash Taxes | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change in Other Assets / Liabilities | | | | | (32) | (81) | (74) | (37) | (36) | (36) | (35) | (34) |
| Working Capital Sources (Uses) | | | | | (41) | 5 | 0 | 1 | (2) | (1) | (2) | (2) |
| Total Capital Expenditures | | | | | (172) | (127) | (125) | (125) | (126) | (127) | (128) | (129) |
| Acquisitions and Investments | | | | | (164) | (25) | (25) | (25) | (25) | (25) | (25) | (25) |
| Proceeds From General Asset Sales | | | | | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change in Cash Balance | | | | | 65 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ESOP Redemptions | | | | | 0 | (0) | (0) | (2) | (4) | (8) | (14) | (22) |
| **Cash Flow Available to Retire Debt** | | | | | 259 | 394 | 446 | 512 | 564 | 618 | 676 | 735 |
| Mandatory Debt Payments | | | | | (381) | (82) | (531) | (82) | (82) | (162) | (82) | (411) |
| Cash Flow Available after Mandatory Debt Payments | | | | | (123) | 311 | (85) | 430 | 482 | 455 | 594 | 323 |
| Cumulative Cash Flows Available | | | | | (123) | 189 | 104 | 534 | 1,015 | 1,470 | 2,064 | 2,387 |
| Cash | | | | $175 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 |
| Total Senior Secured Debt [2] | | | | 8,224 | 8,254 | 7,870 | 7,873 | 7,361 | 6,797 | 6,260 | 5,584 | 5,178 |
| New Fixed Rate High Yield Notes due 2017 | | | | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 |
| Total Guaranteed Debt | | | | 10,324 | 10,354 | 9,970 | 9,973 | 9,461 | 8,897 | 8,360 | 7,684 | 7,278 |
| Primed Debt | | | | 1,508 | 1,209 | 1,209 | 760 | 760 | 760 | 680 | 680 | 351 |
| Senior Debt | | | | 11,832 | 11,573 | 11,179 | 10,733 | 10,221 | 9,657 | 9,040 | 8,364 | 7,629 |
| PHONEs [3] | | | | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 |
| **Total Debt** | | | | $12,732 | $12,473 | $12,079 | $11,633 | $11,121 | $10,557 | $9,940 | $9,264 | $8,529 |
| Intra-Company ESOP Loan | | | | -- | 250 | 248 | 245 | 243 | 240 | 237 | 234 | 230 |
| Total Interest & Principal | | | | -- | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 |
| Credit Ratios | | | | | | | | | | | | |
| Senior Secured Leverage | | | | 5.73x | 5.67x | 5.44x | 5.38x | 5.03x | 4.58x | 4.17x | 3.66x | 3.34x |
| Guaranteed Leverage | | | | 7.20x | 7.12x | 6.89x | 6.81x | 6.47x | 5.99x | 5.57x | 5.04x | 4.69x |
| Senior Leverage | | | | 8.25x | 7.95x | 7.73x | 7.33x | 6.99x | 6.51x | 6.02x | 5.48x | 4.91x |
| Total Leverage | | | | 8.88x | 8.56x | 8.35x | 7.95x | 7.60x | 7.11x | 6.62x | 6.07x | 5.49x |
| Interest Coverage | | | | 1.61x | 1.67x | 1.72x | 1.78x | 1.85x | 1.96x | 2.10x | 2.26x | 2.45x |

(1) $80 million of annual cost savings from ESOP structure and public company cost eliminations
(2) Assumes 100% excess cash flow recapture
(3) Assumes that PHONEs does not amortize

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0006495