**PROJECT BEAR – CONFIDENTIAL**  **LEVERAGED FINANCE SCREENING MEMO – UPDATE ADDENDUM**

## FINANCIAL SUMMARY – DOWNSIDE CASE

### Key Assumptions

- Publishing
    - 3% yearly reduction in both print advertising and circulation revenue through the projection period, The reduction represents an acceleration of recent declines in print advertising revenue and is consistent with recent declines in circulation revenue
    - Interactive and other revenues same as sponsor case
    - Operating Cash Flow Margins have been reduced to 22% in 2007 and drops to 20.4% by 2015. This is below the historical median EBITDA margin for newspaper peers
- Broadcasting
    - Broadcasting revenues match the sponsor case
    - Operating margins are held constant at 29.5% prior to the sale of the Cubs and at 33% post sale of the Cubs, which approximates the historical low for TV broadcasting margins for peer companies
- Capex matches the sponsor case

| Summary Financial Data ($ in millions) | Historical 12/31/04 | 12/31/05 | 12/31/06 | Pro Forma 12/31/07 | Projected 12/31/08 | 12/31/09 | 12/31/10 | 12/31/11 | 12/31/12 | 12/31/13 | 12/31/14 | 12/31/15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Publishing | $4,130 | $4,097 | $4,025 | $3,989 | $3,934 | $3,888 | $3,849 | $3,820 | $3,792 | $3,764 | $3,736 | $3,708 |
| Broadcasting & Entertainment | 1,596 | 1,414 | 1,408 | 1,401 | 1,480 | 1,487 | 1,531 | 1,537 | 1,568 | 1,599 | 1,631 | 1,664 |
| Elimination of SCNI Revenue | 0 | 0 | 0 | 0 | (39) | (39) | (39) | (39) | (39) | (39) | (39) | (39) |
| Elimination of Cubs Revenue | 0 | 0 | 0 | 0 | (203) | (206) | (209) | (209) | (209) | (209) | (209) | (209) |
| **Total Sales** | **$5,726** | **$5,511** | **$5,433** | **$5,390** | **$5,172** | **$5,130** | **$5,132** | **$5,109** | **$5,111** | **$5,114** | **$5,118** | **$5,123** |
| Publishing Revenue Growth | -- | (0.8%) | (1.8%) | (0.9%) | (1.4%) | (1.2%) | (1.0%) | (0.7%) | (0.7%) | (0.7%) | (0.7%) | (0.7%) |
| Broadcasting Revenue Growth | -- | (11.4%) | (0.4%) | (0.5%) | 5.6% | 0.4% | 3.0% | 0.4% | 2.0% | 2.0% | 2.0% | 2.0% |
| *Total Revenue Growth* | *2.3%* | *(3.8%)* | *(1.4%)* | *(0.8%)* | *(4.0%)* | *-0.8%* | *0.0%* | *-0.4%* | *0.0%* | *0.1%* | *0.1%* | *0.1%* |
| Publishing - OCF | 1,036 | 986 | 931 | 876 | 825 | 801 | 780 | 780 | 774 | 768 | 763 | 757 |
| Broadcasting - OCF | 544 | 466 | 438 | 413 | 446 | 447 | 461 | 463 | 473 | 482 | 492 | 502 |
| Corporate Expenses | (52) | (50) | (61) | (49) | (65) | (66) | (69) | (71) | (72) | (74) | (75) | (77) |
| Equity In Income | 18 | 41 | 75 | 69 | 84 | 117 | 145 | 152 | 160 | 167 | 176 | 185 |
| Elimination of Stock-based Comp | 0 | 0 | 0 | 0 | 51 | 52 | 57 | 61 | 61 | 61 | 61 | 61 |
| Annual Cash Savings [1] | 0 | 0 | 0 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 |
| Elimination of SCNI EBITDA | 0 | 0 | 0 | 0 | (7) | (7) | (7) | (7) | (7) | (7) | (7) | (7) |
| Elimination of Cubs EBITDA | 0 | 0 | 0 | 0 | (24) | (25) | (25) | (25) | (25) | (25) | (25) | (25) |
| Non-cash Pension Expense | 0 | 0 | 0 | 0 | (8) | (18) | (28) | (28) | (28) | (28) | (28) | (28) |
| **Total EBITDA** | **$1,546** | **$1,443** | **$1,383** | **$1,389** | **$1,381** | **$1,382** | **$1,394** | **$1,405** | **$1,415** | **$1,425** | **$1,436** | **$1,447** |
| Publishing OCF Margin | 25.1% | 24.1% | 23.1% | 22.0% | 21.0% | 20.6% | 20.3% | 20.4% | 20.4% | 20.4% | 20.4% | 20.4% |
| Publishing OCF Margin without SCNI | | | | | 21.0% | 20.6% | 20.3% | 20.4% | 20.4% | 20.4% | 20.4% | 20.4% |
| Broadcasting OCF Margin | 34.1% | 33.0% | 31.1% | 29.5% | 30.1% | 30.1% | 30.1% | 30.2% | 30.2% | 30.2% | 30.2% | 30.2% |
| Broadcasting OCF Margin without Cubs | | | | | 33.0% | 33.0% | 33.0% | 33.0% | 32.9% | 32.9% | 32.8% | 32.8% |
| *EBITDA Margin* | *27.0%* | *26.2%* | *25.5%* | *25.8%* | *26.7%* | *26.9%* | *27.2%* | *27.5%* | *27.7%* | *27.9%* | *28.0%* | *28.2%* |
| Total Capital Expenditures | 217 | 206 | 217 | 175 | 172 | 127 | 125 | 125 | 127 | 129 | 132 | 134 |
| Net Interest Expense | | | | 890 | 877 | 850 | 834 | 809 | 780 | 746 | 713 | 682 |
| Adjusted EBITDA | | | | | 1,381 | 1,382 | 1,394 | 1,405 | 1,415 | 1,425 | 1,436 | 1,447 |
| Non-Cash Pension Expense | | | | | 8 | 18 | 28 | 28 | 28 | 28 | 28 | 28 |
| Net Cash Interest Expense | | | | | (877) | (850) | (834) | (809) | (780) | (746) | (713) | (682) |
| Cash Taxes | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change in Other Assets / Liabilities | | | | | (32) | (81) | (74) | (37) | (36) | (36) | (35) | (34) |
| Working Capital Sources (Uses) | | | | | (35) | 3 | 1 | (1) | (0) | (0) | (0) | (0) |
| Total Capital Expenditures | | | | | (172) | (127) | (125) | (125) | (125) | (125) | (125) | (125) |
| Acquisitions and Investments | | | | | (164) | (25) | (25) | (25) | (25) | (25) | (25) | (25) |
| Proceeds From General Asset Sales | | | | | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash Balance | | | | | 65 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PHONEs Redemptions | | | | | 0 | (0) | (0) | (2) | (4) | (8) | (14) | (22) |
| Cash Flow Available to Retire Debt | | | | | 187 | 320 | 365 | 434 | 473 | 513 | 551 | 586 |
| Mandatory Debt Payments | | | | | (381) | (82) | (531) | (82) | (82) | (162) | (82) | (411) |
| Cash Flow Available after Mandatory Debt Payments | | | | | (194) | 238 | (166) | 352 | 390 | 350 | 469 | 175 |
| Cumulative Cash Flows Available | | | | | (194) | 43 | (123) | 229 | 619 | 970 | 1,439 | 1,613 |
| Cash | | | | $175 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 |
| Total Senior Secured Debt [2] | | | | 8,224 | 8,336 | 8,016 | 8,100 | 7,665 | 7,193 | 6,760 | 6,209 | 5,952 |
| New Fixed Rate High Yield Notes due 2017 | | | | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 |
| Total Guaranteed Debt | | | | 10,324 | 10,436 | 10,116 | 10,200 | 9,765 | 9,293 | 8,860 | 8,309 | 8,052 |
| Primed Debt | | | | 1,508 | 1,209 | 1,209 | 760 | 760 | 760 | 680 | 680 | 351 |
| Senior Debt | | | | 11,832 | 11,645 | 11,325 | 10,960 | 10,525 | 10,053 | 9,540 | 8,989 | 8,403 |
| PHONEs [3] | | | | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 |
| Total Debt | | | | $12,732 | $12,545 | $12,225 | $11,860 | $11,425 | $10,953 | $10,440 | $9,889 | $9,303 |
| Intra-Company ESOP Loan | | | | . | 250 | 248 | 245 | 243 | 240 | 237 | 234 | 230 |
| Total Interest & Principal | | | | -- | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 |
| **Credit Ratios** | | | | | | | | | | | | |
| Senior Secured Leverage | | | | 5.92x | 6.04x | 5.80x | 5.81x | 5.46x | 5.08x | 4.74x | 4.33x | 4.11x |
| Guaranteed Leverage | | | | 7.43x | 7.56x | 7.32x | 7.31x | 6.95x | 6.57x | 6.22x | 5.79x | 5.57x |
| Senior Leverage | | | | 8.52x | 8.43x | 8.20x | 7.86x | 7.49x | 7.11x | 6.70x | 6.26x | 5.81x |
| Total Leverage | | | | 9.16x | 9.08x | 8.85x | 8.51x | 8.13x | 7.74x | 7.33x | 6.89x | 6.43x |
| Interest Coverage | | | | 1.56x | 1.58x | 1.62x | 1.67x | 1.74x | 1.81x | 1.91x | 2.01x | 2.12x |

(1) $80 million of annual cost savings from ESOP structure and public company cost eliminations
(2) Assumes 100% excess cash flow recapture
(3) Assumes that PHONEs does not amortize

FOR INTERNAL USE ONLY

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0006496

**PROJECT BEAR – CONFIDENTIAL**                                   **LEVERAGED FINANCE SCREENING MEMO – UPDATE ADDENDUM**

## SUMMARY INDICATIVE TERMS FOR SENIOR CREDIT FACILITIES

| | |
|---|---|
| **Borrower:** | Tribune Company |
| **Credit Facilities:** | • $750.0 million Revolving Credit Facility (the "Revolver," and together with the Term Loan B, the Delayed Draw Term Loan B-1, and the Delayed Draw Term Loan B-2 the "Senior Credit Facilities") |
| | • $7,015 million Term Loan B (the "Term Loan B") |
| | • $260 million Delayed Draw Term Loan B-1 expiring two years after close (the "Delayed Draw Term Loan B-1") |
| | • $2,130 million Delayed Draw Term Loan B-2 expiring one year after close (the "Delayed Draw Term Loan B-2") |
| **Maturity:** | • Revolver: 6 years |
| | • Term Loan B, Delayed Draw Term Loan B-1, and Delayed Draw Term Loan B-2: 7 years |
| **Amortization:** | • Revolver: None |
| | • Term Loan B, Delayed Draw Term Loan B-1, and Delayed Draw Term Loan B-2: 1% per year (paid in equal quarterly installments), bullet at maturity |
| **Optional Redemption:** | Anytime at par |
| **Pricing:** | L + 200 bps |
| **Commitment Fee:** | • Revolver: 50 bps on the unused portion |
| | • Delayed Draw Term Loan B-1: 50 bps (undrawn) |
| | • Delayed Draw Term Loan B-2: 50 bps (undrawn), to commence four months after close |
| **Guarantees:** | All domestic subsidiaries of the Borrower |
| **Security:** | Stock of unrestricted subsidiaries and new (financeco) restricted subsidiary [final structure/priming mechanism to be confirmed] |
| **Financial Covenants:** | • Maximum total guaranteed debt leverage ratio |
| | • Minimum interest coverage ratio |
| | Note: Covenants set to accommodate Zell transaction (two sets of covenant levels) |
| **Pricing Flex:** | • If B1/B+ or better corporate ratings: 25 bps |
| | • If B2/B corporate ratings: 50 bps |
| | • If less than B2/B corporate ratings: 100 bps |
| **Structure Flex:** | • None |
| **Underwriting Fee:** | • Revolver, Term Loan B and Delayed Draw Term Loan B-1 (payable at close) |
| | • Delayed Draw Term Loan B-2 (payable upon funding the Delayed Draw Term Loan B-2) |
| |     ◆ 150 bps if B-/B3 |
| |     ◆ 137.5 bps if B/B2 |
| |     ◆ 125 bps if better than B / B2 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                             BOA-TRB-0006497

**PROJECT BEAR – CONFIDENTIAL**  **LEVERAGED FINANCE SCREENING MEMO – UPDATE ADDENDUM**

## Summary Indicative Terms for Senior Interim Facility

| | |
|---|---|
| **Borrower:** | Tribune Company |
| **Credit Facility:** | $2,100 million Senior Interim Loan (the "Interim Loan") |
| **Maturity:** | 1-year / 7-year exchange Notes |
| **Pricing:** | L + 450 bps for first six months, increasing by 50 bps quarterly thereafter to cap |
| **Toggle Feature:** | L + 475 bps for first six months, increasing by 50 bps quarterly thereafter to cap (rate increased by 75 bps when toggle feature elected) |
| **Guarantees:** | Senior |
| **Security:** | None |
| **Covenants:** | Usual and customary for transactions of this type |
| **Interest Rate Cap:** | 10.50% if the Interim Loan is rated at least B3 or B-; 10.75% otherwise (+25 bps in either case if toggle securities and +75 bps when toggle feature elected) |
| **Securities Demand Cap:** | 10.50% if the Senior Notes are rated at least B3 or B-; 10.75% otherwise (+25 bps in either case if toggle securities and +75 bps when toggle feature elected) |
| **Commitment Fee:** | 50 bps |
| **Take-down / Funding Fee:** | 125 bps; subject to rebates |
| **Roll-over / Conversion Fee:** | 200 bps |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0006498

PROJECT BEAR – CONFIDENTIAL

LEVERAGED FINANCE SCREENING MEMO – UPDATE ADDENDUM

## TRIBUNE BOND TRADING LEVELS

| Issue | Amount Issued | Amount Outst. | Maturity | Issue Date | Issue Price | Rating Mdy's | Rating S&P | First Call Date | First Call Price | Price | Bid Level as of 03/26/07 YTW | Spread | YTW Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Near-Term Maturities** | | | | | | | | | | | | | |
| 6.350% Notes due 2008 | $25.0 | $25.0 | 02/01/08 | 02/03/98 | 100.078 | Ba1 | BB+* | NC-L | NC-L | 100.228 | 6.054% | 111 bps | 02/01/08 |
| 5.500% Notes due 2008 | $167.9 | $167.9 | 10/06/08 | 10/06/98 | 99.064 | Ba1 | BB+* | NC-L | NC-L | 99.711 | 5.700% | 100 bps | 10/06/08 |
| 5.670% Notes due 2008 | $69.6 | $69.6 | 12/08/08 | 12/08/98 | 99.856 | Ba1 | BB+* | NC-L | NC-L | 99.917 | 5.716% | 108 bps | 12/08/08 |
| 5.626% **Total Near-Term** | $262.5 | $262.5 | | | | | | | | 99.815 | 5.738% | 103 bps | |
| **Long-Term Maturities** | | | | | | | | | | | | | |
| 4.875% Notes due 2010 | $450.0 | $450.0 | 08/15/10 | 08/15/05 | 99.829 | Ba1 | BB+* | MW | + 15 bps | 96.946 | 5.883% | 140 bps | 08/15/10 |
| 7.250% Debentures due 2013 | $148.2 | $82.2 | 03/01/13 | 01/30/95 | 99.614 | Ba1 | BB+* | NC-L | NC-L | 100.600 | 7.122% | 263 bps | 03/01/13 |
| 5.250% Notes due 2015 | $330.0 | $330.0 | 08/15/15 | 08/15/05 | 99.524 | Ba1 | BB+* | MW | + 20 bps | 87.773 | 7.219% | 267 bps | 08/15/15 |
| 7.500% Debentures due 2023 | $100.0 | $100.0 | 07/01/23 | 01/30/95 | N/A | Ba1 | BB+* | NC-L | NC-L | 89.698 | 8.693% | 405 bps | 07/01/23 |
| 6.610% Debentures due 2027 | $250.0 | $85.0 | 09/15/27 | 09/09/97 | 99.959 | Ba1 | BB+* | MW | + 10 bps | 80.703 | 8.635% | 395 bps | 09/15/27 |
| 7.250% Debentures due 2096 | $148.0 | $148.0 | 11/15/96 | 11/13/96 | 99.614 | Ba1 | BB+* | NC-L | NC-L | 81.912 | 8.850% | 407 bps | 11/15/96 |
| 2.000% Exch. Sub Deb due 2029 | $1,256.0 [1] | $1,251.8 [1] | 05/15/29 | 04/07/99 | 100.000 | Ba2 | BB-* | NC-L | NC-L | 44.066 [2] | 6.983% | 228 bps | 05/15/29 |
| 3.846% **Total Long-Term** | $2,682.2 | $2,447.0 | | | | | | | | 67.011 | 7.057% | 242 bps | |
| 4.018% **Total Notes** | $2,944.7 | $2,709.4 | | | | | | | | 70.189 | 6.929% | 229 bps | |

*Gray denotes BAS levels
(1) 8 million PHONES issued at a principal value of $157.00 and outstanding at a principal value of $156.47
(2) Based on market value as of 3/26/07 of $68.95 (Source: NYSE) as a percentage of the contingent principal value as of 12/31/06 of $156.47

FOR INTERNAL USE ONLY

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                BOA-TRB-0006499

**PROJECT BEAR -- CONFIDENTIAL**

**LEVERAGED FINANCE SCREENING MEMO – UPDATE ADDENDUM**

## TV BROADCASTING HIGH YIELD COMPARABLES

### TELEVISION BROADCASTERS HIGH YIELD COMPARABLES
*($ in millions)*

| Issue / Description | Amt Out | Maturity | Ratings Mdy/S&P | Current Pricing (a) Bid | YTW | Spread | Call Data Date | Price | LTM (b) Rev | EBITDA (c) | Cash Int | EBITDA / Total Int. | Total Int. + Pref Div | Opco | Debt / EBITDA Holdco | w/ Pref | Net Debt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Allbritton Communications** | | | | | | | | | | | | | | | | | |
| 7 750% Senior Sub Notes | $455 0 | 12/15/2012 | B1 / B- | 102 63 | 6 93 | 244 bps | 12/15/2007 | 103 88 | $219.0 | $90.0 | 2 5x | 2 5x | 2 5x | 5.2x | 5 2x | 5.2x | 5 2x |
| **Barrington Broadcasting (a)** | | | | | | | | | | | | | | | | | |
| 10 500% Senior Sub Notes | $125 0 | 8/15/2014 | B3 / CCC+ | 105 00 | 9 29 | 481 bps | 8/15/2010 | 105 25 | $113.0 | $34.0 | 1 4x | 1.3x | 1 3x | 8 0x | 8 0x | 8 0x | 7 9x |
| **Fisher Communications (f)** | | | | | | | | | | | | | | | | | |
| 8 625% Senior Notes | $150 0 | 9/15/2014 | B2 / B- | 107 00 | 7 05 | 256 bps | 9/15/2009 | 104 31 | $163 0 | $24 0 | 1 7x | 1 6x | 1.5x | 6 8x | 6.8x | 6.8x | (1.4x) |
| **Granite Broadcasting (g)** | | | | | | | | | | | | | | | | | |
| 9 750% Senior Secured Notes | $405 0 | 12/1/2010 | WR / D | 100 50 | NA | NA | 2/26/2007 | 110 00 | $118 0 | $28.0 | 0 6x | 0 6x | 0.3x | 18 0x | 18.0x | 29.3x | 17 3x |
| **Gray Television (h)** | | | | | | | | | | | | | | | | | |
| 9 250% Senior Sub Notes | $257 4 | 12/15/2011 | B1 / B- | 104 75 | 6 62 | 157 bps | 3/19/2007 | 104 63 | $334.7 | $129.8 | 1 9x | 1 8x | 1 7x | 7 1x | 7 1x | 7.1x | 6.9x |
| **ION Media (Paxson) (l)** | | | | | | | | | | | | | | | | | |
| Sr Sec 1st Ply Floating Rate Notes | $400 0 | 1 15/2012 | B1 / CCC+ | 101 50 | 7 89 | NA | 7/15/2007 | 102 00 | $231 0 | $106.0 | 1 0x | 1 0x | 0.4x | 10.7x | 10.7x | 24.3x | 10 0x |
| Sr Sec 2nd Ply Floating Rate Notes | $405 0 | 1 15/2013 | Caa2 / CCC- | 104 00 | 8 85 | NA | 1/15/2008 | 102 00 | | | | | | | | | |
| **LIN Holdings (l)** | | | | | | | | | | | | | | | | | |
| 6 500% Senior Sub Notes | $190 0 | 5/15/2013 | B1 /B- | 97 75 | 6 95 | 245 bps | 5/15/2008 | 103 25 | $435 9 | $145 8 | 2 4x | 2.1x | 2 1x | 6.5x | 6 5x | 6.5x | 6.5x |
| 6 500% Senior Sub Notes | $375 0 | 5/15/2013 | B1 / B- | 97 75 | 6 95 | 245 bps | 5/15/2008 | 103 25 | | | | | | | | | |
| **Nexstar Broadcasting** | | | | | | | | | | | | | | | | | |
| 7 000% Senior Sub Notes | $200 0 | 1/15/2014 | B3 / CCC+ | 96 00 | 7 77 | 325 bps | 1/15/2009 | 103 50 | $278.3 | $97 2 | 2.1x | 1 6x | 1.6x | 5 8x | 5 6x | 7.0x | 6.9x |
| 11 375% Senior Disc Notes | $110 1 | 4/1/2013 | Caa1 / CCC+ | 95 50 | 9 47 | 498 bps | 4/1/2008 | 105 69 | | | | | | | | | |
| **Sinclair Broadcast Group (k)** | | | | | | | | | | | | | | | | | |
| 8 000% Senior Sub Notes | $634 0 | 3/15/2012 | B1 / B | 103 50 | 6 68 | 217 bps | 3/19/2007 | 104 00 | $715 1 | $242 3 | 2 1x | 2 0x | 2 0x | 4 3x | 5 6x | 5.6x | 5 5x |
| **Univision Communications (m)** | | | | | | | | | | | | | | | | | |
| 3 500% Senior Sec Notes | $455 0 | 10/15/2007 | Ba3/B | 97 88 | 7 51 | 245 bps | MWC | T+12 5 | $2,167.0 | $833.0 | 1 0x | 1 0x | 1.0x | 12.1x | 12 1x | 12.1x | 12 1x |
| 3 875% Senior Sec Notes | $250 0 | 10/15/2008 | Ba3/B | 96 85 | 6 04 | 132 bps | MWC | T+12 5 | | | | | | | | | |
| 7 850% Senior Sec Notes | $500 0 | 7/15/2011 | Ba3/B | 105 00 | 6 49 | 201 bps | MWC | T+35 0 | | | | | | | | | |
| 9 750% Senior Notes | $1,500 0 | 3/15/2015 | B3/CCC+ | 100 75 | 9 58 | 508 bps | 3/15/2011 | 104 88 | | | | | | | | | |
| **Young Broadcasting (l)** | | | | | | | | | | | | | | | | | |
| 8 750% Senior Sub Notes | $140 0 | 1/15/2014 | Caa1 / CCC- | 93 50 | 10 09 | 557 bps | 1/15/2009 | 104 38 | $212.0 | $38.0 | 0 6x | 0.6x | 0 6x | 21.7x | 21 7x | 21.7x | 19.1x |
| 10 000% Senior Sub Notes | $344 0 | 3/1/2011 | Caa1 / CCC- | 98 75 | 10 39 | 590 bps | 3/15/2007 | 103 33 | | | | | | | | | |

(a) Market prices as of 3/23/07
(b) Results are of the last twelve months ended September 30, 2006 unless otherwise indicated  Results and credit metrics are updated quarterly and may not reflect intraperiod results
(c) EBITDA adjusted for extraordinary and other one-time charges
(d) TEV (total enterprise value) based on market value of publicly traded equity
(e) Pro forma for the recently Rayon stations and related financing
(f) Cash balances include current value of 3 million Safeco shares (now unencumbered)  Attempts to reflect $36 3 million of recent acquisitions (i e , Portland / Idaho, Bellevue, WA) and the divestiture of certain small market radio stations
(g) Reflects strategic relationships involving Malara Broadcasting  Results estimated to reflect a recent $45 million Binghamton, NY acquisition  Note that management expects to soon restructure its balance sheet
(h) Reflects spin of newspaper / paging assets and the purchase of TV stations from Emmis and Notre Dame
(i) Interest coverage reflects that the company is currently paying cash interest on the 2nd lien issue (rather than electing the PIK option)
(j) Gives estimated effect to recent purchase of five stations from Emmis, the pending divestiture of properties in Puerto Rico and a pending station acquisition in Albuquerque, NM
(k) Debt excludes balances of no financial consequences
(l) Reflects recent $50 million incremental term loan borrowing
(m) Pro forma for going-private transaction  Financial data as presented in company offering memorandum  PF leverage approximates 9 7x 1st Lien, 10 3x Secured and 12 1x Total  Excludes potential divestitures
Source  Company reports and Banc of America Securities LLC estimates

FOR INTERNAL USE ONLY

7

**PROJECT BEAR – CONFIDENTIAL**

**LEVERAGED FINANCE SCREENING MEMO – UPDATE ADDENDUM**

## PUBLISHING HIGH YIELD COMPARABLES

*($ in millions)*

### PUBLISHING HIGH YIELD COMPARABLES

| Issue / Description | Amt Out | Maturity | Ratings Mdy/S&P | Current Pricing [a] Bid | YTW | Spread | Call Data Date | Price | LTM [b] Rev | EBITDA [c] | EBITDA / Cash Int | Total Int. | Total Int. + Pref. Div | Debt / EBITDA Opco | Holdco | w/ Pref. | Net Debt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Block Communications** 7.750% Senior Sub Notes | $150.0 | 12/15/2015 | B2 / B- | 100.38 | 8.17 | 365 bps | 12/15/2010 | 104.13 | $447.0 | $48.0 | 2.2x | 2.1x | 2.1x | 5.8x | 5.8x | 5.7x | 5.7x |
| **CanWest Media** [e] 10.000% Senior Sub Notes | $752.0 | 9/15/2012 | B2 / B- | 103.25 | 7.14 | 265 bps | 9/15/2011 | 100.00 | C$2,170.0 | C$235.0 | 2.7x | 2.7x | 2.7x | 4.7x | 4.7x | 4.7x | 4.6x |
| **MediaNews Group** [f] 6.375% Senior Sub Notes 6.875% Senior Sub Notes | $150.0 $300.0 | 4/1/2014 10/1/2013 | B2 / B B2 / B | 88.25 92.75 | 8.64 9.275 | 412 bps 383 bps | 10/1/2008 10/1/2008 | 103.19 103.44 | $1,228.0 | $207.0 | 2.5x | 2.5x | 2.5x | 5.9x | 5.9x | 5.9x | 5.8x |
| **Morris Publishing** 7.000% Senior Sub Notes | $300.0 | 8/1/2013 | B1 / B+ | 96.63 | 7.68 | 317 bps | 8/1/2008 | 103.50 | $473.0 | $112.0 | 3.2x | 3.0x | 3.0x | 4.7x | 4.7x | 4.7x | 4.7x |
| **Readers Digest** 9.000% Senior Sub Notes | 600.0 | 2/15/2017 | Caa1/CCC+ | 97.00 | 9.47 | 489 bps | 2/15/2012 | 104.5 | $2,679.0 | $269.0 | 1.7x | 1.7x | 1.7x | 7.1x | 7.1x | 7.2x | 7.0x |
| **Sun Media** 7.625% Senior Sub Notes | $205.0 | 2/15/2013 | Ba2 / B | 102.00 | 7.02 | 253 bps | 2/15/2008 | 103.81 | C$924.0 | C$213.0 | 4.7x | 4.5x | 4.5x | 2.3x | 2.3x | 2.3x | 2.3x |

(a) Market prices as of 3/23/07
(b) Results are of the last twelve months ended September 30, 2006 unless otherwise indicated. Results and credit metrics are updated quarterly and may not reflect intraperiod results
(c) EBITDA adjusted for extraordinary and other one-time charges
(d) TEV (total enterprise value) based on market value of publicly traded equity
(e) Gives pro forma estimated effect to income trust structure and results largely reflect the restricted group and dividends received from unrestricted entities to conform with covenant calculations. Revenues presented on a pro rata basis. Reflects recent divestiture of Irish TV assets and the acquisition of radio assets in Turkey
(f) EBITDA is adjusted for company JOAs and minority interest, as presented in corporate disclosures. Attempts to reflect recent acquisitions involving McClatchy / Hearst, as outlined in public lender's presentation. Note pro forma revenues, EBITDA, cap

FOR INTERNAL USE ONLY

8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0006501