## BANK COMPARABLES – PUBLISHING / BROADCASTING & ENTERTAINMENT

| | Publishing | | | Broadcasting & Entertainment | | | |
|---|---|---|---|---|---|---|---|
| | Readers Digest | GateHouse Media | American Media | Univision | Barrington Broadcasting | Cumulus Media | CMP Susquehanna Corp |
| Company Description | Readers Digest Association Ltd is a publisher and distributor of magazines, journals, and books and also provides music and video DVDs and financial services to various customers throughout the United Kingdom | GateHouse, formerly Liberty Group Publishing, is one of the largest growing publishers of community newspapers in the US | American Media publishes six national weekly magazines, including the National Enquirer and Star, Men's Fitness, Muscle & Fitness Hers, Natural Health and Fit Pregnancy, Country Weekly, Auto World and NOPI Street Performance Compact | Univision Communications together with its wholly owned subsidiaries, is a Spanish-language media company in the United States operating in four business segments Television, Radio, Music and Internet | Barrington Broadcasting owns and operates 9 network affiliated stations in 6 smaller markets across the country | Cumulus Media is a radio broadcasting corporation focused on acquiring, operating and developing commercial radio stations in mid-size radio markets in the United States | CMP is the largest privately owned radio broadcasting company in the United States and the eleventh largest radio broadcasting company overall in the United States based on 2005 revenues The Company owns 33 radio stations, of which it operates 20 FM and 7 AM revenue generating stations in eight metropolitan markets in the United States |
| Sponsor(s)<br>Arrangers<br>Close<br>Ratings<br>Purpose | Ripplewood<br>JPM/Citi/ML/RBS<br>Feb 2007<br>B / B2<br>LBO | Fortress Investment Group<br>Wach/GS<br>Jun-2006<br>B+ / B2<br>LBO | Evercore Partners<br>JPMorgan / Deutsche<br>Jan-06<br>B- / B1<br>Refinancing | MDP / PEP / Saban / TPG / TH Lee<br>CS / BAS<br>In-Market<br>B / B1<br>LBO | Pilot Group<br>BAS/Wach/CIT<br>Aug-2006<br>B / B1<br>Acquisition | None<br>BAS / Wach<br>Jun-2006<br>B / Ba3<br>Stock Buyback | Bain, Blackstone, TH Lee<br>DB/UBS/GS<br>May-2006<br>B- / B1<br>LBO |
| Deal Summary (in MMs) | $ 300 0 Rev 6 0 yrs<br>1,310 0 TLB 7 0 yrs<br>600 0 Bridge 1 0 yrs<br>$ 2,210 0 Total | $ 40 0 Rev 7 0 yrs<br>570 0 TLB 7 5 yrs<br>152 0 Bridge 8 0 yrs<br>$ 762 0 Total | $ 60 0 Rev 6 0 yrs<br>450 0 TLA 7 0 yrs<br>$ 510 0 Total | $ 750 0 Rev 7 0 yrs<br>7,000 0 TLB 7 5 yrs<br>450 0 DD TL 7 5 yrs<br>500 0 2nd Lien 2 0 yrs<br>$ 8,700 0 Total | $ 25 0 Rev 6 0 yrs<br>147 5 TLB 7 0 yrs<br>2 5 Other 7 0 yrs<br>$ 175 0 Total | $ 50 0 Rev 6 0 yrs<br>800 0 TLB 7 0 yrs<br>$ 850 0 Total | $ 100 0 Rev 6 0 yrs<br>700 0 TLB 7 0 yrs<br>$ 800 0 Total |
| Initial Pricing (in bps) over LIBOR | Rev 225 0<br>TLB 200 0<br>Bridge NA | Rev 200 0<br>TLB 225 0<br>Bridge 150 0 | Rev 325 0<br>TLA 325 0 | Rev 225 0<br>TLB 225 0<br>DD TL 225 0<br>2nd Lien 250 0 | Rev 225 0<br>TLB 225 0<br>Other 225 0 | Rev 225 0<br>TLB 225 0 | Rev 225 0<br>TLB 200 0 |
| Financial Profile | PF LTM 12/31/06 | PF LTM 3/31/2006 | PF LTM 9/30/05 | PF LTM 12/31/06 | PF LTM 3/31/2006 | PF LTM 3/31/2006 | PF LTM 12/31/05 |
| Revenue | $2 823 0 | $385 4 | $533 3 | $2,166 7 | $108 5 | $330 9 | $231 6 |
| Adjusted EBITDA | 266 0 | 92 6 | 133 3 | 833 1 | 31 2 | 101 2 | 101 4 |
| % Margin | 9 4% | 24 0% | 25 0% | 38 5% | 28 8% | 30 6% | 43 8% |
| Interest Expense | NA | NA | 89 0 | NA | 24 6 | 55 3 | 78 8 |
| CAPEX | NA | NA | 29 9 | 51 8 | 6 2 | 11 2 | 6 9 |

| | Readers Digest | % | GateHouse Media | % | American Media | % | Univision | % | Barrington Broadcasting | % | Cumulus Media | % | CMP Susquehanna Corp | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1st Lien Debt | 1 160 0 | 41 4% | 583 5 | 60 5% | 450 0 | 29 8% | 8,068 4 | 57 5% | 150 3 | 35 6% | 800 0 | 68 4% | 700 0 | 56 1% |
| 2nd Lien Debt | | 0 0% | 152 0 | 15 7% | - | 0 0% | 500 0 | 3 6% | | 0 0% | | 0 0% | - | 0 0% |
| **Bank Debt** | 1,160 0 | 41 4% | 735 5 | 76 2% | 450 0 | 29 8% | 8,568 4 | 61 1% | 150 3 | 35 6% | 800 0 | 68 4% | 700 0 | 56 1% |
| Senior Notes | - | 0 0% | - | 0 0% | - | 0 0% | 1,500 0 | 10 7% | - | 0 0% | - | 0 0% | - | 0 0% |
| Other Senior Debt | - | 0 0% | - | 0 0% | - | 0 0% | - | 0 0% | - | 0 0% | - | 0 0% | - | 0 0% |
| **Total Senior Debt** | 1,160 0 | 41 4% | 735 5 | 76 2% | 450 0 | 29 8% | 10,068 4 | 71 8% | 150 3 | 35 6% | 800 0 | 68 4% | 700 0 | 56 1% |
| Sr Subordinated Debt | 750 0 | 26 8% | | 0 0% | 550 0 | 36 5% | - | 0 0% | 125 0 | 29 6% | | 0 0% | 250 0 | 20 0% |
| Other Sub Debt | | 0 0% | | 0 0% | - | 0 0% | - | 0 0% | - | 0 0% | - | 0 0% | - | 0 0% |
| **Total Debt (Opco)** | 1 910 0 | 68 2% | 735 5 | 76 2% | 1,000 0 | 66 3% | 10,068 4 | 71 8% | 275 3 | 65 1% | 800 0 | 68 4% | 950 0 | 76 2% |
| HoldCo Seller Paper | 294 0 | 10 5% | - | 0 0% | - | 0 0% | - | 0 0% | - | 0 0% | - | 0 0% | - | 0 0% |
| Preferred Stock | | 0 0% | - | 0 0% | - | 0 0% | - | 0 0% | - | 0 0% | - | 0 0% | - | 0 0% |
| Common Equity | 597 0 | 21 3% | 229 7 | 23 8% | 507 8 | 33 7% | 3,957 0 | 28 2% | 147 3 | 34 9% | 369 2 | 31 6% | 297 5 | 23 8% |
| **Total Capitalization** | 2,801 0 | 100 0% | 965 2 | 100 0% | 1,507 8 | 100 0% | 14 025 4 | 100 0% | 422 6 | 100 0% | 1,169 2 | 100 0% | 1 247 5 | 100 0% |
| **Summary Statistics** | | | | | | | | | | | | | | |
| Proforma Coverage Ratios | | | | | | | | | | | | | | |
| EBITDA / Interest | NA | | NA | | 1 5x | | NA | | 1 3x | | 1 8x | | 1 3x | |
| (EBITDA CAPEX) / Interest | NA | | NA | | 1 2x | | NA | | 1 0x | | 1 6x | | 1 2x | |
| Proforma Leverage Ratios | | | | | | | | | | | | | | |
| 1st Lien Debt / EBITDA | 4 4x | | 6 3x | | 3 4x | | 9 7x | | 4 8x | | 7 9x | | 6 9x | |
| Bank Debt / EBITDA | 4 4x | | 7 9x | | 3 4x | | 10 3x | | 4 8x | | 7 9x | | 6 9x | |
| **Senior Debt / EBITDA** | **4.4x** | | **7.9x** | | **3 4x** | | **12.1x** | | **4 8x** | | **7.9x** | | **6 9x** | |
| **Total Debt (@OpCo) / EBITDA** | **7.2x** | | **7 9x** | | **7.5x** | | **12.1x** | | **8 8x** | | **7.9x** | | **9 4x** | |
| Total Debt (@HoldCo) / EBITDA | 8 3x | | 7 9x | | 7 5x | | 12 1x | | 8 8x | | 7 9x | | 9 4x | |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0006502

# INDUSTRY ANALYSIS

## BENCHMARKED SPONSOR MODEL PROJECTIONS

### SPONSOR EBITDA PROJECTIONS VS. AVAILABLE RESEARCH

| ($ in millions) | Sponsor Projections [a] | | | | Management Projections (RAP) [b] | | | | Wall Street Median [c] | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007E | 2008E | 2009E | CAGR '06A-'09E | 2007E | 2008E | 2009E | CAGR '06A-'09E | 2007E | 2008E | 2009E | CAGR '06A-'09E |
| **Revenue** | | | | | | | | | | | | |
| Publishing | $3,984 | $3,929 | $3,881 | (1.2%) | $3,984 | $4,008 | $4,037 | 0.1% | $3,960 | $3,969 | $4,028 | 0.0% |
| Broadcasting | 1,401 | 1,480 | 1,487 | 1.8% | 1,416 | 1,496 | 1,503 | 2.2% | 1,408 | 1,441 | 1,498 | 2.1% |
| **Total Revenue** | **$5,385** | **$5,409** | **$5,368** | **(0.4%)** | **$5,400** | **$5,503** | **$5,540** | **0.7%** | **$5,368** | **$5,410** | **$5,526** | **0.6%** |
| *Variance to Sponsor* | | | | | *0.3%* | *1.7%* | *3.2%* | | *(0.3%)* | *0.0%* | *3.0%* | |
| Elimination of SCNI | (39) | (39) | (39) | 1.4% | (38) | (39) | (39) | 1.4% | | | | |
| Elimination of Cubs | | (203) | (206) | 0.9% | | (203) | (206) | 0.9% | | | | |
| **Pro Forma Revenue** | **$5,346** | **$5,167** | **$5,122** | **(0.5%)** | **$5,362** | **$5,262** | **$5,295** | **0.6%** | | | | |
| ***% Growth*** | | | | | | | | | | | | |
| *Publishing* | *(1.0%)* | *(1.4%)* | *(1.2%)* | | *(1.0%)* | *0.6%* | *0.7%* | | *(1.6%)* | *0.2%* | *1.5%* | - |
| *Broadcasting* | *(0.5%)* | *5.7%* | *0.4%* | - | *0.6%* | *5.6%* | *0.5%* | - | *(0.0%)* | *2.3%* | *3.9%* | - |
| ***Total Revenue*** | *(0.9%)* | *0.4%* | *(0.8%)* | - | *(0.6%)* | *1.9%* | *0.7%* | | *(1.2%)* | *0.8%* | *2.2%* | - |
| **EBITDA** | | | | | | | | | | | | |
| Publishing | $915 | $878 | $830 | (3.8%) | $936 | $961 | $974 | 1.5% | $906 | $871 | - | - |
| Broadcasting | 415 | 468 | 484 | 3.4% | 429 | 477 | 498 | 4.4% | 413 | 446 | - | - |
| **Segment OCF** | **$1,330** | **$1,346** | **$1,313** | **(1.4%)** | **$1,365** | **$1,438** | **$1,473** | **2.5%** | **$1,319** | **$1,317** | - | - |
| Corporate Overhead | (61) | (65) | (66) | 2.9% | (49) | (51) | (52) | (5.2%) | (59) | (60) | | - |
| **Total EBITDA** | **$1,268** | **$1,281** | **$1,247** | **(1.6%)** | **$1,316** | **$1,387** | **$1,421** | **2.8%** | **$1,260** | **$1,257** | **$1,292** | **(0.4%)** |
| *Variance to Sponsor* | | | | | *3.8%* | *8.3%* | *13.9%* | | *(0.7%)* | *(1.9%)* | *3.6%* | |
| ***% Growth*** | | | | | | | | | | | | |
| *Publishing* | *(1.7%)* | *(4.1%)* | *(5.5%)* | - | *0.5%* | *2.7%* | *1.4%* | | *(2.7%)* | *(3.9%)* | - | - |
| *Broadcasting* | *(5.3%)* | *12.9%* | *3.3%* | - | *(2.0%)* | *11.2%* | *4.4%* | - | *(5.7%)* | *8.0%* | - | - |
| ***Segment OCF*** | *(2.9%)* | *1.2%* | *(2.4%)* | - | *(0.3%)* | *5.4%* | *2.4%* | | *(3.6%)* | *(0.2%)* | - | - |
| ***Total EBITDA*** | *(3.0%)* | *1.0%* | *(2.7%)* | | *0.6%* | *5.4%* | *2.4%* | - | *(3.7%)* | *(0.3%)* | *2.8%* | - |
| ***% Margin*** | | | | | | | | | | | | |
| *Publishing* | *23.0%* | *22.3%* | *21.4%* | | *23.5%* | *24.0%* | *24.1%* | | *22.9%* | *21.9%* | - | - |
| *Broadcasting* | *29.6%* | *31.6%* | *32.5%* | - | *30.3%* | *31.9%* | *33.1%* | - | *29.3%* | *31.0%* | - | - |
| ***Segment OCF*** | *24.7%* | *24.9%* | *24.5%* | - | *25.3%* | *26.1%* | *26.6%* | | *24.6%* | *24.3%* | - | - |
| ***Total EBITDA*** | *23.6%* | *23.7%* | *23.2%* | - | *24.4%* | *25.2%* | *25.6%* | | *23.5%* | *23.2%* | *23.4%* | - |

(a) Per EGI model March 2007

(b) Per Rating Agencies Presentation March 2007. 2007E Broadcasting Revenues addback management estimate for Cubs ($194 million) for purposes of comparison

(c) Based on median of median of Wall Street research published in February March 2007. Sample includes Lehman Brothers, Goldman Sachs, Morgan Stanley, Wachovia, Prudential, BMO and Bear Stearns



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0006503

## BENCHMARKED SPONSOR MODEL PROJECTIONS (CONT'D)

SPONSOR EBITDA PROJECTIONS VS. AVAILABLE RESEARCH

| ($ in millions) | Wall Street Median ex Lehman | | | | Lehman Brothers | | | | Morgan Stanley | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007E | 2008E | 2009E | CAGR '06A-'09E | 2007E | 2008E | 2009E | CAGR '06A-'09E | 2007E | 2008E | 2009E | CAGR '06A-'09E |
| **Revenue** | | | | | | | | | | | | |
| Publishing | $3 976 | $3 977 | $4 028 | 0 0% | $3 817 | $3 695 | | - | $3.908 | $3,888 | - | - |
| Broadcasting | 1 393 | 1 447 | 1 498 | 2 1% | 1,414 | 1,441 | - | | 1 414 | 1,466 | - | - |
| **Total Revenue** | $5,369 | $5,424 | $5,526 | 0.6% | $5,231 | $5,135 | $5,137 | (1.9%) | $5,322 | $5,354 | - | - |
| *Variance to Sponsor* | (0 3%) | 0 3% | 3 0% | | (2 9%) | (5 1%) | (4 3%) | | (1 2%) | (1.0%) | - | |
| Elimination of SCNI | | | | | | | | | | | | |
| Elimination of Cubs | | | | | | | | | | | | |
| **Pro Forma Revenue** | | | | | | | | | | | | |
| ***% Growth*** | | | | | | | | | | | | |
| *Publishing* | (1 2%) | 0 0% | 1 3% | - | (5 2%) | (3 2%) | | - | (2 9%) | (0 5%) | - | - |
| *Broadcasting* | (1 1%) | 3 9% | 3 5% | - | 0 4% | 1 9% | - | - | 0 4% | 3 6% | - | - |
| ***Total Revenue*** | (1 2%) | 1 0% | 1 9% | - | (3 7%) | (1 8%) | | - | (2.0%) | 0 6% | | |
| **EBITDA** | | | | | | | | | | | | |
| Publishing | $906 | $882 | | - | $792 | $746 | - | - | $873 | $882 | | - |
| Broadcasting | 423 | 446 | | - | 413 | 411 | - | - | 423 | 444 | | - |
| **Segment OCF** | $1,329 | $1,328 | | | $1,205 | $1,158 | | | $1,295 | $1,325 | | - |
| Corporate Overhead | (61) | (62) | | - | (58) | (59) | - | - | (61) | (62) | - | - |
| **Total EBITDA** | $1,268 | $1,266 | $1,317 | 0.2% | $1,148 | $1,099 | $1,107 | (5.4%) | $1,235 | $1,263 | $1,292 | (0.4%) |
| *Variance to Sponsor* | (0 0%) | (1 2%) | 5 7% | | (9 5%) | (14 2%) | (11 2%) | | (2 7%) | (1 4%) | 3 6% | |
| ***% Growth*** | | | | | | | | | | | | |
| *Publishing* | (2 7%) | (2 7%) | | - | (14 9%) | (5 8%) | - | - | (6 3%) | 1 1% | - | - |
| *Broadcasting* | (3 5%) | 5 5% | | | (5 7%) | (0 5%) | - | - | (3 5%) | 4 9% | - | - |
| ***Segment OCF*** | (2 9%) | (0 1%) | | | (12 0%) | (4 0%) | | - | (5 4%) | 2 3% | - | - |
| ***Total EBITDA*** | (3 1%) | (0 2%) | 4 1% | - | (12 2%) | (4 3%) | 0 8% | - | (5 6%) | 2 3% | 2 3% | - |
| ***% Margin*** | | | | | | | | | | | | |
| *Publishing* | 22 8% | 22 2% | | - | 20 8% | 20 2% | - | - | 22 3% | 22 7% | - | - |
| *Broadcasting* | 30 3% | 30 8% | - | - | 29 2% | 28 5% | | - | 29 9% | 30 3% | - | - |
| ***Segment OCF*** | 24 8% | 24 5% | - | - | 23 0% | 22 5% | - | - | 24 3% | 24 8% | - | |
| ***Total EBITDA*** | 23 6% | 23 3% | 23 8% | - | 21 9% | 21.4% | 21 6% | | 23 2% | 23 6% | | - |

## TRIBUNE PERFORMANCE VERSUS GANNETT

*($ in millions)*

TRIBUNE VERSUS GANNETT 2007 YTD (First Two Months)

| | Tribune | | Gannett | | % Variance | |
|---|---|---|---|---|---|---|
| <u>Publishing</u> | 2006 | 2007 | 2006 | 2007 | Tribune | Gannett |
| Advertising | $530 | $498 | $816 | $802 | (6 1%) | (1 7%) |
| Circulation | 99 | 93 | 217 | 218 | (5.9%) | 0.6% |
| Other | 42 | 44 | 69 | 79 | 3 7% | 14 4% |
| **Total Publishing** | $671 | $635 | $1,102 | $1,099 | (5.4%) | (0.2%) |
| **Broadcast & Entertainment** | 186 | 187 | 133 | 120 | 0.4% | (10.3%) |
| **Total Revenue** | $858 | $822 | $1,235 | $1,219 | (4.2%) | (1.3%) |

*($ in millions)*

TRIBUNE VERSUS GANNETT 2005-2006 Growth

| | Tribune | | Gannett | | % Variance | |
|---|---|---|---|---|---|---|
| <u>Publishing</u> | 2005 | 2006 | 2005 | 2006 | Tribune | Gannett |
| Advertising | $3,244 | $3,260 | $5,161 | $5,371 | 0 5% | 4.1% |
| Circulation | 596 | 575 | 1,264 | 1,307 | (3.5%) | 3 4% |
| Other | 257 | 258 | 437 | 501 | 0 6% | 14 7% |
| **Total Publishing** | $4,097 | $4,093 | $6,862 | $7,179 | (0.1%) | 4.6% |
| **Broadcast & Entertainment** | 1,414 | 1,408 | 736 | 855 | (0.4%) | 16.2% |
| **Total Revenue** | $5,511 | $5,501 | $7,598 | $8,034 | (0.2%) | 5.7% |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0006504

## NEWSPAPER PUBLISHING HISTORICAL MULTIPLES

TEV / NTM EBITDA

| | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| High | 9 0x | 12 9x | 12 2x | 19 7x | 18 7x | 23.5x | 15 8x | 15 4x | 14 4x | 12 4x | 11 4x |
| Low | 6 8x | 4 0x | 7 6x | 8 2x | 9 6x | 8.7x | 9 7x | 10 5x | 10 8x | 8 9x | 7 5x |
| Median | 8 2x | 10 9x | 10 3x | 10 8x | 12 7x | 10.9x | 11 5x | 12 2x | 11 6x | 10 7x | 9 9x |

## NEWSPAPER PUBLISHING HISTORICAL MULTIPLES (CONT'D)

| | 2001A | 2002A | 2003A | 2004A | 2005A | 2006E |
|---|---|---|---|---|---|---|
| **EV / NTM EBITDA** | | | | | | |
| DJ | 23 5x | 15 8x | 15 4x | 14 4x | 12 5x | 11 4x |
| NYT | 11 0x | 11 7x | 12 5x | 12 6x | 10 9x | 9 8x |
| SSP | 12 4x | 13 4x | 13 4x | 12 2x | 10 5x | 11 0x |
| MNI | 8 7x | 9 7x | 10 5x | 10 8x | 9 8x | 7 5x |
| GCI | 10 6x | 10 9x | 11 9x | 11 4x | 8 9x | 8 8x |
| LEE | 8 8x | 10 0x | 11 1x | 10 8x | 11 4x | 10 2x |
| TRB | 10 8x | 11 7x | 13 1x | 11 0x | 9 8x | 10 0x |
| JRC | 12 3x | 11 3x | 10 5x | 11 7x | 11 4x | 9 2x |
| High | 23 5x | 15 8x | 15 4x | 14 4x | 12 5x | 11 4x |
| Low | 8 7x | 9 7x | 10 5x | 10 8x | 8 9x | 7 5x |
| Median | 10 9x | 11 5x | 12 2x | 11 6x | 10 7x | 9 9x |
| **EBITDA Margin** | | | | | | |
| DJ | 15 3% | 13 3% | 15 1% | 16 4% | 14 4% | 15 1% |
| NYT | 19 1% | 22 3% | 21 1% | 19 9% | 16 9% | 14 9% |
| SSP | 27 5% | 31 6% | 27 7% | 28 3% | 27 9% | 33 6% |
| MNI | 26 4% | 29 5% | 29 1% | 28 9% | 28 4% | 36 7% |
| GCI | 32 3% | 33 5% | 32 9% | 32 4% | 30 6% | 28 6% |
| LEE | 27 7% | 29 4% | 28 4% | 28 8% | 29 6% | 25 9% |
| TRB | 22 5% | 27 1% | 28 5% | 26 4% | 26 7% | 23 6% |
| JRC | 28 8% | 28 3% | 27 4% | 26 1% | 24 5% | 22 2% |
| High | 32 3% | 33 5% | 32 9% | 32 4% | 30 6% | 36 7% |
| Low | 15 3% | 13 3% | 15 1% | 16 4% | 14 4% | 14 9% |
| Median | 27 0% | 28 8% | 28 0% | 27 3% | 27 3% | 24 8% |

Note Multiples based on end of period share prices Net debt and shares outstanding as of year end and EBITDA based on forward period actuals

## TELEVISION BROADCASTING HISTORICAL MULTIPLES

TEV / NTM EBITDA

| | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| High | 8 3x | 9 9x | 13 5x | 10 0x | 12 3x | 9 6x | 14 0x | 12 9x | 14 9x | 10 2x | 12 5x |
| Low | 8 2x | 8 8x | 6 4x | 7 7x | 8 3x | 7 1x | 7 9x | 8 1x | 7 8x | 8 0x | 8 0x |
| Median | 8 2x | 9 5x | 9 1x | 9 3x | 11 0x | 9 0x | 10 2x | 9 9x | 11 2x | 9 0x | 9 8x |

| | 2001A | 2002A | 2003A | 2004A | 2005A | 2006E |
|---|---|---|---|---|---|---|
| **EV / NTM EBITDA** | | | | | | |
| HTV | 9 0x | 10 7x | 8 9x | 11 2x | 9 9x | 12 5x |
| NXST | NA | NA | 8 1x | 10 6x | 8 1x | 9 8x |
| GTN | 9 6x | 9 7x | 9 9x | 14 9x | 9 0x | 8 0x |
| STBI | 7 1x | 7 9x | 12 9x | 7 8x | 8 0x | 9 6x |
| TVL | NA | 14 0x | 12 4x | 12 0x | 10 2x | 11 1x |
| High | 9 6x | 14 0x | 12 9x | 14 9x | 10 2x | 12 5x |
| Low | 7 1x | 7 9x | 8 1x | 7 8x | 8 0x | 8 0x |
| Median | 9 0x | 10 2x | 9 9x | 11 2x | 9 0x | 9 8x |
| **EBITDA Margin** | | | | | | |
| HTV | 47 1% | 51 3% | 49 1% | 51 2% | 45 2% | 42 5% |
| NXST | NA | 44 0% | 36 9% | 43 7% | 37 2% | 36 7% |
| GTN | 31 1% | 37 1% | 35 1% | 39 9% | 32 6% | 45 0% |
| STBI | 47 5% | 50 6% | 46 8% | 33 6% | 44 8% | 40 1% |
| TVL | 43 1% | 45 8% | 40 2% | 42 4% | 36 3% | 35 3% |
| High | 47 5% | 51 3% | 49 1% | 51 2% | 45 2% | 45 0% |
| Low | 31 1% | 37 1% | 35 1% | 33 6% | 32 6% | 35 3% |
| Median | 45 1% | 45 8% | 40 2% | 42 4% | 37 2% | 40 1% |

Note Multiples based on end of period share prices Net debt and shares outstanding as of year end and EBITDA based on forward period actuals



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0006507