| PROJECT BEAR – CONFIDENTIAL | | | LEVERAGED FINANCE COMMITTEE APPROVAL SUMMARY | | |
|---|---|---|---|---|---|
| **DATE:** | April 3, 2007 | | | | |
| **TO:** | Leveraged Finance Committee | | | | |
| **FROM:** | **LFG:** Bill Bowen | Hutch Pegler | Jon Lindvall | Lekan Lawal | Chuck Roan |
| | **HYCM:** Dan Kelly | | | | |
| | **TMT/GIG:** Scott Seaton | Kate Brown | Raju Patel | Emily Keeton | Mike Ballou | Todd Holder |
| | Jordan Steinberg | Rich Lin | Mike Brown | | |
| **CC:** | LFC CC List | Control Room | Daniel Petrik | Richard Casavechia | Jeff Mills | Chuck Hagel |
| | Andrew C. Karp | Kyle Patterson | Bob Weiss | | |
| **RE:** | Confirmation of the final terms of the deal that was approved for Project BEAR on April 2, 2007 via electronic approval. In summary, the BAS deal team received approval to provide 16.67% underwriting for the following: | | | | |

**Approved Structure:**
- 5.72x 1st Priority Guaranteed Leverage / 7.19x Guaranteed Leverage / 8.24x Senior Leverage / 8.86x Total Leverage
    - $8,028 million senior secured credit facilities
        - $750 million revolving credit facility (the "Revolver")
        - $7,015 million Term Loan B (the "Term Loan B")
        - $263 million Delayed Draw Term Loan B (the "Delayed Draw Term Loan B")
    - $2,105 million Incremental Term Loan (the "Incremental Term Loan")
    - $2,100 million Senior Unsecured Bridge Loan

**First Step Transaction**

Sources & Uses
($ millions)

| Sources of Funds | Amount | Uses of Funds | Amount |
|---|---|---|---|
| Term Loan B | $7,015 | Tender Offer | $4,288 |
| Zell Investment | 250 | Refinancing of Existing Debt | 2,825 |
| Rollover Debt and PHONEs | 2,421 | Transaction Costs | 152 |
| | | Rollover Debt and PHONEs | 2,421 |
| **Total Sources** | **$9,686** | **Total Uses** | **$9,686** |

| Pro Forma Capitalization: Step 1 ($ millions) | (A) Actual 12/31/06 | + | (B) Q1 Adjustments | = | (C) Projected 3/31/07 | + | (D) Recap Adjustments | = | (E) Pro Forma 3/31/07 | Pro Forma LTM Leverage 3/31/07 |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | $175 | | $10 | | $185 | | -- | | $185 | |
| New Revolver - $750 | 0 | | -- | | 0 | | -- | | 0 | |
| New Term Loan B | 0 | | -- | | 0 | | 7,015 | | 7,015 | |
| **1st Priority Guaranteed Debt** | **$0** | | | | **$0** | | | | **$7,015** | **4.92x** |
| New Senior Notes | 0 | | -- | | 0 | | -- | | 0 | |
| **Guaranteed Debt** | **$0** | | | | **$0** | | | | **$7,015** | **4.92x** |
| Commercial Paper | 97 | | 0 | | 97 | | (97) | | 0 | |
| Term Loan A | 1,500 | | -- | | 1,500 | | (1,500) | | 0 | |
| Bridge Loan | 1,310 | | (82) [1] | | 1,228 | | (1,228) | | 0 | |
| Medium Term Notes | 263 | | -- | | 263 | | -- | | 263 | |
| Existing Notes | 1,166 | | 0 | | 1,166 | | -- | | 1,166 | |
| Capitalized Real Estate Obligation | 56 | | (5) | | 51 | | -- | | 51 | |
| Swaps and Other Obligations | 41 | | 0 | | 41 | | -- | | 41 | |
| **Senior Debt** | **$4,433** | | | | **$4,346** | | | | **$8,536** | **5.99x** |
| PHONES | 900 | | -- | | 900 | | -- | | 900 | |
| **Total Debt** | **$5,333** | | | | **$5,246** | | | | **$9,436** | **6.62x** |
| LTM PF Adj EBITDA [2] | $1,437 | | | | $1,425 | | | | $1,425 | |

(1) Assumes Q1 cash flows / excess cash are used toward pay down existing bridge loan
(2) LTM reflects 2006 53 week results

(Continued on the Next Page)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                         BOA-TRB-0006511

1

**PROJECT BEAR – CONFIDENTIAL**  **LEVERAGED FINANCE COMMITTEE APPROVAL SUMMARY**

**Approved Structure (Cont'd):**

### Second Step Transaction

**Sources & Uses**
($ millions)

| Sources of Funds | Amount | Uses of Funds | Amount |
|---|---|---|---|
| Incremental Term Loan B | $2,105 | Purchase of Equity | $4,261 |
| New Senior Notes | 2,100 | Transaction Costs | 224 |
| Options Proceeds | 215 | Rollover Debt and PHONEs | 9,106 |
| Incremental Zell Investment | 65 | | |
| Rollover Debt and PHONEs | 9,106 | | |
| **Total Sources** | **$13,591** | **Total Uses** | **$13,591** |

| Pro Forma Capitalization: Step 2 ($ millions) | (A) Pro Forma 3/31/07 | (B) Projected 12/31/07 | + | (C) Acquisition Adjustments | = | (D) Pro Forma 12/31/07 | + | (E) Sale of Cubs / Comcast | = | (F) Pro Forma 12/31/07 | Pro Forma LTM Leverage 12/31/07 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | $185 | $175 | | -- | | $175 | | -- | | $175 | |
| New Revolver - $750.0 | 0 | 0 | | -- | | 0 | | -- | | 0 | |
| New Term Loan B | 7,015 | 6,698 [1] | | 2,105 | | 8,803 | | (602) | | 8,201 | |
| **1st Priority Guaranteed Debt** | **$7,015** | **$6,698** | | | | **$8,803** | | | | **$8,201** | **5.72x** |
| New Senior Notes | 0 | 0 | | 2,100 | | 2,100 | | -- | | 2,100 | |
| **Guaranteed Debt** | **$7,015** | **$6,698** | | **$4,205** | | **$10,903** | | | | **$10,301** | **7.18x** |
| Commercial Paper | 0 | 0 | | -- | | 0 | | -- | | 0 | |
| Term Loan A | 0 | 0 | | -- | | 0 | | -- | | 0 | |
| Bridge Loan | 0 | 0 | | -- | | 0 | | -- | | 0 | |
| Medium Term Notes | 263 | 263 | | -- | | 263 | | -- | | 263 | |
| Existing Notes | 1,166 | 1,166 | | -- | | 1,166 | | -- | | 1,166 | |
| Capitalized Real Estate Obligation | 51 | 36 | | -- | | 36 | | -- | | 36 | |
| Swaps and Other Obligations | 41 | 43 | | -- | | 43 | | -- | | 43 | |
| **Senior Debt** | **$8,536** | **$8,206** | | | | **$12,411** | | | | **$11,809** | **8.24x** |
| PHONES | 900 | 900 | | -- | | 900 | | -- | | 900 | |
| **Total Debt** | **$9,436** | **$9,106** | | | | **$13,311** | | | | **$12,709** | **8.86x** |
| Less PV of Tax Savings [2] | 0 | 0 | | (1,071) | | (1,071) | | -- | | (1,071) | |
| **Total Adjusted Debt** | **$9,436** | **$9,106** | | **$3,134** | | **$12,240** | | | | **$11,638** | **8.12x** |
| LTM PF Adj. EBITDA | $1,425 | $1,389 | | | | $1,469 [3] | | | | $1,434 [3] | |

(1) Assumes $317 million Q2-Q4 cash flows and excess cash are used toward paydown of the Term Loan B
(2) Calculated as the 10-year Present Value of Tax Savings from S-Corp election discounted at a average cost of capital of 7.5%
(3) Pro Forma for $80 million of incremental cash cost savings

**Approved Hold:** $75 million Revolver    Successful Syndication    Not defined

**Capital Commitment / Fee Summary:**

| ($ millions) Facility | Amount | BAS Economics | BAS Underwriting | Fee / Gross Spread | Net Fees |
|---|---|---|---|---|---|
| **First Step Transaction** | | | | | |
| Revolver [1] | $750.0 | 16.67% | $125.0 | 1.625% | $1.2 |
| Term Loan B (Step One) | 7,015.0 | 16.67% | 1,169.2 | 1.625% | 19.0 |
| Delayed Draw Term Loan B | 263.0 | 16.67% | 43.8 | 1.625% | 0.7 |
| **First Step Total** | **$8,028.0** | | **$1,338.0** | | **$20.9** |
| **Second Step Transaction** | | | | | |
| Incremental Term Loan | $2,105.0 | 16.67% | $350.8 | 1.625% | $5.7 |
| Senior Bridge Facility (Commitment Fee) [2] | 2,100.0 | 16.67% | 350.0 | 0.750% | 1.3 |
| Senior Notes Gross Spread [3] | | | | 2.000% | 3.5 |
| **Second Step Total** | **$4,205.0** | | **$700.8** | | **$10.5** |
| **Total** | **$12,233.0** | | **$2,038.8** | | **$31.4** |

(1) Assumes BAS sells $50 million to market for a fee of 1.625% and holds $75 million
(2) Assumes BAS sells $175 million to market for commitment fee of 0.75% and holds $175 million
(3) Fee assumes $175 million with gross spread of 2.00%

**Ratings:** B2 (stable) / B (stable)

**Pricing / Caps:** Please see attached Exhibits

**Price Flex:** Please see attached Exhibits

**Structural Flex:** Please see attached Exhibits

**Key Commitment Conditions:** Please see attached Exhibits

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0006512

**PROJECT BEAR – CONFIDENTIAL**                        **LEVERAGED FINANCE COMMITTEE APPROVAL SUMMARY**

**Financial Summary:**

| Summary Financial Data ($ in millions) | Historical 12/31/04 | Historical 12/31/05 | Historical 12/31/06 | Pro Forma LTM 12/31/07 | Projected 12/31/08 | Projected 12/31/09 | Projected 12/31/10 | Projected 12/31/11 | Projected 12/31/12 | Projected 12/31/13 | Projected 12/31/14 | Projected 12/31/15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Publishing - Sales | $4,130 | $4,097 | $4,025 | $3,946 | $3,929 | $3,881 | $3,851 | $3,834 | $3,831 | $3,836 | $3,850 | $3,879 |
| Broadcasting - Sales | 1,502 | 1,414 | 1,408 | 1,434 | 1,480 | 1,487 | 1,531 | 1,537 | 1,568 | 1,599 | 1,631 | 1,664 |
| Elimination of SCNI - Sales | 0 | 0 | 0 | 0 | (39) | (39) | (39) | (39) | (39) | (39) | (39) | (39) |
| Elimination of Cubs - Sales | 0 | 0 | 0 | 0 | (203) | (206) | (209) | (209) | (209) | (209) | (209) | (209) |
| Sales | $5,632 | $5,511 | $5,433 | $5,380 | $5,167 | $5,123 | $5,134 | $5,123 | $5,151 | $5,187 | $5,233 | $5,295 |
| Publishing - Sales Growth | -- | (0.8%) | (1.8%) | (2.0%) | (0.4%) | (1.2%) | (0.8%) | (0.4%) | (0.1%) | 0.1% | 0.4% | 0.7% |
| Broadcasting - Sales Growth | -- | (5.9%) | (0.4%) | 1.8% | 3.2% | 0.4% | 3.0% | 0.4% | 2.0% | 2.0% | 2.0% | 2.0% |
| Sales Growth | -- | (2.1%) | (1.4%) | (1.0%) | (4.0%) | (0.9%) | 0.2% | (0.2%) | 0.5% | 0.7% | 0.9% | 1.2% |
| Publishing - OCF | 1,036 | 986 | 947 | 929 | 878 | 830 | 810 | 812 | 818 | 818 | 826 | 835 |
| Broadcasting - OCF | 563 | 465 | 443 | 405 | 468 | 484 | 501 | 489 | 499 | 509 | 519 | 529 |
| Elimination of SCNI | 0 | 0 | 0 | 0 | (7) | (7) | (7) | (7) | (7) | (7) | (7) | (7) |
| Elimination of Cubs | 0 | 0 | 0 | 0 | (24) | (25) | (25) | (25) | (25) | (25) | (25) | (25) |
| Corporate Expenses | (51) | (50) | (50) | (49) | (65) | (66) | (69) | (71) | (72) | (74) | (75) | (77) |
| Elimination of Stock-Based Compensation | 0 | 0 | 0 | 0 | 51 | 52 | 57 | 61 | 61 | 61 | 61 | 61 |
| Annual Cash Savings [1] | 0 | 0 | 0 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 |
| Equity Income | 14 | 49 | 71 | 69 | 84 | 117 | 145 | 152 | 160 | 167 | 176 | 185 |
| Non-cash Pension Expense | 0 | 0 | 0 | 0 | (8) | (18) | (28) | (28) | (28) | (28) | (28) | (28) |
| EBITDA | $1,562 | $1,451 | $1,411 | $1,434 | $1,456 | $1,446 | $1,464 | $1,463 | $1,484 | $1,501 | $1,526 | $1,553 |
| Publishing - OCF Margin | 25.1% | 24.1% | 23.5% | 23.5% | 22.3% | 21.4% | 21.0% | 21.2% | 21.3% | 21.3% | 21.4% | 21.5% |
| Broadcasting - OCF Margin | 37.5% | 33.0% | 31.5% | 28.2% | 31.6% | 32.5% | 32.7% | 31.8% | 31.8% | 31.8% | 31.8% | 31.8% |
| EBITDA Margin | 27.7% | 26.3% | 26.0% | 26.7% | 28.2% | 28.2% | 28.5% | 28.6% | 28.8% | 28.9% | 29.2% | 29.3% |
| Acquisitions & Investments | 0 | 0 | 241 | 50 | 162 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| Capital Expenditures | 217 | 206 | 222 | 175 | 172 | 127 | 125 | 125 | 126 | 127 | 128 | 129 |
| Total Capital Expenditures | $217 | $206 | $463 | $225 | $334 | $152 | $150 | $150 | $151 | $152 | $153 | $154 |
| Net Interest Expense |  |  |  | 966 | 920 | 865 | 862 | 846 | 826 | 789 | 745 | 707 |
| EBITDA |  |  |  |  | 1,456 | 1,446 | 1,464 | 1,463 | 1,484 | 1,501 | 1,526 | 1,553 |
| Cash Interest Expense |  |  |  |  | (920) | (865) | (862) | (846) | (826) | (789) | (745) | (707) |
| Cash Taxes |  |  |  |  | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Changes in Other Assets / Liabilities |  |  |  |  | (5) | (69) | (56) | (20) | (20) | (20) | (20) | (20) |
| Working Capital Sources (Uses) |  |  |  |  | (37) | 5 | 0 | 1 | (2) | (1) | (2) | (2) |
| Acquisitions & Investments |  |  |  |  | (162) | (25) | (25) | (25) | (25) | (25) | (25) | (25) |
| Capital Expenditures |  |  |  |  | (172) | (127) | (125) | (125) | (126) | (127) | (128) | (129) |
| Loss (Gain) on Assets Sale |  |  |  |  | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change in Cash Balance |  |  |  |  | 65 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ESOP Redemptions |  |  |  |  | 0 | (0) | (0) | (2) | (4) | (8) | (14) | (22) |
| Cash Flow Available to Retire Debt |  |  |  |  | 237 | 366 | 395 | 446 | 482 | 532 | 591 | 646 |
| Cumulative Cash Flows to Retire Debt |  |  |  |  | 237 | 603 | 998 | 1,445 | 1,927 | 2,459 | 3,050 | 3,696 |
| Mandatory Debt Prepayments |  |  |  |  | (390) | (91) | (540) | (91) | (91) | (171) | (91) | (420) |
| Cash Flow After Mandatory Debt Repayment |  |  |  | (153) | 274 | (145) | 355 | 391 | 360 | 500 | 226 |
| Cumulative Cash Flows After Mandatory Debt Repayment |  |  |  |  | (153) | 122 | (23) | 332 | 723 | 1,083 | 1,583 | 1,809 |
| Cash |  |  |  | $175 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 |
| Revolver - $750 |  |  |  | 0 | 0 | 0 | 145 | 0 | 0 | 0 | 0 | 0 |
| Term Loan B [2][3] |  |  |  | 8,201 | 8,263 | 7,897 | 7,806 | 7,504 | 7,022 | 6,570 | 5,979 | 5,662 |
| 1st Priority Guaranteed Debt |  |  |  | $8,201 | $8,263 | $7,897 | $7,951 | $7,504 | $7,022 | $6,570 | $5,979 | $5,662 |
| New Senior Notes |  |  |  | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 |
| Total Guaranteed Debt |  |  |  | $10,301 | $10,363 | $9,997 | $10,051 | $9,604 | $9,122 | $8,670 | $8,079 | $7,762 |
| Rolled Fixed Rate Debt |  |  |  | 1,508 | 1,209 | 1,209 | 760 | 760 | 760 | 680 | 680 | 351 |
| Senior Debt |  |  |  | $11,809 | $11,572 | $11,206 | $10,811 | $10,364 | $9,882 | $9,350 | $8,759 | $8,113 |
| PHONEs [4] |  |  |  | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 |
| Total Debt |  |  |  | $12,709 | $12,472 | $12,106 | $11,711 | $11,264 | $10,782 | $10,250 | $9,659 | $9,013 |
| **Credit Ratios** |  |  |  |  |  |  |  |  |  |  |  |  |
| 1st Priority Guaranteed Leverage |  |  |  | 5.72x | 5.67x | 5.46x | 5.43x | 5.13x | 4.73x | 4.38x | 3.92x | 3.65x |
| Guaranteed Leverage |  |  |  | 7.18x | 7.11x | 6.91x | 6.86x | 6.56x | 6.14x | 5.78x | 5.30x | 5.00x |
| Senior Leverage |  |  |  | 8.24x | 7.95x | 7.75x | 7.38x | 7.08x | 6.66x | 6.23x | 5.74x | 5.23x |
| Total Leverage |  |  |  | 8.86x | 8.56x | 8.37x | 8.00x | 7.70x | 7.26x | 6.83x | 6.33x | 5.81x |
| Interest Coverage |  |  |  | 1.48x | 1.58x | 1.67x | 1.70x | 1.73x | 1.80x | 1.90x | 2.05x | 2.20x |

(1) $80 million of annual cost savings from ESOP structure and public company cost eliminations
(2) $260 million Delay Draw Term Loan to pay Medium Term Notes come into effect in 2008
(3) Assumes 100% excess cash flow recapture
(4) Assumes PHONEs do not amortize

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                            BOA-TRB-0006513

**PROJECT BEAR – CONFIDENTIAL**  **LEVERAGED FINANCE COMMITTEE APPROVAL SUMMARY**

### EXHIBIT 1: SUMMARY OF TERMS FOR SENIOR CREDIT FACILITIES (FIRST STEP)

| | |
|---|---|
| **Borrower:** | Tribune Company |
| **Credit Facilities:** | • $750.0 million Revolving Credit Facility (the "Revolver" and together with the Term Loan B and the Delayed Draw Term Loan B, the "Senior Secured Credit Facilities" or the "First Priority Guaranteed Debt")<br>• $7,015 million Term Loan B (the "Term Loan B")<br>• $263 million Delayed Draw Term Loan B (the "Delayed Draw Term Loan B") |
| **Maturity:** | • Revolver: 6 years<br>• Term Loan B: 7 years<br>• Delayed Draw Term Loan B: 7 years |
| **Incremental Facility:** | • $2,105 million (see following page) |
| **Amortization:** | • Revolver: None<br>• Term Loan B: 1% per year (paid in equal quarterly installments), bullet at maturity<br>• Delayed Draw Term Loan B: 1% per year (paid in equal quarterly installments), bullet at maturity |
| **Mandatory Prepayments:** | • 100% of net cash proceeds from debt issuance<br>• 50% of excess cash flow (to be defined) and subject to leverage based step-down TBD<br>• 100% of net cash proceeds from asset sales, subject to customary exceptions<br>• 100% of net cash proceeds from any Special contributions |
| **Optional Redemption:** | Anytime at par |
| **Pricing:** | • Revolver: L + 250 bps<br>• Term Loan B: L + 250 bps<br>• Delayed Draw Term Loan B: L + 250 bps<br>*Note: Pricing reduces to L + 225 bps if (i) Acquisition Agreement is terminated (i.e. Second Step does not occur) and (ii) the corporate credit ratings of Tribune are B1 (stable) or better and B+ (stable) or better* |
| **Commitment Fee:** | • Revolver: 50 bps on the unused portion (subject to a leverage based grid TBD)<br>• Delayed Draw Term Loan B: 75 bps (undrawn), commencing on the date of the execution and delivery of Credit Documents |
| **Guarantors:** | All domestic subsidiaries of the Borrower |
| **Security:** | Stock of subsidiaries |
| **Financial Covenants:** | • Maximum total guaranteed debt leverage ratio<br>• Minimum interest coverage ratio |
| **Flex:** | • 50 bps if B2 (stable) / B (stable) or better corporate ratings, 75 bps otherwise<br>• Delayed Draw commitment fee to be equal to no more than 50% of Term Loan B drawn margin<br>• Most favored nation pricing to set Term Loan B pricing equal to Incremental Facility pricing, if Incremental Facility pricing is greater than Term Loan B pricing by 25 bps or more<br>• Pricing flex may be taken as OID (4-year average life), or combination of OID and increase in interest rate provided that Tribune may draw on the Revolver to the extent of any OID<br>• Structural Flex: None |
| **Underwriting Fee:** | 1.625% on total amount of the First Priority Guaranteed Debt (no fees payable on the Incremental Facility until the Incremental Facility Closes in the Second Step) |
| **Termination Date:** | August 17, 2007 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0006514

**PROJECT BEAR – CONFIDENTIAL**                                    **LEVERAGED FINANCE COMMITTEE APPROVAL SUMMARY**

EXHIBIT 1: SUMMARY OF TERMS FOR SENIOR CREDIT FACILITIES (FIRST STEP) CONTINUED

**Conditions:**

**Commitment Conditions**
- Preparation, execution and delivery of satisfactory definitive documentation with respect to the Senior Secured Credit Facilities
- No competing debt offering issued/placed by Tribune, any of its subsidiaries, the ESOP, Holdco or any of its affiliates or subsidiaries
- No Material Adverse Effect as defined in the Acquisition Agreement

**Conditions Precedent**
- Receipt (by the Lenders) of unaudited consolidated balance sheets and related income statements, stockholders' equity and cash flows for Tribune for the fiscal quarter ended December 31, 2006
- Receipt (by the Lenders) of two pro forma consolidated balance sheets for the most recently ended fiscal quarter prior to the Closing Date, the first after giving effect to the First Step Transactions and second after giving effect to the First and Second Step Transactions; and receipt (by the Lead Arrangers) of two sets of reasonably detailed pro forma consolidated five-fiscal year projections
- Occurrence of the Refinancings and delivery of reasonably satisfactory documentation in respect of repayment of existing indebtedness
- Payment of fees and expenses
- Valid lien on and security interest in collateral
- Delivery of reasonably satisfactory legal opinions; absence of prepayment events under other material debt instruments; no creation of liens on collateral under other debt instruments (other than existing Notes); customary closing certificates; delivery of the opinion of ESOP trustee's financial advisor (if requested by the Lead Arrangers); delivery of customary certificate of the ESOP trustee (if requested by the Lead Arrangers); and compliance with applicable laws and regulations
- Execution and delivery of the Acquisition Agreement
- The Zell investment shall have been made and Tribune shall have received cash proceeds in an amount not less than $250 million. The ESOP investment shall have been made and Tribune shall have received the ESOP Note. Neither Holdco or the ESOP shall have participated in the Stock Repurchase
- (i) No changes or waivers to the terms and conditions of the documentation regarding the establishment of the ESOP; and (ii) the ESOP shall not have entered into any prohibited transactions, transactions that violate fiduciary standards or adversely affect the qualified status of the ESOP
- Formation of Tribune Finance LLC (by Tribune Company) as a direct wholly owned subsidiary in connection with the First Step Transactions
- Receipt of all governmental and third party approvals or consents

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    BOA-TRB-0006515

**PROJECT BEAR – CONFIDENTIAL**    **LEVERAGED FINANCE COMMITTEE APPROVAL SUMMARY**

**EXHIBIT 2: SUMMARY OF TERMS FOR INCREMENTAL SENIOR CREDIT FACILITY (SECOND STEP)**

| | |
|---|---|
| **Borrower:** | Tribune Company |
| **Credit Facility:** | $2,105 million Incremental Term Loan (the "Incremental Term Loan" or the "Incremental Facility") |
| **Maturity:** | 7 years |
| **Amortization:** | 1% per year (paid in equal quarterly installments), bullet at maturity |
| **Optional Redemption:** | Anytime at par |
| **Pricing:** | L + 250 bps |
| **Most Favored Nation:** | Most favored nation pricing to set Term Loan B pricing equal to Incremental Facility pricing minus 25 bps, if Incremental Facility pricing is greater than Term Loan B pricing by more than 25 bps |
| **Guarantors:** | All domestic subsidiaries of the Borrower |
| **Security:** | Stock of subsidiaries |
| **Financial Covenants:** | • Maximum total guaranteed debt leverage ratio<br>• Minimum interest coverage ratio |
| **Flex:** | • Pricing: 50 bps (may be taken as OID (4-year average life), or combination of OID and increase in interest rate)<br>• Structural: Reallocation of up to $1,400 million of the Incremental Term Loan to the Senior Bridge Facility or Senior Notes *(Note: reallocation shall not result in an increase in weighted average fee obligation of Tribune over the fees that would have been paid had such reallocation not occurred)*<br>• Any Senior Notes may be secured by, on a second lien basis, any or all the collateral securing the Senior Secured Credit Facilities |
| **Underwriting Fee:** | 1.625% on total amount of the Incremental Term Loan (payable at Closing of Second Step) |
| **Termination Date:** | May 31, 2008 |
| **Conditions:** | **Commitment Conditions**<br>• Preparation, execution and delivery of satisfactory definitive documentation with respect to the Second Step Facilities<br>• No competing debt offering issued/placed by Tribune, any of its subsidiaries, the ESOP, Holdco or any of its affiliates or subsidiaries<br>• No Material Adverse Effect as defined in the Acquisition Agreement<br><br>**Conditions Precedent**<br>• Receipt (by the Lenders) of audited consolidated balance sheets and related income statements, stockholders' equity and cash flows for Tribune for the fiscal quarter ended on or before 75 before the Second Step Closing Date and unaudited financial statements of Tribune for each fiscal quarter ended after the date of the audited financial statements provided above and ended on or before 30 days before the Second Step Closing Date<br>• Receipt (by the Lenders) of pro forma consolidated balance sheet of Tribune as of the fiscal quarter (including the fourth quarter) most recently ended prior to the Second Step Closing Date, after giving effect to the Second Step Transactions; and receipt (by the Lead Arrangers) of reasonably detailed pro forma consolidated five-fiscal year projections<br>• Payment of fees and expenses<br>• Valid lien on and security interest in collateral<br>• Delivery of reasonably satisfactory legal opinions; absence of prepayment events under other material debt instruments; no creation of liens on collateral under other debt instruments (other than existing Notes); customary closing certificates; delivery of the opinion of ESOP trustee's financial advisor (if requested by the Lead Arrangers); delivery of customary certificate of the ESOP trustee (if requested by the Lead Arrangers)<br>• Consummation of the acquisition per the terms and conditions of the Acquisition Agreement<br>• Each of the First Step Transactions shall have been consummated and the Credit Agreement shall have been executed and delivered and there shall not have been amendments, modifications or waivers that are adverse to the Lenders under the Incremental Facilities<br>• Zell and Holdco shall have entered into an equity commitment agreement or subscription agreement whereby Zell will agree to invest up to $100 million on the later of March 25, 2008 or the Second Step Closing Date in Junior Capital of Tribune if Tribune has not made the election to be treated as an S Corporation on or prior to March 15, 2008<br>• Receipt of all governmental and third party approvals or consents |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0006516