**PROJECT BEAR – CONFIDENTIAL**                                    **LEVERAGED FINANCE COMMITTEE APPROVAL SUMMARY**

### EXHIBIT 3: SUMMARY OF TERMS FOR SENIOR UNSECURED BRIDGE FACILITY (SECOND STEP)

| | |
|---|---|
| **Borrower:** | Tribune Company |
| **Credit Facility:** | $2,100 million Initial Senior Unsecured Loans (the "Initial Senior Loans") |
| **Maturity:** | 1-year / 7-year exchange Notes |
| **Pricing:** | L + 450 bps for first three months, increasing by 50 bps quarterly thereafter until, but excluding the Initial Maturity Date |
| **Guarantees:** | Senior Subordinated |
| **Security:** | None |
| **Covenants:** | Usual and customary for transactions of this type |
| **Interest Rate Cap:** | 12.00% if B2 (stable) / B (stable) or better, otherwise 12.50% |
| **Securities Demand Cap:** | 12.00% if B2 (stable) / B (stable) or better, otherwise 12.50% |
| **Commitment Fee:** | 75 bps |
| **Take-down / Funding Fee:** | 125 bps (with the rebates below) <br><br> Rebates: 75% of the Applicable Portion (41.667% of Take-down Fee) of the Take-down fee shall be paid back as rebate if the offering of debt securities are consummated on or before the 90th day following the Second Step Closing Date; 50% of the Applicable Portion if between the 91st day and 180th day (inclusive); 25% the Applicable Portion if between the 181st day and 270th day (inclusive); 0% thereafter. |
| **Conversion Fee:** | 200 bps (no rebates) |
| **Termination Date:** | May 31, 2008 |
| **Conditions:** | • Same as for Incremental Term Loans; and <br> • Receipt (by the Lead Arrangers) not later than 20 days prior to the Second Step Closing Date, of a complete printed preliminary prospectus or preliminary offering memorandum or preliminary private placement memorandum suitable for use in a customary "high-yield road show" relating to the Senior Notes |