**Presentation to:**



### EQUITY GROUP INVESTMENTS, LLC

**Project Tower Discussion Materials**

*March 28, 2007*

Bank of America

CONFIDENTIAL

BOA-TRB-0003266



# Banc of America Securities LLC Disclaimer

These materials have been prepared by Banc of America Securities LLC ("BAS") for the BAS client or potential client to whom such materials are directly addressed and delivered (the "Company") in connection with an actual or potential mandate or engagement and may not be used or relied upon for any purpose other than as specifically contemplated by a written agreement with BAS. These materials are based on information provided by or on behalf of the Company and/or other potential transaction participants, from public sources or otherwise reviewed by BAS. BAS assumes no responsibility for independent investigation or verification of such information and has relied on such information being complete and accurate in all material respects. To the extent such information includes estimates and forecasts of future financial performance prepared by or reviewed with the managements of the Company and/or other potential transaction participants or obtained from public sources, BAS has assumed that such estimates and forecasts have been reasonably prepared on bases reflecting the best currently available estimates and judgments of such managements (or, with respect to estimates and forecasts obtained from public sources, represent reasonable estimates). No representation or warranty, express or implied, *is* made as to the accuracy or completeness of such information and nothing contained herein is, or shall be relied upon as, a representation, whether as to the past, the present or the future. These materials were designed for use by specific persons familiar with the business and affairs of the Company and are being furnished and should be considered only in connection with other information, oral or written, being provided by BAS in connection herewith. These materials are not intended to provide the sole basis for evaluating, and should not be considered a recommendation with respect to, any transaction or other matter. These materials do not constitute an offer or solicitation to sell or purchase any securities and are not a commitment by BAS (or any affiliate) to provide or arrange any financing for any transaction or to purchase any security in connection therewith. BAS assumes no obligation to update or otherwise revise these materials. These materials have not been prepared with a view toward public disclosure under state or federal securities laws or otherwise, are intended for the benefit and use the Company, and may not be reproduced, disseminated, quoted or referred to, in whole or *in part*, without the *prior written consent of BAS*. These materials may not reflect information known to other professionals in other business areas of BAS and its affiliates

BAS has adopted policies and guidelines designed to preserve the independence of its research analysts. BAS' policies prohibit employees from offering research coverage, a favorable research rating or a specific price target or offering to change a research rating or price target as consideration for or an inducement to obtain business or other compensation.

BAS and its affiliates comprise a full service securities firm and commercial bank engaged in securities trading and brokerage activities as well as providing investment banking, asset and investment management, financing and financial advisory services and other commercial and investment banking services and products to a wide range of corporations and individuals, domestically and offshore, from which conflicting interests or duties may arise. In the ordinary course of these activities, BAS or its affiliates may at any time hold long or short positions, and may trade or otherwise effect transactions, for their own account or the accounts of customers, in debt or equity securities or loans of the Company, potential counterparties, or any other company that may be involved in a transaction Products and services that may be referenced in the accompanying materials may be provided through affiliates of BAS. BAS is a subsidiary of Bank of America Corporation, the parent company of Bank of America, N.A. and other banks. BAS is a broker-dealer registered with the Securities and Exchange Commission and is a member of the New York Stock Exchange, Inc., the National Association of Securities Dealers, Inc. and the Securities Investor Protection Corporation.

BAS is required to obtain, verify and record certain information that identifies the Company, which information includes the name and address of the Company and other information that will allow BAS to identify the Company in accordance with the USA Patriot Act (Title III of Pub. L. 107-56 (signed into law October 26, 2001) and such other laws, rules and regulations.

BAS and its affiliates do not provide tax advice. Accordingly, any statements contained herein as to tax matters were neither written nor intended by BAS or its affiliates to be used and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on such taxpayer. If any person uses or refers to any such tax statement in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to any taxpayer, then the statement expressed herein is being delivered to support the promotion or marketing of the transaction or matter addressed and the recipient should seek advice based on its particular circumstances from an independent tax advisor. Notwithstanding anything that may appear herein or in other materials to the contrary, the Company shall be permitted to disclose the tax treatment and tax structure of a transaction (including any materials, opinions or analyses relating to such tax treatment or tax structure, but without disclosure of identifying information or, except to the extent relating to such tax structure or tax treatment, any nonpublic commercial or financial information) on and after the earliest to occur of the date of (i) public announcement of discussions relating to such transaction, (ii) public announcement of such transaction or (iii) execution of a definitive agreement (with or without conditions) to enter into such transaction; provided, however, that if such transaction is not consummated for any reason, the provisions of this sentence shall cease to apply.

CONFIDENTIAL

BOA-TRB-0003267



# Bank of America Qualifications

CONFIDENTIAL

BOA-TRB-0003268

## BAS is a Top Ranked Financier of the Media and Telecom Industries

**2006YE MEDIA & TELECOM LEVERAGED FINANCE**
Split Credit to Book-Running Managers

| Rank | Lender | Volume ($ MM) | # of Deals | Market Share |
|---|---|---|---|---|
| 1 | JP Morgan | $12,574 | 24 | 18% |
| 2 | Bank of America | 12,337 | 30 | 18% |
| 3 | Citigroup | 8,785 | 9 | 12% |
| 4 | Deutsche Bank | 5,734 | 9 | 8% |
| 5 | Credit Suisse | 4,614 | 16 | 7% |
| 6 | Goldman Sachs & Company | 4,507 | 10 | 6% |
| 7 | Wachovia Securities | 4,349 | 21 | 6% |
| 8 | Merrill Lynch & Company | 3,182 | 8 | 5% |
| 9 | Bear Stearns Companies | 2,685 | 4 | 4% |
| 10 | General Electric Capital Corporation | 2,390 | 20 | 3% |

**2006YE MEDIA & TELECOM HIGH GRADE**
Split Credit to each Bookrunner

| Rank | Manager | Volume ($ MM) | # of Deals | Market Share |
|---|---|---|---|---|
| 1 | Bank of America | 6,783 | 11 | 13% |
| 2 | Lehman Brothers | 5,778 | 6 | 11% |
| 3 | Citigroup | 5,588 | 7 | 11% |
| 4 | Lehman Brothers | 5,278 | 10 | 10% |
| 5 | Goldman Sachs | 4,095 | 5 | 8% |
| 6 | Merrill Lynch | 3,937 | 8 | 8% |
| 7 | Morgan Stanley | 3,437 | 4 | 7% |
| 8 | Deutsche Bank | 3,188 | 4 | 6% |
| 9 | Credit Suisse | 2,208 | 4 | 4% |
| 10 | Bear Stearns | 1,495 | 1 | 3% |





Bank of America

CONFIDENTIAL BOA-TRB-0003269

## BAS is a Leader in Large Leveraged Finance Transactions
Volume of all leveraged finance transactions greater than $1.0BN since 2001

- *Market knowledge and execution experience drive success*



| JPM | BAS | DBAB | CSFB | Citi | GS | MS | Leh | ML | BS | Wach | RBS | UBS | Barc | GECC | TD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $311.4 | $249.0 | $173.6 | $154.8 | $140.5 | $98.8 | $66.8 | $55.7 | $52.3 | $24.2 | $22.2 | $15.6 | $11.9 | $11.2 | $8.2 | $6.0 |

■ Bank   High Yield

Source: SDC

**Bank of America**   5

CONFIDENTIAL

BOA-TRB-0003270

Bank of America

6

# Financing Discussion

CONFIDENTIAL

BOA-TRB-0003271

# Financing Discussion

## Sources and Uses and Pro Forma Capitalization – Step One

**Sources & Uses**
($ millions)

| Sources of Funds | Amount | Uses of Funds | Amount |
|---|---|---|---|
| New Revolver - $750.0 | $0 | Share Repurchase | $4,241 |
| New Term Loan B | 7,275 | Refinancing Existing Debt | 3,097 |
| Roll Existing Debt | 1,261 | Roll Existing Debt | 1,261 |
| Roll PHONES | 900 | Roll PHONES | 900 |
| Zell Investment | 225 | Financing Fees | 138 |
|  |  | Transaction Fees | 24 |
| **Total Sources** | **$9,661** | **Total Uses** | **$9,661** |

| Pro Forma Capitalization: Step 1 ($ millions) | (A) Actual 12/31/06 | + | (B) Q1 Adjustments | = | (C) Projected 3/31/07 | + | (D) Recap Adjustments | = | (E) Pro Forma 3/31/07 | Pro Forma LTM Leverage 3/31/07 |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | $175 | | $10 | | $185 | | -- | | $185 | |
| New Revolver - $750.0 | 0 | | -- | | 0 | | -- | | 0 | |
| New Term Loan B | 0 | | -- | | 0 | | 7,275 | | 7,275 | |
| **1st Priority Guaranteed Debt** | **$0** | | | | **$0** | | | | **$7,275** | **5.11x** |
| New Senior Notes | 0 | | -- | | 0 | | -- | | 0 | |
| **Guaranteed Debt** | **$0** | | | | **$0** | | | | **$7,275** | **5.11x** |
| Commercial Paper | 97 | | -- | | 97 | | (97) | | 0 | |
| Term Loan A | 1,500 | | -- | | 1,500 | | (1,500) | | 0 | |
| Bridge Loan | 1,310 | | (70) [1] | | 1,240 | | (1,240) | | 0 | |
| Medium Term Notes | 263 | | -- | | 263 | | (263) | | 0 | |
| Existing Notes | 1,165 | | 0 | | 1,165 | | -- | | 1,165 | |
| Capitalized Real Estate Obligation | 56 | | (5) | | 51 | | -- | | 51 | |
| Swaps and Other Obligations | 41 | | 0 | | 41 | | -- | | 41 | |
| **Senior Debt** | **$4,432** | | | | **$4,358** | | | | **$8,533** | **5.99x** |
| PHONES | 900 | | -- | | 900 | | -- | | 900 | |
| **Total Debt** | **$5,332** | | | | **$5,258** | | | | **$9,433** | **6.62x** |
| LTM PF Adj. EBITDA [2] | $1,437 | | | | $1,425 | | | | $1,425 | |

(1) Assumes Q1 cash flows / excess cash are used toward pay down of existing bridge loan
(2) LTM reflects 2006 53 week results

Bank of America    7

CONFIDENTIAL

BOA-TRB-0003272

# Financing Discussion

## Sources and Uses and Pro Forma Capitalization – Step Two

**Sources & Uses**
*($ millions)*

| Sources of Funds | Amount | Uses of Funds | Amount |
|---|---|---|---|
| Roll Term Loan B | $6,969 | Purchase Equity | $4,194 |
| New Incremental Term Loan B | 2,126 | Roll New Term Loan B | 6,969 |
| New Senior Notes / PIK Toggle Notes | 2,100 | Roll Existing Notes | 1,244 |
| Roll Existing Notes | 1,244 | Roll PHONES | 900 |
| Roll PHONES | 900 | Financing and Other Fees | 108 |
| Option Proceeds | 217 | Change of Control Distrib. | 141 |
| **Total Sources** | **$13,556** | **Total Uses** | **$13,556** |

| Pro Forma Capitalization: Step 2<br>($ millions) | (A)<br>Pro Forma<br>3/31/07 | (C)<br>Projected<br>12/31/07 + | (D)<br>Acquisition<br>Adjustments = | (E)<br>Pro Forma<br>12/31/07 + | (D)<br>Sale of Cubs /<br>Comcast = | (E)<br>Pro Forma<br>12/31/07 | Pro Forma LTM<br>Leverage<br>12/31/07 |
|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | $185 | $175 | -- | $175 | -- | $175 | |
| New Revolver - $750.0 | 0 | 0 | -- | 0 | -- | 0 | |
| New Term Loan B | 7,275 | 6,969 [1] | 2,126 | 9,095 | (602) | 8,493 | |
| **1st Priority Guaranteed Debt** | **$7,275** | **$6,969** | | **$9,095** | | **$8,493** | **5.92x** |
| New Senior Notes / PIK Toggle Notes | 0 | 0 | 2,100 | 2,100 | -- | 2,100 | |
| **Guaranteed Debt** | **$7,275** | **$6,969** | **$4,226** | **$11,195** | | **$10,593** | **7.39x** |
| Commercial Paper | 0 | 0 | -- | 0 | -- | 0 | |
| Term Loan A | 0 | 0 | -- | 0 | -- | 0 | |
| Bridge Loan | 0 | 0 | -- | 0 | -- | 0 | |
| Medium Term Notes | 0 | 0 | -- | 0 | -- | 0 | |
| Existing Notes | 1,165 | 1,165 | -- | 1,165 | -- | 1,165 | |
| Capitalized Real Estate Obligation | 51 | 36 | -- | 36 | -- | 36 | |
| Swaps and Other Obligations | 41 | 43 | -- | 43 | -- | 43 | |
| **Senior Debt** | **$8,533** | **$8,213** | | **$12,440** | | **$11,838** | **8.25x** |
| PHONES | 900 | 900 | -- | 900 | -- | 900 | |
| **Total Debt** | **$9,433** | **$9,113** | | **$13,340** | | **$12,738** | **8.88x** |
| Less: PV of Tax Savings [2] | 0 | 0 | (1,071) | (1,071) | -- | (1,071) | |
| **Total Adjusted Debt** | **$9,433** | **$9,113** | **$3,155** | **$12,269** | | **$11,667** | **8.14x** |
| LTM PF Adj. EBITDA | $1,425 | $1,389 | | $1,469 [3] | | $1,434 [3] | |

(1) Assumes $306 million Q2-Q4 cash flows and excess cash are used toward paydown of the Term Loan B
(2) Calculated as the 10-year Present Value of Tax Savings from S-Corp election discounted at a average cost of capital of 7.5%
(3) Pro Forma for $80 million of incremental cash cost savings

**Bank of America**    8

CONFIDENTIAL

BOA-TRB-0003273

# Financing Discussion

## Financial Analysis

| Summary Financial Data [1] (S in millions) | Pro Forma 12/31/07 | Projected 12/31/08 | 12/31/09 | 12/31/10 | 12/31/11 | 12/31/12 | 12/31/13 | 12/31/14 | 12/31/15 |
|---|---|---|---|---|---|---|---|---|---|
| Total Sales | $5,380 | $5,167 | $5,122 | $5,134 | $5,123 | $5,151 | $5,187 | $5,233 | $5,294 |
| *Total Revenue Growth* | *(1.0%)* | *(4.0%)* | *-0.9%* | *0.2%* | *-0.2%* | *0.5%* | *0.7%* | *0.9%* | *1.2%* |
| Total EBITDA | $1,434 | $1,456 | $1,446 | $1,464 | $1,463 | $1,484 | $1,501 | $1,526 | $1,552 |
| *EBITDA Margin* | *26.7%* | *28.2%* | *28.2%* | *28.5%* | *28.6%* | *28.8%* | *28.9%* | *29.2%* | *29.3%* |
| Total Capital Expenditures | 175 | 172 | 127 | 125 | 125 | 127 | 129 | 132 | 134 |
| Net Interest Expense | 894 | 877 | 844 | 822 | 791 | 753 | 712 | 668 | 625 |
| Cash Flow Available to Retire Debt | | 256 | 392 | 446 | 513 | 566 | 622 | 682 | 742 |
| Mandatory Debt Payments | | (384) | (85) | (534) | (85) | (85) | (165) | (85) | (414) |
| Cash Flow Available after Mandatory Debt Payments | | (128) | 307 | (88) | 428 | 481 | 457 | 597 | 328 |
| Cumulative Cash Flows Available | | (128) | 179 | 91 | 520 | 1,001 | 1,458 | 2,055 | 2,383 |
| Cash | $175 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 |
| Total Senior Secured Debt [2] | 8,493 | 8,536 | 8,144 | 8,147 | 7,634 | 7,067 | 6,526 | 5,844 | 5,431 |
| New Senior Notes / PIK Toggle Notes | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 |
| Total Guaranteed Debt | 10,593 | 10,636 | 10,244 | 10,247 | 9,734 | 9,167 | 8,626 | 7,944 | 7,531 |
| Primed Debt | 1,244 | 946 | 946 | 497 | 497 | 497 | 417 | 417 | 88 |
| Senior Debt | 11,838 | 11,582 | 11,190 | 10,744 | 10,231 | 9,664 | 9,043 | 8,361 | 7,619 |
| PHONEs [3] | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 |
| Total Debt | $12,738 | $12,482 | $12,090 | $11,644 | $11,131 | $10,564 | $9,943 | $9,261 | $8,519 |
| Intra-Company ESOP Loan | -- | 250 | 248 | 245 | 243 | 240 | 237 | 234 | 230 |
| *Total Interest & Principal* | -- | *22* | *22* | *22* | *22* | *22* | *22* | *22* | *22* |
| Credit Ratios | | | | | | | | | |
| Senior Secured Leverage | 5.92x | 5.86x | 5.63x | 5.56x | 5.22x | 4.76x | 4.35x | 3.83x | 3.50x |
| Guaranteed Leverage | 7.39x | 7.30x | 7.08x | 7.00x | 6.65x | 6.18x | 5.75x | 5.21x | 4.85x |
| Senior Leverage | 8.25x | 7.95x | 7.74x | 7.34x | 6.99x | 6.51x | 6.02x | 5.48x | 4.91x |
| Total Leverage | 8.88x | 8.57x | 8.36x | 7.95x | 7.61x | 7.12x | 6.62x | 6.07x | 5.49x |
| Interest Coverage | 1.60x | 1.66x | 1.71x | 1.78x | 1.85x | 1.97x | 2.11x | 2.28x | 2.48x |

(1) Pro Forma Financials are based off of Ratings Agency Presentation, while 2008 going forward financials are based off of EGI model
(2) Assumes 100% excess cash flow recapture
(3) Assumes that PHONEs does not amortize

**Bank of America**

CONFIDENTIAL

BOA-TRB-0003274

# Financing Discussion

### Indicative Summary of Terms and Conditions – $10,155 million Senior Secured Credit Facilities

The information contained in this Summary Terms and Conditions does not represent a commitment to lend by Bank of America. The actual terms and conditions upon which Bank of America might extend credit to Tribune Company is subject to satisfactory completion of due diligence, necessary credit approval and such other terms and conditions as determined by Bank of America, in its sole discretion. The terms discussed herein are confidential and, except for disclosure on a confidential basis to your accountants, attorneys and other professional advisors retained by you in connection with the Summary Terms and Conditions or as may be required by law, may not be disclosed in whole or in part to any other person or entity without our prior written consent.

| | |
|---|---|
| **Borrower:** | Tribune Company |
| **Guarantees:** | All domestic subsidiaries of the Borrower |
| **Security:** | Stock of subsidiaries [final structure/priming mechanism TBD] |
| **Joint Bookrunner:** | Banc of America Securities LLC ("BAS") |
| **Credit Facilities:** | $10,155 million of Senior Secured Credit Facilities including:<br>• $750 million Revolving Credit Facility (the "Revolver")<br>• $7,275 Term Loan B (the "Term Loan B")<br>• $2,130 million Delayed Draw Term Loan B (the "Delayed Draw Term Loan B") |
| **Purpose:** | The proceeds of the Senior Secured Credit Facilities shall be used to (i) finance the ESOP / leveraged buyout of Tribune Company, (ii) refinance existing indebtedness of the Borrower and (iii) finance other general corporate purposes including share repurchases |
| **Maturity:** | Revolver: 6 years<br>Term Loan B and Delayed Draw Term Loan B: 7 years |
| **Scheduled Amortization:** | Revolver: None<br>Term Loan B and Delayed Draw Term Loan B: 1.00% per year (paid in quarterly installments, bullet at maturity) |
| **Financial Covenants:** | Maintenance covenants (on Revolver only) including:<br>• Maximum Total Guaranteed Debt Leverage Ratio<br>• Minimum Interest Coverage Ratio<br><br>Incurrence covenant (on the Term Loan B and Delayed Draw Term Loan B only):<br>• Total Guaranteed Debt Leverage Ratio |

Bank of America      10