## Financing Discussion (cont'd)

**Indicative Summary of Terms and Conditions – $10,155 million Senior Secured Credit Facilities**

The information contained in this Summary Terms and Conditions does not represent a commitment to lend by Bank of America. The actual terms and conditions upon which Bank of America might extend credit to Tribune Company is subject to satisfactory completion of due diligence, necessary credit approval and such other terms and conditions as determined by Bank of America, in its sole discretion. The terms discussed herein are confidential and, except for disclosure on a confidential basis to your accountants, attorneys and other professional advisors retained by you in connection with the Summary Terms and Conditions or as may be required by law, may not be disclosed in whole or in part to any other person or entity without our prior written consent.

| | |
|---|---|
| **Optional Prepayments:** | Anytime at par |
| **Mandatory Prepayments:** | Usual and customary for transactions of this type |
| **Pricing:** | • Revolver: L + 200 bps<br>• Term Loan B and Delayed Draw Term Loan B: L + 200 bps |
| **Commitment Fee:** | • Revolver: 50 bps on unused portion<br>• Delayed Draw Term Loan B: 75 bps (undrawn) |
| **Assumed Ratings:** | B2 / B (corporate ratings) |
| **Flex:** | Increase Pricing by:<br>• 25 bps, if B1/ B+ or better corporate ratings<br>• 50 bps, if B2 / B corporate ratings<br>• 100 bps, if less than B2 / B corporate ratings<br><br>Increase undrawn commitment fee on Delayed Draw Term Loan B to 125 bps six months after close<br><br>Add financial maintenance covenants to Term Loan B and Delayed Draw Term Loan B |
| **Underwriting Fees:** | Revolver and Term Loan B (payable at close)<br>Delayed Draw Term Loan B (1/2 payable at close; 1/2 payable upon funding)<br><br>• 137.5 bps, if B1 / B+ or better corporate ratings<br>• 150 bps, if B2 / B corporate ratings<br>• 162.5 bps, if less than B2 / B corporate ratings |

CONFIDENTIAL

BOA-TRB-0003276

## Financing Discussion (cont'd)

### Indicative Summary of Terms and Conditions – $2,100 million Senior Interim Loan

The information contained in this Summary Terms and Conditions does not represent a commitment to lend by Bank of America. The actual terms and conditions upon which Bank of America might extend credit to Tribune Company is subject to satisfactory completion of due diligence, necessary credit approval and such other terms and conditions as determined by Bank of America, in its sole discretion. The terms discussed herein are confidential and, except for disclosure on a confidential basis to your accountants, attorneys and other professional advisors retained by you in connection with the Summary Terms and Conditions or as may be required by law, may not be disclosed in whole or in part to any other person or entity without our prior written consent.

| | |
|---|---|
| **Borrower:** | Tribune Company |
| **Guarantees:** | Senior |
| **Security:** | None |
| **Joint Bookrunner:** | Banc of America Securities LLC ("BAS") |
| **Credit Facility:** | $2,130 million Senior Interim Loan (the "Interim Loan") |
| **Maturity:** | 1-year / 7-year exchange Notes |
| **Covenants:** | Usual and customary for transactions of this type |
| **Pricing:** | L + 450 bps for the first six months, increasing by 50 bps quarterly thereafter to cap |
| **Toggle Feature:** | L + 475 bps for the first six months, increasing by 50 bps quarterly thereafter to cap (rate increased by 75 bps when toggle feature elected) |
| **Interest Rate Cap:** | TBD |
| **Commitment Fee:** | 50 bps |
| **Take-down Fee:** | 125 bps; subject to rebates |
| **Roll-over Fee:** | 200 bps |
| **Securities Demand Cap:** | TBD |
| **Senior Note Gross Spread:** | 200 bps |

Bank of America   12

CONFIDENTIAL

BOA-TRB-0003277

## Market Positioning
**BAS believes the Tribune financing will be well received in the capital markets**

**Strong Sponsorship**
- Zell/EGI have significant experience and success investing in complicated/distressed transactions

**Significant Scale**
- Large publishing and broadcasting segments with strong presence in key metropolitan markets
  - Second-largest U.S. Newspaper Group with leading metropolitan dailies in nine major markets
  - Ownership of 23 major-market television stations
  - Significant online investments

**Diversified Assets**
- Excellent diversification of business between print, broadcasting & entertainment, and growing interactive segment
- Geographic diversification of revenue

**Stable Free Cash Flow**
- Low capital expenditure outlays in near and long term due to prior investments
- Strong ability to convert EBITDA in to free cash flow due to limited capex and tax benefits of the S-corp and ESOP
- Stability of free cash flow.

**Scarcity of Quality Leveraged Media Credits**
- The capital markets have a strong appetite for quality, leveraged media credits
- The only two large, quality, leveraged media asset to come to market recently have been Univision and Houghton Mifflin; both were well received by the market despite precedent setting leverage levels



Bank of America

13

CONFIDENTIAL

BOA-TRB-0003278

# Financing Discussion

## Table of Tribune Securities (Sorted by Maturity)

| Issue | Amount Issued | Amount Outst. | Maturity | Issue Date | Issue Price | Rating Mdy's | Rating S&P | First Call Date | First Call Price | Price | Bid Level as of 03/26/07 YTW | Spread | YTW Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Near-Term Maturities** | | | | | | | | | | | | | |
| 6.350% Notes due 2008 | $25.0 | $25.0 | 02/01/08 | 02/03/98 | 100.078 | Ba1 | BB+* | NC-L | NC-L | 100.228 | 6.054% | 111 bps | 02/01/08 |
| 5.500% Notes due 2008 | $167.9 | $167.9 | 10/06/08 | 10/06/98 | 99.064 | Ba1 | BB+* | NC-L | NC-L | 99.711 | 5.700% | 100 bps | 10/06/08 |
| 5.670% Notes due 2008 | $69.6 | $69.6 | 12/08/08 | 12/08/98 | 99.856 | Ba1 | BB+* | NC-L | NC-L | 99.917 | 5.716% | 108 bps | 12/08/08 |
| **5.626%** Total Near-Term | $262.5 | $262.5 | | | | | | | | 99.815 | 5.738% | 103 bps | |
| **Long-Term Maturities** | | | | | | | | | | | | | |
| 4.875% Notes due 2010 | $450.0 | $450.0 | 08/15/10 | 08/15/05 | 99.829 | Ba1 | BB+* | MW | +15 bps | 96.948 | 5.883% | 140 bps | 08/15/10 |
| 7.250% Debentures due 2013 | $148.2 | $82.2 | 03/01/13 | 01/30/95 | 99.614 | Ba1 | BB+* | NC-L | NC-L | 100.600 | 7.122% | 263 bps | 03/01/13 |
| 5.250% Notes due 2015 | $330.0 | $330.0 | 08/15/15 | 08/15/05 | 99.524 | Ba1 | BB+* | MW | +20 bps | 87.773 | 7.219% | 267 bps | 08/15/15 |
| 7.500% Debentures due 2023 | $100.0 | $100.0 | 07/01/23 | 01/30/95 | | Ba1 | BB+* | NC-L | NC-L | 89.698 | 8.693% | 405 bps | 07/01/23 |
| 6.610% Debentures due 2027 | $250.0 | $85.0 | 09/15/27 | 09/09/97 | 99.909 | Ba1 | BB+* | MW | +10 bps | 80.703 | 8.635% | 395 bps | 09/15/27 |
| 7.250% Debentures due 2096 | $148.0 | $148.0 | 11/15/96 | 11/13/96 | 99.614 | Ba1 | BB+* | NC-L | NC-L | 81.912 | 8.850% | 407 bps | 11/15/96 |
| 2.000% Exch. Sub Deb. due 2029 | $1,256.0 [1] | $1,251.8 [1] | 05/15/29 | 04/07/99 | 100.000 | Ba2 | BB-* | NC-L | NC-L | 44.066 [2] | 6.983% | 228 bps | 05/15/29 |
| **3.846%** Total Long-Term | $2,682.2 | $2,447.0 | | | | | | | | 67.011 | 7.057% | 242 bps | |
| **4.018%** Total Notes | $2,944.7 | $2,709.4 | | | | | | | | 70.189 | 6.929% | 229 bps | |

*Gray denotes BAS levels
(1) 8 million PHONES issued at a principal value of $157.00 and outstanding at a principal value of $156.47
(2) Based on market value as of 3/26/07 of $68.95 (Source: NYSE) as a percentage of the contingent principal value as of 12/31/06 of $156.47



Bank of America

14

# Financing Discussion
## Comparable Bank Debt Transactions – Publishing / Broadcasting & Entertainment

| | Publishing | | | Broadcasting & Entertainment | | | | |
|---|---|---|---|---|---|---|---|---|
| | Readers Digest | GateHouse Media | American Media | Univision | Gray Television | Barrington Broadcasting | Cumulus Media | CMP Susquehanna Corp |
| Company Description | Readers Digest Association Ltd is a publisher and distributor of magazines, journals, and books and also provides music and video DVDs and financial services to various customers throughout the United Kingdom | GateHouse, formerly Liberty Group Publishing, is one of the largest growing publishers of community newspapers in the US | American Media publishes six national weekly magazines, including the National Enquirer and Star, Men's Fitness, Muscle & Fitness Hers, Natural Health and Fit Pregnancy, Country Weekly, Auto World and NOPI Street Performance Compact | Univision Communications, together with its wholly owned subsidiaries, is a Spanish-language media company in the United States operating in four business segments: Television, Radio, Music and Internet | Gray Television owns 36 major network-affiliated television stations in 30 mid-sized markets throughout the United States. Gray is the largest owner of CBS affiliates in the country besides the network's O&O stations group | Barrington Broadcasting owns and operates 9 network affiliated stations in 6 smaller markets across the country | Cumulus Media is a radio broadcasting corporation focused on acquiring, operating and developing commercial radio stations in mid-size radio markets in the United States | CMP is the largest privately owned radio broadcasting company in the United States and the eleventh largest radio broadcasting company overall in the United States based on 2005 revenues. The Company owns 33 radio stations, of which it operates 20 FM and 7 AM revenue generating stations in eight metropolitan markets in the United States |
| Sponsor(s) | GoldenTree / GSO / J. Rostchild / ML / Ripplewood / Magnetar | Fortress Investment Group | Evercore Partners | MDP / PEP / Saban / TPG / TH Lee | None | Pilot Group | None | Bain, Blackstone, TH Lee |
| Arrangers | JPM/CA/ML/RBS | Wach/GS | JPMorgan / Deutsche | CS / BAS | Wach/BAS/GS | BAS/Wach/CIT | BAS / Wach | DB/UBS/GS |
| Close | Feb-2007 | Jun-2006 | Jan-06 | In-Market | Mar-2007 | Aug-2006 | Jun-2006 | May-2006 |
| Ratings | B / B2 | B+ / B2 | B- / B1 | B / B1 | B / Ba3 | B / B1 | B / Ba3 | B- / B1 |
| Purpose | LBO | LBO | Refinancing | LBO | Refinancing | Acquisition | Stock Buyback | LBO |
| Deal Summary (in MMs) | $ 300.0 Rev 6.0 yrs<br>1,310.0 TLB 7.0 yrs<br>600.0 Bridge 1.0 yrs<br>$ 2,210.0 Total | $ 40.0 Rev 7.0 yrs<br>570.0 TLB 7.5 yrs<br>152.0 Bridge 8.0 yrs<br>$ 762.0 Total | $ 60.0 Rev 6.0 yrs<br>450.0 TLA 7.0 yrs<br>$ 510.0 Total | $ 750.0 Rev 7.0 yrs<br>7,000.0 TLB 7.5 yrs<br>450.0 DD TL 7.5 yrs<br>500.0 2nd Lien 2.0 yrs<br>$ 8,700.0 Total | $ 100.0 Rev 7.0 yrs<br>925.0 TLB 7.8 yrs<br>$ 1,025.0 Total | $ 25.0 Rev 6.0 yrs<br>147.5 TLB 7.0 yrs<br>2.5 Other 7.0 yrs<br>$ 175.0 Total | $ 50.0 Rev 6.0 yrs<br>800.0 TLB 7.0 yrs<br>$ 850.0 Total | $ 100.0 Rev 6.0 yrs<br>700.0 TLB 7.0 yrs<br>$ 800.0 Total |
| Initial Pricing (in bps) over LIBOR | Rev 225.0<br>TLB 200.0<br>Bridge NA | Rev 200.0<br>TLB 225.0<br>Bridge 150.0 | Rev 325.0<br>TLA 325.0 | Rev 225.0<br>TLB 225.0<br>DD TL 225.0<br>2nd Lien 250.0 | Rev 150.0<br>TLB 150.0 | Rev 225.0<br>TLB 225.0<br>Other 225.0 | Rev 225.0<br>TLB 225.0 | Rev 225.0<br>TLB 200.0 |
| **Financial Profile** | PF LTM 12/31/06 | PF LTM 3/31/2006 | PF LTM 9/30/05 | PF LTM 12/31/06 | PF LTM 12/31/2005E | PF LTM 3/31/2006 | PF LTM 3/31/2006 | PF LTM 12/31/05 |
| Revenue | $2,679.0 | $385.4 | $633.3 | $2,166.7 | $334.7 | $108.5 | $330.9 | $331.6 |
| Adjusted EBITDA | 268.3 | 92.6 | 133.3 | 833.1 | 131.4 | 31.2 | 101.2 | 101.4 |
| % Margin | 10.0% | 24.0% | 25.0% | 38.5% | 39.3% | 28.8% | 30.6% | 43.8% |
| Interest Expense | 57.1 | NA | 89.0 | NA | 65.4 | 24.6 | 55.3 | 78.8 |
| CAPEX | 20.0 | NA | 29.9 | 51.8 | 4.1 | 6.2 | 11.2 | 6.9 |
| 1st Lien Debt | 1,310.0 49.4% | 583.5 60.5% | 450.0 29.8% | 8,068.4 57.5% | 925.0 68.4% | 150.3 35.6% | 800.0 68.4% | 700.0 56.1% |
| 2nd Lien Debt | - 0.0% | 152.0 15.7% | - 0.0% | 500.0 3.6% | - 0.0% | - 0.0% | - 0.0% | - 0.0% |
| Bank Debt | 1,310.0 49.4% | 735.5 76.2% | 450.0 29.8% | 8,568.4 61.1% | 925.0 68.4% | 150.3 35.6% | 800.0 68.4% | 700.0 56.1% |
| Senior Notes | - 0.0% | - 0.0% | - 0.0% | 1,500.0 10.7% | - 0.0% | - 0.0% | - 0.0% | - 0.0% |
| Other Senior Debt | - 0.0% | - 0.0% | - 0.0% | - 0.0% | - 0.0% | - 0.0% | - 0.0% | - 0.0% |
| Total Senior Debt | 1,310.0 49.4% | 735.5 76.2% | 450.0 29.8% | 10,068.4 71.8% | 925.0 68.4% | 150.3 35.6% | 800.0 68.4% | 700.0 56.1% |
| Sr. Subordinated Debt | 600.0 22.6% | - 0.0% | 550.0 36.5% | - 0.0% | - 0.0% | 125.0 29.6% | - 0.0% | 250.0 20.0% |
| Other Sub Debt | - 0.0% | - 0.0% | - 0.0% | - 0.0% | - 0.0% | - 0.0% | - 0.0% | - 0.0% |
| Total Debt (Opco) | 1,910.0 72.0% | 735.5 76.2% | 1,000.0 66.3% | 10,068.4 71.8% | 925.0 68.4% | 275.3 65.1% | 800.0 68.4% | 950.0 76.2% |
| HoldCo/Seller Paper | - 0.0% | - 0.0% | - 0.0% | - 0.0% | - 0.0% | - 0.0% | - 0.0% | - 0.0% |
| Preferred Stock | - 0.0% | - 0.0% | - 0.0% | - 0.0% | - 0.0% | - 0.0% | - 0.0% | - 0.0% |
| Common Equity | 743.0 28.0% | 229.7 23.8% | 507.8 33.7% | 3,957.0 28.2% | 426.5 31.6% | 147.3 34.9% | 369.2 31.6% | 297.5 23.8% |
| Total Capitalization | 2,653.0 100.0% | 965.2 100.0% | 1,507.8 100.0% | 14,025.4 100.0% | 1,351.5 100.0% | 422.6 100.0% | 1,169.2 100.0% | 1,247.5 100.0% |
| **Summary Statistics** | | | | | | | | |
| Proforma Coverage Ratios | | | | | | | | |
| EBITDA / Interest | 4.7x | NA | 1.5x | NA | 2.0x | 1.3x | 1.8x | 1.3x |
| (EBITDA-CAPEX) / Interest | 4.3x | NA | 1.2x | NA | 1.4x | 1.0x | 1.6x | 1.2x |
| Proforma Leverage Ratios | | | | | | | | |
| 1st Lien Debt / EBITDA | 4.9x | 6.3x | 3.4x | 9.7x | 7.0x | 4.8x | 7.9x | 6.9x |
| Bank Debt / EBITDA | 4.9x | 7.9x | 3.4x | 10.3x | 7.0x | 4.8x | 7.9x | 6.9x |
| Senior Debt / EBITDA | 4.9x | 7.9x | 3.4x | 12.1x | 7.0x | 4.8x | 7.9x | 6.9x |
| Total Debt (@OpCo) / EBITDA | 7.1x | 7.9x | 7.5x | 12.1x | 7.0x | 8.8x | 7.9x | 9.4x |
| Total Debt (@HoldCo) / EBITDA | 7.1x | 7.9x | 7.5x | 12.1x | 7.0x | 8.8x | 7.9x | 9.4x |

CONFIDENTIAL    BOA-TRB-0003280

# Financing Discussion
## Television Broadcasting High Yield Comparables

($ in millions)
TELEVISION BROADCASTERS HIGH YIELD COMPARABLES

| Issue / Description | Amt. Out | Maturity | Ratings Mdy/S&P | Current Pricing (a) Bid | YTW | Spread | Call Data Date | Call Data Price | LTM (b) Rev | LTM EBITDA (c) | EBITDA / Cash Int | EBITDA / Total Int | EBITDA / Total Int. + Pref. Div | Debt / EBITDA Opco | Debt / EBITDA Holdco | Debt / EBITDA w/ Pref | Net Debt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Allbritton Communications** | | | | | | | | | $219.0 | $90.0 | | | | | | | |
| 7.750% Senior Sub Notes | $455.0 | 12/15/2012 | B1/B- | 102.63 | 6.93 | 244 bps | 12/15/2007 | 103.88 | | | 2.5x | 2.5x | 2.5x | 5.2x | 5.2x | 5.2x | 5.2x |
| **Barrington Broadcasting** (e) | | | | | | | | | $113.0 | $34.0 | | | | | | | |
| 10.500% Senior Sub Notes | $125.0 | 8/15/2014 | B3/CCC+ | 105.00 | 9.29 | 481 bps | 8/15/2010 | 105.25 | | | 1.4x | 1.3x | 1.3x | 8.0x | 8.0x | 8.0x | 7.9x |
| **Fisher Communications** (f) | | | | | | | | | $163.0 | $24.0 | | | | | | | |
| 8.625% Senior Notes | $150.0 | 9/15/2014 | B2/B- | 107.00 | 7.05 | 256 bps | 9/15/2009 | 104.31 | | | 1.7x | 1.6x | 1.6x | 6.8x | 6.8x | 6.8x | (1.4x) |
| **Granite Broadcasting** (g) | | | | | | | | | $118.0 | $28.0 | | | | | | | |
| 9.750% Senior Secured Notes | $405.0 | 12/1/2010 | WR/D | 100.50 | NA | NA | 9/15/2009 | 104.31 | | | 0.6x | 0.6x | 0.3x | 18.0x | 18.0x | 29.3x | 17.3x |
| **Gray Television** (h) | | | | | | | | | $334.7 | $129.8 | | | | | | | |
| 9.250% Senior Sub Notes | $257.4 | 12/15/2011 | B1/B- | 104.75 | 6.62 | 157 bps | 3/19/2007 | 110.00 | | | 1.9x | 1.8x | 1.7x | 7.1x | 7.1x | 7.1x | 6.9x |
| **ION Media (Paxson)** (i) | | | | | | | | | $231.0 | $106.0 | | | | | | | |
| Sr Sec 1st Pty Floating Rate Notes | $400.0 | 1/15/2012 | B1/CCC+ | 101.50 | 7.89 | NA | 7/15/2007 | 102.00 | | | 1.0x | 1.0x | 0.4x | 10.7x | 10.7x | 24.3x | 10.0x |
| Sr Sec 2nd Pty Floating Rate Notes | $405.0 | 1/15/2013 | Caa2/CCC- | 104.00 | 8.85 | NA | 1/15/2008 | 102.00 | | | | | | | | | |
| **LIN Holdings** (j) | | | | | | | | | $435.9 | $145.8 | | | | | | | |
| 6.500% Senior Sub Notes | $190.0 | 5/15/2013 | B1/B- | 97.75 | 6.95 | 245 bps | 5/15/2008 | 103.25 | | | 2.4x | 2.1x | 2.1x | 6.5x | 6.5x | 6.5x | 6.5x |
| 6.500% Senior Sub Notes | $375.0 | 5/15/2013 | B1/B- | 97.75 | 6.95 | 245 bps | 5/15/2008 | 103.25 | | | | | | | | | |
| **Nexstar Broadcasting** | | | | | | | | | $278.3 | $97.2 | | | | | | | |
| 7.000% Senior Sub Notes | $200.0 | 1/15/2014 | B3/CCC+ | 96.00 | 7.77 | 325 bps | 1/15/2009 | 103.50 | | | 2.1x | 1.6x | 1.6x | 5.8x | 7.0x | 7.0x | 6.9x |
| 11.375% Senior Disc Notes | $110.1 | 4/1/2013 | Caa1/CCC+ | 95.50 | 9.47 | 498 bps | 4/1/2008 | 105.69 | | | | | | | | | |
| **Sinclair Broadcast Group** (k) | | | | | | | | | $715.1 | $242.3 | | | | | | | |
| 8.000% Senior Sub Notes | $634.0 | 3/15/2012 | B1/B | 103.50 | 6.68 | 217 bps | 3/19/2007 | 104.00 | | | 2.1x | 2.0x | 2.0x | 4.3x | 5.6x | 5.6x | 5.5x |
| **Univision Communications** (m) | | | | | | | | | $2,167.0 | $833.0 | | | | | | | |
| 3.500% Senior Sec Notes | $455.0 | 10/15/2007 | Ba3/B | 97.88 | 7.51 | 245 bps | MWC | T+12.5 | | | 1.0x | 1.0x | 1.0x | 12.1x | 12.1x | 12.1x | 12.1x |
| 3.875% Senior Sec Notes | $250.0 | 10/15/2008 | Ba3/B | 96.85 | 6.04 | 132 bps | MWC | T+12.5 | | | | | | | | | |
| 7.850% Senior Sec Notes | $500.0 | 7/15/2011 | Ba3/B | 105.00 | 6.49 | 201 bps | MWC | T+35.0 | | | | | | | | | |
| 9.750% Senior Notes | $1,500.0 | 3/15/2015 | B3/CCC+ | 100.75 | 9.58 | 508 bps | 3/15/2011 | 104.88 | | | | | | | | | |
| **Young Broadcasting** (l) | | | | | | | | | $212.0 | $38.0 | | | | | | | |
| 8.750% Senior Sub Notes | $140.0 | 1/15/2014 | Caa1/CCC- | 93.50 | 10.09 | 557 bps | 1/15/2009 | 104.38 | | | 0.6x | 0.6x | 0.6x | 21.7x | 21.7x | 21.7x | 19.1x |
| 10.000% Senior Sub Notes | $344.0 | 3/1/2011 | Caa1/CCC- | 98.75 | 10.39 | 590 bps | 3/15/2007 | 103.33 | | | | | | | | | |

(a) Market prices as of 3/23/07
(b) Results are of the last twelve months ended September 30, 2006 unless otherwise indicated. Results and credit metrics are updated quarterly and may not reflect intraperiod results
(c) EBITDA adjusted for extraordinary and other one-time charges
(d) TEV (total enterprise value) based on market value of publicly traded equity
(e) Pro forma for the recently Rayon stations and related financing
(f) Cash balances include current value of 3 million Safeco shares (now unencumbered) Attempts to reflect $36.3 million of recent acquisitions (i.e., Portland / Idaho, Bellevue, WA) and the divestiture of certain small market radio stations
(g) Reflects strategic relationships involving Malara Broadcasting. Results estimated to reflect a recent $45 million Binghamton, NY acquisition. Note that management expects to soon restructure its balance sheet
(h) Reflects spin of newspaper / paging assets and the purchase of TV stations from Emmis and Notre Dame
(i) Interest coverage reflects that the company is currently paying cash interest on the 2nd lien issue (rather than electing the PIK option)
(j) Gives estimated effect to recent purchase of five stations from Emmis, the pending divestiture of properties in Puerto Rico and a pending station acquisition in Albuquerque, NM
(k) Debt excludes balances of no financial consequences
(l) Reflects recent $50 million incremental term loan borrowing
(m) Pro forma for going-private transaction. Financial data as presented in company offering memorandum. PF leverage approximates 9.7x 1st Lien, 10.3x Secured and 12.1x Total. Excludes potential divestitures
Source: Company reports and Banc of America Securities LLC estimates


Bank of America

16

CONFIDENTIAL

BOA-TRB-0003281

# Financing Discussion

## Publishing High Yield Comparable Transactions

*($ in millions)*

**PUBLISHING HIGH YIELD COMPARABLES**

| Issue / Description | Amt. Out | Maturity | Ratings Mdy/S&P | Current Pricing [a] Bid | YTW | Spread | Call Data Date | Price | LTM [b] Rev | EBITDA [c] | Cash Int | EBITDA / Total Int. | Total Int. + Pref. Div | Opco | Debt / EBITDA Holdco | w/ Pref | Net Debt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Block Communications** 7.750% Senior Sub Notes | $150.0 | 12/15/2015 | B2 / B- | 100.38 | 8.17 | 365 bps | 12/15/2010 | 104.13 | $447.0 | $48.0 | 2.2x | 2.1x | 2.1x | 5.8x | 5.8x | 5.7x | 5.7x |
| **CanWest Media** [e] 10.000% Senior Sub Notes | $752.0 | 9/15/2012 | B2 / B- | 103.25 | 7.14 | 265 bps | 9/15/2011 | 100.00 | C$2,170.0 | C$235.0 | 2.7x | 2.7x | 2.7x | 4.7x | 4.7x | 4.7x | 4.6x |
| **MediaNews Group** [f] 6.375% Senior Sub Notes | $150.0 | 4/1/2014 | B2 / B | 88.25 | 8.64 | 412 bps | 10/1/2008 | 103.19 | $1,228.0 | $207.0 | 2.5x | 2.5x | 2.5x | 5.9x | 5.9x | 5.9x | 5.8x |
| 6.875% Senior Sub Notes | $300.0 | 10/1/2013 | B2 / B | 92.75 | 9.75 | 383 bps | 10/1/2008 | 103.44 | | | | | | | | | |
| **Morris Publishing** 7.000% Senior Sub Notes | $300.0 | 8/1/2013 | B1 / B+ | 96.63 | 7.68 | 317 bps | 8/1/2008 | 103.50 | $473.0 | $112.0 | 3.2x | 3.0x | 3.0x | 4.7x | 4.7x | 4.7x | 4.7x |
| **Readers Digest** 9.000% Senior Sub Notes | 600.0 | 2/15/2017 | Caa1/CCC+ | 97.00 | 9.47 | 489 bps | 2/15/2012 | 104.5 | $2,679.0 | $269.0 | 1.7x | 1.7x | 1.7x | 7.1x | 7.1x | 7.2x | 7.0x |
| **Sun Media** 7.625% Senior Sub Notes | $205.0 | 2/15/2013 | Ba2 / B | 102.00 | 7.02 | 253 bps | 2/15/2008 | 103.81 | C$924.0 | C$213.0 | 4.7x | 4.5x | 4.5x | 2.3x | 2.3x | 2.3x | 2.3x |

(a) Market prices as of 3/23/07
(b) Results are of the last twelve months ended September 30, 2006 unless otherwise indicated. Results and credit metrics are updated quarterly and may not reflect intraperiod results
(c) EBITDA adjusted for extraordinary and other one-time charges
(d) TEV (total enterprise value) based on market value of publicly traded equity
(e) Gives pro forma estimated effect to income trust structure and results largely reflect the restricted group and dividends received from unrestricted entities to conform with covenant calculations. Revenues presented on a pro rata basis. Reflects recent divestiture of Irish TV assets and the acquisition of radio assets in Turkey
(f) EBITDA is adjusted for company JOAs and minority interest, as presented in corporate disclosures. Attempts to reflect recent acquisitions involving McClatchy / Hearst, as outlined in public lender's presentation. Note pro forma revenues, EBITDA, cap

CONFIDENTIAL
BOA-TRB-0003282