Accepted and agreed to as of
the date first written above:

TRIBUNE COMPANY

By: /s/ Donald C. Grenesko
Name: Donald C. Grenesko
Title: Senior Vice President, Finance and Administration

Acknowledged:

EGI-TRB, L.L.C.

By: _____
Name:
Title:

[First Step Fee Letter]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002066

Accepted and agreed to as of
the date first above written:

TRIBUNE COMPANY

By: _____
Name: Dennis J. FitzSimons
Title: Chairman, President and
Chief Executive Officer

EGI-TRB, L.L.C.

By: _____
Name: Philip G. Tinkler
Title: Vice President

Signature Page to the First Step Fee Letter

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0002067