| From: | Nils Larsen <NLarsen@egii.com> |
|---|---|
| Sent: | Friday, May 18, 2007 8:43 PM (GMT) |
| To: | Patel, Raju <raju.n.patel@bankofamerica.com>; Bigelow, Chandler <cbigelow@tribune company.com> |
| Cc: | Seaton, Scott <scott.seaton@bofasecurities.com> |
| Subject: | RE: Bank of America Revolver Exposure |

Raju:

I appreciate the heads up with regard to your institutional intentions. Based on our previous conversations and the information in the market I am not surprised to hear this although I have a difficult time reconciling the decision with your earlier stated desires to have a greater exposure to the credit.

I would be interested in understanding your change in appetite for the credit and the difficulties you experienced in coordinating with the other book-runners. It is hard to take this as a sign of confidence from BofA but I am willing to be persuaded otherwise.

Nils

---

**From:** Patel, Raju [mailto:raju.n.patel@bankofamerica.com]
**Sent:** Friday, May 18, 2007 1:31 PM
**To:** Nils Larsen; cbigelow@tribune.com
**Cc:** Seaton, Scott
**Subject:** Bank of America Revolver Exposure

I wanted to be upfront with you and let you know that Bank of America will be looking to sell our current $105.0MM revolver exposure to around $70.0MM.

There was some discussion about revolver sell-down in coordination with the joint book-runners but, apparently a solution was not achievable.

I tried calling both of you but, understand that you are on conference calls.

I wanted to make sure you heard directly from me instead of the others and in a timely manner.

Please don't take it as a sign of not supporting you. Scott and I would put our own personal money into the transaction if we could do it legally without violating any banking rules/regulations.

Thanks.

Raju N. Patel
Senior Vice President
Bank of America
Banc of America Securities
231 S. LaSalle Street
Chicago, IL 60604

Phone: 312.828.7225
█████████████

E-Mail: raju.n.patel@bankofamerica.com

NOTICE TO RECIPIENTS: Any information contained in or attached to this

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0160944

message is intended solely for the use of the intended recipient(s). If you are not the intended recipient of this transmittal, you are hereby notified that you received this transmittal in error, and we request that you please delete and destroy all copies and attachments in your possession, notify the sender that you have received this communication in error, and note that any review or dissemination of, or the taking of any action in reliance on, this communication is expressly prohibited.

Banc of America Securities LLC ("BAS") does not accept time-sensitive, action-oriented messages or transaction orders, including orders to purchase or sell securities, via e-mail.

Regular internet e-mail transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate, and it should not be relied upon as such. If you prefer to communicate with BAS using secure (i.e., encrypted) e-mail transmission, please notify the sender. Otherwise, you will be deemed to have consented to communicate with BAS via regular internet e-mail transmission. Please note that BAS reserves the right to intercept, monitor, and retain all e-mail messages (including secure e-mail messages) sent to or from its systems as permitted by applicable law.

IRS Circular 230 Disclosure:
Any statements contained herein as to tax matters were neither written nor intended by the sender or BAS to be used and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on such taxpayer. If any person uses or refers to any such tax statement in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to any taxpayer, then the statement expressed above is being delivered to support the promotion or marketing of the transaction or matter addressed, and the recipient should seek advice based on its particular circumstances from an independent tax advisor.
BAS hereby notifies the recipient that pursuant to the requirements of the USA Patriot Act (Title III of Pub. L. 107-56 [signed into law October 26, 2001]) (the "Act") and other applicable laws, rules and regulations, BAS may be required to obtain, verify and record information that identifies the recipient. Such information includes the name and address of the recipient and other information that will allow BAS to identify the recipient in accordance with the Act and such other laws, rules and regulations.

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0160945