## Patel, Raju

| | |
|---|---|
| **From:** | Lindvall, Jon |
| **Sent:** | Wednesday, March 28, 2007 9:48 PM |
| **To:** | Petrik, Daniel; Lawal, Lekan J; Patel, Raju; Brown, Michael Ashby; Pegler, William; Ellis, Geoffrey E; Casavechia, Richard; Brown, Kate a; Ballou, Michael; Roan, Charles W; Mills, Jeff; Patterson, Kyle; Holder, Todd; Hagel, Charles W; Seaton, Scott; Keeton, Emily; Steinberg, Jordan M; Lin, Richard C; Karp, Andrew C -Hysp; Bowen, Bill A; Kelly, Daniel J; Weiss, Bob A; Bliss, Adam; Compernolle, John |
| **Subject:** | Re: Project Bear Required Tasks for LFC Approval |

Let's try for 9 am eastern. If that doesn't work, please suggest a time that does.

866-801-2604
332-6781


-----Original Message-----
From: Petrik, Daniel
To: Lawal, Lekan J; Lindvall, Jon; Patel, Raju; Brown, Michael Ashby; Pegler, William; Ellis, Geoffrey E; Casavechia, Richard; Brown, Kate a; Ballou, Michael; Roan, Charles W; Mills, Jeff; Patterson, Kyle; Holder, Todd; Hagel, Charles W; Casavechia, Richard; Seaton, Scott; Keeton, Emily; Steinberg, Jordan M; Lin, Richard C; Karp, Andrew C -Hysp; Bowen, Bill A; Kelly, Daniel J; Weiss, Bob A; Bliss, Adam; Compernolle, John
Sent: Wed Mar 28 22:05:57 2007
Subject: RE: Project Bear Required Tasks for LFC Approval

Team, I have some thoughts on attacking the diligence list. Let me know what you think.

I recommend that we have a call first thing tomorrow morning to assign responsibilities with one person taking the lead for each item on the Action Plan. This will ensure we are coordinating the best we can. We can also address the timeline.

I understand from Raju and Scott that EGI is aware that we have a short list of Due Diligence items. We need to get that list to EGI as soon as we can. We should try to limit the list we send to EGI to only those items not available in the data room or possibly available from an outside source. EGI has mentioned to Raju and Scott that they will make themselves available, but I am concerned that their availability might not open up until Saturday, so the sooner we get them the list the better.

We will have to address each of these items in the next Screening Memo.

Lekan, do you want to send out a dial in number for some time tomorrow morning?

Dan
Daniel Petrik
Senior Vice President
Bank of America, N.A.
IL1-231-06-46
231 S. LaSalle Street
Chicago, IL 60697
312.828.8160 (phone)
312.828.7393 (fax)


From: Lawal, Lekan J
Sent: Tuesday, March 27, 2007 6:47 PM
To: Lindvall, Jon; Patel, Raju; Brown, Michael Ashby; Pegler, William; Ellis, Geoffrey E; Casavechia, Richard; Brown, Kate a; Ballou, Michael; Roan, Charles W; Petrik, Daniel; Mills, Jeff; Patterson, Kyle; Holder, Todd; Hagel, Charles W; Casavechia, Richard; Seaton, Scott; Keeton, Emily; Steinberg, Jordan M; Lin, Richard C; Karp, Andrew C -Hysp; Bowen,

1

Bill A; Kelly, Daniel J; Weiss, Bob A; Bliss, Adam; Compernolle, John
Cc: Lawal, Lekan J
Subject: Project Bear Required Tasks for LFC Approval

Team,

Please find attached a summary of the tasks we need to get done for LFC approval. Please forward along sections as soon as you possibly can when available.

Thank you.

 << File: Project Bear Required Tasks 3-27-07.doc >> Regards,

--LJL

Lekan J. Lawal
Leveraged Finance - SLCM
Banc of America Securities LLC
Phone:    704 387 0111
Fax:      704 719 8533
lekan.j.lawal@bankofamerica.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0005629