**Roan, Charles W**

| | |
|---|---|
| **From:** | Pegler, William |
| **Sent:** | Monday, April 02, 2007 10:45 AM |
| **To:** | Patel, Raju; Casavechia, Richard; Seaton, Scott; Lindvall, Jon; Lawal, Lekan J; Petrik, Daniel; Brown, Michael Ashby; Ellis, Geoffrey E; Brown, Kate a; Ballou, Michael; Roan, Charles W; Mills, Jeff; Patterson, Kyle; Holder, Todd; Hagel, Charles W; Keeton, Emily; Steinberg, Jordan M; Lin, Richard C; Karp, Andrew C -Hysp; Bowen, Bill A; Kelly, Daniel J; Thompson, Bruce R; Compernolle, John; Richards, Martin; Anderson, Curtis L; Caston, Bob L; Alessandri, James L; Ketchum, Stephen; Brille, Brian; Darnell, David C; Taylor, Gene; Barrett, John K; DG Leveraged Finance Committee; DG LFC CC |
| **Subject:** | \*\*PLEASE READ AND RESPOND BY 11:15am EST\*\* Time Sensitive Regarding Project Bear/Tribune |

As you are likely aware, Sam Zell/EGI has reached an agreement to acquire Tribune for $34/share. We received commitment papers and related letters this morning and are comfortable that the economics and pricing are at least as favorable to the underwriters, if not more favorable, than what was discussed at LFC last week.

We have until 11:15am EST to respond to EGI and agree to 1/6 of the economics and underwrite the same.

We will not have an opportunity to conduct additional business due diligence prior to signing letters, but will be relying on Cahill Gordon (underwriters' counsel) for satisfactory comfort on legal/structure/ESOP diligence issues. We will seek to arrange a call with Cahill prior to signing.

We are seeking electronic approval to respond to EGI that we are approved to sign papers.

Thank you,
Hutch

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0006509