**Banc of America Securities LLC**

4/3/2007
2:54 PM

**Banc of America Securities**

...is the Chuck Roan version of the LevFin Model. Please look to Notes page for list of changes

**Project BEAR**
**Includes Steps 1 & 2**
**Sponsor Case**

3)
4)
5)
6)
7)
8)
9)
10)

**Leveraged Finance**

Description of Transaction.

| TABLE OF CONTENTS | |
|---|---|
| Page | |
| 1 | Summary Financial Information |
| 2 | Operating Assumptions |
| 3 | Balance Sheet Adjustments |
| 4 | Consolidated Balance Sheet |
| 5 | Consolidated Income Statement - Combined |
| 6 | Consolidated Cash Flow Statement |
| 7 | Debt and Preferred Stock Retirement Schedule |
| 8 | Ratio Analysis |

Structuring:
Managing Director

Vice President

Associate

Analyst
Chuck Roan
704 386.7319

Distribution:
Managing Director

Associate

| OPERATING CASE | CAPITAL STRUCTURE |
|---|---|
| ● Sponsor Case | ● Includes Steps 1 & 2 |
| ○ Structuring Case | ○ Step 1 Only |
| ○ Downside Case | ○ Three |
| ○ Case 4 | ○ Four |
| ○ Case 5 | ○ Five |
| ○ Case 6 | ○ Six |

| Control Panel | |
|---|---|
| Capital Structure | 1 |
| Operating Case | 1 |
| LIBOR (3 Month) | 4.00% |
| Exit Period (yrs) | 5.00 |
| Exit Multiple | 7.00x |
| Target Sub Debt Return | 18.00% |
| Target Pref. A Return | 20.00% |
| Acquisitions | N |
| Recapitalization | N |
| Working Capital Hard Code | Y |
| Revolver Recapture Priority | Y |

| DEBT REFINANCING OPTIONS | |
|---|---|
| Existing Long Term Debt | Senior Term C |
| None ▼ | None ▼ |
| Revolver - $750 | Senior Term D |
| None ▼ | None ▼ |
| Term Loan B | Mezzanine |
| None ▼ | None ▼ |
| Incremental Term Loan B | New Senior Notes |
| None ▼ | None ▼ |

Filename:
J:\MMB_DOCUMENT_RETENTION_FOLDER\UMW Prospects\Project Bear\Spreads and Projections\[LFG_Project BEAR Model 4 02 (V18)_JM.xls]Model

Banc of America Securities LLC

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002634

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002635

Confidential

4/3/2007
2:54 PM

Banc of America Securities LLC

## Project BEAR
### Sponsor Case – Includes Steps 1 & 2

**Transaction Summary**

| Sources | Amount | % Total |
|---|---|---|
| Term Loan B | 7,015.0 | 96.6% |
| Sponsor Equity | 250.0 | 3.4% |
| Total Sources | 7,265.0 | 100.0% |

| Uses | | |
|---|---|---|
| Tender Offer | 4,288.0 | 59.0% |
| Refinancing of E | 2,825.0 | 38.9% |
| Step 1 Transac | 152.0 | 2.1% |
| Total Uses | 7,265.0 | 100.0% |

**Initial Capitalization**

| | Amount | % Total | EBITDAx |
|---|---|---|---|
| Revolver - $750 | 0.0 | 0.0% | 0.00x |
| Term Loan B | 7,015.0 | 72.6% | 4.89x |
| Total Senior | 7,015.0 | 72.4% | 4.89x |
| Rolled Fixed Ra | 1,520.0 | 16% | 1.06x |
| Total Senior | 8,535.0 | 88% | 5.95x |
| PHONES Debt | 900.0 | 9% | 0.63x |
| Total Long | 9,435.0 | 97.4% | 6.58x |
| Sponsor Equity | 250.0 | 2.6% | 0.17x |
| Total Capitaliz | $9,685.0 | 100.0% | 6.75x |

---

### Transaction Summary

| Sources | Amount | % Total |
|---|---|---|
| Incremental Term Loan B | 2,105.0 | 46.9% |
| New Senior Notes | 2,100.0 | 46.8% |
| Options Proceeds | 215.0 | 4.8% |
| Incremental Equity | 65.0 | 1.4% |
| Total Sources | 4,485.0 | 100.0% |

| Uses | | |
|---|---|---|
| Purchase of Equity | 4,261.0 | 95.0% |
| Transaction Costs | 224.0 | 5.0% |
| Total Uses | 4,485.0 | 100.0% |

**Initial Capitalization**

| | Amount | % Total | EBITDAx |
|---|---|---|---|
| Revolver - $750 | 0.0 | 0.0% | 0.00x |
| Term Loan B | 8,201.0 | 63.0% | 5.72x |
| Total Senior Debt | 8,201.0 | 63.0% | 5.72x |
| Fixed Rate HY Notes due 20 | 2,100.0 | 16.1% | 1.48x |
| Total Guaranteed Debt | 10,301.0 | 79.1% | 7.18x |
| Rolled Fixed Rate Debt | 1,508.0 | 11.6% | 1.06x |
| Total Senior Debt | 11,809.0 | 90.7% | 8.24x |
| PHONES Debt | 900.0 | 6.9% | 0.63x |
| Total Long Term Debt | 12,709.0 | 97.6% | 8.86x |
| Sponsor Equity | 315.0 | 2.4% | 0.22x |
| Total Capitalization | $13,024.0 | 100.0% | 9.09x |

---

## SUMMARY FINANCIAL INFORMATION
For Combined Companies

| | Historical | | | | Pro Forma LTM | | Projected | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 12/31/2009 | 12/31/2010 | 12/31/2011 | 12/31/2012 | 12/31/2013 | 12/31/2014 | 12/31/2015 |
| **Operating Performance** | | | | | | | | | | | | | | |
| Sales Total | 5,632.0 | 5,511.0 | 5,433.0 | | 5,360.0 | 5,167.1 | 5,122.7 | 5,134.5 | 6,123.4 | 5,151.2 | 5,168.9 | 5,233.3 | 5,294.7 |
| Sales Growth Total | NA | (2.15%) | (1.42%) | | NA | (4.69%) | (0.89%) | 0.23% | (0.22%) | 0.54% | 0.69% | 0.89% | 1.17% |
| EBITDA | 1,562.0 | 1,451.0 | 1,411.0 | | 1,484.0 | 1,468.5 | 1,446.2 | 1,464.1 | 1,483.1 | 1,484.5 | 1,501.2 | 1,526.7 | 1,552.5 |
| EBITDA Margin | 27.73% | 26.33% | 25.97% | | 26.89% | 28.19% | 28.23% | 28.51% | 28.99% | 28.82% | 28.94% | 29.15% | 29.32% |
| **Proforma Liquidity & Interest Coverage** | | | | | | | | | | | | | | |
| EBIT / Cash Interest | 8.69x | 7.91x | 4.43x | | 1.35x | 1.47x | 1.36x | 1.42x | 1.44x | 1.51x | 1.60x | 1.72x | 1.85x |
| EBITDA / Cash Interest | 10.20x | 9.35x | 5.28x | | 1.67x | 1.78x | 1.68x | 1.69x | 1.72x | 1.79x | 1.89x | 2.03x | 2.18x |
| (EBITDA - Capex) / Interest | 8.78x | 8.02x | 3.50x | | 1.41x | 1.37x | 1.49x | 1.52x | 1.54x | 1.61x | 1.70x | 1.83x | 1.96x |
| **Proforma Leverage Ratios** | | | | | | | | | | | | | | |
| Total Debt / EBITDA | 0.00x | 0.00x | 0.00x | | 5.72x | 5.69x | 5.46x | 5.43x | 5.13x | 4.73x | 4.39x | 3.92x | 3.65x |
| Total Debt / EBITDA | 1.89x | 2.56x | 3.78x | | 8.69x | 8.57x | 8.57x | 6.75x | 7.70x | 7.27x | 6.83x | 6.33x | 5.91x |
| Total Debt / (EBITDA - Capex) | 2.19x | 2.99x | 5.62x | | 10.51x | 11.11x | 9.36x | 8.91x | 8.55x | 8.09x | 7.60x | 7.04x | 6.45x |
| Total Cash Capitalization | 32.33% | 38.32% | 59.43% | | 88.08% | 93.94% | 91.38% | 68.59% | 85.63% | 82.35% | 78.66% | 74.47% | 69.80% |
| First Lien/Total Debt Outstanding (% at opening) | 0.00% | 0.00% | 0.00% | | 116.81% | 117.83% | 112.62% | 113.29% | 107.03% | 100.16% | 93.73% | 85.30% | 80.79% |
| **Cash Flow** | | | | | | | | | | | | | | |
| Proforma Total Cash Interest Expense | 153.1 | 155.2 | 287.0 | | 857.5 | 818.6 | 868.9 | 866.2 | 850.8 | 930.3 | 793.7 | 790.3 | 712.1 |
| Total Fixed Debt Amortization | 390.2 | 390.2 | 390.2 | | 390.2 | 390.2 | 91.2 | 91.2 | 91.2 | 91.2 | 171.2 | 91.2 | 402.2 |
| Total Capital Expenditures | 217.3 | 205.9 | 462.5 | | 226.0 | 334.0 | 152.0 | 150.0 | 150.0 | 150.7 | 151.6 | 152.7 | 154.2 |
| Cash Flow Available to Retire Debt | | | | | | 169.3 | 385.2 | 385.3 | 446.0 | 481.9 | 831.3 | 596.9 | 845.7 |
| Net Cash Flow | | | | | | 171.1 | 274.2 | (145.0) | 354.8 | 390.7 | 380.1 | 499.7 | 225.5 |
| Cumulative Cash Flows | 124.4 | 151.1 | 174.7 | 175.0 | 169.3 | 534.7 | 929.9 | 1,375.9 | 1,857.8 | 2,389.1 | 2,979.9 | 3,825.6 |
| **Summary Capitalization** | | | | | | | | | | | | | | |
| Cash & Marketable Securities | 0.0 | 0.0 | 2,810.0 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Existing Long Term Debt | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 145.0 | 0.0 | 110.0 | 110.0 | 110.0 | 110.0 |
| Revolver - $750 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Term Loan B | 773.2 | 923.5 | 97.0 | | 8,201.0 | 8,201.0 | 7,800.0 | 7,500.1 | 7,026.2 | 6,574.9 | 5,984.1 | 5,667.4 | |
| New Senior Notes | 0.0 | 0.0 | 0.0 | | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | |
| Existing Commercial Paper | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Existing Variable Rate Debt | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Rolled Fixed Rate Debt | 1,231.6 | 1,828.6 | 1,525.2 | | 1,508.0 | 1,230.0 | 1,230.0 | 900.0 | 760.0 | 660.0 | 660.0 | 351.0 | |
| PHONES Debt | 943.6 | 967.1 | 902.7 | | 900.0 | 900.0 | 900.0 | 900.0 | 900.0 | 900.0 | 900.0 | 900.0 | |
| Total Funded Debt | 2,948.4 | 3,719.1 | 5,335.0 | | 12,709.0 | 12,474.7 | 12,109.3 | 11,714.1 | 11,288.1 | 10,768.2 | 10,254.9 | 9,664.1 | 9,018.4 |
| Net Debt | 6,171.7 | 5,985.3 | 3,641.4 | | 12,918.8 | 12,811.6 | 12,110.2 | 11,529.3 | 11,893.3 | 13,097.3 | 2,781.3 | 3,313.3 | 3,001.6 |
| Total Capitalization | 9,120.3 | 9,704.4 | 8,976.4 | | 13,227.6 | 13,379.5 | 13,251.2 | 13,223.4 | 13,184.4 | 13,097.3 | 13,036.2 | 12,977.4 | 12,302.2 |

Leveraged Fil
*Confidential*

2
4/3/2007
2:54 PM

Banc of America Securities LLC

## Project BEAR
### Sponsor Case -- Includes Steps 1 & 2
### Operating Assumptions

| | Historical | | | LTM | Pro Forma | Projected | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2006 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 12/31/2009 | 12/31/2010 | 12/31/2011 | 12/31/2012 | 12/31/2013 | 12/31/2014 | 12/31/2015 |
| **Income Statement Assumptions** | | | | | | | | | | | | | | |
| Sales Growth Total | NA | (2.15%) | (1.42%) | NA | NA | (4.89%) | (0.86%) | 0.23% | 0.23% | (0.22%) | 0.54% | 0.69% | 0.89% | 1.77% |
| Operating Expenses Margin Total | 72.51% | 74.56% | 75.54% | 76.12% | NA | 75.61% | 76.28% | 76.44% | 76.44% | 76.62% | 76.47% | 76.47% | 76.36% | 76.30% |
| Gross Profit Margin Total | 27.49% | 25.44% | 24.46% | 23.88% | NA | 24.19% | 23.72% | 23.56% | 23.56% | 23.38% | 23.53% | 23.53% | 23.64% | 23.70% |
| EBITDA Margin | 27.73% | 26.33% | 28.33% | 28.65% | NA | 28.19% | 28.26% | 28.51% | 28.51% | 28.56% | 28.82% | 28.84% | 29.15% | 29.32% |
| EBITDA Growth | NA | (7.11%) | (2.76%) | NA | NA | 3.22% | (0.70%) | 1.23% | 1.23% | (0.07%) | 1.46% | 1.13% | 1.63% | 1.76% |
| **Capital Expenditures Assumptions** | | | | | | | | | | | | | | |
| Total Maintenance Capital Expenditures | 217.3 | 205.9 | 222.0 | 178.0 | 175.0 | 172.0 | 127.0 | 125.0 | 125.0 | 125.0 | 125.7 | 126.6 | 127.7 | 128.2 |
| Total Growth Capital Expenditures | 0.0 | 0.0 | 240.5 | 50.0 | 50.0 | 162.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 |
| Total Capital Expenditures | 217.3 | 205.9 | 462.5 | 225.0 | 225.0 | 334.0 | 152.0 | 150.0 | 150.0 | 150.0 | 150.7 | 151.6 | 152.7 | 154.2 |
| **Balance Sheet Assumptions** | | | | | | | | | | | | | | |
| Accounts Receivable | 850.2 | 798.4 | 765.9 | 731.6 | | 728.4 | 722.1 | 723.7 | 723.7 | 722.2 | 728.1 | 731.1 | 737.7 | 749.3 |
| Accounts Receivable (Days of Sales) | 55.1 | 52.9 | 51.5 | 49.6 | | 51.4 | 51.4 | 51.4 | 51.4 | 51.4 | 51.4 | 51.4 | 51.4 | 51.4 |
| Accounts Receivable - Sponsor Case | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Accounts Receivable - Structuring Case | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Accounts Receivable - Downside Case | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Inventories | 49.6 | 44.1 | 41.0 | 40.3 | | 39.0 | 38.6 | 38.7 | 38.7 | 38.6 | 38.8 | 39.1 | 39.5 | 39.9 |
| Inventories (Days of COGS) | 4.5 | 3.9 | 3.7 | 3.6 | | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 |
| Inventories - Sponsor Case | | | | | | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 |
| Inventories - Structuring Case | | | | | | | | | | | | | | |
| Inventories - Downside Case | | | | | | | | | | | | | | |
| Deferred Income Taxes | 116.4 | 114.3 | 74.5 | 74.5 | | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 |
| Deferred Income Taxes (% of Sales) | 2.1% | 2.1% | 1.4% | 1.4% | | 1.4% | 1.5% | 1.4% | 1.4% | 1.5% | 1.4% | 1.4% | 1.4% | 1.4% |
| Deferred Income Taxes - Sponsor Case | | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Deferred Income Taxes - Structuring Case | | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Deferred Income Taxes - Downside Case | | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Other Current Assets | 51.1 | 52.5 | 49.5 | 48.7 | | 47.0 | 46.6 | 46.7 | 46.7 | 46.6 | 46.9 | 47.2 | 47.6 | 48.2 |
| Other Current Assets (% of Sales) | 0.9% | 1.0% | 0.9% | 0.9% | | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% |
| Other Current Assets - Sponsor Case | | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Other Current Assets - Structuring Case | | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Other Current Assets - Downside Case | | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Accounts Payable, Accrued Exp & Other | 669.9 | 713.2 | 691.2 | 677.6 | | 634.4 | 632.5 | 634.5 | 634.5 | 634.0 | 638.4 | 640.9 | 646.9 | 652.2 |
| Accounts Payable, Accrued Exp & Other (Days of COGS) | 59.9 | 63.4 | 61.6 | 60.4 | | 59.0 | 59.0 | 59.0 | 59.0 | 59.0 | 59.0 | 59.0 | 59.0 | 59.0 |
| Accounts Payable, Accrued Exp & Other - Sponsor Case | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Accounts Payable, Accrued Exp & Other - Structuring Case | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Accounts Payable, Accrued Exp & Other - Downside Case | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Contracts Payable for Broadcast Rights | 319.4 | 329.9 | 317.9 | 317.9 | | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 |
| Contracts Payable for Broadcast Rights (Days of COGS) | 28.5 | 29.3 | 28.4 | 28.3 | | 29.6 | 29.7 | 29.6 | 29.6 | 29.6 | 29.5 | 29.3 | 29.0 | 28.7 |
| Contracts Payable for Broadcast Rights - Sponsor Case | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Contracts Payable for Broadcast Rights - Structuring Case | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Contracts Payable for Broadcast Rights - Downside Case | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred Income | 96.8 | 101.1 | 108.6 | 108.6 | | 108.6 | 108.6 | 108.6 | 108.6 | 108.6 | 108.6 | 108.6 | 108.6 | 108.6 |
| Deferred Income (% of Sales) | 1.7% | 1.8% | 2.0% | 2.0% | | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% | 2.1% |
| Deferred Income - Sponsor Case | | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Deferred Income - Structuring Case | | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Deferred Income - Downside Case | | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Working Capital Margin | NA | NA | (2.07%) | (0.41%) | | 0.71% | (0.10%) | (0.00%) | (0.00%) | (0.02%) | 0.04% | 0.02% | 0.04% | 0.05% |
| Working Capital Growth | NA | (18.32%) | (56.93%) | NA | | 17.38% | (5.13%) | (0.15%) | (0.15%) | (1.30%) | 2.19% | 1.17% | 2.33% | 2.45% |

| **Scheduled Amortization** | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amortization of Transaction Costs | Years | 7.5 | | | | | | | | | | | | |
| Term Loan B | | | | | | 20.3 | 20.3 | 20.3 | 20.3 | 20.3 | 20.3 | 20.3 | 20.3 | 20.3 |
| New Senior Notes | | | | | | (91.2) | (91.2) | (91.2) | (91.2) | (91.2) | (91.2) | (91.2) | (91.2) | (91.2) |
| | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

| **Interest Rates & Dividend Yields** | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LIBOR | | | | | | 4.35% | 4.85% | 4.50% | 4.70% | 4.87% | 5.05% | 5.10% | 5.05% | 5.09% |
| Revolver - $750 | LIBOR + | 250 bps | | | | 5.35% | 4.85% | 4.50% | 4.70% | 4.87% | 5.05% | 5.10% | 5.05% | 5.09% |
| Term Loan B | LIBOR + | 250 bps | | 5.35% | 5.35% | 7.35% | 7.00% | 7.20% | 7.37% | 7.55% | 7.60% | 7.56% | 7.59% | |
| New Senior Notes | Coupon | | 5.35% | 5.36% | 7.85% | 7.35% | 7.00% | 7.06% | 7.37% | 7.55% | 7.60% | 7.56% | 7.59% | |
| Type (Cash, PIK or Cash/cash) | Fixed | | 7.85% | 7.85% | | | | | | | | | | |
| Cash Interest | 10.00% | 10.00% | | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% | 10.00% | | | |
| Non Cash Interest | 10.00% | | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | | |
| **Options Proceeds** | | | | | | | | | | | | | | |
| Deferred Income - Sponsor Case | | | $2,100.0 | | | | | | | | | | | |
| Non Cash Dividend | PIK | 4.92% | | 4.92% | 4.92% | 4.92% | 4.92% | 4.92% | 4.92% | 4.92% | 4.92% | 4.92% | | |
| Marketable Securities | LIBOR- | 100 bps | | 3.85% | 3.50% | 3.70% | 3.87% | 4.05% | 4.10% | 4.06% | 4.09% | | | |

Leveraged FH
*Confidential*

3
4/3/2007
2:54 PM

**Project BEAR**
**Sponsor Case -- Includes Steps 1 & 2**
**Balance Sheet Adjustments**

Transaction Type: Equity

| | Actual 12/23/2006 | Credit | Debit | Pro Forma 3/31/2007 | Credit | Debit | Pro Forma 12/31/2007 |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| Cash | $174.7 | 10.3 | | $185.0 | | $10.0 | $175.0 |
| Marketable Securities | 0.0 | | | 0.0 | | | 0.0 |
| Accounts Receivable | 765.9 | | 34.3 | 731.6 | | | 731.6 |
| Inventories | 41.0 | | 0.7 | 40.3 | | | 40.3 |
| Deferred Income Taxes | 74.5 | | | 74.5 | | | 74.5 |
| Broadcast Rights | 272.0 | | | 272.0 | | | 272.0 |
| Other Current Assets | 49.5 | | 0.8 | 48.7 | | | 48.7 |
| Total Current Assets | 1,377.4 | | | 1,392.0 | | | 1,342.0 |
| | | | | | | | |
| Net Property, Plant, and Equi | 1,665.1 | | 138.9 | 1,546.2 | | | 1,546.2 |
| | | | | | | | |
| Other Investments | 564.8 | | 12.6 | 552.1 | | | 552.1 |
| Deferred Tax Asset | 0.0 | | | 0.0 | | | 0.0 |
| Broadcast Rights | 295.2 | | 12.0 | 283.2 | | | 283.2 |
| Prepaid Pension Costs | 293.5 | | 3.0 | 290.5 | | | 290.5 |
| Assets Held For Sale | 9.2 | | | 9.2 | | | 9.2 |
| Intangibles | 2,846.1 | | | 2,846.1 | | | 2,846.1 |
| Goodwill | 5,837.2 | | | 5,837.2 | 9,800.3 | 5,837.2 | 9,800.3 |
| Transaction Costs | 143.9 | 152.0 | | 295.9 | 120.0 | | 415.9 |
| | | | | | | | |
| **Total Assets** | **$13,502.3** | | | **$13,012.3** | | | **$17,085.5** |
| | | | | | | | |
| **Liabilities & Shareholder Equity** | | | | | | | |
| Accounts Payable, Accrued E | $691.2 | | 13.6 | $677.6 | | | $677.6 |
| Contracts Payable for Broadc | 317.9 | | | 317.9 | | | 317.9 |
| Deferred Income | 108.6 | | | 108.6 | | | 108.6 |
| Total Current Liabilities | 1,117.2 | | 13.6 | 1,104.1 | | | 1,104.1 |
| | | | | | | | |
| Revolver - $750 | 0.0 | | | 0.0 | | | 0.0 |
| Term Loan B | 0.0 | 7,015.0 | | 7,015.0 | | 919.0 | 8,201.0 |
| Total Senior Debt | 0.0 | | | 7,015.0 | | | 8,201.0 |
| | | | | | | | |
| New Senior Notes | 0.0 | | | 0.0 | 2,100.0 | | 2,100.0 |
| Total Subordinated Debt | 0.0 | | | 0.0 | | | 2,100.0 |
| | | | | | | | |
| Existing Commercial Paper | 97.0 | | 97.0 | 0.0 | | | 0.0 |
| Existing Variable Rate Debt | 2,810.0 | (82.0) | 2,728.0 | 0.0 | | | 0.0 |
| Robd Fixed Rate Debt | 1,525.0 | | 5.0 | 1,520.0 | | 12.0 | 1,508.0 |
| PHONES Debt | 900.0 | | | 900.0 | | | 900.0 |
| Total Long Term Debt | 5,332.0 | | | 9,435.0 | | | 12,709.0 |
| | | | | | | | |
| Deferred Tax Liability | 1,974.7 | | 6.5 | 1,968.2 | | | 1,968.2 |
| Contracts Payable for Broadc | 425.9 | | | 425.9 | | | 425.9 |
| Deferred Compensation | 392.2 | | 108.2 | 284.0 | | 75.0 | 209.0 |
| Other Long Term Liabilities | 165.4 | | 15.0 | 150.4 | | | 150.4 |
| Total Liabilities | 9,407.9 | | | 13,367.7 | | | 16,566.7 |
| | | | | | | | |
| Minority Interest | 0.0 | | | 0.0 | | | 0.0 |
| | | | | | | | |
| Zell Notes | 0.0 | | | 0.0 | | | 0.0 |
| Common Stock | 3,644.4 | | 4,288.0 | (643.6) | 185.0 | (29.0) | 185.0 |
| Sponsor Equity | 0.0 | 250.0 | | 250.0 | 215.0 | 185.0 | (399.6) |
| Additional Paid in Capital | 0.0 | | | 0.0 | 65.0 | | 130.0 |
| Treasury Stock | 0.0 | | | 0.0 | | | 0.0 |
| Retained Earnings | 0.0 | | | 38.3 | | | 603.4 |
| Total Shareholders' Equity | 3,644.4 | 38.3 | | (355.4) | -555.1 | | 518.8 |
| | | | | | | | |
| **Total Liabilities & Owners'** | **$13,052.3** | | | **$13,012.3** | | | **$17,085.5** |
| | | | | | | | |
| Balance Test | 0.0 | | | 0.0 | | | 0.0 |

**Determination of Goodwill:**

| Excess Purchase Price over net Assets | |
|---|---|
| Purchase Price | 4,261.0 |
| Tangible Equity | 6,192.6 |
| Goodwill | 10,453.6 |

Banc of America Securities LLC

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002637

Leveraged Fin
*Confidential*

4
4/3/2007
2:54 PM

## Project BEAR
### Sponsor Case – Includes Steps 1 & 2
### Consolidated Balance Sheet

| | Historical | | | Pro Forma | Projected | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 12/31/2009 | 12/31/2010 | 12/31/2011 | 12/31/2012 | 12/31/2013 | 12/31/2014 | 12/31/2015 |
| **Assets** | | | | | | | | | | | | |
| Cash | 124.4 | 151.1 | 174.7 | 175.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 |
| Marketable Securities | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Accounts Receivable | 850.2 | 798.4 | 769.9 | 731.6 | 728.4 | 722.1 | 723.7 | 722.2 | 726.1 | 731.1 | 737.7 | 746.3 |
| Inventories | 49.8 | 44.1 | 41.0 | 40.3 | 39.0 | 38.6 | 38.7 | 38.6 | 38.8 | 39.1 | 39.5 | 39.9 |
| Deferred Income Taxes | 116.4 | 114.3 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 |
| Broadcast Rights | 280.5 | 308.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 |
| Other Current Assets | 51.1 | 24.4 | 0.0 | 0.0 | 47.0 | 46.6 | 46.7 | 46.6 | 46.9 | 47.2 | 47.6 | 48.2 |
| **Total Current Assets** | 1,452.4 | 1,492.8 | 1,377.4 | 1,342.0 | 1,270.8 | 1,283.8 | 1,265.6 | 1,263.9 | 1,268.3 | 1,273.9 | 1,281.2 | 1,290.9 |
| Net Property, Plant, and Equipment | 1,782.4 | 1,731.9 | 1,685.1 | 1,546.2 | 1,630.1 | 1,540.3 | 1,448.6 | 1,356.8 | 1,265.7 | 1,175.5 | 1,086.4 | 998.8 |
| Other Investments | 589.3 | 632.7 | 564.8 | 552.1 | 536.1 | 536.1 | 536.1 | 536.1 | 536.1 | 536.1 | 536.1 | 536.1 |
| Deferred Tax Asset | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Broadcast Rights | 391.2 | 361.4 | 295.2 | 283.2 | 284.4 | 330.2 | 363.6 | 363.6 | 363.6 | 363.6 | 363.6 | 363.6 |
| Prepaid Pension Costs | 884.7 | 871.4 | 293.5 | 290.5 | 298.5 | 316.5 | 344.5 | 372.5 | 400.5 | 428.5 | 455.5 | 484.5 |
| Assets Held For Sale | 0.0 | 0.0 | 9.2 | 9.2 | 9.2 | 9.2 | 9.2 | 9.2 | 9.2 | 9.2 | 9.2 | 9.2 |
| Intangibles | 3,106.7 | 3,087.7 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 |
| Goodwill | 5,487.4 | 5,947.1 | 5,887.0 | 9,800.3 | 9,800.3 | 9,800.3 | 9,800.3 | 9,800.3 | 9,800.3 | 9,800.3 | 9,800.3 | 9,800.3 |
| Transaction Costs | 155.1 | 138.3 | 143.9 | 415.9 | 395.7 | 375.4 | 355.1 | 334.9 | 314.6 | 294.3 | 274.1 | 253.8 |
| **Total Assets** | 13,849.2 | 14,263.4 | 13,062.3 | 17,085.5 | 17,071.1 | 17,017.8 | 16,969.1 | 16,883.3 | 16,804.3 | 16,727.5 | 16,653.4 | 16,583.3 |
| **Liabilities & Shareholder Equity** | | | | | | | | | | | | |
| Accounts Payable, Accrued Exp & Other | 773.2 | 923.5 | 691.2 | 677.6 | 634.4 | 632.5 | 634.5 | 634.0 | 636.4 | 640.9 | 645.9 | 653.2 |
| Contracts Payable for Broadcast Rights | 319.4 | 329.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 |
| Deferred Income | 96.8 | 101.1 | 108.6 | 108.6 | 108.6 | 108.6 | 108.6 | 108.6 | 108.6 | 108.6 | 108.6 | 108.6 |
| **Total Current Liabilities** | 1,086.2 | 1,144.2 | 1,117.7 | 1,104.1 | 1,061.0 | 1,059.1 | 1,061.1 | 1,060.6 | 1,062.9 | 1,067.4 | 1,072.5 | 1,079.8 |
| Existing Long Term Debt | 0.0 | 0.0 | 2,810.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Revolver - $750 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 145.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Term Loan B | 0.0 | 0.0 | 0.0 | 8,201.0 | 8,265.7 | 7,900.3 | 7,609.1 | 7,508.1 | 7,028.2 | 6,574.9 | 5,984.1 | 5,667.4 |
| **Total Senior Debt** | 0.0 | 0.0 | 2,810.0 | 8,201.0 | 8,265.7 | 7,900.3 | 7,754.1 | 7,508.1 | 7,028.2 | 6,574.9 | 5,984.1 | 5,667.4 |
| New Senior Notes | 0.0 | 0.0 | 0.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 |
| **Total Subordinated Debt** | 0.0 | 0.0 | 0.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 |
| Existing Commercial Paper | 1,231.6 | 1,808.6 | 1,525.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Existing Variable Rate Debt | 773.2 | 943.4 | 0.0 | 1,508.0 | 1,209.0 | 1,209.0 | 960.0 | 760.0 | 760.0 | 680.0 | 680.0 | 351.0 |
| Retired Long Term Debt | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| PHONES Debt | 943.8 | 967.1 | 999.8 | 900.0 | 900.0 | 900.0 | 900.0 | 900.0 | 900.0 | 900.0 | 900.0 | 900.0 |
| **Total Long Term Debt** | 2,948.6 | 3,719.1 | 5,335.0 | 12,709.0 | 12,474.7 | 12,109.3 | 11,714.1 | 11,268.1 | 10,786.2 | 10,254.9 | 9,664.1 | 9,018.4 |
| Deferred Tax Liability | 2,278.4 | 2,232.6 | 1,974.7 | 1,968.2 | 1,968.2 | 1,968.2 | 1,968.2 | 1,968.2 | 1,968.2 | 1,968.2 | 1,968.2 | 1,968.2 |
| Contracts Payable for Broadcast Rights | 538.1 | 538.1 | 425.9 | 425.9 | 425.9 | 425.9 | 425.9 | 425.9 | 425.9 | 425.9 | 425.9 | 425.9 |
| Deferred Compensation | 393.0 | 356.6 | 382.2 | 209.0 | 191.0 | 173.0 | 165.0 | 139.8 | 124.5 | 109.3 | 94.0 | 78.8 |
| Other Long Term Liabilities | 433.2 | 176.6 | 164.4 | 150.4 | 145.4 | 140.4 | 135.4 | 130.4 | 125.4 | 120.4 | 115.4 | 110.4 |
| **Total Liabilities** | 7,677.5 | 8,278.1 | 9,410.9 | 16,566.7 | 16,266.3 | 15,876.0 | 15,459.8 | 14,993.0 | 14,493.2 | 13,946.2 | 13,340.1 | 12,681.5 |
| Zell Notes | 0.0 | 0.0 | 0.0 | 185.0 | 194.1 | 203.7 | 213.7 | 224.2 | 235.2 | 246.8 | 259.9 | 271.7 |
| Common Stock | 6,171.7 | 5,985.3 | 3,641.4 | (399.6) | (399.6) | (399.7) | (400.1) | (401.7) | (405.5) | (413.2) | (427.0) | (449.4) |
| Sponsor Equity | 0.0 | 0.0 | 0.0 | 130.0 | 130.0 | 130.0 | 130.0 | 130.0 | 130.0 | 130.0 | 130.0 | 130.0 |
| Retained Earnings | 0.0 | 0.0 | 0.0 | 603.4 | 880.3 | 1,207.9 | 1,565.8 | 1,937.8 | 2,351.3 | 2,817.7 | 3,351.4 | 3,949.6 |
| **Total Shareholders Equity** | 6,171.7 | 5,985.3 | 3,641.4 | 518.8 | 804.8 | 1,141.8 | 1,509.3 | 1,890.3 | 2,311.0 | 2,781.3 | 3,313.3 | 3,901.8 |
| **Total Liabilities & Owners Equity** | 13,849.2 | 14,263.4 | 13,062.3 | 17,085.5 | 17,071.1 | 17,017.8 | 16,969.1 | 16,883.3 | 16,804.3 | 16,727.5 | 16,653.4 | 16,583.3 |
| Balance Test | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Banc of America Securities LLC

BOA-TRB-0002638

Leveraged Fii
*Confidential*

## Project BEAR
### Sponsor Case – Includes Steps 1 & 2
### Consolidated Income Statement - Combined

5
4/3/2007
2:54 PM

| | Historical | | | Pro Forma LTM | | | | | | | Projected | | |
| --- | ---: | ---: | ---: | ---: | ---: | ---: | ---: | ---: | ---: | ---: | ---: | ---: |
| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 12/31/2009 | 12/31/2010 | 12/31/2011 | 12/31/2012 | 12/31/2013 | 12/31/2014 | 12/31/2015 |
| Sales | $5,632.0 | $5,511.0 | $5,433.0 | $5,360.0 | $5,167.1 | $5,122.7 | 5,134.5 | 5,123.4 | 5,151.2 | 5,168.9 | 5,233.3 | 5,294.7 |
| Operating Expenses (Excluding D&A) | 4,084.0 | 4,109.0 | 4,093.0 | 4,095.0 | 3,917.2 | 3,907.8 | 3,924.6 | 3,925.3 | 3,939.3 | 3,948.2 | 3,996.4 | 4,039.7 |
| Gross Profit | 1,548.0 | 1,402.0 | 1,340.0 | 1,265.0 | 1,249.9 | 1,214.9 | 1,209.9 | 1,198.1 | 1,211.9 | 1,220.7 | 1,236.9 | 1,255.0 |
| SG&A Expense (Excluding D&A) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Corporate Overhead | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Elimination of Stock-Based Compensation | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Annual Cash Savings | 0.0 | 0.0 | 0.0 | 20.0 | 50.6 | 52.4 | 57.2 | 61.0 | 61.0 | 61.0 | 61.0 | 61.0 |
| Equity Income | 0.0 | 0.0 | 0.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| Non-cash Pension Expense | 14.0 | 49.0 | 71.0 | 69.0 | 84.0 | 117.0 | 145.0 | 152.0 | 159.6 | 167.5 | 175.8 | 184.5 |
| | | | | | (8.0) | (18.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) |
| EBITDA | 1,562.0 | 1,451.0 | 1,411.0 | 1,434.0 | 1,456.5 | 1,446.2 | 1,464.1 | 1,463.1 | 1,484.5 | 1,501.2 | 1,525.7 | 1,552.5 |
| Reversal of non-cash Pension Expense | 0.0 | 0.0 | 0.0 | 0.0 | 8.0 | 18.0 | 28.0 | 28.0 | 28.0 | 28.0 | 28.0 | 28.0 |
| Depreciation & Amortization | 233.1 | 224.0 | 228.0 | 228.0 | 237.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 |
| Amortization of Transaction Costs | 0.0 | 0.0 | 0.0 | 20.3 | 20.3 | 20.3 | 20.3 | 20.3 | 20.3 | 20.3 | 20.3 | 20.3 |
| Total Depreciation & Amortization | 233.1 | 224.0 | 228.0 | 248.3 | 258.0 | 262.0 | 262.0 | 262.0 | 262.0 | 262.0 | 262.0 | 262.0 |
| EBIT | 1,328.9 | 1,227.0 | 1,183.0 | 1,185.7 | 1,206.4 | 1,202.2 | 1,230.1 | 1,229.1 | 1,250.5 | 1,267.2 | 1,291.7 | 1,318.5 |
| Existing Interest Expense | 153.1 | 155.2 | 267.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Revolver Interest Expense | 0.0 | 0.0 | 0.0 | 3.8 | 3.8 | 3.8 | 8.6 | 8.7 | 3.8 | 3.8 | 3.8 | 3.8 |
| Senior Term Debt Interest Expense | 0.0 | 0.0 | 0.0 | 643.8 | 605.1 | 565.7 | 565.4 | 564.4 | 549.0 | 516.7 | 474.7 | 442.2 |
| Subordinated Debt Interest | 0.0 | 0.0 | 0.0 | 210.0 | 210.0 | 210.0 | 210.0 | 210.0 | 210.0 | 210.0 | 210.0 | 210.0 |
| Primed Debt Interest Expense | 0.0 | 0.0 | 0.0 | 108.6 | 105.8 | 89.5 | 82.2 | 67.6 | 67.6 | 63.3 | 61.8 | 56.2 |
| Total Interest Expense | 153.1 | 155.2 | 267.0 | 966.1 | 924.6 | 868.9 | 866.2 | 850.8 | 830.3 | 793.7 | 750.3 | 712.1 |
| Interest (Income) | (3.1) | (7.5) | (14.0) | (7.6) | (4.2) | (3.8) | (4.1) | (4.3) | (4.6) | (4.5) | (4.5) | (4.5) |
| Other Non-Operating Income/(Expenses) | (145.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Pretax Income | 1,033.8 | 1,079.3 | 930.0 | 227.2 | 286.0 | 337.1 | 367.9 | 382.5 | 424.6 | 478.0 | 545.8 | 610.9 |
| Cash Taxes | 367.8 | 421.0 | 356.0 | 166.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred Taxes | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net Income | 666.0 | 658.3 | 574.0 | 61.0 | 286.0 | 337.1 | 367.9 | 382.5 | 424.6 | 478.0 | 545.8 | 610.9 |
| Preferred Dividends | 0.0 | 0.0 | 0.0 | 9.1 | 9.1 | 9.5 | 10.0 | 10.5 | 11.0 | 11.6 | 12.1 | 12.7 |
| Change in Net Worth | 666.0 | 658.3 | 574.0 | 51.9 | 276.9 | 327.6 | 357.9 | 372.0 | 413.6 | 466.4 | 533.7 | 598.2 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Banc of America Securities LLC

BOA-TRB-0002639

Leveraged Fi
*Confidential*

6
4/3/2007
2:54 PM

**Project BEAR**
**Sponsor Case – Includes Steps 1 & 2**
**Consolidated Cash Flow Statement**

| | 12/31/2008 | 12/31/2009 | 12/31/2010 | 12/31/2011 | 12/31/2012 | 12/31/2013 | 12/31/2014 | 12/31/2015 |
|---|---|---|---|---|---|---|---|---|
| | | | | | Projected | | | |
| Net Income | $286.0 | $307.1 | $367.9 | $382.5 | $424.6 | $479.0 | $546.8 | $610.9 |
| Plus  Depreciation & Amortization | 237.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 |
| Amortization of Transaction Costs | 20.3 | 20.3 | 20.3 | 20.3 | 20.3 | 20.3 | 20.3 | 20.3 |
| Net Deferred Tax Increase, (Decrease) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Noncash Interest Expense | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other Investments (Increase), Decrease | 16.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Broadcast Rights (Increase), Decrease | (1.2) | (45.8) | (33.4) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred Compensation Increase, (Decrease) | (18.0) | (18.0) | (18.0) | (15.3) | (15.3) | (15.3) | (15.3) | (15.3) |
| Other Long Term Liabilities Increase, (Decrease) | (6.0) | (6.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) |
| Non-Cash Pension Expense | (8.0) | (18.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) |
| Total Cash Provided by Operations | 527.9 | 512.4 | 545.5 | 596.3 | 638.4 | 681.7 | 759.6 | 824.7 |
| Less  Accounts Receivable (Increase), Decrease | 3.2 | 6.3 | (1.7) | 1.6 | (3.9) | (5.0) | (6.5) | (8.7) |
| Accounts Receivable - Acquisitions (Increase), Decrease | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Inventories (Increase), Decrease | 1.3 | 0.3 | (0.1) | 0.0 | (0.2) | (0.3) | (0.3) | (0.5) |
| Deferred Income Taxes (Increase), Decrease | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other Current Assets (Increase), Decrease | 1.6 | 0.4 | (0.1) | 0.1 | (0.3) | (0.3) | (0.4) | (0.6) |
| Plus  Accounts Payable, Accrued Exp & Other Increase, (Decrease) | (43.1) | (1.9) | 2.0 | (0.6) | 2.3 | 4.5 | 5.1 | 7.3 |
| Contracts Payable for Broadcast Rights Increase, (Decrease) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred Income Increase, (Decrease) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Working Capital Sources, (Uses) | (36.9) | 5.1 | 0.1 | 1.2 | (2.0) | (1.1) | (2.2) | (2.4) |
| **Net Cash Provided By (Used In) Operations** | 490.9 | 517.5 | 545.7 | 597.5 | 636.3 | 680.6 | 757.4 | 822.3 |
| Less  Total Capital Expenditures | (334.0) | (152.0) | (150.0) | (150.0) | (150.7) | (151.6) | (152.7) | (154.2) |
| Loss (Gain) on Assets Sale | 12.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net Cash Provided By (Used In) Investing** | (321.7) | (152.0) | (150.0) | (150.0) | (150.7) | (151.6) | (152.7) | (154.2) |
| ESOP Redemptions | 0.0 | (0.1) | (0.4) | (1.5) | (3.6) | (7.7) | (13.8) | (22.4) |
| **Cash Flow Available to Retire Debt** | 169.3 | 365.4 | 395.2 | 446.0 | 481.9 | 531.3 | 590.9 | 645.7 |
| Less  Long Term Debt Raised, (Amortized) | 263.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Rollover Debt Raised, (Amortized) | (268.0) | 0.0 | (449.0) | 0.0 | 0.0 | (80.0) | 0.0 | (329.0) |
| Term Loan B Raised, (Amortized) | (91.2) | (91.2) | (91.2) | (91.2) | (91.2) | (91.2) | (91.2) | (91.2) |
| New Senior Notes Raised, (Amortized) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Debt Retirement | (127.2) | (91.2) | (540.2) | (91.2) | (91.2) | (171.2) | (91.2) | (420.2) |
| **Net Cash Provided By (Used In) Financing** | (127.2) | (91.3) | (540.6) | (92.7) | (95.0) | (178.9) | (105.0) | (442.6) |
| Net Cash Flow | $107.1 | $274.2 | ($145.0) | $354.8 | $390.7 | $380.1 | $499.7 | $225.5 |
| Marketable Securities Swept to Reduce Revolver Borrowings | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Addition to, (Reduction) of Revolver - $750 | (107.1) | (274.2) | 145.0 | (146.0) | (390.7) | (360.1) | (499.7) | (225.5) |
| Mandatory Excess Cash Flow Recapture (Yr End) - Term Loan B | (65.0) | 0.0 | 0.0 | (209.8) | 0.0 | 0.0 | 0.0 | 0.0 |
| Increase (Decrease) in Cash & Cash Equivalents Balance | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 |
| Ending Cash & Cash Equivalents Balance | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 |
| Cash Balance Test | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002640

Banc of America Securities LLC