Leveraged Fi
*Confidential*

7
4/3/2007
2:54 PM

## Project BEAR
### Sponsor Case – Includes Steps 1 & 2
### Debt and Preferred Stock Retirement Schedule

| | Opening Availability | 12/31/2008 | 12/31/2009 | 12/31/2010 | 12/31/2011 | 12/31/2012 | 12/31/2013 (Projected) | 12/31/2014 | 12/31/2015 |
|---|---|---|---|---|---|---|---|---|---|
| **Revolver - $750** (Term 5, Total Facility Size $750.0) | | | | | | | | | |
| Beginning Balance | $0.0 | $0.0 | $0.0 | $0.0 | $145.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Additions (Retirements) | | 0.0 | 0.0 | 145.0 | (145.0) | 0.0 | 0.0 | 0.0 | 0.0 |
| Ending Balance | | 0.0 | 0.0 | 145.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest Rate (%) | | 7.35% | 7.00% | 7.20% | 7.37% | 7.55% | 7.60% | 7.56% | 7.59% |
| Interest Expense | | 0.0 | 0.0 | 5.2 | 5.3 | 0.0 | 0.0 | 0.0 | 0.0 |
| Excess Availability | 642.0 | 638.6 | 633.1 | 489.6 | 633.2 | 636.6 | 641.0 | 646.8 | 654.3 |
| Unused Portion of Revolver - Beginning Balance | | 750.0 | 750.0 | 750.0 | 605.0 | 750.0 | 750.0 | 750.0 | 750.0 |
| Unused Portion of Revolver - Ending Balance | | 750.0 | 750.0 | 605.0 | 750.0 | 750.0 | 750.0 | 750.0 | 750.0 |
| Interest Rate (%) | | 0.50% | 0.50% | 0.50% | 0.50% | 0.50% | 0.50% | 0.50% | 0.50% |
| Interest Expense | | 3.8 | 3.8 | 3.4 | 3.4 | 3.8 | 3.8 | 3.8 | 3.8 |
| **Term Loan B** (Term 5 Year Amortization; Mandatory Excess Cash Flow Recapture 100.00% Cash Flow Recapture) | | | | | | | | | |
| (Year) | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Beginning Balance | | 8,201.0 | 8,265.7 | 7,900.3 | 7,809.1 | 7,508.1 | 7,026.2 | 6,574.9 | 5,984.1 |
| Addition from Delay Draw Term Loan B - $260 | | 263.0 | | | | | | | |
| Additions (Retirements) | | (91.2) | (91.2) | (91.2) | (91.2) | (91.2) | (91.2) | (91.2) | (91.2) |
| Mandatory Excess Cash Flow Recapture (Yr End) | | (107.1) | (274.2) | 0.0 | (209.8) | (390.7) | (360.1) | (499.7) | (225.5) |
| Ending Balance | | 8,265.7 | 7,900.3 | 7,809.1 | 7,508.1 | 7,026.2 | 6,574.9 | 5,984.1 | 5,667.4 |
| Interest Rate (%) | | 7.35% | 7.00% | 7.20% | 7.37% | 7.55% | 7.60% | 7.56% | 7.59% |
| Interest Expense | | 605.1 | 565.7 | 565.4 | 564.4 | 549.0 | 516.7 | 474.7 | 442.2 |
| **New Senior Notes** (Term 10) | | | | | | | | | |
| Beginning Balance | | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 |
| Amortization | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Additions Via PIK or Deferred | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Ending Balance | | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 |
| Cash Interest Expense | | 210.0 | 210.0 | 210.0 | 210.0 | 210.0 | 210.0 | 210.0 | 210.0 |
| Noncash Interest Expense | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Zell Notes** | | | | | | | | | |
| Beginning Balance | | 185.0 | 194.1 | 203.7 | 213.7 | 224.2 | 235.2 | 246.8 | 258.9 |
| Preferred Shares Redeemed | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Additions Via PIK or Deferred | | 9.1 | 9.5 | 10.0 | 10.5 | 11.0 | 11.6 | 12.1 | 12.7 |
| Ending Balance | | 194.1 | 203.7 | 213.7 | 224.2 | 235.2 | 246.8 | 258.9 | 271.7 |
| Cash Dividend Paid | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Noncash Dividend Accrued | | 9.1 | 9.5 | 10.0 | 10.5 | 11.0 | 11.6 | 12.1 | 12.7 |
| **PHONES (due 2029)** (Rate 2.000%) | | | | | | | | | |
| Principal Outstanding Beg Year | | 1,256.0 | 1,256.0 | 1,256.0 | 1,256.0 | 1,256.0 | 1,256.0 | 1,256.0 | 1,256.0 |
| Scheduled Amortization ($) | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Outst @ period end (net) | | 1,256.0 | 1,256.0 | 1,256.0 | 1,256.0 | 1,256.0 | 1,256.0 | 1,256.0 | 1,256.0 |
| Cash Interest | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 |

Banc of America Securities LLC

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002641

Leveraged Fii
*Confidential*

**Project BEAR**
Sponsor Case -- Includes Steps 1 & 2
Ratio Analysis

8
4/3/2007
2 54 PM

| | Historical | | | Pro Forma LTM | Projected | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/31/2004 | 12/31/2005 | 12/31/2006 | 12/31/2007 | 12/31/2008 | 12/31/2009 | 12/31/2010 | 12/31/2011 | 12/31/2012 | 12/31/2013 | 12/31/2014 | 12/31/2015 | 12/31/2016 | 12/31/2017 |
| EBITDA | 1,562.0 | 1,451 0 | 1,411.0 | 1,434.0 | 1,456 5 | 1,446 2 | 1,464 1 | 1,463 1 | 1,484 5 | 1,501 2 | 1,525 7 | 1,552 5 | 1,695.7 | 1,725 1 |
| Cash Interest Expense | 153.1 | 155 2 | 267 0 | 857.5 | 818 8 | 868 9 | 866.2 | 850.8 | 830 3 | 793 7 | 750 3 | 712 1 | 655 8 | 586 3 |
| First Lien Debt | 0 0 | 0 0 | 0 0 | 8,201.0 | 8,265.7 | 7,900 3 | 7,954.1 | 7,508 1 | 7,026 2 | 6,574 9 | 5,984 1 | 5,667.4 | 4,786 7 | 3,821.7 |
| Total Debt | 2,948.6 | 3,719 1 | 5,335 0 | 12,709.0 | 12,474 7 | 12,109 3 | 11,714 1 | 11,268 1 | 10,786.2 | 10,254 9 | 9,664 1 | 9,018 4 | 8,137.7 | 7,172.7 |
| Net Worth | 6,171.7 | 5,985 3 | 3,641.4 | 518.8 | 804 8 | 1,141 8 | 1,509 3 | 1,890 3 | 2,311 1 | 2,781 3 | 3,313 3 | 3,901 8 | 4,670 8 | 5,524.4 |
| Total Capital Expenditures | 217 3 | 205 9 | 462 5 | 225.0 | 334 0 | 152 0 | 150 0 | 150.0 | 150 7 | 151.6 | 152 7 | 154 2 | 106.0 | 107 8 |
| Proforma Fixed Debt Amortization | 390 2 | 390 2 | 390 2 | 390.2 | 390.2 | 91 2 | 540 2 | 91.2 | 91.2 | 171 2 | 91.2 | 420 2 | 0 0 | 0 0 |
| Cash Dividends | 0.0 | 9 1 | 9 1 | 9.1 | 9.1 | 0 0 | 0 0 | 0 0 | 0 0 | 0 0 | 0 0 | 0 0 | 0.0 | 0.0 |
| Cash Taxes | 367 8 | 421 0 | 356.0 | 166.2 | 0 0 | 0.0 | 0 0 | 0 0 | 0 0 | 0 0 | 0 0 | 0 0 | 0.0 | 0 0 |
| **Interest Coverage Ratios *** | | | | | | | | | | | | | | |
| EBIT / Cash Interest | 8 68x | 7.91x | 4 43x | 1.36x | 1.47x | 1 38x | 1 42x | 1 44x | 1 51x | 1 60x | 1 72x | 1 85x | 2 22x | 2 53x |
| EBITDA / Cash Interest | 10.20x | 9.35x | 5.28x | 1.67x | 1.78x | 1 66x | 1 69x | 1 72x | 1 79x | 1 89x | 2 03x | 2 18x | 2 59x | 2 94x |
| (EBITDA - Capex) / Interest | 8 78x | 8.02x | 3 55x | 1.41x | 1.37x | 1 49x | 1 52x | 1.54x | 1 61x | 1 70x | 1 83x | 1 96x | 2 42x | 2.76x |
| (EBITDA - Capex - Taxes) / (Interest+Debt Amort+Dividen( | 1.80x | 1 49x | 0 89x | 0.83x | 0 92x | 1 35x | 0.93x | 1 39x | 1.45x | 1.40x | 1.63x | 1 23x | 2.42x | 2.76x |
| **Leverage Ratios **** | | | | | | | | | | | | | | |
| First Lien Debt / EBITDA | 0.00x | 0 00x | 0 00x | 5.72x | 5.68x | 5 46x | 5 43x | 5 13x | 4 73x | 4 38x | 3.92x | 3 65x | 2 82x | 2 22x |
| Total Debt / EBITDA | 1 89x | 2.56x | 3 78x | 8.86x | 8.57x | 8 37x | 8 00x | 7 70x | 7 27x | 6 83x | 6 33x | 5.81x | 4.80x | 4.16x |
| First Lien Debt / (EBITDA - Capex) | 0 00x | 0 00x | 0.00x | 6.78x | 7 36x | 6 10x | 6.05x | 5 72x | 5 27x | 4 87x | 4.36x | 4 05x | 3 01x | 2 36x |
| Total Debt / (EBITDA - Capex) | 2 19x | 2 99x | 5 62x | 10.51x | 11.11x | 9.36x | 8.91x | 8 58x | 8 09x | 7 60x | 7 04x | 6 45x | 5 12x | 4 44x |
| **Capitalization Ratios** | | | | | | | | | | | | | | |
| First Lien Debt / Capitalization | 0 00% | 0.00% | 0 00% | 62.00% | 62.24% | 59 62% | 60 15% | 57.06% | 53 65% | 50 44% | 46 11% | 43 86% | 37 37% | 30.10% |
| Subordinated Debt / Capitalization | 23.03% | 21 64% | 23.39% | 15 88% | 15 81% | 15.85% | 15 88% | 15 96% | 16 03% | 16 11% | 16 18% | 16.25% | 16.40% | 16.54% |
| Total Debt / Capitalization | 32 33% | 38.32% | 59 43% | 96.08% | 93 94% | 91 38% | 88 59% | 85 63% | 82 35% | 78.66% | 74 47% | 69.80% | 63.53% | 56 49% |
| Net Debt / Capitalization | 137.43% | 129 16% | 139.63% | 94.76% | 93 11% | 90.55% | 87 75% | 84 80% | 81 51% | 77.82% | 73 62% | 68.95% | 62.68% | 55 62% |
| Preferred Stock / Capitalization | -2.35% | -2 21% | -2 39% | -1.62% | -1 55% | -1 48% | -1 41% | -1 35% | -1 30% | -1 28% | -1 30% | -1 38% | -1.55% | -1.83% |
| Common Stock / Capitalization | 1.43% | 1.34% | 1.45% | 0.96% | 0 98% | 0 98% | 0.98% | 0 99% | 0 99% | 1 00% | 1 00% | 1.01% | 1.01% | 1 02% |
| Total Equity / Capitalization | 67 67% | 61.68% | 40 57% | 3.92% | 6.06% | 8 62% | 11 41% | 14.37% | 17.65% | 21.34% | 25 53% | 30 20% | 36 47% | 43 51% |
| Total Capitalization | 100.00% | 100 00% | 100.00% | 100.00% | 100.00% | 100.00% | 100 00% | 100.00% | 100.00% | 100 00% | 100.00% | 100.00% | 100 00% | 100.00% |
| Tangible Net Worth | (12,543.5) | (12,543 5) | (12,543.5) | (12,543 5) | (12,237 2) | (11,879 9) | (11,492 2) | (11,091 0) | (10,649 9) | (10,159 4) | (9,607 1) | (8,998 4) | (8,229.4) | (7,375.8) |
| Total Debt / Total Equity | 0 48x | 0.62x | 1 47x | 24.50x | 15 50x | 10 61x | 7 76x | 5.96x | 4.67x | 3 69x | 2 92x | 2 31x | 1.74x | 1.30x |
| Total Debt / Tangible Net Worth | (0 24x) | (0.30x) | (0.43x) | (1.01x) | (1 02x) | (1 02x) | (1 02x) | (1 02x) | (1 01x) | (1.01x) | (1 01x) | (1.00x) | (0 99x) | (0 97x) |

* Proforma for Interest Expense
** Proforma for Debt and Revolver Liquidity

Banc of America Securities LLC

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002642