

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002605

INVESTMENT ANALYSIS - TOWER SUMMARY STATISTICS
*(Dollars in Millions)*

Financial Data

**Credit Summary**

| | Actual | | | | | Projected | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| Revenues | | $ 5,726.2 | $ 5,511.0 | $ 5,433.0 | $ 5,385.2 | $ 5,268.6 | $ 5,286.5 | $ 5,357.8 | $ 5,406.8 | $ 5,493.7 | $ 5,592.7 | $ 5,701.3 | $ 5,816.1 | $ 5,933.4 | $ 6,053.0 |
| Operating Cash Flow | | 1,528.4 | 1,402.0 | 1,308.0 | 1,309.4 | 1,449.0 | 1,470.7 | 1,507.0 | 1,521.6 | 1,548.3 | 1,575.0 | 1,606.7 | 1,642.6 | 1,680.1 | 1,710.2 |
| EBITDA | | 1,528.4 | 1,402.1 | 1,359.6 | 1,305.4 | 1,434.0 | 1,445.7 | 1,472.0 | 1,486.6 | 1,513.3 | 1,540.0 | 1,571.7 | 1,607.6 | 1,645.1 | 1,675.2 |
| Annual Cash Savings | | | | | | | | | | | | | | | |
| Equity in Income (net of assets sold) | | 17.9 | 41.2 | 75.0 | 100.0 | 84.0 | 117.0 | 145.0 | 152.0 | 159.6 | 167.5 | 175.8 | 184.5 | 193.7 | 203.4 |
| | | | | | 78.0 | | | | | | | | | | |
| Adjusted EBITDA | | 1,546.4 | 1,443.3 | 1,434.6 | 1,483.4 | 1,518.0 | 1,562.7 | 1,617.0 | 1,638.6 | 1,672.8 | 1,707.5 | 1,747.5 | 1,792.1 | 1,838.8 | 1,878.5 |
| Net Income | | 650.4 | 650.6 | 546.0 | 642.2 | 393.2 | 488.5 | 589.1 | 659.5 | 748.1 | 846.5 | 956.9 | 1,090.2 | 1,243.1 | 1,385.3 |
| Diluted EPS | $ | 1.99 | $ 2.06 | $ 1.99 | $ 2.65 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Net Interest Expense | | (156.2) | (162.7) | (281.0) | (282.2) | (882.6) | (834.2) | (798.0) | (749.2) | (694.7) | (631.0) | (560.6) | (485.0) | (392.0) | (296.1) |
| Mandatory Principal Payments | | | | | - | (145.0) | (85.0) | (534.0) | (85.0) | (85.0) | (165.0) | (85.0) | (414.0) | (85.0) | (935.0) |
| Cash Taxes | | | | | (242.4) | | | | | | | | | | |
| Capital Expenditures | | (217.3) | (205.9) | (216.6) | (200.0) | (172.0) | (127.0) | (125.0) | (125.0) | (127.0) | (129.3) | (131.8) | (134.5) | (137.2) | (139.9) |
| Free Cash Flow | | 773.2 | | | 464.6 | 495.4 | 493.7 | 138.1 | 644.5 | 739.8 | 772.1 | 982.2 | 800.8 | 1,305.9 | 1,496.2 |
| Total Senior Secured Debt | | | 923.5 | 2,917.0 | 2,703.4 | 7,919.6 | 7,340.9 | 7,117.8 | 6,388.3 | 5,563.6 | 4,706.4 | 3,639.2 | 2,753.4 | 1,362.5 | - |
| Total Debt | | 2,948.6 | 3,719.1 | 5,335.7 | 4,871.1 | 12,084.8 | 11,483.1 | 10,786.8 | 10,031.9 | 9,180.4 | 8,215.2 | 7,118.6 | 5,872.8 | 4,449.5 | 3,052.9 |
| **Coverage Ratios:** | | | | | | | | | | | | | | | |
| EBITDA / Net Interest Expense | | 9.9x | 8.9x | 5.1x | 5.3x | 1.7x | 1.9x | 2.0x | 2.2x | 2.4x | 2.7x | 3.1x | 3.7x | 4.7x | 6.3x |
| EBITDA - CapEx / Net Interest Expense | | 8.5x | 7.6x | 4.3x | 4.5x | 1.5x | 1.7x | 1.9x | 2.0x | 2.2x | 2.5x | 2.9x | 3.4x | 4.3x | 5.9x |
| EBITDA - Capex - Cash Taxes / Net Interest + Mandatory Principal | | | | | 3.7x | 1.3x | 1.6x | 1.1x | 1.8x | 2.0x | 2.0x | 2.5x | 1.8x | 3.6x | 1.4x |
| **Leverage Ratios:** | | | | | | | | | | | | | | | |
| Average Senior Debt / EBITDA | | | 1.0x | 4.0x | 3.8x | 5.4x | 4.9x | 4.5x | 4.1x | 3.6x | 3.0x | 2.4x | 1.8x | 1.1x | 0.4x |
| Average Total Debt / EBITDA | | | 2.3x | 3.2x | 5.4x | 8.2x | 7.6x | 6.9x | 6.4x | 5.8x | 5.2x | 4.5x | 3.7x | 2.9x | 2.1x |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002606

INVESTMENT ANALYSIS - TOWER CONSOLIDATED INCOME STATEMENT
(Dollars in Millions)

| | Actual | | | | | | Projected | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| **Sales** | | | | | | | | | | | | | | | |
| Publishing | | $ 4,129.9 | $ 4,097.0 | $ 4,025.0 | $ 3,984.0 | $ 3,991.2 | $ 4,005.4 | $ 4,035.8 | $ 4,078.7 | $ 4,134.9 | $ 4,202.6 | $ 4,279.2 | $ 4,361.4 | $ 4,445.4 | $ 4,531.0 |
| Broadcasting & Entertainment | | 1,596.4 | 1,414.0 | 1,408.0 | 1,401.2 | 1,480.3 | 1,486.9 | 1,531.0 | 1,537.0 | 1,567.7 | 1,599.1 | 1,631.1 | 1,663.7 | 1,697.0 | 1,730.9 |
| Elimination of Cubs Revenue | | | | | | (202.8) | (205.9) | (209.0) | (209.0) | (209.0) | (209.0) | (209.0) | (209.0) | (209.0) | (209.0) |
| Total Sales | | $ 5,726.2 | $ 5,511.0 | $ 5,433.0 | $ 5,385.2 | $ 5,268.6 | $ 5,286.5 | $ 5,357.8 | $ 5,406.8 | $ 5,493.7 | $ 5,592.7 | $ 5,701.3 | $ 5,816.1 | $ 5,933.4 | $ 6,053.0 |
| **Operating Expenses (including stock Comp)** | | | | | | | | | | | | | | | |
| Publishing | | $ 3,093.5 | $ 3,111.0 | $ 3,094.0 | $ 3,069.0 | $ 3,072.0 | $ 3,079.6 | $ 3,093.0 | $ 3,111.0 | $ 3,148.9 | $ 3,198.3 | $ 3,251.9 | $ 3,307.1 | $ 3,362.7 | $ 3,427.4 |
| Broadcasting & Entertainment | | 1,052.1 | 948.0 | 970.0 | 986.5 | 1,012.3 | 1,003.3 | 1,030.1 | 1,048.0 | 1,069.0 | 1,090.3 | 1,112.1 | 1,134.4 | 1,157.1 | 1,180.2 |
| Corporate | | 52.2 | 50.0 | 61.0 | 61.2 | 64.8 | 66.5 | 68.8 | 71.0 | 72.4 | 73.9 | 75.3 | 76.9 | 78.4 | 80.0 |
| Annual Cash Savings | | | | | | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) |
| Elimination of Stock-Based Compensation | | | | | (40.9) | (50.6) | (52.4) | (57.2) | (61.0) | (61.0) | (61.0) | (61.0) | (61.0) | (61.0) | (61.0) |
| Elimination of Cubs Expenses | | | | | | (178.8) | (181.2) | (183.8) | (183.8) | (183.8) | (183.8) | (183.8) | (183.8) | (183.8) | (183.8) |
| Total Operating Expenses | | 4,197.8 | 4,109.0 | 4,125.0 | 4,075.8 | 3,819.6 | 3,815.8 | 3,850.8 | 3,885.1 | 3,945.4 | 4,017.7 | 4,094.6 | 4,173.5 | 4,253.3 | 4,342.8 |
| Operating Cash Flow - Publishing | | 1,036.4 | 986.0 | 931.0 | 915.0 | 919.2 | 925.9 | 942.8 | 967.8 | 986.1 | 1,004.3 | 1,027.2 | 1,054.3 | 1,082.8 | 1,103.6 |
| Operating Cash Flow - Broadcasting & Entertainment | | 544.3 | 466.0 | 438.0 | 414.6 | 468.1 | 483.6 | 500.9 | 489.0 | 498.8 | 508.8 | 518.9 | 529.3 | 539.9 | 550.7 |
| Corporate | | (52.2) | (50.0) | (61.0) | (61.2) | (64.8) | (66.5) | (68.8) | (71.0) | (72.4) | (73.9) | (75.3) | (76.9) | (78.4) | (80.0) |
| Elimination of Stock-Based Compensation | | | | | 40.9 | 50.6 | 52.4 | 57.2 | 61.0 | 61.0 | 61.0 | 61.0 | 61.0 | 61.0 | 61.0 |
| Annual Cash Savings | | | | | | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Elimination of Cubs EBITDA | | | | | | (24.0) | (24.7) | (25.2) | (25.2) | (25.2) | (25.2) | (25.2) | (25.2) | (25.2) | (25.2) |
| Total Operating Cash Flow | | 1,528.4 | 1,402.0 | 1,308.0 | 1,309.4 | 1,449.0 | 1,470.7 | 1,507.0 | 1,521.6 | 1,548.3 | 1,575.0 | 1,606.7 | 1,642.6 | 1,680.1 | 1,710.2 |
| Depreciation & Amortization | | (233.1) | (224.0) | (228.0) | (239.7) | (237.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) |
| Equity Income in Affiliates | | 17.9 | 41.2 | 75.0 | 78.0 | 95.0 | 129.0 | 158.0 | 165.5 | 173.7 | 182.4 | 191.4 | 201.0 | 209.9 | 221.4 |
| Equity Income in Affiliates - Adjustment for Asset Sales | | | | | | (11.0) | (12.0) | (13.0) | (13.5) | (14.2) | (14.9) | (15.6) | (16.4) | (17.2) | (18.1) |
| Amortization of Financing Fees | | | | | | (26.2) | (26.2) | (26.2) | (26.2) | (26.2) | (26.2) | (26.2) | (26.2) | (13.1) | |
| Other Non-Operating Income/(Expenses) | | (145.0) | | | | | | | | | | | | | |
| Interest Income | | 3.1 | 7.5 | 14.0 | 5.2 | 3.4 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 4.8 |
| Interest Expense | | (153.1) | (155.2) | (267.0) | (277.0) | (879.3) | (832.7) | (796.5) | (747.7) | (693.2) | (629.5) | (559.1) | (483.5) | (390.5) | (291.3) |
| Pre-tax Income | | 1,018.2 | 1,071.6 | 902.0 | 875.9 | 393.2 | 488.5 | 589.1 | 659.5 | 748.1 | 846.5 | 956.9 | 1,090.2 | 1,243.1 | 1,385.3 |
| Taxes | | (367.8) | (421.0) | (356.0) | (233.7) | | | | | | | | | | |
| Net Income | | 650.4 | 650.6 | 546.0 | 642.2 | 393.2 | 488.5 | 589.1 | 659.5 | 748.1 | 846.5 | 956.9 | 1,090.2 | 1,243.1 | 1,385.3 |
| Shares Outstanding, Diluted | | 327.237 | 315.338 | 274.411 | 242.468 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| EPS | | $ 1.99 | $ 2.06 | $ 1.99 | $ 2.65 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Tax Rate | | 36.1% | 39.3% | 39.5% | 35.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **EBITDA Calculation** | | | | | | | | | | | | | | | |
| Total Operating Cash Flow | | 1,528.4 | 1,402.0 | 1,308.0 | 1,309.4 | 1,449.0 | 1,470.7 | 1,507.0 | 1,521.6 | 1,548.3 | 1,575.0 | 1,606.7 | 1,642.6 | 1,680.1 | 1,710.2 |
| Add-backs: | | | | | | | | | | | | | | | |
| Stock-Based Compensation | | | 0.1 | 32.0 | | | | | | | | | | | |
| Non-cash Pension Expense | | | | 19.6 | (4.0) | (15.0) | (25.0) | (35.0) | (35.0) | (35.0) | (35.0) | (35.0) | (35.0) | (35.0) | (35.0) |
| EBITDA - Publishing | | | | 924.6 | 898.3 | 950.2 | 949.7 | 961.3 | 987.6 | 1,004.9 | 1,022.2 | 1,044.9 | 1,070.3 | 1,097.7 | 1,117.5 |
| EBITDA - Broadcasting | | | | 435.0 | 407.1 | 483.8 | 496.0 | 510.7 | 499.0 | 508.3 | 517.8 | 527.5 | 537.3 | 547.4 | 557.6 |
| Total EBITDA | | 1,528.4 | 1,402.1 | 1,359.6 | 1,305.4 | 1,434.0 | 1,445.7 | 1,472.0 | 1,486.6 | 1,513.3 | 1,540.0 | 1,571.7 | 1,607.6 | 1,645.1 | 1,675.2 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002607

**INVESTMENT ANALYSIS - TOWER CONSOLIDATED CASH FLOW STATEMENT**
*(Dollars in Millions)*

| | Actual | | | | | Projected | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| Net Income | | | | | 642.2 | 393.2 | 488.5 | 589.1 | 659.5 | 748.1 | 846.5 | 956.9 | 1,090.2 | 1,243.1 | 1,385.3 |
| Amortization of Financing Fees | | | | | | 26.2 | 26.2 | 26.2 | 26.2 | 26.2 | 26.2 | 26.2 | 13.1 | | |
| Depreciation & Amortization | | | | | 239.7 | 237.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 |
| Equity In Income of Affiliates Net of Cash Received | | | | | 20.0 | 16.0 | | | | | | | | | |
| (Inc)/Dec in Assets Held for Sale | | | | | | | | | | | | | | | |
| Inc/(Dec) in Deferred Compensation | | | | | (108.2) | (18.0) | (18.0) | (18.0) | (15.3) | (15.3) | (15.3) | (15.3) | (15.3) | (15.3) | (15.3) |
| Inc/(Dec) in Other Liabilities | | | | | (15.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) |
| Non-Cash Pension Expense | | | | | (4.0) | (15.0) | (25.0) | (35.0) | (35.0) | (35.0) | (35.0) | (35.0) | (35.0) | (35.0) | (35.0) |
| Difference Between Book & Cash Taxes for D&A | | | | | (8.8) | | | | | | | | | | |
| (Inc)/Dec in A/R | | | | | 6.7 | 16.4 | (2.5) | (10.1) | (6.9) | (12.3) | (14.0) | (15.3) | (16.2) | (16.5) | (16.9) |
| (Inc)/Dec in Inventories | | | | | 0.4 | 0.9 | (0.1) | (0.5) | (0.4) | (0.7) | (0.7) | (0.8) | (0.9) | (0.9) | (0.9) |
| (Inc)/Dec in Prepaid Expenses | | | | | 0.4 | 1.1 | (0.2) | (0.6) | (0.4) | (0.8) | (0.9) | (1.0) | (1.0) | (1.1) | (1.1) |
| Inc/(Dec) in A/P | | | | | (8.6) | (44.7) | (0.7) | 6.1 | 6.0 | 10.5 | 12.6 | 13.4 | 13.8 | 13.9 | 15.6 |
| Net Change in Working Capital | | | | | (1.0) | (26.3) | (3.5) | (5.1) | (1.7) | (3.2) | (3.0) | (3.7) | (4.3) | (4.6) | (3.2) |
| Net Cash From Operations | | | | | 764.9 | 608.8 | 705.0 | 793.9 | 870.5 | 957.6 | 1,056.2 | 1,165.9 | 1,285.5 | 1,425.0 | 1,568.6 |
| Total Capital Expenditures - per mgt. plan | (193.5) | (217.3) | (205.9) | (216.6) | (200.0) | (172.0) | (127.0) | (125.0) | (125.0) | (127.0) | (129.3) | (131.8) | (134.5) | (137.2) | (139.9) |
| Acquisitions and Investments | | | | (240.5) | (100.0) | (137.0) | | | (25.0) | (25.0) | (25.0) | (25.0) | (25.0) | (25.0) | (25.0) |
| Proceeds From Sale of Cubs, CSN & Recycler (net of tax) | | | | | | 537.8 | | | | | | | | | |
| Proceeds From Sale of Career Builder (net of tax) | | | | | | | | | | | | | | | |
| Proceeds From Sale of Food Network (net of tax) | | | | | | | | | | | | | | | |
| Proceeds From General Asset Sales (net of tax) | | | | 439.3 | | | | | | | | | | | |
| Total Capital Expenditures & Acquisitions | (193.5) | (217.3) | (205.9) | (17.8) | (300.0) | 228.8 | (127.0) | (125.0) | (150.0) | (152.0) | (154.3) | (156.8) | (159.5) | (162.2) | (164.9) |
| CapEx as % Sales | | 3.8% | 3.7% | 0.3% | 5.6% | -4.3% | 2.4% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% |
| Net Cash from Investing | | | | | (300.0) | 228.8 | (127.0) | (125.0) | (150.0) | (152.0) | (154.3) | (156.8) | (159.5) | (162.2) | (164.9) |
| Beginning Cash Balance | | | | | 174.7 | (147.2) | | | | | | | | | |
| plus  Cash from Oper & Inv | | | | | 464.9 | 837.6 | 578.0 | 668.9 | 720.5 | 805.6 | 901.9 | 1,009.1 | 1,126.1 | 1,262.9 | 1,403.6 |
| less:  ESOP Redemptions | | | | | | | (0.6) | (3.2) | (9.0) | (19.1) | (35.2) | (58.1) | (88.8) | (128.0) | (177.6) |
| less:  Minimum Cash Balance | | | | | 175.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 |
| plus:  New Issuances | | | | | | | | | | | | | | | 850.0 |
| less:  Mandatory Debt Service | | | | | | | | | | | | | | | 935.0 |
| Cash Flow Available for Term Loan A Sweep | | | | | 464.6 | 145.0 | 85.0 | 534.0 | 85.0 | 85.0 | 165.0 | 85.0 | 414.0 | 85.0 | 1,496.2 |
| less:  Term Loan A Sweep | | | | | | 495.4 | 493.7 | 138.1 | 644.5 | 739.8 | 772.1 | 982.2 | 800.8 | 1,305.9 | |
| Cash Flow Available for Term Loan B Sweep | | | | | 464.6 | 495.4 | 493.7 | 138.1 | 644.5 | 739.8 | 772.1 | 982.2 | 800.8 | 1,305.9 | 1,496.2 |
| less:  Term Loan B Sweep | | | | | | 495.4 | 493.7 | 138.1 | 644.5 | 739.8 | 772.1 | 982.2 | 800.8 | 1,305.9 | 1,277.5 |
| Cash Flow Available for Existing Fixed Rate Debt Retirement | | | | | 464.6 | | | | | | | | | | 218.7 |
| less:  Retirement of Existing Fixed Rate Debt | | | | | 251.0 | | | | | | | | | | |
| Cash Flow Available for Existing Variable Debt Sweep | | | | | 213.6 | | | | | | | | | | 218.7 |
| less:  Existing Variable Debt Sweep | | | | | 213.6 | | | | | | | | | | |
| Net Period Cash Flow | | | | | | | | | | | | | | | 218.7 |
| less  Revolver Adjustment | | | | | | | | | | | | | | | |
| Incremental Cash | | | | | | | | | | | | | | | 218.7 |
| Ending Cash Balance | | | | | 174.7 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 268.7 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0002608

**INVESTMENT ANALYSIS - TOWER CONSOLIDATED BALANCE SHEET**
*(Dollars in Millions)*

| | Actual | | | Projected | Pro Forma | | | | | Projected | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| **ASSETS** | | | | | | | | | | | | | | | | |
| Cash & Equivalents | | $ 124.4 | $ 151.1 | $ 174.7 | $ 175.0 | $ 147.2 | $ 50.0 | $ 50.0 | $ 50.0 | $ 50.0 | $ 50.0 | $ 50.0 | $ 50.0 | $ 50.0 | $ 50.0 | $ 268.7 |
| Accounts Receivable | | 850.2 | 798.4 | 765.9 | 759.1 | 759.1 | 742.7 | 745.2 | 755.3 | 762.2 | 774.4 | 788.4 | 803.7 | 819.9 | 836.4 | 853.3 |
| Inventories | | 49.8 | 44.1 | 41.0 | 40.6 | 40.6 | 39.7 | 39.9 | 40.4 | 40.8 | 41.4 | 42.2 | 43.0 | 43.9 | 44.7 | 45.6 |
| Broadcast Rights | | 260.5 | 308.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 |
| Deferred Income Taxes | | 116.4 | 114.3 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 |
| Assets Held For Sale | | | 24.4 | | | | | | | | | | | | | |
| Prepaid Expenses & Other | | 51.1 | 52.5 | 49.5 | 49.0 | 49.0 | 48.0 | 48.1 | 48.8 | 49.2 | 50.0 | 50.9 | 51.9 | 53.0 | 54.0 | 55.1 |
| Total Current Assets | | 1,452.4 | 1,492.8 | 1,377.6 | 1,370.2 | 1,048.0 | 1,226.8 | 1,229.6 | 1,240.9 | 1,248.6 | 1,262.3 | 1,277.9 | 1,295.0 | 1,313.1 | 1,331.6 | 1,569.2 |
| PP&E, Net | | 1,782.4 | 1,731.9 | 1,685.1 | 1,745.4 | 1,745.4 | 1,278.9 | 1,164.1 | 1,047.3 | 955.6 | 865.8 | 778.3 | 693.4 | 611.1 | 531.5 | 454.7 |
| Broadcast Rights | | 391.2 | 361.4 | 295.2 | 295.2 | 295.2 | 295.2 | 295.2 | 295.2 | 295.2 | 295.2 | 295.2 | 295.2 | 295.2 | 295.2 | 295.2 |
| Goodwill | | 5,487.4 | 5,947.1 | 5,837.2 | 5,837.2 | 9,585.5 | 9,585.5 | 9,585.5 | 9,585.5 | 9,585.5 | 9,585.5 | 9,585.5 | 9,585.5 | 9,585.5 | 9,585.5 | 9,585.5 |
| Intangible Assets | | 3,106.7 | 3,087.7 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 |
| Other Investments | | 589.3 | 632.7 | 559.9 | 539.9 | 539.9 | 523.9 | 523.9 | 523.9 | 523.9 | 523.9 | 523.9 | 523.9 | 523.9 | 523.9 | 523.9 |
| Prepaid Pension Costs | | 884.7 | 871.4 | 446.5 | 450.5 | 450.5 | 465.5 | 490.5 | 525.5 | 560.5 | 595.5 | 630.5 | 665.5 | 700.5 | 735.5 | 770.5 |
| Assets Held For Sale | | | | | | | | | | | | | | | | |
| Other | | 155.1 | 138.3 | | | | 170.3 | 144.1 | 117.9 | 91.7 | 65.5 | 39.3 | 13.1 | | | |
| Total Assets | | 13,849.2 | 14,263.4 | 13,047.5 | 13,084.6 | 16,707.1 | 16,392.2 | 16,279.0 | 16,182.3 | 16,107.1 | 16,039.8 | 15,976.7 | 15,917.7 | 15,875.4 | 15,849.3 | 16,045.0 |
| **LIABILITIES AND EQUITY** | | | | | | | | | | | | | | | | |
| Accounts Payable, Accrued Exp & Other | | 669.9 | 713.2 | 719.7 | 711.1 | 711.1 | 666.4 | 665.7 | 671.8 | 677.8 | 688.3 | 701.0 | 714.4 | 728.1 | 742.1 | 757.7 |
| Contracts Payable for Broadcast Rights | | 319.4 | 329.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 |
| Liabilities Associated With Assets Held For Sale | | | | | | | | | | | | | | | | |
| Deferred Income | | 96.8 | 101.1 | 80.1 | 80.1 | 80.1 | 80.1 | 80.1 | 80.1 | 80.1 | 80.1 | 80.1 | 80.1 | 80.1 | 80.1 | 80.1 |
| Total Current Liabilities | | 1,086.2 | 1,144.2 | 1,117.7 | 1,109.1 | 1,109.1 | 1,064.4 | 1,063.8 | 1,069.9 | 1,075.9 | 1,086.4 | 1,099.1 | 1,112.4 | 1,126.2 | 1,140.1 | 1,155.7 |
| New Bank Facility | | | | | | | | | | | | | | | | |
| Revolver | | | | | | | | | | | | | | | | |
| Term Loan A | | | | | | | | | | | | | | | | |
| Term Loan B | | | | | | 8,500.0 | 7,919.6 | 7,340.9 | 7,117.8 | 6,388.3 | 5,563.6 | 4,706.4 | 3,639.2 | 2,753.4 | 1,362.5 | |
| Total Bank Debt | | | | | | 8,500.0 | 7,919.6 | 7,340.9 | 7,117.8 | 6,388.3 | 5,563.6 | 4,706.4 | 3,639.2 | 2,753.4 | 1,362.5 | |
| New Fixed Rate High Yield Notes | | | | | | 850.0 | 850.0 | 850.0 | 850.0 | 850.0 | 850.0 | 850.0 | 850.0 | 850.0 | 850.0 | 850.0 |
| Refinanced High Yield Notes | | | | | | | | | | | | | | | | |
| New Floating Rate High Yield Notes | | | | | | 1,250.0 | 1,250.0 | 1,250.0 | 1,250.0 | 1,250.0 | 1,250.0 | 1,250.0 | 1,250.0 | 1,250.0 | 1,250.0 | 1,250.0 |
| Existing Commercial Paper | | 773.2 | 923.5 | | 3.0 | | | | | | | | | | | |
| Existing Variable Rate Debt | | | | 2,914.0 | 2,700.4 | | | | | | | | | | | |
| Existing Fixed Rate Debt | | 1,231.6 | 1,828.5 | 1,516.0 | 1,265.0 | 1,265.0 | 1,205.0 | 1,205.0 | 756.0 | 756.0 | 756.0 | | | | | |
| PHONES Debt Related to TW Stock | | 943.8 | 967.1 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 |
| Total Debt | | 2,948.6 | 3,719.1 | 5,335.7 | 4,871.1 | 12,767.7 | 12,127.3 | 11,548.6 | 10,876.6 | 10,147.1 | 9,322.3 | 8,385.2 | 7,317.9 | 6,103.1 | 4,712.2 | 3,349.7 |
| Deferred Income Taxes | | 2,278.4 | 2,352.6 | 1,974.7 | 1,965.9 | 1,965.9 | 1,965.9 | 1,965.9 | 1,965.9 | 1,965.9 | 1,965.9 | 1,965.9 | 1,965.9 | 1,965.9 | 1,965.9 | 1,965.9 |
| Contracts Payable for Broadcast Rights | | 538.1 | 528.9 | 427.2 | 427.2 | 427.2 | 427.2 | 427.2 | 427.2 | 427.2 | 427.2 | 427.2 | 427.2 | 427.2 | 427.2 | 427.2 |
| Liabilities Associated With Assets Held for Sale | | | | | | | | | | | | | | | | |
| Deferred Compensation | | 393.0 | 356.6 | 392.2 | 284.0 | 209.0 | 191.0 | 173.0 | 155.0 | 139.2 | 124.5 | 109.3 | 94.0 | 78.8 | 63.5 | 48.3 |
| Other Liabilities | | 433.2 | 176.6 | 164.2 | 149.2 | 149.2 | 144.2 | 139.2 | 134.2 | 129.2 | 124.2 | 119.2 | 114.2 | 109.2 | 104.2 | 99.2 |
| Total Liabilities | | 7,677.5 | 8,278.1 | 9,411.7 | 8,806.5 | 16,628.1 | 15,920.0 | 15,317.7 | 14,628.7 | 13,885.0 | 13,050.5 | 12,105.7 | 11,031.6 | 9,810.3 | 8,413.1 | 7,046.0 |
| Stockholders' Equity | | 6,171.7 | 5,985.3 | 3,635.8 | 4,278.0 | 79.0 | 472.2 | 961.3 | 1,553.6 | 2,222.1 | 2,989.3 | 3,871.0 | 4,886.0 | 6,065.1 | 7,436.2 | 8,999.0 |
| Total Liabilities & Equity | | 13,849.2 | 14,263.4 | 13,047.5 | 13,084.6 | 16,707.1 | 16,392.2 | 16,279.0 | 16,182.3 | 16,107.1 | 16,039.8 | 15,976.7 | 15,917.7 | 15,875.4 | 15,849.3 | 16,045.0 |
| Balance Check | | | | | | | | | | | | | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

INVESTMENT ANALYSIS - TOWER CONSOLIDATED WORKING CAPITAL ASSUMPTIONS
(Dollars in Millions)

| | Actual | | | | | Projected | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| **Accounts Receivable** | | | | | | | | | | | | | | | |
| Incremental A/R | | 850.2 | 798.4 | 765.9 | 759.1 | 742.7 | 745.2 | 755.3 | 762.2 | 774.4 | 788.4 | 803.7 | 819.9 | 836.4 | 853.3 |
| | | 850.2 | (51.8) | (32.6) | (6.7) | (16.4) | 2.5 | 10.1 | 6.9 | 12.3 | 14.0 | 15.3 | 16.2 | 16.5 | 16.9 |
| Days | | 54.2 | 52.9 | 51.5 | 51.5 | 51.5 | 51.5 | 51.5 | 51.5 | 51.5 | 51.5 | 51.5 | 51.5 | 51.5 | 51.5 |
| Turns | | 6.7x | 6.9x | 7.1x | 7.1x | 7.1x | 7.1x | 7.1x | 7.1x | 7.1x | 7.1x | 7.1x | 7.1x | 7.1x | 7.1x |
| % of Sales | | 14.8% | 14.5% | 14.1% | 14.1% | 14.1% | 14.1% | 14.1% | 14.1% | 14.1% | 14.1% | 14.1% | 14.1% | 14.1% | 14.1% |
| **Inventories** | | | | | | | | | | | | | | | |
| Incremental Prepaid | | 49.8 | 44.1 | 41.0 | 40.6 | 39.7 | 39.9 | 40.4 | 40.8 | 41.4 | 42.2 | 43.0 | 43.9 | 44.7 | 45.6 |
| | | 49.8 | (5.7) | (3.1) | (0.4) | 0.9 | 0.1 | 0.5 | 0.4 | 0.7 | 0.7 | 0.8 | 0.9 | 0.9 | 0.9 |
| Days | | 3.2 | 2.9 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 |
| Turns | | 115.0x | 125.0x | 132.6x | 132.6x | 132.6x | 132.6x | 132.6x | 132.6x | 132.6x | 132.6x | 132.6x | 132.6x | 132.6x | 132.6x |
| % of Sales | | 0.9% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% |
| **Prepaid Expenses & Other** | | | | | | | | | | | | | | | |
| Incremental Prepaid | | 51.1 | 52.5 | 49.5 | 49.0 | 48.0 | 48.1 | 48.8 | 49.2 | 50.0 | 50.9 | 51.9 | 53.0 | 54.0 | 55.1 |
| | | 51.1 | 1.4 | (3.0) | (0.4) | (1.1) | 0.2 | 0.6 | 0.4 | 0.8 | 0.9 | 1.0 | 1.0 | 1.1 | 1.1 |
| Days | | 3.3 | 3.5 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 |
| Turns | | 112.2x | 105.1x | 109.8x | 109.8x | 109.8x | 109.8x | 109.8x | 109.8x | 109.8x | 109.8x | 109.8x | 109.8x | 109.8x | 109.8x |
| % of Sales | | 0.9% | 1.0% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% |
| **Accounts Payable** | | | | | | | | | | | | | | | |
| Incremental A/P | | 669.9 | 713.2 | 719.7 | 711.1 | 666.4 | 665.7 | 671.8 | 677.8 | 688.3 | 701.0 | 714.4 | 728.1 | 742.1 | 757.7 |
| | | 669.9 | 43.3 | 6.5 | (8.6) | (44.7) | (0.7) | 6.1 | 6.0 | 10.5 | 12.6 | 13.4 | 13.8 | 13.9 | 15.6 |
| Days | | 58.3 | 63.4 | 63.7 | 63.7 | 63.7 | 63.7 | 63.7 | 63.7 | 63.7 | 63.7 | 63.7 | 63.7 | 63.7 | 63.7 |
| Turns | | 6.3x | 5.8x | 5.7x | 5.7x | 5.7x | 5.7x | 5.7x | 5.7x | 5.7x | 5.7x | 5.7x | 5.7x | 5.7x | 5.7x |
| % of Sales | | 11.7% | 12.9% | 13.2% | 13.2% | 12.6% | 12.6% | 12.5% | 12.5% | 12.5% | 12.5% | 12.5% | 12.5% | 12.5% | 12.5% |

Page 6
3/1/2007

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          BOA-TRB-0002610

INVESTMENT ANALYSIS - TOWER CONSOLIDATED INTEREST RATE GRIDS
(Dollars in Millions)

| | | | Senior Debt / EBITDA | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | x>=4x | x>=3x | x>=2x | x<2x | | | | | | | | | | |
| Revolver --> | | | 2.00% | 2.00% | 2.00% | 2.00% | | | | | | | | | | |
| Term Loan A --> | | | 2.00% | 2.00% | 2.00% | 2.00% | | | | | | | | | | |
| Term Loan B --> | | | 2.00% | 2.00% | 2.00% | 2.00% | | | | | | | | | | |
| Floating Rate Notes --> | | | 3.75% | 3.75% | 3.75% | 3.75% | | | | | | | | | | |

| | Actual | | | | | Projected | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 3 Mo LIBOR --> | | | | | 5.43% | 5.28% | 5.23% | 5.23% | 5.23% | 5.25% | 5.27% | 5.28% | 5.29% | 5.31% | 5.33% |
| EBITDA | | 1,546.4 | 1,443.3 | 1,434.6 | 1,483.4 | 1,518.0 | 1,562.7 | 1,617.0 | 1,638.6 | 1,672.8 | 1,707.5 | 1,747.5 | 1,792.1 | 1,838.8 | 1,878.5 |
| Interest Expense | | 153.1 | 155.2 | 267.0 | 277.0 | 879.3 | 832.7 | 796.5 | 747.7 | 693.2 | 629.5 | 559.1 | 483.5 | 390.5 | 291.3 |
| EBITDA / Interest Expense | | 10.1x | 9.3x | 5.4x | 5.4x | 1.7x | 1.9x | 2.0x | 2.2x | 2.4x | 2.7x | 3.1x | 3.7x | 4.7x | 6.4x |
| Average Debt Balance | | 2,948.6 | 3,333.9 | 4,527.4 | 7,950.6 | 12,447.5 | 11,838.0 | 11,212.6 | 10,511.8 | 9,734.7 | 8,853.7 | 7,851.6 | 6,710.5 | 5,407.7 | 4,031.0 |
| Debt / EBITDA | | 1.9x | 2.3x | 3.2x | 5.4x | 8.2x | 7.6x | 6.9x | 6.4x | 5.8x | 5.2x | 4.5x | 3.7x | 2.9x | 2.1x |
| Average Senior Debt Balance | | | 1,457.0 | 5,707.0 | 5,600.2 | 8,209.8 | 7,630.3 | 7,229.4 | 6,753.1 | 5,976.0 | 5,135.0 | 4,172.8 | 3,196.3 | 2,057.9 | 681.2 |
| Senior Debt / EBITDA | | | 1.0x | 4.0x | 3.8x | 5.4x | 4.9x | 4.5x | 4.1x | 3.6x | 3.0x | 2.4x | 1.8x | 1.1x | 0.4x |
| Applicable Interest Rates | | | | | | | | | | | | | | | |
| Revolver | | | | | 7.43% | 7.28% | 7.23% | 7.23% | 7.23% | 7.25% | 7.27% | 7.28% | 7.29% | 7.31% | 7.33% |
| Term Loan A | | | | | 7.43% | 7.28% | 7.23% | 7.23% | 7.23% | 7.25% | 7.27% | 7.28% | 7.29% | 7.31% | 7.33% |
| Term Loan B | | | | | 7.43% | 7.28% | 7.23% | 7.23% | 7.23% | 7.25% | 7.27% | 7.28% | 7.29% | 7.31% | 7.33% |
| Floating Rate Notes | | | | | 9.18% | 9.03% | 8.98% | 8.98% | 8.98% | 9.00% | 9.02% | 9.03% | 9.04% | 9.06% | 9.08% |
| **New Revolver** | | | | | | | | | | | | | | | |
| Outst @ period beginning | | | | | | | | | | | | | | | |
| Net Period Cash Flow | | | | | | | | | | | | | | | |
| Outst @ period end | | | | | | | | | | | | | | | |
| Cash Interest | | | | | | | | | | | | | | | |
| Revolver Availability | | | | | | 750.0 | 750.0 | 750.0 | 750.0 | 750.0 | 750.0 | 750.0 | 750.0 | 750.0 | 750.0 |
| Letters of Credit | | | | | | 59.0 | 60.9 | 67.8 | 82.1 | 103.5 | 132.4 | 169.1 | 215.2 | 273.1 | 344.0 |
| Unused Portion | | | | | | 691.0 | 689.1 | 682.2 | 667.9 | 646.5 | 617.6 | 580.9 | 534.8 | 476.9 | 406.0 |
| Unused Fee | | | | | | 3.5 | 3.4 | 3.4 | 3.3 | 3.2 | 3.1 | 2.9 | 2.7 | 2.4 | 2.0 |
| **New Term Loan A** | | | | | | | | | | | | | | | |
| Outst @ period beginning | | | | | 0.0% | | | | | | | | | | |
| Scheduled Amortization | | | | | | | | | | | | | | | |
| % Amortization | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Sub-total | | | | | | | | | | | | | | | |
| Cash Flow Sweep | | | | | | | | | | | | | | | |
| Outst @ period end | | | | | | | | | | | | | | | |
| Cash Interest | | | | | | | | | | | | | | | |
| **New Term Loan B** | | | | | | | | | | | | | | | |
| Outst @ period beginning | | | | | | 8,500.0 | 7,919.6 | 7,340.9 | 7,117.8 | 6,388.3 | 5,563.6 | 4,706.4 | 3,639.2 | 2,753.4 | 1,362.5 |
| Scheduled Amortization | | | | | | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 |
| % Amortization | | | | | 0.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |
| Sub-total | | | | | | 8,415.0 | 7,834.6 | 7,255.9 | 7,032.8 | 6,303.3 | 5,478.6 | 4,621.4 | 3,554.2 | 2,668.4 | 1,277.5 |
| Cash Flow Sweep | | | | | | 495.4 | 493.7 | 138.1 | 644.5 | 739.8 | 772.1 | 982.2 | 800.8 | 1,305.9 | 1,277.5 |
| Outst @ period end | | | | | | 7,919.6 | 7,340.9 | 7,117.8 | 6,388.3 | 5,563.6 | 4,706.4 | 3,639.2 | 2,753.4 | 1,362.5 | |
| Cash Interest | | | | | | 597.7 | 551.7 | 522.7 | 488.2 | 433.3 | 373.3 | 303.8 | 233.0 | 150.4 | 49.9 |

Handwritten annotations:
- 0.50% (circled)
- 750 R
- 8500 B
- 825 ESOP
- 25 FIXED
- 1250

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY