**INVESTMENT ANALYSIS - TOWER CONSOLIDATED DEBT SCHEDULE (cont.)**
*(Dollars in Millions)*

| | | Actual | | | | | | Projected | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |

**New Fixed Rate High Yield Notes due 2017**
Scheduled Amortization ($)
Outst @ period end — — — — — 850.0 850.0 850.0 850.0 850.0 850.0 850.0 850.0 850.0 850.0
Cash Interest  8.50% — — — — — 72.3 72.3 72.3 72.3 72.3 72.3 72.3 72.3 72.3 —

**New Fixed Rate High Yield Notes due 2027 (Refinancing the 2017 Notes)**
Scheduled Amortization ($)
Outst @ period end — — — — — — — — — — — — — — 850.0
Cash Interest  8.50% — — — — — — — — — — — — — — 72.3

**New Floating Rate High Yield Notes due 2017**
Scheduled Amortization ($)
Outst @ period end — — — — — 1,250.0 1,250.0 1,250.0 1,250.0 1,250.0 1,250.0 1,250.0 1,250.0 1,250.0 1,250.0
Cash Interest — — — — — 112.9 112.3 112.3 112.3 112.5 112.8 112.9 113.0 113.3 113.5

**EXISTING DEBT - ROLLED OVER**
**Existing Notes due 2010**
Scheduled Amortization ($)
Outst @ period end — — — — 449.0 449.0 449.0 449.0 — — — — — — —
Cash Interest  4.88% — — — — 21.9 21.9 21.9 14.6 — — — — — — —

**Existing Notes due 2013**
Scheduled Amortization ($)
Outst @ period end — — — — 80.0 80.0 80.0 80.0 80.0 80.0 80.0 — — — —
Cash Interest  7.25% — — — — 6.0 6.0 6.0 6.0 6.0 6.0 1.5 — — — —

**Existing Notes due 2015**
Scheduled Amortization ($)
Outst @ period end — — — — 329.0 329.0 329.0 329.0 329.0 329.0 329.0 329.0 329.0 — —
Cash Interest  5.25% — — — — 17.3 17.3 17.3 17.3 17.3 17.3 17.3 17.3 11.6 — —

**Existing Notes due 2023**
Scheduled Amortization ($)
Outst @ period end — — — — 95.0 95.0 95.0 95.0 95.0 95.0 95.0 95.0 95.0 95.0 95.0
Cash Interest  7.50% — — — — 7.4 7.4 7.4 7.4 7.4 7.4 7.4 7.4 7.4 7.4 7.4

**Existing Notes due 2027**
Scheduled Amortization ($)
Outst @ period end — — — — 83.0 83.0 83.0 83.0 83.0 83.0 83.0 83.0 83.0 83.0 83.0
Cash Interest  6.61% — — — — 5.6 5.6 5.6 5.6 5.6 5.6 5.6 5.6 5.6 5.6 5.6

**Existing Notes due 2029**
Scheduled Amortization ($)
Outst @ period end — — — — 130.0 130.0 130.0 130.0 130.0 130.0 130.0 130.0 130.0 130.0 130.0
Cash Interest  7.25% — — — — 10.7 10.7 10.7 10.7 10.7 10.7 10.7 10.7 10.7 10.7 10.7

**Existing TMCT Property Lease**
Scheduled Amortization ($)
Outst @ period end — — — — 22.0 38.0 — — — — — — — — —
Cash Interest  2.75% — — — — 1.7 — — — — — — — — — —

**Other Existing Obligations**
Scheduled Amortization ($)
Outst @ period end — — — — 60.0 39.0 39.0 39.0 39.0 39.0 39.0 39.0 39.0 39.0 39.0
Cash Interest  1.25% — — — — 0.5 0.5 0.5 0.5 0.5 0.5 0.5 0.5 0.5 0.5 0.5

Interest Rate Swap — — — — (2.6) (2.6) (2.6) (2.6) (2.6) (2.6) (2.6) (2.6) (2.6) (2.6) (2.6)

**Summary of Rollover Debt Due 2010-2026**
Scheduled Amortization ($)
Outst @ period end — — — — 1,265.0 1,205.0 1,205.0 449.0 — — 80.0 676.0 329.0 347.0 347.0
Cash Interest — — — — 69.1 66.7 66.7 59.4 44.8 44.8 40.3 38.8 33.2 21.6 21.6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              BOA-TRB-0002612

INVESTMENT ANALYSIS - TOWER CONSOLIDATED DEBT SCHEDULE (cont.)
(Dollars in Millions)

| | | Actual | | | | | | | | Projected | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| **PHONES (due 2029)** | | | | | | | | | | | | | | | |
| Principal Outstanding Beg. Year | 1,256.0 | | | 1,251.1 | 1,247.6 | 1,243.9 | 1,240.0 | 1,235.9 | 1,231.7 | 1,227.2 | 1,222.5 | 1,217.5 | 1,212.3 | 1,206.8 | 1,201.1 |
| Scheduled Amortization ($) | | | | | | | | | | | | | | | |
| TW Shares Owned | | | | | 16.0 | 16.0 | 16.0 | 16.0 | 16.0 | 16.0 | 16.0 | 16.0 | 16.0 | 16.0 | 16.0 |
| Market Price per share | Current --> $ 21.75 Growth--> 5.0% | | | | 22.84 | 23.98 | 25.18 | 26.44 | 27.76 | 29.15 | 30.60 | 32.13 | 33.74 | 35.43 | 37.20 |
| Less: Market Value of TW stock | | | | | 365.4 | 383.7 | 402.9 | 423.0 | 444.1 | 466.4 | 489.7 | 514.2 | 539.9 | 566.9 | 595.2 |
| Outst @ period end (net) | | | | | 882.2 | 860.2 | 837.2 | 813.0 | 787.5 | 760.8 | 732.8 | 703.4 | 672.4 | 640.0 | 605.9 |
| Cash Interest | 2.00% | | | | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 |
| | | | | | | | | | | | | | | | |
| Principal At BOY per Tax Return | IRS Ruling | | | 2,070.0 | 2,191.4 | 2,287.6 | 2,391.0 | 2,500.0 | 2,615.1 | 2,736.5 | 2,864.7 | 3,000.0 | 3,142.9 | 3,293.7 | 3,452.8 |
| Non-cash Interest Expense (p | 8.125% | | | | 121.4 | 128.5 | 134.1 | 140.2 | 146.6 | 153.3 | 160.4 | 168.0 | 175.9 | 184.3 | 193.1 |
| | | | | | | | | | | | | | | | |
| Time Warner Dividends per Share | | | | | $ 0.22 | $ 0.23 | $ 0.24 | $ 0.25 | $ 0.27 | $ 0.28 | $ 0.29 | $ 0.31 | $ 0.33 | $ 0.34 | $ 0.36 |
| Dividend Yield | | | | | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |
| Total Dividends on the TW shares | | | | | 3.5 | 3.7 | 3.9 | 4.1 | 4.3 | 4.5 | 4.7 | 5.0 | 5.2 | 5.5 | 5.7 |
| | | | | | | | | | | | | | | | |
| **Letters of Credit** | | | | | | | | | | | | | | | |
| Scheduled Amortization ($) | | | | | | | | | | | | | | | |
| Outst @ period end | 2.00% | | | | 59.0 | 59.0 | 60.9 | 67.8 | 82.1 | 103.5 | 132.4 | 169.1 | 215.2 | 273.1 | 344.0 |
| Cash Interest | | | | | 1.2 | 1.2 | 1.2 | 1.4 | 1.6 | 2.1 | 2.6 | 3.4 | 4.3 | 5.5 | 6.9 |
| | | | | | | | | | | | | | | | |
| **Cash Account** | | | | | | | | | | | | | | | |
| Beginning Balance | | | | | 174.7 | 175.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 |
| Ending Balance | | | | | 175.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 |
| Cash Interest Income | 3.00% | | | | 5.2 | 3.4 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| | | | | | | | | | | | | | | | |
| Mandatory Principal Repayments | | | | | - | 145.0 | 85.0 | 534.0 | 85.0 | 85.0 | 165.0 | 85.0 | 414.0 | 85.0 | 935.0 |
| New Issuances | | | | | - | - | - | - | - | - | - | - | - | - | 850.0 |
| Total Interest Expense | | | | | 277.0 | 879.3 | 832.7 | 796.5 | 747.7 | 693.2 | 629.5 | 559.1 | 483.5 | 390.5 | 291.3 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002613

INVESTMENT ANALYSIS - TOWER CONSOLIDATED DEBT SCHEDULE (cont.)
(Dollars in Millions)

| DEBT TO BE REFINANCED | | Actual | | | | | | Projected | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| **Existing Revolver** | | | | | | | | | | | | | | | | |
| Availability | | | | | | 750.0 | - | - | - | - | - | - | - | - | - | - |
| Outst @ period end | | | | | | - | - | - | - | - | - | - | - | - | - | - |
| Commitment Fee | 0.20% | | | | | 1.5 | - | - | - | - | - | - | - | - | - | - |
| **Existing Commercial Paper** | | | | | | | | | | | | | | | | |
| Scheduled Amortization ($) | | | | | | - | - | - | - | - | - | - | - | - | - | - |
| Outst @ period end | | | | | 3.0 | 3.0 | - | - | - | - | - | - | - | - | - | - |
| Cash Interest | 6.00% | | | | | 0.2 | - | - | - | - | - | - | - | - | - | - |
| **Existing Variable Rate Debt** | | | | | | | | | | | | | | | | |
| Outst @ period beginning | | | | | | 2,914.0 | - | - | - | - | - | - | - | - | - | - |
| Repayment during the Period | | | | | 2,914.0 | 213.6 | - | - | - | - | - | - | - | - | - | - |
| Outst @ period end | | | | | | 2,700.4 | - | - | - | - | - | - | - | - | - | - |
| Cash Interest | 6.20% | | | | | 180.7 | - | - | - | - | - | - | - | - | - | - |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0002614

**INVESTMENT ANALYSIS - TOWER INCOME STATEMENT BUILD UP ASSUMPTIONS**
*(Dollars in Millions)*

| | Actual | | | | | Projected | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| **Sales** | | | | | | | | | | | | | | | |
| Publishing | | $ 4,129.9 | $ 4,097.0 | $ 4,025.0 | $ 3,984.0 | $ 3,991.2 | $ 4,005.4 | $ 4,035.8 | $ 4,078.7 | $ 4,134.9 | $ 4,202.6 | $ 4,279.2 | $ 4,361.4 | $ 4,445.4 | $ 4,531.0 |
| Broadcasting & Entertainment | | 1,596.4 | 1,414.0 | 1,408.0 | 1,401.2 | 1,480.3 | 1,486.9 | 1,531.0 | 1,537.0 | 1,567.7 | 1,599.1 | 1,631.1 | 1,663.7 | 1,697.0 | 1,730.9 |
| **Sales Growth** | | | | | | | | | | | | | | | |
| Publishing | | | -0.8% | -1.8% | -1.0% | 0.2% | 0.4% | 0.8% | 1.1% | 1.4% | 1.6% | 1.8% | 1.9% | 1.9% | 1.9% |
| Broadcasting & Entertainment | | | -11.4% | -0.4% | -0.5% | 5.7% | 0.4% | 3.0% | 0.4% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| **Operating Expenses** | | | | | | | | | | | | | | | |
| Publishing | | 3,093.5 | 3,111.0 | 3,094.0 | 3,069.0 | 3,072.0 | 3,079.6 | 3,093.0 | 3,111.0 | 3,148.9 | 3,198.3 | 3,251.9 | 3,307.1 | 3,362.7 | 3,427.4 |
| Broadcasting & Entertainment | | 1,052.1 | 948.0 | 970.0 | 986.5 | 1,012.3 | 1,003.3 | 1,030.1 | 1,048.0 | 1,069.0 | 1,090.3 | 1,112.1 | 1,134.4 | 1,157.1 | 1,180.2 |
| Corporate | | 52.2 | 50.0 | 61.0 | 61.2 | 64.8 | 66.5 | 68.8 | 71.0 | 72.4 | 73.9 | 75.3 | 76.9 | 78.4 | 80.0 |
| **As % Sales** | | | | | | | | | | | | | | | |
| Publishing | | 74.9% | 75.9% | 76.9% | 77.0% | 77.0% | 76.9% | 76.6% | 76.3% | 76.2% | 76.1% | 76.0% | 75.8% | 75.6% | 75.6% |
| Broadcasting & Entertainment | | 65.9% | 67.0% | 68.9% | 70.4% | 68.4% | 67.5% | 67.3% | 68.2% | 68.2% | 68.2% | 68.2% | 68.2% | 68.2% | 68.2% |
| **Core Operating Expense Growth** | | | | | | | | | | | | | | | |
| Publishing | | | 0.6% | -0.5% | -0.8% | 0.1% | 0.2% | 0.4% | 0.6% | 1.2% | 1.6% | 1.7% | 1.7% | 1.7% | 1.9% |
| Broadcasting & Entertainment | | | -9.9% | 2.3% | 1.7% | 2.6% | -0.9% | 2.7% | 1.7% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Corporate | | | -4.2% | 22.0% | 0.3% | 5.8% | 2.6% | 3.5% | 3.2% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| **Operating Cash Flow** | | | | | | | | | | | | | | | |
| Publishing | | 1,036.4 | 986.0 | 931.0 | 915.0 | 919.2 | 925.9 | 942.8 | 967.8 | 986.1 | 1,004.3 | 1,027.2 | 1,054.3 | 1,082.8 | 1,103.6 |
| Broadcasting & Entertainment | | 544.3 | 466.0 | 438.0 | 414.6 | 468.1 | 483.6 | 500.9 | 489.0 | 498.8 | 508.8 | 518.9 | 529.3 | 539.9 | 550.7 |
| **Operating Cash Flow Growth** | | | | | | | | | | | | | | | |
| Publishing | | | -4.9% | -5.6% | -1.7% | 0.5% | 0.7% | 1.8% | 2.6% | 1.9% | 1.8% | 2.3% | 2.6% | 2.7% | 1.9% |
| Broadcasting & Entertainment | | | -14.4% | -6.0% | -5.3% | 12.9% | 3.3% | 3.6% | -2.4% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| **Operating Cash Flow Margin** | | | | | | | | | | | | | | | |
| Publishing | | 25.1% | 24.1% | 23.1% | 23.0% | 23.0% | 23.1% | 23.4% | 23.7% | 23.8% | 23.9% | 24.0% | 24.2% | 24.4% | 24.4% |
| Broadcasting & Entertainment | | 34.1% | 33.0% | 31.1% | 29.6% | 31.6% | 32.5% | 32.7% | 31.8% | 31.8% | 31.8% | 31.8% | 31.8% | 31.8% | 31.8% |
| **EBITDA** | | 1,528.4 | 1,402.1 | 1,359.6 | 1,305.4 | 1,434.0 | 1,445.7 | 1,472.0 | 1,486.6 | 1,513.3 | 1,540.0 | 1,571.7 | 1,607.6 | 1,645.1 | 1,675.2 |
| Growth | | | -8.3% | -3.0% | -4.0% | 9.9% | 0.8% | 1.8% | 1.0% | 1.8% | 1.8% | 2.1% | 2.3% | 2.3% | 1.8% |
| As % of Sales | | 26.7% | 25.4% | 25.0% | 24.2% | 27.2% | 27.3% | 27.5% | 27.5% | 27.5% | 27.5% | 27.6% | 27.6% | 27.7% | 27.7% |
| **Depreciation & Amortization** | | (233.1) | (224.0) | (228.0) | (239.7) | (237.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) |
| Growth | | | -3.9% | 1.8% | 5.1% | -0.8% | 1.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| As % of Sales | | 4.1% | 4.1% | 4.2% | 4.5% | 4.5% | 4.6% | 4.5% | 4.5% | 4.4% | 4.3% | 4.2% | 4.2% | 4.1% | 4.0% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    BOA-TRB-0002615

INVESTMENT ANALYSIS - TRIBUNE BALANCE SHEET TRANSACTION ADJUSTMENTS
*(Dollars in Millions)*

| | 2007 | Pro Forma Adjustments Debit | Pro Forma Adjustments Credit | 2007PF |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Cash & Equivalents | $ 175.0 | | $ 32.2.2 | $ 147.2 |
| Accounts Receivable | 759.1 | | | 759.1 |
| Inventories | 40.6 | | | 40.6 |
| Broadcast Rights | 272.0 | | | 272.0 |
| Deferred Income Taxes | 74.5 | | | 74.5 |
| Assets Held For Sale | - | | | - |
| Prepaid Expenses & Other | 49.0 | | | 49.0 |
| Total Current Assets | 1,370.2 | | | 1,048.0 |
| PP&E, Net | 1,745.4 | | | 1,745.4 |
| Broadcast Rights | 295.2 | | | 295.2 |
| Goodwill | 5,837.2 | 9,585.5 | 5,837.2 | 9,585.5 |
| Intangible Assets | 2,846.1 | | | 2,846.1 |
| Other Investments | 539.9 | | | 539.9 |
| Prepaid Pension Costs | 450.5 | | | 450.5 |
| Assets Held For Sale | - | | | - |
| Other | - | 196.5 | | 196.5 |
| Total Assets | 13,084.6 | | | 16,707.1 |
| **LIABILITIES AND EQUITY** | | | | |
| Accounts Payable, Accrued Exp & Other | 711.1 | | | 711.1 |
| Contracts Payable for Broadcast Rights | 317.9 | | | 317.9 |
| Liabilities Associated With Assets Held For Sale | - | | | - |
| Deferred Income | 80.1 | | | 80.1 |
| Total Current Liabilities | 1,109.1 | | | 1,109.1 |
| New Bank Facility | | | | |
| Revolver | | | | - |
| Term Loan A | | | 8,500.0 | 8,500.0 |
| Term Loan B | | | 850.0 | 850.0 |
| Total Bank Debt | | | | 8,500.0 |
| New Fixed Rate High Yield Notes due 2017 | | | | 850.0 |
| Refinanced Fixed Rate High Yield Notes due 2027 | | | 1,250.0 | 1,250.0 |
| New Floating Rate High Yield Notes due 2017 | | | | |
| Existing Commercial Paper | 3.0 | 3.0 | | - |
| Existing Variable Rate Debt | 2,700.4 | 2,700.4 | | - |
| Existing Fixed Rate Debt | 1,265.0 | | | 1,265.0 |
| PHONES Debt Related to TW Stock | 902.7 | | | 902.7 |
| Total Debt | 4,871.1 | | | 12,767.7 |
| Deferred Income Taxes | 1,965.9 | | | 1,965.9 |
| Contracts Payable for Broadcast Rights | 427.2 | | | 427.2 |
| Liabilities Associated With Assets Held For Sale | - | | | - |
| Deferred Compensation | 284.0 | 75.0 | | 209.0 |
| Other Liabilities | 149.2 | | | 149.2 |
| Total Liabilities | 8,806.5 | | | 16,628.1 |
| Stockholders' Equity | 4,278.0 | 4,424.0 | 225.0 | 79.0 |
| Total Liabilities & Equity | 13,084.6 | | | 16,707.1 |
| Balance Check | - | | | - |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002616

**INVESTMENT ANALYSIS - TAX LIABILITY CALCULATION**

| | Actual | | | | | Projected | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| Pre-Tax Income (per books) | | | | | 875.9 | 393.2 | 488.5 | 589.1 | 659.5 | 748.1 | 846.5 | 956.9 | 1,090.2 | 1,243.1 | 1,385.3 |
| Net Benefit of PHONES Interest | | | | | (96.2) | (103.4) | (109.0) | (115.1) | (121.5) | (128.2) | (135.3) | (142.8) | (150.8) | (159.2) | (168.0) |
| Benefit of Principal Payment on Intra-Company ESOP Loan | | | | | - | (29.0) | (31.5) | (34.2) | (37.1) | (40.3) | (43.8) | (47.6) | (51.6) | (56.1) | (60.9) |
| Incremental Compensation Paid in Retirement of ESOP Shares | | | | | - | - | - | - | - | - | - | - | - | - | - |
| Taxable Income Associated with Cubs, CSN and Recycler Sale | | | | | - | 295.8 | - | - | - | - | - | - | - | - | - |
| Advisory Fees | | | | | (100.0) | - | - | - | - | - | - | - | - | - | - |
| Deal-Related Management Fees | | | | | (37.0) | - | - | - | - | - | - | - | - | - | - |
| Difference between book and tax depr | | | | | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 |
| Taxable Income (per tax return) | | | | | 667.7 | 581.6 | 373.1 | 464.8 | 525.9 | 604.6 | 692.4 | 791.5 | 912.8 | 1,052.8 | 1,181.4 |
| Zell Ownership % | | | | | | 21.4% | 21.5% | 21.7% | 21.9% | 22.2% | 22.6% | 23.0% | 23.5% | 24.1% | 24.8% |
| Zell Allocation of Income | | | | | | 124.6 | 80.2 | 100.7 | 115.1 | 134.1 | 156.2 | 182.1 | 214.8 | 254.2 | 293.6 |
| Zell Tax Rate | | | | | | 39.5% | 39.5% | 39.5% | 39.5% | 39.5% | 39.5% | 39.5% | 39.5% | 39.5% | 39.5% |
| Zell Tax Liability | | | | | | 49.2 | 31.7 | 39.8 | 45.5 | 53.0 | 61.7 | 71.9 | 84.9 | 100.4 | 116.0 |
| Corporate Tax Savings | | | | | | 232.6 | 149.2 | 185.9 | 210.4 | 241.8 | 277.0 | 316.6 | 365.1 | 421.1 | 472.5 |
| **Intra-Company ESOP Loan** | | | | | | | | | | | | | | | |
| Outst @ period beginning | | | | | - | 825.0 | 796.0 | 764.6 | 730.4 | 693.3 | 653.0 | 609.2 | 561.6 | 510.0 | 453.9 |
| Scheduled Amortization 8.61%  15 Year | | | | | - | 29.0 | 31.5 | 34.2 | 37.1 | 40.3 | 43.8 | 47.6 | 51.6 | 56.1 | 60.9 |
| Bullet Payment | | | | | - | - | - | - | - | - | - | - | - | - | - |
| Outst @ period end | | | | | | 796.0 | 764.6 | 730.4 | 693.3 | 653.0 | 609.2 | 561.6 | 510.0 | 453.9 | 392.9 |
| Cash Interest | | | | | | 71.0 | 68.5 | 65.8 | 62.9 | 59.7 | 56.2 | 52.4 | 48.4 | 43.9 | 39.1 |
| Total Interest & Principal | | | | | | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002617

**Common Equivalents Outstanding**

**I. Tribune - Market Price**

Current Market Price $ 30.49

| Exercised | Exercise Price | # of Common Equivalents - Total | In-the Money |
|---|---|---|---|
| Employee Options-Tranche 1 | $ 18.65 | 329,748 | Yes |
| Employee Options-Tranche 2 | $ 22.81 | 5,701,892 | Yes |
| Employee Options-Tranche 3 | $ 26.12 | 264,146 | Yes |
| Employee Options-Tranche 4 | $ 31.16 | 1,941,633 | No |
| Employee Options-Tranche 5 | $ 32.13 | 413,452 | No |
| Employee Options-Tranche 6 | $ 34.26 | 572,012 | No |
| Employee Options-Tranche 7 | $ 37.36 | 1,427,306 | No |
| Employee Options-Tranche 8 | $ 38.65 | 1,332,294 | No |
| Employee Options-Tranche 9 | $ 40.46 | 12,205,818 | No |
| Employee Options-Tranche 10 | $ 43.36 | 1,425,560 | No |
| Employee Options-Tranche 11 | $ 48.80 | 14,706,160 | No |
| Restricted Stock - February 2006 Grant | | 1,500,000 | |
| Restricted Stock - February 2007 Grant | | 2,000,000 | |
| Total | | 43,820,021 | |

**II. Tribune - Acquisition Price**

Acquisition Price $ 33.00

| | Exercise Price | # of Common Equivalents - Total | In-the Money |
|---|---|---|---|
| Employee Options-Tranche 1 | $ 18.65 | 329,748 | Yes |
| Employee Options-Tranche 2 | $ 22.81 | 5,701,892 | Yes |
| Employee Options-Tranche 3 | $ 26.12 | 264,146 | Yes |
| Employee Options-Tranche 4 | $ 31.16 | 1,941,633 | Yes |
| Employee Options-Tranche 5 | $ 32.13 | 413,452 | Yes |
| Employee Options-Tranche 6 | $ 34.26 | 572,012 | No |
| Employee Options-Tranche 7 | $ 37.36 | 1,427,306 | No |
| Employee Options-Tranche 8 | $ 38.65 | 1,332,294 | No |
| Employee Options-Tranche 9 | $ 40.46 | 12,205,818 | No |
| Employee Options-Tranche 10 | $ 43.36 | 1,425,560 | No |
| Employee Options-Tranche 11 | $ 48.80 | 14,706,160 | No |
| Restricted Stock - February 2006 Grant | | 1,500,000 | |
| Restricted Stock - February 2007 Grant | | 2,000,000 | |
| Total | | 43,820,021 | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                         BOA-TRB-0002618

| # of Common Equivalents - In-the-Money | Exercise Proceeds | Repurchases | Expense on Exchange | Tax Rate 40.0% Tax Benefit Component | Repurchases |
|---:|---:|---:|---:|---:|---:|
| 329,748 | 6,149,800 | 201,699 | 3,904,216 | 1,561,687 | 51,220 |
| 5,701,892 | 130,060,157 | 4,265,666 | 43,790,531 | 17,516,212 | 574,490 |
| 264,146 | 6,899,494 | 226,287 | 1,154,318 | 461,727 | 15,144 |
| - | - | - | - | - | - |
| - | - | - | - | - | - |
| - | - | - | - | - | - |
| - | - | - | - | - | - |
| - | - | - | - | - | - |
| - | - | - | - | - | - |
| - | - | - | - | - | - |
| 1,500,000 | | | 45,735,000 | 12,196,000 | 400,000 |
| 2,000,000 | | | 60,980,000 | 24,392,000 | 800,000 |
| 9,795,786 | 143,109,450 | 4,693,652 | 155,564,065 | 56,127,626 | 1,840,854 |
| | | | | | |
| 329,748 | 6,149,800 | 186,358 | 4,731,884 | 1,892,754 | 57,356 |
| 5,701,892 | 130,060,157 | 3,941,217 | 58,102,279 | 23,240,912 | 704,270 |
| 264,146 | 6,899,494 | 209,076 | 1,817,324 | 726,930 | 22,028 |
| 1,941,633 | 60,501,284 | 1,833,372 | 3,572,605 | 1,429,042 | 43,304 |
| 413,452 | 13,284,213 | 402,552 | 359,703 | 143,881 | 4,360 |
| - | - | - | - | - | - |
| - | - | - | - | - | - |
| - | - | - | - | - | - |
| - | - | - | - | - | - |
| - | - | - | - | - | - |
| 1,500,000 | | | 49,500,000 | 6,600,000 | 200,000 |
| 2,000,000 | | | 66,000,000 | 17,600,000 | 533,333 |
| 12,150,871 | 216,894,947 | 6,572,574 | 184,083,796 | 51,633,518 | 1,564,652 |

Handwritten annotations: "TOTAL ✓" near Repurchases column; "AT 30.4" and "UPSIDE" near Expense on Exchange column with 3,904,216 circled.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    BOA-TRB-0002619

| Net Share Issuance |
| --- |
| 76,829 |
| 861,736 |
| 22,715 |
| - |
| - |
| - |
| - |
| - |
| - |
| - |
| 1,100,000 |
| 1,200,000 |
| 3,261,280 |
| |
| 86,034 |
| 1,056,405 |
| 33,042 |
| 64,956 |
| 6,540 |
| - |
| - |
| - |
| - |
| - |
| - |
| 1,300,000 |
| 1,466,667 |
| 4,013,645 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002620

**Equity Investment Overview**

| Equity Income Schedule | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|
| **Publishing** | | | | | | |
| Career Builder | (19) | (18) | (15) | (8) | 4 | 11 |
| Classified Ventures | 1 | (1) | (2) | - | 1 | 6 |
| ShopLocal | - | (1) | (5) | (11) | (9) | (6) |
| Topix.net | - | - | (1) | (1) | (3) | (1) |
| New Investments | - | - | - | - | (3) | (3) |
| Other | (3) | (3) | 1 | 1 | 1 | (2) |
| Total Publishing | (21) | (23) | (22) | (19) | (9) | 5 |
| **Broadcasting** | | | | | | |
| TV Food Network | 22 | 41 | 55 | 70 | 78 | 82 |
| Comcast SportsNet | - | 3 | 10 | 9 | 10 | 11 |
| WB Network | (1) | (12) | (7) | - | - | - |
| Other | (1) | 3 | (1) | 1 | - | - |
| Total Broadcasting | 20 | 35 | 57 | 80 | 88 | 93 |
| **Other** | | | | | | |
| TMCTs | 12 | 11 | 10 | 9 | 3 | - |
| Low Income Housing | (5) | (4) | (4) | (3) | (4) | (4) |
| Other | (1) | - | - | - | - | 1 |
| Total Other | 6 | 7 | 6 | 6 | (1) | (3) |
| **TOTAL** | 5 | 19 | 41 | 67 | 78 | 95 |

| Actual Cash Received Schedule | % Owned | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|
| **Publishing** | | | | | | | |
| Career Builder | 42.5% | - | - | - | - | 4 | 11 |
| Classified Ventures | 27.8% | - | - | - | - | 1 | 6 |
| ShopLocal | | - | - | - | - | - | - |
| Topix.net | | - | - | - | - | - | - |
| New Investments | | - | - | - | - | - | - |
| Other | | 1 | 1 | 1 | 1 | 1 | - |
| Total Publishing | | 1 | 1 | 1 | 1 | 6 | 17 |
| **Broadcasting** | | | | | | | |
| TV Food Network | 31.3% | - | - | 29 | 65 | 78 | 82 |
| Comcast SportsNet | 25.3% | - | - | 8 | 11 | 10 | 11 |
| WB Network | | - | - | - | - | - | - |
| Other | | 4 | 2 | 2 | 1 | - | - |
| Total Broadcasting | | 4 | 2 | 39 | 77 | 88 | 93 |
| **Other** | | | | | | | |
| TMCTs | | 12 | 11 | 9 | 9 | 3 | - |
| Low Income Housing | | - | - | - | - | - | - |
| Other | | - | - | - | 2 | 1 | 1 |
| Total Other | | 12 | 11 | 9 | 11 | 4 | 1 |
| **TOTAL** | | 17 | 14 | 49 | 89 | 98 | 111 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002621

| 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|
| 21 | 32 | 35 | 37 | 39 | 41 | 43 | 45 | 47 |
| 8 | 11 | 13 | 14 | 14 | 15 | 16 | 17 | 17 |
| - | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 5 |
| - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 1 | 6 | 6 | 6 | 7 | 7 | 7 | 8 | 8 |
| - | - | - | - | - | - | - | - | - |
| 30 | 54 | 59 | 62 | 65 | 68 | 72 | 75 | 79 |
| 86 | 90 | 92 | 97 | 101 | 107 | 112 | 117 | 123 |
| 12 | 13 | 14 | 14 | 15 | 16 | 16 | 17 | 18 |
| - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| 98 | 103 | 106 | 111 | 116 | 122 | 128 | 135 | 141 |
| - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 129 | 158 | 166 | 174 | 182 | 191 | 201 | 211 | 221 |

| 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|
| 21 | 32 | 35 | 37 | 39 | 41 | 43 | 45 | 47 |
| 8 | 11 | 13 | 14 | 14 | 15 | 16 | 17 | 17 |
| - | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 5 |
| - | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 1 | 6 | 6 | 6 | 7 | 7 | 7 | 8 | 8 |
| - | - | - | - | - | - | - | - | - |
| 30 | 54 | 59 | 62 | 65 | 68 | 72 | 75 | 79 |
| 86 | 90 | 92 | 97 | 101 | 107 | 112 | 117 | 123 |
| 12 | 13 | 14 | 14 | 15 | 16 | 16 | 17 | 18 |
| - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| 98 | 103 | 106 | 111 | 116 | 122 | 128 | 135 | 141 |
| - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 129 | 158 | 166 | 174 | 182 | 191 | 201 | 211 | 221 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    BOA-TRB-0002622