| 2018 | 2019 | Growth |
|---|---|---|
| 49 | 52 | 5% |
| 18 | 19 | 5% |
| 6 | 6 | 5% |
| 1 | 1 | 5% |
| 8 | 9 | 5% |
| - | - | 5% |
| 83 | 87 | |
| 129 | 136 | 5% |
| 19 | 20 | 5% |
| - | - | 5% |
| - | - | 5% |
| 148 | 156 | |
| - | - | |
| - | - | |
| 1 | 1 | |
| 1 | 1 | |
| 232 | 244 | |

| 2018 | 2019 | |
|---|---|---|
| 49 | 52 | |
| 18 | 19 | |
| 6 | 6 | |
| 1 | 1 | 5% |
| 8 | 9 | 5% |
| - | - | |
| 83 | 87 | |
| 129 | 136 | |
| 19 | 20 | |
| - | - | |
| - | - | |
| 148 | 156 | |
| - | - | |
| - | - | |
| 1 | 1 | |
| 1 | 1 | |
| 232 | 244 | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            BOA-TRB-0002623

## TOWER COMPANY

## SUMMARY CONSOLIDATED UNLEVERED CASH FLOW ITEMS

($ in millions)

|  | 2006 | 2007 (Outlook) | 2008 (Outlook) | 2009 (Outlook) | 2010 (Outlook) |
|---|---|---|---|---|---|
| **Operating Cash Flow *** | $1,307 | $1,340 | $1,415 | $1,456 | $1,496 |
| Cash Flow from Equity Investments | 89 | 98 | 111 | 129 | 158 |
| Stock-Based Compensation | 31 | 40 | 52 | 54 | 59 |
| Non-Cash Pension (FAS 87) Expense / (Income) | 20 | 3 | (8) | (18) | (28) |
| **Pre-tax Cash Flow from Operations** | **$1,448** | **$1,481** | **$1,570** | **$1,622** | **$1,686** |
| Acquisitions and Investments [a] | (241) | (100) | (175) | - | - |
| Capital Expenditures | (217) | (200) | (200) | (150) | (150) |
| Working Capital and Other | (56) | (36) | (25) | (16) | (6) |
| Proceeds from Asset Sales, Net of Tax [b] | 389 | 50 | - | - | - |
| **Pre-tax Cash Flow After Investing** | **$1,324** | **$1,196** | **$1,070** | **$1,357** | **$1,430** |

Note: 2006 based on a 52-week year for comparability purposes.
* Operating Cash Flow ("OCF") represents revenue less cash expenses (including pension and stock-based compensation expense).
[a] In 2006, includes ~$155 million in CareerBuilder, ~$43 million in ForSaleByOwner.com, ~$7 million in amNY, ~$6mm in Topix and ~$30 million in Tower Interactive funding. Assumes ~$100 million of annual investment spending in each of 2007-2010 in Interactive Investments (wholly-owned and jv's) with an additional ~$175M in 2008 for the purchase of TMCT real estate.
[b] 2006 includes proceeds from the sale of Atlanta, Albany and Boston television stations, non-core real estate, the corporate airplane, ~3 million shares of Time Warner stock and Tower's investment in BrassRing. 2007 includes ~$75M of proceeds related to the final TMCT distribution and the remaining ~$50M of proceeds to reach mgmt's stated goal of ~$500M of asset sales.

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0002624

## TOWER COMPANY

### REVENUES
($ in millions)

|  | 2006 (52 wk) | 2007 | Outlook 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| **Publishing Revenues** | | | | | |
| Los Angeles | $1,090 | $1,132 | $1,152 | $1,175 | $1,198 |
| Chicago | 848 | 869 | 884 | 902 | 920 |
| New York | 529 | 533 | 542 | 553 | 564 |
| Fort Lauderdale | 404 | 416 | 423 | 432 | 440 |
| Baltimore | 294 | 302 | 307 | 313 | 320 |
| Orlando | 294 | 303 | 308 | 314 | 320 |
| Hartford | 203 | 208 | 212 | 216 | 220 |
| Newport News | 79 | 80 | 82 | 83 | 85 |
| Allentown | 106 | 108 | 110 | 112 | 114 |
| SCNI | 38 | 38 | 39 | 39 | 40 |
| Spanish Language | 29 | 24 | 25 | 25 | 26 |
| Tribune Media Services | 107 | 113 | 115 | 118 | 120 |
| CLTV Group | 12 | 13 | 13 | 14 | 14 |
| TPC Group | 0 | 0 | 0 | 0 | 0 |
| Interactive Central | 9 | 19 | 19 | 20 | 20 |
| Eliminations & Other | (19) | (36) | (37) | (37) | (38) |
| **Total Publishing Revenues** | **$4,022** | **$4,123** | **$4,194** | **$4,278** | **$4,364** |
| **Broadcasting & Entertainment Revenues** | | | | | |
| New York - WPIX (CW) | $176 | $190 | $199 | $204 | $208 |
| Los Angeles - KTLA (CW) | 159 | 153 | 168 | 172 | 184 |
| Chicago - WGN (CW) | 133 | 128 | 141 | 141 | 149 |
| Seattle - KCPQ/KMYQ (FOX/MYN) | 61 | 57 | 59 | 57 | 60 |
| Indianapolis WXIN/WTTV (FOX/CW) | 42 | 44 | 47 | 47 | 48 |
| Hartford - WTIC/WTXX (FOX/CW) | 38 | 39 | 41 | 41 | 44 |
| New Orleans - WGNO/WNOL (ABC/CW) | 15 | 16 | 17 | 17 | 18 |
| Philadelphia - WPHL (MYN) | 44 | 40 | 44 | 44 | 45 |
| Dallas - KDAF (CW) | 54 | 56 | 61 | 64 | 65 |
| Washington, D.C. - WDCW (CW) | 39 | 36 | 38 | 40 | 41 |
| Houston - KHCW (CW) | 37 | 38 | 36 | 38 | 38 |
| Miami - WSFL (CW) | 42 | 45 | 49 | 45 | 46 |
| Denver - KWGN (CW) | 29 | 31 | 34 | 30 | 32 |
| Sacramento - KTXL (FOX) | 43 | 42 | 44 | 44 | 44 |
| St. Louis - KPLR (CW) | 27 | 25 | 28 | 27 | 26 |
| Portland - KRCW (CW) | 15 | 15 | 16 | 16 | 16 |
| San Diego - KSWB (CW) | 21 | 21 | 22 | 23 | 23 |
| Grand Rapids - WXMI (FOX) | 20 | 19 | 20 | 19 | 21 |
| Harrisburg - WPMT (FOX) | 14 | 15 | 16 | 15 | 16 |
| Superstation | 144 | 144 | 145 | 148 | 151 |
| Radio | 41 | 40 | 41 | 42 | 43 |
| Tribune Entertainment | 20 | 23 | 22 | 20 | 20 |
| Cubs | 200 | 194 | 203 | 206 | 209 |
| TBC Group | 1 | 4 | 3 | 2 | 1 |
| Eliminations & Other | (18) | (15) | (15) | (16) | (17) |
| **B&E Revenues** | **$1,399** | **$1,401** | **$1,480** | **$1,487** | **$1,531** |
| **Consolidated Revenues** | **$5,421** | **$5,524** | **$5,674** | **$5,765** | **$5,895** |

Note: 2006 based on a 52-week year for comparability purposes.

Handwritten annotations: "15" next to Interactive Central; "24" next to Superstation; "Cubs" is circled.

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0002625

## TOWER COMPANY

### OPERATING CASH FLOW
($ in millions)

|  | 2006 (52 wk) | 2007 Outlook | 2008 Outlook | 2009 Outlook | 2010 Outlook |
|---|---|---|---|---|---|
| **Publishing Operating Cash Flow *** | | | | | |
| Los Angeles | $238 | $256 | $265 | $272 | $280 |
| Chicago | 218 | 230 | 237 | 243 | 249 |
| New York | 95 | 101 | 105 | 108 | 111 |
| Fort Lauderdale | 140 | 148 | 152 | 155 | 159 |
| Baltimore | 63 | 67 | 70 | 71 | 73 |
| Orlando | 92 | 98 | 100 | 103 | 105 |
| Hartford | 47 | 50 | 52 | 53 | 55 |
| Newport News | 20 | 21 | 22 | 22 | 23 |
| Allentown | 28 | 30 | 31 | 32 | 32 |
| SCNI | 7 | 7 | 7 | 7 | 8 |
| Spanish Language | (8) | (0) | (0) | (0) | (0) |
| Tribune Media Services | 23 | 27 | 28 | 29 | 29 |
| CLTV Group | 2 | 3 | 3 | 3 | 3 |
| TPC Group | (8) | (11) | (11) | (11) | (11) |
| Interactive Central | (21) | (31) | (31) | (32) | (32) |
| Eliminations & Other | 20 | 9 | 9 | 9 | 9 |
| **Publishing OCF** | **$955** | **$1,004** | **$1,038** | **$1,065** | **$1,093** |
| **B&E Operating Cash Flow *** | | | | | |
| New York - WPIX (CW) | $61 | $69 | $74 | $78 | $74 |
| Los Angeles - KTLA (CW) | 51 | 44 | 56 | 64 | 80 |
| Chicago - WGN (CW) | 30 | 25 | 35 | 35 | 39 |
| Seattle - KCPQ/KMYQ (FOX/MYN) | 18 | 14 | 16 | 15 | 16 |
| Indianapolis WXIN/WTTV (FOX/CW) | 9 | 11 | 14 | 14 | 14 |
| Hartford - WTIC/WTXX (FOX/CW) | 12 | 12 | 14 | 15 | 16 |
| New Orleans - WGNO/WNOL (ABC/CW) | 2 | 1 | 2 | 2 | 3 |
| Philadelphia - WPHL (MYN) | 11 | 10 | 12 | 13 | 13 |
| Dallas - KDAF (CW) | 23 | 23 | 26 | 30 | 29 |
| Washington, D.C. - WDCW (CW) | 16 | 14 | 15 | 18 | 19 |
| Houston - KHCW (CW) | 12 | 12 | 9 | 10 | 10 |
| Miami - WSFL (CW) | 18 | 20 | 23 | 20 | 20 |
| Denver - KWGN (CW) | 4 | 6 | 7 | 4 | 4 |
| Sacramento - KTXL (FOX) | 16 | 15 | 17 | 19 | 19 |
| St. Louis - KPLR (CW) | 5 | 6 | 9 | 8 | 6 |
| Portland - KRCW (CW) | 1 | 1 | 2 | 2 | 3 |
| San Diego - KSWB (CW) | 2 | 2 | 4 | 5 | 6 |
| Grand Rapids - WXMI (FOX) | 8 | 7 | 8 | 7 | 9 |
| Harrisburg - WPMT (FOX) | 3 | 4 | 5 | 4 | 5 |
| Superstation | 92 | 89 | 89 | 92 | 94 |
| Radio | 13 | 15 | 15 | 14 | 14 |
| Tribune Entertainment | 3 | 6 | 3 | 3 | 3 |
| Cubs | 24 | 19 | 24 | 25 | 25 |
| TBC Group | (1) | (1) | (2) | (3) | (4) |
| Eliminations & Other | 1 | 1 | 1 | 1 | 1 |
| **Broadcasting & Entertainment OCF** | **$434** | **$424** | **$480** | **$497** | **$515** |
| Corporate | (51) | (50) | (51) | (52) | (53) |
| **Total OCF** | **$1,338** | **$1,380** | **$1,467** | **$1,510** | **$1,555** |

Note: 2006 based on a 52-week year for comparability purposes.
* Operating Cash Flow ("OCF") represents revenue less cash expenses (including pension expenses but excluding stock-based compensation expense).

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        BOA-TRB-0002626

**TOWER COMPANY**

**STOCK BASED COMPENSATION**

($ in millions)

|  | 2006 | 2007 | 2008 Outlook | 2009 | 2010 |
|---|---:|---:|---:|---:|---:|
| **Publishing Stock Based Comp** | | | | | |
| Los Angeles | $3 | $4 | $5 | $5 | $5 |
| Chicago | 2 | 3 | 4 | 4 | 4 |
| New York | 1 | 1 | 2 | 2 | 2 |
| Fort Lauderdale | 1 | 2 | 2 | 2 | 2 |
| Baltimore | 1 | 1 | 2 | 2 | 2 |
| Orlando | 1 | 1 | 1 | 1 | 2 |
| Hartford | 1 | 1 | 1 | 1 | 1 |
| Newport News | 0 | 1 | 1 | 1 | 1 |
| Allentown | 0 | 0 | 1 | 1 | 1 |
| SCNI | 0 | 0 | 0 | 0 | 0 |
| Spanish Language | 0 | 0 | 1 | 1 | 1 |
| Tribune Media Services | 1 | 1 | 1 | 1 | 1 |
| CLTV Group | 0 | 0 | 0 | 0 | 0 |
| TPC Group | 3 | 4 | 6 | 6 | 7 |
| Interactive Central | 0 | 0 | 0 | 0 | 0 |
| Eliminations & Other | 0 | 0 | 0 | 0 | 0 |
| **Total Publishing Stock Based Comp** | **$15** | **$20** | **$26** | **$27** | **$29** |
| **B&E Stock Based Comp** | | | | | |
| New York - WPIX (CW) | $0 | $1 | $1 | $1 | $1 |
| Los Angeles - KTLA (CW) | 0 | 0 | 1 | 1 | 1 |
| Chicago - WGN (CW) | 1 | 1 | 1 | 1 | 2 |
| Seattle - KCPQ/KMYQ (FOX/MYN) | 0 | 0 | 0 | 0 | 0 |
| Indianapolis WXIN/WTTV (FOX/CW) | 0 | 0 | 0 | 0 | 0 |
| Hartford - WTIC/WTXX (FOX/CW) | 0 | 0 | 0 | 0 | 0 |
| New Orleans - WGNO/WNOL (ABC/CW) | 0 | 0 | 0 | 0 | 0 |
| Philadelphia - WPHL (MYN) | 0 | 0 | 0 | 0 | 0 |
| Dallas - KDAF (CW) | 0 | 0 | 0 | 0 | 0 |
| Washington, D.C. - WDCW (CW) | 0 | 0 | 0 | 0 | 0 |
| Houston - KHCW (CW) | 0 | 0 | 0 | 0 | 0 |
| Miami - WSFL (CW) | 0 | 0 | 0 | 0 | 0 |
| Denver - KWGN (CW) | 0 | 0 | 0 | 0 | 0 |
| Sacramento - KTXL (FOX) | 0 | 0 | 0 | 0 | 0 |
| St. Louis - KPLR (CW) | 0 | 0 | 0 | 0 | 0 |
| Portland - KRCW (CW) | 0 | 0 | 0 | 0 | 0 |
| San Diego - KSWB (CW) | 0 | 0 | 0 | 0 | 0 |
| Grand Rapids - WXMI (FOX) | 0 | 0 | 0 | 0 | 0 |
| Harrisburg - WPMT (FOX) | 0 | 0 | 0 | 0 | 0 |
| Superstation | 0 | 0 | 0 | 0 | 0 |
| Radio | 0 | 0 | 0 | 0 | 0 |
| Tribune Entertainment | 0 | 1 | 1 | 1 | 1 |
| Cubs | 1 | 1 | 1 | 2 | 2 |
| TBC Group | 2 | 2 | 3 | 4 | 4 |
| Eliminations & Other | 0 | 0 | 0 | 0 | 0 |
| **B&E Stock Based Comp** | **$6** | **$9** | **$12** | **$13** | **$14** |
| **Corporate Stock Based Comp** | 10 | 11 | 14 | 14 | 16 |
| **Total Stock Based Comp** | **$31** | **$40** | **$52** | **$54** | **$59** |

Note: 2006 based on a 52-week year for comparability purposes.

5

## TOWER COMPANY

### CAPITAL EXPENDITURES
($ in millions)

|  | 2006 | 2007 | 2008 (Outlook) | 2009 (Outlook) | 2010 (Outlook) |
|---|---:|---:|---:|---:|---:|
| **Publishing CapEx** | | | | | |
| Los Angeles | $27 | $24 | $24 | $19 | $19 |
| Chicago | 49 | 43 | 43 | 31 | 31 |
| New York | 14 | 22 | 22 | 18 | 18 |
| Fort Lauderdale | 15 | 10 | 10 | 7 | 7 |
| Baltimore | 9 | 9 | 9 | 6 | 6 |
| Orlando | 11 | 10 | 10 | 7 | 7 |
| Hartford | 5 | 4 | 4 | 3 | 3 |
| Newport News | 4 | 6 | 6 | 4 | 4 |
| Allentown | 6 | 5 | 5 | 4 | 4 |
| SCNI | 1 | 1 | 1 | 1 | 1 |
| Spanish Language | 1 | 1 | 1 | 1 | 1 |
| Tribune Media Services | 2 | 3 | 3 | 2 | 2 |
| CLTV Group | 0 | 1 | 1 | 1 | 1 |
| TPC Group | 20 | 12 | 12 | 5 | 5 |
| Interactive Central | 7 | 15 | 15 | 10 | 10 |
| Eliminations & Other | 0 | 0 | 0 | 0 | 0 |
| **Total Publishing CapEx** | **$170** | **$165** | **$165** | **$120** | **$120** |
| **Broadcasting & Entertainment CapEx** | | | | | |
| New York - WPIX (CW) | $2 | $2 | $4 | $6 | $6 |
| Los Angeles - KTLA (CW) | 3 | 2 | 3 | 3 | 3 |
| Chicago - WGN (CW) | 2 | 4 | 2 | 6 | 3 |
| Seattle - KCPQ/KMYQ (FOX/MYN) | 1 | 1 | 2 | 2 | 2 |
| Indianapolis WXIN/WTTV (FOX/CW) | 3 | 1 | 2 | 3 | 2 |
| Hartford - WTIC/WTXX (FOX/CW) | 2 | 2 | 1 | 1 | 1 |
| New Orleans - WGNO/WNOL (ABC/CW) | 0 | 0 | 0 | 0 | 0 |
| Philadelphia - WPHL (MYN) | 0 | 1 | 1 | 1 | 1 |
| Dallas - KDAF (CW) | 0 | 1 | 1 | 1 | 1 |
| Washington, D.C. - WDCW (CW) | 0 | 0 | 0 | 0 | 0 |
| Houston - KHCW (CW) | 0 | 1 | 1 | 1 | 1 |
| Miami - WSFL (CW) | 0 | 0 | 0 | 1 | 1 |
| Denver - KWGN (CW) | 1 | 1 | 1 | 2 | 1 |
| Sacramento - KTXL (FOX) | 1 | 2 | 1 | 1 | 1 |
| St. Louis - KPLR (CW) | 0 | 1 | 1 | 1 | 1 |
| Portland - KRCW (CW) | 0 | 0 | 0 | 0 | 0 |
| San Diego - KSWB (CW) | 0 | 0 | 0 | 0 | 0 |
| Grand Rapids - WXMI (FOX) | 0 | 1 | 0 | 1 | 1 |
| Harrisburg - WPMT (FOX) | 0 | 1 | 1 | 0 | 0 |
| Superstation | 0 | 0 | 0 | 0 | 0 |
| Radio | 0 | 0 | 0 | 0 | 0 |
| Tribune Entertainment | 0 | 1 | 1 | 1 | 1 |
| Cubs | 18 | 3 | 3 | 3 | 5 |
| TBC Group | 4 | 3 | 3 | (6) | (5) |
| Eliminations & Other | 0 | 0 | 0 | 0 | 0 |
| **Broadcasting & Entertainment CapEx** | **$40** | **$28** | **$28** | **$27** | **$27** |
| **Corporate CapEx** | 7 | 7 | 7 | 3 | 3 |
| **Total CapEx** | **$217** | **$200** | **$200** | **$150** | **$150** |

Note: 2006 based on a 52-week year for comparability purposes.

6

**TOWER COMPANY**

**DEPRECIATION & AMORTIZATION**
($ in millions)

|  | 2006 | Outlook 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| **Publishing D&A** | | | | | |
| Los Angeles | $48 | $46 | $46 | $46 | $46 |
| Chicago | 31 | 37 | 37 | 37 | 37 |
| New York | 24 | 25 | 25 | 25 | 25 |
| Fort Lauderdale | 12 | 16 | 16 | 16 | 16 |
| Baltimore | 16 | 18 | 18 | 18 | 18 |
| Orlando | 12 | 12 | 12 | 12 | 12 |
| Hartford | 7 | 8 | 8 | 8 | 8 |
| Newport News | 4 | 5 | 5 | 5 | 5 |
| Allentown | 6 | 7 | 7 | 7 | 7 |
| SCNI | 2 | 1 | 1 | 1 | 1 |
| Spanish Language | 1 | 1 | 1 | 1 | 1 |
| Tribune Media Services | 2 | 2 | 2 | 2 | 2 |
| CLTV Group | 1 | 1 | 1 | 1 | 1 |
| TPC Group | 1 | 1 | 1 | 5 | 5 |
| Interactive Central | 3 | 7 | 7 | 7 | 7 |
| Eliminations & Other | 5 | 2 | 2 | 2 | 2 |
| **Total Publishing D&A** | **$175** | **$189** | **$189** | **$193** | **$193** |
| **Broadcasting & Entertainment D&A** | | | | | |
| New York - WPIX (CW) | $4 | $4 | $4 | $4 | $4 |
| Los Angeles - KTLA (CW) | 3 | 3 | 3 | 3 | 3 |
| Chicago - WGN (CW) | 3 | 3 | 3 | 3 | 3 |
| Seattle - KCPQ/KMYQ (FOX/MYN) | 3 | 3 | 3 | 3 | 3 |
| Indianapolis WXIN/WTTV (FOX/CW) | 5 | 5 | 5 | 5 | 5 |
| Hartford - WTIC/WTXX (FOX/CW) | 3 | 3 | 3 | 3 | 3 |
| New Orleans - WGNO/WNOL (ABC/CW) | 1 | 1 | 1 | 1 | 1 |
| Philadelphia - WPHL (MYN) | 1 | 1 | 1 | 1 | 1 |
| Dallas - KDAF (CW) | 1 | 1 | 1 | 1 | 1 |
| Washington, D.C - WDCW (CW) | 1 | 1 | 1 | 1 | 1 |
| Houston - KHCW (CW) | 1 | 1 | 1 | 1 | 1 |
| Miami - WSFL (CW) | 1 | 1 | 1 | 1 | 1 |
| Denver - KWGN (CW) | 1 | 1 | 1 | 1 | 1 |
| Sacramento - KTXL (FOX) | 2 | 2 | 2 | 2 | 2 |
| St. Louis - KPLR (CW) | 2 | 2 | 2 | 2 | 2 |
| Portland - KRCW (CW) | 1 | 1 | 1 | 1 | 1 |
| San Diego - KSWB (CW) | 1 | 1 | 1 | 1 | 1 |
| Grand Rapids - WXMI (FOX) | 2 | 2 | 2 | 2 | 2 |
| Harrisburg - WPMT (FOX) | 1 | 1 | 1 | 1 | 1 |
| Superstation | 5 | 5 | 5 | 5 | 5 |
| Radio | 0 | 0 | 0 | 0 | 0 |
| Tribune Entertainment | 2 | 2 | 2 | 2 | 2 |
| Cubs | 4 | 4 | 4 | 4 | 4 |
| TBC Group | 1 | 1 | 1 | 1 | 1 |
| Eliminations & Other | 1 | 1 | 1 | 1 | 1 |
| **Broadcasting & Entertainment D&A** | **$51** | **$51** | **$51** | **$51** | **$51** |
| **Corporate D&A** | 3 | 3 | 3 | 3 | 3 |
| **Total D&A** | **$228** | **$244** | **$242** | **$246** | **$246** |
| Book Amortization (included in above) | $19 | $19 | $19 | $19 | $19 |
| Tax Amortization | $78 | $78 | $78 | $78 | $78 |
| Book Depreciation | $209 | $225 | $223 | $227 | $227 |
| Tax Depreciation | $75 | $141 | $139 | $143 | $143 |
| Total Book D&A | $228 | $244 | $242 | $246 | $246 |
| Total Tax D&A | $153 | $219 | $217 | $221 | $221 |
| Difference | $75 | $25 | $25 | $25 | $25 |

Note: 2006 based on a 52-week year for comparability purposes.

7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY              BOA-TRB-0002629

**Career Builder**
*P&L 2004A-2009E*

| | 2004A | | | 2005A | | | 2006A | | |
|---|---|---|---|---|---|---|---|---|---|
| | US | Int'l | Worldwide | US | Int'l | Worldwide | US | Int'l | Worldwide |
| Career Builder Core | 124.8 | - | 124.8 | 226.3 | - | 226.3 | 354.7 | 0.9 | 355.5 |
| Gannett | 71.2 | - | 71.2 | 118.2 | - | 118.2 | 138.7 | - | 138.7 |
| Knight Ridder/McClatchy | 41.7 | - | 41.7 | 74.3 | - | 74.3 | 83.5 | - | 83.5 |
| Tribune | 45.9 | - | 45.9 | 75.4 | - | 75.4 | 81.5 | - | 81.5 |
| Non-owner Papers | (0.8) | - | (0.8) | 0.8 | - | 0.8 | 10.5 | - | 10.5 |
| Newspaper Driven Revenue[1] | 158.0 | - | 158.0 | 268.7 | - | 268.7 | 314.2 | - | 314.2 |
| MARKET REVENUE | 282.7 | - | 282.7 | 495.0 | - | 495.0 | 668.9 | 0.9 | 669.7 |
| **GAAP P&L** | | | | | | | | | |
| CB Core Revenue | 124.8 | - | 124.8 | 226.3 | - | 226.3 | 354.7 | 0.9 | 355.5 |
| Wholesale Revenue[1] | 15.6 | - | 15.6 | 23.5 | - | 23.5 | 26.8 | - | 26.8 |
| eCommerce Fees[2] | (11.2) | - | (11.2) | (17.1) | - | (17.1) | (21.1) | - | (21.1) |
| GAAP REVENUE | 129.2 | - | 129.2 | 232.7 | - | 232.7 | 360.3 | 0.9 | 361.2 |
| *% Growth* | | | | *80.2%* | | *80.2%* | *54.8%* | | *55.2%* |
| Core Cost of Revenue | 5.3 | - | 5.3 | 8.2 | - | 8.2 | 12.3 | 0.1 | 12.4 |
| CoBranding Fees | 14.4 | - | 14.4 | 26.6 | - | 26.6 | 34.6 | - | 34.6 |
| TOTAL CORE EXPENSES | 19.8 | - | 19.8 | 34.8 | - | 34.8 | 46.8 | 0.1 | 47.0 |
| GROSS MARGIN | 109.4 | - | 109.4 | 197.9 | - | 197.9 | 313.5 | 0.7 | 314.2 |
| *% Margin* | *84.7%* | | *84.7%* | *85.1%* | | *85.1%* | *87.0%* | *84.9%* | *87.0%* |
| TOTAL OPEX | 151.2 | - | 151.2 | 230.8 | - | 230.8 | 315.8 | 8.6 | 324.4 |
| EBITDA | (41.8) | - | (41.8) | (32.8) | - | (32.8) | (2.4) | (7.9) | (10.2) |
| *% Margin* | *(32.3%)* | | *(32.3%)* | *(14.1%)* | | *(14.1%)* | *(0.7%)* | *(903.8%)* | *(2.8%)* |
| Non-Operating Items | 11.9 | - | 11.9 | 11.0 | - | 11.0 | 3.6 | - | 3.6 |
| Net Income | (53.7) | - | (53.7) | (43.8) | - | (43.8) | (5.9) | (7.9) | (13.8) |
| Tribune Ownership % | | | 33.3% | | | 33.3% | | | 42.5% |
| Tribune's Equity in Income | | | (17.9) | | | (14.6) | | | (5.9) |

*Notes.*
1 Newspapers "upsell" online ads with print ads and sell "online-only" ads. Newspapers keep all revenue from online ad sale and pay CB a wholesale fee
2 Newspapers receive revenue share on CB sales in Tribune markets.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002630

**Career Builder**
*P&L 2004A-2009E*

| | 2007E US | 2007E Int'l | 2007E Worldwide | 2008E US | 2008E Int'l | 2008E Worldwide | 2009E US | 2009E Int'l | 2009E Worldwide | 2010E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Career Builder Core** | 458.9 | 7.2 | 466.0 | 573.6 | 17.0 | 590.6 | 688.3 | 40.0 | 728.3 | 801.9 |
| Gannett | 159.1 | - | 159.1 | 159.1 | - | 159.1 | 155.1 | - | 155.1 | |
| Knight Ridder/McClatchy | 86.6 | - | 86.6 | 86.6 | - | 86.6 | 84.4 | - | 84.4 | |
| Tribune | 92.5 | - | 92.5 | 92.5 | - | 92.5 | 90.2 | - | 90.2 | |
| Non-owner Papers | - | - | - | - | - | - | - | - | - | |
| Newspaper Driven Revenue[1] | 338.1 | - | 338.1 | 338.1 | - | 338.1 | 329.7 | - | 329.7 | |
| **MARKET REVENUE** | 797.0 | 7.2 | 804.2 | 911.7 | 17.0 | 928.7 | 1,018.0 | 40.0 | 1,058.0 | 10.0% |
| **GAAP P&L** | | | | | | | | | | |
| CB Core Revenue | 458.9 | 7.2 | 466.0 | 573.6 | 17.0 | 590.6 | 688.3 | 40.0 | 728.3 | |
| Wholesale Revenue[1] | 29.9 | - | 29.9 | 29.9 | - | 29.9 | 29.2 | - | 29.2 | |
| eCommerce Fees[2] | (20.9) | - | (20.9) | (24.8) | - | (24.8) | (28.5) | - | (28.5) | |
| **GAAP REVENUE** | 467.9 | 7.2 | 475.1 | 578.8 | 17.0 | 595.8 | 689.0 | 40.0 | 729.0 | |
| *% Growth* | *29.9%* | *720.3%* | *31.5%* | *23.7%* | *137.7%* | *25.4%* | *19.0%* | *135.3%* | *22.4%* | |
| Core Cost of Revenue | 15.5 | 0.1 | 15.7 | 18.1 | 0.2 | 18.2 | 21.0 | 0.4 | 21.4 | |
| CoBranding Fees | 35.0 | - | 35.0 | 41.6 | - | 41.6 | 47.8 | - | 47.8 | |
| **TOTAL CORE EXPENSES** | 50.5 | 0.1 | 50.7 | 59.6 | 0.2 | 59.8 | 68.8 | 0.4 | 69.2 | |
| **GROSS MARGIN** | 417.4 | 7.0 | 424.4 | 519.1 | 16.8 | 536.0 | 620.2 | 39.6 | 659.8 | |
| *% Margin* | *89.2%* | *98.3%* | *89.3%* | *89.7%* | *99.0%* | *90.0%* | *90.0%* | *99.0%* | *90.5%* | |
| **TOTAL OPEX** | 378.1 | 23.0 | 401.1 | 448.7 | 31.8 | 480.5 | 518.5 | 49.6 | 568.1 | |
| **EBITDA** | 39.3 | (16.0) | 23.3 | 70.5 | (15.0) | 55.5 | 101.8 | (10.0) | 91.8 | |
| *% Margin* | *8.4%* | *(223.5%)* | *4.9%* | *12.2%* | *(88.2%)* | *9.3%* | *14.8%* | *(25.0%)* | *12.6%* | |
| Non-Operating Items | 19.3 | - | 19.3 | 21.2 | - | 21.2 | 19.7 | - | 19.7 | |
| **Net Income** | 20.0 | (16.0) | 4.0 | 49.3 | (15.0) | 34.3 | 82.0 | (10.0) | 72.0 | |
| Tribune Ownership % | | | 42.5% | | | 42.5% | | | 42.5% | |
| Tribune's Equity in Income | | | 1.7 | | | 14.6 | | | 30.6 | |

*Notes.*
1 Newspapers "upsell" online ads
2 Newspapers receive revenue sh...

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002631

**Career Builder**
*P&L 2004A-2009E*

| | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|
| Career Builder Core | | | | | | | | | | |
| Gannett | | | | | | | | | | |
| Knight Ridder/McClatchy | | | | | | | | | | |
| Tribune | | | | | | | | | | |
| Non-owner Papers | | | | | | | | | | |
| Newspaper Driven Revenue[1] | | | | | | | | | | |
| MARKET REVENUE | | | | | | | | | | |
| | | | | | | | | | | |
| GAAP P&L | | | | | | | | | | |
| CB Core Revenue | | | | | | | | | | |
| Wholesale Revenue[1] | | | | | | | | | | |
| eCommerce Fees[2] | | | | | | | | | | |
| GAAP REVENUE | 862.0 | 905.1 | 950.4 | 997.9 | 1,047.8 | 1,100.2 | 1,155.2 | 1,213.0 | 1,273.6 | 1,337.3 |
| *% Growth* | 7.5% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| | | | | | | | | | | |
| Core Cost of Revenue | | | | | | | | | | |
| CoBranding Fees | | | | | | | | | | |
| TOTAL CORE EXPENSES | | | | | | | | | | |
| | | | | | | | | | | |
| GROSS MARGIN | | | | | | | | | | |
| *% Margin* | | | | | | | | | | |
| | | | | | | | | | | |
| TOTAL OPEX | | | | | | | | | | |
| | | | | | | | | | | |
| EBITDA | | | | | | | | | | |
| *% Margin* | | | | | | | | | | |
| | | | | | | | | | | |
| Non-Operating Items | | | | | | | | | | |
| | | | | | | | | | | |
| Net Income | | | | | | | | | | |
| Tribune Ownership % | | | | | | | | | | |
| Tribune's Equity in Income | | | | | | | | | | |

*Notes:*
1. Newspapers "upsell" online ads
2. Newspapers receive revenue sh

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0002632