Nils
- Might not exactly be the deal
- ~~$33 per share cash~~
- [ M C JAM - each ⅓ ]

   9.25   B + Senior
   8.5   Term B
   7.50   Unfund
   1.2   Bridge or Sub
           Phones
   225 Investment - 21%
         - Might be lower % plus warrant
         - Needs to be fair to ESOP

[ Might be smaller IC ESOP Note ]

Nils     Kate Brown
        Jon Lindwall
        Roger
        Geoff
        Dan Petrik

- FCC Risk
- Antitrust - overlap

Sense from us to be a player - role to play
will figure the time for us -.

Roger - decision this board
    30MM he over 10 yrs?
    - Sign deal in next 2-4 weeks
    - ~~Sooner~~ the better - we are in for whatever
       - Room for us!
       - Top end of this list

Nils - 3 headed split
       - "We might get more economies if we
        act quickly - and be prepared to fill a
        role if one of the 3 flakes out.

[ Zell very successful ]

S-Corp - limited access to capital
     - reasonable tight budgets until deliver. 2x

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     BOA-TRB-0002633