BEAR

PETRIK
3/23/07

**INVESTMENT ANALYSIS - PROJECT TOWER CONSOLIDATED SUMMARY OF TRANSACTION TERMS**
(Dollars in Millions)

| TOWER Current Capitalization | | |
|---|---|---|
| # TOWER Shares Outstanding | | 240.197 |
| plus Equity Equivalents | | 3.148 |
| FD TOWER Shares Outstanding | | 243.345 |
| TOWER Share Price | $ | 29.31 |
| Equity Value | | 7,132.4 |
| plus. 2006 Net Debt | | 5,160.3 |
| Enterprise Value | | 12,292.7 |
| TOWER Market Multiples | | |
| EV / 2006E EBITDA | | 9.0x |
| EV /2007E EBITDA | | 9.4x |

| TOWER Acquisition Capitalization | | |
|---|---|---|
| # TOWER Shares Outstanding | | 102.773 |
| plus Equity Equivalents | | 4.014 |
| FD TOWER Shares Outstanding | | 106.787 |
| TOWER Acquisition Price | $ | 33.00 |
| Equity Value | | 3,524.0 |
| plus 2007 Net Debt | | 9,262.6 |
| Enterprise Value | | 12,786.6 |
| TOWER Acquisition Multiples | | |
| EV / 2006E EBITDA | 9.4x | |
| EV /2007E EBITDA | 9.8x | |

| Sources & Uses - Step 1 | | | | | | |
|---|---|---|---|---|---|---|
| Uses. | | | Sources. | | | |
| Tender Offer | $ | 4,785.0 | Term Loan B | 3.2x | $ | 4,615.8 |
| Transaction Fees | | 80.8 | EGI Investment | | | 250.0 |
| Total Uses of Funds | $ | 4,865.8 | Total Sources of Funds | | $ | 4,865.8 |

| Sources & Uses - Step 2 | | | | | | |
|---|---|---|---|---|---|---|
| Uses: | | | Sources: | | | |
| Purchase of Equity | $ | 3,524.0 | New Bank Facility | | | |
| Repayment of Debt | | 2,677.7 | Revolver | 3.2x | | — |
| Change of Control Fees | | 141.0 | Term Loan A | 3.2x | | — |
| Transaction Fees | | 238.8 | Term Loan B Accordion | 5.8x | | 3,884.2 |
| Total Uses of Funds | $ | 6,581.5 | ESOP Loan (Fixed HY Note) | 6.0x | | 250.0 |
| | | | New Fixed Rate HY Notes | 7.2x | | 1,850.0 |
| | | | New Floating Rate HY Notes | 7.2x | | — |
| Revolver Size | $ | 750.0 | Existing Cash | | | 372.3 |
| | | | Zell Notes | | | 185.0 |
| Management Option Pool | | 5.0% | Zell Warrant | | | 40.0 |
| Zell Warrant | | 38.0% | Rollover Equity | | | — |
| | | | Total Sources of Funds | | $ | 6,581.5 |
| | | | Assumed Debt (incl PHONES) | | | 2,148.2 |
| 2007 EBITDA | $ | 1,463.2 | Total Debt¹ | | | 12,748.2 |
| | | | Total Debt / EBITDA | | | 8.7x |

Notes
1 Excludes Zell Notes & Revolver

| Tender Offer | | |
|---|---|---|
| Shares Tendered | | 145.000 |
| Tender Price | $ | 33.00 |
| Total Tender | $ | 4,785 |
| Tender Date | | 5/1/2007 |
| % of Year Recapped | | 67.1% |
| Total Debt Issued in Recap | $ | 4,616 |
| EGI Participation in Recap | $ | 250 |
| Newly Issued Shares to EGI | | 7.576 |

| Zell Ownership | |
|---|---|
| | % of FD Shares |
| At Close of Transaction | 0.0% |
| Exit Warrant | 38.0% |

| Cash Summary | | | |
|---|---|---|---|
| | 12/31/2006 | Adjustments | 12/31/2007 |
| Cash in System | 68.7 | — | 68.7 |
| Excess Cash | 10.0 | — | 10.0 |
| Cash in Eagles | 66.0 | 4.4 | 70.4 |
| Cash in Captiv Insurance | 30.0 | — | 30.0 |
| Total Cash @ Period End | 174.7 | | 179.1 |

| Sale of Food Network | | |
|---|---|---|
| Sale (Yes or No) | | No |
| Sale Price | $ | 1,000.0 |
| Tax Basis | | 75.0 |
| Gain on Sale | | 925.0 |
| Assumed Tax Rate on Gain | | 40.0% |
| Taxes | | 370.0 |
| Net Proceeds | $ | 630.0 |

| Annual Cash Savings Summary | |
|---|---|
| Employee 401K | 50.0 |
| Public Company Costs [MGMT INC?] | 15.0 |
| Other | 10.0 |
| ESOP Fees | (5.0) |
| Total Annual Cash Savings | 80.0 |

| Transaction Fees | | | |
|---|---|---|---|
| Revolver | 1.75% | $ | 13.1 |
| Term Loan A | 1.75% | | — |
| Term Loan B | 1.75% | | 148.8 |
| ESOP Loan | 2.75% | | 6.9 |
| New Fixed Rate High Yield | 2.75% | | 50.9 |
| New Floating Rate High Yield | 2.75% | | — |
| Other | | | 100.0 |
| Total | | $ | 319.6 |

| Summary of Change of Control Payments | |
|---|---|
| Pension Plan | 9.0 |
| Deferred Comp Plans | 75.0 |
| Management Deal Fees | 37.0 |
| Transitional Comp Plan | 20.0 |
| Total Change of Control Payments | 141.0 |

| Sale of IPG (Patent Portfolio) | | |
|---|---|---|
| Sale (Yes or No) | | Yes |
| Sale Price | $ | 10.5 |
| Tax Basis | | 3.9 |
| Gain on Sale | | 6.6 |
| Assumed Tax Rate on Gain | | 39.0% |
| Taxes | | 2.6 |
| Broker Fees | | 0.5 |
| Net Proceeds | $ | 7.4 |

| Sale of HOY NY | | |
|---|---|---|
| Sale (Yes or No) | | Yes |
| Sale Price | $ | 8.2 |
| Tax Basis | | 1.2 |
| Gain on Sale | | 7.0 |
| Assumed Tax Rate on Gain | | 40.0% |
| Taxes | | 2.8 |
| Net Proceeds | $ | 5.4 |

| Other Assumptions | |
|---|---|
| Transaction Date | 1/1/2008 |
| TMCT Lease Purchase | Yes |

| Goodwill Calculation | |
|---|---|
| Purchase Price | 3,524.0 |
| Less. Tangible Equity Value | 6,276.4 |
| Less. Asset Write-Ups | — |
| Goodwill | 9,800.3 |

| Sale of Cubs | | |
|---|---|---|
| Sale (Yes or No) | | Yes |
| Sale Price | $ | 675.0 |
| Tax Basis | | 43.0 |
| Gain on Sale | | 632.0 |
| Assumed Tax Rate on Gain | | 40.0% |
| Taxes | | 252.8 |
| Net Proceeds | $ | 422.2 |

| Sale of CSN | | |
|---|---|---|
| Sale (Yes or No) | | Yes |
| Sale Price | $ | 175.0 |
| Tax Basis | | 19.0 |
| Gain on Sale | | 156.0 |
| Assumed Tax Rate on Gain | | 40.0% |
| Taxes | | 62.4 |
| Net Proceeds | $ | 112.6 |

| Sale of Recycler | | |
|---|---|---|
| Sale (Yes or No) | | Yes |
| Sale Price | $ | — |
| Tax Basis | | 180.0 |
| Loss on Sale | | (180.0) |
| Assumed Tax Rate on Gain | | 37.2% |
| Taxes | | (67.0) |
| Net Proceeds (offset to Cubs & CSN Sale) | $ | 67.0 |

| Sale of Career Builder | | |
|---|---|---|
| Sale (Yes or No) | | No |
| Valuation on Revenue x (1)/ EBITDA x (2) | | 2 |
| Multiple of 2007E Revenue | | 4.0x |
| Proceeds to Tribune (net of tax) | | 843.1 |
| Multiple of 2007E EBITDA | | 12.8x |
| Proceeds to Tribune (net of tax) | | 1,065.6 |

| Sale of SCNI | | |
|---|---|---|
| Sale (Yes or No) | | Yes |
| Sale Price | $ | 72.1 |
| Tax Basis | | 4.4 |
| Gain on Sale | | 67.7 |
| Assumed Tax Rate on Gain | | 42.3% |
| Taxes | | 28.6 |
| Net Proceeds | $ | 43.4 |

| Sale of SCNI Real Estate | | |
|---|---|---|
| Sale (Yes or No) | | Yes |
| Sale Price | $ | 18.4 |
| Tax Basis | | 4.0 |
| Gain on Sale | | 14.4 |
| Assumed Tax Rate on Gain | | 42.3% |
| Taxes | | 6.1 |
| Net Proceeds | $ | 12.3 |

| Sale of TMCT | | |
|---|---|---|
| Sale (Yes or No) | | Yes |
| Sale Price | $ | 75.0 |
| Tax Basis | | 65.0 |
| Gain on Sale | | 10.0 |
| Assumed Tax Rate on Gain | | 40.0% |
| Taxes | | 4.0 |
| Net Proceeds | $ | 71.0 |

Page 1
3/23/2007

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002592

**INVESTMENT ANALYSIS - TOWER SUMMARY STATISTICS**
(Dollars in Millions)

Financial Data

| Credit Summary | 2003 | Actual 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | Projected 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | | $ 5,726.2 $ | 5,511.0 $ | 5,433.0 $ | 5,345.9 $ | 5,166.8 $ | 5,122.3 $ | 5,134.2 $ | 5,123.1 $ | 5,150.9 $ | 5,186.6 $ | 5,233.0 $ | 5,294.4 $ | 5,368.4 $ | 5,443.3 |
| Operating Cash Flow | | 1,528.4 | 1,402.0 | 1,308.0 | 1,302.2 | 1,380.4 | 1,347.2 | 1,347.0 | 1,339.0 | 1,352.9 | 1,361.7 | 1,377.8 | 1,395.9 | 1,423.5 | 1,441.7 |
| EBITDA | | 1,528.4 | 1,402.1 | 1,359.6 | 1,305.2 | 1,372.4 | 1,329.2 | 1,319.0 | 1,311.0 | 1,324.9 | 1,333.7 | 1,349.8 | 1,367.9 | 1,395.5 | 1,413.7 |
| Annual Cash Savings | | - | - | - | (80.0) | - | - | - | - | - | - | - | - | - | - |
| Equity In Income (net of assets sold) | | 17.9 | 41.2 | 75.0 | 78.0 | 84.0 | 117.0 | 145.0 | 152.0 | 159.6 | 167.5 | 175.8 | 184.5 | 193.7 | 203.4 |
| Adjusted EBITDA | | 1,546.4 | 1,443.3 | 1,434.6 | 1,463.2 | 1,456.4 | 1,446.2 | 1,464.0 | 1,463.0 | 1,484.4 | 1,501.2 | 1,525.6 | 1,552.5 | 1,589.2 | 1,617.0 |
| Net Income | | 650.4 | 650.6 | 546.0 | 477.5 | 336.9 | 366.8 | 416.7 | 447.4 | 506.1 | 564.7 | 632.5 | 717.1 | 823.5 | 911.9 |
| Diluted EPS | $ | 1.99 $ | 2.06 $ | 1.99 $ | 1.96 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Net Interest Expense | | (156.2) | (162.7) | (281.0) | (507.4) | (859.9) | (822.7) | (800.1) | (767.8) | (730.0) | (687.5) | (643.5) | (599.6) | (543.9) | (482.5) |
| Mandatory Principal Payments | | | | | - | (85.0) | (85.0) | (534.0) | (85.0) | (85.0) | (165.0) | (85.0) | (414.0) | (85.0) | (2,185.0) |
| Cash Taxes | | | | | (172.6) | - | - | - | - | - | - | - | - | - | - |
| Capital Expenditures /MGMT | | (217.3) | (205.9) | (216.6) | (175.0) | (172.0) | (127.0) | (125.0) | (125.0) | (125.7) | (126.6) | (127.7) | (129.2) | (131.0) | (132.8) |
| Free Cash Flow     SEE CF STMT. | | | | | 491.4 | 398.0 | 325.4 | (70.1) | 446.2 | 499.3 | 474.6 | 614.8 | 346.2 | 753.2 | 827.8 |
| Total Senior Secured Debt | | 773.2 | 923.5 | 2,907.0 | 7,293.5 | 8,017.0 | 7,606.6 | 7,591.7 | 7,060.5 | 6,476.2 | 5,916.5 | 5,216.8 | 4,785.5 | 3,947.3 | 3,034.5 |
| Total Debt | | 2,948.6 | 3,719.1 | 5,335.0 | 9,441.7 | 12,184.7 | 11,751.3 | 11,263.2 | 10,706.5 | 10,095.5 | 9,427.8 | 8,698.6 | 7,907.5 | 7,036.6 | 6,089.9 |
| **Coverage Ratios** | | | | | | | | | | | | | | | |
| Adj. EBITDA / Net Interest Expense | | 9.9x | 8.9x | 5.1x | 2.9x | 1.7x | 1.8x | 1.8x | 1.9x | 2.0x | 2.2x | 2.4x | 2.6x | 2.9x | 3.4x |
| Adj. EBITDA - CapEx / Net Interest Expense | | 8.5x | 7.6x | 4.3x | 2.5x | 1.5x | 1.6x | 1.7x | 1.7x | 1.9x | 2.0x | 2.2x | 2.4x | 2.7x | 3.1x |
| Adj. EBITDA - Capex - Cash Taxes / Net Interest + Mandatory Principal | | | | | 2.2x | 1.4x | 1.5x | 1.0x | 1.6x | 1.7x | 1.6x | 1.9x | 1.4x | 2.3x | 0.6x |
| **Leverage Ratios** | | | | | | | | | | | | | | | |
| Average Senior Debt / Adj. EBITDA | | | 1.0x | 3.9x | 5.4x | 5.7x | 5.4x | 5.2x | 5.0x | 4.6x | 4.1x | 3.6x | 3.2x | 2.7x | 2.2x |
| Average Total Debt / Adj. EBITDA | | | 2.3x | 3.2x | 6.4x | 8.7x | 8.5x | 8.1x | 7.7x | 7.2x | 6.8x | 6.2x | 5.7x | 5.0x | 4.4x |

Note: analysis excludes Zell Notes

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**INVESTMENT ANALYSIS - TOWER CONSOLIDATED INCOME STATEMENT**
*(Dollars in Millions)*

| | Actual | | | | | | Projected | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| **Sales** | | | | | | | | | | | | | | | |
| Publishing | | $ 4,129.9 | $ 4,097.0 | $ 4,025.0 | $ 3,984.0 | $ 3,928.6 | $ 3,880.6 | $ 3,851.4 | $ 3,834.4 | $ 3,831.4 | $ 3,835.8 | $ 3,850.2 | $ 3,879.5 | $ 3,919.7 | $ 3,960.7 |
| Broadcasting & Entertainment | | 1,596.4 | 1,414.0 | 1,408.0 | 1,401.2 | 1,480.3 | 1,496.9 | 1,531.0 | 1,537.0 | 1,567.7 | 1,599.1 | 1,631.1 | 1,663.7 | 1,697.0 | 1,730.9 |
| Elimination of SCNI Revenue | | | | | (39.3) | (39.3) | (39.3) | (39.3) | (39.3) | (39.3) | (39.3) | (39.3) | (39.3) | (39.3) | (39.3) |
| Elimination of Cubs Revenue | | | | | | (202.8) | (205.9) | (209.0) | (209.0) | (209.0) | (209.0) | (209.0) | (209.0) | (209.0) | (209.0) |
| Total Sales | | $ 5,726.2 | $ 5,511.0 | $ 5,433.0 | $ 5,345.9 | $ 5,166.8 | $ 5,122.3 | $ 5,134.2 | $ 5,123.1 | $ 5,150.9 | $ 5,186.6 | $ 5,233.0 | $ 5,294.4 | $ 5,368.4 | $ 5,443.3 |
| **Operating Expenses (including stock Comp)** | | | | | | | | | | | | | | | |
| Publishing | | $ 3,093.5 | $ 3,111.0 | $ 3,094.0 | $ 3,069.0 | $ 3,050.9 | $ 3,051.0 | $ 3,041.4 | $ 3,022.0 | $ 3,013.5 | $ 3,017.7 | $ 3,024.6 | $ 3,044.2 | $ 3,066.3 | $ 3,098.4 |
| Broadcasting & Entertainment | | 1,052.1 | 948.0 | 970.0 | 986.5 | 1,012.3 | 1,003.3 | 1,030.1 | 1,048.0 | 1,069.0 | 1,090.3 | 1,112.1 | 1,134.5 | 1,157.1 | 1,180.2 |
| Corporate | | 52.2 | 50.0 | 61.0 | 61.2 | 64.8 | 66.5 | 68.8 | 71.0 | 72.4 | 73.9 | 75.3 | 76.9 | 78.4 | 80.0 |
| Annual Cash Savings | | | | | | (80.0) | (80.0) | (80.0) | (80.0) | (80.0) | (80.0) | (80.0) | (80.0) | (80.0) | (80.0) |
| Elimination of Stock-Based Compensation | | | | | (40.9) | (50.6) | (52.4) | (57.2) | (61.0) | (72.4) | (73.9) | (75.3) | (76.9) | (78.4) | (80.0) |
| Elimination of SCNI Expenses | | | | | (32.1) | (32.1) | (32.1) | (32.1) | (32.1) | (32.1) | (32.1) | (32.1) | (32.1) | (32.1) | (32.1) |
| Elimination of Cubs Expenses | | | | | | (178.8) | (181.2) | (183.8) | (183.8) | (183.8) | (183.8) | (183.8) | (183.8) | (183.8) | (183.8) |
| Total Operating Expenses | | 4,197.8 | 4,109.0 | 4,125.0 | 4,043.7 | 3,786.4 | 3,775.2 | 3,787.1 | 3,784.1 | 3,798.0 | 3,825.0 | 3,855.1 | 3,898.5 | 3,944.8 | 4,001.7 |
| | | | | | | | | | | | | | | | |
| Operating Cash Flow - Publishing | | 1,036.4 | 986.0 | 931.0 | 915.0 | 877.8 | 829.6 | 810.0 | 812.4 | 817.9 | 818.2 | 825.6 | 834.8 | 853.4 | 862.3 |
| Operating Cash Flow - Broadcasting & Entertainment | | 544.3 | 466.0 | 438.0 | 414.6 | 468.1 | 483.6 | 500.9 | 489.0 | 498.8 | 508.8 | 518.9 | 529.3 | 539.9 | 550.7 |
| Corporate | | (52.2) | (50.0) | (61.0) | (61.2) | (64.8) | (66.5) | (68.8) | (71.0) | (72.4) | (73.9) | (75.3) | (76.9) | (78.4) | (80.0) |
| Elimination of Stock-Based Compensation | | | | | 40.9 | 50.6 | 52.4 | 57.2 | 61.0 | 61.0 | 61.0 | 61.0 | 61.0 | 61.0 | 61.0 |
| Annual Cash Savings | | | | | | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 |
| Equity Income in Affiliates - Adjustment for Asset Sales | | | | | (7.2) | (7.2) | (7.2) | (7.2) | (7.2) | (7.2) | (7.2) | (7.2) | (7.2) | (7.2) | (7.2) |
| Amortization of Financing Fees | | | | | | (24.0) | (24.7) | (25.2) | (25.2) | (25.2) | (25.2) | (25.2) | (25.2) | (25.2) | (25.2) |
| Total Operating Cash Flow | | 1,528.4 | 1,402.0 | 1,308.0 | 1,302.2 | 1,380.4 | 1,347.2 | 1,347.0 | 1,339.0 | 1,352.9 | 1,361.7 | 1,377.8 | 1,395.9 | 1,423.5 | 1,441.7 |
| | | | | | | | | | | | | | | | |
| Depreciation & Amortization | | (233.1) | (224.0) | (228.0) | (239.7) | (237.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) |
| Equity Income in Affiliates | | 17.9 | 41.2 | 75.0 | 78.0 | 95.0 | 129.0 | 158.0 | 165.5 | 173.7 | 182.4 | 191.4 | 201.0 | 210.9 | 221.4 |
| Amortization of Financing Fees | | | | | | (11.0) | (12.0) | (13.0) | (13.5) | (14.2) | (14.9) | (15.6) | (16.4) | (17.2) | (18.1) |
| Other Non-Operating Income/(Expenses) | | (145.0) | | | | (29.3) | (29.3) | (29.3) | (29.3) | (29.3) | (29.3) | (29.3) | (14.6) | | |
| Interest Income | | 3.1 | 7.5 | 14.0 | 5.3 | 4.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 |
| PIK Interest | | | | | | (9.3) | (10.2) | (10.8) | (11.4) | (12.0) | (12.6) | (13.3) | (14.0) | (14.7) | (15.5) |
| Cash Interest Expense | | (153.1) | (155.2) | (267.0) | (502.1) | (855.5) | (819.4) | (796.8) | (764.5) | (726.7) | (684.2) | (640.2) | (596.3) | (540.6) | (479.2) |
| Pre-tax Income | | 1,018.2 | 1,071.6 | 902.0 | 643.7 | 336.9 | 366.8 | 416.7 | 447.4 | 506.1 | 564.7 | 632.5 | 717.1 | 823.5 | 911.9 |
| Taxes | | (367.8) | (421.0) | (356.0) | (166.2) | | | | | | | | | | |
| Net Income | | 650.4 | 650.6 | 546.0 | 477.5 | 336.9 | 366.8 | 416.7 | 447.4 | 506.1 | 564.7 | 632.5 | 717.1 | 823.5 | 911.9 |
| Shares Outstanding, Diluted | | 327,237 | 315,338 | 274,411 | 243,345 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| EPS | | $ 1.99 | $ 2.06 | $ 1.99 | $ 1.96 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Tax Rate | | 36.1% | 39.3% | 39.5% | 25.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **EBITDA Calculation** | | | | | | | | | | | | | | | |
| Total Operating Cash Flow | | 1,528.4 | 1,402.0 | 1,308.0 | 1,302.2 | 1,380.4 | 1,347.2 | 1,347.0 | 1,339.0 | 1,352.9 | 1,361.7 | 1,377.8 | 1,395.9 | 1,423.5 | 1,441.7 |
| Add-backs | | | | | | | | | | | | | | | |
| Stock-Based Compensation | | | 0.1 | 32.0 | 3.0 | (8.0) | (18.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) |
| Non-cash Pension Expense | | | | 19.6 | | | | | | | | | | | |
| EBITDA - Publishing | | | | 924.6 | 898.2 | 895.1 | 839.7 | 815.0 | 818.4 | 823.0 | 822.3 | 828.9 | 837.2 | 854.8 | 862.7 |
| EBITDA - Broadcasting | | | | 435.0 | 407.0 | 477.3 | 489.5 | 504.2 | 492.6 | 501.9 | 511.4 | 521.0 | 530.8 | 540.8 | 551.0 |
| Consolidated EBITDA | | 1,528.4 | 1,402.1 | 1,359.6 | 1,305.2 | 1,372.4 | 1,329.2 | 1,319.0 | 1,311.0 | 1,324.9 | 1,333.7 | 1,349.8 | 1,367.9 | 1,395.5 | 1,413.7 |
| Annual Cash Savings | | | | | 80.0 | | | | | | | | | | |
| Equity in Income (net of assets sold) | | 17.9 | 41.2 | 75.0 | 78.0 | 84.0 | 117.0 | 145.0 | 152.0 | 159.6 | 167.5 | 175.8 | 184.5 | 193.7 | 203.4 |
| Adjusted EBITDA | | 1,546.4 | 1,443.3 | 1,434.6 | 1,463.2 | 1,456.4 | 1,446.2 | 1,464.0 | 1,463.0 | 1,484.4 | 1,501.2 | 1,525.6 | 1,552.5 | 1,589.2 | 1,617.0 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      BOA-TRB-0002594

**INVESTMENT ANALYSIS - TOWER CONSOLIDATED CASH FLOW STATEMENT**
*(Dollars in Millions)*

| | Actual | | | | | | Projected | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| Net Income | | | | | 477.5 | 336.9 | 366.8 | 416.7 | 447.4 | 506.1 | 564.7 | 632.5 | 717.1 | 823.5 | 911.9 |
| Amortization of Financing Fees | | | | | | 29.3 | 29.3 | 29.3 | 29.3 | 29.3 | 29.3 | 29.3 | 14.6 | | |
| Depreciation & Amortization | | | | | 239.7 | 237.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 | 241.8 |
| Equity in Income of Affiliates Net of Cash Received — EXPLAIN - P&L TO NEG | | | | | 12.6 | 16.0 | | | | | | | | | |
| Amortization of Broadcast Rights | | | | | 12.0 | (1.2) | (45.8) | (33.4) | | | | | | | |
| Publishing Severance Payments | | | | | (23.0) | (16.0) | (4.0) | | | | | | | | |
| (Inc)/Dec in Assets Held for Sale | | | | | | | | | | | | | | | |
| Inc/(Dec) in Deferred Compensation | | | | | (108.2) | (18.0) | (18.0) | (18.0) | (15.3) | (15.3) | (15.3) | (15.3) | (15.3) | (15.3) | (15.3) |
| Inc/(Dec) in Other Liabilities | | | | | (15.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) | (5.0) |
| Non-Cash Interest Expense (PIK) | | | | | | 9.3 | 10.2 | 10.8 | 11.4 | 12.0 | 12.6 | 13.3 | 14.0 | 14.7 | 15.5 |
| Non-Cash Pension Expense | | | | | 3.0 | (8.0) | (18.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) | (28.0) |
| Difference Between Book & Cash Taxes for D&A | | | | | (6.5) | | | | | | | | | | |
| (Inc)/Dec in A/R | | | | | 34.3 | 3.2 | 6.3 | (1.7) | 1.6 | (3.9) | (5.0) | (6.5) | (8.7) | (10.4) | (10.6) |
| (Inc)/Dec in Inventories | | | | | 0.7 | 1.3 | 0.3 | (0.1) | 0.1 | (0.2) | (0.3) | (0.3) | (0.5) | (0.6) | (0.6) |
| (Inc)/Dec in Prepaid Expenses | | | | | 0.8 | 1.6 | 0.4 | (0.1) | 0.1 | (0.3) | (0.3) | (0.4) | (0.6) | (0.7) | (0.7) |
| Inc/(Dec) in A/P | | | | | (13.6) | (43.1) | (1.9) | 2.0 | (0.5) | 2.3 | 4.5 | 5.1 | 7.3 | 7.8 | 9.5 |
| Net Change in Working Capital | | | | | 22.1 | (36.9) | 5.1 | 0.1 | 1.2 | (2.0) | (1.1) | (2.2) | (2.4) | (3.9) | (2.3) |
| Net Cash From Operations | (193.5) | | | | 614.2 | 544.1 | 562.4 | 614.3 | 682.8 | 738.8 | 798.9 | 866.3 | 936.8 | 1,027.8 | 1,118.6 |
| Total Capital Expenditures - per mgt plan | | (217.3) | (205.9) | (216.6) | (175.0) | (172.0) | (127.0) | (125.0) | (125.0) | (125.7) | (126.6) | (127.7) | (129.2) | (131.0) | (132.8) |
| Acquisitions and Investments DETAIL? | | | | (240.5) | (50.0) | (162.0) | (25.0) | (25.0) | (25.0) | (25.0) | (25.0) | (25.0) | (25.0) | (25.0) | (25.0) |
| Proceeds From Sale of Cubs, CSN & Recycler (net of tax) WHEN | | | | | | 601.8 | | | | | | | | | |
| Proceeds From Sale of Career Builder (net of tax) | | | | | | | | | | | | | | | |
| Proceeds From Sale of Food Network (net of tax) | | | | | | | | | | | | | | | |
| Proceeds From General Asset Sales (net of tax) | | | | | 124.2 | 12.3 | | | | | | | | | |
| Total Capital Expenditures & Acquisitions | (193.5) | (217.3) | (205.9) | (17.8) | (100.8) | 280.1 | (152.0) | (150.0) | (150.0) | (150.7) | (151.6) | (152.7) | (154.2) | (156.0) | (157.8) |
| Capex as % Sales | | 3.8% | 3.7% | 0.3% | 1.9% | -5.4% | 3.0% | 2.9% | 2.9% | 2.9% | 2.9% | 2.9% | 2.9% | 2.9% | 2.9% |
| Net Cash from Investing | | | | | (100.8) | 280.1 | (152.0) | (150.0) | (150.0) | (150.7) | (151.6) | (152.7) | (154.2) | (156.0) | (157.8) |
| Beginning Cash Balance | | | | | 174.7 | (193.2) | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 |
| plus: Cash from Oper & Inv | | | | | 513.5 | 824.2 | 410.4 | 464.3 | 532.8 | 588.1 | 647.4 | 713.6 | 782.6 | 871.8 | 960.8 |
| less: Shares Repurchased | | | | | 4,785.0 | | | | | | | | | | |
| less: ESOP Redemptions | | | | | | | 0.1 | 0.4 | 1.5 | 3.8 | 7.7 | 13.8 | 22.4 | 33.6 | 47.9 |
| less: Minimum Cash Balance | | | | | 179.1 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 |
| plus: New Issuances | | | | | 4,785.0 | | | | | | | | | | 2,100.0 |
| less: Mandatory Debt Service | | | | | 17.7 | 123.0 | 85.0 | 534.0 | 85.0 | 85.0 | 165.0 | 85.0 | 414.0 | 85.0 | 2,185.0 |
| Cash Flow Available for Term Loan A Sweep | | | | | 491.4 | 398.0 | 325.4 | (70.1) | 446.2 | 499.3 | 474.6 | 614.8 | 346.2 | 753.2 | 827.8 |
| less: Term Loan A Sweep | | | | | | | | | | | | | | | |
| Cash Flow Available for Term Loan B Sweep | | | | | 491.4 | 398.0 | 325.4 | (70.1) | 446.2 | 499.3 | 474.6 | 614.8 | 346.2 | 753.2 | 827.8 |
| less: Term Loan B Sweep | | | | | | 398.0 | 325.4 | | 446.2 | 499.3 | 474.6 | 614.8 | 346.2 | 753.2 | 827.8 |
| Cash Flow Available for Existing Fixed Rate Debt Retirement | | | | | 491.4 | | | (70.1) | | | | | | | |
| less: Retirement of Existing Fixed Rate Debt | | | | | 262.0 | | | | | | | | | | |
| Cash Flow Available for Existing Variable Debt Sweep | | | | | 229.3 | | | (70.1) | | | | | | | |
| less: Existing Variable Debt Sweep | | | | | 229.3 | | | (70.1) | | | | | | | |
| Net Period Cash Flow | | | | | | | | | | | | | | | |
| less: Revolver Adjustment | | | | | | | | | | | | | | | |
| Incremental Cash | | | | | | | | | | | | | | | |
| Ending Cash Balance | | | | 174.7 | 179.1 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

INVESTMENT ANALYSIS - TOWER CONSOLIDATED BALANCE SHEET
(Dollars in Millions)

| | Actual | | | | Projected | Pro Forma | | | | | | | Projected | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| **ASSETS** | | | | | | | | | | | | | | | | |
| Cash & Equivalents | | $ 124.4 | $ 151.1 | $ 174.7 | $ 179.1 | $ (193.2) | $ 110.0 | $ 110.0 | $ 110.0 | $ 110.0 | $ 110.0 | $ 110.0 | $ 110.0 | $ 110.0 | $ 110.0 | $ 110.0 |
| Accounts Receivable | | 850.2 | 798.4 | 765.9 | 731.6 | 731.6 | 728.4 | 722.1 | 723.7 | 722.1 | 726.1 | 731.1 | 737.1 | 746.3 | 756.8 | 767.3 |
| Inventories | | 49.8 | 44.1 | 41.0 | 40.3 | 40.3 | 39.0 | 38.6 | 38.7 | 38.6 | 38.8 | 39.1 | 39.5 | 39.9 | 40.5 | 41.0 |
| Broadcast Rights | | 260.5 | 308.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 | 272.0 |
| Deferred Income Taxes | | 116.4 | 114.3 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 | 74.5 |
| Assets Held For Sale | | - | 24.4 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Prepaid Expenses & Other | | 51.1 | 52.5 | 49.5 | 48.7 | 48.7 | 47.0 | 46.6 | 46.7 | 46.6 | 46.9 | 47.2 | 47.6 | 48.2 | 48.9 | 49.6 |
| Total Current Assets | | 1,452.4 | 1,492.8 | 1,377.4 | 1,346.1 | 973.8 | 1,270.8 | 1,263.8 | 1,265.6 | 1,263.9 | 1,268.3 | 1,273.9 | 1,281.2 | 1,290.9 | 1,302.6 | 1,314.4 |
| PP&E, Net | | 1,782.4 | 1,731.9 | 1,685.1 | 1,546.2 | 1,546.2 | 1,028.4 | 938.6 | 846.8 | 755.1 | 664.0 | 573.7 | 484.7 | 397.1 | 311.3 | 227.3 |
| Broadcast Rights | | 391.2 | 361.4 | 295.2 | 283.2 | 283.2 | 284.4 | 330.2 | 363.6 | 363.6 | 363.6 | 363.6 | 363.6 | 363.6 | 363.6 | 363.6 |
| Goodwill | | 5,487.4 | 5,947.1 | 5,837.2 | 5,837.2 | 9,800.3 | 9,800.3 | 9,800.3 | 9,800.3 | 9,800.3 | 9,800.3 | 9,800.3 | 9,800.3 | 9,800.3 | 9,800.3 | 9,800.3 |
| Intangible Assets | | 3,106.7 | 3,087.7 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 | 2,846.1 |
| Other Investments | | 589.3 | 632.7 | 564.8 | 552.1 | 552.1 | 536.1 | 536.1 | 536.1 | 536.1 | 536.1 | 536.1 | 536.1 | 536.1 | 536.1 | 536.1 |
| Prepaid Pension Costs | | 884.7 | 871.4 | 293.5 | 290.5 | 290.5 | 298.5 | 316.5 | 344.5 | 372.5 | 400.5 | 428.5 | 456.5 | 484.5 | 512.5 | 540.5 |
| Assets Held For Sale | | - | - | 9.2 | 9.2 | 9.2 | 9.2 | 9.2 | 9.2 | 9.2 | 9.2 | 9.2 | 9.2 | 9.2 | 9.2 | 9.2 |
| Other | | 155.1 | 138.3 | 143.9 | 224.7 | 363.5 | 334.3 | 305.0 | 275.7 | 246.4 | 217.1 | 187.8 | 158.6 | 143.9 | 143.9 | 143.9 |
| Total Assets | | 13,849.2 | 14,263.4 | 13,052.3 | 12,935.2 | 16,664.9 | 16,408.0 | 16,345.7 | 16,287.9 | 16,193.1 | 16,105.1 | 16,019.2 | 15,936.2 | 15,871.6 | 15,825.5 | 15,781.4 |
| **LIABILITIES AND EQUITY** | | | | | | | | | | | | | | | | |
| Accounts Payable, Accrued Exp & Other | | 669.9 | 713.2 | 691.2 | 677.5 | 677.5 | 634.4 | 632.5 | 634.5 | 634.0 | 636.4 | 640.9 | 645.9 | 653.2 | 661.0 | 670.5 |
| Contracts Payable for Broadcast Rights | | 319.4 | 329.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 | 317.9 |
| Liabilities Associated With Assets Held For Sale | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred Income | | 96.8 | 101.1 | 108.6 | 108.6 | 108.6 | 108.6 | 108.6 | 108.6 | 108.6 | 108.6 | 108.6 | 108.6 | 108.6 | 108.6 | 108.6 |
| Total Current Liabilities | | 1,086.2 | 1,144.2 | 1,117.7 | 1,104.1 | 1,104.1 | 1,061.0 | 1,059.1 | 1,061.1 | 1,060.6 | 1,062.9 | 1,067.4 | 1,072.5 | 1,079.8 | 1,087.5 | 1,097.0 |
| New Bank Facility | | | | | | | | | | | | | | | | |
| Revolver | | | | | | | | 70.1 | 70.1 | 70.1 | 70.1 | 70.1 | 70.1 | 70.1 | 70.1 | 70.1 |
| Term Loan A | | | | | 4,615.8 | 8,500.0 | 8,017.0 | 7,606.6 | 7,521.6 | 6,990.4 | 6,406.0 | 5,846.4 | 5,146.6 | 4,715.4 | 3,877.2 | 2,964.4 |
| Term Loan B | | | | | | | | | | 7,060.5 | 6,476.2 | 5,916.5 | 5,216.8 | 4,785.5 | 3,947.3 | 3,034.5 |
| Total Bank Debt | | | | | 4,615.8 | 8,500.0 | 8,017.0 | 7,606.6 | 7,591.7 | | | | | | | |
| New Fixed Rate High Yield Notes | | | | | | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 |
| Refinanced High Yield Notes | | | | | | | | | | | | | | | | |
| New Floating Rate High Yield Notes | | | | | | | | | | | | | | | | |
| Zell Notes | | | | | | 185.0 | 194.3 | 204.5 | 215.3 | 226.7 | 238.6 | 251.2 | 264.5 | 278.4 | 293.1 | 308.6 |
| Existing Commercial Paper | | 773.2 | 923.5 | | 97.0 | | | | | | | | | | | |
| Existing Variable Rate Debt | | | | | 2,580.7 | | | | | | | | | | | |
| Existing Fixed Rate Debt | | 1,231.6 | 1,828.5 | 1,525.2 | 1,245.5 | 1,245.5 | 1,207.5 | 1,207.5 | | 758.5 | 758.5 | 678.5 | 678.5 | 678.5 | 349.5 | 349.5 |
| PHONES Debt Related to TW Stock | | 943.8 | 967.1 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 | 902.7 |
| Total Debt | | 2,948.6 | 3,719.1 | 5,335.0 | 9,441.7 | 12,933.2 | 12,421.5 | 12,021.3 | 11,568.3 | 11,048.4 | 10,476.5 | 9,849.0 | 9,162.5 | 8,416.2 | 7,592.7 | 6,695.3 |
| Deferred Income Taxes | | 2,278.4 | 2,352.6 | 1,974.7 | 1,968.2 | 1,968.2 | 1,968.2 | 1,968.2 | 1,968.2 | 1,968.2 | 1,968.2 | 1,968.2 | 1,968.2 | 1,968.2 | 1,968.2 | 1,968.2 |
| Contracts Payable for Broadcast Rights | | 538.1 | 528.9 | 425.9 | 425.9 | 425.9 | 425.9 | 425.9 | 425.9 | 425.9 | 425.9 | 425.9 | 425.9 | 425.9 | 425.9 | 425.9 |
| Liabilities Associated with Assets Held For Sale | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred Compensation | | 393.0 | 356.6 | 392.2 | 284.0 | 209.0 | 191.0 | 173.0 | 165.0 | 139.8 | 124.5 | 109.3 | 94.0 | 78.8 | 63.5 | 48.3 |
| Other Liabilities | | 433.2 | 176.6 | 165.4 | 150.4 | 150.4 | 145.4 | 140.4 | 135.4 | 130.4 | 125.4 | 120.4 | 115.4 | 110.4 | 105.4 | 100.4 |
| Total Liabilities | | 7,677.5 | 8,278.1 | 9,410.9 | 13,374.4 | 16,790.9 | 16,213.0 | 15,788.0 | 15,314.0 | 14,773.3 | 14,183.0 | 13,540.2 | 12,838.5 | 12,079.3 | 11,243.0 | 10,335.2 |
| Stockholders' Equity | | 6,171.7 | 5,985.3 | 3,641.4 | (439.2) | (126.0) | 194.9 | 557.7 | 973.9 | 1,419.8 | 1,922.1 | 2,479.0 | 3,097.6 | 3,792.4 | 4,582.2 | 5,446.2 |
| Total Liabilities & Equity | | 13,849.2 | 14,263.4 | 13,052.3 | 12,935.2 | 16,664.9 | 16,408.0 | 16,345.7 | 16,287.9 | 16,193.1 | 16,105.1 | 16,019.2 | 15,936.2 | 15,871.6 | 15,825.5 | 15,781.4 |
| Balance Check | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0002596

INVESTMENT ANALYSIS - TOWER CONSOLIDATED WORKING CAPITAL ASSUMPTIONS
(Dollars in Millions)

| | Actual | | | | Projected | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| **Accounts Receivable** | | 850.2 | 798.4 | 765.9 | 731.6 | 728.4 | 722.1 | 723.7 | 722.2 | 726.1 | 731.1 | 737.7 | 746.3 | 756.8 | 767.3 |
| Incremental A/R | | 850.2 | (51.8) | (32.6) | (34.3) | (3.2) | (6.3) | 1.7 | (1.6) | 3.9 | 5.0 | 6.5 | 8.7 | 10.4 | 10.6 |
| Days | | 54.2 | 52.9 | 51.5 | 51.5 | 51.5 | 51.5 | 51.5 | 51.5 | 51.5 | 51.5 | 51.5 | 51.5 | 51.5 | 51.5 |
| Turns | | 6.7x | 6.9x | 7.1x | 7.1x | 7.1x | 7.1x | 7.1x | 7.1x | 7.1x | 7.1x | 7.1x | 7.1x | 7.1x | 7.1x |
| % of Sales | | 14.8% | 14.5% | 14.1% | 13.7% | 14.1% | 14.1% | 14.1% | 14.1% | 14.1% | 14.1% | 14.1% | 14.1% | 14.1% | 14.1% |
| **Inventories** | | 49.8 | 44.1 | 41.0 | 40.3 | 39.0 | 38.6 | 38.7 | 38.6 | 38.8 | 39.1 | 39.5 | 39.9 | 40.5 | 41.0 |
| Incremental Prepaid | | 49.8 | (5.7) | (3.1) | (0.7) | (1.3) | (0.3) | 0.1 | (0.1) | 0.2 | 0.3 | 0.3 | 0.5 | 0.6 | 0.6 |
| Days | | 3.2 | 2.9 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 |
| Turns | | 115.0x | 125.0x | 132.6x | 132.6x | 132.6x | 132.6x | 132.6x | 132.6x | 132.6x | 132.6x | 132.6x | 132.6x | 132.6x | 132.6x |
| % of Sales | | 0.9% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% | 0.8% |
| **Prepaid Expenses & Other** | | 51.1 | 52.5 | 49.5 | 48.7 | 47.0 | 46.6 | 46.7 | 46.6 | 46.9 | 47.2 | 47.6 | 48.2 | 48.9 | 49.6 |
| Incremental Prepaid | | 51.1 | 1.4 | (3.0) | (0.8) | (1.6) | (0.4) | 0.1 | (0.1) | 0.3 | 0.3 | 0.4 | 0.6 | 0.7 | 0.7 |
| Days | | 3.3 | 3.5 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 |
| Turns | | 112.2x | 105.1x | 109.8x | 109.8x | 109.8x | 109.8x | 109.8x | 109.8x | 109.8x | 109.8x | 109.8x | 109.8x | 109.8x | 109.8x |
| % of Sales | | 0.9% | 1.0% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% | 0.9% |
| **Accounts Payable** | | 669.9 | 713.2 | 691.2 | 677.5 | 634.4 | 632.5 | 634.5 | 634.0 | 636.4 | 640.9 | 645.9 | 653.2 | 661.0 | 670.5 |
| Incremental A/P | | 669.9 | 43.3 | (22.0) | (13.6) | (43.1) | (1.9) | 2.0 | (0.5) | 2.3 | 4.5 | 5.1 | 7.3 | 7.8 | 9.5 |
| Days | | 58.3 | 63.4 | 61.2 | 61.2 | 61.2 | 61.2 | 61.2 | 61.2 | 61.2 | 61.2 | 61.2 | 61.2 | 61.2 | 61.2 |
| Turns | | 6.3x | 5.8x | 6.0x | 6.0x | 6.0x | 6.0x | 6.0x | 6.0x | 6.0x | 6.0x | 6.0x | 6.0x | 6.0x | 6.0x |
| % of Sales | | 11.7% | 12.9% | 12.7% | 12.7% | 12.3% | 12.3% | 12.4% | 12.4% | 12.4% | 12.3% | 12.3% | 12.3% | 12.3% | 12.3% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002597

**INVESTMENT ANALYSIS - TOWER CONSOLIDATED INTEREST RATE GRIDS**
*(Dollars in Millions)*

Senior Debt / EBITDA

| | >=4x | >=3x | >=2x | <2x |
|---|---|---|---|---|
| Revolver --> | 2.00% | 2.00% | 2.00% | 2.00% |
| Term Loan A --> | 2.00% | 2.00% | 2.00% | 2.00% |
| Term Loan B --> | 2.00% | 2.00% | 2.00% | 2.00% |
| Floating Rate Notes --> | 3.75% | 3.75% | 3.75% | 3.75% |

| | Actual | | | | | Projected | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 3 Mo LIBOR --> | | | | | 5.29% | 5.03% | 4.97% | 4.97% | 4.99% | 5.00% | 5.03% | 5.06% | 5.09% | 5.11% | 5.12% |
| **EBITDA** | | 1,546.4 | 1,443.3 | 1,434.6 | 1,463.2 | 1,456.4 | 1,446.2 | 1,464.0 | 1,463.0 | 1,484.4 | 1,501.2 | 1,525.6 | 1,552.5 | 1,589.2 | 1,617.0 |
| Interest Expense | | 153.1 | 155.2 | 267.0 | 502.1 | 855.5 | 819.4 | 796.8 | 764.5 | 726.7 | 684.2 | 640.2 | 596.3 | 540.6 | 479.2 |
| EBITDA / Interest Expense | | 10.1x | 9.3x | 5.4x | 2.9x | 1.7x | 1.8x | 1.8x | 1.9x | 2.0x | 2.2x | 2.4x | 2.6x | 2.9x | 3.4x |
| **Average Debt Balance** | | 2,948.6 | 3,333.9 | 4,527.1 | 9,429.0 | 12,677.3 | 12,221.4 | 11,794.8 | 11,308.3 | 10,762.2 | 10,162.5 | 9,505.7 | 8,789.3 | 8,004.4 | 7,144.0 |
| Debt / EBITDA | | 1.9x | 2.3x | 3.2x | 6.4x | 8.7x | 8.5x | 8.1x | 7.7x | 7.2x | 6.8x | 6.2x | 5.7x | 5.0x | 4.4x |
| **Average Senior Debt Balance** | | | 1,405.0 | 5,655.0 | 7,848.2 | 8,258.5 | 7,811.8 | 7,599.2 | 7,326.1 | 6,788.3 | 6,196.3 | 5,566.6 | 5,001.2 | 4,366.4 | 3,490.9 |
| Senior Debt / EBITDA | | | 1.0x | 3.9x | 5.4x | 5.7x | 5.4x | 5.2x | 5.0x | 4.6x | 4.1x | 3.6x | 3.2x | 2.7x | 2.2x |
| **Applicable Interest Rates** | | | | | | | | | | | | | | | |
| Revolver | | | | | 7.29% | 7.03% | 6.97% | 6.97% | 6.99% | 7.00% | 7.03% | 7.06% | 7.09% | 7.11% | 7.12% |
| Term Loan A | | | | | 7.29% | 7.03% | 6.97% | 6.97% | 6.99% | 7.00% | 7.03% | 7.06% | 7.09% | 7.11% | 7.12% |
| Term Loan B | | | | | 7.29% | 7.03% | 6.97% | 6.97% | 6.99% | 7.00% | 7.03% | 7.06% | 7.09% | 7.11% | 7.12% |
| Floating Rate Notes | | | | | 9.04% | 8.78% | 8.72% | 8.72% | 8.74% | 8.75% | 8.78% | 8.81% | 8.84% | 8.86% | 8.87% |
| **New Revolver** | | | | | | | | | | | | | | | |
| Outst @ period beginning | | | | | | | | | 70.1 | 70.1 | 70.1 | 70.1 | 70.1 | 70.1 | 70.1 |
| Net Period Cash Flow | | | | | | | | (70.1) | | | | | | | |
| Outst @ period end | | | | | | | | 70.1 | 70.1 | 70.1 | 70.1 | 70.1 | 70.1 | 70.1 | 70.1 |
| Cash Interest | | | | | | | | 2.4 | 4.9 | 4.9 | 4.9 | 5.0 | 5.0 | 5.0 | 5.0 |
| **New Term Loan A** | | | | | | | | | | | | | | | |
| Revolver Availability | | | | | | 750.0 | 750.0 | 750.0 | 750.0 | 750.0 | 750.0 | 750.0 | 750.0 | 750.0 | 750.0 |
| Letters of Credit | | | | | | 59.0 | 59.2 | 60.2 | 63.1 | 68.3 | 76.4 | 87.2 | 100.8 | 117.6 | 137.9 |
| Unused Portion | | | | | | 691.0 | 690.8 | 619.6 | 616.7 | 611.6 | 603.5 | 592.7 | 579.0 | 562.3 | 542.0 |
| Unused Fee | | | | | | 3.5 | 3.5 | 3.1 | 3.1 | 3.1 | 3.0 | 3.0 | 2.9 | 2.8 | 2.7 |
| **New Term Loan A** | | | | | | | | | | | | | | | |
| Outst @ period beginning | | | | | | | | | | | | | | | |
| Scheduled Amortization | | | | | | | | | | | | | | | |
| % Amortization | | | | | | | | | | | | | | | |
| Sub-total | | | | | | | | | | | | | | | |
| Cash Flow Sweep | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Outst @ period end | | | | | | | | | | | | | | | |
| Cash Interest | | | | | | | | | | | | | | | |
| **New Term Loan B** | | | | | | | | | | | | | | | |
| Outst @ period beginning | | | | | | 8,500.0 | 8,017.0 | 7,606.6 | 7,521.6 | 6,990.4 | 6,406.0 | 5,846.4 | 5,146.6 | 4,715.4 | 3,877.2 |
| Scheduled Amortization | | | | | | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 | 85.0 |
| % Amortization | | | | | 0.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |
| Sub-total | | | | | | 8,415.0 | 7,932.0 | 7,521.6 | 7,436.6 | 6,905.4 | 6,321.0 | 5,761.4 | 5,061.6 | 4,630.4 | 3,792.2 |
| Cash Flow Sweep | | | | | | 398.0 | 325.4 | | 446.2 | 499.3 | 474.6 | 614.8 | 346.2 | 753.2 | 827.8 |
| Outst @ period end | | | | | 4,615.8 | 8,017.0 | 7,606.6 | 7,521.6 | 6,990.4 | 6,406.0 | 5,846.4 | 5,146.6 | 4,715.4 | 3,877.2 | 2,964.4 |
| Cash Interest | | | | | 225.8 | 580.6 | 544.4 | 527.0 | 506.8 | 468.9 | 430.7 | 388.1 | 349.6 | 305.3 | 243.6 |
| **New Fixed Rate High Yield Notes due 2017** | | | | | | | | | | | | | | | |
| Scheduled Amortization ($) | 8.50% | | | | | | | | | | | | | | |
| Outst @ period end | | | | | | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 | 2,100.0 |
| Cash Interest | | | | | | 178.5 | 178.5 | 178.5 | 178.5 | 178.5 | 178.5 | 178.5 | 178.5 | 178.5 | |

*(0.50% circled annotation)*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        BOA-TRB-0002598