**INVESTMENT ANALYSIS - TOWER CONSOLIDATED DEBT SCHEDULE (cont.)**
(Dollars in Millions)

| | | Actual | | | | | | | | | Projected | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| **New Fixed Rate High Yield Notes due 2027 (Refinancing the 2017 Notes)** | | | | | | | | | | | | | | | | |
| Scheduled Amortization ($) | | | | | | | | | | | | | | | | |
| Outst @ period end | | | | | | | | | | | | | | | | 2,100.0 |
| Cash Interest | 8.50% | | | | | | | | | | | | | | | 178.5 |
| **New Floating Rate High Yield Notes due 2017** | | | | | | | | | | | | | | | | |
| Scheduled Amortization ($) | | | | | | | | | | | | | | | | |
| Outst @ period end | | | | | | | | | | | | | | | | |
| Cash Interest | | | | | | | | | | | | | | | | |
| **Zell Notes** | | | | | | | | | | | | | | | | |
| Scheduled Amortization ($) | | | | | | | | | | | | | | | | |
| Outst @ period end | 0.00% | | | | | 185.0 | 194.3 | 204.5 | 215.3 | 226.7 | 238.6 | 251.2 | 264.5 | 278.4 | 293.1 | 308.6 |
| Cash Interest | | | | | | | | | | | | | | | | |
| PIK Interest | 4.92% Compound-> | | | | | | 9.3 | 10.2 | 10.8 | 11.4 | 12.0 | 12.6 | 13.3 | 14.0 | 14.7 | 15.5 |
| **EXISTING DEBT - ROLLED OVER** | | | | | | | | | | | | | | | | |
| *Existing Notes due 2010* | | | | | | | | | | | | | | | | |
| Scheduled Amortization ($) | | | | | | | | | | | | | | | | |
| Outst @ period end | | | | | | 449.0 | 449.0 | 449.0 | 449.0 | | | | | | | |
| Cash Interest | 4.88% | | | | | 21.9 | 21.9 | 21.9 | 14.6 | | | | | | | |
| *Existing Notes due 2013* | | | | | | | | | | | | | | | | |
| Scheduled Amortization ($) | | | | | | | | | | | | | | | | |
| Outst @ period end | | | | | | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | 80.0 | | | | |
| Cash Interest | 7.25% | | | | | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 1.5 | | | | |
| *Existing Notes due 2015* | | | | | | | | | | | | | | | | |
| Scheduled Amortization ($) | | | | | | | | | | | | | | | | |
| Outst @ period end | | | | | | 329.0 | 329.0 | 329.0 | 329.0 | 329.0 | 329.0 | 329.0 | 329.0 | 329.0 | | |
| Cash Interest | 5.25% | | | | | 17.3 | 17.3 | 17.3 | 17.3 | 17.3 | 17.3 | 17.3 | 17.3 | 11.6 | | |
| *Existing Notes due 2023* | | | | | | | | | | | | | | | | |
| Scheduled Amortization ($) | | | | | | | | | | | | | | | | |
| Outst @ period end | | | | | | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 | 95.0 |
| Cash Interest | 7.50% | | | | | 7.4 | 7.4 | 7.4 | 7.4 | 7.4 | 7.4 | 7.4 | 7.4 | 7.4 | 7.4 | 7.4 |
| *Existing Notes due 2027* | | | | | | | | | | | | | | | | |
| Scheduled Amortization ($) | | | | | | | | | | | | | | | | |
| Outst @ period end | | | | | | 83.0 | 83.0 | 83.0 | 83.0 | 83.0 | 83.0 | 83.0 | 83.0 | 83.0 | 83.0 | 83.0 |
| Cash Interest | 6.61% | | | | | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 | 5.6 |
| *Existing Notes due 2096* | | | | | | | | | | | | | | | | |
| Scheduled Amortization ($) | | | | | | | | | | | | | | | | |
| Outst @ period end | | | | | | 130.0 | 130.0 | 130.0 | 130.0 | 130.0 | 130.0 | 130.0 | 130.0 | 130.0 | 130.0 | 130.0 |
| Cash Interest | 7.25% | | | | | 10.7 | 10.7 | 10.7 | 10.7 | 10.7 | 10.7 | 10.7 | 10.7 | 10.7 | 10.7 | 10.7 |
| *Existing TMCT Property Lease* | | | | | | | | | | | | | | | | |
| Scheduled Amortization ($) | | | | | | 17.7 | 38.0 | | | | | | | | | |
| Outst @ period end | | | | | | 38.0 | | | | | | | | | | |
| Cash Interest | 7.70% | | | | | 1.7 | | | | | | | | | | |
| **Other Existing Obligations** | | | | | | | | | | | | | | | | |
| Scheduled Amortization ($) | | | | | | | | | | | | | | | | |
| Outst @ period end | | | | | | 16.9 | 16.9 | 16.9 | 16.9 | 16.9 | 16.9 | 16.9 | 16.9 | 16.9 | 16.9 | 16.9 |
| Cash Interest | 3.00% | | | | | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| *Interest Rate Swap* | | | | | | | | | | | | | | | | |
| Scheduled Amortization ($) | | | | | | | | | | | | | | | | |
| Outst @ period end | | | | | | 24.6 | 24.6 | 24.6 | 24.6 | 24.6 | 24.6 | 24.6 | 24.6 | 24.6 | 24.6 | 24.6 |
| Interest Benefit | | | | | | (2.6) | (2.6) | (2.6) | (2.6) | (2.6) | (2.6) | (2.6) | (2.6) | (2.6) | (2.6) | (2.6) |
| **Summary of Rollover Debt Due 2010-2096** | | | | | | | | | | | | | | | | |
| Scheduled Amortization ($) | | | | | | 17.7 | 38.0 | | 449.0 | | | 80.0 | 678.5 | 329.0 | | |
| Outst @ period end | | | | | | 1,245.5 | 1,207.5 | 1,207.5 | 758.5 | 758.5 | 758.5 | 678.5 | 678.5 | 349.5 | 349.5 | 349.5 |
| Cash Interest | | | | | | 68.4 | 66.7 | 66.7 | 59.4 | 44.8 | 44.8 | 40.3 | 38.9 | 33.2 | 21.6 | 21.6 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY               BOA-TRB-0002599

INVESTMENT ANALYSIS - TOWER CONSOLIDATED DEBT SCHEDULE (cont.)
(Dollars in Millions)

| | | Actual | | | | | Projected | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| **PHONES (due 2029)** | | | | | | | | | | | | | | | |
| Principal Outstanding Beg. Year | 1,256.0 | | | 1,251.1 | 1,247.6 | 1,243.9 | 1,240.0 | 1,235.9 | 1,231.7 | 1,227.2 | 1,222.5 | 1,217.5 | 1,212.3 | 1,206.8 | 1,201.1 |
| Scheduled Amortization ($) | | | | | | | | | | | | | | | |
| TW Shares Owned | | | | | 16.0 | 16.0 | 16.0 | 16.0 | 16.0 | 16.0 | 16.0 | 16.0 | 16.0 | 16.0 | 16.0 |
| Market Price per share | 21.75 | Growth--> | 5.0% | | $ 22.84 | $ 23.98 | $ 25.18 | $ 26.44 | $ 27.76 | $ 29.15 | $ 30.60 | $ 32.13 | $ 33.74 | $ 35.43 | $ 37.20 |
| Less: Market Value of TW stock | | | | | 365.4 | 383.7 | 402.9 | 423.0 | 444.1 | 466.4 | 489.7 | 514.2 | 539.9 | 566.9 | 595.2 |
| Outst @ period end (net) | | | | | 882.2 | 860.2 | 837.2 | 813.0 | 787.5 | 760.8 | 732.8 | 703.4 | 672.4 | 640.0 | 605.9 |
| Cash Interest | 2.00% | | | | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 | 25.1 |
| Principal At BOY per Tax Return | IRS Ruling | | | 2,070.0 | 2,191.4 | 2,287.6 | 2,391.0 | 2,500.0 | 2,615.1 | 2,736.5 | 2,864.7 | 3,000.0 | 3,142.9 | 3,293.7 | 3,452.8 |
| Non-cash Interest Expense (p× 8.125% | | 70.0% | | | 121.4 | 128.5 | 134.1 | 140.2 | 146.6 | 153.3 | 160.4 | 168.0 | 175.9 | 184.3 | 193.1 |
| Time Warner Dividends per Share | | | | | $ 0.22 | $ 0.23 | $ 0.24 | $ 0.25 | $ 0.27 | $ 0.28 | $ 0.29 | $ 0.31 | $ 0.33 | $ 0.34 | $ 0.36 |
| Dividend Yield | | | | | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |
| Total Dividends on the TW shares | | | | | 3.5 | 3.7 | 3.9 | 4.1 | 4.3 | 4.5 | 4.7 | 5.0 | 5.2 | 5.5 | 5.7 |
| **Letters of Credit** | | | | | | | | | | | | | | | |
| Scheduled Amortization ($) | | | | | | | | | | | | | | | |
| Outst @ period end | 2.00% | | | | 59.0 | 59.0 | 59.2 | 60.2 | 63.1 | 68.3 | 76.4 | 87.2 | 100.8 | 117.6 | 137.9 |
| Cash Interest | | | | | 1.2 | 1.2 | 1.2 | 1.2 | 1.3 | 1.4 | 1.5 | 1.7 | 2.0 | 2.4 | 2.8 |
| **Cash Account** | | | | | | | | | | | | | | | |
| Beginning Balance | | | | | 174.7 | 179.1 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 |
| Ending Balance | 3.00% | | | | 179.1 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 | 110.0 |
| Cash Interest Income | | | | | 5.3 | 4.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 |
| Mandatory Principal Repayments | | | | | 17.7 | 123.0 | 85.0 | 534.0 | 85.0 | 85.0 | 165.0 | 85.0 | 414.0 | 85.0 | 2,185.0 |
| New Issuances | | | | | 4,615.8 | | | | | | | | | | 2,100.0 |
| Total Cash Interest Expense | | | | | 502.1 | 855.5 | 819.4 | 796.8 | 764.5 | 726.7 | 684.2 | 640.2 | 596.3 | 540.6 | 479.2 |
| PIK Interest | | | | | | 9.3 | 10.2 | 10.8 | 11.4 | 12.0 | 12.6 | 13.3 | 14.0 | 14.7 | 15.5 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

INVESTMENT ANALYSIS - TOWER CONSOLIDATED DEBT SCHEDULE (cont.)
*(Dollars in Millions)*

| | Actual | | | | Projected | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |

**DEBT TO BE REFINANCED**

*Existing Revolver*
| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Availability | | | | | 750.0 | | | | | | | | | | |
| Outst @ period end | | | | | - | | | | | | | | | | |
| Commitment Fee 0.20% | | | | | 1.5 | | | | | | | | | | |

*Existing Commercial Paper*
| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled Amortization ($) | | | | | - | | | | | | | | | | |
| Outst @ period end | | | | 97.0 | 97.0 | | | | | | | | | | |
| Cash Interest 6.00% | | | | | 5.8 | | | | | | | | | | |

*Existing Variable Rate Debt*
| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Outst @ period beginning | | | | 2,810.0 | 2,810.0 | | | | | | | | | | |
| Repayment during the Period | | | | | 229.3 | | | | | | | | | | |
| Outst @ period end | | | | 2,810.0 | 2,580.7 | | | | | | | | | | |
| Cash Interest 6.20% | | | | | 174.2 | | | | | | | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              BOA-TRB-0002601

**INVESTMENT ANALYSIS - TOWER INCOME STATEMENT BUILD UP ASSUMPTIONS**
(Dollars in Millions)

| | Actual | | | | | Projected | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| **Sales** | | | | | | | | | | | | | | | |
| Publishing | | $ 4,129.9 | $ 4,097.0 | $ 4,025.0 | $ 3,984.0 | $ 3,928.6 | $ 3,880.6 | $ 3,851.4 | $ 3,834.4 | $ 3,831.4 | $ 3,835.8 | $ 3,850.2 | $ 3,879.0 | $ 3,919.7 | $ 3,960.7 |
| Broadcasting & Entertainment | | 1,596.4 | 1,414.0 | 1,408.0 | 1,401.2 | 1,480.3 | 1,486.9 | 1,531.0 | 1,537.0 | 1,567.7 | 1,599.1 | 1,631.1 | 1,663.7 | 1,697.0 | 1,730.9 |
| **Sales Growth** | | | | | | | | | | | | | | | |
| Publishing | | | -0.8% | -1.8% | -1.0% | -1.4% | -1.2% | -0.8% | -0.4% | -0.1% | 0.1% | 0.4% | 0.7% | 1.0% | 1.0% |
| Broadcasting & Entertainment | | | -11.4% | -0.4% | -0.5% | 5.7% | 0.4% | 3.0% | 0.4% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| **Operating Expenses** | | | | | | | | | | | | | | | |
| Publishing | | 3,093.5 | 3,111.0 | 3,094.0 | 3,069.0 | 3,050.9 | 3,051.0 | 3,041.4 | 3,022.0 | 3,013.5 | 3,017.7 | 3,024.6 | 3,044.2 | 3,066.3 | 3,098.4 |
| Broadcasting & Entertainment | | 1,052.1 | 948.0 | 970.0 | 986.5 | 1,012.3 | 1,003.3 | 1,030.1 | 1,048.0 | 1,069.0 | 1,090.3 | 1,112.1 | 1,134.4 | 1,157.1 | 1,180.2 |
| Corporate | | 52.2 | 50.0 | 61.0 | 61.2 | 64.8 | 66.5 | 68.8 | 71.0 | 72.4 | 73.9 | 75.3 | 76.9 | 78.4 | 80.0 |
| **As % Sales** | | | | | | | | | | | | | | | |
| Publishing | | 74.9% | 75.9% | 76.9% | 77.0% | 77.7% | 78.6% | 79.0% | 78.8% | 78.7% | 78.7% | 78.6% | 78.5% | 78.2% | 78.2% |
| Broadcasting & Entertainment | | 65.9% | 67.0% | 68.9% | 70.4% | 68.4% | 67.5% | 67.3% | 68.2% | 68.2% | 68.2% | 68.2% | 68.2% | 68.2% | 68.2% |
| **Core Operating Expense Growth** | | | | | | | | | | | | | | | |
| Publishing | | | 0.6% | -0.5% | -0.8% | -0.6% | 0.0% | -0.3% | -0.6% | -0.3% | 0.1% | 0.2% | 0.6% | 0.7% | 1.0% |
| Broadcasting & Entertainment | | | -9.9% | 2.3% | 1.7% | 2.6% | -0.9% | 2.7% | 1.7% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| Corporate | | | -4.2% | 22.0% | 0.3% | 5.8% | 2.6% | 3.5% | 3.2% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| **Operating Cash Flow** | | | | | | | | | | | | | | | |
| Publishing | | 1,036.4 | 986.0 | 931.0 | 915.0 | 877.8 | 829.6 | 810.0 | 812.4 | 817.9 | 818.2 | 825.6 | 834.8 | 853.4 | 862.3 |
| Broadcasting & Entertainment | | 544.3 | 466.0 | 438.0 | 414.6 | 468.1 | 483.6 | 500.9 | 489.0 | 498.8 | 508.8 | 518.9 | 529.3 | 539.9 | 550.7 |
| **Operating Cash Flow Growth** | | | | | | | | | | | | | | | |
| Publishing | | | -4.9% | -5.6% | -1.7% | -4.1% | -5.5% | -2.4% | 0.3% | 0.7% | 0.0% | 0.9% | 1.1% | 2.2% | 1.0% |
| Broadcasting & Entertainment | | | -14.4% | -6.0% | -5.3% | 12.9% | 3.3% | 3.6% | -2.4% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| **Operating Cash Flow Margin** | | | | | | | | | | | | | | | |
| Publishing | | 25.1% | 24.1% | 23.1% | 23.0% | 22.3% | 21.4% | 21.0% | 21.2% | 21.3% | 21.3% | 21.4% | 21.5% | 21.8% | 21.8% |
| Broadcasting & Entertainment | | 34.1% | 33.0% | 31.1% | 29.6% | 31.6% | 32.5% | 32.7% | 31.8% | 31.8% | 31.8% | 31.8% | 31.8% | 31.8% | 31.8% |
| **EBITDA** | | 1,528.4 | 1,402.1 | 1,359.6 | 1,305.2 | 1,372.4 | 1,329.2 | 1,319.0 | 1,311.0 | 1,324.9 | 1,333.7 | 1,349.8 | 1,367.9 | 1,395.5 | 1,413.7 |
| Growth | | | -8.3% | -3.0% | -4.0% | 5.2% | -3.1% | -0.8% | -0.6% | 1.1% | 0.7% | 1.2% | 1.3% | 2.0% | 1.3% |
| As % of Sales | | 26.7% | 25.4% | 25.0% | 24.4% | 26.6% | 25.9% | 25.7% | 25.6% | 25.7% | 25.7% | 25.8% | 25.8% | 26.0% | 26.0% |
| **Depreciation & Amortization** | | (233.1) | (224.0) | (228.0) | (239.7) | (237.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) | (241.8) |
| Growth | | | -3.9% | 1.8% | 5.1% | -0.8% | 1.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| As % of Sales | | 4.1% | 4.1% | 4.2% | 4.5% | 4.6% | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% | 4.6% | 4.6% | 4.5% | 4.4% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

INVESTMENT ANALYSIS - TRIBUNE BALANCE SHEET TRANSACTION ADJUSTMENTS
(Dollars in Millions)

Page 12
3/23/2007

| | 12/31/2006 | PF Adjustments Step 1 & 2007 Debit | PF Adjustments Step 1 & 2007 Credit | 2007PF | PF Adjustments Step 2 Debit | PF Adjustments Step 2 Credit | 2007PF |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Cash & Equivalents | 174.7 | 4.4 | | 179.1 | | 372.3 | (193.2) |
| Accounts Receivable | 765.9 | | 34.3 | 731.6 | | | 731.6 |
| Inventories | 41.0 | | 0.7 | 40.3 | | | 40.3 |
| Broadcast Rights | 272.0 | | | 272.0 | | | 272.0 |
| Deferred Income Taxes | 74.5 | | | 74.5 | | | 74.5 |
| Assets Held For Sale | - | | | - | | | - |
| Prepaid Expenses & Other | 49.5 | | 0.8 | 48.7 | | | 48.7 |
| Total Current Assets | 1,377.4 | | | 1,346.1 | | | 973.8 |
| PP&E, Net | 1,685.1 | | 138.9 | 1,546.2 | | | 1,546.2 |
| Broadcast Rights | 295.2 | | 12.0 | 283.2 | | | 283.2 |
| Goodwill | 5,837.2 | | | 5,837.2 | 9,800.3 | 5,837.2 | 9,800.3 |
| Intangible Assets | 2,846.1 | | | 2,846.1 | | | 2,846.1 |
| Other Investments | 564.8 | | 12.6 | 552.1 | | | 552.1 |
| Prepaid Pension Costs | 293.5 | | 3.0 | 290.5 | | | 290.5 |
| Assets Held For Sale | 9.2 | | | 9.2 | | | 9.2 |
| Other | 143.9 | 80.8 | | 224.7 | 138.8 | | 363.5 |
| Total Assets | 13,052.3 | | | 12,935.2 | | | 16,664.9 |
| **LIABILITIES AND EQUITY** | | | | | | | |
| Accounts Payable, Accrued Exp & Other | 691.2 | 13.6 | | 677.5 | | | 677.5 |
| Contracts Payable for Broadcast Rights | 317.9 | | | 317.9 | | | 317.9 |
| Liabilities Associated With Assets Held For Sale | - | | | - | | | - |
| Deferred Income | 108.6 | | | 108.6 | | | 108.6 |
| Total Current Liabilities | 1,117.7 | | | 1,104.1 | | | 1,104.1 |
| New Bank Facility | | | | | | | |
| Revolver | - | | | - | | | - |
| Term Loan A | - | | 4,615.8 | 4,615.8 | | 3,884.2 | - |
| Term Loan B | - | | | - | | | 8,500.0 |
| Total Bank Debt | - | | | 4,615.8 | | | 8,500.0 |
| New Fixed Rate High Yield Notes due 2017 | | | | | | 2,100.0 | 2,100.0 |
| Refinanced Fixed Rate High Yield Notes due 2027 | - | | | - | | | - |
| New Floating Rate High Yield Notes due 2017 | - | | | - | | | - |
| Zell Notes | - | | | - | | 185.0 | 185.0 |
| Existing Commercial Paper | 97.0 | | | 97.0 | 97.0 | | - |
| Existing Variable Rate Debt | 2,810.0 | 229.3 | | 2,580.7 | 2,580.7 | | - |
| Existing Fixed Rate Debt | 1,525.2 | 279.7 | | 1,245.5 | | | 1,245.5 |
| PHONES Debt Related to TW Stock | 902.7 | | | 902.7 | | | 902.7 |
| Total Debt | 5,335.0 | | | 9,441.7 | | | 12,933.2 |
| Deferred Income Taxes | 1,974.7 | 6.5 | | 1,968.2 | | | 1,968.2 |
| Contracts Payable for Broadcast Rights | 425.9 | | | 425.9 | | | 425.9 |
| Liabilities Associated With Assets Held for Sale | - | | | - | | | - |
| Deferred Compensation | 392.2 | 108.2 | | 284.0 | 75.0 | | 209.0 |
| Other Liabilities | 165.4 | 15.0 | | 150.4 | | | 150.4 |
| Total Liabilities | 9,410.9 | | | 13,374.4 | | | 16,790.9 |
| Stockholders' Equity | 3,641.4 | 4,080.5 | | (439.2) | (273.2) | 40.0 | (126.0) |
| Total Liabilities & Equity | 13,052.3 | | | 12,935.2 | | | 16,664.9 |
| Balance Check | - | | | - | | | - |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                BOA-TRB-0002603

INVESTMENT ANALYSIS - TAX LIABILITY CALCULATION

| | Actual | | | | | Projected | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| Pre-Tax Income (per books) | | | | | 643.7 | 336.9 | 366.8 | 416.7 | 447.4 | 506.1 | 564.7 | 632.5 | 717.1 | 823.5 | 911.9 |
| Net Benefit of PHONES Interest | | | | | (96.2) | (103.4) | (109.0) | (115.1) | (121.5) | (128.2) | (135.3) | (142.8) | (150.8) | (159.2) | (168.0) |
| Benefit of Principal Payment on Intra-Company ESOP Loan | | | | | - | (2.2) | (2.4) | (2.6) | (2.8) | (3.0) | (3.2) | (3.5) | (3.8) | (4.1) | (4.4) |
| Incremental Compensation Paid in Retirement of ESOP Shares | | | | | - | 359.8 | - | - | - | - | - | - | - | - | - |
| Taxable Income Associated with Cubs, CSN and Recycler Sale | | | | | (100.0) | | | | | | | | | | |
| Advisory Fees | | | | | (57.0) | | | | | | | | | | |
| Deal-Related Management Fees | | | | | | | | | | | | | | | |
| Difference between book and tax depr | | | | | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 |
| Taxable Income (per tax return) | | | | | 415.5 | 616.1 | 280.4 | 324.1 | 348.2 | 399.9 | 451.1 | 511.1 | 587.6 | 685.3 | 764.5 |
| Zell Ownership % | | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Zell Allocation of Income | | | | | | - | - | - | - | - | - | - | - | - | - |
| Zell Interest Income | | | | | | 9.3 | 10.2 | 10.8 | 11.4 | 12.0 | 12.6 | 13.3 | 14.0 | 14.7 | 15.5 |
| Total Zell Income | | | | | | 9.3 | 10.2 | 10.8 | 11.4 | 12.0 | 12.6 | 13.3 | 14.0 | 14.7 | 15.5 |
| Zell Tax Rate | | | | | | 39.5% | 39.5% | 39.5% | 39.5% | 39.5% | 39.5% | 39.5% | 39.5% | 39.5% | 39.5% |
| Zell Tax Liability | | | | | | 3.7 | 4.0 | 4.3 | 4.5 | 4.7 | 5.0 | 5.2 | 5.5 | 5.8 | 6.1 |
| Corporate Tax Savings | | | | | 166.2 | 102.5 | 112.2 | 129.6 | 139.3 | 159.9 | 180.4 | 204.4 | 235.0 | 274.1 | 305.8 |
| *Intra-Company ESOP Loan* | | | | | | | | | | | | | | | |
| Outst @ period beginning | | | | | - | 250.0 | 247.8 | 245.4 | 242.8 | 240.1 | 237.1 | 233.8 | 230.3 | 226.5 | 222.4 |
| Scheduled Amortization | 8.00% 30 Year | | | | - | 2.2 | 2.4 | 2.6 | 2.8 | 3.0 | 3.2 | 3.5 | 3.8 | 4.1 | 4.4 |
| Bullet Payment | | | | | - | - | - | - | - | - | - | - | - | - | - |
| Outst @ period end | | | | | - | 247.8 | 245.4 | 242.8 | 240.1 | 237.1 | 233.8 | 230.3 | 226.5 | 222.4 | 218.0 |
| Cash Interest | | | | | - | 20.0 | 19.8 | 19.6 | 19.4 | 19.2 | 19.0 | 18.7 | 18.4 | 18.1 | 17.8 |
| Total Interest & Principal | | | | | - | 22.2 | 22.2 | 22.2 | 22.2 | 22.2 | 22.2 | 22.2 | 22.2 | 22.2 | 22.2 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0002604