*ROBERT R. MCCORMICK TRIBUNE FOUNDATION*
*Advisory Committee of Independent Directors*

January 5, 2007

Independent Special Committee of the Board of Directors
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: William A. Osborn, Lead Independent Director

Dear Mr. Osborn:

Re:   Transaction with the Tribune Company

As you may know, the Robert R. McCormick Tribune Foundation, a holder of approximately 28 million shares of Tribune Company common stock, has established a special Advisory Committee of the independent directors of the Foundation's board, whose membership consists of two non-Tribune executives, to determine what course of action is in its best interests with regard to its Tribune Company investment. To date, the Advisory Committee has hired its own financial and legal advisors and studied a number of different potential options.

We are prepared at this time to proceed with a tax-free "split-off" of Tribune Company's Broadcasting and Entertainment segment in combination with a leveraged recapitalization of the Publishing segment (the "Transaction"). Under our proposal, the recapitalized Publishing segment would be acquired by us and one or more private investors and the remaining Tribune shareholders would receive a combination of the Broadcasting and Entertainment segment and cash. Our proposal would value the Publishing segment, including the Company's interest in CareerBuilder and related Internet investments in the area of $8.25 billion. We believe that this Transaction, in combination with the split-off of the broadcasting business, should provide the public shareholders of the Tribune Company value per share in excess of the current market price. We are one of the few shareholders positioned to facilitate the proposed structure and believe that our longstanding ownership of Tribune Company stock makes us an attractive partner for the Tribune Company in such a Transaction.

The consummation of the Transaction by the Foundation is subject to the fulfillment, in our sole discretion, of the following conditions: (i) results of our due diligence review, including satisfactory review of tax and other contingent liabilities, must be acceptable to us, (ii) satisfaction with the final structure of the Transaction, (iii) the Foundation shall have partnered with one or more equity investors and obtained financing on terms and conditions satisfactory to it in an aggregate amount which is sufficient to consummate the Transaction, (iv) obtaining all governmental, regulatory, third party and shareholder consents and approvals necessary to consummate the Transaction and (v) execution of definitive Transaction documents.

EXHIBIT
FitzSimons - 5
5-14-07 (DS)

TRIB 002296
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0000533

We look forward to partnering with you on this Transaction. Feel free to contact Jill Greenthal at (617) 646-2920 if you have any questions or comments.

Very truly yours,

ROBERT R. McCORMICK TRIBUNE FOUNDATION
Advisory Committee of Independent Directors

By: _____John W. Madigan_____
         John W. Madigan

2

TRIB 002297
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0000534