**Churlin, Toni**

| | |
|---|---|
| From: | Brien O'Brien [obrien@advisoryresearch.com] |
| Sent: | Thursday, January 11, 2007 3:43 AM |
| To: | Wander, Herbert S. |
| Subject: | Re: Conversation with Charles "Chip" Mulaney, Counsel to the Special Committee of the Tribune Board |

The key thought I had last night is referenced in your e-mail below - which is - how can the special committee proceed without knowing very specifically what the goals and objectives of 33 percent of the owners and of what the goals, objectives and desires of management are.

In short- its time for everyone to talk frankly, openly and confidentially.  And as distatasteful as it is, the foundation does need to talk to the chandlers

The independence of the special committe of the board has been important up till now.  But I think it is is time for everyone to declare their intentions.  Otherwise we may find ourselves on a merry-go-round that never ends- or worse, ends right back where we all started 6 months ago.
B


----- Original Message -----
From: Wander, Herbert S. <hwander@kattenlaw.com>
To: Madigan, John W. <JMadigan@tribune.com>; jdowdle@tribune.com <jdowdle@tribune.com>; tchomicz@quarles.com <tchomicz@quarles.com>; Brien O'Brien; Greenthal@blackstone.com <Greenthal@blackstone.com>; bueker@blackstone.com <bueker@blackstone.com>
Cc: Koeneman, Keith R. <keith.koeneman@kattenlaw.com>; Olson, Emily C. <emily.olson@kattenlaw.com>; Smulkowski, Ziemowit T. <ziemowit.smulkowski@kattenlaw.com>
Sent: Wed Jan 10 16:11:15 2007
Subject: Conversation with Charles "Chip" Mulaney, Counsel to the Special Committee of the Tribune Board

I just got off a call with Chip Mulaney.  I explained to him our inability to proceed substantively in the absence of further discussions with The Tribune management.

He indicated that the principle concern of the Special Committee is that perspective acquirors do not compromise the integrity of management by offering them substantial salaries, ownership, etc.  We then explored ways by which we could have substantive discussions with The Tribune management as part of our due diligence process.  For example, they would have no objection to us asking management what they thought of:

   --   a sale of publishing to a group involving the Foundation and Gannett or Hearst or X, Y, or Z

   --   whether it was wise to split publishing from broadcasting/entertainment

   --   whether management wants to continue to work for publishing or broadcasting/entertainment under the above scenarios

   --   etc.

Based on my conversation with Chip, I think we can develop a series of questions that would satisfy our needs.  Chip also indicated that they would like to have lawyers and/or bankers present to monitor the due diligence.  This should be no problem.

I also indicated that at some point we are going to have to talk to the Chandlers or their representatives, particularly in view of the Chandlers request that the Foundation enter into a voting agreement.  I pointed out, moreover, that it is going to be difficult to do a transaction unless the 30% shareholders are reasonably comfortable.  He acknowledged this and I doubt whether we will have a problem in speaking to the Chandlers at the appropriate time.

1

FOUN0007432

Finally, I discussed timing. He acknowledged that if they don't get a satisfactory offer for the entire Company on January 17, we will have time to submit a thorough proposal. He did recommend, however, that we submit as much as we can on January 17th so we can stay in the ring.

Please let me have your reactions and we will then discuss them on our 5:00 Central call tomorrow (please note the time change from our regular call in time).

Herbert S. Wander
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL  60661
tel 312-902-5267
fax 312-577-8885
hwander@kattenlaw.com

==============================================================
CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
==============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
==============================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).
==============================================================

FOUN0007433