## Churlin, Toni

| | |
|---|---|
| From: | Wander, Herbert S. |
| Sent: | Monday, January 22, 2007 2:18 PM |
| To: | Madigan, John W.; jdowdle@tribune.com; tchomicz@quarles.com; Greenthal, Jill |
| Cc: | Bueker, Kathryn; Dugan, Michael; Koeneman, Keith R.; Smith, Eric A.; Olson, Emily C.; Smulkowski, Ziemowit T. |
| Subject: | PRIVILEGED & CONFIDENTIAL Call from the Chandlers' Lawyer |

I just had a call from Andy Bogan of Gibson Dunn who is counsel for the Chandlers. Andy and I did some transactions many years ago (in the 1970s). Andy thought it would be a good idea to have the two largest stockholders of the Tribune talk with each other. He suggested that if we talk about the "direction" we think the Tribune should go, we could probably do so under our existing NDAs without getting approval from the Tribune to do so. He also recognized that we could go to the Tribune to get approval to talk to each other. He thought the conversation should take place between Goldman and Blackstone and indicated two possible subjects:

1. They have evidently included us as a participant with them in their modeling and would like the bankers to discuss that; and

2. They recognize they need our consent to their transaction because of the 80% vote requirement and want to explore this.

We also acknowledged that our talks (if they occur) should avoid reaching any agreement or understanding between us since that might trigger the necessity to file an amendment to our 13Ds and trip the poison pill.

I know Jim is driving to Decatur and can take a call any time this afternoon. John is at a board meeting in San Francisco and can participate for 20 minutes in a conference call this afternoon. Jill and Tom, please let me know what time(s) work for you.


Herbert S. Wander
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL  60661
tel 312-902-5267
fax 312-577-8885
hwander@kattenlaw.com


1/22/2007