*ROBERT R. MCCORMICK TRIBUNE FOUNDATION*
*Advisory Committee of Independent Directors*

February 2, 2007

Mr. Michael Costa  
Managing Director  
Merrill Lynch & Co.  
4 World Financial Center  
30th Floor  
New York, NY 10080

Ms. Christina Mohr  
Managing Director  
Citigroup Global Markets Inc.  
388 Greenwich Street  
36th Floor  
New York, NY 10013

Dear Ms. Mohr and Mr. Costa:

At this point in the process, we believe it appropriate to share the analysis and conclusions of the Robert R. McCormick Tribune Foundation ("Foundation") with the Special Committee of the Board of Directors ("Special Committee") of Tribune Company ("Company"). Please share this letter with the Special Committee.

Since our last letter to you of January 17, 2007, we and our representatives have continued to actively pursue due diligence and analysis of the alternatives available to the Company to be able to determine the best course of action for the Company and the Foundation to take. These activities have included, among others, further due diligence with respect to the Company's operations and forecasts, meetings with senior management of the Company and discussions with the advisors to the Special Committee. In large part, we have also concentrated our examination on the alternatives available to the Company, of which we are aware. In addition, we have through our legal and financial advisors (with the Company's permission) had a number of discussions and one meeting with the representatives of the Chandler Trusts. These discussions have been exploratory in nature to examine the goals of the Chandler Trusts and the Foundation to determine if there is any common ground upon which we can both assist the Company in its efforts. Thus far, these discussions have been constructive and we plan to continue them.

First, our views have not materially changed from those we expressed to the Special Committee in our January 17, 2007 letter (attached). In the absence of an offer for the entire Company at a significant premium over the current market price of the Company's common stock, we have had to carefully analyze the alternatives available. To our knowledge, these include the Burkle and Broad ("B&B") and the Chandler Proposals. Based on our evaluation, we prefer the self-help approach described below. With respect to the B&B Proposal, we believe, among other issues, it leverages the Company too much, the stub equity value is questionable, control of the Company will have passed to B&B for an insufficient premium to the other stockholders and that the sponsors lack

Confidential

CITI-TRIB-CC 00017301

experience in the publishing world. As to the Chandler Proposal, even with the modifications they have made this past week, we do not believe it creates sufficient value for the rest of the stockholders and it contains too many conditions for its successful execution, including the requirement that the Foundation execute a voting agreement with the Chandler trusts. It is, moreover, of paramount importance to the Foundation to preserve and enhance the value of the Foundation's Tribune holdings that the current efforts of the Special Committee should create an environment in which the management of the Company can concentrate on operations and not be distracted by the tensions that have prompted the current situation.

Second, in the absence of a compelling proposal for the entire Company, we strongly prefer the self-help approach. The most attractive, from our standpoint, is a cash dividend in the range of $20 per share with a splitting of the Company into two separate independent companies, namely, publishing and broadcasting/entertainment. In addition, under this scenario, the Cubs and Sportsvision should be sold. Based on our due diligence, we believe this level of leverage is considerably more prudent than the B&B Proposal and we believe that current management can successfully manage the Company at this leverage level. We also believe that splitting the Company will add overall total market value, eliminate FCC concerns and create optimal future strategic flexibility for the two businesses. We would be happy to discuss our analysis in more detail with the Special Committee or its advisors.

Third, we also want the Special Committee to know that if the self-help approach is adopted, the Foundation might consider increasing its equity ownership in the Company at a fair price. This would be potentially possible if we are convinced that it will result in both a sound financial investment for the Foundation and create a stable environment in which the Company (or split companies) can operate.

We wish to close with a few concluding remarks. We believe the process conducted by the Special Committee has demonstrated that the market has plainly shown that a sale of the Company at this time is not appropriate – both because of weak market conditions for the publishing industry and the lack of a buyer who wants to operate in both of the Company's major business segments. We also believe management's performance has been validated by the lack of interest on the part of private equity firms who have evidently concluded that the Company is well-managed, with few inefficiencies. Under very difficult market conditions, Company management has shown financial and operating discipline. Finally, we believe the process has taken a long time and has taken a significant toll on management of the Company. We urge that the process be concluded in the very near future.

We thank the Special Committee, its financial and legal advisors and the management of the Company for their excellent cooperation in connection with our due diligence and analytical processes.

We would like to meet as soon as possible with the Special Committee and/or its advisors to discuss this response in further detail. Please contact us to arrange such a meeting.

Confidential
CITI-TRIB-CC 00017302

Please contact us through our financial advisor, Jill Greenthal of The Blackstone Group (office 617-646-2920; cell 617-513-1449; e-mail greenthal@blackstone.com).

Very truly yours,

ROBERT R. McCORMICK TRIBUNE FOUNDATION
Advisory Committee of Independent Directors

By: _____
    John W. Madigan

By: _____
    James C. Dowdle

Confidential

CITI-TRIB-CC 00017303