TRIBUNE COMPANY
SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS
MEETING
SATURDAY, FEBRUARY 3, 2007
(7:30 A.M. CENTRAL TIME)

AGENDA

CALL IN INFORMATION
Toll free: (888) 453-4408
International: (719) 867-4928
Passcode: 478590

1. Update from Morgan Stanley on Status of Third Party Proposals

2. Report on Discussions with McCormick Tribune Foundation

3. Management Observations on Operations Under Third Party Proposals and Possible Restructurings

4. Morgan Stanley Report

5. Discussion of Third Party Proposals and Possible Restructurings

6. Approval of Minutes

TRIB 000023
HIGHLY CONFIDENTIAL

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRIB-G0007783