| | |
|---|---|
| From: | Greenthal, Jill |
| Sent: | Wednesday, January 31, 2007 01:30 PM |
| To: | Wander, Herbert S. |
| Subject: | FW: Understand that you are still at the Tower |
| Attachments: | Blackstone Disclaimer.txt |

```
From: Costa, Michael (IBK-NY) [mailto:michael_costa@ml.com]
Sent: Tuesday, January 30, 2007 3:54 PM
To: Greenthal, Jill
Subject: Re: Understand that you are still at the Tower

Not sure discussion of possible paths was on agenda. There are some fairly well defined rules in
this process including contacts with company. Would appreciate you sticking to those as other
potential bidders are
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)




----------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Greenthal, Jill <Greenthal@blackstone.com>
To: Costa, Michael  (IBK-NY)
Sent: Tue Jan 30 15:46:02 2007
Subject: Re: Understand that you are still at the Tower

I didn't say we made any proposl--just discussed possible paths. See below

----- Original Message -----
From: Costa, Michael  (IBK-NY) <michael_costa@ml.com>
To: Greenthal, Jill
Sent: Tue Jan 30 15:38:41 2007
Subject: Re: Understand that you are still at the Tower

Great that would be helpful. Guess I understood nature of meeting was to hear levels of leverage
mgmt comfortable with. Surprised even oral proposals made in this forum
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)
```

FOUN0014779

---------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Greenthal, Jill <Greenthal@blackstone.com>
To: Costa, Michael  (IBK-NY)
Sent: Tue Jan 30 15:31:49 2007
Subject: Re: Understand that you are still at the Tower

We made no written proposal. Discussed possible paths. Happy to discuss at 4pm

----- Original Message -----
From: Costa, Michael  (IBK-NY) <michael_costa@ml.com>
To: Greenthal, Jill
Sent: Tue Jan 30 15:26:48 2007
Subject: Re: Understand that you are still at the Tower

I understand Founndation may have made a proposal to company this morning along lines of recap. Would you be good enough to send on to me and Christina in accord with confi agmt and procedures we have in place.
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)



---------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Greenthal, Jill <Greenthal@blackstone.com>
To: christina.mohr@citigroup.com <christina.mohr@citigroup.com>; Costa, Michael  (IBK-NY)
Sent: Tue Jan 30 15:03:44 2007
Subject: Re: Understand that you are still at the Tower

Ok

----- Original Message -----
From: Mohr, Christina [CIB-GBKG] <christina.mohr@citigroup.com>
To: Greenthal, Jill; michael_costa@ml.com <michael_costa@ml.com>
Sent: Tue Jan 30 14:55:26 2007
Subject: RE: Understand that you are still at the Tower

May we do 4pm est?  Please use the following number:

1 866 548 4717

Participant code  801047#

---

From: Greenthal, Jill [mailto:Greenthal@blackstone.com]
Sent: Tuesday, January 30, 2007 2:24 PM
To: Mohr, Christina [CIB-GBKG]
Subject: Re: Understand that you are still at the Tower


That doesn't work. Have a window between 4pm and 5pm est

----- Original Message -----
From: Mohr, Christina [CIB-GBKG] <christina.mohr@citigroup.com>

FOUN0014780

To: Greenthal, Jill
Sent: Tue Jan 30 12:24:13 2007
Subject: Understand that you are still at the Tower

Do you have time to speak to me and Michael Costa this afternoon? After 2:30 pm est would be best for us. Let me know and I will circulate a dial in number.

Please open the following attachment for important information regarding this e-mail communication.

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click here <http://www.ml.com/email_terms/> for important additional terms relating to this e-mail.
http://www.ml.com/email_terms/

FOUN0014781