February 12, 2007

Ms. Jill Greenthal
The Blackstone Group
2 International Place, 22nd Floor
Boston, MA  02110

Re:    *Attached Copy of Letter from the Chandler Trusts*

Dear Jill:

Following up on our call yesterday, on behalf of the Chandler Trusts we wanted to share with you and your clients the McCormick and Cantigny Foundations the attached letter which we have sent this morning to the financial advisors of the Special Committee.  As we discussed in our call yesterday:

- The Chandler Trusts and their equity partners are continuing to work on their proposal to buy Tribune Publishing and spin-off Tribune Broadcasting.  We want to continue to work with the Foundations to gain their support for both the structure and economics of our proposal.

- We expect that our revised proposal will provide a financing structure that will provide Tribune's stockholders a substantial immediate cash distribution (through a self-tender offer or similar mechanism) of approximately $18 per share.  Funds for this cash distribution will come from a bridge financing, to be replaced with a financing package for Tribune Publishing and Tribune Broadcasting.  We anticipate that the minimum amount of cash to be provided by our revised proposal will be at least $24 per share and potentially higher.

- You informed us that one of the Foundations' concerns with the Trusts' initial proposal was the perceived insufficient premium being offered by the Trusts for Tribune Publishing.  As we suggested on yesterday's call, perhaps this view should be revisited given that we both learned last Wednesday of Tribune Publishing's disappointing January operating performance and $70 million reduction to forecasted operating cash flow for 2007

- The Chandler Trusts are open to working to ensure that the Foundations' relationships with Tribune, both in terms of the requirement that the Trustees of the Foundation be Tribune employees or retired employees and in terms of the fundraising relationship between the Foundations and Tribune are preserved in a manner that is satisfactory to the Foundations.  In addition, the Trusts have a special governance relationship with respect to the Los Angeles Times and we would consider implementing a similar governance structure if this is important to the Foundations.

FOUN0001018

McCormick Foundation
February 12, 2007
Page 2

- You told us that one of the Foundations' concerns with the Trusts' proposal is its perceived conditionality. First, while it is true that an 80% shareholder vote will be required to approve any buyout by the Chandler Trusts, we believe that with the support of the Foundations the prospects of obtaining this vote are excellent. Second, we remain willing to discuss the timing for delivery of audited financial statements for Tribune Broadcasting and Tribune Publishing. With the cooperation of Tribune, we believe we can solve this issue in a manner that is satisfactory to all parties. Third, we expect that our revised proposal would require the Chandler Trusts to proceed with the transaction regardless of whether management's operating cash flow estimates are achieved. Instead of having a walk-away right, we envision having a purchase price adjustment based on operating cash flow that will only kick in if operating cash flow deteriorates to a level that will require additional equity investment. Finally, although a tax ruling is required in connection with our proposal, all of our tax advisors are comfortable that we will be able to obtain the necessary ruling expeditiously.

Like you, we were surprised to learn last Wednesday of Tribune Publishing's disappointing January operating performance and the $70 million reduction to forecasted 2007 operating cash flow. As a result and as we discussed with you yesterday, we require additional information to fully assess the implications of this information for the Trusts' proposal. We and our debt and equity financing sources are continuing to work expeditiously and in good faith to diligence Tribune's new forecasts and results in order to be able to provide a revised proposal that will maximize value for all of Tribune's stockholders, other than the Chandler Trusts. We appreciate your willingness to continue our dialogue with respect to our proposal, which we believe deserves careful consideration when compared with the stand-alone proposal that we expect to come from Tribune in the next few days.

Very truly yours,

Tom Unterman
Rustic Canyon Partners

Michael Smith
Goldman, Sachs & Co.

cc:    William Stinehart, Esq.
       Herb Wander, Esq.

February 12, 2007

Michael Costa
Merrill Lynch & Co., Inc.
4 World Financial Center
250 Vesey Street
New York, New York 10080

Christina Mohr
Citigroup Global Markets, Inc.
388 Greenwich Street, 36th Floor
New York, New York 10013

Dear Michael and Christina;

As you are aware, we have been working on behalf of Chandler Trust No. 1 and Chandler Trust No. 2 (collectively, the "Chandler Trusts") to submit a revised proposal with respect to the acquisition of Tribune Company ("Tribune") to its Special Committee in advance of the meetings of the Special Committee and Tribune's board of directors today and tomorrow. On February 7th, we participated in a diligence session with Tribune management to review financial results for January 2007 and management's updated budget for 2007. At this session, we were notified of the disappointing operating performance in January of Tribune's publishing segment ("Tribune Publishing") and the reduction to management's forecasted operating cash flow for 2007 by $70 million, implying a $16 million year over year decline. The magnitude of this reduction is significant and came as a surprise. As a result, we will require additional information to fully assess its implications.

Despite the Tribune January results and the downward revisions to the 2007 budget, we and our debt and equity financing sources are prepared to continue to work expeditiously and in good faith to diligence Tribune's new forecasts and results in order to be able to provide a proposal that will maximize value for Tribune's stockholders, other than the Chandler Trusts. Of course, in order to do so, we will need access to additional information for our diligence review, in particular, meetings with the publishers of the newspapers and their staffs to discuss the revised forecasts.

While the sudden change in forecasted operations delayed the submission of our revised proposal, with Tribune's cooperation, we believe we will be in a position to submit it within 10 days. We expect that our revised proposal, when submitted, will contain two significant changes. First, we anticipate that the minimum amount of cash to be provided to stockholders other than the Chandler Trusts by our revised proposal would be at least $24.00 per share payable to Tribune stockholders in two steps, and could potentially be higher depending on the results of our diligence. Our proposal will contain a financing structure that would provide Tribune's stockholders a substantial immediate cash distribution (through a self tender offer or similar mechanism) of approximately $18 per share. Funds for the immediate cash distribution will come from a bridge financing, to be replaced with a

financing package for Tribune Publishing and Tribune's broadcasting and entertainment segment ("Tribune Broadcasting") upon completion of separate audits for Tribune Broadcasting and Tribune Publishing. An additional cash distribution of at least $6 per share, and potentially higher, would be made to Tribune stockholders (other than the Chandler Trusts) following the closing of the acquisition of Tribune Publishing by the Chandler Trusts and its partners. Second, we anticipate that any revised proposal would eliminate the Chandler Trusts' termination right upon a failure of Tribune to achieve an operating cash flow target. Instead, a purchase price adjustment would be added, but only to take effect at a level where the declining operating cash flow would otherwise require additional equity investment in a proposed transaction.

Our equity partners now include News Corporation, Centerbridge Partners, Evercore Partners and Wasserstein & Co. Each is committed to remain engaged with us as we complete the work to submit a revised proposal. We have also continued our discussions with our debt financing sources, Goldman, Sachs & Co., Merrill Lynch and Citigroup, and we are confident that we will be able to obtain debt financing commitments upon the completion of our diligence.

### Advantages of Chandler Trusts Proposal

The structure that we expect to include in any revised proposal would provide unique advantages to Tribune stockholders by:

- providing full value for Tribune stockholders, including at least $24.00 in cash (plus an ongoing interest in Tribune Broadcasting), 66% of which may be paid immediately following execution of the transaction agreements, but in no event later than May 2007 when the audits for Tribune Broadcasting and Tribune Publishing are completed;

- providing a premium valuation for Tribune Publishing and transferring Tribune Publishing to private ownership, free from the consistent earnings pressure faced by public companies, while it undergoes the painful transition from a print-focused business to a company built on long-term interactive growth;

- enabling the separation of Tribune Publishing from Tribune Broadcasting without the incurrence of tax, while providing Tribune's stockholders (other than the Chandler Trusts) the opportunity to realize the full operating and strategic appreciation potential of Tribune Broadcasting;

- providing Tribune's stockholders (other than the Chandler Trusts), the opportunity to recapture approximately 65% of any future value from the Matthew Bender and Mosby tax litigation; and

- avoiding the potential for significant regulatory delays arising from the Federal Communications Commission's cross-ownership rules.

2

FOUN0001021

The Chandler Trusts are making several significant financial concessions and undertaking significant risk to ensure that the proposal we expect to make is fair to all public stockholders. Specifically:

- *Favorable Assets.* All stockholders other than the Chandler Trusts would receive an ongoing equity interest in Tribune Broadcasting, including the 20% interest in Tribune Broadcasting that represents the Chandler Trusts' pro rata stake in Tribune Broadcasting, and in exchange, the Chandler Trusts would retain a 51% interest in Tribune Publishing. Tribune Broadcasting is generally viewed by Wall Street analysts and investors as having more embedded value and growth potential relative to Tribune Publishing and it continues to perform well with improved network ratings and EBITDA performance, while Tribune Publishing forecasts continue to be subject to downward revisions as a result of challenges to retail and classified advertising and weak circulation trends.

- *Mitigated Risk on Trading of Tribune Broadcasting.* The Chandler Trusts would agree to share a portion of the trading risk of Tribune Broadcasting following the spin-off in the event that Tribune Broadcasting trades below our target EBITDA multiple. Specifically, we would expect to include a collar mechanism described in our January 26, 2007 letter that would create a floating exchange ratio for the value of the Chandler Trusts' pro rata interest in Tribune Broadcasting. As a result, if the Tribune Broadcasting stock were to trade below the targeted level, Tribune stockholders (other than the Chandler Trusts) would receive additional cash, while the Chandler Trusts' cash would be concurrently reduced by approximately $1.40 per share. This means that the Chandler Trusts would be effectively selling Tribune Broadcasting to Tribune's other public stockholders at a value that represents a discount relative to comparable public companies, as the low end of the collar mechanism would be set at 10.0x 2007E EBITDA or 10.2x 2007E free cash flow with a 4.2% recurring dividend yield.

- *Extra Cash.* All stockholders other than the Chandler Trusts would receive at least 50% more cash than the Chandler Trusts. The Chandler Trusts would also expect to contribute the real estate assets that were to be acquired by Tribune in 2008 in exchange for additional equity in the acquisition entity in order to support higher levels of leverage at Tribune Publishing. This contribution would reduce the future cash liquidity to the Chandler Trusts by another $3.64 per share versus what they would have received in another transaction.[1]

---

[1]  Based on the $175 million purchase price of the real estate divided by the Chandler Trusts' 48,126,341 shares of Tribune common stock.

3

FOUN0001022

- ***Short Timeframe to Receive Substantial Portion of Cash.***  Unlike a typical merger transaction where stockholders do not receive the transaction consideration until all conditions to the merger are satisfied, we have developed a construct where Tribune stockholders would receive approximately two-thirds of the total cash consideration at least five to six months before the anticipated closing date of the Transaction, if not sooner. This plan reduces the financing risk to Tribune stockholders, which should be extremely attractive given the recent operating performance of Tribune Publishing.

- ***Subordinated Equity in NewCo.***  The Chandler Trusts' equity rolled in the Transaction would be junior to the subordinated debt and preferred stock investments made by their financial partners. The subordination is necessary to create an attractive risk/reward profile for our financial partners in order to deliver premium value to Tribune's public stockholders.

### Value for Broadcasting

The spin-off of Tribune Broadcasting as a separate company remains an important component of any proposal we will make.  As stated in our previous proposal, we strongly believe that our proposed valuation of 11.0x 2007E EBITDA, with an implied 14.3x 2007E free cash flow multiple and a 3% recurring dividend yield, is a conservative estimate for the public trading value of Tribune Broadcasting.  Tribune Broadcasting finished 2006 on a strong note and Tribune management has remained consistently confident in its outlook for Tribune Broadcasting in 2007 and beyond by not adjusting its forecast for this segment. Equity research analysts have also highlighted this segment as an opportunity for upside for Tribune stockholders.  Tribune Broadcasting has the ability to support a high level of debt in order to optimize cost of capital and capital structure, while also paying an attractive recurring cash dividend yield and generate positive equity returns for stockholders.

Nevertheless, the Chandler Trusts remain willing to provide protection for the other Tribune stockholders by placing a collar around this projected trading multiple for a measurement period following the spin-off of Tribune Broadcasting, as described above.

### Valuation for Newspaper Publishing Business

Unfortunately, because of the new information regarding January 2007 results and Tribune's revised 2007 forecast for Tribune Publishing, we are unable to update you at this time regarding our proposed valuation of Tribune Publishing.  Prior to receiving this information, we had further constructive conversations on Tribune's interactive business that, when combined with our positive progress with News Corporation as an equity participant, would have led toward a valuation higher than our initial proposal.  However, because of the revised forecast, further diligence is now required.  We will continue to work toward being able to provide a substantial premium for Tribune Publishing, but will need your cooperation in allowing us access to publishers and other diligence materials so that we can further

4

FOUN0001023

analyze management's revised forecasts on a more detailed basis and reexamine long-term projections.

### Conditions to Closing

In our discussions regarding our prior offer of January 17, 2006, you raised a number of questions related to our conditions to closing. As we have moved through the diligence process, we have been able to scale back and remove a number of these conditions to the benefit of all other stockholders. Although we are not yet in a position to make a revised proposal, we thought that, in order to give you a complete update as to our status, a few remaining conditions to closing merit further explanation.

First, an 80% stockholder vote would be required to approve any transaction involving the Chandler Trusts, a related party to Tribune as defined in Tribune's certificate of incorporation. In addition to voting our own shares (excluding those shares subject to voting agreements with Tribune) in favor of the Transaction, securing the support of the McCormick and Cantigny Foundations (collectively, the "McCormick Foundations") and their 13% stake would be a crucial step in meeting the 80% threshold. If the Special Committee concludes that our proposal is in the best interests of Tribune stockholders, we do not believe the McCormick Foundations will find it to be in their best interests to potentially block the transaction.

Second, as previously noted, we remain willing to discuss conditions related to the content and timing for delivery of audited financial statements for Tribune Broadcasting and Tribune Publishing. We have made several requests for a discussion with Tribune and its advisors to agree as to how and on what schedule these financial statements will be prepared, but we have not yet been given the opportunity to have such a discussion. We have previously indicated that, once we understand the timing, changes in accounting principles, if any, and changes in materiality thresholds, if any, involved in creating the separate company financial statements, these conditions probably can be eliminated. As such, we would expect that the need for such audited financial statements is not seen as a concern by Tribune. In any event, we have constructed a financing structure with our debt financing sources that would enable Tribune stockholders to receive approximately $18 per share in cash immediately through a bridge financing prior to the receipt of audited financial statements.

Third, as mentioned above, given that it will likely take eight to 10 months to close the proposed transaction after signing, in lieu of giving the Chandler Trusts an opportunity to terminate the transaction in the event Tribune does not achieve management's operating cash flow estimates (as provided in our previous proposal), we expect that our revised proposal would require the Chandler Trusts to proceed with the transaction regardless of whether management's estimates are achieved. Instead, as described above, we would envision an appropriate purchase price adjustment based on operating cash flow that will only be operative in the event of deterioration in operating cash flow to a level that will require additional equity investment.

FOUN0001024

Finally, it is worth noting that we still expect that we will be able to arrange for attractive debt financing for Tribune Broadcasting. We will likely propose that, if this debt financing does not occur, or if it occurs at a lower level of leverage, the Transaction would still close, but a delay or diminution would affect the amount of cash stockholders receive in the Transaction (and inversely increase the value of the equity per share value of Tribune Broadcasting after the spin-off).

We look forward to discussing with you the issues mentioned above and scheduling meetings to complete our diligence at your earliest convenience.

Very truly yours,


Tom Unterman
Rustic Canyon Partners

Michael Smith
Goldman, Sachs & Co.

6