## Kendal, Pamela Spitelli

| | |
|---|---|
| **From:** | Smith, Eric A. |
| **Sent:** | Wednesday, March 28, 2007 6:53 AM |
| **To:** | Kendal, Pamela Spitelli |
| **Subject:** | FW: Project Tower- Voting and Proxy Agreement |
| **Attachments:** | CHICAGO-#1501528- v10-Voting and Proxy Agreement- Foundations.DOC$ |

Plese Print. I'll be out of pocket, reachable on my cell after 9, in the office by 10.

---

**From:** Wander, Herbert S.
**Sent:** Tue 3/27/2007 8:42 PM
**To:** 'eric.smith@kattenlaw.com.'
**Subject:** Fw: Project Tower- Voting and Proxy Agreement

Eric, I'll call you in the morning about this. I'll forward it to Jill tonight. Herb

---

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

----- Original Message -----
From: Fogerty, Melissa C <MFogerty@jenner.com>
To: Wander, Herbert S.
Cc: Joe Paolucci <JPaolucci@egii.com>; Marc Hauser <MHauser@egii.com>; Gromacki, Joseph P <JGromacki@jenner.com>; Monson, Thomas A <TMonson@jenner.com>; Boch, Brian R <BBoch@jenner.com>; Wolf, Michael T. <MWolf@jenner.com>; SARosenblum@WLRK.com <SARosenblum@WLRK.com>

Sent: Tue Mar 27 20:27:36 2007
Subject: Project Tower- Voting and Proxy Agreement

Dear Mr. Wander,

Attached pleased find a Voting and Proxy Agreement that we would request that the Robert R. McCormick Tribune Foundation and the Cantigny Foundation enter into in connection with the Project Tower ESOP transaction. Please do not hesitate to contact us with any questions or comments on the attached.

Best regards,
Melissa Fogerty

---

Melissa C. Fogerty
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
Tel (312) 840-7655
Fax (312) 840-7755
MFogerty@jenner.com

3/28/2007

www.jenner.com <http://www.jenner.com/>

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

3/28/2007

FOUN0000079