## Churlin, Toni

**From:** Greenthal, Jill [Greenthal@blackstone.com]
**Sent:** Tuesday, March 27, 2007 8:45 PM
**To:** Wander, Herbert S.; Bueker, Kathryn; jmadigan@tribune.com; JDowdle@tribune.com; tc2@quarles.com; obrien@advisoryresearch.com; Madnani, Sean; Tawil, Miriam; Janofsky, Benjamin; Dugan, Michael
**Subject:** Re: Voting agreement

We just got the agreement. Herb and I just spoke. We are going to reassert our position on fees--ie, that we won't incur more expense until they agree to pay our expenses. We will try to schedule a call later tomorrow. No 11am call for now

----- Original Message -----
From: Wander, Herbert S. <hwander@kattenlaw.com>
To: Bueker, Kathryn; Greenthal, Jill; jmadigan@tribune.com <jmadigan@tribune.com>; JDowdle@tribune.com <JDowdle@tribune.com>; tc2@quarles.com <tc2@quarles.com>; obrien@advisoryresearch.com <obrien@advisoryresearch.com>; Madnani, Sean; Tawil, Miriam; Janofsky, Benjamin; Dugan, Michael
Sent: Tue Mar 27 21:27:06 2007
Subject: Re: Voting agreement

I cannot make the call. Herb.

---

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

----- Original Message -----
From: Bueker, Kathryn <bueker@blackstone.com>
To: Greenthal, Jill <Greenthal@blackstone.com>; Wander, Herbert S.; jmadigan@tribune.com <jmadigan@tribune.com>; JDowdle@tribune.com <JDowdle@tribune.com>; tc2@quarles.com <tc2@quarles.com>; obrien@advisoryresearch.com <obrien@advisoryresearch.com>; Madnani, Sean <Madnani@blackstone.com>; Tawil, Miriam <Tawil@blackstone.com>; Janofsky, Benjamin <Janofsky@blackstone.com>; Dugan, Michael <dugan@blackstone.com>
Sent: Tue Mar 27 20:11:56 2007
Subject: RE: Voting agreement

Please use the following dial-in number for the call at 11:00 am EDT /
10:00 am CDT.

(866) 606-4717
6462925

-----Original Message-----
From: Greenthal, Jill
Sent: Tuesday, March 27, 2007 8:57 PM
To: 'hwander@kattenlaw.com'; 'jmadigan@tribune.com';
'JDowdle@tribune.com'; Bueker, Kathryn; 'tc2@quarles.com';
'obrien@advisoryresearch.com'; Madnani, Sean; Tawil, Miriam; Janofsky,
Benjamin; Dugan, Michael
Subject: Re: Voting agreement

I thought we were just refusing to work on self help. I think getting
fees paid will be part of what we will need to sign a voting agreement,
if we decide we are willing to sign one. We should talk tomorrow
morning. How about an 11am call? (Eastern time)

----- Original Message -----
From: Wander, Herbert S. <hwander@kattenlaw.com>

3/28/2007

To: Greenthal, Jill; jmadigan@tribune.com <jmadigan@tribune.com>;
JDowdle@tribune.com <JDowdle@tribune.com>; Bueker, Kathryn;
tc2@quarles.com <tc2@quarles.com>; obrien@advisoryresearch.com
<obrien@advisoryresearch.com>; Madnani, Sean; Tawil, Miriam; Janofsky,
Benjamin; Dugan, Michael
Sent: Tue Mar 27 20:51:54 2007
Subject: Re: Voting agreement

Jill, we're trying to stop work until we get a positive response on our
request for expense reimbursement. You are correct that if we are to
address the voting agreement, we will need a full set of documents. I
don't see a reason to have a meeting of our group. Let's both ask for
all the documents and say we will need them if we are to consider the
voting agreement, assuming we get our expenses paid. If Jim or John (or
anyone else) disagrees, please let us know. Herb

---

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice
Before the Internal Revenue Service, any tax advice contained herein is
not intended or written to be used and cannot be used by a taxpayer for
the purpose of avoiding tax penalties that may be imposed on the
taxpayer.

----- Original Message -----
From: Greenthal, Jill <Greenthal@blackstone.com>
To: Wander, Herbert S.; jmadigan@tribune.com <jmadigan@tribune.com>;
JDowdle@tribune.com <JDowdle@tribune.com>; Bueker, Kathryn
<bueker@blackstone.com>; tc2@quarles.com <tc2@quarles.com>;
obrien@advisoryresearch.com <obrien@advisoryresearch.com>; Madnani, Sean
<Madnani@blackstone.com>; Tawil, Miriam <Tawil@blackstone.com>;
Janofsky, Benjamin <Janofsky@blackstone.com>; Dugan, Michael
<dugan@blackstone.com>
Sent: Tue Mar 27 19:17:34 2007
Subject: RE: Voting agreement

Herb, we need to also ask them for the schedules and all of the other
docs related to this agreement, including the financing papers...should
I ask the bankers? Or should we all talk first?

-----Original Message-----
From: Wander, Herbert S. [mailto:hwander@kattenlaw.com]
Sent: Tuesday, March 27, 2007 8:15 PM
To: Greenthal, Jill; jmadigan@tribune.com; JDowdle@tribune.com; Bueker,
Kathryn; tc2@quarles.com; obrien@advisoryresearch.com; Madnani, Sean;
Tawil, Miriam; Janofsky, Benjamin; Dugan, Michael
Subject: Re: Voting agreement


Jill, we have not received a voting agreenent. In an e mail I forwarded
to you this morning, we were informed that Jenner and Block would be
sending it to is. As of now, I have not received it. Herb

---

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice
Before the Internal Revenue Service, any tax advice contained herein is
not intended or written to be used and cannot be used by a taxpayer for
the purpose of avoiding tax penalties that may be imposed on the
taxpayer.

----- Original Message -----
From: Greenthal, Jill <Greenthal@blackstone.com>

3/28/2007

FOUN0003710

To: Madigan, John W. <JMadigan@tribune.com>; Dowdle, Jim <JDowdle@tribune.com>; Wander, Herbert S.; Bueker, Kathryn <bueker@blackstone.com>; Chomicz, Thomas E. <TC2@quarles.com>; Brien O'Brien <obrien@advisoryresearch.com>; Madnani, Sean <Madnani@blackstone.com>; Tawil, Miriam <Tawil@blackstone.com>; Janofsky, Benjamin <Janofsky@blackstone.com>; Dugan, Michael <dugan@blackstone.com>
Sent: Tue Mar 27 18:58:28 2007
Subject: Voting agreement

Bankers to the company are now officially asking if we are willing to enter into one...herb, have you gotten a copy of the proposed agreement yet?...we have not

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

3/28/2007