| | |
|---|---|
| From: | Musil, Ruthellyn <RMusil@tribune.com> |
| Sent: | Friday, March 30, 2007 1:48 PM (GMT) |
| To: | Bigelow, Chandler <CBigelow@tribune.com>; Kazan, Daniel G <DKazan@tribune.com>; Weitman, Gary <GWeitman@tribune.com>; Smith, Scott C. <SSmith@tribune.com>; FitzSimons, Dennis J. <DFitzSimons@tribune.com>; Grenesko, Don <DGrenesko@tribune.com>; Kenney, Crane H <CKenney@tribune.com>; Landon, Tim J. <Tlandon@Tribune.com>; Leach, Tom <tleach@Tribune.com>; Lewin, Luis E. <LLewin@tribune.com>; Reardon, John <JReardon@tribune.com> |
| Subject: | FW: Why The ESOP Structure Appeals To Sam, Ron, And Eli |
| Attach: | TRB033007-092346.pdf |

FYI....

-----Original Message-----
**From:** Janedis, John [mailto:john.janedis@wachovia.com]
**Sent:** Friday, March 30, 2007 8:41 AM
**Subject:** TRB: Why The ESOP Structure Appeals To Sam, Ron, And Eli


TRB: Why The ESOP Structure Appeals To Sam, Ron, And Eli

* Burkle/Broad $34 counter-bid also an ESOP buyout structure. Press reports suggest the ESOP structure continues to gain momentum as it relates to the Tribune auction. A discussion with a tax specialist in ESOPs gives us a better understanding of what makes the structure appealing to Zell, Burkle, Broad, and some existing shareholders.

* Equity sellers (Chandlers) can potentially defer capital gains. One of the major benefits of an ESOP structure is that the equity sellers of the acquired entity can defer capital gains tax under IRC section 1042, by purchasing qualified replacement property. This is essentially any debt or equity from either a private or public corporation. The section 1042 transaction is similar to a section 1031 real estate exchange. To qualify for the treatment, the sellers must sell at least 30% of their holdings in the initial tranche (round) of the deal. We think this benefit could be one of the reasons that the company has been favoring the Zell bid, as the Chandlers, the McCormick Trust, and management could all potentially benefit from this.

* Only under ESOPs are interest and principal debt payments tax-deductible. The mechanics are as follows: after the ESOP buyout, the company makes contributions to the ESOP (similar to typical pension contributions) as an operating expense. The ESOP uses the contributions to pay back principal on the debt, though there are limits on the amounts of contributions. Big picture, if a company borrows $10 billion using an ESOP buyout structure, it is equivalent to borrowing $6 billion for a typical buyout (assuming a 40% tax rate), in terms of repayment obligations. Overall, this benefit allows for increased leverage.

* Preferred stock can boost pretax principal debt payment capacity. By incorporating preferred stock in the ESOP buyout structure, dividends can be paid to the ESOP with pretax dollars, which allows for additional tax-free paydown of debt principal, and can supplement the ESOP contribution limits.

* Why would employees go for it  The often cited motivation is to gain an ownership stake in the business and build wealth. While probably true to some extent, we think the employees (or their advisors) believe the assets are undervalued.

John Janedis, CFA
**Publishing & Advertising Agencies**
**Wachovia Securities - Equity Research**
john.janedis@wachovia.com
(P) 212-214-5027
(C) 917-608-6514

WCM is a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of the New York Stock Exchange, the National Association of Securities Dealers, Inc., and the Securities Investor Protection Corp. Wachovia Securities International Limited is a U.K. incorporated investment firm authorized and regulated by the Financial Services Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in this report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information. The information in this report has been obtained or derived from sources believed by Wachovia Capital Markets, LLC, to be reliable, but Wachovia Capital Markets, LLC, does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgement of Wachovia Capital Markets, LLC, at this time, and are subject to change without notice. Wachovia Capital Markets, LLC, and its affiliates may from time to time provide advice with respect to, acquire, hold, or sell a position in, the securities or instruments named or described in this report. For the purposes of the U.K. Financial Services Authority's rules, this report constitutes impartial investment research. Each of Wachovia Capital Markets, LLC, and Wachovia Securities International Limited is a separate legal entity and distinct from affiliated banks. Copyright © 2007 Wachovia Capital Markets, LLC.

Professionals' Eyes Only

TRB0099150