**From:** Ellen Havdala [EHavdala@egii.com]
**Sent:** Saturday, February 03, 2007 6:18 PM
**To:** Bill Pate
**Subject:** Re:

That's great news! Congratulations.

----- Original Message -----
From: Bill Pate
To: Ellen Havdala
Sent: Sat Feb 03 18:14:39 2007
Subject: Re:

Not a surprise. I think the special committee wants a simple solution here. They are running from their shadow.

We just finished our final bd meeting on hc and approved the ulysses merger. Ann't on monday at 5am. It should be a good day.
William Pate
Equity Group Investments, L.L.C.
2 North Riverside Plaza - Suite 600
Chicago, IL 60606
wpate@egii.com

----- Original Message -----
From: Ellen Havdala
To: Bill Pate
Sent: Sat Feb 03 17:57:20 2007
Subject: Re:

I'm sorry. I though it was very creative and was hoping they'd let us go forward to explore it. See you Monday.

----- Original Message -----
From: Bill Pate
To: Ellen Havdala
Sent: Sat Feb 03 17:54:22 2007
Subject: Fw:

Not really. I think the structure is a headache for them, and they are pretty fatigued.
William Pate
Equity Group Investments, L.L.C.
2 North Riverside Plaza - Suite 600
Chicago, IL 60606
wpate@egii.com

----- Original Message -----
From: Bill Pate
To: Philip Tinkler; Nils Larsen; Jeff Klein; Chris Hochschild; Mark Sotir; Joe Paolucci
Sent: Sat Feb 03 17:10:33 2007

Costa of ml called and relayed the following points
--board wants to bring to a conclusion
--there are self-help and minority proposals that are marginally attractive and permit sholders to retain some ownership.
--our deal is marginal at this valuation since it is an offer for the whole company, and in light of that there is a value gap
--would we consider a straight investment in the company as part of a recap without the esop structure (competitive structure to buerklebroad)
--disappointment that, in light of tax savings, we could not put together a materially higher bid..

I told him that I would talk to sam but I was opposed to a straight investment and that the tax structure is the only thing that made it financially attractive for us.

**CONFIDENTIAL**                                                                                                                   **EGI-LAW 00021094**

William Pate
Equity Group Investments, L.L.C.
2 North Riverside Plaza - Suite 600
Chicago, IL 60606
wpate@egii.com

**CONFIDENTIAL**

**EGI-LAW 00021095**