PRIVILEGED & CONFIDENTIAL

MEETING OF THE ADVISORY COMMITTEE TO THE
BOARD OF DIRECTORS OF THE
ROBERT R. McCORMICK TRIBUNE FOUNDATION

DISCUSSION POINTS

Meeting to be held at Katten Muchin Rosenman LLP:

April 27, 2007

1. Review and Approval of Minutes

    A) Meeting of the Advisory Committee – February 23, 2007
    B) Meeting of the Board of Directors – February 23, 2007, for Submission to full Board

2. Review and Approval of the Report of the Advisory Committee to the Board of Directors of the Robert R. McCormick Tribune Foundation for Submission to the Board of Directors at the May 23, 2007 Board Meeting

3. Discussion of Whether to Sell the Cantigny Foundation Shares in the Open Market Prior to the Tender or enter into an Agreement to sell them to the McCormick Foundation if the Zell/ESOP merger fails, including a Review of the Blackstone Expected Shareholder Value Report (attached)

4. Discussion Regarding the Tribune Company Tender Offer

    A) Whether to Tender the McCormick Tribune Foundation Shares
    B) Whether to Tender the Cantigny Foundation Shares
    C) Timing of Decision (topping bids; tender expires day after Board meeting)
    D) Have in place Procedures for Tenders and any Required Preparation for any Pre-Tender Sale

5. Discussion of Blackstone Fees

6. Discussion of Required Opinions from the Advisory Committee Advisors

    A) For the Tender of Shares
    B) For the Voting of Shares regarding the Merger

7. Discussion of Post-Tender Actions of the Advisory Committee

    A) Monitor the Activities Surrounding the Merger, Including Responding to any Inquiries from Tribune, Zell, the ESOP, or any Third Party
    B) Tax Matters
    C) Determine Whether to Sell Shares Prior to the Merger Through: (i) Open Market Transactions, (ii) Hedge, or (iii) Other Means
    D) Investment of Funds Received in the Tender
    E) Mission of Foundations
    F) Governance of Foundations
    G) Public Relations Matters
    H) Determine Whether to Vote Shares regarding the Merger
    I) SEC Filings – 13D, Form 4
    J) Other

CHI02_60560898_3_337339_00001 4/26/2007 1:50 PM

FOUN0000256

CONFIDENTIAL DRAFT

### Expected TRB Shareholder Value (on a per share basis)
### Including PV of Zell Merger Consideration (Phase II) & PV of Assumed TRB Stock Sale Proceeds if Merger Fails

|  | Probability of Phase II of Zell Transaction (Merger) Closing | | | | | | |
|---|---|---|---|---|---|---|---|
|  | 0.0% | 25.0% | 33.0% | 50.0% | 66.0% | 75.0% | 100.0% |
| $34.00 | $33.08 | $33.16 | $33.19 | $33.25 | $33.31 | $33.34 | $33.43 |
| 33.00 | 32.61 | 32.81 | 32.88 | 33.02 | 33.15 | 33.22 | 33.43 |
| 32.00 | 32.14 | 32.46 | 32.57 | 32.78 | 32.99 | 33.11 | 33.43 |
| 31.00 | 31.67 | 32.11 | 32.25 | 32.55 | 32.83 | 32.99 | 33.43 |
| 30.00 | 31.20 | 31.76 | 31.94 | 32.32 | 32.67 | 32.87 | 33.43 |
| 29.00 | 30.74 | 31.41 | 31.62 | 32.08 | 32.51 | 32.75 | 33.43 |
| 28.00 | 30.27 | 31.06 | 31.31 | 31.85 | 32.35 | 32.64 | 33.43 |
| 27.00 | 29.80 | 30.71 | 31.00 | 31.61 | 32.19 | 32.52 | 33.43 |
| 26.00 | 29.33 | 30.35 | 30.68 | 31.38 | 32.03 | 32.40 | 33.43 |
| 25.00 | 28.86 | 30.00 | 30.37 | 31.14 | 31.87 | 32.29 | 33.43 |

Row label: TRB Share Price: Post-Phase I Tender

= Expected value from Zell deal is below the 10-business day trailing market price ($32.67)
Note: If successful, assumes Zell deal closes on 1/1/08. Proceeds PV'd at 5.25%, which implies Zell offer value to be $32.82
Note: Assumes a 2% excise tax on tender proceeds if Phase 2 of Zell transaction (merger) does not close.
   Assumes a sale of remaining TRB shares on 1/1/08 if Phase 2 of Zell transaction (merger) does not close; proceeds
   PV'd at 5.25%.

### Implied Post-Tender TRB Trading Price Per Share Based on Current Market Price

| | |
|---|---|
| Current 10-business day trailing TRB share price | $32.67 |
| **Less:** | |
| Tender Offer Price | ($34.00) |
| PV of Tender Offer Price (disc. at 5.25% from 5/24/07 to Current) | ($33.85) |
| *Amount of Shares Tendered* | *51.5%* |
|   Present Value per Share of Tendered Stock | ($17.42) |
| **Implied Present Value per Share for Remaining Stock** | **$15.25** |
| *Gross up factor* | *48.5%* |
| **Implied Present Value of the Post-Tender TRB Share Price** | **$31.42** |
| Zell Merger Consideration (Phase II) | $34.00 |
| PV of Zell Merger Consideration (disc. at 5.25% from 1/1/08 to 4/24/07) | $32.82 |
|   Implied Public Market Discount to PV of Zell Merger Consideration | ($1.40) |
|   *Implied Discount Rate on Zell Merger Consideration to Achieve Break-even to Market ($31.42)* | *12.1%* |