*ATTORNEY-CLIENT COMMUNICATION*

MINUTES OF A MEETING
OF THE BOARD OF DIRECTORS OF THE
ROBERT R. McCORMICK TRIBUNE FOUNDATION

May 23, 2007

A meeting of the Board of Directors (the "Board") of the Robert R. McCormick Tribune Foundation (the "**Foundation**") was held at 8:30 a.m. Central Time on Wednesday, May 23, 2007 in Chicago, Illinois at the Foundation's offices.

Present at the meeting were James C. Dowdle, Dennis FitzSimons, David Hiller (participating by phone), John W. Madigan and Scott Smith, constituting the entire Board. Also present by invitation were Jill Greenthal, Sean Madnani and Miriam Tawil of The Blackstone Group ("**Blackstone**"), Herbert S. Wander of Katten Muchin Rosenman LLP ("**Katten**") and Thomas E. Chomicz of Quarles & Brady LLP ("**Quarles & Brady**"). Mr. FitzSimons chaired the meeting and Mr. Chomicz acted as secretary of the meeting.

The minutes of the meeting of February 23, 2007 of the Board of Directors were approved.

**Report of Blackstone**

Ms. Greenthal discussed the agreement entered into by Tribune Company ("**Tribune**") on April 2, 2007 whereby Tribune will be taken private by Zell LLC and a newly formed Employee Share Ownership Plan ("**ESOP**") in a two-step transaction. In the first step of the proposal, Tribune has offered to repurchase of up to 126 million common shares at $34.00 per share via a tender "**Tender**") offer which expires May 24, 2007. Following the Tender offer, the ESOP will merge into Tribune and all outstanding shares will be cashed out at $34.00 per share plus an 8% annualized "ticking fee" from January 1, 2008 through closing. The completion of the merger is subject to several material closing conditions.

Ms. Greenthal of Blackstone reviewed the proposed Tender with an aggregate purchase price of $4.3 billion at $34.00 net per share for up to 126 million common shares which represents 52% of the outstanding common shares of Tribune (excluding Treasury shares). If more than 126 million shares are tendered, Tribune will purchase shares on a *pro rata* basis. The Tender commences on April 25, 2007 and expires on May 24, 2007. Zell LLC and the ESOP will not participate in the Tender. The Chandlers signed a voting agreement to (i) participate fully in the Tender, (ii) resign from Tribune Board post-Tender and (iii) vote any of the remaining shares in favor of the merger.

If the Foundation participates in the Tender on a pro-rata basis, and depending on how many shares are tendered, the Foundation will receive aggregate cash proceeds of $497.4 million and retain 11.5% ownership in Tribune. The Foundation's asset mix would change from 75% Tribune/25% other to 36%/64%. If the Foundation does not participate in the Tender, the Foundation pro forma equity ownership will increase to 24.0%.

Ms. Greenthal reviewed the Tribune stock price performance since January 2006 relative to trading history, the 2007 financial drivers, Tribune's year-to-date revenue performance, summary of base

QBCHI\528051.3

**FOUN0010083**

case financials and sensitivity case financials, and summary of financial comparison; Ms. Greenthal reviewed the impact of the Tender on the Foundation with respect to the investments; and analysis of the Foundation's public charity status by reason of having the proceeds from the Tender treated as a dividend.

During and after Ms. Greenthal's presentation, the directors and the advisors engaged in a thorough discussion of the issues.

**The Fairness Presentation**

Ms. Greenthal then reviewed orally and in a written presentation the valuation of Tribune from the viewpoint of cash flow, sum of the parts, publicly traded comparable companies and private market valuation.

Ms. Greenthal then made a presentation which focused on Blackstone's written opinion as to the fairness from a financial view of the Tender offer. Blackstone's opinion concluded that the $34.00 per share offered to the Foundation as a holder of the Tribune common stock in the Tender is fair to the Foundation from a financial viewpoint.

**Report of the Advisory Committee to the Board**

The Advisory Committee submitted its written report to the Board.

The Advisory Committee then made their formal recommendation to the Board to approve participation in the Tender by submitting all of the Tribune common shares to the Tender. The members of the Board of Directors asked numerous questions of the advisors and discussed the valuation analysis at length. The Directors questioned the advisors in detail concerning the tax, fiduciary, legal, securities law and investment considerations included in the recommendation from the Advisory Committee and its advisors. Discussion ensued with respect to the Tender and the reasons for consideration.

After discussion, the Board members agreed upon motion and second to authorize the participation in the Tender to the extent of the maximum level of participation permitted under the terms of the Tender. The Board of Directors was advised to execute a Unanimous Written Consent of the Directors authorizing the transactions and the reasons therefore to be circulated among the Board members for their execution.

The Board then approved the fee to Blackstone of $5.0 million plus reimbursement of expenses. The Board agreed to continue the preparation of news releases regarding Tribune and the Foundation until the completion of the merger. The Board concluded that the services of Harlan R. Teller were no longer necessary but will continue to receive the current media coverage reports on Tribune Company and the Foundation. Further, the Board will continue to retain the services of Andy Hays.

There being no further business to come before the Board, the meeting was adjourned at approximately 9:15 a.m.

Thomas E. Chomicz, Acting Secretary

QBCHI\528051.3                    2