**From:** Nils Larsen [NLarsen@egii.com]
**Sent:** Monday, January 29, 2007 2:39 PM
**To:** Chris Hochschild; Bill Pate; Philip Tinkler; Mark Sotir; Joe Paolucci
**Cc:** Marc Hauser

Team Tribune:

In an effort to coordinate and expedite our review of the proposed Tribune transaction, I have attempted to divide up responsibilities for data review. This should allow us to cover as much ground as possible in a short period of time. The goal is to put ourselves in a position to submit a letter to the Tribune at the end of the week that outlines a transaction that we would be willing to pursue. The letter will be subject to further due diligence and documentation but we should strive to get a preliminary sense of interest by Friday. I believe that everyone but Joe and Marc have access to the electronic data room.

Broadcasting & Entertainment – Nils
Publishing – Bill
Tax and Other Liabilities – Philip
Cost Savings – Mark
Other Equity Investments – Chris
Draft Letter – Paolucci
ML Financing Terms – Bill, Nils & Chris
Refreshments – Marc

Chris will be the keeper of the master model. To the extent people review the management projections and model information in Excel it would be helpful if it was done in a way that would allow Chris to attach your work as a module of his. The goal is not to change management projections at this time but rather to understand them and to highlight areas that need to be explored further in diligence.

If there is any question as to what you should be doing please reread this memo and then get to work.

Thanks.

Nils

**CONFIDENTIAL**                                                                                                    **EGI-LAW 00000158**