| | | |
|---|---|---|
| From: | Kidd, Tami (IBK-NY). | Sent:1/30/2007 12:01 PM. |
| To: | Mayer, Carl (GMI-CAPMKTS). | |
| Cc: | . | |
| Bcc: | Mayer, Carl (GMI-CAPMKTS). | |
| Subject: | FW: Tribune (Sam Zell). | |

Carl - Greg and I are working with Sam Zell on his potential bid for Tribune. He had two different debt structures in mind to finance a recap as per below. In both cases, new debt is lower vs. the staple. Are you available to discuss at 2:30 or 3:00 pm today? Should take about 15-20 minutes. They want us to get back to them tomorrow because they are submitting a letter to the board on friday with their proposal.

Tami

-----Original Message-----
From: Nils Larsen [mailto:NLarsen@egii.com]
Sent: Monday, January 29, 2007 8:01 PM
To: Margolies, Greg (IBK-NY); Kidd, Tami (IBK-NY)
Cc: Bill Pate; Mark Sotir; Philip Tinkler; Joe Paolucci; Marc Hauser
Subject: FW:

Below are a range of possible capital needs that we are considering for the transaction. We would like to understand the financing flexibility associated with these structures. Please let us know if you have any questions. We look forward to discussing this with you.

Nils

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    ML-TRIB-0618303