**From:** Bill Pate [BPate@egii.com]
**Sent:** Wednesday, January 31, 2007 8:37 PM
**To:** Nils Larsen; Chris Hochschild; Mark Sotir; Philip Tinkler; Joe Paolucci; Marc Hauser
**Subject:** RE: Project Tower

Agreed. Can you make the request tomorrow?

William Pate
Managing Director
Equity Group Investments, llc
2 North Riverside Plaza
Suite 600
Chicago, IL 60606

(office) 312-466-3805
(fax) 312-559-1280

-----Original Message-----
From: Nils Larsen
Sent: Wednesday, January 31, 2007 7:40 PM
To: Bill Pate; Chris Hochschild; Mark Sotir; Philip Tinkler; Joe
Paolucci; Marc Hauser
Subject: FW: Project Tower

I had a preliminary conversation today with Julie Persily from
Citigroup. Julie is Todd's counterpart at Citigroup. My inclination is
to have a unique team at Citigroup like we have at ML as we pursue this.
I would also like to get a copy of the actual term sheet for the deal in
hand if they will provide it. My guess is they will resist but it worth
the ask. I know Todd outlined it on Sunday but I want to make sure our
capital structure is accurate.

Nils

-----Original Message-----
From: Persily, Julie [CIB-GFI] [mailto:julie.persily@citigroup.com]
Sent: Wednesday, January 31, 2007 3:11 PM
To: Nils Larsen
Cc: Canmann, Michael S [CIB-GBKG]; Wirdnam, David J [CIB-GFI]; Chen,
Robert [CIB-GFI]
Subject: Project Tower

Nils,

It was good to meet you by telephone today. As you know, my colleague
Bob Chen and I have been working with Todd Kaplan at Merrill on the
staple financing package for Tribune. I am happy to share my thoughts
below on some of the questions you posed. If you would like to have a
unique team set up to work with you directly toward a financing
commitment - presumably alongside Merrill - I will refer you to my
colleague David Wirdnam, cc'd here, an MD in the Leveraged Finance
group. In the meantime, I am happy to have general discussions with you
at your convenience.

1. Loan amount/breaking point. On the consolidated company, without a
stated plan to sell assets and use proceeds to repay debt, we have
looked at 5x senior secured/guaranteed leverage ($7.0bn) as a breaking
point.

- In order to maximize proceeds from the loan market, we have suggested "subordinating" the existing notes due 2010 and beyond. We have suggested giving those notes the same security package as we give to new lenders, but we would not provide guarantees to those note holders. New secured loans would get senior guarantees and new bonds or second lien loans would get subordinated guarantees.

2. Incremental debt/Maximizing prepayable debt. Our stapled financing package envisioned $2.5bn of fixed rate senior notes with 4 years of call protection, assuming a bond with an eight year maturity.

- Of that amount, we believe that approximately $750mm could be done as floating rate notes with more favorable call protection - typically NC2, 102, 101. These notes could be sold alongside fixed rate senior notes or they could be the plug to fill out your total debt requirement, depending on how much debt you are looking for.

- Alternatively, we could do up to $750mm of second lien loans with an immediate call at 102, declining to 101 after one year and then par at the end of the 2nd year. This loan would likely price 250-300bps behind the first lien loan.

- The second lien approach is probably best advised when $750mm of debt is the hole that needs to be filled. We typically do not recommend layering in 2nd lien debt at the same time as senior notes are raised. Pricing and ratings are negatively impacted by layering.

I hope that these thoughts are helpful to you and you finalize your strategy. We are eager to work with you to support your bid and also eager to provide financing if you move forward.

Please call me to discuss at your convenience.

Regards,
Julie


Julie Persily
Managing Director
Citigroup Global Credit Markets
390 Greenwich Street
New York, NY 10013
212-723-6671
Julie.persily@citigroup.com

**CONFIDENTIAL**