**From:** Marc Hauser [MHauser@egii.com]
**Sent:** Tuesday, February 13, 2007 1:57 PM
**To:** rosanne.kurmaniak@citigroup.com
**Cc:** Bill Pate; Nils Larsen; Chris Hochschild; Joe Paolucci; ckenney@tribune.com; Heinz, Michael P.; Hartman, Joseph J; Bedrick, Catherine M; Fix, Blake J.; Wolf, Michael T.; Boch, Brian R
**Subject:** Project Tower - Data Room Access

Rosanne, as we discussed, below are the names of the KPMG and Jenner & Block people to provide access to the Project Tower dataroom. If this could be done this afternoon, I'd appreciate it.

Thanks for your help.

KPMG
Joe Hartman jhartman@kpmg.com
Catherine Bedrick cbedrick@kpmg.com
Drew Soga dsoga@kpmg.com
Joe Bianco jbianco@kpmg.com
Anna Kaufman akaufman@kpmg.com
John Darguzas jdarguzas@kpmg.com
Cathy Bierowiec cbierowiec@kpmg.com
Bill Petty wgpetty@kpmg.com

Jenner & Block
Don Resnick dresnick@jenner.com
Everett Ward eward@jenner.com
Julie Mandanas jmandanas@jenner.com
Vito Pacione vpacione@jenner.com
Bob Graham rgraham@jenner.com
Sarah Cane scane@jenner.com
Allison Sapsford asapsford@jenner.com
Patricia Boye-Williams pboye-williams@jenner.com
David Greenwald dgreenwald@jenner.com
David Sanders dsanders@jenner.com
Elizabeth Fine efine@jenner.com
Marc Van Allen mvanallen@jenner.com
Elizabeth Davidson edavidson@jenner.com
Farhad Patel fpatel@jenner.com
Brian Meldrum bmeldrum@jenner.com
Phil Nelson pnelson@jenner.com
Andy Nicoll anicoll@jenner.com
Drew Olejnik aolejnik@jenner.com
Barbara Flom bflom@jenner.com
Jose Rivera jrivera@jenner.com
Dawn Duffy dduffy@jenner.com
Adam Petravicius adamp@jenner.com
Michael Whitchurch mwhitchurch@jenner.com
Bonnie Heacock bheacock@jenner.com
Cate Cruz cfilippini@jenner.com
Robert Buckner rbuckner@jenner.com
Pete Rosenbaum prosenbaum@jenner.com
Mercedes Davis mdavis@jenner.com
Marc Harrison mharrison@jenner.com


Marc D. Hauser, Esq.
Equity Group Investments
312-466-3281
mhauser@egii.com

CONFIDENTIAL

EGI-LAW 00008964