**From:** Marc Hauser [MHauser@egii.com]
**Sent:** Wednesday, February 21, 2007 6:01 PM
**To:** Heinz, Michael P.; ckenney@tribune.com; jose_cotarelo@ml.com; Kurmaniak, Rosanne [CIB-GBKG]
**Cc:** Nils Larsen; Bill Pate; Mark Sotir; Chris Hochschild; Philip Tinkler; Joe Paolucci; jkober@morganlewis.com; dackerman@morganlewis.com
**Subject:** Project Tower

Please be advised that EGI has engaged Morgan Lewis to represent us as additional legal counsel in connection with a possible transaction. Please provide David Ackerman (dackerman@morganlewis.com) and John Kober (jkober@morganlewis.com) with access to the data room at your earliest convenience.

Please let me know if you need any further details for purposes of our NDA with you. Thanks.

Marc D. Hauser, Esq.
Equity Group Investments
312-466-3281
mhauser@egii.com

**CONFIDENTIAL**

**EGI-LAW 00022279**