**From:** Marc Hauser [MHauser@egii.com]
**Sent:** Tuesday, February 27, 2007 8:27 AM
**To:** Heinz, Michael P.; ckenney@tribune.com; jose_cotarelo@ml.com; Kurmaniak, Rosanne [CIB-GBKG]
**Cc:** Nils Larsen; Bill Pate; Mark Sotir; Chris Hochschild; Philip Tinkler; Joe Paolucci; Charles DelGrande
**Subject:** Project Tower

Please be advised that EGI has engaged Charles DelGrande of Presidio Merchant Partners to consult with us on the publishing business. Please provide him (cdelgrande@presidiofp.com) with access to the data room at your earliest convenience.

Please let me know if you need any further details for purposes of our NDA with you. Thanks.

Marc D. Hauser, Esq.
Equity Group Investments
312-466-3281
mhauser@egii.com

**CONFIDENTIAL**

**EGI-LAW 00015182**