**From:** Mark Sotir [MSotir@egii.com]
**Sent:** Thursday, February 22, 2007 11:01 AM
**To:** Chris Hochschild; Nils Larsen; Bill Pate; Philip Tinkler
**Subject:** Fw: Period 1 brown book and ad category reports

FYI

----- Original Message -----
From: Amsden, Harry <HAmsden@Tribune.com>
To: Mark Sotir
Cc: Knapp, Peter <PKnapp@tribune.com>
Sent: Thu Feb 22 10:50:54 2007
Subject: FW: Period 1 brown book and ad category reports

Mark:

We have posted our period 1 brown book(financial statements) and our period 1 ad category reports to the data room at the indexes noted below.

Harry

-----Original Message-----
From:  Fischer, Heidi
Sent:  Thursday, February 22, 2007 10:48 AM
To:    Litman, Brian F; Amsden, Harry; Kazan, Daniel G; Leach, Tom
Cc:    Knapp, Peter
Subject:    RE: Period 1 brown book and ad category reports

Fyi- the files are now up on the site (accessible only by the Zell group) at 6.2.11.1 and 6.4.1.1.4, respectively.

-----Original Message-----
From: Litman, Brian F
Sent: Wednesday, February 21, 2007 5:20 PM
To: Amsden, Harry; Kazan, Daniel G; Leach, Tom; Fischer, Heidi
Cc: Knapp, Peter
Subject: RE: Period 1 brown book and ad category reports

<< File: Period 1 2007 eBrown Book with Corporate.pdf >>  << File: ad-revenue-by-category-p1-2007.pdf >>

-----Original Message-----
From:  Amsden, Harry
Sent:  Wednesday, February 21, 2007 4:59 PM
To:    Litman, Brian F; Kazan, Daniel G; Leach, Tom
Cc:    Knapp, Peter
Subject:    Period 1 brown book and ad category reports

Can we put the period 1 brown book and ad category reports in the data room so the Equity guys can access them? It would be helpful to them.

**CONFIDENTIAL**                                                                                              **EGI-LAW 00012132**