**From:** Chris Hochschild [CHochschild@egii.com]
**Sent:** Friday, March 09, 2007 4:14 PM
**To:** Nils Larsen
**Subject:** FW: Copy of Period2Week4 Full Flash Report (2).xls

**Attachments:** Copy of Period2Week4 Full Flash Report (2).xls

---

**From:** Mark Sotir
**Sent:** Friday, March 09, 2007 4:03 PM
**To:** Bill Pate; Chris Hochschild
**Subject:** Copy of Period2Week4 Full Flash Report (2).xls

FYI, this is an example of their flash report on weekly advertising revenue. It has a lot of data in it:

- Each newspaper
- National, retail, classified by segment
- Print vs interactive
- Actual vs plan vs prior year
- Past week and Period to date

The flash numbers are not final, but are pretty accurate. I'm going to see if we can get this weekly, especially given how the numbers haven't been strong in Period 1 and 2.


Bill,

Seperately, Chris and I looked at reforecasting '07 and started to have a conversation with the Trib guys about it today. Instead, they want to work on their own forecast over the weekend and come back to us with it - which is fine. I think asking all these questions is pushing them to look at the trends some more and rethink their outlook. We told them that if they come back with a lower revenue number, we want to see some action plans on how they are going to maintain the cashflow # in '07.

If they get us new numbers over the weekend, we'll let you know.

Have a good weekend.

**CONFIDENTIAL**                                                                                                                                           **EGI-LAW 00027559**