**From:** Nils Larsen [NLarsen@egii.com]
**Sent:** Tuesday, February 20, 2007 6:01 PM
**To:** Mark Sotir; Chris Hochschild; Bill Pate
**Cc:** Philip Tinkler
**Subject:** FW: A few observations/questions about Trib

See below for some comments from Randy on the print side. In addition to print, you can see the questions that we will be covering tomorrow at the broadcast due diligence session.

Nils

---

**From:** Randy Michaels [mailto:RMichaels@localtvllc.com]
**Sent:** Tuesday, February 20, 2007 1:56 PM
**To:** Nils Larsen
**Cc:** Bobby Lawrence
**Subject:** A few observations/questions about Trib

(I know that tomorrow will focus on broadcast, but I took a quick look at print too.)

**Print Business** – Tribune gets its revenue from 3 segments: the 11 daily newspapers, targeted publications (which is their Spanish language paper) and interactive

**Daily Newspapers**
- Circulation – down 4.5% in both 2005 and 2006 – they project down 1% in 2007
    - Price per copy down 1.6% in 2005, flat in 2006 – they expect down another 1.6% in 2007
- Advertising revenue
    - Local ad sales down 16% in 2005 – flattened to 1.2% growth in 2006 – projected to increase 5% in 2007 (good luck!)
        - Given the 4.5% loss in circ this implies a +5.7% CPM growth in 2006
    - National ad sales were down 6% in 2005 and 10% in 2006 – projected to be flat in 2007
        - Given the 4.5% loss in circ this implies a -5.5% CPM contraction in 2006
    - Classified Revenue declined 11% in 2005 and 1% in 2006 – you have to be careful on this one because it gets bundled with Career Builder
    - By category – the top segments declined – Dept Stores (due to consolidation -7% in 2006), Food and Drug (same thing – down 3%), Furniture (down 1%), specialty merchandise (up 1%)
- Total revenue -3% in 2006 (down $100mm)
    - Advertising down 3%
    - Circulation down 5%
    - Other up 1%

**Targeted Publications:**
- Advertising revenue
    - Local – down 7%
    - National – up 13% (off a very small base of $20mm)
    - Classified – down 1%
- Total Revenue – down 6% in 2006 ($24mm)
    - Advertising down 4%
    - Circ down **43%**
    - Other down 12%

**Interactive:**
- Advertising up 27%
    - Local up 35%

**CONFIDENTIAL**                                                                                                    EGI-LAW 00010786

- o National up 43%
- o Classified up 25%
- Other up 5%
- Total rev up 27% or $48mm

The print business held costs flat in 2005 and reduced costs by 1.4% in 2006 – as a result OCF margins only declined slightly from 24.1% to 23.8%.

**Key Questions:**
1. Are the circulation trends really flattening out?
2. Is the retail consolidation phenomenon over? Can they stabilize local add sales and at least stay flat by raising CPMs? The print classified seemed OK – one would expect to see that fall off a cliff – how are they keeping the revenues up?
3. What happens to interactive revenues if Career Builder unwinds?
4. Can this business ever grow?
    a. 5% circ declines are bad – CPMs are way up
    b. Classifieds have to fall at some point
    c. That being said, newspapers are still a "must buy" for local retailers and these are key papers in big markets
5. Should the business shrink? The Atlanta Journal has just reduced circulation area to improve margins. Does that opportunity exist at Trib?
6. Margins are pretty good – is there a way to contain costs and improve margins
7. How much can be outsourced to save money? Do unions and/or employee ownership prevent making cuts necessary to survival?

**TV Business:**
- CW Affiliates in 14 of the Top 28 DMAs (plus 3 duops), a duop in NO, 3 FOX stations and 1 MYTV
- Market growth – Ex-political, Tribune's markets declined significantly in 2005 and flattened out in 2006
    - o New York has been the biggest loser at -4.4% p.a. over two years (i.e. down 9% off of 2004)
    - o Los Angeles and Chicago were down a bit
    - o Philly was down 3.5% p.a.
    - o The other stations are generally down in the 0-2% range
    - o N.O. was clobbered, obviously
- Tribune lost significant share during this period
    - o Revenue share went from 14.6% in 2004 to 13.1% in 2006
    - o Move from WB to CW is clearly an issue
- As a result, Tribune revenue declined 4.8% p.a. between 2004 and 2006
    - o Base revenue declined by $100mm in 2005 (8.3%) and another $50mm (4.7%) in 2006
- The margins in the business seem poor at 30%, given the big markets and high revenue
    - o However, they pay for a lot of programming and sports rights – 37% of revenue – obviously, they need to program the entire day
- WGN Superstation is strong but "fragile".
    - o Revenue was up 5% to $144mm in 2006 – due entirely to subscriber fees and a change in unearned revenue

- o   OCF margin is 64%
- o   Subscriber fees are $28mm of the revenue – they grew over 10% in 2006 – they are supposed to grow at 4% in the future
- o   Ad sales were weak in 2006 – down 7%
- o   No clear digital plan

**Key Questions:**

A. Programming:
1. Will the CW ratings improve? What makes one think so?
2. Does Tribune have enough clout to improve the CW? How?
3. Is the CW compatible with the news on the Trib's largest stations? Should news on the Trib stations be less "Chicago Tribune" style and more "NY Post" style?
4. What analysis is done in program buying decisions?
5. What process is used to determine returns on product investment? (B&C says Trib busted the syndication budget for "Family Guy" and "Two and a Half Men")
6. How much programming is shelved? (Greg Behrendt)
7. Does Tribune have any shows in development, local or for syndicaton?
8. How does the lack of sitcoms coming off network TV affect Trib which has relied on this kind of programming?
9. How does the movement of hit shows from network direct to cable (CSI to Spike for example) affect Trib?
10. Review sports deals.
11. What are the economics/ratings impact of the newscasts produced by NBC for Trib in Philly, Miami, SD and by KGW in Portland. Why do the news at all?
12. DTV multichannel plans?
13. How is Trib using the web?
14. WorldNow agreement?

B. Revenue
1. What causes revenue to jump 2.8% in 07 and 5.5% in 08 after years of decline?
2. Why don't the Trib OTA stations get retrans fees?
3. Could some Trib stations expand news to get more inventory?
4. Web and wireless plans?
5. Direct/non availed selling efforts
6. NTR
7. Live event revenue?

C. Superstation
1. Digital Plans?
2. Why no CW on Superstation? It carried WB.
3. Why carry Chicago news? Aren't 12-1PM and 9-10PM revenue opportunities?
4. Is rerunning "America's Funniest Home Videos" the best that can be done in prime? That is a cheap show to produce, especially at the Tribune studios.
5. What would allow increase in retrans fee?
6. Regional superstation status and economics (KTLA, KWGN etc)

**CONFIDENTIAL**                                                                                                                                                          EGI-LAW 00010788