**From:** Bill Pate [BPate@egii.com]
**Sent:** Tuesday, February 20, 2007 2:26 PM
**To:** Nils Larsen
**Subject:** RE:

1. Understand whether there are ways to limit our tax payment obligation.
2. Understand the terms of hiring and firing/retiring employees and impact on ESOP. When distribution must be made, the valuation and the reaonableness of note. One nuance is the "adequate security" required for the note and how that requirement can be met in the context of our highly leveraged structure.
3. Understand whether non-taxable spinoffs can be accomplished and how the stock of the spun company can be held by the ESOP (or distributed).
4. Understand what happens to cash dividends to shareholders (in particularl, how it impacts ESOP participants and Zell).
5. Understand what sources of employee contributions could be used to fund the ESOP.
6. Understand the governance limitations of ESOP structure.

---

William Pate
Managing Director
Equity Group Investments, llc
2 North Riverside Plaza
Suite 600
Chicago, IL 60606

(office) 312-466-3805
(fax) 312-559-1280

---

**From:** Nils Larsen
**Sent:** Tuesday, February 20, 2007 2:17 PM
**To:** Marc Hauser; Joe Paolucci; Philip Tinkler; Chris Hochschild; Bill Pate; Mark Sotir
**Subject:**

I have proposed a 3:30P meeting in our offices tomorrow with David Ackerman. If you are not able to attend please give me a list of all questions you would like to have answered.

Thanks.

**CONFIDENTIAL**