**From:** Nils Larsen [NLarsen@egii.com]
**Sent:** Monday, March 19, 2007 4:56 PM
**To:** Bigelow, Chandler
**Cc:** Bill Pate; Philip Tinkler; Chris Hochschild
**Subject:** FW: Tower LBO Model

**Attachments:** Tower_LBO_v40_031907.xls
Chandler:

The attached model is an electronic version of the model we discussed on Friday the 9th. We have made a series of changes that are consistent with the guidance you and your team provided us. The changes can be outlined as follows:

- reduction of the annual cash savings to $80M
- inclusion of additional asset sales (Hoy, IPG, CT real estate) and adjustment of asset sale proceeds (Cubs package, TMCT, SCNI)
- inclusion of additional severance payments associated with print rationalization ($43M) and transitional severance payments ($20M)
- reduction of 2007 cap-ex number by $25M
- smoothing of acquisition and investment use of capital to $25M per year
- increase in the minimum cash on hand to reflect cash in the system and allocated to captive insurance

We have not made any changes to the 2007 change in deferred compensation ($108M) pending your guidance. We have not made any changes to the operating assumptions pending conversations with you as to the appropriate base line for 2007.

I am happy to discuss any questions or comments you might have on the attached. We are available to go through this at your convenience.

Nils

---

**From:** Chris Hochschild
**Sent:** Monday, March 19, 2007 4:47 PM
**To:** Nils Larsen
**Subject:** Tower LBO Model

**CONFIDENTIAL**

**EGI-LAW 00029041**