From: Chris Hochschild [CHochschild@egii.com]
Sent: Friday, March 02, 2007 7:20 PM
To: Nils Larsen
Subject: FW: Models

Attachments: Tower_LBO_v32.xls; Tower_LBO_v33.xls; publishing1_v022807 - markv3.xls; Publishing Model Assumptions.doc

Here are the latest models. Give me a shout when you are off the phone.

---

**From:** Chris Hochschild
**Sent:** Fri 3/2/2007 4:15 PM
**To:** Mark Sotir; Bill Pate
**Subject:** Models

Attached is the revised publishing model along with a summary of the assumptions that drive it. I've also attached the updated LBO model (v33) which reflects this revised base case. In addition, I've attached v32 which reflects the old base case. Please let me know when you would like to discuss.

Chris

CONFIDENTIAL

EGI-LAW 00019113

Publishing Model Assumptions

I. Daily Print
   a. National
      i. Consolidation in a number of the industries is likely to continue (Tech & Telecom)
      ii. A number of industries (especially Auto) have been in a down cycle and spending less on advertising
      iii. National advertisers have more options for advertising and don't need to buy ad space in a newspaper (like a retailer would)
      iv. Harshest declines expected in next few years (across all national categories), but we expect that this should cycle through in the out years
      v. We are using the company's 2007 Plan for our model. Their plan is for down -1.4% in '07. This may be aggressive as recent trends are pointing to a more significant decline
      vi. Our assumptions for 2008 through 2010 are for a decline of -5.3% per year before the declines taper off to down -2.2% in 2016
   b. Retail
      i. Consolidation in a number of the industries should put some pressure on this segment as well
      ii. Due to its local nature these advertisers have a greater disposition to use newspapers and therefore we believe this area shouldn't get hit as hard as National
      iii. For 2005-2007 Plan, Retail has shown less than 1% declines. We believe this trend will continue and are forecasting this segment to be down ~.5% annually over the period of 2008 through 2016
   c. Classified
      i. General classified comments
         1. Interactive is taking share
         2. Should decline more than target print
         3. Should decline the most in the near term and less in the out years as many of the trends should cycle through
      ii. Auto
         1. Expected to continue to get hit hard
         2. Period 1 was very weak (-27%)
         3. We are modeling -10% declines annually for '08-'11 before tapering off to -5% annually by '15
      iii. Real Estate
         1. Least mature of the classified verticals in shifting to the internet
         2. Industry should bounce back over the next few years
         3. We have modeled -5% declines over '08-'13 before tapering off to -2% declines thereafter
      iv. Help Wanted
         1. Most mature of the classified verticals in shifting to the internet
         2. Has been declining. Period 1 was weak (-15%)
         3. Internet already has a major share of the market with category killers
         4. We have modeled -7% declines '08 before tapering off to -2% declines by 2014

II. Targeted Print
   a. General
      i. We believe that this will continue to be a small portion of the Publishing business with cash flows of less than $75M annually (currently $53M in '07 plan)
      ii. This is an area that could provide modest upside for the company, potentially even beyond what we are projecting

CONFIDENTIAL
EGI-LAW 00019383

          iii. We have modeled some margin expansion (going from 17% in '07 to 20% in '16), which may be a little aggressive, but overall it is not extremely material to the publishing results

          iv. For materiality reasons, this has been the area where we have spent the least time with in our diligence

    b. National – we have projected this growing at 1% per year ('08-'16)

    c. Retail – we have projected this growing at 2% per year ('08-'16)

    d. Classified – we have projected this declining at 2% per year ('08-'16)

III. Interactive
    a. Newspaper.com (National & Retail)
          i. The company and the industry lack a clearly defined strategy in how it will grow in this area, which makes it the most difficult of the interactive verticals to project
          ii. Currently growing at 30-40% annually. Company has said they expect it to grow roughly 20% annually in the near term
          iii. We believe that growth is likely to continue for a few years before tapering off as the market matures. We have modeled 20% growth for '08-'10, before tapering off to 10% in 2014 and on. We believe that there could be upside in this area if the company can develop and execute on a more clearly defined strategy
          iv. Local nature of Retail may provide some additional upside as well
    b. Classified
          i. Cars.com
              1. Currently growing at 25-30% annually
              2. Cars.com has penetrated the domestic dealer market and is increasingly relying on new product development and up-selling to its current customer base to drive growth rather than attracting new customers
              3. We have modeled it growing at 20% per year from 2008 through 2016 before tapering off as the market matures to 10% growth in 2014 and on
          ii. Career Builder
              1. Company is currently growing at 16% annually
              2. Domestic on-line recruiting market is growing at ~15% annually
              3. Help wanted is the most mature of the interactive classified verticals
              4. The company's growth has slowed in recent months
              5. We are projecting 15% growth in '08-'10 before declining to 10% growth in 2014 and on
          iii. Real Estate
              1. Has been growing quickly off a small base (48% projected this year)
              2. Apartments.com appears to be the jewel of the group and in the most mature of the verticals. Other businesses have some potential, but are subject to major competitive threats such as Zillow.com
              3. We have modeled it growing at 20% per year from 2008 through 2016 before tapering off as the market matures to 10% growth in 2014 and on

IV. Circulation - As evidenced by the relationship between Daily Print revenue and circulation (copies) in our projections (declining at a -2.7% CAGR from '08-'16 and -1.8% CAGR for the same periods, respectively) advertising is getting cheaper in Daily Print

V. Costs
    a. We are projecting some significant, but achievable, cost reductions
    b. FTE's
          i. Daily Print

CONFIDENTIAL

EGI-LAW 00019384

        1. For '07- '09 we have assumed that the company will achieve its estimated FTE reductions (-3% in '07, -2% in '08 and -1% in '09)
        2. For 2010 and onward we have modeled the company achieving up to 5% reduction in FTE's annually (2011 and '12 (peak)) and declining to 3% reductions in 2015 and 2016
        3. As a point of comparison, Daily Print revenue is projected to decline at a CAGR of -2.7% from '08-'16 versus Daily Print FTE's declining at a CAGR of -3.8% for the same period. Our thought is that the 1% efficiency gains are achievable for the division (in fact there should be some upside here with the right management team in place)
    ii. Interactive
        1. For 2007- 2009 we have assumed that the company will add FTE's at their planned levels (25% increase in '07, 20% increase in '08, and 17% increase in '09)
        2. We have modeled the FTE's growing at a 10.7% CAGR from '08-'16 versus a revenue CAGR of 13.4% for the same period, reflecting the scale and efficiency of the interactive business
c. Compensation per FTE - We have modeled 3% growth in regular pay and incentives (including MIP) across all divisions for '08-'16 which is consistent with the company's historical merit-based pay increases
d. Benefits per FTE
    i. Medical – we have modeled 5% increases for '08-'16
    ii. Pension – we have modeled 3% increases for '08-'16
    iii. Payroll taxes and other – we have modeled 2% increases for '08-'16
e. Newsprint
    i. We modeled -2% declines in pricing for '08-'11 and then flat in '12 and on
    ii. We modeled volumes to decline driven by circulation declines and page declines
    iii. The net result is that we are projecting total newspaper costs to be down -7.7% in '08 and slowing the cost decline to -1.7% in '16

CONFIDENTIAL

EGI-LAW 00019385