**From:** Nils Larsen [NLarsen@egii.com]
**Sent:** Tuesday, March 20, 2007 11:08 AM
**To:** Mark Sotir
**Subject:** RE: Tribune additional information

I will ask on the flash it is just that 2 more weeks of info is not likely to make much difference and should be incorporated in their 2007 revisions. The same would go for the changes to operating costs. They have already lowered their capital investments for 2007 as is reflected in the most recent model.

Nils

---

**From:** Mark Sotir
**Sent:** Tuesday, March 20, 2007 10:49 AM
**To:** Nils Larsen
**Cc:** Philip Tinkler; Bill Pate; Chris Hochschild
**Subject:** RE: Tribune additional information

Sounds like a good list. Ask them about the weekly March "Flash" numbers as well - they have the data and can just email the file to us. The capital/cost items are in the context of their revising the 07 Plan #s They made reference to the fact that they would offset <u>some</u> of the revenue declines with reductions in costs and capital, and we'd just like to know what those changes are.

On the other items, you're right, we can wait until the process is more formally moving again.

---

**From:** Nils Larsen
**Sent:** Tuesday, March 20, 2007 8:43 AM
**To:** Mark Sotir; Bill Pate; Chris Hochschild
**Cc:** Philip Tinkler
**Subject:** RE: Tribune additional information

Chris and I are going over to the Tribune today to spend some time with Chandler on the model and the ratings agency presentation. I intend to inquire about the following:

- If they have a completed set of Period 2 results that we can see and review. I believe this is their brown book and I would assume that it is completed by now.
- Chandler indicated on the 9th that management needed to sit down and refine their projections for 2007. I will inquire as to the status of this refinement and whether we can have a copy. It will not be to the level of detail outlined by Mark below but will/should be the projections management is willing to vouch for to the board and the financing providers.
- What the current view of the leaders of the print division is on the amount of leverage we are considering. We have heard widely varied stories as to the comfort level with the amount of leverage being considered and it would appear prudent to understand more on this subject. Ultimately I would love to get the group Dennis met with the week of the 5th in a room and have a dialogue. I won't go this far today but will mention it as an item we need to understand.
- I also intend to try to get a better understanding of the pension comment Crane made to Bill yesterday.

With regard to the other items mentioned below, my suggestion is that we wait or that they don't add much to the picture broadly defined. Some of the 2007 cash flow items have been refined in our latest model and management seems to be on top of them. This would cover capital expenditures, cost reductions and the like.

---

**From:** Mark Sotir
**Sent:** Monday, March 19, 2007 4:07 PM
**To:** Bill Pate; Nils Larsen; Chris Hochschild
**Subject:** Tribune additional information

Assuming that we do go forward with Tribune, here is a list of items that we'd want to get from the Company. We discussed some of this in the meeting a few minutes ago.

**CONFIDENTIAL**
**ATTORNEY EYES ONLY**

EGI-LAW 00029752

- Period 2 final results
    - Operating metrics
    - Financials

- Period 3 Flash report - At least the first 2 weeks.

- 2007 Reforecast
    - By Business Unit
    - By Revenue segment
    - Discussions with Business Unit leaders about outlook
    - Cost reduction, capital spend update – Any major changes due to the reforecast?
    - Discussions with Business Unit leaders about the outlook.

- Sales force diligence
    - Revenue goals per rep, etc.
    - Compensation programs (Base vs. incentive, how often paid, etc.)
    - Hiring, turnover, etc.
    - Structure (industry focus, geography, etc.)
    - Cross product sales (print, interactive, etc.)
    - Productivity (Ranking, performance mgmt metrics, etc.)
    - Visibility (How far out can Sales estimate revenue)

- Interactive diligence (More thorough understanding of each business)
    - Newspaper.com
        - Meet people running Tribune newspaper interactive groups
        - Find counterparts at other papers
        - Review new metrics provided with interactive group
    - Joint Ventures
        - '07 performance
        - Status of strategic partnership conversations (Google, Yahoo, etc.)
        - Performance of competitors (Monster has been in the news a lot)

CONFIDENTIAL
ATTORNEY EYES ONLY

EGI-LAW 00029753