**From:** Kenney, Crane H
**Sent:** Tuesday, March 20, 2007 4:11 PM
**To:** Kazan, Daniel G; Grenesko, Don; Leach, Tom; Bigelow, Chandler
**Subject:** RE: Meeting with Nils Larsen

Dan's last point is key. Skadden's FCC guy concurs with all of Clark's analysis except Wadlow's belief that we can get this done by 12/31. He thinks the FCC so discombobulated that there is a good chance we miss 12/31. If we miss, we need to have a back-up plan—Zell puts in more equity/ asset sales to bridge to 2009. We will need to make sure financing does not dry up at 12/31. This is a real risk.

> -----Original Message-----
> **From:** Kazan, Daniel G
> **Sent:** Tuesday, March 20, 2007 3:54 PM
> **To:** Grenesko, Don; Kenney, Crane H; Leach, Tom; Bigelow, Chandler
> **Subject:** Meeting with Nils Larsen
>
> Chandler, Brian and I met with Nils to go over his model, look at how it compared to ours, and talk generally about the rating agency presentations. Generally, our models differ in that their projections are lower than ours, but they also have lower investment/acquisition amounts. We actually are pretty close on free cash flow.
>
> We gave him the current version of the rating agency presentation (with our mark-ups). He wants to see the next turn and will give us comments. He was generally constructive on this and he had a few good points that we should discuss later.
>
> Here are some important things he mentioned in general.
>
> - He asked whether we were still comfortable with our '07 numbers after seeing the first 2 periods. He mentioned that, a few weeks ago, he had heard that we might be re-calibrating our '07 numbers (not sure who he heard that from). We told him that we had not changed our '07 projections.
> - He was fine with presenting our numbers to the rating agencies, but expressed some concern that we might be too optimistic with the lenders and, therefore, run the risk of having our covenant levels be set too tightly. We told him we'd be negotiating covenants that had legroom even under a downside scenario, so he was happy to hear that. He asked to see our downside scenario. We will get that to him. We explained that it was just a sensitivity case and he understood that.
> - He asked to see the P2 brown book. We'll post that to the data room today.
> - He mentioned that he'd heard that one of the reasons the deal died out last week was b/c some publishing folks had expressed concern about the leverage levels (again, not sure where he heard that). Following up on that point, he said that, at some point before this gets done, they'd want to have a conversation with Dennis and Scott to make sure that wasn't a concern. We played dumb on that one – "hadn't heard that"
> - In connection with the rating agency discussion, we got into a conversation about the S-corp election. This is clearly going to be a key negotiating point – either with Zell and/or the lenders. What happens if we can't make the election until 2009? Nils even mentioned having a drop-dead date at 12/31/07 if we can't get FCC approval before then. We just listened.
>
> Dan
>
> Daniel Kazan
> Tribune Company
> 435 North Michigan Avenue
> Chicago, IL 60611
> Phone: 312-222-4233
> Fax: 312-321-0688
> Email: dkazan@tribune.com

5/6/2007

TRIB 039587
HIGHLY CONFIDENTIAL
TRIB-G0033993

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only