**From:** Bill Pate [BPate@egii.com]
**Sent:** Friday, March 02, 2007 8:10 PM
**To:** Nils Larsen; Chris Hochschild
**Subject:** RE:

**Attachments:** Tower_LBO_v34.xls

Nils and Bottleneck Boy,

I have modified the model in a very crude fashion to reflect a spring dividend in 2007 and a closing at year-end. I think it is correct, but I welcome your comments.

The change does not appear to have a material impact on returns; however, it seems to push our revolver draw at the opening to the limit. We become very reliant on the Cubs transaction to ensure that we don't have liquidity problems at the outset. While I think it is fine for now, we may want to ask the lenders to upsize the Sr. Notes in this scenario.

Bill

**CONFIDENTIAL**
**ATTORNEY EYES ONLY**

**EGI-LAW 00022529**