**From:** Kenney, Crane H [CKenney@tribune.com]
**Sent:** Thursday, March 22, 2007 4:05 PM
**To:** Bill Pate
**Subject:** Fw: FW: Zell Counter Proposal

See below. Ozborn wants two of us to do call. You on west coast time? I can do 11 est and check with Tommie.

----- Original Message -----
From: Whayne, Thomas (IBD) <Thomas.Whayne@morganstanley.com>
To: Kenney, Crane H
Sent: Thu Mar 22 14:37:09 2007
Subject: FW: FW: Zell Counter Proposal

-----Original Message-----
From: William A Osborn [mailto:William_A_Osborn@ntrs.com]
Sent: Thursday, March 22, 2007 1:43 PM
To: Whayne, Thomas (IBD)
Cc: Taubman, Paul J (IBD); Osborn, William [NORTHERN TRUST CORPORATION (Chicago)]
Subject: Re: FW: Zell Counter Proposal


Paul and Tom,
    I talked to Sam this morning and indicated the two of you, in coordination with Crane, would be in contact with Bill Pate(sp?) to resolve some of the economic terms of the deal and that we planned to meet next Thurday or Friday as a Board to make the final decision. I explained that while Merrill and Citi would stay engaged, the Committee was concerned about conflict of interest and felt having Morgan Stanley involved in the final details was most appropriate. Please contact Crane and begin the dialogue with Bill Pate. Please forward this e-mail to others if necessary.

Bill

CONFIDENTIALITY NOTICE: This communication is confidential, may be privileged and is meant only for the intended recipient. If you are not the intended recipient, please notify the sender ASAP and delete this message from your system.
------------------------------------------------------

This communication is intended for the addressee(s) and may contain confidential information. We do not waive confidentiality by mistransmission. If you have received this communication in error, any use, dissemination, printing or copying is strictly prohibited; please destroy all electronic and paper copies and notify the sender immediately. We are required by applicable rules to advise you that we may own or act as market maker for securities/instruments mentioned or may advise the issuers; and that past performance is not indicative of future returns.

**CONFIDENTIAL**                                                                                                   **EGI-LAW 00030767**