**From:** Bill Pate [BPate@egii.com]
**Sent:** Friday, March 23, 2007 12:55 PM
**To:** Nils Larsen; Sam Zell
**Subject:** Tower (of Terror)

Sam and Nils,

Tom whayne contacted me after a conversation with osborn to relay a highly equivocated assent to our counter. He said that osborne was mad (I doubt it), that morgan stanley institutionally didn't think the deal was the best option for tower, but that osborne wanted to put our proposal as discussed this morning before the board.

He never suggested, during this call, that the price be increased and seemed most concerned about our ticking fee and the linkage to the fcc process decision. He claimed that osborn was upset that we were led to believe by merrill/citi that putting our money in upfront and the ticking fee concession were enough for us to feel like we had a deal a week ago friday.

He said that morgan stanley had just received the docs yesterday and wanted to see them move forward. He was most concerned about the commitment letters and the outs in it. Other than that, he raised no specific issues. He asked whether we would release our lawyers to work on the deal so that a fully baked proposal can be presented at the end-of-next-week board meeting. I pointed out to him that most of the docs resided with company counsel and we awaited a reply on them. I also asked where we were on the expenses. He said he is not involved in that issue. Nils, I think you should run that down with grenesko in crane's absence.

To summarize my morning comments with tommy and our position, I am copying below how I responded to last night's ms request.

--we stay at $33 + 3mos (lf v sf). Otherwise, no change in price. Ticking fee will be capped at 3mos if company/zell decide to go long form
--we convene fcc counsel call to discuss long form
--we are fine with 3yr commitment
--we are fine with debt+equity stake so long as we receive coupon on convert in amt of our taxes
--we are fine with 3.31 fing commitment
--there is no breakup fee for either side unless someone tries to step in our shoes on esop then we get 50mm
--subject to mgmt commit of 37.5mm we will increase capital contribution by 37.5mm to support company

Nils, I think you should contact crane to arrange an fcc call. Once we get buyoff on fees from grenesko, we should move quickly to put a fully wrapped deal before trb board.

Call me when you have a minute.

Bill
William Pate
Equity Group Investments, L.L.C.
2 North Riverside Plaza - Suite 600
Chicago, IL 60606
wpate@egii.com

**CONFIDENTIAL**

**EGI-LAW 00032558**