**From:** Bigelow, Chandler [CBigelow@tribune.com]
**Sent:** Wednesday, March 21, 2007 10:31 AM
**To:** Nils Larsen
**Subject:** FW: Revised NDA

**Attachments:** US-LDAforRASParticip.DOC

Nils – I still have not heard from Moody's about your attendance at the meeting, as I mentioned this morning, they had dug their heels in last night with me. Perhaps our banker contacts can make some progress on that point. On another point, Moody's has asked that you guys sign the attached before we share with you the outcome of their decision process. Please let me know if you have any questions. Thanks and I will call you tonight.
Chandler

-----Original Message-----
**From:** Eldersveld, David
**Sent:** Tuesday, March 20, 2007 8:35 PM
**To:** Bigelow, Chandler
**Subject:** FW: Revised NDA

Chandler -

This is the NDA that Moody's would ask EGI to sign. You should forward this on to them for their review.

---

**From:** Menendez, Marie [mailto:Marie.Menendez@moodys.com]
**Sent:** Tuesday, March 20, 2007 3:01 PM
**To:** Eldersveld, David
**Cc:** Bigelow, Chandler
**Subject:** Revised NDA

Apologies -
On the expectation that there will be a discussion with the other party at some point during the assessment process, this is the version which should be used. The change is in section 2.3.

Thanks and regards,
Marie

-----Original Message-----
**From:** Eldersveld, David [mailto:DEldersveld@Tribune.com]
**Sent:** Tuesday, March 20, 2007 11:22 AM
**To:** Menendez, Marie
**Cc:** Bigelow, Chandler
**Subject:** RE: Rating Assessment Service

Marie -

As a follow-up to our call this morning, attached are a few comments to the engagement letter in addition to the points already discussed. Please give me a call to discuss at your convenience. Best regards.

Dave

---
David P. Eldersveld
Senior Counsel/Mergers & Acquisitions
Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
Phone: 312-222-4707
Fax: 312-222-4206

**CONFIDENTIAL**                                                                                              **EGI-LAW 00030300**

Email: deldersveld@tribune.com

--This e-mail is sent by a lawyer and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify me immediately. --

-----Original Message-----
**From:** Menendez, Marie [mailto:Marie.Menendez@moodys.com]
**Sent:** Monday, March 19, 2007 8:43 AM
**To:** Bigelow, Chandler
**Subject:** Rating Assessment Service

Chandler,

Attached please find the engagement letter for the Rating Assessment Service. I wanted to clear all internal issues before sending this out. Confirming two issues from our last conversation:

At this time, the RAS is not expected to be shared with parties other than the management, board and financial advisor for Tribune Co. Sharing the information outside that group will require a request from Tribune Co., written consent by Moody's and a non-disclosure agreement in case consent is given.

Also, the fee will be $150,000 based on the final debt amount and complexity of the transaction. I expect this would involve all controlled entities which will need ratings as well as a reasonable number of variations on the basic scenario. Distinctly different scenarios or re-evaluations after the RAS response may incur a separate scenario fee.

John is scheduling our resources to meet your timeframe. I appreciate your understanding that our ability to return a committee-level response is highly dependent on receiving sufficient information in a timely manner. We will let you know as soon as possible if we think we will have difficulty returning a fully formed response within your timeframe.

As always, I'm available to answer any questions or comments.
Thanks and regards,
Marie
<<TribuneRAS3-07.pdf>>
*Marie.Menendez@moodys.com*
*Moody's Investors Service*
*ph. +1.212.553.4126*
*cell +1.917.370.2966*
*fax +1.212.298.6310*

---

**The information contained in this e-mail message, and any attachment thereto, is confidential and may not be disclosed without our express permission. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution or copying of this message, or any attachment thereto, in whole or in part, is strictly prohibited. If you have received this message in error, please immediately notify us by telephone, fax or e-mail and delete the message and all of its attachments. Thank you. Every effort is made to keep our network free from viruses. You should, however, review this e-mail message, as well as any attachment thereto, for viruses. We take no responsibility and have no liability for any computer virus which may be transferred via this e-mail message.**

**CONFIDENTIAL**                                                                                                                                 EGI-LAW 00030301

The information contained in this e-mail message, and any attachment thereto, is confidential and may not be disclosed without our express permission. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution or copying of this message, or any attachment thereto, in whole or in part, is strictly prohibited. If you have received this message in error, please immediately notify us by telephone, fax or e-mail and delete the message and all of its attachments. Thank you. Every effort is made to keep our network free from viruses. You should, however, review this e-mail message, as well as any attachment thereto, for viruses. We take no responsibility and have no liability for any computer virus which may be transferred via this e-mail message.

CONFIDENTIAL

EGI-LAW 00030302