**From:** Nils Larsen [NLarsen@egii.com]
**Sent:** Wednesday, March 21, 2007 9:52 AM
**To:** Bill Pate
**Subject:** RE: Rating agency meetings

I completely agree with your idea that we need to talk with management tomorrow morning to solidify our answers to significant questions. I am nervous about Dennis and Don. I am confident about Chandler. I have no faith in myself.

I am happy not to have to lug your clothes around. I will keep you posted on logistics.

Nils

-----Original Message-----
From: Bill Pate
Sent: Wednesday, March 21, 2007 9:48 AM
To: Nils Larsen
Subject: Rating agency meetings

Spoke with kaplan re tomorrow. He doesn't think it is a big issue. He is principally concerned about mgmt's ability to field questions at the moody's presentation. I suggested that prep on a concall very late tonight or early tomorrow am was the best way to deal with this. It might be best to have a call tomorrow am with you, mgmt, me, and todd to review the questions that moody's may raise.
William Pate
Equity Group Investments, L.L.C.
2 North Riverside Plaza - Suite 600
Chicago, IL 60606
wpate@egii.com

**CONFIDENTIAL**                                                                                                                                                                **EGI-LAW 00029912**