| | |
|---|---|
| From: | Kazan, Daniel G <DKazan@tribune.com> |
| Sent: | Wednesday, March 21, 2007 9:59 PM (GMT) |
| To: | Bigelow, Chandler <CBigelow@tribune.com> |
| Subject: | FW: |
| Attach: | 2007 YTD results.xls |

We should discuss with Don before putting in the deck or showing Nils. This is tricky b/c we've told Nils that we aren't changing our plan based on the results from the first two periods. If he sees this, it may raise issues. We need to weigh that against showing this in the rating agency deck.

Dan

-----Original Message-----
From: Litman, Brian F
Sent: Wednesday, March 21, 2007 4:54 PM
To: Kazan, Daniel G
Cc: Bigelow, Chandler
Subject: RE:

Dan,

Attached has period 1 and period 2 compared to plan.

Brian


From: Kazan, Daniel G
Sent: Wednesday, March 21, 2007 4:18 PM
To: Litman, Brian F
Cc: Bigelow, Chandler
Subject: RE:

Just came up for ratings deck – can you run this with a column versus plan in addition to what you already have (which is versus last year)?

-----Original Message-----
From: Litman, Brian F
Sent: Wednesday, March 21, 2007 8:18 AM
To: Kazan, Daniel G
Subject:

Slight title change on the first page.

Brian

Professionals' Eyes Only

TRB0078232

**TRIBUNE COMPANY**
**2007 VS. 2006 and PLAN (1)**
($ in millions)

|  |  | January 2007 Actual | % Chg 2006 | Plan |
|---|---|---:|---:|---:|
| **Operating Revenues** | | | | |
| | Publishing | | | |
| 1 | Advertising | $ 265 | -7% | -3% |
| 2 | Circulation | 52 | -5% | 0% |
| 3 | Other | 24 | 8% | 8% |
| 4 | Total Publishing | 341 | -6% | -2% |
| 5 | Broadcasting & Entertainment | 97 | -1% | 0% |
| 6 | Total Revenues | 438 | -5% | -1% |
| **Operating Cash Expenses** | | | | |
| 7 | Publishing | 282 | -1% | -1% |
| 8 | Broadcasting & Entertainment | 78 | 1% | -3% |
| 9 | Corporate | 5 | -2% | -9% |
| 10 | Total Op. Cash Expenses (2) | 364 | -1% | -2% |
| **Operating Cash Flow** | | | | |
| 11 | Publishing | 60 | -24% | -3% |
| 12 | Broadcasting & Entertainment | 19 | -11% | 16% |
| 13 | Corporate | (5) | 2% | 9% |
| 14 | Total Op. Cash Flow | 75 | -22% | 1% |
| 15 | Equity Income | 4 | 27% | 192% |
| 16 | Interest Expense | (32) | -74% | 1% |
| 17 | Diluted EPS | $ 0.07 | -42% | 40% |

(1) Excludes special items, non-operating items, and discontinued operations.
(2) February 2007 includes stock-based compensation of $15 million compared to $0 in the prior year period as the Company first began recognizing this expense in March of 2006. Stock-based compensation for the first quarter of 2007 is projected at $19 million compared to $17 million in 2006.

Professionals' Eyes Only

TRB0078233

|    | I | J | K | L | M | N | O | P | Q |
|----|---|---|---|---|---|---|---|---|---|
| 1  |   |   |   |   |   |   |   | Exhibit I | |
| 2  |   |   |   |   |   |   |   |   |   |
| 7  |   |   | February | |   |   |   | 1st Qtr. | |
| 8  | 2007 |   | % Chg | |   | 2007 |   | % Chg | |
| 9  | Actual |   | 2006 | Plan |   | Proj. |   | 2006 | Plan |
| 12 | $ 233 |   | -5% | -3% |   | $ 735 |   | -6% |   |
| 13 | 41 |   | -7% | -2% |   | 136 |   | -6% |   |
| 14 | 20 |   | -1% | -2% |   | 67 |   | 7% |   |
| 15 | 294 |   | -5% | -3% |   | 938 |   | -5% |   |
| 16 | 90 |   | 2% | 1% |   | 283 |   | -1% |   |
| 17 | 385 |   | -3% | -2% |   | 1,221 |   | -4% |   |
| 20 | 238 |   | 2% | -1% |   | 755 |   | 0% |   |
| 21 | 67 |   | 8% | -4% |   | 211 |   | 3% |   |
| 22 | 11 |   | 203% | 9% |   | 20 |   | 2% |   |
| 23 | 316 |   | 6% | -2% |   | 987 |   | 1% |   |
| 26 | 56 |   | -27% | -8% |   | 183 |   | -20% |   |
| 27 | 24 |   | -11% | 17% |   | 71 |   | -10% |   |
| 28 | (11) |   | -203% | -9% |   | (20) |   | -2% |   |
| 29 | 68 |   | -31% | -3% |   | 234 |   | -19% |   |
| 31 | 2 |   | NM | 155% |   | 10 |   | 59% |   |
| 33 | (26) |   | -70% | 1% |   | (83) |   | -71% |   |
| 35 | $ 0.07 |   | -46% | 0% |   | $ 0.27 |   | -29% |   |

Professionals' Eyes Only

TRB0078234

Exhibit II

**TRIBUNE COMPANY**
**2007 OPERATING PLAN (1)**
($ in millions)

| | 52 Week 2006 | 2007 Operating Plan | 2007 Downside Case Pub Ad. Rev -2% |
|---|---|---|---|
| **Operating Revenues** | | | |
| 1  Publishing | $ 4,025 | $ 3,984 | $ 3,946 |
| 2  Broadcasting & Entertainment | 1,408 | 1,401 | 1,393 |
| 3  Total Revenues | 5,433 | 5,385 | 5,339 |
| **Operating Cash Expenses** | | | |
| 4  Publishing | 3,094 | 3,069 | 3,069 |
| 5  Broadcasting & Entertainment | 970 | 985 | 985 |
| 6  Corporate | 61 | 61 | 61 |
| 7  Total Op. Cash Expenses | 4,125 | 4,115 | 4,115 |
| **Operating Cash Flow** | | | |
| 8  Publishing | 931 | 915 | 877 |
| 9  Broadcasting & Entertainment | 438 | 416 | 408 |
| 10  Corporate | (61) | (61) | (61) |
| 11  Total Op. Cash Flow | 1,308 | 1,270 | 1,224 |
| 12  Equity Income | 75 | 67 | 67 |
| 13  Interest Expense | (267) | (324) | (326) |
| 14  Diluted EPS | $ 1.97 | $ 2.00 | $ 1.88 |

(1) Excludes special items, non-operating items, and discontinued operations.

Professionals' Eyes Only

TRB0078235