From: Bigelow, Chandler [CBigelow@tribune.com]
Sent: Thursday, March 29, 2007 11:28 AM
To: Nils Larsen
Subject: FW: Tribune / Commitment Paper Issues

-----Original Message-----
From: Lewis, Robert J. [mailto:rlewis@Sidley.com]
Sent: Thursday, March 29, 2007 11:19 AM
To: Bigelow, Chandler; Eldersveld, David
Cc: Varner, Carla A.
Subject: Tribune / Commitment Paper Issues

Chandler and Dave -- here's a quick list of items for discussion at 11:30. Probably best not to distribute this further as it also includes some Self-Help notes:

ZELL:

1. Collateral: Discuss new Broadcast holdco pledge.

2. Pricing: Bond rate cap increase (12.5% - 13%) and pricing flex increase (25 bps) and underwriting fee (1.75%).

3. Zell Note Subordination Provisions: Who has these? Cahill needs to review.

4. Use of C/C Asset Proceeds to Redeem Junior Capital: Can use excess over $600 million. Is this acceptable?

5. Covenant to create $60 million cash cost savings from reduction of cash contributions to employee benefit plans.

6. Second Step Termination Date: March 31 (not May 31). Need to confirm Acquisition drop-dead date.

7. Junior Capital Repurchases: Is express reference to cash refunds from IRS from Matthew Bender litigation acceptable?

8. Arranger's Consent Right over Terms of Zell Investment Agreement for $100 million equity.


SELF-HELP:

1. LC Subfaciltiy: Resize to $250m?

2. Revolver Re-Sizing after Spin: Confirm $650 million.

3. Pricing Grid: Request split-ratings "or", not "and".

4. Investment/Restricted Payment Basket: Set at 50% of net income (less 100% of net loss), in excess of an initial basket that is to be determined.

CONFIDENTIAL

EGI-LAW 00044410

Best,

Bob.

---

Robert J. Lewis
Sidley Austin LLP
1 South Dearborn Street
Chicago, IL 60603
Phone: 312-853-7363
Fax: 312-853-7036
E-Mail: rlewis@sidley.com

---

Sidley Austin LLP mail server made the following annotations on 03/29/07, 11:19:03:
---------------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we in
that, unless expressly stated otherwise, any U.S. federal tax advice contained in th
communication, including attachments, was not intended or written to be used, and ca
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed
taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is us
to by other parties in promoting, marketing or recommending any partnership or other
investment plan or arrangement, then (i) the advice should be construed as written i
with the promotion or marketing by others of the transaction(s) or matter(s) address
communication and (ii) the taxpayer should seek advice based on the taxpayer's parti
circumstances from an independent tax advisor.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This e-mail is sent by a law firm and may contain information that is privileged or
If you are not the intended recipient, please delete the e-mail and any attachments
immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL                                                                 EGI-LAW 00044411