**From:** Chris Hochschild [CHochschild@egii.com]
**Sent:** Thursday, March 29, 2007 3:46 PM
**To:** Nils Larsen
**Subject:** Tower_LBO_v53_Flex.xls

**Attachments:** Tower_LBO_v53_Flex.xls
I've revised the model to run the fully-flexed scenario (based on $33.50 offer with no ticking fee) and added the covenant analysis at the bottom of the model. The covenant levels are pretty tight in the first few years under our base case and our returns are get knocked down pretty hard as well.

**CONFIDENTIAL**

**EGI-LAW 00041535**