**From:** Nils Larsen [NLarsen@egii.com]
**Sent:** Friday, February 23, 2007 1:46 PM
**To:** Kenney, Crane H
**Cc:** christina.mohr@citigroup.com; michael_costa@ml.com; Bill Pate
**Subject:** FW: Tower

**Attachments:** Commitment Letter.pdf; Engagement Letter.pdf; Fee Letter.pdf

Crane:

Please find attached the engagement, commitment and fee letters for the proposed transaction. I wanted to get this to you as soon as possible to allow you to expedite the process of getting your Board a complete package of information. I believe that you have received everything you have asked for from us. If there is anything else that you require or we have overlooked please do not hesitate to call.

I look forward to continuing to work with you on this transaction.

Nils

The information contained in this e-mail message may be privileged and confidential information and is intended only for the use of the individual and/or entity identified in the alias address of this message. If the reader of this message is not the intended recipient, or an employee or agent responsible to deliver it to the intended recipient, you are hereby requested not to distribute or copy this communication. If you have received this communication in error, please notify us immediately by telephone or return e-mail and delete the original message from your system. Thank you.

* * * * * * * * * * * * * * * * * * * *

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

* * * * * * * * * * * * * * * * * * * *

**CONFIDENTIAL**                                                                                                          EGI-LAW 00012713