From: CN=Brit J Bartter/O=JPMCHASE
Date: 03/04/2007 12:05:23 PM
To: CN=Rajesh Kapadia/O=JPMCHASE@JPMCHASE
Subject: Re: Tribube - 8:30am Monday Call

---

OK--thks.
Brit J. Bartter
Vice Chairman
JP Morgan Securities Inc.
227 West Monroe Street, Suite 2800
Chicago, IL 60606
Telephone: 312-541-4216
Facsimile:  312-541-3429
Cellular:    847-715-8570
brit.j.bartter@jpmorgan.com

----- Original Message -----
From: Rajesh Kapadia
Sent: 03/04/2007 11:03 AM CST
To: Mitchell Scherzer; Joachim Sonne; Aized Rabbani
Cc: Brit Bartter
Subject: Tribube - 8:30am Monday Call

Mitch, Joachim and Aized, please see attached, call Monday 8:30am EST among 3 underwriters. I will be on it.

Brit - I think it would be helpful, from a competitive positioning stand-point, for you to email/call Zell or his team prior to this call and let them know that we totally think a term loan for $4BN+ is doable (which works out to $15-20 per share) and this is the best way to execute the recap and reduce friction costs. I already made that point to Nils Thursday, but seems like ML was thinking of doing bonds which are do-able but lot of friction costs. Let me know.

------------------------
Sent from my BlackBerry Wireless Handheld

----- Original Message -----
From: "Kaplan, Todd \(GMI Leveraged Finance\)" [todd_kaplan@ml.com]
Sent: 03/04/2007 09:43 AM CST
To: Rajesh Kapadia; Brit Bartter
Cc: Margolies, Greg \(IBK-NY\)" <greg_margolies@ml.com>
Subject: RE:

Sorry Raj - typo the first time

-----Original Message-----
From: Kaplan, Todd (GMI Leveraged Finance)
Sent: Sun 3/4/07 9:38 AM
To: Rajesh.kapadia@jpmaorgan.com; brit.j.bartter@jpmorgan.com
Cc: Margolies, Greg (IBK-NY)
Subject:

Raj, Brit - hope all is well

We have been asked by the Zell group and Tribune to work together on a "2-step" plan for financing the buyout - specifically, to have Tribune lever and pay a part of the

Highly Confidential - Attorneys' Eyes Only

JPM_00450043

consideration (we're in the $15-20) out to shareholders after a purchase agreement is signed but prior to closing

> Redacted

Was then targeting a meeting with combined Zell/TRB client group for Wednesday morning (still TBD)

am hoping this all works for you - send a note if we should discuss further prior to tomorrow

thanks

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Click here for important additional terms relating to this e-mail.    http://www.ml.com/email_terms/

Highly Confidential - Attorneys' Eyes Only

JPM_00450044