**From:** "Nils Larsen" <NLarsen@egli.com>
**Date:** 03/06/2007 01:56:04 PM
**To:** <RAJESH.KAPADIA@jpmorgan.com>
**Subject:** RE: Meeting on Wednesday

---

Raj:

No issues on merging the teams on our front. I hope that you will continue to be directly involved and since you are coming tomorrow I assume that is the case.

Nils

**From:** RAJESH.KAPADIA@jpmorgan.com [mailto:RAJESH.KAPADIA@jpmorgan.com]
**Sent:** Tuesday, March 06, 2007 9:43 AM
**To:** Nils Larsen
**Cc:** Brit Bartter; joachim.sonne@jpmorgan.com
**Subject:** Fw: Meeting on Wednesday

Nils, hope all is well. Look forward to seeing you tomorrow. I would like to confirm with you that you do not have an issue with JPMorgan merging the team that has been working with you and the team that has been working with the Company on the self help plan. It appears that ML and Citi have already done so.

--------------------------

Sent from my BlackBerry Wireless Handheld

----- Original Message -----
**From:** "Kaplan, Todd \(GMI Leveraged Finance\)" [todd_kaplan@ml.com]
**Sent:** 03/05/2007 04:44 PM CST
**To:** Rajesh Kapadia; Brit Bartter; <julie.persily@citigroup.com>; <robert.chen@citigroup.com>; Tuvlin, David \(IBK-NY\)" <david_tuvlin@ml.com>; Dahlback, Henrik \(IBK-NY\)" <henrik_dahlback@ml.com>; Paras, Stephen B. \(IBK LevFin-Capital Markets\)" <stephen_b_paras@ml.com>; Mayer, Carl \(GMI-CAPMKTS\)" <Carl_Mayer@ml.com>; <dgrenesko@tribune.com>; <cbigelow@tribune.com>; <wpate@egii.com>; <nlarsen@egii.com>; <jschaffzin@cahill.com>
**Subject:** Meeting on Wednesday

We are planning on meeting Wednesday at 9:30 CST time - topic is structuring of the upfront portion of the potential 2-step approach to the buyout
For those in Chicago, we are meeting at TribuneTower(please ask for Chandler Bigelow at reception)
For those participating by phone, the dial in is
866 637 2663
4497432
Please feel free to forward to other participants in this discussion that I've missed in this message
I will send a calendar planner with this info
Todd Kaplan
Senior Vice President
Chairman of Global Leveraged Finance