**From:** Bigelow, Chandler [CBigelow@tribune.com]
**Sent:** Tuesday, March 27, 2007 10:48 PM
**To:** Nils Larsen
**Subject:** FW: Project Tower / Zell Commitment Papers Issues

Nils – only took 2.5 hrs. Missed you at the end. Deafening silence on my 1.50 upfront ask, one of those really long awkward pauses.

Here is our updated issues list. I think we made some progress. We tentatively scheduled a call for tomorrow morning at 11am. I think someone will send around a dial-in.

Please let me know if you have questions/concerns. I speak with you tomorrow. Chandler

-----Original Message-----
**From:** Lewis, Robert J. [mailto:rlewis@Sidley.com]
**Sent:** Tuesday, March 27, 2007 10:35 PM
**To:** Eldersveld, David; Bigelow, Chandler
**Cc:** Varner, Carla A.
**Subject:** Project Tower / Zell Commitment Papers Issues


Dave and Chandler – To assist with the 11:00 call tomorrow (we'll assume you'd like us on that call, but if it is just business folks, we can stay off the line), here a quick list of items:

1. Zell Undertaking: Where to we show Zell's support of these commitment papers? Should Zell be a co-signatory to these papers? That would resolve where to locate their undertakings with respect to the commitment papers.

2. ESOP / Acquisition Papers: Need to be delivered to Cahill/Lead Arrangers ASAP. This will relieve the diligence conditions on the ESOP.

3. MAC on 1st Step: Lead Arrangers have objected to limited Acquisition MAC as condition to funding the First Step and will require a more customary Company MAC.

4. Acquisition Agreement Condition Precedent: Modifications to Acquisition Agreement will require Lead Arranger consent to the extent material and adverse to the Lenders (they declined to call out specific sections). We note that the Bank's position is accurate and customary.

5. LC Facility Size: Lead Arrangers to provide feed-back on $500 million request.

6. 0.25% Differential on Initial B and Incremental B: Lead Arrangers to provide feed-back on allowing a 25 basis point differential in pricing between the Initial B and the Incremental B.

7. Zell Investment Agreement: OPEN.

8. Spin-Off Accommodation: Lead Arrangers to confirm, but probably will just guide again that if no Acquisition, a Spin-Off will be achieved through a re-financing of the whole facility. Consider asking for a rebate in a side letter related to the Spin-Off as provided in the Self-Help papers?

9. Delayed Draw Commitment Fee: Unlike the 2006 facility, the differential between the Delayed Draw commitment fee and Revolver commitment fee is significant.

10. Underwriting Fee: 1.75% reduced to 1.50%.

11. Market Flex: Delete covenant level flex and delete unlimited pricing flex below ratings thresholds.

CONFIDENTIAL

EGI-LAW 00036117

12. Bridge Cap: 11.5% cap on Bridge pricing (compared to 10.5% cap in the initial Publishing high-yield papers).

Best regards,

Bob.

---

Robert J. Lewis
Sidley Austin LLP
1 South Dearborn Street
Chicago, IL 60603
Phone: 312-853-7363
Fax: 312-853-7036
E-Mail: rlewis@sidley.com

---

Sidley Austin LLP mail server made the following annotations on 03/27/07, 22:33:49:
----------------------------------------------------------------------
IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we in
that, unless expressly stated otherwise, any U.S. federal tax advice contained in th
communication, including attachments, was not intended or written to be used, and ca
used, by any taxpayer for the purpose of avoiding any penalties that may be imposed
taxpayer by the Internal Revenue Service. In addition, if any such tax advice is us
to by other parties in promoting, marketing or recommending any partnership or other
investment plan or arrangement, then (i) the advice should be construed as written i
with the promotion or marketing by others of the transaction(s) or matter(s) address
communication and (ii) the taxpayer should seek advice based on the taxpayer's parti
circumstances from an independent tax advisor.

****************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or
If you are not the intended recipient, please delete the e-mail and any attachments
immediately.

****************************************************************************