From: CN=Jamie Dimon/OU=IL/O=ONE
Date: 03/29/2007 06:51:18 PM
To: CN=Brit J Bartter/O=JPMCHASE@JPMCHASE
Subject: Re: TRB

Well done!

Jamie

**Brit J Bartter/JPMCHASE**
03/29/2007 05:34 PM

To "Jamie Dimon" <jamie.dimon@jpmchase.com>, "James Lee" <James.B.Lee@jpmorgan.com>, "Douglas Braunstein" <Douglas.Braunstein@jpmorgan.com>, jennifer nason/jpmchase@jpmchase
cc rajesh kapadia/jpmchase@jpmchase, Patricia Deans/JPMCHASE@JPMCHASE, Peter Cohen/JPMCHASE@JPMCHASE, "Joachim Sonne" <joachim.sonne@jpmorgan.com>
Subject TRB

Update:
It looks like Zell is going to win on the Tribune deal tomorrow when the Special Committee meets. The underwriters are completing the commitment papers this evening.
Zell has awarded JPM an M&A print on this transaction. We are working on getting an engagement letter signed. In addition, late this afternoon, Jimmy got a call from Sam to discuss giving JPM a lead left role on some/all of the financings. Jimmy is communicating further w Sam on that topic this evening.

Brit J. Bartter
Vice Chairman
JP Morgan Securities Inc.
227 West Monroe Street, Suite 2800
Chicago, IL 60606

Telephone: 312-541-4216
Facsimile:   312-541-3429
Cellular:    847-715-8570

brit.j.bartter@jpmorgan.com

Highly Confidential - Attorneys' Eyes Only

JPM_00229127