**From:** Chris Hochschild [CHochschild@egii.com]
**Sent:** Thursday, April 12, 2007 4:58 PM
**To:** Nils Larsen
**Subject:** FW: Are you going to be able to send over some information before tomorrow's meeting?

**Attachments:** P3 brown book pages.PDF; ad-revenue-by-category-p3-2007.pdf; Ad Rev 2007 Plan vs 2006 Actual.pdf; 2007 Plan vs 2006 Actual.pdf; ad-revenue-by-quarter-2007-plan.pdf

---

**From:** Mark Sotir
**Sent:** Thursday, April 12, 2007 4:56 PM
**To:** Bill Pate; Chris Hochschild
**Subject:** FW: Are you going to be able to send over some information before tomorrow's meeting?

There is more coming. I'm pretty sure the plan #'s you see here are the original plan#'s that they never calendarized or broke down by market. In the email below, he references new "projections" which are a new look at the full year numbers. He will send those over later.

**From:** Amsden, Harry [mailto:HAmsden@Tribune.com]
**Sent:** Thursday, April 12, 2007 3:15 PM
**To:** Mark Sotir
**Cc:** Kazan, Daniel G; Knapp, Peter; Smith, Scott C.
**Subject:** RE: Are you going to be able to send over some information before tomorrow's meeting?

Mark:

This gets the stream of files over to you started. Some more will come in a separate e-mail later today. Specifically, what is attached here is as follows:

1) Selected schedules out of the draft of our first quarter "brown book" reporting package which gives you some key reports on our first quarter 2007 results compared to plan and last year. Note that for all the schedules, that we will give you, SCNI and Hoy NY have been taken out as they are now considered to be discontinued operations as the sales of those businesses should close soon.

2) Draft of the advertising revenue category reports for period 3 and first quarter of 2007 for the group and by business unit.

3) Updated 2007 plan schedules by business unit reflecting the current version of the operating plan. The plan has been loaded by period for 2007 - we have given you schedules for full year and by quarter. Again, SCNI and Hoy NY are excluded. Without these business units, our planned group operating cash flow for publishing for 2007 is $908 million. These schedules are in the format that we normally produce each period for our internal use at the group rather than the format we had been using for the strategic review process over the last several months. We have also included updated plan schedules for the advertising revenue category reports by quarter by business unit. We do not yet have updated plan splits for daily newspaper, targeted print and interactive by business unit. We have asked each unit to complete those and send them into us by the end of next week. Once we review those and consolidate them, we will provide you with copies.

We now have full projections by business unit by quarter for 2007. Those files will go out later today to you. We will also take you through an update on capital spending tomorrow. Our original capital expenditure plan for 2007 was for $165 million of spending. In March, we lowered that to $140 million and we are currently in the process of finalizing that number which may come down slightly still. More tomorrow on that.

Scott Smith will also be in our meeting tomorrow at 2pm.

Harry

**CONFIDENTIAL**                                                                                                          EGI-LAW 00063986

-----Original Message-----
**From:** Mark Sotir [mailto:MSotir@egii.com]
**Sent:** Thursday, April 12, 2007 2:22 PM
**To:** Amsden, Harry
**Subject:** Are you going to be able to send over some information before tomorrow's meeting?


Mark Sotir
Managing Director
Equity Group Investments
T: 312-466-3401

**CONFIDENTIAL**

**EGI-LAW 00063987**