**From:** Kazan, Daniel G [DKazan@tribune.com]
**Sent:** Monday, April 16, 2007 2:55 PM
**To:** Nils Larsen; Bill Pate; Mark Sotir
**Cc:** Leach, Tom
**Subject:** FW: Period 3 eBrown Book with Corporate Section

**Attachments:** Period 3 2007 eBrown Book with Corporate.pdf

Guys: Please find the period 3 brown book attached.

Dan

-----Original Message-----
**From:** Wright, Jim R (Corporate)
**Sent:** Monday, April 16, 2007 2:41 PM
**To:** Kazan, Daniel G
**Cc:** Litman, Brian F
**Subject:** Period 3 eBrown Book with Corporate Section

**CONFIDENTIAL**

**EGI-LAW 00065980**