**From:** Chris Hochschild [CHochschild@egii.com]
**Sent:** Monday, May 21, 2007 10:10 AM
**To:** Nils Larsen
**Subject:** FW: Publishing Flash Summary - Period 5, Week 3

**Attachments:** Period5Week3 Flash Summary.xls

---

**From:** Mark Sotir
**Sent:** Monday, May 21, 2007 9:31 AM
**To:** Bill Pate; Chris Hochschild
**Subject:** FW: Publishing Flash Summary - Period 5, Week 3

FYI

---

**From:** Sauter, Rachel [mailto:RSauter@tribune.com]
**Sent:** Monday, May 21, 2007 9:12 AM
**To:** Agema, Gerald; Amsden, Harry; Bellack, Bob; Bigelow, Chandler; Brown, Thomas (MCall); Carver, Steve; Casanova, Vince; Delmonaco, Rich; DePaola, Ken; Doherty, Phil B.; Dunster, John (SCNI); Eberle, Jane M; Ellis, Jim; Feeney, Rich; FitzSimons, Dennis J.; Gart, Mike; Greenberg, Howard; Gremillion, Bob; Grenesko, Don; Hall, Suzanne (Chicago); Hayes, Dana; Hiller, David; Jimenez, Terry; Juds, Judy A.; Kazan, Daniel G; Kennedy, Timothy; Kenney, Brigid E.; Kenney, Crane H; Kern, Gerould W.; Khahaifa, Avido; Knapp, Peter; Knight, Timothy; Landon, Tim J.; Leach, Tom; Litman, Brian F; Malee, Michael J.; Mallory, R. Mark; Malone, Dick; Meyer, Nancy; Mitchell, Susan; Monsma, Durham; Motley, Robyn; Murphy, Dave - LA Times; Musil, Ruthellyn; Palermini, Bob; Powell-Ingram, Kathy; Ray, Charles; Razzino, William; Ryan, Tim; Sauter, Rachel; Slason, Mike; Smist, Erik; Smith, Scott C.; Solomon, Digby; Mark Sotir; Thomas, Doug; Tomko, Rachel; Trausch, Diane M.; Tyner, Eddie; Waltz, Kathy; Williams, David D.; Wortsman, David A.
**Subject:** Publishing Flash Summary - Period 5, Week 3

All-
Please find the attached summary of the Publishing Revenue flash from Period 5, Week 3.

For the week, total ad revenue was down 6% from last year, 5% under projection. Retail was up 1%, National was down 16%, and Classified was down 7%.

Period to date, ad revenue is down 9% from last year, 4% under projection.

Thanks,
Rachel

**CONFIDENTIAL**                                                                      **EGI-LAW 00094047**