**From:** Bill Pate [BPate@egii.com]
**Sent:** Friday, May 25, 2007 3:49 PM
**To:** Nils Larsen
**Subject:** FW: Tribune Pacing

**Attachments:** Week 20 Pacing.pdf; Growth Rate by Brand Code_as of Week 20 (5-20-2007).xls; Political Put On BC 2006.xls

---

**From:** Kazan, Daniel G [mailto:DKazan@tribune.com]
**Sent:** Thursday, May 24, 2007 6:21 PM
**To:** Bill Pate
**Cc:** Mazzaferri, Gina M.; Hendricks, John
**Subject:** FW: Tribune Pacing

Bill: As you requested.

Dan
-----Original Message-----
**From:** Mazzaferri, Gina M.
**Sent:** Thursday, May 24, 2007 3:15 PM
**To:** Kazan, Daniel G
**Cc:** Hendricks, John
**Subject:** Tribune Pacing

Dan,

Attached are the following

1. Pacing reports as of week 20 (last Friday) for 2nd quarter, May and June. I have included total pacing as well as pacing excluding political. We are up against $7.6 million of political in Q2 2006, of which $4.6 million was on books as of week 20 last year.
2. Category Pacing as of Week 20.
3. Political Put On Report for 2006.

If Bill has any questions on the reports or would like color on certain markets or stations, he can give me or John Hendricks (x3392) a call.

Gina

**CONFIDENTIAL**                                                                                                              EGI-LAW 00096437