| | |
|---|---|
| **From:** | Persily, Julie [CIB-GFI] |
| **Sent:** | Tuesday, April 03, 2007 02:31 AM |
| **To:** | Canmann, Michael S [CIB-GBKG]; Chen, Robert [CIB-GFI]; Mohr, Christina [CIB-GBKG]; Schell, J Michael [CIB-GBKG]; Susman, Louis B [CIB-GBKG] |
| **CC:** | Leat, Chad A [CIB-GFI] |
| **Subject:** | Re: T |
| **Importance:** | Low |

```
This is unacceptible. We've been the lead bank to Trib, have a bridge out to them, we've worked on
the sellside/staple for 6 months non-stop and have done a good job.
I've been concerned about the lack of depth of the Zell relationship from the beginning but thought
we were acting in good faith from the day they entered the picture. We had no hint that this was
coming.
I do appreciate that Zell wants to reward relationships and if he wants to bring BoA in for 15%, he
should ask the three of us (Citi/ML/JPM) to come down 5% each.
I'm curious how the Trib guys feel. The first thing their new Chm does is diss their lead bank.
Lou, please let us know how your discussion with Sam goes. For what it's worth, his team had been a
pleasure until today. I had hoped to develop a further relationship with them. I liked their style.
Fool me once....
Julie
-----Original Message-----
From: Canmann, Michael S [CIB-GBKG]
To: Chen, Robert [CIB-GFI]; Mohr, Christina [CIB-GBKG]; Schell, J Michael [CIB-GBKG]; Susman, Louis
B [CIB-GBKG]
CC: Persily, Julie [CIB-GFI]
Sent: Mon Apr 02 20:52:25 2007
Subject: RE: T
I spoke to Nils again as well.  He called and wanted to see if I had any thoughts.  I reiterated
that we had done an outstanding job, committed for 33% and that was where we remained.
He mentioned the idea of a senior call.  I said that Sam should feel free to call Lou.  I don't see
what having an out going call to Sam will achieve, since they are asking us for something that is
without precedent.



Michael S. Canmann
Managing Director
Investment Banking
Citigroup Global Markets Inc.
8700 Sears Tower
Chicago, IL 60606
Tel (312) 876 - 8830
Fax (312) 281 - 9059
michael.s.canmann@citigroup.com
-----Original Message-----
From: Chen, Robert [CIB-GFI]
Sent: Monday, April 02, 2007 6:05 PM
To: Canmann, Michael S [CIB-GBKG]
Cc: Persily, Julie [CIB-GFI]
Subject: T
Michael,
Nils just called me.  Mainly wanted to let me know that their decision has nothing to do with how
Julie or I performed, but rather that it's simply one of relationship history.  He has no problems
having Sam call Lou, which he already passed on to Sam, so Lou will probably get a call tomorrow
morning.  You should give him a heads up.  He also asked whether there is a more appropriate senior
individual that Sam should be calling, and said that he asked you that question as well.  We owe him
an answer on this.
Julie, fyi, Zell wants to cut our economics in half to bring in BofA (and not take away from ML or
JPM).  Sole reason is relationship, doesn't know us, etc.  We certainly have a strong contractual
argument in the papers that prevents this from happening, but they are pushing hard.
```

CONFIDENTIAL                                                                                    CITI-TRIB-CC 00037683