From: CN=John Kowalczuk/O=JPMCHASE
Date: 04/05/2007 09:38:06 AM
To: CN=Rajesh Kapadia/O=JPMCHASE
Subject: Re: Tribune Economics

---

I would assume our commitment amount goes from 33% to 30% as well. Can you confirm.
Thanks.
Inactive hide details for Rajesh Kapadia/JPMCHASERajesh Kapadia/JPMCHASE

| | | |
|---|---|---|
| **Rajesh Kapadia/JPMCHASE** | [IMAGE] | [IMAGE] |
| 04/04/2007 08:28 PM | To | "Chris Linneman" <chris.linneman@jpmorgan.com>, "Andrew O'Brien" <andrew.j.obrien@jpmorgan.com>, "Jim Casey" <jp.casey@jpmorgan.com>, "Trish Deans" <patricia.deans@jpmorgan.com>, "Jeff Sell" <jeff.sell@jpmorgan.com>, John Kowalczuk/JPMCHASE, "Lenny Carey" <leonard.p.carey@jpmorgan.com> |
| | [IMAGE] | [IMAGE] |
| | cc | "Natalia Klykova" <natalia.klykova@jpmorgan.com>, Darryl M Jacobson/JPMCHASE, Yang X Chen/JPMCHASE, Mark S Guterman/JPMCHASE, Tesia A Sommer/JPMCHASE@JPMCHASE, "Robert Anastasio" <robert.anastasio@jpmorgan.com> |
| | [IMAGE] | [IMAGE] |
| | Subject | Tribune Economics |

[IMAGE]                    [IMAGE]

Sam Zell and Tribune CEO have decided to re-cut splits on the deal for JPM/ML/Citi/BoA from 33.3/33.3/16.6/16.6 to 30/30/25/15. JPM still lead left on bank, ML on bond. Company pushed to have Citi moved further up on the splits. Apparently Sam called Jimmy on this today. Brit Bartter does not believe we can change this decision given Company push and the way Sam decides these things. JPMorgan gross fees go from $74mm to $66mm.
Our coverage bankers are focused on using this as an opportunity to push for some sell-side business coming out of Tribune post closing. We will be putting this under the SLF Cross Marketing Effort!

----------------------------

Sent from my BlackBerry Wireless Handheld



Highly Confidential - Attorneys' Eyes Only

JPM_00232401