| | |
|---|---|
| From: | Musil, Ruthellyn <RMusil@tribune.com> |
| Sent: | Tuesday, April 24, 2007 1:57 PM (GMT) |
| To: | Bigelow, Chandler <CBigelow@tribune.com> |
| Subject: | RE: Q1 results |

Chandler: Strikes me that point 2, with all the detail, is much more operational than Zell should be at this point. He has not even joined our board. The operational stuff should stay with DJF, from my perspective.

I think points 1, 3 and 4 are big picture and helpful because they put things in perspective. In fact, point one echoes a quote I saw from Zell in the press....Ruthellyn

-----Original Message-----
**From:** Bigelow, Chandler
**Sent:** Tuesday, April 24, 2007 8:51 AM
**To:** Grenesko, Don; Musil, Ruthellyn; Kazan, Daniel G; Leach, Tom; Kenney, Crane H; Sachs, Naomi; Eldersveld, David; Litman, Brian F
**Subject:** FW: Q1 results

FYI - Nils has put together the following. The banks are getting alot of questions from prospective lenders about Zell's reaction to our first quarter. Please let me know what you think. Thanks, Chandler

---

**From:** Nils Larsen [mailto:NLarsen@egii.com]
**Sent:** Tuesday, April 24, 2007 8:41 AM
**To:** NATALIA.KLYKOVA@jpmorgan.com; Bigelow, Chandler; Bill Pate
**Cc:** Patricia.Deans@jpmorgan.com; RAJESH.KAPADIA@jpmorgan.com; darryl.m.jacobson@jpmorgan.com; yang.chen@jpmorgan.com; mark.s.guterman@jpmorgan.com; joachim.sonne@jpmorgan.com
**Subject:** RE: Q1 results

In preparation for today's discussion of the first quarter results, I thought it would be helpful for me to outline some thoughts on the subject.

1. The first quarter results are not a surprise and are consistent with the industry and Street expectations. The company announces monthly top line trends so the only new information in the market is March which was consistent with the first two months. This is not to ignore the trends but to put them in context of what is known. People cannot and we should not let them or ourselves act as if this is new information to anyone. We should not be defensive or alarmist.
2. To understand the numbers better it is helpful to break down the trends into certain components.
    a. If you separate the three main components for print advertising revenue from each other you will see that the vast majority of the first quarter shortfall is associated with real estate or real estate related pressure. This is centered mainly in FL with a lesser strain from CA. If you don't constrain you time horizon to the first quarter of 2006 and 2007 and include 2005 and previous you will see a large spike in 2006 that is reverting to normal in 2007. In fact 2007 over 2005 shows very modest growth or very modest decline. The company may have been using the 2006 jump to mask other strains but the results need to be viewed in a large context.
    b. As you look at national and retail you see that automotive, particularly domestic, is causing a large portion of the pressure in these areas. It is no secret that domestic automotive is under pressure and this is consistent across most if not all forms of media. Domestic automotive ad budgets are down. We should not get confused by high domestic automotive growth rates in the on-line arena since the base is small and this is a small portion of domestic automotive ad budgets. The good news here is that the rate of decline has slowed down significantly and domestic automotive is not as important to the overall mix. This is a positive going forward.
    c. Third, it is very instructive to look at the pricing of newsprint over the past few years. The pricing on newsprint jumped significantly in 2005-2006 and is now coming down to more reasonable and historically consistent levels. In fact, the pricing is already below the company's 2007 projections. As the industry continues to be pressured the demand for newsprint will be impacted and this reversion of pricing to the mean should be sustainable.
3. EGI is a long term, collaborative investor. The reason we were able to get this transaction done was a combination of creativity, confidence in the business segments, confidence in management, and a belief that with the right support and guidance that the evolution of the print industry and the challenges facing

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0131956

the broadcast sector were manageable. Nothing has changed.
4. As a side note, it is worth noting that Providence Equity just paid $1.2B or so for $70-$75M of cash flow to acquire the CCU stations. These stations are ratings challenged and under-invested but have lean cost structures. In other words, it will take time and investment to grow the cash flow a discernible amount. This is a 16x multiple. Applying the same multiple to our TV properties cash flow of roughly $300M yields a $4.8B value. Even after taxes this should result in $4B to the company and leaves roughly $1.1B of OCF to cover roughly $6B of guaranteed leverage. This should illustrate the power of the underlying collateral base. I am sure some of our current bank group has bought into the Providence deal and many of the people we are talking to will be approached. If you can sell that story we should be able to sell this one.

I welcome any and all comments and additions.

Nils

---

**From:** NATALIA.KLYKOVA@jpmorgan.com [mailto:NATALIA.KLYKOVA@jpmorgan.com]
**Sent:** Monday, April 23, 2007 9:01 PM
**To:** cbigelow@tribune.com; Nils Larsen
**Cc:** Patricia.Deans@jpmorgan.com; RAJESH.KAPADIA@jpmorgan.com; darryl.m.jacobson@jpmorgan.com; yang.chen@jpmorgan.com; mark.s.guterman@jpmorgan.com; joachim.sonne@jpmorgan.com
**Subject:** Fw: Q1 results

Nils and Chandler,

As we discussed, we are available for a call tomorrow morning to discuss Zell/EGI's view on the first quarter release. Please let us know what works best for your schedules.

Regards,
Natasha

---- Forwarded by Natalia Klykova/JPMCHASE on 04/23/2007 09:49 PM ----

JPMorgan Telecoms, Media and Technology Investment Banking
Joachim X Sonne/JPMCHASE

04/20/2007 09:26 AM

To  nlarsen@egii.com, CBigelow@tribune.com
cc  rajesh.kapadia@jpmorgan.com, natalia.klykova@jpmorgan.com, darryl.m.jacobson@jpmorgan.com
Subject  Q1 results

Nils, Chandler,

following the release of the Q1 results yesterday, we expect a lot of questions from banks on Zell's view / reaction to the first quarter performance.

Could you provide us with the key messages that you want us to deliver to the banks.

Thanks
Joachim

---

Joachim Sonne
*Vice President*
JPMorgan - Telecoms, Media and Technology Investment Banking
277 Park Avenue. New York, NY 10172
☎ direct: +1 212 622 2333
☎ fax: +1 646 534 0327
✉ email: joachim.sonne@jpmorgan.com

This communication is for informational purposes only. It is not intended as an offer or solicitation for

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0131957

the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates.

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.
Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0131958