ML-TRIB-0579530

| | |
|---|---|
| From: | Kaplan, Todd (GMI Leveraged Finance). |
| To: | O'Grady, Michael G. (IBK - CHI). |
| Cc: | |
| Bcc: | O'Grady, Michael G. (IBK - CHI). |
| Subject: | RE: Tower JPM Post--Further Update. |

Sent: 5/11/2007 6:42 AM.

probably should - let me know when you're around in the morning

-----Original Message-----
From: O'Grady, Michael G. (IBK - CHI)
Sent: Thu 5/10/07 10:16 PM
To: Kaplan, Todd (GMI Leveraged Finance)
Cc:
Subject: Re: Tower JPM Post--Further Update

Should you and I have a conversation w Chandler as well? I'm assuming you're talking to Bill and Nils
Mike O'Grady

-----Original Message-----
From: Kaplan, Todd (GMI Leveraged Finance)
To: Costa, Michael (IBK-NY); O'Grady, Michael G. (IBK - CHI); Marcus, Mitchell (IBK-CHI); Tuvlin, David (IBK-NY)
Sent: Thu May 10 20:40:14 2007
Subject: Fw: Tower JPM Post--Further Update

Not good news

Will report more when I have it


Todd Kaplan
Senior Vice President
Chairman of Global Leveraged Finance
(312) 869-6213
todd_kaplan@ml.com


-----Original Message-----
From: Paras, Stephen B. (IBK LevFin-Capital Markets)
To: Kaplan, Todd (GMI Leveraged Finance); Mayer, Carl (GMI-CAPMKTS); Margolies, Greg (IBK-NY)
Sent: Thu May 10 19:50:15 2007
Subject: RE: Tower JPM Post--Further Update

JPM had a productive call with the Equity Group and Chandler this evening who actually suggested a prospective solution—an asset sale (18 month) bridge up to $1.5BN as a means to right-size the TLB to allocable demand.

The asset sale bridge would benefit from shorter duration (18 months was mentioned) which will appeal to inst buyers across the spectrum

There will be a call tomorrow at 1200noon EDT with the Company and Tribune to discuss more fully this prospective solution in tandem with a repricing of the stage I TLB to L+300 combined with an oid of 75bp.


-----Original Message-----
From: Paras, Stephen B. (IBK LevFin-Capital Markets)
Sent: Thursday, May 10, 2007 7:33 PM

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

ML-TRIB-0579530

ML-TRIB-0579531

To: Kaplan, Todd (GMI Leveraged Finance); Mayer, Carl (GMI-CAPMKTS); Margolies, Greg (IBK-NY)
Subject: Tower JPM Post
Importance: High

JPM (Andy O'Brien and Raj Kapadia) called with an update, unfortunately unfavorable and significantly different in tone from my discussions with them this morning with respect to the traction the TLB is receiving. The account orders and color they received today were materially below their expectations on avg order size as well as their views this morning on required yield to clear. Commitments presently total $2.75BN against the $7.0BN TLB. Approx 85 accounts are in the book representing an avg order size of $32.4MM and they have 180 accounts working.

More importantly, Andy sensitized us to the prospects of being undersubscribed on an allocable demand basis by a material amount (volunteered worst case of 1.5-2.0BN or $450MM-600MM to ML); they have moved 180 degrees from this morning on their expected outcome views concerning 250bp/101 at stage I stepping up to 300bp stage II clearing. Similar reasons cited to what we have heard on the bridge from hedge funds—CLOs are finding the newspaper space extremely challenging and as result are committing on a buy and hold basis or 50% to what we would normally see.

With respect to their current views on required yield—many significant accounts have now advised JPM that 325bp is required. This input mirrors the information Carl received from Scott Krase this morning. Assuming we move stage I pricing to L+300, potential OID required will be 100bp (representing a potential cost to the Firm of $21MM and revised net fees through Stage II of 36.5 from 57.5).

JPM will undertake OID price discovery tomorrow morning starting at 99.5 but are prepared to move down to 99.0. Company and Equity Group have not yet been sensitized to JPM's recommendations concerning moving the Stage I yield to L+300bp (will happen this evening at 800pm EDT). Structurally, JPM also suggested to the extent there is a material shortfall a separate pari passu tranche is created for the shortfall amount that the 4 underwriters would own which we have seen before in order to preserve a positive trading dynamic for the other TLB tranche.

As an aside, aggregate bridge commitments against the $2.1BN bridge total $620MM (without SMAs) and $780MM (with SMAs).

Be happy to chair a conf call this evening to discuss further at your convenience. Todd, Raj Kapadia mentioned he would be happy to discuss with you as well directly this evening.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                                                                   **ML-TRIB-0579531**