**From:** CN=Jeff Sell/O=JPMCHASE
**Date:** 05/12/2007 11:52:45 AM
**To:** CN=Brian Sankey/O=JPMCHASE@JPMCHASE
**Subject:** Tribune

---

Talked to Raj Kapadia who is leading Tribune deal team on Thurs. And he said bank loan phase 1 bank commitments came in a 3.5!B vs. 5.9 ask.. Team was meeting with Zell's team to discuss reducing bank loan by 1..0 to 1.5 B by adding asset sale bridge. Also we will ask for more coupon and will be offering paper at .99 reducing our fees to increase yield to investor. This was tough deal from start and has been negatively impacted by negative publicity regaring newspapers and their declining role in advertising. The deal team and SLF is taking the right approach in my opinion which is to use fees to increase yield to investor as well as adding asset sales tranche . In addition to bank loan commitment we have securities bridge to high yield offering. Casey is still confident and we are saving our phaze 2 structure flex ( ESOP ) to increase high yield size by 1.4 B to reduce phase 2 bank loan syndication from 2.1 B to .7 if necessary. Not good news on bank loan syndication front but we are proactively restructuring syndication to move paper. More to come next week.

----------------------------
Sent from my BlackBerry Wireless Handheld

Highly Confidential - Attorneys' Eyes Only

JPM_00353687