From: CN=Chris Linneman/O=JPMCHASE
Date: 05/11/2007 06:48:56 AM
To: CN=Donald McCree/O=JPMCHASE@JPMCHASE
Subject: Re: Trib

Deal specific. Will be going out with sallie and txu over next few weeks which will provide broader view-also much larger deals. Also have a few small bridges in mrkt with no feedback yet. We still need to catch up live and more fully. Have heard from others (coyle/zubaid) that this was discussed at your offsite. Any color?
    Inactive hide details for Donald McCreeDonald McCree

    From: Donald McCree
    Sent: 05/11/2007 12:42 AM CDT
    To: Chris Linneman
    Subject: Re: Trib

Ok, is this deal specific or sign of wider challanges
-------------------------------
Sent from my BlackBerry Handheld.
    Inactive hide details for Chris LinnemanChris Linneman

    From: Chris Linneman
    Sent: 05/10/2007 09:13 PM CDT
    To: Andrew O'Brien; Donald McCree
    Cc: Jp Casey
    Subject: Re: Trib

On HY side-We have roughly 630MM bridge here out of 2.1BB total. ML is in mrkt with bridge and has about 650 of orders. That will buy us down to about 450-still selling but don't know how much more there is. Bonds not going to mrkt until "step 2"-later this year-possibly early next. Bridge selldown is not terrible but slowness on loan is cause for future concern on bond.
    Inactive hide details for Andrew J O'BrienAndrew J O'Brien

    From: Andrew J O'Brien
    Sent: 05/10/2007 07:30 PM CDT
    To: Donald McCree
    Cc: Chris Linneman
    Subject: Trib

Don -
$7bn B for Tribune is having a tough time. We are fightin the good fight but even with full flex and throwing fees at it we could fall very short.
$3bn in book right now..we'll get to at least $5bn but need fix to get home
Working with zell and company to put in 18 month asset sale bridge to show deleveraging and help with technicals.

Highly Confidential - Attorneys' Eyes Only