North America United States
TMT Publishing & Advertising

**Deutsche Bank**

20 Jun 2007 - 09:46:22 PM EDT

| COMPANY ALERT | Estimate Revision |
|---|---|
| **Tribune Company** | **Hold** |
| May ad trends weak, cutting estimates again | Reuters:TRB.N Exchange:NYS Ticker:TRB |

| | |
|---|---|
| Price (USD) | 29.95 |
| Price target | 32.00 |
| 52-week range | 33.99 - 28.72 |
| Market cap (USDm) | 5,050.2 |
| Shares outstanding (m) | 168.6 |
| Free float (%) | 75 |
| Volume (20 Jun 2007) | 1,102,500 |
| S&P 500 | 1,533.70 |

| FYE 12/31 | 2006A | 2007E |
|---|---|---|
| 1Q EPS | 0.39 | 0.23A |
| 2Q EPS | 0.55 | 0.44 |
| 3Q EPS | 0.43 | 0.39 |
| 4Q EPS | 0.68 | 0.74 |
| FY EPS (USD) | 2.05 | 1.80 |
| P/E | 15.0 | 16.6 |

\* Includes the impact of FAS123R requiring the expensing of stock options.

**May total revenue -11.1% vs. our -5.1%, lowering EPS**
May publishing revs fell -10.3% (vs. our -7.6% and worse than -8.6% in April) and broadcast/entertainment rev was down 13.0% (much worse than our flat and April's +10.2%), due to weaker TV and fewer Cubs home games YoY. In light of the softer-than-expected May and our reduced expectations, we lower 2Q EPS from $0.51 to $0.44 (-14%) and FY07 from $2.01 to $1.85 (-10%). Since 1Q results, we have now cut estimates 2x, resulting in a 6% reduction to EBITDA.

**Newspaper revenue weak across the board**
Newspaper ad rev fell -11.8%, worse than our -8.6% forecast. Among the categories, retail was -1.0% (vs. our -2.0%), national slipped -17.9% (vs our -6.0%, and classified was -20.0% (vs. -17.0%). By vertical: real estate was -30% (April -20%), help wanted -20% (April -13%), and auto -7% (-12% in April). Pre-prints were flat.

**Post-LBO leverage estimated at 9.6x '07 EBITDA**
TRB completed the 1st stage of the going private transaction at $34 a share with financing from Chicago investor Sam Zell and a newly created ESOP. The remaining 117m shares will cost $4bn and are scheduled to be acquired in 4Q07. We estimate leverage (Debt to EBITDA) of 9.6x at YE07 (post the Cubs sale and proceeds), interest coverage at the EBIT line of 0.9x in '08, and capacity to pay down only $75M of debt in '08.

**Valuation now determined by deal price and break-up risk**
We lower our price target from $34 to $32 to reflect the offer price and the probability of the offer being lowered or the deal not closing. Downside risks: issues with FCC approval, inability to syndicate the bridge loan, rising interest rates or widening high yield credit spreads. We see upside in the shares if the deal closes.

| Paul Ginocchio, CFA | David T. Clark, CFA | Matt Chesler, CFA |
|---|---|---|
| Research Analyst | Research Analyst | Associate Analyst |
| (+1) 212 250-8463 | (+1) 212 250-3523 | (+1) 212 250-6170 |
| paul.ginocchio@db.com | david-t.clark@db.com | matthew.chesler@db.com |

**Deutsche Bank Securities Inc.**

All prices are those at the end of the previous trading session unless otherwise indicated.

Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report.

Investors should consider this report as only a single factor in making their investment decision.

Independent, third-party research (IR) on certain companies covered by DBSI's research is available to customers of DBSI in the United States at no cost. Customers can access this IR at http://gm.db.com, or call 1-877-208-6300 to request that a copy of the IR be sent to them.

THE VIEWS EXPRESSED ABOVE ACCURATELY REFLECT PERSONAL VIEWS OF THE AUTHORS ABOUT THE SUBJECT COMPANY(IES) AND ITS (THEIR) SECURITIES. THEY HAVE NOT AND WILL NOT RECEIVE ANY COMPENSATION FOR PROVIDING A SPECIFIC RECOMMENDATION OR VIEW IN THIS REPORT. FOR OTHER DISCLOSURES PLEASE VISIT HTTP://GM.DB.COM

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0172375

1