| Date | TRB | | GHSE | | SBGI | | NXST | | TVL | | GTN | | MEG | | MNI | | LEE | | JRN | | NYT | | GCI | | FSCI | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/4/2007 | 32.24 | 100.0% | 17.37 | 100.0% | 12.86 | 100.0% | 14.48 | 100.0% | 19.66 | 100.0% | 10.02 | 100.0% | 32.63 | 100.0% | 24.6 | 100.0% | 22.69 | 100.0% | 12.31 | 100.0% | 24.04 | 100.0% | 50.79 | 100.0% | 45.82 | 100.0% |
| 6/5/2007 | 31.85 | 98.8% | 17.3 | 99.6% | 12.75 | 99.1% | 14.17 | 97.9% | 19.38 | 98.8% | 9.86 | 98.4% | 32.23 | 98.8% | 24.68 | 100.3% | 22.28 | 98.2% | 12.28 | 99.8% | 24.38 | 101.4% | 50.58 | 99.6% | 45.7 | 99.7% |
| 6/6/2007 | 31.81 | 98.7% | 17.13 | 98.6% | 12.79 | 99.5% | 14.02 | 96.8% | 19.05 | 96.9% | 9.78 | 97.6% | 31.23 | 95.7% | 24.53 | 99.7% | 22.02 | 97.0% | 12.14 | 98.6% | 24.09 | 100.2% | 50.05 | 98.5% | 46.07 | 100.5% |
| 6/7/2007 | 31.67 | 98.2% | 16.82 | 96.8% | 12.25 | 95.3% | 13.88 | 95.9% | 18.98 | 96.5% | 9.53 | 95.1% | 30.88 | 94.6% | 23.96 | 97.4% | 21.71 | 95.7% | 11.89 | 96.6% | 24.13 | 100.4% | 49.32 | 97.1% | 45.98 | 100.3% |
| 6/8/2007 | 31.58 | 98.0% | 16.85 | 97.0% | 12.43 | 96.7% | 13.74 | 94.9% | 19.22 | 97.8% | 9.31 | 92.9% | 30.99 | 95.0% | 23.89 | 97.1% | 21.91 | 96.6% | 12.12 | 98.5% | 24.59 | 102.3% | 49.55 | 97.6% | 46.49 | 101.5% |
| 6/11/2007 | 31.30 | 97.1% | 16.82 | 96.8% | 12.41 | 96.5% | 13.4 | 92.5% | 19.29 | 98.1% | 9.23 | 92.1% | 30.5 | 93.5% | 23.7 | 96.3% | 22.23 | 98.0% | 12.15 | 98.7% | 24.55 | 102.1% | 49.06 | 96.6% | 46.99 | 102.6% |
| 6/12/2007 | 30.80 | 95.5% | 16.69 | 96.1% | 12.04 | 93.6% | 12.84 | 88.7% | 19.05 | 96.9% | 9.07 | 90.5% | 30.28 | 92.8% | 23.41 | 95.2% | 21.61 | 95.2% | 11.8 | 95.9% | 24.31 | 101.1% | 48.92 | 96.3% | 46.73 | 102.0% |
| 6/13/2007 | 30.83 | 95.6% | 16.81 | 96.8% | 12.28 | 95.5% | 13.32 | 92.0% | 19.77 | 100.6% | 9.27 | 92.5% | 30.26 | 92.7% | 23.71 | 96.4% | 21.51 | 94.8% | 11.87 | 96.4% | 24.49 | 101.9% | 49.7 | 97.9% | 46.96 | 102.5% |
| 6/14/2007 | 30.21 | 93.7% | 16.73 | 96.3% | 12.18 | 94.7% | 13.1 | 90.5% | 19.4 | 98.7% | 9.09 | 90.7% | 30.17 | 92.5% | 23.44 | 95.3% | 21.51 | 94.8% | 11.94 | 97.0% | 23.97 | 99.7% | 49.34 | 97.1% | 46.61 | 101.7% |
| 6/15/2007 | 30.40 | 94.3% | 16.73 | 96.3% | 12.5 | 97.2% | 13.35 | 92.2% | 19.87 | 101.1% | 9.2 | 91.8% | 29.28 | 89.7% | 23.33 | 94.8% | 21.21 | 93.5% | 12.06 | 98.0% | 23.99 | 99.8% | 49.33 | 97.1% | 47.25 | 103.1% |
| 6/18/2007 | 30.43 | 94.4% | 16.62 | 95.7% | 12.51 | 97.3% | 13.75 | 95.0% | 19.58 | 99.6% | 9.22 | 92.0% | 29.73 | 91.1% | 23.19 | 94.3% | 19.04 | 83.9% | 11.73 | 95.3% | 23.92 | 99.5% | 48.86 | 96.2% | 46.38 | 101.2% |
| 6/19/2007 | 30.31 | 94.0% | 17.06 | 98.2% | 12.51 | 97.3% | 14.33 | 99.0% | 19.68 | 100.1% | 9.43 | 94.1% | 29.9 | 91.6% | 22.85 | 92.9% | 19.49 | 85.9% | 11.76 | 95.5% | 23.83 | 99.1% | 48 | 94.5% | 46.13 | 100.7% |
| 6/20/2007 | 29.96 | 92.9% | 16.77 | 96.5% | 12.03 | 93.5% | 14.24 | 98.3% | 19.29 | 98.1% | 9.2 | 91.8% | 29.12 | 89.2% | 22.86 | 92.9% | 18.83 | 83.0% | 11.67 | 94.8% | 23.59 | 98.1% | 46.72 | 92.0% | 45.33 | 98.9% |
| 6/21/2007 | 29.57 | 91.7% | 16.73 | 96.3% | 11.85 | 92.1% | 14.35 | 99.1% | 19.3 | 98.2% | 9.18 | 91.6% | 28.97 | 88.8% | 22.59 | 91.8% | 19.03 | 83.9% | 11.58 | 94.1% | 23.87 | 99.3% | 46.99 | 92.5% | 45.71 | 99.8% |
| 6/22/2007 | 29.50 | 91.5% | 16.8 | 96.7% | 11.72 | 91.1% | 13.82 | 95.4% | 19.07 | 97.0% | 9.44 | 94.2% | 28.46 | 87.2% | 22.08 | 89.8% | 18.94 | 83.5% | 11.39 | 92.5% | 23.57 | 98.0% | 46.22 | 91.0% | 46.54 | 101.6% |
| 6/25/2007 | 29.25 | 90.7% | 16.56 | 95.3% | 11.71 | 91.1% | 13.4 | 92.5% | 18.9 | 96.1% | 9.28 | 92.6% | 28.27 | 86.6% | 21.8 | 88.6% | 18.73 | 82.5% | 11.32 | 92.0% | 23.74 | 98.8% | 46.33 | 91.2% | 45.66 | 99.7% |
| 6/26/2007 | 29.46 | 91.4% | 17.01 | 97.9% | 11.71 | 91.1% | 13.79 | 95.2% | 18.92 | 96.2% | 9.2 | 91.8% | 28.39 | 87.0% | 21.36 | 86.8% | 18.49 | 81.5% | 11.45 | 93.0% | 23.73 | 98.7% | 46.29 | 91.1% | 46.76 | 102.1% |
| 6/27/2007 | 29.70 | 92.1% | 17.2 | 99.0% | 11.9 | 92.5% | 13.52 | 93.4% | 18.83 | 95.8% | 9.07 | 90.5% | 28.52 | 87.4% | 22.27 | 90.5% | 18.71 | 82.5% | 11.56 | 93.9% | 23.77 | 98.9% | 47.35 | 93.2% | 46.75 | 102.0% |
| 6/28/2007 | 29.40 | 91.2% | 16.72 | 96.3% | 11.96 | 93.0% | 13.18 | 91.0% | 18.61 | 94.7% | 9.06 | 90.4% | 28.88 | 88.5% | 22.5 | 91.5% | 18.7 | 82.4% | 11.53 | 93.7% | 23.56 | 98.0% | 47.05 | 92.6% | 46.66 | 101.8% |
| 6/29/2007 | 29.40 | 91.2% | 16.7 | 96.1% | 11.89 | 92.5% | 13.14 | 90.7% | 18.81 | 95.7% | 8.94 | 89.2% | 28.82 | 88.3% | 22.3 | 90.7% | 18.49 | 81.5% | 11.45 | 93.0% | 23.52 | 97.8% | 46.93 | 92.4% | 46.26 | 101.0% |
| 7/2/2007 | 29.91 | 92.8% | 17.13 | 98.6% | 12.4 | 96.4% | 13.77 | 95.1% | 19.55 | 99.4% | 9.03 | 90.1% | 29.2 | 89.5% | 22.75 | 92.5% | 18.81 | 82.9% | 11.56 | 93.9% | 22.83 | 95.0% | 47.12 | 92.8% | 46.25 | 100.9% |
| 7/3/2007 | 30.14 | 93.5% | 16.95 | 97.6% | 12.39 | 96.3% | 14.57 | 100.6% | 19.54 | 99.4% | 8.97 | 89.5% | 29.45 | 90.3% | 22.15 | 90.0% | 18.75 | 82.6% | 11.59 | 94.2% | 22.89 | 95.2% | 46.89 | 92.3% | 47 | 102.6% |
| 7/5/2007 | 30.55 | 94.8% | 17.07 | 98.3% | 12.56 | 97.7% | 14.94 | 103.2% | 19.46 | 99.0% | 8.91 | 88.9% | 29.49 | 90.4% | 22.66 | 92.1% | 18.78 | 82.8% | 11.79 | 95.8% | 22.85 | 95.0% | 47.31 | 93.1% | 46.49 | 101.5% |
| 7/6/2007 | 30.73 | 95.3% | 17.12 | 98.6% | 12.59 | 97.9% | 14.94 | 103.2% | 19.42 | 98.8% | 8.95 | 89.3% | 29.81 | 91.4% | 23.52 | 95.6% | 18.9 | 83.3% | 11.74 | 95.4% | 23 | 95.7% | 47.09 | 92.7% | 46.49 | 101.5% |
| 7/9/2007 | 30.83 | 95.6% | 17.02 | 98.0% | 12.6 | 98.0% | 14.63 | 101.0% | 19.72 | 100.3% | 8.99 | 89.7% | 29.86 | 91.5% | 23.78 | 96.7% | 18.87 | 83.2% | 11.63 | 94.5% | 22.91 | 95.3% | 46.87 | 92.3% | 46.5 | 101.5% |
| 7/10/2007 | 30.30 | 94.0% | 16.66 | 95.9% | 12.22 | 95.0% | 14.1 | 97.4% | 19.14 | 97.4% | 8.85 | 88.3% | 29.18 | 89.4% | 23.61 | 96.0% | 18.53 | 81.7% | 11.38 | 92.4% | 22.4 | 93.2% | 46.13 | 90.8% | 45.67 | 99.7% |
| 7/11/2007 | 29.90 | 92.7% | 16.55 | 95.3% | 12.14 | 94.4% | 13.91 | 96.1% | 19.16 | 97.5% | 8.83 | 88.1% | 29.24 | 89.6% | 23.75 | 96.5% | 18.52 | 81.6% | 11.46 | 93.1% | 22.16 | 92.2% | 46.46 | 91.5% | 45.5 | 99.3% |
| 7/12/2007 | 29.98 | 93.0% | 16.5 | 95.0% | 12.37 | 96.2% | 13.81 | 95.4% | 19.35 | 98.4% | 8.99 | 89.7% | 29.82 | 91.4% | 24.59 | 100.0% | 18.78 | 82.8% | 11.91 | 96.8% | 22.5 | 93.6% | 47.09 | 92.7% | 45.98 | 100.3% |
| 7/13/2007 | 30.58 | 94.9% | 16.57 | 95.4% | 12.31 | 95.7% | 13.13 | 90.7% | 18.98 | 96.5% | 8.97 | 89.5% | 29.98 | 91.9% | 24.93 | 101.3% | 18.5 | 81.5% | 11.89 | 96.6% | 22.48 | 93.5% | 47.3 | 93.1% | 46.71 | 101.9% |
| 7/16/2007 | 29.65 | 92.0% | 16.64 | 95.8% | 12.34 | 96.0% | 13.12 | 90.6% | 18.94 | 96.3% | 8.77 | 87.5% | 29.56 | 90.6% | 24.83 | 100.9% | 18.13 | 79.9% | 11.58 | 94.1% | 22.1 | 91.9% | 46.93 | 92.4% | 46.27 | 101.0% |
| 7/17/2007 | 29.73 | 92.2% | 16.61 | 95.6% | 12.57 | 97.7% | 13.1 | 90.5% | 18.89 | 96.1% | 8.78 | 87.6% | 29.58 | 90.7% | 24.5 | 99.6% | 17.8 | 78.4% | 11.53 | 93.7% | 21.88 | 91.0% | 46.84 | 92.2% | 45.86 | 100.1% |
| 7/18/2007 | 29.83 | 92.5% | 16.99 | 97.8% | 12.44 | 96.7% | 12.7 | 87.7% | 18.35 | 93.3% | 8.85 | 88.3% | 29.51 | 90.4% | 23.15 | 94.1% | 17.02 | 75.0% | 11.36 | 92.3% | 21.94 | 91.3% | 45.68 | 89.9% | 45.83 | 100.0% |
| 7/19/2007 | 29.56 | 91.7% | 16.94 | 97.5% | 12.32 | 95.8% | 12.83 | 88.6% | 18.13 | 92.2% | 8.92 | 89.0% | 27.79 | 85.2% | 23.26 | 94.6% | 16.79 | 74.0% | 11.18 | 90.8% | 21.89 | 91.1% | 45 | 88.6% | 45.74 | 99.8% |
| 7/20/2007 | 28.91 | 89.7% | 16.52 | 95.1% | 12.33 | 95.9% | 12.63 | 87.2% | 17.52 | 89.1% | 8.67 | 86.5% | 26.14 | 80.1% | 23.34 | 94.9% | 16.43 | 72.4% | 10.93 | 88.8% | 21.49 | 89.4% | 44.24 | 87.1% | 45.5 | 99.3% |
| 7/23/2007 | 28.17 | 87.4% | 16.54 | 95.2% | 12.31 | 95.7% | 12.45 | 86.0% | 17.59 | 89.5% | 8.92 | 89.0% | 26.13 | 80.1% | 23.55 | 95.7% | 16.66 | 73.4% | 10.46 | 85.0% | 21.51 | 89.5% | 44.19 | 87.0% | 45.53 | 99.4% |
| 7/24/2007 | 27.17 | 84.3% | 16.28 | 93.7% | 12.01 | 93.4% | 11.7 | 80.8% | 16.69 | 84.9% | 8.79 | 87.7% | 25.61 | 78.5% | 22.93 | 93.2% | 16.7 | 73.6% | 9.85 | 80.0% | 21.5 | 89.4% | 42.88 | 84.4% | 44.89 | 98.0% |
| 7/25/2007 | 28.20 | 87.5% | 15.95 | 91.8% | 12.08 | 93.9% | 11.7 | 80.8% | 17.16 | 87.3% | 8.92 | 89.0% | 25.58 | 78.4% | 22.72 | 92.4% | 17.07 | 75.2% | 9.97 | 81.0% | 21.87 | 91.0% | 43.21 | 85.1% | 45.3 | 98.9% |
| 7/26/2007 | 28.24 | 87.6% | 15.99 | 92.1% | 11.55 | 89.8% | 10.51 | 72.6% | 15.59 | 79.3% | 8.48 | 84.6% | 25.07 | 76.8% | 22.49 | 91.4% | 16.27 | 71.7% | 9.83 | 80.0% | 21.12 | 87.9% | 42.09 | 82.9% | 44.61 | 97.4% |
| 7/27/2007 | 28.00 | 86.8% | 15.05 | 86.6% | 11.12 | 86.5% | 10.04 | 69.3% | 15.25 | 77.6% | 7.88 | 78.6% | 24.68 | 75.6% | 22.72 | 92.4% | 16.15 | 71.2% | 9.39 | 76.3% | 20.94 | 87.1% | 41.53 | 81.8% | 42.52 | 92.8% |
| 7/30/2007 | 28.07 | 87.1% | 15.32 | 88.2% | 11.17 | 86.9% | 10.12 | 69.9% | 15.1 | 76.8% | 8.01 | 79.9% | 24.84 | 76.1% | 21.66 | 88.0% | 15.93 | 70.2% | 9.37 | 76.1% | 20.87 | 86.8% | 41.11 | 80.9% | 42 | 91.7% |
| 7/31/2007 | 27.96 | 86.7% | 15.3 | 88.1% | 10.9 | 84.8% | 10.25 | 70.8% | 15.14 | 77.0% | 7.76 | 77.4% | 24.43 | 74.9% | 21.51 | 87.4% | 15.61 | 68.8% | 9.32 | 75.7% | 21.17 | 88.1% | 42.61 | 83.9% | 41.65 | 90.9% |
| 8/1/2007 | 27.85 | 86.4% | 15.43 | 88.8% | 10.23 | 79.5% | 10.31 | 71.2% | 15.29 | 77.8% | 7.65 | 76.3% | 24.38 | 74.7% | 20.86 | 84.8% | 15.79 | 69.6% | 9.36 | 76.0% | 21.22 | 88.3% | 43.29 | 85.2% | 42.24 | 92.2% |
| 8/2/2007 | 28.18 | 87.4% | 15.68 | 90.3% | 10.21 | 79.4% | 10.39 | 71.8% | 15.61 | 79.4% | 7.8 | 77.8% | 24.18 | 74.1% | 20.47 | 83.2% | 15.57 | 68.6% | 9.3 | 75.5% | 20.97 | 87.2% | 43.13 | 84.9% | 42.47 | 92.7% |
| 8/3/2007 | 27.49 | 85.3% | 14.84 | 85.4% | 10.09 | 78.5% | 9.17 | 63.3% | 14.3 | 72.7% | 7.35 | 73.4% | 23.56 | 72.2% | 20.08 | 81.6% | 14.48 | 63.8% | 8.92 | 72.5% | 20.7 | 86.1% | 41.92 | 82.5% | 41.68 | 91.0% |
| 8/6/2007 | 27.09 | 84.0% | 14.53 | 83.6% | 10.08 | 78.4% | 8.26 | 57.0% | 13 | 66.1% | 6.89 | 68.8% | 23.81 | 73.0% | 20.18 | 82.0% | 14.77 | 65.1% | 8.73 | 70.9% | 21.21 | 88.2% | 42.52 | 83.7% | 44.18 | 96.4% |
| 8/7/2007 | 26.84 | 83.3% | 14.62 | 84.2% | 10.33 | 80.3% | 8.26 | 57.0% | 11.4 | 58.0% | 7.27 | 72.6% | 24.4 | 74.8% | 20.81 | 84.6% | 14.64 | 64.5% | 8.63 | 70.1% | 21.1 | 87.8% | 42.08 | 82.9% | 45.29 | 98.8% |
| 8/8/2007 | 27.07 | 84.0% | 14.68 | 84.5% | 10.53 | 81.9% | 8.36 | 57.7% | 12.75 | 64.9% | 8.52 | 85.0% | 24.83 | 76.1% | 21.13 | 86.0% | 14.37 | 63.3% | 9.16 | 74.4% | 21.29 | 88.6% | 40.87 | 80.7% | 44.63 | 97.4% |
| 8/9/2007 | 26.96 | 83.6% | 14.26 | 82.1% | 10.19 | 79.2% | 7.84 | 54.1% | 11.08 | 56.4% | 8.69 | 86.7% | 25.9 | 79.4% | 22.44 | 91.2% | 14.18 | 62.5% | 9.58 | 77.8% | 21.03 | 87.5% | 40.43 | 79.6% | 44.16 | 96.4% |
| 8/10/2007 | 26.50 | 82.2% | 14.37 | 82.7% | 10.29 | 80.0% | 7.96 | 55.0% | 13.85 | 70.4% | 8.45 | 84.3% | 26.15 | 80.1% | 21.63 | 87.9% | 15.92 | 70.2% | 9.77 | 79.4% | 20.66 | 85.9% | 40.45 | 79.6% | 44.1 | 96.2% |
| 8/13/2007 | 25.77 | 79.9% | 13.69 | 78.8% | 10.24 | 79.6% | 8.41 | 58.1% | 14.08 | 71.6% | 8.13 | 81.1% | 24.15 | 74.0% | 20.93 | 85.1% | 15.31 | 67.5% | 9.25 | 75.1% | 20.52 | 85.4% | 40.38 | 79.5% | 42.63 | 93.0% |
| 8/14/2007 | 25.28 | 78.4% | 12.51 | 72.0% | 10.24 | 79.6% | 8.42 | 58.1% | 13.32 | 67.8% | 8.12 | 81.0% | 23.9 | 73.2% | 20.86 | 84.8% | 15.11 | 66.6% | 9.06 | 73.6% | 19.8 | 82.4% | 39.57 | 77.9% | 42.08 | 91.8% |
| 8/15/2007 | 25.26 | 78.3% | 11.79 | 67.9% | 10.01 | 77.8% | 8.44 | 58.3% | 13.6 | 69.2% | 8.11 | 80.9% | 23.46 | 71.9% | 20.52 | 83.4% | 14.8 | 65.2% | 9.01 | 73.2% | 20.28 | 84.4% | 39.72 | 78.2% | 42.89 | 93.6% |
| 8/16/2007 | 25.41 | 78.8% | 11.79 | 67.9% | 10.01 | 77.8% | 8.33 | 57.5% | 13 | 66.1% | 8.41 | 83.9% | 24.65 | 75.5% | 19.89 | 80.9% | 16.74 | 73.8% | 10 | 81.2% | 20.73 | 86.2% | 40.44 | 79.6% | 44.44 | 97.0% |
| 8/17/2007 | 25.67 | 79.6% | 12.15 | 69.9% | 9.56 | 74.3% | 8.17 | 56.4% | 12.87 | 65.5% | 8.77 | 87.5% | 25.48 | 78.1% | 20.31 | 82.6% | 17.01 | 75.0% | 10.28 | 83.5% | 20.33 | 84.6% | 40.54 | 79.8% | 46.02 | 100.4% |
| 8/20/2007 | 27.02 | 83.8% | 12.59 | 72.5% | 9.66 | 75.1% | 9.11 | 62.9% | 13.37 | 68.0% | 8.23 | 82.1% | 24.24 | 74.3% | 19.79 | 80.5% | 16.01 | 70.6% | 9.52 | 77.3% | 20.29 | 84.4% | 39.86 | 78.5% | 45.03 | 98.3% |
| 8/21/2007 | 27.98 | 86.8% | 12.19 | 70.2% | 9.99 | 77.6% | 8.23 | 56.8% | 13.49 | 68.6% | 8.18 | 81.6% | 23.33 | 71.5% | 19.64 | 79.8% | 15.5 | 68.3% | 9.09 | 73.7% | 20.37 | 84.7% | 39.98 | 78.7% | 44.45 | 97.0% |
| 8/22/2007 | 28.94 | 89.8% | 12.14 | 69.9% | 10.46 | 81.3% | 8.71 | 60.2% | 14.27 | 72.6% | 8.59 | 85.7% | 23.79 | 72.9% | 19.98 | 81.2% | 15.98 | 70.4% | 8.88 | 72.1% | 20.37 | 84.7% | 41.09 | 80.9% | 45.36 | 99.0% |
| 8/23/2007 | 28.98 | 89.9% | 12.16 | 70.0% | 10.49 | 81.6% | 9.16 | 63.4% | 14.01 | 71.3% | 8.23 | 82.1% | 23.91 | 73.3% | 19.74 | 80.2% | 15.85 | 69.9% | 8.75 | 71.1% | 20.56 | 85.5% | 41.74 | 82.2% | 43.73 | 95.4% |
| 8/24/2007 | 28.75 | 89.2% | 12.25 | 70.5% | 10.69 | 83.1% | 9.47 | 65.4% | 14.43 | 73.4% | 8.44 | 84.2% | 24.71 | 75.7% | 19.92 | 81.0% | 15.89 | 70.0% | 9.07 | 73.7% | 20.79 | 86.5% | 42.43 | 83.5% | 44.22 | 96.5% |
| 8/27/2007 | 28.60 | 88.7% | 12.06 | 69.4% | 10.18 | 79.2% | 9.13 | 63.0% | 14 | 71.2% | 8.41 | 83.9% | 24.35 | 74.6% | 19.79 | 80.4% | 15.65 | 68.9% | 8.9 | 72.3% | 20.57 | 85.6% | 41.31 | 81.4% | 43.94 | 95.9% |
| 8/28/2007 | 27.86 | 86.4% | 11.75 | 67.6% | 9.79 | 76.1% | 8.91 | 61.5% | 13.83 | 70.4% | 8.21 | 81.9% | 23.89 | 73.2% | 19.79 | 80.4% | 15.58 | 68.7% | 9.05 | 73.5% | 19.77 | 82.2% | 40.22 | 79.2% | 43.43 | 94.8% |
| 8/29/2007 | 27.38 | 84.9% | 11.73 | 67.5% | 9.62 | 75.4% | 9 | 62.2% | 13.69 | 69.6% | 8.44 | 84.2% | 24.59 | 75.4% | 19.86 | 80.7% | 15.68 | 69.1% | 9.16 | 74.4% | 20.12 | 83.7% | 40.76 | 80.3% | 45.38 | 99.2% |
| 8/30/2007 | 27.13 | 84.2% | 11.65 | 67.1% | 10.23 | 79.5% | 9.47 | 65.4% | 13.38 | 68.1% | 8.47 | 84.5% | 24.21 | 74.2% | 19.89 | 80.9% | 15.44 | 68.0% | 9.14 | 74.2% | 20.51 | 85.3% | 40.56 | 79.9% | 44.55 | 97.2% |
| 8/31/2007 | 27.55 | 85.5% | 11.72 | 67.5% | 10.42 | 81.0% | 9.77 | 67.5% | 13.7 | 69.8% | 8.63 | 86.1% | 24.34 | 74.6% | 19.89 | 80.9% | 15.55 | 68.5% | 9.2 | 74.7% | 20.57 | 85.6% | 41.14 | 79.4% | 44.53 | 97.2% |
| 9/4/2007 | 27.90 | 86.5% | 11.6 | 66.8% | 10.32 | 80.3% | 9.9 | 68.4% | 13.19 | 67.1% | 8.47 | 84.5% | 24.42 | 74.8% | 19.83 | 80.6% | 15.7 | 69.2% | 9.36 | 76.0% | 20.52 | 85.4% | 40.46 | 79.6% | 45.42 | 99.1% |
| 9/5/2007 | 27.51 | 85.3% | 11.06 | 63.7% | 9.99 | 77.7% | 9.5 | 65.6% | 12.32 | 62.7% | 8.3 | 82.8% | 24.15 | 74.0% | 19.78 | 80.4% | 15.36 | 67.7% | 8.95 | 72.7% | 20.35 | 84.6% | 40.5 | 79.7% | 43.92 | 95.9% |
| 9/6/2007 | 27.34 | 84.8% | 11.43 | 65.8% | 10.08 | 78.4% | 9.5 | 65.5% | 12.51 | 63.6% | 8.4 | 83.8% | 24.24 | 74.9% | 19.78 | 80.4% | 15.28 | 67.3% | 9.06 | 73.6% | 20.22 | 84.1% | 40.87 | 80.5% | 43.16 | 94.1% |
| 9/7/2007 | 26.92 | 83.5% | 11.07 | 63.7% | 9.55 | 74.3% | 9.44 | 65.2% | 12.16 | 61.8% | 8.41 | 83.9% | 23.71 | 72.7% | 19.61 | 79.7% | 14.53 | 64.0% | 8.78 | 71.3% | 19.9 | 82.8% | 39.91 | 78.6% | 43.5 | 94.9% |
| 9/10/2007 | 27.04 | 83.9% | 11.27 | 64.9% | 10.1 | 78.5% | 9.7 | 67.0% | 12.11 | 61.6% | 8.28 | 82.6% | 24.11 | 73.9% | 19.61 | 79.7% | 14.53 | 64.0% | 8.78 | 71.3% | 19.39 | 80.7% | 39.43 | 77.6% | 43.68 | 95.3% |

| Date | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/11/2007 | 27.51 | 85.3% | 11.37 | 65.5% | 10.27 | 79.9% | 9.92 | 68.5% | 12.24 | 62.3% | 8.34 | 83.2% | 24.07 | 73.8% | 19.68 | 80.0% | 14.61 | 64.4% | 8.87 | 72.1% | 19.03 | 79.2% | 38.92 | 76.6% | 43.05 | 94.0% |
| 9/12/2007 | 27.41 | 85.0% | 11.3 | 65.1% | 10.12 | 78.7% | 9.57 | 66.1% | 12.15 | 61.8% | 8.23 | 82.1% | 23.86 | 73.1% | 19.52 | 79.3% | 14.42 | 63.6% | 8.8 | 71.5% | 19.15 | 79.7% | 38.71 | 76.2% | 42.84 | 93.5% |
| 9/13/2007 | 27.32 | 84.7% | 11.21 | 64.5% | 10.09 | 78.5% | 9.52 | 65.7% | 12.11 | 61.6% | 8.22 | 82.0% | 23.73 | 72.7% | 19.39 | 78.8% | 14.41 | 63.5% | 8.6 | 69.9% | 18.95 | 78.8% | 38.77 | 76.3% | 42.62 | 93.0% |
| 9/14/2007 | 27.44 | 85.1% | 11.07 | 63.7% | 9.92 | 77.1% | 9.75 | 67.3% | 12.03 | 61.2% | 8.17 | 81.5% | 23.83 | 73.0% | 19.36 | 78.7% | 14.48 | 63.8% | 8.81 | 71.6% | 18.53 | 77.1% | 38.54 | 75.9% | 43.23 | 94.3% |
| 9/17/2007 | 27.27 | 84.6% | 11.04 | 63.6% | 9.63 | 74.9% | 9.6 | 66.3% | 12.04 | 61.2% | 7.87 | 78.5% | 23.44 | 71.8% | 18.74 | 76.2% | 13.44 | 59.2% | 8.74 | 71.0% | 18.39 | 76.5% | 38.7 | 76.2% | 42.14 | 92.0% |
| 9/18/2007 | 27.67 | 85.8% | 11.2 | 64.5% | 10.31 | 80.2% | 10.12 | 69.9% | 13.1 | 66.6% | 8.74 | 87.2% | 24.6 | 75.4% | 18.82 | 76.5% | 13.93 | 61.4% | 9.13 | 74.2% | 18.79 | 78.2% | 38.76 | 76.3% | 45.44 | 99.2% |
| 9/19/2007 | 27.78 | 86.2% | 11.92 | 68.6% | 10.58 | 82.3% | 10.82 | 74.7% | 13.24 | 67.3% | 8.99 | 89.7% | 24.87 | 76.2% | 18.98 | 77.2% | 13.69 | 60.3% | 9.3 | 75.5% | 18.8 | 78.2% | 39.6 | 78.0% | 46.22 | 100.9% |
| 9/20/2007 | 27.37 | 84.9% | 11.82 | 68.0% | 11 | 85.5% | 10.89 | 75.2% | 12.97 | 66.0% | 8.66 | 86.4% | 24.09 | 73.8% | 18.45 | 75.0% | 13.45 | 59.3% | 9.08 | 73.8% | 18.43 | 76.7% | 38.72 | 76.2% | 45.32 | 98.9% |
| 9/21/2007 | 28.09 | 87.1% | 11.7 | 67.4% | 10.93 | 85.0% | 10.59 | 73.1% | 13.04 | 66.3% | 8.74 | 87.2% | 23.85 | 73.1% | 18.53 | 75.3% | 13.45 | 59.3% | 9.16 | 74.4% | 18.54 | 77.1% | 38.82 | 76.4% | 44.76 | 97.7% |
| 9/24/2007 | 27.69 | 85.9% | 11.77 | 67.8% | 10.45 | 81.3% | 10.46 | 72.2% | 12.68 | 64.5% | 8.26 | 82.4% | 23.44 | 71.8% | 17.95 | 73.0% | 13.41 | 59.1% | 9.06 | 73.6% | 18.3 | 76.1% | 38.41 | 75.6% | 44.43 | 97.0% |
| 9/25/2007 | 27.46 | 85.2% | 11.67 | 67.2% | 10.44 | 81.2% | 10.5 | 72.5% | 12.83 | 65.3% | 8.11 | 80.9% | 23.44 | 71.8% | 17.47 | 71.0% | 13.29 | 58.6% | 8.59 | 69.8% | 18.27 | 76.0% | 37.89 | 74.6% | 44.83 | 97.8% |
| 9/26/2007 | 27.42 | 85.0% | 11.71 | 67.4% | 10.22 | 79.5% | 10.82 | 74.7% | 12.68 | 64.5% | 7.96 | 79.4% | 23.82 | 73.0% | 17.52 | 71.2% | 13.19 | 58.1% | 8.45 | 68.6% | 17.99 | 74.8% | 38.36 | 75.5% | 45.36 | 99.0% |
| 9/27/2007 | 27.17 | 84.3% | 11.7 | 67.4% | 10.39 | 80.8% | 10.63 | 73.4% | 12.98 | 66.0% | 8.32 | 83.0% | 24.07 | 73.8% | 17.76 | 72.2% | 13.66 | 60.2% | 8.36 | 67.9% | 18.02 | 75.0% | 38.65 | 76.1% | 45.51 | 99.3% |
| 9/28/2007 | 27.32 | 84.7% | 11.85 | 68.2% | 10.19 | 79.2% | 10.49 | 72.4% | 13.01 | 66.2% | 8.21 | 81.9% | 24.03 | 73.6% | 17.74 | 72.1% | 13.94 | 61.4% | 8.41 | 68.3% | 18.5 | 77.0% | 37.65 | 74.1% | 45.42 | 99.1% |
| 10/1/2007 | 27.50 | 85.3% | 11.89 | 68.5% | 10.61 | 82.5% | 10.7 | 73.9% | 13.55 | 68.9% | 8.81 | 87.9% | 26.2 | 80.3% | 18.03 | 73.3% | 14.55 | 64.1% | 8.71 | 70.8% | 18.99 | 79.0% | 38.08 | 75.0% | 46.22 | 100.9% |
| 10/2/2007 | 28.12 | 87.2% | 11.92 | 68.6% | 10.62 | 82.6% | 10.69 | 73.8% | 13.8 | 70.2% | 9.09 | 90.7% | 27.04 | 82.9% | 17.86 | 72.6% | 14.98 | 66.0% | 8.82 | 71.6% | 19.07 | 79.3% | 38.68 | 76.2% | 46.18 | 100.8% |
| 10/3/2007 | 28.15 | 87.3% | 11.71 | 67.4% | 10.65 | 82.8% | 9.96 | 68.8% | 13.95 | 71.0% | 8.7 | 86.8% | 26.06 | 79.9% | 17.58 | 71.5% | 14.78 | 65.1% | 8.84 | 71.8% | 18.55 | 77.2% | 38.73 | 76.3% | 45.37 | 99.0% |
| 10/4/2007 | 28.17 | 87.4% | 11.43 | 65.8% | 10.72 | 83.4% | 10 | 69.1% | 13.55 | 68.9% | 8.97 | 89.5% | 25.88 | 79.3% | 17.37 | 70.6% | 14.81 | 65.3% | 8.67 | 70.4% | 18.68 | 77.7% | 38.97 | 76.7% | 45.58 | 99.5% |
| 10/5/2007 | 28.44 | 88.2% | 11.74 | 67.6% | 11.05 | 85.9% | 10.3 | 71.1% | 13.9 | 70.7% | 9.35 | 93.3% | 26.27 | 80.5% | 17.71 | 72.0% | 15.61 | 68.8% | 8.75 | 71.1% | 18.72 | 77.9% | 39.5 | 77.8% | 45.49 | 99.3% |
| 10/8/2007 | 28.85 | 89.5% | 11.59 | 66.7% | 11.13 | 86.5% | 10.53 | 72.7% | 13.6 | 69.2% | 8.99 | 89.7% | 25.97 | 79.6% | 17.62 | 71.6% | 15.42 | 68.0% | 8.8 | 71.5% | 18.62 | 77.5% | 39.43 | 77.6% | 45.53 | 99.4% |
| 10/9/2007 | 28.91 | 89.7% | 11.56 | 66.6% | 11.16 | 86.8% | 10.29 | 71.1% | 14.03 | 71.4% | 9.35 | 93.3% | 25.96 | 79.6% | 17.33 | 70.4% | 15.52 | 68.4% | 8.83 | 71.7% | 18.62 | 77.5% | 38.79 | 76.4% | 45.47 | 99.2% |
| 10/10/2007 | 29.11 | 90.3% | 11.56 | 66.6% | 11.11 | 86.4% | 9.97 | 68.9% | 13.9 | 70.7% | 9.23 | 92.1% | 25.92 | 79.4% | 17.44 | 70.9% | 15.53 | 68.4% | 8.79 | 71.4% | 18.89 | 78.6% | 38.92 | 76.6% | 45.47 | 99.2% |
| 10/11/2007 | 29.50 | 91.5% | 11.46 | 66.0% | 10.81 | 84.1% | 9.94 | 68.6% | 13.51 | 68.7% | 9.35 | 93.3% | 25.98 | 79.6% | 17.57 | 71.4% | 15.78 | 69.5% | 8.69 | 70.6% | 18.6 | 77.4% | 38.8 | 76.4% | 45.15 | 98.5% |
| 10/12/2007 | 29.86 | 92.6% | 11.62 | 66.9% | 10.83 | 84.2% | 9.86 | 68.1% | 13.6 | 69.2% | 9.16 | 91.4% | 25.51 | 78.2% | 17.41 | 70.8% | 15.54 | 68.5% | 8.72 | 70.8% | 18.46 | 76.8% | 38.17 | 75.2% | 44.99 | 98.2% |
| 10/15/2007 | 29.73 | 92.2% | 11.52 | 66.3% | 10.75 | 83.6% | 9.65 | 66.6% | 13.68 | 69.6% | 9.04 | 90.2% | 24.78 | 75.9% | 17.02 | 69.2% | 14.97 | 66.0% | 8.62 | 70.0% | 18.09 | 75.2% | 37.5 | 73.8% | 44.74 | 97.6% |
| 10/16/2007 | 28.99 | 89.9% | 11.38 | 65.5% | 10.76 | 83.7% | 9.63 | 66.5% | 13.83 | 70.3% | 9.07 | 90.5% | 24.67 | 75.6% | 16.8 | 68.3% | 14.67 | 64.7% | 8.41 | 68.3% | 17.7 | 73.6% | 37.48 | 73.8% | 45.24 | 98.7% |
| 10/17/2007 | 28.65 | 88.9% | 11.14 | 64.1% | 10.92 | 84.9% | 9.62 | 66.4% | 14.43 | 73.4% | 9.27 | 92.5% | 24.34 | 74.6% | 15.96 | 64.9% | 14.08 | 62.1% | 8.4 | 68.2% | 17.3 | 72.0% | 37.52 | 73.9% | 45.54 | 99.4% |
| 10/18/2007 | 27.92 | 86.6% | 10.97 | 63.2% | 11.06 | 86.0% | 9.64 | 66.6% | 14.5 | 73.8% | 9.47 | 94.5% | 23.8 | 72.9% | 15.41 | 62.6% | 13.73 | 60.5% | 8.18 | 66.5% | 17.33 | 72.1% | 36.18 | 71.2% | 45.54 | 99.4% |
| 10/19/2007 | 26.49 | 82.2% | 10.37 | 59.7% | 10.47 | 81.4% | 9.22 | 63.7% | 13.72 | 69.8% | 8.64 | 86.2% | 23.43 | 71.8% | 15.57 | 63.3% | 13.21 | 58.2% | 7.61 | 61.8% | 17.02 | 70.8% | 35.43 | 69.8% | 43.31 | 94.5% |
| 10/22/2007 | 26.38 | 81.8% | 10.59 | 61.0% | 10.54 | 82.0% | 9.43 | 65.1% | 14.58 | 74.2% | 8.96 | 89.4% | 23.73 | 72.7% | 15.34 | 62.4% | 13.4 | 59.1% | 7.66 | 62.2% | 17.23 | 71.7% | 35.6 | 70.1% | 43.67 | 95.3% |
| 10/23/2007 | 27.55 | 85.5% | 10.45 | 60.2% | 10.37 | 80.6% | 9.07 | 62.6% | 14.82 | 75.4% | 8.92 | 89.0% | 23.54 | 72.1% | 15.19 | 61.7% | 13.74 | 60.6% | 8.14 | 66.1% | 18.93 | 78.7% | 36.47 | 71.8% | 44.04 | 96.1% |
| 10/24/2007 | 28.18 | 87.4% | 11.12 | 64.0% | 10.15 | 78.9% | 9.35 | 64.6% | 14.21 | 72.3% | 8.67 | 86.5% | 23.91 | 73.3% | 14.69 | 59.7% | 13.89 | 61.2% | 8.03 | 65.2% | 19.06 | 79.3% | 36.01 | 70.9% | 44.48 | 97.1% |
| 10/25/2007 | 28.60 | 88.7% | 11.32 | 65.2% | 9.95 | 77.4% | 9.4 | 64.9% | 13.96 | 71.0% | 8.78 | 87.6% | 24.4 | 74.8% | 14.62 | 59.4% | 13.99 | 61.7% | 7.98 | 64.8% | 19.33 | 80.4% | 35.86 | 70.6% | 44.72 | 97.6% |
| 10/26/2007 | 28.65 | 88.9% | 11.42 | 65.7% | 10.12 | 78.7% | 9.99 | 69.0% | 14.31 | 72.8% | 9.27 | 92.5% | 24.86 | 76.2% | 14.72 | 59.8% | 14.13 | 62.3% | 8.02 | 65.2% | 19.02 | 79.1% | 36.12 | 71.1% | 45.32 | 98.9% |
| 10/29/2007 | 30.08 | 93.3% | 11.47 | 66.0% | 9.89 | 76.9% | 9.75 | 67.3% | 14.21 | 72.3% | 9.43 | 94.1% | 25.02 | 76.7% | 14.74 | 59.9% | 14.16 | 62.4% | 7.91 | 64.3% | 19.19 | 79.8% | 36.02 | 70.9% | 44.53 | 97.2% |
| 10/30/2007 | 30.01 | 93.1% | 11.04 | 63.6% | 10.29 | 80.0% | 9.48 | 65.5% | 14.14 | 71.9% | 9.06 | 90.4% | 24.39 | 74.7% | 14.7 | 59.8% | 14.16 | 62.4% | 7.8 | 63.4% | 18.59 | 77.3% | 36.07 | 71.0% | 44.27 | 96.6% |
| 10/31/2007 | 30.26 | 93.9% | 10.67 | 61.4% | 10.19 | 79.2% | 9.43 | 65.1% | 14.57 | 74.1% | 9.15 | 91.3% | 24.44 | 74.9% | 14.73 | 59.9% | 14.37 | 63.3% | 7.9 | 64.2% | 18.31 | 76.2% | 36.54 | 71.9% | 43.96 | 95.9% |
| 11/1/2007 | 29.45 | 91.3% | 10.37 | 59.7% | 9.57 | 74.4% | 9.05 | 62.5% | 13.55 | 68.9% | 8.68 | 86.6% | 23.66 | 72.5% | 14.72 | 59.8% | 13.64 | 60.1% | 7.53 | 61.2% | 17.76 | 73.9% | 35.71 | 70.3% | 41.42 | 90.4% |
| 11/2/2007 | 29.75 | 92.3% | 10.05 | 57.9% | 9.56 | 74.3% | 9.05 | 62.5% | 13.03 | 66.3% | 8.62 | 86.0% | 23.54 | 72.1% | 14.52 | 59.0% | 13.53 | 59.6% | 7.55 | 61.3% | 17.66 | 73.5% | 35.03 | 69.0% | 40.36 | 88.1% |
| 11/5/2007 | 28.57 | 88.6% | 9.97 | 55.1% | 9.51 | 74.0% | 9.16 | 63.3% | 12.73 | 64.8% | 8.73 | 87.1% | 23.51 | 72.1% | 13.97 | 56.8% | 13.27 | 58.5% | 7.53 | 61.2% | 17.45 | 72.6% | 34.52 | 68.0% | 39.49 | 86.2% |
| 11/6/2007 | 28.82 | 89.4% | 10.23 | 58.9% | 9.79 | 76.1% | 9.55 | 66.0% | 13.12 | 66.7% | 8.94 | 89.2% | 23.75 | 72.8% | 14.54 | 59.1% | 13.03 | 57.4% | 7.61 | 61.8% | 17.11 | 71.2% | 34.81 | 68.5% | 40.51 | 88.4% |
| 11/7/2007 | 27.86 | 86.4% | 9.76 | 56.2% | 9.44 | 73.6% | 9.01 | 62.2% | 12.21 | 62.1% | 8.29 | 82.7% | 22.97 | 70.4% | 14.05 | 57.1% | 12.6 | 55.5% | 7.16 | 58.2% | 16.86 | 70.1% | 34.31 | 67.6% | 39.42 | 86.0% |
| 11/8/2007 | 27.50 | 85.3% | 9.92 | 57.1% | 9.67 | 75.2% | 9.68 | 66.9% | 12.21 | 62.1% | 8.03 | 80.1% | 23.88 | 73.2% | 14.09 | 57.3% | 14.71 | 64.8% | 7.41 | 60.2% | 17.14 | 71.3% | 34.84 | 68.6% | 40.19 | 87.7% |
| 11/9/2007 | 27.20 | 84.4% | 10.24 | 59.0% | 9.51 | 74.0% | 9.24 | 63.8% | 11.32 | 57.6% | 7.72 | 77.0% | 23.28 | 71.3% | 13.67 | 55.6% | 14.08 | 62.1% | 7.37 | 59.9% | 17.35 | 72.2% | 34.32 | 67.6% | 39.34 | 85.9% |
| 11/12/2007 | 27.91 | 86.6% | 10.59 | 61.0% | 9.53 | 74.1% | 9.34 | 64.5% | 11.46 | 58.3% | 7.42 | 74.1% | 23.86 | 73.1% | 13.99 | 56.9% | 14.53 | 64.0% | 7.42 | 60.3% | 17.3 | 72.0% | 34.19 | 67.3% | 40.27 | 87.9% |
| 11/13/2007 | 28.53 | 88.5% | 10.92 | 62.9% | 9.53 | 74.1% | 9.6 | 66.3% | 11.89 | 60.5% | 8.03 | 80.1% | 25.32 | 77.6% | 14.82 | 60.2% | 14.64 | 64.5% | 7.87 | 63.9% | 17.95 | 74.7% | 35.7 | 70.3% | 39.99 | 87.3% |
| 11/14/2007 | 29.25 | 90.7% | 9.55 | 55.0% | 9.57 | 74.4% | 9.7 | 67.0% | 11.56 | 58.8% | 7.97 | 79.5% | 24 | 73.6% | 14.59 | 59.3% | 14.21 | 62.6% | 8.17 | 66.4% | 17.83 | 74.2% | 34.76 | 68.4% | 39.31 | 85.8% |
| 11/15/2007 | 29.79 | 92.4% | 9.3 | 53.5% | 9.57 | 74.4% | 9.7 | 67.0% | 11.54 | 58.8% | 7.99 | 79.7% | 24.29 | 74.4% | 14.15 | 57.5% | 14.41 | 63.5% | 7.96 | 64.7% | 17.64 | 73.4% | 34.23 | 67.4% | 38.76 | 84.6% |
| 11/16/2007 | 30.02 | 93.1% | 9.12 | 52.5% | 9.13 | 71.0% | 9.15 | 63.2% | 10.86 | 55.2% | 7.34 | 73.3% | 23.72 | 72.7% | 14.12 | 57.4% | 14.4 | 63.5% | 7.97 | 64.7% | 17.61 | 73.3% | 34.07 | 67.1% | 39.45 | 86.1% |
| 11/19/2007 | 29.04 | 90.1% | 8.4 | 48.4% | 8.85 | 68.8% | 9.01 | 62.2% | 10.12 | 51.5% | 6.79 | 67.8% | 22.2 | 68.0% | 13.54 | 55.0% | 13.85 | 61.0% | 7.78 | 63.2% | 16.83 | 70.0% | 32.3 | 63.6% | 39.16 | 85.5% |
| 11/20/2007 | 28.19 | 87.4% | 7.92 | 45.6% | 8.85 | 68.8% | 9 | 62.2% | 10.1 | 51.4% | 6.76 | 67.5% | 21.42 | 65.6% | 13.09 | 53.2% | 13.29 | 58.6% | 7.75 | 63.0% | 16.61 | 69.1% | 32.51 | 64.0% | 39.33 | 85.8% |
| 11/21/2007 | 28.18 | 87.4% | 8 | 46.0% | 8.85 | 68.8% | 9 | 62.2% | 10.1 | 51.4% | 6.76 | 67.5% | 21.42 | 65.6% | 13.09 | 53.2% | 13.29 | 58.6% | 7.75 | 63.0% | 16.61 | 69.1% | 32.51 | 64.0% | 39.33 | 85.8% |
| 11/23/2007 | 28.88 | 89.5% | 7.46 | 42.9% | 8.62 | 67.0% | 9.51 | 65.7% | 10.55 | 53.7% | 7.54 | 75.2% | 21.8 | 66.8% | 12.66 | 51.5% | 13.18 | 58.1% | 7.98 | 64.8% | 16.16 | 67.2% | 32.5 | 64.0% | 39.17 | 85.5% |
| 11/26/2007 | 28.60 | 88.7% | 7.09 | 40.8% | 8.41 | 65.4% | 8.74 | 60.4% | 10.15 | 51.6% | 7.17 | 71.6% | 21.7 | 66.5% | 12.36 | 50.2% | 12.8 | 56.4% | 7.61 | 61.8% | 16.08 | 66.9% | 32.14 | 63.3% | 37.9 | 82.7% |
| 11/27/2007 | 27.25 | 84.5% | 7.1 | 40.9% | 8.28 | 64.4% | 8.72 | 60.2% | 10.2 | 51.9% | 7.23 | 72.2% | 21.76 | 66.7% | 12.18 | 49.5% | 12.73 | 56.1% | 7.93 | 64.4% | 15.75 | 65.5% | 31.7 | 62.4% | 38 | 82.9% |
| 11/28/2007 | 30.00 | 93.1% | 7.17 | 41.3% | 8.8 | 68.4% | 9.07 | 62.6% | 11.03 | 56.1% | 7.64 | 76.2% | 21.98 | 67.4% | 12.32 | 50.1% | 12.77 | 56.3% | 8.1 | 65.8% | 15.64 | 65.1% | 31.76 | 62.5% | 38.25 | 83.5% |
| 11/29/2007 | 30.99 | 96.1% | 7.08 | 40.8% | 8.79 | 68.4% | 9.07 | 62.6% | 11.77 | 59.9% | 7.72 | 77.0% | 22.11 | 67.8% | 11.62 | 47.2% | 12.58 | 55.4% | 8.01 | 65.1% | 15.94 | 66.3% | 31.41 | 61.8% | 37.63 | 82.1% |
| 11/30/2007 | 31.04 | 96.3% | 7.62 | 43.9% | 8.76 | 68.1% | 9.07 | 62.6% | 11.22 | 57.1% | 8.05 | 80.3% | 21.84 | 66.9% | 12 | 48.8% | 12.58 | 55.4% | 8.14 | 66.1% | 15.96 | 66.4% | 31.66 | 62.3% | 37.1 | 81.0% |
| 12/3/2007 | 30.50 | 94.6% | 7.2 | 41.5% | 8.46 | 65.8% | 8.9 | 61.5% | 10.09 | 51.3% | 7.88 | 78.6% | 20.58 | 63.1% | 12.09 | 49.1% | 12.59 | 55.5% | 7.94 | 64.5% | 15.61 | 64.9% | 31.46 | 61.9% | 36.01 | 78.6% |
| 12/4/2007 | 29.60 | 91.8% | 7.26 | 41.8% | 8.31 | 64.6% | 8.67 | 59.9% | 10.63 | 54.1% | 7.28 | 72.7% | 19.41 | 59.5% | 11.93 | 48.5% | 12.75 | 56.2% | 7.69 | 62.5% | 16.09 | 66.9% | 30.8 | 60.6% | 35.43 | 77.3% |
| 12/5/2007 | 29.69 | 92.1% | 7.48 | 43.1% | 8.11 | 63.1% | 8.15 | 56.3% | 10.7 | 54.4% | 7.51 | 75.0% | 19.26 | 59.0% | 11.98 | 48.7% | 12.77 | 56.3% | 7.9 | 64.2% | 15.87 | 66.0% | 30.78 | 60.6% | 35.37 | 77.2% |
| 12/6/2007 | 32.00 | 99.3% | 7.79 | 44.8% | 8.1 | 63.0% | 8.61 | 59.5% | 11.18 | 56.9% | 7.83 | 78.1% | 19.23 | 58.9% | 12.27 | 49.9% | 12.98 | 57.2% | 8.03 | 65.2% | 16.18 | 67.3% | 30.4 | 59.8% | 35.18 | 76.8% |
| 12/7/2007 | 31.83 | 98.8% | 8.22 | 47.3% | 8.38 | 65.2% | 8.98 | 62.0% | 11.69 | 59.5% | 8.31 | 82.9% | 19.48 | 59.7% | 12.23 | 49.7% | 13.56 | 59.8% | 8.16 | 66.2% | 15.88 | 66.0% | 30.88 | 60.8% | 35.28 | 77.0% |
| 12/10/2007 | 31.45 | 97.5% | 8.07 | 46.5% | 8.37 | 65.1% | 8.4 | 58.0% | 11.05 | 56.2% | 7.9 | 78.8% | 20.07 | 61.5% | 12.01 | 48.8% | 13.86 | 61.1% | 8.02 | 65.2% | 16.06 | 66.8% | 31.27 | 61.6% | 35.03 | 76.5% |
| 12/11/2007 | 31.54 | 97.8% | 7.78 | 44.8% | 8.13 | 63.2% | 8.14 | 56.2% | 10.69 | 54.4% | 7.75 | 77.3% | 19.13 | 58.6% | 11.89 | 48.3% | 13.91 | 61.3% | 7.82 | 63.5% | 15.76 | 65.5% | 30.54 | 60.1% | 34.12 | 74.5% |
| 12/12/2007 | 31.90 | 98.9% | 7.95 | 45.8% | 8.16 | 63.4% | 8.04 | 55.5% | 11.16 | 56.8% | 7.84 | 78.2% | 19.39 | 59.4% | 11.9 | 48.4% | 13.84 | 61.0% | 7.85 | 63.8% | 16.02 | 66.6% | 30.85 | 60.7% | 34.13 | 74.5% |
| 12/13/2007 | 32.81 | 101.7% | 8.09 | 46.6% | 8.05 | 62.6% | 8.17 | 56.4% | 11.32 | 57.6% | 8.28 | 82.6% | 19.3 | 59.1% | 12.78 | 52.0% | 13.62 | 60.0% | 7.97 | 64.7% | 16.1 | 66.9% | 30.91 | 60.9% | 34.12 | 74.5% |
| 12/14/2007 | 32.57 | 101.0% | 7.87 | 45.3% | 7.83 | 60.9% | 8.3 | 57.4% | 11.45 | 58.3% | 8.13 | 81.1% | 18.37 | 56.3% | 11.5 | 46.7% | 12.82 | 56.5% | 7.61 | 61.8% | 15.69 | 65.2% | 30.17 | 59.5% | 33.02 | 72.1% |
| 12/17/2007 | 32.29 | 100.2% | 8.01 | 46.1% | 7.73 | 60.1% | 8.33 | 57.5% | 11.79 | 60.0% | 7.77 | 77.5% | 18.44 | 56.5% | 11.47 | 46.6% | 12.53 | 55.2% | 7.55 | 61.3% | 15.74 | 65.5% | 31.53 | 62.1% | 32.7 | 71.4% |
| 12/18/2007 | 33.31 | 103.3% | 8.47 | 48.8% | 7.67 | 59.6% | 8.98 | 62.0% | 12.43 | 63.3% | 8.38 | 83.6% | 18.82 | 57.7% | 11.74 | 47.7% | 12.99 | 57.2% | 7.89 | 64.1% | 15.98 | 66.5% | 31.84 | 62.7% | 32.28 | 70.4% |
| 12/19/2007 | 33.07 | 102.6% | 8.88 | 51.1% | 7.61 | 59.2% | 9 | 62.2% | 12.41 | 63.1% | 8.46 | 84.4% | 18.5 | 56.7% | 11.42 | 46.4% | 13.18 | 58.1% | 8.01 | 65.1% | 16.14 | 67.1% | 32.72 | 64.4% | 31.98 | 69.8% |

| 12/20/2007 | 33.98 | 105.4% | 8.84 | 50.9% | 7.64 | 59.4% | 9.02 | 62.3% | 12.8 | 65.1% | 9 | 89.8% | 19.43 | 59.5% | 11.53 | 46.9% | 13.63 | 60.1% | 8.28 | 67.3% | 16.43 | 68.3% | 33.65 | 66.3% | 32.59 | 71.1% |