

back | home

# Tribune Revenues Down 3.3% in November

12th Dec, 2007 | Posted in Corporate, Financial

Tribune Company (NYSE: TRB) today reported its summary of revenues and newspaper advertising volume for period 11, ended Nov. 25, 2007. Consolidated revenues for the period were $413 million, down 3.3 percent from last year's $428 million. Consolidated operating expenses were 5.0 percent lower than period 11 last year.

Publishing revenues in November were $309 million compared with $321 million last year, down 3.5 percent. Advertising revenues decreased 4.9 percent to $244 million, compared with $257 million in November 2006. Advertising revenues benefited from the shift in the Thanksgiving holiday week from period 12 in 2006 to period 11 this year.

- • Retail advertising revenues increased 7.3 percent with the largest increases in the specialty merchandise, department stores, apparel/fashion and electronics categories. Preprint revenues, which are principally included in retail, were up 18.5 percent for the period.

- • National advertising revenues increased 1.9 percent, with the largest increases in the movies, auto, financial and telecom/wireless categories, partially offset by a decrease in the transportation category.

- • Classified advertising revenues decreased 26.2 percent. Real estate fell 39.8 percent with the most significant declines in Chicago, the Florida markets, and Los Angeles. Help wanted declined 28.4 percent and automotive decreased 7.6 percent. Interactive revenues, which are primarily included in classified, were $21 million, up 7.8 percent, due to growth in most categories.

Circulation revenues were down 4.6 percent due to single-copy declines and continued selective discounting in home delivery.

Publishing operating expenses in November were down 5.2 percent primarily due to lower newsprint and ink, compensation, promotion and other cash expenses.

Broadcasting and entertainment group revenues in November were $104 million, down 2.6 percent, due to decreases in television group revenue, partially offset by increases in radio/entertainment revenues. Television revenues fell 4.8 percent due to the absence of political advertising, partially offset by strength in several categories including retail, corporate, health, food/packaged goods, telecom and restaurant/fast food.

Broadcasting and entertainment group operating expenses in November declined by 2.7 percent primarily due to lower compensation and other cash expenses.

Consolidated equity income was $11 million in November, up from $8 million in the prior year period.

Tribune expects to complete its disposition of the Chicago Cubs, Wrigley Field and related real estate, and its interest in Comcast SportsNet Chicago in the first half of 2008. It plans to use the proceeds to repay existing debt.

As stated previously, the company also expects its going-private transaction to close before the end of Tribune's 2007 fiscal year following satisfaction of the remaining closing conditions, including the receipt of a solvency

opinion and completion of the committed financing.

:: :: ::

Forward-Looking Statements

This press release contains certain comments or forward-looking statements that are based largely on the Company's current expectations and are subject to certain risks, trends and uncertainties. You can identify these and other forward-looking statements by the use of such words as "will," "expect," "plans," "believes," "estimates," "intend," "continue," or the negative of such terms, or other comparable terminology. Forward-looking statements also include the assumptions underlying or relating to any of the foregoing statements. Actual results could differ materially from the expectations expressed in these statements. Factors that could cause actual results to differ include risks related to the proposed merger transactions being consummated; the risk that required regulatory approvals or financing might not be obtained in a timely manner, without conditions, or at all; the impact of the substantial indebtedness incurred to finance the consummation of the merger; the ability to satisfy all closing conditions in the definitive agreements; difficulties in retaining employees as a result of the merger agreement; risks of unforeseen material adverse changes to our business or operations; risks that the proposed transaction disrupts current plans, operations, and business growth initiatives; the risk associated with the outcome of any legal proceedings that may be instituted against Tribune and others in connection with the merger agreement; and other factors described in Tribune's publicly available reports filed with the SEC, including the most current annual 10-K and quarterly 10-Q reports, which contain a discussion of various factors that may affect Tribune's business or financial results. These factors, including also the ability to complete the merger, could cause actual future performance to differ materially from current expectations. Tribune is not responsible for updating the information contained in this press release beyond the published date, or for changes made to this document by wire services or Internet service providers. Tribune's next annual 10-K report to be filed with the SEC may contain updates to the information included in this release.

ShareThis 445 views, 4 so far today

**About Tribune Company**
TRIBUNE is America's largest employee-owned media company, operating businesses in publishing, interactive and broadcasting. In publishing, Tribune's leading daily newspapers include the Los Angeles Times, Chicago Tribune, The Baltimore Sun, Sun Sentinel (South Florida), Orlando Sentinel, Hartford Courant, Morning Call and Daily Press. The company's broadcasting group operates 23 television stations, WGN America on national cable, and Chicago's WGN-AM. Popular news and information websites complement Tribune's print and broadcast properties and extend the company's nationwide audience. At Tribune we take what we do seriously and with a great deal of pride. We also value the creative spirit and nurture a corporate culture that doesn't take itself too seriously.

- No Related Post

# Contact Tribune Company

Gary Weitman
gweitman@tribune.com
312 222.3394

- ## Press Release Library

## Search

GO

- ## Browse by Type

- Broadcasting
- Corporate
- Financial
- Interactive
- Publishing
- Restructuring
- Transcripts

## Browse by Year

- 2010
- 2009
- 2008
- 2007
- 2006
- 2005
- 2004

Copyright © 2010 Tribune Company. All Rights Reserved.

:: Site Map   :: Contact Us   :: Terms of Service   :: Help