| | |
|---|---|
| **From:** | Greenthal, Jill |
| **Sent:** | Monday, June 04, 2007 05:54 PM |
| **To:** | Madigan, John W.; jdowdle@tribune.com |
| **CC:** | Wander, Herbert S.; Chomicz, Thomas E.; Madnani, Sean |
| **Subject:** | More on Chandler trade |

From what I heard, Goldman was way oversubscribed on the Chandler block...more then 2x...the stock has pretty consistently traded over $32/share, so the arbs all thought getting a chance to buy the stock at $31.50 was a way to make sure money...interesting logic...will be interesting to see where the stock trades as they all try to capture the spread--it sounds like Goldman bought the shares from the Chandlers at a price around $31 or $31.25/share and reoffered to the street at $31.50....the fun never stops!

FOUN0020844