

Media Relations
back | home

# Tribune to Sell Hoy New York to ImpreMedia

12th Feb, 2007 | Posted in Corporate, Publishing

Tribune Publishing, a division of Tribune Company (NYSE:TRB), today announced the sale of Hoy New York, its Spanish-language daily newspaper, to ImpreMedia, LLC. The sale, which is expected to close during the first quarter of 2007, does not include the Hoy publications in Los Angeles and Chicago. Terms were not disclosed.

"Although Hoy New York made good progress over the last year, we did not see a path to profitability in this market," said Scott C. Smith, Tribune Publishing president. "Hoy is a better operational fit for ImpreMedia, a respected Spanish-language publisher that will carry on Hoy's commitment to informing and entertaining New York's widely diverse Hispanic community."

Tribune will continue to publish Hoy editions in Los Angeles and Chicago, as well as weekly Spanish-language newspapers in Orlando and South Florida.

"In all of our markets, serving Hispanic consumers and helping advertisers reach them is an important part of our publishing growth strategy," Smith said.

Going forward, the Los Angeles and Chicago editions of Hoy will be more closely aligned with the Los Angeles Times and Chicago Tribune, respectively. Javier J. Aldape, Hoy acting publisher, will now serve as general manager and editor of Hoy's Los Angeles edition, and oversee shared editorial content in both editions. Julian G. Posada continues as Hoy general manager in Chicago. Anne S. Kelly, Hoy vice president/advertising, will manage national sales and major retail accounts for both editions of Hoy.

ShareThis 87 views, 3 so far today

**About Tribune Company**
TRIBUNE is America's largest employee-owned media company, operating businesses in publishing, interactive and broadcasting. In publishing, Tribune's leading daily newspapers include the Los Angeles Times, Chicago Tribune, The Baltimore Sun, Sun Sentinel (South Florida), Orlando Sentinel, Hartford Courant, Morning Call and Daily Press. The company's broadcasting group operates 23 television stations, WGN America on national cable, and Chicago's WGN-AM. Popular news and information websites complement Tribune's print and broadcast properties and extend the company's nationwide audience. At Tribune we take what we do seriously and with a great deal of pride. We also value the creative spirit and nurture a corporate culture that doesn't take itself too seriously.

- No Related Post

## Contact Tribune Company

Gary Weitman
gweitman@tribune.com
312 222.3394

- **Press Release Library**