

**Media Relations**

back | home

# Tribune Completes Sale of Hoy New York

15th May, 2007 | Posted in Corporate, Publishing

Tribune Company (NYSE:TRB) today said it has completed the sale of the New York edition of Hoy to ImpreMedia, LLC. An agreement to sell the Spanish-language daily newspaper was announced on Feb. 12, 2007. Terms were not disclosed.

Tribune continues to publish daily Hoy editions in Los Angeles and Chicago, as well as weekly Spanish-language newspapers in Orlando and South Florida.

ShareThis 86 views, 3 so far today

**About Tribune Company**

TRIBUNE is America's largest employee-owned media company, operating businesses in publishing, interactive and broadcasting. In publishing, Tribune's leading daily newspapers include the Los Angeles Times, Chicago Tribune, The Baltimore Sun, Sun Sentinel (South Florida), Orlando Sentinel, Hartford Courant, Morning Call and Daily Press. The company's broadcasting group operates 23 television stations, WGN America on national cable, and Chicago's WGN-AM. Popular news and information websites complement Tribune's print and broadcast properties and extend the company's nationwide audience. At Tribune we take what we do seriously and with a great deal of pride. We also value the creative spirit and nurture a corporate culture that doesn't take itself too seriously.

- No Related Post

# Contact **Tribune Company**

Gary Weitman
gweitman@tribune.com
312 222.3394

- ## Press Release Library

  ## Search

  GO

- ## Browse by Type

  o Broadcasting
  o Corporate
  o Financial
  o Interactive
  o Publishing
  o Restructuring