

Media Relations
back | home

# Tribune to Sell Southern Connecticut Newspapers

6th Mar, 2007 | Posted in Corporate, Publishing

Tribune Publishing, a division of Tribune Company (NYSE:TRB), today announced the sale of its Southern Connecticut Newspapers, The Advocate (Stamford) and Greenwich Time, to Gannett Co., Inc., for $73 million. The sale does not include real estate in Stamford and Greenwich, which Tribune will sell separately after a transitional lease to Gannett.

"With this transaction, we have exceeded our goal of selling $500 million in non-core assets as part of the performance improvement plan we launched in 2006," said Dennis FitzSimons, Tribune chairman and chief executive officer.

In addition to Southern Connecticut Newspapers, sales completed since mid-2006 include television stations in Boston, Atlanta and Albany; 2.8 million shares of Time Warner common stock; and a former Los Angeles Times printing facility.

"We thank publisher Durrie Monsma and the entire team at Southern Connecticut Newspapers for their dedication to the communities of Stamford, Greenwich and Norwalk," said Scott Smith, Tribune Publishing president. "The Advocate and Greenwich Time are excellent papers, but do not fit our strategic focus on larger publishing and interactive businesses."

Tribune acquired The Advocate and Greenwich Time in June 2000, as part of its acquisition of The Times Mirror Company.

ShareThis 90 views, 3 so far today
**About Tribune Company**
TRIBUNE is America's largest employee-owned media company, operating businesses in publishing, interactive and broadcasting. In publishing, Tribune's leading daily newspapers include the Los Angeles Times, Chicago Tribune, The Baltimore Sun, Sun Sentinel (South Florida), Orlando Sentinel, Hartford Courant, Morning Call and Daily Press. The company's broadcasting group operates 23 television stations, WGN America on national cable, and Chicago's WGN-AM. Popular news and information websites complement Tribune's print and broadcast properties and extend the company's nationwide audience. At Tribune we take what we do seriously and with a great deal of pride. We also value the creative spirit and nurture a corporate culture that doesn't take itself too seriously.

- No Related Post

## Contact Tribune Company

Gary Weitman
gweitman@tribune.com
312 222.3394

- ## Press Release Library