

**Media Relations**
back | home

# Tribune and Gannett Terminate Agreement to Sell Southern Connecticut Newspapers

25th May, 2007 | Posted in Corporate, Publishing

Tribune Company (NYSE:TRB) and Gannett Co., Inc. (NYSE: GCI) today announced the termination of the agreement under which Gannett was to purchase Southern Connecticut Newspapers, The Advocate (Stamford) and Greenwich Time.

The agreement was terminated following an arbitrator's ruling last month that Tribune could not sell the company unless the buyer assumed the existing UAW contract as a condition of the sale, which Gannett declined to do. The contract covered certain editorial employees at The Advocate.

Tribune also announced that it would immediately begin the process of soliciting offers for the newspapers with the intention of completing a sale as soon as possible.

ShareThis 101 views, 4 so far today
**About Tribune Company**
TRIBUNE is America's largest employee-owned media company, operating businesses in publishing, interactive and broadcasting. In publishing, Tribune's leading daily newspapers include the Los Angeles Times, Chicago Tribune, The Baltimore Sun, Sun Sentinel (South Florida), Orlando Sentinel, Hartford Courant, Morning Call and Daily Press. The company's broadcasting group operates 23 television stations, WGN America on national cable, and Chicago's WGN-AM. Popular news and information websites complement Tribune's print and broadcast properties and extend the company's nationwide audience. At Tribune we take what we do seriously and with a great deal of pride. We also value the creative spirit and nurture a corporate culture that doesn't take itself too seriously.

- No Related Post

## Contact Tribune Company

Gary Weitman
gweitman@tribune.com
312 222.3394

- ## Press Release Library

  ## Search

- ## Browse by Type

  ○ Broadcasting