

**Media Relations**

back | home

## Tribune Completes Sale of Southern Connecticut Newspapers

1st Nov, 2007 | Posted in Corporate, Publishing

Tribune Publishing, a division of Tribune Company (NYSE:TRB), today announced that it has completed the sale of its Southern Connecticut Newspapers, The Advocate (Stamford) and Greenwich Time, to Hearst Corporation. The newspapers will be managed by MediaNews Group, Inc., under an existing joint venture agreement with Hearst.

The sale transaction, announced Oct. 25, 2007, did not include real estate in Stamford and Greenwich, which Tribune plans to sell separately.

ShareThis 239 views, 6 so far today

**About Tribune Company**
TRIBUNE is America's largest employee-owned media company, operating businesses in publishing, interactive and broadcasting. In publishing, Tribune's leading daily newspapers include the Los Angeles Times, Chicago Tribune, The Baltimore Sun, Sun Sentinel (South Florida), Orlando Sentinel, Hartford Courant, Morning Call and Daily Press. The company's broadcasting group operates 23 television stations, WGN America on national cable, and Chicago's WGN-AM. Popular news and information websites complement Tribune's print and broadcast properties and extend the company's nationwide audience. At Tribune we take what we do seriously and with a great deal of pride. We also value the creative spirit and nurture a corporate culture that doesn't take itself too seriously.

- No Related Post

## Contact Tribune Company

Gary Weitman
gweitman@tribune.com
312 222.3394

- **Press Release Library**

  **Search**

  

- **Browse by Type**

    - Broadcasting
    - Corporate
    - Financial
    - Interactive
    - Publishing
    - Restructuring