# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

**Debtor:** Tribune Company
**Case Number:** 08-13141-KJC     **Chapter:** 11
**Date / Time / Room:** FRIDAY, AUGUST 20, 2010 10:00 AM   CRT#5, 5TH FL.
**Bankruptcy Judge:** KEVIN J. CAREY
**Courtroom Clerk:** NANCY HUNT
**Reporter / ECR:** AL LUGANO

### Matter:

1) Omnibus
   2010 MIP (moved from 8/9)
   **R / M #:**   0 / 0

2) Contours Motion
   **R / M #:**   0 / 0
   **VACATED: Continued**

3) 2010 MIP (moved from 8/9)
   **R / M #:**   0 / 0
   **VACATED: Not Going Forward**

### Appearances:

See Sign in Sheet

### Proceedings:

Amended Agenda Item
#15 - Order Due
#16 - Order Due