| | |
|---|---|
| From: | Bigelow, Chandler |
| Sent: | Thursday, August 02, 2007 2:05:48 PM |
| To: | Eldersveld, David; Sachs, Naomi; Fischer, Heidi |
| Subject: | FW: Updating 5-year financial model |

Fyi. Broadcasting will be embarking on a similar project.

| | |
|---|---|
| From: | Amsden, Harry |
| Sent: | Thursday, August 02, 2007 2:04 PM |
| To: | Smith, Scott C.; Landon, Tim J.; Hiller, David; Knight, Timothy; Kenney, Brigid E.; Malone, Dick; Waltz, Kathy; Khahaifa, Avido; Greenberg, Howard; Gremillion, Bob; Ryan, Tim; Smist, Erik; Doherty, Phil B.; Jimenez, Terry; Bellack, Bob; Slason, Mike; Motley, Robyn; Razzino, William; Gart, Mike; Williams, David D. |
| Cc: | Knapp, Peter; Bigelow, Chandler; Grenesko, Don; Litman, Brian F; FitzSimons, Dennis J. |
| Subject: | Updating 5-year financial model |

Early in 2007, we developed a 5-year (2007-2011) financial model for the publishing group that was incorporated into the overall company-wide financial model. This model was used with investors and lenders and portions of it have appeared in various banker books, SEC filings and presentations. Most of you have seen the one-page summary version of this. In addition, Valuation Research (VRC), which gave a solvency opinion to our Board and management at the time of the first round of debt financing in May/June, also used this model in their work. At that time, we were able to satisfy their needs with only a group level model. The starting point in this model was our 2007 operating plan for the group.

For the second round of financing necessary to close the ESOP/Zell transaction, VRC will need an updated version of this model based on our current 2007 projection and an updated look at 2008-2012. This time they will also need additional detail for our 6 largest business units, and also TI as a whole and TMS, as this round of work will be more comprehensive. In addition, they will want to talk to each of you, likely here in Chicago, about the portion of the model that relates to your business unit. VRC needs to provide a second solvency opinion to the Board and management to ensure that once we have FCC approval for the transaction, we can close quickly thereafter.

This e-mail is serving as a heads up on the start of this process. We will do a lot of the work at the group level, but will need your participation in certain facets of the work. This model, even at your level, should be high level. We don't need to worry about every last cost allocation or change, just the most significant ones. We will use the following approach for this work:

* Over the next week, we will develop overall group targets for 2008-2012 and also propose a starting point for your share of that. In addition, we will provide you with the standard assumptions that we built into the model from a group perspective so you can understand the starting point we gave you and what we factored in.

* We will then send you your portion of the model. We will ask that you make any adjustments to the model that are unique to your business unit. Examples would be distribution arrangements with other newspapers which are likely to occur, differing revenue trend lines for your market - such as classified in Florida or other factors unique to your market. Linking the model into transformative change initiatives is also important. We will use a relatively high scope for adjustments that we will ask you to make, likely only those with an operating cash flow impact of at least $500,000 or maybe even $1 million or more in a given year. You would make these adjustments, provide us with some brief commentary on the initiatives and send the revised model back to us by August 29th.

* We would then re-consolidate the models, review them and come back to you with questions/feedback. We would turn the group model into corporate by just after Labor Day.

* Corporate will then consolidate the models into one and turn them over to VRC by September 10th or so.

* VRC will then need several weeks for their work. Likely your visit to Chicago to meet with them would be in the second half of September sometime and would not require more than a day here.

We will talk about this on the publisher call on Monday and also on future publisher and CFO calls.

More to come by the end of next week. Contact me with any questions.

Harry

**Professionals' Eyes Only**

TRB0189604