**Tribune Company**
**Valuation Research Corp.**
**Due Diligence Agenda**

**Wednesday, September 19, 2007 – General Corporate Sessions**
Tribune Tower, Patterson Room (24th Floor)

**Valuation Research Corp.**

    Bill Hughes, Executive Vice President & Managing Director
    Bryan Browning, Senior Vice President (Engagement Manager)
    Chad Rucker, Senior Vice President (Publishing/Valuation)
    Leo Mednik, Senior Analyst (Publishing/Valuation)
    Alpesh Patel, Senior Analyst (Publishing/Valuation)
    Anthony Law, Senior Vice President (Broadcasting)
    Ron Ewing, Senior Analyst (Broadcasting)

**Tribune Company**

    Don Grenesko, Tribune Company, Senior Vice President/Finance and Administration
    Crane Kenney, Tribune Company, Senior Vice President/General Counsel
    Tom Leach, Tribune Company, Senior Vice President/Development
    Chandler Bigelow, Tribune Company, Treasurer
    Mark Hianik, Tribune Company, Assistant General Counsel
    Dan Kazan, Tribune Company, Vice President/Development
    Brian Litman, Tribune Company, Assistant Controller
    Naomi Sachs, Tribune Company, Director/Investments
    Heidi Fischer, Tribune Company, Manager/Development
    Tim Landon, Tribune Interactive, President
    Harry Amsden, Tribune Publishing, Vice President/Finance
    John Poelking, Tribune Broadcasting, Vice President/Finance

**Other Guests**

    Matt Ferguson, CareerBuilder, President & CEO


**10:00 – 11:30**        **Corporate Finance**
                         (Grenesko, Bigelow, Kazan, Litman, Amsden, Poelking)

                         1. 2007 projections (including Period 8 update)
                            a. Current vs. April projection
                         2. Current five-year projections
                            a. Current vs. April projection
                         3. Second step financing update

**11:30 – Noon**        **Real Estate Opportunities**
                         (Grenesko, Bigelow, Leach, Kazan)

1

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

| | |
|---|---|
| Noon – 1:00 | **CareerBuilder Lunch** (Ferguson, Kazan, Landon, Grenesko, Bigelow) |
| 1:00 – 1:30 | **Cubs Process** (Kenney, Leach, Grenesko, Bigelow, Kazan) |
| 1:30 – 1:45 | **FCC** (Kenney, Grenesko, Bigelow, Leach, Kazan) |
| 1:45 – 2:15 | **Legal** (Kenney, Hianik, Grenesko, Bigelow, Leach, Kazan) |
| 2:15 – 3:00 | **Equity Investments** (Kazan, Landon, Leach, Grenesko, Bigelow) |
| 3:00 – 4:00 | **Consolidated Five-Year Financial Model** (Bigelow, Kazan, Litman, Sachs, Fischer) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Thursday, September 20, 2007 – Operating Sessions**
Tribune Tower, Patterson Room (24th Floor)

**Publishing/Interactive Sessions (8am – 2pm)**

**Valuation Research Corp.**

    Bryan Browning, Senior Vice President (Engagement Manager)
    Chad Rucker, Senior Vice President (Publishing/Valuation)
    Leo Mednik, Senior Analyst (Publishing/Valuation)

**Tribune Company**

    Dennis FitzSimons, Tribune Company, Chairman, Chief Executive and President
    Don Grenesko, Tribune Company, Senior Vice President/Finance and Administration
    Scott Smith, Tribune Publishing, President and *Chicago Tribune*, Publisher
    Bob Gremillion, Tribune Publishing, Executive Vice President
    Harry Amsden, Tribune Publishing, Vice President/Finance
    Ken DePaola, Tribune Media Net, President
    Doug Thomas, Tribune Publishing, Senior Vice President/Sales
    Vince Casanova, Tribune Publishing, Vice President/Circulation
    David Hiller, *Los Angeles Times*, Publisher
    Tim Knight, *Newsday*, Publisher
    Howard Greenberg, *South Florida Sun-Sentinel*, Publisher
    Kathy Waltz, *Orlando Sentinel*, Publisher
    Tim Ryan, *Baltimore Sun*, Publisher
    Tim Landon, Tribune Interactive, President
    Brigid Kenney, Tribune Interactive, Senior Vice President/Network Operations

TRB0446439
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

| | |
|---|---|
| 8:00 – 8:15 | **Introductions and opening comments (FitzSimons/Smith)** |
| 8:15 – 8:30 | **Overall model assumptions (Amsden)** |
| 8:30 – 8:45 | **Transformative Change (Gremillion)** |
| 8:45 – 9:45 | **Advertising revenue**<br>• Retail (Thomas)<br>• National (DePaola)<br>• Classified (DePaola) |
| 9:45 – 10:05 | **Circulation (Casanova)**<br><br>• Revenue and net paid<br>• Commercial delivery opportunities |
| 10:05 – 10:15 | **Break** |
| 10:15 – 10:45 | **Expenses and other assumptions/opportunities (Amsden)** |
| 10:45 – 11:30 | **Interactive (Landon/B. Kenney)** |
| 11:30 – 11:45 | **Lunch break** |
| 11:45 – 2:00 | **Top 6 Business Units (Publishers/Gremillion)**<br>• Financial projections/assumptions for each market |

**Broadcasting & Entertainment Sessions (2pm-5pm)**

**Valuation Research Corp.**

    Chad Rucker, Senior Vice President (Publishing/Valuation)
    Leo Mednik, Senior Analyst (Publishing/Valuation)
    Anthony Law, Senior Vice President (Broadcasting)
    Ron Ewing, Senior Analyst (Broadcasting)

**Tribune Company**

    Dennis FitzSimons, Tribune Company, Chairman, Chief Executive and President
    Don Grenesko, Tribune Company, Senior Vice President/Finance and Administration
    John Reardon, Tribune Broadcasting, President
    John Vitanovec, Tribune Broadcasting, Executive Vice President
    Gina Mazzferri, Tribune Broadcasting, Vice President/Strategy & Administration
    John Poelking, Tribune Broadcasting, Vice President/Finance
    John Hendricks, Tribune Broadcasting, Vice President/Sales
    Betty Ellen Berlamino, WPIX-TV, Vice President/General Manager

TRB0446440
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

| | |
|---|---|
| 2:00 – 2:10 | **Opening Remarks (Reardon)** |
| 2:10 – 2:30 | **Revenue Drivers (Hendricks)**<br>• Daypart Analysis<br>• CW and Fox Prime<br>• New Syndicated Programming<br>• September – December Outlook |
| 2:20 – 2:45 | **2008 – 2012 Consolidated Forecast (Mazzaferri)**<br>• Global Revenue Assumptions – market and station<br>• Expense Forecast – rights, compensation, other |
| 2:45 – 4:00 | **Individual Market Overview**<br>• WPIX (Berlamino)<br>• WGN-TV / Superstation (Vitanovec)<br>• Other Key Markets |
| 4:00 – 4:10 | **Break** |
| 4:10 – 4:35 | **General Topics**<br>• Programming<br>  o Status of network affiliation agreements (Mazzaferri)<br>  o Update 1st run initiatives and future program supply (Reardon)<br>  o News growth opportunities / production partnerships (Vitanovec)<br>• Capital Planning (Poelking) |
| 4:35 – 5:00 | **Q&A** |

TRB0446441
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only