**TRIBUNE COMPANY**
**2007 THIRD QUARTER PROJECTION (1)**
($ in millions)

Valuation Research Corp. (9/19/07)
Corporate Finance Schedule 1

TRB0212224

|   |   | Periods 7 & 8 ||||  Period 9 ||||  Third Quarter ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   | 2007 Actual | 2006 Actual | Change $ | Change % | 2007 Proj. | 2006 Actual | Change $ | Change % | 2007 Proj. | 2006 Actual | Change $ | Change % |
|   | **Operating Revenues** |||||||||||||
|   | Publishing |||||||||||||
| 1 | Retail | $ 193.3 | $ 199.2 | $ (5.9) | -3.0% | $ 95.1 | $ 103.8 | $ (8.7) | -8.4% | $ 288.5 | $ 303.1 | $ (14.6) | -4.8% |
| 2 | National | 104.1 | 105.0 | (1.0) | -0.9% | 52.6 | 51.0 | 1.6 | 3.2% | 156.7 | 156.0 | 0.7 | 0.4% |
| 3 | Classified | 159.4 | 197.0 | (37.6) | -19.1% | 76.6 | 91.4 | (14.7) | -16.1% | 236.0 | 288.3 | (52.3) | -18.1% |
| 4 | Total Advertising | 456.8 | 501.2 | (44.4) | -8.9% | 224.4 | 246.2 | (21.8) | -8.9% | 681.2 | 747.4 | (66.2) | -8.9% |
| 5 | Circulation | 89.2 | 94.0 | (4.8) | -5.1% | 40.4 | 42.2 | (1.8) | -4.2% | 129.5 | 136.2 | (6.6) | -4.9% |
| 6 | Other | 43.9 | 42.4 | 1.6 | 3.7% | 21.6 | 20.0 | 1.6 | 8.0% | 65.5 | 62.4 | 3.2 | 5.1% |
| 7 | Total | 589.9 | 637.6 | (47.7) | -7.5% | 286.3 | 308.3 | (22.0) | -7.1% | 876.2 | 945.9 | (69.7) | -7.4% |
|   | Broadcasting |||||||||||||
| 8 | TV | 180.0 | 187.7 | (7.7) | -4.1% | 89.9 | 89.8 | 0.1 | 0.2% | 269.9 | 277.5 | (7.6) | -2.7% |
| 9 | Radio/Entertainment | 88.0 | 83.4 | 4.6 | 5.5% | 27.9 | 31.6 | (3.7) | -11.8% | 115.9 | 115.0 | 0.9 | 0.7% |
| 10 | Total | 268.0 | 271.1 | (3.1) | -1.2% | 117.8 | 121.4 | (3.6) | -3.0% | 385.8 | 392.6 | (6.7) | -1.7% |
| 11 | Total Revenue | 857.9 | 908.7 | (50.9) | -5.6% | 404.1 | 429.8 | (25.6) | -6.0% | 1,262.0 | 1,338.5 | (76.5) | -5.7% |
|   | **Operating Cash Expenses (2)** |||||||||||||
|   | Publishing |||||||||||||
| 12 | Newsprint & Ink | 64.9 | 81.0 | (16.1) | -19.9% | 31.0 | 40.2 | (9.2) | -23.0% | 95.9 | 121.2 | (25.3) | -20.9% |
| 13 | Compensation | 209.6 | 228.3 | (18.6) | -8.2% | 93.9 | 98.0 | (4.2) | -4.3% | 303.5 | 326.3 | (22.8) | -7.0% |
| 14 | Other Cash | 207.8 | 212.7 | (4.9) | -2.3% | 100.3 | 99.4 | 0.9 | 0.9% | 308.1 | 312.0 | (3.9) | -1.3% |
| 15 | Total | 482.3 | 521.9 | (39.6) | -7.6% | 225.1 | 237.6 | (12.5) | -5.2% | 707.5 | 759.5 | (52.0) | -6.9% |
|   | Broadcasting |||||||||||||
|   | Television |||||||||||||
| 16 | Broadcast Rights Amortization | 58.0 | 62.1 | (4.2) | -6.7% | 29.2 | 27.9 | 1.2 | 4.4% | 87.1 | 90.1 | (2.9) | -3.3% |
| 17 | Compensation | 40.8 | 41.8 | (1.0) | -2.5% | 19.1 | 19.5 | (0.4) | -1.9% | 59.9 | 61.3 | (1.4) | -2.3% |
| 18 | Other Cash | 26.7 | 25.7 | 0.9 | 3.5% | 18.8 | 14.5 | 4.3 | 29.8% | 45.5 | 40.3 | 5.2 | 13.0% |
| 19 | Total Television | 125.4 | 129.7 | (4.3) | -3.3% | 67.1 | 62.0 | 5.2 | 8.4% | 192.5 | 191.6 | 0.9 | 0.5% |
| 20 | Radio/Entertainment | 58.7 | 56.3 | 2.4 | 4.3% | 26.1 | 23.4 | 2.8 | 11.8% | 84.8 | 79.6 | 5.2 | 6.5% |
| 21 | Total Broadcasting | 184.1 | 185.9 | (1.9) | -1.0% | 93.3 | 85.3 | 7.9 | 9.3% | 277.3 | 271.2 |  |  |
| 22 | Corporate | 7.6 | 9.4 | (1.8) | -19.1% | 4.1 | 4.0 | 0.2 | 4.2% | 11.7 | 13.4 | (1.6) | -12.1% |
| 23 | Total Cash Expenses | 674.0 | 717.2 | (43.2) | -6.0% | 322.5 | 326.9 | (4.4) | -1.3% | 996.5 | 1,044.1 | (47.6) | -4.6% |
|   | **Operating Cash Flow** |||||||||||||
| 24 | Publishing | 107.6 | 115.7 | (8.1) | -7.0% | 61.2 | 70.7 | (9.5) | -13.5% | 168.7 | 186.4 | (17.7) | -9.5% |
|   | Broadcasting |||||||||||||
| 25 | TV | 54.6 | 58.1 | (3.5) | -6.0% | 22.8 | 27.8 | (5.0) | -18.1% | 77.4 | 85.9 | (8.5) | -9.9% |
| 26 | Radio/Entertainment | 29.3 | 27.1 | 2.2 | 8.1% | 1.8 | 8.3 | (6.5) | -78.4% | 31.1 | 35.4 | (4.3) | -12.2% |
| 27 | Total | 83.9 | 85.2 | (1.3) | -1.5% | 24.6 | 36.1 | (11.5) | -31.9% | 108.5 | 121.3 | (12.8) | -10.6% |
| 28 | Corporate | (7.6) | (9.4) | 1.8 | 19.1% | (4.1) | (4.0) | (0.2) | -4.2% | (11.7) | (13.4) | 1.6 | 12.1% |
| 29 | Total Operating Cash Flow | 183.9 | 191.5 | (7.6) | -4.0% | 81.6 | 102.9 | (21.2) | -20.7% | 265.5 | 294.4 | (28.9) | -9.8% |
| 30 | **Equity Income** | 14.8 | 13.3 | 1.4 | 10.9% | 5.3 | 5.4 | (0.1) | -1.6% | 20.1 | 18.7 | 1.4 | 7.3% |
| 31 | **Net Interest Expense** | (126.2) | (53.9) | (72.3) | 134.1% | (55.8) | (25.7) | (30.1) | 117.0% | (182.1) | (79.6) | (102.4) | 128.6% |

(1) Excludes special items, severance, non-operating items, and discontinued operations (Atlanta, Albany and Boston stations in Broadcasting and SCNI and Hoy, New York in Publishing).
(2) Includes stock-based compensation of $40.7 million in 2007 and $31.4 million in 2006.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

**TRIBUNE COMPANY**
**2007 BY QUARTER (1)**
($ in millions)

Valuation Research Corp. (9/19/07)
Corporate Finance Schedule 2

|  | FIRST QUARTER | | | | | SECOND QUARTER | | | | | THIRD QUARTER | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2007 Actual | April | 2006 Actual | 07 Act vs. April $ | % | 2007 Actual | April | 2006 Actual | 07 Act vs. April $ | % | 2007 Proj. | April | 2006 Actual | 07 Act vs. April $ | % |
| **Operating Revenues** | | | | | | | | | | | | | | | |
| 1  Publishing | $ 931.5 | $ 953.7 | $ 985.3 | $ (22.2) | -2.3% | $ 920.4 | $ 990.2 | $ 1,015.9 | $ (69.8) | -7.0% | $ 876.2 | $ 952.5 | $ 945.9 | $ (76.3) | -8.0% |
| 2  Broadcasting | 283.0 | 285.3 | 284.1 | (2.3) | -0.8% | 393.0 | 405.6 | 392.9 | (12.6) | -3.1% | 385.8 | 386.0 | 392.6 | (0.1) | 0.0% |
| 3  Total | 1,214.5 | 1,239.0 | 1,269.4 | (24.5) | -2.0% | 1,313.4 | 1,395.7 | 1,408.8 | (82.3) | -5.9% | 1,262.0 | 1,338.5 | 1,338.5 | (76.4) | -5.7% |
| **Operating Cash Exps. (2)** | | | | | | | | | | | | | | | |
| 4  Publishing | 746.8 | 757.8 | 756.1 | (11.0) | -1.5% | 724.0 | 756.7 | 765.9 | (32.7) | -4.3% | 707.5 | 755.3 | 759.5 | (47.8) | -6.3% |
| 5  Broadcasting | 208.9 | 217.5 | 204.6 | (8.6) | -3.9% | 272.5 | 274.2 | 270.2 | (1.7) | -0.6% | 277.3 | 272.1 | 271.2 | 5.3 | 1.9% |
| 6  Corporate | 19.2 | 19.7 | 20.0 | (0.5) | -2.5% | 11.0 | 13.8 | 13.6 | (2.8) | -20.3% | 11.7 | 13.8 | 13.4 | (2.1) | -15.2% |
| 7  Total | 974.9 | 995.0 | 980.7 | (20.1) | -2.0% | 1,007.5 | 1,044.6 | 1,049.7 | (37.1) | -3.6% | 996.5 | 1,041.2 | 1,044.1 | (44.6) | -4.3% |
| **Operating Cash Flow** | | | | | | | | | | | | | | | |
| 8  Publishing | 184.7 | 195.9 | 229.2 | (11.2) | -5.7% | 196.4 | 233.5 | 250.0 | (37.1) | -15.9% | 168.7 | 197.2 | 186.4 | (28.5) | -14.5% |
| 9  Broadcasting | 74.1 | 67.8 | 79.5 | 6.3 | 9.3% | 120.5 | 131.4 | 122.7 | (10.9) | -8.3% | 108.5 | 113.9 | 121.4 | (5.4) | -4.7% |
| 10  Corporate | (19.2) | (19.7) | (20.0) | 0.5 | -2.5% | (11.0) | (13.8) | (13.6) | 2.8 | -20.3% | (11.7) | (13.8) | (13.4) | 2.1 | -15.2% |
| 11  Total | 239.6 | 244.0 | 288.7 | (4.4) | -1.8% | 305.9 | 351.1 | 359.1 | (45.2) | -12.9% | 265.5 | 297.3 | 294.4 | (31.8) | -10.7% |
| 12  Equity Income | 12.7 | 7.3 | 6.5 | 5.4 | 74.0% | 28.7 | 20.4 | 20.2 | 8.3 | 40.7% | 20.1 | 14.9 | 18.7 | 5.2 | 34.9% |
| 13  Adjusted Op. Cash Flow | 252.3 | 251.3 | 295.2 | 1.0 | 0.4% | 334.6 | 371.5 | 379.3 | (36.9) | -9.9% | 285.6 | 312.2 | 313.1 | (26.6) | -8.5% |
| 14  Net Interest Expense | (80.1) | (78.4) | (46.6) | (1.7) |  | (112.1) | (176.3) | (44.8) | 64.2 |  | (182.1) | (171.0) | (79.6) | (11.1) |  |

|  | FOURTH QUARTER | | | | | FULL YEAR | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 2007 Proj. | April | 2006 Actual | 07 Act vs. April $ | % | 2007 Proj. | April | 2006 52 weeks | 07 Act vs. April $ | % |
| **Operating Revenues** | | | | | | | | | | |
| 15  Publishing | $ 985.4 | $ 1,049.3 | $ 1,031.5 | $ (63.9) | -6.1% | $ 3,713.5 | $ 3,945.7 | $ 3,978.6 | $ (232.2) | -5.9% |
| 16  Broadcasting | 321.1 | 324.4 | 338.4 | (3.3) | -1.0% | 1,382.9 | 1,401.2 | 1,408.0 | (18.3) | -1.3% |
| 17  Total | 1,306.5 | 1,373.7 | 1,369.9 | (67.2) | -4.9% | 5,096.4 | 5,346.9 | 5,386.6 | (250.5) | -4.7% |
| **Operating Cash Exps. (2)** | | | | | | | | | | |
| 18  Publishing | 739.4 | 767.7 | 769.5 | (28.3) | -3.7% | 2,917.7 | 3,037.5 | 3,051.0 | (119.8) | -3.9% |
| 19  Broadcasting | 216.1 | 220.8 | 224.5 | (4.7) | -2.1% | 974.9 | 984.5 | 970.5 | (9.6) | -1.0% |
| 20  Corporate | 11.2 | 13.6 | 14.1 | (2.4) | -17.6% | 53.1 | 60.9 | 61.1 | (7.8) | -12.8% |
| 21  Total | 966.7 | 1,002.1 | 1,008.1 | (35.4) | -3.5% | 3,945.7 | 4,082.9 | 4,082.6 | (137.2) | -3.4% |
| **Operating Cash Flow** | | | | | | | | | | |
| 22  Publishing | 246.0 | 281.6 | 262.0 | (35.6) | -12.6% | 795.8 | 908.2 | 927.6 | (112.4) | -12.4% |
| 23  Broadcasting | 104.9 | 103.6 | 113.9 | 1.3 | 1.3% | 408.0 | 416.7 | 437.4 | (8.7) | -2.1% |
| 24  Corporate | (11.2) | (13.6) | (14.1) | 2.4 | -17.6% | (53.1) | (60.9) | (61.1) | 7.8 | -12.8% |
| 25  Total | 339.7 | 371.6 | 361.8 | (31.9) | -8.6% | 1,150.7 | 1,264.0 | 1,304.0 | (113.3) | -9.0% |
| 26  Equity Income | 23.9 | 24.2 | 29.5 | (0.3) | -1.2% | 85.4 | 66.8 | 74.9 | 18.6 | 27.9% |
| 27  Adjusted Op. Cash Flow | 363.6 | 395.8 | 391.3 | (32.2) | -8.1% | 1,236.1 | 1,330.8 | 1,378.9 | (94.7) | -7.1% |
| 28  Net Interest Expense | (181.9) | (166.9) | (82.0) | (15.0) |  | (556.2) | (592.6) | (253.0) | 36.4 | -6.1% |

(1) Excludes special items, severance, non-operating items and discontinued operations (Atlanta, Albany and Boston stations in Broadcasting and SCNI and Hoy, New York in Publishing).
(2) Includes stock-based compensation of $40.7 million in 2007 and $31.4 million in 2006.

TRB0212225
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

Highly Confidential -- Attorneys' Eyes Only
Professionals' Eyes Only
TRB0212226

Valuation Research Corp. (9/19/07)
Corporate Finance Schedule 3

## Tribune Company
### 2007 Projected Free Cash Flow & Year End Debt Outstanding
($ in millions)

|      |                                               | Current | April   | Difference |
|------|-----------------------------------------------|---------|---------|------------|
|      |                                               | (a)     | (b)     | (c)        |
| (1)  | Operating Cash Flow (before stock-based comp.)| $1,192  | $1,306  | ($114)     |
| (2)  | Cash from equity investments                  | 83      | 86      | (3)        |
| (3)  | Cash taxes (excluding capital gains)          | (85)    | (140)   | 55         |
| (4)  | Cash interest, net                            | (411)   | (554)   | 143        |
| (5)  | Capital expenditures                          | (132)   | (175)   | 43         |
| (6)  | Timing / working capital / other              | (160)   | (112)   | (48)       |
| (7)  | Free Cash Flow                                | 488     | 411     | 77         |
| (8)  | Asset sales (net of taxes)                    | 84      | 87      | (3)        |
| (9)  | Investments                                   | (24)    | (50)    | 26         |
| (10) | Dividends                                     | (43)    | (43)    | (0)        |
| (11) | Sub total                                     | 505     | 405     | 100        |
| (12) | Bender tax settlement (Federal, gross)        | 338     | -       | 338        |
| (13) | Total cash available to repay debt            | $843    | $405    | $438       |

|      |                                               | Current | April    | Difference |
|------|-----------------------------------------------|---------|----------|------------|
|      | **Year-End 2007 Total Debt Projections:**     |         |          |            |
| (14) | Total debt (ex. PHONES and Zell note)         | $11,981 | $12,424  | ($443)     |
| (15) | net of cash                                   | (170)   | (175)    | 5          |
| (16) | Total net debt                                | 11,811  | 12,249   | (438)      |
| (17) | less Cubs projected proceeds                  | (850)   | (600)    | (250)      |
| (18) | Total proforma debt                           | $10,961 | $11,649  | ($688)     |

|      | **Year-End 2007 "Guaranteed Debt" Projections:** |         |         |          |
|------|--------------------------------------------------|---------|---------|----------|
| (19) | Total guaranteed debt                            | $10,481 | $10,915 | ($434)   |
| (20) | less Cubs projected proceeds                     | (850)   | (600)   | (250)    |
| (21) | less asset-backed commercial paper program       | (300)   | -       | (300)    |
| (22) | less TMCT mortgage (Q1 '08)                      | (150)   | -       | (150)    |
| (23) | less sale of Hollywood studio lot (Q1 '08)       | (125)   | -       | (125)    |
| (24) | less sale of non-core real estate (Q2 '08)       | (50)    | -       | (50)     |
| (25) | Total proforma guaranteed debt                   | $9,006  | $10,315 | ($1,309) |

Highly Confidential -- Attorneys' Eyes Only
Professionals' Eyes Only
TRB0212227

| | |
|---|---|
| Valuation Research Corp. (9/19/07) | |
| Corporate Finance Schedule 4 | |

**Tribune Company**
**Estimated Term Loan X Repayment Schedule**
*($ in millions)*

**(I) Projected Repayment Schedule:**

| | | |
|---|---:|---|
| Original borrowing | $1,500 | |
| June '07 repayment | (100) | |
| Current outstanding | 1,400 | **Proj. Timing** |
| Gross proceeds from the sale of remaining 5% TMCT stake | (75) | *Q4 '07* |
| Gross proceeds from the sale of SCNI | (50) | *Q4 '07* |
| Gross proceeds from asset backed CP program | (300) | *Q4 '07* |
| Net proceeds from sale of Cubs/Comcast | (850) | *Q1 '08* |
| Gross proceeds from TMCT mortgage | (150) | *Q2 '08* |
| Projected June 30, 2008 outstanding | $0 | |

**(II) Mandatory Repayment Schedule:**

| | |
|---|---:|
| December 4, 2008 | ($750) |
| June 4, 2009 | (750) |
| | ($1,500) |

| | Valuation Research Corp. (9/19/07) |
|---|---|
| | Corporate Finance Schedule 5 |

## Tribune Company
## Five Year Financial Projections
*($ in millions)*

| | | Current<br>2007-2012 | April<br>2007-2011 | Difference |
|---|---|---|---|---|
| | | (a) | (b) | (c) |
| | **Annualized Growth Rates** | | | |
| | Revenue | | | |
| (1) | Publishing | 1.7% | 0.7% | 1.0% |
| (2) | Broadcasting | 3.0% | 2.4% | 0.6% |
| | Cash expenses | | | |
| (3) | Publishing | 1.6% | 0.5% | 1.1% |
| (4) | Broadcasting | 2.1% | 1.3% | 0.8% |
| | Operating cash flow | | | |
| (5) | Publishing | 2.1% | 1.5% | 0.6% |
| (6) | Broadcasting | 4.8% | 4.5% | 0.3% |

| | | Current<br>Dec. 2012 | April<br>Dec. 2012 | Difference |
|---|---|---|---|---|
| | | (a) | (b) | (c) |
| | **Debt Projections** | | | |
| (7) | Guaranteed debt | $7,617 | $8,795 | ($1,178) |
| (8) | Total debt (excl. PHONES & Zell Note) | 8,822 | 9,559 | (737) |
| | **Financial Covenants** | | | |
| (9) | Leverage | 4.7x | 5.1x | -0.4x |
| (10) | Coverage | 2.0x | 2.1x | -0.1x |

*Note: Broadcasting growth rates exclude the Cubs and Tribune Entertainment.*

| | Valuation Research Corp (9/19/07) |
|---|---|
| **Tribune Company**<br>**VRC Due Diligence**<br>**Second Step Timing** | Corporate Finance Schedule 6 |

| | |
|---|---|
| Week of September 17th | VRC due diligence begins<br>Distribute five-year financial model to Underwriters<br>FCC field hearing in Chicago (Sept. 20) |
| Week of September 24th | Distribute initial drafts of High-Yield Note Offering Memorandum and Description of Notes<br>Underwriter due diligence begins with teleconferences: (i) five-year financial model and (ii) Period 8 update |
| Week of October 1st | Underwriter due diligence meeting in Chicago<br>Continue drafting High-Yield Note Offering Memorandum and Description of High-Yield Notes, Underwriter comments due |
| Week of October 8th | Continue drafting High-Yield Note Offering Memorandum and Description of High-Yield Notes<br>Negotiate key terms of High-Yield Notes<br>Begin preparing rating agency presentation |
| Week of October 15th | VRC finalizes solvency opinion<br>Finalize rating agency presentation<br>Tribune Board of Directors meeting (Oct. 17)<br>Tribune releases third quarter earnings release (Oct. 18)<br>Visit rating agencies in New York (Oct. 19)<br>VRC finalizes solvency opinion (need to reconfirm) |
| Week of October 22nd | Possible FCC approval<br>Receive formal credit ratings |
| Week of October 29th | Launch High-Yield Note offering<br>Incremental Term Loan lenders meeting in New York<br>Commence High-Yield Note offering roadshow (6-8 U.S. cities)<br>File third quarter 10-Q (Nov. 2) |
| Week of November 5th | Tribune FCC application outstanding for 180 days<br>Price High-Yield Note offering<br>Incremental Term Loan syndication continues<br>Incremental Term Loan commitments due (Nov. 9) |
| Week of November 12th | Fund and close High-Yield Note offering<br>Allocate and close Incremental Term Loan |

# Tribune Company
## Estimated Merger Covenant Test
*($ in millions)*

Valuation Research Corp. (9/19/07)
Corporate Finance Schedule 7

### (I) MERGER COVENANTS

- Leverage Test: at the time of the merger, the Company's total guaranteed debt can not exceed 9x trailing 12 month adjusted operating cash flow.
- Coverage Test: at the time of the merger, the Company's total trailing 12 month adjusted operating cash flow must be at least 1.1x proforma cash interest expense, net of interest income. (Proforma is as if all of the debt held at the time of the merger had been outstanding during the trailing 12 months).

### (II) ESTIMATED CALCULATION ASSUMING A MERGER CLOSE IN FOURTH QUARTER

| | TRAILING 12 MONTH AS OF SEPTEMBER 30, 2007 | | | | |
|---|---|---|---|---|---|
| | Actual | | | Projection | |
| | Q4 '06 | Q1 '07 | Q2 '07 | Q3 '07 | Total |
| **Estimated calculation of Adjusted Operating Cash Flow** | | | | | |
| Operating cash flow | $391.2 | $239.6 | $305.8 | $265.5 | $1,202.2 |
| Stock-based compensation | - | 18.3 | 8.0 | 7.2 | 33.5 |
| Operating cash flow (ex. stock-based comp.) | 391.2 | 257.9 | 313.8 | 272.7 | 1,235.7 |
| Cash from equity investments | 7.1 | 45.2 | 12.0 | 14.0 | 78.3 |
| Non-cash retirement expense | 7.0 | 0.3 | - | - | 7.3 |
| Cash non-operating items | 16.7 | (0.3) | 6.7 | - | 23.0 |
| Severance and related charges | (6.7) | (1.1) | (27.8) | (3.3) | (38.9) |
| Interest income | 4.8 | 3.2 | 3.8 | 3.8 | 15.6 |
| Letter of credit fees | 0.0 | 0.1 | 0.1 | 0.1 | 0.2 |
| Gain on sale of airplane | 7.2 | - | - | - | 7.2 |
| OCF from discontinued operations (SCNI) | - | 1.2 | 2.0 | 0.9 | 4.1 |
| Less Hoy, NY OCF (add back reported loss) | 0.3 | - | - | - | 0.3 |
| Pro forma OCF for acquisitions | 0.1 | 0.1 | 0.1 | 0.1 | 0.3 |
| | 427.8 | 306.4 | 310.7 | 288.3 | 1,333.2 |
| Plus $60M of cash savings related to 401(k) | 15.0 | 15.0 | 15.0 | 15.0 | 60.0 |
| | $442.8 | $321.4 | $325.7 | $303.3 | $1,393.2 |

**Estimated calculation of guaranteed debt**
*(before the sale of the Cubs)*

| | |
|---|---|
| Term Loan X | $975.0 |
| Term Loan B (1st Step) | 5,501.0 |
| Incremental Term Loan B | 2,105.0 |
| High Yield Notes | 1,600.0 |
| Capital leases | 15.0 |
| | $10,196.0 |

**Leverage Ratio: 7.3**
*(must be 9x or less)*

**Estimated calculation of pro forma cash interest expense, net of interest income**

| | Notional [1] | Rate | 3M LIBOR | Interest Rate | Annualized Int. Expense |
|---|---|---|---|---|---|
| Term Loan X | $975.0 | L + 275bps | 5.75% | 8.50% | $82.9 |
| Term Loan B (1st Step) | 5,501.0 | L + 300bps | 5.75% | 8.75% | 481.3 |
| Incremental Term Loan B | 2,105.0 | L + 300bps | 5.75% | 8.75% | 184.2 |
| High Yield Notes | 1,600.0 | 11% | | 11.00% | 176.0 |
| Asset back CP | 300.0 | L + 100bps | 5.75% | 6.75% | 20.3 |
| Medium term notes | 263.0 | | | 5.63% | 14.8 |
| Existing Tribune notes | 778.0 | | | 5.05% | 39.3 |
| Existing Times Mirror debentures | 388.0 | | | 7.65% | 29.7 |
| Other (incl. capital leases) | 70.0 | | | | 10.0 |
| PHONES | 930.0 | | | | 25.0 |
| less benefit of swaps [2] | | | 5.75% | -0.44% | (11.0) |
| | $12,910.0 | | | | $1,052.5 |

**Coverage Ratio: 1.32**
*(must be 1.1x or greater)*

(1) Excluding Zell note.
(2) $2.5B of interest rate swaps on at LIBOR of 5.36%.

**Tribune Company**
**Description of Second Step Financing**
*($ in millions)*

Valuation Research Corp. (9/19/07)
Corporate Finance Schedule 8

**(I) Second Step Financing:**

|  | Current Plan | | April Plan | |
|---|---|---|---|---|
|  | Amount | Rate | Amount | Rate |
| Incremental Term Loan B | $2,105 | LIBOR+300bps | $2,105 | LIBOR+250bps |
| High-Yield Notes / Bridge Loan | 1,600 | 11% | 2,100 | 9.5% |
|  | $3,705 | | $4,205 | |

**(II) Description of Bond Offering and Bridge Facility:**

(1) We engaged the four lead banks to issue up to $2,100M of high-yield notes in a public or private offering.

(2) Alternatively, we may borrow up to $2,100M under a committed unsecured bridge facility which will mature on the first anniversary of the second step closing date (the "initial senior loans").

(3) If we borrow under the bridge facility, at the request of the banks, Tribune will be required to issue bonds in order to refinance the bridge facility. This forced placement right begins on the 90th day following the second step closing and continues until the first anniversary. The interest rate on the high-yield notes may not exceed 12.5%.

**(III) Description of Market Flex:**

(1) The banks can reduce the Incremental Term Loan B by up to $1,400M to $700M and increase the proposed high-yield bond issuance / bridge facility up to $3,500M if such change is necessary, in their commercially reasonable judgment, to achieve a successful syndication. This right continues until 45 days after the second step closing date.

(2) The interest rate on Incremental Term Loan B is subject to a max interest rate margin flex of 50 bps (up to L+300)

**(IV) Terms of the Bridge Facility:**

(1) Interest rate on the initial senior loans under the bridge facility:
  (i) First 90 days, LIBOR plus 450bps
  (ii) Margin increases 50bps each quarter (capped at total rate of 12.5%)

(2) On the first anniversary of the second step closing date, the term of the initial senior loans will be automatically extended for an additional seven years (the "extended senior loans").

(3) The extended senior loans will be governed by the bridge credit agreement, and will be subject to customary bond terms and conditions which will be no more restrictive than Tribune's existing credit agreement.

(4) At any time after the first anniversary of the second step closing date, the holders of the extended senior loans may exchange such loans for "senior exchange notes". The senior exchange notes will be unsecured and guaranteed on a subordinated basis and the terms and conditions of the senior exchange notes will be no more restrictive than those included in Tribune's existing credit agreement.

(5) Interest rate on the extended senior loans and senior exchange notes under the bridge facility:
  (i) First 90 days, LIBOR plus 650bps
  (ii) Margin increases 50bps each quarter (capped at total rate of 12.5%)
  (iii) Holders (other than the four banks) will have the right to fix the rate on such notes after which such notes will be non-callable for four years.