

## Tribune Granted Regulatory Approvals by Federal Communications Commission

30th Nov, 2007 | Posted in Broadcasting, Corporate, Publishing

Tribune Company (NYSE:TRB) today announced that the Federal Communications Commission has approved the transfer of its broadcasting licenses and the extension of its cross-ownership waivers in markets where the company owns both a television station and a newspaper. Tribune's going-private transaction is expected to close by year end following satisfaction of the remaining closing conditions, including the receipt of a solvency opinion and completion of the committed financing.

"We appreciate today's action by the FCC, which allows our transaction to move forward," said Dennis FitzSimons, Tribune chairman, president and chief executive officer. "We look forward to implementing the new ownership structure that will enable us to focus all of our energy and resources on Tribune's future."

On April 2, 2007, Tribune announced its intention to become a private company, owned 100 percent by an employee stock ownership plan (ESOP). When the transaction closes, Sam Zell's investment in the company will increase to $315 million and he will become chairman of Tribune's board of directors.

To complete the transaction, Tribune sought FCC approval to transfer the operating licenses of its broadcast stations to new ownership. The company also asked for an extension of existing waivers of the FCC's cross-ownership rule in New York, Los Angeles, Hartford and South Florida — markets in which Tribune operates both a newspaper and television station. The waivers granted today are temporary, pending the outcome of the FCC's ongoing review of media ownership rules. In Chicago, the company will be exempt from cross-ownership restrictions through a permanent waiver provision.

ShareThis 288 views, 3 so far today

**About Tribune Company**
TRIBUNE is America's largest employee-owned media company, operating businesses in publishing, interactive and broadcasting. In publishing, Tribune's leading daily newspapers include the Los Angeles Times, Chicago Tribune, The Baltimore Sun, Sun Sentinel (South Florida), Orlando Sentinel, Hartford Courant, Morning Call and Daily Press. The company's broadcasting group operates 23 television stations, WGN America on national cable, and Chicago's WGN-AM. Popular news and information websites complement Tribune's print and broadcast properties and extend the company's nationwide audience. At Tribune we take what we do seriously and with a great deal of pride. We also value the creative spirit and nurture a corporate culture that doesn't take itself too seriously.

- No Related Post

## Contact Tribune Company

Gary Weitman
gweitman@tribune.com
312 222.3394

- **Press Release Library**

**Search**

 GO

- **Browse by Type**

    o Broadcasting
    o Corporate
    o Financial
    o Interactive
    o Publishing
    o Restructuring
    o Transcripts

- **Browse by Year**

    o 2010
    o 2009
    o 2008
    o 2007
    o 2006
    o 2005
    o 2004

Copyright © 2010 Tribune Company. All Rights Reserved.

:: Site Map    :: Contact Us    :: Terms of Service    :: Help