*Office of the Commissioner*
## MAJOR LEAGUE BASEBALL



THOMAS J. OSTERTAG
Senior Vice President & General Counsel

December 17, 2007

*VIA FACSIMILE AND OVERNIGHT COURIER*

Mr. Crane H. Kenney
Chicago National League Ball Club, Inc.
1060 West Addison Street
Chicago, Illinois 60613

      Re:    **Tribune Company Merger**

Dear Mr. Kenney:

      We have reviewed the Proxy Statement filed on Form DEFM14A by the Tribune Company ("Tribune") with the Securities and Exchange Commission on July 13, 2007 (the "SEC Filing") describing the proposed transaction pursuant to which Tribune will merge with Tesop Corporation, a newly-formed subsidiary of an Employee Stock Ownership Plan (the "ESOP"), whereby the public shareholders of Tribune will be cashed out at $34 per share and the ESOP will become the owner of 100% of the outstanding common shares of Tribune, which will be the surviving corporation (the "Merger").

      Please be advised that the Office of the Commissioner of Baseball has no objection to the consummation of the Merger (including the purchase of a note and warrant by EGI-TRB, L.L.C. as contemplated thereby) and, to the extent necessary to satisfy the closing conditions of the Merger, hereby consents to it, subject to the condition that the Merger is concluded in the manner set forth in the SEC Filing.

      Best regards.

Sincerely,

Thomas J. Ostertag
Senior Vice President & General Counsel

cc: Commissioner Selig
    Robert DuPuy
    Christopher K. Brumm

245 Park Avenue, New York, NY 10167 (212) 931-7800 www.mlb.com

W/1207184v1