## TRIBUNE COMPANY
## COMPENSATION & ORGANIZATION COMMITTEE MEETING
## JULY 18, 2007

The Compensation & Organization Committee met at 8:40 a.m. on Wednesday, July 18, 2007 at Tribune Tower, Chicago, Illinois, pursuant to notice. The meeting was attended by Miles D. White. Enrique Hernandez, Jr. and Robert S. Morrison participated in the meeting via telephone. Dennis J. FitzSimons, Donald C. Grenesko and Crane H. Kenney attended the meeting and George B. Paulin of Frederic W. Cook & Co., Inc participated in the meeting via telephone.

Mr. Morrison acted as Chairman of the meeting. Messrs. FitzSimons, Grenesko and Kenney were present as the meeting was called to order and Messrs. Hernandez, Morrison and Paulin were on the telephone. The following business was discussed by the Committee:

1.  The minutes of the February 13, 2007 Committee meeting were approved as amended and the minutes of April 1, 2007 Committee meeting were approved as submitted.

2.  The Committee reviewed an executive compensation update presented by management. The update covered expected 2007 MIP payouts based on year-to-date operating results and a recap of the special incentive and long-term equity incentive awards previously approved by the Committee. A discussion followed Mr. Grenesko's report.

There being no further business to come before the Committee, the meeting was adjourned at 9:00 a.m.

Robert S. Morrison<br>
Chairman

Professionals' Eyes Only

TRB0414923