**Tribune Company - Analysis of payments made to selected officers/insiders**
Analysis as of June 14, 2010
($ Actuals)

Provided Subject to Confidentiality Agreement

The following analysis includes payments to individuals who were officers of Tribune Company and its Debtor Subsidiaries during the year prior to December 8, 2008 (the "Petition Date").

| Employment Status (1) | Employee | Deferred Bonus | Annual MIP Bonus | Success Bonus | Restricted Stock/Options | Executive Transition | Excise Tax Gross-Up | Phantom Equity | Salary (2) | All Other Payments | Total Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Former | FitzSimons,Dennis J | 2,977,451 | 989,625 | - | 6,869,559 | 10,657,500 | 5,308,621 | 2,916,667 | 81,981 | 1,034,476 | 30,835,879 |
| Former | Redacted | 3,972,558 | 115,500 | - | 2,328,067 | 3,960,000 | 3,050,523 | 2,083,333 | 340,577 | 1,165,040 | 17,015,599 |
| Former | Reardon,John E | 334,132 | 365,500 | 200,000 | 2,005,265 | 3,708,000 | 2,416,267 | 1,500,000 | 79,231 | 382,809 | 10,991,204 |
| Former | Redacted | - | 157,000 | 400,000 | 1,825,517 | 2,209,680 | 1,963,622 | 1,666,667 | 77,262 | 36,114 | 8,335,861 |
| Former | Redacted | 18,286 | 185,000 | 250,000 | 1,675,282 | 1,936,000 | 1,834,258 | 1,666,667 | 466,923 | 127,083 | 8,159,498 |
| Current | Redacted | - | 163,299 | 250,000 | 1,485,639 | - | - | - | 485,000 | 289,073 | 2,673,010 |
| Former | Landon,Timothy J | - | 214,140 | 300,000 | 1,605,285 | 1,826,000 | 1,582,035 | 1,666,667 | 87,788 | 200,074 | 7,481,989 |
| Former | Redacted | 1,296,095 | 280,000 | 300,000 | 1,181,039 | 1,981,450 | 1,504,624 | 1,250,000 | 321,406 | 250,424 | 8,365,037 |
| Former | Redacted | 96,739 | 171,288 | 50,000 | 1,300,699 | 2,415,600 | 904,407 | - | 91,500 | 177,206 | 5,207,439 |
| Former | Redacted | 537,363 | 55,800 | 100,000 | 1,038,149 | 1,636,800 | - | 416,667 | 64,385 | 210,122 | 4,059,285 |
| Current | Bigelow,Chandler | 37,384 | 218,587 | 75,000 | 733,711 | - | - | - | 371,877 | 217,808 | 1,654,367 |
| Former | Redacted | - | 100,000 | 400,000 | 880,645 | - | 364,800 | - | 306,731 | 18,480 | 2,070,656 |
| Former | Redacted | - | 200,000 | 75,000 | 601,573 | - | - | 333,333 | 211,269 | 70,491 | 1,491,666 |
| Former | Smith,Scott C | 40,878 | - | 75,000 | 569,016 | 1,394,496 | 653,149 | - | 67,043 | 128,814 | 2,928,397 |
| Former | Gremesko,Donald C | 500,053 | 293,781 | - | 2,665,784 | 4,619,940 | 2,539,732 | 2,083,333 | 348,546 | 742,807 | 13,793,976 |
| Former | Kenney,Crane H | 1,537,542 | 343,454 | 400,000 | 2,699,026 | 4,403,250 | 2,718,780 | 2,083,333 | 180,646 | 492,028 | 14,858,059 |
| Former | Redacted | 524,524 | 221,130 | 600,000 | 2,005,265 | - | - | - | 643,269 | 307,006 | 4,301,194 |
| Current | Redacted | - | 65,000 | - | 862,014 | 1,592,800 | - | - | 66,831 | 161,142 | 2,747,786 |
| Former | Redacted | - | 85,000 | 350,000 | 852,646 | - | 326,607 | - | 286,923 | 16,092 | 1,917,268 |
| Current | Redacted | 282,303 | 90,000 | 75,000 | 796,648 | 978,500 | - | - | 113,894 | 57,220 | 2,393,565 |
| Current | Amsden,Harry A | - | 57,000 | 150,000 | 717,324 | - | - | - | 264,615 | 9,901 | 1,198,840 |
| Former | Redacted | - | 129,000 | - | 587,691 | 1,200,000 | - | - | 122,308 | 119,435 | 2,158,434 |
| Former | Hianik,Mark W | 363,010 | 139,550 | - | 458,595 | - | - | - | 279,100 | 112,434 | 1,352,689 |
| Current | Redacted | - | 85,000 | 175,000 | 634,019 | - | - | - | 78,532 | 5,658 | 978,209 |
| Current | Redacted | - | 132,733 | - | 512,710 | - | - | - | 374,054 | 159,067 | 1,178,564 |
| Former | Redacted | - | 77,000 | - | 668,592 | - | - | - | 285,000 | 61,579 | 1,092,170 |
| Former | Redacted | - | 155,000 | 50,000 | 458,595 | 463,500 | - | - | 106,962 | 32,382 | 1,266,439 |
| Current | Redacted | 253,380 | 100,000 | 100,000 | 526,336 | - | - | - | 254,700 | 13,409 | 1,247,825 |
| Former | Redacted | - | 110,000 | 50,000 | 609,641 | 337,850 | - | - | 58,250 | 10,285 | 1,176,026 |
| Former | Redacted | 202,008 | 90,000 | - | 592,604 | - | - | - | 219,558 | 11,141 | 1,115,311 |
| Current | Redacted | - | 76,292 | 50,000 | 559,059 | - | - | - | 238,700 | 5,003 | 929,055 |
| Current | Redacted | - | 120,120 | - | 536,177 | - | - | - | 240,000 | 25,030 | 921,327 |
| Current | Redacted | 11,524 | 55,000 | - | 439,622 | - | - | - | 254,327 | 21,174 | 781,647 |
| Current | Redacted | - | 160,000 | 75,000 | 296,862 | - | - | - | 457,308 | 69,353 | 1,058,522 |
| Current | Redacted | 87,356 | 51,000 | - | 444,435 | - | - | - | 221,000 | 843 | 804,634 |
| Current | Redacted | - | 60,000 | - | 478,050 | - | - | - | 190,458 | 678 | 729,186 |
| Current | Redacted | 214,587 | 115,000 | 50,000 | 279,672 | - | - | - | 213,300 | 128 | 872,687 |
| Current | Redacted | 68,487 | 90,000 | - | 229,297 | - | - | - | 169,950 | 2,505 | 560,239 |
| **Subtotal** | | 13,355,659 | 6,116,799 | 4,600,000 | 43,010,108 | 45,321,366 | 25,167,423 | 17,666,667 | 8,721,204 | 6,744,314 | 170,703,541 |
| **All Others** | | 5,680,037 | 6,733,644 | 700,000 | 30,134,148 | 406,000 | - | - | 40,130,162 | 13,700,247 | 97,484,238 |
| **Total** | | 19,035,696 | 12,850,443 | 5,300,000 | 73,144,256 | 45,727,366 | 25,167,423 | 17,666,667 | 48,851,366 | 20,444,561 | 268,187,778 |

Notes to Table:
(1) As of the Petition Date.
(2) Through termination date.

| All Officers | # of Employees | Deferred Bonus | Annual MIP Bonus | Success Bonus | Restricted Stock/Options | Executive Transition | Excise Tax Gross-Up | Phantom Equity | Salary (2) | All Other Payments | Total Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Current | 209 | 5,392,262 | 6,878,435 | 2,050,000 | 30,586,507 | - | 691,407 | - | 37,876,193 | 8,981,626 | 92,456,430 |
| Former | 86 | 13,643,433 | 5,972,008 | 3,250,000 | 42,557,750 | 45,727,366 | 24,476,016 | 17,666,667 | 10,975,172 | 11,462,935 | 175,731,348 |