# SEC Form 4

## FORM 4 — UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

☒ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

**OMB APPROVAL**
OMB Number: 3235-0287
Expires: February 28, 2011
Estimated average burden hours per response: 0.5

**1. Name and Address of Reporting Person:** GOODAN ROGER
(Last) (First) (Middle)
10267 HALLORAN ROAD (Street)
BOW  WA  98232
(City) (State) (Zip)

**2. Issuer Name and Ticker or Trading Symbol:** TRIBUNE CO [ TRB ]

**3. Date of Earliest Transaction (Month/Day/Year):** 06/05/2007

**4. If Amendment, Date of Original Filed (Month/Day/Year):**

**5. Relationship of Reporting Person(s) to Issuer** (Check all applicable)
- Director
- 10% Owner
- Officer (give title below)
- ☒ Other (specify below): Former Director

**6. Individual or Joint/Group Filing:**
- ☒ Form filed by One Reporting Person
- Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date | 2A. Deemed Execution Date | 3. Transaction Code | | 4. Securities Acquired (A) or Disposed Of (D) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) | 6. Ownership Form: Direct (D) or Indirect (I) | 7. Nature of Indirect Beneficial Ownership |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 06/05/2007 | | S | V | 5,550 | D | $31.92 | 4,120.71 | D | |
| Common Stock | 06/06/2007 | | M | V | 13,500 | A | $21.85 | 17,620.71 | D | |
| Common Stock | 06/06/2007 | | S | V | 13,500 | D | $31.7 | 4,120.71 | D | |
| Common Stock | 06/06/2007 | | M | V | 12,500 | A | $23.69 | 16,620.71 | D | |
| Common Stock | 06/06/2007 | | S | V | 12,500 | D | $31.7 | 4,120.71 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security | 2. Conversion or Exercise Price | 3. Transaction Date | 3A. Deemed Execution Date | 4. Transaction Code | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security | | 8. Price of Derivative Security | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) | 10. Ownership Form: Direct (D) or Indirect (I) | 11. Nature of Indirect Beneficial Ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Common Stock, Option/Right to Buy | $21.85 | 06/06/2007 | | M | V | | 13,500 | 06/12/2000 | 02/04/2009 | Common Stock | 13,500 | $0 | 27,700 | D | |
| Common Stock, Option/Right to Buy | $23.69 | 06/06/2007 | | M | V | | 12,500 | 06/12/2000 | 02/03/2010 | Common Stock | 12,500 | $0 | 15,200 | D | |

**Explanation of Responses:**

**Remarks:**

/s/ Mark W. Hianik, attorney-in-fact    06/07/2007
\*\* Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
\* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).
\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.