SEC Form 4

# FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

☒ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

**OMB APPROVAL**
OMB Number: 3235-0287
Expires: February 28, 2011
Estimated average burden hours per response: 0.5

| 1. Name and Address of Reporting Person | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Reardon John E | TRIBUNE CO [ TRB ] | Director ☐   10% Owner ☐   Officer (give title below) ☒   Other (specify below) ☐   President/Tribune Broadcasting |
| (Last) (First) (Middle) 435 N. MICHIGAN AVE. | 3. Date of Earliest Transaction (Month/Day/Year) 12/20/2007 | |
| (Street) CHICAGO  IL  60611 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) ☒ Form filed by One Reporting Person   ☐ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/20/2007 | | D | | 32,717 | D | $34 | 0 | D | |
| Common Stock | 12/20/2007 | | D | | 29 | D | $34 | 0 | I | By Son Neil |
| Common Stock | 12/20/2007 | | D | | 29 | D | $34 | 0 | I | By Daughter |
| Common Stock | 12/20/2007 | | D | | 17 | D | $34 | 0 | I | By Son Brian |
| Common Stock | 12/20/2007 | | D | | 8,283.52 | D | $34 | 0 | I | 401(k) Savings Plan |
| Common Stock | 12/20/2007 | | D | | 39,218 | D | $34 | 0 | I | By Trust |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Option/Right to buy | $0 (1) | 12/20/2007 | | D | | | 60,000 | (2) | (3) | Common Stock | 60,000 | $0 (2) | 0 | D | |
| Phantom Share Units (4) | $0 (5) | 12/20/2007 | | D | | | 5,242.72 | (5) | (5) | Common Stock | 5,242.72 | $0 (5) | 0 | D | |

**Explanation of Responses:**
1. Exercise price is $31.61.
2. Pursuant to the Merger Agreement dated as of April 1, 2007, this option, which provided for vesting in three annual installments beginning February 14, 2007, became fully vested and converted into the right to receive at the effective time a cash payment of $2.84 per share representing the difference between the exercise price of the option ($31.16 per share) and the merger consideration ($34 per share).
3. The option expires on 02/14/2014.
4. Phantom share units representing deferred cash bonus and reinvestment of dividends. Amounts are paid in shares following termination of plan participation.
5. Pursuant to the Merger Agreement dated as of April 1, 2007, these phantom units converted into the right to receive at the effective time a cash payment equal to the merger consideration of $34 per share.

/s/ Mark W. Hianik, attorney-in-fact    12/21/2007

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).