# TRIBUNE COMPANY
# BOARD OF DIRECTORS MEETING
# NOVEMBER 21, 2007

The Tribune Company Board of Directors met at 9:00 a.m. on Wednesday, November 21, 2007, by conference telephone, pursuant to notice. The following directors participated in the meeting: Dennis J. FitzSimons, Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, William A. Osborn and Dudley S. Taft.

Chandler Bigelow, Donald C. Grenesko, Crane H. Kenney and Shaun Sheehan participated in the meeting. Chip Mulaney of Skadden, Arps, Slate, Meagher & Flom LLP, Tom Whayne and Paul Taubman of Morgan Stanley also participated in the meeting.

Mr. FitzSimons acted as chairman of the meeting and Mr. Kenney acted as secretary.

Mr. FitzSimons called the meeting to order at 9:00 a.m.

## FCC UPDATE

Mr. Sheehan provided an update on the FCC process and answered questions from the Board.

## FINANCING UPDATE

Mr. Grenesko presented an overview of the lead banks' proposal to modify the second step financing by reducing the amount to be borrowed in the second step, eliminating the "structural flex" available to the banks and adjusting the terms of the high yield notes. Mr. Whayne then provided a detailed analysis of the banks' proposal, including a comparative pro forma leverage profile and covenant analysis using the Company's five-year projections reviewed at the October Board meeting. Mr. Grenesko then reported on the status of the offering memorandum for the proposed senior notes offering. Following discussion, a motion was then made, seconded and approved to adopt the following resolutions:

> WHEREAS, this Board of Directors held meetings on April 1 and May 21, 2007 and approved the entering into of certain credit facilities and transactions related thereto, and the resolutions adopted by the Board at such meetings (the "Existing Resolutions") remain in full force and effect; and

> WHEREAS, certain modifications to the Second Step Credit Facility (as defined in the Existing Resolutions) have been requested by the lenders, which modifications are reflected in the form of a Letter Agreement attached hereto as Exhibit A (the "Letter Agreement").

NOW, THEREFORE, BE IT RESOLVED, that having reviewed the terms of the Letter Agreement, and based on the presentations of the Company's outside legal and financial advisors and on such other factors as the Board deemed pertinent, the Letter Agreement and the transactions contemplated thereby be, and they hereby are, approved and adopted in all respects;

FURTHER RESOLVED, that each of the Chairman, President and Chief Executive Officer, any Senior Vice President or any Vice President of the Company (such officer or officers, which are authorized to act singly or together pursuant hereto, being hereinafter designated as "Authorized Officers") be, and each of them hereby is, authorized and directed for and on behalf of the Company to take any and all actions deemed by them necessary and appropriate to carry out the purpose and intent of the foregoing resolution, including without limitation to execute for, in the name of and on behalf of the Company, and deliver to the lenders, the Letter Agreement;

FURTHER RESOLVED, that the Authorized Officers be and hereby are authorized, directed and empowered, in the name of and on behalf of the Company, to take any and all such actions and to do any and all such things, including without limitation the execution and delivery of all such further agreements, documents, certificates, instruments and undertakings, and to incur such fees and expenses, as in the judgment of any of the Authorized Officers may be deemed necessary, desirable, advisable, expedient, convenient or proper to carry out or fulfill the purposes and intent of the foregoing resolutions, and all acts and prior acts of the Authorized Officers in any way relating to or arising from, or that are in conformity with the purposes and intent of, these resolutions and the instruments and agreements referred to herein are hereby approved, ratified and confirmed in all respects; and

FURTHER RESOLVED, that all actions heretofore taken by any of the directors, officers, employees, representatives or agents of the Company or any of its affiliates in connection with the foregoing resolutions be, and each of the same hereby is, ratified, confirmed and approved in all respects as the act and deed of the Company.

## SOLVENCY UPDATE

Mr. Bigelow reported on the status of Valuation Research Corporation's (VRC) due diligence review in preparation for VRC's delivery of the second step solvency opinion. Mr. Bigelow noted that VRC was working through a list of supplemental due diligence questions submitted by the lenders. Mr. Bigelow noted that representatives of VRC were planning to make the solvency presentation to the Board at the December meeting.

## TRANSACTION TIMING

Mr. Kenney provided the Board with an update on closing matters and answered questions from the Board.

## ADJOURNMENT

There being no further business to come before the Board, the meeting was adjourned at 9:45 a.m.

_____
Secretary