# CERTIFICATE OF THE ASSISTANT SECRETARY
# OF
# TRIBUNE COMPANY

## Dated December 20, 2007

Reference is hereby made to (i) that certain Credit Agreement, dated as of May 17, 2007, among Tribune Company, as Borrower, the Lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclay's Bank PLC as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners (as amended by that certain Amendment No. 1 thereto, dated as of June 4, 2007, and as further modified by that certain Increase Joinder (the "Increase Joinder"), dated as of December 20, 2007, the "Senior Secured Credit Agreement") and (ii) that certain Senior Unsecured Interim Loan Agreement (the "Credit Agreement" and together with the Senior Secured Credit Agreement, the "Credit Agreements"), dated as of December 20, 2007, among Tribune Company, as Borrower, the Lenders party thereto, Merrill Lynch Capital Corporation, as Administrative Agent, JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners. All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Credit Agreements or incorporated therein.

The undersigned, Mark W. Hianik, certifies that he is the duly elected, qualified and acting Assistant Secretary of Tribune Company (the "Company"), a corporation duly organized and existing under the laws of the State of Delaware, and that as Assistant Secretary, he is the keeper of the corporate records and seal of said Company.

The undersigned further certifies in his capacity as Assistant Secretary of the Company:

1. Attached hereto as *Exhibit A* is a true, correct and complete copy of the Certificate of Incorporation of the Company, as in full force and effect on the date hereof. No document with respect to an amendment to the Certificate of Incorporation of the Company has been filed in the office of the Secretary of State of the State of Delaware since the date shown on the face of the state certification attached hereto and no action has been taken by the Company in contemplation of any such amendment or dissolution, consolidation or other merger of the Company other than in connection with the Transactions.

2. Attached hereto as *Exhibit B* is a true, correct and complete copy of the Bylaws of the Company as in full force and effect on the date hereof. No action has been taken by the Company in contemplation of any amendment with respect to such Bylaws other than in connection with the Transactions.

3. Attached hereto as *Exhibit C* is a true, correct and complete copy of resolutions duly adopted by the Board of Directors of the Company by written consent approving and authorizing the delivery and performance of the Credit Agreement, the Increase Joinder, the subordinated Guarantee under the Credit Agreement, the other Loan Documents and the transactions contemplated thereby to which the Company is a party. Such resolutions have not been amended, rescinded or modified since their adoption and remain in full force and effect as of the date hereof. These resolutions are the only resolutions adopted by the Board of Directors of the Company relating to the Credit Agreement, the Increase Joinder, the subordinated Guarantee under the Credit Agreement, the other Loan Documents and the transactions contemplated thereby to which the Company is a party.

4. Attached hereto as *Exhibit D* is a certificate of good standing of the Company, dated as of December 18, 2007, issued by the Secretary of State of Delaware to the effect that the Company is duly incorporated under the laws of the State of Delaware, is in good standing and has a legal corporate existence.

5. Each of the following persons: (i) is the duly elected, qualified and acting officer of the Company occupying the offices set forth opposite his or her name, and the signature set forth opposite his or her name is his or her true signature (ii) is duly authorized to execute, deliver and act, in the name and on behalf of the Company, with respect to the Credit Agreement, the Increase Joinder, the subordinated Guarantee under the Credit Agreement, and the other Loan Documents and (iii) is authorized to give notices and to take other action on the Company's behalf under the Credit Agreement, the Increase Joinder, the subordinated Guarantee under the Credit Agreement, and the other Loan Documents:

| Name | Office | Signature |
|---|---|---|
| Donald C. Grenesko | Senior Vice President | [signature] |
| Mark W. Hianik | Assistant Secretary | [signature] |
| Chandler Bigelow | Vice President and Treasurer | [signature] |

Sidley Austin LLP is entitled to rely on this certificate in connection with the legal opinions such law firm is rendering pursuant to Section 3.01(b)(ii) of the Credit Agreement and in connection with the Increase Joinder.

*******

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the date first set forth above.

_____
Mark W. Hianik
Assistant Secretary