TRIBUNE COMPANY

SPECIAL COMMITTEE OF THE

BOARD OF DIRECTORS MEETING

DECEMBER 18, 2007

      A meeting of the Special Committee (the "Committee") of the Board of Directors of Tribune Company (the "Company") convened at 2:45 P.M. on December 18, 2007, at the offices of the Company. Present were William A. Osborn, Chairman, Enrique Hernandez, Jr., Robert S. Morrison and Dudley S. Taft. Also in attendance were Charles W. Mulaney, Jr. of Skadden, Arps, Slate, Meagher & Flom LLP, and Paul Taubman and Thomas Whayne of Morgan Stanley.

      Mr. Osborn requested that the representatives of Morgan Stanley comment on the solvency opinion and the analysis behind it that was just presented to the Board of Directors by VRC.

      Mr. Whayne indicated that the analysis by VRC seemed thorough and appropriate. He noted that VRC used earnings and termination value multiples for the publishing and broadcasting industries consistent (but not identical) with those used by Morgan Stanley as well as Merrill Lynch and Citibank in previous advice to the Board of Directors. Similarly, VRC's selection of precedent transactions and its discounted cash flow analysis used metrics very similar to that previously used by each of the investment banks. He commented on VRC's analysis of the net present value of S Corp. – ESOP tax savings using a 16% discount rate (as VRC did today) as compared with a 10% discount rate (as VRC did in its preliminary presentation to the Board on December 4, 2007). He suggested the higher discount rate, representing the cost of equity, and the lower discount rate, representing the cost of capital, set forth the book ends of an appropriate net present valuation. Using either of these analyses, VRC found solvency after giving effect to the merger. He also commented on VRC's valuation of the PHONES debt and other assets and liabilities of the Company. He concluded that VRC's solvency analysis was conservative and that VRC's opinion was something upon which a director could reasonably rely.

      Mr. Taubman reiterated the conservative nature of VRC's analysis. He stated that the Company has additional value not represented in the VRC presentation because the Company has a number of different assets and businesses that readily could be sold for fair value and that this additional financial flexible is of incremental value to a company.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0533007

The Morgan Stanley representatives responded to various other questions from the Directors.

Thereupon, upon motion duly made and seconded, the following resolution was unanimously adopted:

> RESOLVED, that the Special Committee hereby recommends to the Board of Directors (1) that it rely in good faith upon the solvency opinion of VRC, (2) that it determines that said opinion is in form and substance satisfactory to the Company for purposes of the Agreement and Plan of Merger dated as of April 1, 2007 and (3) that the Board direct management to take all necessary and appropriate actions to consummate promptly the merger provided for in such Agreement.

There being no further business, the Special Committee meeting was adjourned.

665022.01-Chicago Server 2A - MSW

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0533008