# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## 5800 SUNSET PRODUCTIONS INC.

The undersigned, being the sole member of the Board of Directors of **5800 SUNSET PRODUCTIONS INC.**, a Delaware corporation (the "*Company*"), hereby consents to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20**, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish

**Professionals' Eyes Only**

the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned has caused this written consent to be executed as of the _20th_ day of December, 2007.

Crane H. Kenney

Being the sole Director of 5800 Sunset Productions Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF 5800 SUNSET PRODUCTIONS INC.

**Professionals' Eyes Only**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## THE BALTIMORE SUN COMPANY

The undersigned, being all of the members of the Board of Directors of **THE BALTIMORE SUN COMPANY**, a Maryland corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 2-408(c) of the General Corporation Law of the State of Maryland, as amended:

### SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any

    TRB0603489

actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions

* * * * *

2

**Professionals' Eyes Only**

**TRB0603490**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20ᵗʰ_ day of December, 2007.

_Robert Gremillion_             _Crane H. Kenney_

Robert Gremillion                Crane H. Kenney

_Scott C. Smith_

Scott C. Smith

Being all of the Directors of The Baltimore Sun Company

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF THE BALTIMORE SUN COMPANY

**Professionals' Eyes Only**

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
### OF
### CALIFORNIA COMMUNITY NEWS CORPORATION

The undersigned, being the sole member of the Board of Directors of **CALIFORNIA COMMUNITY NEWS CORPORATION**, a Delaware corporation (the "*Company*"), hereby consents to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20 , 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS,** the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED,** that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any

**TRB0603495**

actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED,** that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED,** that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**TRB0603496**

**IN WITNESS WHEREOF,** the undersigned has caused this written consent to be executed as of the 20ᵗʰ day of December, 2007.

_[signature]_

Crane H. Kenney

Being the sole Director of California Community News Corporation

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF CALIFORNIA COMMUNITY NEWS CORPORATION

**Professionals' Eyes Only**

TRB0603497

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# CHANNEL 39, INC.

The undersigned, being all of the members of the Board of Directors of **CHANNEL 39, INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20**, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

                                    TRB0603501

with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20ᵗʰ_ day of December, 2007.

_____          _____
Crane H. Kenney                                          John E. Reardon

_____
John J. Vitanovec


Being all of the Directors of Channel 39, Inc.


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF CHANNEL 39, INC.

**Professionals' Eyes Only**
TRB0603503

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## CHANNEL 40, INC.

The undersigned, being all of the members of the Board of Directors of **CHANNEL 40, INC.,** a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### SUBORDINATED GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 2o , 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS,** the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED,** that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform

all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**IN WITNESS WHEREOF**, the undersigned have caused this unanimous written consent to be executed as of the __20__ day of December, 2007.

_____          _____
Crane H. Kenney                                    John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of Channel 40, Inc.

**Professionals' Eyes Only**

TRB0603509

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## CHICAGO TRIBUNE COMPANY

The undersigned, being all of the members of the Board of Directors of **CHICAGO TRIBUNE COMPANY**, an Illinois corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 8.45 of the Business Corporation Act of 1983 of the State of Illinois, as amended:

### SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

**Professionals' Eyes Only**

with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions

\* \* \* \* \*

2

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___20ᵗʰ___ day of December, 2007.

Dennis J. FitzSimons

Scott C. Smith

Crane H. Kenney

Being all of the Directors of Chicago Tribune Company

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF
CHICAGO TRIBUNE COMPANY

**Professionals' Eyes Only**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## HOMESTEAD PUBLISHING COMPANY

The undersigned, being all of the members of the Board of Directors of **HOMESTEAD PUBLISHING COMPANY**, a Maryland corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 2-408(c) of the General Corporation Law of the State of Maryland, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish

TRB0603520



the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;



**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

TRB0603521

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20 TH_ day of December, 2007.

_____          _____
Irving L. Quimby, Jr.                                  John D. Worthington, IV

_____          _____
Crane H. Kenney                                        Scott C. Smith


Being all of the Directors of Homestead Publishing Company


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF HOMESTEAD PUBLISHING COMPANY

**Professionals' Eyes Only**

## WRITTEN CONSENT OF
## THE SOLE MEMBER
## OF
## HOY PUBLICATIONS, LLC

The undersigned, being the sole member of **HOY PUBLICATIONS, LLC**, a Delaware limited liability company (the "*Company*"), hereby consents to the adoption of the following resolutions pursuant to Section 18-302(d) of the Limited Liability Company Act of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS,** the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED,** that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

### Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**

**TRB0603527**

**IN WITNESS WHEREOF,** the undersigned have caused this written consent to be executed as of the ___20ᵗʰ___ day of December, 2007.

TRIBUNE COMPANY, as Sole Member

By: _____
    Name:  Crane H. Kenney
    Title:  Senior Vice President

Being the sole member of Hoy Publications, LLC

SIGNATURE PAGE TO
WRITTEN CONSENT OF
THE SOLE MEMBER OF
HOY PUBLICATIONS, LLC

**Professionals' Eyes Only**

TRB0603528

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS OF
## INTERNET FORECLOSURE SERVICE, INC.

The undersigned, being all of the members of the Board of Directors of INTERNET FORECLOSURE SERVICE, INC., a New York corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 708(b) of the Business Corporation Law of the State of New York, as amended:

### GUARANTEE AND SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into (i) that certain Credit Agreement, dated as of May 17, 2007, among Tribune Company, as Borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Senior Secured Lenders*"), JPMorgan Chase Bank, N.A., as Administrative Agent (the "*Senior Secured Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners, as amended by that certain Amendment No. 1 thereto, dated as of June 4, 2007, and as further modified by that certain Increase Joinder, dated as of December **2o** , 2007 (the "*Senior Secured Credit Agreement*") and (ii) that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*" and together with the Senior Secured Credit Agreement, the "*Credit Agreements*"), dated as of December **2o** , 2007, among the Borrower, the lenders from time to time party thereto (the "*Unsecured Lenders*"), Merrill Lynch Capital Corporation, as Administrative Agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, certain subsidiaries of the Borrower entered into a Guarantee Agreement, dated as of June 4, 2007 (the "*Guarantee Agreement*"), as guarantors, with the Senior Secured Administrative Agent in order to satisfy a condition precedent under the Senior Secured Credit Agreement;

**WHEREAS**, in order to induce the Senior Secured Lenders to make additional advances and the issuing banks to issue additional letters of credit under the Senior Secured Credit Agreement and as consideration for advances previously made and letters of credit previously issued under the Senior Secured Credit Agreement, Section 20 of the Guarantee Agreement provides that additional subsidiaries of Borrower may become guarantors under the Guarantee Agreement by executing and delivering an instrument in the form of the supplement to the Guarantee Agreement (the "*Guarantee*");

1

CH1 4074804v.3

Professionals' Eyes Only                                                         TRB0603529

WHEREAS, the proposed terms of the Guarantee are substantially as set forth in the form of the supplement to the Guarantee Agreement included as an exhibit to the Senior Secured Credit Agreement;

WHEREAS, it is a condition precedent to the Unsecured Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

WHEREAS, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Senior Secured Administrative Agent, as agent for the Senior Secured Lenders, the Guarantee, substantially on the terms and conditions contained in the form of the supplement to the Guarantee Agreement included as an exhibit to the Senior Secured Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Senior Secured Administrative Agent in order to guarantee the obligations of the Borrower under the Senior Secured Credit Agreement, including extensions or amendments thereof (collectively and together with the Guarantee Agreement, the "*Senior Guarantee Documents*"), (ii) execute for, in the name and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Unsecured Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*" and, together with the Senior Guarantee Documents, the "*Guarantee Documents*"), (iii) that upon such execution and delivery, the Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iv) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and the Subordinated Guarantee, respectively, and to evidence the Guarantee and the Subordinated Guarantee, respectively, properly in accordance with the requirements of the Senior Secured Credit Agreement and the Credit Agreement, respectively, (v) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (vi) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

2

                                                    TRB0603530

Further Authorization

**FURTHER RESOLVED,** that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED,** that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

3

**Professionals' Eyes Only**    **TRB0603531**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20ᵗʰ_ day of December, 2007.

_____          _____
Thomas S. Finke                                             Timothy J. Landon


Being all of the members of the Board of Directors of INTERNET FORECLOSURE SERVICE, INC.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF INTERNET FORECLOSURE SERVICE, INC.

**Professionals' Eyes Only**

*KIAH*

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## KHCW INC.

The undersigned, being all of the members of the Board of Directors of **KHCW INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20**, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

## Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform

Professionals' Eyes Only

TRB0603537



all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the __26th__ day of December, 2007.

Crane H. Kenney

John E. Reardon

John J. Vitanovec

Being all of the Directors of KHCW Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF KHCW INC.

**Professionals' Eyes Only**

TRB0603539

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# KPLR, INC.

The undersigned, being all of the members of the Board of Directors of **KPLR, INC.**, a Missouri corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 351.340(2) The General and Business Corporation Law of Missouri, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20**, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform

TRB0603544

all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED,** that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED,** that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

TRB0603545

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20ᵗʰ_ day of December, 2007.

_____
Crane H. Kenney

_____
John J. Vitanovec

_____
John E. Reardon

Being all of the Directors of KPLR, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF KPLR, INC.

**Professionals' Eyes Only**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## KSWB INC.

The undersigned, being all of the members of the Board of Directors of **KSWB INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform

all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 20ᵗʰ day of December, 2007.

Crane H. Kenney

John E. Reardon

John J. Vitanovec

Being all of the Directors of KSWB Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF KSWB INC.

**Professionals' Eyes Only**

TRB0603552

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## KTLA INC.

The undersigned, being all of the members of the Board of Directors of **KTLA INC.**, a California corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 307(b) of the Corporations Code of the State of California, as amended:

## SUBORDINATED GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20**, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

WHEREAS, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform

all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

**TRB0603557**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20th_ day of December, 2007.

_____        _____
Crane H. Kenney                                              John E. Reardon

Being all of the Directors of KTLA Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF KTLA INC.

**Professionals' Eyes Only**                                                          TRB0603558

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
### OF
### KWGN INC.

The undersigned, being all of the members of the Board of Directors of **KWGN INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish

Professionals' Eyes Only

the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED,** that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED,** that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

                                        TRB0603563

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20th_ day of December, 2007.

_____
Crane H. Kenney

_____
John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of KWGN Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF KWGN INC.

**Professionals' Eyes Only**

TRB0603564

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
### OF
## LOS ANGELES TIMES COMMUNICATIONS LLC

The undersigned, being all of the members of the Board of Directors of **LOS ANGELES TIMES COMMUNICATIONS LLC**, a Delaware limited liability company (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 18-404(d) of the Limited Liability Company Act of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20 , 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any

TRB0603569

actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

**TRB0603570**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 2oᵗʰ day of December, 2007.

_____
David D. Hiller

_____
Dennis J. FitzSimons

_____
Scott C. Smith

Being all of the Directors of Los Angeles Times Communications LLC

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF
LOS ANGELES TIMES COMMUNICATIONS LLC

**Professionals' Eyes Only**

**TRB0603571**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## THE MORNING CALL, INC.

The undersigned, being all of the members of the Board of Directors of **THE MORNING CALL, INC.**, a Pennsylvania corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 1727(b) of the Business Corporation Law of 1988 of the State of Pennsylvania, as amended:

### SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform

TRB0603576

all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED,** that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED,** that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 20ᵗʰ day of December, 2007.

_____          _____
Scott C. Smith                                           Kathleen M. Waltz


Being all of the Directors of The Morning Call, Inc.


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF THE MORNING CALL, INC.

**Professionals' Eyes Only**

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## NEW MASS MEDIA, INC.

The undersigned, being all of the members of the Board of Directors of **NEW MASS MEDIA, INC.**, a Massachusetts corporation (the "*Company*"), hereby consent to the adoption of, the following resolutions pursuant to Chapter 156D, Section 8.21 of the Massachusetts Business Corporation Act, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20**, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any

Professionals' Eyes Only

actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 20ᵗʰ day of December, 2007.

_____        _____
Stephen D. Carver                                        Robert Gremillion

_____
Crane H. Kenney


Being all of the Directors of New Mass Media, Inc.


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF NEW MASS MEDIA, INC.

**Professionals' Eyes Only**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## ORLANDO SENTINEL COMMUNICATIONS COMPANY

The undersigned, being all of the members of the Board of Directors of **ORLANDO SENTINEL COMMUNICATIONS COMPANY**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20 , 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

 TRB0603589

with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

TRB0603590

IN WITNESS WHEREOF, the undersigned have caused this unanimous written consent to be executed as of the _20ᵗʰ_ day of December, 2007.

_____                _____
Dennis J. FitzSimons                                             Scott C. Smith

_____
Kathleen M. Waltz


Being all of the Directors of Orlando Sentinel Communications Company


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF
ORLANDO SENTINEL COMMUNICATIONS COMPANY

Professionals' Eyes Only                                              TRB0603591

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## PATUXENT PUBLISHING COMPANY

The undersigned, being all of the members of the Board of Directors of **PATUXENT PUBLISHING COMPANY**, a Maryland corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 2-408(c) of the General Corporation Law of the State of Maryland, as amended:

### SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20 , 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish

TRB0603595

the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20th_ day of December, 2007.

_____
Irving L. Quimby, Jr.

_____
John D. Worthington, IV

_____
Scott C. Smith

Being all of the Directors of Patuxent Publishing Company

Professionals' Eyes Only

TRB0603597

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## SOUTHERN CONNECTICUT NEWSPAPERS, INC.

The undersigned, being all of the members of the Board of Directors of **SOUTHERN CONNECTICUT NEWSPAPERS, INC.**, a Connecticut corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 33-749 of the Connecticut Business Corporation Act, as amended:

### SUBORDINATED GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20 , 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS,** the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

#### Authorization of Subordinated Guarantee

**RESOLVED,** that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

TRB0603602

with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

## Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

**TRB0603603**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___20ᵗʰ___ day of December, 2007.

_____
Crane H. Kenney

_____
Mark W. Hianik

_____
Timothy P. Knight

Being all of the Directors of Southern Connecticut Newspapers, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF SOUTHERN CONNECTICUT NEWSPAPERS, INC.

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## SUN-SENTINEL COMPANY

The undersigned, being all of the members of the Board of Directors of **SUN-SENTINEL COMPANY**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 2o, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

TRB0603610

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20th_ day of December, 2007.

Dennis J. FitzSimons

Scott C. Smith

Robert Gremillion

Being all of the Directors of Sun-Sentinel Company

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF
SUN-SENTINEL COMPANY

**Professionals' Eyes Only**

TRB0603611

## UNANIMOUS WRITTEN CONSENT OF
## THE MEMBERS OF
## STAR COMMUNITY PUBLISHING GROUP, LLC

The undersigned, being all of the members of STAR COMMUNITY PUBLISHING GROUP, LLC, a Delaware limited liability company (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 18-302(d) of the Limited Liability Company Act of the State of Delaware, as amended:

### GUARANTEE AND SUBORDINATED GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into (i) that certain Credit Agreement, dated as of May 17, 2007, among Tribune Company, as Borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Senior Secured Lenders*"), JPMorgan Chase Bank, N.A., as Administrative Agent (the "*Senior Secured Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners, as amended by that certain Amendment No. 1 thereto, dated as of June 4, 2007, and as further modified by that certain Increase Joinder, dated as of December **20**, 2007 (the "*Senior Secured Credit Agreement*") and (ii) that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*" and together with the Senior Secured Credit Agreement, the "*Credit Agreements*"), dated as of December **20**, 2007, among the Borrower, the lenders from time to time party thereto (the "*Unsecured Lenders*"), Merrill Lynch Capital Corporation, as Administrative Agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, certain subsidiaries of the Borrower entered into a Guarantee Agreement, dated as of June 4, 2007 (the "*Guarantee Agreement*"), as guarantors, with the Senior Secured Administrative Agent in order to satisfy a condition precedent under the Senior Secured Credit Agreement;

WHEREAS, in order to induce the Senior Secured Lenders to make additional advances and the issuing banks to issue additional letters of credit under the Senior Secured Credit Agreement and as consideration for advances previously made and letters of credit previously issued under the Senior Secured Credit Agreement, Section 20 of the Guarantee Agreement provides that additional subsidiaries of Borrower may become guarantors under the Guarantee Agreement by executing and delivering an instrument in the form of the supplement to the Guarantee Agreement (the "*Guarantee*");

1

CHI 4074782v 3

Professionals' Eyes Only                                     TRB0603612

WHEREAS, the proposed terms of the Guarantee are substantially as set forth in the form of the supplement to the Guarantee Agreement included as an exhibit to the Senior Secured Credit Agreement;

WHEREAS, it is a condition precedent to the Unsecured Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

WHEREAS, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

## Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Senior Secured Administrative Agent, as agent for the Senior Secured Lenders, the Guarantee, substantially on the terms and conditions contained in the form of the supplement to the Guarantee Agreement included as an exhibit to the Senior Secured Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Senior Secured Administrative Agent in order to guarantee the obligations of the Borrower under the Senior Secured Credit Agreement, including extensions or amendments thereof (collectively and together with the Guarantee Agreement, the "*Senior Guarantee Documents*"), (ii) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Unsecured Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*" and, together with the Senior Guarantee Documents, the "*Guarantee Documents*"), (iii) that upon such execution and delivery, the Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iv) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and the Subordinated Guarantee, respectively, and to evidence the Guarantee and the Subordinated Guarantee, respectively, properly in accordance with the requirements of the Senior Secured Credit Agreement and the Credit Agreement, respectively, (v) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (vi) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

2

Professionals' Eyes Only                                                  TRB0603613

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

3

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the __18__ day of December, 2007.

DISTRIBUTION SYSTEMS OF AMERICA, INC.,
as Managing Member

By: _Timothy P Knight_
Name: Timothy P. Knight
Title:   President

NEWPORT MEDIA, INC.,
as successor to Newport Acquisition II and Marketeer,
as Member

By: _Timothy P Knight_
Name: Timothy P. Knight
Title:   President

Being all of the members of STAR COMMUNITY PUBLISHING GROUP, LLC

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE MEMBERS
OF STAR COMMUNITY PUBLISHING GROUP, LLC

**Professionals' Eyes Only**

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS OF
# STEMWEB, INC.

The undersigned, being all of the members of the Board of Directors of STEMWEB, INC., a New York corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 708(b) of the Business Corporation Law of the State of New York, as amended:

## GUARANTEE AND SUBORDINATED GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into (i) that certain Credit Agreement, dated as of May 17, 2007, among Tribune Company, as Borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Senior Secured Lenders*"), JPMorgan Chase Bank, N.A., as Administrative Agent (the "*Senior Secured Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners, as amended by that certain Amendment No. 1 thereto, dated as of June 4, 2007, and as further modified by that certain Increase Joinder, dated as of December **20**, 2007 (the "*Senior Secured Credit Agreement*") and (ii) that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*" and together with the Senior Secured Credit Agreement, the "*Credit Agreements*"), dated as of December **20**, 2007, among the Borrower, the lenders from time to time party thereto (the "*Unsecured Lenders*"), Merrill Lynch Capital Corporation, as Administrative Agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, certain subsidiaries of the Borrower entered into a Guarantee Agreement, dated as of June 4, 2007 (the "*Guarantee Agreement*"), as guarantors, with the Senior Secured Administrative Agent in order to satisfy a condition precedent under the Senior Secured Credit Agreement;

WHEREAS, in order to induce the Senior Secured Lenders to make additional advances and the issuing banks to issue additional letters of credit under the Senior Secured Credit Agreement and as consideration for advances previously made and letters of credit previously issued under the Senior Secured Credit Agreement, Section 20 of the Guarantee Agreement provides that additional subsidiaries of Borrower may become guarantors under the Guarantee Agreement by executing and delivering an instrument in the form of the supplement to the Guarantee Agreement (the "*Guarantee*");

1

CHI 4074787v 2

TRB0603616

WHEREAS, the proposed terms of the Guarantee are substantially as set forth in the form of the supplement to the Guarantee Agreement included as an exhibit to the Senior Secured Credit Agreement;

WHEREAS, it is a condition precedent to the Unsecured Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

WHEREAS, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Senior Secured Administrative Agent, as agent for the Senior Secured Lenders, the Guarantee, substantially on the terms and conditions contained in the form of the supplement to the Guarantee Agreement included as an exhibit to the Senior Secured Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Senior Secured Administrative Agent in order to guarantee the obligations of the Borrower under the Senior Secured Credit Agreement, including extensions or amendments thereof (collectively and together with the Guarantee Agreement, the "*Senior Guarantee Documents*"), (ii) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Unsecured Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*" and, together with the Senior Guarantee Documents, the "*Guarantee Documents*"), (iii) that upon such execution and delivery, the Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iv) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and the Subordinated Guarantee, respectively, and to evidence the Guarantee and the Subordinated Guarantee, respectively, properly in accordance with the requirements of the Senior Secured Credit Agreement and the Credit Agreement, respectively, (v) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (vi) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

2

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

3

Professionals' Eyes Only

TRB0603618

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 2⊕ᵗʰ day of December, 2007.

_____          _____
Thomas S. Finke                                        Timothy J. Landon


Being all of the members of the Board of Directors of STEMWEB, INC.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF STEMWEB, INC.

**Professionals' Eyes Only**

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# TMLH2, INC.

The undersigned, being all of the members of the Board of Directors of **TMLH2, INC.**, a California corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 307(b) of the Corporations Code of the State of California, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

### Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**

TRB0603624

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 20th day of December, 2007.

_____          _____
Stephen D. Carver                                        Robert Gremillion

_____
Crane H. Kenney


Being all of the Directors of TMLH2, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF TMLH2, INC.

**Professionals' Eyes Only**

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# TMS ENTERTAINMENT GUIDES, INC.

The undersigned, being all of the members of the Board of Directors of **TMS ENTERTAINMENT GUIDES, INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20** , 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 20h day of December, 2007.

Scott C. Smith

Crane H. Kenney

David D. Williams

Being all of the Directors of TMS Entertainment Guides, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF TMS ENTERTAINMENT GUIDES, INC.

**Professionals' Eyes Only**

TRB0603634

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TRIBUNE (FN) CABLE VENTURES, INC.

The undersigned, being all of the members of the Board of Directors of **TRIBUNE (FN) CABLE VENTURES, INC.**, a Delaware corporation (the "_Company_"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "_Credit Agreement_"), dated as of December 20, 2007, among Tribune Company, as borrower (the "_Borrower_"), the lenders from time to time party thereto (the "_Lenders_"), Merrill Lynch Capital Corporation, as administrative agent (the "_Administrative Agent_"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "_Subordinated Guarantee_") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "_Authorized Officers_") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "_Subordinated Guarantee Documents_"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

TRB0603638

with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

Further Authorization

FURTHER RESOLVED, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

FURTHER RESOLVED, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

FURTHER RESOLVED, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

Professionals' Eyes Only     TRB0603639

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the __20__ day of December, 2007.

_____          _____
Crane H. Kenney                                          John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of Tribune (FN) Cable Ventures, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF TRIBUNE (FN) CABLE VENTURES, INC.

Professionals' Eyes Only
TRB0603640

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# TRIBUNE INTERACTIVE, INC.

The undersigned, being all of the members of the Board of Directors of **TRIBUNE INTERACTIVE, INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20 , 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform

TRB0603644

all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

**TRB0603645**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20ᵗʰ_ day of December, 2007.

_____          _____
Timothy J. Landon                                    Crane H. Kenney


Being all of the Directors of Tribune Interactive, Inc.


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF TRIBUNE INTERACTIVE, INC.

**Professionals' Eyes Only**
TRB0603646

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TRIBUNE LOS ANGELES, INC.

The undersigned, being the sole member of the Board of Directors of **TRIBUNE LOS ANGELES, INC.**, a Delaware corporation (the "*Company*"), hereby consents to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS,** the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED,** that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any

TRB0603650



actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

Professionals' Eyes Only

TRB0603651

**IN WITNESS WHEREOF,** the undersigned has caused this written consent to be executed as of the 20ᴴ day of December, 2007.

_____
Crane H. Kenney

Being the sole Director of Tribune Los Angeles, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF
TRIBUNE LOS ANGELES, INC.

**Professionals' Eyes Only**

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
### OF
### TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, INC.

The undersigned, being the sole member of the Board of Directors of **TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, INC.**, a Delaware corporation (the "*Company*"), hereby consents to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 2o , 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish

TRB0603656

the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

**TRB0603657**

**IN WITNESS WHEREOF,** the undersigned have caused this written consent of the sole member of the Board of Directors to be executed as of the _20th_ day of December, 2007.

Crane H. Kenney

Being the sole member of the Board of Directors of Tribune Manhattan Newspaper Holdings, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, INC.

**Professionals' Eyes Only**

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TRIBUNE MEDIA NET, INC.

The undersigned, being all of the members of the Board of Directors of **TRIBUNE MEDIA NET, INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20**, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

## Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform



all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED,** that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED,** that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the __20ᵗʰ__ day of December, 2007.

_____        _____
Dennis J. FitzSimons                                      Crane H. Kenney

_____
Scott C. Smith


Being all of the Directors of Tribune Media Net, Inc.


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF TRIBUNE MEDIA NET, INC.

**Professionals' Eyes Only**

**TRB0603665**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS OF
## TRIBUNE MEDIA SERVICES, INC.

The undersigned, being all of the members of the Board of Directors of **TRIBUNE MEDIA SERVICES, INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20 , 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from

TRB0603671



time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 20th day of December, 2007.

_____  
Scott C. Smith

_____  
Crane H. Kenney

_____  
David D. Williams

Being all of the Directors of Tribune Media Services, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF TRIBUNE MEDIA SERVICES, INC.

**Professionals' Eyes Only**

TRB0603673

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
### OF
### TRIBUNE NATIONAL MARKETING COMPANY

The undersigned, being all of the members of the Board of Directors of **TRIBUNE NATIONAL MARKETING COMPANY**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS,** the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED,** that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish

TRB0603678

the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

TRB0603679

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___20th___ day of December, 2007.

Crane H. Kenney

Timothy J. Landon

Scott C. Smith

Being all of the Directors of Tribune National Marketing Company

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF TRIBUNE NATIONAL MARKETING COMPANY

Professionals' Eyes Only

TRB0603680

*Tribune ND, Inc*

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## NEWSDAY, INC.

The undersigned, being all of the members of the Board of Directors of **NEWSDAY, INC.**, a New York corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 708(b) of the Business Corporation Law of the State of New York, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20**, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED,** that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED,** that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**                                                                              **TRB0603686**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___20th___ day of December, 2007.

_____          _____
Crane H. Kenney                                          Timothy P. Knight

_____
Scott C. Smith


Being all of the Directors of Newsday, Inc.


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF
NEWSDAY, INC.

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# TOWER DISTRIBUTION COMPANY

The undersigned, being all of the members of the Board of Directors of **TOWER DISTRIBUTION COMPANY**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS,** the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

## Authorization of Subordinated Guarantee

**RESOLVED,** that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform

1

Professionals' Eyes Only



all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**                                                                                       TRB0603693

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20th_ day of December, 2007.

_____
Crane H. Kenney

_____
John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of Tower Distribution Company

Professionals' Eyes Only

TRB0603694

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# TRIBUNE BROADCASTING COMPANY

The undersigned, being all of the members of the Board of Directors of **TRIBUNE BROADCASTING COMPANY**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

## Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

TRB0603899

with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

*  *  *  *  *

2

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20th_ day of December, 2007.

_____  _____
Dennis J. FitzSimons       John E. Reardon

Being all of the Directors of Tribune Broadcasting Company

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF TRIBUNE BROADCASTING COMPANY

**Professionals' Eyes Only**

**WRITTEN CONSENT OF**
**THE SOLE MEMBER**
**OF**
**TRIBUNE BROADCASTING HOLDCO, LLC**

The undersigned, being the sole member of **TRIBUNE BROADCASTING HOLDCO, LLC**, a Delaware limited liability company (the "*Company*"), hereby consents to the adoption of the following resolutions pursuant to Section 18-302(d) of the Limited Liability Company Act of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish

TRB0603705

the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

### Further Authorization

**FURTHER RESOLVED,** that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED,** that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**                                                                         TRB0603706

**IN WITNESS WHEREOF,** the undersigned has caused this written consent to be executed as of the 20th day of December, 2007.

TRIBUNE COMPANY, as Sole Member

By: _____
Name:  Crane H. Kenney
Title:  Senior Vice President

Being the sole member of Tribune Broadcasting Holdco LLC

SIGNATURE PAGE TO
THE SOLE MEMBER
OF
TRIBUNE BROADCASTING HOLDCO, LLC

**Professionals' Eyes Only**

**TRB0603707**

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# TRIBUNE BROADCAST HOLDINGS, INC.

The undersigned, being all of the members of the Board of Directors of **TRIBUNE BROADCAST HOLDINGS, INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

TRB0603712



with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the __20ᵗʰ__ day of December, 2007.

_____          _____
Crane H. Kenney                                                         John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of Tribune Broadcast Holdings, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF TRIBUNE BROADCAST HOLDINGS, INC.

**Professionals' Eyes Only**

**TRB0603714**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TRIBUNE CALIFORNIA PROPERTIES, INC.

The undersigned, being all of the members of the Board of Directors of **TRIBUNE CALIFORNIA PROPERTIES, INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 2o, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20th_ day of December, 2007.

_____
Crane H. Kenney

_____
John E. Reardon

Being all of the Directors of Tribune California Properties, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF TRIBUNE CALIFORNIA PROPERTIES, INC.

**Professionals' Eyes Only**                                                                    TRB0603720

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
### OF
## TRIBUNE DIRECT MARKETING, INC.

The undersigned, being all of the members of the Board of Directors of **TRIBUNE DIRECT MARKETING, INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20** , 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS,** the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED,** that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

                                    TRB0603724

with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the __20ᵗʰ__ day of December, 2007.

_____
Crane H. Kenney

_____
Scott C. Smith

Being all of the Directors of Tribune Direct Marketing, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF TRIBUNE DIRECT MARKETING, INC.

Professionals' Eyes Only

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TRIBUNE ENTERTAINMENT COMPANY

The undersigned, being all of the members of the Board of Directors of **TRIBUNE ENTERTAINMENT COMPANY**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20**, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20ᵗʰ_ day of December, 2007.

_____          _____
Crane H. Kenney                                              John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of Tribune Entertainment Company

**Professionals' Eyes Only**                                                          **TRB0603732**

# WRITTEN CONSENT OF
# THE SOLE MEMBER
# OF
# TRIBUNE FINANCE, LLC

The undersigned, being the sole member of **TRIBUNE FINANCE, LLC**, a Delaware limited liability company (the "*Company*"), hereby consents to the adoption of the following resolutions pursuant to Section 18-302(d) of the Limited Liability Company Act of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20**, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any

Professionals' Eyes Only

actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

### Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned has caused this written consent to be executed as of the 20ᵗʰ day of December, 2007.

TRIBUNE COMPANY, as Sole Member

By: _____
    Name:  Crane H. Kenney
    Title:  Senior Vice President

Being the sole member of TRIBUNE FINANCE, LLC

SIGNATURE PAGE TO
WRITTEN CONSENT OF
THE SOLE MEMBER
OF
TRIBUNE FINANCE, LLC

**Professionals' Eyes Only**

TRB0603738

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC

The undersigned, being all of the members of the Board of Directors of **TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC**, a Delaware limited liability company (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 18-404(d) of the Limited Liability Company Act of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20**, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any

TRB0603742

actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

## Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___20ᵗʰ___ day of December, 2007.

_____          _____
Crane H. Kenney                                  Timothy P. Knight


Being all of the Directors of Tribune New York Newspaper Holdings, LLC


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF
TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC

**Professionals' Eyes Only**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TRIBUNE TELEVISION COMPANY

The undersigned, being all of the members of the Board of Directors of **TRIBUNE TELEVISION COMPANY**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance