with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**                                                                                    **TRB0603754**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 20th day of December, 2007.

_____        _____
Crane H. Kenney                   John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of Tribune Television Company

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF TRIBUNE TELEVISION COMPANY

**Professionals' Eyes Only**

TRB0603755

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# TRIBUNE TELEVISION HOLDINGS, INC.

The undersigned, being all of the members of the Board of Directors of **TRIBUNE TELEVISION HOLDINGS, INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 2o , 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

TRB0603759

with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___20ᵗʰ___ day of December, 2007.

_____
Crane H. Kenney

_____
John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of Tribune Television Holdings, Inc.

Professionals' Eyes Only

TRB0603761

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TRIBUNE TELEVISION NEW ORLEANS, INC.

The undersigned, being all of the members of the Board of Directors of **TRIBUNE TELEVISION NEW ORLEANS, INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20**, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

TRB0603766



with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**                                    **TRB0603767**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20__ day of December, 2007.

_____          _____
Crane H. Kenney                                    John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of Tribune Television New Orleans, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF TRIBUNE TELEVISION NEW ORLEANS, INC.

**Professionals' Eyes Only**                                              **TRB0603768**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TRIBUNE TELEVISION NORTHWEST, INC.

The undersigned, being all of the members of the Board of Directors of **TRIBUNE TELEVISION NORTHWEST, INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### SUBORDINATED GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20 , 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

WHEREAS, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

#### Authorization of Subordinated Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**

TRB0603774

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20ᵗʰ_ day of December, 2007.

_____          _____
Crane H. Kenney                                            John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of Tribune Television Northwest, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF
TRIBUNE TELEVISION NORTHWEST, INC.

**Professionals' Eyes Only**                                    TRB0603775

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS OF
## VIRGINIA GAZETTE COMPANIES, LLC

The undersigned, being all of the directors of **VIRGINIA GAZETTE COMPANIES, LLC**, a Delaware limited liability company (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 18-404(d) of the Limited Liability Company Act of the State of Delaware, as amended:

### SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **2º** , 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform

                                        TRB0603776

all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

TRB0603777

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___20th___ day of December, 2007.

_____          _____
Crane H. Kenney                                               Kathleen M. Waltz

_____
Scott C. Smith

Being all of the Directors of Virginia Gazette Companies, LLC

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF
VIRGINIA GAZETTE COMPANIES, LLC

**Professionals' Eyes Only**                                              **TRB0603778**

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## WDCW BROADCASTING, INC.

The undersigned, being all of the members of the Board of Directors of **WDCW BROADCASTING, INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish

**Professionals' Eyes Only**

the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

TRB0603784

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 20ᵗʰ day of December, 2007.

_____
John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of WDCW Broadcasting, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF WDCW BROADCASTING, INC.

Professionals' Eyes Only

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# WGN CONTINENTAL BROADCASTING COMPANY

The undersigned, being all of the members of the Board of Directors of **WGN CONTINENTAL BROADCASTING COMPANY**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20**, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish

the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20th_ day of December, 2007.

_____                    _____
Crane H. Kenney                                                    John E. Reardon

_____
John J. Vitanovec

Being all of the Directors of WGN Continental Broadcasting Company

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF WGN CONTINENTAL BROADCASTING COMPANY

**Professionals' Eyes Only**                                            TRB0603791

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## WPIX, INC.

The undersigned, being all of the members of the Board of Directors of **WPIX, INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### SUBORDINATED GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20**, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS,** the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

Authorization of Subordinated Guarantee

**RESOLVED,** that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

TRB0603795

with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**
TRB0603796

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20th_ day of December 2007.

_____    _____
Crane H. Kenney                     John E. Reardon


Being all of the Directors of WPIX, Inc.


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF WPIX, INC.

**Professionals' Eyes Only**

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
### OF
### WTXX INC.

The undersigned, being all of the members of the Board of Directors of **WTXX INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **2o** , 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance



with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___20ᵗʰ___ day of December, 2007.

_____          _____
Crane H. Kenney                                          John E. Reardon

Being all of the Directors of WTXX Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF WTXX INC.

**Professionals' Eyes Only**

**TRB0603804**

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
### OF
## CHICAGOLAND PUBLISHING COMPANY

The undersigned, being all of the members of the Board of Directors of **CHICAGOLAND PUBLISHING COMPANY**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

WHEREAS, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

                                    TRB0603808

with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

**Professionals' Eyes Only**

TRB0603809

**IN WITNESS WHEREOF**, the undersigned have caused this unanimous written consent to be executed as of the _20ᵗʰ_ day of December, 2007.

_____          _____
Scott C. Smith                                             Crane H. Kenney

Being all of the Directors of Chicagoland Publishing Company

Professionals' Eyes Only                                                              TRB0603810

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# CHICAGOLAND TELEVISION NEWS, INC.

The undersigned, being all of the members of the Board of Directors of **CHICAGOLAND TELEVISION NEWS, INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20**, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any

TRB0603814

actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED,** that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED,** that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

* * * * *

2

TRB0603815

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20th_ day of December, 2007.

Scott C. Smith                              Crane H. Kenney

John E. Reardon

Being all of the Directors of ChicagoLand Television News, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF CHICAGOLAND TELEVISION NEWS, INC.

Professionals' Eyes Only                                                      TRB0603816

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## COURANT SPECIALTY PRODUCTS, INC.

The undersigned, being all of the members of the Board of Directors of **COURANT SPECIALTY PRODUCTS, INC.**, a Connecticut corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 33-749 of the Connecticut Business Corporations Act, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish

TRB0603820

the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

## Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

                                   TRB0603821

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 20th day of December, 2007.

_____
Stephen D. Carver

_____
Robert Gremillion

_____
Crane H. Kenney

Being all of the Directors of Courant Specialty Products, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF COURANT SPECIALTY PRODUCTS, INC.

**Professionals' Eyes Only**

TRB0603822

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## THE DAILY PRESS, INC.

The undersigned, being all of the members of the Board of Directors of **THE DAILY PRESS, INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20 , 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance

**Professionals' Eyes Only**

with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED,** that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED,** that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the __20ᵗʰ__ day of December, 2007.

_____
Crane H. Kenney

_____
Scott C. Smith

_____
Kathleen M. Waltz

Being all of the Directors of The Daily Press, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF
THE DAILY PRESS, INC.

**Professionals' Eyes Only**

TRB0603829

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# DISTRIBUTION SYSTEMS OF AMERICA, INC.

The undersigned, being all of the members of the Board of Directors of **DISTRIBUTION SYSTEMS OF AMERICA, INC.**, a New York corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 708(b) of the Business Corporation Law of the State of New York, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20**, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

## Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform

TRB0603833

all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED,** that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED,** that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

**TRB0603834**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___20__ day of December, 2007.

_____
Crane H. Kenney

_____
Timothy P. Knight

_____
Scott C. Smith

Being all of the Directors of Distribution Systems of America, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF DISTRIBUTION SYSTEMS OF AMERICA, INC.

# UNANIMOUS WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS
# OF
# FORUM PUBLISHING GROUP, INC.

The undersigned, being all of the members of the Board of Directors of **FORUM PUBLISHING GROUP, INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20**, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish

TRB0603851

the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___20th___ day of December, 2007.

_____          _____

Robert Gremillion          Crane H. Kenney

_____

Scott C. Smith

Being all of the Directors of Forum Publishing Group, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF FORUM PUBLISHING GROUP, INC.

**Professionals' Eyes Only**                                                                TRB0603853

## WRITTEN CONSENT OF
## THE SOLE MANAGER OF
## EAGLE NEW MEDIA INVESTMENTS, LLC

The undersigned, being the sole manager of EAGLE NEW MEDIA INVESTMENTS, LLC, a Delaware limited liability company (the "*Company*"), hereby consents to the adoption of the following resolutions pursuant to Section 18-404(d) of the Limited Liability Company Act of the State of Delaware, as amended:

## GUARANTEE AND SUBORDINATED GUARANTEE

    **WHEREAS**, Tribune Company, the Company's ultimate parent, entered into (i) that certain Credit Agreement, dated as of May 17, 2007, among Tribune Company, as Borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Senior Secured Lenders*"), JPMorgan Chase Bank, N.A., as Administrative Agent (the "*Senior Secured Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners, as amended by that certain Amendment No. 1 thereto, dated as of June 4, 2007, and as further modified by that certain Increase Joinder, dated as of December **20**, 2007 (the "*Senior Secured Credit Agreement*") and (ii) that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*" and together with the Senior Secured Credit Agreement, the "*Credit Agreements*"), dated as of December **20**, 2007, among the Borrower, the lenders from time to time party thereto (the "*Unsecured Lenders*"), Merrill Lynch Capital Corporation, as Administrative Agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

    **WHEREAS**, certain subsidiaries of the Borrower entered into a Guarantee Agreement, dated as of June 4, 2007 (the "*Guarantee Agreement*"), as guarantors, with the Senior Secured Administrative Agent in order to satisfy a condition precedent under the Senior Secured Credit Agreement;

    **WHEREAS**, in order to induce the Senior Secured Lenders to make additional advances and the issuing banks to issue additional letters of credit under the Senior Secured Credit Agreement and as consideration for advances previously made and letters of credit previously issued under the Senior Secured Credit Agreement, Section 20 of the Guarantee Agreement provides that additional subsidiaries of Borrower may become guarantors under the Guarantee Agreement by executing and delivering an instrument in the form of the supplement to the Guarantee Agreement (the "*Guarantee*");

1

CHI 4074729v 4

TRB0603836

WHEREAS, the proposed terms of the Guarantee are substantially as set forth in the form of the supplement to the Guarantee Agreement included as an exhibit to the Senior Secured Credit Agreement;

WHEREAS, it is a condition precedent to the Unsecured Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

WHEREAS, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Senior Secured Administrative Agent, as agent for the Senior Secured Lenders, the Guarantee, substantially on the terms and conditions contained in the form of the supplement to the Guarantee Agreement included as an exhibit to the Senior Secured Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Senior Secured Administrative Agent in order to guarantee the obligations of the Borrower under the Senior Secured Credit Agreement, including extensions or amendments thereof (collectively and together with the Guarantee Agreement, the "*Senior Guarantee Documents*"), (ii) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Unsecured Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*" and, together with the Senior Guarantee Documents, the "*Guarantee Documents*"), (iii) that upon such execution and delivery, the Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iv) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and the Subordinated Guarantee, respectively, and to evidence the Guarantee and the Subordinated Guarantee, respectively, properly in accordance with the requirements of the Senior Secured Credit Agreement and the Credit Agreement, respectively, (v) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (vi) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

2

Professionals' Eyes Only

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

**Professionals' Eyes Only**                                                                                                    **TRB0603838**

**IN WITNESS WHEREOF,** the undersigned has caused this written consent to be executed as of the 20ᵗʰ day of December, 2007.

TRIBUNE COMPANY

By: _____
Name: Crane H. Kenney
Title:   Senior Vice President, General Counsel and Secretary

Being the sole manager of EAGLE NEW MEDIA INVESTMENTS, LLC

SIGNATURE PAGE TO
WRITTEN CONSENT OF
THE SOLE MANAGER
OF EAGLE NEW MEDIA INVESTMENTS, LLC

**Professionals' Eyes Only**

TRB0603839

## WRITTEN CONSENT OF
## THE SOLE MANAGER
## OF
## EAGLE PUBLISHING INVESTMENTS, LLC

The undersigned, being the sole manager of EAGLE PUBLISHING INVESTMENTS, LLC, a Delaware limited liability company (the "*Company*"), hereby consents to the adoption of the following resolutions pursuant to Section 18-404(d) of the Limited Liability Company Act of the State of Delaware, as amended:

## <u>GUARANTEE AND SUBORDINATED GUARANTEE</u>

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into (i) that certain Credit Agreement, dated as of May 17, 2007, among Tribune Company, as Borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Senior Secured Lenders*"), JPMorgan Chase Bank, N.A., as Administrative Agent (the "*Senior Secured Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners, as amended by that certain Amendment No. 1 thereto, dated as of June 4, 2007, and as further modified by that certain Increase Joinder, dated as of December 2o , 2007 (the "*Senior Secured Credit Agreement*") and (ii) that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*" and together with the Senior Secured Credit Agreement, the "*Credit Agreements*"), dated as of December 2o , 2007, among the Borrower, the lenders from time to time party thereto (the "*Unsecured Lenders*"), Merrill Lynch Capital Corporation, as Administrative Agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** certain subsidiaries of the Borrower entered into a Guarantee Agreement, dated as of June 4, 2007 (the "*Guarantee Agreement*"), as guarantors, with the Senior Secured Administrative Agent in order to satisfy a condition precedent under the Senior Secured Credit Agreement;

**WHEREAS,** in order to induce the Senior Secured Lenders to make additional advances and the issuing banks to issue additional letters of credit under the Senior Secured Credit Agreement and as consideration for advances previously made and letters of credit previously issued under the Senior Secured Credit Agreement, Section 20 of the Guarantee Agreement provides that additional subsidiaries of Borrower may become guarantors under the Guarantee Agreement by executing and delivering an instrument in the form of the supplement to the Guarantee Agreement (the "*Guarantee*");

1

CH1 4074716v 6

**WHEREAS**, the proposed terms of the Guarantee are substantially as set forth in the form of the supplement to the Guarantee Agreement included as an exhibit to the Senior Secured Credit Agreement;

**WHEREAS**, it is a condition precedent to the Unsecured Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

<u>Authorization of Guarantee</u>

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Senior Secured Administrative Agent, as agent for the Senior Secured Lenders, the Guarantee, substantially on the terms and conditions contained in the form of the supplement to the Guarantee Agreement included as an exhibit to the Senior Secured Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Senior Secured Administrative Agent in order to guarantee the obligations of the Borrower under the Senior Secured Credit Agreement, including extensions or amendments thereof (collectively and together with the Guarantee Agreement, the "*Senior Guarantee Documents*"), (ii) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Unsecured Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*" and, together with the Senior Guarantee Documents, the "*Guarantee Documents*"), (iii) that upon such execution and delivery, the Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iv) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and the Subordinated Guarantee, respectively, and to evidence the Guarantee and the Subordinated Guarantee, respectively, properly in accordance with the requirements of the Senior Secured Credit Agreement and the Credit Agreement, respectively, (v) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (vi) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

**Professionals' Eyes Only**

TRB0603841

Further Authorization

**FURTHER RESOLVED,** that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED,** that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED,** that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

3

**Professionals' Eyes Only**

**TRB0603842**

**IN WITNESS WHEREOF,** the undersigned has caused this written consent to be executed as of the 20th day of December, 2007.

TRIBUNE COMPANY

By: _____
Name: Crane H. Kenney
Title:   Senior Vice President, General Counsel and Secretary

Being the sole manager of EAGLE PUBLISHING INVESTMENTS, LLC

SIGNATURE PAGE TO
WRITTEN CONSENT OF
THE SOLE MANAGER OF
EAGLE PUBLISHING INVESTMENTS, LLC

**Professionals' Eyes Only**

TRB0603843

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS OF
## FORSALEBYOWNER.COM CORP.

The undersigned, being all of the members of the Board of Directors of FORSALEBYOWNER.COM CORP., a New York corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 708(b) of the Business Corporation Law of the State of New York, as amended:

### GUARANTEE AND SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into (i) that certain Credit Agreement, dated as of May 17, 2007, among Tribune Company, as Borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Senior Secured Lenders*"), JPMorgan Chase Bank, N.A., as Administrative Agent (the "*Senior Secured Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners, as amended by that certain Amendment No. 1 thereto, dated as of June 4, 2007, and as further modified by that certain Increase Joinder, dated as of December 2o , 2007 (the "*Senior Secured Credit Agreement*") and (ii) that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*" and together with the Senior Secured Credit Agreement, the "*Credit Agreements*"), dated as of December 2o , 2007, among the Borrower, the lenders from time to time party thereto (the "*Unsecured Lenders*"), Merrill Lynch Capital Corporation, as Administrative Agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, certain subsidiaries of the Borrower entered into a Guarantee Agreement, dated as of June 4, 2007 (the "*Guarantee Agreement*"), as guarantors, with the Senior Secured Administrative Agent in order to satisfy a condition precedent under the Senior Secured Credit Agreement;

**WHEREAS**, in order to induce the Senior Secured Lenders to make additional advances and the issuing banks to issue additional letters of credit under the Senior Secured Credit Agreement and as consideration for advances previously made and letters of credit previously issued under the Senior Secured Credit Agreement, Section 20 of the Guarantee Agreement provides that additional subsidiaries of Borrower may become guarantors under the Guarantee Agreement by executing and delivering an instrument in the form of the supplement to the Guarantee Agreement (the "*Guarantee*");

1

CH1 4074792\ 3

WHEREAS, the proposed terms of the Guarantee are substantially as set forth in the form of the supplement to the Guarantee Agreement included as an exhibit to the Senior Secured Credit Agreement;

WHEREAS, it is a condition precedent to the Unsecured Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

WHEREAS, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

<u>Authorization of Guarantee</u>

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Senior Secured Administrative Agent, as agent for the Senior Secured Lenders, the Guarantee, substantially on the terms and conditions contained in the form of the supplement to the Guarantee Agreement included as an exhibit to the Senior Secured Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Senior Secured Administrative Agent in order to guarantee the obligations of the Borrower under the Senior Secured Credit Agreement, including extensions or amendments thereof (collectively and together with the Guarantee Agreement, the "*Senior Guarantee Documents*"), (ii) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Unsecured Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*" and, together with the Senior Guarantee Documents, the "*Guarantee Documents*"), (iii) that upon such execution and delivery, the Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iv) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and the Subordinated Guarantee, respectively, and to evidence the Guarantee and the Subordinated Guarantee, respectively, properly in accordance with the requirements of the Senior Secured Credit Agreement and the Credit Agreement, respectively, (v) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (vi) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

2

TRB0603845

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

3

**Professionals' Eyes Only**

**TRB0603846**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20ᵗʰ_ day of December, 2007.

_____          _____
Thomas S. Finke                                         Timothy J. Landon


Being all of the members of the Board of Directors of FORSALEBYOWNER.COM CORP.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF FORSALEBYOWNER.COM CORP.

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## GOLD COAST PUBLICATIONS, INC.

The undersigned, being all of the members of the Board of Directors of **GOLD COAST PUBLICATIONS, INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### SUBORDINATED GUARANTEE

**WHEREAS,** Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20**, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS,** it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS,** the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

Authorization of Subordinated Guarantee

**RESOLVED,** that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any

**Professionals' Eyes Only**

actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

**Professionals' Eyes Only**

**TRB0603858**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20th_ day of December, 2007.

_____        _____
Robert Gremillion                                      Crane H. Kenney

_____
Scott C. Smith


Being all of the Directors of Gold Coast Publications, Inc.


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF GOLD COAST PUBLICATIONS, INC.

**Professionals' Eyes Only**

TRB0603859

# UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
### OF
## THE HARTFORD COURANT COMPANY

The undersigned, being all of the members of the Board of Directors of **THE HARTFORD COURANT COMPANY**, a Connecticut corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 33-749 of the Connecticut Business Corporation Act, as amended:

## SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20**, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish

**Professionals' Eyes Only**

the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions

\* \* \* \* \*

2

**Professionals' Eyes Only**

**TRB0603865**

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the 20th day of December, 2007.

_____                    _____
Stephen D. Carver                                                      Robert Gremillion

_____
Crane H. Kenney


Being all of the Directors of The Hartford Courant Company


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF THE HARTFORD COURANT COMPANY

**Professionals' Eyes Only**

TRB0603866

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## TMLS I, INC.

The undersigned, being all of the members of the Board of Directors of **TMLS I, INC.**, a California corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 307(b) of the Corporations Code of the State of California, as amended:

### SUBORDINATED GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December **20**, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

WHEREAS, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

#### Authorization of Subordinated Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish

TRB0603867

the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

FURTHER RESOLVED, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

FURTHER RESOLVED, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

FURTHER RESOLVED, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

2

Professionals' Eyes Only

TRB0603868

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the ___20<u>th</u>___ day of December, 2007.

_____          _____
Crane H. Kenney                                    Timothy P. Knight

_____
Mark W. Hianik


Being all of the Directors of TMLS I, Inc.


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF TMLS I, INC.

Professionals' Eyes Only

*Tribune NM, Inc.*

## WRITTEN CONSENT OF THE SOLE MEMBER OF
## THE BOARD OF DIRECTORS OF
## NEWPORT MEDIA, INC.

The undersigned, being the sole member of the Board of Directors of NEWPORT MEDIA, INC., a Delaware corporation (the "*Company*"), hereby consents to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

## GUARANTEE AND SUBORDINATED GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into (i) that certain Credit Agreement, dated as of May 17, 2007, among Tribune Company, as Borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Senior Secured Lenders*"), JPMorgan Chase Bank, N.A., as Administrative Agent (the "*Senior Secured Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners, as amended by that certain Amendment No. 1 thereto, dated as of June 4, 2007, and as further modified by that certain Increase Joinder, dated as of December **2o**, 2007 (the "*Senior Secured Credit Agreement*") and (ii) that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*" and together with the Senior Secured Credit Agreement, the "*Credit Agreements*"), dated as of December **2o**, 2007, among the Borrower, the lenders from time to time party thereto (the "*Unsecured Lenders*"), Merrill Lynch Capital Corporation, as Administrative Agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, certain subsidiaries of the Borrower entered into a Guarantee Agreement, dated as of June 4, 2007 (the "*Guarantee Agreement*"), as guarantors, with the Senior Secured Administrative Agent in order to satisfy a condition precedent under the Senior Secured Credit Agreement;

WHEREAS, in order to induce the Senior Secured Lenders to make additional advances and the issuing banks to issue additional letters of credit under the Senior Secured Credit Agreement and as consideration for advances previously made and letters of credit previously issued under the Senior Secured Credit Agreement, Section 20 of the Guarantee Agreement provides that additional subsidiaries of Borrower may become guarantors under the Guarantee Agreement by executing and delivering an instrument in the form of the supplement to the Guarantee Agreement (the "*Guarantee*");

1

CHI 4074771v 3

**WHEREAS**, the proposed terms of the Guarantee are substantially as set forth in the form of the supplement to the Guarantee Agreement included as an exhibit to the Senior Secured Credit Agreement;

**WHEREAS**, it is a condition precedent to the Unsecured Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

<u>Authorization of Guarantee</u>

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Senior Secured Administrative Agent, as agent for the Senior Secured Lenders, the Guarantee, substantially on the terms and conditions contained in the form of the supplement to the Guarantee Agreement included as an exhibit to the Senior Secured Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Senior Secured Administrative Agent in order to guarantee the obligations of the Borrower under the Senior Secured Credit Agreement, including extensions or amendments thereof (collectively and together with the Guarantee Agreement, the "*Senior Guarantee Documents*"), (ii) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Unsecured Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*" and, together with the Senior Guarantee Documents, the "*Guarantee Documents*"), (iii) that upon such execution and delivery, the Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iv) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and the Subordinated Guarantee, respectively, and to evidence the Guarantee and the Subordinated Guarantee, respectively, properly in accordance with the requirements of the Senior Secured Credit Agreement and the Credit Agreement, respectively, (v) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (vi) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;

2

                                                                                            TRB0603746

Further Authorization

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*

3

**Professionals' Eyes Only**                                        TRB0603747

**IN WITNESS WHEREOF,** the undersigned has caused this written consent to be executed as of the 20ᵗʰ day of December, 2007.

Crane H. Kenney

Being the sole member of the Board of Directors of NEWPORT MEDIA, INC.

SIGNATURE PAGE TO
WRITTEN CONSENT OF THE SOLE MEMBER OF
THE BOARD OF DIRECTORS
OF NEWPORT MEDIA, INC.

**Professionals' Eyes Only**

**TRB0603748**

## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## CHICAGO NATIONAL LEAGUE BALL CLUB, INC.

The undersigned, being all of the members of the Board of Directors of **CHICAGO NATIONAL LEAGUE BALL CLUB, INC.**, a Delaware corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, as amended:

### SUBORDINATED GUARANTEE

**WHEREAS**, Tribune Company, the Company's ultimate parent, entered into that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*"), dated as of December 20, 2007, among Tribune Company, as borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Lenders*"), Merrill Lynch Capital Corporation, as administrative agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

**WHEREAS**, it is a condition precedent to the Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

**WHEREAS**, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Subordinated Guarantee

**RESOLVED**, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*"), (ii) that upon such execution and delivery, such Subordinated Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iii) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish



the Subordinated Guarantee and to evidence the Subordinated Guarantee properly in accordance with the requirements of the Credit Agreement, (iv) cause the Company to enter into and perform all of its obligations pursuant to the Subordinated Guarantee Documents, and (v) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Subordinated Guarantee Documents;

<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Subordinated Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Subordinated Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Subordinated Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;



**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Subordinated Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and

**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

 * * * * *

2

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0622483

**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the _20ᵗʰ_ day of December, 2007.

_____          _____
Dennis J. FitzSimons                                      Crane H. Kenney



Being all of the Directors of Chicago National League Ball Club, Inc.

SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF CHICAGO NATIONAL LEAGUE BALL CLUB, INC.

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**



## UNANIMOUS WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS OF
## HOMEOWNERS REALTY, INC.

The undersigned, being all of the members of the Board of Directors of HOMEOWNERS REALTY, INC., a Utah corporation (the "*Company*"), hereby consent to the adoption of the following resolutions pursuant to Section 16-10a-821 of the Utah Revised Business Corporation Act of the General Corporation Law of the State of Utah, as amended:

### GUARANTEE AND SUBORDINATED GUARANTEE

WHEREAS, Tribune Company, the Company's ultimate parent, entered into (i) that certain Credit Agreement, dated as of May 17, 2007, among Tribune Company, as Borrower (the "*Borrower*"), the lenders from time to time party thereto (the "*Senior Secured Lenders*"), JPMorgan Chase Bank, N.A., as Administrative Agent (the "*Senior Secured Administrative Agent*"), Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclays Bank PLC, as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners, as amended by that certain Amendment No. 1 thereto, dated as of June 4, 2007, and as further modified by that certain Increase Joinder, dated as of December **20**, 2007 (the "*Senior Secured Credit Agreement*") and (ii) that certain Senior Unsecured Interim Loan Agreement (the "*Credit Agreement*" and together with the Senior Secured Credit Agreement, the "*Credit Agreements*"), dated as of December **20**, 2007, among the Borrower, the lenders from time to time party thereto (the "*Unsecured Lenders*"), Merrill Lynch Capital Corporation, as Administrative Agent (the "*Administrative Agent*"), JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners;

WHEREAS, certain subsidiaries of the Borrower entered into a Guarantee Agreement, dated as of June 4, 2007 (the "*Guarantee Agreement*"), as guarantors, with the Senior Secured Administrative Agent in order to satisfy a condition precedent under the Senior Secured Credit Agreement;

WHEREAS, in order to induce the Senior Secured Lenders to make additional advances and the issuing banks to issue additional letters of credit under the Senior Secured Credit Agreement and as consideration for advances previously made and letters of credit previously issued under the Senior Secured Credit Agreement, Section 20 of the Guarantee Agreement provides that additional subsidiaries of Borrower may become guarantors under the Guarantee Agreement by executing and delivering an instrument in the form of the supplement to the Guarantee Agreement (the "*Guarantee*");



1

CHI 4074801v.3

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

**TRB0622478**



WHEREAS, the proposed terms of the Guarantee are substantially as set forth in the form of the supplement to the Guarantee Agreement included as an exhibit to the Senior Secured Credit Agreement;

WHEREAS, it is a condition precedent to the Unsecured Lenders making advances under the Credit Agreement that the Company enter into a subordinated Guarantee Agreement (the "*Subordinated Guarantee*") among the Borrower, the Company, the other Guarantors (as therein defined) party thereto, and the Administrative Agent; and

WHEREAS, the proposed terms of the Subordinated Guarantee are substantially as set forth in the form included as an exhibit to the Credit Agreement;

### Authorization of Guarantee

RESOLVED, that each of the President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary or any Assistant Secretary of the Company (such officer or officers, which are authorized to act singly or together pursuant thereto, being hereinafter designated as "*Authorized Officers*") be, and each of them hereby is, authorized for and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, and deliver to the Senior Secured Administrative Agent, as agent for the Senior Secured Lenders, the Guarantee, substantially on the terms and conditions contained in the form of the supplement to the Guarantee Agreement included as an exhibit to the Senior Secured Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Senior Secured Administrative Agent in order to guarantee the obligations of the Borrower under the Senior Secured Credit Agreement, including extensions or amendments thereof (collectively and together with the Guarantee Agreement, the "*Senior Guarantee Documents*"), (ii) execute for, in the name of and on behalf of the Company, and deliver to the Administrative Agent, as agent for the Unsecured Lenders, the Subordinated Guarantee, substantially on the terms and conditions contained in the form of Subordinated Guarantee included as an exhibit to the Credit Agreement, and all other documents, instruments and agreements deemed necessary or desirable by the Administrative Agent in order to guarantee the obligations of the Borrower under the Credit Agreement, including extensions or amendments thereof (collectively, the "*Subordinated Guarantee Documents*" and, together with the Senior Guarantee Documents, the "*Guarantee Documents*"), (iii) that upon such execution and delivery, the Guarantee Documents shall be the legal, valid and binding obligations of the Company, enforceable in accordance with their respective terms, (iv) take from time to time any actions deemed necessary or desirable by the Authorized Officers of the Company to establish the Guarantee and the Subordinated Guarantee, respectively, and to evidence the Guarantee and the Subordinated Guarantee, respectively, properly in accordance with the requirements of the Senior Secured Credit Agreement and the Credit Agreement, respectively, (v) cause the Company to enter into and perform all of its obligations pursuant to the Guarantee Documents, and (vi) execute from time to time renewals, modifications, supplements, restatements, extensions and/or amendments of the Guarantee Documents;





2

**Professionals' Eyes Only**
**Highly Confidential – Attorneys' Eyes Only**



<u>Further Authorization</u>

**FURTHER RESOLVED**, that the performance by the Company of its obligations under the Guarantee Documents and any agreements or documents referred to herein or therein be, and it hereby is, ratified, confirmed, approved and adopted in all respects;

**FURTHER RESOLVED**, that the Authorized Officers be, and each hereby is, authorized to file, execute, verify, acknowledge and deliver, for and on behalf of the Company, any and all notices, certificates, agreements, amendments, instruments and other documents and to perform or do or cause to be performed or done any and all such acts or things and to pay or cause to be paid all necessary fees and expenses, in each case in the name and on behalf of the Company, as they or any of them may deem necessary or advisable to enable, effectuate or carry out the provisions of each of the Guarantee Documents or the intentions and purposes of the foregoing resolutions in connection with the Guarantee Documents, the taking of any such action to be deemed conclusive evidence that the Company has authorized such action;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized for and on behalf of the Company to designate such individual employee(s) of the Company as they deem appropriate to execute and deliver on behalf of the Company certificates, reports and other documents as may be required from time to time in conjunction with the Guarantee Documents, and the actions of such individual(s) shall be binding and enforceable against the Company; and



**FURTHER RESOLVED**, that this Consent may be executed in counterpart in which case all such counterparts, taken together, shall constitute these resolutions.

\* \* \* \* \*



3

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0622480



**IN WITNESS WHEREOF,** the undersigned have caused this unanimous written consent to be executed as of the __2o ᵗʰ__ day of December, 2007.

_____          _____
Thomas S. Finke                                        Timothy J. Landon


Being all of the members of the Board of Directors of HOMEOWNERS REALTY, INC.


SIGNATURE PAGE TO
UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS
OF HOMEOWNERS REALTY, INC.

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0622481