## SOLVENCY CERTIFICATE

## TRIBUNE COMPANY

This Solvency Certificate (this "Certificate"), dated as of December 20, 2007, is delivered pursuant to Section 3.01(b)(i) of the Senior Unsecured Interim Loan Agreement, dated as of the date hereof (as amended, supplemented, amended and restated or otherwise modified from time to time, the "Credit Agreement"), among Tribune Company, a Delaware corporation (the "Borrower"), the Lenders party thereto and Merrill Lynch Capital Corporation, as the administrative agent (in such capacity, the "Agent") for the Lenders. Capitalized terms used herein, unless otherwise defined herein, have the meanings provided in the Credit Agreement.

I hereby certify to you and each Lender, in good faith and to the best of my knowledge and belief, in my capacity as Chief Financial Officer of the Borrower, and not individually, as follows:

I am the duly qualified and acting Chief Financial Officer of the Borrower.

I have reviewed such information as I have deemed relevant for purposes of this certificate, including the opinion of Valuation Research Corporation, dated December 20, 2007, which opinion provides by its terms that it may be relied upon by the officers of the Company.

As of the date hereof, immediately after giving effect to the Second Step Transactions, the Borrower is Solvent.

[SIGNATURE ON FOLLOWING PAGE]

IN WITNESS WHEREOF, the undersigned has executed and delivered this Certificate as of the date first above written.

> TRIBUNE COMPANY
>
> By: _[signature]_____
> Name:
> Title: