## RESPONSIBLE OFFICER'S CERTIFICATE
## OF
## TRIBUNE COMPANY

### Dated December 20, 2007

The undersigned, Chandler Bigelow, certifies that he is the duly elected, qualified and acting Vice President of Tribune Company (the "Company"), a corporation duly organized and existing under the laws of the State of Delaware. This Certificate is being delivered pursuant to Section 3.01(b)(iv) of that certain Senior Unsecured Interim Loan Agreement (the "Credit Agreement"), dated as of December 20, 2007, among Tribune Company, as Borrower, the Lenders party thereto, Merrill Lynch Capital Corporation, as Administrative Agent, JPMorgan Chase Bank, N.A., as Syndication Agent, Citicorp North America, Inc. and Bank of America, N.A. as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners. All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Credit Agreement or incorporated therein.

The undersigned certifies in his capacity as Vice President of the Company, that, as of the date hereof:

1. The representations and warranties contained in Section 4.01 of the Credit Agreement (other than the last sentence of Section 4.01(e)(i)) are correct in all material respects (except to the extent such representation and warranty is already qualified by materiality or Material Adverse Effect, in which case such representation or warranty shall be correct in all respects) on and as of the date hereof, except to the extent any such representation or warranty, by its terms, refers to a different specific date, in which case as of such specific date.

2. No event has occurred and is continuing that constitutes a Default.

*******

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the date first above written.

TRIBUNE COMPANY

By: _____

Name: Chandler Bigelow
Title: Vice President
