## NOTICE OF INCREASE OF TRANCHE B COMMITMENTS

JPMorgan Chase Bank, N.A.,
    as Agent for the Lenders parties to
    the Credit Agreement referred to below
Loan and Agency Services Group
1111 Fannin, 8th Floor
Houston, Texas 77002
Attention: Gloria Javier

JPMorgan Chase Bank, N.A.,
    as Agent for the Lenders parties to
    the Credit Agreement referred to below
270 Park Avenue
New York, New York 10017
Attention: John Kowalczuk

### TRIBUNE COMPANY

The undersigned, Tribune Company, refers to the Credit Agreement, dated as of May 17, 2007 (as amended or modified from time to time, the "Credit Agreement", the terms defined therein being used herein as therein defined), among the undersigned, certain Lenders parties thereto and JPMorgan Chase Bank, N.A., as Agent for said Lenders, and hereby gives you notice pursuant to Section 2.17 of the Credit Agreement that the undersigned hereby requests the establishment of a new term loan commitment in the form of additional Tranche B Commitments in the amount of $2,105,000,000 (the "Increase"), and in connection therewith sets forth below the information relating to such Increase as required by Section 2.17 of the Credit Agreement:

    (i)    The Increase shall be effective on December 20, 2007.

    (ii)    Borrower does not anticipate any assignments of the Increase.

IN WITNESS WHEREOF, the Borrower has caused this Notice to be executed and delivered by its duly authorized officer this __12__ day of December, 2007.

TRIBUNE COMPANY

By: _____
Name: Chandler Bigelow
Title: Vice President

NOTICE OF BORROWING

JPMorgan Chase Bank, N.A.,
    as Agent for the Lenders parties to
    the Credit Agreement referred to below
1111 Fannin, 8th Floor
Houston, Texas 77002

Attention: Sharon Craft and John Kowalczuk

TRIBUNE COMPANY

    The undersigned, Tribune Company, refers to the Credit Agreement, dated as of May 17, 2007 (as amended or modified from time to time, the "Credit Agreement", the terms defined therein being used herein as therein defined), among the undersigned, certain Lenders parties thereto and JPMorgan Chase Bank, N.A., as Agent for said Lenders, and hereby gives you notice, irrevocably, pursuant to Section 2.02 of the Credit Agreement that the undersigned hereby requests a Borrowing under the Credit Agreement, and in connection therewith sets forth below the information relating to such Borrowing (the "Proposed Borrowing") as required by Section 2.02(a) of the Credit Agreement:

    (i) The Proposed Borrowing is to be made under the Tranche B Facility. The Tranche B Facility will consist of Tranche B Advances only.

    (ii) The Business Day of the Proposed Borrowing is December 20, 2007.

    (iii) The Type of Advances comprising the Proposed Borrowing are Eurodollar Rate Advances.

    (iv) The aggregate amount of the Proposed Borrowing is $2,105,000,000 which will consist of Tranche B Advances.

    (v) The initial Interest Period for each Eurodollar Rate Advance made as part of the Proposed Borrowing is 3 months.

The undersigned hereby certifies that the following statements will be true on the date of the Proposed Borrowing:

    (A) the representations and warranties contained in Section 4.01 of the Credit Agreement (except the representations set forth in the last sentence of clause (e)(i)) thereof are correct in all material respects (except to the extent such representation and warranty is already qualified by materiality or Material Adverse Effect, in which case such representation or warranty shall be correct in all respects), before and after giving effect to the Proposed Borrowing and to the application of the proceeds therefrom, as though made on and as of such date, except to the extent any such representation or warranty, by its terms, refers to a different specific date other than the date of such Borrowing or issuance or renewal or increase, in which case as of such specific date; and

(B)     no event has occurred and is continuing, or would result from such Proposed Borrowing or from the application of the proceeds therefrom, that would result in a Default.

IN WITNESS WHEREOF, the Borrower has caused this Notice of Borrowing to be executed and delivered, and the certifications and warranties contained herein to be made, by its duly authorized officer this 18th day of December, 2007.

TRIBUNE COMPANY

By: _____
Name: Chandler Bigelow
Title: Vice President