## Tribune Company

### Flow of Funds Memorandum—Second Step Credit Facilities

### December 20, 2007

Capitalized terms used herein without definition shall have the same meanings as set forth in that certain Senior Unsecured Interim Loan Agreement, dated as of December 20, 2007 (the "Agreement"), by and among Tribune Company (the "Borrower"), each of the lenders from time to time parties thereto (the "Lenders"), Merrill Lynch Capital Corporation, as administrative agent (the "Agent"), JPMorgan Chase Bank, N.A., as syndication agent (the "Syndication Agent"), Citicorp North America, Inc. and Bank of America, N.A., as co-documentation agents, and J.P. Morgan Securities Inc., Merrill Lynch & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc. and Banc of America Securities LLC, as joint lead arrangers and joint bookrunners (collectively, the "Lead Arrangers").

**Disbursements to the Borrower (to occur immediately after the 8:00AM Eastern funding call and immediately prior to the Disbursements from the Borrower):**

1. $2,105,000,000.00 from the Syndication Agent in respect of the Incremental Facility:

   Time to be initiated: 8:30AM Eastern Time

   Contacts:

   JPMorgan Chase Bank, N.A.:

   Lisa Torry
   (713) 483-1910
   lisa.x.torry@jpmchase.com

   Tribune Company:

   Chandler Bigelow          Bruno Caridine
   312-222-5578              312-222-5976
   cbigelow@tribune.com      bcaridine@tribune.com

   Wire Transfer Instructions:

   $2,105,000,000.00 – Tribune Company
   JP Morgan Chase Bank
   Treasury Services Media Telecom
   Suite IL1-6325
   2500 Westfield Drive, 2.2.12F
   Elgin, IL 60123-7836
   Phone: (847) 488-8402
   Attn: Kevin Johnson
   ABA No.: 021-000-021
   Account No.: Redacted
   Account Name: Redacted

2. $552,800,000.00 from the Agent with respect to the Lenders' Commitments under the Agreement:

   Time to be initiated: 8:30AM Eastern Time

   Contacts:

   Merrill Lynch Capital Corporation:
   
   Paley Chen            Gillian Prince
   212-449-3541          212-449-7839
   Paley_Chen@ml.com     Gillian_Prince@ml.com

   Tribune Company:
   
   Chandler Bigelow      Bruno Caridine
   312-222-5578          312-222-5976
   cbigelow@tribune.com  bcaridine@tribune.com

   Wire Transfer Instructions:

   $552,800,000.00 – Tribune Company
   JP Morgan Chase Bank
   Treasury Services Media Telecom
   Suite IL1-6325
   2500 Westfield Drive, 2.2.12F
   Elgin, IL 60123-7836
   Phone: (847) 488-8402
   Attn: Kevin Johnson
   ABA No.: 021-000-021
   Account No.: Redacted
   Account Name: Redacted

3. $448,800,000.00 from the Syndication Agent with respect to the Lenders' Commitments under the Agreement:

   Time to be initiated: 8:30AM Eastern Time

   Contacts:

   JPMorgan Chase Bank, N.A.:
   
   Lisa Torry
   (713) 483-1910
   lisa.x.torry@jpmchase.com

   Tribune Company:
   
   Chandler Bigelow      Bruno Caridine
   312-222-5578          312-222-5976
   cbigelow@tribune.com  bcaridine@tribune.com

   Wire Transfer Instructions:

   $448,800,000.00 – Tribune Company
   JP Morgan Chase Bank
   Treasury Services Media Telecom

FLOW OF FUNDS MEMO – SECOND STEP CREDIT FACILITIES

>   Suite IL1-6325
>   2500 Westfield Drive, 2.2.12F
>   Elgin, IL 60123-7836
>   Phone: (847) 488-8402
>   Attn: Kevin Johnson
>   ABA No.: 021-000-021
>   Account No.: [Redacted]
>   Account Name: [Redacted]

4.  $374,000,000.00 from Citicorp North America, Inc. with respect to the Lenders' Commitments under the Agreement:

    Time to be initiated: 8:30AM Eastern Time

    Contacts:

    >   Citicorp North America, Inc.:
    >       Lauren Wendolowski
    >       302-894-6166
    >       GlOriginationOps@Citigroup.com

    >   Tribune Company:
    >       Chandler Bigelow           Bruno Caridine
    >       312-222-5578               312-222-5976
    >       cbigelow@tribune.com       bcaridine@tribune.com

    Wire Transfer Instructions:

    >   $374,000,000.00 – Tribune Company
    >   JP Morgan Chase Bank
    >   Treasury Services Media Telecom
    >   Suite IL1-6325
    >   2500 Westfield Drive, 2.2.12F
    >   Elgin, IL 60123-7836
    >   Phone: (847) 488-8402
    >   Attn: Kevin Johnson
    >   ABA No.: 021-000-021
    >   Account No.: [Redacted]
    >   Account Name: [Redacted]

5.  $224,400,000.00 from Bank of America Securities LLC with respect to the Lenders' Commitments under the Agreement:

    Time to be initiated: 8:30AM Eastern Time

    Contacts:

    >   Bank of America Securities LLC:
    >       Lindsay Hall
    >       704-387-2543
    >       Lindsay.M.Hall@bankofamerica.com

    >   Tribune Company:

FLOW OF FUNDS MEMO – SECOND STEP CREDIT FACILITIES

    Chandler Bigelow      Bruno Caridine
    312-222-5578        312-222-5976
    cbigelow@tribune.com    bcaridine@tribune.com

Wire Transfer Instructions:

 $224,400,000.00 – Tribune Company
 JP Morgan Chase Bank
 Treasury Services Media Telecom
 Suite IL1-6325
 2500 Westfield Drive, 2.2.12F
 Elgin, IL 60123-7836
 Phone: (847) 488-8402
 Attn: Kevin Johnson
 ABA No.: 021-000-021
 Account No.: Redacted
 Account Name: Redacted

6. $56,081,148.54 from EGI-TRB, L.L.C. to the Borrower in respect of: the issuance of the Zell Sub Note ($225,000,000.00) and the purchase by EGI-TRB, L.L.C. of the Warrant ($90,000,000.00) (less (i) the repayment of the Zell Note ($206,418,859.46), (ii) the payment of merger consideration to EGI-TRB, L.L.C. in respect of its ownership of Borrower common stock ($49,999,992.00) and (iii) reimbursement of expenses ($2,500,000.00) incurred by EGI-TRB, L.L.C., pursuant to the Tribune Purchase Agreement):

Time to be initiated: 8:30AM Eastern Time

Contacts:

 EGI-TRB, L.L.C.:
  Philip Tinkler
  (312) 466-3842
  ptinkler@egii.com

 Tribune Company:
  Chandler Bigelow      Bruno Caridine
  312-222-5578        312-222-5976
  cbigelow@tribune.com    bcaridine@tribune.com

Wire Transfer Instructions:

 $56,081,148.54 – Tribune Company
 JP Morgan Chase Bank
 Treasury Services Media Telecom
 Suite IL1-6325
 2500 Westfield Drive, 2.2.12F
 Elgin, IL 60123-7836
 Phone: (847) 488-8402
 Attn: Kevin Johnson

ABA No.: 021-000-021  
Account No.: Redacted  
Account Name: Redacted  

**Disbursements from the Borrower** (to occur immediately following confirmation by the Borrower of receipt of Disbursements to the Borrower):

1. $3,981,911,870.00[1] disbursement from the Borrower to Computershare Trust Company, N.A. to consummate the Acquisition:

   Time to be initiated: No later than 11:00AM Eastern Time

   Contacts:

   Tribune Company:
   
   Chandler Bigelow         Bruno Caridine  
   312-222-5578             312-222-5976  
   cbigelow@tribune.com     bcaridine@tribune.com

   Computershare Trust Company, N.A.:

   Donnie Amado  
   781-575-3631  
   Donnie.Amado@computershare.com

   Tammie Marshall  
   312-499-7032  
   tammie.marshall@computershare.com

   Wire Transfer Instructions:

   $3,981,911,870.00 – Computershare Trust Company, N.A.  
   Bank of America  
   ABA No.: 026009593  
   DDA No.: Redacted  
   Account Name: Redacted Redacted

2. $34,206,250.00 disbursement from the Borrower to the Lead Arrangers pursuant to the Second Step Fee Letter for their respective accounts in respect of the Lead Arrangers' fees related to the Incremental Facility:

   Time to be initiated: No later than 11:00AM Eastern Time

   Contacts:

   Tribune Company:

   Chandler Bigelow         Bruno Caridine  
   312-222-5578             312-222-5976  
   cbigelow@tribune.com     bcaridine@tribune.com

---

[1] Assumes (1) 118,585,643 shares of common stock outstanding ($4,031,911,862.00) (as of close of business on 12/19/07) and (2) withholding of merger consideration in respect of 1,470,588 shares owned by EGI-TRB, L.L.C. ($49,999,992.00) (as described in disbursement #6 to Borrower above).

FLOW OF FUNDS MEMO – SECOND STEP CREDIT FACILITIES

J.P. Morgan Securities Inc.:
> Lisa Torry
> (713) 483-1910
> lisa.x.torry@jpmchase.com

Merrill Lynch Capital Corporation:
> Paley Chen             Gillian Prince
> 212-449-3541           212-449-7839
> Paley_Chen@ml.com      Gillian_Prince@ml.com

Citigroup Global Markets Inc.:
> Lauren Wendolowski
> 302-894-6166
> GlOriginationOps@Citigroup.com

Banc of America Securities LLC:
> Lindsay Hall
> 704-387-2543
> Lindsay.M.Hall@bankofamerica.com

<u>Wire Transfer Instructions</u>:

a) $9,943,125.00 – J.P. Morgan Securities Inc.
   JP Morgan Chase Bank NA
   ABA No.: 021-000-021
   Account No.: Redacted
   Account Name: Redacted

b) $11,005,625.00 – Merrill Lynch Capital Corporation
   The Bank of New York
   Attention: Rachel Suiter
   ABA No.: 021-000-018
   Account No.: Redacted
   Account Name: Redacted
   Reference: Redacted

c) $8,285,937.50 – Citigroup Global Markets Inc.
   Citibank N.A.
   Attn: Global Loans/Agency
       Suzy Veid
   ABA No.: 021-000-089
   Account No.: Redacted
   Account Name: Redacted
   Reference:

d) $4,971,562.50 – Banc of America Securities LLC
   Bank of America/New York, New York
   Attention: Elaine Davis
   ABA No.: 026-009-593
   Account No.: Redacted

FLOW OF FUNDS MEMO – SECOND STEP CREDIT FACILITIES

      Account Name: **Redacted**
      Reference: **Redacted**

3. $50,000.00 disbursement from the Borrower to the Agent pursuant to Section 2.04(c)(i) of the Agreement for its account in respect of the Agent's fees separately agreed upon between the Borrower and the Agent:

   Time to be initiated: No later than 11:00AM Eastern Time

   Contacts:

   Tribune Company:

   | Chandler Bigelow | Bruno Caridine |
   |---|---|
   | 312-222-5578 | 312-222-5976 |
   | cbigelow@tribune.com | bcaridine@tribune.com |

   Merrill Lynch Capital Corporation:

   | Paley Chen | Gillian Prince |
   |---|---|
   | 212-449-3541 | 212-449-7839 |
   | Paley_Chen@ml.com | Gillian_Prince@ml.com |

   Wire Transfer Instructions:

   $50,000.00 – Merrill Lynch Capital Corporation
   Deutsche Bank AG; New York Branch
   Attention: Gillian Prince
   ABA No.: 021-001-033
   Account No.: **Redacted**
   Account Name: **Redacted**
   Reference: **Redacted**

4. $35,750,000.00 disbursement from the Borrower to the Lead Arrangers pursuant to Section 2.04(c)(ii) of the Agreement for their respective accounts in respect of the Lead Arrangers' fees separately agreed upon between the Borrower and each Lead Arranger:

   Time to be initiated: No later than 11:00AM Eastern Time

   Contacts:

   Tribune Company:

   | Chandler Bigelow | Bruno Caridine |
   |---|---|
   | 312-222-5578 | 312-222-5976 |
   | cbigelow@tribune.com | bcaridine@tribune.com |

   J.P. Morgan Securities Inc.:

   Lisa Torry
   (713) 483-1910
   lisa.x.torry@jpmchase.com

   Merrill Lynch Capital Corporation:

   | Paley Chen | Gillian Prince |
   |---|---|
   | 212-449-3541 | 212-449-7839 |

        Paley_Chen@ml.com    Gillian_Prince@ml.com

Citigroup Global Markets Inc.:

    Lauren Wendolowski
    302-894-6166
    GlOriginationOps@Citigroup.com

Banc of America Securities LLC:

    Lindsay Hall
    704-387-2543
    Lindsay.M.Hall@bankofamerica.com

Wire Transfer Instructions:

a)    $3,823,928.57 – J.P. Morgan Securities Inc.
    JP Morgan Chase Bank NA
    ABA No.: 021-000-021
    Account No.: Redacted
    Account Name: Redacted

b)    $26,827,500.00 – Merrill Lynch Capital Corporation
    The Bank of New York
    Attention: Rachel Suiter
    ABA No.: 021-000-018
    Account No.: Redacted
    Account Name: Redacted
    Reference: Redacted

c)    $3,186,607.14 – Citigroup Global Markets Inc.
    Citibank N.A.
    Attn: Global Loans/Agency
        Suzy Veid
    ABA No.: 021-000-089
    Account No.: Redacted
    Account Name: Redacted
    Reference: Redacted

d)    $1,911,964.29 – Banc of America Securities LLC
    Bank of America/New York, New York
    Attention: Elaine Davis
    ABA No.: 026-009-593
    Account No.: Redacted
    Account Name: Redacted
    Reference: Redacted

5.    $1,524,173.40 disbursement from the Borrower to the Lead Arrangers pursuant to Section 3.01(f) of the Agreement for their respective accounts in respect of the Lead Arrangers' accrued fees and expenses not otherwise covered in this Flow of Funds Memorandum (including the reasonable fees and expenses of Cahill Gordon & Reindel LLP):

Time to be initiated: No later than 11:00AM Eastern Time

FLOW OF FUNDS MEMO – SECOND STEP CREDIT FACILITIES

Contacts:

    Tribune Company:

        Chandler Bigelow        Bruno Caridine
        312-222-5578           312-222-5976
        cbigelow@tribune.com    bcaridine@tribune.com

    J.P. Morgan Securities Inc.:

        Lisa Torry
        (713) 483-1910
        lisa.x.torry@jpmchase.com

    Merrill Lynch Capital Corporation:

        Paley Chen            Gillian Prince
        212-449-3541          212-449-7839
        Paley_Chen@ml.com    Gillian_Prince@ml.com

    Citigroup Global Markets Inc.:

        Lauren Wendolowski
        302-894-6166
        GlOriginationOps@Citigroup.com

    Banc of America Securities LLC:

        Lindsay Hall
        704-387-2543
        Lindsay.M.Hall@bankofamerica.com

    Cahill Gordon & Reindel LLP:

        Bill Miller
        (212) 701-3836
        wmiller@cahill.com

Wire Transfer Instructions:

a)    $82,322.74 – J.P. Morgan Securities Inc.
      JP Morgan Chase Bank NA
      ABA No.: 021-000-021
      Account No.: [Redacted]
      Account Name: [Redacted]

b)    $41,400.12 – Merrill Lynch Capital Corporation
      The Bank of New York
      Attention: Rachel Suiter
      ABA No.: 021-000-018
      Account No.: [Redacted]
      Account Name: [Redacted]
      Reference: [Redacted]

c)    $25,153.50 – Citigroup Global Markets Inc.
      Citibank N.A.
      Attn: Global Loans/Agency
          Suzy Veid

FLOW OF FUNDS MEMO – SECOND STEP CREDIT FACILITIES

       ABA No.: 021-000-089
       Account No.: Redacted
       Account Name: Redacted
       Reference: Redacted

d)   $20,297.04 – Banc of America Securities LLC
      Bank of America/New York, New York
      Attention: Elaine Davis
      ABA No.: 026-009-593
      Account No.:
      Account Name: Redacted
      Reference:

e)   $1,355,000.00 – Cahill Gordon & Reindel LLP
      HSBC Bank USA
      100 Maiden Lane
      New York, NY 10038
      ABA No.: 021-001-088
      Account No.: Redacted
      Account Name: