[Senior Secured Credit Agreement]

## SOLVENCY CERTIFICATE

## TRIBUNE COMPANY

This Solvency Certificate (this "Certificate"), dated as of December 20, 2007, is delivered pursuant to paragraph 3 of Annex II to the Increase Joinders, each dated as of December 20, 2007 (collectively, the "Increase Joinder"), entered into among Tribune Company, a Delaware Corporation (the "Borrower"), the Lender party thereto and JPMorgan Chase Bank, N.A., as administrative agent (in such capacity, the "Agent"), which Increase Joinder modifies the Credit Agreement, dated as of May 17, 2007 (as amended by that certain Amendment No. 1 thereto, dated as of June 4, 2007, the "Credit Agreement"), among the Borrower, the Lenders party thereto and the Agent for the Lenders. Capitalized terms used herein, unless otherwise defined herein, have the meanings provided in the Credit Agreement.

I hereby certify to you and each Lender, in good faith and to the best of my knowledge and belief, in my capacity as Chief Financial Officer of the Borrower, and not individually, as follows:

I am the duly qualified and acting Chief Financial Officer of the Borrower.

I have reviewed such information as I have deemed relevant for purposes of this certificate, including the opinion of Valuation Research Corporation, dated December 20, 2007, which opinion provides by its terms that it may be relied upon by the officers of the Company.

As of the date hereof, immediately after giving effect to the Second Step Transactions, the Borrower is Solvent.

[SIGNATURE ON FOLLOWING PAGE]

CH1 4099370v.2

21  IN WITNESS WHEREOF, the undersigned has executed and delivered this Certificate as of the
22  date first above written.

23                                              TRIBUNE COMPANY

24                                              By: *[signature: Donald C. Gl...]*
25                                              Name:
26                                              Title:

27
28