# RESPONSIBLE OFFICER'S CERTIFICATE
## OF
## TRIBUNE COMPANY

### Dated December 20, 2007

The undersigned, Chandler Bigelow, certifies that he is the duly elected, qualified and acting Vice President of Tribune Company (the "Company"), a corporation duly organized and existing under the laws of the State of Delaware. This Certificate is being delivered pursuant to Section 2.17(b)(ii)(A) of that certain Credit Agreement (the "Credit Agreement"), dated as of May 17, 2007, among Tribune Company, as Borrower, the Lenders party thereto, JPMorgan Chase Bank, N.A., as Administrative Agent, Merrill Lynch Capital Corporation, as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A., and Barclay's Bank PLC as Co-Documentation Agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., and Banc of America Securities LLC, as Joint Lead Arrangers and Joint Bookrunners. All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Credit Agreement or incorporated therein.

The undersigned certifies in his capacity as Vice President of the Company that the representations of the Company and its Subsidiaries contained in Sections 4.01(a), (b) (other than clauses (ii) – (iv)), (c), (d), (g), (i) and (l)(ii) are true and correct in all material respects as of the date hereof, except to the extent any such representation, by its terms, refers to a different specific date, in which case as of such specific date.

*******

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the date first above written.

TRIBUNE COMPANY

By: _____

Name:    Chandler Bigelow
Title:    Vice President