

August 20, 2007

**Research Update:**

# Tribune Co.CCR Lowered to 'B+'; CW Until LBO Close; Then Lowered to 'B' with Neg. Outlook

**Primary Credit Analyst:**
Emile Courtney, CFA, New York (1) 212-438-7824;emile_courtney@standardandpoors.com

## Table Of Contents

Rationale

Ratings List

© Standard & Poor's. All rights reserved. No reprint or dissemination without Standard & Poor's permission.
See Terms of Use/Disclaimer on the last page.

Highly Confidential - Attorneys' Eyes Only                                                              JPM_00334801

Research Update:

# Tribune Co.CCR Lowered to 'B+'; CW Until LBO Close; Then Lowered to 'B' with Neg. Outlook

## Rationale

On August 20, 2007, Standard & Poor's Ratings Services lowered its ratings on Tribune Co. one notch, including lowering the corporate credit rating to 'B+' from 'BB-' and the bank loan rating to 'BB' from 'BB+'. All ratings will remain on CreditWatch with negative implications until the close of the company's LBO valued at slightly less than $14.5 billion, including the assumption and repayment of approximately $5.7 billion of debt (including the principal amount of the company's PHONES). Based on our analysis of Tribune's expected operating performance and cash flow generation compared to our previous expectations, and the proposed capital structure, we have determined that at the close of the LBO transaction, we would lower the corporate credit rating to 'B' with a negative outlook. This incorporates an estimated $290 million in proceeds to be received from the settlement of the Matthew Bender tax case and cash available of $262 million at July 1, 2007, in addition to expected debt reduction from planned asset sale proceeds, including the sale of the Chicago Cubs and the company's 25% interest in Comcast SportsNet Chicago.

Upon the close of the LBO, the negative outlook at the 'B' corporate credit rating represents a revision in the expected outlook from stable, and reflects deterioration in expected operating performance and cash flow generation compared to previous expectations. We have factored into this conclusion our expectation that newspaper advertising and circulation revenue at Tribune would decline in 2008, however at lower rates than expected in 2007. Partially offsetting this is our expectation that Tribune would benefit from modestly improved performance in its broadcasting unit in 2008 and that cash operating expenses would decline due to lower labor costs. Given current trends, however, we expect Tribune would be challenged to improve EBITDA in 2008. As a result, the 'B' rating relies upon Tribune completing expected asset sales and other transactions worth up to approximately $1 billion over the near-to-intermediate term and reducing its amortizing term loan X, which had $1.4 billion outstanding at June 2007. Absent expected prepayments, as of June 2007 term loan X will require mandatory principal payments of $650 million in December 2008 and the remaining $750 million in June 2009. Interest coverage upon close of the LBO is expected to be 1.3x and leverage more than 9.5x, pro forma for new debt issued net of expected asset sale and other proceeds.

The current 'B+' corporate credit rating reflects the completion of the first of two steps to close Tribune's LBO. In May 2007, Tribune tendered for $4.3 billion in common shares and refinanced $2.8 billion in debt, funded by the company's $10.1 billion senior secured credit facility closed in May and June 2007 (the facility includes a $750 million revolver and a $2.1 billion

Highly Confidential - Attorneys' Eyes Only                                                      JPM_00334802

*Research Update: Tribune Co.CCR Lowered to 'B+; CW Until LBO Close; Then Lowered to 'B' with Neg. Outlook*

incremental term loan that will partly finance step two of the LBO). In addition, to date Sam Zell has made an initial $250 million investment in Tribune and the company's employee stock ownership plan (ESOP) purchased $250 million of newly issued Tribune stock. Proceeds from the incremental term loan, an expected $2.1 billion unrated bridge facility, combined with a $65 million incremental investment from Zell (bringing the total investment by Zell to $315 million at close) and $215 million in option exercise proceeds, would be used, among other things, to repurchase the remaining outstanding shares of Tribune and pay transaction fees and expenses. The downgrade to 'B+' reflects deterioration in expected operating performance and cash flow generation compared to our previous estimates. However, incorporating expected prepayment of Tribune's term loan X over the near-to-intermediate term from asset sales, the tax settlement, and other proceeds of up to approximately $1 billion, interest coverage would be expected to remain above 2x and leverage would be near 7x beginning in 2008.

In addition, we recognize that Tribune's business is a portfolio of discrete assets, many of which would be readily marketable under normal market conditions. Given the variability in recent cash flow performance, a stated strong willingness on the part of Tribune -- provided there is also the ability -- to sell additional assets if needed, would be a key ratings factor in the event of further deterioration in operating fundamentals.

Ratings List

© Standard & Poor's. All rights reserved. No reprint or dissemination without Standard & Poor's permission. See Terms of Use/Disclaimer on the last page.

Highly Confidential - Attorneys' Eyes Only                                JPM_00334803

Copyright 2007 Standard & Poor's, a division of The McGraw-Hill Companies, Inc. ("S&P"). S&P and/or its third party licensors have exclusive proprietary rights in the data or information provided herein. This data/information may only be used internally for business purposes and shall not be used for any unlawful or unauthorized purposes. Dissemination, distribution or reproduction of this data/information in any form is strictly prohibited except with the prior written permission of S&P. Because of the possibility of human or mechanical error by S&P, its affiliates or its third party licensors, S&P, its affiliates and its third party licensors do not guarantee the accuracy, adequacy, completeness or availability of any information and is not responsible for any errors or omissions or for the results obtained from the use of such information. S&P GIVES NO EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE. In no event shall S&P, its affiliates and its third party licensors be liable for any direct, indirect, special or consequential damages in connection with subscriber's or others' use of the data/information contained herein. Access to the data or information contained herein is subject to termination in the event any agreement with a third-party of information or software is terminated.

Analytic services provided by Standard & Poor's Ratings Services (Ratings Services) are the result of separate activities designed to preserve the independence and objectivity of ratings opinions. The credit ratings and observations contained herein are solely statements of opinion and not statements of fact or recommendations to purchase, hold, or sell any securities or make any other investment decisions. Accordingly, any user of the information contained herein should not rely on any credit rating or other opinion contained herein in making any investment decision. Ratings are based on information received by Ratings Services. Other divisions of Standard & Poor's may have information that is not available to Ratings Services. Standard & Poor's has established policies and procedures to maintain the confidentiality of non-public information received during the ratings process.

Ratings Services receives compensation for its ratings. Such compensation is normally paid either by the issuers of such securities or third parties participating in marketing the securities. While Standard & Poor's reserves the right to disseminate the rating, it receives no payment for doing so, except for subscriptions to its publications. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.

Any Passwords/user IDs issued by S&P to users are single user-dedicated and may ONLY be used by the individual to whom they have been assigned No sharing of passwords/user IDs and no simultaneous access via the same password/user ID is permitted. To reprint, translate, or use the data or information other than as provided herein, contact Client Services, 55 Water Street, New York, NY 10041; (1) 212.438.9823 or by e-mail to: research_request@standardandpoors.com.

Copyright © 1994-2007 Standard & Poor's, a division of The McGraw-Hill Companies. All Rights Reserved.

Standard & Poor's **RatingsDirect** | August 20, 2007                                    4

Highly Confidential - Attorneys' Eyes Only                                               JPM_00334804