

Global Credit Research
Rating Action
29 NOV 2007

Rating Action: Tribune Company

## Moody's Lowers Tribune's CFR to B1, Ratings Remain on Review for Downgrade

**Approximately $10.3 billion of debt instruments affected**

New York, November 29, 2007 -- Moody's Investors Service downgraded Tribune Company's ("Tribune") Corporate Family rating to B1 from Ba3, Probability of Default rating to B1 from Ba3 and associated debt ratings as detailed below. The downgrade reflects Moody's estimate that projected advertising revenue, EBITDA and cash flow generation will be lower than previously anticipated in 2008 and 2009 as a result of the ongoing challenges associated with a difficult revenue environment facing the newspaper industry including a soft residential real estate market and heightened competition from alternative advertising channels such as the Internet. The rating agency stated that debt protection measures will be meaningfully weaker than anticipated on April 23, 2007, the date of the prior rating action. Specifically, debt-to-EBITDA and free cash flow-to-debt in 2009 are likely to be in the range of 6.5x and 3%, respectively, notwithstanding tax settlement and asset sale proceeds in excess of Moody's prior projections. The rating action is unrelated to Tribune's plan to go private in a transaction led by Sam Zell (the "Zell-ESOP transaction") and all ratings remain on review for downgrade due the transaction.

Downgrades:

..Issuer: Tribune Company

....Corporate Family Rating, Downgraded to B1 from Ba3

....Probability of Default Rating, Downgraded to B1 from Ba3

....Issuer Rating, Downgraded to B3 from B2

....Senior Secured Bank Credit Facility, Downgraded to Ba3, LGD3-36% from Ba2, LGD3-37%

....Senior Unsecured Regular Bond/Debenture, Downgraded to B3, LGD5-84% from B2, LGD5-84%

....Senior Unsecured Medium-Term Note Program, Downgraded to B3 from B2

....Subordinate notes (PHONES), Downgraded to B3, LGD6-93% from B2, LGD6-93%

....Multiple Seniority Shelf, Downgraded to (P)B3 from (P)B2

Moody's also indicated that completion of the Zell-ESOP transaction would result in a further downgrade of the CFR to B3 with a stable rating outlook. This is one notch lower than Moody's earlier expectation for a B2 CFR upon completion of the privatization plan. Moody's believes the aforementioned reduction in earnings through 2009 will lead to debt-to-EBITDA in an 8.5-9.5x range for 2009 and EBITDA less capital expenditures to interest in a 1-1.2x range. These metrics are weaker than the levels Moody's had previously anticipated at the B2 CFR rating, including debt-to-EBITDA of 8.25x or lower by 2009 and EBITDA less capital expenditures to interest sustained above 1.2x. Tribune's shareholders approved the privatization plan in August 2007 and Tribune plans to close the transaction by the end of 2007 pending receipt of necessary FCC cross ownership waivers.

If the Zell-ESOP transaction is not completed, Moody's expects to confirm the B1 CFR with a stable rating outlook.

Tribune Company, headquartered in Chicago, Illinois, is a leading media company with revenue of approximately $5.2 billion from continued operations, is the second largest U.S. newspaper publisher, and also operates television and radio broadcasting and interactive services. The company owns 23 television stations including a VHF station in each of the top three metro markets, and TV-newspaper duopolies in New York, Los Angeles, Chicago, Miami, and Hartford. In addition, Tribune owns equity interests in a variety of media enterprises including CareerBuilder and the Food Network.

rofessionals' Eyes Only

New York
John E. Puchalla
Asst Vice President – Analyst
Corporate Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

New York
Mark Gray
Managing Director
Corporate Finance Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

© Copyright 2007, Moody's Investors Service, Inc. and/or its licensors including Moody's Assurance Company, Inc. (together, "MOODY'S"). All rights reserved.

ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY COPYRIGHT LAW AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. All information contained herein is obtained by MOODY'S from sources believed by it to be accurate and reliable. Because of the possibility of human or mechanical error as well as other factors, however, such information is provided "as is" without warranty of any kind and MOODY'S, in particular, makes no representation or warranty, express or implied, as to the accuracy, timeliness, completeness, merchantability or fitness for any particular purpose of any such information. Under no circumstances shall MOODY'S have any liability to any person or entity for (a) any loss or damage in whole or in part caused by, resulting from, or relating to, any error (negligent or otherwise) or other circumstance or contingency within or outside the control of MOODY'S or any of its directors, officers, employees or agents in connection with the procurement, collection, compilation, analysis, interpretation, communication, publication or delivery of any such information, or (b) any direct, indirect, special, consequential, compensatory or incidental damages whatsoever (including without limitation, lost profits), even if MOODY'S is advised in advance of the possibility of such damages, resulting from the use of or inability to use, any such information. The credit ratings and financial reporting analysis observations, if any, constituting part of the information contained herein are, and must be construed solely as, statements of opinion and not statements of fact or recommendations to purchase, sell or hold any securities. NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER WHATSOEVER. Each rating or other opinion must be weighed solely as one factor in any investment decision made by or on behalf of any user of the information contained herein, and each such user must accordingly make its own study and evaluation of each security and of each issuer and guarantor of, and each provider of credit support for, each security that it may consider purchasing, holding or selling.

MOODY'S hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by MOODY'S have, prior to assignment of any rating, agreed to pay to MOODY'S for appraisal and rating services rendered by it fees ranging from $1,500 to approximately $2,400,000. Moody's Corporation (MCO) and its wholly-owned credit rating agency subsidiary, Moody's Investors Service (MIS), also maintain policies and procedures to address the independence of MIS's ratings and rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold ratings from MIS and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually on Moody's website at www.moodys.com under the heading "Shareholder Relations - Corporate Governance - Director and Shareholder Affiliation Policy."