**FitchRatings**
KNOW YOUR RISK

# FITCH DOWNGRADES TRIBUNE'S IDR TO 'B-'; OUTLOOK NEGATIVE

Fitch Ratings-Chicago-20 December 2007: Fitch Ratings has downgraded and removed from rating watch Tribune Co.'s (NYSE: TRB) ratings. The action is in conjunction with today's announcement that the second step of TRB's going private transaction has closed. The ratings have been removed from Rating Watch Negative. The Rating Outlook is Negative.

Fitch has downgraded the following ratings:
--Issuer Default Rating (IDR) to 'B-' from 'B+';
--Senior secured revolving credit facility to 'B/RR3' from 'BB/RR2'.
--Senior unsecured notes to 'CCC/RR6' from 'B-/RR6';
--Subordinated exchangeable debentures due 2029 to 'CCC-/RR6' from 'CCC+/RR6'.

Fitch has also assigned the following rating:
--Senior unsecured bridge loan 'CCC/RR6'.

Fitch's ratings reflect the significant debt burden the transaction places on the company's balance sheet while its revenue and cash flow have been declining. Fitch believes newspapers and broadcast affiliates (particularly in large markets where there is more competition for advertising dollars) face meaningful secular headwinds that could lead to more cash flow volatility in the future. With fixed-charge coverage estimated to be below 1.3 times (x), there is very little room to endure a cyclical downturn. In addition, the rating continues to reflect volatile newsprint prices and the threat of emerging technologies on the economics of the pure-play broadcasting affiliate business. These concerns are balanced somewhat by the quality and geographic diversity of the company's assets as well as the success of several of the company's on-line investments. Also, the company's assets are separable from the company and provide some capacity to potentially postpone financial distress.

Other than the $1.6 billion bridge loan, the borrower's obligations will be secured by the pledge of all of the capital stock of Tribune Finance LLC and Tribune Broadcasting Holdco LLC. The existing notes and debentures will be secured equally and ratably by the pledge of capital stock of Tribune Finance LLC and Tribune Broadcasting Holdco LLC as required by the indentures of the existing notes. However, the security does not provide a meaningful benefit to existing bondholders as they will be structurally subordinated. In the event of default, the bank facilities and the bridge facility will have priority ahead of the existing notes and debentures by virtue of having senior and senior subordinated guarantees. Tribune Broadcasting Holdco LLC and Tribune Finance LLC are the senior guarantors of the bank facility and incremental facility and the junior guarantors of the bridge facility. The existing notes, debentures and PHONES will not receive guarantees. Financial covenants in the credit facility include maximum guaranteed leverage of 9.0x, stepping down to 8.25x after 2010, and an interest coverage minimum of 1.1x.

The rating action for the company's first-priority credit facilities (which include the incremental $2.105 billion term loan B), reflect Fitch's belief that 51%-70% recovery is reasonable in financial distress. While recognizing its higher level of priority due to its second-priority guarantee, Fitch assigns a recovery rating 'RR6' to the new $1.6 billion bridge loan. The existing senior unsecured and subordinated exchangeable debentures (PHONES) also have a recovery rating of 'RR6'. Given their subordination in the capital structure, the PHONES are rated three notches from the IDR, one notch lower than the bridge loan and senior unsecured notes. The 'RR6' recovery rating reflects Fitch's estimate that negligible recovery would be achievable due to Fitch's estimates of less than 100% recovery by the first-priority bank loans and the subordination in the capital structure.

Per Fitch's hybrid criteria, pro forma leverage of approximately 10x is calculated assigning 50% equity credit to participating hybrid option notes exchangeable for stock (PHONES) subordinated debt. Fitch expects leverage to remain high over the rating horizon. Pro forma liquidity is supported by a $750 million revolving bank credit facility. Fitch notes that the terms of the Tranche X Facility

Professionals' Eyes Only

TRB0292938

heighten refinancing risk as there is a $750 million mandatory amortization payment in 2008 with the remaining principal coming due mid-year 2009. Fitch expects these payments could be satisfied with asset sales, including the sale of Chicago Cubs and the company's 25% stake in Comcast SportsNet Chicago.

The Negative Outlook reflects Fitch's belief that there are significant secular pressures facing newspapers and broadcast affiliate industries, as advertising dollars are being redirected toward the emerging mediums to the detriment of traditional media. Both businesses face the risk of margin compression as these revenue pressures are coupled with cost structures that are fixed or contain elements that are largely outside of management's control. There is a limited margin of safety around the bank facility covenant thresholds to endure these threats in a cyclical downturn.

For further information see Fitch's press release 'Fitch Rates Tribune Facility 'BB'; Downgrades IDR to 'B+'; Watch Negative' dated May 3, 2007 and available on the Fitch Ratings web site 'www.fitchratings.com'.

Fitch's Recovery Ratings (RR) are a relative indicator of creditor recovery prospects on a given obligation within an issuers' capital structure in the event of a default.

Contact: Mike Simonton, CFA +1-312-368-3138, Chicago or Jamie Rizzo, CFA +1-212-908-0548, New York.

Media Relations: Brian Bertsch, New York, Tel: +1 212-908-0549.

Fitch's rating definitions and the terms of use of such ratings are available on the agency's public site, 'www.fitchratings.com'. Published ratings, criteria and methodologies are available from this site, at all times. Fitch's code of conduct, confidentiality, conflicts of interest, affiliate firewall, compliance and other relevant policies and procedures are also available from the 'Code of Conduct' section of this site.

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**


TRB0292939