**From:** ratingsdirect@standardandpoors.com  
**Sent:** 12/20/2007 3:38 PM  
**To:** Baker, Todd (IBK-NY)  
**Cc:**  
**Bcc:** Baker, Todd (IBK-NY)  
**Subject:** DOWNGRADE-CREDITWATCH/OUTLOOK: Tribune Co.

Standard & Poor's RatingsDirect Rating Action Update
Baker Alert Profile 1 (Global Issuers Corporations, Media & Entertainment)
20-Dec-2007 03:36 PM EST
DOWNGRADE-CREDITWATCH/OUTLOOK

Tribune Co.
Issuer Credit Rating
Global Scale Rating: Local Currency To: B/Negative/NR From: B+/Watch Neg/NR

Click on URL below for more details. If you are already logged in to RatingsDirect, the Ratings page will automatically display. If you are not currently logged in to RatingsDirect, the Login page displays. Once you login, the Ratings page displays.

Rating Action Page: https://www.ratingsdirect.com/Apps/RD/controller/Ratings?entity_id=108175&from=Alert

Update Your Email Address:
https://www.ratingsdirect.com/Apps/RD/controller/AlertHome?from=Alert

---

Ref#: 142451501 The information contained in this message is intended only for the recipient, may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by replying to the message and deleting it from your computer.



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    ML-TRIB-0365941