# TRIBUNE

## BOARD OF DIRECTORS MEETING
## October 17, 2007

**Master Copy**

**Confidential**

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB-UR-0414676

Crane H. Kenney
Senior Vice President/General Counsel
& Secretary
312/222-2491

# TRIBUNE

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611
fax: 312/222-4206
e-mail: ckenney@tribune.com

October 10, 2007

Dennis J. FitzSimons
Enrique Hernandez, Jr.
Betsy D. Holden
Robert S. Morrison

William A. Osborn
Dudley S. Taft
Samuel Zell

Enclosed is a notebook for use at the Board of Directors meeting to be held on the 24th floor of Tribune Tower on Wednesday, October 17, 2007.  Audit Committee members will also find an agenda and information for their meeting in the notebooks.

Blue books (3rd quarter financials) will be distributed to the Board via Federal Express on Saturday, October 13th and a draft press release and the PricewaterhouseCoopers quarterly report will be circulated to Audit Committee members at the meeting on Wednesday.

The schedule for Wednesday is as follows:

| Date | Meeting | Location | Time |
|------|---------|----------|------|
| Wed., Oct. 17 | Audit Committee | McCormick Room | 7:30 a.m. |
| Wed., Oct. 17 | Board of Directors | Patterson Room | 9:00 a.m. |

A continental breakfast will be available at the Committee and Board meetings and there will be an informal buffet luncheon for directors immediately following the Board meeting.  The luncheon will be held in the McCormick Room on the 24th floor of Tribune Tower.  Airport transportation will be available at the conclusion of the lunch.

I look forward to seeing you, and please contact me if you have any questions.

Sincerely,

CHK/bap

Dennis J. FitzSimons
Chairman, President and
Chief Executive Officer
312/222-3373

# TRIBUNE

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611
fax: 312/222-3203
e-mail: dfitzsimons@tribune.com

*Via Federal Express*

October 10, 2007

Enrique Hernandez, Jr.          William A. Osborn
Betsy D. Holden                 Dudley S. Taft
Robert S. Morrison              Samuel Zell

Enclosed is the Board book for our October meeting.

Additionally, here is a brief overview of general business conditions and recent company developments.

Overall

Preliminary third quarter results are in. Diluted EPS of $0.38 was $0.15 higher than our projection due to a combination of better revenues, strong expense controls and several favorable one-time items. On an EBIT basis, we are $30 million ahead of our last projection, including $4.6 million in higher revenues and lower costs, a one-time $18 million increase in copyright royalty revenues. Equity income was over $6 million ahead of projection.

Publishing and Interactive

Current business conditions – Revenue trends improved slightly in the third quarter, down 7% from the prior year, compared to down 9% in the second quarter. Cyclical classified ad trends, particularly in Florida and Los Angeles, continue to be a drag on overall revenue performance with total classified revenue for the quarter down 18%. We are encouraged by improved national advertising in the quarter, up 2% led by better Tribune Media Net sales, the first quarterly increase since 2004. Cash expenses were down 7% for the quarter, which offset over 70% of the revenue decline. While we met our projections, operating cash flow for the quarter was down $19 million, or 10% from last year. Cash flow results vary significantly by market with Florida down over 30%, Los Angeles down 15%, and Chicago up versus last year.

Circulation – Circulation results should be slightly better than the expected results at other large newspapers. Individually paid circulation for Tribune Publishing newspapers is expected to be down 2% daily and 3.5% on Sunday for the six-month ABC reporting period that ended September 30. Circulation revenue trends are improving as several newspapers have recently raised certain home delivery subscription and single copy prices. Circulation revenues for the third quarter are down approximately 4.6% vs. 6.5% and 6.2% in the first two quarters, respectively.

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414678

Page 2

Free Newspapers – This fall we are significantly expanding the distribution of *RedEye* and *Hoy* in Chicago and *Fin de Semana* in Los Angeles to meet reader demand and grow ad revenue. Advertising results have also shown strong growth recently at *amNewYork*.

Commercial Delivery – In August, the *Chicago Tribune* entered into an agreement to begin delivering the *Sun-Times* and its affiliated newspapers in the Chicago market. The 10-year agreement will generate annual revenue and cash flow of approximately $31 million and $9 million, respectively. By early October, we assumed delivery responsibility for all *Sun-Times* newspapers in the market, except single copy within the city limits of Chicago. We are advancing discussions on shared newspaper delivery in many of our other markets as well.

*Newsday* and CBA – *Newsday* has entered into a joint preprint distribution agreement with CBA, which is owned by Harold Matzner. CBA started a competing preprint business after we terminated a sales agency relationship with them in 2005. CBA will distribute preprints for us in New York City and we will distribute for them on Long Island. This new arrangement will improve *Newsday*'s cash flow by over $8 million per year, help Sunday readership and limit exposure under a new "Anti-Litter" law in the city that applies to print products without editorial content. We expect advertisers to react favorably to the combined distribution, and we do not foresee any legal or ethical issues with this new, arms-length CBA relationship. *Newsday* is currently negotiating exit costs from terminating its current packaging and distribution contracts in New York City.

*Newsday* Legal Matters – We are finalizing a non-prosecution agreement with the U.S. Attorney's office that resolves any government claims against Tribune, *Newsday* and *Hoy* for past circulation misstatements made by former *Newsday* employees. As reported to the Board earlier, Tribune will pay $15 million as a civil forfeiture and publicly accept the Justice Department's findings that mirror public statements made after *Newsday*'s internal investigation. Presently, we are awaiting formal and final approval of the agreement from the U.S. Attorney for the Eastern District of New York. Sentencing of the former *Newsday* employees responsible for the circulation misstatements, which has been delayed several times, is scheduled for November 12.

In the past six weeks, two more of the auto dealer plaintiffs in the antitrust suit brought against *Newsday* have broken ranks and negotiated individual settlements with *Newsday*. These settlements have caused at least two other larger auto dealers to inquire about resolving their claims. Furthermore, the U.S. District Court for the Eastern District of New York dismissed the fraud claims against *Newsday* and Tribune, stating that these claims need to be made more specific. With the dismissal and the defections, we anticipate the remaining dealer plaintiffs will pressure their attorneys to reach a global resolution of this matter.

Outsourcing – During the quarter, we signed an outsourcing agreement with Hewlett Packard (HP) for our advertising billing, credit and collections functions. About 140 positions will be eliminated, certain functions will be centralized at the service center in Chicago, and HP will do about 60% of the work in these functional areas, primarily in Costa Rica. We made the

Page 3

announcement to the impacted employees in September. Transitions will begin in February and run through July of next year. We expect full-year savings of about $8 million.

Labor matters – "First contract" negotiations in the *Los Angeles Times* pressroom will begin November 1 with the GCC/IBT (Graphics Communications Conference of the International Brotherhood of Teamsters). We are actively preparing for negotiations and any union disruptions. Teamsters' delivery contracts in Chicago and Baltimore will also be up for renewal in December.

Interactive – Third quarter interactive revenues increased 9% over the same period last year. Non-classified revenue was up 30% and classified revenue was up 5%. Tribune Interactive's websites drew over 16 million average monthly unique visitors during the month of August.

During the third quarter, Tribune Interactive completed deployment of the Gen3 design to enhance users' experience on Tribune's newspaper websites. Gen3 includes new features and functionality, such as user-generated content, improved navigation and search functions, and a simplified look and feel. Gen3 also provides consistent ad positions and a common framework that will enable future website upgrades to be rolled out faster across all our markets.

CareerBuilder's third quarter revenues are projected to grow 18% over the same period last year. CareerBuilder drew 22 million monthly unique visitors during the third quarter, compared to Monster's 12 million and HotJobs' 19 million.

Broadcasting/Entertainment

Current business conditions – Third quarter ad revenue for our television group improved as the quarter progressed with July down 7%, August and September down 4%. Excluding political, the group's ad revenue was down 3% for the quarter. Advertising demand was soft across most ad categories, with the exception of telecom, health care and corporate food/packaged goods. Nonetheless, New York finished the quarter strong, up 10% in September on improved ratings from new syndicated programming and the CW network's fall launch. Chicago also had a good September.

Strong political spending in the fourth quarter of 2006 makes for difficult comparisons as the political demand on inventory caused advertisers to place business earlier last year. Telecom, corporate food/packaged goods and unwired network are the key category drivers for the fourth quarter. Increased demand in the broadcast and cable network scatter markets is making national spot television more efficient for advertisers on a relative basis and driving growth in the corporate and unwired ad categories.

New Syndicated Programming – Our station group successfully launched the top two new syndicated sit-coms, *Two and a Half Men* and *Family Guy*, on September 10. The shows are delivering solid rating increases over last October's programming for the group, particularly

Page 4

in male demographics. We are also encouraged by the week-over-week ratings improvement since the new programming premiered.

CW Network – Although only a few weeks into the new network season, our CW stations are reporting strong results. CW prime revenue was up over 30% in September. Many of our stations' evening newscasts are also benefiting from the improved primetime lead-in.

**********

The Blue Book with our final third quarter results will be sent to you this Friday.

I look forward to seeing you on October 17. If you have questions prior to the meeting, please feel free to call.

Sincerely,

Dennis FitzSimons

Enclosure

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

### TRIBUNE COMPANY
### BOARD OF DIRECTORS MEETING
### WEDNESDAY, OCTOBER 17, 2007 (9:00 A.M.)
### PATTERSON BOARD ROOM
### 24th FLOOR, TRIBUNE TOWER

### AGENDA

|  | TAB |
|---|---|
| Executive session | |
| Approve minutes of July 18 and September 28, 2007 Board of Directors meetings and August 21, 2007 Special Shareholders meeting | 1 |
| Preferred stock dividend | 2 |
| Development update | 3 |

- Formation of Metromix JV

- Sale of SCNI

- Sale of KTLA studio

Third-quarter operating results and fourth-quarter projections

| | |
|---|---|
| Stock performance report | 4 |
| 5 year projections: base case and sensitivities | 5 |
| Debt market update | |
| ESOP transaction update | 6 |

- FCC

- Valuation Research: Solvency Opinion

- Tribune financing

Audit Committee report

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

1

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only
TRB-UR-0414683

**TRIBUNE COMPANY**
**BOARD OF DIRECTORS MEETING**
**JULY 18, 2007**

The Tribune Company Board of Directors met at 9:00 a.m. on Wednesday, July 18, 2007, at Tribune Tower, Chicago, Illinois, pursuant to notice.  The meeting was attended by Dennis J. FitzSimons, Betsy D. Holden, William A. Osborn, Dudley S. Taft, Miles D. White and Samuel Zell.  Enrique Hernandez, Jr. and Robert S. Morrison participated via telephone.

Portions of the meeting were attended by Chandler Bigelow, Donald C. Grenesko, Tony Hunter, Crane H. Kenney, Timothy J. Landon, Thomas D. Leach, John E. Reardon, Shaun Sheehan, Scott C. Smith and Kara Walsh.

Mr. FitzSimons acted as chairman of the meeting and Mr. Kenney acted as secretary.

Mr. FitzSimons called the meeting to order at 9:00 a.m.

**EXECUTIVE SESSION**

The directors met in executive session at the beginning of the meeting.

**APPROVAL OF MINUTES**

A motion was made, seconded and approved to adopt the minutes of the May 9 and May 21, 2007 Board of Directors meetings and the May 9, 2007 Annual Shareholders meeting.

**PREFERRED STOCK DIVIDEND**

A motion was made, seconded and approved to adopt the following resolutions:

> RESOLVED, that there is hereby declared a dividend of $8.9375 per share on the Series D-1 Convertible Preferred Stock of the Company payable on September 13, 2007 to stockholders of record at the start of business on September 13, 2007.

**SECOND QUARTER OPERATING RESULTS/STOCK PERFORMANCE REPORT**

Mr. Grenesko reviewed the second quarter operating results of each of the Company's lines of business and commented on factors impacting the results.  Mr. Grenesko next reviewed the performance of the Company's stock and market factors affecting the stock.  Mr. Grenesko also reviewed operating performance trends for the Company compared to its industry peers.  Mr. Grenesko then answered questions from the Board of Directors.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

## DEVELOPMENT UPDATE

Mr. Leach discussed a written report submitted to the Board prior to the meeting regarding the status of current development activities. A discussion followed Mr. Leach's presentation.

## SCNI UPDATE

Mr. Smith reviewed the status of the Company's proposed sale of Southern Connecticut Newspapers, Inc. (SCNI). Given the preliminary stage of discussions with several interested parties, management requested authority to sell SCNI on terms and conditions to be approved by the Executive Committee of the Board of Directors. Following discussion, a motion was made, seconded and approved to adopt the following resolution:

> RESOLVED, that the Executive Committee of the Board of the Directors is hereby authorized (with full power of delegation) to approve the sale by the Company (or any affiliate thereof) of Southern Connecticut Newspapers, Inc. on terms and conditions to be approved by the Executive Committee.

## LEVERAGED ESOP TRANSACTION UPDATE

Messrs. Kenney, Bigelow and Sheehan presented an update on the leveraged ESOP transaction. Mr. Kenney reported on the status of the special shareholders meeting, the shareholder derivative lawsuit, the alleged PHONES covenant default and the status of the Mathew Bender settlement and related unwind of the Mathew Bender and Mosby tax structures. Mr. Sheehan reported on the status of the FCC approval process.

Mr. Bigelow then provided a financing update including a discussion of alternatives for completing the second step financing in the face of tighter market conditions and the Company's current operating results. Mr. Bigelow also reported on certain interest rate hedging transactions undertaken to reduce the Company's interest rate risk. Mr. Bigelow then presented several alternative financing strategies that could enable the Company to repay Term Loan X more quickly and facilitate a successfully syndicated second step financing, including a proposed asset-backed commercial paper facility. Following discussion, a motion was then made, seconded and approved to adopt the following resolutions:

> WHEREAS, the Company is party to that certain (i) Indenture, dated as of March 1, 1992 between the Company and Citibank, N.A. (successor to Continental Bank, National Association, Bank of Montreal Trust Company and Bank of New York), as trustee, as supplemented and/or amended (the "1992 Indenture") and (ii) Indenture, dated as of January 1, 1997, between the Company and Citibank, N.A. (successor to Bank of Montreal Trust Company and Bank of New York), as trustee, as supplemented and/or amended (the "1997 Indenture");

2

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

WHEREAS, on May 17, 2007, the Company entered into a definitive Credit Agreement (the "Credit Agreement") by and among the Company, as borrower, the lenders party thereto, JPMorgan Chase Bank, N.A., as administrative agent, Merrill Lynch Capital Corporation, as syndication agent, Citicorp North America, Inc., Bank of America, N.A. and Barclay's Bank plc, as co-documentation agents, and J.P. Morgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc. and Banc of America Securities LLC, as joint lead arrangers and joint bookrunners;

WHEREAS, it is proposed that the Company or one or more of its Subsidiaries (collectively, "Tribune") enter into one or more receivables financing facilities in an aggregate amount not to exceed the amount permitted for such purposes by the Credit Agreement (each a "Receivables Facility"), each which Receivables Facility is expected to provide Tribune with a flexible and low cost source of liquidity;

WHEREAS, each Receivables Facility is expected to be entered into through a newly-formed, wholly-owned, bankruptcy-remote, special purpose subsidiary (each such subsidiary, a "Receivables SPE"), which Receivables SPE will (i) obtain, by way of transfer, assignment, purchase or other disposition, receivables, unbilled revenue related thereto and other assets related thereto (collectively, "Receivables") from Tribune and (ii) transfer, assign, sell, pledge or otherwise dispose of such Receivables in connection with a financing transaction related thereto;

WHEREAS, in connection with each such Receivables Facility, Tribune may act as an originator and/or a servicer of the Receivables subject to such Receivables Facility; and

WHEREAS, it is deemed to be in the best interests of Tribune to enter into Receivables Facilities to obtain flexible and low cost sources of liquidity.

NOW, THEREFORE, BE IT RESOLVED, that each Receivables Facility be, and hereby is, approved, ratified and adopted in all respects, including the formation of each Receivables SPE, the transfer, assignment, sale or other disposition of the Receivables from Tribune to Receivables SPE, the transfer, assignment, sale, pledge or other disposition from Receivables SPE in connection with a financing transaction related thereto, the origination and servicing of such Receivables by Tribune and any related actions or transactions (collectively, the "Receivables Facility Transactions");

FURTHER RESOLVED, that the proper officers of the Company be, and each of them hereby is, authorized, directed and empowered, in the name of and on behalf of the Company, to (i) execute for, in the name of and on behalf of the Company, any and all instruments, documents and agreements deemed necessary or desirable by the liquidity providers under the Receivables Facilities (the "Liquidity Providers") in order to evidence the Receivables Facility Transactions properly in accordance with any requirements established by such Liquidity Providers, including renewals, extensions and/or

3

TRB-UR-0414686

amendments of any such instruments, documents and agreements (individually and collectively, the "Receivables Facilities Documents"), all in the form required by the Liquidity Providers and approved by the proper officers of the Company executing same, the execution of same by such officers to constitute conclusive evidence of the approval of same, (ii) take from time to time any actions deemed necessary or desirable by the proper officers of the Company to establish the Receivables Facilities and to evidence the Receivables Facility Transactions properly in accordance with the Receivables Facilities Documents and any other requirements established by the Liquidity Providers, and to cause the Company to enter into and perform all of its obligations pursuant to the Receivables Facilities Documents or otherwise in connection with the Receivables Facility Transactions and (iii) execute from time to time renewals, extensions and/or amendments to the Receivables Facilities Documents;

RESOLVED, that the proper officers of the Company be and hereby are authorized, directed and empowered, in the name of and on behalf of the Company, to take any and all such actions and to do any and all such things, including without limitation the execution and delivery of all such further agreements, amendments to the Receivables Facilities Documents, documents, certificates, instruments and undertakings, and to incur such fees and expenses, as in the judgment of any of the proper officers may be deemed necessary, desirable, advisable, expedient, convenient or proper to carry out or fulfill the purposes and intent of the foregoing resolutions, and all acts and prior acts of such officers in any way relating to or arising from, or that are in conformity with the purposes and intent of, these resolutions and the instruments and agreements referred to herein and therein are hereby approved, ratified and confirmed in all respects;

FURTHER RESOLVED, that all actions heretofore taken by any of the directors, officers, employees, representatives or agents of the Company or any of its affiliates in connection with the foregoing resolutions be, and each of the same hereby is, ratified, confirmed and approved in all respects as the act and deed of the Company; and

FURTHER RESOLVED, that for purposes of the 1992 Indenture and the 1997 Indenture, including Section 10.07 thereof, the Board hereby approves the exclusion of each Receivables SPE from the definition of "Restricted Subsidiary" in each of the Indentures.

## SUN-TIMES NEWS GROUP DISTRIBUTION AGREEMENT

Mr. Hunter outlined the terms of a proposed distribution outsourcing arrangement between Sun-Times News Group (STNG) and Chicago Tribune Company (CTC) whereby STNG would outsource to CTC all home delivery and suburban single-copy delivery of the Chicago Sun-Times and most of STNG's suburban publications. A discussion followed Mr. Hunter's presentation.

4

**METROMIX UPDATE**

Ms. Walsh presented an update on the roll-out of Metromix to all of the Company's newspaper markets and the status of negotiations for a proposed joint venture with Gannett that would add Gannett's newspaper markets as affiliates. A discussion followed Ms. Walsh's presentation.

**COMPENSATION & ORGANIZATION COMMITTEE REPORT**

Mr. Morrison reported on the business discussed at the Compensation & Organization Committee meeting held earlier in the day.

Mr. Morrison noted that the Committee reviewed an executive compensation update presented by management. The update covered expected 2007 MIP payouts based on year-to-date operating results and a recap of the special incentive and long-term equity incentive awards previously approved by the Committee. A discussion followed Mr. Morrison's report.

**NOMINATING & GOVERNANCE COMMITTEE REPORT**

Mr. Hernandez reported on the business discussed at the Nominating & Governance Committee meeting held earlier in the day.

Mr. Hernandez reported that the Committee reviewed a potential Board candidate, but deferred formal action pending further review with outside counsel.

Mr. Hernandez next reported that the Committee reviewed the Board's size, structure and meeting frequency and agreed that no changes were required at this time.

Mr. Hernandez then reported that the Committee recommended that Mr. Zell be appointed to the Nominating & Governance Committee to fill the vacancy in the Committee resulting from Mr. Reyes resignation from the Board. In making this recommendation, the Committee noted that it determined that Mr. Zell is independent under both the NYSE listing standards and the categorical standards for independence included in the Board Governance Guidelines. Following discussion, a motion was made, seconded and approved to adopt the following resolutions:

> RESOLVED, that, in the business judgment of this Board, Samuel Zell is "independent" under the New York Stock Exchange listing standards and the categorical standards for independence set forth in the Board Governance Guidelines; and

> FURTHER RESOLVED, that Samuel Zell is appointed as a member of the Nominating & Governance Committee of the Board of Directors to hold office until the next Annual Meeting of Shareholders and until his successor is appointed.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB-UR-0414688

Mr. Hernandez also reported that the Committee recommends amending the By-Laws to eliminate the provisions of Article VIII governing the Chandler Trust director representatives (which are no longer operative due to their departure from the Board) and to reduce the general size of the Board from between 12-16 members to between 8-12 members.  Following discussion, a motion was then made, seconded and approved to adopt the following resolution:

> RESOLVED, that the amended By-Laws, substantially in the form presented at this meeting, are hereby adopted and approved.

Finally, Mr. Hernandez reported on the annual reviews of the Board Governance Guidelines and Committee charter and noted that the Committee is not recommending any changes to either the Governance Guidelines or the Committee charter at this time.

A discussion followed Mr. Hernandez's report.

**ADJOURNMENT**

There being no further business to come before the Board, the meeting was adjourned at 11:50 a.m.

_____
Secretary

6

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

**TRIBUNE COMPANY**
**BOARD OF DIRECTORS MEETING**
**SEPTEMBER 28, 2007**

The Tribune Company Board of Directors met at 8:00 a.m. on Friday, September 28, 2007, by conference telephone, pursuant to notice. The following directors participated in the meeting: Dennis J. FitzSimons, Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, Dudley S. Taft and Samuel Zell.

Chandler Bigelow, Donald C. Grenesko, Crane H. Kenney and Shaun Sheehan also participated in the meeting.

Mr. FitzSimons acted as chairman of the meeting and Mr. Kenney acted as secretary.

Mr. FitzSimons called the meeting to order at 8:00 a.m.

**UPDATE ON VALUATION RESEARCH**

Mr. Grenesko provided an update on the Company's recent presentations to Valuation Research Corporation (VRC) in connection with the solvency opinion to be rendered by VRC at the closing of the leveraged ESOP transaction. Mr. Grenesko also discussed planned meetings with Morgan Stanley to provide updated Company performance information and projections. Mr. Grenesko then answered questions from the Board.

**FINANCING UPDATE**

Mr. Bigelow reviewed the status of the Company's second step financing and conversations among the lead banks regarding the financing. Mr. Bigelow also reviewed the current debt market and reported transactions that were renegotiated as a result of market conditions. Mr. Bigelow then answered questions from the Board.

**LEGAL UPDATE**

Mr. Kenney then discussed the legal analysis of the lender's commitments and other conditions to closing the transaction, including obtaining FCC approval of the transaction. Mr. Sheehan then reviewed the Company's efforts with members of Congress and FCC commissioners to expedite the review process. Messrs. Kenney and Sheehan then answered questions from the Board.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

**BUSINESS UPDATE**

Mr. FitzSimons then reviewed current business trends and updated the Board on strategic developments, including resolution of the Matthew Bender tax dispute, the Cubs disposition and initial results from the Company's new television programming.  Mr. FitzSimons then answered questions from the Board.

**ADJOURNMENT**

There being no further business to come before the Board, the meeting was adjourned at 8:30 a.m.

_____
Secretary

2

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414691

# TRIBUNE COMPANY
## SPECIAL MEETING OF STOCKHOLDERS
### AUGUST 21, 2007

A Special Meeting of Stockholders of Tribune Company was held at Tribune Tower, Chicago, Illinois, on August 21, 2007, at 9:00 a.m., pursuant to notice. Dennis J. FitzSimons, Chairman, President and Chief Executive Officer, acted as Chairman of the meeting and Crane H. Kenney, Senior Vice President, General Counsel & Secretary, acted as Secretary of the meeting.

Mr. FitzSimons welcomed the stockholders and called the meeting to order.

**BUSINESS OF THE MEETING**

Mr. FitzSimons noted that lawful notice of the meeting had been given and that a quorum was present. He then declared the polls open.

Mr. FitzSimons summarized the proposal before the stockholders – to adopt the Agreement and Plan of Merger dated as of April 1, 2007 by and among Tribune Company, GreatBanc Trust Company, Tesop Corporation and EGI-TRB, L.L.C., thereby approving the merger of Tesop Corporation into Tribune Company resulting in Tribune Company becoming wholly owned by the Tribune Employee Stock Ownership Plan.

Mr. FitzSimons then asked if there were any questions or comments concerning the proposal and answered questions from the floor. After all questions were answered, Mr. FitzSimons declared the polls closed.

Mr. FitzSimons reported that the preliminary vote indicated that approximately 97% of the shares voted were cast in favor of the proposal and that the merger agreement and the merger have been approved by the Tribune stockholders. The preliminary vote in favor of the merger represented approximately 65% of the total shares outstanding and entitled to vote at the meeting.

A copy of the final Certification of Inspectors is attached to and incorporated into these minutes as Exhibit A.

**ADJOURNMENT**

There being no further business, the meeting was adjourned at 9:50 a.m.

_____
Secretary

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

**TRIBUNE COMPANY**
**AUGUST 21, 2007 SPECIAL MEETING OF SHAREHOLDERS**

**CERTIFICATION OF INSPECTORS**

The undersigned hereby certify that at the Special Meeting of Shareholders of Tribune Company held on August 21, 2007, the following votes were cast as to the matters listed below:

|   | | FOR | AGAINST | ABSTAIN |
|---|---|---|---|---|
| 1. | ADOPTION OF THE MERGER AGREEMENT AND APPROVAL OF THE MERGER | 82,631,710 | 1,551,729 | 689,452 |

|   | | FOR | AGAINST | ABSTAIN |
|---|---|---|---|---|
| 2. | ADJOURNMENT OF MEETING TO SOLICIT ADDITIONAL PROXIES | 78,115,253 | 5,850,639 | 905,767 |

Witness the due execution hereof this 21st day of August, 2007.

_____          _____
Thomas G. Caputo                                          Mark W. Hianik

_____
Tammie J. Marshall

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

2

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

# TRIBUNE COMPANY

## PROPOSED BOARD OF DIRECTORS RESOLUTIONS

### (Preferred Dividend)

RESOLVED, that there is hereby declared a dividend of $8.9375 per share on the Series D-1 Convertible Preferred Stock of the Company payable on December 13, 2007 to stockholders of record at the start of business on December 13, 2007.

DPE
10/10/07

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

**3**

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

**TRB-UR-0414696**

## TRIBUNE COMPANY
## DEVELOPMENT UPDATE

This report summarizes the status of current development activities.  Resolutions requiring Board approval are attached to this report.

## PUBLISHING AND INTERACTIVE

### New Interactive Joint Ventures

*Metromix.*  As presented to the Board in July, Tribune is launching a national entertainment channel under the Metromix brand.  We have already launched in Los Angeles, New York, Chicago, Baltimore and South Florida, and have reached an agreement in principle with Gannett to bring them in as a partner.  Once we finalize all the details of this joint venture, we will begin launching Metromix in Gannett's newspaper and television markets while continuing to roll it out in Tribune's markets.

As with CareerBuilder, our Metromix-affiliated newspapers and television stations will begin to generate incremental cash flow a few years before the joint venture itself will break-even.  This is largely because the bulk of the technology development and marketing costs will be funded centrally through the joint venture.  We anticipate the venture will need approximately $36 million in funding through 2008, with Tribune's share being $18 million.  Of that $18 million, we expect to fund $3 million in 2007 and the remainder in 2008.  **Board resolutions authorizing this funding are attached.**

| Metromix Financial Summary ($ in M) | | | | | |
|---|---|---|---|---|---|
| | **2007** | **2008** | **2009** | **2010** | **2011** |
| **Joint Venture Results** | | | | | |
| Revenue | $0.2 | $3.6 | $9.2 | $18.1 | $25.6 |
| Expenses / Capital | 13.2 | 24.1 | 22.0 | 22.8 | 24.0 |
| Cash Flow | (13.0) | (20.4) | (12.9) | (4.7) | 1.6 |
| TRB's 50% share of CF | ($6.5) | ($10.2) | ($6.4) | ($2.4) | $0.8 |
| **Tribune Local Results** | | | | | |
| Revenue | $3.5 | $10.0 | $22.4 | $36.5 | $43.6 |
| Expenses | 5.0 | 10.0 | 12.5 | 16.2 | 18.0 |
| Cash Flow | (1.5) | (0.0) | 9.9 | 20.3 | 25.6 |
| **Net Tribune Cash (JV + Local)** | ($8.0) | ($10.2) | $3.5 | $18.0 | $26.4 |

*Ad Network.*  Tribune and Gannett continue to discuss the creation of an online advertising network that would include each of our companies' newspaper.com websites and, hopefully, the sites of other newspaper groups.  We believe a single national online sales organization that could provide large national advertisers with standard ads across the network would increase our share of online display, rich media and video advertising.

In recent weeks, several other newspaper companies, including Hearst and Cox, have joined in these discussions and are enthusiastic about forming such a network.  Interestingly, Hearst and Cox are part of the group of newspaper companies that announced an advertising and content

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

deal with Yahoo in May. Despite the Yahoo partnership, Hearst and Cox see the value in a network of local media sites that can attract premium advertisers and pricing.

We hope to reach preliminary agreement on terms by the end of October so we can launch at the beginning of 2008. Once we reach agreement with Gannett, Hearst and Cox, we believe other peer companies will join the network, further increasing its national reach and the value of its ad inventory. Having a larger network will also increase our negotiating leverage with the large online advertising players, such as Yahoo, Google, Microsoft and AOL, should we ever decide to align with them. Having one of these major Internet companies as a partner could further strengthen the network, as each has a sophisticated advertising technology platform.

*Other Content Verticals.* We continue to evaluate the creation of new national content channels. We are currently studying the feasibility of both a national video news channel and a national sports site with the New York Times, Washington Post and Gannett using the rich, local content of our newspapers. We are also internally reviewing other potential national verticals including travel and parenting.

**Classified Ventures**

Over the past few years, we have taken many steps to strengthen our presence in the online real estate marketplace. In 2005, Classified Ventures ("CV"), our joint venture with several other newspaper companies, acquired HomeGain.com, a leader in resale lead generation. In 2006, Tribune acquired ForSaleByOwner.com, a leader in the online for-sale-by-owner area. CV has also invested in its Homescape product, which is the platform on which our newspaper.coms' real estate businesses are built.

Despite these actions, Tribune, Gannett and some of our other CV partners feel there is more potential in the online real estate category and would like to accelerate our efforts. In that regard, we have been discussing the idea of splitting CV into two entities – one focused on automotive and the other focused on real estate. The automotive entity would operate the successful cars.com business in the same manner in which it is operated today. The real estate entity would operate a revamped business that would consist of CV's current real estate assets (Homescape, HomeGain, Apartments.com) backed by a more aggressive affiliate model and new assets that would be acquired or developed using new capital contributed by the partners. In connection with the split-up, Tribune may sell our ForSaleByOwner.com business and OpenHouses.com domain name to the new real estate entity in order to consolidate our real estate assets.

| Classified Ventures Auto / RE 2007P Financials ($ in M) | | |
|---|---|---|
| | **Auto** | **RE** |
| Revenue | $163 | $95 |
| Expenses | 151 | 97 |
| Net Income | 12 | (2) |

We believe separating CV into two entities would provide the structural and operating flexibility needed to be more aggressive in the real estate area. In the past, some of our CV partners have opposed a more aggressive real estate strategy for fear that it would be costly and if they chose not to participate in funding those costs, their ownership interest in cars.com would be diluted.

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414698

Under the proposed structure, those partners who do not want to fund an aggressive real estate strategy would become smaller owners of the real estate entity but would keep their current ownership stakes in the automotive entity. Governance rights would be closely aligned with each partner's ownership stake to ensure that non-funding owners could not block action by the venture.

We are still discussing this proposal with our partners and will keep you informed as developments occur.

## SCNI

In July, the Board approved the sale of Southern Connecticut Newspapers, Inc. ("SCNI") on terms and conditions to be approved by the Executive Committee. At that time, we had received preliminary non-binding expressions of interest from several interested parties valuing the business at or slightly above $60 million.

We recently reached an agreement with The Hearst Corporation and MediaNews Group, Inc. to sell them SCNI for $62.4 million, subject to customary pro-ration adjustments. Hearst will acquire the business and enter into a management agreement with MediaNews Group. Hearst's *News-Times* in Danbury, CT is also managed by MediaNews, which owns the *Connecticut Post* in Bridgeport, CT. Importantly, Hearst/MediaNews has agreed to assume SCNI's collective bargaining agreement with the United Auto Workers. Gannett's refusal to assume that contract ultimately led to the termination of our earlier agreement to sell SCNI to Gannett. The transaction excludes SCNI's real estate, which consists of an office building and print facility in Stamford and an office building in Greenwich. We believe the value of the real estate is at least $20 million.

We have reached agreement on all major terms and have filed for Hart-Scott-Rodino clearance under a letter of intent. We expect the transaction to close in late October. As the Executive Committee has not yet approved the transaction, Management requests approval from the full Board. **Board resolutions approving this transaction are attached.**

## Recycler

As previously discussed, the *Los Angeles Times* is finalizing the sale of its Recycler classifieds business to Target Media Partners for approximately $1 million plus working capital. Due to our high tax basis, the sale will trigger a large capital loss, resulting in a tax benefit of approximately $65 million. We expect to close this transaction by the middle of October.

## All Direct Mail Services

The *Los Angeles Times* has signed a letter of intent to acquire the assets of All Direct Mail Services, Inc. ("ADMS") for $2.5 million. ADMS is a family-owned direct mail business located in Sylmar, CA. This acquisition will allow Tribune Direct to expand its presence in Southern California by adding over 200 new clients and $7.5 million of revenue. There is also an opportunity to expand Tribune Direct's overall business by providing ADMS' clients with a national distribution opportunity.

3

The transaction is subject to satisfactory completion of due diligence, as well as the negotiation of mutually acceptable transaction agreements. We hope to complete this purchase by the end of the year.

## BROADCASTING AND ENTERTAINMENT

### Chicago Cubs

Our process to sell the Chicago Cubs and our 25% interest in Comcast SportsNet Chicago continues. We are currently finalizing an offering memorandum and pre-clearing potential buyers with Major League Baseball. We will provide an update at the Board meeting.

### Sale of KTLA Studio Lot

Management requests authority to sell the KTLA Studio Lot (the "Lot") and three nearby off-site parking lots on terms and conditions to be approved by the Executive Committee of the Board of Directors. We have retained Cushman & Wakefield to market the properties, which we believe are worth $125-150 million. Cushman has contacted over 30 potential buyers, prepared an offering memorandum and requested that preliminary expressions of interest be submitted during the week of October 8th. Sixteen potential buyers have signed confidentiality agreements and are conducting preliminary due diligence. We plan to enter into final negotiations with one of the buyers and sign a contract within 30 days.

Tribune purchased the Lot from Gene Autry for $33 million in 1988 (2 years after Tribune bought the station from KKR, which had previously purchased it from Mr. Autry). The KTLA location in Hollywood was important from an operating standpoint, providing good access to studio guests, news crews, customers, vendors, and employees in a market with difficult traffic patterns. Additionally, at the time, Tribune Entertainment was ramping up production and was in need of studio space. Under those circumstances, owning the Lot conferred significant advantages.

We no longer believe that such an investment is consistent with Tribune's strategic focus nor would it provide a financial rate of return comparable with other uses of our capital. In addition, the Hollywood real estate market is currently in a significant boom cycle, making it a good time to sell. We expect that a new owner will completely redevelop the 10.5 acre property into a mix of high-rise offices, commercial space and residential units and may also continue to operate the television production facilities. We anticipate that KTLA will lease back its current space for 2-5 years and have the right to negotiate a new longer-term lease with the buyer. While KTLA would like to remain in the Hollywood area, it is not essential that it remain on the current site and we will also explore other potential locations for a long-term KTLA lease. Tribune Entertainment will cease operating the studios either at the time of sale or upon the redevelopment of the property. This business is currently a small part of our overall broadcasting business and its importance has diminished due to our strategy of partnering with large television producers (Warner Bros., Sony, NBC Universal) to develop new original programming for our station group.

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

**TRB-UR-0414700**

We intend to structure the transaction as a Section 1031 like-kind exchange in conjunction with the purchase of the TMCT real estate in the first half of 2008. This will allow Tribune to defer the capital gain on the sale of the Lot. **Resolutions delegating authority to the Executive Committee of the Board to approve the sale of the Lot and the related leaseback transactions are attached.**

TL/DGK
10/10/07

5

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

## TRIBUNE COMPANY

## PROPOSED BOARD OF DIRECTORS RESOLUTIONS

### (Formation of Metromix Joint Venture)

RESOLVED, that the Board of Directors of the Company hereby authorizes the Company (or any affiliate thereof) to invest up to $18 million (in a combination of cash and assets) in connection with the formation of an interactive joint venture with Gannett Co., Inc. under the Metromix brand (the "Transaction");

FURTHER RESOLVED, that the Chairman, President and Chief Executive Officer, any Senior Vice President or any Vice President of the Company, the President, the Executive Vice President or any Vice President of Tribune Publishing Company, the President, any Senior Vice President or any Vice President of Tribune Interactive, Inc. or the President, any Senior Vice President or any Vice President of Chicago Tribune Company (the "Authorized Officers"), be and each of them hereby is, authorized (with full power of delegation) in the name and on behalf of the Company (or any affiliate thereof) to negotiate the terms of, document and execute agreements and instruments evidencing the Transaction as such Authorized Officer executing the same may approve, such approval to be conclusively evidenced by such officer's execution thereof;

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized (with full power of delegation) in the name and on behalf of the Company (or any affiliate thereof) to make all such arrangements, to do and perform all such acts and things, to execute and deliver all such agreements, certificates, instruments and documents, to make all governmental, regulatory or other filings, to pay all such amounts, and to take all such actions as they may deem advisable or necessary in connection with the foregoing resolutions and in order to fully effectuate the purposes of the foregoing resolutions; and

FURTHER RESOLVED, that all actions previously taken by or on behalf of the Company (or any affiliate thereof) in connection with the matters set forth in these resolutions be, and hereby are, ratified, confirmed and approved in all respects.

MWH
10/10/07

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# TRIBUNE COMPANY

## PROPOSED BOARD OF DIRECTORS RESOLUTIONS

### (Sale of Southern Connecticut Newspapers, Inc.)

RESOLVED, that the Board of Directors of the Company hereby approves the sale by the Company (or any affiliate thereof) of Southern Connecticut Newspapers, Inc. ("SCNI") for not less than $62 million (exclusive of the real property owned by SCNI) (the "Transaction");

FURTHER RESOLVED, that the Chairman, President and Chief Executive Officer, any Senior Vice President or any Vice President of the Company, the President, the Executive Vice President or any Vice President of Tribune Publishing Company or the President or any Vice President of SCNI (the "Authorized Officers") be, and each of them hereby is, authorized (with full power of delegation) in the name and on behalf of the Company (or any affiliate thereof) to negotiate, document and execute agreements and instruments evidencing the Transaction as such Authorized Officer executing the same may approve, such approval to be conclusively evidenced by such officer's execution thereof;

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized (with full power of delegation) in the name and on behalf of the Company (or any affiliate thereof) to make all such arrangements, to do and perform all such acts and things, to execute and deliver all such agreements, certificates, instruments and documents, to make all governmental, regulatory or other filings Including, without limitation, filings pursuant to the Hart-Scott-Rodino Antitrust Improvements Act), to pay all such amounts, and to take all such actions as they may deem advisable or necessary in connection with the matters set forth in these resolutions and in order to fully effectuate the purposes of these resolutions; and

FURTHER RESOLVED, that all actions previously taken by or on behalf of the Company (or any affiliate thereof) in connection with the matters set forth in these resolutions be, and hereby are, ratified, confirmed and approved in all respects.

MWH
10/10/07

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# TRIBUNE COMPANY

## PROPOSED BOARD OF DIRECTORS RESOLUTIONS

### (Sale of KTLA Studio Lot)

RESOLVED, that the Executive Committee of the Board of Directors is hereby authorized (with full power of delegation) to (i) approve the sale by the Company (or any affiliate thereof) of the KTLA Studio Lot located at 5800 Sunset Boulevard, Hollywood, California and the three nearby off-site parking lots (the "Real Property") and all related assets utilized in connection with the television studio production business (together with the Real Property, the "Property"), in each case, on terms and conditions to be approved by the Executive Committee and (ii) to structure the sale of the Real Property consistent with a deferred like-kind exchange under Section 1031 of the Internal Revenue Code;

FURTHER RESOLVED, that the Executive Committee of the Board of Directors is hereby authorized (with full power of delegation) to approve the leaseback by the Company (or any affiliate thereof) of all or a portion of the Property, in each case, on terms and conditions to be approved by the Executive Committee; and

FURTHER RESOLVED, that the Executive Committee of the Board of Directors is hereby authorized (with full power of delegation) to take all necessary actions such that the transactions described above comply with the terms of each of the Company's indentures, including making a determination as to whether the Property, or any portion thereof, constitutes "Principal Property" as defined in the following indentures of the Company: (i) Indenture, dated as of January 1, 1997, between the Company and Citibank, N.A. (successor to Bank of Montreal Trust Company and Bank of New York), as trustee, (ii) Indenture, dated as of January 30, 1995, between the Company (as successor pursuant to the First Supplemental Indenture to The Times Mirror Company, f/k/a New TMC Inc.) and Citibank, N.A. (successor to Bank of New York, Wells Fargo Bank, N.A. and First Interstate Bank of California), as trustee, (iii) Indenture, dated as of March 19, 1996, between the Company (as successor pursuant to the Second Supplemental Indenture to The Times Mirror Company) and Citibank, N.A., as trustee, and (iv) Indenture, dated as of March 1, 1992 between the Company and Citibank, N.A. (successor to Continental Bank, National Association, Bank of Montreal Trust Company and Bank of New York), as trustee.

DPE
10/10/07

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

**4**

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB-UR-0414705

# TRIBUNE COMPANY
## STOCK PERFORMANCE REPORT
### *As of October 9, 2007*



| Total Returns | | | |
|---|---|---|---|
| (price change plus dividends) | | | |
| | | Annual | |
| | YTD | 3 year | 5 year |
| **Tribune** | -5.5% | -11.0% | -5.3% |
| **S&P 500** | 11.9% | 13.8% | 17.1% |
| **S&P PUB** | -14.7% | -4.0% | 1.8% |

## STOCK PERFORMANCE/TRADING ACTIVITY

Since our July report to the board, the stock has traded in the $27-$29 range.  Year-to-date average daily volume is 2.0 million shares, although it has slowed recently with average daily volume in September of about 800,000 shares.

Short interest in TRB averaged 5.6 million shares or just over 5% of shares outstanding in the August-September period.  This is in line with a recent report from Wachovia Securities which said short interest in the newspaper group "remains relatively immaterial with levels under 8% average of free float (shares outstanding)."

Following our October 1st announcement regarding the settlement of the Matthew Bender tax case, several analysts reiterated their opinion that our transaction will close.  For example, Deutsche Bank stated, "We expect quick financing approval from the banks following a check of the leverage and coverage tests."

We plan to release third quarter earnings on October 24.

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

# TRIBUNE COMPANY
## STOCK PERFORMANCE REPORT

## VALUATION

In the $28 range, the stock trades at a multiple of approximately 7x enterprise value/2007 operating cash flow based on current internal projections. While the newspaper group average multiple is in the 9x range, when stocks that are not trading on fundamentals are excluded (like DJ), the average group multiple is approximately 7.9x.

| EV/EBITDA Multiples | |
|---|---|
| | Sept |
| **Tribune** | **7.2x** |
| Cable | 9.0.x |
| Entertainment | 8.9x |
| Newspapers | 9.1x |
| Radio | 9.9x |
| Television | 11.6x |
| *Source: Merrill Lynch; based on 2007 estimated operating cash flow* | |

Belo's stock price increased approximately 12% in the week following the company's announcement that it would separate its newspaper and television businesses and spin off the newspaper group into a publicly-traded company. Belo's announcement had little impact on the rest of the newspaper group.

Tribune is covered by 12 analysts. Eight analysts rate Tribune "hold" with two at "underperform." Merrill Lynch and Morgan Stanley are restricted because of involvement in our transaction. Bank of America recently launched coverage of the newspaper group, but is not covering TRB given our transaction.

## SHAREHOLDER ANALYSIS

There has been very little institutional stock activity during the third quarter. Due to our pending transaction, hedge funds continue to be the most active buyers and sellers of TRB.

### TOP 10 SHAREHOLDERS
*(Shares in millions)*

| | | Shares Held | % of S/O | Style |
|---|---|---|---|---|
| 1. | McCormick Tribune Foundation | 11.9 | 11% | n/a |
| 2. | Employees | 11.0 | 9% | n/a |
| 3. | Stark Asset Management | 9.2 | 7% | Hedge |
| 4. | T. Rowe Price Associate | 7.9 | 6% | Active |
| 5. | Perry Partners | 4.1 | 3% | Hedge |
| 6. | Vanguard Group | 3.0 | 2% | Index |
| 7. | Caxton Corporation | 2.6 | 2% | Hedge |
| 8. | Barclays Global Investors | 2.4 | 2% | Index |
| 9. | Sowood Capital Management | 2.2 | 2% | Hedge |
| 10. | State Street Global Advisors | 2.1 | 2% | Index |

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB-UR-0414707

**TRIBUNE COMPANY**
**BENCHMARK COMPANY TOTAL RETURNS**

| | | Annual | | | | | |
|---|---|---|---|---|---|---|---|
| | YTD | | 1-Year | | 3-Year | | 5-Year |
| Dow Jones[1] | 59.8% | Dow Jones | 79.9% | Sinclair | 25.6% | Dow Jones | 15.4% |
| Sinclair[2] | 29.6% | Sinclair | 71.9% | Dow Jones | 16.5% | Scripps | 6.6% |
| Belo | 8.9% | Belo | 22.6% | Hearst-Argyle | 1.8% | Washington Post | 5.1% |
| Washington Post | 8.3% | Hearst-Argyle | 10.4% | Belo | -2.9% | Sinclair | 4.6% |
| Hearst-Argyle | 0.9% | Washington Post | 8.2% | Washington Post | -3.4% | Hearst-Argyle | 2.5% |
| **Tribune** | **-5.5%** | Scripps | -10.1% | Scripps | -3.5% | Belo | 1.0% |
| Scripps | -12.5% | New York Times | -10.5% | **Tribune** | **-11.0%** | **Tribune** | **-5.3%** |
| New York Times | -16.1% | **Tribune** | **-11.5%** | Gannett | -17.2% | Gannett | -6.0% |
| Gannett | -24.1% | Gannett | -18.9% | New York Times | -18.0% | New York Times | -11.9% |
| McClatchy | -54.0% | McClatchy | -52.9% | McClatchy | -34.0% | McClatchy | -17.9% |
| | | | | | | | |
| S&P 500 | 11.9% | | 18.1% | | 13.8% | | 17.1% |
| S&P Pub | -14.7% | | -6.2% | | -4.0% | | 1.8% |

[1] On May 1, News Corp. made an unsolicited bid for Dow Jones. Dow Jones stock rose sharply and has maintained at a total return of nearly 54% year-to-date.

[2] Sinclair's stock price has risen from $10.50 to $15.00 due to an improved outlook including debt repayment, lower programming costs and retransmission consent agreements.



Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

**5**

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# TRIBUNE

## Five-Year Financial Outlook

## October 2007

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414710

# TRIBUNE COMPANY
# FIVE-YEAR FINANCIAL OUTLOOK

## Table of Contents

- Section 1 – Summary ..................................................................... 3

- Section 2 – Base case .................................................................... 7

- Section 3 – Downside case ............................................................ 17

- Section 4 – Upside case ............................................................... 24

- Section 5 – Three operating cases under a "flex" scenario .......................... 29

- Section 6 – Appendix
    - Chart 18 – Update on Cubs sales process ...................................... 32
    - Chart 19 – Summary of real estate opportunities ............................. 33
    - Chart 20 – Summary of disposition opportunities............................. 34
    - Chart 21 – Tribune Publishing Historical recession analysis ................ 35
    - Lehman Brothers (Huber) research report dated August 14, 2007

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414711

## SECTION 1 – SUMMARY

This report provides information and analyses that supports our current five-year financial projections through 2012. We have included consolidated financial analyses, as well as detailed projections and key assumptions from our Publishing and Broadcasting groups. Our analysis covers three operating scenarios: (i) a management base case, (ii) a downside case and (iii) an upside case. In addition, we have run each of these three operating scenarios two ways: (a) assuming we finance the second step of the Leveraged ESOP transaction as planned and (b) assuming the four lead underwriting banks "flex" us into more expensive financing if they are unable to syndicate our planned second step bank loans and high-yield bonds.

Section 2 of this report compares our current 2007 projection to the original 2007 operating plan that was approved by the Board of Directors in February. Our current projection for cash available for debt repayment is about $900 million higher than our original projection, despite a decline of $122 million in operating cash flow relative to our original plan. The primary contributors to the increase in cash available include:

- $338 million of proceeds received from the IRS related to our Matthew Bender settlement that was not in our original plan
- $250 million increase in our estimated net proceeds from the sale of the Cubs, Wrigley Field and our 25% stake in Comcast SportsNet to $850 million
- $125 million of net proceeds from the sale of the KTLA studio lot which was not planned
- $118 million increase in free cash flow primarily due to lower capital expenditures, cash taxes and cash interest payments
- $75 million of reduced investments in 2007

We plan to use about half of this additional cash to reduce the total amount of borrowings required to fund the second step of the Leveraged ESOP transaction from $4.2 billion down to $3.7 billion. The remaining cash will be used to repay Term Loan X.

### Chart 1 – Projected Debt Outstanding
#### ($ in millions)

|  |  | Current | 2nd Step Financing | Cubs/CP/ FCF[1] | 2007 PF | 2008 ◄──► 2012 |  |
|---|---|---|---|---|---|---|---|
|  | Guaranteed Debt |  |  |  |  |  |  |
| (1) | Revolver | $0 | $0 | $0 | $0 | $0 | $0 |
| (2) | Term Loan X | 1,400 | - | (1,274) | 126 | - | - |
| (3) | Term Loan B | 5,501 | 2,105 | (14) | 7,592 | 7,453 | 6,316 |
| (4) | High-Yield Notes | - | 1,600 | - | 1,600 | 1,600 | 1,600 |
| (5) | **Total Guaranteed Debt** | **6,901** | **3,705** | **(1,288)** | **9,319** | **9,053** | **7,916** |
| (6) | Existing notes | 1,504 | - | (5) | 1,499 | 1,202 | 755 |
| (7) | Asset-backed CP | - | - | 300 | 300 | 300 | 300 |
| (8) | TMCT mortgage | - | - | - | - | 150 | 150 |
| (9) | **Total Debt (x. PHONES & Zell Note)** | **$8,405** | **$3,705** | **($993)** | **$11,117** | **$10,705** | **$9,121** |

*(1) Assumes fourth quarter 2007 free cash flow, proceeds from Bender settlement, sale of Cubs/Wrigley Field/Comcast SportsNet and issuance of $300M of asset backed commercial paper.*

3

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

Sections 3 and 4 of the report include our downside and upside operating scenarios. Our downside Publishing revenue projections are based on the most pessimistic sell-side analyst on the Street (Craig Huber at Lehman Brothers). Huber assumes that Publishing revenues fall 3.3% per year for five consecutive years. While we don't agree with Huber's assessment of our business prospects, we have used his assumptions to illustrate that even in the most pessimistic operating environment, we maintain compliance with our financial covenants.

In our downside case, we mitigate Huber's revenue declines through significant cost reductions, including a possible salary freeze and the elimination of management bonus payments. In addition, we have the option to defer cash interest payments on our PHONES for a five year period, which would save us about $25 million in cash annually during the deferral period. We would also reduce our capital expenditure and investment spending in this scenario. Depending on the severity of the downturn, we could also consider selling assets which are shown on Chart 20 in the Appendix of this report. It is important to note that we are already ahead of Huber's projections as our third quarter 2007 operating cash flow from continuing operations exceeded his estimate by about $35 million, or 15%.

Section 5 shows our three operating scenarios assuming a "flexed" second step. In 2008, the "flex" has little impact on interest expense since we would fund the merger with a twelve-month bridge loan at a rate similar to the non-flex scenario. However, in 2009, the "flex" case adds about $100 million of additional interest expense because the bridge loan converts into 12.5% seven-year notes. These notes will be held by our lead banks if we are unable to refinance the bridge through a public high-yield bond offering. Importantly, as Charts 2 and 3 on the following pages show, even in a downside operating scenario that is "flexed," we will be in compliance with the financial covenants contained in our credit agreement without having to sell any assets other than those already identified.

In addition, in order to consummate the merger, the Company must meet these financial covenants on a pro forma basis, assuming that all of the debt issued in connection with steps one and two of the Leveraged ESOP transaction had been outstanding for twelve months. Assuming the second step of the transaction closes in the fourth quarter, we will meet these tests and have approximately $250 million of operating cash flow cushion.

We have reviewed these financial projections with our four lead underwriting banks (JPMorgan, Merrill Lynch, Citigroup and Bank of America), our solvency firm (Valuation Research Corporation), Morgan Stanley and Equity Group. We plan to review these projections with Moody's and Standard & Poor's on October 25 and 26, respectively. In addition, these financial projections will become the basis for the presentation materials we will use with prospective lenders in the second step financing.

4

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

**TRB-UR-0414713**

# CHART 2 – LEVERAGED COMPARISON (NO FLEX)

*Strong Deleveraging Trends Lead to Ample Financial Covenant Cushion
At Least $300 million of Cushion in Base Case
At Least $180 million of Cushion in Downside Case*



| | Base Case | | | | | Downside | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2008E | 2009E | 2010E | 2011E | 2012E | 2008E | 2009E | 2010E | 2011E | 2012E |
| OCF | 1,193 | 1,237 | 1,282 | 1,298 | 1,349 | 1,145 | 1,094 | 1,087 | 1,030 | 1,023 |
| Adjusted OCF (1) | 1,346 | 1,404 | 1,474 | 1,513 | 1,582 | 1,301 | 1,265 | 1,282 | 1,248 | 1,259 |
| Cash Int. Exp | 910 | 874 | 878 | 865 | 838 | 884 | 848 | 857 | 855 | 846 |
| Total Debt (excl. PHONES & Zell) | 10,705 | 10,406 | 10,043 | 9,628 | 9,121 | 10,673 | 10,411 | 10,140 | 9,900 | 9,642 |
| Int. Coverage EBITDA Cushion | 299 | 355 | 376 | 432 | 534 | 285 | 247 | 211 | 180 | 202 |
| Guaranteed Leverage Ratio | 6.73x | 6.23x | 5.99x | 5.57x | 5.00x | 6.93x | 6.93x | 6.97x | 6.97x | 6.70x |
| Max Guaranteed Leverage Ratio | 9.00 | 8.75 | 8.50 | 8.25 | 8.25 | 9.00 | 8.75 | 8.50 | 8.25 | 8.25 |

Guaranteed Debt
-■- Interest Coverage Ratio    -×- Minimum Interest Coverage Ratio

Note: 2007 amounts are proforma assuming the Cubs sale and the issuance of asset backed commercial paper.
(1) Adjusted OCF is equal to operating cash flow plus cash received from equity investments, plus $60 million of cash savings related to the replacement of our current 401(k)
with the ESOP and a new Cash Balance Plan, plus interest income and less severance.

**FINANCIAL COVENANT DEFINITIONS:**

**Leverage Test: "Guaranteed Debt"/ "Adjusted Operating Cash Flow"**

**Coverage Test: "Adjusted Operating Cash Flow" / Cash Interest Expense**

**"Guaranteed Debt"** = All bank loans and high-yield notes issued in connection with the Leveraged ESOP transaction are or will be guaranteed.

**"Adjusted Operating Cash Flow"** = Operating cash flow plus cash received from equity investments, plus $60 million of cash savings related to the replacement of our current 401(k) with the ESOP and a new Cash Balance Plan, plus interest income and less severance.

Note: Our Coverage Test is a tighter test since this picks up all of our cash interest expense whereas the Leverage Test only picks up the new debt we have incurred in connection with Leveraged ESOP transaction.

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414714

## CHART 3 – LEVERAGED COMPARISON (FLEX)

*Even in the Worst Possible Scenario (Downside Operating Case with Flexed Second Step), Tribune in Compliance with Financial Covenants and has Cushion.*



### Base Case

| | 2008E | 2009E | 2010E | 2011E | 2012E |
|---|---|---|---|---|---|
| OCF | $1,193 | $1,237 | $1,282 | $1,298 | $1,349 |
| Adjusted OCF [1] | 1,346 | 1,404 | 1,474 | 1,513 | 1,582 |
| Cash Int. Exp | 923 | 975 | 984 | 977 | 957 |
| Total Debt (excl. PHONES & Zell) | 10,718 | 10,577 | 10,316 | 10,011 | 9,620 |
| Int. Coverage EBITDA Cushion | 285 | 234 | 245 | 293 | 385 |
| Guaranteed Leverage Ratio | 6.74x | 6.36x | 6.18x | 5.82x | 5.32x |
| Max Guaranteed Leverage Ratio | 9.00 | 8.75 | 8.50 | 8.25 | 8.25 |

### Downside

| | 2008E | 2009E | 2010E | 2011E | 2012E |
|---|---|---|---|---|---|
| OCF | $1,145 | $1,094 | $1,087 | $1,030 | $1,023 |
| Adjusted OCF [1] | 1,301 | 1,265 | 1,282 | 1,248 | 1,259 |
| Cash Int. Exp | 896 | 949 | 962 | 966 | 965 |
| Total Debt (excl. PHONES & Zell) | 10,686 | 10,584 | 10,418 | 10,291 | 10,151 |
| Int. Coverage EBITDA Cushion | 270 | 126 | 79 | 41 | 53 |
| Guaranteed Leverage Ratio | 6.94x | 7.06x | 7.19x | 7.28x | 7.11x |
| Max Guaranteed Leverage Ratio | 9.00 | 8.75 | 8.50 | 8.25 | 8.25 |

Guaranteed Debt

■— Interest Coverage Ratio    —▲— Minimum Interest Coverage Ratio

Note: 2007 amounts are proforma assuming the Cubs sale and the issuance of asset backed commercial paper.
(1) Adjusted OCF is equal to operating cash flow plus cash received from equity investments, plus $60 million of cash savings related to the replacement of our current 401(k) with the ESOP and a new Cash Balance Plan, plus interest income and less severance.

6

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB-UR-0414715

## SECTION 2 - BASE CASE FIVE-YEAR PROJECTIONS

The base case financial model has changed since the Board approved the Leveraged ESOP transaction. This is primarily due to the unexpected decline in operating results in the second quarter of 2007 which have run through our current 2007 and our longer-term projections. Chart 4 summarizes the key differences between our current projection for 2007 and the plan that was originally approved by the Board.

### Chart 4 – 2007 Proforma Projection
*($ in millions)*

| | | 2007 Projection | | | Comments |
|---|---|---|---|---|---|
| | | Current | 2007 Plan | Diff. | |
| | **Operating Revenues** | | | | |
| (1) | Publishing | $3,693 | $3,923 | ($230) | Lower ad revenues (daily newspaper -$143M, preprints & targeted print -$75M) |
| (2) | Broadcasting | 1,164 | 1,198 | (34) | Aging fringe programming replaced w/ 2 new shows in Sept. '07 |
| (3) | **Total Revenues** | 4,857 | 5,122 | (265) | |
| | **Operating Cash Expenses** | | | | |
| (4) | Publishing | $2,875 | $2,993 | ($118) | Lower comp ($71M), newsprint ($44M) and other ($6M) |
| (5) | Broadcasting | 780 | 797 | (17) | Lower retirement expense and overall cost controls |
| (6) | Corporate | 42 | 49 | (7) | Lower retirement expense, position elims and cost controls |
| (7) | **Total Op. Cash Expenses** | $3,697 | $3,839 | ($142) | |
| | **Operating Cash Flow** | | | | |
| (8) | Publishing | $818 | $931 | ($113) | |
| (9) | Broadcasting | 384 | 401 | (17) | Excludes $18M of additional cable copyright royalties |
| (10) | Corporate | (42) | (49) | 7 | |
| (11) | **Total Operating Cash Flow** | $1,160 | $1,282 | ($122) | |
| | **Free Cash Flow** | | | | |
| (12) | Total Operating Cash Flow | $1,160 | $1,282 | ($122) | |
| (13) | Cash from equity investments | 68 | 69 | (1) | |
| (14) | Cash taxes (ex. capital gains) | (85) | (140) | 55 | |
| (15) | Cash interest expense, net | (388) | (554) | 166 | Reflects timing of interest payments (Q4 '07 interest paid in '08) |
| (16) | Capital expenditures | (140) | (175) | 35 | Feb. projection $200M; reduced to $175M in bank book |
| (17) | Working capital/other | (110) | (95) | (15) | |
| (18) | **Total Free Cash Flow** | $505 | $387 | $118 | |
| | **Cash Available for Debt Repayment** | | | | |
| (19) | Total Free Cash Flow | $505 | $387 | $118 | |
| (20) | Asset sales, net | 84 | 87 | (3) | |
| (21) | Investments | (24) | (50) | 26 | Feb. projection $100M; reduced to $50M in bank book |
| (22) | Cubs/Comcast/TEC cash flow | 48 | 40 | 8 | |
| (23) | Q2 stock option proceeds | 53 | 53 | - | |
| (24) | Matthew Bender settlement | 338 | - | 338 | Funds received on October 1, 2007 |
| (25) | Cubs/Wrigley/Comcast proceeds, net | 850 | 600 | 250 | Higher than expected proceeds |
| (26) | KTLA lot proceeds, net | 125 | - | 125 | Not in original model, expecting Q4 2007 close |
| (27) | Other real estate, net | 50 | - | 50 | SCNI real estate and non-core TMCT properties |
| (28) | Q1 '07 common dividends | (44) | (44) | - | |
| (29) | **Total Cash Available for Debt Repayment** | $1,985 | $1,073 | $912 | |

Note: all amounts exclude non-operating items, special charges and stock-based compensation expense. In addition, amounts are proforma to exclude SCNI, Hoy (NY), Recycler, Cubs, Comcast SportsNet, and Tribune Entertainment.

7

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

Chart 5 below shows our five-year consolidated financial projections through 2012 assuming the Leveraged ESOP transaction closes at year end.

### Chart 5 – Five-Year Financial Outlook (Base Case)
*($ in millions)*

| | 52 Wks 2006A | 2007P | 2008P | 2012P | '07 - '12 5Y CAGR |
|---|---|---|---|---|---|
| Revenue | $5,154 | $4,857 | $4,936 | $5,371 | 2.0% |
| Cash expenses | 3,840 | 3,697 | 3,743 | 4,023 | 1.7% |
| Operating cash flow | 1,314 | 1,160 | 1,193 | 1,349 | 3.1% |
| Equity income (cash) | 38 | 68 | 99 | 181 | 21.5% |
| Cash interest expense | (253) | (407) | (910) | (838) | 15.5% |
| | | | | | |
| Covenant adj. operating cash flow | $1,412 | $1,287 | $1,346 | $1,582 | 4.2% |
| | | | | | |
| Guaranteed debt | $0 | $9,319 | $9,053 | $7,916 | |
| Total debt (ex. PHONES/Zell Note) | $4,432 | $11,117 | $10,705 | $9,121 | |
| | | | | | |
| **Financial ratios:** | | | | | |
| Leverage (Guaranted Debt/Adj. OCF) | | 7.24x | 6.73x | 5.00x | |
| Coverage (Adj. OCF/Interest) | | 3.16x | 1.48x | 1.89x | |

Note: all amounts exclude non-operating items, special charges and stock-based compensation expense. In addition, amounts are proforma to exclude SCNI, Hoy (NY), Recycler, Cubs, Comcast SportsNet, and Tribune Entertainment.

Key highlights of the five-year base case projections:

- Consolidated revenues are projected to be up approximately 2.0% from 2007 to 2012. Publishing growth of 1.7% per year is driven by growth in Interactive. Broadcasting expects growth of about 3.0% annually with variability between political and non-political years.
- Cash expenses are expected to increase approximately 1.7% annually with Publishing cash expenses growing 1.6% and Broadcasting cash expenses growing 2.2% annually. Corporate expenses are projected to be flat during the period.
  - The current 401(k) plan (4% Company contribution in 2007) is being replaced by the 5% ESOP allocation and 3% cash balance plan for a total non-cash retirement expense of 8% in 2008 to 2012.
  - A pension credit of $6 million in 2007 assumed flat in 2008 to 2012.
- Operating cash flow is projected to grow 3.1% annually from 2007 to 2012 with Publishing operating cash flow growing 2.1% and Broadcasting operating cash flow growing 4.7%.
- Equity income is expected to grow 21.5% annually driven by significant growth at CareerBuilder, continued gains at TV Food Network and improvement at Classified Ventures and ShopLocal.
- Cash interest expense will peak at $910 million in 2008 and then decline annually to $838 million in 2012.
- Net free cash flow is expected to be about $250 million in 2008 and is projected to grow to $508 million in 2012.

8

## ASSUMPTIONS

The key assumptions for the base case five-year financial projections are as follows:

## PUBLISHING

### Ad Revenue by Channel

- The mix of ad revenue from 2007 to 2012 moves more towards interactive and targeted print as we transform the company to a more diversified business that is less dependent on core newspaper revenues.

**Tribune Publishing Revenue**



**2002**  —  $3.8 Billion

**2007**  —  $3.7 Billion

**2012**  —  $4.0 Billion

Daily Newspaper (excl. Preprint)
Preprint
Targeted Print (excl. Preprint)
Interactive
Other

- Newspaper ROP is down 6.3% in 2008 as print classified, especially real estate, is still sluggish and then recovers to a more modest decline in 2009 to 2012.
- Preprint revenue is down slightly in 2008 and grows modestly in 2009 to 2012 as more targeting programs enable market share gains and help to offset ongoing circulation declines.
- Targeted print ramps up in 2008 and beyond as we see solid growth in free daily papers and improvements at Newsday's Star Publications on Long Island.
- Interactive revenue is projected to grow 22% annually from 2007 to 2012. Declines in recruitment revenues due to lower combined print/online ads will be mostly offset by growth in online retail and national. The launch of interactive real estate, aggressive product development, at both TI Central and in LA, as well as the rollout of other new products will contribute to growth. Planned interactive acquisitions are expected to contribute 3% to the annual revenue growth.

9

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

**TRB-UR-0414718**

**Ad Revenue by Category**

- Retail will recover slightly in 2008 and experience low single digit growth through 2012
  - o Our major retail accounts will be flat in 2008 and grow slightly in 2009 to 2012. This trend is tied to preprint growth and circulation declines.
  - o Local retail should be slightly positive in 2008 to 2012.
  - o Interactive retail will grow over 30% per year in 2008 to 2012.
- National will be up slightly in 2008 and grow moderately in 2009 to 2012
  - o Print advertising will decline slightly each year with all growth coming from interactive during 2008 to 2012.
- Classified will be down 7% in 2008 as print declines in recruitment, real estate and auto will continue with a modest recovery in real estate assumed in 2009 and 2010, mostly in Florida. Moderate growth, all coming from online, will occur through 2012.

**Circulation Revenue**

- Net paid copies decline 2.4% per year, consistent with the 2007 trend.
- Revenue declines by 3.2% annually due to the decline in copies and a slightly lower average price per copy.

**Other Revenue**

- In the third quarter of 2007, Chicago Tribune signed an agreement with the Sun-Times Media Group to take over the home delivery of their publications. This commercial delivery arrangement will yield $30 million of revenue and $8 million of operating cash flow in 2008.

- New commercial delivery agreements, like the Sun-Times arrangement, along with growth in direct mail, commercial printing and higher revenues at Tribune Media Services, will increase other revenues by 17% in 2008 and about 6% to 7% per year thereafter.

**Cash Expenses**

- Print expenses will be flat to down slightly each year. All expense growth is tied to higher interactive revenues.
- Compensation
  - o FTEs will continue to decline every year, with a reduction of about 500 in 2008 and 250 to 300 per year thereafter. MIP bonus targets are reset to 100% in 2008 from 55% in 2007. Merit increases of 2.5% annually are assumed.
  - o Benefits, excluding retirement, will be managed to grow at a rate of 2.5%. No significant changes to other benefit plans.
- Newsprint and Ink
  - o Average newsprint pricing is down 2.5% in 2008 with price increases assumed in the latter half of 2008 causing 2009 to be up 5%. Average price increases of 5%

10

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

      are also assumed in 2009 through 2012 due to the newsprint industry continuing to remove capacity.

- o 2008 includes a 6.5% total reduction in consumption of newsprint tons due to web-width reductions and volume declines in circulation and advertising.
- o Consumption declines of 3.2% in 2009 and 2% thereafter will result from ROP and circulation volume declines, partially offset by growth in targeted print.

- Outside services increases moderately through 2012 due to continued outsourcing of certain functions and increases in interactive, partially offset by cost reductions.
- Mailed preprint (TMC) postage decreases 4% in 2008 and is relatively flat thereafter due to decreases in TMC preprint volumes.
- Other circulation expenses increase due to new commercial delivery agreements, partially offset by continued declines in net paid circulation.
- Promotion expenses increase slightly in 2008 and continue to increase through 2012 due to interactive.
- Other cash expenses increase due to interactive and are partially offset by additional cost reductions.

**Operating Cash Flow**

- Down 4% in 2008 followed by annual growth of 3.6% due to higher interactive and targeted print revenues.

## BROADCASTING

### Ad Revenue

- Television spot market, excluding political, grows 2.3% in 2008 and 1.1% annually in 2008 to 2012.
- Political advertising continues to be robust resulting in total market revenue growth of 6% to 7% in even years and declines of 4% to 5% in odd years.
- Tribune's share of political revenue increases to an average 6.4%, up from 6.1%, due to improved local news ratings and expanded local news broadcasts. Political revenue is expected to be $31.5 million in 2008, approximately 3% of total advertising revenue.
- Tribune stations' gross advertising revenue increases 9.9% in 2008, in line with industry consensus for spot television growth of 9% to 10%. Gross advertising revenue averages 1.6% annual growth thereafter.
- Tribune stations' aggregate revenue share increases three-tenths of a share point in 2008 to 13.2% and averages 13.6% in 2008 to 2012. Revenue share increases are driven primarily by improved audience shares in prime (CW and Fox) and new syndicated programming in access and late-fringe (*Two and a Half Men* and *Family Guy*).

### Superstation WGN

- Operating revenue increases 2% in 2008 and 3.5% annually in 2008 to 2012, primarily due to increased distribution fees as Verizon and AT&T rollout their national video services.
- Operating cash flow margin of 62% is maintained.

11

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414720

**Cash Expenses**

- Broadcast rights expense (45% of total operating expenses)
    - Increase of $10 million, or 3%, in 2008 due to full year impact of new syndicated programming followed by an average increase of 1% annually through 2012.
    - Includes additional $1.6 million annually for one-half of "Superstation Tax" paid by the Cubs to Major League Baseball for national rights to telecast games on the Superstation.
- Compensation (one-third of total operating expenses)
    - FTEs held relatively steady, except for the elimination of news departments in three markets in mid-2008. Annual merit increases of 2.5% assumed.
- Other Expenses (22% of total operating expenses)
    - Increase of 3% in 2008 primarily due to higher national sales rep commissions and Nielsen fees. General inflationary increase of 2.2% annually in 2008 to 2012.

**Operating Cash Flow**

- Up 15.7% in 2008 and averages about 2% annual growth thereafter.

**CONSOLIDATED**

**Financing**

- The second-step financing is executed as planned and not flexed
    - $3.7 billion second step financing, $500 million less than original plan
- LIBOR rates are based on forward curve as follows: 4.53% in 2008, 4.54% in 2009, 4.96% in 2010, 5.19% in 2011 and 5.35% in 2012
- $300 million of asset-backed commercial paper

**Asset sales**

- $850 million of net proceeds from the sale of Cubs / Wrigley / Comcast SportsNet (Chart 1 in the Appendix)
- $50 million of gross proceeds for the sale of SCNI (excluding the real estate property)
- $175 million of gross proceeds from sale of certain non-core real estate assets (Chart 2 in the Appendix)
    - $125 million for the KTLA lot
    - $50 million of non-core asset sales in 2008
        - $25 million for SCNI real estate
        - $25 million for two non-core properties in TMCT portfolio

**Investments**

- $175 million purchase of TMCT real estate
    - Purchase eight properties from TMCT for $175 million in January 2008.
    - Once purchased, plan to secure properties with $150 million mortgage at a rate of LIBOR plus 200 basis points.

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414721

- Capital expenditures
  - $132 million in 2008 and $128 million annually from 2009 through 2012
- Investments
  - $50 million of annual external internet-related acquisitions
  - $50 million of annual internal interactive development

Charts 6 – 8 on the following pages show the detailed base case five-year financial outlook for Tribune Company (consolidated), Tribune Publishing and Tribune Broadcasting, respectively.

13

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

**TRB-UR-0414722**

## Chart 6 - Tribune Company Consolidated Five-Year Financial Outlook (Base Case/No Flex)
### ($ in millions)

| | | 2007PF | 2008 | 2009 | 2010 | 2011 | 2012 | '07-'12 CAGR |
|---|---|---|---|---|---|---|---|---|
| | **Operating Revenues** | | | | | | | |
| (1) | Publishing | $3,693 | $3,680 | $3,752 | $3,840 | $3,928 | $4,019 | 1.7% |
| (2) | Broadcasting & Entertainment (excl. Cubs) | 1,164 | 1,257 | 1,264 | 1,307 | 1,317 | 1,352 | 3.0 |
| (3) | **Total Operating Revenues** | **$4,857** | **$4,936** | **$5,016** | **$5,147** | **$5,245** | **$5,371** | **2.0%** |
| | **Operating Expenses** | | | | | | | |
| (4) | Publishing | $2,875 | $2,894 | $2,938 | $2,996 | $3,053 | $3,113 | 1.6% |
| (5) | Broadcasting & Entertainment (excl. Cubs) | 780 | 808 | 800 | 827 | 852 | 868 | 2.2 |
| (6) | Corporate | 42 | 41 | 41 | 41 | 41 | 41 | (0.2) |
| (7) | Less: Elimination of Bonus Plan | 0 | 0 | 0 | 0 | 0 | 0 | |
| (8) | Less: Salary Freeze | 0 | 0 | 0 | 0 | 0 | 0 | |
| (9) | **Total Operating Expenses** | **$3,697** | **$3,743** | **$3,780** | **$3,865** | **$3,946** | **$4,023** | **1.7%** |
| | **Operating Cash Flow** | | | | | | | |
| (10) | Publishing | $818 | $786 | $814 | $844 | $875 | $906 | 2.1% |
| (11) | Plus: Comm. Delivery and Infrastructure Savings | 0 | 0 | 0 | 0 | 0 | 0 | |
| (12) | Total Publishing | $818 | $786 | $814 | $844 | $875 | $906 | 2.1% |
| (13) | Broadcasting & Entertainment (excl. Cubs) | 384 | 448 | 464 | 479 | 465 | 484 | 4.7 |
| (14) | Corporate / Other | (42) | (41) | (41) | (41) | (41) | (41) | (0.2) |
| (15) | **Total Operating Cash Flow** | **$1,160** | **$1,193** | **$1,237** | **$1,282** | **$1,298** | **$1,349** | **3.1%** |
| (16) | Plus: Cash From Equity Investments | 68 | 99 | 115 | 140 | 163 | 181 | 21.5 |
| (17) | Plus: Cash Savings From 401K Contributions | 40 | 60 | 60 | 60 | 60 | 60 | 8.4 |
| (18) | Plus: Interest Income | 19 | 4 | 2 | 2 | 2 | 2 | (34.6) |
| (19) | Less: Severance Payments | 0 | (10) | (10) | (10) | (10) | (10) | |
| (20) | **Covenant Adjusted EBITDA** | **$1,287** | **$1,346** | **$1,404** | **$1,474** | **$1,513** | **$1,582** | **4.2%** |
| (21) | Less: Cash Savings From 401K Contributions | (40) | 0 | 0 | 0 | 0 | 0 | |
| (22) | Less: Dividends | (44) | 0 | 0 | 0 | 0 | 0 | |
| (23) | Less: Cash Taxes | (145) | (0) | (2) | (3) | (4) | (6) | (47.3) |
| (24) | Less: Cash Interest Expense | (407) | (910) | (874) | (878) | (865) | (838) | 15.5 |
| (25) | Plus: PHONES Cash Interest Deferral | 0 | 0 | 0 | 0 | 0 | 0 | |
| (26) | Less: Other | (127) | 0 | (0) | (0) | (1) | (1) | (1.7) |
| (27) | Less: Capex | (140) | (132) | (128) | (128) | (128) | (128) | (1.7) |
| (28) | **Free Cash Flow** | **$385** | **$303** | **$399** | **$464** | **$515** | **$608** | **9.6%** |
| (29) | Plus: Proceeds from Asset Sales | 144 | 50 | 0 | 0 | 0 | 0 | |
| (30) | Less: Investments | (24) | (100) | (100) | (100) | (100) | (100) | 33.3% |
| (31) | **Sub-Total** | **$505** | **$253** | **$299** | **$364** | **$415** | **$508** | **0.1%** |
| (32) | Plus: Bender Proceeds | 338 | 0 | 0 | 0 | 0 | 0 | |
| (33) | **Net Free Cash Flow** | **$843** | **$253** | **$299** | **$364** | **$415** | **$508** | **(9.6%)** |
| (34) | Plus: Cubs / Comcast / TEC Cash Flow | 48 | 0 | 0 | 0 | 0 | 0 | |
| (35) | Plus: 2Q Option Proceeds | 53 | 0 | 0 | 0 | 0 | 0 | |
| (36) | Plus: Other [1] | 17 | 186 | (1) | (1) | (1) | (1) | |
| (37) | **Change In Cash** | **$961** | **$440** | **$299** | **$364** | **$414** | **$508** | **(12.0%)** |
| (38) | Guaranteed Debt | $9,319 | $9,053 | $8,753 | $8,839 | $8,423 | $7,916 | (3.2%) |
| (39) | Total Debt (Excl. PHONES & Zell) | 11,117 | 10,705 | 10,406 | 10,043 | 9,628 | 9,121 | (3.9) |
| (40) | Covenant Adjusted EBITDA | $1,287 | $1,346 | $1,404 | $1,474 | $1,513 | $1,582 | 4.2% |
| (41) | Covenant Cash Interest Expense [2] | 407 | 910 | 874 | 878 | 865 | 838 | 15.5 |
| | **Covenant Ratios:** | | | | | | | |
| (42) | **Guaranteed Debt/Adjusted EBITDA** | **7.24x** | **6.73x** | **6.23x** | **5.99x** | **5.57x** | **5.00x** | **(7.1%)** |
| (43) | *Maximum Guaranteed Leverage Ratio* | *9.00* | *9.00* | *8.75* | *8.50* | *8.25* | *8.25* | *(1.7)* |
| (44) | *$ Cushion (EBITDA)* | *$252* | *$340* | *$404* | *$435* | *$492* | *$622* | *19.8* |
| (45) | **Adjusted EBITDA/Cash Interest Expense [2]** | **3.16x** | **1.48x** | **1.61x** | **1.68x** | **1.75x** | **1.89x** | **(9.8%)** |
| (46) | *Minimum Interest Coverage Ratio* | *1.10* | *1.15* | *1.20* | *1.25* | *1.25* | *1.25* | *2.6* |
| (47) | *$ Cushion (EBITDA)* | *$840* | *$299* | *$355* | *$376* | *$432* | *$534* | *(8.7)* |

Note: Special items, non-operating items and stock based compensation are excluded from these projections. Projections exclude results from SCNI, Recycler, Hoy New York,
Tribune Entertainment, and Cubs/Comcast beginning in 2007. The projections also assume the sale of certain real estate.
(1) Includes $150 mm of mortgage debt proceeds in 2008.
(2) Excludes interest income.

14

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414723

## Chart 7 - Publishing Group Five-Year Financial Outlook (Base Case)
### ($ in millions)

| | | 52 Week Proforma 2006 | Est. 2007 | Est. 2008 ... | Est. 2012 | '07-'08 | '07 - '12 CAGR |
|---|---|---|---|---|---|---|---|
| | **REVENUE** | | | | | | |
| | Advertising | | | | | | |
| 1 | Daily Newspaper (excl Preprint) | $ 2,003 | $ 1,732 | $ 1,623 | $ 1,440 | -6.3% | -3.6% |
| 2 | Preprints | 674 | 660 | 657 | 665 | -0.5% | 0.2% |
| 3 | Targeted Print (excl Preprint) | 239 | 239 | 254 | 338 | 6.1% | 7.2% |
| 4 | Print | 2,916 | 2,631 | 2,533 | 2,443 | -3.7% | -1.5% |
| 5 | Interactive | 225 | 263 | 318 | 715 | 21.1% | 22.2% |
| 6 | Total Advertising | 3,141 | 2,894 | 2,852 | 3,158 | -1.5% | 1.8% |
| 7 | Circulation | 557 | 528 | 511 | 450 | -3.2% | -3.2% |
| 8 | Other | 254 | 271 | 317 | 411 | 17.2% | 8.7% |
| 9 | Total Revenue | $ 3,952 | $ 3,693 | $ 3,680 | $ 4,019 | -0.3% | 1.7% |
| | | | | | | | |
| | **OPERATING EXPENSES** | | | | | | |
| 10 | Compensation | | | | | | |
| 11 | Direct Pay | $ 1,025 | $ 1,020 | $ 1,038 | $ 1,089 | 1.8% | 1.3% |
| 12 | Benefits excl Retirement | 191 | 191 | 191 | 203 | -0.1% | 1.2% |
| 13 | Retirement | 70 | 22 | 42 | 44 | 93.6% | 15.0% |
| 14 | Total Compensation | 1,285 | 1,232 | 1,271 | 1,336 | 3.1% | 1.6% |
| 15 | Newsprint & Ink | 492 | 412 | 376 | 414 | -8.8% | 0.1% |
| 16 | Outside Services | 304 | 310 | 318 | 381 | 2.7% | 4.2% |
| 17 | TMC Postage | 119 | 124 | 119 | 119 | -4.0% | -0.7% |
| 18 | Other Circulation Expenses | 349 | 347 | 357 | 363 | 2.7% | 0.9% |
| 19 | Promotion | 101 | 99 | 101 | 116 | 1.6% | 3.2% |
| 20 | Other Cash Expenses | 355 | 350 | 353 | 385 | 0.9% | 1.9% |
| 21 | Total Cash Expenses | $ 3,005 | $ 2,874 | $ 2,894 | $ 3,113 | 0.7% | 1.6% |
| | | | | | | | |
| 22 | **OPERATING CASH FLOW** | $ 947 | $ 818 | $ 786 | $ 906 | -4.0% | 2.1% |
| | | | | | | | |
| 23 | Consolidated FTEs | 17,169 | 16,614 | 16,156 | 15,237 | -2.8% | -1.7% |
| | | | | | | | |
| 24 | Net Paid Copies (7 day average) | 3,036,432 | 2,959,260 | 2,889,293 | 2,615,722 | -2.4% | -2.4% |
| | | | | | | | |
| 25 | Regular Newsprint Tons | 735,425 | 667,333 | 623,667 | 567,548 | -6.5% | -3.2% |
| 26 | Average Price Per Ton | $ 631 | $ 576 | $ 562 | $ 683 | -2.5% | 3.5% |
| | | | | | | | |
| | Advertising Breakout | | | | | | |
| 27 | Retail | $ 1,304 | $ 1,260 | $ 1,277 | $ 1,420 | 1.3% | 2.4% |
| 28 | National | 712 | 683 | 691 | 794 | 1.2% | 3.1% |
| 29 | Classified | 1,125 | 950 | 883 | 944 | -7.0% | -0.1% |
| 30 | Total Advertising | $ 3,141 | $ 2,894 | $ 2,852 | $ 3,158 | -1.5% | 1.8% |

### Classified Advertising Trends

| | 2007-2006 | | | 2008-2007 | | |
|---|---|---|---|---|---|---|
| | **Print** | **Interactive** | **Total** | **Print** | **Interactive** | **Total** |
| Recruitment | -21% | 1% | -14% | -10% | 0% | -7% |
| Real Estate | -25% | 22% | -20% | -16% | 8% | -12% |
| Automotive | -20% | 31% | -12% | -13% | 30% | -3% |
| Other | -14% | 5% | -13% | -3% | 7% | -2% |
| **Group Total** | **-21%** | **11%** | **-16%** | **-12%** | **9%** | **-7%** |

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414724

## Chart 8 - Broadcasting Group Five-Year Financial Outlook (Base Case)
### ($ in millions)

| | | 52 wks 2006 | | 2007 | | 2008 | | 2012 | '07-'08 | '07-'12 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Operating Revenue** | | | | | | | | | |
| 1 | TV Stations | $ | 1,014 | $ 980 | $ | 1,068 | $ | 1,141 | 8.9% | 3.1% |
| 2 | Superstation | | 145 | 143 | | 145 | | 167 | 1.6% | 3.1% |
| 3 | Radio | | 41 | 38 | | 41 | | 44 | 8.7% | 3.1% |
| 4 | Group Office/Other | | 1 | 3 | | 2 | | 0 | | |
| 5 | **Total Revenue** | $ | 1,202 | $ 1,164 | $ | 1,257 | $ | 1,352 | 7.9% | 3.0% |
| | | | | | | | | | | |
| | **Operating Expenses** | | | | | | | | | |
| 6 | TV Stations | $ | 709 | $ 704 | $ | 722 | $ | 768 | 2.5% | 1.8% |
| 7 | Superstation | | 52 | 49 | | 54 | | 64 | 9.6% | 5.3% |
| 8 | Radio | | 27 | 26 | | 27 | | 30 | 4.4% | 3.0% |
| 9 | Group Office/Other | | (0) | 1 | | 5 | | 6 | | |
| 10 | **Total Expenses** | $ | 788 | $ 781 | $ | 808 | $ | 868 | 3.5% | 2.1% |
| | | | | | | | | | | |
| | **Operating Cash Flow** | | | | | | | | | |
| 11 | TV Stations | $ | 305 | $ 276 | $ | 345 | $ | 372 | 25.1% | 6.2% |
| 12 | Superstation | | 93 | 94 | | 91 | | 103 | -2.6% | 1.9% |
| 13 | Radio | | 14 | 12 | | 14 | | 14 | 17.8% | 3.1% |
| 14 | Group Office/Other | | 2 | 2 | | (2) | | (5) | | |
| 15 | **Total Op. Cash Flow** | $ | 414 | $ 383 | $ | 449 | $ | 484 | 17.0% | 4.8% |

16

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB-UR-0414725

## SECTION 3 – DOWNSIDE CASE FIVE-YEAR PROJECTIONS

The key assumptions for the downside case five-year financial projections are as follows:

**PUBLISHING**

**General**

- Used Lehman Brothers analyst, Craig Huber's, model as starting point for downside scenario. Utilized our 2007 projection for the first year in model and used his annual revenue and expense annual percentage changes to project 2008 to 2012.

**Revenue**

- Craig Huber's annual growth and decline rates for 2008 to 2012 were applied to our 2007 base projection for retail, national, and classified advertising, as well as circulation and other revenue.
- Daily newspaper, targeted print, preprint, and interactive revenue growth rates were taken down so the total revenue annual rate decline equaled Craig Huber's projection. Circulation and other revenue were projected based on his model.

**Cash Expenses**

- Craig Huber assumed cash expenses decline 2.5% annually in 2008 to 2012. Our downside model shows a decline of 2.6% per year.
- Compensation
  - o Reduction of 600 FTEs per year vs. 500 in 2008 and 250-300 per year in the base model.
  - o MIP bonus targets were not reset to 100% in 2008, but rather remain at 2007 levels (55% of target) for all years.
  - o No change to retirement expenses from base model.
- Newsprint and Ink
  - o Average newsprint pricing is down 3.0% in 2008 and a 2.5% increase per year for 2009 to 2012 with a decrease in demand partially offsetting gains in pricing power due to Abitibi/Bowater merger. This assumption agrees with Craig Huber's newsprint pricing projection. Base model had a decline of 2.5% in 2008 and a 5% increase per year for 2009 to 2012.
  - o Consumption declines 7.8% in 2008 and 6% thereafter due to the web-width reductions in addition to volume declines in circulation and advertising. Base model had a reduction of 6.5% in 2008, 3.2% in 2009 and 2% per year thereafter.
- Outside services decreases 1.6% through 2012 due to cost reductions and lower transaction volumes, partially offset by continued outsourcing of certain functions and increases in interactive. Base model had a moderate increase of 3% to 5% in outside services through 2012 due to continued outsourcing and interactive growth.

17

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

- TMC postage decreases 3% per year due to decreases in TMC preprint volumes. Base model had a decrease of 4% in 2008 and then flat to up slightly thereafter to reflect preprint revenue and volume trends.
- Other circulation expenses decrease 5% per year due to declines in net paid circulation and cost reductions. Base model had a slight increase each year due to commercial delivery growth.
- Promotion expenses decrease slightly in 2008 and 2009 due to cost reductions and then remain flat through 2012. Base model had a low single digit increase through 2012 due to interactive growth.
- Other cash expenses decreased 3% to 4% per year due to cost reductions. Base model had low increases through 2012 due to interactive growth, partially offset by cost reductions.

**Net Operating Cash Flow from Incremental Commercial Delivery and Infrastructure Opportunities**

- Incremental commercial delivery business and infrastructure opportunities at Newsday, Baltimore, and others yield incremental cash flow of $20-$24 million per year in 2008 to 2012. These initiatives were not included in Craig Huber's model.
- Infrastructure optimization opportunities include joint printing and inserting arrangements with other papers in Tribune's markets.

**Operating Cash Flow**

- Annual decline of 5.2% from 2007 to 2012 due to print revenue declines, partially offset by growth in interactive and targeted print, tight expense control, and incremental commercial delivery and infrastructure opportunities. Base model had annual growth of 2.1% with a 4% decline in 2008 and 3.6% growth thereafter.
- Craig Huber's model showed an annual operating cash flow decline of 7.1% from 2007 to 2012. His annual decline is steeper than our downside as his 2007 projected operating cash flow for Publishing is over $50 million below our current projection and he does not reflect the additional operating cash flow from the commercial delivery and infrastructure optimization opportunities that we have included.

**BROADCASTING**

**General**

- Craig Huber's model was not used to develop the Broadcasting downside case. Huber's revenue estimates did not reflect incremental political and Olympics advertising revenues and also did not assume that Tribune's new syndicated programming in access and late-fringe (*Two and a Half Men* and *Family Guy*) would have a positive impact.

**Revenue**
- Television spot market remains flat with 2007, except for incremental Olympics and political spending. Political is unchanged from base case. Tribune's television markets

18

are up 5-6% in even years and down 5-6% in odd years. Tribune markets grow 1.1% annually in 2008 to 2012.

- Audience share increases are not realized resulting in flat revenue share excluding political. Tribune stations' aggregate revenue share declines to 12.4% in 2008 and averages only 12.6% in 2008 to 2012.

- Superstation advertising revenues grow at an average rate of 2.7% as compared to 3.1% in the base case.

**Operating Expenses**

- Cash broadcast rights are reduced by 6%, or $75 million, over the term by replacing future late fringe cash program acquisitions with lesser quality barter (i.e., non-cash) programming.

- Non-rights expenses are reduced 3% over the term, primarily in compensation and promotion expenses.

**Operating Cash Flow**

- Operating cash flow is $62 million lower than base case in 2008 and approximately $400 million lower in aggregate for 2008 to 2012.

- Operating cash flow margins in the low 30% range.

**CONSOLIDATED**

There are five primary differences in the consolidated downside assumptions as compared to the base case assumptions. These differences could save $162 million of cash flow annually for 2008 through 2012 as compared to the management base case.

As a result, the Company is able to maintain financial covenant compliance in a downside operating scenario.

- Elimination of management bonus payments
  - o Incremental savings of $30 million annually for 2008 through 2012.

- Salary freeze
  - o Incremental savings of $25 million annually for 2008 through 2012.

- PHONES cash interest deferral
  - o The PHONES security allows Tribune to defer the 2% cash interest payments due on the PHONES for up to 5 years.
  - o Incremental cash savings of about $25 million annually for 2008 through 2012.

19

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414728

- Capital expenditures
  - Reduced to $103 million annually from $128 million for 2009 through 2012.

- Investments
  - Reduced to $50 million annually from $100 million for 2008 through 2012.

Charts 9 – 11 on the following pages show the detailed downside case five-year financial outlook for Tribune Company (consolidated), Tribune Publishing and Tribune Broadcasting, respectively.

20

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

**TRB-UR-0414729**

## Chart 9 - Tribune Company Consolidated Five-Year Financial Outlook (Downside Case/No Flex)
### ($ in millions)

| | | 2007PF | 2008 | 2009 | 2010 | 2011 | 2012 | '07-'12 CAGR |
|---|---|---|---|---|---|---|---|---|
| | **Operating Revenues** | | | | | | | |
| (1) | Publishing | $3,693 | $3,511 | $3,386 | $3,290 | $3,202 | $3,122 | (3.3%) |
| (2) | Broadcasting & Entertainment (excl. Cubs) | 1,164 | 1,186 | 1,167 | 1,199 | 1,190 | 1,214 | 0.8 |
| (3) | **Total Operating Revenues** | **$4,857** | **$4,698** | **$4,552** | **$4,489** | **$4,392** | **$4,336** | **(2.2%)** |
| | **Operating Expenses** | | | | | | | |
| (4) | Publishing | $2,875 | $2,786 | $2,716 | $2,649 | $2,582 | $2,518 | (2.6%) |
| (5) | Broadcasting & Entertainment (excl. Cubs) | 780 | 800 | 778 | 791 | 817 | 833 | 1.3 |
| (6) | Corporate | 42 | 41 | 41 | 41 | 41 | 41 | (0.2) |
| (7) | Less: Elimination of Bonus Plan | 0 | (30) | (30) | (30) | (30) | (30) | |
| (8) | Less: Salary Freeze | 0 | (25) | (25) | (25) | (25) | (25) | |
| (9) | **Total Operating Expenses** | **$3,697** | **$3,573** | **$3,481** | **$3,426** | **$3,386** | **$3,337** | **(2.0%)** |
| | **Operating Cash Flow** | | | | | | | |
| (10) | Publishing | $818 | $725 | $669 | $641 | $620 | $604 | (5.9%) |
| (11) | Plus: Comm. Delivery and Infrastructure Savings | 0 | 20 | 22 | 24 | 24 | 24 | |
| (12) | Total Publishing | $818 | $745 | $691 | $666 | $644 | $628 | (5.1%) |
| (13) | Broadcasting & Entertainment (excl. Cubs) | 384 | 386 | 389 | 407 | 372 | 381 | (0.1) |
| (14) | Corporate / Other | (42) | 14 | 14 | 14 | 14 | 14 | NM |
| (15) | **Total Operating Cash Flow** | **$1,160** | **$1,145** | **$1,094** | **$1,087** | **$1,030** | **$1,023** | **(2.5%)** |
| (16) | Plus: Cash From Equity Investments | 68 | 99 | 115 | 140 | 163 | 181 | 21.5 |
| (17) | Plus: Cash Savings From 401K Contributions | 40 | 60 | 60 | 60 | 60 | 60 | 8.4 |
| (18) | Plus: Interest Income | 19 | 7 | 5 | 5 | 5 | 5 | (22.5) |
| (19) | Less: Severance Payments | 0 | (10) | (10) | (10) | (10) | (10) | |
| (20) | **Covenant Adjusted EBITDA** | **$1,287** | **$1,301** | **$1,265** | **$1,282** | **$1,248** | **$1,259** | **(0.4%)** |
| (21) | Less: Cash Savings From 401K Contributions | (40) | 0 | 0 | 0 | 0 | 0 | |
| (22) | Less: Dividends | (44) | 0 | 0 | 0 | 0 | 0 | |
| (23) | Less: Cash Taxes | (145) | 0 | 0 | 0 | 0 | 0 | (100.0) |
| (24) | Less: Cash Interest Expense | (407) | (909) | (874) | (884) | (882) | (874) | 16.5 |
| (25) | Plus: PHONES Cash Interest Deferral | 0 | 26 | 26 | 27 | 27 | 28 | |
| (26) | Less: Other | (127) | 0 | (0) | (0) | (1) | (1) | |
| (27) | Less: Capex | (140) | (132) | (103) | (103) | (103) | (103) | (5.9) |
| (28) | **Free Cash Flow** | **$385** | **$285** | **$313** | **$322** | **$290** | **$309** | **(4.3%)** |
| (29) | Plus: Proceeds from Asset Sales | 144 | 50 | 0 | 0 | 0 | 0 | |
| (30) | Less: Investments | (24) | (50) | (50) | (50) | (50) | (50) | 16.0% |
| (31) | **Sub-Total** | **$505** | **$285** | **$263** | **$272** | **$240** | **$259** | **(12.5%)** |
| (32) | Plus: Bender Proceeds | 338 | 0 | 0 | 0 | 0 | 0 | |
| (33) | **Net Free Cash Flow** | **$843** | **$285** | **$263** | **$272** | **$240** | **$259** | **(21.0%)** |
| (34) | Plus: Cubs / Comcast / TEC Cash Flow | 48 | 0 | 0 | 0 | 0 | 0 | |
| (35) | Plus: 2Q Option Proceeds | 53 | 0 | 0 | 0 | 0 | 0 | |
| (36) | Plus: Other [1] | 17 | 186 | (1) | (1) | (1) | (1) | |
| (37) | **Change In Cash** | **$961** | **$471** | **$263** | **$271** | **$239** | **$258** | **(23.1%)** |
| (38) | Guaranteed Debt | $9,319 | $9,022 | $8,758 | $8,936 | $8,695 | $8,437 | (2.0%) |
| (39) | Total Debt (Excl. PHONES & Zell) | 11,117 | 10,673 | 10,411 | 10,140 | 9,900 | 9,642 | (2.8) |
| (40) | Covenant Adjusted EBITDA | $1,287 | $1,301 | $1,265 | $1,282 | $1,248 | $1,259 | (0.4%) |
| (41) | Covenant Cash Interest Expense [2] | 407 | 884 | 848 | 857 | 855 | 846 | 15.8 |
| | **Covenant Ratios:** | | | | | | | |
| (42) | **Guaranteed Debt/Adjusted EBITDA** | **7.24x** | **6.93x** | **6.93x** | **6.97x** | **6.97x** | **6.70x** | **(1.5%)** |
| (43) | Maximum Guaranteed Leverage Ratio | 9.00 | 9.00 | 8.75 | 8.50 | 8.25 | 8.25 | (1.7) |
| (44) | $ Cushion (EBITDA) | $252 | $299 | $264 | $231 | $194 | $236 | (1.3) |
| (45) | **Adjusted EBITDA/Cash Interest Expense [2]** | **3.16x** | **1.47x** | **1.49x** | **1.50x** | **1.46x** | **1.49x** | **(14.0%)** |
| (46) | Minimum Interest Coverage Ratio | 1.10 | 1.15 | 1.20 | 1.25 | 1.25 | 1.25 | 2.6 |
| (47) | $ Cushion (EBITDA) | $840 | $285 | $247 | $211 | $180 | $202 | (24.8) |

Note: Special items, non-operating items and stock based compensation are excluded from these projections. Projections exclude results from SCNI, Recycler, Hoy New York,
    Tribune Entertainment, and Cubs/Comcast beginning in 2007. The projections also assume the sale of certain real estate.
(1) Includes $150 mm of mortgage debt proceeds in 2008.
(2) Excludes interest income.

21

## Chart 10 - Publishing Group Five-Year Financial Outlook (Downside Case)
### ($ in millions)

| | | Est. 2007 | | Est. 2008 | ... | Est. 2012 | '07-'08 | '07 - '12 CAGR |
|---|---|---|---|---|---|---|---|---|
| | **REVENUE** | | | | | | | |
| | Advertising | | | | | | | |
| 1 | Daily Newspaper (excl Preprint) | $ | 1,732 | $ 1,543 | | $ 997 | -10.9% | -10.5% |
| 2 | Preprints | | 660 | 640 | | 570 | -3.0% | -2.9% |
| 3 | Targeted Print (excl Preprint) | | 239 | 241 | | 251 | 1.0% | 1.0% |
| 4 | Print | | 2,631 | 2,425 | | 1,818 | -7.8% | -7.1% |
| 5 | Interactive | | 263 | 302 | | 528 | 15.0% | 15.0% |
| 6 | Total Advertising | | 2,894 | 2,727 | | 2,346 | -5.8% | -4.1% |
| 7 | Circulation | | 528 | 507 | | 470 | -4.0% | -2.3% |
| 8 | Other | | 271 | 277 | | 306 | 2.5% | 2.5% |
| 9 | Total Revenue | $ | 3,693 | $ 3,511 | | $ 3,122 | -4.9% | -3.3% |
| | | | | | | | | |
| | **OPERATING EXPENSES** | | | | | | | |
| 10 | Compensation | | | | | | | |
| 11 | Direct Pay | $ | 1,020 | $ 1,010 | | $ 948 | -0.9% | -1.4% |
| 12 | Benefits excl Retirement | | 191 | 182 | | 171 | -4.7% | -2.2% |
| 13 | Retirement | | 22 | 42 | | 44 | 93.6% | 15.0% |
| 14 | Total Compensation | | 1,232 | 1,234 | | 1,163 | 0.1% | -1.2% |
| 15 | Newsprint & Ink | | 412 | 369 | | 321 | -10.5% | -4.9% |
| 16 | Outside Services | | 310 | 305 | | 286 | -1.5% | -1.6% |
| 17 | TMC Postage | | 124 | 120 | | 106 | -3.0% | -3.0% |
| 18 | Other Circulation Expenses | | 347 | 330 | | 265 | -5.0% | -5.3% |
| 19 | Promotion | | 99 | 95 | | 90 | -4.4% | -2.0% |
| 20 | Other Cash Expenses | | 350 | 333 | | 287 | -4.8% | -3.9% |
| 21 | Total Cash Expenses | $ | 2,874 | $ 2,786 | | $ 2,518 | -3.1% | -2.6% |
| | | | | | | | | |
| 22 | Net OCF from Comm. Delivery and Infrastructure | $ | - | $ 20 | | $ 24 | N/A | N/A |
| | | | | | | | | |
| 23 | **OPERATING CASH FLOW** | $ | **818** | $ **745** | | $ **628** | **-8.9%** | **-5.2%** |
| | | | | | | | | |
| 24 | Consolidated FTEs | | 16,614 | 16,056 | | 13,656 | -3.4% | -3.8% |
| | | | | | | | | |
| 25 | Net Paid Copies (7 day average) | | 2,959,260 | 2,889,293 | | 2,505,537 | -2.4% | -3.3% |
| | | | | | | | | |
| 26 | Regular Newsprint Tons | | 667,333 | 615,000 | | 480,161 | -7.8% | -6.4% |
| 27 | Average Price Per Ton | $ | 576 | $ 559 | | $ 617 | -3.0% | 1.4% |
| | | | | | | | | |
| | Advertising Breakout | | | | | | | |
| 28 | Retail | $ | 1,260 | $ 1,223 | | $ 1,139 | -3.0% | -2.0% |
| 29 | National | | 683 | 649 | | 581 | -5.0% | -3.2% |
| 30 | Classified | | 950 | 855 | | 626 | -10.0% | -8.0% |
| 31 | Total Advertising | $ | 2,894 | $ 2,727 | | $ 2,346 | -5.8% | -4.1% |

22

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

## Chart 11 – Broadcasting Group Five-Year Financial Outlook (Downside Case)
### ($ in millions)

| | | 52 wks 2006 | | 2007 | | 2008 | | 2012 | '07-'08 | '07-'12 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Operating Revenue** | | | | | | | | | |
| 1 | TV Stations | $ | 1,014 | $ | 980 | $ | 998 | $ 1,007 | 1.8% | 0.5% |
| 2 | Superstation | | 145 | | 143 | | 145 | 163 | 1.1% | 2.7% |
| 3 | Radio | | 41 | | 38 | | 41 | 44 | 8.7% | 3.1% |
| 4 | Group Office/Other | | 1 | | 3 | | 2 | 0 | | |
| 5 | **Total Revenue** | $ | **1,202** | $ | **1,164** | $ | **1,186** | $ **1,214** | **1.9%** | **0.8%** |
| | **Operating Expenses** | | | | | | | | | |
| 6 | TV Stations | $ | 709 | $ | 704 | $ | 714 | $ 734 | 1.4% | 0.8% |
| 7 | Superstation | | 52 | | 49 | | 54 | 64 | 9.6% | 5.3% |
| 8 | Radio | | 27 | | 26 | | 27 | 30 | 4.4% | 3.0% |
| 9 | Group Office/Other | | (0) | | 1 | | 5 | 6 | | |
| 10 | **Total Expenses** | $ | **788** | $ | **781** | $ | **800** | $ **833** | **2.5%** | **1.3%** |
| | **Operating Cash Flow** | | | | | | | | | |
| 11 | TV Stations | $ | 305 | $ | 276 | $ | 284 | $ 273 | 2.8% | -0.2% |
| 12 | Superstation | | 93 | | 94 | | 90 | 99 | -3.5% | 1.2% |
| 13 | Radio | | 14 | | 12 | | 14 | 14 | 17.8% | 3.1% |
| 14 | Group Office/Other | | 2 | | 2 | | (2) | (5) | | |
| 15 | **Total Op. Cash Flow** | $ | **414** | $ | **383** | $ | **386** | $ **381** | **0.7%** | **-0.1%** |

23

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414732

## SECTION 4 – UPSIDE CASE FIVE-YEAR PROJECTIONS

The key assumptions for the upside case five-year financial projections are as follows:

## PUBLISHING

### Revenue

- Revenue growth of 3.5% annually vs. base case growth of 1.7% annually.
- Florida and LA classified recover stronger and faster - assumes recovery to 2006 levels by 2012 ($70 million).
- Auto industry rebounds better than anticipated – assumes one fourth of the losses between 2005 and 2007 ($25 million) will be recovered by 2012 with 70% going to classified revenue and 30% going to national revenue.
- Local market share gains yield an incremental $25 million in retail and national advertising revenue by 2012.
- Increased growth in the existing interactive classified and other lines of business yields an additional $167 million in revenue by 2012.
- Circulation revenue trend improves in 2009 to 2012 to down 1% per year vs. down 3.2% per year due to successful price increases.
- Additional commercial delivery business yields an incremental $34 million in other revenue by 2012.
- Infrastructure optimization opportunities at Newsday, Baltimore & others yield an incremental $10 million per year in other revenue and operating cash flow from 2009 to 2012.

### Cash Expenses

- No additional cost savings initiatives in upside model.
- Cash expenses increased for related revenue increases as follows:
  - o 80% margin on Florida and Los Angeles classified recovery with the additional expenses spread among newsprint, compensation, and other cash expenses.
  - o 70% margin on auto industry recovery with the additional expenses spread among newsprint, compensation, and other cash expenses.
  - o 50% margin on local market share gains with the additional expenses spread among newsprint, compensation, and other cash expenses.
  - o 50% margin on growth in existing interactive lines of business with the additional expenses split between compensation and other cash expenses.
  - o 50% margin on additional commercial delivery business with the additional expense recorded as other cash expenses.

### Operating Cash Flow
- Annual growth of 6.9% from 2007 to 2012 vs. the base case annual growth of 2.1% due to local market share gains, better recovery in the LA and Florida classified industries and the auto industry, increased growth in existing interactive business, improved circulation trends and additional commercial delivery business.

24

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

## BROADCASTING

### Revenue

- Television spot market grows at an average annual rate of 2.4% as compared to 2.1% in the base case.  Both base advertising and political spending are higher.  Higher political spending assumes republican candidate of sufficient stature to make a run at New York and Illinois, which in recent presidential elections has been conceded to the democrats.
- Total market revenues increase 7% to 8% in even years and decline 4% to 5% in odd years.
- Tribune stations' aggregate revenue share increases three-tenths of a share in 2009 to 2012 over the base case.  Average market share is 13.9% on the strength of the CW and Fox prime, new syndicated programming and improved local news ratings.
- Healthier cable advertising market results in higher revenues for the Superstation.

### Cash Expenses

- Generally unchanged from base case as higher sales commissions (local and national rep) are offset by a one-year deferral of a new daytime program acquisition.

### Operating Cash Flow

- Operating cash flow $9 million higher than base case in 2008 and $145 million higher in aggregate for 2008 to 2012.

- Operating cash flow margins improve to the 36% to 38% range as management expense controls remain consistent with base case.

## CONSOLIDATED

- There are no material differences in the consolidated assumptions for the upside case as compared to the base case.

Charts 12 – 14 on the following pages show the detailed upside case five-year financial outlook for Tribune Company (consolidated), Tribune Publishing and Tribune Broadcasting, respectively.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB-UR-0414734

# Chart 12 - Tribune Company Consolidated Five-Year Financial Outlook (Upside Case/No Flex)
*($ in millions)*

| | | 2007PF | 2008 | 2009 | 2010 | 2011 | 2012 | '07-'12 CAGR |
|---|---|---|---|---|---|---|---|---|
| | **Operating Revenues** | | | | | | | |
| (1) | Publishing | $3,693 | $3,720 | $3,892 | $4,059 | $4,223 | $4,392 | 3.5% |
| (2) | Broadcasting & Entertainment (excl. Cubs) | 1,164 | 1,264 | 1,291 | 1,337 | 1,348 | 1,398 | 3.7 |
| (3) | **Total Operating Revenues** | **$4,857** | **$4,984** | **$5,183** | **$5,396** | **$5,571** | **$5,790** | **3.6%** |
| | **Operating Expenses** | | | | | | | |
| (4) | Publishing | $2,875 | $2,913 | $2,988 | $3,073 | $3,153 | $3,250 | 2.5% |
| (5) | Broadcasting & Entertainment (excl. Cubs) | 780 | 807 | 798 | 827 | 852 | 868 | 2.2 |
| (6) | Corporate | 42 | 41 | 41 | 41 | 41 | 41 | (0.2) |
| (7) | Less: Elimination of Bonus Plan | 0 | 0 | 0 | 0 | 0 | 0 | |
| (8) | Less: Salary Freeze | 0 | 0 | 0 | 0 | 0 | 0 | |
| (9) | **Total Operating Expenses** | **$3,697** | **$3,761** | **$3,827** | **$3,941** | **$4,046** | **$4,160** | **2.4%** |
| | **Operating Cash Flow** | | | | | | | |
| (10) | Publishing | $818 | $808 | $904 | $986 | $1,070 | $1,141 | 6.9% |
| (11) | Plus: Comm. Delivery and Infrastructure Savings | 0 | 0 | 0 | 0 | 0 | 0 | |
| (12) | Total Publishing | $818 | $808 | $904 | $986 | $1,070 | $1,141 | 6.9% |
| (13) | Broadcasting & Entertainment (excl. Cubs) | 384 | 457 | 493 | 510 | 496 | 530 | 6.7 |
| (14) | Corporate / Other | (42) | (41) | (41) | (41) | (41) | (41) | (0.2) |
| (15) | **Total Operating Cash Flow** | **$1,160** | **$1,224** | **$1,356** | **$1,455** | **$1,525** | **$1,630** | **7.0%** |
| (16) | Plus: Cash From Equity Investments | 68 | 99 | 115 | 140 | 163 | 181 | 21.5 |
| (17) | Plus: Cash Savings From 401K Contributions | 40 | 60 | 60 | 60 | 60 | 60 | 8.4 |
| (18) | Plus: Interest Income | 19 | 4 | 2 | 2 | 2 | 2 | (34.6) |
| (19) | Less: Severance Payments | 0 | (10) | (10) | (10) | (10) | (10) | |
| (20) | **Covenant Adjusted EBITDA** | **$1,287** | **$1,376** | **$1,524** | **$1,648** | **$1,740** | **$1,863** | **7.7%** |
| (21) | Less: Cash Savings From 401K Contributions | (40) | 0 | 0 | 0 | 0 | 0 | |
| (22) | Less: Dividends | (44) | 0 | 0 | 0 | 0 | 0 | |
| (23) | Less: Cash Taxes | (145) | (1) | (5) | (7) | (9) | (13) | (38.7) |
| (24) | Less: Cash Interest Expense | (407) | (909) | (867) | (859) | (827) | (774) | 13.7 |
| (25) | Plus: PHONES Cash Interest Deferral | 0 | 0 | 0 | 0 | 0 | 0 | |
| (26) | Less: Other | (127) | 0 | (0) | (0) | (1) | (1) | |
| (27) | Less: Capex | (140) | (132) | (128) | (128) | (128) | (128) | (1.7) |
| (28) | **Free Cash Flow** | **$385** | **$334** | **$523** | **$653** | **$775** | **$947** | **19.7%** |
| (29) | Plus: Proceeds from Asset Sales | 144 | 50 | 0 | 0 | 0 | 0 | |
| (30) | Less: Investments | (24) | (100) | (100) | (100) | (100) | (100) | 33.3 |
| (31) | **Sub-Total** | **$505** | **$284** | **$423** | **$553** | **$675** | **$847** | **10.9%** |
| (32) | Plus: Bender Proceeds | 338 | 0 | 0 | 0 | 0 | 0 | |
| (33) | **Net Free Cash Flow** | **$843** | **$284** | **$423** | **$553** | **$675** | **$847** | **0.1%** |
| (34) | Plus: Cubs / Comcast / TEC Cash Flow | 48 | 0 | 0 | 0 | 0 | 0 | |
| (35) | Plus: 2Q Option Proceeds | 53 | 0 | 0 | 0 | 0 | 0 | |
| (36) | Plus: Other [1] | 17 | 186 | (1) | (1) | (1) | (1) | |
| (37) | **Change In Cash** | **$961** | **$470** | **$423** | **$552** | **$674** | **$846** | **(2.5%)** |
| (38) | Guaranteed Debt | $9,319 | $9,023 | $8,599 | $8,495 | $7,820 | $6,973 | (5.6%) |
| (39) | Total Debt (Excl. PHONES & Zell) | 11,117 | 10,674 | 10,251 | 9,699 | 9,025 | 8,178 | (6.0) |
| (40) | Covenant Adjusted EBITDA | $1,287 | $1,376 | $1,524 | $1,648 | $1,740 | $1,863 | 7.7% |
| (41) | Covenant Cash Interest Expense [2] | 407 | 909 | 867 | 859 | 827 | 774 | 13.7 |
| | **Covenant Ratios:** | | | | | | | |
| (42) | **Guaranteed Debt/Adjusted EBITDA** | **7.24x** | **6.55x** | **5.64x** | **5.16x** | **4.49x** | **3.74x** | **(12.4%)** |
| (43) | *Maximum Guaranteed Leverage Ratio* | *9.00* | *9.00* | *8.75* | *8.50* | *8.25* | *8.25* | *(1.7)* |
| (44) | *$ Cushion (EBITDA)* | *$252* | *$374* | *$541* | *$648* | *$792* | *$1,018* | *32.2* |
| (45) | **Adjusted EBITDA/Cash Interest Expense** [2] | **3.16x** | **1.51x** | **1.76x** | **1.92x** | **2.10x** | **2.41x** | **(5.3%)** |
| (46) | *Minimum Interest Coverage Ratio* | *1.10* | *1.15* | *1.20* | *1.25* | *1.25* | *1.25* | *2.6* |
| (47) | *$ Cushion (EBITDA)* | *$840* | *$331* | *$483* | *$574* | *$706* | *$896* | *1.3* |

Note: Special items, non-operating items and stock based compensation are excluded from these projections. Projections exclude results from SCNI, Recycler, Hoy New York, Tribune Entertainment, and Cubs/Comcast beginning in 2007. The projections also assume the sale of certain real estate.
(1) Includes $150 mm of mortgage debt proceeds in 2008.
(2) Excludes interest income.

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414735

## Chart 13 - Publishing Group Five-Year Financial Outlook (Upside Case)
### ($ in millions)

|  |  | Est. 2007 | Est. 2008 | ... | Est. 2012 | '07-'08 | '07 - '12 CAGR |
|---|---|---|---|---|---|---|---|
|  | **REVENUE** |  |  |  |  |  |  |
|  | Advertising |  |  |  |  |  |  |
| 1 | Daily Newspaper (excl Preprint) | $ 1,732 | $ 1,628 |  | $ 1,560 | -6.0% | -2.1% |
| 2 | Preprints | 660 | 657 |  | 665 | -0.5% | 0.2% |
| 3 | Targeted Print  (excl Preprint) | 239 | 254 |  | 338 | 6.1% | 7.2% |
| 4 | Print | 2,631 | 2,538 |  | 2,563 | -3.5% | -0.5% |
| 5 | Interactive | 263 | 346 |  | 883 | 31.6% | 27.4% |
| 6 | Total Advertising | 2,894 | 2,884 |  | 3,446 | -0.3% | 3.6% |
| 7 | Circulation | 528 | 511 |  | 491 | -3.2% | -1.4% |
| 8 | Other | 271 | 325 |  | 455 | 20.2% | 11.0% |
| 9 | Total Revenue | $ 3,693 | $ 3,720 |  | $ 4,392 | 0.8% | 3.5% |
|  | **OPERATING EXPENSES** |  |  |  |  |  |  |
| 10 | Compensation |  |  |  |  |  |  |
| 11 | Direct Pay | $ 1,020 | $ 1,044 |  | $ 1,131 | 2.4% | 2.1% |
| 12 | Benefits excl Retirement | 191 | 192 |  | 207 | 0.3% | 1.7% |
| 13 | Retirement | 22 | 42 |  | 44 | 93.6% | 15.0% |
| 14 | Total Compensation | 1,232 | 1,278 |  | 1,382 | 3.7% | 2.3% |
| 15 | Newsprint & Ink | 412 | 377 |  | 434 | -8.6% | 1.1% |
| 16 | Outside Services | 310 | 320 |  | 397 | 3.3% | 5.1% |
| 17 | TMC Postage | 124 | 119 |  | 119 | -4.0% | -0.7% |
| 18 | Other Circulation Expenses | 347 | 357 |  | 363 | 2.7% | 0.9% |
| 19 | Promotion | 99 | 102 |  | 122 | 2.5% | 4.2% |
| 20 | Other Cash Expenses | 350 | 361 |  | 433 | 3.3% | 4.3% |
| 21 | Total Cash Expenses | $ 2,874 | $ 2,913 |  | $ 3,250 | 1.3% | 2.5% |
| 22 | **OPERATING CASH FLOW** | $ 818 | $ 808 |  | $ 1,141 | **-1.3%** | **6.9%** |
| 23 | Consolidated FTEs | 16,614 | 16,156 |  | 15,237 | -2.8% | -1.7% |
| 24 | Net Paid Copies (7 day average) | 2,959,260 | 2,889,293 |  | 2,615,722 | -2.4% | -2.4% |
| 25 | Regular Newsprint Tons | 667,333 | 625,270 |  | 597,430 | -6.3% | -2.2% |
| 26 | Average Price Per Ton | $ 576 | $ 562 |  | $ 683 | -2.5% | 3.5% |
|  | Advertising Breakout |  |  |  |  |  |  |
| 27 | Retail | $ 1,260 | $ 1,284 |  | $ 1,474 | 1.9% | 3.2% |
| 28 | National | 683 | 700 |  | 856 | 2.4% | 4.6% |
| 29 | Classified | 950 | 901 |  | 1,115 | -5.2% | 3.3% |
| 30 | Total Advertising | $ 2,894 | $ 2,884 |  | $ 3,446 | -0.3% | 3.6% |

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414736

## Chart 14 – Broadcasting Group Five-Year Financial Outlook (Upside Case)
*($ in millions)*

| | | 52 wks 2006 | | 2007 | | 2008 | | 2012 | '07-'08 | '07-'12 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Revenue** | | | | | | | | | | |
| 1 | TV Stations | $ | 1,014 | $ | 980 | $ | 1,074 | $ | 1,185 | 9.5% | 3.9% |
| 2 | Superstation | | 145 | | 143 | | 147 | | 169 | 2.7% | 3.4% |
| 3 | Radio | | 41 | | 38 | | 41 | | 44 | 8.7% | 3.1% |
| 4 | Group Office/Other | | 1 | | 3 | | 2 | | 0 | | |
| 5 | **Total Revenue** | $ | 1,202 | $ | 1,164 | $ | 1,264 | $ | 1,398 | 8.6% | 3.7% |
| | **Operating Expenses** | | | | | | | | | | |
| 6 | TV Stations | $ | 709 | $ | 704 | $ | 721 | $ | 769 | 2.4% | 1.8% |
| 7 | Superstation | | 52 | | 49 | | 54 | | 64 | 9.6% | 5.3% |
| 8 | Radio | | 27 | | 26 | | 27 | | 30 | 4.4% | 3.0% |
| 9 | Group Office/Other | | (0) | | 1 | | 5 | | 6 | | |
| 10 | **Total Expenses** | $ | 788 | $ | 781 | $ | 807 | $ | 868 | 3.3% | 2.2% |
| | **Operating Cash Flow** | | | | | | | | | | |
| 11 | TV Stations | $ | 305 | $ | 276 | $ | 353 | $ | 416 | 27.7% | 8.5% |
| 12 | Superstation | | 93 | | 94 | | 93 | | 105 | -1.0% | 2.3% |
| 13 | Radio | | 14 | | 12 | | 14 | | 14 | 17.8% | 3.1% |
| 14 | Group Office/Other | | 2 | | 2 | | (2) | | (5) | | |
| 15 | **Total Op. Cash Flow** | $ | 414 | $ | 383 | $ | 457 | $ | 530 | 19.3% | 6.7% |

28

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

## SECTION 5 – OPERATING CASES ASSUMING "FLEX"

### Chart 15 – Base Case Five-Year Financial Outlook (Flex)
#### ($ in millions)

|  |  | 2007PF | 2008 | 2009 | 2010 | 2011 | 2012 | '07-'12 CAGR |
|---|---|---|---|---|---|---|---|---|
|  | **Operating Revenues** |  |  |  |  |  |  |  |
| (1) | Publishing | $3,693 | $3,680 | $3,752 | $3,840 | $3,928 | $4,019 | 1.7% |
| (2) | Broadcasting & Entertainment (excl. Cubs) | 1,164 | 1,257 | 1,264 | 1,307 | 1,317 | 1,352 | 3.0 |
| (3) | **Total Operating Revenues** | **$4,857** | **$4,936** | **$5,016** | **$5,147** | **$5,245** | **$5,371** | **2.0%** |
|  | **Operating Expenses** |  |  |  |  |  |  |  |
| (4) | Publishing | $2,875 | $2,894 | $2,938 | $2,996 | $3,053 | $3,113 | 1.6% |
| (5) | Broadcasting & Entertainment (excl. Cubs) | 780 | 808 | 800 | 827 | 852 | 868 | 2.2 |
| (6) | Corporate | 42 | 41 | 41 | 41 | 41 | 41 | (0.2) |
| (7) | Less: Elimination of Bonus Plan | 0 | 0 | 0 | 0 | 0 | 0 |  |
| (8) | Less: Salary Freeze | 0 | 0 | 0 | 0 | 0 | 0 |  |
| (9) | **Total Operating Expenses** | **$3,697** | **$3,743** | **$3,780** | **$3,865** | **$3,946** | **$4,023** | **1.7%** |
|  | **Operating Cash Flow** |  |  |  |  |  |  |  |
| (10) | Publishing | $818 | $786 | $814 | $844 | $875 | $906 | 2.1% |
| (11) | Plus: Comm. Delivery and Infrastructure Savings | 0 | 0 | 0 | 0 | 0 | 0 |  |
| (12) | Total Publishing | $818 | $786 | $814 | $844 | $875 | $906 | 2.1% |
| (13) | Broadcasting & Entertainment (excl. Cubs) | 384 | 448 | 464 | 479 | 465 | 484 | 4.7 |
| (14) | Corporate / Other | (42) | (41) | (41) | (41) | (41) | (41) | (0.2) |
| (15) | **Total Operating Cash Flow** | **$1,160** | **$1,193** | **$1,237** | **$1,282** | **$1,298** | **$1,349** | **3.1%** |
| (16) | Plus: Cash From Equity Investments | 68 | 99 | 115 | 140 | 163 | 181 | 21.5 |
| (17) | Plus: Cash Savings From 401K Contributions | 40 | 60 | 60 | 60 | 60 | 60 | 8.4 |
| (18) | Plus: Interest Income | 19 | 4 | 2 | 2 | 2 | 2 | (34.6) |
| (19) | Less: Severance Payments | 0 | (10) | (10) | (10) | (10) | (10) |  |
| (20) | **Covenant Adjusted EBITDA** | **$1,287** | **$1,346** | **$1,404** | **$1,474** | **$1,513** | **$1,582** | **4.2%** |
| (21) | Less: Cash Savings From 401K Contributions | (40) | 0 | 0 | 0 | 0 | 0 |  |
| (22) | Less: Dividends | (44) | 0 | 0 | 0 | 0 | 0 |  |
| (23) | Less: Cash Taxes | (145) | 0 | 0 | (1) | (2) | (3) | (53.2) |
| (24) | Less: Cash Interest Expense | (407) | (923) | (975) | (984) | (977) | (957) | 18.7 |
| (25) | Plus: PHONES Cash Interest Deferral | 0 | 0 | 0 | 0 | 0 | 0 |  |
| (26) | Less: Other | (127) | 0 | (60) | (0) | (1) | (1) |  |
| (27) | Less: Capex | (140) | (132) | (128) | (128) | (128) | (128) | (1.7) |
| (28) | **Free Cash Flow** | **$385** | **$291** | **$241** | **$361** | **$406** | **$492** | **5.0%** |
| (29) | Plus: Proceeds from Asset Sales | 144 | 50 | 0 | 0 | 0 | 0 |  |
| (30) | Less: Investments | (24) | (100) | (100) | (100) | (100) | (100) | 33.3% |
| (31) | **Sub-Total** | **$505** | **$241** | **$141** | **$261** | **$306** | **$392** | **(4.9%)** |
| (32) | Plus: Bender Proceeds | 338 | 0 | 0 | 0 | 0 | 0 |  |
| (33) | **Net Free Cash Flow** | **$843** | **$241** | **$141** | **$261** | **$306** | **$392** | **(14.2%)** |
| (34) | Plus: Cubs / Comcast / TEC Cash Flow | 48 | 0 | 0 | 0 | 0 | 0 |  |
| (35) | Plus: 2Q Option Proceeds | 53 | 0 | 0 | 0 | 0 | 0 |  |
| (36) | Plus: Other [1] | 17 | 186 | (1) | (1) | (1) | (1) |  |
| (37) | **Change In Cash** | **$961** | **$427** | **$140** | **$261** | **$306** | **$391** | **(16.4%)** |
| (38) | Guaranteed Debt | $9,319 | $9,066 | $8,924 | $9,112 | $8,806 | $8,415 | (2.0%) |
| (39) | Total Debt (Excl. PHONES & Zell) | 11,117 | 10,718 | 10,577 | 10,316 | 10,011 | 9,620 | (2.9) |
| (40) | Covenant Adjusted EBITDA | $1,287 | $1,346 | $1,404 | $1,474 | $1,513 | $1,582 | 4.2% |
| (41) | Covenant Cash Interest Expense [2] | 407 | 923 | 975 | 984 | 977 | 957 | 18.7 |
|  | **Covenant Ratios:** |  |  |  |  |  |  |  |
| (42) | **Guaranteed Debt/Adjusted EBITDA** | **7.24x** | **6.74x** | **6.36x** | **6.18x** | **5.82x** | **5.32x** | **(6.0%)** |
| (43) | *Maximum Guaranteed Leverage Ratio* | *9.00* | *9.00* | *8.75* | *8.50* | *8.25* | *8.25* | *(1.7)* |
| (44) | *$ Cushion (EBITDA)* | *$252* | *$338* | *$384* | *$402* | *$446* | *$562* | *17.4* |
| (45) | **Adjusted EBITDA/Cash Interest Expense [2]** | **3.16x** | **1.46x** | **1.44x** | **1.50x** | **1.55x** | **1.65x** | **(12.2%)** |
| (46) | *Minimum Interest Coverage Ratio* | *1.10* | *1.15* | *1.20* | *1.25* | *1.25* | *1.25* | *2.6* |
| (47) | *$ Cushion (EBITDA)* | *$840* | *$285* | *$234* | *$245* | *$293* | *$385* | *(14.4)* |

Note: Special items, non-operating items and stock based compensation are excluded from these projections. Projections exclude results from SCNI, Recycler, Hoy New York,
Tribune Entertainment, and Cubs/Comcast beginning in 2007. The projections also assume the sale of certain real estate.
(1) Includes $150 mm of mortgage debt proceeds in 2008.
(2) Excludes interest income.

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414738

## Chart 16 – Downside Case Five-Year Financial Outlook (Flex)
### ($ in millions)

|  |  | 2007PF | 2008 | 2009 | 2010 | 2011 | 2012 | '07-'12 CAGR |
|---|---|---|---|---|---|---|---|---|
|  | **Operating Revenues** |  |  |  |  |  |  |  |
| (1) | Publishing | $3,693 | $3,511 | $3,386 | $3,290 | $3,202 | $3,122 | (3.3%) |
| (2) | Broadcasting & Entertainment (excl. Cubs) | 1,164 | 1,186 | 1,167 | 1,199 | 1,190 | 1,214 | 0.8 |
| (3) | **Total Operating Revenues** | **$4,857** | **$4,698** | **$4,552** | **$4,489** | **$4,392** | **$4,336** | **(2.2%)** |
|  | **Operating Expenses** |  |  |  |  |  |  |  |
| (4) | Publishing | $2,875 | $2,786 | $2,716 | $2,649 | $2,582 | $2,518 | (2.6%) |
| (5) | Broadcasting & Entertainment (excl. Cubs) | 780 | 800 | 778 | 791 | 817 | 833 | 1.3 |
| (6) | Corporate | 42 | 41 | 41 | 41 | 41 | 41 | (0.2) |
| (7) | Less: Elimination of Bonus Plan | 0 | (30) | (30) | (30) | (30) | (30) |  |
| (8) | Less: Salary Freeze | 0 | (25) | (25) | (25) | (25) | (25) |  |
| (9) | **Total Operating Expenses** | **$3,697** | **$3,573** | **$3,481** | **$3,426** | **$3,386** | **$3,337** | **(2.0%)** |
|  | **Operating Cash Flow** |  |  |  |  |  |  |  |
| (10) | Publishing | $818 | $725 | $669 | $641 | $620 | $604 | (5.9%) |
| (11) | Plus: Comm. Delivery and Infrastructure Savings | 0 | 20 | 22 | 24 | 24 | 24 |  |
| (12) | Total Publishing | $818 | $745 | $691 | $666 | $644 | $628 | (5.1%) |
| (13) | Broadcasting & Entertainment (excl. Cubs) | 384 | 386 | 389 | 407 | 372 | 381 | (0.1) |
| (14) | Corporate / Other | (42) | 14 | 14 | 14 | 14 | 14 | NM |
| (15) | **Total Operating Cash Flow** | **$1,160** | **$1,145** | **$1,094** | **$1,087** | **$1,030** | **$1,023** | **(2.5%)** |
| (16) | Plus: Cash From Equity Investments | 68 | 99 | 115 | 140 | 163 | 181 | 21.5 |
| (17) | Plus: Cash Savings From 401K Contributions | 40 | 60 | 60 | 60 | 60 | 60 | 8.4 |
| (18) | Plus: Interest Income | 19 | 7 | 5 | 5 | 5 | 5 | (22.5) |
| (19) | Less: Severance Payments | 0 | (10) | (10) | (10) | (10) | (10) |  |
| (20) | **Covenant Adjusted EBITDA** | **$1,287** | **$1,301** | **$1,265** | **$1,282** | **$1,248** | **$1,259** | **(0.4%)** |
| (21) | Less: Cash Savings From 401K Contributions | (40) | 0 | 0 | 0 | 0 | 0 |  |
| (22) | Less: Dividends | (44) | 0 | 0 | 0 | 0 | 0 |  |
| (23) | Less: Cash Taxes | (145) | 0 | 0 | 0 | 0 | 0 | (100.0) |
| (24) | Less: Cash Interest Expense | (407) | (922) | (975) | (989) | (993) | (993) | 19.5 |
| (25) | Plus: PHONES Cash Interest Deferral | 0 | 26 | 26 | 27 | 27 | 28 |  |
| (26) | Less: Other | (127) | 0 | (60) | (0) | (1) | (1) |  |
| (27) | Less: Capex | (140) | (132) | (103) | (103) | (103) | (103) | (5.9) |
| (28) | **Free Cash Flow** | **$385** | **$273** | **$152** | **$216** | **$178** | **$190** | **(13.2%)** |
| (29) | Plus: Proceeds from Asset Sales | 144 | 50 | 0 | 0 | 0 | 0 |  |
| (30) | Less: Investments | (24) | (50) | (50) | (50) | (50) | (50) | 16.0 |
| (31) | **Sub-Total** | **$505** | **$273** | **$102** | **$166** | **$128** | **$140** | **(22.6%)** |
| (32) | Plus: Bender Proceeds | 338 | 0 | 0 | 0 | 0 | 0 |  |
| (33) | **Net Free Cash Flow** | **$843** | **$273** | **$102** | **$166** | **$128** | **$140** | **(30.2%)** |
| (34) | Plus: Cubs / Comcast / TEC Cash Flow | 48 | 0 | 0 | 0 | 0 | 0 |  |
| (35) | Plus: 2Q Option Proceeds | 53 | 0 | 0 | 0 | 0 | 0 |  |
| (36) | Plus: Other [1] | 17 | 186 | (1) | (1) | (1) | (1) |  |
| (37) | **Change In Cash** | **$961** | **$459** | **$102** | **$166** | **$128** | **$139** | **(32.0%)** |
| (38) | Guaranteed Debt | $9,319 | $9,034 | $8,931 | $9,214 | $9,086 | $8,946 | (0.8%) |
| (39) | Total Debt (Excl. PHONES & Zell) | 11,117 | 10,686 | 10,584 | 10,418 | 10,291 | 10,151 | (1.8) |
| (40) | Covenant Adjusted EBITDA | $1,287 | $1,301 | $1,265 | $1,282 | $1,248 | $1,259 | (0.4%) |
| (41) | Covenant Cash Interest Expense [2] | 407 | 896 | 949 | 962 | 966 | 965 | 18.8 |
|  | **Covenant Ratios:** |  |  |  |  |  |  |  |
| (42) | **Guaranteed Debt/Adjusted EBITDA** | **7.24x** | **6.94x** | **7.06x** | **7.19x** | **7.28x** | **7.11x** | **(0.4%)** |
| (43) | *Maximum Guaranteed Leverage Ratio* | *9.00* | *9.00* | *8.75* | *8.50* | *8.25* | *8.25* | *(1.7)* |
| (44) | $ Cushion (EBITDA) | $252 | $297 | $244 | $198 | $147 | $175 | (7.1) |
| (45) | **Adjusted EBITDA/Cash Interest Expense** [2] | **3.16x** | **1.45x** | **1.33x** | **1.33x** | **1.29x** | **1.31x** | **(16.2%)** |
| (46) | *Minimum Interest Coverage Ratio* | *1.10* | *1.15* | *1.20* | *1.25* | *1.25* | *1.25* | *2.6* |
| (47) | $ Cushion (EBITDA) | $840 | $270 | $126 | $79 | $41 | $53 | (42.4) |

Note:   Special items, non-operating items and stock based compensation are excluded from these projections. Projections exclude results from SCNI, Recycler, Hoy New York,
        Tribune Entertainment, and Cubs/Comcast beginning in 2007. The projections also assume the sale of certain real estate.
(1) Includes $150 mm of mortgage debt proceeds in 2008.
(2) Excludes interest income.

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414739

## Chart 17 – Upside Case Five-Year Financial Outlook (Flex)
### ($ in millions)

| | | 2007PF | 2008 | 2009 | 2010 | 2011 | 2012 | '07-'12 CAGR |
|---|---|---|---|---|---|---|---|---|
| | **Operating Revenues** | | | | | | | |
| (1) | Publishing | $3,693 | $3,720 | $3,892 | $4,059 | $4,223 | $4,392 | 3.5% |
| (2) | Broadcasting & Entertainment (excl. Cubs) | 1,164 | 1,264 | 1,291 | 1,337 | 1,348 | 1,398 | 3.7 |
| (3) | **Total Operating Revenues** | **$4,857** | **$4,984** | **$5,183** | **$5,396** | **$5,571** | **$5,790** | **3.6%** |
| | **Operating Expenses** | | | | | | | |
| (4) | Publishing | $2,875 | $2,913 | $2,988 | $3,073 | $3,153 | $3,250 | 2.5% |
| (5) | Broadcasting & Entertainment (excl. Cubs) | 780 | 807 | 798 | 827 | 852 | 868 | 2.2 |
| (6) | Corporate | 42 | 41 | 41 | 41 | 41 | 41 | (0.2) |
| (7) | Less: Elimination of Bonus Plan | 0 | 0 | 0 | 0 | 0 | 0 | |
| (8) | Less: Salary Freeze | 0 | 0 | 0 | 0 | 0 | 0 | |
| (9) | **Total Operating Expenses** | **$3,697** | **$3,761** | **$3,827** | **$3,941** | **$4,046** | **$4,160** | **2.4%** |
| | **Operating Cash Flow** | | | | | | | |
| (10) | Publishing | $818 | $808 | $904 | $986 | $1,070 | $1,141 | 6.9% |
| (11) | Plus: Comm. Delivery and Infrastructure Savings | 0 | 0 | 0 | 0 | 0 | 0 | |
| (12) | Total Publishing | $818 | $808 | $904 | $986 | $1,070 | $1,141 | 6.9% |
| (13) | Broadcasting & Entertainment (excl. Cubs) | 384 | 457 | 493 | 510 | 496 | 530 | 6.7 |
| (14) | Corporate / Other | (42) | (41) | (41) | (41) | (41) | (41) | (0.2) |
| (15) | **Total Operating Cash Flow** | **$1,160** | **$1,224** | **$1,356** | **$1,455** | **$1,525** | **$1,630** | **7.0%** |
| (16) | Plus: Cash From Equity Investments | 68 | 99 | 115 | 140 | 163 | 181 | 21.5 |
| (17) | Plus: Cash Savings From 401K Contributions | 40 | 60 | 60 | 60 | 60 | 60 | 8.4 |
| (18) | Plus: Interest Income | 19 | 4 | 2 | 2 | 2 | 2 | (34.6) |
| (19) | Less: Severance Payments | 0 | (10) | (10) | (10) | (10) | (10) | |
| (20) | **Covenant Adjusted EBITDA** | **$1,287** | **$1,376** | **$1,524** | **$1,648** | **$1,740** | **$1,863** | **7.7%** |
| (21) | Less: Cash Savings From 401K Contributions | (40) | 0 | 0 | 0 | 0 | 0 | |
| (22) | Less: Dividends | (44) | 0 | 0 | 0 | 0 | 0 | |
| (23) | Less: Cash Taxes | (145) | (1) | (3) | (5) | (7) | (10) | (41.4) |
| (24) | Less: Cash Interest Expense | (407) | (921) | (968) | (964) | (938) | (893) | 17.0 |
| (25) | Plus: PHONES Cash Interest Deferral | 0 | 0 | 0 | 0 | 0 | 0 | |
| (26) | Less: Other | (127) | 0 | (60) | (0) | (1) | (1) | (1.7) |
| (27) | Less: Capex | (140) | (132) | (128) | (128) | (128) | (128) | |
| (28) | **Free Cash Flow** | **$385** | **$322** | **$365** | **$550** | **$666** | **$830** | **16.6%** |
| (29) | Plus: Proceeds from Asset Sales | 144 | 50 | 0 | 0 | 0 | 0 | |
| (30) | Less: Investments | (24) | (100) | (100) | (100) | (100) | (100) | 33.3% |
| (31) | **Sub-Total** | **$505** | **$272** | **$265** | **$450** | **$566** | **$730** | **7.7%** |
| (32) | Plus: Bender Proceeds | 338 | 0 | 0 | 0 | 0 | 0 | |
| (33) | **Net Free Cash Flow** | **$843** | **$272** | **$265** | **$450** | **$566** | **$730** | **(2.8%)** |
| (34) | Plus: Cubs / Comcast / TEC Cash Flow | 48 | 0 | 0 | 0 | 0 | 0 | |
| (35) | Plus: 2Q Option Proceeds | 53 | 0 | 0 | 0 | 0 | 0 | |
| (36) | Plus: Other [1] | 17 | 186 | (1) | (1) | (1) | (1) | |
| (37) | **Change In Cash** | **$961** | **$458** | **$264** | **$449** | **$565** | **$730** | **(5.3%)** |
| (38) | Guaranteed Debt | $9,319 | $9,035 | $8,769 | $8,769 | $8,203 | $7,473 | (4.3%) |
| (39) | Total Debt (Excl. PHONES & Zell) | 11,117 | 10,687 | 10,422 | 9,973 | 9,408 | 8,678 | (4.8) |
| (40) | Covenant Adjusted EBITDA | $1,287 | $1,376 | $1,524 | $1,648 | $1,740 | $1,863 | 7.7% |
| (41) | Covenant Cash Interest Expense [2] | 407 | 921 | 968 | 964 | 938 | 893 | 17.0 |
| | **Covenant Ratios:** | | | | | | | |
| (42) | **Guaranteed Debt/Adjusted EBITDA** | **7.24x** | **6.56x** | **5.75x** | **5.32x** | **4.71x** | **4.01x** | **(11.1%)** |
| (43) | *Maximum Guaranteed Leverage Ratio* | *9.00* | *9.00* | *8.75* | *8.50* | *8.25* | *8.25* | *(1.7)* |
| (44) | $ Cushion (EBITDA) | $252 | $373 | $522 | $616 | $746 | $957 | 30.6 |
| (45) | **Adjusted EBITDA/Cash Interest Expense [2]** | **3.16x** | **1.49x** | **1.57x** | **1.71x** | **1.85x** | **2.09x** | **(8.0%)** |
| (46) | *Minimum Interest Coverage Ratio* | *1.10* | *1.15* | *1.20* | *1.25* | *1.25* | *1.25* | *2.6* |
| (47) | $ Cushion (EBITDA) | $840 | $317 | $362 | $442 | $567 | $747 | (2.3) |

Note: Special items, non-operating items and stock based compensation are excluded from these projections. Projections exclude results from SCNI, Recycler, Hoy New York,
Tribune Entertainment, and Cubs/Comcast beginning in 2007. The projections also assume the sale of certain real estate.
(1) Includes $150 mm of mortgage debt proceeds in 2008.
(2) Excludes interest income.

31

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414740

## SECTION 6 - APPENDIX

### Chart 18 – Update on Cubs Sales Process
*($ in millions)*

1. Chicago Cubs
   a. 9 primary bidders, 4 qualified by Major League Baseball to date
   b. Process and timing
   c. Management presentations
   d. Major League Baseball meeting November 14-15
   e. Valuation
2. Wrigley Field
   a. Naming rights
   b. Illinois Sports Facilities Authority
   c. Triangle building and parking facilities
   d. Valuation
3. Comcast SportsNet
   a. Valuation
4. Projected transaction for financial modeling purposes (below)

**Current Alternatives**
*($ in millions)*

| | | Taxable Transaction | | | | Structured (Tax Efficient) Transaction | |
|---|---|---|---|---|---|---|---|
| | | Original Plan | Revised Values | | | | Revised Values |
| | | *(a)* | *(b)* | | | | *(c)* |
| | Gross proceeds: | | | | | Gross proceeds: | |
| (1) | Cubs / Wrigley Field | $600 | $925 | (1) | | Cubs / Wrigley Field | $925 |
| (2) | Comcast SportsNet | 225 | 225 | (2) | | Comcast SportsNet | 225 |
| (3) | Other Cubs/Wrigley related assets | - | 75 | (3) | | Other Cubs/Wrigley related assets | 75 |
| (4) | Sub total | 825 | 1,225 | (4) | | Sub total | 1,225 |
| (5) | Recycler | 1 | 1 | (5) | | Recycler | 1 |
| (6) | Total | 826 | 1,226 | (6) | | Total | 1,226 |
| | | | | | | | |
| (7) | | | | (7) | | Projected debt financing of the deal | 650 |
| (8) | | | | (8) | | Implied equity financing of the deal | 576 |
| | Tax basis: | | | | | Tax basis: | |
| (9) | Cubs / Wrigley Field | 43 | 43 | (9) | | Cubs / Wrigley Field | 43 |
| (10) | Comcast SportsNet | 19 | 19 | (10) | | Comcast SportsNet | 19 |
| (11) | Other Cubs/Wrigley related assets | - | - | (11) | | Other Cubs/Wrigley related assets | - |
| (12) | Sub total | 62 | 62 | (12) | | Sub total | 62 |
| (13) | Recycler | 180 | 180 | (13) | | Recycler | 180 |
| (14) | Total | 242 | 242 | (14) | | Total | 242 |
| | | | | | | | |
| (15) | Capital gain | 584 | 984 | (15) | | Capital gain on equity financing | 334 |
| | | | | | | | |
| (16) | Taxes (38.25%) | (223) | (376) | (16) | | Taxes (38.25%) | (128) |
| | | | | | | | |
| (17) | Net proceeds | $603 | $850 | (17) | | Net proceeds | $1,098 |

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB-UR-0414741

## Chart 19 – Summary of Real Estate Opportunities
### ($ in millions)

| | Proj. Gross Proceeds [1] | | Remarks |
|---|---|---|---|
| | Low | High | |
| **(I) Opportunities currently reflected in five-year financial projections:** | | | |
| (1) Hollywood, CA studio lot | $125 | $150 | The sale of the Hollywood studio lot will be effected as part of a 1031 exchange in connection with the exercise of the TMCT purchase option. This structure will allow for the deferral of capital gain related to the sale of the Hollywood lot. The KTLA television station will remain at the Hollywood studio lot and will have a new lease with the buyer of the studio lot. Projected rent on this lease will be in the $2-3M range annually. |
| (2) TMCT (sale of non-core St. Louis property) | 10 | 12 | This property is currently owned by TMCT and sublet to Reed Elsevier. Tribune plans to sell this property after the TMCT purchase option is exercised. |
| (3) TMCT (sale of non-core Conklin property) | 4 | 7 | This property is currently owned by TMCT and sublet to Reed Elsevier. Tribune plans to sell this property after the TMCT purchase option is exercised. |
| (4) TMCT mortgage on retained property | 150 | 160 | After the TMCT purchase option is exercised, Tribune plans to place a mortgage on the 6 properties it will retain. These properties include Times Mirror Square in Los Angeles and *Baltimore Sun*, *Newsday* and *Hartford Courant* properties. Proceeds from this mortgage will be used to repay borrowings under the credit facility. Estimated interest rate on this mortgage is in the LIBOR plus 200-250 bps range. |
| (5) SCNI Greenwich | 12 | 13 | Tribune is currently negotiating the sale of the *Greenwich Time* and *Stamford Advocate* (Southern Connecticut Newspapers). This sale will exclude real estate in Greenwich and Stamford. Tribune plans to sell these properties after the newspapers are sold. |
| (6) SCNI Stamford | 13 | 15 | |
| (7) Baltimore surplus property | 4 | 6 | After the TMCT purchase option is exercised, Tribune will consider selling excess land/space currently used by the *Baltimore Sun*. |
| Sub-Total | $318 | $363 | |
| **(II) Longer-term opportunities not reflected in five-year financial projections:** | | | |
| (8) Ft. Lauderdale | 14 | 18 | River front parking lot totaling 1.4 acres which is currently used for *Sun-Sentinel* staff parking could be sold, net of securing parking elsewhere. |
| (9) Sale Leaseback (net) | 325 | 375 | Estimated gross proceeds of approximately $440M on the sale leaseback of 31 properties with an annual rental payment of $30M. After-tax proceeds estimated in the $350M range. The implied annual rental rate on this transaction is currently in the 8.5% range. Proceeds from a possible sale leaseback would be used to repay borrowings under the credit facility. |
| (10) Tribune Tower | 35 | 70 | Long-term potential value opportunities primarily through the redevelopment of the first and second floors of Tribune Tower to retail or the possible sale of the East parking lot, among other things. |
| (11) Times Mirror Square | 75 | 150 | Long-term potential value opportunities through the monetization of surplus space. Tribune is currently developing plans to reconfigure the space utilization of the Square which could ultimately lead to freeing-up half of the total footprint of the Square. |
| Sub-Total | $449 | $613 | |
| **GRAND TOTAL** | $767 | $976 | |

(1) All proceeds gross except for sale leaseback.

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414742

## Chart 20 – Summary of Disposition Opportunities
### ($ in millions)

| | | 2007P Operating Cash Flow | Multiple | Gross Proceeds | Basis | Net Proceeds | After Tax Multiple |
|---|---|---|---|---|---|---|---|
| | **Television Stations (Stock Sales)** | | | | | | |
| 1 | KPLR - St. Louis | $2,859 | NM | 75,000 [1] | 197,000 | 121,665 [2] | NM |
| 2 | KSWB - San Diego | 579 | NM | 50,000 [1] | 74,000 | 59,180 [2] | NM |
| | **Select Non-Core Assets (Asset Sales)** | | | | | | |
| 3 | Radio | 12,033 | 12.5 | 150,413 | 8,000 | 95,940 | 8.0 |
| 4 | TMS | 26,535 | 11.5 | 305,153 | 83,000 | 220,179 | 8.3 |
| | **Renaissance Television (Stock Sale)[3]** | | | | | | |
| 5 | WTIC/WTXX - Hartford | $9,996 | | - | | - | - |
| 6 | WPHL - Philadelphia | 11,278 | | - | | - | - |
| 7 | KDAF - Dallas | 23,045 | | - | | - | - |
| 8 | WSFL - Miami | 13,820 | | - | | - | - |
| 9 | KTXL - Sacramento | 11,673 | | - | | - | - |
| 10 | WDCW - Washington, D.C. | 13,446 | | - | | - | - |
| 11 | WPMT - Harrisburg | 2,420 | | - | | - | - |
| 12 | Total Renaissance | 85,678 | 12.5 | 1,070,975 | 1,135,052 [4] | 1,090,531 [5] | 12.7 |
| | **Newspapers (Vanity Buyers - Asset Sales)** | | | | | | |
| 13 | Los Angeles Times (Asset Sale) | $195,056 | 12.0 | 2,340,672 | 235,000 | 1,535,252 | 7.9 |
| 14 | Newsday (Asset Sale) | 96,074 | 12.0 | 1,152,888 | 163,000 | 774,256 | 8.1 |
| 15 | Baltimore Sun (Stock Sale) | 53,558 | 11.0 | 589,138 | 395,000 | 514,880 | 9.6 |
| | **Other** | | | | | | |
| 16 | TV Food Network | | | 1,171,559 [6] | 81,000 | 754,420 | |
| 17 | CareerBuilder | | | 658,757 [7] | 213,000 | 488,255 | |

Note: Excludes stock-based compensation.
(1) Based upon the "stick value" for these stations
(2) Assumes that the tax loss on the sale can be used to offset other taxable gains
(3) Excludes WXIN - Indianapolis.
(4) Equal to Renaissance stock basis of $1.177B less fair market value of WXIN - Indianapolis ($42M).
(5) Includes the negative tax impact of the deferred gain on WXIN ($5M) triggered by the sale of the Renaissance group.
(6) Represents Tribune's 31.3% share of $3.7B of estimated sale proceeds.
(7) Represents Tribune's 40.8% share of $1.6B of estimated sale proceeds.

34

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414743

## Chart 21 – Tribune Publishing - Historical Recession Analysis
### ($ in millions)

| 1991 RECESSION | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **1989** | **1990** | **1991** | **1992** | **1993** | **1994** | **1995** |
| Advertising Revenue | | | | | | | |
| Retail | $ 419 | $ 410 | $ 403 | $ 400 | $ 410 | $ 430 | $ 446 |
| National | 125 | 126 | 122 | 126 | 120 | 135 | 130 |
| Classified: | | | | | | | |
|   Help Wanted | 151 | 135 | 103 | 119 | 129 | 165 | 198 |
|   Auto | 80 | 79 | 78 | 86 | 91 | 99 | 107 |
|   Real Estate | 88 | 88 | 77 | 72 | 78 | 84 | 92 |
|   Total Classified | 356 | 338 | 288 | 299 | 332 | 382 | 427 |
| Total Advertising Revenue | $ 900 | $ 874 | $ 812 | $ 825 | $ 862 | $ 947 | $ 1,004 |
| | **'90 vs. '89** | **'91 vs. '90** | **'92 vs. '91** | **'93 vs. '92** | **'94 vs. '93** | **'95 vs. '94** | |
| Advertising Revenue | | | | | | | |
| Retail | -2.2% | -1.8% | -0.7% | 2.6% | 4.9% | 3.8% | |
| National | 0.7% | -3.7% | 3.7% | -5.1% | 12.4% | -3.2% | |
| Classified: | | | | | | | |
|   Help Wanted | -10.1% | -24.0% | 15.8% | 8.4% | 27.9% | 20.0% | |
|   Auto | -2.2% | -1.3% | 11.0% | 5.8% | 8.8% | 8.1% | |
|   Real Estate | -0.6% | -13.0% | -5.9% | 8.3% | 7.7% | 9.5% | |
|   Total Classified | -4.9% | -15.0% | 4.0% | 11.1% | 14.9% | 11.8% | |
| Total Advertising Revenue | -2.9% | -7.2% | 1.6% | 4.5% | 9.8% | 6.0% | |

| 2001 RECESSION | | | | | | | 52-Wks |
|---|---|---|---|---|---|---|---|
| | **2000**[1] | **2001** | **2002** | **2003** | **2004** | **2005** | **2006** |
| Advertising Revenue | | | | | | | |
| Retail | $ 1,366 | $ 1,217 | $ 1,250 | $ 1,283 | $ 1,313 | $ 1,307 | $ 1,304 |
| National | 710 | 671 | 697 | 763 | 794 | 767 | 712 |
| Classified: | | | | | | | |
|   Help Wanted | 595 | 401 | 313 | 292 | 322 | 362 | 346 |
|   Auto | 299 | 298 | 308 | 340 | 334 | 307 | 270 |
|   Real Estate | 183 | 201 | 210 | 242 | 270 | 312 | 375 |
|   Total Classified | 1,226 | 1,029 | 997 | 1,021 | 1,080 | 1,129 | 1,150 |
| Total Advertising Revenue | $ 3,301 | $ 2,917 | $ 2,944 | $ 3,067 | $ 3,186 | $ 3,203 | $ 3,166 |
| | **'01 vs. '00** | **'02 vs. '01** | **'03 vs. '02** | **'04 vs. '03** | **'05 vs. '04** | **'06 vs. '05** | |
| Advertising Revenue | | | | | | | |
| Retail | -10.9% | 2.7% | 2.7% | 2.3% | -0.5% | -0.2% | |
| National | -5.5% | 3.9% | 9.4% | 4.1% | -3.3% | -7.2% | |
| Classified: | | | | | | | |
|   Help Wanted | -32.5% | -22.1% | -6.6% | 10.1% | 12.6% | -4.4% | |
|   Auto | -0.2% | 3.4% | 10.3% | -1.6% | -8.2% | -12.2% | |
|   Real Estate | 10.2% | 4.4% | 15.0% | 11.9% | 15.5% | 20.0% | |
|   Total Classified | -16.0% | -3.1% | 2.4% | 5.7% | 4.6% | 1.9% | |
| Total Advertising Revenue | -11.6% | 0.9% | 4.2% | 3.9% | 0.5% | -1.2% | |

**NOTE:** Excludes former Times Mirror newspapers in years 1989 through 1995.  Excludes SCNI and Hoy, New York.
(1) Includes pro-forma full year results for the former Times Mirror newspapers acquired in 2000.

CB
10/10/07

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414744

# LEHMAN BROTHERS
**EQUITY RESEARCH**

August 14, 2007

United States of America
Internet & Media
Publishing

## Tribune Co. (TRB - US$ 25.77) 3-Underweight
Change of Earnings Forecast

**Cutting 2008(E) EBITDA to $990 Million**

Craig A. Huber
1.212.526.5546
chuber@lehman.com
LBI, New York

### Investment Conclusion
☐ Maintain Underweight rating (Negative sector view). We continue to think likelihood privatization deal happening is no better than 50%/50%. Should deal break and given new and very high debt load, our sum-of-the-parts analysis estimates fair value at $4-5/share (yes, near zero) or $9-10 based on 15% 2008E FCF yield. Currently, Tribune has very high 9.6x debt-to-2008E-EBITDA; Sam Zell privatization deal would raise this to 11.9x (incl. estimated Cubs sale proceeds).

### Summary
☐ Cut Street-low '07/08(E) EPS to $1.42/1.00 vs. old $1.48/1.20E; assumes 2nd tranche doesn't occur.
☐ Revised 2007/08(E) EBITDA: $1.080 bil and $990 mil (vs. prior $1.090 bil and $1.035 bil estimates) based on newspaper ad rev. decline of 9.4%/5.8% in 2007/08 and TV station decline of 5.8%/2.5%.
☐ A recession scenario drops 2008/09E EBITDA to $750 mil and $650 mil, 42-50% below 2006 levels.
☐ Annual interest costs post 2nd tranche of debt estimated at $1.082 bil plus $175 mil capex.
☐ Liquidation value, after paying estimated $3.86 bil in taxes on asset sales and netting current debt, is estimated at a negative $747 mil or negative $4.95 bil if net 2nd tranche's $4.2 bil of debt as well.

### EPS (US$) (FY Dec)

|  | 2006 Actual | Old | 2007 New | St. Est. | Old | 2008 New | St. Est. | % Change 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|
| 1Q | 0.38A | 0.28A | 0.28A | 0.28A | N/A | N/A | 0.07E | 0% | 0% |
| 2Q | 0.55A | 0.47E | 0.47A | 0.47A | N/A | N/A | 0.59E | 0% | 0% |
| 3Q | 0.42A | 0.21E | 0.13E | 0.29E | N/A | N/A | 0.34E | 0% | 0% |
| 4Q | 0.67A | 0.54E | 0.52E | 0.63E | N/A | N/A | 0.82E | 0% | 0% |
| Year | 2.01A | 1.48E | 1.42E | 1.66E | 1.20E | 1.00E | 1.55E | 0% | 0% |
| P/E |  |  | 18.1 |  |  | 22.4 |  |  |  |

### Market Data

| | |
|---|---|
| Market Cap (Mil.) | 3051 |
| Shares Outstanding (Mil.) | 118.40 |
| Float (%) | 90 |
| Dividend Yield | 2.80 |
| Convertible | No |
| 52 Week Range | 34.28 - 26.50 |

### Financial Summary

| | |
|---|---|
| Revenue FY07 (Mil.) | 4984.3 |
| Five-Year EPS CAGR | -18.3 |
| Return on Equity | 11.90 |
| Current BVPS | 36.42 |
| Debt To Capital (%) | N/M |

### Stock Overview



### Stock Rating

| | New: | 3-Underweight |
|---|---|---|
| | Old: | 3-Underweight |

### Target Price

| New: | US$ 34.00 |
|---|---|
| Old: | US$ 34.00 |

**Sector View:  3-Negative**

---

We maintain our Underweight rating on Tribune shares in the context of a Negative sector view. As described below, we are once again lowering our Street-low estimates further on Tribune (new 2007-09 EBITDA estimates are $1.080 billion, $990 million, and $935 million, respectively, vs. prior estimates of $1.090 billion, $1.035 billion, and $985 million; these estimates assume the company continues as an ongoing public company). A recession scenario drops our 2008 and 2009 EBITDA estimates to $750 million and $650 million, respectively.

For 2007 and 2008, we are cutting our Street-low EPS estimates to $1.42 and $1.00, respectively, from prior $1.48 and $1.20 estimates and $2.00 in 2006. These estimates assume Tribune remains a public company with the current capital structure. Our

Lehman Brothers does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report.

Customers of Lehman Brothers in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.lehmanlive.com or can call 1-800-2LEHMAN to request a copy of this research.

Investors should consider this report as only a single factor in making their investment decision.

**PLEASE SEE ANALYST(S) CERTIFICATION(S) ON PAGE 22 AND IMPORTANT DISCLOSURES BEGINNING ON PAGE 23**

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB-UR-0414745

# LEHMAN BROTHERS
**EQUITY RESEARCH**

new 2009 EPS estimate is $0.83 vs. a prior $1.05 estimate. These estimates compare to Street consensus for 2007 and 2008 of $1.68 and $1.55, respectively.

**We continue to think the likelihood the second tranche of the Tribune privatization deal happening in the upcoming months is no better than 50%/50% at this stage due to the significant pressure on revenue and EBITDA.** As detailed below, should the deal break, our sum-of-the-parts analysis puts fair value at $4-5 per share while our free cash flow analysis puts fair value at $9-10 per share…. Either way, much lower than the current stock price by our estimates.

**If the privatization deal does end up going through, we continue to think the probability of significant financial difficulty at Tribune is much, much greater than 50%/50%** -- given the secularly declining fundamentals and the large amount of leverage involved which is currently at 9.6 times 2008E EBITDA and would rise to nearly 12 times if the second tranche occurs.

**In our opinion, Tribune is significantly overlevered currently and should not be adding more debt to its capital structure given the ongoing secular decline in the fundamentals across Tribune's newspapers and TV stations** (total company EBITDA in the first half of 2007 is down 15.8%, for example). So whether the privatization deal gets re-priced down to, say, $27 per share – saving the company $830 million in additional debt – or remains at $34, our position is Tribune should not be taking on any more debt than it currently already has.

**Should the privatization deal break and not happen, we estimate fair value at $4-5 per share** based on our detailed sum-of-the-parts analysis (see attached table) **and $9-10 per share** using a 15% 2008E free cash flow yield (annual FCF for 2006-08 is estimated down an average 15.2%; we do not think investors should expect anything less than a 15% FCF yield given these declines and large amount of debt involved). Either way, estimated downside in the stock is quite significant in our opinion, if the deal does not get done, relative to the potential upside, if the deal gets done at $34 per share. In our view, Tribune's stock likely has significant downside risk given the large amount of debt already on the company which can lead to significant swings in the stock price in either direction without changing the overall valuation of the company too much.

Tribune currently has $8.6 billion in debt plus $1.3 billion in PHONES related debt (net debt to 2007E EBITDA of 9.0x vs. only 2.5x for its peers) while the equity market cap. is currently only $3.1 billion. Recall, the transaction is taking place in two parts with 126 million shares tendered on May 24, 2007, at $34 per share and the remaining shareholders receiving $34 per share in 4Q07 (management's target time frame). Should the second tranche get done at $34 per share, Tribune would be adding $4.2 billion in additional debt which would put its total debt load at $13.4 billion including $1.3 billion in PHONES-related debt partly offset by an estimated $640 million in after-tax proceeds for Chicago Cubs sale (estimated $1.0 billion in pre-tax proceeds; however, tax base is quite low at estimated $100 million) plus estimated $60 million in after-tax proceeds from sale of Stamford/Greenwich, CT, newspapers plus Hoy New York Spanish language newspaper. We are not, however, convinced the second tranche will happen.

**Should the second tranche of the privatization deal occur, we estimate annual interest expense at about the same level as adjusted EBITDA.** Specifically, we estimate annual interest expense at $1.082 billion vs. adjusted 2008(E) EBITDA of $1.130 billion ($990 million in adjusted EBITDA plus $140 million in adjustments -- $20 million is cost savings for not being a public company, $60 million in savings for stopping 401K company contributions on employees' behalf, and $60 million in estimated net cash portion of equity income that is treated as EBITDA) and vs. adjusted 2009E EBITDA of $1.075 billion ($935 million in EBITDA plus the $140 million in adjustments). We estimate capital expenditures of $175 million in each of 2008 and 2009 (which compares to the $187 million to $222 million spent each of the last five years). **Thus, pre-tax income – using capital expenditures rather than D&A – is estimated at a loss of $127 million in 2008 and a loss of $182 million in 2009.** See attached table.

**So by our calculations, if the second tranche of the privatization deal happens, the company will not be able to cover the estimated annual interest expense** from operations let alone have excess free cash flow to pay down debt each year.

**As outlined below, major Tribune asset sales to meet debt requirements are not the answer by our calculations as only roughly 10% of Tribune's total revenue or 15% of EBITDA has a high tax base** (all the Tribune newspapers have a low tax base and only 43% of the TV stations' revenue has a high tax base). This is a large reason why, we believe, private equity had little interest in putting a bid in for the entire company.

A theoretical liquidation value of the entire company, after adjusting for $3.86 billion in estimated corporate taxes on asset sales (newspapers, TV stations, Chicago Cubs, investment portfolio, etc.) and current debt of $8.6 billion plus $1.3 billion for PHONES debt, the **remaining equity is worth an estimated negative $747 million** or $6.31 per share….. i.e. face value of the debt is worth more than the estimated after-tax liquidation value of the company' s media assets. Running the same analysis but also including the privatization's second tranche of $4.2 billion in debt puts the remaining equity value at an **estimated negative $4.95 billion** in a liquidation scenario.

<u>We continue to ask ourselves the following six questions, among others:</u>

- **What is the attractiveness for the company to go private especially vs. the risk of so much debt?**

- Won't the long-term newspaper and TV station **secular issues** still impact the traditional media businesses if private or public?

- How can Tribune, or any company for that matter, be **effectively run** where EBITDA and interest expense are essentially identical (by our estimates)?

2