Exhibit I

**TRIBUNE COMPANY**
**SUMMARY OF AUDITS**
**MAY - SEPTEMBER 2007**

| 2006 Revenues (millions) | Location | Integrated Audit | Circulation Audit | Other Audits |
|---|---|---|---|---|
| | **Publishing:** | | | |
| | **LA Times Group:** | | | |
| $ 1,026 | LA Times | In Progress | | |
| 11 | Times Community News | | In Progress | |
| | **Chicago Tribune Group:** | | | |
| 759 | Chicago Tribune Company | ▨ | | |
| | **Newsday Group:** | | | |
| 416 | Newsday, Inc. | ▨ | | |
| 19 | amNew York  (free daily commuter paper) | In Progress | | |
| | **Fort Lauderdale Group:** | | | |
| 346 | Sun-Sentinel | In Progress | | |
| | **Baltimore Group:** | | | |
| 235 | Baltimore Sun | ▨ | | |
| | **Daily Press Group:** | | | |
| 64 | The Daily Press, Inc. | | | ▨ Circ. System Implementation Follow-up |
| | **Publishing Group Office** | ▨ | | ▨ CareerBuilder Revenue Controls Review |
| | **Broadcasting & Entertainment:** | | | |
| 179 | **New York** | ▨ | | |
| 153 | **Los Angeles** | ▨ | | |
| | **Chicago Group:** | | | |
| 162 | WGN-TV | ▨ | | |
| 148 | WGN-Cable, including distribution | ▨ | | |
| 40 | **Washington D.C.** | ▨ | | |
| 21 | **San Diego** | ▨ | | |
| - | **Broadcasting Group Office** | ▨ | | |
| | **Corporate:** | | | |
| - | **Corporate Office** | In Progress | | ▨ Email System Server Review |
| - | **Finance Service Center** | | | |
| | Customer Accounting | ▨ | | |
| | PeopleSoft Support Group | ▨ | | |
| | Accounts Payable and Payroll | ▨ | | |



Satisfactory Audit Rating
Needs Improvement Audit Rating
Unsatisfactory Audit Rating

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

**6**

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

## TRIBUNE COMPANY
## REVIEW OF EXECUTIVE EXPENSE REPORTS AND JET LOGS

### EXECUTIVE EXPENSE REPORT REVIEW

Tribune Internal Audit and PricewaterhouseCoopers (PwC) recently completed their annual review of executive expense reports. Internal Audit and management agreed upon the scope and procedures for the review to ensure all objectives are met. Internal Audit performed the actual testing, and PwC completed certain agreed upon procedures, which included reviewing the results of Internal Audit's work, re-performing some of the testing and discussing findings with Internal Audit and management.

The executive population subject to this audit includes all members of Tribune's Management Forum. This encompasses 81 executives company-wide including all members of the Corporate Management Committee, corporate and group vice presidents, and the general manager or president of each business unit.

A sample of 27 executives was judgmentally selected for testing based upon factors such as results from prior years and volume of expense report activity. Each executive is reviewed at least once every three years, and the CEO, Dennis FitzSimons, is reviewed each year. Ten expense reports for each executive were reviewed covering the period from July 1, 2006 to June 30, 2007, including the two largest and all reports exceeding $5,000 in total expenses. The reports were tested for proper documentation, support, and approval and appropriateness of expenses in compliance with the Company's travel and entertainment (T&E) policy. PwC re-performed testing on a sample of 10 of the 270 expense reports audited by Internal Audit.

### Results

Testing determined that reimbursements are made for ordinary, necessary and reasonable business expenses. Similar to years past, the overall rate of compliance with T&E policies and procedures was satisfactory, with only minor exceptions related to items such as coding errors (using the wrong expense classification). PwC's agreed-upon procedures confirmed these results.

### REVIEW OF CORPORATE JET LOGS

Each year, Internal Audit reviews the travel logs for the Company's jet to determine proper usage and to verify that flights are properly identified for the purposes of imputing income, when applicable, to the appropriate employee. In September 2006, the jet was sold and a fractional interest in two jets was purchased which gives the Company up to 150 hours of flight time per year for any needed chartered flights. Despite this change, the tracking process has essentially remained the same. Travel logs are still maintained for these flights, and income continues to be imputed to the employee when applicable. Internal Audit reviewed all of the travel logs for the period of July 1, 2006 through June 30, 2007. Consistent with prior years, plane usage was appropriate and adequately documented.

TGC/KTM
10/10/07

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

**7**

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

## TRIBUNE COMPANY
## OTHER AREAS REQUIRING AUDIT COMMITTEE OVERSIGHT

Each year, the Audit Committee is responsible for reviewing the Company's procedures for handling complaints and employee concerns regarding accounting and auditing matters and reviewing policies for hiring current and former employees of the Company's independent accountants.

## PROCEDURES FOR HANDLING ACCOUNTING AND AUDITING COMPLAINTS AND CONCERNS

Securities and Exchange Commission (SEC) rules state that the Audit Committee must establish procedures for the receipt, retention and treatment of complaints received by the Company regarding accounting, internal controls or auditing matters. These procedures must also allow for the confidential, anonymous submission by employees of the Company of concerns regarding questionable accounting or auditing matters. In response to these rules, the Company adheres to the following procedures that have been reviewed with and approved by the Audit Committee annually since May 2003:

- Management maintains a contract with an outside vendor (Global Compliance Services) that provides a toll-free number to receive these complaints. This toll-free number and related procedures are posted on Tribune's website as part of the Corporate Governance section. Information regarding this confidential ethics hotline is also available to employees through the Company's intranet site and is included in the Code of Business Conduct.

- All complaints are forwarded to an internal team consisting of representatives from the Internal Audit, Legal and Human Resource departments, who are responsible for review, investigation and follow-up.

- Any significant complaints relating to Tribune's accounting, internal controls or auditing matters are reported to the Company's Disclosure Committee and to the Audit Committee.

Management believes that these procedures continue to be reasonable and accordingly proposes no changes.

Since our report to the Committee in October 2006, 22 calls were received on the hotline (5 of which were follow-up calls). Most concerned human resource issues. As discussed in the Internal Audit Status update under Tab 5, three anonymous calls were received (likely from the same person) alleging inappropriate circulation sales activity and kickbacks of sales commissions from third party contractors at the Los Angeles Times. The investigation is ongoing but we have found no merit to the allegations to date, and the Los Angeles Times has good controls in this area. No other complaints regarding accounting or internal controls were received through the ethics hotline or by any other means during the past year.

TRB-UR-0414794

## POLICIES ON HIRING CURRENT AND FORMER PWC EMPLOYEES

The SEC also requires Audit Committees to set hiring policies for employees or former employees of the Company's independent accountants. In early 2002, the Audit Committee and management established the following policies:

- PricewaterhouseCoopers (PwC) audit partners and senior managers who have served on the audit for Tribune Company will not be considered for employment anywhere within the Company until they have been off the engagement for five years.

- The corporate office will not hire any current or former PwC employee as an officer without Audit Committee approval. Management will review annually with the Audit Committee all other current or former PwC employees hired in the corporate office during the past year.

- Business units may not hire any current or former PwC employee as an officer without approval by the corporate CFO.

Management believes these policies are adequate and does not recommend any changes. Since these policies were issued, the Company has been in full compliance. During the past year, Internal Audit hired three PwC employees as Information Technology Auditors and two as Financial Auditors. None of these individuals had ever worked on the Tribune engagement. The Company did not hire any other PwC employees during the past 12 months.

TGC
10/10/07

2