TRIBUNE COMPANY
BOARD OF DIRECTORS MEETING
SEPTEMBER 28, 2007

The Tribune Company Board of Directors met at 8:00 a.m. on Friday, September 28, 2007, by conference telephone, pursuant to notice. The following directors participated in the meeting: Dennis J. FitzSimons, Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, Dudley S. Taft and Samuel Zell.

Chandler Bigelow, Donald C. Grenesko, Crane H. Kenney and Shaun Sheehan also participated in the meeting.

Mr. FitzSimons acted as chairman of the meeting and Mr. Kenney acted as secretary.

Mr. FitzSimons called the meeting to order at 8:00 a.m.

**UPDATE ON VALUATION RESEARCH**

Mr. Grenesko provided an update on the Company's recent presentations to Valuation Research Corporation (VRC) in connection with the solvency opinion to be rendered by VRC at the closing of the leveraged ESOP transaction. Mr. Grenesko also discussed planned meetings with Morgan Stanley to provide updated Company performance information and projections. Mr. Grenesko then answered questions from the Board.

**FINANCING UPDATE**

Mr. Bigelow reviewed the status of the Company's second step financing and conversations among the lead banks regarding the financing. Mr. Bigelow also reviewed the current debt market and reported transactions that were renegotiated as a result of market conditions. Mr. Bigelow then answered questions from the Board.

**LEGAL UPDATE**

Mr. Kenney then discussed the          **REDACTED**
                                                                                              Mr. Sheehan then reviewed the Company's efforts with members of Congress and FCC commissioners to expedite the review process. Messrs. Kenney and Sheehan then answered questions from the Board.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415661

**BUSINESS UPDATE**

Mr. FitzSimons then reviewed current business trends and updated the Board on strategic developments, including resolution of the Matthew Bender tax dispute, the Cubs disposition and initial results from the Company's new television programming. Mr. FitzSimons then answered questions from the Board.

**ADJOURNMENT**

There being no further business to come before the Board, the meeting was adjourned at 8:30 a.m.

_____
Secretary

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415662