TRIBUNE COMPANY
BOARD OF DIRECTORS MEETING
NOVEMBER 5, 2007

The Tribune Company Board of Directors met at 1:30 p.m. on Monday, November 5, 2007, by conference telephone, pursuant to notice. The following directors participated in the meeting: Dennis J. FitzSimons, Enrique Hernandez, Jr., Betsy D. Holden, Robert S. Morrison, William A. Osborn and Dudley S. Taft.

Chandler Bigelow, Donald C. Grenesko and Crane H. Kenney participated in the meeting. Tom Cole of Sidley Austin LLP, Chip Mulaney of Skadden, Arps, Slate, Meagher & Flom LLP, Tom Whayne, Ashook Nyar and Charlie Stewart of Morgan Stanley also participated in the meeting.

Mr. FitzSimons acted as chairman of the meeting and Mr. Kenney acted as secretary.

Mr. FitzSimons called the meeting to order at 1:30 p.m.

## BUSINESS UPDATE

Mr. Grenesko reviewed preliminary operating results for Period 10 and commented on factors impacting the results. Mr. Grenesko then answered questions from the Board.

## RATING AGENCY UPDATE

Mr. Grenesko next reported on recent discussions with the ratings agencies and answered questions from the Board.

## SOLVENCY UPDATE

Mr. Bigelow reported on the status of Valuation Research Corporation's ("VRC") due diligence review in preparation for VRC's delivery of the second step solvency opinion. Mr. Bigelow noted that VRC has indicated preliminarily that it is in a position to issue a favorable solvency opinion prior to the closing of the second step merger. Mr. Bigelow then answered questions from the Board.

## BANK PROPOSAL AND RESPONSE

Mr. Bigelow reviewed the restructuring proposal tendered by representatives of the four lead banks in the credit agreement. Messrs. Whayne, Stewart and Nyar reviewed Morgan Stanley's reaction to the bank proposal. Messrs. Cole and Mulaney commented on the Company's and the Board's legal obligations under the merger agreement and the banks' legal obligations under the credit agreement. Following discussion, the Board authorized management to reject the banks'

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0415669



restructuring proposal and to engage for further discussions that would benefit the Company and the ESOP.

**EAGLE UNWIND**

Mr. Kenney next reported on the status of the Eagle unwind transactions and the latest discussions with Reed Elsevier as to timing. Mr. Kenney

**REDACTED**



Following discussion, a motion was made, seconded and approved to adopt the following resolutions:

> WHEREAS, the Board of Directors of the Company has previously deemed it advisable and in the best interest of the stockholders of the Company to effect, from time to time, intercompany transactions among the Company's subsidiaries to create opportunities for operational efficiencies and cost savings;
>
> WHEREAS, the Company has entered into that certain Closing Agreement on Final Determination Covering Specific Matters by and between the Company and the Commissioner of Internal Revenue (the "Settlement");
>
> WHEREAS, in connection with the Settlement, the Company desires to merge each of (i) TMD, Inc., a Delaware corporation, (ii) MB Parent Co., a Delaware corporation and (iii) Mosby Parent Corp., a Delaware corporation, in each case a wholly owned subsidiary of the Company, with and into the Company (the "Mergers");
>
> WHEREAS, the Company currently contemplates that it will, subsequent to the Mergers, reacquire from certain of its subsidiaries certain shares of stock of the Company and shall thereafter retire such shares in accordance with the Company's certificate of incorporation and the applicable provisions of the DGCL; and
>
> WHEREAS, the directors of the Company have determined it to be advisable and in the best interests of the Company and its stockholders that the Company establish, in accordance with the bylaws of the Company and the applicable provisions of the DGCL, a Subsidiary Merger Committee for the purpose of facilitating intercompany subsidiary transactions involving direct subsidiaries of the Company, including the Mergers, and the retirement of such reacquired stock.
>
> NOW, THEREFORE, BE IT RESOLVED, that a Subsidiary Merger Committee (the "Committee") of the Board of Directors be established;

2

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415670

FURTHER RESOLVED, that the Committee shall have the power and authority (with full power of delegation) to (i) review, evaluate, negotiate, approve and implement all intercompany transactions involving direct subsidiaries of the Company including the Mergers (each a "Subsidiary Transaction"); (ii) take all other actions necessary or advisable to effect the Settlement; and (iii) take all actions necessary or advisable to effect the retirement of any stock of the Company reacquired from a subsidiary of the Company;

FURTHER RESOLVED, that each member of the Committee be, and hereby is, authorized in the name and on behalf of the Company, with full power of delegation, to make all such arrangements, to do and perform all such acts and things, to execute and deliver all such agreements, certificates, resolutions, instruments and documents, to make all governmental, regulatory or other filings, to pay all full amounts, and to take all such action as he may deem necessary or advisable to fully effect the purpose of the foregoing resolution and the duties of the Committee delegated to it thereunder and hereunder;

FURTHER RESOLVED, that the Committee shall have the power to authorize and direct the Company and the officers of the Company, and any of them, for and on behalf of the Company, and in its name and on its behalf, to provide the Committee with such information and assistance as is requested by the Committee in connection with reviewing, evaluating, investigating, negotiating or implementing any Subsidiary Transaction, as the Committee may deem necessary, appropriate, desirable or advisable;

FURTHER RESOLVED, that the Committee shall have the power to engage and compensate such financial, accounting and legal advisors as the Committee may deem necessary, appropriate, desirable or advisable;

FURTHER RESOLVED, that the Company is hereby authorized to pay any and all expenses and fees incurred by the Committee in giving effect to these resolutions;

FURTHER RESOLVED, that the Chief Executive Officer of the Company is hereby appointed as the sole member of the Committee;

FURTHER RESOLVED, that the appropriate officers of the Company be, and each of them hereby is, authorized and directed to take such further action and to execute and deliver the certificates and such other documents as any such officer, in his or her discretion, shall deem necessary or advisable to effect the foregoing resolutions, such further action, execution or delivery to conclusively evidence that the same have been authorized and approved in every respect by the board of directors of the Company; and

FURTHER RESOLVED, that any and all actions heretofore taken in good faith by any director or officer of the Company in furtherance of the foregoing resolutions are hereby approved, ratified and confirmed in all respects.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415671

## FCC UPDATE

Messrs. FitzSimons and Kenney reported on the status of the FCC approval process and answered questions from the Board. Mr. Mulaney then reviewed the responsibilities of the Board to pursue the leveraged ESOP transaction.

## ADJOURNMENT

There being no further business to come before the Board, the meeting was adjourned at 2:00 p.m.

_____
Secretary

4

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415672