Case 08-13141-BLS    Doc 5461-34    Filed 08/20/10    Page 1 of 3



back | home

# Tribune Revenues Down 5.9% in July

24th Aug, 2007 | Posted in Corporate, Financial

Tribune Company (NYSE: TRB) today reported its summary of revenues and newspaper advertising volume for period 7, ended Aug. 5, 2007. Consolidated revenues for the period were $467 million, down 5.9 percent from last year's $496 million.

Publishing revenues in July were $319 million compared with $349 million last year, down 8.6 percent. Advertising revenues decreased 10.3 percent to $247 million, compared with $275 million in July 2006.

- Retail advertising revenues decreased 6.0 percent with the largest declines in the department stores and home furnishings categories, partially offset by improvements in the health care and restaurant categories. Preprint revenues, which are principally included in retail, were up 3 percent for the period.
- National advertising revenues fell 3.7 percent, with declines in auto, financial and resorts, partially offset by an improvement in the movie category.
- Classified advertising revenues decreased 18.2 percent. Real estate fell 24 percent with the most significant declines in the Florida markets, Los Angeles and Chicago due to difficult year-over-year comparisons. Help wanted declined 19 percent and automotive decreased 14 percent. Interactive revenues, which are primarily included in classified, were $22 million, up 11 percent, due to growth in most categories.

Circulation revenues were down 5.4 percent due to single-copy declines and continued selective discounting in home delivery.

Broadcasting and entertainment group revenues in July were flat at $147 million as a decrease in television revenues was offset by increased revenues at the Chicago Cubs and Tribune Entertainment. Television revenues fell 3.7 percent, with lower automotive, movie and political advertising, partially offset by strength in the telecom/wireless and health care categories.

:: :: ::

Forward-Looking Statements

This press release contains certain comments or forward-looking statements that are based largely on the company's current expectations and are subject to certain risks, trends and uncertainties. You can identify these and other forward looking statements by the use of such words as "will," "expect," "plans," "believes," "estimates," "intend," "continue," or the negative of such terms, or other comparable terminology. Forward-looking statements also include the assumptions underlying or relating to any of the foregoing statements. Actual results could differ materially from the expectations expressed in these statements. Factors that could cause actual results to differ include risks related to the proposed leveraged ESOP transactions being consummated; the risk that required regulatory approvals or financing might not be obtained in a timely manner, without conditions, or at all; the impact of the substantial indebtedness incurred, or to be incurred, to finance the proposed leveraged ESOP transactions; the ability to satisfy all closing conditions in the definitive agreements relating to the proposed leveraged ESOP transactions; difficulties in retaining employees as a result of the proposed leveraged ESOP transactions; risks of unforeseen material adverse changes to our business or operations; risks that the proposed leveraged ESOP transactions disrupt current plans, operations, and business growth initiatives; the risk associated with the outcome of any legal proceedings that may be instituted against Tribune and others relating to the proposed leveraged ESOP

transactions; and other factors described in Tribune's publicly available reports filed with the SEC including the most current annual 10-K report and quarterly 10-Q report, which contain a discussion of various factors that may affect Tribune's business or financial results. These factors, including also the ability to complete the merger, could cause actual future performance to differ materially from current expectations. Tribune is not responsible for updating the information contained in this press release beyond the published date, or for changes made to this document by wire services or Internet service providers. Tribune's next quarterly 10-Q report to be filed with the SEC may contain updates to the information included in this release.

ShareThis 215 views, 1 so far today
**About Tribune Company**
TRIBUNE is America's largest employee-owned media company, operating businesses in publishing, interactive and broadcasting. In publishing, Tribune's leading daily newspapers include the Los Angeles Times, Chicago Tribune, The Baltimore Sun, Sun Sentinel (South Florida), Orlando Sentinel, Hartford Courant, Morning Call and Daily Press. The company's broadcasting group operates 23 television stations, WGN America on national cable, and Chicago's WGN-AM. Popular news and information websites complement Tribune's print and broadcast properties and extend the company's nationwide audience. At Tribune we take what we do seriously and with a great deal of pride. We also value the creative spirit and nurture a corporate culture that doesn't take itself too seriously.

- No Related Post

# Contact Tribune Company

Gary Weitman
gweitman@tribune.com
312 222.3394

- # Press Release Library

    ## Search

    

- ## Browse by Type

    - Broadcasting
    - Corporate
    - Financial
    - Interactive
    - Publishing
    - Restructuring
    - Transcripts

- ## Browse by Year

    - 2010
    - 2009
    - 2008
    - 2007
    - 2006
    - 2005
    - 2004

Copyright © 2010 Tribune Company. All Rights Reserved.     :: Site Map    :: Contact Us    :: Terms of Service    :: Help