

back | home

# Tribune Revenues Down 5.2% in August

20th Sep, 2007 | Posted in Corporate, Financial

Tribune Company (NYSE: TRB) today reported its summary of revenues and newspaper advertising volume for period 8, ended Sept. 2, 2007. Consolidated revenues for the period were $391 million, down 5.2 percent from last year's $413 million.

Publishing revenues in August were $271 million compared with $288 million last year, down 6.1 percent. Advertising revenues decreased 7.2 percent to $210 million, compared with $226 million in August 2006.

- Retail advertising revenues increased 0.6 percent with the largest increases in the hardware/home improvement stores, food and drug stores and home furnishings categories, partially offset by declines in the department stores and amusements categories. Preprint revenues, which are principally included in retail, were up 1.9 percent for the period.
- National advertising revenues increased 2.8 percent, with increases in financial, telecom/wireless and media, partially offset by declines in the resorts and auto categories.
- Classified advertising revenues decreased 20.1 percent. Real estate fell 30.4 percent with the most significant declines in Los Angeles, the Florida markets and Chicago due to difficult year-over-year comparisons. Help wanted declined 21.7 percent and automotive decreased 7.1 percent. Interactive revenues, which are primarily included in classified, were $21 million, up 15 percent, due to growth in most categories.

Circulation revenues were down 4.8 percent due to single-copy declines and continued selective discounting in home delivery.

Broadcasting and entertainment group revenues in August were $121 million, down 3.0 percent, as declines in television and Cubs revenues were partially offset by higher revenue at Tribune Entertainment. Television revenues fell 4.6 percent, with lower movies, political and restaurant/fast food, partially offset by strength in the automotive, health care/pharmacy and telcom categories.

:: :: ::

Forward-Looking Statements

This press release contains certain comments or forward-looking statements that are based largely on the company's current expectations and are subject to certain risks, trends and uncertainties. You can identify these and other forward looking statements by the use of such words as "will," "expect," "plans," "believes," "estimates," "intend," "continue," or the negative of such terms, or other comparable terminology. Forward-looking statements also include the assumptions underlying or relating to any of the foregoing statements. Actual results could differ materially from the expectations expressed in these statements. Factors that could cause actual results to differ include risks related to the transactions being consummated; the risk that required regulatory approvals or financing might not be obtained in a timely manner, without conditions, or at all; the impact of the substantial indebtedness incurred to finance the consummation of the merger; the ability to satisfy all closing conditions in the definitive agreements; difficulties in retaining employees as a result of the merger agreement; risks of unforeseen material adverse changes to our business or operations; risks that the proposed transaction disrupts current plans, operations, and business growth initiatives; the risk associated with the outcome of any legal proceedings that may be instituted against Tribune and others in connection with the merger agreement; and other factors described in Tribune's

publicly available reports filed with the SEC, including the most current annual 10-K and quarterly 10-Q reports, which contain a discussion of various factors that may affect Tribune's business or financial results. These factors, including also the ability to complete the merger, could cause actual future performance to differ materially from current expectations. Tribune is not responsible for updating the information contained in this press release beyond the published date, or for changes made to this document by wire services or Internet service providers.

ShareThis 405 views, 3 so far today

**About Tribune Company**

TRIBUNE is America's largest employee-owned media company, operating businesses in publishing, interactive and broadcasting. In publishing, Tribune's leading daily newspapers include the Los Angeles Times, Chicago Tribune, The Baltimore Sun, Sun Sentinel (South Florida), Orlando Sentinel, Hartford Courant, Morning Call and Daily Press. The company's broadcasting group operates 23 television stations, WGN America on national cable, and Chicago's WGN-AM. Popular news and information websites complement Tribune's print and broadcast properties and extend the company's nationwide audience. At Tribune we take what we do seriously and with a great deal of pride. We also value the creative spirit and nurture a corporate culture that doesn't take itself too seriously.

- No Related Post

# Contact Tribune Company

Gary Weitman
gweitman@tribune.com
312 222.3394

- **Press Release Library**

  ## Search

- **Browse by Type**

    - Broadcasting
    - Corporate
    - Financial
    - Interactive
    - Publishing
    - Restructuring
    - Transcripts

- **Browse by Year**

    - 2010
    - 2009
    - 2008
    - 2007
    - 2006
    - 2005
    - 2004

Copyright © 2010 Tribune Company. All Rights Reserved.     :: Site Map   :: Contact Us   :: Terms of Service   :: Help