Private & Confidential

# VRC

Strong values.

*Tribune Company –*
*Draft Board of Directors*
*Presentation*

*Preliminary Solvency Analysis*

*December 4, 2007*

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0272807

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# Discussion Outline

➤ **Situation Overview**

➤ **Solvency Opinion Process**

➤ **Key Assumptions**

➤ **Summary of Solvency Analyses**

➤ **Conclusions**

➤ **Questions**

➤ **VRC's Qualifications and Highlighted Experience**



Strong values.

2



TRB0272808

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

## *Situation Overview*

- Tribune Company ("Tribune" or the "Company") is anticipating the closing of certain transactions which will include the purchase of the Company's remaining publicly traded common stock, the borrowing of additional debt to finance the purchase of the common stock, and the completion of the Merger (the "Step Two Transactions").

- The Board of Directors has engaged Valuation Research Corporation ("VRC") to provide its opinion, as to whether as of December 4, 2007, immediately after and giving effect to the consummations of the Step Two Transactions, the Company will be solvent and will have adequate capital to conduct ongoing operations.

### *Valuation and Capital Adequacy Tests:*

> *Immediately after and giving effect to the consummation of the Step Two Transactions, each of the Fair Value and Present Fair Saleable Value of the aggregate assets (including goodwill) of Tribune will exceed its liabilities (including the Stated Liabilities, the Identified Contingent Liabilities and the New Financing);*

### *Cash Flow Test:*

> *As of the date hereof, immediately after and giving effect to the consummation of the Step Two Transactions, Tribune will be able to pay its debts (including the Stated Liabilities, the Identified Contingent Liabilities and the New Financing), as such debts mature or otherwise become absolute or due; and*

### *Capitalization Test:*

> *As of the date hereof, immediately after and giving effect to the consummation of the Step Two Transactions, Tribune Does Not Have Unreasonably Small Capital.*



3



Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0272810

# *Solvency Opinion Process*

➢ Collected data from Tribune and other sources relating to Tribune and pertinent industries, capital markets, competitors, and comparable companies;

➢ Held discussions with Management of each operating division and appropriate corporate personnel of Tribune;

➢ Held numerous conference calls with corporate and operating personnel to discuss monthly and quarterly financial performance and expectations for the future;

➢ Analyzed the data received and reviewed the notes from our discussions with Tribune personnel;

➢ Conducted valuation and solvency opinion analyses;

➢ Conducted sensitivity and downside testing utilizing Management's downside projections; and

➢ Concluded whether or not Tribune meets the tests of solvency for the Step Two Transactions.



4



Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0272811

# *Key Assumptions*

➢ The standards of value used for the solvency of the Step Two Transactions include Fair Value and Present Fair Saleable Value and have been modified for this opinion. The modification assumes that the buyer would have a structure similar to the structure contemplated in the Step Two Transactions (an S-Corporation, owned entirely by an ESOP, which receives federal income tax deferrals or another structure resulting in equivalent favorable federal income tax treatment to Tribune);

➢ VRC relied upon Management's Base Case and Downside Case projections for its opinion;

➢ VRC relied upon achieving S-Corp ESOP tax savings for Tribune which are determined using the Base Case forecast; and

➢ Assumes that the Company can refinance guaranteed debt after the expiration of the credit agreements.



5



Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# *Summary of Solvency Analyses*

➢ **Valuation Tests**

➢ **Comparison of Step One and Step Two Valuations**

➢ **Cash Flow Test**

➢ **Sensitivity Test**

➢ **Case Comparisons**



Strong values.

6



TRB0272812

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0272813

# *Valuation Tests* (*$ in millions*)

| Valuation Method | Valuation Summary | | |
|---|---|---|---|
| | Low | Mid | High |
| Comparable Companies | $9,248.1 | $9,865.3 | $10,482.5 |
| Comparable Transactions | $10,782.0 | $11,081.5 | $11,381.0 |
| Discounted Cash Flow | $8,398.6 | $9,084.2 | $9,769.8 |
| Sum of Business Segments[1] | $9,317.2 | $9,925.3 | $10,533.3 |
| **Average Operating Enterprise Value** | **$9,436.5** | **$9,989.1** | **$10,541.6** |
| + Equity Investments and Other Assets | $3,066.4 | $3,312.1 | $3,557.1 |
| + NPV of S-Corp - ESOP Tax Savings | $1,733.3 | $2,024.7 | $2,316.2 |
| **Adjusted Enterprise Value** | **$14,236.2** | **$15,325.9** | **$16,414.9** |
| + Cash | $197.7 | $197.7 | $197.7 |
| - Debt | ($13,188.1) | ($13,188.1) | ($13,188.1) |
| - Identified Contingent Liabilities | ($86.8) | ($86.8) | ($86.8) |
| **Equity Value** | **$1,159.0** | **$2,248.7** | **$3,337.7** |
| *% of Enterprise Value* | *8.1%* | *14.7%* | *20.3%* |

**Operating Enterprise Value Multiples**

| | | | | |
|---|---|---|---|---|
| PF LTM EBITDA | $1,198.0 | 7.9x | 8.3x | 8.8x |
| 2007P EBITDA | $1,191.4 | 7.9x | 8.4x | 8.8x |
| 2008P EBITDA | $1,193.3 | 7.9x | 8.4x | 8.8x |

**Consolidated Enterprise Value Multiples**

| | | | | |
|---|---|---|---|---|
| PF Adjusted LTM EBITDA[2] | $1,259.1 | 11.3x | 12.2x | 13.0x |
| 2007P Adjusted EBITDA[2] | $1,276.3 | 11.2x | 12.0x | 12.9x |
| 2008P Adjusted EBITDA[2] | $1,291.9 | 11.0x | 11.9x | 12.7x |

- [1] *Includes the value of radio.*
- [2] *Adjusted EBITDA includes cash from equity investments.*



7



Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# Comparison of Consolidated Valuations *($ in millions)*

| Valuation Method | Step One Valuation Summary | Step Two Valuation Summary | Change Increase / (Decrease) |
|---|---|---|---|
| Comparable Companies | $12,497.6 | $9,865.3 | ($2,632.3) |
| Comparable Transactions | $12,681.1 | $11,081.5 | ($1,599.6) |
| Discounted Cash Flow | $9,918.6 | $9,084.2 | ($834.5) |
| Sum of Business Segments[1] | $12,709.7 | $9,925.3 | ($2,784.4) |
| **Average Operating Enterprise Value** | **$11,951.8** | **$9,989.1** | **($1,962.7)** |
| + Equity Investments and Other Assets[2,3] | $2,686.0 | $3,312.1 | $626.1 |
| + NPV of PHONES Tax Savings | $382.7 | -- | ($382.7) |
| + NPV of S-Corp - ESOP Tax Savings | -- | $2,024.7 | $2,024.7 |
| **Adjusted Enterprise Value** | **$15,020.4** | **$15,325.9** | **$305.5** |
| + Cash | $188.0 | $197.7 | $9.7 |
| - Debt | ($9,463.8) | ($13,188.1) | ($3,724.3) |
| - Identified Contingent Liabilities | ($97.1) | ($86.8) | $10.3 |
| **Equity Value** | **$5,647.5** | **$2,248.7** | **($3,398.8)** |
| *% of Enterprise Value* | *37.6%* | *14.7%* | *-22.9%* |

- (1) *Includes the value of radio.*
- (2) *Includes Tribune's latest estimate of the net proceeds from the sale of the Cubs and Comcast.*
- (3) *Includes after tax value of certain real estate that can either be sold or capitalized into value.*



Strong values.

8



TRB0272814

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0272815

# *Comparison of Consolidated Valuation Metrics* *($ in millions)*

|  |  | Step One Valuation Summary | Step Two Valuation Summary | Change Increase / (Decrease) |
|---|---|---|---|---|
| **Operating Enterprise Value Multiples** |  |  |  |  |
| PF LTM EBITDA | $1,198.0 | 9.0x | 8.3x | (0.6x) |
| 2007P EBITDA | $1,191.4 | 8.7x | 8.4x | (0.4x) |
| 2008P EBITDA | $1,193.3 | 8.7x | 8.4x | (0.3x) |
|  |  |  |  |  |
| **Consolidated Enterprise Value Multiples** |  |  |  |  |
| PF Adjusted LTM EBITDA[1] | $1,259.1 | 10.4x | 12.2x | 1.7x |
| 2007P Adjusted EBITDA[1] | $1,276.3 | 10.5x | 12.0x | 1.5x |
| 2008P Adjusted EBITDA[1] | $1,291.9 | 10.2x | 11.9x | 1.7x |

- *[1] Adjusted EBITDA includes cash from equity investments*



9



Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# *Comparison of Publishing Valuation and Metrics* *($ in millions)*

| | | Step One<br>Valuation Summary | Step Two<br>Valuation Summary | Change<br>Increase / (Decrease) |
|---|---|---|---|---|
| **Valuation Method** | | | | |
| Comparable Companies | | $8,147.1 | $4,944.7 | ($3,202.4) |
| Comparable Transactions | | $8,485.9 | $6,438.2 | ($2,047.7) |
| Discounted Cash Flow | | $7,071.8 | $4,942.6 | ($2,129.2) |
| **Average Operating Enterprise Value** | | **$7,901.6** | **$5,441.3** | **($2,460.3)** |
| **Implied Enterprise Value Multiples** | | | | |
| PF LTM EBITDA | $804.8 | *8.8x* | *6.8x* | *(2.0x)* |
| 2007P EBITDA | $776.4 | *8.7x* | *7.0x* | *(1.7x)* |
| 2008P EBITDA | $786.1 | *8.6x* | *6.9x* | *(1.7x)* |



Strong values.



TRB0272816

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

## *Comparison of Broadcasting Valuation and Metrics* ($ in millions)

| | | Step One Valuation Summary | Step Two Valuation Summary | Change Increase / (Decrease) |
|---|---|---|---|---|
| **Valuation Method** | | | | |
| Comparable Companies | | $4,694.1 | $3,905.5 | ($788.6) |
| Comparable Transactions | | $4,889.4 | $4,412.8 | ($476.5) |
| Discounted Cash Flow | | $4,278.4 | $4,572.4 | $294.1 |
| | | | | |
| **Average Operating Enterprise Value[1]** | | **$4,620.6** | **$4,296.5** | **($324.1)** |
| | | | | |
| **Implied Enterprise Value Multiples** | | | | |
| PF LTM EBITDA | $383.7 | *11.6x* | *11.2x* | *(0.4x)* |
| 2007P EBITDA | $371.9 | *12.0x* | *11.6x* | *(0.5x)* |
| 2008P EBITDA | $434.3 | *10.9x* | *9.9x* | *(1.0x)* |

- [1] *Excludes the value of radio.*



Strong values.

11



TRB0272817







**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0272818

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# *Base Case Cash Flow Test* *($ in millions)*

| Cash Flow Summary | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P |
|---|---|---|---|---|---|---|---|---|
| *Adjusted EBITDA* | *$1,193.3* | *$1,236.8* | *$1,282.1* | *$1,298.6* | *$1,348.8* | *$1,382.7* | *$1,417.4* | *$1,453.0* |
| Cash Received from Equity Investments | $98.6 | $115.4 | $140.3 | $162.9 | $181.1 | $202.1 | $226.6 | $255.1 |
| Equity Income Adjustment for Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Cash Taxes | $0.0 | $0.0 | ($1.1) | ($2.3) | ($3.7) | ($5.1) | ($6.7) | ($8.4) |
| ESOP Repurchase Obligation | $0.0 | ($0.1) | ($0.2) | ($0.5) | ($1.0) | ($1.7) | ($2.5) | ($3.4) |
| Expense Reduction from 401K Elimination | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 |
| Net Cash Interest Expense | ($950.5) | ($936.1) | ($945.9) | ($941.5) | ($922.7) | ($895.1) | ($859.8) | ($818.9) |
| Other | ($32.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) |
| *Operating Cash Flow* | *$369.4* | *$466.1* | *$525.2* | *$567.2* | *$652.5* | *$733.0* | *$825.0* | *$927.3* |
| Capital Expenditures | ($132.2) | ($128.3) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) |
| Other | $815.0 | ($91.0) | ($92.0) | ($95.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| *Cash Flow Available for Debt Repayment* | *$1,052.2* | *$246.8* | *$304.7* | *$343.7* | *$424.1* | *$504.5* | *$596.6* | *$698.8* |
| Scheduled Debt Repayments | ($110.8) | ($77.7) | ($527.6) | ($77.9) | ($78.8) | ($160.8) | ($6,211.0) | ($2,087.6) |
| Other Financing Activities | $186.1 | ($0.5) | ($0.5) | ($0.5) | ($0.5) | ($0.5) | $6,209.9 | $1,695.2 |
| *Net Cash Flow* | *$1,127.6* | *$168.6* | *($223.4)* | *$265.3* | *$344.7* | *$343.1* | *$595.4* | *$306.4* |
| Beginning Cash | $197.7 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 |
| Minimum Cash Balance | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) |
| Revolver Borrowings | $0.0 | $0.0 | $223.4 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| *Cash Available for Discretionary Prepayments* | *$1,250.3* | *$168.6* | *$0.0* | *$265.3* | *$344.7* | *$343.1* | *$595.4* | *$306.4* |



Strong values.

13



TRB0272819

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# Base Case Debt Covenant Summary *($ in millions)*

| Covenant Analysis | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P |
|---|---|---|---|---|---|---|---|---|---|
| EBITDA | $1,191.4 | $1,193.3 | $1,236.8 | $1,282.1 | $1,298.6 | $1,348.8 | $1,382.7 | $1,417.4 | $1,453.0 |
| Covenant EBITDA | $1,316.3 | $1,356.0 | $1,414.5 | $1,484.7 | $1,523.7 | $1,592.2 | $1,647.1 | $1,706.3 | $1,770.3 |
| Guaranteed Debt | $10,167.5 | $9,112.7 | $8,877.3 | $9,034.1 | $8,702.3 | $8,291.1 | $7,881.6 | $7,360.9 | $7,008.6 |
| Projected Guaranteed Debt / Covenant EBITDA | 7.72x | 6.72x | 6.28x | 6.08x | 5.71x | 5.21x | 4.79x | 4.31x | 3.96x |
| *Maximum Required Leverage Ratio* | *9.00x* | *9.00x* | *8.75x* | *8.50x* | *8.25x* | *8.25x* | *8.25x* | *8.25x* | *8.25x* |
| *$ Cushion (Covenant EBITDA)* | *$186.6* | *$343.5* | *$400.0* | *$421.9* | *$468.9* | *$587.2* | *$691.8* | *$814.0* | *$920.8* |
| Projected Covenant EBITDA / Cash Interest | 3.23x | 1.42x | 1.51x | 1.57x | 1.61x | 1.72x | 1.84x | 1.98x | 2.16x |
| *Minimum Required Interest Coverage Ratio* | *1.10x* | *1.15x* | *1.20x* | *1.25x* | *1.25x* | *1.25x* | *1.25x* | *1.25x* | *1.25x* |
| *$ Cushion (Cash Interest)* | *$789.6* | *$224.6* | *$240.4* | *$239.6* | *$275.3* | *$348.8* | *$420.3* | *$502.9* | *$595.1* |





14

TRB0272820







**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0272821

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0272822

# *Sensitivity Test Assumptions*

- **Corporate:**

    1. *Discretionary acquisition expenditures are projected to be $50 million in fiscal years 2008 through 2013*
    2. *Potential asset sales in 2013*

- **Publishing:**

    **Total Revenues:** *4.9% decline in fiscal year 2008, 3.6% decline in 2009, 2.8% decline in 2010, 2.7% decline in 2011, and 2.5% decline for 2012 and beyond*

    **EBITDA Margins:** *20.7% in fiscal year 2008, 19.8% in year 2009, 19.5% in year 2010, 19.4% in 2011, and 19.4% for 2012 and beyond*

- **Broadcasting:**

    **Total Revenues:** *1.9% increase in fiscal year 2008, 1.6% decline in 2009, 2.7% increase in 2010, 0.8% decline in 2011, and 2.1% increase for 2012 and beyond*

    **EBITDA Margins:** *32.6% in fiscal year 2008, 33.3% in 2009, 34.0% in 2010, 31.3% in 2011, and 31.4% for 2012 and beyond*



Strong values.

16



Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0272823

# *Sensitivity Case Cash Flow Test* *($ in millions)*

| Cash Flow Summary | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P |
|---|---|---|---|---|---|---|---|---|
| *Adjusted EBITDA* | *$1,145.0* | *$1,093.7* | *$1,086.5* | *$1,030.1* | *$1,022.6* | *$1,015.3* | *$1,008.6* | *$1,002.4* |
| Cash Received from Equity Investments | $98.6 | $115.4 | $140.3 | $162.9 | $181.1 | $202.1 | $226.6 | $255.1 |
| Equity Income Adjustment for Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | ($27.0) | ($59.3) | ($65.2) |
| Cash Taxes | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| ESOP Repurchase Obligation | $0.0 | ($0.1) | ($0.2) | ($0.5) | ($1.0) | ($1.7) | ($2.5) | ($3.4) |
| Expense Reduction from 401K Elimination | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 |
| Net Cash Interest Expense | ($924.8) | ($911.9) | ($927.7) | ($935.0) | ($935.8) | ($928.1) | ($890.3) | ($888.4) |
| Other | ($32.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) |
| *Operating Cash Flow* | *$346.9* | *$347.1* | *$348.9* | *$307.4* | *$316.9* | *$310.7* | *$333.2* | *$350.5* |
| Capital Expenditures | ($132.2) | ($103.3) | ($103.5) | ($103.5) | ($103.5) | ($103.5) | ($103.5) | ($103.5) |
| Other | $849.0 | ($50.0) | ($50.0) | ($50.0) | ($50.0) | $784.2 | ($50.0) | ($50.0) |
| *Cash Flow Available for Debt Repayment* | *$1,063.7* | *$193.8* | *$195.4* | *$154.0* | *$163.4* | *$991.4* | *$179.7* | *$197.0* |
| Scheduled Debt Repayments | ($110.7) | ($77.7) | ($527.6) | ($77.9) | ($78.8) | ($160.8) | ($6,325.2) | ($2,088.8) |
| Other Financing Activities | $186.1 | ($0.5) | ($0.5) | ($0.5) | ($0.5) | ($0.5) | $6,324.0 | $1,695.2 |
| *Net Cash Flow* | *$1,139.1* | *$115.6* | *($332.7)* | *$75.6* | *$84.1* | *$830.1* | *$178.6* | *($196.6)* |
| Beginning Cash | $197.7 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 |
| Minimum Cash Balance | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) |
| Revolver Borrowings | $0.0 | $0.0 | $332.7 | $0.0 | $0.0 | $0.0 | $0.0 | $196.6 |
| Cash Available for Discretionary Prepayments | $1,261.8 | $115.6 | $0.0 | $75.6 | $84.1 | $830.1 | $178.6 | $0.0 |





Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# *Sensitivity Case Debt Covenant Summary* (*$ in millions*)

| Covenant Analysis | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P |
|---|---|---|---|---|---|---|---|---|---|
| EBITDA | $1,191.4 | $1,145.0 | $1,093.7 | $1,086.5 | $1,030.1 | $1,022.6 | $1,015.3 | $1,008.6 | $1,002.4 |
| Covenant EBITDA | $1,371.3 | $1,307.7 | $1,271.4 | $1,289.2 | $1,255.2 | $1,265.9 | $1,252.8 | $1,238.2 | $1,254.5 |
| Guaranteed Debt | $10,167.5 | $9,101.2 | $8,918.8 | $9,184.9 | $9,042.7 | $8,892.2 | $7,995.8 | $7,893.1 | $8,042.7 |
| Projected Guaranteed Debt / Covenant EBITDA | 7.41x | 6.96x | 7.02x | 7.12x | 7.20x | 7.02x | 6.38x | 6.37x | 6.41x |
| *Maximum Required Leverage Ratio* | *9.00x* | *9.00x* | *8.75x* | *8.50x* | *8.25x* | *8.25x* | *8.25x* | *8.25x* | *8.25x* |
| *$ Cushion (Covenant EBITDA)* | *$241.6* | *$296.5* | *$252.1* | *$208.6* | *$159.1* | *$188.1* | *$283.6* | *$281.4* | *$279.7* |
| Projected Covenant EBITDA / Cash Interest | 3.37x | 1.41x | 1.39x | 1.39x | 1.34x | 1.35x | 1.35x | 1.39x | 1.41x |
| *Minimum Required Interest Coverage Ratio* | *1.10x* | *1.15x* | *1.20x* | *1.25x* | *1.25x* | *1.25x* | *1.25x* | *1.25x* | *1.25x* |
| *$ Cushion (Cash Interest)* | *$839.6* | *$208.3* | *$145.3* | *$101.3* | *$66.9* | *$74.7* | *$71.8* | *$98.0* | *$113.0* |



VRC
Strong values.

18



TRB0272824



**CASE COMPARISONS**





Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

# *Base Case vs. Downside Case Comparison* *($ in millions)*

| Consolidated Company Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | |
| Base Case | $5,096.3 | $4,936.4 | $5,016.1 | $5,146.8 | $5,244.8 | $5,371.1 | $5,500.4 | $36,312.0 |
| Downside Case | $5,096.3 | $4,695.3 | $4,550.2 | $4,486.2 | $4,389.5 | $4,333.8 | $4,280.7 | $31,832.1 |
| $ Variance | $0.0 | ($241.1) | ($465.9) | ($660.6) | ($855.3) | ($1,037.2) | ($1,219.7) | ($4,479.9) |
| % Variance | 0.0% | -4.9% | -9.3% | -12.8% | -16.3% | -19.3% | -22.2% | -12.3% |
| **EBITDA** | | | | | | | | |
| Base Case | $1,191.4 | $1,193.3 | $1,236.8 | $1,282.1 | $1,298.6 | $1,348.8 | $1,382.7 | $8,933.9 |
| Downside Case | $1,191.4 | $1,145.0 | $1,093.7 | $1,086.5 | $1,030.1 | $1,022.6 | $1,015.3 | $7,584.7 |
| $ Variance | $0.0 | ($48.3) | ($143.2) | ($195.6) | ($268.5) | ($326.2) | ($367.4) | ($1,349.2) |
| % Variance | 0.0% | -4.0% | -11.6% | -15.3% | -20.7% | -24.2% | -26.6% | -15.1% |
| **Cash Available for Debt Repayment** | | | | | | | | |
| Base Case | $1,053.4 | $1,052.2 | $246.8 | $304.7 | $343.7 | $424.1 | $504.5 | $3,929.4 |
| Downside Case | $1,053.4 | $1,063.7 | $193.8 | $195.4 | $154.0 | $163.4 | $991.4 | $3,815.1 |
| $ Variance | ($0.0) | $11.4 | ($53.0) | ($109.3) | ($189.8) | ($260.7) | $487.0 | ($114.3) |
| % Variance | 0.0% | 1.1% | -21.5% | -35.9% | -55.2% | -61.5% | 96.5% | -2.9% |
| **Guaranteed Debt / Covenant EBITDA** | | | | | | | | |
| Base Case | 7.72x | 6.72x | 6.28x | 6.08x | 5.71x | 5.21x | 4.79x | |
| Downside Case | 7.41x | 6.96x | 7.02x | 7.12x | 7.20x | 7.02x | 6.38x | |
| Covenant | 9.00x | 9.00x | 8.75x | 8.50x | 8.25x | 8.25x | 8.25x | |
| **Covenant EBITDA / Cash Interest** | | | | | | | | |
| Base Case | 3.23x | 1.42x | 1.51x | 1.57x | 1.61x | 1.72x | 1.84x | |
| Downside Case | 3.37x | 1.41x | 1.39x | 1.39x | 1.34x | 1.35x | 1.35x | |
| Covenant | 1.10x | 1.15x | 1.20x | 1.25x | 1.25x | 1.25x | 1.25x | |
| **Total Debt** | | | | | | | | |
| Base Case | $13,188.1 | $11,996.9 | $11,774.1 | $11,493.9 | $11,175.4 | $10,777.3 | $10,299.5 | |
| Downside Case | $13,188.1 | $12,011.0 | $11,867.2 | $11,723.0 | $11,621.4 | $11,511.6 | $10,546.8 | |
| $ Variance | $0.0 | $14.1 | $93.2 | $229.0 | $445.9 | $734.3 | $247.3 | |
| % Variance | 0.0% | 0.1% | 0.8% | 2.0% | 4.0% | 6.8% | 2.4% | |



Strong values.

20



TRB0272826

Professionals' Eyes Only
Highly Confidential - Attorneys' Eyes Only

TRB0272827

# *Base Case vs. Downside Case Comparison* ($ in millions) (continued)

| Publishing Segment Comparison[1] | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | |
| Base Case | $3,713.5 | $3,679.9 | $3,752.0 | $3,840.2 | $3,927.6 | $4,019.3 | $4,113.1 | $27,045.5 |
| Downside Case | $3,713.5 | $3,511.3 | $3,385.6 | $3,290.0 | $3,202.3 | $3,122.0 | $3,043.7 | $23,268.3 |
| **$ Variance** | $0.0 | ($168.6) | ($366.4) | ($550.2) | ($725.4) | ($897.3) | ($1,069.3) | ($3,777.3) |
| **% Variance** | 0.0% | -4.6% | -9.8% | -14.3% | -18.5% | -22.3% | -26.0% | -14.0% |
| | | | | | | | | |
| **EBITDA** | | | | | | | | |
| Base Case | $817.8 | $786.1 | $814.2 | $844.2 | $874.8 | $906.3 | $927.5 | $5,971.0 |
| Downside Case | $817.8 | $745.8 | $691.9 | $666.3 | $644.6 | $628.6 | $613.5 | $4,808.7 |
| **$ Variance** | $0.0 | ($40.3) | ($122.3) | ($177.8) | ($230.2) | ($277.7) | ($314.0) | ($1,162.3) |
| **% Variance** | 0.0% | -5.1% | -15.0% | -21.1% | -26.3% | -30.6% | -33.9% | -19.5% |

| Broadcasting Segment Comparison[1] | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | |
| Base Case | $1,382.9 | $1,256.5 | $1,264.1 | $1,306.6 | $1,317.2 | $1,351.8 | $1,387.4 | $9,266.4 |
| Downside Case | $1,382.9 | $1,184.1 | $1,164.6 | $1,196.3 | $1,187.3 | $1,211.9 | $1,236.9 | $8,563.9 |
| **$ Variance** | $0.0 | ($72.5) | ($99.5) | ($110.4) | ($129.9) | ($140.0) | ($150.4) | ($702.6) |
| **% Variance** | 0.0% | -5.8% | -7.9% | -8.4% | -9.9% | -10.4% | -10.8% | -7.6% |
| | | | | | | | | |
| **EBITDA** | | | | | | | | |
| Base Case | $415.2 | $448.5 | $463.9 | $479.3 | $465.0 | $483.8 | $496.5 | $3,252.3 |
| Downside Case | $415.2 | $385.5 | $388.0 | $406.5 | $371.8 | $380.3 | $388.1 | $2,735.4 |
| **$ Variance** | $0.0 | ($63.0) | ($75.9) | ($72.8) | ($93.3) | ($103.5) | ($108.4) | ($516.9) |
| **% Variance** | 0.0% | -14.1% | -16.4% | -15.2% | -20.1% | -21.4% | -21.8% | -15.9% |

- [1] *Includes financial results for radio.*









*VRC'S QUALIFICATIONS AND HIGHLIGHTED TRANSACTION EXPERIENCE*



VRC
Strong values.

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0272828

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0272829

# *VRC's Qualifications*

- Established in 1975, VRC is an independent, international financial advisory firm.

  - *Eight domestic offices: New York, Princeton, Boston, Chicago, Cincinnati, Milwaukee, Tampa and San Francisco*
  - *Eight global affiliates: Argentina, Australia, Brazil, Hong Kong, Mexico, Spain, United Kingdom and Venezuela*

- Core services include financial opinions with respect to valuation, solvency, capital adequacy and fairness in connection with mergers, acquisitions, divestitures, leveraged buyouts, recapitalizations, financings and financial and tax reporting matters.

  - VRC's core services provide its clients with strategic advisory, enhanced due diligence and sophisticated financial modeling
  - Transactional: Valuation, Fairness, Solvency and Capital Adequacy Opinions
  - Financial Reporting: Fair Value Reporting; Allocation of Purchase Price (SFAS 141); Goodwill Impairment (SFAS 142); Stock Based Compensation (SFAS 123-R)
  - Tax Reporting: Deferred Compensation (IRC Sec 409A); Allocation of Purchase Cost (IRC Sec 1060 / 338); Valuation of Legal Entities

- Full-service, in-house valuation capabilities include businesses, equity and debt securities, loans, derivative instruments, structured products, intangible assets, fixed assets and real estate.

- *Significant experience with respect to M&A, leveraged finance and complex capital structures results from producing over 1,000 solvency, capital adequacy and fairness opinions in connection with a variety of transactions of all sizes covering all major industry groups.*

*Our client base includes some of the largest and most prestigious companies in the world*

    



23



Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# *Highlighted Solvency Opinion Transaction Experience*

**SOLVENCY OPINIONS**

$425,000,000 leveraged recapitalization
$157,300,000 dividend payment



We provided a solvency opinion to the board of directors of US Oncology.

**VRC**

---

**SOLVENCY OPINIONS**


communications

$400 million "Dutch Auction" tender offer

We provided a solvency opinion to the Board of Directors of Emmis Communications Corporation.

**VRC**

---

**SOLVENCY OPINIONS**


NPC
INTERNATIONAL
the world's largest Pizza Hut franchisee



has been acquired by Merrill Lynch Global Private Equity.

We provided a solvency opinion to the board of directors of NPC International, Inc.

**VRC**

---

**SOLVENCY OPINIONS**

waterpik
Water Pik Technologies, Inc.

has been acquired by

THE CARLYLE GROUP

and

for approximately $369 million.
We provided a solvency opinion to the board of directors of Water Pik Technologies, Inc. and ING Capital LLC.

**VRC**

---

**SOLVENCY AND CAPITAL ADEQUACY OPINIONS**

Payment of a $2.4 billion dividend in connection with a $3.25 billion leveraged recapitalization transaction.



We provided solvency and capital adequacy opinions in connection with the recapitalization of Health Management Associates, Inc.

**VRC**

---

**SOLVENCY OPINIONS**

The Board of Directors of Sorenson Communications, Inc. (a portfolio company of GTC Golder Rauner LLC) has authorized a $1.1 billion recapitalization of

**sorenson communications**
Connecting you

led by

**GTCR**

We provided a solvency opinion to the Board of Directors of Sorenson Communications, Inc. in connection with the recapitalization

**VRC**

---

**SOLVENCY OPINIONS**

LAZARD

$1.9 billion recapitalization

We rendered a solvency opinion to the Board of Directors of Lazard.

**VRC**

---

**SOLVENCY OPINIONS**



We provided a solvency opinion in support of the acquisition of MGM by:

SONY    PROVIDENCE EQUITY
TEXAS PACIFIC GROUP    comcast.
DLJ MERCHANT BANKING PARTNERS

**VRC**

---


Strong values.

24



TRB0272830

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0272831

# *Disclaimer*

- *The accompanying material was compiled on a confidential basis for use solely by the Board of Directors of The Tribune Company as of December 4, 2007. This material is not intended to provide the sole basis for evaluating any transaction or event, does not purport to contain all information that may be required and should not be considered a recommendation with respect to any transaction or event. This material was prepared for a specific use by specific persons as of a specific date and was not prepared to conform with any disclosure standards under securities laws or otherwise. Neither VRC nor any of its officers, directors, employees, affiliates, advisors, agents or representatives warrants the accuracy or completeness of any of the material set forth herein. Nothing contained in the accompanying material should be relied upon as a promise or representation as to the past, the present or the future. This material must not be copied, reproduced, distributed or passed to others at any time without the prior written consent of VRC.*

- *It should be understood that any estimates, forecasts or projections contained in the accompanying material were prepared or derived from information supplied by the Company and public sources have been assumed by VRC to be correct and representative of the operations of Tribune without independent verification thereof. Accordingly, no representation or warranty can be or is made by VRC as to the accuracy or achievability of any such valuations, estimates, forecasts or projections and VRC expressly disclaims any and all liability relating to or resulting from the use of this material. Actual results may vary from such estimates, valuations, forecasts or projections and such variations may be material. Subsequent events may impact the analyses and conclusions set forth in the accompanying material and VRC does not assume any responsibility to update or revise the accompanying material for any events subsequent to the specified date set forth herein.*



25

