From: CN=Darryl M Jacobson/O=JPMCHASE
Date: 09/06/2007 10:56:22 AM
To: CN=Rajesh Kapadia/O=JPMCHASE@JPMCHASE; CN=Yang X Chen/O=JPMCHASE
Subject: Solvency question

---

Please ask the following, as I have to go to IPC call. Interesting question might be the following - for solvevncy opinion, one assumption made that makes it possible to satisfy the test of "meeting their obligations as they become due", is that the company can refinance its maturities (presumably including the existing bonds that mature in 2008-2010.), but if we were to fund the second step commitments, one would then reasonably have to assume that the company would not have access to captial markets to refinance these, except perhaps at extreme coupons, that would likely result in the company not be able to cover the interest. Can we contact solvency firm to let them know they should not be assuming markets would be open to Trib to refi their maturities?
Thanks,
Darryl M. Jacobson
J.P. Morgan Securities Inc.
Tel: (212) 270-0329
Cell: (917) 359-8511
---------------------------
Sent from my BlackBerry Wireless Handheld

Highly Confidential - Attorneys' Eyes Only

JPM_00335870