CONFIDENTIAL

Committee Meeting 12/1/2007

Met again to address outstanding issues with Committee. Significant time was spent on the assumption of refinancing. The committee asked for more data to look at and consider potential asset sales.

EXHIBIT
Browning 11
12/4/09 LS