**From:** Kenney, Crane H
**Sent:** Sunday, December 2, 2007 12:54 AM
**To:** Bigelow, Chandler <CBigelow@tribune.com>; Grenesko, Don <DGrenesko@tribune.com>
**Cc:** FitzSimons, Dennis J. <DFitzSimons@tribune.com>
**Subject:** Re: VRC

[Redacted]

----- Original Message -----
From: Bigelow, Chandler
To: Grenesko, Don
Cc: Kenney, Crane H; FitzSimons, Dennis J.
Sent: Sat Dec 01 20:52:22 2007
Subject: VRC

Don: just tried you and I have just spoken to Crane to give him an update.

I just spoke to Chad. VRC has three issues/concerns that we need to resolve prior to an internal VRC committee meeting scheduled for tomorrow at 1130 am Chicago time.

(1) VRC is concerned about refinancing risk with our new debt in 2014. They want us to rep that it is reasonable to assume that we will be able refinance the new debt in 2014 even in the downside. They would like our rep to indicate that we have confered with one of our financial advisors and that our advisor concurs with this assumption.

(2) VRC is nervous that Sam will exercise his warrant and then somehow forces the Company to pay his taxes. They want a rep that indicates its reasonable to assume that this is not the case.

(3) Since the present value of the projected tax savings is a cornerstone of their analysis, they want us to review their calculation of the NPV of these savings and provide them with a rep letter that their analysis is reasonable.

For the first point, I think we need Morgan Stanley. But, to be clear, it is reasonable to assume we can refi in 2014.

The second concern is not realistic and we can show that Sam will not be able to steal from the Company to pay his taxes (which I explained to Chad). Crane thought [Redacted]

The third point should be straightforward since we have always signaled that there is significant present value in these savings.

I suggest we have a call tomorrow at 730 if possible. Please use the following dial-in.

Dial (866) 285-7778

TRB0448465
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

Passcode 1633840

I am home all night and have my cell as well.  Thanks. Chandler

TRB0448466
Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only