| | |
|---|---|
| From: | Whayne, Thomas (IBD) [Thomas.Whayne@morganstanley.com] |
| Sent: | Sunday, December 02, 2007 9:24 AM |
| To: | Taubman, Paul J (IBD) |
| Subject: | FW: |

fyi -- we have a call at 10:15 am this morning with Dennis, Don and Chandler to get an update on the VRC process. No need for you to join, just wanted to let you know.

Tom

-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Sunday, December 02, 2007 9:18 AM
To: Stewart, Charles (IBD); Whayne, Thomas (IBD)
Subject: Re:

Thanks. It will be me, dennis and don.
Speak to you in about an hour. Thanks, CB

----- Original Message -----
From: Stewart, Charles (IBD) <Charlie.Stewart@morganstanley.com>
To: Bigelow, Chandler; Whayne, Thomas (IBD)
<Thomas.Whayne@morganstanley.com>
Sent: Sun Dec 02 08:07:18 2007
Subject: Re:

Works for me...Tom? If so lets use the following code:

800-761-8522
Passcode: 36694394


Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: Whayne, Thomas (IBD); Stewart, Charles (IBD)
Sent: Sun Dec 02 08:56:40 2007
Subject: Re:

Would you be available for a quick call this morning at 1015 NYC time?
Want to get you caught up with VRC process and one question that they have asked about our ability to refinance in 2014. Please let me kow.
Many thanks, Chandler

----- Original Message -----
From: Whayne, Thomas (IBD) <Thomas.Whayne@morganstanley.com>
To: Bigelow, Chandler; Stewart, Charles (IBD)
<Charlie.Stewart@morganstanley.com>
Sent: Sat Dec 01 21:00:17 2007
Subject: Re:

1

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MS_97054

Yes. I will be in the office by 10 am, and around much of the day.
Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com
------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: Stewart, Charles (IBD); Whayne, Thomas (IBD)
Sent: Sat Dec 01 21:57:42 2007
Subject:

May need to catch up with you tomorrow morning if possible. Will you be available? Please let me know. Many thanks, Chandler

This communication is intended for the addressee(s) and may contain confidential information. We do not waive confidentiality by mistransmission. If you have received this communication in error, any use, dissemination, printing or copying is strictly prohibited; please destroy all electronic and paper copies and notify the sender immediately. We are required by applicable rules to advise you that we may own or act as market maker for securities/instruments mentioned or may advise the issuers; and that past performance is not indicative of future returns.


This communication is intended for the addressee(s) and may contain confidential information. We do not waive confidentiality by mistransmission. If you have received this communication in error, any use, dissemination, printing or copying is strictly prohibited; please destroy all electronic and paper copies and notify the sender immediately. We are required by applicable rules to advise you that we may own or act as market maker for securities/instruments mentioned or may advise the issuers; and that past performance is not indicative of future returns.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                          MS_97055