| | |
|---|---|
| From: | Whayne, Thomas (IBD) [Thomas.Whayne@morganstanley.com] |
| Sent: | Sunday, December 02, 2007 11:11 AM |
| To: | Taubman, Paul J (IBD) |
| Cc: | Stewart, Charles (IBD); Fincher, James D (IBD); Williams, Steven D (IBD); Novoselsky, Irina (IBD) |
| Subject: | TRB Update |

Paul,

Charlie and I just finished a call with Dennis, Don and Chandler, who wanted to give us an update on the VRC process. VRC is scheduled to present to the TRB board on Tuesday with regards to their solvency analysis, and are having their final internal committee meeting at noon today. They called the company on Friday to discuss some committee pushback that they have received thus far.

First, they requested a TRB management rep to the effect that it is reasonable to assume that the debt can be refinanced in 2014, and that the financial projections have been prepared by management in good faith. VRC also asked management to discuss this issue with advisors. Second, someone on the VRC committee expressed nervousness that Zell could exercise his option early and force the company to pay his associated taxes, which would be economically irrational and that the board could prevent -- so it appears that this is a mere misunderstanding. Finally, VRC wants management to review their analysis of the PV of tax savings associated with being an S-corp, which they put at approximately $1 billion. This is consistent with the company's analysis, and in fact, the company has this analysis included as part of their rating agency and bank presentations.

As a result, all issues appear manageable with VRC.

Tom

Thomas Whayne - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-4100
Fax: +1 212 507-0777
Thomas.Whayne@morganstanley.com

1

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY         MS_93539