CONFIDENTIAL

EXHIBIT
Browning 13
MYO9 LS

12/21/2007 Call w/ Chandler.

- Don Grenesko
- Chandler Bigelow
- Crane Kenney
- Chad Rocker
- Bryan Browning

1. Reasons for Refinance Debits in Downside Scenarios

A. Talked through these points

① ② Talked to Morgan Stanley — they concur with view that they [would] be able to Refinance Based that if considered the downside it is still Refinanceable. Based upon Basel.

③ B. Significant Benefit on the Horizon of Selling assets

④ C. Will Provide a letter

D. Banks have made an assumption that they were Refinanceable. ⇒ In The Beginning

VRC0025484

CONFIDENTIAL

2. Sam Zell Warrants

→ 40% interest is it,

if He would exercise it early.

—1. He wont do it because He would wait.

2. No contractual Agreement

↳ But as chairman He may try to get $ from the Company

The fiduciary Duty would that allow it.

↳ Example to look at viewed as conversion

→ Violations to do it — ~~sktoti~~ would

↳ Never will be.

VRC0025485

Tribune will not ever pay
the Taxes to Sam.
↳ Never will.

VRC0025486