| | |
|---|---|
| **From:** | Whayne, Thomas (IBD) [Thomas.Whayne@morganstanley.com] |
| **Sent:** | Sunday, December 02, 2007 2:34 PM |
| **To:** | Bigelow, Chandler; Stewart, Charles (IBD) |
| **Subject:** | RE: |

Chandler,

We will look for precedents, although may be difficult to pull together today.  ==You were correct regarding our inability to rep.==

Tom

-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Sunday, December 02, 2007 2:28 PM
To: Whayne, Thomas (IBD); Stewart, Charles (IBD)
Subject:

Heard back from VRC.  They have given us the green light.  Probably will not see a draft of the presentation until late tonight.  I will send it to you when I get it.

VRC has asked that we get them precedent debt issuance transactions of companies with the level of senior secured leverage that we will have in 2014.  VRCs calc of this sr secured leverage is in the 6.5x level.  Do you think you can come up with some precedent transactions that show companies issueing debt at these levels?  ==VRC additional has asked if Morgan Stanley would rep to our ability to refi in 2014.  I said I would ask you, but that I doubted it.  In any event, the important deliverable is to get precedent transactions to them, ideally by tomorrow sometime.==

Many thanks, Chandler
--------------------------------------------------------

This communication is intended for the addressee(s) and may contain confidential information. We do not waive confidentiality by mistransmission.  If you have received this communication in error, any use, dissemination, printing or copying is strictly prohibited; please destroy all electronic and paper copies and notify the sender immediately.  We are required by applicable rules to advise you that we may own or act as market maker for securities/instruments mentioned or may advise the issuers; and that past performance is not indicative of future returns.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_97062