| | |
|---|---|
| From: | Williams, Steven D (IBD) [Steven.D.Williams@morganstanley.com] |
| Sent: | Monday, December 03, 2007 2:15 PM |
| To: | CBigelow@tribune.com |
| Cc: | Whayne, Thomas (IBD); Stewart, Charles (IBD); Fossati, Paul (GCM); Fincher, James D (IBD); Tunis, Jonathan (GCM); Smalls, Cameron (GCM) |
| Subject: | Project Tower: Recent Pub/Brod Lev Loan / HY Issues |
| Attachments: | Recent Newspaper TV Deals.pdf |


Recent Newspaper
TV Deals.pdf...

Chandler,

As discussed, our GCM team has provided some lev loan and HY issuance precedents for TV/Newspaper companies going back to mid-2006.

Please let us know if there is a good time to get on the phone to discuss.

-- Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 35
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

1

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        MS_113174

**Project Tower**

# Recent Leveraged Loan Issuance
## TV/Newspaper

- Data based on LCD Database, (broadly distributed public information database)
- Includes transactions in TV and Print & Publishing sectors
- Includes transactions through mid-2006

### Recent TV/Newspaper Leveraged Loan Issuance

| Launch Date | Company | Industry | Purpose | Deal Size ($MM) | Moody's | S&P | Leverage |
|---|---|---|---|---|---|---|---|
| 10/2/2007 | New Vision Television | TV | Acquisition | 260 | NR | NR | 8.9x |
| 10/2/2007 | New Vision Television | TV | Acquisition | 100 | NR | NR | 8.9x |
| 10/2/2007 | New Vision Television | TV | Acquisition | 30 | NR | NR | 8.9x |
| 7/23/2007 | Alpha Media | Printing & Publishing | LBO | 40 | B3 | CCC+ | 5x |
| 7/23/2007 | Alpha Media | Printing & Publishing | LBO | 135 | Ba3 | B+ | 5x |
| 7/11/2007 | CW Media | TV | LBO | 500 | Ba1 | B+ | 7.8x |
| 6/21/2007 | Village Voice | Printing & Publishing | Recap/Dividend | 193 | NR | NR | |
| 6/14/2007 | CanWest MediaWorks | Printing & Publishing | Recap/Stock Repurchase | 1,089 | Ba1 | BB- | 5.5x |
| 5/22/2007 | American Community | Printing & Publishing | Acquisition | 125 | NR | NR | |
| 5/18/2007 | Raycom TV | TV | Refinancing | 710 | NR | NR | |
| 5/17/2007 | Newspaper Holdings | Printing & Publishing | Refinancing | 550 | NR | NR | |
| 5/11/2007 | Bonten Media | TV | LBO | 61 | Ba3 | B+ | |
| 4/26/2007 | Tribune | Printing & Publishing | LBO | 8,028 | Ba2 | BB+ | 7x |
| 4/13/2007 | GateHouse Media | Printing & Publishing | Acquisition | 275 | B1 | BB- | |
| 4/12/2007 | White Birch Paper | Printing & Publishing | Refinancing | 100 | Caa1 | B | 4.2x |
| 4/12/2007 | White Birch Paper | Printing & Publishing | Refinancing | 475 | B1 | B+ | 4.2x |
| 4/12/2007 | Local TV | TV | LBO | 305 | Ba3 | B | 8.3x |
| 2/15/2007 | Gray Television | TV | Refinancing | 1,025 | Ba3 | B | |
| 2/13/2007 | Univision | TV | LBO | 750 | Ba3 | B | 12.1x |
| 2/13/2007 | Univision | TV | LBO | 7,450 | Ba3 | B | 12.1x |
| 2/13/2007 | Univision | TV | LBO | 500 | B3 | CCC+ | 12.1x |
| 2/6/2007 | Star Tribune | Printing & Publishing | LBO | 390 | NR | NR | |
| 2/6/2007 | Star Tribune | Printing & Publishing | LBO | 96 | NR | NR | |

**Morgan Stanley**

Notes
1. Source: LCD

1

MORGAN STANLEY — HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

MS_113175

1

Project Tower

## Recent Leveraged Loan Issuance
TV/Newspaper

**Recent TV/Newspaper Leveraged Loan Issuance**

| Launch Date | Company | Industry | Purpose | Deal Size ($MM) | Moody's | S&P | Leverage |
|---|---|---|---|---|---|---|---|
| 2/6/2007 | GateHouse Media | Printing & Publishing | Acquisition | 40 | B1 | B+ | |
| 2/6/2007 | GateHouse Media | Printing & Publishing | Acquisition | 920 | B1 | B+ | |
| 11/30/2006 | Sinclair Broadcast | TV | Refinancing | 225 | Baa3 | BB | |
| 10/13/2006 | Chellomedia | TV | Recap/Dividend | 100 | NR | NR | 4x |
| 9/12/2006 | Hoak | TV | Acquisition | 70 | NR | NR | |
| 9/5/2006 | Stephens California Media | Printing & Publishing | Recap/Equity Infusion | 175 | NR | NR | |
| 7/20/2006 | Barrington Broadcasting | TV | Acquisition | 173 | Ba3 | B | 8.7x |
| 7/10/2006 | Black Press | Printing & Publishing | Acquisition | 330 | Ba3 | B+ | |
| 6/13/2006 | Philadelphia Newspapers | Printing & Publishing | Acquisition | 345 | NR | NR | 5.1x |
| 6/8/2006 | MediaNews | Printing & Publishing | Acquisition | 350 | Ba3 | BB- | |
| 5/26/2006 | Prism Business Media | Printing & Publishing | Recap/Dividend | 90 | B3 | CCC+ | 7x |
| 5/26/2006 | Prism Business Media | Printing & Publishing | Recap/Dividend | 242 | B2 | B | 7x |
| 5/24/2006 | ALM Media | Printing & Publishing | Recap/Dividend | 218 | B3 | B- | |
| 5/24/2006 | ALM Media | Printing & Publishing | Recap/Dividend | 98 | Caa2 | CCC | |
| 5/15/2006 | GateHouse Media | Printing & Publishing | Acquisition | 610 | B1 | BB- | 7.9x |
| 5/15/2006 | GateHouse Media | Printing & Publishing | Acquisition | 152 | B3 | B+ | 7.9x |

Morgan Stanley

Notes
1. Source: LCD

2

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_113176

Project Tower

# Recent High Yield Issuance
## TV/Newspaper

**Recent TV/Newspaper High Yield Issuance**

| Pricing Date | Company | Industry | Purpose | Deal Size ($MM) | Moody's | S&P | Leverage |
|---|---|---|---|---|---|---|---|
| 9/26/2007 | Quebecor Media | Media | Refinance Bank Debt | 700 | B2 | B | |
| 7/19/2007 | LBI Media, Inc | TV | Refinance Bond Debt | 225 | B2 | CCC+ | 7.2x |
| 6/28/2007 | Canwest Mediaworks | TV | Refinance Bond Debt | 400 | B2 | CCC+ | 5.0x |
| 5/22/2007 | Bonten Media Group, Inc | TV | Acquisition | 125 | Caa1 | CCC+ | 7.6x |
| 5/9/2007 | Central European Media Enterprises (CME) | TV | General Corporate Purposes | 203 | Ba3 | B+ | |
| 5/2/2007 | Local TV Finance, LLC | TV | LBO | 190 | Caa1 | CCC+ | 8.3x |
| 3/1/2007 | Umbrella Acquisition Inc (Univision Communications Inc) | TV | LBO | 1,500 | B3 | CCC+ | 12.1x |
| 8/3/2006 | Barrington Broadcasting | TV | LBO | 125 | B3 | CCC+ | 8.7x |
| 8/1/2006 | Nielsen Finance LLC / Finance Co. / VNU | Media | LBO | 1,655 | B3 | CCC+ | 7.3x |
| 8/1/2006 | Nielsen Finance LLC / Finance Co. / VNU | Media | LBO | 1,655 | B3 | CCC+ | 7.3x |
| 8/1/2006 | Nielsen Finance LLC / Finance Co. / VNU | Media | LBO | 1,655 | Caa1 | CCC+ | 7.3x |
| 8/1/2006 | VNU Group BV | Media | LBO | 1,655 | Caa1 | CCC+ | 7.3x |

**Morgan Stanley**

Notes
1. Source: Morgan Stanley

3

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MS_113177