CONFIDENTIAL

DRAFT
12/02/07

Deleted: 11

Deleted: 26

December [ ], 2007

Valuation Research Corporation
500 Fifth Avenue
39th Floor
New York, NY 10110

Ladies and Gentlemen:

Pursuant to, and solely for the purpose of, the performance of certain procedures in connection with the solvency opinion of Valuation Research Corporation ("VRC"), the following representation is being made with respect to the Identified Contingent Liabilities (defined below) of **Tribune Company**, on a consolidated basis with all of its direct and indirect subsidiaries and equity interests, ("Tribune"). This representation is being made by a responsible officer of Tribune who can attest to the correctness of the following:

Identified Contingent Liabilities are defined as the reasonably estimated contingent liabilities that may result from, without limitation, threatened or pending litigation, asserted claims and assessments, environmental conditions, guaranties, indemnities, uninsured risks, purchase obligations, taxes and other contingent liabilities as identified and explained to VRC in terms of their nature, expected timing and estimated dollar amount by a responsible officer of Tribune. Identified Contingent Liabilities may not meet the criteria for accrual under Statement of Financial Accounting Standards No. 5 and, therefore, may not be recorded as liabilities under Generally Accepted Accounting Principles in the United States.

The undersigned, in his capacity as a responsible officer of Tribune, represents to VRC that all of the material Identified Contingent Liabilities of Tribune have been adequately provided for on Tribune's balance sheet as of September 30, 2007 (the most recent balance sheet furnished to VRC), with the exception of the following list, which represents all other material Identified Contingent Liabilities, and that there are no other material Identified Contingent Liabilities of Tribune expected to have a material adverse effect on Tribune. If no other material Identified Contingent Liabilities are present please state "none." Please provide an additional attachment if required.

VRC0056526

December [ ], 2007

Valuation Research Corporation
500 Fifth Avenue
39th Floor
New York, NY 10110

Ladies and Gentlemen:

Pursuant to, and solely for the purpose of, the performance of certain procedures in connection with the solvency opinion of Valuation Research Corporation ("VRC"), we provide the following representation with respect to **Tribune Company** ("Tribune"). This representation is being made by a duly authorized officer of Tribune who can attest to the correctness of the following:

> Based upon management's best understanding of the debt and loan capital markets and management's recent discussions with Morgan Stanley, it is reasonable and appropriate for VRC to assume that in the Tribune Downside Forecast dated November 21, 2007 that Tribune would be able to refinance any outstanding balances of Term Loan B that matures in 2014 and the Bridge Note that matures in 2015 without the need for any asset sales.

> Management believes that it is reasonable and appropriate for VRC to assume that in the Tribune Downside Forecast dated November 21, 2007 that Tribune will be able to refinance any Guaranteed Debt (as defined in the indenture) that matures in 2014 if the Guaranteed Debt to Covenant EBITDA (as defined in the indenture) is 6.95 times and the Covenant EBITDA to Cash Interest Expenses (as defined in the indenture) is 1.3 times without the need for any asset sales.

> Management believes that it is reasonable and appropriate for VRC to assume that in the Tribune Downside Forecast dated November 21, 2007 that Tribune will be able to refinance any Guaranteed Debt (as defined in the indenture) that matures in 2015 if the Guaranteed Debt to Covenant EBITDA (as defined in the indenture) is 6.77 times and the Covenant EBITDA to Cash Interest Expenses (as defined in the indenture) is 1.3 times without the need for any asset sales.

Respectfully Submitted,


Donald C. Grenesko
Senior Vice President/Finance & Administration

VRC0056532