| | |
|---|---|
| **From:** | Stewart, Charles (IBD) [Charlie.Stewart@morganstanley.com] |
| **Sent:** | Monday, December 03, 2007 7:37 AM |
| **To:** | CBigelow@tribune.com; Whayne, Thomas (IBD) |
| **Subject:** | Re: Latest version of Tribune board book |

Chandler –

Thanks. We have been compiling the precedents and will come back to you this morning.

Charles Stewart – Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: Whayne, Thomas (IBD); Stewart, Charles (IBD)
Sent: Mon Dec 03 07:24:23 2007
Subject: FW: Latest version of Tribune board book

Tom/Charlie – thanks for speaking with us yesterday. Attached is the preliminary draft of the VRC presentation to the Board. Please let me know if you have any comments/questions. Also, in terms of the precedent transasctions, let's try to catch-up on that this morning. Many thanks, Chandler

From: Chad Rucker [mailto:crucker@valuationresearch.com]
Sent: Sunday, December 02, 2007 10:59 PM
To: FitzSimons, Dennis J.; Grenesko, Don; Bigelow, Chandler; Kenney, Crane H; Hianik, Mark W.; Sachs, Naomi; Amsden, Harry; Poelking, John
Cc: Bryan Browning; Leonid Mednik; Shakespeare James
Subject: Latest version of Tribune board book

Please find attached the latest draft of our board presentation. If you all are available, we would like to try to speak with you all early on Monday to discuss any comments that you may have.

Please feel free to contact me at (917) 338-5613 or (646) 209-2132.

Regards,

Chad Rucker

1

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MS_113096