| | |
|---|---|
| **From:** | Bigelow, Chandler <CBigelow@tribune.com> |
| **Sent:** | Friday, December 7, 2007 4:10 PM |
| **To:** | Chad Rucker <crucker@valuationresearch.com> |
| **Cc:** | Eldersveld, David <DEldersveld@Tribune.com> |
| **Subject:** | |
| **Attach:** | Comments on VRC Responses.pdf |

Hi Chad - very sorry for the delay in getting the attached back to you. Please give me a call if you have any questions. We would very much like to get something out to the banks today if possible. Many thanks, Chandler



EXHIBIT
Rucker 19
12/3/09  LS



## MEMORANDUM

**TO:** CHANDLER BIGELOW
**FROM:** BRYAN BROWNING
CHAD RUCKER
**SUBJECT:** RESPONSE TO QUESTIONS FROM LENDERS
**DATE:** 12/6/2007
**CC:**

> *[Handwritten note:]* The Company did not place any restrictions on our access to information necessary to complete this opinion and did not place any restrictions on the scope of the analyses that we performed.

Valuation Research Corporation ("VRC") makes no representation or warranty, express or implied as to the accuracy or completeness of any information provided in this memorandum, information received from Tribune Company ("Tribune" or the "Company"), or information obtained by any other source that is disclosed herein. The responses to the questions were prepared by VRC based on information provided to VRC by the Company. It is intended exclusively for the benefit and internal use of the Company, J.P. Morgan Securities Inc. ("JPMorgan"), JPMorgan Chase Bank, N.A. ("JPMCB"), Merrill Lynch Capital Corporation ("Merrill Lynch"), Citigroup Global Markets Inc. ("CGMI") on behalf of Citigroup, Bank of America, N.A. ("Bank of America") and Banc of America Securities LLC ("BAS"). **This Memorandum is not intended to be a representation of Tribune's or any other company's solvency to JPMorgan, JPMCB, Merrill Lynch Capital Corporation, Merrill Lynch, CGMI on behalf of Citigroup, Bank of America, Bank of America Securities LLC ("BAS") or any other person.** These responses may be based, in whole or in part, on projections or forecasts of future events. A forecast, by its nature, is speculative and includes estimates and assumptions which may differ. Actual results may, and frequently do, differ from those projected or forecast. Those differences may be material. Items which could impact actual results include, but are not limited to, unforeseen micro or macro economic developments, business or industry events, personnel changes, casualty losses, or the inability of the Company to implement plans or programs. These responses may contain certain statements which are or could be considered to be forward-looking statements. Such statements are not guarantees of future performance and involve risks and uncertainties which are not possible to predict. These responses are incomplete without reference to, and should be viewed solely in conjunction with VRC's final written Solvency Opinion ("Solvency Opinion" or the "Opinion"). The information in these responses reflects conditions and our views as of the date of this memorandum, all of which may be subject to change. We undertake no obligation to update or provide any revisions to these responses to reflect events, circumstances or changes that occur after the date these responses were prepared. In preparing these responses, VRC has relied upon and assumed, without independent verification, the accuracy and completeness of

f. *In the discounted cash flow analysis, what assumptions were used in the terminal value calculation (i.e., growth rate, capital structure, exit multiple, etc.) and support for the assumptions?*

VRC used EBITDA exit multiples that ranged from 5.7x to 10.5x in its analyses which implies perpetuity growth rates of -1.3%% to 1.9% in its enterprise value DCF analyses. Current comparable company multiples, comparable transactions, and management forecasts provide support for the exit multiples in the DCF analyses.

7) *Discuss whether methods and principles employed in solvency analysis are consistent between Step 1 and Step 2. Discuss any general changes in assumptions and outlook that were considered in the Step 2 analysis as compared with the Step 1 analysis.*

The same general methodologies were applied in the Step One and Step Two analyses. Significant changes between Step One and Step Two analyses consisted of tax savings and the excess value of real estate which could be sold. The Step One tax savings related to the tax benefits associated with the PHONES liability. The Step Two tax savings related to the favorable S-Corp ESOP tax structure. The PHONES tax savings were excluded in the Step Two analysis to avoid double counting.

8) *How are taxes treated in the analysis? As the Company will not be a federal taxpayer as a result of the S Corp election, does the discounted cash flow analysis take this into consideration, and if so, how?*

[handwritten margin note: As part of the Valuation Test, VRC considered that as...]

As an S-Corp ESOP, Tribune will not pay federal income taxes. The Company has provided VRC with an estimate of the future tax savings. These tax savings were discounted to present value. VRC assumed that in year fifteen and beyond, that the Company would receive 60% of the projected tax savings after EGI TRB, L.L.C. ("Zell Group") exercises its warrants to acquire 40% of Tribune's equity interest. The net present value of the S-Corp ESOP tax savings are estimated to be $1.7 billion to $2.3 billion.

[handwritten margin note: of the operating... In the discounted cash flow analysis, specifically, the S-Corp tax savings were not considered]

9) *Have current market conditions and marketability of the Company's assets been considered in the analysis? How do market condition factors differ for analyses of Fair Value (commercially reasonable time period) and Present Fair Value (reasonable promptness)?*

VRC's analysis treats Fair Value and Present Fair Saleable Value (both as defined in VRC's Solvency Opinion) the same. As previously outlined, these value indications were developed using commonly accepted valuation methodology. See question 1.

CONFIDENTIAL

The current market conditions have been considered in determining the operating enterprise values of both the Company and its business segments. The valuation multiples of comparable companies implicitly provide indications of current market conditions. The comparable transactions implicitly provide potential marketability of the Company's assets.

10) Discuss the following issues concerning equity investments:
   a. Considering the Company has minority ownership in many of its equity investments, how has the marketability of these equity investments been considered?

VRC reviewed and valued each of the Company's equity investments. A relatively small number of the Company's principal equity investments comprise a substantial percentage of the aggregate value of Tribune's equity investments. The markets Tribune operates [in which these equity investments operate] are generally robust and would likely attract a larger number of potential buyers.

VRC did not apply minority or marketability discounts to these equity investments because i) the principal equity investments are in attractive market segments that are growing and VRC believes that there would be significant demand for the Company's minority interests in these investments, and ii) Tribune is generally able to elect board of director members for its principal equity investments. Microsoft's recent minority interest investment in Careerbuilder supports VRC's valuation conclusion for Tribune's interest.

   b. Explain the methodology in valuing unconsolidated investments. Are these added to values calculated by the four stated valuation methods or already part of the calculation?

Generally, VRC used either cost, comparable companies, comparable transactions, or DCF analyses to value the equity investments. The methodology used was dependent upon the amount of information that was made available to VRC. The estimated values of the equity investments are $1.9 billion to $2.3 billion.

The operating enterprise value estimates exclude the value of the equity investments and related investment income.

   c. When adding back the equity investments to the operating values, was the related income from these investments excluded from the EBITDA?

VRC0007118

The operating income of the equity investments were excluded from EBITDA that was used to determine the operating enterprise value of Company.

    d. *Depending on how much is owned of the equity investments and whether they are public or private, are discounts for minority interest and marketability applicable?*

See answer to question 10.

11) *Was the value of any excess real estate considered in the valuation?*

Tribune provided VRC with an estimate of the value for excess real estate that could be potentially sold. VRC added the estimated after-tax value of the excess real estate to determine Tribune's adjusted enterprise value.

12) *What is considered the acceptable range of excess capital in the capitalization test? What is considered to be the acceptable range of equity cushion? Is book value of equity considered in the analysis?*

The first test of assets exceeding liabilities ranged from $1.4 billion to $3.6 billion. Next VRC considered other qualitative and quantitative factors including cash flow capacity and downside sensitivity testing to satisfy the test of adequate capital.

Considering all of these factors, VRC believes its conclusions reflect acceptable ranges of equity cushion. It is, however extremely dependent upon the benefits of the S-Corp ESOP tax savings.

13) *Was a company specific or market capital structure used to calculate the levered cost of equity? If a market capital structure was used, was a market cost of debt applicable for that capital structure used or was the Company's specific cost of debt used?*

See question 6.

VRC0007119

*14) Has $1.4bn of tranche flex to bonds been considered in the analysis (cap rate at 12.5%)?*

With the new funding structure of the Step Two Transactions, interest rates and the debt capital structure changed and the $1.4 billion tranche of flex is no longer applicable. VRC's analysis assumed the following debt capital structure and associated rates.

| Tranche | Proceeds | Leverage[1] | Rate |
|---|---|---|---|
| Revolving Credit Facility ($750mm) | $0.0 | 0.0x | L+300 |
| Incremental Term Loan B | $2,105.0 | 1.6 | L+300 |
| Bridge Note | $1,600.1 | 1.2 | 15.250% |
| Existing Bank Debt | $6,462.4 | 4.9 | |
| Existing Notes | $1,798.9 | 1.4 | |
| PHONES | $996.7 | 0.8 | 2.000% |
| **Total Debt** | **$12,963.1** | **9.8x** | |
| Zell PIK Notes | $225.0 | 0.2 | 4.804% |
| **Adjusted Total Debt** | **$13,188.1** | **10.0x** | |

[1] Leverage ratios are based on pro forma 2007 projected EBITDA. The pro forma EBITDA includes cash equity income, the Cubs and Comcast, and excludes interest income and stock based compensation.

*15) How was the beta developed?*

See question 6.

*16) What was the market risk premium used in the calculation of the cost of equity? Was a size risk premium considered?*

Generally a 5.5% equity risk premium was used. This equity risk premium is supported by an equity risk premium study by Roger Grabowski. An additional 100 basis point premium was added to the consolidated company and publishing segment cost of equities based upon industry cost of capital analyses by Morningstar.

*17) How are guarantees and contingent liabilities taken into account in the analysis? How are the PHONES liabilities valued? How are other long-term liabilities, such as deferred taxes, analyzed?*

An estimate of $996.7 million of net PHONES liabilities are assumed in VRC's analysis. This amount reflects the total $1.2 billion PHONES liability less the equity value of the Time Warner Stock that Tribune has set aside to settle the PHONES liability. This $996.7 million is held constant in VRC's analysis.

Management has identified approximately $86.8 million of Identified Contingent Liabilities (as defined in VRC's Solvency Opinion).

The PHONES liability is included as debt for the company. Both the PHONES liability and Identified Contingent Liabilities are subtracted from adjusted enterprise value. *(repay or)*

Also see question 7.

18) *What is the assumption for the Company's ability to refinance debts as they become due and how is the assumption established?*

VRC has assumed that the Company will be able to refinance its debts as they become due. This assumption is based upon a review of the forecasted total debt and guaranteed debt leverage ratios at the time of the required refinancing, recent leveraged debt multiples, and representation from the Company which states that based upon recent discussions with Morgan Stanley, the Company would be able to refinance debt in its downside forecasts without the need for additional asset sales.

19) *What downside cases were considered? What were the relevant assumptions to the downside case and how did it affect overall analyses?*

The downside case was provided by Tribune management. The principal assumptions of the downside case are:

- **Key Corporate Assumptions:**

  Discretionary acquisition expenditures are projected to be $50 million in fiscal years 2008 through 2013.

- **Key Publishing Assumptions:**

  Total Revenues: 4.9% decline in fiscal year 2008, 3.6% decline in 2009, 2.8% decline in 2010, 2.7% decline in 2011, and 2.5% decline for 2012 and beyond.

  EBITDA Margins: 20.7% in fiscal year 2008, 19.8% in year 2009, 19.5% in year 2010, 19.4% in 2011, and 19.4% for 2012 and beyond.

- **Key Broadcasting Assumptions:**

  Total Revenues: 1.9% increase in fiscal year 2008, 1.6% decline in 2009, 2.7% increase in 2010, 0.8% decline in 2011, and 2.1% increase for 2012 and beyond.