TRIBUNE MGT. CALL
12/17/07

(1)

- $3.5 OUT. OF BELOW
  4.2 EQUITY MKG. ABOVE

- PERIOD 12
  - MID-WEST, N.E. RETAIL SALES DOWN
    WHICH COULD HELP AD PLACEMENT

- TELECOM & PHARMA WEAK Y-O-Y
  OTHERS STRONG

- REVENUE OUTLOOK FOR DECEMBER IS VERY
  GOOD.

- POLITICAL ADV. POTENTIAL LOOKS PROMISING.

- IF TOP LINE IS OFF CAN DO MORE
  HEADCOUNT REDUX. REDUCING SIZE OF
  PAPER CUT CAPX, ELIMINATE BONUSES,
  PIK PHONES INTEREST

- CO. HAS USED MORGAN STANLEY
  AS SOLVENCY ADVISORY.

- MGT. BELIEVES COMPANY IS SOLVENT
  & CAN SERVICE DEBT

CONFIDENTIAL

MD 000550A

(16%)   (4)

\#   — COST OF E 15%-17% PER VRC

8%/50    ~~E~~ 8% EQUITY
5%/8.50    DEBT ↑
         WACC 8.5% ??
         THEY USED A WACC OF 6.5% - 8.5%
         ON P. 9.

— PENSION SURPLUS $300 M.L. NOT CONSIDERED

— VRC PERP. CALC. OF S-CORP. TAX TOOK 40% HAIRCUT TO SAVINGS

\* — S CORP. CHANGE VRC WENT FROM A MARKET COST OF EQUITY TO TRIBUNE SPECIFIC.

    \* TRIBUNE COST OF EQUITY WOULD BE MUCH HIGHER THAN 16% GIVEN LTD EQUITY.

● — BUYER WOULD GET STEP-UP IN YR. 10. AFTER YR. 10 CAN SELL ASSETS WITH NO CAP. GAINS.

CONFIDENTIAL

MD 000551A

- ✱ — 14X on Food Network

- ✱ — Oxygen 22X

- ✱ — What are growth stages of above

- Careerbuilder $1.8 B.L.
  - Rev. up 40% Y-o-Y
  - 3.3X Rev. (about $500 mil. Rev)
- ✱ — Margins?

- Cubs Sale
  - 7 interested groups
  - $600   Team
    250   Sportsnet
    250   Stadium / R.E.
    ─────
    1,100
    850 After-Tax
  - Sell WB, Wrigley Field to State Organization

- Tribune Tower $50 mil

- ✱ — S-Corp Tax Savings
  - Discounting 16% for 15 yr.
  - Valuing into Perpetuity
  - 1% Growth

CONFIDENTIAL                                                                                          MD 000552A

(2)

- 6.3 - 15x    MED 10.2x    10 YR. MULTIPLE
                                          HISTORY PER
- 10.4x PUB  } M.S. COMP.              M.S.
  13.8x BRD  } TRANS. MULTI

\* — 10 YR. MAY NOT BE RELEVANT
RISK/     GIVEN INDUSTRY CHANGES. WHAT
GROWTH    WERE ASSOCIATED GROWTH RATES FOR 10 YRS.
  - DCF  2.5% GROWTH?
LTM, 03,   7.25x - 8.25x CONSOLIDATED EBIT
08 Fcst!                              MULT.
  10.2x 10YR. MEDIAN PER M.S.

\* ASSUMES PROJ. ARE ACHIEVABLE

- 8.5% DISCT. RATE USED BASED
  ON AVG. CAP. STRUCTURE

- 8.3
  9.6
  8.6      8.6x BLENDED

- EQUITY INVESTMENTS CORE
  - CUBS    849
  - R.E.
  - OTHER   182
  - EQUITY INVSTS. 2,900    TV FOOD NETWORK
                             & CAREER BUILDER
           ─────
           3,917

(5)

\* — TENDER FOR PLANTS. M/V UPPED JOMR

— WHERE WILL CASH COME FROM

— PHONE $1.2 BIL. CLAIM

CONFIDENTIAL

MD 000554A