Mon 12/17/2006.

All Hands Call

Wachtell  
Sidley       } TRB law team.  
Quinn Emanuel

TRB team.

Citi, Merril, JPM, BofA., Counsel.

1. Review of Fin Projections.
Per 10 & 11 results
→ Dec finish as planned.
   - movies and other categories doing well.
~ $4m down In OCF in Oct & Nov.
Some shortfall made up in Dec.

Q4 within a few $m of projections.
down ~$4m on Oct & Nov
but made up on equity income line.

No period 12 reconciliation.

"close" on cash to projections
for Q4 & 2008.

Highly Confidential - Attorneys' Eyes Only                                         JPM_00499992

2. VRC report & solvency analysis.

VRC is independent.
& Morgan Stanley to review solvency

"Accurate & complete" — VRC report.
"MS assumptions, & recommendations
fair & reasonable" in light of fairness
opinion".

"Corp, Pub, Bdcast senior must believe
company is solvent & can meet debt
obligations going fwd"

5th method — 11 year sealed company (step up
of tax basis).

Trading    Pub   6.2x – 7.1x  } weighted based of
           TV.   8.2x – 11.9x }  (cash flows)

         10 year median  6.7x – 15.0x OCF
                 median.  10.2x

Transaction
           10.4x pub median. } MS
           13.8x B/E median

DCF       2017   7.25x  8.25x  OCF
          close to MS fairness opinion mid 7.7x

          7.5% – 8.5%  WACC.

Highly Confidential – Attorneys' Eyes Only                    JPM_00499993

8.0% discount rate from MS fairness
& still ~~company~~ comfortable.

looked at sensitivities.

→ blended OCF multiple <u>8.6x</u>

- $60m non-cash deducted from
  ESOP / pension currently in numbers.

Tax saves ] 2018 assumes exercise warrant
+ adj. retirement
+ cash flows.

"liquidation value".
  $9-10 bn range.

downside    $2-3 bn range.

<u>Equity Inv.</u>

  $3.417 bn.
  ─────────
  $2.386 bn equity.
  $ .849 bn cubs.
  $ .185 bn other + RE

TV food network.
  $3.679 bn EV. ≈ 14.0x multiple
CareerBuilder
  $1.82 bn EV. ≈ 3.3x Revs.
  GAAP Rev +10% YoY 06.

Highly Confidential - Attorneys' Eyes Only

JPM_00499994

Cubs
7 groups submitted & cleared to MLB
- $600m team
- $250m comcast
- $250m wrigley

tax structure tested.
→ to be sold ISFA.
   $500 - $600m negotiated.
certainty next few weeks
1H08 → complete transaction (all).

RE    $180m
      ≈ 50% Times Mirror Square.
      $50m TRB tower.

Sale & Leaseback $0 in VRC.

Tax Saves
→ 2017 + 5yrs extrapolated.
  16% discount.
  perp. gr. 1% growth.
  30% terminal value.
→ @ cost of equity.

Debt    Incl. phones @ market.
        otherwise as projected.

→ $60m in 08 and beyond non cash retirement
  benefits in #'s.

Highly Confidential - Attorneys' Eyes Only                                        JPM_00499995

Not included → $300m surplus pension assets.

@ election ~$7bn deferred taxes eliminated

Chandler   "Conservative approach from VRC"
  — add'l haircut of ~40% assuming
    Coy pays Sam's taxes.
    → In ppve.

WACC   — Use "as funded" cost of debt.

— MS will be @ board mtg to answer questions.

—— 7-8x exit  } 2017 exit.
   up to 20% WACC }

—— Two Saves   previous  marked cost equity
                called   trb  cost equity.

Highly Confidential - Attorneys' Eyes Only

JPM_00499996

PHONES

$800m — option on AOL
$800m — deep discount bond

deferred tax ⇒ 30-40% related to Phones.

→ cancellation of indebtedness income is considered income ∴ not taxable.

[270-590]

Redacted

Citi  S-Corp savings  } WRONG but still +ve.
      Phones

Notes — following DD
 ↳ change debt as per 12/18/07.
 ↳ change RE opportunities.

(-1%) terminal gr.

Highly Confidential - Attorneys' Eyes Only                             JPM_00499997