# Project Tower

## Discussion Materials

21 November 2007

Morgan Stanley

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0266929

Project Tower

# Introduction

- **Subject to Board approval, management has been negotiating with the Underwriters to improve the Step 2 financing**

- **Key terms for the Company include:**
  - Reduced cash interest expense vs. Committed Financing (Flex) alternative ($30-40MM / year)
  - Agreement that the Underwriters' 20 business day marketing period will start with the delivery of an Offering Memorandum (November 21st)

- **Key terms for the Underwriters include:**
  - Reduced commitment from $4.2Bn to $3.7Bn
  - Higher interest rate cap on the Senior (High Yield) Notes improving the Underwriters' ability to syndicate these bonds

Morgan Stanley

1

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0266930

Project Tower

# Negotiated Proposal Summary

**Tower and the Underwriters have agreed in principal to the following terms (the "Negotiated Proposal") on the Step 2 financing**

- Reduction of Step 2 Notes from $2,100MM to $1,600MM
- Increased rate caps/rate flex on the Notes
  - $2,105MM in TLB at L+300; $1,600MM in Notes at 15.25% (14.5% cash pay, 0.75% PIK)
- All structural flex removed
- Based on discussions with the Company, we have assumed bridge financing is drawn at 12/31/07 and remains outstanding for three months, prior to being refinanced by Notes
  - $1,600MM Bridge at L+450 for three months, and replaced by the Notes thereafter

**We have compared the Negotiated Proposal to:**

- The Committed Financing provided by the banks, assuming no flex
  - $2,105MM in TLB at L+300; $1,600MM in Notes at 12.5%
- The Committed Financing provided by the banks, assuming full structural flex
  - $700MM in TLB at L+300; $3,005MM in Bridge at L+450 for first three months
  - Thereafter, the Bridge is replaced by Notes at 12.5% cash pay interest

2

Morgan Stanley

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0266931

**Project Tower**

# Pro Forma Leverage Profile
## Management Case





- The Negotiated Proposal shows reduced interest expense relative to the Committed Financing (Flex)
- Interest reductions are as follows:

|  | Cash | Total |
|---|---|---|
| – 2008E: | $35MM | $26MM |
| – 2009E: | $41MM | $29MM |
| – 2010E: | $37MM | $25MM |
| – 2011E: | $35MM | $23MM |

Notes
1. Assumes Cubs, Comcast SportsNet, SCNI, Hoy New York, LA Recycler and TEC are sold. All leverage levels exclude Zell note
2. All Adjusted EBITDA figures include equity income from unconsolidated assets, excludes stock-based compensation expense and includes 401K savings
3. Free Cash Flow defined as EBITDA – Capex – Investment in Working Capital – Taxes – Net Interest Expense – Refinancing Fees

Morgan Stanley



Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0266932



Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0266933



Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0266934



Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0266935



**Project Tower**

# Covenant Analysis – Coverage Ratio

Covenant EBITDA / Cash Interest [1][2]

| Coverage Ratio - EBITDA Cushion $MM | Committed Financing | Committed Financing (Flex) | Negotiated Proposal |
|---|---|---|---|
| **Management Case** | | | |
| 2008 | $269 | $216 | $256 |
| 2009 | 323 | 226 | 276 |
| 2010 | 340 | 238 | 285 |
| 2011 | 393 | 285 | 330 |
| **Research Case** | | | |
| 2008 | $211 | $157 | $197 |
| 2009 | 194 | 97 | 146 |
| 2010 | 163 | 61 | 107 |
| 2011 | 190 | 83 | 127 |
| **Downside Management Case** | | | |
| 2008 | $256 | $202 | $242 |
| 2009 | 215 | 118 | 167 |
| 2010 | 175 | 73 | 119 |
| 2011 | 140 | 33 | 78 |

**Notes**
1. Assumes Cubs, Comcast SportsNet, SCNI, Hoy New York, LA Recycler and TEC are sold. All leverage levels exclude Zell note
2. All Adjusted EBITDA figures include equity income from unconsolidated assets, excludes stock-based compensation expense and includes 401K savings

Morgan Stanley

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0266936

Project Tower

# Impact of Negotiated Proposal

- We have compared the impact on Tower of the Negotiated Proposal relative to the Committed Financing (Flex)
  - We have assumed the Committed Financing would be fully flexed given feedback from the banks and current market conditions
- The Negotiated Proposal is accretive to Discounted Equity Value (DEV) to the ESOP [3]
  - ESOP DEV in 2012E is increased by ~$50MM; Total ESOP DEV of $790MM
  - ESOP DEV in 2017E is increased by ~$49MM; Total ESOP DEV of $1,526MM
  - Discounted Equity Values assume an 11% cost of equity, discounted back to 12/31/07

## Summary of Negotiated Proposal Financing Terms

| Proposed Term | Description and Impact | Illustrative Quantum |
|---|---|---|
| **Economic** | | |
| Removal of structural flex | • Banks no longer able to re-allocate up to $1,400MM of Term Loan B to Notes (as permitted under Committed Financing)<br>  – Reduces interest expense relative to fully flexed Committed Financing by retaining more debt in the relatively cheaper Term Loan B vs. Notes<br>  – Reduces refinancing fees relative to fully flexed Committed Financing by reducing the size of the Bridge that is refinanced into Notes | ~$70MM per year of reduced interest expense [1]<br><br>~$28MM reduction in refinancing fees [2] |
| Increase in rate cap | • Rate cap on Notes increased from 12.5% cash pay under the fully flexed Committed financing to 14.5% cash pay plus 0.75% PIK<br>  – Impact somewhat reduced by removal of structural flex | ~$32MM per year of increased cash interest expense<br><br>~$12MM per year of additional PIK interest |
| Reduction in commitment size | • Size of Bridge/Notes commitment reduced by $500MM<br>  – Consistent with Company's existing internal financial models<br>  – Somewhat reduces financial flexibility | N/A (Company had already assumed reduction in internal financial models) |
| **Timing/Process** | | |
| Commencement of Marketing Period / Delivery of Memorandum | • Potentially reduces time to closing and ability for process to drag | • Depends on overall timing, but neutral to positive<br>  – Company estimates ~$10-$15MM per month cost if transaction fails to close by 12/31 |

Note
1. Illustrative based on removal of $1,400MM from TLB at L+300 and placing it into the Notes at 12.5%
2. Assumes 2% fees associated with refinancing Bridge with Notes
3. Assumes an 8.0x EBITDA multiple

Morgan Stanley

8

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0266937

# Project Tower

# Financial Scenario Comparison

**Management Case**

## Financial Scenario Comparison
$MM, unless otherwise specified

| | Cash Interest | | Leverage | | Coverage | | ESOP DEV [3] @ 7.0x | | | | ESOP DEV [3] @ 8.0x | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2008E | 2011E | 2008E | 2011E | 2008E | 2011E | 2012E DEV [3] | IRR | 2017E DEV [3] | IRR | 2012E DEV [3] | IRR | 2017E DEV [3] | IRR |
| Committed Financing (Total Fees: $94MM) [1] | $935 | $897 | 8.7x | 7.0x | 1.44x | 1.69x | $470 | 24.8% | $1,390 | 23.7% | $886 | 41.6% | $1,670 | 26.0% |
| Committed Financing (Flex) (Total Fees: $136MM) [2] | 983 | 983 | 8.7x | 7.3x | 1.37x | 1.54x | 324 | 15.9% | 1,197 | 21.9% | 740 | 36.6% | 1,477 | 24.5% |
| Negotiated Proposal: (Total Fees: $108MM) [2] | 948 | 947 | 8.7x | 7.2x | 1.42x | 1.60x | 374 | 19.2% | 1,247 | 22.4% | 790 | 38.4% | 1,526 | 24.9% |

Notes
1. Assumes 163bps on the TLB, 275bps on Notes
2. Assumes 163bps on the TLB, 163bps on the Bridge and 275bps on the Notes
3. Discounted Equity Value (DEV) assumes Cost of Equity of 11.0%, discounted back to 12/31/07

Morgan Stanley

9

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0266938

# Project Tower

## Scenario Comparison
### Financing and Operating Scenarios

**Comparision of Scenarios**
*$MM, unless otherwise specified*

| | Total Debt | | Cash Interest | | Leverage | | Coverage | | ESOP DEV [3] @ 7.0x | | | | ESOP DEV [3] @ 8.0x | | | |
| | 2008E | 2011E | 2008E | 2011E | 2008E | 2011E | 2008E | 2011E | DEV [3] 2012E | IRR | DEV [3] 2017E | IRR | DEV [3] 2012E | IRR | DEV [3] 2017E | IRR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Committed Financing (Total Fees: $94MM) [1]** | | | | | | | | | | | | | | | | |
| Management | $11,661 | $10,662 | $935 | $897 | 8.7x | 7.0x | 1.44x | 1.69x | $470 | 24.8% | $1,390 | 23.7% | $886 | 41.6% | $1,670 | 26.0% |
| Research | 11,569 | 10,759 | 932 | 900 | 9.0x | 8.2x | 1.38x | 1.46x | NM | NM | NM | NM | 147 | NM | 46 | NM |
| Downside | 11,657 | 11,061 | 934 | 914 | 9.0x | 8.9x | 1.43x | 1.41x | NM | NM | 70 | NM | NM | NM | 251 | 4.3% |
| **Committed Financing (Flex): (Total Fees: $136MM) [2]** | | | | | | | | | | | | | | | | |
| Management | $11,768 | $11,017 | $983 | $983 | 8.7x | 7.3x | 1.37x | 1.54x | $324 | 15.9% | $1,197 | 21.9% | $740 | 36.6% | $1,477 | 24.5% |
| Research | 11,676 | 11,114 | 979 | 986 | 9.1x | 8.5x | 1.31x | 1.33x | NM | NM | NM | NM | 7 | NM | NM | NM |
| Downside | 11,657 | 11,416 | 982 | 999 | 9.0x | 9.1x | 1.36x | 1.28x | NM | NM | NM | NM | NM | NM | 65 | NM |
| **Negotiated Proposal: (Total Fees: $108MM) [2]** | | | | | | | | | | | | | | | | |
| Management | $11,714 | $10,886 | $948 | $947 | 8.7x | 7.2x | 1.42x | 1.60x | $374 | 19.2% | $1,247 | 22.4% | $790 | 38.4% | $1,526 | 24.9% |
| Research | 11,622 | 10,983 | 944 | 951 | 9.1x | 8.4x | 1.36x | 1.38x | NM | NM | NM | NM | 54 | NM | NM | NM |
| Downside | 11,720 | 11,285 | 947 | 964 | 9.0x | 9.0x | 1.41x | 1.33x | NM | NM | NM | NM | NM | NM | 113 | NM |

Notes
1. Assumes 163bps on the TLB, 275bps on the Notes
2. Assumes 163bps on the TLB, 163bps on the Bridge and 275bps on the Notes
3. Discounted Equity Value (DEV) assumes Cost of Equity of 11.0%, discounted back to 12/31/07

Morgan Stanley

10

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0266939

Project Tower

# Term Loan B and Term Loan X Trading Levels

May 22, 2007 – November 14, 2007



- The Tower term loans broke for trading in mid-May 2007
  - $5.515Bn Term Loan B priced at L+300, with an OID of 99.25
  - $1.5Bn Term Loan X was issued at par and priced at L+250
    - Step-up to L+275 following Stage 2 of the financing
    - $750MM of the 2 year loan must be repaid after 18 months
- The leveraged loan market as a whole traded down during the summer, hitting a trough in August
- Since then, the TLX, TLB and LCDX8 index have each recovered to some degree
  - TLB currently trading at 91 to yield L+429
  - TLX currently trading at 97.5 to yield L+375

Morgan Stanley

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0266940

Project Tower

# Historical Tower Bond Yields
### January 2, 2007 – November 14, 2007

- Yields-to-Worst on Tower's bonds have increased dramatically since the announcement of the Leveraged ESOP / Zell transaction
  - 5.25%s of 2015 currently yielding 12.54%
  - 4.875%s of 2010 currently yielding 13.87%
- Yield of the Solomon HY Index has increased as well, but not nearly as significantly as yields on Tower's bonds



**Yield-to-Worst (%)**

4/1/07: Announcement of Zell/ESOP transaction at $34 per share

5/24/07: Conclusion of Step 1 Tender Offer

13.87%
12.54%
8.82%

Source: Morgan Stanley, Advantage Data

——— TRB 5.25% due '15    ——— TRB 4.875% due '10    ——— HY Index

Morgan Stanley

12

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0266941