## Churlin, Toni

| | |
|---|---|
| **From:** | Pitrof, Tonya [tpitrof@mccormicktribune.org] |
| **Sent:** | Thursday, July 19, 2007 10:40 AM |
| **To:** | Kent, Liz; Nolting, Carol; Trausch, Diane M.; Thorpe, Caroline; tc2@quarles.com; greenthal@blackstone.com; obrien@advisoryresearch.com; Wander, Herbert S. |
| **Cc:** | fs2@quarles.com; Grange, David; Lisa McClurg |
| **Subject:** | RE: MTF Special Meeting of the Board |
| **Importance:** | High |

Dear All,

The next Special Meeting of the McCormick Tribune Foundation Advisory Committee and Board has been scheduled for Friday, August 17 in the Tribune Tower, 435 N. Michigan Ave., Suite 770. The itinerary will be as follows:

10:00-10:30am    Advisory Committee (Jim Dowdle, John Madigan)
                 Tom Chomicz - Quarles & Brady
                 Jill Greenthal - Blackstone Group
                 Brien O'Brien - Advisory Research Inc.
                 Herb Wander - Katten Muchin Rosenman

10:30-11:00am    Full Board of Directors (Jim Dowdle, Dennis FitzSimons, David Hiller, John Madigan, Scott Smith)
                 Tom Chomicz
                 Jill Greenthal
                 Brien O'Brien
                 Herb Wander

For those participants calling in (David Hiller?; Brien O'Brien), the # to use is 888-809-4012, Code: 397145.

Please let me know if you have any questions.

Sincerely,

Tonya Pitrof

---

Tonya Pitrof
Executive Secretary
McCormick Tribune Foundation
435 N. Michigan Ave., Suite 770
Chicago, IL 60611
Tel 312/222-3579
Fax 312/222-3523
TPitrof@McCormickTribune.org
www.McCormickTribune.org

*Learn more about how we invest in our children, communities and country by visiting our new Web site: www.McCormickTribune.org.*

---

**From:** Pitrof, Tonya
**Sent:** Tuesday, July 17, 2007 12:44 PM

7/19/2007

FOUN0006694

**To:** Kent, Liz; Nolting, Carol; Trausch, Diane M.; Thorpe, Caroline
**Subject:** MTF Special Meeting of the Board

I have been asked to schedule a "special meeting of the McCormick Tribune Foundation Advisory Committee and Board"
sometime before Aug. 21. The ideal dates would be Thurs. Aug. 16 or Fri. Aug. 17. Can you give me your executives' availability on those dates? Thanks.

Tonya

---

Tonya Pitrof
Executive Secretary
McCormick Tribune Foundation
435 N. Michigan Ave., Suite 770
Chicago, IL 60611
Tel 312/222-3579
Fax 312/222-3523
TPitrof@McCormickTribune.org
www.McCormickTribune.org

*Learn more about how we invest in our children,*
*communities and country by visiting our new Web site: www.McCormickTribune.org.*

7/19/2007