# Blackstone Advisory Services L.P.

August 17, 2007

The Advisory Committee of Independent Directors
    of the Board of Directors
Robert R. McCormick Tribune Foundation
435 North Michigan Avenue, Suite 770
Chicago, IL  60611

Gentlemen:

We understand that pursuant to the Agreement and Plan of Merger (the "Merger Agreement"), dated as of April 1, 2007, by and among Tribune Company ("Tribune" or the "Company"), GreatBanc Trust Company, solely as trustee of the Tribune Employee Stock Ownership Trust, which forms a part of the Tribune Employee Stock Ownership Plan (the "ESOP"), Tesop Corporation, and EGI-TRB, L.L.C., Tesop Corporation will merge into the Company (the "Merger"), with the Company surviving and becoming wholly-owned by the ESOP. Furthermore, we understand that as part of the Merger, each issued and outstanding share of common stock of Tribune ("Tribune Common Stock"), other than those shares of Tribune Common Stock which are not being converted into the right to receive the merger consideration under the Merger Agreement, will be converted into the right to receive $34.00 in cash, and if the Merger does not close by January 1, 2008, this amount will be increased at an annualized rate of 8% from January 1, 2008 to the closing (the "Consideration"). The terms and conditions of the Merger are fully set forth in the Merger Agreement.

You have asked us whether, in our opinion, the Consideration to be received in the Merger by the Robert R. McCormick Tribune Foundation (the "Foundation"), as a holder of Tribune Common Stock, is fair to the Foundation from a financial point of view.

In arriving at the opinion set forth below, we have, among other things:

- Reviewed certain publicly-available information concerning the business, financial condition, and operations of Tribune and its affiliates that we believe to be relevant to our inquiry;
- Reviewed certain non-public information made available to us prior to March 25, 2007 concerning the business, financial condition, and operations of Tribune and its affiliates that we believe to be relevant;
- Reviewed certain non-public financial analyses relating to Tribune, prepared and furnished to us by the management of Tribune prior to March 25, 2007;
- Reviewed certain non-public estimates and forecasts relating to Tribune, prepared and furnished to us by the management of Tribune prior to March 25, 2007;
- Reviewed the audited financial statements of Tribune for the years ended December 31, 2004, December 31, 2005 and December 31, 2006 and discussed such financials and the accounting policies described therein with Tribune's internal and external auditors;

Blackstone Advisory Services L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

- Reviewed the publicly-filed, unaudited financial statements of Tribune for the three months ended March 31, 2007 and the three months and six months ended June 30, 2007;
- Reviewed the non-public preliminary financial results of Tribune for the months ended January 31, 2007 and February 28, 2007, furnished to us by the management of Tribune prior to March 25, 2007, and discussed such financial results with the management of Tribune;
- Reviewed the publicly-available, unaudited summary of revenues and newspaper advertising volume for Tribune for the months between January 1, 2007 through June 30, 2007;
- Held discussions with members of management of Tribune concerning Tribune's business, operating and regulatory environment, financial condition, prospects, and strategic objectives;
- Reviewed the historical market prices and trading activity for Tribune Common Stock;
- Compared certain financial information for Tribune with similar information for certain other newspaper and broadcasting companies, the securities of which are publicly traded where applicable;
- Reviewed the financial terms of certain recent business combinations in the newspaper and broadcasting industries;
- Performed a discounted cash flow analysis on the financial projections of Tribune and its affiliates;
- Considered the pro forma financial effects of the Merger on Tribune and the Foundation;
- Reviewed publicly-filed copies of the Merger Agreement and other related agreements; and
- Performed such other studies and analyses, and took into account such other matters, as we deemed appropriate.

In preparing this opinion, we have relied, without independent verification, upon the accuracy and completeness of all financial and other information that is available from public sources and all projections and other information provided to us by the management of Tribune, the management of the Foundation, the Advisory Committee of Independent Directors of the Board of Directors of the Foundation (the "Advisory Committee"), or otherwise reviewed by us with respect to Tribune or the Foundation. We have assumed that the financial and other projections for Tribune supplied by the management of Tribune and the assumptions underlying those projections, including the amounts and the timing of all financial and other performance data, were reasonably prepared and represented management's reasonable estimates as of the date of their preparation. We have further relied upon the assurances of the management of Tribune, the management of the Foundation and the Advisory Committee that they are not aware of any facts that would make the information and projections pertaining to Tribune provided by them inaccurate, incomplete or misleading as of the date of their preparation.

We have not prepared or obtained any independent evaluation or appraisal of any of the assets or liabilities of Tribune or the Foundation. We also have not performed due diligence or conducted any physical inspection of any of the properties or assets of Tribune or the Foundation. We have not considered, in reaching the conclusions set forth in this opinion, the

FOUN0006735

relative merits of the Merger as compared to any other business plan or opportunity that might be available to the Foundation with respect to its Tribune Common Stock holdings. We have not been provided by the management of Tribune any internal business projections, analyses or other non-public information related to Tribune since March 25, 2007.

We have assumed that the Merger contemplated by the Merger Agreement will be consummated on substantially the terms and conditions set forth therein. Our opinion is necessarily based upon economic, market, monetary, regulatory and other conditions as they exist and can be evaluated, and the information made available to us, as of the date hereof. Furthermore, we express no opinion as to the prices or trading ranges at which Tribune Common Stock will trade at any time. We have assumed that in the course of obtaining the necessary regulatory or other consents or approvals (contractual or otherwise) for the Merger, no restrictions or requirements will be imposed that will have an adverse effect on the contemplated benefits of the Merger.

This opinion does not constitute a recommendation to any stockholder as to how such stockholder should act with respect to the Merger or any other matter, and should not be relied upon by any stockholder as such. We assume no responsibility for updating or revising our opinion based on circumstances or events occurring after the date hereof.

It is understood that this letter is for the information and assistance of the Board of Directors of the Foundation and the Advisory Committee only and, without our prior written consent, is not to be quoted, summarized, paraphrased or excerpted, in whole or in part, in any registration statement, prospectus or proxy statement, or in any other report, document, release or other written or oral communication prepared, issued or transmitted.

We have acted as financial advisor to the Advisory Committee with respect to the proposed Transaction and will receive a fee from the Advisory Committee for our services. The Advisory Committee has further agreed to reimburse us for out-of-pocket expenses and to indemnify us for certain liabilities arising out of the performance of such services (including, the rendering of this opinion). Blackstone Group Holdings L.L.C. and its affiliates in their businesses distinct from the mergers and acquisitions advisory business of Blackstone Advisory Services L.P. may actively trade in the debt and equity securities of Tribune or any of its affiliates for its own account and for the accounts of its customers and, accordingly, may at any time hold a long or short position in such securities.

Based on the foregoing and subject to the qualifications set forth herein, we are of the opinion that, as of the date hereof, the Consideration to be received by the Foundation, as a holder of Tribune Common Stock, in the Merger is fair to the Foundation from a financial point of view.

Very truly yours,

*Blackstone Advisory Services L.P.*

BLACKSTONE ADVISORY SERVICES L.P.

FOUN0006736