**PRIVILEGED & CONFIDENTIAL**

## MEETING OF THE
## BOARD OF DIRECTORS OF THE
## ROBERT R. McCORMICK TRIBUNE FOUNDATION

### AGENDA

Meeting to be held at the offices of the Robert R. McCormick Tribune Foundation:

August 17, 2007

1.  Presentation of the recommendation from the Advisory Committee
    A) Discussion of Blackstone Fairness Opinion
    B) Discussion of the Katten Muchin Rosenman LLP Memorandum
    C) Discussion of the Quarles & Brady LLP Legal Opinion

2.  Consideration of voting position to be taken by the Robert R. McCormick Tribune Foundation

60585992

FOUN0000329