**Churlin, Toni**

| | |
|---|---|
| **From:** | Schuch, Frieda [FS2@quarles.com] on behalf of Chomicz, Thomas E. [TC2@quarles.com] |
| **Sent:** | Thursday, August 30, 2007 3:53 PM |
| **To:** | Dowdle, James C.; John Madigan; Wander, Herbert S.; dgrange@mccormicktribune.org; Marsico, Lou; Swanson, Michael |
| **Subject:** | Advisory Research Opinion |
| **Attachments:** | Document.pdf |

Gentlemen,

Attached is the investment opinion from Brien O'Brien of Advisory Research that the sale of the Foundation's Tribune common stock in accordance with the terms of the Merger represents fair value to the Foundation for such shares and would be a prudent investment transaction in the context of the Foundation's overall investment portfolio.

Tom

---

Thomas E. Chomicz
Quarles & Brady LLP
500 W. Madison Street
Suite 3700
Chicago, IL 60661
Phone: (312) 715-5007
Fax: (312) 715-5155
E-mail address: tc2@quarles.com

---

This electronic mail transmission and any attachments are confidential and may be pr
They should be read or retained only by the intended recipient. If you have receive
transmission in error, please notify the sender immediately and delete the transmiss
your system. In addition, in order to comply with Treasury Circular 230, we are req
inform you that unless we have specifically stated to the contrary in writing, any a
provide in this email or any attachment concerning federal tax issues or submissions
intended or written to be used, and cannot be used, to avoid federal tax penalties.

8/31/2007

FOUN0006737