

### Churlin, Toni

| | |
|---|---|
| **From:** | Schuch, Frieda [FS2@quarles.com] on behalf of Chomicz, Thomas E. [TC2@quarles.com] |
| **Sent:** | Tuesday, September 11, 2007 12:07 PM |
| **To:** | Dowdle, James C.; John Madigan; dgrange@mccormicktribune.org; Wander, Herbert S.; Marsico, Lou |
| **Subject:** | Robert R. McCormick Tribune Foundation |
| **Attachments:** | Document.pdf |

Gentlemen,

Attached hereto is an executed copy of the legal opinion of Quarles & Brady affirming that the decision of the Foundation Board to vote the Foundation's Tribune stock to approve the merger is in compliance with applicable standards for prudent investment decisions by the Directors of the Foundation under Illinois state law and that the merger will not jeopardize the Foundation's tax exempt status or cause the Foundation or its Foundation managers to incur any excise tax.

The issuance of the opinion completes the approval process for the merger.

Tom

---

Thomas E. Chomicz
Quarles & Brady LLP
500 W. Madison Street
Suite 3700
Chicago, IL 60661
Phone: (312) 715-5007
Fax: (312) 715-5155
E-mail address: tc2@quarles.com

---

This electronic mail transmission and any attachments are confidential and may be pr
They should be read or retained only by the intended recipient.  If you have receive
transmission in error, please notify the sender immediately and delete the transmiss
your system.  In addition, in order to comply with Treasury Circular 230, we are req
inform you that unless we have specifically stated to the contrary in writing, any a
provide in this email or any attachment concerning federal tax issues or submissions
intended or written to be used, and cannot be used, to avoid federal tax penalties.

9/11/2007

FOUN0006709