| | |
|---|---|
| From: | Emmy Maynes |
| Sent: | Friday, September 28, 2007 09:07 AM |
| To: | Emmy Maynes; jmadigan@tribune.com; jdowdle@tribune.com; lmarsico@mccormicktribune.org; obrien@advisoryresearch.com; greenthal@blackstone.com; dugan@blackstone.com; fields@blackstone.com; madnani@blackstone.com; tawil@blackstone.com; janofsky@blackstone.com; ahays@aol.com; jahays@mccormicktribune.org; Wander, Herbert S.; Olson, Emily C.; kdanyluk@quarles.com; tchomicz@quarles.com; jrodgers@quarles.com; jvail@quarles.com; jmasterson@quarles.com |
| CC: | Harlan Teller; Sarah Brown; Jim Sloan |
| Subject: | Tribune Co. Media Coverage: 9/28/07 :.. |

Below, please find media coverage related to Tribune Co. and the McCormick Tribune Foundation.
Thanks,
Emmy Maynes
(312) 861-4709

FCC's Copps airs opposition to Tribune deal
By Phil Rosenthal
28 September 2007
Chicago Tribune

Michael Copps, one of the two Democrats on the five-member Federal Communications Commission, indicated Thursday he hopes to be a roadblock to Tribune Co.'s plan to go private by year's end, or at the very least will be a speed bump to the transaction.

Tribune Co., which owns this paper, WGN-Ch. 9, WGN-AM 720 as well as other media properties around the country, needs temporary waivers from the FCC allowing its continued ownership of both broadcast outlets and papers in Chicago, New York, Los Angeles, South Florida and Hartford, Conn., while the commission is in the process of weighing more permanent rule changes.

Without that approval, the $34-per-share deal cannot close as currently structured by billionaire Sam Zell.

"The Tribune [deal] would be a steep climb for me, given my history of concerns over consolidation," Copps told a handful of reporters at a breakfast briefing, according to a Dow Jones report. "I do not buy into this argument that you might be considering rules changes, ergo you can't apply the current rules to current pending applications."

Copps' shot across Tribune Co.'s bow came a week after FCC Chairman Kevin Martin, a Republican, told the Chicago Tribune's editorial board that he saw "many positive aspects" of Tribune's cross-ownership in this city. Later that same day, however, the FCC staged a public hearing in Chicago on media ownership rules, where opposition to media consolidation and calls for greater minority representation were heard.

Typically, FCC members are guarded in their public comments concerning matters before the commission, so as to not make it appear as though the deliberative process is predetermined.

But Copps not only weighed in on Tribune, he voiced concerns over the proposed XM- Sirius Satellite Radio merger and suggested he would like to see the FCC consider the acquisition of Dow Jones & Co. by Rupert Murdoch's News Corp.

The Federal Trade Commission signed off on the Dow Jones deal in August and Martin has shown no indication he thinks the deal belongs on the FCC's agenda. But Copps said he would like the commission to examine its effect on the New York market, home base to Dow Jones' Wall Street Journal and where Murdoch already has a waiver allowing News Corp. to own the New York Post as well as two television stations.

As for the merger of the pay-radio services, even with XM and Sirius saying they will hold the line on pricing and offer stations on an a la carte basis, Copps told the reporters he isn't sure a merger is in the public interest and, like the Tribune Co. transaction, would face a "steep climb" in his view.

Whether Copps, vocal as he is, can be persuasive enough to advance those views is far from certain. But he may just want to slow things enough so the new media rules expected next year are delayed past the 2008 elections.

Martin has said he expects the Tribune temporary waivers to be decided in the fourth quarter.

When FCC rule revisions were overturned four years ago, the court upheld the commission's move to get rid of its absolute ban on media cross-ownership. That gives Shaun Sheehan, Tribune's vice president for Washington Affairs, confidence.

"When it came to my issue, the court said the commission pretty much got it right," he said. "Given those things, I remain optimistic. ... If Tribune is required to spin off its pieces, a lot of superior broadcast stations would be sold and I don't see how that would serve the public interest."

WATCH EARLY, WATCH OFTEN: In response to complaints from some ad buyers and networks, Nielsen Media Research already is having second thoughts about a rule change introduced this week with little fanfare that enables a TV network to count the combined viewership for multiple broadcasts of the same show in a calendar week as if they were a single telecast, so long as the program has the same ad content in each airing.

NBC intends to avail itself of the new rule this week, airing Monday's season debut of "Heroes" again on Saturday. The network will be able to claim the cumulative audience for Monday's telecast and the Saturday hour will vanish from the books.

While NBC is only taking advantage of the opportunity Nielsen created in an attempt to prepare for technological advances that will allow multiple airings of programs on digital subchannels, the complaints have Nielsen reconsidering the change.


'SIRIUS' THREAT TO DEALS
By Christopher Stern
28 September 2007
Bloomberg

Federal Communications Commission member Michael Copps may oppose Sirius Satellite Radio's planned purchase of XM Satellite Radio Holdings Inc. because of his concerns about media consolidation.

Copps, one of two Democrats on the five-member commission, said he's also leery of the planned $8.2 billion sale of Tribune Co. to a group of investors led by billionaire Sam Zell.

As part of that deal, Tribune seeks to retain waivers to own TV stations and newspapers in five markets, an arrangement that violates FCC rules.

"People understand that the Tribune deal would be a steep climb for me because of my interest in consolidation," Copps said yesterday at a media briefing.

Voting in favor of the XM-Sirius merger would require a similar "steep climb," he said.

XM shares fell 38 cents to $14 at 4 p.m. New York time in Nasdaq Stock Market trading and have dropped 3.1 percent this year. Sirius was unchanged at $3.42.

Tribune shares lost 25 cents to $27.17 in New York Stock Exchange composite trading.


FCC Commissioner Expresses Merger Doubts
By COREY BOLES
27 September 2007
The Wall Street Journal

Democratic Federal Communications Commission member Michael Copps set a high bar Thursday for approval of three media mergers before the agency as he questioned whether the proposed deals were in the public interest.

Mr. Copps said he isn't convinced the proposed merger of satellite-radio companies Sirius Satellite Radio Inc. and rival XM Satellite Radio Holdings Inc. should be allowed to proceed.

About Sam Zell's purchase of Tribune Co., Mr. Copps said he felt strongly that the new owner couldn't expect to automatically win renewal of several existing exemptions from FCC rules on media ownership.

In addition, he said the takeover of Dow Jones & Co. by Rupert Murdoch's News Corp. should be closely examined by the FCC. He expressed concerns over the impact on diversity in both the New York City and national media markets. Mr. Copps noted, however, that there didn't seem to be any appetite

FOUN0016409

on the part of Republican Chairman Kevin Martin to take a look at the Dow Jones sale.

There is some question over whether the FCC's local media ownership rules would apply to The Wall Street Journal, which is headquartered in New York where News Corp. owns two television stations. Those rules state that a company can't own a television station and newspaper in the same market. Mr. Murdoch currently has a waiver from the rules in connection to his ownership of the N.Y. Post.

Mr. Copps believes they should apply to the Dow Jones sale.

"In the context of the New York market, (Mr. Murdoch's) going to own a heck of a lot of stuff up there," he said. "I think we need to have some feel as to whether that's entirely friendly to localism and diversity."

In addition to this and other newswires, Dow Jones publishes The Wall Street Journal and its international and online editions, Barron's, the Far Eastern Economic Review, MarketWatch, Dow Jones Indexes and the Ottaway group of community newspapers. Dow Jones owns Factiva and co-owns SmartMoney with Hearst Corp. It also provides news content to CNBC television operations worldwide and to radio stations in the U.S.

News Corp. has signed an agreement to acquire Dow Jones. The deal is expected to close in the fourth quarter. Spokeswomen for News Corp. and Dow Jones declined to comment. Most analysts expect no regulatory problems with the News Corp. purchase of Dow Jones. The Federal Trade Commission approved the deal on August 30.

Mr. Copps has previously expressed concern over all three deals.

"His comments are fairly significant because the commissioners have been quite cautious in their comments about the pending transactions," said Paul Gallant, a telecommunications analyst at the Stanford Group.

As one of five FCC commissioners, Mr. Copps will cast a vote on whether the Sirius-XM merger and Tribune sale should be allowed to proceed. As things currently stand, there would be no vote by FCC commissioners on the News Corp. deal.

"The Tribune (sale) would be a steep climb for me, given my history of concerns over consolidation," Mr. Copps said. "I do not buy into this argument that you might be considering rules changes, ergo you can't apply the current rules to current pending applications."

Tribune Co. owns the Chicago Tribune and Los Angeles Times and several other newspapers, as well as a handful of television stations across the U.S. It currently has five waivers from the FCC's rules on cross-media ownership for the five markets in which it owns both newspapers and television stations: Chicago; Fort Lauderdale, Fla.; Hartford, Conn.; Los Angeles; and New York City.

Mr. Zell has proposed a $8 billion acquisition of Tribune.

In some instances, Tribune Co. was granted the waivers because it owned the newspapers or TV stations before the rules were created. In others, it was given the waivers due to its long-standing presence in the media market. For the sale to be completed, all five waivers would have to be renewed, otherwise certain assets might have to be sold before it was approved by the FCC.

Shaun Sheehan, vice president for regulatory affairs at Tribune Co., said the company was "fighting for its very survival and was dependent on the continuation of the waivers."

Sirius and XM made several pledges regarding pricing and new packages it would offer to subscribers after the merger was complete. One includes a pledge to let customers choose stations on an individual, or a la carte, basis.

Mr. Copps's comments suggest he remains unconvinced that these pledges go far enough to win his vote.

"Someone's going to have make a pretty powerful and potent demonstration to me that this is in the public interest," he said.

If the merger were allowed, there would only be one remaining satellite radio company, which has sparked concern by broadcasters, lawmakers and others.

There hasn't been detailed talks among FCC commissioners about whether to approve the merger, Mr. Copps said. Sirius and XM announced their tie-up in February.

The merger also requires approval of the Department of Justice's antitrust unit, which is evaluating the deal.

Kelly Sullivan, a spokeswoman for Sirius, said in a statement that the companies were confident the FCC would ultimately approve the deal.

Mr. Copps has long been skeptical of further consolidation in the media marketplace. He has consistently advocated reforming media-ownership rules to enable greater ownership by women and minorities of media assets.

By himself, Mr. Copps can't block any of the proposed mergers, but he can likely extract further concessions from the companies in order to win approval.

According to Blair Levin, a telecommunications analyst at Stifel Nicolaus, Mr. Copps's potential opposition to the Tribune deal is important because the waivers require renewal.

Mr. Levin said it was likely that Mr. Copps would be able to secure further conditions from Sirius and XM before voting in favor of that deal. Mr. Levin added Mr. Copps may be able to convince Mr. Martin to take a look at the News Corp. acquisition of Dow Jones.


FCC official voices doubts on Tribune, Sirius deals
By Peter Kaplan
27 September 2007
Reuters News

A Federal Communications Commission official Thursday expressed skepticism about whether he would endorse Sirius Satellite Radio Inc.'s proposed acquisition of XM Satellite Radio Holdings Inc or renew regulatory waivers sought for the leveraged buyout of Tribune Co.

FCC Commissioner Michael Copps, one of two Democrats on the five-member commission, said it would be a "steep climb" for him to cast a favorable vote on either deal because he has serious concerns about consolidation in the U.S. media.

"Somebody's going to have to make a pretty powerful and potent demonstration that it serves the public interest," Copps said, referring to the XM-Sirius deal.

"The parts of the (public) record that I've looked at so far have not shown me that (the deal) serves the public interest," Copps told reporters at a briefing.

Sirius plans to buy XM in an all-stock deal worth about $4 billion. The transaction would combine the only two providers of satellite radio service in the United States and has sparked concerns among some lawmakers and consumer groups.

The deal is being reviewed by both the Justice Department and the FCC.

Sirius and XM have argued that the deal would not hurt consumers because satellite radio faces competition from other forms of audio like traditional AM-FM radio and personal audio players.

Copps declined to comment on how he will vote.

But Copps said he had "very serious worries" about media consolidation in general. "I think localism, competition, diversity (in the media) have been seriously threatened."

In a separate matter, Tribune needs the FCC to endorse the transfer of Tribune TV licenses and grant the company waivers in cross-ownership markets in order to go forward with a leveraged buyout deal led by Chicago real estate magnate Sam Zell.

Under FCC rules, a single company cannot own both a daily newspaper and a broadcast outlet in the same market. Tribune and some other companies with cross-ownership markets were either grandfathered around the ban or received a waiver that allowed them to own both.

However, FCC rules provide that a transfer of control terminates any grandfather exemption or waiver, so without FCC approval Tribune could be forced to divest assets in cross-owned markets.

"I think everybody understands that the Tribune thing would be a steep climb for me given my history on consolidation," Copps said.

The FCC is considering loosening the restrictions on cross-ownership. But Copps dismissed suggestions that this should be a factor in the Tribune requests.

"I do not buy into this argument that, well, because you might be considering rule changes, ergo you can't apply the current rules to current pending applications," Copps said.

FOUN0016411

Copps Cautions FCC Against Being Over-Hasty on Media Ownership Rules
By Ira Teinowitz
27 September 2007
Television Week

Federal Communications Commissioner Michael J. Copps has suggested the agency is starting to speed up in the pace of its examination of new media-ownership rules and warning that some important questions about minority media ownership need to be resolved before any rules are proposed.

He also issued a second warning about any attempt to alter the FCC's cross-ownership rule that prevents newspapers and broadcasters from buying each other in the same market before the rest of the ownership rules.

Mr. Copps' comments come as the FCC prepares to schedule the last of its six hearings on media ownership. The commission also faces a key decision on whether to approve the sale of the Tribune Co., which would lead to de facto violations of the existing cross ownership rule in New York, Los Angeles, Chicago, Miami and Hartford, Conn. Tribune has requested a waiver of the cross-ownership rule and approval of the sale by year end if the rule hasn't been changed by then.

The FCC has been expected to propose any new rules next year.

In a press conference today, Mr. Copps suggested the FCC's new pace could advance that date, but declined to say whether he thought the move was the result of concerns about the Tribune deal's fate or concerns that Republicans could lose the White House.

"I'm concerned that is moving fast, and the way it seems to be moving is not the way a credible, open, transparent deliberative process should be taking place," he said.

Mr. Copps warned he would "absolutely" oppose any attempt to consider the cross-ownership rule separately from others, saying it was vital to examine ownership rules as a whole and not one by one.

Mr. Copps said the commission's failure to review minority ownership issues in its last look at ownership was a big focus of an appellate court ruling that overturned the rules. He said the FCC needs to take steps to ensure minority owners "need to have a seat at the table" when the commission addresses new rules.


Los Angeles Times may start free daily paper
Author Unknown
27 September 2007
Reuters News

The Los Angeles Times may launch a free, tabloid-sized daily newspaper, Times Publisher David Hiller said Thursday.

Hiller, speaking at a luncheon in Los Angeles, said the new paper would be similar to Redeye, a paper published and distributed for free at commuter stations by the Chicago Tribune.

The Tribune and the Times are both owned by Tribune Co , which is going private in an $8.2 billion deal led by Chicago real estate tycoon Sam Zell.

Several publishers, including The Washington Post, offer smaller, free daily papers in a bid to lure younger readers and build up their advertising sales at a time when their flagship publications are suffering a loss of paid circulation and ad dollars.

Hiller said Redeye has added 600,000 readers in an average day to the Tribune's audience, many of them in the 18-to-34-year-old age group, which advertisers covet.

Tribune also publishes a free tabloid-sized daily paper in New York City called am New York. The company also publishes Newsday on New York's Long Island.


Emmy Maynes
Junior Associate
Chicago

Two Prudential Plaza, Suite 3050
Chicago, IL, 60601
T +1 (312) 861-4709
F +1 (312) 861-4701

www.fd.com

London, New York, Bahrain, Beijing, Bogota, Boston, Cape Town, Chicago, Dubai, Dublin, Frankfurt, Hong Kong, Johannesburg, Los Angeles, Manchester, Moscow, Panama City, Paris, San Francisco, Shanghai, Sydney and Washington D.C.

FOUN0016413