| | |
|---|---|
| **From:** | Emmy Maynes |
| **Sent:** | Friday, October 05, 2007 08:56 AM |
| **To:** | Emmy Maynes; jmadigan@tribune.com; jdowdle@tribune.com; lmarsico@mccormicktribune.org; obrien@advisoryresearch.com; greenthal@blackstone.com; dugan@blackstone.com; fields@blackstone.com; madnani@blackstone.com; tawil@blackstone.com; janofsky@blackstone.com; ahays@aol.com; jahays@mccormicktribune.org; Wander, Herbert S.; Olson, Emily C.; kdanyluk@quarles.com; tchomicz@quarles.com; jrodgers@quarles.com; jvail@quarles.com; jmasterson@quarles.com |
| **CC:** | Harlan Teller; Sarah Brown; Jim Sloan |
| **Subject:** | Tribune Co. Media Coverage: 10/5/07 (no updates) |

There is no new media coverage related to Tribune Co. and the McCormick Tribune Foundation.
Thanks,
Emmy Maynes
(312) 861-4709


Emmy Maynes
Junior Associate
Chicago


Two Prudential Plaza, Suite 3050
Chicago, IL, 60601
T +1 (312) 861-4709
F +1 (312) 861-4701

www.fd.com

London, New York, Bahrain, Beijing, Bogota, Boston, Cape Town, Chicago, Dubai, Dublin, Frankfurt, Hong Kong, Johannesburg, Los Angeles, Manchester, Moscow, Panama City, Paris, San Francisco, Shanghai, Sydney and Washington D.C.

FOUN0016414