| | |
|---|---|
| **From:** | Maynes, Emmy |
| **Sent:** | Thursday, December 13, 2007 09:08 AM |
| **To:** | Maynes, Emmy; jmadigan@tribune.com; jdowdle@tribune.com; lmarsico@mccormicktribune.org; obrien@advisoryresearch.com; greenthal@blackstone.com; dugan@blackstone.com; fields@blackstone.com; madnani@blackstone.com; tawil@blackstone.com; janofsky@blackstone.com; ahays@aol.com; jahays@mccormicktribune.org; Wander, Herbert S.; emily.olson@kattenlaw.com; kdanyluk@quarles.com; tchomicz@quarles.com; jrodgers@quarles.com; jvail@quarles.com; jmasterson@quarles.com |
| **CC:** | Teller, Harlan; Brown, Sarah; Sloan, Jim |
| **Subject:** | Tribune Co. Media Coverage: 12/13/07 |

Below, please find media coverage related to Tribune Co. and the McCormick Tribune Foundation.

Thanks,
Emmy Maynes

State looks to buy Wrigley
By Jim Kirk
13 December 2007
Chicago Tribune

City and state officials have had discussions with Cubs executives about possibly selling historic Wrigley Field to a state government entity that currently owns and operates the White Sox's home, U.S. Cellular Field, sources close to the Cubs told the Tribune.

The talks with state and city officials centered on selling the 93-year-old facility to the Illinois Sports Facilities Authority, the government unit the Illinois General Assembly created in 1987 for the purpose of building new Comiskey Park, now U.S. Cellular Field.

There is no deal yet and there's no guarantee a deal will be struck.

It is unclear how the state and ISFA would raise funds for such a purchase, which would fetch hundreds of millions of dollars if consummated. One possible way the state could underwrite a purchase, or pay for major renovations to the ballpark that any buyer would have to fund, would be to sell naming rights to the park, according to sources with knowledge of the discussions. These sources said that even if naming rights were sold, the park likely still would retain the name Wrigley Field as well.

White Sox executives sold naming rights to Comiskey Park in 2003 for 20 years at a price of $68 million, helping the White Sox and ISFA fund millions of dollars worth of renovations over the last several years.

Tribune Co., owner of this newspaper and the Cubs, is in the midst of trying to sell the Cubs as part of an $8.2 billion deal to go private in a transaction led by billionaire Sam Zell in conjunction with an Employee Stock Ownership Plan. The going-private deal is expected to be completed next week.

The bidding for the Cubs has been red hot, giving Tribune several choices on how best to sell the team and the assets connected to it, including the ballpark. With estimates of the team and stadium going for perhaps more than $1 billion, Tribune executives are seriously considering selling the team and stadium separately to maximize its payout.

A Tribune Co. spokesman said "We're looking at everything with regard to Wrigley Field, the Cubs and Comcast SportsNet."

Selling the ballpark separately to an entity like ISFA actually could help Tribune secure a better price overall, sources said. If a new owner were to pay top dollar for both the team and ballpark, the price tag for major renovations likely would suppress the overall bidding price, those sources say.

Zell hopeful Tribune deal closes Dec. 20
By Michael Oneal and Phil Rosenthal
12 December 2007
Chicago Tribune

FOUN0016426

Chicago billionaire Sam Zell is hopeful that the $8.2 billion deal he's leading to take Tribune Co. private will close Dec. 20.

Responding to a question at the Executives' Club of Chicago luncheon Wednesday about whether there was news about the Tribune deal, Zell responded by saying: "Hopefully it will close next Thursday."

Zell is slated to become chairman when the complex deal he's leading with an employee stock ownership plan is finalized. The debt-laden deal cleared a crucial hurdle earlier this month when the company, which owns the Chicago Tribune, the Los Angeles Times, WGN-Ch. 9 and several other newspapers and television stations, received crucial media cross-ownership exemptions from the Federal Communications Commission allowing it to proceed with the deal.

"The assets are truly extraordinary and we have a great opportunity to make a serious difference," Zell said at the luncheon.

Zell and Tribune are hoping to close the deal before the end of the year to avoid a number of costs that would make the transaction more risky and complicated.


Cubs fever -- buy it
BY DAVID ROEDER
13 December 2007
Chicago Sun-Times

How fast does Sam Zell want to sell the Chicago Cubs and Wrigley Field once he gains control of Tribune Co.? Within six months, the company said Wednesday.

The declaration confirmed that Zell, a billionaire from property deals and other interests, has assigned top priority to disposing of the Cubs and "related real estate," as the company announcement put it. Zell is considering whether to maximize value by selling the team and the property to separate interests. But insiders said potential bidders for the Cubs want the real estate, too, especially Wrigley Field, a city landmark and itself a formidable attraction for the team.

William Marovitz, one potential bidder for the Cubs, said he has talked to principals of other groups interested in buying the team and added, "Believe me, none of us wants to separate the team from the real estate."

Zell, however, could demand a premium for keeping the package together. Experts have said all Cubs-related assets could command $800 million to $1 billion.

The money is needed to pay down debt Zell is incurring with his $8.2 billion buyout of Tribune Co. stockholders, owner of the Chicago Tribune and other newspapers and TV stations.

Tribune said it expects to complete the sale of Cubs-related assets in the first half of 2008. Zell's acquisition of the company is expected to close by year-end.

In a speech Wednesday to the Executives' Club of Chicago, Zell said he hopes the closing will take place Dec. 20. Terms of the sale would add to costs and make financing more risky if a closing is delayed until 2008.

Marovitz, a real estate investor and former state senator, said he expects a "melding" of groups interested in buying the Cubs. He would not talk about his partners. Other groups interested in the team include private equity executive John Canning Jr.; Joe Ricketts, founder of Ameritrade, and billionaire Mark Cuban.

Zell also would be selling several parcels near Wrigley Field that are used for parking. One is a triangle-shaped piece near Waveland and Clark where city officials have authorized a combined parking and retail center.

Ald. Tom Tunney, whose 44th Ward includes Wrigley Field, noted that Tribune is required to provide 1,500 parking spaces within a mile of the park. The requirement is part of the deal allowing night games and an occasional concert at Wrigley.

Zell becomes Tribune chairman once the going-private transaction closes, with stockholders in line to get $34 per share. Tribune stock closed Wednesday at $31.90, up 36 cents.

He'll have to deal with declining revenue that has triggered speculation about Tribune's viability once the sales closes. Tribune debt will grow by nearly $8 billion, to an estimated $14 billion.

FOUN0016427

Tribune also said it will sell its interest in Comcast SportsNet Chicago.

For the company's 11th reporting period ended Nov. 25, it said revenues fell 3.3 percent from last year to $413 million. Expenses were down 5 percent, Tribune said, without giving a figure.

The decline was mostly in classified advertising, with revenue that was down 26 percent. Tribune said it is being particularly affected by the real estate market in Chicago, Florida and Los Angeles.

Retail advertising and national advertising rose 7.3 percent and 1.1 percent, respectively, for the period, Tribune said. It attributed part of the increase to the earlier Thanksgiving this year.

Tribune said circulation revenue was down 4.6 percent because of declines in single-copy sales and discounting to promote home delivery.

Whoever next owns Wrigley Field couldn't order wholesale changes in the famous ballpark.

It's an official landmark, although the city ordinance passed in 2004 that makes it so gives an owner flexibility for certain improvements and additions.

Signature elements such as vine-covered walls, the center field scoreboard and the sign that overlooks Clark and Addison are protected.

Ald. Tom Tunney (44th) said the ordinance also protects design traits such as the pitch of seating and the unusual vista out to the neighborhood from inside the park.

But it would allow an owner to make major changes in the grandstand. The old park has less room for skyboxes than newer stadiums, and even Wrigley loyalists complain about crowded concourses, insufficient concessions and antiquated bathrooms.


Being Like Zell in August Means 35% in December in Tribune Deal
By Amy Thomson and Shannon D. Harrington
13 December 2007
Bloomberg

Anyone who bought Tribune Co. shares four months ago, when the stock market discounted Sam Zell's chances of taking the owner of the Los Angeles Times and Chicago Cubs baseball team private, is about to get a 35 percent return for betting on the Chicago billionaire.

After Tribune agreed to a Zell-led leveraged buyout in April for $8.2 billion, the stock fell to a nine-year low of $25.26 on Aug. 15 on concern that the acquisition wouldn't be completed before the year-end cutoff date for tax-free status.

Now Zell's $34-a-share offer looks good, as Tribune within the past month overcame regulatory hurdles and said it would take out a smaller loan than planned to help finance the transaction. The shares have rebounded, closing up 36 cents at $31.90 in New York Stock Exchange composite trading yesterday.

``There was basically a risk aversion going on in the market,'' said Ralph Rocco, a Gamco Investors Inc. portfolio manager in Rye, New York. Gamco bought almost 38,000 Tribune shares in the last quarter, regulatory filings show. The firm bet the deal would be completed, even as Tribune's performance worsened and the cost of credit rose, Rocco said.

The rising probability of the transaction being completed has had the opposite effect on Tribune debt. The risk of owning notes has increased because the deal would shackle Tribune, also the owner of the Chicago Tribune and 23 television stations, with about $12 billion in debt.

Close Calculation

Tribune's $330 million in 5.25 percent notes due in 2015 have dropped 15 cents on the dollar to 57.5 cents since Aug. 16. The yield has risen to 14.6 percent.

The Austin-based Teacher Retirement System of Texas was among investors who went against the market on Tribune stock, increasing its stake almost sixfold between July and the end of October to 690,800 shares. The group's spokeswoman, Juliana Helton, confirmed last week that some purchases were made in August, when Lehman Brothers Holdings Inc. said the deal had no better than a 50-50 chance of being completed as scheduled.

``Everybody but me was saying `No deal. They can't get it. It's terrible,''' said Benchmark Co. analyst Edward Atorino, who recommends investors hold the shares and doesn't own them. ``My

calculation said it's going to be close, but I think they could make the hurdle.''

JPMorgan Chase & Co. is lending Tribune money to complete the sale, and Merrill Lynch & Co., Citigroup Inc. and Bank of America Corp. also are arranging debt financing. Tribune said last week it would reduce borrowings by $500 million, using available cash to cut the size of a bridge loan to $1.6 billion.

`Breathing Room'

``The extra half-a-billion dollars maybe gave the banks a little breathing room,'' said Atorino, who is based in New York. ``They've got the financing coming. I think they'll be OK.''

The company eased investors' concerns further yesterday, when it said it plans to sell the Cubs and Wrigley Field stadium in the first half of next year to pay debt.

On Nov. 30, Tribune won an exemption from U.S. media ownership rules that threatened the buyout. The Federal Communications Commission gave the company waivers so it could continue to own newspapers and television stations in Chicago, Los Angeles and three other markets.

Investors may still find value in Tribune's short-term debt, said Hale Holden, a credit analyst at Barclays Capital in New York. Holden, who was overweight Tribune bonds and credit- default swaps in August, recommends debt and derivatives maturing in the next two years, such as one-year or two-year credit-default swaps.

Higher Risk

``They have a decent amount of levers they can pull for liquidity for at least the next two years,'' Holden said. ``Beyond that, it's a little more difficult.''

Tribune's $450 million in 4.88 percent notes due August 2010 have dropped 12.5 cents on the dollar since Aug. 23 to 71 cents on the dollar, according to the bond-price reporting system of the Financial Industry Regulatory Authority. The yield has soared to 19.2 percent from 11.6 percent.

Investors demanded 20 percent upfront and 5 percent a year to protect against a Tribune default for two years, according to credit-default swap prices from London-based CMA Datavision. That means someone selling protection would be paid $2 million initially and $500,000 a year to protect $10 million in bonds. The CDS contracts are used to speculate on the company's ability to repay its debt or to hedge against losses.

`Maybe Not'

While the outlook for the takeover has brightened, Tribune's prospects haven't. Sales fell in 10 of the past 11 quarters as newspaper readers and advertisers moved to the Internet and cable-television networks. In the most recent period, ended Sept. 30, sales fell 4.1 percent from a year earlier to $1.28 billion. Net income dropped 7 percent to $152.8 million.

``At this stage some may question whether Mr. Zell would want to go forward with it,'' said James Goss, an analyst with Barrington Research in Chicago. ``Would you strike the same deal now that you struck at the beginning of the year? Maybe, maybe not.''

Teamsters To FCC: Not So Fast On Tribune TV Licenses!
By E&P Staff
12 December 2007
Editor & Publisher

The International Brotherhood of Teamsters on Tuesday asked the Federal Communications Commission (FCC) to reconsider its decision to grant Tribune Co. waivers from cross-ownership rule that the Chicago media giant needs to go private by the end of the year.

Teamsters represent about 2,000 employees across the company, and have been staunch opponents of Chicago real estate magnate Sam Zell's $8.2 billion deal to take Tribune private using an employee stock ownership plan (ESOP).

On a vote along party lines, the FCC decided 3-2 to grant Tribune temporary waivers of the cross-ownership rules to allow the television licenses in four markets where it also publishes a daily newspaper to be transferred to the new ownership. The Republican majority also granted a permanent cross-ownership waiver to the licenses for WGN-TV and WGN-AM in Chicago, where Tribune publishes its flagship Chicago Tribune.

Tribune lobbied furiously to get the waivers in time to complete the going-private deal by the end of this year. Without the waivers they would have faced increased taxes, plus the possibility of

FOUN0016429

higher financing charges.

The Teamsters in its filing argues the buyout structure violates an FCC requirement that that stations be controlled by their owners -- "and not by Sam Zell, a trust established for the benefit of members of his family, and a pre-selected ESOP trustee."

That represents "third party" ownership, "and undermines the public interest and the FCC's mission of promoting localism and diversity."

As the deal is structured, ownership of Tribune will be transferred to an ESOP, which will be controlled by the board of directors and a trustee. The Teamsters maintain employees will have no significant say in management of the company.

"Apparently the FCC was tuned out during its public listening tour," Teamsters General President James P. Hoffa said in a statement. "In its rush to judgment, the commission has failed to enforce its current rules or protect the public interest."

Teamster Vice President George Tedeschi, an employee of Tribune's Newsday, said the Tribune deal represented an "unprecedented" separation of ownership and management that "would set a new, and very low, standard for compliance with the Communication Act's public interest requirements, which are the basis for the localism and diversity principles in broadcasting."

Tribune did not comment on the Teamsters' filing.


Tribune to Sell Cubs, Wrigley Field in Next 6 Months
By Sarah Rabil and Leon Lazaroff
12 December 2007
Bloomberg

Tribune Co., the newspaper owner being taken private by a group led by billionaire Sam Zell, plans to sell the Chicago Cubs baseball team and Wrigley Field stadium in the next six months to cut debt.

The sale may fetch more than $1 billion, according to John Puchalla, an analyst at Moody's Investors Service. Tribune reiterated today its going-private buyout will close by year-end, in a deal that will leave it with about $12 billion in debt.

Selling the Major League Baseball team may be one of Zell's first actions as chairman of Tribune, whose bonds have been trading at distressed levels. The timeframe on the Cubs' sale, announced in April, may ease investors' concerns that the company will have too much debt after the $8.2 billion buyout closes.

There's ``substantial interest'' in owning the Cubs and their stadium, said Puchalla, who is based in New York. Tribune wants to get the debt ``down as quickly as possible to build up some financial flexibility.''

Tribune, based in Chicago, rose 36 cents to $31.90 at 4:04 p.m. in New York Stock Exchange composite trading. The stock has been trading below the buyout price of $34, slumping as low as $25.26 in August, partly on concern that falling advertising sales may prevent Tribune from complying with loan covenants.

Credit-default swaps tied to Tribune bonds narrowed today, meaning investors see a greater probability the company will be able to repay its debt in the next five years.

Revenue fell 3.3 percent last month as classified advertising sales declined 26 percent, the company said today in a statement.

Chicago Cubs

Tribune also plans to sell real estate assets related to the Cubs and its 25 percent stake in Comcast Corp.'s regional sports television network, Comcast SportsNet Chicago, in the first half.

Mark Cuban, the billionaire owner of the National Basketball Association's Dallas Mavericks, said in July he had sent Major League Baseball an application to buy the Cubs.

In November 2006, Crain's Chicago Business reported that industrialist Thomas Begel and William Marovitz were interested in the Cubs. Other potential buyers included private-equity investor Bruce Rauner, William Wrigley Jr. and Chicago Wolves hockey team owner Don Levin, Crain's reported at the time.

FOUN0016430

Tribune purchased the Cubs in 1981 for $21 million.

Advertising Sales

A collapse in the housing market led to fewer property listings and a 40 percent slump in real estate ads in November. Retail ads increased 7.3 percent, helped by gains from department stores and the fashion and electronics categories. National ad sales rose 1.9 percent.

Today, investors demanded 30 percent upfront and 5 percent a year to protect Tribune bonds for five years, according to CMA Datavision in New York. That's down from 32 percent upfront and 5 percent a year yesterday. The contracts trade on upfront payments when investors see a high risk the company won't be able to make its debt payments.

The Tribune buyout came closer to completion Nov. 30 after the U.S. Federal Communications Commission approved the deal and granted permanent exemption in Chicago to own both a newspaper and a TV station, and temporary waivers in four other markets.


Tribune to sell Cubs, Wrigley Field by mid-'08
BY DAVID ROEDER
12 December 2007
Chicago Sun-Times

Tribune Co., owner of the Chicago Tribune, said today it intends to sell the Cubs, Wrigley Field and "related real estate" in the first half of 2008.

The company needs the money to pay down debt from an $8.2 billion buyout being completed by billionaire Sam Zell. It made the statement about the Cubs as part of an announcement of continued declines in advertising and circulation revenue.

The revenue drops during 2007 have caused some to speculate about Tribune's viability once the sales closes and causes the company debt to grow by nearly $8 billion, to an estimated $14 billion. Planned asset sales could help reassure corporate bond holders and the investment banks backing the deal.

Tribune also said it will sell its interest in Comcast SportsNet Chicago during the first half of 2008.

It said nothing else about the Cubs-related assets. Zell is looking at selling Wrigley Field and surrounding real estate separately from the team itself.

For the company's 11th reporting period ending Nov. 25, it said revenues were down 3.3 percent from last year to $413 million. Expenses were down 5 percent, Tribune said, without giving a figure.

The decline was mostly due to classified advertising, which checked in with revenue that was down 26 percent. Tribune said it is being particularly affected by the real estate market in Chicago, Florida and Los Angeles.

Retail advertising and national advertising rose 7.3 percent and 1.1 percent, respectively, for the period, Tribune said. It attributed part of the increase to the earlier Thanksgiving on the 2007 calendar vs. last year's.

Tribune said circulation revenue was down 4.6 percent due to declines in single-copy sales and discounting to promote home delivery.

The company's operations include 23 television stations and such papers as the Los Angeles Times, Newsday and the Sun of Baltimore.


Tribune revenues down 3.3% in November
By James P. Miller
12 December 2007
Chicago Tribune

Tribune Co. said this morning that revenues for the four-week period ended Nov. 25 declined 3.3 percent, in part because a punishing falloff in classified-ad revenue at its newspaper group dragged results lower.

The Chicago-based broadcast and publishing concern said revenues slid to $413.4 million, down from $427.5 million in the year-ago month.

FOUN0016431

At the company's publishing group, which includes major newspapers such as the Chicago Tribune and the Los Angeles Times, revenue was down 3.5 percent at $309.4 million. Tribune's retail advertising actually rose by 7.3 percent, to $119.7 million, and national advertising rose 1.9 percent at the the publishing operation, to $62.9 million.

But classified-advertising revenues -- which have been hurt by the dismal state of the housing sector, and by a migration of such advertising to cheaper and easier-to-use online platforms -- tumbled 26 percent to $61.9 million.

At Tribune.'s broadcast and entertainment group, revenues at the flagship television group declined 4.8 percent to $96.7 million, although the much-smaller radio/entertainment group saw a solid 40 percent increase in revenues to $7.3 million. Overall, revenues in the segment dropped 2.6 percent to $104.0 million. Tribune noted that the year-agto month benefited from higher political-advertising revenue.

Tribune is currently in the final stages of a plan by which it intends to borrow heavily and effect a leveraged buyout that will put ownership in the hands of employees and investor Sam Zell. The company said Wednesday that it expects to complete its planned sale of Tribune's Chicago Cubs and Wrigley Field properties "in the first half of 2008."


Subprime crisis 'manageable' - Sam Zell
By James B. Kelleher
12 December 2007
Reuters

Billionaire investor Sam Zell on Wednesday compared the current credit-fueled crisis in U.S. real estate to the savings-and-loan meltdown of the late 1980s but said it was a "manageable" problem that would not drag the wider economy into a recession next year.

Speaking at an event here hosted by the Executives' Club of Chicago, Zell, who made his fortune in real estate, also predicted the U.S. property market would begin to recover modestly in 2009.

"I don't see any robust change," he said. "I also see no disaster going forward."

Zell, 66, acknowledged that the credit crunch had "dramatically stopped all new commercial construction," but noted that the current environment was good for owners of commercial real estate.

"Commercial real-estate has always been (about) supply and demand," he said. "If you own the assets, those assets are going to benefit from the fact that there's little new supply and existing supply will be limited."

Zell said the key to the housing market's health going forward would be the strength of the U.S. job market. He expressed confidence that as long as unemployment rate stays below 5.5 percent, it was "very, very unlikely" that the subprime contagion would spread.

"The subprime mess is a mess," he said. "It's not much bigger in my opinion or much smaller than the savings-and-loan crisis. Hopefully we will be able to address the problem equally as well."


Zell: '08 Won't Be So Bad
By Terry Savage
12 December 2007
TheStreet.com

Real estate tycoon Sam Zell said investors shouldn't believe the panic headlines they read in the newspapers, because 2008 will be a better year than many experts are predicting.

Zell, who expects to close the acquisition of Tribune (TRB) next week, made the remarks at a luncheon in Chicago. He told those in attendance that "we're not in a liquidity crunch," but instead that the economy is going through "a significant repricing of risk."

He praised Federal Reserve Chairman Ben Bernanke's actions in coordinating a liquidity infusion with four other central banks, and he said the U.S. is still "the most secure investment environment in the world."

Zell spread blame for the mortgage mess between the banks and rating agencies, calling the mortgage-securitization craze "a giant game of musical chairs."

And he had harsh words for the way some asset holders are treating their mortgage assets, saying "accounting is taking over for reality."

FOUN0016432

Pointing out that the mark-to-market process has produced huge writeoffs, not cash losses, Zell said he'd been offered some assets that had been discounted to zero value on balance sheets, even though they were still paying out income.

Zell sees foreign buyers, especially from the Middle East, coming in to recycle their oil dollars into U.S. assets, "unlike the 1970s when they deposited their cash into Citibank, which lent out the money to Latin America." He predicted that 2008 will be a year of "strong currencies buying weak currencies," and said that's nothing to be afraid of.

When it comes to real estate, he figures the recovery in housing will come in early 2009, and he predicts that current commercial real estate owners will benefit from the fact that the crunch has halted many developments, cutting into future supply.

Emmy Maynes
Junior Associate
Chicago


Two Prudential Plaza, Suite 3050
Chicago, IL, 60601
T +1 (312) 861-4709
F +1 (312) 861-4701

www.fd.com

London, New York, Bahrain, Beijing, Bogota, Boston, Cape Town, Chicago, Dubai, Dublin, Frankfurt, Hong Kong, Johannesburg, Los Angeles, Manchester, Moscow, Panama City, Paris, San Francisco, Shanghai, Sydney and Washington D.C.

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

FOUN0016433