# McCORMICK TRIBUNE FOUNDATION MINUTES

## October 9, 2007 Meeting

A meeting of the Investment Committee of the McCormick Tribune Foundation was held on Tuesday, October 9, 2007 in the Board Room of the Foundation's offices in Chicago, Illinois. Present at the meeting were Dennis FitzSimons (Chairman), James Dowdle, David Hiller (via telephone), John Madigan, and Scott Smith. Also present were David Grange, David Granat (Secretary), and Louis Marsico. The meeting was called to order at 9:00am.

The following items of business were covered:

1. The committee approved the minutes of the June 18, July 16, and August 14, 2007 meetings.

2. Mr. Granat reviewed the recommendation to retain Monticello Associates as an independent investment advisor to the Foundation. After a brief discussion, Mr. Grady Durham, President, and Mr. Patrick Sullivan, Managing Director, Monticello Associates, joined the meeting.

3. Mr. Durham and Mr. Sullivan gave a presentation on the background and services provided by Monticello. After answering questions from the committee, Mr. Grady and Mr. Sullivan departed the meeting.

4. After discussing the recommendation, and upon a motion duly made and seconded, the committee approved the hiring of Monticello Associates as the Foundation's investment advisor.

5. Mr. Granat reviewed the Financial Update Report (attached), including the recommendation to increase the Foundation's investment in equity index funds.

6. Upon a motion duly made and seconded, the committee approved an additional investment of $44 million in the Northern Trust Russell 3000 Index Fund and an additional investment of $44 million in the Northern Trust All Country World Index – ex US Fund.

7. Tribune's senior management confirmed their expectation that the Tribune Company merger would be completed by the end of this year.

There being no further business, the meeting was adjourned at 10:15am.

*David J. Granat*
David J. Granat
Secretary

FOUN0009914