# McCORMICK TRIBUNE FOUNDATION MINUTES
Investment Committee Meeting
November 13, 2007

A meeting of the Investment Committee of the McCormick Tribune Foundation was held on Tuesday, November 13, 2007 in the Board Room of the Foundation's offices in Chicago, Illinois. Present at the meeting were Dennis FitzSimons (Chairman), James Dowdle, David Hiller (via telephone), John Madigan, and Scott Smith. Also present were David Grange, David Granat (Secretary), and Louis Marsico. The meeting was called to order at 9:00 a.m.

1. The Committee approved the minutes of the October 9, 2007 meeting.

2. Mr. Marsico and Mr. Grange presented recommended long term financial goals for the RRM Foundations (see Exhibit 1 attached). After discussion, the goals were accepted in concept with specific Board guidance that the goals may be used to prepare future financial projections. The Board clarified that the goals were to be used as a tool in developing long term plans and further clarified that the goals would not be a substitute for the Board's separate approval of the Foundations' investing and spending initiatives.

3. Mr. Granat reviewed the status of the investment portfolio as of October 31, 2007. (Financial update attached.)

4. Mr. Granat discussed the potential need to obtain Investment Committee approval of certain investments in the period between Investment Committee meetings. After discussing the issue, the Investment Committee agreed that, when necessary, committee members can approve investment recommendations via e-mail, provided that all committee members are copied on all e-mail correspondence related to the investment.

5. Mr. Grady Durham and Ms. Carla Beal joined the meeting and reviewed the asset allocation study completed by Monticello Associates.

6. Based on the study, Mr. Granat recommended the implementation of the following asset allocation targets for the Foundation's investment portfolio:

FOUN0009915

| | |
|---|---|
| Large cap domestic equity | 35% |
| Small cap domestic equity | 5% |
| International equity | 20% |
| Fixed Income | 20% |
| Real assets | 5% |
| Absolute return | 5% |
| Hedged equity | 5% |
| Private equity | 5% |

- After discussion, the Committee approved the recommended asset allocation targets.

7. Mr. Durham and Mr. Granat reviewed a proposed implementation schedule to reach the asset allocation targets over the next 12 months. The Committee discussed the implementation schedule and approved the investment of an additional $22.0 million in Northern Trust's International Equity Index Fund as an initial step in the implementation. Mr. Durham and Ms. Beal departed the meeting.

8. Tribune's senior management confirmed their expectation that the Tribune Company merger would be complete by the end of this year.

There being no further business, the meeting was adjourned at 11:00 a.m.

*David J. Granat*
David J. Granat
Secretary

FOUN0009916