| | |
|---|---|
| **From:** | Wander, Herbert S. |
| **Sent:** | Friday, December 14, 2007 09:16 AM |
| **To:** | Harlan Teller |
| **CC:** | John W. Madigan (jmadigan@tribune.com); 'jdowdle@tribune.com'; Louis J. Marsico Jr. (lmarsico@mccormicktribune.org) |
| **Subject:** | Chicago Tribune |

Harlan:

Inasmuch as the Tribune transaction is on track to close next week, we would like to cancel as of today your media coverage. We all thank you for your most valuable help and support during this project.

Happy Holidays!

Herbert S. Wander
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL  60661
tel 312-902-5267
fax 312-577-8885
hwander@kattenlaw.com