From: Bill Pate [BPate@egii.com]
Sent: Wednesday, July 25, 2007 7:41 PM
To: Nils Larsen
Subject: RE:
Timing sounds fine.

The meetings are going well. In summary, a day here makes me feel more reluctant to sell the Los Angeles Times group.

Latimes.com Group — We met this morning to review year-to-date results, assess results of Travel launch, see some small changes to the main news sites, discuss the new initiatives for Entertainment and Calendar, understand differences between Metromix and CalendarLive, meet the rest of leadership for the group, and understand relationship with editorial and receptivity to change. These guys are very impressive.

Year-to-date results are pretty strong. The biggest weakness is help wanted, which they attribute to the CB relationship. Bellack believes that the DNC list, changes to flexpack pricing, and other items may be undermining the LA Times' ability to maximize its help wanted revenues. Otherwise, revenues are very strong. They have a great program with cars.com, which has resulted in 50%+ revenue growth online (compared with 12% with CB in online), and Bellack says a lot of the difference relates to relationship with affiliate and the terms of agreement. They have a very detailed plan to grow their online revenues by 50% per year through 2010, and nearly triple cash flow in that time frame. Contribution from online should exceed $110 million by then. Lots of assumptions but there are discrete projects to drive to this result. They believe they can dramatically increase UVs and PVs and monetize at higher CPMs with better technology.

If you recall, they discussed the Travel launch on our last visit. At the time, the figures were promising but they didn't have full results. It now appears that they have increased UVs from 400K to 1MM per month, and they believe it will go higher with some fine tuning and marketing. Unfortunately, TI was not appropriately watching the analytics of their inventory management system and so a lot of the PVs generated from the growth has been defaulting to ROS and remnant because the system was showing it as 90%+ sold out. Apparently, TI's inventory management and pricing system leaves something to be desired. This was an undercurrent of the session—that TI slows down decisions and fails to produce required support on a timely basis.

The development group is relaunching Entertainment and Calendar in the next six months. They are using some very clever user-generated-content ideas that they think will build engagement and increase usage generally. It is being done by tapping into the vast amount of entertainment content generated by the newsroom and creating libraries (or pages) of information on key personalities, events and other significants. For example, a Paris Hilton story will link to and create a cornucopia of information on her and her lifestyle, UGC, etc. You have to see the demo to fully absorb their ideas but it looked pretty attractive. Similarly on Calendar, they are building a significant profiling capability for user content and encouraging readers to add content and profile their interests. It is sort of a MySpace meets news.com. I was very impressed with their work—and they expect to have it up and running by the end of the year.

I am not sure they are the biggest believers in Metromix, but they have embraced it as a means to tap into the 18-24 market. They are very clear that the Metromix of Chicago can't serve the LA market. However, they believe Calendar can address the older market (24-54) while Metromix works well with the youngers. They don't spend much time with Metromix other than helping to sell advertising. The advertising woman at this session was very impressive. Calendar will be relaunched less than six months after the hard launch of Metromix so that is one issue.

This group seems very supportive of editorial and understanding of the philosophical bent and priorities of journalists. They seem to work pretty well with the newsroom, picking fights sparingly and trying to win over support by giving small issues which they think might not be best for the site but they are willing to try given the importance of an issue placed on it by the newsroom. For example, they are working with the newsroom to incorporate lists that are generated by web and ranking stories by user selection. However, the editors can place something out of order for a limited amount of time to see if it takes by users. If not, it will fall back into order. The day before, Landon made the point that our websites would be better served by having no attachment to the print banners due to the number of readers who reject "print". LATIMES.com embraces the banner and believes that many of their core readers appreciate the connection, giving them more credibility with many initiatives. They think metromix is probably better off with some separation from LATIMES.

CONFIDENTIAL

EGI-LAW 00114067

Klee_Temp001641

O'Loughlin — It is always good to see John. He is working on reverse-publishing Metromix in a weekly edition at the same time as the hard launch of the website. He believes Metromix will win or die on the basis of creating local texture for the product. The perfect example is that Angelenos could give a shit about St. Pattie's Day; they want Cinco de Mayo. He believes it can work but it will have to work differently and attack a narrower demo in LA.

He is also working on a Start-like product, but again it will have much more of an hispanic influence. North Shore F2s are very different than the SanFernandoValley F2s. He gets it; Dennis doesn't. John noted that Hoy hits the first-gen hispanic, LA Times hits the upper crust in the market. Yet, no one delivers the middle market in Los Angeles. He also thinks twice-a-week may be better than the weekend play, especially since it will target weekend shoppers for the preprint market.

Several of the advertising ideas that we discussed with John and Murph seem to be gaining some traction. Target is buying into the seeds concept and the Simpsons movie will run scented donuts. I think he said September 9 so we should watch. They are also working on a print digital product that when you shoot with your phone-camera will link to a WAP site for video and website connection. Target likes that idea, too.

John is also more influenceable. He spent more time quizzing me on my views on the business, which seemed clearly calculated to understand how I felt about Dennis, Tim, Scott, et al. He is a big fan of David H and said that he had driven the changes to facilitate the development activities going on at latimes.com.

---

**From:** Nils Larsen
**Sent:** Wed 7/25/2007 4:34 PM
**To:** Bill Pate
**Subject:** RE:

Sorry for the defensive tone earlier. I want to make sure Chris is not crazed and rushes to provide answers that take us longer to decipher and fix than necessary. I really want to think this through and go step by step with him so we can be more judicious with your time. We will have something to discuss tomorrow around the impact of disposing the three sets of assets we discussed. The spin analysis along with a reconstituted transaction at a lower price will be ready for discussion at the end of the week or early next week. It will not take a week, let alone two. If we decide not to hit Phase II our FCC risk goes away and we can get moving ASAP.

Nothing earth shattering at the Trib today. Their new bank EBITDA number is $110M off. We will incorporate the new info in the larger model as part of the analysis.

How is it going in LA?

-----Original Message-----
From: Bill Pate
Sent: Wednesday, July 25, 2007 2:38 PM
To: Nils Larsen
Subject: Re:

You are right. There is no hurry. I actually think the spin scenario is the better course given the operational complexities of the business and the risk of overleveraging these assets. Therefore, I don't want that analysis to get short shrift. I would not want this analysis to take two weeks. Especially as sam mulls some management options that require a thorough review of the spin.
William Pate
Equity Group Investments, L.L.C.
2 North Riverside Plaza – Suite 600
Chicago, IL 60606
wpate@egii.com

----- Original Message -----
From: Nils Larsen
To: Bill Pate

CONFIDENTIAL

EGI-LAW 00114068

Klee_Temp001641

Sent: Wed Jul 25 10:58:45 2007
Subject: RE:

The assumptions are not proposed as right but for analysis. Your assumptions are just that as well. I am struggling to understand if you want to analyze this or you have a conclusion that you are looking to support. I am also struggling to understand the hurry. Modeling the spin correctly is labor intensive. We should have discrete asset sales by tomorrow at the latest but the spin will take a bit more time. I would prefer to make sure this is a thoughtful analysis not a panicky one.

I am not trying to be resistant and we have been working on it all morning and will continue but if I am missing something you should let me know.

Nils

-----Original Message-----
From: Bill Pate
Sent: Wednesday, July 25, 2007 10:53 AM
To: Nils Larsen
Cc: Chris Hochschild
Subject: Re:

And be sure to provide a detailed assumptions page. I don't agree with several of nils' assessments.
William Pate
Equity Group Investments, L.L.C.
2 North Riverside Plaza - Suite 600
Chicago, IL 60606
wpate@egii.com

----- Original Message -----
From: Nils Larsen
To: Bill Pate
Cc: Chris Hochschild; Mark Sotir
Sent: Wed Jul 25 10:40:41 2007
Subject: RE:

Bill:


See my comments below:

---

From: Bill Pate
Sent: Wednesday, July 25, 2007 10:09 AM
To: Nils Larsen
Cc: Chris Hochschild; Mark Sotir
Subject: RE:


Thanks for the update. Please forward the analysis when you have completed. When you review sale scenarios, be sure and cut corporate overhead. Based on 1H results, I find total overhead to be $129 million, per below. WE WILL MAKE REDUCTIONS IN OVERHEAD IN RESPONSE TO THE A SMALLER AND SIMPLER BUSINESS. I AM RELUCTANT TO BE AS AGGRESSIVE AS YOU INDICATE BELOW AS THIS IS OUT OF PROPORTION TO THE CONTRIBUTED CASH FLOW AND NUMBER OF MAKRETS.


Corporate Expenses

CONFIDENTIAL

EGI-LAW 00114069

Klee_Temp001641

ann'd

1H TPC

8.7

17.4

1H TI

15.3

30.6

1H TC

33

66

1H Bcast

7.9

15.8

$64.9

$129.8

If we sold Times and Newsday, at least 2/3s of TI would go away and all of TPC would go away. I THINK THIS IS TOO AGGRESSIVE. WE WILL MAKE A LOWER ADJUSTMENT. IN SHORT WE ARE GUESSING AND I AM RELUCTANT TO GIVE OURSELVES THE BENEFIT OF THE GUESS AS OUR STARTING POINT. WE SHOULD CERTAINLY SPEND TIME TRYING TO UNDERSTAND THIS IN MORE DETAIL IN THE NEAR FUTURE THOUGH. I think we should consider whether having a newspaper group creates negative (much less whether it has any positive benefits) synergies. Unless the company adopts the radical strategy of truly creating a national franchise with some local flavor (in effect eliminate all but local and editorial in the smaller markets), there seems to be little value to the network. Cross-selling among papers appears to be no more significant than between print and broadcasting in local markets.

I also think we should consider the value of $66 million of parent company corporate overhead. Can it be pushed down effectively. I am going to discuss this with Bob Bellack today. If we shrink the business, I think we are going to find that $130million of corporate overhead creates negative value. In short, I want to explore full operational breakup. FROM A MODELING PERSPECTIVE I THINK WE SHOULD BE ABLE TO LIGHTEN THE CORPORATE OVERHEAD ALTHOUGH I WOULD NOT BE TOO AGGRESSIVE HERE EITHER. I THINK WE SHOULD MODEL A YEAR ONE EQUIVALENT COST OF SEVERANCE AND OTHER BREAKAGE AS WE ELIMINATE CORPORATE EXPENSE. I DON'T WANT TO TREAT THIS AS A WINDFALL OF CASH WHEN IT IS NOT LIKELY TO BE SUCH.

CONFIDENTIAL

Also, consider the capex requirements in light of newspaper sales. WE WILL MAKE SURE THAT THE CAPITAL SPEND GETS REDUCED PROPORTIONATELY WITH THE SALES OF ASSETS. Finally, I found LA to constitute half of the shortfall to 2007 plan. IF YOU ASSUME THAT WE WILL HAVE A $100M SHORTFALL TO PLAN IN 2007 (I THINK WE WILL HEAR TODAY THAT IT IS CLOSER TO $125M) THEN LA APPEARS TO BE ROUGHLY $40M OF THAT NUMBER. Newsday has no impact (slightly positive). NEWSDAY IS PACING TO BE $5M OVER PLAN THROUGH THE FIRST 6 MONTHS. You should reduce the $100 million shortfall by $50million in the scenario involving sale of LA. Thus, a sale of Los Angeles Times should reduce overhead by $35 million and the shortfall by $50 million. OUR BLANKET SHORTFALL NUMBER WILL BE ADJUSTED AS WE DISPOSE OF ASSETS IN ACCORDANCE WITH SPECIFICS.

NO SECOND-STEP SCENARIO: Run the analysis with full spin of broadcasting, spin of CB, and push debt to broadcasting. This may be the most attractive scenario. Again, in this case, assume TI goes to $10, TPC overhead goes away, and TC overhead is reduced dramatically ($40mm). See what our constituent pieces are worth on that basis. WE WILL COME BACK TO THIS AFTER THE ITEMS ABOVE. IN THIS ANALYSIS I WILL ASSUME THE FOLLOWING:

- BROADCASTING AND CB ARE SPUN WITHOUT A TAX HIT AND OUR OWNERSHIP INTEREST IN EACH IS THE SAME AS OUR FULLY CONVERTED OWNERSHIP INTEREST IN THE TRIB TODAY.

- WE WILL MOVE AS MUCH OF THE EXISTING DEBT AS POSSIBLE TO THESE ASSETS. WHAT WOULD YOU LIKE TO DO WITH REGARD TO WHICH PORTIONS OF THE CURRENT CAPITAL STRUCTURE TO MOVE? ALSO, IT IS WORTH REMEMBERING THAT THERE WERE LIMITATIONS ON THE TAX FREE SPIN IN MOVING LEVERAGE TO BROADCASTING. THIS WAS ONE OF THE FLAWS OF THE GO-IT-ALONE STRUCTURE IN THAT BROADCASTING HAD TO BE SOMEWHAT UNDERLEVERED IN THE SPIN SCENARIO.

- WE WILL MAKE REASONABLE ASSUMPTIONS ON OVERHEAD BUT IT SHOULD BE REFLECTIVE OF YOUR ASUSMPTIONS ABOVE.

- WE WILL ELIMINATE THE $20M OF SAVINGS FROM GOING PRIVATE SAVINGS ALTHOUGH WE WILL CONTINUE TO ASSUME THAT THE 401K MATCH DOES NOT TAKE PLACE.

I will touch base with both of you after my next meeting.

I AM IN WITH SAM AT 11 AND THEN OVER TO THE TRIB. LET'S TOUCH BASE LATER. YOU SHOULD GIVE SOME THOUGHT TO A RESTRUCTURED SECOND STEP. IGNORING THIS SEEMS LIKE A MAJOR OVERSIGHT.

Bill

---

From: Nils Larsen
Sent: Wed 7/25/2007 9:04 AM
To: Bill Pate; Chris Hochschild
Subject: RE:

Bill:

CONFIDENTIAL

EGI-LAW 00114071

Klee_Temp001641

The following is where we stand:

1. Chris and I have put together three modules that are designed to address the changes to the model for the sale of three distinct sets of assets. These assets are (i) the Superstation, (ii) the Renaissance properties and (iii) the LA and Long Island papers.

2. The establishment of these modules will allow us to run combinations and/or play with the assumptions without making changes to the larger model.

3. We are going to get the company's most recent update on the second half today at noon and will make any additional adjustments to the larger model this afternoon. Once this is completed we will be able to integrate the modules and the larger model.

4. One item that we haven't discussed but I believe is worthwhile looking at is what changes to the deal structure can be put in place that allow closing but address the capital structure. I was thinking of a combination of reduced per share price ($30/share which will save $500M or so), a new junior slug of capital from Zell and other ($250M or so) an incremental asset sale bridge for another $1.5B with a 3 year maturity at L+275 and an agreement from the banks not to flex into more higher cost bonds.

The rationale for item 4 is that the majority of our return is generated from the second phase. So while closing a bad deal is not the way to go, not closing the deal leaves us with a series of negatives that a cumbersome and time consuming spin / liquidation may not be the right way to proceed. If the pain is shared between all parties and the deal closes we may have a better shoot at real success. I would suggest we think of parties who might have lower return targets but would be qualified S holders that could take a larger portion of the junior slug of capital and a portion of our note/warrant.

I would expect we should have something to discuss on the first three points tomorrow.

Go sell some print.

-----Original Message-----
From: Bill Pate
Sent: Wednesday, July 25, 2007 8:45 AM
To: Chris Hochschild
Cc: Nils Larsen
Subject:

Chris, how are those analysese coming?
William Pate
Equity Group Investments, L.L.C.
2 North Riverside Plaza - Suite 600
Chicago, IL 60606
wpate@egii.com

CONFIDENTIAL

EGI-LAW 00114072

Klee_Temp001641