**From:** Chris Hochschild [CHochschild@egii.com]
**Sent:** Wednesday, August 01, 2007 6:08 PM
**To:** Bill Pate
**Cc:** Nils Larsen; Mark Sotir; Philip Tinkler
**Subject:** Tribune Spin Model

**Attachments:** Tower_LBO_v84_Flexed.xls

Bill,

Attached is LBO model which includes the spin analysis relating to the Tribune. We are still working with Philip to refine some of the tax assumptions relating to the CB recap/IPO analysis and separately related to the asset sale analysis that we ran through with you on Friday (primarily Renaissance and Superstation assumptions). For the spin analysis, we have made the following key assumptions:

1. Second step does not take place, but publishing and broadcasting operating assumptions remain the same (with a few exceptions noted below relating to O/H and other costs)
2. EGI pays the $25mm break-up fee
3. Spin off Broadcasting, recap CB with 5.0x leverage and sell 20% of CB to public at 13x reconstituted '07 EBITDA (pay dividend to affiliates with proceeds)
4. Allocate 8.0x leverage to Broadcasting (only TL X and B) and the remainder (4.5x including PHONEs) to Publishing – no new leverage
5. Eliminate 100% of TPC O/H ($17mm), 67% of TI O/H ($20mm), 50% of TBC O/H ($8mm) and 26% of Corp O/H ($14mm) and pay severance equal to 1x the savings
6. Eliminate $20mm of Public company costs, but keep the 401K elimination of $60mm annually
7. Companies become full tax payers

The returns under this initial Spin scenario are significantly worse (12% IRR vs. 21% IRR over 10 years) than under the current LBO scenario in spite of assuming more aggressive exit multiples in the Spin scenario (9x for publishing, 12x for broadcasting, 13x for CB and 13.5x TVFN) than we had in the LBO scenario (8x for both publishing & broadcasting, 10x for TVFN and 2.5x revenue for CB) and significantly more growth (and more capex and investment too) at a reconstituted/public CB than we had in our LBO model. The main reasons for the lower returns are:

- No benefit from incremental leverage in 2nd step. The analysis assumes the Company will not be able to borrow any more than it already has.
- EGI's % ownership is only 5.9% for $275mm investment ($250 original + $25mm break-up fee) versus 40% for $315mm investment.
- Company no longer gets the $20mm of public company cost savings, though it does experience some significant overhead savings (we assume ~$59mm for PF 2007E and that figure increases to ~$110mm over 10 years).
- Companies are full taxpayers under the spin

Let me know if you'd like to discuss this or if you have any changes that you'd like to make to these assumptions or the assumptions regarding the asset sale analysis from before. As I mentioned before, we are still refining the asset sale structures and the tax assumptions related to CB and will circulate another model once we've made these changes.

Chris Hochschild
Equity Group Investments, L.L.C.
2 North Riverside Plaza, Suite 600
Chicago, Illinois 60606
Tel: 312.466.3672  Fax: 312.454.9678
chochschild@egii.com

CONFIDENTIAL

EGI-LAW 00115406