From: Chris Hochschild [CHochschild@egii.com]
Sent: Thursday, August 02, 2007 6:45 PM
To: Bill Pate
Cc: Nils Larsen; Philip Tinkler
Subject: Revised Spin & Asset Sale Models

Attachments: Tower_LBO_v85_Flexed.xls

Bill,

Attached is the revised spin and asset sale models. I've revised the analysis for the tax assumptions related to CB (we are now assuming that CB pays taxes at 38% and that there is tax leakage related to the Recap and IPO at 6% of the proceeds we received above our basis in CB (which we've assumed is $200mm). These assumptions do not move the needle in terms of the 10-Year returns under the spin-off scenario (still at a 12% IRR). We've assumed for the Superstation that we will ultimately receive stock from a purchaser and that we will monetize it in a PHONEs/Stripes type of transaction for a 20% haircut (made up of a discount and a portion of cash escrowed for interest). We are still working on the tax assumptions related to the Renaissance stations and will update the analysis accordingly.

Chris

CONFIDENTIAL

EGI-LAW 00116129