# EQUITY GROUP INVESTMENTS, L.L.C.

TWO NORTH RIVERSIDE PLAZA . SUITE 600
CHICAGO, ILLINOIS 60606

DIRECT: 312.466.3805
FAX: 312.559.1280



## MEMORANDUM

Date:     Thursday, August 09, 2007

To:       Sam Zell

From:     Bill Pate

Subject:  Tower Strategy – PRIVATE AND CONFIDENTIAL

---

Last Tuesday, you asked me to prepare an action plan for Tower so that when you step in as CEO, you can act decisively upon a leadership change. I countered that this plan should be developed by Randy Michaels since you plan to make him the COO. I believe Randy's preparation of this plan is a critical step, and Nils and Randy have scheduled a call this Tuesday to develop a plan. If at all possible, we should engage Gerry in this process, too.

Let me elaborate further on my reluctance to craft this plan. It would be counterproductive and inefficient to develop a plan and then ask a seasoned executive to pursue our plan; unfortunately, virtually all management decisions must await a change in leadership. For example, I have a strong view regarding the changes that need to take place for Tribune Interactive (TI), and I don't think Tim Landon is capable of reforming TI. In addition, I have three strong candidates who can replace Tim immediately. But, none of these decisions should be made by me or anyone else acting as an investor or a board member. These are decisions for you and the new COO.

Randy and Nils can and will complete an action plan so that you can immediately articulate and implement actions upon your appointment as CEO. Nonetheless, you need a contingency plan if, for whatever reason, Randy is not able or willing to become COO. Below, I have outlined an action plan that you and Gerry can easily execute, will greatly improve the enterprise and develop a winning culture. Finally, we must be prepared to respond if the second step of the go-private transaction falters, due to market uncertainty or otherwise. If the go-private fails, we should also aggressively review spinning out broadcasting in addition to that described below. I also think we should review our financial forecast with a very skeptical eye and consider whether we fully support the second step of the go-private transaction in light of recent financial shortcomings. We need to be absolutely sure that the company is solvent before completing the transaction.

Dennis is not focused on the solvency of this deal, and that is one of the key reasons why we are making a mistake in not acting immediately to change management. You should not wait until FCC approval to implement the management changes suggested below. The only

foreseeable risk to an immediate management change is the impact of this change on the lenders' commitment to completing the transaction. We should review the credit agreements and discuss the issue at each credit institution to confirm that lender commitments are not weakened in any manner by the move. I recommend approaching Bill Osborn immediately and proposing the change in leadership and Randy's and Nils' action plan. Why should Osborn support this? Because failing to act now jeopardizes the second step of the transaction, and we cannot be confident that the current leadership will properly assess the risk of going private. Current management costs us value, increases the risk of failed second step, lacks the confidence of company management and employees, and undermines our credibility. They have one incentive – to close the transaction and collect the equity bonus that they believe they will receive upon closing the deal.

If we cannot reach agreement with Randy on a deal, then you should persuade the Tower board to implement the following management and operational restructuring plan. I would keep this in your hip pocket and not share with Randy. I will give him all of my thoughts, but he should develop his own action plan for the company and not work in response to mine. He will probably come up with a plan that is much more creative if he works from scratch.

### Tower Management and Operational Restructuring Plan

1. **Change Company Leadership**. Seek immediate resignation of current CEO, CFO and VP-Strategic Development. You would become CEO; Gerry should become CFO; Dan Kazan should become acting VP-Strategic Development. The other two executives (CFO and Strat. Dev. Officer) do not deserve an interview and consideration for retention because they have no credibility in the organization other than as loyalists to Dennis. They both also have strong, young executives underneath them who we should assess as potential candidates for their jobs. It is hard to make that assessment while Don and Tom are sitting in a role that they were given solely because of their loyalty to Dennis. These changes will immediately signal that Tribune is going to be managed as a meritocracy, and individuals will not be rewarded solely for loyalty.

   To supplement this team, interview and consider retaining one or more of the following to work with you: Rob Webb (runs UnitedHealthCare business unit; strong operational background), Mike Himmelfarb (heads of tech group of VNU business unit; strong technical background), Dan Hess (former TI exec; strong marketing background), Matt Goldberg (Dow Jones executive; strong media background), Bob Bellack (current LA Times CFO; strong Tower background). Each of these young executives could serve in a similar capacity to a COO and work with Gerry on execution of the plan.

2. **Establish New Culture**. Establish a new tone in the organization by immediately speaking with all of senior management followed by trips to all of the major business units for meetings with all employees. Meet again with Jack Fuller and see whether you would enjoy having him on the board; assuming the rapport is positive, recruit him for our board of directors. His appointment signals that journalism is an important element

of the business—not the only or even the most important element, but an important element.

    a. At the meetings, disabuse all of the notion that we have a common enterprise. This is a media conglomerate and many of the business units have little or even negative benefits to common ownership.  Consequently, we cannot define a single mission for the company that is any more specific than a generic "go for greatness", GE-style vision.  Consequently, the organization currently lacks focus and vision.  Require each portfolio business manager to define its own mission and vision.  The Los Angeles Times has already done this with its ReInvent report.  Assuming Hiller can convince us that the Los Angeles organization has bought into it, embrace this document and promote it.

    b. Other key messages

        i. *"The enemy is without".* With weak leadership, this organization has degenerated into a bunch of fiefdoms that snipe at each other and find fault in the execution of others.  Departments need to respect each other, communicate openly and collaborate on new initiatives, and stop declaring internal wars on fellow employees.

        ii. *Print will prosper.*  We cannot be in a business where more than a third of the value is embedded in newspapers and also walk around saying that print is dying.  It won't die if we find solutions to help it prosper.  If employees or managers think print is dying, they should resign and seek work elsewhere.

        iii. *Think local.*  This is a portfolio of local companies, not a national network.  Accordingly, we will reorganize around local brands such as the Chicago Tribune and its siblings (RedEye, Hoy, Chicago Magazine, Chicago Home & Garden).  We will build these brands and develop local ownership of them.  The corporate brand is meaningless.

        iv. *Encourage collaboration among the brands.*  Corporate will be downsized and focused principally on facilitating good ideas and sharing of best practices.

    c. At this meeting, to reemphasize, embrace the ReInvent report of Los Angeles Times.  It has a compelling vision and substantive ideas.  That doesn't mean it is the right vision for every other business unit or even its closest business unit, the Chicago Tribune.  This is the type of process that we want to see take place in each business unit, and Los Angeles employees should be encouraged to implement their plan.

    d. Obtain a copy of the transformative change report and review it.

3. **Eliminate Tower Interactive**. Interview the head of TI, and assess whether to terminate immediately.  I am inclined to terminate him, because I don't think he will embrace the key messages outlined above. I think he is focused on self-aggrandizement through the development of a central operation, which undermines authority and accountability at the brand level (ie., Los Angeles Times). Replace him in the interim with Bob Bellack,

the head of LA's interactive group and CFO for Los Angeles Times. Because Bob has been out in the field and is a TI "customer", he will have a good sense for how TI supports rather than dictates to the local units. Interview Chris Hendricks of McClatchy's interactive operations. Maggie believes that he provides precisely this role to his newspaper/digital media brands. Fold most of interactive into the digital media arm of the Chicago Tribune where it would report to the publisher as he or she determines appropriate. Bob will be asked to develop a technology group that would report to a new Chief Technology Officer who will develop centralized systems that are needed/requested by the businesses. I would recruit a new CTO and initially interview Michael Himmelfarb, an old acquaintance from Blackstone. Michael is based in Chicago, has a marketing and technology background from the Bay Area, and is looking for a new opportunity.

Develop a one or two-person TribVentures group to manage the Careerbuilder, Classified Ventures and other joint ventures. We have several good candidates in this regard: Dan Kazan, Dan Hess, and Dick Burke. All are highly qualified in this role. Kazan currently reports to the current VP-Strategic Development; Burke is a reformed Skadden lawyer at Classified Ventures; and Dan Hess left Tribune about six months ago because of dissatisfaction with the structure internally. Hess has some strained relationships with some of the core newspapers, but he would be very good at managing the non-newspaper digital businesses. After interviewing these three, put one in charge of all joint ventures as well as canvassing the market for new business opportunities that fit strategically with our business. Resources will be limited to one or two professionals.

4. **Restructure Tower Broadcasting**. Interview the heads of Broadcasting and assess whether to terminate one of them immediately. Broadcasting has, in effect, two Presidents because Dennis likes both executives. Interview both executives and choose one to remain. The incumbent will be immediately charged with developing a strategy for Broadcasting. Unlike Publishing, maintain the Broadcasting central staff until the group president presents a strategy that you endorse.

5. **Downsize Corporate**. Interview Corporate Human Resources head and other direct reports. I think a number of these individuals should be terminated. The size of the staff reflects a centralized decision-making apparatus, and we should eliminate as much top-down decisionmaking as possible. Beyond legal, accounting and treasury functions, what else needs to be provided centrally? Why should the Los Angeles Publisher come to a corporate human resources person to seek authority on a hire? The publisher should have or obtain advisory services for such resources, and he should determine when he wants support for those decisions. I recommend promoting the GC to a new Chief Administrative Officer post and charge him to collaborate with Gerry on downsizing the entire organization. I know you have received negative feedback regarding the GC from several sources, but I firmly believe that he is highly capable. I think criticism of him is due to the difficult role that all GCs fulfill and the decisions that Dennis requires him to implement.

In essence, Gerry and Crane should review all corporate functions ($130mm annual cost) and aggressively downsize this organization. We should achieve at least $50mm in annual savings.

6. **Restructure Publishing**. Streamline the Publishing organization by eliminating any central Publishing functions. Have the publishers justify any central function; otherwise,

don't interpose any central staff between Corporate and the local publishers. This company does not need a corporate editor, a corporate circulation executive, a corporate marketing and brand editor, or even a Publishing CFO. The newspaper CFOs should report directly to the Publishers who need to be responsible for their financial results.

   a. The Los Angeles Times and Chicago Tribune publishers should be given full autonomy with respect to all print and digital media in their markets. They must be authorized and empowered to act as owners of their family of brands. Without a dictate from senior management, each publisher should reconsider whether Page One advertising is the right decision for his/her business. David Hiller had just decided not to do Page One advertising in Los Angeles when Dennis forced him to countermand his previous decision. Dictatorial edicts like this eviscerate local manager accountability and credibility with their staffs.

   b. Interview the publishers of Newsday, the Florida Sentinels, the Baltimore Sun, the Hartford Courant, and the smaller newspapers with the objective of promoting one of these executives to a group publishing head over the other newspapers. In an ideal world, each publisher would report to the CEO, but I think the span of authority would be to great. The best publisher among the group is not necessarily the best choice for this role. Whoever heads up this group must understand that empowerment of publishers is our mantra. The group head role should be to mentor and replace publishers who are not getting the job done. It should not be to dictate local decision-making at the print/digital media level. Whoever is designated group head needs to develop a strategy within two weeks of appointment. Emphasize to this executive that there is no need for another layer of management—no intermediate CFO, marketing, editorial or circulation functions. The sole objective is to ensure that each publisher can contact his/her immediate report on a moment's notice for guidance.

   c. Other publishers will convene a process similar to the Times' ReInvent initiative. Encourage them to make liberal use of the ReInvent but let them create their own missions. They can also work from the transformative change product.

   d. Convene a publishers' roundtable within a month of the change in leadership to discuss best practices and innovative print and digital initiatives. Among the items to be discussed:

       i. A1 advertising

       ii. Modular advertising sales and elimination of "inch" advertising

       iii. Targeted print initiatives with Chicago leading a session on their RedEye success

       iv. LA Interactive should lead a session on advancing digital media

       v. Encourage a publisher to take on mobile in more aggressive fashion

CONFIDENTIAL                                                                                       EGI-LAW 00178274

  vi. Assess circulation. We need facts – churn and circulation. Investment in new subs. We should analyze impact of shrinking circulation with less investment. It is probably not the right answer but we need to review the concept with hard data.

 e. Give control of digital media to the publishers. All decisions on digital should be made by the local publisher.

 f. Ask Hiller and Smith whether they would like to rebuild a national advertising sales staff for Los Angeles and Chicago. If so, eliminate TMN and push sales and servicing down to the local level.

7. **Review significant asset sales.** There are a number of significant asset sales that should be considered. No single transaction is imperative to our strategy; however, if we got the right price on each initiative, I would recommend execution on all of them.

 a. *CareerBuilder*. Tower should retain ML and/or MS to explore taking CB public. Partly in response to this exercise but also for the good of the enterprise, we should meet with Gannett and encourage them to work with us in managing CB more aggressively. We want the company to move toward maximizing profitability. They should cut their domestic sales force to increase profitability, while investing more resources in international development  Also, we need to structure maximum flexibility for the newspapers. There should be no long-term commitment on either party's part to the relationship. This should be the first objective of our new TribVentures unit.

 b. *Cubs*. Continue the Cubs/CSN process and push aggressively with Comcast for a deal that involves Cubs/CSN and SuperStation. This is the ideal transaction for us so long as we can obtain more than $2.75 billion. If we need to remain as GP of the Cubs to provide cover to Comcast on the ownership front, it would be easy to delegate that role to the GC who currently handles that relationship.

 c. *SuperStation*. Retain Citi to explore other SuperStation options. Christina Mohr believes we may be able to sell the asset for up to $1.75 billion. In order to appropriately compare various offers on the Cubs/CSN/SuperStation, we need to separately test the market value of SuperStation. Letting Citi pursue this independent of JPM will be healthy and eliminate any risk of conflict from our transaction advisor.

 d. *Times*. Meet with Burkle and Geffen to assess their interest in buying the Times franchise. The threshold should be relatively high given the potential of Times Interactive. If their interest is below $1.5b, then pass. If we could structure a deal where we invest alongside them, commit up to $100mm of EGI capital for the deal. Los Angeles Times Media Group could be a real winner if separated from Tower. In addition to the deleveraging opportunity, this deal is attractive because the management of that organization should be independently motivated (with equity in their business) to grow their business.

 e. *Renaissance TV stations*. Retain Citi to explore any interest in selling our Renaissance station group. These TV stations have high basis so the tax consequences are minimal. Recent TV station asset sales have been at very

high multiples, and CW Network has a good buzz. If we could sell these stations at 12x+, do it. Neither Randy nor any other manager will squeeze more value out of the business at that price. This sale also won't change the critical mass of the TV station group.

f.  We are moving to market the old Warner Studios lot.

CONFIDENTIAL

EGI-LAW 00178276