**From:** Nils Larsen [NLarsen@egii.com]
**Sent:** Wednesday, September 12, 2007 11:10 AM
**To:** Philip Tinkler; Bill Pate; Mark Sotir; Chris Hochschild
**Subject:** RE:
Philip:

I have not heard anything further on TRB's passing comment on VRC's interest on spending time with us. I have not been involved in the process of the bank diligence or fairness diligence.

Nils

---

**From:** Philip Tinkler
**Sent:** Wednesday, September 12, 2007 10:18 AM
**To:** Nils Larsen; Bill Pate; Mark Sotir; Chris Hochschild
**Subject:** RE:

At one point I thought Chandler thought it would be helpful if we participated to some degree in the Valuation diligence. He specifically referred to sources of liquidity beyond operations (eg asset sales). It is not clear on the agenda where this type of item is intended to be discussed if at all.

Has Chandler asked for our assistance in any way on this? Otherwise I think your approach makes sense.

---

**From:** Nils Larsen
**Sent:** Wednesday, September 12, 2007 8:35 AM
**To:** Bill Pate; Mark Sotir; Chris Hochschild; Philip Tinkler
**Subject:** FW:

The e-mail below is the calendar for the diligence sessions with the banks and with VRC. I would be interested in your opinion as to what we would like to participate in. My initial thought is that we should track the bank diligence process. I think we should listen to the P8 call, the financial model call and participate in the business line segments. I would probably not participate in the VRC process because it will be duplicative and more remedial.

Let me know what you think so I can alert the folks at TRB.

Nils

---

**From:** Bigelow, Chandler [mailto:CBigelow@tribune.com]
**Sent:** Tuesday, September 11, 2007 6:59 PM
**To:** Nils Larsen
**Subject:**

Here is the latest:

**Valuation Research Diligence**
Wednesday, September 19th from 10am-5pm: Corporate sessions and Matt Ferguson lunch
Thursday, September 20th from 8am-5pm: Publishing and Broadcasting sessions

**Banker Diligence**
Thursday, September 20th: send bankers P8 results and consolidated five-year financial model
Wednesday, September 26th from 1-2pm: conference call to review P8 results
Wednesday, September 26th from 2-4pm: conference call to review five-year financial and corporate finance assumptions
Monday, October 1st from 8am-5pm: Publishing and Broadcasting sessions

**EGI-LAW 00127421**

CB

**CONFIDENTIAL**

**EGI-LAW 00127422**