**From:** Chris Hochschild [CHochschild@egii.com]
**Sent:** Monday, September 24, 2007 2:26 PM
**To:** Mark Sotir

I have a call that just got scheduled for the Trib at 4pm today (with CRA re: solvency). Do you want to do the call with Bryan on your own, reschedule it or cancel it for this week?

Chris Hochschild
Equity Group Investments, L.L.C.
2 North Riverside Plaza, Suite 600
Chicago, Illinois 60606
Tel: 312.466.3672   Fax: 312.454.9678
chochschild@egii.com

CONFIDENTIAL                                                                                                               EGI-LAW 00135432