From: Chris Hochschild [CHochschild@egii.com]
Sent: Saturday, October 06, 2007 10:41 AM
To: bfrizzell@crai.com; bdaniel@crai.com; MMayer@crai.com; Snell, Jeff

As you guys go through the VRC model and make your changes. Can you keep a list of the "errors" in their model or any discrepancies that you have with their model (i.e. double counting cubs in valuation, etc.)? Thanks.

Chris Hochschild
Equity Group Investments, L.L.C.
2 North Riverside Plaza, Suite 600
Chicago, Illinois 60606
Tel: 312.466.3672   Fax: 312.454.9678
chochschild@egii.com

CONFIDENTIAL
EGI-LAW 00141598