**From:** Frizzell, Brian [BFrizzell@crai.com]
**Sent:** Thursday, October 18, 2007 1:06 PM
**To:** Chris Hochschild
**Cc:** Snell, Jeff
**Subject:** Model

**Attachments:** CRA Model (Finalized).xls

Chris-

I have attached our model for your review.  Don't hesitate to contact me with any questions about the model or any other issues pertaining to this matter.  We will wait to hear from you before performing any additional work on this matter.

Thanks,
Brian

Brian Frizzell, CFA, CFE

CRA International
101 North Wacker Drive
Suite 1600
Chicago, Illinois 60606
Direct: (312) 377-2376
Fax: (312) 357-1001
bfrizzell@crai.com

---

This electronic message contains information from the consulting firm of CRA International, Inc., which may be confidential or privileged. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (312-357-1000) or by e-mail (postmaster@crai.com) immediately.

**CONFIDENTIAL**

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted