**From:** Mayer, Mike [MMayer@crai.com]
**Sent:** Friday, December 07, 2007 10:39 AM
**To:** Nils Larsen; Chris Hochschild
**Cc:** Frizzell, Brian; Snell, Jeff; Daniel, Brian
**Subject:** RE: trib

Nils –

Thanks for the update. Glad to hear the oral report was favorable.

All the best

Mike

---

**From:** Nils Larsen [mailto:NLarsen@egii.com]
**Sent:** Friday, December 07, 2007 10:12 AM
**To:** Mayer, Mike; Chris Hochschild
**Cc:** Frizzell, Brian; Snell, Jeff; Daniel, Brian
**Subject:** RE: trib

Mike:

We are making definitive progress on all fronts including solvency. VRC presented their oral views of the second step to the Board earlier this week and did not raise any reasons for concern. I would expect them to deliver their written opinion closer to the timing of close which I would expect in the last week of December.

Hope all is well with you guys.

Nils

---

**From:** Mayer, Mike [mailto:MMayer@crai.com]
**Sent:** Thursday, December 06, 2007 6:34 PM
**To:** Nils Larsen; Chris Hochschild
**Cc:** Frizzell, Brian; Snell, Jeff; Daniel, Brian
**Subject:** trib

Nils and Chris –

Hope all is well.

We have been following the news so we know about the status with the FCC and also about the Trib reducing the borrowing by using current cash. Is there any news from VRC?

All the best

Mike



**Michael Mayer, CFA, CFE**
Vice President
CRA International
101 North Wacker Drive, Suite 1600
Chicago, IL  60606
Main:     312 357 1000
Fax:       312 357 1001
Direct:   312 377 9228
Email:    mmayer@crai.com

CONFIDENTIAL

EGI-LAW 00175782

*This electronic message contains information from the consulting firm of CRA International, Inc., which may be confidential or privileged. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (312 357 1000) or by e-mail (postmaster@crai.com) immediately.*

CONFIDENTIAL

EGI-LAW 00175783