**From:** Chris Hochschild [CHochschild@egii.com]
**Sent:** Tuesday, November 27, 2007 9:41 AM
**To:** Gerry Spector
**Subject:** follow-up
Gerry,
Just a quick follow-up to our conversation yesterday…

Re: solvency opinion, VRC has completed their work and is "prepared to deliver an opinion" to the board. They will not deliver the opinion until we have set a date or at least have some idea of when we'll close (if we get FCC approval before year end, it will come right around then). They have not said whether the opinion will be a positive one, but the fact that they completed the work quickly and have really given the company no signals of concern leads everyone to believe that we are fine on this front; but until the opinion actually comes, there is still a risk that we are not.

Re: FCC approval, there is a possibility that we get waivers before the December 18th meeting. The feeling is that if we receive waivers, they will likely be temporary with some sort of time limit specified (maybe 18 months or so). If we received these with a short time limit we'd still wait to see what happens on the 18th (i.e. whether we get permanent waivers or whether new legislation is passed that allows for cross-ownership). The time limit could be perceived by the banks as a MAC; but in the case it is not, we'd still have to decide how comfortable we are with closing under these circumstances. Either way, the earliest we could close is December 21st because of the 20 day marketing period the banks have (which has just started ticking a few days ago).

Re: Updating the model for current trends continuing out into the foreseeable future. My plan is to use the current ad revenue trends and only make a few minor changes to the cost side (primarily for any changes that lower advertising could have on the cost side) of the management's downside scenario, as I believe that management has better visibility than we currently have into the cost side and a better idea of what levers could be easily pulled to improve OCF (i.e. salary freezes or bonus reductions, etc.), but have not been touched as of yet. Let me know if you have other ideas for this exercise. I will send you an update on this once it is completed.

Chris Hochschild
Equity Group Investments, L.L.C.
2 North Riverside Plaza, Suite 600
Chicago, Illinois 60606
Tel: 312.466.3672   Fax: 312.454.9678
chochschild@egii.com

**CONFIDENTIAL**

**EGI-LAW 00170484**