**From:** Mark Sotir [MSotir@egii.com]
**Sent:** Friday, June 08, 2007 10:22 PM
**To:** Bill Pate; Nils Larsen; Chris Hochschild
**Subject:** Trib Period 5 review

Can you guys meet with the Trib finance team on Tuesday afternoon (June 12) to review Period 5 financials. They may show us their revised forecast, but are still discussinng with lawyers what level of detail they can discuss.

I'm not sure what other days would work for them (I'm traveling to Adams on Wed), but give me some other days if Tuesday doesn't work

**CONFIDENTIAL**                                              **EGI-LAW 00105044**