**From:** Nils Larsen [NLarsen@egii.com]
**Sent:** Wednesday, July 18, 2007 5:27 PM
**To:** Bill Pate; Chris Hochschild
**Cc:** Mark Sotir
**Subject:** RE: Period 6 brown book

I would like to be part of that conversation when it happens.

-----Original Message-----
From: Bill Pate
Sent: Wednesday, July 18, 2007 5:16 PM
To: Chris Hochschild
Cc: Nils Larsen; Mark Sotir
Subject: RE: Period 6 brown book

Once you have reviewed and confirmed the June results, you should share the schedule that you prepared with Harry and Chandler and confirm the results and comparison to plan. Harry should be able to explain the difference in OCF and revenue trends, and Chandler can help with a better directional adjusted EBITDA calculation.

---

William Pate
Managing Director
Equity Group Investments, llc
2 North Riverside Plaza
Suite 600
Chicago, IL 60606

(office) 312-466-3805
(fax) 312-559-1280

---

Please consider the environment before printing this email.

---

-----Original Message-----
From: Chris Hochschild
Sent: Wednesday, July 18, 2007 9:43 AM
To: Bill Pate; Nils Larsen
Subject: FW: Period 6 brown book


-----Original Message-----
From: Amsden, Harry [mailto:HAmsden@Tribune.com]
Sent: Wednesday, July 18, 2007 9:18 AM
To: Chris Hochschild
Cc: Mark Sotir
Subject: RE: Period 6 brown book

Chris:

Attached are selected pages from the period 6 brown book for publishing that I am comfortable forwarding to you. These should help you out. A couple of thoughts to help you for the period/quarter:

**CONFIDENTIAL**

**EGI-LAW 00113215**

1) When you look at the group level income statements - there are two versions - fully as reported to the outside world and one excluding special items and discontinued operations.

2) The fully reported income statement includes the following that is excluded from the other income statement:
    * A severance charge in 2007 of about $25 million across the group to eliminate about 450 positions with annual full year projected savings of about $33 million. This charge was recorded throughout the quarter.
    * A non-cash charge of about $24 million recorded in "other expenses" for the disposal of 12 old color press units from the previously closed San Fernando Valley plant in Los Angeles. We are selling these units for about $950,000 in cash, but since they have a tax basis of about $23 million, we will net about $10 million from the sale of these units. This charge was recorded in period 6.

Hope this helps.

Harry


-----Original Message-----
From: Chris Hochschild [mailto:CHochschild@egii.com]
Sent: Wednesday, July 18, 2007 8:53 AM
To: Amsden, Harry
Cc: Mark Sotir
Subject: FW: Period 6 brown book


Harry,
I don't think we are looking for any particular schedules relating to Period 6. We have seen the brown book that shows 2Q and YTD results, but it would also be helpful to see the results for the month broken out. We were able to back into the results for the major items for Period 6, but I would rather not have to go through the whole book and do it for every line item. I think we can wait until you are comfortable with it. Can you just plan to send it to us when it is finalized? Thanks.

Chris

-----Original Message-----
From: Amsden, Harry [mailto:HAmsden@Tribune.com]
Sent: Tuesday, July 17, 2007 5:40 PM
To: Mark Sotir
Subject: Period 6 brown book

Mark:

Looked at the draft of the period 6 brown book and would rather not send the whole thing to you. Have some questions, mostly on some of the statistical data, that I would like to answer before I send it out. Are there some schedules that you are looking for in particular? Perhaps I could just send those.

Let me know.

Thanks!

Harry

**CONFIDENTIAL**

EGI-LAW 00113216