**From:** Bill Pate [BPate@egii.com]
**Sent:** Tuesday, June 05, 2007 10:40 AM
**To:** Nils Larsen; Mark Sotir
**Subject:** FW: TBC Weekly Report

**Attachments:** Weekly Pacing_external.pdf; Pacing by Brand Code_as of Week 22 (6-3-2007).xls

FYI.

---

**From:** Hendricks, John [mailto:JHendricks@tribune.com]
**Sent:** Tuesday, June 05, 2007 9:06 AM
**To:** Bill Pate
**Cc:** Reardon, John; Vitanovec, John; Mazzaferri, Gina M.; Poelking, John; Kazan, Daniel G
**Subject:** TBC Weekly Report

Bill,

Attached are Tribune Broadcasting pacing and category reports as of 6/4/07. I will send you this information each week along with a brief summary of revenue trends and general business conditions. Please feel free to call me with any questions or comments.

Thanks,

John

- After a decent first four months, the spot TV market has slowed considerably. There is limited demand in the marketplace right now, with network scatter and high-profile primetime and sports (which we don't have much of) getting the available dollars. Most stations in the country are pacing behind last year, with the exception of some Fox and ABC stations due to their strong primetime lineups.
- Tribune Broadcasting is currently -11% vs. last year in Q2. That number will improve slightly over the next three weeks as buyers begin placing business for Q3. The week of 6/25 is part of Tribune's Q2, but it's part of the buyers' Q3, hence the delay in late June billing. We will finish the quarter in the -8% to -10% range.
- Our top three stations are all pacing behind last year, particularly KTLA/Los Angeles and WGN/Chicago. The Los Angeles market is soft due to the lack of big political dollars ($5M on KTLA) from last year. KTLA also lost about $2 million in LA Clippers billing from last year when the team did not make the NBA playoffs this year. WGN is down mostly due to poor ratings performance for the Chicago Cubs and Chicago White Sox.
- In Q2 2006, Tribune Broadcasting had $7.6 million in political revenue. $6.4 million of that revenue was already on the books at this time last year.
- 8 of the top-10 categories are down in Q2, many of them double-digits. Autos (-11%, bad sales), Retail (-9%, consolidation), and Movies (-13%, less releases) are our top three categories and are hurting our overall effort.
- On a positive note, we remain confident about the upcoming September-December period. The CW Network has been generating very strong press on the heals of its recent upfront in New York. We will also refresh our schedules with double-runs of *Two and a Half Men* and *Family Guy* beginning the week of 9/11.
- The General Sales Managers of all our stations are in Chicago next week for a two-day strategy session aimed at taking advantage of our new programming coming this fall.

CONFIDENTIAL                                                                                                                                    EGI-LAW 00104871