**From:** Hendricks, John [JHendricks@tribune.com]
**Sent:** Monday, July 16, 2007 11:36 AM
**To:** Bill Pate; Nils Larsen
**Cc:** Reardon, John; Vitanovec, John; Mazzaferri, Gina M.; Kazan, Daniel G; Poelking, John
**Subject:** TBC Weekly Report (Week 29)

**Attachments:** week 28.pdf; Pacing Revenue by Brand Codes-Week 28 (7-15-2007).xls

Bill & Nils,

Attached are week 29 pacing and category reports for Tribune Broadcasting.
Here are some highlights:

* Group pacing held at -5% for Q3, with revenue about flat with last year.
* Pacing by month is: July -5%, August -3%, and September -8%.
* For week 29, we expect a slower week than last year, with revenue projected down $2 million and pace dropping to -6%.
* Despite going up against $7 million in political that was not yet booked last year, there is a good chance we could gain pace as more September business is booked.
* Political Advertising: In week 29 last year, we booked $193K of political ads in Q3.
* Q3 CW prime is still pacing +14% vs. last year - a good sign of things to come.
* Category strength continues in Telcom, Healthcare, Entertainment, Packaged Goods, Media, Unwired and Beverages. Autos, Movies, Fast Food, Education, Financial & Paid.

<<week 28.pdf>>     <<Pacing Revenue by Brand Codes-Week 28 (7-15-2007).xls>>
John


John Hendricks
VP/Sales
Tribune Broadcasting Company
435 N. Michigan Avenue, 18th Floor
Chicago, IL  60611
312.222.3392
email: jhendricks@tribune.com

**CONFIDENTIAL**                                                                                       **EGI-LAW 00112121**