**From:** Nils Larsen [NLarsen@egii.com]
**Sent:** Thursday, July 19, 2007 9:49 AM
**To:** Bill Pate
**Subject:** RE: Brown book and ad category reports

Agreed. I know they are discounting and doing it with pride. It was an item they bragged about when Mark, Chris and I sat down with them a few weeks ago.

There is a meeting next Wednesday where the company is going to take the banks and us through the numbers as they currently believe them to be for the year.

Current miss is estimated to be around $125M from plan.

I wish I was around for Todd's explosion, it sounds epic.

-----Original Message-----
From: Bill Pate
Sent: Thursday, July 19, 2007 9:33 AM
To: Nils Larsen
Subject: Re: Brown book and ad category reports

Yes. We need to understand the national fall-off and the trib real estate fall. There is plenty of grist for meetings with hiller and smith to push them on these particular items. Also, compare ad inches to revenues. There seems to be clear discounting taking place--maybe too much. We should understand whether sales force commission are based on variable rather than net revs. It is silly to sell ads at a loss, which I understand hasd happened recently.
William Pate
Equity Group Investments, L.L.C.
2 North Riverside Plaza - Suite 600
Chicago, IL 60606
wpate@egii.com

----- Original Message -----
From: Nils Larsen
To: Bill Pate
Sent: Thu Jul 19 09:12:32 2007
Subject: RE: Brown book and ad category reports

This is pretty interesting. It makes you feel marginally better although it exposes how quickly things can turn against you.

-----Original Message-----
From: Bill Pate
Sent: Wednesday, July 18, 2007 5:56 PM
To: Nils Larsen
Subject: FW: Brown book and ad category reports

William Pate
Managing Director
Equity Group Investments, llc
2 North Riverside Plaza
Suite 600

Chicago, IL 60606

(office) 312-466-3805
(fax) 312-559-1280

---

Please consider the environment before printing this email.

---

-----Original Message-----
From: Chris Hochschild
Sent: Tuesday, July 17, 2007 3:00 PM
To: Bill Pate
Cc: Mark Sotir
Subject: RE: Brown book and ad category reports

There were no changes (other than rounding) to the numbers we discussed with Sam this morning, but the attached includes details on Ad Revenues for Period 6.

-----Original Message-----
From: Bill Pate
Sent: Tuesday, July 17, 2007 11:42 AM
To: Chris Hochschild
Subject: FW: Brown book and ad category reports

Please review the Q2 brown book and confirm that none of our comments this morning are inconsistent with the additional financial data.

---

William Pate
Managing Director
Equity Group Investments, llc
2 North Riverside Plaza
Suite 600
Chicago, IL 60606

(office) 312-466-3805
(fax) 312-559-1280

---

Please consider the environment before printing this email.

---

-----Original Message-----
From: Mark Sotir
Sent: Tuesday, July 17, 2007 11:35 AM
To: Chris Hochschild; Bill Pate; Nils Larsen
Subject: FW: Brown book and ad category reports

FYI, in case you haven't received it
-----Original Message-----
From: Amsden, Harry [mailto:HAmsden@Tribune.com]
Sent: Tuesday, July 17, 2007 9:51 AM
To: Mark Sotir

**CONFIDENTIAL**

**EGI-LAW 00113454**

Subject: Brown book and ad category reports

Mark:

Attached is the second quarter brown book for the whole company and the period 6 and second quarter advertising category reports for publishing.

Harry
<<Second Quarter 2007 eBrown Book.pdf>>
<<ad-revenue-by-category-q2-2007.pdf>>
<<ad-revenue-by-category-p6-2007.pdf>>

**CONFIDENTIAL**

**EGI-LAW 00113455**