**From:** Bigelow, Chandler [CBigelow@tribune.com]
**Sent:** Wednesday, June 20, 2007 4:41 PM
**To:** Nils Larsen
**Subject:** FW: Press Release: Tribune Revenues Down 11.1% in May

-----Original Message-----
From: Tribune Corporate Relations [mailto:tribuneco@email.trb.com]
Sent: Wednesday, June 20, 2007 4:40 PM
To: Bigelow, Chandler
Subject: Press Release: Tribune Revenues Down 11.1% in May

TRIBUNE COMPANY PRESS RELEASE
June 20, 2007

Tribune Revenues Down 11.1% in May
> Publishing Advertising Revenues Decline 11.8% > Television Revenues
Down 11.0%

CHICAGO, June 20, 2007 -- Tribune Company (NYSE: TRB) today reported its
summary of revenues and newspaper advertising volume for period 5, ended
May 27. Consolidated revenues for the period were $406 million, down
11.1 percent from last year's $457 million.

Publishing revenues in May were $292 million compared with $325 million
last year, down 10.3 percent. Advertising revenues decreased
11.8 percent to $230 million, compared with $261 million in May 2006.

 - Retail advertising revenues decreased 1.0 percent with weakness in
   the amusement category partially offset by strength in the home
   furnishings and specialty merchandise categories. Preprint revenues,
   which are principally included in retail, were flat for the period.

 - National advertising revenues declined 17.9 percent, with most
   categories down for the period.

 - Classified advertising revenues decreased 20.0 percent. Real
   estate fell 30 percent with significant declines in the Florida
   markets, Chicago and Los Angeles due to difficult year-over-year
   comparisons. Help wanted declined 20 percent and automotive
   decreased 7 percent. Interactive revenues, which are primarily
   included in classified, were $22 million, up 22 percent, due to
growth
   in all categories.

Circulation revenues were down 6.2 percent due to single-copy declines
and continued selective discounting in home delivery.

Broadcasting and entertainment group revenues in May decreased 13.0
percent to $114 million compared with $131 million last year.
Television revenues fell 11.0 percent, with lower automotive, movie and
political advertising partially offset by strength in the retail and
telecom/wireless categories. Results also reflected fewer Cubs home
games in the period versus last year.

----------------------------

Tribune Company (NYSE: TRB) will announce second quarter 2007 earnings
on Wednesday, July 25, before the NYSE opening. The full text of the
earnings announcement and accompanying financial tables will be

**CONFIDENTIAL**

**EGI-LAW 00106257**

available on Tribune's website, www.tribune.com. There will not be a
conference call.

---------------------------

CONTACTS:

> Media Contacts:
  Gary Weitman
  Tribune Company
  gweitman@tribune.com
  312/222-3394

> Investor Contact:
  Ruthellyn Musil
  rmusil@tribune.com
  312/222-3787

---------------------------

TRIBUNE (NYSE:TRB) is one of the country's top media companies,
operating businesses in publishing, interactive and broadcasting. It
reaches more than 80 percent of U.S. households and is the only media
organization with newspapers, television stations and websites in the
nation's top three markets. In publishing, Tribune's leading daily
newspapers include the Los Angeles Times, Chicago Tribune, Newsday (Long
Island, N.Y.), The Sun (Baltimore), South Florida Sun-Sentinel, Orlando
Sentinel and Hartford Courant. The company's broadcasting group operates
23 television stations, Superstation WGN on national cable, Chicago's
WGN-AM and the Chicago Cubs baseball team. Popular news and information
websites complement Tribune's print and broadcast properties and extend
the company's nationwide audience.

---------------------------

To view this press release on the Internet, go to:
http://www.tribune.com/pressroom/releases/2007/060202007.html

To download the tables accompanying this release, go to:
http://www.tribune.com/media/pdf/revenue_may_07.pdf

To view all Tribune press releases on the Internet, go to:
http://www.tribune.com/pressroom/releases/index.html

---------------------------

SUBSCRIBE/UNSUBSCRIBE. You're currently subscribed to receive Tribune
Company Press Releases with the address dwall@tribune.com. If you'd like
to unsubscribe, please -- FROM THE E-MAIL ACCOUNT WHERE YOU RECEIVED
THIS MESSAGE -- reply to this message and type UNSUBSCRIBE in the
subject like, or send a blank e-mail to:
tribuneco-uns@email.trb.com

---------------------------

Tribune Corporate Relations
435 N. Michigan Ave.
Chicago, IL 60611
www.tribune.com

CONFIDENTIAL                                                                                        EGI-LAW 00106258