**EXHIBIT A**

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER  45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

JULY 30, 2010
INVOICE # 9173380

### MORGAN STANLEY SWAP

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2010 | $8,072.00 |
| DISBURSEMENTS | 22.00 |
| TOTAL INVOICE | $8,094.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9173380

JULY 30, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2010

MORGAN STANLEY SWAP                                         MATTER NUMBER -   10180

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 6/03/10 | DJB | .30 | { L190 } {A106} Responded to client re ▮. | 277.50 |
| 6/03/10 | MZH | .40 | { L120 } {A106} Drafted e-mail to ▮ (.2); drafted e-mail to D. Bradford re same (.2). | 300.00 |
| 6/08/10 | SEB | .40 | { L190 } {A103} Revised ▮ and ▮ (.3); ▮ and emailed M. Hankin re ▮ (.1). | 148.00 |
| 6/09/10 | MZH | .20 | { L120 } {A107} Telephone conference with ▮ re ▮ terms. | 150.00 |
| 6/14/10 | MZH | .20 | { L120 } {A107} Telephone conferences with ▮ re ▮. | 150.00 |
| 6/15/10 | DJB | .30 | { L190 } {A104} Analyzed ▮ comments on ▮ (.2); e-mail to M. Hankin re same (.1). | 277.50 |
| 6/15/10 | MZH | 1.60 | { L120 } {A107} Telephone conference with ▮ re ▮ accordingly (1.0); drafted e-mail to ▮ re same and ▮ (.3); attention to ▮ (.3). | 1,200.00 |
| 6/17/10 | MZH | .50 | { L120 } {A104} Attended to ▮. | 375.00 |

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 6/18/10 | DJB | .50 | { L190 } {A106} Telephone conference with ▮ re ▮ issues. | 462.50 |
| 6/21/10 | DJB | .50 | { L190 } {A106} E-mail to ▮ re ▮ issues (.3); e-mail to M. Hankin re same (.2). | 462.50 |
| 6/21/10 | MZH | .30 | { L120 } {A105} E-mails with D. Bradford re status (.1); telephone conferences with ▮ re same (.2). | 225.00 |
| 6/22/10 | DJB | .30 | { L190 } {A106} Telephone conference with ▮ re ▮ issues. | 277.50 |
| 6/24/10 | DJB | .50 | { L190 } {A106} Telephone conference with ▮ re ▮ issues (.4); e-mail re ▮ issue re ▮ (.1). | 462.50 |
| 6/24/10 | SEB | .80 | { L190 } {A104} Reviewed files and ▮ and emailed D. Bradford re same. | 296.00 |
| 6/28/10 | DJB | 1.00 | { L190 } {A107} Telephone conference with ▮ re MS issues (.5); telephone conference with ▮ re same (.4); left voicemail for ▮ re same (.1). | 925.00 |
| 6/29/10 | KW | .50 | { L140 } {A110} Reviewed case files for materials responsive to S. Biller's request and arranged for duplication and scanning of same. | 85.00 |
| 6/29/10 | DJB | 1.00 | { L190 } {A105} Telephone conference with M. Hankin re ▮ (.5); analyzed ▮ (.5). | 925.00 |
| 6/30/10 | SEB | 2.90 | { L190 } {A103} Analyzed ▮ re ▮ and emailed D. Bradford re same. | 1,073.00 |
|  |  | 12.20 | PROFESSIONAL SERVICES | 8,072.00 |

LAW OFFICES  
**JENNER & BLOCK LLP**  
353 N. CLARK STREET  
CHICAGO, ILLINOIS 60654-3456  
(312) 222-9350

Page 3

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| 6/17/10 | Network Printing | 3.90 |
| 6/30/10 | Photocopy Expense | 12.00 |
| 6/30/10 | Network Printing | 6.10 |
|  | TOTAL DISBURSEMENTS | 22.00 |

**INVOICE TOTAL**           $ 8,094.00

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| DAVID J. BRADFORD | 4.40 | 925.00 | 4,070.00 |
| MARC B. HANKIN | 3.20 | 750.00 | 2,400.00 |
| SOFIA E. BILLER | 4.10 | 370.00 | 1,517.00 |
| KENNETH S. WALDMANN | 0.50 | 170.00 | 85.00 |
| TOTAL | 12.20 |  | 8,072.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER 45394
MATTER NUMBER 10164

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

JULY 30, 2010
INVOICE # 9173379

**FEE APPLICATION**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2010 | $2,645.50 |
| DISBURSEMENTS | 30.64 |
| TOTAL INVOICE | $2,676.14 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9173379

JULY 30, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2010

FEE APPLICATION                                                           MATTER NUMBER -    10164

| Date    | Atty | Hours | Description                                                                                  | Amount   |
|---------|------|-------|----------------------------------------------------------------------------------------------|----------|
| 6/04/10 | MHM  | 2.30  | { L210 } {A110} Worked on compiling cumulative data for fee applications.                    | 632.50   |
| 6/21/10 | LSR  | .20   | { L210 } {A103} Drafted April fee application.                                               | 74.00    |
| 6/24/10 | DJB  | .30   | { L190 } {A104} Reviewed prior declarations and submissions.                                 | 277.50   |
| 6/24/10 | LSR  | .30   | { L210 } {A103} Drafted April fee application.                                               | 111.00   |
| 6/28/10 | DJB  | .50   | { L190 } {A105} Various e-mails re disclosure affidavit.                                     | 462.50   |
| 6/28/10 | LSR  | .20   | { L210 } {A103} Continued drafting April fee application.                                    | 74.00    |
| 6/29/10 | LSR  | 1.50  | { L210 } {A103} Continued drafting April fee application.                                    | 555.00   |
| 6/30/10 | MXP  | 2.70  | { L210 } {A110} Prepared exhibits to Jenner's April 2010 fee application.                    | 459.00   |
|         |      | 8.00  | PROFESSIONAL SERVICES                                                                        | 2,645.50 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

## DISBURSEMENTS

| | | |
|---|---|---:|
| 4/07/10 | Pacer Charges | 30.64 |
| | TOTAL DISBURSEMENTS | 30.64 |

**INVOICE TOTAL**　　　　　　　　　　　　　　　$ 2,676.14

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 0.80 | 925.00 | 740.00 |
| LANDON S. RAIFORD | 2.20 | 370.00 | 814.00 |
| MICHAEL H. MATLOCK | 2.30 | 275.00 | 632.50 |
| MARC A. PATTERSON | 2.70 | 170.00 | 459.00 |
| TOTAL | 8.00 | | 2,645.50 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER 45394
MATTER NUMBER 10130

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

JULY 30, 2010
INVOICE # 9173376

### ESOP/STAY ISSUES

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2010 | $3,665.00 |
| DISBURSEMENTS | 467.59 |
| TOTAL INVOICE | $4,132.59 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9173376

JULY 30, 2010

CLIENT NUMBER - 45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2010

ESOP/STAY ISSUES                                                                    MATTER NUMBER -   10130

| Date | Tkpr | Hours | Description | Amount |
|---|---|---|---|---|
| 6/07/10 | MHM | 1.50 | { L210 } {A104} Reviewed docket and obtained copy of disclosure statement and all exhibits (.4); worked on assembling exhibits into single document with statement (.7); prepared same for duplication and distribution (.4) | 412.50 |
| 6/08/10 | DMG | .30 | { L120 } {A105} Office conference with D. Sondgeroth re ▇▇▇ (.1); reviewed correspondence re same (.2). | 187.50 |
| 6/09/10 | DMG | 1.00 | { L120 } {A104} Commenced initial review of ▇▇▇ (.8); drafted memorandum to D. Bradford re ▇▇▇ (.2). | 625.00 |
| 6/09/10 | VEL | .30 | { L120 } {A105} Telephone conference with D. Greenwald re ▇▇▇ on ▇▇▇. | 225.00 |
| 6/09/10 | PXR | 2.50 | { L140 } {A110} Organized and assembled insurance policies binders for D. Greenwald review. | 425.00 |
| 6/23/10 | DJB | .50 | { L190 } {A107} Telephone conference with ▇▇▇ re ▇▇▇ issues. | 462.50 |
| 6/24/10 | DJB | .20 | { L190 } {A106} Telephone conference with D. ▇▇▇ re ▇▇▇ developments. | 185.00 |
| 6/29/10 | DJB | .50 | { L190 } {A104} Analyzed ▇▇▇ issues (.3); e-mail to N. Kurk re same (.2). | 462.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                                       Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 6/29/10 | NAK | 1.70 | { L120 } {A104} Reviewed ▓▓▓▓▓▓▓▓▓▓▓ (1.5); email to D. Bradford re same (.2). | 680.00 |
| | | 8.50 | PROFESSIONAL SERVICES | 3,665.00 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 6/07/10 | Photocopy and Related Expenses | 2.15 |
| 6/07/10 | Network Printing | 190.00 |
| 6/07/10 | Photocopy Expense | 275.00 |
| 6/18/10 | Postage Expense | .44 |
| | TOTAL DISBURSEMENTS | 467.59 |

**INVOICE TOTAL**      $ 4,132.59

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 1.20 | 925.00 | 1,110.00 |
| VINCENT E. LAZAR | 0.30 | 750.00 | 225.00 |
| DAVID M. GREENWALD | 1.30 | 625.00 | 812.50 |
| NICHOLAS A. KURK | 1.70 | 400.00 | 680.00 |
| MICHAEL H. MATLOCK | 1.50 | 275.00 | 412.50 |
| PANAGIOTA RAMOS | 2.50 | 170.00 | 425.00 |
| TOTAL | 8.50 | | 3,665.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10148

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

JULY 30, 2010
INVOICE # 9173377

### DOL SUBPOENA

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2010 | $20,547.00 |
| DISBURSEMENTS | 172.40 |
| TOTAL INVOICE | $20,719.40 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9173377

JULY 30, 2010

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2010


DOL SUBPOENA                                                              MATTER NUMBER -    10148

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 6/01/10 | DAS | .20 | { L210 } {A108} Communicated with counsel at ▮▮▮ re ▮▮▮ L. | 108.00 |
| 6/03/10 | DJB | .30 | { L190 } {A106} E-mail to ▮▮ re ▮▮▮. | 277.50 |
| 6/03/10 | DAS | .20 | { L210 } {A108} Communicated with DOL ▮▮▮ ▮▮▮. | 108.00 |
| 6/03/10 | DAS | .20 | { L210 } {A103} Edited draft letter to ▮▮▮. | 108.00 |
| 6/04/10 | DJB | .50 | { L190 } {A106} Telephone conference with ▮ ▮▮ re issues. | 462.50 |
| 6/09/10 | LIM | 1.30 | { L140 } {A110} Searched databases for documents per case team. | 357.50 |
| 6/15/10 | DJB | .50 | { L190 } {A104} Analyzed ▮▮▮ ▮. | 462.50 |
| 6/17/10 | DJB | 1.00 | { L190 } {A104} Reviewed material for ▮▮▮. | 925.00 |
| 6/18/10 | DJB | .60 | { L190 } {A107} E-mails re ▮▮▮ DOL (.3); reviewed material re same (.3). | 555.00 |
| 6/18/10 | DAS | .20 | { L210 } {A105} Reviewed communication from D. Bradford re preparation of materials for ▮▮▮ ▮▮▮ (.1); communicated with S. McGee to prepare materials for same (.1). | 108.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 2

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 6/20/10 | DJB | .50 | { L190 } {A106} Telephone conference with ▮ ▮ re ▮ issues. | 462.50 |
| 6/21/10 | KW | 3.00 | { L140 } {A110} Worked on scanning correspondence files per S. McGee's request and for attorney review (2.0); prepared index of materials received from D. Sondgeroth in ▮ ▮ (.7); met with P. Ramos re case file organization (.3). | 510.00 |
| 6/21/10 | DJB | .50 | { L190 } {A105} E-mail to D. Sondgeroth re issues ▮ ▮ (.1); reviewed materials re same (.4). | 462.50 |
| 6/21/10 | DAS | 3.00 | { L210 } {A104} Reviewed materials ▮ | 1,620.00 |
| 6/22/10 | KW | 1.00 | { L140 } {A110} Completed indexing of binder re ▮ materials for ▮. | 170.00 |
| 6/22/10 | DJB | .20 | { L190 } {A106} Telephone conference with ▮ ▮ re ▮ issues. | 185.00 |
| 6/22/10 | PXR | .50 | { L140 } {A110} Searched and retrieved ▮ document ▮. | 85.00 |
| 6/23/10 | KW | .80 | { L140 } {A110} Worked on revising index and binders ▮ per D. Sondgeroth's instructions. | 136.00 |
| 6/23/10 | DJB | 1.30 | { L190 } {A107} Telephone conference with co-counsel to ▮ (.5); reviewed material for same (.8). | 1,202.50 |
| 6/23/10 | DAS | 1.00 | { L210 } {A104} Reviewed materials to prepare and finalize binder for ▮. | 540.00 |
| 6/23/10 | DAS | .40 | { L210 } {A106} Communicated with ▮ re binder of materials and coordinated delivery of same. | 216.00 |
| 6/24/10 | DJB | .50 | { L190 } {A104} Reviewed ▮ materials. | 462.50 |
| 6/25/10 | DJB | 1.00 | { L190 } {A104} Reviewed materials for ▮ ▮. | 925.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

Page 3

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 6/28/10 | DJB | .80 | { L190 } {A106} Telephone conference with ■ ■ re ■ (.3); reviewed material for same (.5). | 740.00 |
| 6/29/10 | DJB | .50 | { L190 } {A101} Prepared for ■. | 462.50 |
| 6/29/10 | DAS | .20 | { L120 } {A106} Reviewed communication from ■ ■ re ■. | 108.00 |
| 6/30/10 | DJB | 9.50 | { L190 } {A107} ■. | 8,787.50 |
| | | 29.70 | PROFESSIONAL SERVICES | 20,547.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| 6/21/10 | Network Printing | 18.30 |
| 6/21/10 | Photocopy Expense | 58.40 |
| 6/23/10 | Network Printing | .10.90 |
| 6/23/10 | Photocopy Expense | 47.10 |
| 6/28/10 | Network Printing | 8.00 |
| 6/30/10 | Photocopy Expense | 5.40 |
| 6/30/10 | Network Printing | 24.30 |
| | TOTAL DISBURSEMENTS | 172.40 |

**INVOICE TOTAL**                                  $ 20,719.40

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | 17.70 | 925.00 | 16,372.50 |
| DOUGLAS A. SONDGEROTH | | 5.40 | 540.00 | 2,916.00 |
| LORY I. MANHEIMER | | 1.30 | 275.00 | 357.50 |
| KENNETH S. WALDMANN | | 4.80 | 170.00 | 816.00 |
| PANAGIOTA RAMOS | | 0.50 | 170.00 | 85.00 |
| | TOTAL | 29.70 | | 20,547.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

**EXHIBIT B**

| Description | Amount |
|---|---:|
| Network Printing | 261.50 |
| Pacer Charges | 30.64 |
| Photocopy and Related Expense | 2.15 |
| Photocopy Expense | 397.90 |
| Postage Expense | .44 |
| **Total** | **692.63** |