**From:** Chris Hochschild [CHochschild@egii.com]
**Sent:** Monday, August 20, 2007 9:13 AM
**To:** GSpector@EQRWORLD.com; Randy Michaels
**Cc:** Bill Pate; Nils Larsen
**Subject:** Publishing Capital & Cost Reduction Plans

**Attachments:** Fw: Cost reduction file; FW: Cost reduction file

Gerry & Randy:

Attached are the Tribune Publishing's capital and cost reduction plans for this year. The capital plan has since been lowered to $150mm for 2007 (a few of the identified projects have been either delayed or canceled). The cost reduction plan targets $200mm in cost savings through 2008, 80% of which have been identified as of the beginning of the '07.

Chris

**CONFIDENTIAL**

**EGI-LAW 00121101**