**From:** Hendricks, John [JHendricks@tribune.com]
**Sent:** Monday, August 20, 2007 3:26 PM
**To:** Bill Pate; Nils Larsen
**Cc:** Reardon, John; Vitanovec, John; Kazan, Daniel G; Mazzaferri, Gina M.; Poelking, John
**Subject:** TBC Weekly Report (week 34)

**Attachments:** Week 33.PDF; Pacing Revenue by Brand Codes-Week 33 (8-19-2007).xls

Bill & Nils,

Attached are pacing and category reports for this week. Here is a brief summary:

* Q3 pacing improved to -5% last week as we wrote about $1.2 million more than we did for the same week last year, despite being up against $660K of political.
* September jumped from -7% to -4%, a good sign that the quarter is finishing strong.
* If you back sports out of the pacing figures, our base business is gaining momentum (July -6%, August -4%, September -2%).
* Q4 pace is starting slow (-23%). However, if you back out the 53rd week from 2006, it adjusts to -19% six weeks out from the start of Q4. A comparison to Q3 toward the end of May (six weeks before the start of Q3) had pace at -22%. In this non-political year, buyers are taking their time placing schedules. There is not a lot of urgency in the marketplace, but that will change right after Labor Day.
* We are still up against substantial political revenue from last year. In week 34 2006, we wrote $649K in Q3 and $774K in Q4.
* WPIX continues to lead the big-3 markets with Q3 pacing at +4%. WGN-TV has also improved to +5%. KTLA and the Los Angeles market remain soft due to lack of political advertising.
* The automotive category has steadily improved to -5% in Q3. That's much better than it was just a few weeks ago. Telcom (+26%), Health Care (+26%), Packaged Goods (+39%), Media (+9%) and beverages (+33%) lead the way. The movie category (-26%) is the biggest disappointment for the quarter as many of the blockbuster sequels don't use much spot TV.
* Q3 CW primetime revenue is pacing at +20% vs. last year.
* We just landed a deal with P&G for $11.1 million. This is +20% over last year while their spending was -20% overall. A big win!

Please call with any questions.

John


<<Week 33.PDF>>  <<Pacing Revenue by Brand Codes-Week 33 (8-19-2007).xls>>


John Hendricks
VP/Sales
Tribune Broadcasting Company
435 N. Michigan Avenue, 18th Floor
Chicago, IL  60611
312.222.3392
email: jhendricks@tribune.com

CONFIDENTIAL

EGI-LAW 00120779