**From:** Mark Sotir [MSotir@egii.com]
**Sent:** Monday, September 24, 2007 1:07 PM
**To:** Chris Hochschild
**Subject:** FW: Publishing Flash Summary - Period 9, Week 3

Redacted as Non-Responsive

---

**From:** Amsden, Harry [mailto:HAmsden@Tribune.com]
**Sent:** Monday, September 24, 2007 10:01 AM
**To:** Mark Sotir
**Cc:** Chris Hochschild
**Subject:** RE: Publishing Flash Summary - Period 9, Week 3

This has been a surprise to us also. Have not received a good explanation yet. Still working through it. My top ad guys are at a NAA meeting until mid-week. Will touch base with them and get back to you this week.

Harry

-----Original Message-----
**From:** Mark Sotir [mailto:MSotir@egii.com]
**Sent:** Monday, September 24, 2007 10:01 AM
**To:** Amsden, Harry
**Cc:** Chris Hochschild
**Subject:** FW: Publishing Flash Summary - Period 9, Week 3

It seems that retail is slowing down. Any idea why that is? I don't think we were anticipating it slowing down, right?

---

**From:** Sauter, Rachel [mailto:RSauter@tribune.com]
**Sent:** Monday, September 24, 2007 9:20 AM
**To:** Amsden, Harry; Bellack, Bob; Bigelow, Chandler; Brown, Thomas (MCall); Carver, Steve; Casanova, Vince; Delmonaco, Rich; DePaola, Ken; Doherty, Phil B.; Eberle, Jane M; Ellis, Jim; Evers, Chad; Feeney, Rich; FitzSimons, Dennis J.; Gart, Mike; Greenberg, Howard; Gremillion, Bob; Grenesko, Don; Hall, Suzanne (Chicago); Hayes, Dana; Hiller, David; Chris Hochschild; Jimenez, Terry; Jones, Lee (TMN); Juds, Judy A.; Kazan, Daniel G; Kennedy, Timothy; Kenney, Brigid E.; Kenney, Crane H; Kern, Gerould W.; Khahaifa, Avido; Knapp, Peter; Knight, Timothy; Landon, Tim J.; Leach, Tom; Litman, Brian F; Malee, Michael J.; Mallory, R. Mark; Malone, Dick; Meyer, Nancy; Minerva Rachel; Mitchell, Susan; Monsma, Durham; Motley, Robyn; Murphy, Dave - LA Times; Musil, Ruthellyn; Palermini, Bob; Bill Pate; Ray, Charles; Razzino, William; Ryan, Tim; Sauter, Rachel; Slason, Mike; Smist, Erik; Smith, Scott C.; Solomon, Digby; Mark Sotir; Thomas, Doug; Trausch, Diane M.; Tyner, Eddie; Waltz, Kathy; Williams, David D.; Wilson, Ann; Wortsman, David A.
**Subject:** Publishing Flash Summary - Period 9, Week 3

All-
Please find the attached summary of the Publishing Revenue Flash from Period 9, Week 3.

For the week, total ad revenue was down 13% from last year, 1% below projection. Retail was down 16%, National was up 5%, and Classified was down 20%.

Period to date, ad revenue is down 9% from last year, 2% below projection.

Thanks,
Rachel

CONFIDENTIAL                                                                                                          EGI-LAW 00135425