From: Bill Pate [BPate@egii.com]
Sent: Wednesday, October 10, 2007 8:54 AM
To: gspector@eqrworld.com; randy@randymichaels.com
Cc: Nils Larsen; Chris Hochschild
Subject: FW: Tribune Interactive P-9 & Q-3 FLASH

Attachments: TI Period 9 2007 Flash 1004_5 pm.xls; TI Q3 2007 Flash-1004-5pm.xls
FYI.

---

From: Shapira, Marina [mailto:mshapira@Tribune.com]
Sent: Thursday, October 04, 2007 5:58 PM
To: Amsden, Harry; Bellack, Bob; Delmonaco, Rich; Doherty, Phil B.; Feeney, Rich; Jimenez, Terry; Knapp, Peter; Landon, Tim J.; Motley, Robyn (Daily Press); Slason, Mike; Smist, Erik; Smith, Scott C.; zzti.directors; zzTI.GMs
Cc: Bill Pate; Mark Sotir; McCavitt, Jill; Malee, Michael J.; Adamson, Lynne; Brown, David H.; Catania, Matthew; Fuentes, Vincent; Garza, Carla; Gennario, Chris; Graves, Roxanne; Hall, Suzanne (Chicago); Locrotondo, Christine; Mang, Deborah; Moore, Felicia M.; Nardi, Tim; Perez, Luis M (SSC); Person, Mary (Tribune Interactive); Pudliner, Andrea; Rounce, Rob; Sauter, Rachel; Shapira, Marina; Shoup, Christopher A.; Steinbach, Benjamin; Vance, Doug; Vorhies, Bill; Williams, Stephanie (Pifer)
Subject: Tribune Interactive P-9 & Q-3 FLASH

Hello,

Attached please find the Tribune Interactive Period 9, 2007 and Quarter 3, 2007 FLASH.

**Tribune Interactive (including ForSaleByOwner.com)**

|  | P9 | | | | Q3 | | | YTD | |
|---|---|---|---|---|---|---|---|---|---|
|  | % vs. Plan | % vs. 2006 | % vs Plan | %vs2006 | % vs. Plan | % vs. 2006 | | % vs. Plan | % vs. 2006 |
| Revenue | -10% | 1% | -9% | 9% | -5% | | | | 14% |
| Cash Expenses | -7% | 23% | -5% | 30% | -6% | | | | 36% |
| Cash Flow | | -14% | -17% | -12% | -10% | -3% | | -3% | |
| Operating Profit | -13% | -16% | -11% | -11% | - | | | | 2% -3% |

*Excluding FSBO.com*
| Total Revenue | | | -9% | 9% | -8% | 10% | - | | 4% 11% |
| Total Cash Flow | -13% | -8% | -13% | -10% | -4% | | -5% | | |

*Excluding Recruitment**
| Total Revenue | -8% | 4% | -5% | 19% | -2% | 28% | | | |
| Total Cash Flow | -13% | -77% | -5% | -54% | 34% | -4% | | | |

* Excludes recruitmet revenue and related affiliate fee expense.

**Period 9**
- Revenue was $21.4M, 10% below plan and 1% ahead of last year.
  - Local was 6% below plan and 14% ahead of last year, with majority of markets exceeding plan.
  - National revenue was 3% below plan and 29% ahead of last year. Excluding Cars.com (NLAS), National revenue was 2% below plan and 27% ahead of last year. Revenue from Automotive & Telecom sectors attributed to the strong performance.

CONFIDENTIAL                                                                                                                              EGI-LAW 00142451

- Recruitment was 14% below plan and 3% below last year, with majority of markets missing plan.
- Automotive was 1% above plan and 33% ahead of last year. Los Angeles, Newsday, Allentown, and Hampton Roads had strong performances compared to plan.
- Real Estate was 11% below plan and 25% below last year. Excluding ForSalebyOwner.com, Real Estate was 1% below plan and 11% ahead of last year.
- General/Other was 41% below plan and 33% below last year.

- Cash expenses were $11.8M for the period, below plan by 7% and 23% above last year.

- Cash flow was $9.7M for the period, 14% below plan and 17% below last year.

## Quarter 3

- Revenue was $65.1M, 9% below plan and 9% ahead of last year.
    - Local was 8% below plan and 24% ahead of last year.
    - National revenue was 9% above plan and 46% ahead of last year. Excluding Cars.com (NLAS), National revenue was 1% below plan and 44% ahead of last year.
    - Recruitment was 13% below plan and 4% below last year.
    - Automotive was 1% above plan and 32% ahead of last year.
    - Real Estate was 8% below plan and 1% ahead of last year. Excluding ForSalebyOwner.com, Real Estate was 1% below plan and 7% ahead of last year.
    - General/Other was 17% below plan and 2% below last year.

- Cash expenses were $36.5M for the quarter, below plan by 5% and 30% above last year.

- Cash flow was $28.6M for the quarter, 12% below plan and 10% below last year.

## YTD

- Revenue was $190.8M, 5% below plan, and 14% ahead of last year.
    - Local was flat to plan and 27% ahead of last year.
    - National revenue was 7% above plan and 40% ahead of last year. Excluding Cars.com (NLAS), National Revenue was 8% over plan and 46% above last year.
    - Recruitment was 8% below plan and flat to plan.
    - Automotive was 2% above plan and 31% ahead of last year.
    - Real Estate was 7% below plan and 28% ahead of last year. Excluding ForSalebyOwner.com, Real Estate was 6% below plan and 5% ahead of last year.
    - General/Other was 8% below plan and 4% below last year.

- Cash expenses were $98.5M, below plan by 6% and 36% above last year.

- Cash flow was $92.3M, 3% below plan and 3% below last year.

### ForSaleByOwner.com Period 9 Results

- Period 9 Revenue was $1.5M, 23% below plan, and cash expenses were $879K, 23% below plan.
- Prior year period 9 GAAP Revenue was increased by open purchase accounting adjustments. Absent the impact of the open purchase accounting adjustments, GAAP Revenue increased 6% over prior year.

### ForSaleByOwner.com Q3 Results

- Third Quarter Revenue was $4.7M, 18% below plan, and cash expenses were $2.8M, 26% below plan.
- Prior year Q3 GAAP Revenue was increased by open purchase accounting adjustments. Absent the impact of the open purchase accounting adjustments, GAAP Revenue increased 8% over prior year.

**CONFIDENTIAL**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EGI-LAW 00142452

EGI-LAW 00142453

### ForSaleByOwner.com YTD Results

- YTD Revenue was $11.9M, 9% below plan, and cash expenses were $7.6M, 18% below plan.
- Prior year YTD results are not available for ForSaleByOwner. ForSaleByOwner YTD listing billings were $11.9M or 14% ahead of last year.

Please let me know if you have any questions,

Marina Shapira
Tribune Interactive
Accounting Manager
Phone: (312) 222-4262

CONFIDENTIAL