**From:** Hendricks, John [JHendricks@tribune.com]
**Sent:** Friday, October 05, 2007 4:53 PM
**To:** Bill Pate; Nils Larsen
**Cc:** Reardon, John; Vitanovec, John; Mazzaferri, Gina M.; Poelking, John; Kazan, Daniel G; Grenesko, Don
**Subject:** TBC Weekly Report (week 41)

**Attachments:** Week 40.pdf

Bill & Nils:

I'm out Monday, so I wanted to get you this today. Attached is the pacing report for Tribune Broadcasting. The category report won't be ready until Monday, but I'll send it Tuesday when I return. Here is a brief summary:

* Q4 pace finished the week at -14% vs. 2006. We are -10% vs., 2006 if you back out the 53rd week from last year.
* October pace is -7%, -1% if you back out political advertising from last year, and there is still business out there to write.
* Next week, pace will gain one point to -13% as we write about $300K more than last year despite being up against $1.4 million in political revenue.
* Business is being booked later than every before, and with the big historical billing weeks behind us, we have a chance to really improve pace over the next few weeks.
* Our new shows, Two and a Half Men and Family Guy continue to perform well and are growing each week. These shows helped us raise our September average unit rate in prime access +15% over last September.
* CW Primetime revenue continues to improve for our stations. September CW primetime revenue was +34% over last year.
* Some categories are surging due to the tight network scatter market and revenue is spilling into spot TV. Autos, movies, telcom and packaged goods, in particular, are stronger than they have been all year. So are beverages and healthcare.
* Last year in Q4, we wrote just under $25 million of political business. At this time last year, $13.2 million was already on the books, so we're more than half way home.

Please call me with any questions.

John


<<Week 40.pdf>>


John Hendricks
VP/Sales
Tribune Broadcasting Company
435 N. Michigan Avenue, 18th Floor
Chicago, IL 60611
312.222.3392
email: jhendricks@tribune.com

**CONFIDENTIAL**

**EGI-LAW 00141121**