**From:** Chris Hochschild [CHochschild@egii.com]
**Sent:** Monday, October 08, 2007 9:25 AM
**To:** GSpector@EQRWORLD.com; Randy Michaels; Nils Larsen
**Subject:** FW: Publishing Flash Summary - Period 10, Week 1

**Attachments:** Period10Week1 Flash Summary.xls
FYI

---

**From:** Sauter, Rachel [mailto:RSauter@tribune.com]
**Sent:** Monday, October 08, 2007 9:10 AM
**To:** Amsden, Harry; Bellack, Bob; Bigelow, Chandler; Brown, Thomas (MCall); Carver, Steve; Casanova, Vince; Delmonaco, Rich; DePaola, Ken; Doherty, Phil B.; Eberle, Jane M; Ellis, Jim; Evers, Chad; Feeney, Rich; FitzSimons, Dennis J.; Gart, Mike; Greenberg, Howard; Gremillion, Bob; Grenesko, Don; Hall, Suzanne (Chicago); Hayes, Dana; Hiller, David; Chris Hochschild; Jimenez, Terry; Jones, Lee (TMN); Juds, Judy A.; Kazan, Daniel G; Kennedy, Timothy; Kenney, Brigid E.; Kenney, Crane H; Kern, Gerould W.; Khahaifa, Avido; Knapp, Peter; Knight, Timothy; Landon, Tim J.; Leach, Tom; Litman, Brian F; Malee, Michael J.; Mallory, R. Mark; Malone, Dick; Meyer, Nancy; Minerva Rachel; Mitchell, Susan; Monsma, Durham; Motley, Robyn; Murphy, Dave - LA Times; Musil, Ruthellyn; Palermini, Bob; Bill Pate; Ray, Charles; Razzino, William; Ryan, Tim; Sauter, Rachel; Slason, Mike; Smist, Erik; Smith, Scott C.; Solomon, Digby; Mark Sotir; Thomas, Doug; Trausch, Diane M.; Tyner, Eddie; Waltz, Kathy; Williams, David D.; Wilson, Ann; Wortsman, David A.
**Subject:** Publishing Flash Summary - Period 10, Week 1

All-
Please find the attached summary of the Publishing Revenue Flash from Period 10, Week 1.

For the week, total ad revenue was down 7% from last year, 1% above projection. Retail was up 3%, National was down 1%, and Classified was down 21%.

Thanks,
Rachel

CONFIDENTIAL                                                                                                                                EGI-LAW 00142153