From: Chris Hochschild [CHochschild@egii.com]
Sent: Thursday, November 15, 2007 6:20 PM
To: Bill Pate; Nils Larsen; Randy Michaels; Gerry Spector
Subject: FW: Brown Book

**Importance:** High
Below is John's explanation of Tribune Broadcasting's weak period 10 results.

For Randy and Gerry – John Poelking is the VP of Finance for Broadcasting.

---

From: Poelking, John [mailto:JPoelking@tribune.com]
Sent: Thursday, November 15, 2007 5:26 PM
To: Chris Hochschild
Subject: FW: Brown Book
Importance: High

Chris, here you go.

1. Political. You are correct. TV Group Political in 10/06 was $9.1M vs. the $1.4M tallied in 2007. A difference of $7.7M in gross revenue, $6.6M net. Political has no real impact outside of the TV Group. You correctly note that Political is not noted in the Brown Book. A detailed Political and non-Political revenue breakdown is provided on a consolidated and individual station basis in the weekly pacing reports that we generate.

2. The other major impact, is the Cubs. The Cubs DID have 5 more home games in 2006. The Cubs season slides around based on the start of the season as dictated by MLB. Every few years it goes materially into October. On the revenue side the Cubs had $7.7M more in 2006 revenue, than October 2007. $3.7M of that fell to the bottom line. Although we did have the one playoff game in October this year (for a net gain of four games), you don't see the really big post-season revenues unless you go deeper into the post-season. Let me know if you still have questions related to the Cubs.

3. Even though the Plan dollar miss on Local is larger vs. National, you'll note that the percentage miss in smaller. Looking to the right side of the page (YTD), you will see the same situation. Most of the National part of the color on this topic relates to your question #1. The great majority of Political revenue is placed as National revenue. This tends to be true even for more local elections. Hence, in a post-political year you will generally see National more impacted than Local vs. the previous year. Versus Plan, both Local and National are down. Here are a couple of factors as to why Local is doing a bit better. New York, which is very strong right now, is heavily Local compared to other markets (A lot of the other markets' National revenue comes from New York, but New York handles it locally as they are already there.). Chicago and LA are also more Local than National. Looking to categories, Auto is roughly 50/50, Local/National, affecting both areas. Movies are more a National buy and they are down this year. Topping out the top three categories, Retail is going more heavily National as a result of consolidation and is also down below what was planned for.

4. On the revenue side, I think we have covered those in the above points. Moving to expense vs. plan, most of the savings is in Broadcast Rights and most of that is at the Superstation. They had planned on purchasing a new show and ended up passing on it. That has helped them over the past several months. A few other stations also had shortfalls from plan for various reasons, but none as material as SWGN. You will note on the overage side, News stands out. We had planned on outsourcing three of our News' by this time, but have held off, being sensitive to the going private process. Advertising and Promotion is also over plan for the period and that is a timing difference. Stations, once they found out we had new shows for this Fall, held back their advertising dollars from earlier in the year for the September-November timeframe to promote those new shows more heavily. YTD, they are under plan. There are several other areas that are under plan as all BUs continue to push for savings in all areas. Versus last year, the biggest expense variance is related to the number of Cub games (-$3.5M). Other areas are not significantly different with the exception of advertising, which is the same situation we discussed immediately above. Let me know if you'd like any further detail.

CONFIDENTIAL                                                                                                         EGI-LAW 00161131

5. The equities tend to bounce around a bit within the quarters. We usually get their projections by the quarter and we ratably lay them over the quarter (based on how the numbers came in during the previous year) for plan purposes. Generally we do not get their monthly financials until after the period has closed, so there is some adjusting to actuals in the following month. The important thing for TVFN is they are still on track to hit about $81M which is where we have had them projected for most of the year (above plan). Political, to answer your other point, has no impact on their numbers.

Chris let me know if you would like any other info.

Thanks.

John

---

**From:** Chris Hochschild [mailto:CHochschild@egii.com]
**Sent:** Tuesday, November 13, 2007 6:45 PM
**To:** Poelking, John
**Subject:** RE: Brown Book

Hey John,
Just a quick explanation of the major items that impacted the broadcasting results for the period will work. I am not looking for a detailed explanation; just high level color will do if it is something that isn't easily quantifiable like the political impact. If it has to wait until Thursday, that is fine. My points, along with the pages are below.

1. Political - I assume political is the biggest issue impacting total Broadcasting Revenues (and consequently OCF), but I don't think it is quantified on any of the schedules in the brown book.
2. According to the cover page "Consolidated-1", one would assume the Cubs are another big issue in the miss (though the explanation is that they played 5 fewer games than in the prior year, but I question if this is a true statement. Isn't October for playoff games? I would assume we actually played more games this year since we actually made the playoffs and played 1 game. "Broadcast-66" shows the impact the cubs had on Revenues and OCF. I would assume that the negative impact for the cubs was for a different reason than playing fewer games. Can you explain this?).
3. Local / National - On "Broadcast-3" you can see that national was very soft versus 2006, but Local was very weak versus the Plan. I would just like a little color on this.
4. Are there any other items of significance that are responsible for the miss vs. 2006 and the Plan for Total Broadcast Revenue and OCF? Any big expense items worth noting as discrepancies versus plan or 2006?
5. TVFN - On "Consolidated – 5", the fact that TVFN was down $2.6mm was somewhat of a surprise to me, but it appeared to be expected as it was ahead of plan by $1.0mm for the period. I would assume that this isn't a political issue (though maybe it was).

Thanks,
Chris

---

**From:** Poelking, John [mailto:JPoelking@tribune.com]
**Sent:** Tuesday, November 13, 2007 5:56 PM
**To:** Chris Hochschild
**Subject:** RE: Brown Book

Chris, what is your timing? Will Thursday do it for you? I'm in the middle of two-a-day plan meetings through tomorrow.

Just let me know. If you need it sooner, I can get it to you.

CONFIDENTIAL

EGI-LAW 00161132

Are there particular Brown book pages you are looking at? That way I can be sure to identify what you are looking at.

Thanks.

John

---

**From:** Chris Hochschild [mailto:CHochschild@egii.com]
**Sent:** Tuesday, November 13, 2007 5:28 PM
**To:** Poelking, John
**Subject:** FW: Brown Book

John,
Can you provide a little color to me on the broadcasting results for Period 10? Both revenues and OCF were well off versus 2006 (-13% for revenue and -29% for OCF) and the 2007 Plan (-5% for Revenue and -11% for OCF). I realize that some of this must be for political, a soft national market and cubs-related. Can you quantify the impact of the more meaningful items on the miss versus 2006 and Plan, as well as provide any color on why we missed?

Also, what happened at the Food Network versus 2006? It looks like we expected results to be weaker than 2006 and that we ultimately did slightly better than Plan. What was driving this?

Thanks,

Chris

---

**From:** Litman, Brian F [mailto:BLitman@tribune.com]
**Sent:** Tuesday, November 13, 2007 8:58 AM
**To:** Chris Hochschild
**Cc:** Bigelow, Chandler
**Subject:** RE: Brown Book

Chris,

Period 10 brown book attached.

Brian

---

**From:** Chris Hochschild [mailto:CHochschild@egii.com]
**Sent:** Tuesday, November 13, 2007 8:52 AM
**To:** Litman, Brian F
**Subject:** Brown Book

Brian,
Can you send me the full brown book when it is finished? Pete sent me the publishing only version yesterday, but we'd like to get the whole thing as soon as it is available. Thanks.

Chris Hochschild
Equity Group Investments, L.L.C.
2 North Riverside Plaza, Suite 600
Chicago, Illinois 60606
Tel: 312.466.3672   Fax: 312.454.9678
chochschild@egii.com

CONFIDENTIAL

EGI-LAW 00161133