**From:** Hendricks, John [JHendricks@tribune.com]
**Sent:** Monday, December 03, 2007 3:46 PM
**To:** Bill Pate; Nils Larsen; Chris Hochschild
**Cc:** FitzSimons, Dennis J.; Reardon, John; Vitanovec, John; Grenesko, Don; Kazan, Daniel G; Mazzaferri, Gina M.; Poelking, John
**Subject:** TBC Weekly Report (week 49)

**Attachments:** Week 48.PDF; Pacing Revenue by Brand Codes-Week 48 (12-2-2007).xls

Bill, Nils and Chris:

Attached are Tribune Broadcasting pacing and category reports with a brief summary. Per discussions with Chris Hochschild, we have added some additional information to the pacing file this week. This includes page 3, which breaks out local/national/total/cable revenue by quarter and YTD. Also new are pages 18-19 that provide a political advertising track for the current quarter, Q1 2008, and the individual months of November 2007 through March 2008. Finally, pages 25-31 isolate national revenue for Q4 2007, Q1 2008, and the same individual months listed above.

I hope the new information is helpful. Please call with any questions.

* December revenue, excluding the 53rd week from 2006, is pacing at +10% vs. last year.
* Q1 2008 continues pacing strong at +72% or $24 million ahead of last year at this time. This number is somewhat inflated due to the 53rd week factor and timing issues. But, much of it is also the result of stronger ratings and better performance.
* Our top categories are finishing the year very strong. Autos (+6) and Movies (+25%) are leading the charge in December.
* For the full 4th quarter, strong categories include Fast Food (+3%), Financial (+5%), Telcom (+12%), Entertainment (+4%), Health Care (+4%), Packaged Goods (+28%), Unwired (+40%) and Direct Response (+8%).
* We expect at least $4.5 million of political revenue in Q1 2008, led by races for Senate, House, Governor and early general election spending in key presidential swing states.

John

<<Week 48.PDF>>  <<Pacing Revenue by Brand Codes-Week 48 (12-2-2007).xls>>


John Hendricks
VP/Sales
Tribune Broadcasting Company
435 N. Michigan Avenue, 18th Floor
Chicago, IL 60611
312.222.3392
email: jhendricks@tribune.com

**CONFIDENTIAL**                                                                                       **EGI-LAW 00172465**