**From:** Chris Hochschild [CHochschild@egii.com]
**Sent:** Tuesday, November 13, 2007 6:45 PM
**To:** Poelking, John
**Subject:** RE: Brown Book

Hey John,
Just a quick explanation of the major items that impacted the broadcasting results for the period will work. I am not looking for a detailed explanation; just high level color will do if it is something that isn't easily quantifiable like the political impact. If it has to wait until Thursday, that is fine. My points, along with the pages are below.

1. Political - I assume political is the biggest issue impacting total Broadcasting Revenues (and consequently OCF), but I don't think it is quantified on any of the schedules in the brown book.
2. According to the cover page "Consolidated-1", one would assume the Cubs are another big issue in the miss (though the explanation is that they played 5 fewer games than in the prior year, but I question if this is a true statement. Isn't October for playoff games? I would assume we actually played more games this year since we actually made the playoffs and played 1 game. "Broadcast-66" shows the impact the cubs had on Revenues and OCF. I would assume that the negative impact for the cubs was for a different reason than playing fewer games. Can you explain this?).
3. Local / National - On "Broadcast-3" you can see that national was very soft versus 2006, but Local was very weak versus the Plan. I would just like a little color on this.
4. Are there any other items of significance that are responsible for the miss vs. 2006 and the Plan for Total Broadcast Revenue and OCF? Any big expense items worth noting as discrepancies versus plan or 2006?
5. TVFN - On "Consolidated – 5", the fact that TVFN was down $2.6mm was somewhat of a surprise to me, but it appeared to be expected as it was ahead of plan by $1.0mm for the period. I would assume that this isn't a political issue (though maybe it was).

Thanks,
Chris

---

**From:** Poelking, John [mailto:JPoelking@tribune.com]
**Sent:** Tuesday, November 13, 2007 5:56 PM
**To:** Chris Hochschild
**Subject:** RE: Brown Book

Chris, what is your timing? Will Thursday do it for you? I'm in the middle of two-a-day plan meetings through tomorrow.

Just let me know. If you need it sooner, I can get it to you.

Are there particular Brown book pages you are looking at? That way I can be sure to identify what you are looking at.

Thanks.

John

---

**From:** Chris Hochschild [mailto:CHochschild@egii.com]
**Sent:** Tuesday, November 13, 2007 5:28 PM
**To:** Poelking, John
**Subject:** FW: Brown Book

John,
Can you provide a little color to me on the broadcasting results for Period 10? Both revenues and OCF were well off versus 2006 (-13% for revenue and -29% for OCF) and the 2007 Plan (-5% for Revenue and -11% for OCF). I realize that some of this must be for political, a soft national market and cubs-related. Can you quantify the

EGI-LAW 00158927

impact of the more meaningful items on the miss versus 2006 and Plan, as well as provide any color on why we missed?

Also, what happened at the Food Network versus 2006?  It looks like we expected results to be weaker than 2006 and that we ultimately did slightly better than Plan.  What was driving this?

Thanks,

Chris

---

**From:** Litman, Brian F [mailto:BLitman@tribune.com]
**Sent:** Tuesday, November 13, 2007 8:58 AM
**To:** Chris Hochschild
**Cc:** Bigelow, Chandler
**Subject:** RE: Brown Book

Chris,

Period 10 brown book attached.

Brian

---

**From:** Chris Hochschild [mailto:CHochschild@egii.com]
**Sent:** Tuesday, November 13, 2007 8:52 AM
**To:** Litman, Brian F
**Subject:** Brown Book

Brian,
Can you send me the full brown book when it is finished?  Pete sent me the publishing only version yesterday, but we'd like to get the whole thing as soon as it is available.  Thanks.

Chris Hochschild
Equity Group Investments, L.L.C.
2 North Riverside Plaza, Suite 600
Chicago, Illinois 60606
Tel: 312.466.3672   Fax: 312.454.9678
chochschild@egii.com

**CONFIDENTIAL**