**From:** Bill Pate [BPate@egii.com]
**Sent:** Friday, August 17, 2007 2:08 PM
**To:** Chris Hochschild
**Cc:** Mark Sotir; Nils Larsen
**Subject:** FW: Publishing Model - Revised

**Attachments:** SCAN2550_000.pdf; publishing1_v080906v2.xls
See my comments in the model.

---

William Pate
Managing Director
Equity Group Investments, llc
2 North Riverside Plaza
Suite 600
Chicago, IL 60606

(office) 312-466-3805
(fax) 312-559-1280

---

Please consider the environment before printing this email.

---

**From:** Chris Hochschild
**Sent:** Friday, August 17, 2007 8:43 AM
**To:** Bill Pate; Mark Sotir; Nils Larsen
**Subject:** Publishing Model - Revised

Guys,
Attached is my first crack at a revised version of the publishing model which takes into account the recent trends that we have been witnessing. I've also attached a summary of the previous model that we've used in the LBO model. I've basically targeted management's current revenue and OCF projections for 2007. A summary of the changes for 2008-2016 is below.

Daily Print:
-Retail: Assumes a greater decline than before (3-4% vs 1% before)
-National: Assumes a decline of 5-6% even into the out years (before we assumed that the 5-6% decline becomes less in the out years)
-Classified: Assumes a greater decline of 16% declines in '08 and trending to 5% declines in '14 and beyond (before) based on help wanted declines of 10-12%, auto declines of 17.5% initially and 8% declines in the out years, and real estate declines of 17.5% initially and 5% declines in the out years.

Target Print:
I've assumed greater growth, however, I have a call into the folks at the Tribune to understand where we are headed from an OCF basis in '07 since they do not disclose Targeted Print OCF in their period brown books. The growth is driven by 4% growth in Retail and National revenues in 2008 and increases to 8% growth in the out years. However, I've also assumed that classifieds decline in this category at a rate of 1/3 of the declines in daily print, which is driven by the domination of interactive classifieds which will have a greater impact on daily print than targeted print publications, though I believe it will still have a negative impact on this segment (which was the case in '06).

Interactive:
-Retail & National: I've assumed greater growth in Retail (40% and declining to 20% growth by 2016) and

CONFIDENTIAL                                                                                                    EGI-LAW 00119758

National (30% and declining to 17.5% growth by 2016) advertising than before (~20% growth for both)
-Classifieds: I've assumed lower growth for help wanted (6-7.5%) versus 15% before and flat for the first 6 months of '07. I've assumed higher growth for autos (30% and declining to 10% growth by 2016) versus 20% in 2008 and declining to 10% by 2016. For real estate I've assumed higher growth as well (35% and declining to 10% growth by 2016) versus 20% 2008 and declining to 10% growth by 2016.

Circulation: I've assumed circulation declines 5% annually for home delivery and 8% annually for single copy (versus 1% and 7%, respectively in the original model). I've assumed no discounting for home delivery (versus 2% discounting annually before) or single copy (same as before) which results in circulation revenue declines of 5.5% (versus 4% before). I've used the circulation volume declines to drive circulation expense and FTE count for the publishing division (except for sales staff which I've held constant) versus 3-5% FTE reductions annually in the prior model, but assuming the Tribune's planned FTE counts for 2007-2009 were met.

Let me know if you would like to discuss the model or any of the assumptions. I am planning to spend some more time today going back through this and reviewing some of the assumptions as well. I will circulate another model later today if I make any changes.

Chris Hochschild
Equity Group Investments, L.L.C.
2 North Riverside Plaza, Suite 600
Chicago, Illinois 60606
Tel: 312.466.3672   Fax: 312.454.9678
chochschild@egii.com

CONFIDENTIAL

EGI-LAW 00119759