From: Chris Hochschild [CHochschild@egii.com]
Sent: Wednesday, August 29, 2007 12:30 PM
To: Bill Pate; Mark Sotir; Nils Larsen
Subject: Revised Publishing & LBO Models

Attachments: publishing1_v082807.xls; Tower_LBO_v90_Flexed.xls

Attached is the revised publishing model that reflects our discussion on Monday. With the less pronounced growth in interactive revenues and slightly greater declines in Daily Print - Retail, greater declines in Daily Print – Classifieds, which are only slightly offset by lower declines in Daily Print – National and greater growth (now at 5%) at CLTV and TMS, consolidated revenue is reduced by only $15mm in 2008 (versus the scenario we looked at in Bill's office on Monday), but by $250mm in 2016 (primarily a result of lower interactive revenues of $848mm vs $1216 in the prior scenario, offset by higher Daily Print revenues of $2394 vs $2299 in the prior scenario). In general, the cost reduction assumptions are also slightly less aggressive than the prior scenario. I've still targeted the company's latest OCF projection of $790mm in 2007. These revised assumptions lead to OCF of $737mm in 2008 (vs. $755mm in the prior scenario), $669mm in 2010 (vs. $707m in the prior scenario) when the company will violate its interest coverage covenant and $704mm in OCF at 2017 (our projected exit date). OCF margins on Daily Print now decline from 20.5% in 2007 to 3.4% in 2016, which should hopefully prove to be conservative, while Interactive OCF margins improve from 46% in 2007 to 61% in 2016, which seems achievable because of the operating leverage in this area. The returns are impacted pretty significantly (10% 10-Year IRR). I've also include the LBO model with this scenario in it so that you can see the impact.

Chris Hochschild
Equity Group Investments, L.L.C.
2 North Riverside Plaza, Suite 600
Chicago, Illinois 60606
Tel: 312.466.3672  Fax: 312.454.9678
chochschild@egii.com

**CONFIDENTIAL**

EGI-LAW 00123738