**From:** Chris Hochschild [CHochschild@egii.com]
**Sent:** Thursday, September 27, 2007 5:17 PM
**To:** Bill Pate; Nils Larsen; Mark Sotir
**Subject:** Comparing TRB Mgmt's New 5-Year Projections to EGI

**Attachments:** Mgmt Model Compared to EGI Model.xls
Attached is a high level summary of EGI's current projections and TRB management's current 5-year projections (which were shared with the banks yesterday). At a high level, the differences are:

1) The company assumes more aggressive revenue growth assumptions for Daily Print (actually they show less of a decline), Target Print and Interactive. A couple things to note though:
   a. The company didn't allocate preprint revenues between target print and daily print for these projections, so I included 100% of their preprint revenues in Daily Print (hence the dramatically lower Target Print revenues for Mgmt's projections in 2007 ($239mm) versus EGI's ($308mm)). As you will recall, we haven't broken out preprints in our projections for Daily and Target, but rather they are embedded in our projections for both Daily and Target advertising revenues. Consequently, comparing print projections isn't exactly apples to apples.
   b. Interactive advertising revenue growth assumptions for the Company are actually lower than ours, while they've included significant revenues from "Acquisitions" and "Internal Development Opportunities" which make their Interactive revenue growth higher than ours.
2) For circulation revenue, the company projected a slightly more aggressive decline (-3.2% per year versus -1.8% for EGI) based on price and volume declines.
3) The company has Other Revenue growing at 6-8% annually while we assume ~3% annual growth
4) Publishing OCF is higher for management's model and is driven by stronger performance of print (since Interactive OCF is similar for the 2 models as we assume a higher margin for the business) with stronger Daily and Target growth and lower expenses (as a % of revenues) than we assumed.
5) Broadcasting (Revenues & OCF) are very similar between both sets of projections
6) The company is only slightly more aggressive on the Equity Income projections than we are (and only in 2011 and 2012, which is likely a result of them giving more credit to the $50mm of annual interactive investments)

Let me know if you have any questions or would like to see any more detail.

Chris Hochschild
Equity Group Investments, L.L.C.
2 North Riverside Plaza, Suite 600
Chicago, Illinois 60606
Tel: 312.466.3672   Fax: 312.454.9678
chochschild@egii.com

**CONFIDENTIAL**

**EGI-LAW 00136728**