**From:** Chris Hochschild [CHochschild@egii.com]
**Sent:** Monday, October 08, 2007 9:23 AM
**To:** GSpector@EQRWORLD.com
**Subject:** Tribune - Sensitivity Case

**Attachments:** CH Tribune Company.pdf

Gerry,

Attached is management's latest 5-year forecast. This is their downside sensitivity case (with full financing flex) that they've shared with the banks. The projections are based on the projections of the most negative research analyst (Craig Huber of Lehman Bros.) that follows the company, with a few tweaks that reflect salary freezes, elimination of bonuses, increased severance costs, lower capex and the deferral of cash interest on the PHONEs debt, all of which are levers that management believes can be pulled in a downside scenario, but that Huber does not include in his projections. As you can see the company still has cushion ($41mm of EBITDA cushion at its lowest point in 2011) under its covenants. I believe that from an operating standpoint, this is a very negative scenario and shows that the company should have plenty of room under its covenants for the first few years following the close of the transaction even in a fairly catastrophic scenario. Please let me know if you would like to see any additional sensitivities run.

Also, I've requested some historical info on the company's overhead across all 4 areas (Corp., TPC, TBC and TI), however the financial reporting folks (who will be pulling the info for us) at the Tower have been getting jammed on a rather large follow-up due diligence request from the lead banks (which should hopefully be completed this week), consequently they should be able to get the info for me immediately after they've completed the banks' DD materials. Once I receive it, I will share it with you.

Chris

**CONFIDENTIAL**                                                                                                                           EGI-LAW 00142156