**From:** Chris Hochschild [CHochschild@egii.com]
**Sent:** Thursday, December 06, 2007 11:32 AM
**To:** rcread@icmgi.com
**Cc:** Bill Pate; Nils Larsen
**Subject:** Tribune Model

**Attachments:** model_negotiated_proposal_november21_2007_Q3_EGIv3.xls

Randy,

Attached is the latest Tribune model updated for Q3 results (see Naomi's note below about the update). I've included the EGI projections (Scenario #2) in the model as well. The EGI projections include slightly more conservative publishing and broadcasting revenue and OCF projections than the Management projections (Scenario #1) and a lower amount of acquisitions and investments ($50mm in 2008 and $25mm in 2009 and beyond versus $100mm in the Management projections). Please let me know if you'd like me to walk you through the model. As I mentioned when we spoke, I will be out in Las Vegas the night of Friday the 14th through Monday the 17th (I believe you will be in Chicago on Monday the 17th). If you think it would be beneficial, I could come out earlier on Friday and spend some time with you either discussing the model or anything that you'd like related to the company and the transaction in advance of your trip to Chicago. Once you've had a chance to review, please let me know how you'd like to proceed. Thanks.

Chris Hochschild
Equity Group Investments, L.L.C.
2 North Riverside Plaza, Suite 600
Chicago, Illinois 60606
Tel: 312.466.3672   Fax: 312.454.9678
chochschild@egii.com

---

**From:** Sachs, Naomi [mailto:NSachs@tribune.com]
**Sent:** Wednesday, December 05, 2007 5:48 PM
**To:** Chris Hochschild
**Cc:** Bigelow, Chandler
**Subject:** RE: updated model

Chris,

Attached is the model updated for Q3 operating results. We have also updated some of the Q4 non-operating cash flow assumptions. Please note that we have not updated the GAAP section which I think could have a small impact on certain things going forward, such as the projected tax calculations. Also, as we discussed, we have not updated Q4, so the model effectively rolls actual Q1-Q3 and adds unchanged Q4 operating numbers, resulting in a full year '07 projection that is slightly different.

Please let me know if you have any questions.

Thanks,

Naomi

CONFIDENTIAL

EGI-LAW 00174208