**From:** Chris Hochschild [CHochschild@egii.com]
**Sent:** Tuesday, September 25, 2007 1:19 PM
**To:** Bill Pate; Mark Sotir
**Subject:** TRB - Mgmt's 5-Year Projections

**Attachments:** Publishing 5 yr projections.xls; Interactive 5 yr projections.xls; Broadcasting 5 yr projections.xls
FYI

---

**From:** Bigelow, Chandler [mailto:CBigelow@tribune.com]
**Sent:** Tuesday, September 25, 2007 11:04 AM
**To:** Nils Larsen; Chris Hochschild
**Subject:**

Not sure if you ever got the attached - five year base case projections for Publishing/Interactive and Broadcasting split by business unit. Please let me know if you have any questions.

Planning to send out a new consolidated five year model which reflects all of your comments and the banks comments by the end of the today. I think we got all of them, but I'm sure some remain.

Also, I will be sending out a dial-in number and handouts for our call tomorrow either later today or first thing tomorrow morning. If you'd like to come over at 1pm let me know. I think a Mitch and Dave Lewicki from Merrill are coming over and Dan Petrick from BofA. Everyone else will be on the phone.

Planning to send out our five-year upside and downside sensitivities by end of day Friday.

Please let me know if you have any questions.

Thanks, Chandler

CONFIDENTIAL

EGI-LAW 00135445