**From:** Nils Larsen [NLarsen@egii.com]
**Sent:** Thursday, September 20, 2007 1:37 PM
**To:** Bill Pate; Chris Hochschild; Mark Sotir; Philip Tinkler
**Cc:** Joe Paolucci; Marc Hauser
**Subject:** FW:

As referred to in my earlier e-mail, this is a draft of the caveat to the sensitivities the company provided to the recipients of its projections. They cleaned it up and clarified from here but this is the tone.

---

**From:** Bigelow, Chandler [mailto:CBigelow@tribune.com]
**Sent:** Thursday, September 20, 2007 10:20 AM
**To:** Nils Larsen
**Subject:**

This is what I would plan to send out to the banks - do you mind taking a look? Thanks.


As a follow-up to my earlier email, please note that the five-year consolidated model includes certain downside scenarios that were prepared by Tribune solely in response to your requests. These downside scenarios include (i) a sensitivity case which assumes a 3% annual decline in publishing revenues and a 1% decline in broadcasting revenues (which is reflective of a prior sensitivity case prepared in March/April 2007) and (ii) a sensitivity case which reflects the assumptions made by Craig Huber of Lehman Brothers in his research report dated August 14, 2007. As you know, we do not support the assumptions made or the conclusions reached by Mr. Huber in his August 14, 2007 report.

The downside scenarios in the model are not sensitivity cases endorsed or adopted by Tribune management and were prepared solely in response to requests from your institutions. Further, they are not to be used by your institutions in any manner that designates or attributes them as scenarios endorsed or adopted by Tribune management and are not to be disclosed to any other person or otherwise used in connection with the syndication or marketing of the second step financing.

As we have discussed, Tribune management is developing a sensitivity case(s) and will share such case(s) with you upon completion.

CONFIDENTIAL

EGI-LAW 00129781