**From:** Nils Larsen [NLarsen@egii.com]
**Sent:** Thursday, September 20, 2007 9:03 AM
**To:** cbigelow@tribune.com
**Subject:** Re:

Why would we do this? The Lehman numbers are garbage. I would suggest these guys can run their own sensitivities. We should provide them an upside case too. Did we give the same sensitivities to VRC?
Nils Larsen

--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: Nils Larsen
Sent: Thu Sep 20 07:48:33 2007
Subject:

One thing on the financial model. You'll see it has an operating sensitivity toggle that includes our old downside and the Lehman downside. The banks asked for this functionality. I explained to the banks that we are working on a new downside and that we will distribute this next week.

Speak to you later. CB

**CONFIDENTIAL**

**EGI-LAW 00133127**