**From:** Nils Larsen [NLarsen@egii.com]
**Sent:** Wednesday, October 24, 2007 11:36 AM
**To:** Sharon Koch
**Subject:** Fw: Tribune rating agency presentation

**Attachments:** Tribune Oct 2007 RAP v38.pdf

Could you print this out in two sided fashion so I can take it with me today?
Nils Larsen
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: Nils Larsen
Sent: Wed Oct 24 11:24:51 2007
Subject: FW: Tribune rating agency presentation

Use this one. We do have some small edits which will not be fixed until later this afternoon. This is in pretty good shape. See you tomorrow. CB

---

From: gretchen.e.tonnesen@jpmorgan.com [mailto:gretchen.e.tonnesen@jpmorgan.com]
Sent: Tuesday, October 23, 2007 7:58 PM
To: Bigelow, Chandler; Sachs, Naomi; todd_kaplan@ml.com; Caroline_Kim@ml.com; todd_kaplan@ml.com; Carl_Mayer@ml.com; stephen_b_paras@ml.com; mariela_figueroa@ml.com; greg_margolies@ml.com; david_tuvlin@ml.com; henrik_dahlback@ml.com; Richard_Hoffman@ml.com; michael_costa@ml.com; todd_scolnick@ml.com; robert_innocentin@ml.com; julie.persily@citigroup.com; michael.scardigli@citigroup.com; sachin.sarnobat@citi.com; david.tuder@citi.com; timothy.p.dilworth@citigroup.com; bill.a.bowen@bankofamerica.com; andrew.c.karp@bankofamerica.com; daniel.kelly@bofasecurities.com; jon.lindvall@bankofamerica.com; william.pegler@bofasecurities.com; lekan.j.lawal@bankofamerica.com; charles.w.roan@bankofamerica.com; scott.seaton@bofasecurities.com; michael.ballou@bofasecurities.com; todd.holder@bofasecurities.com; jordan.m.steinberg@bofasecurities.com; raju.n.patel@bankofamerica.com; daniel.petrik@bankofamerica.com; jeff.mills@bankofamerica.com; DHorowitz@Cahill.com; DRyan@Cahill.com; JSchaffzin@Cahill.com; wmiller@cahill.com; mlashbrook@cahill.com
Cc: peter.cohen@jpmorgan.com; joachim.sonne@jpmorgan.com; ferdinand.a.grimminck@jpmchase.com; RAJESH.KAPADIA@jpmorgan.com; earl.e.dowling@jpmorgan.com; yang.chen@jpmorgan.com; matthew.w.slovitt@jpmchase.com; Henry.W.Higbie@jpmorgan.com
Subject: Tribune rating agency presentation


All,

Please find attached a copy of the Tribune rating agency presentation. Please submit any comments you might have by tomorrow 11AM so that we have time to make the changes and print copies to send to the agencies. You can e-mail comments to me or fax them to: (646) 328-3100.

Best,
Gretchen

Gretchen Tonnesen

CONFIDENTIAL

EGI-LAW 00153635

J.P. Morgan Investment Banking | Technology, Media, & Telecom
277 Park Avenue, 3rd floor | New York, NY 10172
Office: (212) 622-9941 | Mobile: (262) 227-9915 | Fax: (646) 328-3100

---

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates. This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you. Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.

CONFIDENTIAL

EGI-LAW 00153636