**From:** Nils Larsen [NLarsen@egii.com]
**Sent:** Thursday, November 29, 2007 2:50 PM
**To:** Bill Pate; Philip Tinkler; Marc Hauser; Mark Sotir; Chris Hochschild; Joe Paolucci
**Subject:** FW: Moody's press release

---

**From:** Bigelow, Chandler [mailto:CBigelow@tribune.com]
**Sent:** Thursday, November 29, 2007 2:35 PM
**To:** Kaplan, Todd (GMI Leveraged Finance); rajesh.kapadia@jpmorgan.com; julie.persily@citigroup.com; bill.a.bowen@bankofamerica.com
**Cc:** Grenesko, Don; Eldersveld, David; Kenney, Crane H; Eldersveld, David; Nils Larsen
**Subject:** FW: Moody's press release

Just got off the phone with Moody's - please see below. They are planning a downgrade today and also plan to lower us to B3 post second step. Please let me know if you have any comments on the press release below.

---

**From:** Puchalla, John [mailto:John.Puchalla@moodys.com]
**Sent:** Thursday, November 29, 2007 2:30 PM
**To:** Bigelow, Chandler
**Subject:** Moody's press release

Chandler -

Please let me know if you have any comments on the attached press release. In particular, we want to ensure (1) there are no factual inaccuracies; and (2) we do not inadvertently disclose non-public information. We would like to issue this today.

Regards,
John



**John E. Puchalla, CFA**
Assistant Vice President/Analyst
Moody's Investors Service
7 World Trade Center at 250 Greenwich Street
New York, NY 10007
212/553-4026 phone
212/298-6272 fax
646/673-3346 mobile
john.puchalla@moodys.com

Moody's Lowers Tribune's CFR to B1, Ratings Remain on Review for Downgrade

Approximately $10.6 billion of debt instruments affected

Moody's Investors Service downgraded Tribune Company's ("Tribune") Corporate Family rating to B1 from Ba3, Probability of Default rating to B1 from Ba3 and associated debt ratings as detailed below. The downgrade reflects Moody's estimate that projected advertising revenue, EBITDA and cash flow generation will be lower than previously anticipated in 2008 and 2009 as a result of the ongoing challenges associated with a difficult revenue

environment facing the newspaper industry including a soft residential real estate market and heightened competition from alternative advertising channels such as the Internet. The rating agency stated that debt protection measures will be meaningfully weaker than anticipated on April 23, 2007, the date of the prior rating action. Specifically, debt-to-EBITDA and free cash flow-to-debt in 2009 are likely to be in the range of 6.5x and 3%, respectively, notwithstanding tax settlement and asset sale proceeds in excess of Moody's prior projections. The rating action is unrelated to Tribune's plan to go private in a transaction led by Sam Zell (the "Zell-ESOP transaction") and all ratings remain on review for downgrade due the transaction.

Downgrades:
..Issuer: Tribune Company
....Corporate Family Rating, Downgraded to B1 from Ba3
....Probability of Default Rating, Downgraded to B1 from Ba3
....Issuer Rating, Downgraded to B3 from B2
....Senior Secured Bank Credit Facility, Downgraded to Ba3, LGD3-36% from Ba2, LGD3-37%
....Senior Unsecured Regular Bond/Debenture, Downgraded to B3, LGD5-84% from B2, LGD5-84%
....Senior Unsecured Medium-Term Note Program, Downgraded to B3 from B2
....Subordinate notes (PHONES), Downgraded to B3, LGD6-93% from B2, LGD6-93%
....Multiple Seniority Shelf, Downgraded to (P)B3 from (P)B2

Moody's also indicated that completion of the Zell-ESOP transaction would result in a further downgrade of the CFR to B3 with a stable rating outlook. This is one notch lower than Moody's earlier expectation for a B2 CFR upon completion of the privatization plan. Moody's believes the aforementioned reduction in earnings through 2009 will lead to debt-to-EBITDA in an 8.5-9.5x range for 2009 and EBITDA less capital expenditures to interest in a 1-1.2x range. These metrics are weaker than the levels Moody's had previously anticipated at the B2 CFR rating, including debt-to-EBITDA of 8.25x or lower by 2009 and EBITDA less capital expenditures to interest sustained above 1.2x. Tribune's shareholders approved the privatization plan in August 2007 and Tribune plans to close the transaction by the end of 2007 pending receipt of necessary FCC cross ownership waivers.

If the Zell-ESOP transaction is not completed, Moody's expects to confirm the B1 CFR with a stable rating outlook.

Tribune Company, headquartered in Chicago, Illinois, is a leading media company with revenue of approximately $5.2 billion from continued operations, is the second largest U.S. newspaper publisher, and also operates television and radio broadcasting and interactive services. The company owns 23 television stations including a VHF station in each of the top three metro markets, and TV-newspaper duopolies in New York, Los Angeles, Chicago, Miami, and Hartford. In addition, Tribune owns equity interests in a variety of media enterprises including CareerBuilder and the Food Network.

---

**The information contained in this e-mail message, and any attachment thereto, is confidential and may not be disclosed without our express permission. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution or copying of this message, or any attachment thereto, in whole or in part, is strictly prohibited. If you have received this message in error, please immediately notify us by telephone, fax or e-mail and delete the message and all of its attachments. Thank you. Every effort is made to keep our network free from viruses. You should, however, review this e-mail message, as well as any attachment thereto, for viruses. We take no responsibility and have no liability for any computer virus which may be transferred via this e-mail message.**

CONFIDENTIAL

EGI-LAW 00170949