From: CN=Darryl M Jacobson/O=JPMCHASE
Date: 09/29/2007 02:53:14 PM
To: "Thomas Kenny" <tkenny@murraydevine.com>; "Dennis Murray"
<dmurray@murraydevine.com>
Subject: Fw: Tribune - logistics and materials for Monday
Number of attachments: 4

Tom and Dennis,
Everything is confirmed for you to be able to join the meeting on Monday. Below in text
format is the itinerary/agenda for the meeting and location (same as indicated earlier),
also attached are the agenda file, as well as copies of part of the presentation materials for
the meeting.  I will have someone forward additional files related to the transaction to
you.
Raj Kapadia (my Managing Director) and I are on United flt 695 out of LGA on Sun at
8pm arriving OHare at 9:40pm. Not sure if you've had a chance to make travel
arrangments, but I assume you would probably fly out of Philadelphia if you are
traveling.  If you were flying out of NY, perhaps you could try to arrange the same flt, so
that we could catch up with you before the flt, otherwise perhaps at a convenient point
within our schedules prior to the meeting.  We will be at the Four Seasons (120 E.
Delaware pl.) Sun night.
Please let us know your plans with respect to the meeting.
Thanks,
Darryl
Location (~60 attendees in total, including operations people from Tribune, 4 banks, and
lawyers):
University of Chicago / Gleacher Center – 3rd Floor (Room 308)
450 North Cityfront Plaza Drive
Chicago, Illinois 60611
(T) 312-464-8787
Continental breakfast begins at 7:30 a.m.
8:00 – 8:10 Introductions and opening comments (FitzSimons)
Publishing/Interactive Session
8:10 – 9:00 Overall model assumptions (Smith/Amsden)
9:00 – 9:15 Transformative Change (Gremillion)
9:15 – 10:15 Advertising revenue
10:15 – 10:25 Break
10:25 – 10:45 Circulation (Casanova)
10:45 – 11:30 Interactive (Landon/B. Kenney)
11:30 – Noon Lunch break
Noon – 1:50 Top 5 business units (Hiller/Smith/Knight/Greenberg/Waltz)
1:50 – 2:20 Discussion of operating plan sensitivities (Smith/Amsden)
2:20 – 2:30 Break
Broadcasting & Entertainment Session

JAD1_001_00000001-5253

2:30 – 2:40 Opening Remarks (Reardon)
2:40 – 3:05 Revenue drivers (Hendricks)
3:05 – 3:25 Overall model assumptions (Mazzaferri)
3:25 – 4:20 Individual market overview
4:20 – 4:30 Capital Planning (Poelking)
4:30 – 4:45 Discussion of operating plan sensitivities (Reardon/Mazzaferri)
Discussion of Operating Plan Sensitivities
4:45 – 5:30 Consolidated operating plan sensitivities (FitzSimons/Grenesko)
Darryl M. Jacobson
J.P. Morgan Securities Inc.
Tel: (212) 270-0329
Cell: (917) 359-8511
--------------------------

Sent from my BlackBerry Wireless Handheld
    Inactive hide details for Yang X ChenYang X Chen

    From: Yang X Chen
    Sent: 09/28/2007 05:36 PM EDT
    To: cbigelow@tribune.com; dgrenesko@tribune.com;
ckenney@tribune.com; deldersveld@tribune.com;
wpate@egii.com; nlarsen@egii.com; ptinkler@egii.com;
msotir@egii.com; chochschild@egii.com; jpaolucci@egii.com;
mhauser@egii.com; jklein@egii.com; Rajesh Kapadia; Darryl
Jacobson; Yang Chen; Tesia Sommer; Patricia Deans; Peter
Cohen; Brit Bartter; Joachim Sonne; Ferdinand Grimminck;
Gretchen Tonnesen; Robert Anastasio; Matthew Slovitt;
Caroline_Kim@ml.com; todd_kaplan@ml.com;
michael_ogrady@ml.com; David_Lewicki@ml.com;
Carl_Mayer@ml.com; stephen_b_paras@ml.com;
mariela_figueroa@ml.com; greg_margolies@ml.com;
david_tuvlin@ml.com; henrik_dahlback@ml.com;
Richard_Hoffman@ml.com; michael_costa@ml.com;
jose_cotarelo@ml.com; mitchell_marcus@ml.com;
todd_scolnick@ml.com; john_harrison@ml.com;
harris_hwang@ml.com; james_reynolds@ml.com;
michael_costa@ml.com; robert_innocentin@ml.com;
julie.persily@citigroup.com; christina.mohr@citigroup.com;
rosanne.kurmaniak@citigroup.com;
john.t.apostolides@citigroup.com;
michael.scardigli@citigroup.com;
julio.ojeaquintana@citigroup.com;
michael.s.canmann@citigroup.com;
christopher.mowerybell@citi.com; jeffrey.roth@citi.com;
sachin.sarnobat@citi.com; david.tuder@citi.com;
timothy.p.dilworth@citigroup.com;
bill.a.bowen@bankofamerica.com;
andrew.c.karp@bankofamerica.com;

daniel.kelly@bofasecurities.com;
jon.lindvall@bankofamerica.com;
william.pegler@bofasecurities.com;
lekan.j.lawal@bankofamerica.com;
charles.w.roan@bankofamerica.com;
scott.seaton@bofasecurities.com;
michael.ballou@bofasecurities.com;
todd.holder@bofasecurities.com;
jordan.m.steinberg@bofasecurities.com;
raju.n.patel@bankofamerica.com;
daniel.petrik@bankofamerica.com;
jeff.mills@bankofamerica.com; DHorowitz@Cahill.com;
DRyan@Cahill.com; JSchaffzin@Cahill.com;
wmiller@cahill.com; mlashbrook@cahill.com;
lbarden@Sidley.com; skatz@sidley.com;
kblatchford@sidley.com; mheinz@sidley.com;
jlangdon@sidley.com; rlewis@sidley.com; CVarner@Sidley.com;
sarosenblum@wlrk.com; HStrutt@wlrk.com;
jgromacki@jenner.com; tmonson@jenner.com; bboch@jenner.com;
mwolf@jenner.com; FPatel@jenner.com; prosenbaum@jenner.com;
awhiteway@mwe.com; jfinkelstein@mwe.com; brubin@mwe.com

   Subject: Tribune - logistics and materials for Monday

Attached please find the agenda and directions for Monday's meeting. The presentations
will begin at 8AM with continental breakfast served at 7:30AM. The dial-in number is
included in the agenda as well:

Dial-in (888) 830-6260

Passcode: 372736

Also, attached are the Publishing and Broadcasting presentations for Monday. The
Company is still working on the presentation for the consolidated operating sensitivities
and will circulate along with the updated financial model over the weekend.

Hard copies of the presentation will be provided at the meeting for those in attendance.
Thanks.

Yang Chen
J.P. Morgan | Syndicated Leveraged Finance
Telecom, Media & Technology
270 Park Avenue, 5th Floor | New York, NY 10017
Telephone: 212-270-9506 | Fax: 917-456-3149

*(See attached file: October 1 Agenda.doc)(See attached file: Gleacher Center
Map.pdf)(See attached file: Publishing Presentation.pdf)(See attached file: TBC Banker
Presentation 10-01-07.pdf)*

JAD1_001_00000001-5253

TRIBUNE COMPANY
Underwriters Due Diligence
October 1, 2007

University of Chicago / Gleacher Center – 3rd Floor (Room 308)
450 North Cityfront Plaza Drive
Chicago, Illinois 60611
(T) 312-464-8787

Teleconference information:
Dial-in (888) 830-6260
Passcode: 372736

Continental breakfast begins at 7:30 a.m.

Introduction

    8:00 – 8:10          Introductions and opening comments (FitzSimons)

Publishing/Interactive Session

    8:10 – 9:00          Overall model assumptions (Smith/Amsden)

    9:00 – 9:15          Transformative Change (Gremillion)

    9:15 – 10:15        Advertising revenue
- Retail (Thomas)
- National (DePaola)
- Classified (DePaola)

    10:15 – 10:25      Break

    10:25 – 10:45      Circulation (Casanova)
- Revenue and net paid
- Commercial delivery and infrastructure opportunities

    10:45 – 11:30      Interactive (Landon/B. Kenney)

    11:30 – Noon      Lunch break

1

MD 00048

| | |
|---|---|
| Noon – 1:50 | Top 5 business units (Hiller/Smith/Knight/Greenberg/Waltz) |
| | • Financial projections/assumptions for each market |
| 1:50 – 2:20 | Discussion of operating plan sensitivities (Smith/Amsden) |
| 2:20 – 2:30 | Break |

## Broadcasting & Entertainment Session

| | |
|---|---|
| 2:30 – 2:40 | Opening Remarks (Reardon) |
| 2:40 – 3:05 | Revenue drivers (Hendricks) |
| | • Daypart Analysis |
| | • CW and Fox Prime |
| | • New Syndicated Programming |
| | • September – December Outlook |
| 3:05 – 3:25 | Overall model assumptions (Mazzaferri) |
| | • Global Revenue Assumptions – market and station |
| | • Expense Forecast – rights, compensation, other |
| 3:25 – 4:20 | Individual market overview |
| | • WPIX (Berlamino) |
| | • WGN-TV / Superstation (Vitanovec) |
| | • Other Key Markets |
| 4:20 – 4:30 | Capital Planning (Poelking) |
| 4:30 – 4:45 | Discussion of operating plan sensitivities (Reardon/Mazzaferri) |

## Discussion of Operating Plan Sensitivities

| | |
|---|---|
| 4:45 – 5:30 | Consolidated operating plan sensitivities (FitzSimons/Grenesko) |
| | • Base case |
| | • Upside |
| | • Downside |

2

MD 00049

Attendees (total 58)

Tribune Company (9)
- Dennis FitzSimons, Chairman, Chief Executive Officer & President
- Don Grenesko, Senior Vice President/Finance and Administration
- Crane Kenney, Senior Vice President/General Counsel
- Tom Leach, Senior Vice President/Development
- Chandler Bigelow, Treasurer
- Dan Kazan, Vice President/Development
- Brian Litman, Assistant Controller
- Dave Eldersveld, Senior Counsel
- Naomi Sachs, Director/Investments

Tribune Publishing Company (12)
- Scott Smith, Tribune Publishing, President & *Chicago Tribune*, Publisher
- Bob Gremillion, Tribune Publishing, Executive Vice President
- Harry Amsden, Tribune Publishing, Vice President/Finance
- Ken DePaola, Tribune Media Net, President
- Doug Thomas, Tribune Publishing, Senior Vice President/Sales
- Vince Casanova, Tribune Publishing, Vice President/Circulation
- Tim Landon, Tribune Interactive, President
- Brigid Kenney, Tribune Interactive, Senior Vice President/Network Operations
- David Hiller, *Los Angeles Times*, Publisher
- Tim Knight, *Newsday*, Publisher
- Howard Greenberg, *South Florida Sun-Sentinel*, Publisher
- Kathy Waltz, *Orlando Sentinel*, Publisher

Tribune Broadcasting Company (7)
- John Reardon, Tribune Broadcasting, President
- John Vitanovec, Tribune Broadcasting, Executive Vice President
- Marc Schacher, Senior Vice President/Programming & Development
- Gina Mazzaferri, Tribune Broadcasting, Vice President/Strategy & Administration
- John Poelking, Tribune Broadcasting, Vice President/Finance
- John Hendricks, Tribune Broadcasting, Vice President/Sales
- Betty Ellen Berlamino, WPIX-TV, Vice President/General Manager

Equity Group (2)
- Chris Hochschild
- Bill Pate

Bank of America (4)
- Dan Petrik
- Jon Lindvall
- William "Hutch" Pegler

3

MD 00050

- Raju Patel

Citigroup (3)
- Christina Mohr
- Michael Canmann
- Rosie Kurmaniak

JPMorgan (11)
- Brit Bartter
- Peter Cohen
- Joachim Sonne
- Tony Grimminck
- Gretchen Tonnesen
- Trish Deans
- Raj Kapadia
- Darryl Jacobson
- Yang Chen
- Chris Walsh
- John Kowalczuk

Merrill Lynch (8)
- Todd Kaplan
- Mike O'Grady
- Mitch Marcus
- Dave Lewicki
- Dave Tuvlin
- Henrik Dahlback
- John Harrison
- Stephanie Vallillo

Sidley Austin (1)
- Larry Barden

Cahill (1)
- William Miller

4

MD 00051

Page 1 of 1

## Yahoo! Maps

*Tribune Tower*

YAHOO! LOCAL Maps



When using any driving directions or map, it's a good idea to do a reality check and make sure the road still exists, watch out for construction, and follow all traffic safety precautions. This is only to be used as an aid in planning.

*University of Chicago*
*Gleacher Center*
*450 North Cityfront Plaza*
*(T) 312 464 8787*

MD 00052



**Gleacher**
C E N T E R
*Executive Conferences & Events*

450 North Cityfront Plaza Drive • Chicago, IL 60611 • 312.464.8787

**From Interstate 90/94**

To entrance: Heading either north or south on I-90/94, exit at Ohio Street.
Follow Ohio east to Michigan Avenue. Turn right. At the second light,
turn left on Illinois Street. At stop sign, turn right. Gleacher Center is
on the right.

To area parking: Heading either north or south on I-90/94, exit Ohio
Street east. Follow Ohio Street east to St. Clair Street, which is one
block beyond Michigan Avenue and turn right. Travel one block on
St. Clair Street to Grand Avenue and turn right. Travel one block on
Grand Avenue to Lower Michigan Avenue and turn left. Travel one more
block on Lower Michigan Avenue to Lower Illinois Street and turn left.
Parking is two blocks down on the right. Standard parking rates apply.

**From Lake Shore Drive**

To entrance: Heading either north or south on Lake Shore Drive, exit at
Grand Avenue. Follow Grand west to Columbus Drive/Fairbanks Court;
turn left to East North Water Street and turn right. Gleacher Center is
straight ahead.

To area parking: Heading either north or south on Lake Shore Drive, exit
Grand Avenue. Follow Grand Avenue west to Lower Michigan Avenue,
approximately four blocks, and turn left. Travel one block on Lower
Michigan Avenue to Lower Illinois Street and turn left. Parking is two
blocks down on the right. Standard rates apply.

MD 00053