**From:** Nils Larsen [NLarsen@egii.com]
**Sent:** Friday, September 21, 2007 1:30 PM
**To:** Bigelow, Chandler
**Subject:** RE:

Looks fine to me. I have some more comments to the model. You can call when you have a moment.

---

**From:** Bigelow, Chandler [mailto:CBigelow@tribune.com]
**Sent:** Friday, September 21, 2007 12:48 PM
**To:** Nils Larsen
**Subject:**

Planned email to four banks regarding the Barclays request. Let me know what you think. Thanks, CB


Assuming that all of the banks agree, we do not have any objection to your sharing the market flex information with Barclay's. Can each of you confirm that you are in agreement with the approach suggested by Raj?

I am assuming the flex information will be provided on a confidential basis – can you please confirm?

Lastly, have you considered whether the information should also be provided to the other SMAs?

**CONFIDENTIAL**                                                                                                    EGI-LAW 00135220