**From:** Bill Pate [BPate@egii.com]
**Sent:** Saturday, September 29, 2007 6:19 PM
**To:** dpthomas@tribune.com
**Subject:** Re:

I unfortunately have some meetings that prevent my attendance. I will try to dial in for a portion of the meeting.
William Pate
Equity Group Investments, L.L.C.
2 North Riverside Plaza - Suite 600
Chicago, IL 60606
wpate@egii.com

----- Original Message -----
From: Thomas, Doug <DpThomas@tribune.com>
To: Bill Pate
Sent: Sat Sep 29 17:57:49 2007
Subject: Re:

Bill--thanks and appreciate it. The trends were arrived at via a mix of quantitive and qualitative factors which we will explain. Are you going to be there on Monday?
--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Bill Pate <BPate@egii.com>
To: DePaola, Ken; Thomas, Doug
Sent: Sat Sep 29 14:07:31 2007
Subject:

Good luck on Monday. Nice presentation! Expect the banks to grill you on the breakdown of secular, cyclical and execution. The more grist that you can supply to support how the trends are quantified, the better. These are probably the most important pages in the presentation!


Ken, do you have some detail on the CPM pricing model. I'm curious how you show our cpm given the issue of size of ad, readership, abc circulation, etc. Ultimately, how does it stack up against $25-30 CPMs for local ads on the net?

CONFIDENTIAL

EGI-LAW 00138611