**From:** "Bigelow, Chandler" <CBigelow@tribune.com>
**Date:** 10/05/2007 03:37:51 PM
**To:** <yang.chen@jpmorgan.com>; <Caroline_Kim@ml.com>; <todd_kaplan@ml.com>; <michael_ogrady@ml.com>; <David_Lewicki@ml.com>; <Carl_Mayer@ml.com>; <stephen_b_paras@ml.com>; <mariela_figueroa@ml.com>; <greg_margolies@ml.com>; <david_tuvlin@ml.com>; <henrik_dahlback@ml.com>; <Richard_Hoffman@ml.com>; <michael_costa@ml.com>; <jose_cotarelo@ml.com>; <mitchell_marcus@ml.com>; <todd_scolnick@ml.com>; <john_harrison@ml.com>; <harris_hwang@ml.com>; <james_reynolds@ml.com>; <robert_innocentin@ml.com>; <julie.persily@citigroup.com>; <christina.mohr@citigroup.com>; <rosanne.kurmaniak@citigroup.com>; <john.t.apostolides@citigroup.com>; <michael.scardigli@citigroup.com>; <julio.ojeaquintana@citigroup.com>; <michael.s.canmann@citigroup.com>; <christopher.mowerybell@citi.com>; <jeffrey.roth@citi.com>; <sachin.sarnobat@citi.com>; <david.tuder@citi.com>; <timothy.p.dilworth@citigroup.com>; <bill.a.bowen@bankofamerica.com>; <andrew.c.karp@bankofamerica.com>; <daniel.kelly@bofasecurities.com>; <jon.lindvall@bankofamerica.com>; <william.pegler@bofasecurities.com>; <lekan.j.lawal@bankofamerica.com>; <charles.w.roan@bankofamerica.com>; <scott.seaton@bofasecurities.com>; <michael.ballou@bofasecurities.com>; <todd.holder@bofasecurities.com>; <jordan.m.steinberg@bofasecurities.com>; <raju.n.patel@bankofamerica.com>; <daniel.petrik@bankofamerica.com>; <jeff.mills@bankofamerica.com>; <DHorowitz@Cahill.com>; <DRyan@Cahill.com>; <JSchaffzin@Cahill.com>; <wmiller@Cahill.com>; <mlashbrook@Cahill.com>; <joachim.sonne@jpmorgan.com>; <darryl.m.jacobson@jpmorgan.com>; <ferdinand.a.grimminck@jpmchase.com>; <gretchen.e.tonnesen@jpmorgan.com>; <peter.cohen@jpmorgan.com>; <RAJESH.KAPADIA@jpmorgan.com>; <john.kowalczuk@jpmorgan.com>; <jieun.j.choi@jpmorgan.com>; <matthew.w.slovitt@jpmchase.com>
**CC:** "Eldersveld, David" <DEldersveld@tribune.com>; "Sachs, Naomi" <NSachs@tribune.com>; "Chris Hochschild" <CHochschild@egii.com>; "Nils Larsen" <NLarsen@egii.com>
**Subject:** Latest Tower Financial Model
**Number of attachments:** 1

---

Attached is the latest electronic version of our financial model. As with the past versions, you can toggle between our three operating scenarios and between no flex and flex.

Key changes since the version we sent out last Sunday are:

(1) Summary page for the downside case now shows coverage covenant calc enjoying the benefit of the PHONES cash interest deferral.
(2) Included $10M per year beginning in 2008 for severance.
(3) Tribune Entertainment Co results are now excluded from all proforma 2007 calcs.
(4) Included $14M of additional TLB required amort in 2007 (previous model had only been picking up one quarter, should be two quarters in 2007).
(5) Increased 2007 capital expenditures by $8M to $140M.

Please let me know if you have any questions. We are continuing to work on the latest due diligence list and we will work to schedule some time next week to discuss. Have a

Highly Confidential - Attorneys' Eyes Only

nice weekend.  Chandler

Highly Confidential - Attorneys' Eyes Only

JPM_00501590