**From:** Sachs, Naomi [NSachs@tribune.com]
**Sent:** Tuesday, November 13, 2007 10:12 AM
**To:** Nils Larsen; Chris Hochschild
**Cc:** Bigelow, Chandler
**Subject:** model w/revised bank proposal

**Attachments:** model_kaplan_counter2.xls
Nils/Chris,

Attached is our model that layers in the revised bank proposal. It has otherwise not been updated at this point for actual Q3.   To run the new bank proposal, use the "yes" switch for draw down bridge on the controls tab.  Please let us know if you have any questions/comments.

Thanks,

Naomi

**CONFIDENTIAL**                                                    **EGI-LAW 00159106**