From: Bill Pate [BPate@egii.com]
Sent: Wednesday, August 29, 2007 10:19 AM
To: randy@randymichaels.com
Cc: gspector@eqrworld.com; Nils Larsen
Subject: FW: Tribune first 100 day plan

Attachments: TRIB FIRST 100.doc

My comments are attached. Good first cut. I suggest you spend a lot of time scrutinizing the cost and revenue structure of the print business units, and also review the internet metrics. Reality does not match conventional wisdom when it comes to internet growth.

It would probably be helpful for you to meet Dan Hess, a former Tribune and ComScore executive, when you are next in Chicago. Also, consider meeting with Chris Hendricks (runs McClatchy's interactive business), Maggie Wilderotter for Yahoo and McClatchy perspective, and Morgan Stanley's internet group (in SF) for quick insightful perspective outside of Tribune.

---

William Pate
Managing Director
Equity Group Investments, llc
2 North Riverside Plaza
Suite 600
Chicago, IL 60606

(office) 312-466-3805
(fax) 312-559-1280

---

Please consider the environment before printing this email.

---

From: Michaels, Randy [mailto:RMichaels@localtvllc.com]
Sent: Monday, August 20, 2007 10:16 AM
To: gspector@eqrworld.com; Bill Pate; Nils Larsen
Cc: Sam Zell
Subject: Tribune first 100 day plan

Sam asked for a "first 100 day" plan. Here is a first draft. We may not accomplish everything on this list in 100 days, but this describes the direction we should go.

Please feel free contribute additional ideas, or challenge these. Sam, are we heading the right way?

Thanks

Randy

CONFIDENTIAL
EGI-LAW 00123664

<u>TRIBUNE THOUGHTS:</u><br><u>FIRST 100 DAYS</u>

1. **#1 GOAL: DEFINE, QUANTIFY AND IMPLEMENT THE NEW TRIBUNE.COM 2008**
   <u>OBJECTIVES:</u>
   - Learn the current operation, culture, and management
   - Identify and engage change-leaders and resisters within the Tribune; promote and eliminate as appropriate
   - Identify front line change team from within and outside the organization; include alpha managers throughout the system
   - Redefine Tribune business opportunities
   - Begin the most critical and difficult process of changing the culture
   - Identify and eliminate layers of middle management and bureaucracy
   - Begin the process of creating products focused on consumer interest and demand as opposed to some idea of what the citizens "ought" to read or watch. (This will take time and tact.) It's not what they need; It's what they'll read what they'll watch, what they'll click on, and what they want delivered to the deck of their cell phone.
   - Change sales strategy and compensation, reduce sales management add sellers
   - Introduce new business models

2. <u>BEFORE THE FIRST 30 DAYS</u>
   - Study the company.
     - Know the numbers of key business units
       - Know the trends
       - Review material contracts
       - Study the company history
       - Start the process of learning the company better than those who work there
     - http://www.tribune.com/about/history.html
     - Study AOL, Yahoo, Maxim, AARP and others that are not direct competition but are also information providers.
   - Summarize and digest key contracts in the Tribune data room.
   - Know the competition. Gannett, Hearst, Belo, Scripps, Newscorp, etc. Learn their successes and failures.
     - http://www.hearst.com/
     - http://www.belo.com
     - http://www.washpostco.com/
     - http://www.scripps.com/
     - http://www.gannett.com
     - http://www.newscorporation.com
     - http://www.coxenterprises.com/corp/home.htm
     - Example: The number 2 billing TV station in Phoenix is an INDEPENDENT owned by Belo.
       - How do they do it?
       - Who is the manager?
       - News director?
     - Example: News Corp has been growing profits in print. How?
     - Example: Has Brian Tierney really turned around the Inquirer?

**Comment [EGI1]:** I suggest you study the newspaper business in three broad categories: int'l (News Corp) and Europe in particular, major metro (TRB, NYT, Belo, WaPo, Tierney), regionals (Lee, Scripps, McClatchy, Gannett). The trends for each segment are different. Must understand all and relationship between.

**Comment [EGI2]:** Largely currency gains and reserve release. Profits are basically flat. They also serve the Europe/Australia market which has much lower readership and higher free daily penetration.

**Comment [EGI3]:** No. I met with Tierney and Philly is a mess. He has huge union issues that we don't face, low revenue base and high costs. He suggested that Allentown might consider printing Philly. Trb is reviewing.

CONFIDENTIAL    EGI-LAW 00123665

- Learn competitive personnel and players in the market/industry/appropriate other industries. Develop a list of who to steal when necessary changes must be made on both a corporate and local basis.
- Learn the language of print.
  - http://www.wowcom.net/education/nie/glossary1.htm
  - http://www.enchantedlearning.com/newspaper/glossary.shtml
  - http://highered.mcgrawhill.com/sites/0072407611/student_view0/glossary.html
  - http://www.goerie.com/ccc/glossary_of_common_newspaper_t.html
  - http://www.usfca.edu/classes/AuthEd/greeks/glossary.htm
  - http://www.lighthouse.ns.ca/learn/glossary/a.php
  - http://www.sasked.gov.sk.ca/docs/journal20/gloss.html
  - http://www.naa.org/Information-Resource-Center/Search-Engines-and-Databases/Glossary-of-Newspaper-Terminology.aspx
- EGI should have each Trib business unit prepare a short summary of operations and a competitive overview now to speed up the process. This should include a summary of:
  - The business
  - The market including total advertising sources and growth projections
  - The competition
  - Challenges
  - Opportunities

  For a TV station:
  - Technical and Programming
    - Digital subchannel programming – a review of both the Trib's and competitors
    - Cable only channels
    - Cable systems and retransmission agreements, including contract dates and comp
    - Does the station have a fully optimized in core post conversion digital channel?
    - Will the station need a transmitter to finalize digital conversion?
    - Some stations will need new transmitters. If they are returning to their old analog channel this is likely. Manufacturers are backed up, and if not ordered now, orders are likely to be subject to a premium, and may not be filled on time.
    - What programs are locally produced?
    - How many hours of news per week?
    - Summary of major programming contracts with identification of contracts that are 'underwater'
    - Sales
      + Number of sales managers
      + Number of sellers
      + Sales compensation plan
      + Revenue by type
        * National
        * Local Agency
        * Local direct
        * National political
        * Local Political
        * Interactive
        * NTR
        * Retransmission income
        * Network Compensation

**Comment [EGI14]:** More important than google and yahoo strats is the emergence of blogosphere and crowdsourcing of news. Need to understand how technorati/delicious/feedburner/rss affect our business.

Also need to focus on mobile.

**Comment [EGI15]:** Nils is discussing with you the page to put in front of dennis. I think below is too detailed and will not allow us to assess quality of free thinking among managers. I would focus on the top five bullets and not get into details. YOUR CALL.

CONFIDENTIAL   EGI-LAW 00123666

- * Cable relationships
- * Other (including tower income, etc.)
- + FTE's by department; temporary personnel
- + Media partnerships
- + A description of websites and interactive activities including URL's
- + Sales tools in use – Nielsen, Marketron, Others?
- + Summary of all research firms used/contracted and copy of most recent report

- For a newspaper:
  - Number of publications. Market target for each.
  - Circulation figures for each publication
  - Number of editions, regional editions
  - Sales
    + Number of sales managers
    + Number of sellers
    + Sales compensation plan
    + Revenue by type
  - FTE's by department
  - Media Partnerships
  - Do reporters take pictures?
  - Do reporters shoot video?    **Comment [EGII6]:** More importantly, why don't we have CLTV (7x24 local news) in every market?
  - Websites and interactive activities, including partnerships and affiliation agreements. Include URL's.
- For all business units:
  - Describe employee base - unions, contract dates, membership, non union, full time, part time, temporary and how this compares to 'full employment'
  - Union relations – historical renegotiation trends; where are the challenges, opportunities?
  - Describe the local adverting market
  - Revenue by business type    **Comment [EGII7]:** Why not assess where we have holes in our services th we should fill. Should we enter outdoo, or street advert market?
    + Print
    + Television
    + Radio
    + Outdoor
    + Cable
    + Interactive
    + Yellow Pages
    + Transit
    + Other
    + Who are the major competitors in each market segment, and what is their approximate share of that segment?
    + What is your share of the total ad market?
    + What are the share trends?
    + How is Tribune interactive integrated into your operation? How, for instance, do you use and promote cars.com, careerbuilder.com, or forsalebyowner.com?    **Comment [EGII8]:** We need a healthy dialogue on channel conflict and how to manage? At one extreme, CB has complete control over local market und limits papers; on other hand, cars.com is only sold through papers. Why not allow channel competition? I've never understood why a little overlap and aggressive competition isn't a good thing so long as pricing is firm. Do it the Goldman way.
    + What three things could you do to increase your share of the advertising market?

+ What could you do to increase the ROE of your business unit without compromising the goodwill of your brands?
+ What are the biggest challenges affecting your current business model?

3. FIRST 30 DAYS:
   - SPEED: Lead by example
   - Whole company video conference with Sam Zell immediately following the regicide
   - Insure financial stability
     o Decide what must be sold and by when to reduce debt to a safe level
   - Identify the opinion leaders inside each major business unit
     o Form opinions about opinion leaders who can lead positive change and those who will resist it.
   - Develop a plan to
     o Simplify the organizational structure
     o Reduce layers of management
     o Eliminate bureaucracy
   - Develop a redefinition of the business opportunities
   - Redefine "winning"!
     o Preserve goodwill, grow ROI = winning
     o Politics for politics sake are not PC here
     o Performance = the new politics
   - Set the tone that core to the new culture:
     o Integrity
     o Quality
     o Excellence
     o Speed
     o Intelligent risk
     o Having fun
     o Winning
   - Change the communication style. Looking at the website, you know that the internal communication is about as believable as a government directive.
   - Identify unnecessary costs
     o Obtain and vet the org chart
       - FTE counts
       - Job responsibilities
       - Functions
   - Of properties/business units to be kept
     o Identify those in trouble
     o Decide if they can be fixed or should be scrapped.
     o Develop consumer/advertiser research plan/needs analysis for each
       - Prioritize research plan according to need
   - Review all TV programming
     o Schedule ratings
     o Inventory
     o CPP
     o Projected sell out
     o ROI

**Comments:**

[EGII9]: Never forget to ORGANIZATION: Walk the floor daily.

[EGII10]: Is there any other way?

[EGII11]: Video conference should be followed by in-person meetings at major sites. More importantly, what is the frequency, Kenneth?

[EGII12]: Decision: Nothing must be sold to ensure financial stability. We should treat this business as a portfolio of assets and opportunistically respond to offers. Scripps offered $75 for TFN interest. I say pass. This issue must always be watched. If we need to sell, we should offer up several options so that we don't have to firesale any one asset. So we offer SS, Renaissance and LAT simultaneously, knowing that only one deal must close. This eliminates buyers sniffing blood in the water. The real answer is that everything can be sold—nothing has to be sold.

[EGII13]:

[EGII14]: I don't understand this comment.

[EGII15]: Good

[EGII16]: We should eliminate our communications group and start all over. They suck both internally and externally, and they are expensive.

[EGII17]: This should be a higher priority.

- Review all syndicated newspaper content
  - Compare cost to reader/advertiser interest
- Review all key contracts with management
  - Including material terms
  - Expiration dates
  - Form opinions about the need/desirability of material contractual agreements
- Develop lists of major advertisers by media usage
- Develop total share of advertising market report
- Slingboxes in all television markets

4. **SECOND 60 DAYS:**
   - A road show to major business units aimed at resetting the culture. Meet, shake hands with, and answer the questions of as many team members as possible. No lies.

     **Comment [EGII18]:** This should be a first month initiative—especially LA, Long Island and Florida.

   - Make most of the early changes at corporate and in broadcasting

     **Comment [EGII19]:** No shit.

   - Empower opinion leaders who buy in to a new vision

     **Comment [EGII20]:** You need to review both the transformative change and reinvent documents and assess what works and doesn't. Given the polyglot nature of the various businesses constituting TRB, there is unlikely to be a singular substantive vision.

   - Eliminate negative, resistant, counterproductive team members immediately
   - Hang the turf gods publicly
   - Flatten organizational structure, reduce middle management
   - Eliminate most of the HR department
     - Make managers, business managers, and department heads responsible for employees
     - Rewrite the Employee Handbook
     - Emphasize having fun. Not drinking and partying fun, but "love the mission" fun. You can't fake it, and you can't beat it.
   - Reward the successful maverick
   - Celebrate failure. Not everything works. The key to intelligent risk is controlling the downside. Trying something that doesn't work is no big deal unless the downside is too great. If we aren't trying things that don't work, we aren't trying enough things.

     **Comment [EGII21]:** In this vein, we should oversupport new initiatives, even silly ones, to encourage the organization to try new ideas. Never say no to an id and fast track the good ones.

   - Share stories and anecdotes. Build a culture using allegories
   - Hold boot camps, think tanks
   - Create and support unofficial "skunkworks"
   - Emphasize thinking "now" not then
   - New attitude must be constantly reinforced via messaging, communication, video conferencing, web site, web meetings, in person visits
   - Use a thorough understanding of the past to build the bridge to the future
   - Recalibrate sales compensation to align the interests of the company and the sales force
   - Recognize the difference between transactional business (i.e., getting bought) and selling. Begin <u>real</u> sales training
   - Redesign TV hubs
   - Redesign management reports to focus on operating cash and trade/barter balance
   - Simplify reports for clarity
   - Streamline accounting and yield management systems so that management information is easy to access and easy to read and understand by all levels of management

- Explore technological approaches to transactional business, e.g., online media buying, real yield management, and fully automated electronic business transactions from order to copy and content creation, verification, invoicing and posting
- Define contributive circulation. Don't spend $3.00 to deliver a paper to Des Moines if that paper only returns $.50 in value
- Eliminate duplicative or unnecessary bureaus and business units
- Facilitate content sharing across markets and business units
- Redefine the role of the manager
    - Keep the license
    - Preserve and enhance goodwill
    - Grow the business
    - Maximize RO
    - Ratings, contributive circulation, revenue and expense control are the new politics
- Redefine the role of the employee
    - Keep your word
    - Play to win
    - Take the intelligent risk
    - Use your best judgment
    - Reward success
    - See the Local TV Employee manual
        - http://www.localtvllc.com/aboutus/Local_TV_Policy_Manual.pdf
- FASTER! It's not the big who eat the small; it's the fast who eat the slow.

5. **THIRD 60 DAYS:**
    - Introduce newly defined businesses
    - Print is not dying
        - Many magazines are doing fine
    - News is not dying.
        - From Fox to Drudge to 1010 WINS there is an appetite for news
    - Image and presentation are the problems
        - Staid, Grandfatherly and Dated are the images holding back the print brands. Instead of Print, we want interactive 24 hour news, entertainment, and information resources focused on a particular geography. Links, pictures, video, and lots of interactivity. Once a day, we print for the record. It's about **NEWS** not newsPAPER. Set a date to relaunch the print model. Start with a smaller market, take risks, and redefine the "paper".
    - Instead of a TV station distributing network and syndicated programs and local news, we ingest or create video and push it out to
        - Analog and digital transmitters
        - Websites
        - PDA's
        - Cell phone decks
        - Podcasts
        - VOD
        - Cable
        - Satellite
    - Design re-launch of the Superstation with a new brand

**Comment [EGII22]:** Wrong. It depends on the audience. The broadsheets have huge cachet with their market, and their market is a very attractive consumer group. I strongly believe you have missed the boat if you start with the perspective that the LA Times is staid, grandfatherly and dated. The key is to build off the brand and engage other markets. Redeye does very well in Chicago without cannibalizing Blue. You need to study Chicago. It works -- really well.

**Comment [EGII23]:** You need to develop perspective on localizing print and news in general. This is a good idea and you may succeed in A market but it might not translate to another. Don't fall into the Dennis "it's one national network" trap.

- o  A national channel, competing for top ratings
- o  Rights to events, original programming
- o  Study what is working on other cable channels. This week:
    - Ice Road Truckers (History Channel)
    - The Closer (TNT)
    - Making of the Band (MTV)
    - Dog the Bounty Hunter (A&E)
    - Monk (USA)
    - Army Wives (Lifetime)
    - Top Chef (Bravo)
- Optimize our clout
    - o  Tribune has lots of clout in the industry. Owning the largest independent group of stations and the superstation reach opens a lot of Hollywood doors. Let's take our platform and compete in the world of USA, TBS and TNT.
        - The one thing the owners of these successful channels have is the ability to access their movie catalogs and Time Warner/Universal originated programming
        - We will not have that ability but we can create our own original non-scripted programming
        - We should also group our local station deals for Everyone Loves Raymond, Sienfeld, Friends, etc. and use those negotiations to move off-net programming onto Superstation
            - TBS - comedy, sitcoms, MLB Baseball
            - USA - golf, wrestling, movies, original shows
            - TNT - dramas (Law & Order) movies, NBA Basketball
    - o  Create a dayparted version of all these guys. Get attention.
    - o  Name change, something easy to remember and not associated with Chicago
    - o  Eliminate WGN simulcast midday and 9pm news
    - o  Create a 10:30/9:30 talk show
    - o  Take advantage of insomniacs and create a television version of "Coast-to-Coast" with guests and telephone calls. If Coast-to-Coast can produce $8 million annually for overnights we have the ability to do something in overnights on television that is creative and caters to that audience.
    - o  Keep Cubs for now
    - o  Explore other sports opportunities
    - o  Superstation gives us 65mm homes we would not otherwise reach. Use that clout when negotiating program deals
- Instead of "new media", aggregating page views for CPM sale, we develop local interactive advertising models where advertisers interact one on one with potential customers
- Broadcasters do not have the successful interactive sales model
    - o  Google, Yahoo, AOL, Amazon, Ebay, and Travelocity have successful online businesses
    - o  **Steal from them**
- Identify interactive business models that seem attractive
    - o  There are many cool websites with unrealized potential because few have discovered them.
        - We can launch our own, perhaps under our brand names, perhaps not, and put as many GRP's behind their promotion as we want
        - Own, link, and promote lots of interactive brands in every geographic area we are in

Comment [EGII24]: Not all of these companies are growing. Some are worse models than print.

Comment [EGII25]: Still showing strong growth.

Comment [EGII26]: Revenue trend is well below Tribune's online biz's. Adjusted for acq'ns, it is flat since Sept '06.

Comment [EGII27]: Revenue trend is worse than TRB consolidated.

Comment [EGII28]: Still showing strong growth.

Comment [EGII29]: Continued strong growth – 23%

Comment [EGII30]: Low-single digit growth.

Comment [EGII31]: We have to review social networking sites and how they impact our businesses as well as google, aol, yahoo and other portals.

Comment [EGII32]: I think you need to spend more time focusing on mobile. That is a great NEWS opportunity.

- Develop a business model for SMS text messaging
- Meet key advertisers and those who should be key to explain the redefined models

6. **DAYS 90-100:**
   - Review, repair, reset, refine, relaunch. Look at what's working and what isn't
   - Develop a plan for the next 100 days

7. **IDEAS for 100+**
   - Rethink the front page  
     *Comment [EGII33]: Again, I'd focus on new print models that capitalize on these trends. Some audiences want a scan; others want to read.*
     - An index to stories?
     - No one reads the jump... don't have jumps
     - The front page is a super-condensed version/directory.
     - Make the paper "scannable". Newspapers are hard to scan. We live in an ADD world.
   - Lots of stats and charts
   - Daypart the content  
     *Comment [EGII34]: Rethink whether we need Monday and Tuesday and, if so, whether it can be HD only.*
     - Saturday and Sunday slower and mellower
     - Friday more entertaining
     - Monday, down to business
   - Dump "newswords". Some words get used because they are shorter. (e.g. "seek" instead of "look for", "some" instead of "about", "youths" instead of "children"). Some come from the police blotter (e.g. "vehicle" instead of "car" or "auto accident" instead of "car wreck", "alleged", "incarcerated", etc). The news should be in English, not J-speak, or copspeak.
   - Daypart the rate card  
     *Comment [EGII35]: Good idea.*
     - Charge less for Monday and Tuesday ads.
     - Use the less expensive inventory to put more Mom and Pop's in the paper.
   - Negotiate rates by advertiser. Biggest users pay HIGHER rates.
   - Rethink sections  
     *Comment [EGII36]: Every paper should do this to reflect its market. As the LAT marketing guy notes, "no one in LA could give a shit about St. Patties Day.*
     - More, shorter sections.
     - "Tempo" sounds 60's. How about a section called "Strange"?
     - More humor
       - The Daily Show comes to print and interactive.
       - What's wrong with a section that holds the news up to a fun house mirror?  
         *Comment [EGII37]: We should buy The Onion.*
       - "Knuckleheads in the News". Uncle Jay Explains the News.
     - Merge newsrooms  
       *Comment [EGII38]: If you mean combine LA and Chicago, that's a stupid idea. Lots of downside, very little upside. Justify it.*
     - Put the front page meeting on line. Allow public participation via SMS.
     - Sales teams organized by transactional, direct, and cross platform. Lots of overlap and internal competition  
       *Comment [EGII39]: Good.*
     - Original programming
       - Probably with partners who provide content, we provide distribution
       - Not scripted, shot on film, but concept shows shot digitally.
       - Think owned stations + Superstation + syndication to CW, MY and independents = national distribution
     - Famous people writing columns
       - Harness star power. Bob Dylan on music. George Carlin on politics.  
         *Comment [EGII40]: Why not Elvis?*
       - Hire help (i.e. ghostwriters) if necessary
     - FOCUS: Use the big reach power of TV and print to build interactive brands.

CONFIDENTIAL                                                                                      EGI-LAW 00123672

- Animate the interactive paper
  - Not just "click here for video", but a link that animates news and information

CONFIDENTIAL     EGI-LAW 00123673