**From:** Nils Larsen [NLarsen@egii.com]
**Sent:** Thursday, September 13, 2007 9:58 AM
**To:** Bill Pate
**Subject:** FW:

**Attachments:** Business unit questions.doc

See the attached business unit questions that Randy has prepared for Sam to ask Dennis to address. This is an attempt to distill the questions included in the 100 day plan down to a level that is more likely to follow what might come from EGI. I think this will give us a good insight into the various business heads without being a total distraction. I would suggest we walk Sam through and have him ask Dennis at their next meeting. What do you think?

Randy is beginning to make the calls we discussed and I am going to speak to him this afternoon prior to calling O'Shea. I will likely call O'Shea prior to Randy calling him so the call does not come out of the blue.

Nils

---

**From:** Michaels, Randy [mailto:RMichaels@localtvllc.com]
**Sent:** Wednesday, September 12, 2007 6:37 PM
**To:** Nils Larsen
**Subject:** RE:

Here is a very short survey for the managers. It will be less useful in evaluating the business units, but might be more useful in evaluating the managers. Is this too short? Happy to revise if this is not on target.

I'm in Iowa tomorrow, but I'm happy to call Jim. When would you like to talk? Afternoon is probably better for me.

I had a good preliminary talk with Dave Snyder. He thought Sam wanted him to be CFO of EQR, but seems excited about Trib. We are meeting in two weeks.

I will call the others by COB Friday.

Thanks, Nils

---

**From:** Nils Larsen [mailto:NLarsen@egii.com]
**Sent:** Wednesday, September 12, 2007 4:45 PM
**To:** Michaels, Randy
**Subject:** RE:

Jim Warren is new; Bill has met him and thinks you should. I would contact Bill directly to get the intro as I don't know him. I forgot about Dave Snyder but he should have been on the list too.

I would start contacting them. I would use the reason that you have been helping us on the TRB and are being considered for the Board. With Mike and Matt I am more interested in you thinking about whether they could be helpful to you as part of a team. O'Shea is the most important. We should talk before you meet him but I would reach out to him as he is in Chicago a fair amount.

---

**From:** Michaels, Randy [mailto:RMichaels@localtvllc.com]
**Sent:** Wednesday, September 12, 2007 3:35 PM
**To:** Nils Larsen
**Subject:** RE:

Will get the distilled list for Sam tonight.

CONFIDENTIAL                                                                                               EGI-LAW 00127531

I knew that Bill wanted me to meet Jim "the next time I was in LA" and I know about Matt and Michael. This is the first I've heard of Jim Warren. Sam added David Snyder to the list, and I have a call in to him.

Do you want me to contact all of these people now? Is the premise that I may go on the board?

Thanks

---

**From:** Nils Larsen [mailto:NLarsen@egii.com]
**Sent:** Wednesday, September 12, 2007 4:29 PM
**To:** Michaels, Randy
**Subject:**

Randy:

A couple quick items:

1. We had discussed pulling together a pre-assignment for Sam to give to Dennis about the local market competitive environment. This was part of your 100 day plan. I think we discussed trying to distill the request a bit so it looked credible that Sam would be asking. I can't recall if you provided me this distilled list or not but, if not, I would like to get it and, if so, I would like to get it again.
2. Bill mentioned that he was wondering if you had an opportunity to talk to any of the following: (i) Jim O'Shea – editor of the LA Times, (ii) Jim Warren – associate managing editor at the Chicago Tribune, (iii) Matt Goldberg – a Dow Jones employee in charge of much of their interactive business and (iv) Michael Himmelfarb – the guy from Nielsen. You may not even know we wanted you to have these conversations but we would and we should talk about getting that done. I know all but (ii) on the list.

Nils

CONFIDENTIAL

EGI-LAW 00127532

## TRIBUNE BUSINESS UNIT REVIEW:

- Each Tribune business unit should prepare a short summary of operations and a competitive overview.

    o  What is the primary business and target market for your unit?

    o  What is the competitive advertising environment? Describe the advertising revenue by major business segment, e.g. print, television, radio, outdoor, interactive, direct mail, transit etc.

    o  What is the primary business and target market for your unit?

    o  Who are the major competitors in each business segment?

    o  To what extent does your business unit take advantage of other Tribune operating entities?

    o  What is the current strategy to enhance the value of the business unit?

    o  What tactics are being used to support that strategy?

    o  What are the most significant current challenges?

    o  What are the most compelling opportunities?

CONFIDENTIAL    EGI-LAW 00127533