**From:** Nils Larsen [NLarsen@egii.com]
**Sent:** Friday, October 05, 2007 5:17 PM
**To:** Michaels, Randy; Bill Pate; Mark Sotir; GSpector@EQRWORLD.com
**Cc:** Chris Hochschild
**Subject:** RE: Tribune launch

I have spent most of my time with the transactional folks so I am less qualified to suggest operating partners but the following is a list of contributors:

Chandler Bigelow
Crane Kenney
Dave Eldersveld

I also have had good interactions with:

Jim O'Shea
John Hendricks (who is not there but could get there)

There are others that I have liked but I don't feel that I know enough to recommend them strongly.

Nils

---

**From:** Michaels, Randy [mailto:RMichaels@localtvllc.com]
**Sent:** Friday, October 05, 2007 3:32 PM
**To:** Bill Pate; Nils Larsen; Mark Sotir; GSpector@EQRWORLD.com
**Cc:** Chris Hochschild
**Subject:** Tribune launch

Good to see you today.

We will need allies inside the Tower. We'd be smart to import a few day one, but "outsiders" will be "them" not "us" to the current staff. We need to identify and convert a few opinion leaders quickly. Changing the culture is the most challenging task we have. Without a few early internal believers who are also leaders we are in for a tough time.

I'd be interested in your opinion the people you have met. Who might we get to drink the Kool Aid and help us make the new politics about performance instead of just politics?

Thanks

Randy

CONFIDENTIAL

EGI-LAW 00140647