**From:** Nils Larsen [NLarsen@egii.com]
**Sent:** Tuesday, September 18, 2007 4:03 PM
**To:** randy@randymichaels.com
**Subject:** FW:

Need to move quickly here. Perhaps Ed Wilson and you and I should talk and then I should introduce Ed to the team at Tribune before they take apart a valuable asset.

Nils

-----Original Message-----
From: Vitanovec, John [mailto:JVitanovec@tribune.com]
Sent: Tuesday, September 18, 2007 3:57 PM
To: Nils Larsen; Reardon, John
Cc: Leach, Tom
Subject: Re:

Nils, the staff reduction ball is rolling. We can still talk to numerous parties of course....john

----- Original Message -----
From: Nils Larsen <NLarsen@egii.com>
To: Vitanovec, John
Sent: Tue Sep 18 15:54:45 2007
Subject: RE:

John:

I appreciate the quick follow-up and the rationale for your decision on exiting the service. As I have had an inquiry expressing a desire to purchase it would seem to me at least worthy of exploring the inquiry before we shut the business down. I am trying to get a better sense of value but the inquiry comes from someone with the ability to pay and the knowledge to understand the issues associated with our current position.

Ultimately, this may prove not to make sense but let's see.

Nils

-----Original Message-----
From: Vitanovec, John [mailto:JVitanovec@tribune.com]
Sent: Tuesday, September 18, 2007 2:29 PM
To: Nils Larsen
Cc: Reardon, John; Mazzaferri, Gina M.; Leach, Tom; Schacher, Marc
Subject: Re:

Nils, John and .Marc are closely involved and can give a fuller report.

But while lga just declared a ground stop, here goes..

Shifting strategies for first run program acquisition to partnering with large studios therefore diminished our needs to take risks in our own production area. So, with our production shop shut down, that reduced flow of product to distribute. Distibution overhead is greater than annual profit potential...therefore the move to reduce staff.

I should point out that our 1st run partnership with nbcu has produced the steve wilcos show, which Premiered last week to good numbers.

EGI-LAW 00129322

Back to tec: producers of product we do have rights to distribute
generally have a call on those rights if we do exit. So its not totally
like we have a book of business to shop. We're currently reviewing
options and are aware of several players that would like to play.. Head
of TEC clark morehouse is leading this closely with ;ohn R.

Our own tec produced product in inventory does have some residual value
and could enter into negotiations with future production patners.


I'll let others jump in...

By the way, we've had encouraging starts for 2.5 men, and Family Guy.

JV

----- Original Message -----
From: Nils Larsen <NLarsen@egii.com>
To: Vitanovec, John
Cc: Leach, Tom
Sent: Tue Sep 18 14:03:25 2007
Subject:

John:


I heard a rumor that we are shutting down our syndication business on
the TV side. Is this true? I have heard that there may be parties in
the market that would be interested in purchasing that business from us
if we were to be getting out of the business. I may have some details
wrong or the whole thing wrong but I thought I would ask for a
clarification. Let me know.


Thanks.


Nils

CONFIDENTIAL

EGI-LAW 00129323