**From:** Nils Larsen [NLarsen@egii.com]
**Sent:** Friday, September 28, 2007 12:17 PM
**To:** Vitanovec, John; Felty, Rick
**Cc:** Reardon, John; Mazzaferri, Gina M.
**Subject:** RE: Not very affiliate friendly

John:

I appreciate your answer but my concern runs to the fact that much of this seems to be happening to us as opposed to being a part of a regular and evolving dialogue. We are an important source of distribution for the CW and without us they have dramatically higher challenges. I would hope that would give us an active and involved voice on these topics. Rick's comments as to the mixed results to date would appear to be contradictory to the ultimately good for us promotional comment you made. How do we test this and analyze this?

At some point, I would love to have an opportunity to get together and discuss this in more detail and spend time on the digital distribution experiments. I appreciate you are all very busy so we can do this when your schedules permit.

Thanks for humoring my questions.

Nils

---

**From:** Vitanovec, John [mailto:JVitanovec@tribune.com]
**Sent:** Wednesday, September 26, 2007 10:30 AM
**To:** Felty, Rick; Nils Larsen
**Cc:** Reardon, John; Mazzaferri, Gina M.
**Subject:** RE: Not very affiliate friendly

Nils,

We've been looking at this issue and discussing it for several seasons with both Fox and CW. At the end of it, any promotion that we can muster towards sampling a new CW show is ultimately good for us. The quicker these shows find their hard to reach young audience the better.

In our affiliate negotiations with the CW, we settled I recall on a 2 of 4 network rule...If any two of the older affiliates plus fox moved in a direction regarding web/digital distribution, so could the CW. We did bake in certain safeguards. We can provide more details on that if you are interested. In light of the knockout punch we were able to deliver to the Fox owned UPN stations, we're still pleased with the deal.

I asked Rick Felty, formerly our head of creative services who's moved 100% to online, to provide you his thoughts as well and place the issue into some context for you. That's below.

Give me a call if you'd like to discuss further...Also, glad to do a full blown presentation of all networks digital distribution experiments if you'd like a deeper dive..

JV


-----Original Message-----
**From:** Felty, Rick
**Sent:** Wednesday, September 26, 2007 9:58 AM
**To:** Vitanovec, John
**Subject:** RE: Not very affiliate friendly

John,

This kind of promotion has become an important part of the network marketing game. For several years

CONFIDENTIAL

EGI-LAW 00138603

now the networks have given audiences previews of some of their season premiere episodes. In all cases this is seen as a way to encourage sampling and word-of-mouth viral marketing. It isn't every show and it isn't done on a regular basis, which supports the sampling philosophy.

One year the WB distributed DVD copies of a premiere show (Supernatural I believe) bundled in subscriber copies of Entertainment Weekly.

They also provided an exclusive pre-launch screening of "Jack and Bobby" through an AOL portal the same year they allowed us to stream (pre-launch) "The Mountain" on our own web sites. Again, both were only for the premiere episodes and were used as marketing for the shows.

In the fall of 2006, the CW also did an exclusive pre-launch screening of a few shows on MSN including "America's Next Top Model," "Supernatural" and "Everybody Hates Chris." That same fall, Yahoo streamed premiere episodes of CBS's Jerico and NBC's Heroes ahead of launch.

This season, besides the CW screening, FOX is providing free downloads on iTunes for one week only. The premieres of Prison Break, K-Ville, 'Till Death, Back to You and Kitchen Nightmares are available now.

In terms of results it's a mixed bag because that's how programming goes. If the shows are good, it's in our interest to get people hooked and increasing our sampling a little at the start is like priming the pump.

- Rick

-----Original Message-----
**From:** Nils Larsen [mailto:NLarsen@egii.com]
**Sent:** Wednesday, September 26, 2007 8:43 AM
**To:** Vitanovec, John
**Subject:** FW: Not very affiliate friendly

This seems like a disturbing and negative development. What are your thoughts on this and were we involved in the discussion or did this just happen to us?

Nils

## The CW to stream premieres on Yahoo! TV prior to airing

Full premiere episodes of The CW Network's new primetime series Aliens in America and Life is Wild will be streamed free-of-charge and without commercial interruption on Yahoo! TV (tv.yahoo.com) prior to their respective debuts. The CW is already offering the full premiere episode of its new comedy, Aliens in America, online at Yahoo! TV until it joins The CW's Monday night comedy block 10/1. The drama Life is Wild, shot on location in South Africa, will be streamed on Yahoo! TV 9/29 through its Sunday debut 10/7. Boasting an internationally diverse cast, Life is Wild is the story of a dysfunctional blended family from New York who moves to a rural South African town.

CONFIDENTIAL
EGI-LAW 00138604