**From:** Bill Pate [BPate@egii.com]
**Sent:** Wednesday, October 17, 2007 11:03 PM
**To:** Nils Larsen; randy@randymichaels.com

We should discuss early tomorrow if we want to push back on the Gannett-Metromix deal. They plan to announce next Wednesday. Trib thinks it is a winner. I have my doubts but would like your advice

Specifics:
--50/50JV formed.
– Trib contributes domain name, trademark, software platform license and personnel – valued at $6 million and commits to invest an additional $9 million.
– Gannett commits to invest $15 million.
– Agree to rollout Metromix nationally. Use both broadcast and print markets and focus on top 50 markets. In four overlap markets, Gannett gets three (DC, Denver, StL). We get Sacramento.
– 16 employees are transferred but initially expenses are billed pursuant to a service agreement from Tribune. Desire is to eventually create independent organization.
–Deal can only be undone by mutual agreement. If agreed, Tribune can buy back the domain and trademark for $1.5mm in first two years and then at appraised value thereafter.
--Unclear what happens to current Chicago Metromix revenues.

Tribune approached WaPo and Hearst, and both declined. Tribune is contributing the lion's share of population penetration through Chi/LA/LI/FL/Baltimore affiliates but getting 50% of the deal. Gannett farms into Metromix at 50% for $15mm and offloads entertainment site development for Fort Collins, CO to a JV.

Tribune thinks it reduces their burn rate, because they don't have to fund the national rollout. It probably is a small cash flow benefit. However, would we really go to all of the Gannett markets, and if so would we enter those markets at the time that the Joint Venture would? I wonder how much entry to each market costs. It probably isn't a huge expenditure, but why build a restaurant database for Muncie, Indiana?

I am very unenthusiastic about this. Am I crazy?

**CONFIDENTIAL**                                                                                                                                    **EGI-LAW 00147046**