**From:** Michaels, Randy [RMichaels@localtvllc.com]
**Sent:** Saturday, December 01, 2007 9:48 AM
**To:** Mark Sotir
**Cc:** Bill Pate (wpate@egii.com); Nils Larsen; Sam Zell (szell@egii.com)
**Subject:** RE: Very brief update on variety of subjects prior to board meeting

My input would be to slow down what you can. For some reason, there is a great rush to get projects started before the change of control. This is backwards.

Try to limit financial commitments. This may be a good way to slow some things down.

I would especially put the breaks on the Google deal. Google will outmaneuver these newspaper companies who don't understand what is really important.

See if there is anything you can do to derail the Metromix deal. If it goes forward, it is unlikely to turn out well for anyone.

Finally, let's not let Tribune agree to ANYTHING that forecloses future options. We can participate in experiments we can get out of, but make sure we don't commit to exclusives or non competes.

Thanks

---

**From:** Mark Sotir [mailto:MSotir@egii.com]
**Sent:** Saturday, December 01, 2007 9:08 AM
**To:** Michaels, Randy
**Subject:** Fw: Very brief update on variety of subjects prior to board meeting


FYI. We can discuss next week.

----- Original Message -----
From: Landon, Tim J. <Tlandon@Tribune.com>
To: Bill Pate; Mark Sotir; Sam Zell
Sent: Sat Dec 01 05:33:53 2007
Subject: FW: Very brief update on variety of subjects prior to board meeting

Bill, Mark and Sam:

Here is update prior to board meeting. I don't expect these issues will come up, but I wanted to give a sense of where things stand. Please treat as confidential.

Tim

---

From: Landon, Tim J.
Sent: Saturday, December 01, 2007 5:29 AM
To: FitzSimons, Dennis J.; Smith, Scott C.
Cc: Bigelow, Chandler; Kenney, Crane H; Leach, Tom; Kazan, Daniel G; Hianik, Mark W.; Grenesko, Don; Kenney, Brigid E.; Hayes, Dana

Subject:    Very brief update on variety of subjects prior to board meeting

Here is my update. Please treat as confidential.

Tim

A. Ad network

i. Dana Hayes and I met with a group representing the Yahoo affiliated companies yesterday. Group included Belo,

**CONFIDENTIAL**                                                                                                           **EGI-LAW 00172384**

McClatchy, Media General, and Philly.

a. This group is not happy with Hearst because Hearst has been firm and said they are committed to doing ad network with us.

b. Cox and Media News are trying to have it both ways / indicating they may/will not proceed without other Yahoo members (more on this later.)

c. To make a long story short, there was an extraordinary amount of posturing (particularly by Philly) but it was a productive meeting; their 5 key issues were:

- Yahoo platform issue ( wanted us to join the Yahoo ad platform; we declined but also said we weren't opposed to revisiting over time.)

- Protected account list ( wanted a protected list; we're now talking about a non-protected "yellow light list of 10-20 accounts.")

- 30% commission ( they felt it was too high; eventually this became a non-issue.)

- 10% dedicated inventory ( talked about a concept of 5% committed with an additional call on another 5%; may work - need to work through the details.)

- Ad ops & execution (agreed to walk them through our approach to give them greater clarity.)

d. Bottom line, if we want to get a deal done with some/most of the Yahoo guys, we probably can achieve this with some not too onerous accommodations.

ii. The other seminal development was, during a break in yesterday's Yahoo group meeting, I spoke with Martin Nisenholtz of NYT.

a. Martin said he wanted to talk to me quickly about two things, cars.com and ad network (both relate to Boston.)

b. Cars.com is raising the non-affiliate wholesale rates in Boston and NYT now wants to invest in CV to get investor rates.

i. I have told Martin that I understand why he is bringing this up, that I am open to at least discussing this, but think it is a real long shot.

ii. Told him the same thing yesterday - this is very complicated, raises a lot of issues at CV and is not an easy thing to address.

iii. He said he understood, but still wanted to have the conversation at a later date; I told him to also talk to GCI and WP.

c. The important development was Martin said that NYT is ready to commit Boston to the ad network and wants a 10% equity position.

i. He was unambiguous about this, not making it dependent on cars.com, and said they wanted to move quickly.

ii. We are doing a call with NYT on Monday to keep it moving and firm things up; based on Martin's comments, I think NYT is quite firm.

iii. I will also have a quiet but firm conversation with WP this weekend and let them know that they need to make a decision.

D. With TRB, GCI, Hearst and NYT/Boston in the boat, we have options as to how we want to proceed.

i. We need to quickly shift to a strategy of binding vs. non-binding term sheets for equity holders; assume TRB, GCI, Hearst and NYT will sign.

ii. We will also create a non-investor affiliate agreement / term sheet which might have some of the accommodations we discussed with the Yahoo group.

iii. We can then decide how we want to manage the Cox & Media News waffling issue; basically, the bargaining power will

**CONFIDENTIAL**

**EGI-LAW 00172385**

have shifted to us.

iv. Hearst may get a little nervous because they had hoped that four board seats would be occupied by Yahoo oriented companies.

v. Need to talk through the game theory on all of this with Dan Kazan.

B. Metromix

i. Hearst and Advance (Newhouse) have approached us about Metromix.

ii. Have told them we are running on fumes and need to focus our resources on ad network issues and will then circle back to Metromix.

iii. Have given Hearst quite positive body language on Metromix deal and have been very non-committal to Advance.

C. Google NewsCloud content and ad syndication

i. GCI, NYT, TRB and WP still on path to do pilot with Google in Q1.

Ii. Google very engaged but slow on delivering a term sheet for pilot.

iii. This would be a short term test with a lot of outs and flexibility; Brigid Kenney and I working on this.

iv. However, may be seminal because it sets precedent of content providers controlling ad inventory in syndicated content.

v. Has implications for AP related issues.

D. Video News Network

i. GCI, NYT, WP and TRB still working on this.

ii. Brigid Kenney at a meeting on east coast with partners this week; Brigid and I worry that this is too incremental, too small of an approach.

iii. Hearst open to doing a pilot of something quite large and ambitious in news/content aggregation so we are also in discussions with them.

iv. Has implications for AP related issues.

E. Real Estate

i. Real Estate plan approved at CV Ex Com meeting this week.

ii. All investors will fund pro rata, including acquisition of FSBO, so should not be need for valuation of assets at this time.

a. Some concern about McClatchy, but it appears that their board approved on Wednesday.

b. Trying to get FSBO deal and all real estate related affiliate and other agreements finished by 12/31/07; may slip to 1/31/08.

Iii. Split of CV into separate cars and real estate businesses.

a. TRB stated that, if all other facets of real estate strategy came together appropriately, we would proceed without immediate split.

b. However, want to be on path for split in '08 and, before proceeding, want to know where other investors stand on issue.

**CONFIDENTIAL**

**EGI-LAW 00172386**

i GCI adamant that we need split in '08.

ii. Belo and WP feel it is the right thing, don't want distraction in next 90 days, but philosophically support split in '08.

iii. McClatchy all over the board; very unclear where they stand.

C. Bottom line: will launch aggressive HomeFinder.com real estate strategy in Q1, '08 and CV will split in to two entities some time in '08.


Timothy Landon
President, Tribune Interactive
Tribune Company
435 N. Michigan Avenue
Chicago, Illinois 60611

312-222-4800
tlandon@tribune.com

**CONFIDENTIAL**                                                                                                                   **EGI-LAW 00172387**