**From:** Mark Sotir [MSotir@egii.com]
**Sent:** Saturday, October 27, 2007 7:14 AM
**To:** Bill Pate
**Subject:** FW: News & Content Discussion on Monday

**Attachments:** News-content update3.doc; AP Discussion - September '07.doc
Bill,

The followup meeting is on Monday at 1pm.

---

**From:** Landon, Tim J. [mailto:Tlandon@Tribune.com]
**Sent:** Sat 10/27/2007 6:38 AM
**To:** Sam Zell; FitzSimons, Dennis J.
**Cc:** Bill Pate; Mark Sotir
**Subject:** News & Content Discussion on Monday

Sam and Dennis:

Attached is some background information for our news and content discussion on Monday. Rather than having me walk through this, which might not be the best use of your time, please pre-read and we can focus our time around discussion and questions that you may have.

Bill and Mark have seen previous versions of this document, but it is a bit tweaked and updated. For better or worse, all of this is very fluid and quite amorphous at this point, so it will be hard to have the same focused conversation we had on real estate and the ad network on Friday. However, I think it is the right time to have this discussion as we try to shape the direction and create online value from our news and content assets.

There is significant overlap from our ad network discussion on Friday and the news and content related issues.

I have also attached a second document that is a summary of a conversation I had with Tom Curley, CEO of AP. Dennis was at the AP board meetings this week so he can give us an update on that front.

See you Monday.

Best,

Tim

<<News-content update3.doc>> <<AP Discussion - September '07.doc>>

**Timothy Landon**
President, Tribune Interactive
Tribune Company
435 N. Michigan Avenue
Chicago, Illinois 60611

312-222-4800
tlandon@tribune.com

CONFIDENTIAL

EGI-LAW 00154360