**From:** Dennis FitzSimons [DennisFitzSimons@tribune.com]
**Sent:** Thursday, December 06, 2007 2:01 PM
**To:** Hernandez, Jr., Enrique; Holden, Betsy; Morrison, Robert S.; Osborn, William A.; Taft, Dudley S.; Zell, Sam
**Subject:** E-mail to Tribune Board of Directors -- Dec. 6, 2007

**Attachments:** Borrowing reduced by $500M 12-06-07.pdf
As we discussed Tuesday, today we formally announced that we will use $500 million of cash on hand to reduce the bridge loan related to the second-step financing from $2.1 billion to $1.6 billion. Our stock has responded favorably, and shares of TRB are now trading in the $32 range.

The press release we issued this morning is attached; please call with any questions.

Sincerely,
Dennis

**CONFIDENTIAL**                                                                                                    **EGI-LAW 00175777**