# Equity Group Investments

## Tribune Discussion Materials

June 28, 2007

Strictly Private and Confidential

citi

CONFIDENTIAL

CITI-TRIB-CC 00138319

# Table of Contents

1. WGN Superstation Alternatives                                    1

2. Sale of Renaissance Cluster                                      27

   Appendix                                                         30

citi

CONFIDENTIAL                                                            CITI-TRIB-CC 00138320

1.  WGN Superstation Alternatives

citi

CONFIDENTIAL

CITI-TRIB-CC 00138321

# Executive Summary

- Hallmark Channel sale process served as a case study for potential marketability of a cable network asset

    – Most recently conducted sale process (knowledge of participants and participant feedback)

    – Auction process highlighted most significant buyer concerns

    – Hallmark is a benchmark for asset performance and a valuation data point

- WGN takes on a significantly different model when paired with an operator with an existing content portfolio

    – [Incremental hours of air-time when separated from Tribune]

    – Circular positive drivers of revenue growth paired with improved content: subscriber growth, improved ratings, broader target audience, higher advertising rates

    – Few ongoing incremental costs to a buyer; areas to improve existing WGN cost structure

- Approach, from a financial perspective, was to analyze the trade-offs between:

    – Giving up the potential upside in an asset sale, vs.

    – Sharing the potential upside with a strategic partner (and determining appropriate ownership level)

- Buyer universe and aptitude are critical for achieving the premium

citi

1

CONFIDENTIAL

CITI-TRIB-CC 00138322

# Comparison of Hallmark vs. WGN Superstation

## Comparative Statistics at Time of Deal

| Parameter |  Hallmark CHANNEL |  SUPERSTATION WGN |
|---|---|---|
| **Total Number of Subscribers** | ~70 | ~70 |
| **Affiliate Expiration (based on # of Subscribers)** | | |
| 0 - 12 mos. | 60.0% | 21.2% |
| 12 - 24 mos. | 10.0 | 0.0 |
| 24 - 36 mos. | 0.0 | 0.5 |
| 36 - 48 mos. | 0.0 | 0.0 |
| 48+ mos. | 0.0 | 78.4 |
| Other | 30.0 | 0.0 |
| **Year-over-Year Revenue Growth (%)** | | |
| T - 2 | -- | -- |
| T - 1 | 42.3% | 5.4% |
| T(ime of Deal) | 25.5 | (0.2) |
| T + 1 | 17.9 | 1.3 |
| T + 2 | 10.5 | 1.6 |
| **EBITDA Margin (%)** | | |
| T - 2 | NM | 64.9% |
| T - 1 | NM | 63.7 |
| T(ime of Deal) | 14.1% | 62.1 |
| T + 1 | 19.1 | 61.2 |
| T + 2 | 20.0 | 62.0 |

*Note (dashed box in Affiliate Expiration section): Risk at deal execution in 2005 was from contract renewal uncertainty*

T = 2006 for Hallmark and 2007 for WGN Superstation.

## Key Issues Raised By Potential Buyers

### Affiliate Fees

- Expiration of five major distribution agreements in 2007
  - ~60% of sub base represented by Comcast, DirecTV and Time Warner (12/07)
  - ~10% of sub base represented by EchoStar (2/07) and Cablevision (9/07)
- Significant risk of migration to digital tier upon renewal (currently ~85% analog distribution)
- Ability to increase affiliate fees largely depends on buyer's leverage / foregoing rate increases for Buyer's cable nets
  - Certain buyers felt affiliate fees / sub / month would be capped at mid to high single digits versus management's forecast of $0.16

### Demographic / Programming

- Demo not particularly attractive
- All Phase II buyers were looking at reprogramming the channel
  - Requires significant investment to reprogram and / or rebrand to drive younger demo, CPMs and ad revenue
  - Requires alternatives for Company's current programming commitments
- Risks of movie driven ratings over the medium term, especially given recent internet based offers

### Other

Migration to VOD / interactive platforms
- Financial performance / level of profitability
- Library valuation benchmarks

citi

2

CONFIDENTIAL

CITI-TRIB-CC 00138323

# Distribution Agreement Renewals

Distribution Agreements Expiring In the Next 18 mos.

| (Subs in thousands) | Hallmark | | WGN Superstation | |
| --- | --- | --- | --- | --- |
| | Agr. Expiration Date | Number of Subs | Agr. Expiration Date | Number of Subs |
| Mediacom | Renewed (3-5 yrs) | | 12/31/2006 | 1,200 |
| Charter | -- | 4,470 | 12/31/2007 | 4,600 |
| EchoStar | Renewed (3-5 yrs) | 5,660 | 5/28/2008 | 7,500 |
| Cablevision | 12/31/2007 | 2,473 | 12/31/2008 | 30 |
| RCN | -- | | 12/31/2008 | 166 |
| Verizon | -- | | 12/31/2008 | 75 |
| Cox | -- | 4,502 | 12/31/2009 | 4,700 |
| *Subscribers under Agreements Expiring within 3 Years* | | *17,105* | | *18,271* |
| *% of Total Subscribers* | | *22.9%* | | *26.1%* |
| Direct TV | 12/31/2007 | 15,586 | 6/30/2011 | 12,900 |
| Time Warner | 12/31/2007 | 13,464 | 6/30/2011 | 10,500 |
| AT&T | -- | | 9/30/2011 | 4 |
| *Subscribers under Agreements Expiring within 5 Years* | | *46,155* | | *41,675* |
| *% of Total Subscribers* | | *61.8%* | | *59.5%* |
| Comcast | 12/31/2007 | 20,527 | 12/31/2013 | 15,500 |
| All Others | | 7,959 | | 12,825 |
| *Total Subscribers* | | *74,641* | | *70,000* |
| *% of Total Subscribers* | | *100.0%* | | *100.0%* |

Source: Company filings.



3

## Crown Media Price Performance

Crown Media Share Price



Analysts Commentary

- *We believe that the CRWN shares have rallied based on the assumption that the CEO will be successful in increasing the high-margin affiliate fees from cable operators*

- *We believe CRWN's renewal with EchoStar was likely signed at a lower per sub fee than its current per sub fee… in a trade-off whereby CRWN accepted a lower fee per sub for higher distribution*

- *CRWN's agreements with Comcast, Time Warner, DirecTV and Cablevision all expire at the end of 2007. The question is will Hallmark's fees increase to the level of its peers or will the industry avg. decline towards the Hallmark level?*

- *We think it is likely that MSO's will be in a hurry to sign new deals with CRWN at higher fees. CRWN may be compelled to continue to accept lower economics for distribution*



4

CONFIDENTIAL

CITI-TRIB-CC 00138325

# Crown Media Valuation Over Time

Post-announcement of the sale process, Crown Media traded at a value of $25 / subscriber (excluding the value of the content library). The average of the precedent transactions for mature networks is approximately $35 / subscriber.



| | Pre-Ann. (8/16/05) | After-Ann. (8/22/05) | After Termination (4/20/2006) | 12/31/2006 | Current |
|---|---|---|---|---|---|
| Stock Price | $8.97 | $10.60 | $4.83 | $3.63 | $6.93 |
| FV / FWD EBITDA | 158.4x | 175.8x | 114.7x | 189.7x | 235.7x |
| FV / FWD EBITDA With $50mm Synergies | 38.8x | 42.2x | 30.1x | 25.8x | 32.1x |

Source: Company financials and Wall Street Research.
Note: Excludes library value of $250mm (prior to the sale of the library in Dec. 2006) and estimated NOL value of $120mm.



5

CONFIDENTIAL

CITI-TRIB-CC 00138326

# Hallmark vs. WGN – Opportunity Comparison

| | Hallmark | WGN Superstation |
|---|---|---|
| Synergy Potential | • $1.6bn Firm Value at market (with debt at par); implies $20 / sub<br>• $60mm '06A SG&A / marketing expense<br>• $152mm '06A programming expense<br>• Absolute $ value of savings is larger, but unclear how buyer and seller share the benefit | • At $25 / sub, Firm Value is $1.75bn<br>• $20mm '06A SGA / marketing expense<br>• $30mm '06A programming expense |
| Separation Issues | • Significant Capital Structure / Shareholder / Intercompany complexities<br>• Lose branding power between cards and cable network<br>• Audience disruption | • Maintain Cubs programming?<br>• Distribution Co. has content rights<br>• FCC licenses<br>• Revenue share / shared services? |
| Projection Risk | • Re-rate of distribution fees for sub growth<br>• Quality of Revenue<br>• 3-5 year distribution contracts | • Management projections appear conservative (likely don't reflect downside or upside potential)<br>• Unclear subscriber penetration or ability to expand subscriber base |
| Opportunity | • Existing programming could be leveragable to certain buyers | • [Immediate revenue impact from incremental available inventory]<br>• Likely greater re-programming flexibility given audience<br>• Greater management attention / focus |

6

citi

CONFIDENTIAL

CITI-TRIB-CC 00138327

# Potential For Upside in WGN Distribution

Currently, WGN has 70mm subs, representing a 73% penetration rate of pay television households. Comparable mature stations have a penetration rate between 90 – 95% which suggests an opportunity for WGN to add between 15mm and 20mm subs.



7

CONFIDENTIAL

CITI-TRIB-CC 00138328

## Mature Networks – Comparable Universe



| | Hallmark | food network | abc family | SUPERSTATION WGN | Lifetime | tbs very funny | USA network | TNT | A&E |
|---|---|---|---|---|---|---|---|---|---|
| EOP '06 Subs (mm) | 75.3 | 91.0 | 91.5 | 70.0 | 90.1 | 91.0 | 91.0 | 91.0 | 90.7 |
| 2005 Ratings | 0.70% | 0.50% | 0.60% | 0.34% | 1.00% | 0.90% | 0.80% | 1.20% | 0.60% |
| 2005 CPMs | $2.48 | $5.13 | $3.14 | $3.97 | $4.33 | $5.37 | $5.66 | $4.55 | $3.95 |

Source: Kagan 2006.

citi

8

CONFIDENTIAL

CITI-TRIB-CC 00138329

# Overview of Programming

**WGN Superstation**

- Between 18% to 25% of simulcast programming
  - 12 hours per week of simulcast news transmission
  - 13.5 hours per week of sport broadcasting (Cubs games) during baseball season
  - 17.5 hours per week of sitcoms and other programs

**TBS**

- Feature presentations at a total of 50 hours per week

- Sitcoms at a total of 104 hours per week
  - Cosby Show
  - Fresh Prince of Bel Air
  - Home Improvement
  - Yes, Dear
  - The King of Queens
  - Seinfeld
  - Everybody Loves Raymond
  - Friends
  - Sex and the City

citi

9

CONFIDENTIAL

CITI-TRIB-CC 00138330

# Comparable Universe – Affiliate Fees & Advertising Revenue



Affiliate Fee Per Subscriber Per Month

Advertising Revenue Per Subscriber Per Year

CPM

10

CONFIDENTIAL

CITI-TRIB-CC 00138331

# Comparable Universe – Expenses and Margins

2006E Expenses as % of Revenue



**SG&A**

**Programming**

2006E EBITDA

**Margin**

**'06 – '10 Growth**

| EBITDA / Subs | $0.23 | $2.45 | $0.65 | $3.46 | $1.88 | $1.80 | $4.04 | $5.21 | $1.33 |

Source: Kagan 2006.

11

citi

CITI-TRIB-CC 00138332

# WGN

|  | Fiscal Year Ending December 31, | | | | | | '06 - '10 |
|---|---|---|---|---|---|---|---|
| (Dollars in millions) | 2005A | 2006E | 2007E | 2008E | 2009E | 2010E | CAGR |
| **Operating Data** | | | | | | | |
| Subscribers (Avg) (in mm) [1] | 67.0 | 70.0 | 72.1 | 74.3 | 76.5 | 78.8 | 3.0% |
| Affiliate Fee / Subscriber / Month | $0.04 | $0.05 | $0.05 | $0.05 | $0.05 | $0.05 | 3.0 |
| CPM (Implied) [2] [3] [4] | 3.97 | 3.51 | 3.43 | 3.47 | 3.47 | 3.47 | (0.3) |
| Affiliate Fee / Subscriber | 0.53 | 0.58 | 0.58 | 0.60 | 0.62 | 0.65 | 3.0 |
| Advertising Revenue / Subscriber | 1.48 | 1.33 | 1.27 | 1.24 | 1.21 | 1.17 | (3.2) |
| Revenue / Subscriber | $2.01 | $1.91 | $1.84 | $1.85 | $1.83 | $1.82 | (1.2%) |
| **Income Statement Data** | | | | | | | |
| Affiliate Revenue | $35.6 | $40.3 | $41.6 | $44.9 | $47.8 | $51.0 | 6.1% |
| Advertising Revenue | 99.2 | 93.4 | 91.4 | 92.4 | 92.4 | 92.4 | (0.3) |
| Other | 1.7 | 11.7 | 10.6 | 8.0 | 7.5 | 7.4 | (10.8) |
| **Total Revenue** | **$136.5** | **$145.4** | **$143.5** | **$145.3** | **$147.7** | **$150.8** | **0.9%** |
| *Growth* | | *6.6%* | *(1.3%)* | *1.3%* | *1.6%* | *2.1%* | |
| Programming Expense | $27.8 | $30.2 | $31.1 | $35.0 | $34.2 | $33.9 | 3.0% |
| SG&A | 20.1 | 22.1 | 23.3 | 21.4 | 21.9 | 22.8 | 0.7 |
| Total Operating Costs | $47.8 | $52.3 | $54.4 | $56.3 | $56.1 | $56.7 | 2.0% |
| **EBITDA** | **$88.6** | **$93.1** | **$89.1** | **$89.0** | **$91.6** | **$94.1** | **0.3%** |
| *Margin* | *64.9%* | *64.0%* | *62.1%* | *61.2%* | *62.0%* | *62.4%* | |
| *Programming Expense as % of Revenue* | *20.3%* | *20.8%* | *21.7%* | *24.1%* | *23.1%* | *22.5%* | |
| *SG&A as % of Revenue* | *14.7* | *15.2* | *16.2* | *14.7* | *14.9* | *15.1* | |

(1) Assumes subscribers growth rate of 3.0% based on CAGR from 2000 through 2006.
(2) Assumes Avg 24 hours delivery growth rate of 0.0%.
(3) Assumes target audience of 68.6% based on comparable companies.
(4) Based on total avails of 22 per hour and assuming advertisement revenues received only with respect to independent programming - 82.0% of broadcasts.



12

CONFIDENTIAL

# Potential Assumptions For Superstation Upside

For purposes of measuring potential upside, we assumed the Tribune management model as the base case, replacing certain assumptions with key drivers discussed below (based on existing cable models' projected performance).

| | |
|---|---|
| Potential Revenue Upside Due to Re-Programming | <ul><li>Depending on the buyer, re-programming could take on any number of formats</li><li>Illustrative scenarios presented assume the re-programmed Superstation could achieve performance similar to that of (both of which are assumed to be fully distributed cable networks):<ul><li>(1) a Movie Channel (e.g. AMC), or</li><li>(2) a General Entertainment Channel (e.g. TBS)</li></ul></li><li>Analysis assumes potential upside for the New Superstation keeps all revenue drivers constant, with exception of the CPM (which is replaced by an illustrative CPM representative of each of the above formats)</li><li>This revenue upside could be achieved in either a straight sale or strategic partnership</li></ul> |
| Programming Expenses | <ul><li>Programming expense also dependent on format of cable network assumed</li><li>Analysis assumes 50% of the new programming expense at the New Superstation is leveraged from the buyers' existing content library (expense is assumed to be at a marginal cost of 5% of Total Revenue)</li><li>Remaining 50% of the new programming expense is from newly purchased programming, the cost of which is assumed to be the same as the buyers' existing programming expense as a % of Total Revenue</li><li>One-time re-programming / re-branding costs estimated to be approximately $[100]mm</li></ul> |
| SG&A | <ul><li>50% of the absolute dollar value of the existing Superstation's SG&A (approximately $20mm annually) eliminated</li></ul> |

citi

13

CONFIDENTIAL

CITI-TRIB-CC 00138334



# Potential Revenue Upside

**Revenue Summary ($ millions)**

|  | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| Existing WGN Revenue: | $145.4 | $143.5 | $145.3 | $147.7 | $150.8 |
| Incremental Revenue: Movie Format | (7.1) | 8.5 | 22.2 | 35.8 | 48.5 |
| Incremental Revenue: Entertainment Format | 97.7 | 121.1 | 145.5 | 173.4 | 203.1 |

14

CONFIDENTIAL

CITI-TRIB-CC 00138335

## Potential Associated Expenses



### Expense Summary ($ millions)

| | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| Existing WGN Expenses: | $52.3 | $54.4 | $56.3 | $56.1 | $56.7 |
| Incremental Expenses: Movie Format | (3.1) | 0.2 | 2.1 | 8.0 | 13.7 |
| Incremental Expenses: Entertainment Format | 71.0 | 80.9 | 89.0 | 103.6 | 119.3 |

citi

15

CONFIDENTIAL

CITI-TRIB-CC 00138336



## Potential Cash Flow Upside

### Cash Flow Summary ($ millions)

| | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| Existing WGN Cash Flow: | $93.1 | $89.1 | $89.0 | $91.6 | $94.1 |
| Incremental Cash Flow: Movie Format | (4.0) | 8.4 | 20.1 | 27.8 | 34.7 |
| Incremental Cash Flow: Entertainment Format | 26.8 | 40.2 | 56.5 | 69.8 | 83.8 |

16

CITI-TRIB-CC 00138337

# WGN Superstation Illustrative Valuation

| Metric | Firm Value / '07 OCF | | | |
|---|---|---|---|---|
| ($ in millions) | $20.00 | $25.00 | $30.00 | $35.00 |
| Year End '06 Subs (mm) | 70.0 | 70.0 | 70.0 | 70.0 |
| Implied Value | $1,400 | $1,750 | $2,100 | $2,450 |
| Implied FV / EBITDA | 15.7x | 19.6x | 23.6x | 27.5x |
| Implied FV / PF EBITDA [1] | 15.7 | 19.6 | 23.6 | 27.5 |
| **Gross Proceeds to Tribune** | $1,400 | $1,750 | $2,100 | $2,450 |
| Less: Tax Leakage [2] | 495 | 628 | 762 | 896 |
| **Net Proceeds to Tribune** | **$905** | **$1,122** | **$1,338** | **$1,554** |
| Net Proceeds / EBITDA | 10.2x | 12.6x | 15.0x | 17.4x |

(1) Assumes $0mm of pre-tax synergies.

(2) Assumes 38.25% Tax Rate and $107mm Tax Basis.



17

CONFIDENTIAL

# Key Transaction Considerations

| ($ in millions) | Straight Sale | Strategic Partnership |
|---|---|---|
| **Potential Cash Flow Upside of Alternative** | | |
| **Cash Flow Negatives:** | | |
| Loss of Cash Flow ('08-'10) | $2,493 | $1,514 |
| NPV of Loss of Cash Flow | 2,023 | 1,228 |
| **Cash Flow Positives:** | | |
| Sale Proceeds (Pre-Tax) [1] | $2,100 | -- |
| Benefits of Partnership | -- | $671 |
| NPV of Benefits of Partnership | -- | $542 |
| **Net NPV of Alternative (Pre-Tax)** | **$77** | **($686)** |
| Less: Tax Leakage [2] | 762 | -- |
| **Net NPV of Alternative (After-Tax)** | **($686)** | **($686)** |
| **% Ownership Required for Neutrality of Alternatives** | | **32.4%** |

(1) Assumes sale of WGN for $30.0 per subscriber.

(2) Assumes 38.25% Tax Rate and $107mm Tax Basis.



18

CONFIDENTIAL

CITI-TRIB-CC 00138339

# Tribune Pro Forma Leverage Profile



**Sale of Superstation at 17.5x '07E OCF Management Case**

| | 2007E | 2008E | 2009E | 2010E | 2011E |
|---|---|---|---|---|---|
| **OCF** | $1,284 | $1,302 | $1,246 | $1,273 | $1,267 |
| **Adj. EBITDA** | 1,434 | 1,401 | 1,444 | 1,499 | 1,520 |
| **Adj. EBITDA/ Interest Exp** | 1.5x | 1.6x | 1.9x | 2.0x | 2.1x |
| **Adj. EBITDA Cushion** | $286 | $584 | $568 | $601 | $660 |

**Sale of Superstation at 17.5x '07E OCF Sensitivity Case**

| | 2007E | 2008E | 2009E | 2010E | 2011E |
|---|---|---|---|---|---|
| **OCF** | $1,284 | $1,144 | $1,009 | $963 | $871 |
| **Adj. EBITDA** | 1,434 | 1,243 | 1,207 | 1,189 | 1,124 |
| **Adj. EBITDA/ Interest Exp** | 1.5x | 1.4x | 1.5x | 1.5x | 1.4x |
| **Adj. EBITDA Cushion** | $286 | $413 | $299 | $226 | $151 |

Net Debt

Total Guaranteed Debt / Adj. EBITDA – w/ Sale

Total Guaranteed Debt / Adj. EBITDA Covenant

Total Guaranteed Debt / Adj. EBITDA – w/o Sale

19

citi

CONFIDENTIAL

CITI-TRIB-CC 00138340

# Key Transaction Considerations – Net Leverage Impact [TBU]

Straight Sale

Strategic Partnership

20

citi

CONFIDENTIAL

CITI-TRIB-CC 00138341

# Key Transaction Considerations – Buyer's Perspective

Considerations

**Sale to Strategic**
- Distribution contracts
  - Terms, expirations and pricing
  - Distribution with all major cable MSOs and satellite
- Advertising sales
  - Pricing, sellout and ratings
- Programming commitments
- Library valuation
  - Third party rights
- Headcount / operating costs
- Pro forma EBITDA from Buyer's perspective

**Strategic Partnership**
- Unique asset
  - The last remaining Superstation
- Programming agreements with WGN-TV productions
- Advertising commitments by WGN
- Library rights
- Support Agreement for WGN-TV simulcast
  - Sports and news (noon and prime time)

citi

21

CONFIDENTIAL

CITI-TRIB-CC 00138342

# Potential Acquirors / Partners

| | Strategic Rationale | Other Considerations |
|---|---|---|
| **at&t** | • Potential joint venture with EchoStar | • Future upside in affiliate revenues |
| **CBS** | • Interested in Chicago and programming platform | • Looked at WGN in late 2006 and passed |
| **Comcast** | • Sony / MGM agreement provides access to content for new networks<br>• Unique platform to create a niche product<br>• Recently acquired remainder of A&E network | • Actively looking for more content |
| **ECHOSTAR** | • Enhance subscriber loyalty<br>• National advertising platform | • Might consider jointly with AT&T |
| **The Hearst Corporation** | • Can customize content and fit with existing content offering<br>• Have broadcasting portfolio | • Off-network programming more limited<br>• Looked at stations in late 2006 and passed |
| Intermedia / Leo Hundry | • Owns a number of niche channels including The Sportsman Channel and Gospel | • Would need to find incremental capital |
| **LIBERTY** | • Product for DirecTV<br>• Utilize content from Starz | • Choice of vehicle between Discovery, DirecTV and Liberty |
| | • Do not currently have a TV network, but accumulating content | • Financial limitations make partnership more likely |
| **NBC UNIVERSAL** | • Strong library of film and TV content<br>• Looking to monetize content across multiple outlets | • Acquisitions by NBC need to be self-funded (i.e. sell other NBC assets to fund) |
| **News Corporation** | • Incremental distribution platform for new content | • Other potential topics (Post)<br>• Current Dow Jones process |
| **oh!** Oxygen | • Would add another content channel | • Overleveraged post repurchase of certain equity holders |
| **PROVIDENCE EQUITY MGM** | • MGM library has been looking for additional distribution | |

22

citi

CONFIDENTIAL

CITI-TRIB-CC 00138343

# Potential Acquirors / Partners

| | Strategic Rationale | Other Considerations |
|---|---|---|
| **RAINBOW** | • Cross programming / scale benefits | • Partnership opportunity only given 10x leverage from going private |
| **SONY** | • Concluded restructuring – well positioned with content<br>• Complement GSN | • Ability / willingness to pay |
| **TIME WARNER** | • Vast library of TV and film content to leverage<br>• Growth / synergies opportunities using TWX's operations, ad sales and marketing power | • History of successful integration including the last Superstation |
| *Walt Disney* | • Believe in the cost efficiency of a portfolio of brands / channels | • Least likely based on brand focus |
| **WALDEN MEDIA** | • Small, high-quality film library with strong family value theme | • Strong education focus and partnerships |



23

CONFIDENTIAL

CITI-TRIB-CC 00138344

## Monetization Issues

- [To Come]

24



CONFIDENTIAL

CITI-TRIB-CC 00138345

# Potential Interested Parties [TBD]

| Content Agreement | Library | Stand-alone Acquisition |
|---|---|---|

## Content Agreement / Library



- Approximately 4,000 motion picture titles
- Over 10,400 episodes of television programming
- World's largest library of modern films



- Premium movie service provider with 16 movie channels
- More than 1,000 movies per month
- Exclusive film output deals with Buena Vista Motion Pictures Group (incl. Walt Disney, Touchstone, Hollywood Pictures, Pixar, and Miramax), Sony Pictures Entertainment, Overture Films, and Warren Miller Films

**aMC**
**TV FOR MOVIE PEOPLE**

- 24-Hour, movie-based network
- Exclusive TV rights to 22 films from Warner Bros. Domestic Cable Distribution, such as *Million Dollar Baby* and *Ocean's 12*
- Exclusive licensing agreement with Paramount Pictures for 32 John Wayne films, including fully restored, digitally remastered *High and the Mighty* and *Island in the Sky*

## Stand-alone Acquisition

- Comcast
- CBS
- Viacom
- NBC
- Discovery
- Liberty
- E.W. Scripps
- MGM Programming

citi

25

CONFIDENTIAL

CITI-TRIB-CC 00138346

# Next Steps

- Review analysis with Tribune

- Additional internal data gathering

  – Detailed management projections for financial model

  – Historical operating statistics

  – Revenue share / shared services components with WGN Chicago (TV)

- Buyer profiles and pro forma analyses

- Potential straw-man of operating terms in a strategic partnership



26

CITI-TRIB-CC 00138347

## 2.  Sale of Renaissance Cluster

citi

CONFIDENTIAL

CITI-TRIB-CC 00138348

# Renaissance Cluster

## Asset Profile

| Market | DMA Rank | Affiliation | 2007 OCF | 2007 OCF Margin | '05-'07 OCF CAGR | '07-'11 OCF CAGR |
|---|---|---|---|---|---|---|
| Dallas | 6 | CW | $23 | 41% | (14.8%) | 7% |
| Harrisburg | 41 | FOX | 4 | 25 | 2 | 3 |
| Hartford (Duopoly) | 28 | FOX, CW | 12 | 32 | 1 | 4 |
| Indianapolis (Duopoly) | 25 | FOX, CW | 11 | 25 | 32 | 3 |
| Miami | 16 | CW | 20 | 44 | (2) | 1 |
| Sacramento | 20 | FOX | 15 | 36 | 3 | 4 |
| Philadelphia | 4 | MY | 10 | 25 | (5) | 7 |
| Washington, D.C. | 8 | CW | 14 | 38 | (16) | 9 |
| **Renaissance Cluster** | | | **$108** | **34.2%** | **(4.5%)** | **5.0%** |
| **Remaining Stations** | | | **$187** | **26.9%** | **(6.7%)** | **6.2%** |

## Impact to OCF Mix



27

# Pro Forma Leverage Impact to Tribune

## Management Case

($ in millions)

| Metric | YE 2007 | Status Quo 2008 | 2011 | 10.0x '07 2008 | 2011 | 14.0x '07 2008 | 2011 |
|---|---|---|---|---|---|---|---|
| Net Debt | $12,207 | $11,120 | $9,665 | $10,396 | $9,152 | $10,118 | $8,798 |
| Operating Cash Flow | 1,364 | 1,391 | 1,443 | 1,263 | 1,311 | 1,263 | 1,311 |
| Adj. EBITDA | 1,434 | 1,490 | 1,616 | 1,362 | 1,485 | 1,362 | 1,485 |
| **Guaranteed Debt / Adj. EBITDA:** | | | | | | | |
| Actual | 6.9x | 6.1x | 5.0x | 6.1x | 5.1x | 5.9x | 4.9x |
| Covenant | 9.0 | 9.0 | 8.3 | 9.0 | 8.3 | 9.0 | 8.3 |
| Difference | 2.1 | 2.9 | 3.2 | 2.9 | 3.2 | 3.1 | 3.4 |
| **% Operating Cash Flow:** | | | | | | | |
| Publishing | 70% | 67% | 66% | 68% | 73% | | |
| Broadcasting | 30 | 33 | 34 | 32 | 27 | | |
| Cumulative Debt Paydown | -- | $1,087 | $2,542 | $1,811 | $3,055 | $2,089 | $3,408 |
| TLX / TLB Outstanding | $7,778 | 6,988 | 5,979 | 6,263 | 5,466 | 5,985 | 5,113 |
| Senior Notes Outstanding | 3,266 | 3,268 | 2,821 | 3,268 | 2,821 | 3,268 | 2,821 |

## Sensitivity Case

($ in millions)

| Metric | YE 2007 | Status Quo 2008 | 2011 | 10.0x '07 2008 | 2011 | 14.0x '07 2008 | 2011 |
|---|---|---|---|---|---|---|---|
| Net Debt | $12,207 | $11,236 | $10,596 | $10,512 | $10,086 | $10,234 | $9,731 |
| Operating Cash Flow | 1,364 | 1,233 | 1,047 | 1,105 | 915 | 1,105 | 915 |
| Adj. EBITDA | 1,434 | 1,332 | 1,220 | 1,204 | 1,089 | 1,204 | 1,089 |
| **Guaranteed Debt / Adj. EBITDA:** | | | | | | | |
| Actual | 6.9x | 6.9x | 7.4x | 7.0x | 7.8x | 6.8x | 7.5x |
| Covenant | 9.0 | 9.0 | 8.3 | 9.0 | 8.3 | 9.0 | 8.3 |
| Difference | 2.1 | 2.1 | 0.9 | 2.0 | 0.4 | 2.2 | 0.8 |
| **% Operating Cash Flow:** | | | | | | | |
| Publishing | 70% | 62% | 53% | 64% | 61% | | |
| Broadcasting | 30 | 38 | 47 | 36 | 39 | | |
| Cumulative Debt Paydown | -- | $971 | $1,611 | $1,695 | $2,121 | $1,973 | $2,476 |
| TLX / TLB Outstanding | $7,778 | 7,104 | 6,683 | 6,380 | 6,065 | 6,102 | 5,764 |
| Senior Notes Outstanding | 3,266 | 3,268 | 2,821 | 3,268 | 2,821 | 3,268 | 2,821 |

citi

28

CONFIDENTIAL

CITI-TRIB-CC 00138350

# Illustrative Capital Structure

## Management Case

($ in millions)

| Metric | YE 2007 | Status Quo 2008 | Status Quo 2011 | 10.0x '07 2008 | 10.0x '07 2011 | 14.0x '07 2008 | 14.0x '07 2011 |
|---|---|---|---|---|---|---|---|
| Net Debt | $12,207 | $11,120 | $9,665 | $10,396 | $9,152 | $10,118 | $8,798 |
| Operating Cash Flow | 1,364 | 1,391 | 1,443 | 1,263 | 1,311 | 1,263 | 1,311 |
| Adj. EBITDA | 1,434 | 1,490 | 1,616 | 1,362 | 1,485 | 1,362 | 1,485 |
| **Broadcasting** | | | | | | | |
| Net Debt at 9.0x | $3,799 | $4,273 | $4,462 | $3,126 | $3,281 | $3,126 | $3,281 |
| **Publishing** | | | | | | | |
| Remaining Net Debt | $8,408 | $6,847 | $5,203 | $7,269 | $5,871 | $6,991 | $5,517 |
| Implied Leverage | 8.3x | 6.7x | 4.6x | 7.2x | 5.2x | 6.9x | 4.9x |

## Sensitivity Case

($ in millions)

| Metric | YE 2007 | Status Quo 2008 | Status Quo 2011 | 10.0x '07 2008 | 10.0x '07 2011 | 14.0x '07 2008 | 14.0x '07 2011 |
|---|---|---|---|---|---|---|---|
| Net Debt | $12,207 | $11,236 | $10,596 | $10,512 | $10,086 | $10,234 | $9,731 |
| Operating Cash Flow | 1,364 | 1,233 | 1,047 | 1,105 | 915 | 1,105 | 915 |
| Adj. EBITDA | 1,434 | 1,332 | 1,220 | 1,204 | 1,089 | 1,204 | 1,089 |
| **Broadcasting** | | | | | | | |
| Net Debt at 9.0x | $3,799 | $4,273 | $4,462 | $3,126 | $3,281 | $3,126 | $3,281 |
| **Publishing** | | | | | | | |
| Remaining Net Debt | $8,408 | $6,963 | $6,134 | $7,386 | $6,804 | $7,108 | $6,449 |
| Implied Leverage | 8.3x | 8.1x | 8.5x | 8.6x | 9.4x | 8.3x | 8.9x |



29

CONFIDENTIAL

CITI-TRIB-CC 00138351

# Appendix

citi

CONFIDENTIAL

CITI-TRIB-CC 00138352

# Private Multiples – Mature Networks [TBU]

Recent mature network acquisitions have a valuation multiple of 15x – 20x forward EBITDA.

## Mature Network Transactions



| Network | BET | Fox Family | USA, Sci-Fi | Bravo | "Comedy Central " | QVC | Court TV | Disney |
|---|---|---|---|---|---|---|---|---|
| Buyer | Viacom | Disney | Vivendi | NBC | Viacom | Liberty | AOL TW | Comcast |
| Subs (mm) | 62.4 | 115.0 | 85.6 | 69.5 | 84.9 | 85.0 | 87.9 | 90.1 |
| Subscriber Growth | 4.5% | NA | 2.6% | 5.8% | 1.7% | NA | 3.5% | NA |
| EBITDA / Sub | 2 | 1 | 6 | 1 | 1 | 11 | 1 | 2 |
| FV / Sub | 48 | 45 | 126 | 16 | 29 | 163 | 17 | 34 |

Source: Company filings, Kagan and Wall Street research.

30

CITI-TRIB-CC 00138353

# Public Market and Research Analyst Valuation Benchmarks



Publicly Traded Media Companies

Research Analyst Embedded Cable Network Multiples

| '07-'09 EBITDA CAGR | 23% | 9% | 124% |
|---|---|---|---|
| Growth-Adj. Multiple | 0.7x | 1.2x | NM |

(a) EBITDA based on Wall Street consensus estimates. Crown Media has a firm value of $1.7 billion as of 06/11/07 close.

31

citi

CONFIDENTIAL

CITI-TRIB-CC 00138354

# AMC

| (Dollars in millions) | Fiscal Year Ending December 31, | | | | | | '06 - '10 |
|---|---|---|---|---|---|---|---|
| | 2005A | 2006E | 2007E | 2008E | 2009E | 2010E | CAGR |
| **Operating Data** | | | | | | | |
| Subscribers (Avg) (in mm) | 86.8 | 88.2 | 90.5 | 93.5 | 96.3 | 98.6 | 2.8% |
| Affiliate Fee / Subscriber / Month | $0.22 | $0.23 | $0.23 | $0.24 | $0.25 | $0.25 | 3.0 |
| CPM (Implied) | 2.28 | 2.66 | 3.08 | 3.53 | 3.95 | 4.34 | 13.0 |
| Affiliate Fee / Subscriber | 2.63 | 2.71 | 2.79 | 2.87 | 2.96 | 3.05 | 3.0 |
| Advertising Revenue / Subscriber | 1.41 | 1.67 | 1.93 | 2.21 | 2.47 | 2.72 | 13.0 |
| Revenue / Subscriber | $4.04 | $4.38 | $4.73 | $5.08 | $5.43 | $5.77 | 7.2% |
| **Income Statement Data** | | | | | | | |
| Affiliate Revenue | $228.5 | $239.0 | $252.8 | $268.8 | $285.3 | $300.9 | 5.9% |
| Advertising Revenue | 122.5 | 147.0 | 174.9 | 206.4 | 237.4 | 268.2 | 16.2 |
| Other | 1.9 | 2.1 | 2.3 | 2.6 | 2.8 | 3.1 | 10.2 |
| **Total Revenue** | **$352.9** | **$388.1** | **$430.0** | **$477.8** | **$525.5** | **$572.2** | **10.2%** |
| *Growth* | | *10.0%* | *10.8%* | *11.1%* | *10.0%* | *8.9%* | |
| Programming Expense | $116.6 | $128.2 | $141.0 | $155.1 | $170.6 | $187.7 | 10.0% |
| SG&A | 33.6 | 35.3 | 37.0 | 38.9 | 40.8 | 42.9 | 5.0 |
| Total Operating Costs | $150.2 | $163.5 | $178.0 | $194.0 | $211.4 | $230.6 | 9.0% |
| **EBITDA** | **$202.7** | **$224.6** | **$252.0** | **$283.8** | **$314.1** | **$341.6** | **11.1%** |
| *Margin* | *57.4%* | *57.9%* | *58.6%* | *59.4%* | *59.8%* | *59.7%* | |
| *Programming Expense as % of Revenue* | *33.0%* | *33.0%* | *32.8%* | *32.5%* | *32.5%* | *32.8%* | |
| *SG&A as % of Revenue* | *9.5* | *9.1* | *8.6* | *8.1* | *7.8* | *7.5* | |

Source: Kagan 2006.

32

citi

CITI-TRIB-CC 00138355

# Bravo

| (Dollars in millions) | Fiscal Year Ending December 31, | | | | | | '06 - '10 |
|---|---|---|---|---|---|---|---|
| | 2005A | 2006E | 2007E | 2008E | 2009E | 2010E | CAGR |
| **Operating Data** | | | | | | | |
| Subscribers (Avg) (in mm) | 78.6 | 81.3 | 85.0 | 88.5 | 92.0 | 95.2 | 4.0% |
| Affiliate Fee / Subscriber / Month | $0.14 | $0.16 | $0.17 | $0.18 | $0.19 | $0.20 | 6.4 |
| CPM (Implied) | 7.80 | 8.28 | 9.32 | 9.66 | 9.90 | 10.00 | 4.8 |
| Affiliate Fee / Subscriber | 1.72 | 1.90 | 2.08 | 2.20 | 2.32 | 2.43 | 6.4 |
| Advertising Revenue / Subscriber | 1.87 | 2.11 | 2.51 | 2.75 | 2.99 | 3.21 | 11.1 |
| Revenue / Subscriber | $3.58 | $4.01 | $4.58 | $4.95 | $5.30 | $5.65 | 9.0% |
| **Income Statement Data** | | | | | | | |
| Affiliate Revenue | $134.9 | $154.2 | $176.4 | $194.4 | $213.1 | $231.8 | 10.7% |
| Advertising Revenue | 146.8 | 171.7 | 213.1 | 243.5 | 274.9 | 306.0 | 15.5 |
| Other | 1.6 | 1.7 | 1.8 | 1.8 | 1.9 | 1.9 | 2.8 |
| **Total Revenue** | **$283.3** | **$327.6** | **$391.3** | **$439.7** | **$489.9** | **$539.7** | **13.3%** |
| *Growth* | | *15.6%* | *19.4%* | *12.4%* | *11.4%* | *10.2%* | |
| Programming Expense | $130.2 | $149.7 | $170.7 | $187.7 | $206.5 | $227.2 | 11.0% |
| SG&A | 43.6 | 49.1 | 55.2 | 62.1 | 68.3 | 75.1 | 11.2 |
| Total Operating Costs | $173.8 | $198.8 | $225.9 | $249.8 | $274.8 | $302.3 | 11.0% |
| **EBITDA** | **$109.5** | **$128.8** | **$165.4** | **$189.9** | **$215.1** | **$237.4** | **16.5%** |
| *Margin* | *38.7%* | *39.3%* | *42.3%* | *43.2%* | *43.9%* | *44.0%* | |
| *Programming Expense as % of Revenue* | *46.0%* | *45.7%* | *43.6%* | *42.7%* | *42.2%* | *42.1%* | |
| *SG&A as % of Revenue* | *15.4* | *15.0* | *14.1* | *14.1* | *13.9* | *13.9* | |

Source: Kagan 2006.

citi

33

CONFIDENTIAL

CITI-TRIB-CC 00138356

# TBS

| (Dollars in millions) | Fiscal Year Ending December 31, | | | | | | '06 - '10 |
|---|---|---|---|---|---|---|---|
| | 2005A | 2006E | 2007E | 2008E | 2009E | 2010E | CAGR |
| **Operating Data** | | | | | | | |
| Subscribers (Avg) (in mm) | 89.0 | 90.3 | 92.5 | 95.5 | 98.4 | 100.9 | 2.8% |
| Affiliate Fee / Subscriber / Month | $0.37 | $0.39 | $0.40 | $0.42 | $0.43 | $0.44 | 3.0 |
| CPM (Implied) | 5.37 | 5.89 | 6.55 | 7.33 | 8.19 | 9.11 | 11.5 |
| Affiliate Fee / Subscriber | 4.48 | 4.72 | 4.86 | 5.01 | 5.15 | 5.31 | 3.0 |
| Advertising Revenue / Subscriber | 6.37 | 6.72 | 7.11 | 7.52 | 7.95 | 8.40 | 5.7 |
| Revenue / Subscriber | $10.85 | $11.44 | $11.97 | $12.52 | $13.10 | $13.71 | 4.6% |
| **Income Statement Data** | | | | | | | |
| Affiliate Revenue | $398.6 | $426.0 | $449.5 | $478.0 | $507.2 | $535.7 | 5.9% |
| Advertising Revenue | 567.3 | 606.8 | 657.5 | 717.9 | 782.1 | 847.8 | 8.7 |
| **Total Revenue** | **$965.9** | **$1,032.8** | **$1,107.0** | **$1,195.9** | **$1,289.3** | **$1,383.5** | **7.6%** |
| *Growth* | | *6.9%* | *7.2%* | *8.0%* | *7.8%* | *7.3%* | |
| Programming Expense | $496.7 | $531.4 | $568.6 | $608.4 | $651.0 | $696.6 | 7.0% |
| SG&A | 130.3 | 133.6 | 136.9 | 140.3 | 143.8 | 147.4 | 2.5 |
| Total Operating Costs | $627.0 | $665.0 | $705.5 | $748.7 | $794.8 | $844.0 | 6.1% |
| **EBITDA** | **$338.9** | **$367.8** | **$401.5** | **$447.2** | **$494.5** | **$539.5** | **10.1%** |
| *Margin* | *35.1%* | *35.6%* | *36.3%* | *37.4%* | *38.4%* | *39.0%* | |
| *Programming Expense as % of Revenue* | *51.4%* | *51.5%* | *51.4%* | *50.9%* | *50.5%* | *50.4%* | |
| *SG&A as % of Revenue* | *13.5* | *12.9* | *12.4* | *11.7* | *11.2* | *10.7* | |

Source: Kagan 2006.



34

CITI-TRIB-CC 00138357

# Potential WGN Upside [TBD]

AMC

TBS

citi

CONFIDENTIAL

CITI-TRIB-CC 00138358

# Value of Upside [TBD]

AMC

TBS

citi

36

CONFIDENTIAL

CITI-TRIB-CC 00138359

Any terms set forth herein are intended for discussion purposes only and are subject to the final terms as set forth in separate definitive written agreements.  This presentation is not a commitment to lend, syndicate a financing, underwrite or purchase securities, or commit capital nor does it obligate us to enter into such a commitment, nor are we acting as a fiduciary to you.  By accepting this presentation, subject to applicable law or regulation, you agree to keep confidential the existence of and proposed terms for any transaction contemplated hereby (a "Transaction").

Prior to entering into any Transaction, you should determine, without reliance upon us or our affiliates, the economic risks and merits (and independently determine that you are able to assume these risks) as well as the legal, tax and accounting characterizations and consequences of any such Transaction.  In this regard, by accepting this presentation, you acknowledge that (a) we are not in the business of providing (and you are not relying on us for) legal, tax or accounting advice, (b) there may be legal, tax or accounting risks associated with any Transaction, (c) you should receive (and rely on) separate and qualified legal, tax and accounting advice and (d) you should appraise senior management in your organization as to such legal, tax and accounting advice (and any risks associated with any Transaction) and our disclaimer as to these matters.  By acceptance of these materials, you and we hereby agree that from the commencement of discussions with respect to any Transaction, and notwithstanding any other provision in this presentation, we hereby confirm that no participant in any Transaction shall be limited from disclosing the U.S. tax treatment or U.S. tax structure of such Transaction.

IRS Circular 230 Disclosure:  Citigroup Inc. and its affiliates do not provide tax or legal advice.  Any discussion of tax matters in these materials (i) is not intended or written to be used, and cannot be used or relied upon, by you for the purpose of avoiding any tax penalties and (ii) may have been written in connection with the "promotion or marketing" of the Transaction.  Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

We are required to obtain, verify and record certain information that identifies each entity that enters into a formal business relationship with us.  We will ask for your complete name, street address, and taxpayer ID number.  We may also request corporate formation documents, or other forms of identification, to verify information provided.

Any prices or levels contained herein are preliminary and indicative only and do not represent bids or offers.  These indications are provided solely for your information and consideration, are subject to change at any time without notice and are not intended as a solicitation with respect to the purchase or sale of any instrument.  The information contained in this presentation may include results of analyses from a quantitative model which represent potential future events that may or may not be realized, and is not a complete analysis of every material fact representing any product.  Any estimates included herein constitute our judgment as of the date hereof and are subject to change without notice.  We and/or our affiliates may make a market in these instruments for our customers and for our own account.  Accordingly, we may have a position in any such instrument at any time.

Although this material may contain publicly available information about Citi corporate bond research or economic and market analysis, Citi policy (i) prohibits employees from offering, directly or indirectly, a favorable or negative research opinion or offering to change an opinion as consideration or inducement for the receipt of business or for compensation; and (ii) prohibits analysts from being compensated for specific recommendations or views contained in research reports.  So as to reduce the potential for conflicts of interest, as well as to reduce any appearance of conflicts of interest, Citi has enacted policies and procedures designed to limit communications between its investment banking and research personnel to specifically prescribed circumstances.

© 2007 Citigroup Global Markets Inc.  Member SIPC.  All rights reserved.  Citi and Citi and Arc Design are trademarks and service marks of Citigroup Inc. or its affiliates and are used and registered throughout the world.



37

CITI-TRIB-CC 00138360