| | |
|---|---|
| **From:** | Canmann, Michael S [CMB-GBKG] |
| **Sent:** | Thursday, July 26, 2007 03:47 PM |
| **To:** | Seale, Astrida [CMB-GBKG] |
| **Subject:** | Fw: Memo |
| **Importance:** | Low |
| **Attachments:** | Sam Zell Briefing Memo_v5.doc |

Can you fax to me.
-----Original Message-----
From: Yurko, Mark [CMB-GBKG]
To: Canmann, Michael S [CMB-GBKG]
Sent: Thu Jul 26 10:51:13 2007
Subject: RE: Memo
 <<Sam Zell Briefing Memo_v5.doc>>
Attached is the revised memo

-----Original Message-----
From: Canmann, Michael S [CMB-GBKG]
Sent: Wednesday, July 25, 2007 6:35 PM
To: Yurko, Mark [CMB-GBKG]
Subject: Memo
Memo for chuck is fine. One question lou had was for a little more detail on the equity deal we are doing.
Also need a Recent Meeting Section
" On july 25 Michael Canmann, Christina Mohr and Michael Schell met with Sam and Nil Larsen to discuss strategic transactions for Tribune as well as review the overall plans for the remaining 4billion in financing in light of the current market conditions.
Sam understands the current state of the market and remains committed to closing the transaction. He said he has a long history of working with his banks and investors and he personally committed to getting the debt sold.
As far as strategic transactions, the potential sale of WGN has the greatest positive impact in terms of deleveraging. Sams view is that these transaction have to be carefully considered in light of the pending FCC approval. Sam has spent a great deal of personal time in Washington to happy facilitate the approval process.

CONFIDENTIAL

CITI-TRIB-CC 00073497