JPM_00292612

From: CN=Andrew J O'Brien/O=JPMCHASE
Date: 07/26/2007 08:40:21 AM
To: CN=Patricia Deans/O=JPMCHASE@CHASE
Subject: Fw: Trib

---

Assume you're working on Trib email.
Andy
    Inactive hide details for Jp CaseyJp Casey

    From: Jp Casey
    Sent: 07/26/2007 07:35 AM CDT
    To: Chris Linneman; Andrew O'Brien
    Subject: Re: Trib

1) More equity
2) Even More equity
3) More rate
He needs to hear unequivacally that this deal will fail without a lot more help from Zell. We don't need to market it to know that - we know it now.

---

Sent from my BlackBerry Wireless Handheld
    Inactive hide details for Chris LinnemanChris Linneman

    From: Chris Linneman
    Sent: 07/25/2007 08:08 PM CDT
    To: Andrew O'Brien; Jp Casey
    Subject: Trib

Andy-did you ask anyone to put a note together for jbl on trib? I did not. Do you remember who is on it? I can send note but don't know who lead banker(s) are?
Jim-fyi JBL having lunch with Zell tomorrow-anything we want him to say/ask for?start working on?

Highly Confidential - Attorneys' Eyes Only