From: CN=Peter Cohen/O=JPMCHASE
Date: 08/17/2007 04:40:23 PM
To: CN=Darryl M Jacobson/O=JPMCHASE@JPMCHASE; CN=Chris Linneman/O=JPMCHASE@JPMCHASE; CN=Andrew J O'Brien/O=JPMCHASE@JPMCHASE; CN=Jp Casey/O=JPMCHASE@JPMCHASE; CN=Patricia Deans/O=JPMCHASE@JPMCHASE; CN=Brit J Bartter/O=JPMCHASE@JPMCHASE; CN=Joachim X Sonne/O=JPMCHASE@JPMCHASE
CC: CN=Rajesh Kapadia/O=JPMCHASE@JPMCHASE; CN=Yang X Chen/O=JPMCHASE@JPMCHASE
Subject: Re: Tribune

|                       |
|:---------------------:|
| Redacted              |

---

Peter Cohen
Managing Director
JP Morgan
277 Park Avenue NY NY 10172
212/622-9855 (w)
917/620-8542 (cell)
   Inactive hide details for Darryl M JacobsonDarryl M Jacobson

   From: Darryl M Jacobson
   Sent: 08/17/2007 03:37 PM EDT
   To: Chris Linneman; Andrew O'Brien; Jp Casey; Patricia Deans; Brit Bartter; Peter Cohen; Joachim Sonne
   Cc: Rajesh Kapadia; Yang Chen
   Subject: Tribune

FYI, heard through Don McCree, that Sam called Jamie today. Asking us to do some more work around opportunity for company to do a sizeable stock buyback. Stock is $25 today. We know credit agreement includes limitation on dividends currently of $50mm, so any meaningful transaction would need to find a way to work around that. We heard yesterday from Nils Larsen (who is one of Sam's team) that Board did not want to do this. We will do some more research and keep you posted.
Darryl M. Jacobson
Vice President
J.P. Morgan Securities Inc.
270 Park Avenue, 5th Floor
New York, NY 10017
Tel: (212) 270-0329
Cell: (917) 359-8511
Email: darryl.m.jacobson@jpmorgan.com

Highly Confidential - Attorneys' Eyes Only                                                   JPM_00490214

Highly Confidential - Attorneys' Eyes Only

JPM_00490215