

From: CN=Darryl M Jacobson/O=JPMCHASE
Date: 08/24/2007 06:15:09 PM
To: darryl.m.jacobson@jpmorgan.com
Subject: Tribune - Share Repurchase

Jamie,
We reviewed the opportunity for Tribune Company to execute a share repurchase in order to benefit from the differential between the current stock price ($28.75 on 8/24) and the go-private offer price of $34. Please find below a summary of the basis for our conclusion that a share repurchase by the company can not be done to achieve this goal. Please let us know if you have any further questions. Thanks.

**Share Repurchase – Considerations**
A share repurchase, whether a direct repurchase, or indirect (such as using a Total Return Swap), would be limited by the terms of the Credit Agreement to $50 million, through the negative covenant - limitation on dividends. An amount too small to have a meaningful impact on the transaction.
- Even though it would require an amendment/waiver approval from only 51% of lenders to permit a larger share repurchase, there is no chance that such an amendment would be obtained given that the term loan is trading just above 90

Redacted

Redacted

Even if it had not been limited to the $50 million basket, there would be additional considerations with a share repurchase or entering into a Total Return Swap.
- SEC rules would require that the company file disclosures associated with a share repurchase, including filing new projections, 20 days in advance of the repurchase or swap transaction. Strategically, providing the market with projections at this time would not be optimal and could complicate execution of the step-2 loan and high yield financing.

The Bank's credit exposure, if a counterparty to a Total Return Swap, could be equitably subordinated in bankruptcy, and given the significant amount of debt with a higher priority claim (including the bank loans and bonds), the associated credit risk would be significant.

As underwriters and lenders, there is the potential for creating diverging economic interests if all the underwriters did not act as counterparties. In addition, our economic interests as a counterparty could also potentially conflict with our interests as an underwriter, lender, and Administrative Agent for the syndicate.

Darryl M. Jacobson
Vice President

Highly Confidential - Attorneys' Eyes Only

JPM_00493435

- J.P. Morgan Securities Inc.
  270 Park Avenue, 5th Floor
  New York, NY 10017
  Tel: (212) 270-0329
  Cell: (917) 359-8511
  Email: darryl.m.jacobson@jpmorgan.com

Highly Confidential - Attorneys' Eyes Only

JPM_00493436