JPM_00462255

**From:** CN=Brit J Bartter/O=JPMCHASE
**Date:** 08/28/2007 07:59:22 PM
**To:** CN=Patricia Deans/O=JPMCHASE@JPMCHASE
**Subject:** Re: Tribune - Share Repurchase - - follow-up

---

Trish,
Well done.
Did you get a complete run down on my last Nils call from Raj? I can also do it with you when you get back.
Hope you've had a little bit of time to yourself this week!
Best,
Brit
Brit J. Bartter
Vice Chairman
JP Morgan Securities Inc.
227 West Monroe Street, Suite 2800
Chicago, IL 60606
Telephone: 312-541-4216
Facsimile:   312-541-3429
Cellular:     847-715-8570
brit.j.bartter@jpmorgan.com
   Inactive hide details for Patricia DeansPatricia Deans

   From: Patricia Deans
   Sent: 08/28/2007 02:35 PM CDT
   To: Andrew O'Brien; Darryl Jacobson
   Cc: Brit Bartter; Chris Linneman; Donald McCree; Peter Cohen; Rajesh Kapadia; Yang Chen
   Subject: Re: Tribune - Share Repurchase - - follow-up
Thank you andy
---------------------------
Sent from my BlackBerry Wireless Handheld
   Inactive hide details for Andrew J O'BrienAndrew J O'Brien

   From: Andrew J O'Brien
   Sent: 08/28/2007 03:34 PM EDT
   To: Darryl Jacobson
   Cc: Brit Bartter; Chris Linneman; Donald McCree; Patricia Deans; Peter Cohen; Rajesh Kapadia; Yang Chen
   Subject: Re:   Tribune - Share Repurchase - - follow-up
I just spoke to Jamie and explained that we could not get an amendement done at this point for all of the reasons we have discussed.
Andy

Highly Confidential - Attorneys' Eyes Only

Inactive hide details for Leveraged Finance - Tel (212) 270-0329 Fax (212) 270-1063Leveraged Finance - Tel (212) 270-0329 Fax (212) 270-1063
Leveraged Finance - Tel (212) 270-0329 Fax (212) 270-1063

**Darryl M Jacobson/JPMCHASE**

08/28/2007 01:12 PM

To: Andrew J O'Brien/JPMCHASE@JPMCHASE, Donald McCree/JPMCHASE@JPMCHASE, Chris Linneman/JPMCHASE@JPMCHASE, Patricia Deans/JPMCHASE@JPMCHASE

cc: Rajesh Kapadia/JPMCHASE@JPMCHASE, Brit J Bartter/JPMCHASE@JPMCHASE, Peter Cohen/JPMCHASE@JPMCHASE, Yang X Chen/JPMCHASE@JPMCHASE

Subject: Tribune - Share Repurchase - - follow-up

Received a call from Jamie following up on the email below we sent him on Friday, which provided our view about the prospect of Tribune doing a large share repurchase. For anyone not aware, the original request to look into into the potential for a Tribune share repurchase emanated from his discussion with Sam Zell. Jamie requests that we reconfirm with capital markets on our view that obtaining an 51% amendment/waiver from the lenders to permit a large ($1 bn) share repurchase, would not be obtainable from the lenders, and then follow-up with him. The term loan B is currently at 90.25. It's noteworthy that a meaningful mark to the term loans, to incentivize lender approval of the amendment, would put a lot of pressure on already very tight interest coverage.

The current stock price is $28.21/share. A $1bn share repurchase at $30/share, would save only $133mm from the planned debt-financed $4.2bn step-2 go-private (and this exludes the impact of higher interest expense due to the requisite mark for the amendment). If the $1bn share repurchase were executed at $28/share the saving would increase to only $200mm.

Thanks,
Darryl M. Jacobson
Vice President
J.P. Morgan Securities Inc.
270 Park Avenue, 5th Floor
New York, NY 10017
Tel: (212) 270-0329
Cell: (917) 359-8511
Email: darryl.m.jacobson@jpmorgan.com

----- Forwarded by Darryl M Jacobson/JPMCHASE on 08/28/2007 12:30 PM -----
Leveraged Finance - Tel (212) 270-0329 Fax (212) 270-1063

Highly Confidential - Attorneys' Eyes Only

JPM_00462256

| | |
|---|---|
| **Darryl M Jacobson/JPMCHASE** <br><br> 08/24/2007 06:39 PM | To: Jamie Dimon/IL/ONE@JPMCHASE <br> cc: Donald McCree/JPMCHASE@JPMCHASE, Chris Linneman/JPMCHASE@JPMCHASE, Patricia Deans/JPMCHASE@JPMCHASE, Rajesh Kapadia/JPMCHASE@JPMCHASE <br> Subject: Tribune - Share Repurchase |

Jamie,
We reviewed the opportunity for Tribune Company to execute a share repurchase in order to benefit from the differential between the current stock price ($28.75 on 8/24) and the go-private offer price of $34. Please find below a summary of the basis for our conclusion that a share repurchase by the company can not be done to achieve this goal. Please let us know if you have any further questions. Thanks.

**Share Repurchase – Considerations**

A share repurchase, whether a direct repurchase, or indirect (such as using a Total Return Swap), would be limited by the terms of the Credit Agreement to $50 million, through the negative covenant - limitation on dividends. An amount too small to have a meaningful impact on the transaction.

- Even though it would require an amendment/waiver approval from only 51% of lenders to permit a larger share repurchase, there is no chance that such an amendment would be obtained given that the term loan is trading just above 90.
- Dividend is broadly defined under the Credit Agreement to include both direct and indirect acquisitions of the stock. Redacted

Redacted

- SEC rules would require that the company file disclosures associated with a share repurchase, including filing new projections, 20 days in advance of the repurchase or swap transaction. Strategically, providing the market with projections at this time would not be optimal and could complicate execution of the step-2 loan and high yield financing.
- The Bank's credit exposure, if a counterparty to a Total Return Swap, could be equitably subordinated in bankruptcy, and given the significant amount of debt with a higher priority claim (including the bank loans and bonds), the associated credit risk would be significant.
- As underwriters and lenders, there is the potential for creating diverging economic interests if all the underwriters did not act as counterparties. In addition, our economic interests as a counterparty could also potentially conflict with our interests as an underwriter, lender, and Administrative Agent for the syndicate.

Darryl M. Jacobson
Vice President

Highly Confidential - Attorneys' Eyes Only

J.P. Morgan Securities Inc.
270 Park Avenue, 5th Floor
New York, NY 10017
Tel: (212) 270-0329
Cell: (917) 359-8511
Email: darryl.m.jacobson@jpmorgan.com





Highly Confidential - Attorneys' Eyes Only

JPM_00462258