From: CN=Yang X Chen/O=JPMCHASE
Date: 09/19/2007 07:30:45 PM
To: CN=Peter Cohen/O=JPMCHASE@JPMCHASE; CN=Joachim X Sonne/O=JPMCHASE@JPMCHASE; CN=Brit J Bartter/O=JPMCHASE@JPMCHASE
CC: CN=Rajesh Kapadia/O=JPMCHASE@JPMCHASE; CN=Darryl M Jacobson/O=JPMCHASE@JPMCHASE
Subject: Tribune - pages for senior management meeting tomorrow
Number of attachments: 1

---

Attached please find 3 pages we plan to use in the meeting with senior management tomorrow.
*(See attached file: Tribune Dimon pages v3.ppt)*
Brit, here are the materials on the 2nd and 3rd pages. On the 1st page, we lay out the cap structure, ratings, trading levels, and JPM commitments, reserves, etc.
- MAC
- extensive analysis of operating performance of Tribune and its peers
- on some metrics, Tribune doing better than its peers, others worse, variance is generally a couple percentage
- recent performance worse than what Company projected six months ago
- Solvency Opinion
- required for Step 2 closing
- hiring independent Solvency Firm
- Most Favored Nation on Step 2 Term Loan
- Step 1 Term Loan lenders have a step-up in the yield if Step 2 term Loan B priced higher
- Under the Term Sheet and Credit Agreement, MFN applies if Company is paying for it, not if the underwriters are paying for it
- Sam Zell Meeting
- currently scheduled for Tuesday September 25 at 2:30pm at 270 Park Avenue
- Commitment by Zell/Company to sell additional $2.5BN+ in assets / delever by 2.0x leverage
- Provide underwriters with the additional coupon that we would be entitled to if we flexed $1.4BN of TLB into bonds, even if we did not flex into bonds (approximately 450 bps on $1.4BN, or $63MM per year)
- Bond or bridge covenants in line with credit agreement
- More fees, as well as additional fees payable at regular intervals until Step 2 financing is executed
- MFN for Step 2 Term Loan lenders / More rate
- Increase principal amount of bonds if performance targets are not met
- Explore JPMorgan providing a Total Return Swap for Sam Zell to purchase a portion of Step 2 TLB
- EGI contribute more equity or subordinated debt

Yang Chen



Highly Confidential - Attorneys' Eyes Only

JPM_00280816

J.P. Morgan | Syndicated Leveraged Finance
Telecom, Media & Technology
270 Park Avenue, 5th Floor | New York, NY 10017
Telephone: 212-270-9506 | Fax: 917-456-3149
================================================

Highly Confidential - Attorneys' Eyes Only

JPM_00280817

SEPTEMBER 20, 2007

# TRIBUNE
## INTERNAL DISCUSSION MATERIALS

STRICTLY PRIVATE AND CONFIDENTIAL

**JPMorgan**

Highly Confidential - Attorneys' Eyes Only

JPM_00280818

# Transaction summary

| | | | Corporate/Issuer Ratings | | | |
|---|---|---|---|---|---|---|
| | | | Outlook | Ba3 | B+ | B2 | B |
| | | | | Review for DG | Negative Watch | Stable | Negative |

## Pro forma Capitalization ($ millions)

| | | | | | |
|---|---|---|---|---|---|
| Revolver ($750mm) | $0 | | $0 | | 5.8x |
| Term Loan B | 5,515 | 3.9x | 7,620 | 5.6x | 0.2x |
| Term Loan X | 1,500 | 1.1x | 1,350 | 1.0x | |
| 1st Priority Guaranteed Debt | $7,015 | 5.0x | $8,970 | 6.6x | 6.0x |
| New Senior Notes/Bridge | | | | | 1.6x |
| Guaranteed Debt | 0 | | 2,100 | 1.6x | 7.6x |
| | $7,015 | 5.0x | $11,070 | 8.2x | $9,970 |
| Medium Term Notes/DDTL | $263 | | $263 | | $263 |
| Existing Notes | 1,166 | | 1,166 | | 1,166 |
| Capitalized Real Estate Obligation | 51 | | 36 | | 36 |
| Swap and Other Obligations | 40 | | 43 | | 43 |
| Senior Debt | $8,535 | 6.0x | $12,578 | 9.3x | $11,478 | 8.7x |
| PHONES | 930 | | 930 | | 930 |
| Total Debt | $9,465 | 6.7x | $13,508 | 10.0x | $12,408 | 9.4x |
| Public Equity | $4,311 | | $0 | | |
| Zell Investment | 250 | | 315 | | |
| ESOP equity (borrowed from Tribune) | 250 | | 250 | | |
| Total Equity | $4,811 | 3.4x | $565 | 0.4x | $565 | 0.4x |
| Total Capitalization | $14,276 | 10.1x | $14,073 | 10.4x | $12,973 | 9.9x |

## Key terms and flex

| | |
|---|---|
| Amount and Tenor: | ■ $750mm 6-year RC<br>■ $5,515mm 7-year TLB<br>■ $1,500mm 2-year TLX<br>■ $263mm 7-year DDTL |
| Pricing: | ■ R/C, TLB, DDTL: L+300 bps (RC: 50 bps, DDTL: 75 bps undrawn)<br>■ TLX: L+250 bps after Step 1; L+275 bps after Step 2 |
| Covenants: | ■ Minimum Interest Coverage<br>■ Maximum Total Guaranteed Debt Leverage |
| Step 2 Financing: | $2,105mm TLB<br>$2,100mm HY |
| Market Flex: | ■ Bank: L+300 bps all in<br>■ Bond: 12.5% cap<br>■ Other: $1.4bn tranche flex from TLB to HY |

## JPMorgan holds, commitments, fees and reserves ($ millions)

| Current Holds | | Commitments | |
|---|---|---|---|
| Revolving Credit Facility | $100 | Incremental Facility | $606 |
| Delay Drawn Term Loan | $79 | Senior Bridge | $630 (Gross)/$387 (Net) |
| | | Net Total | $993 |
| | | Reserves | |
| | | Loan | ($69) |
| | | Bond | ($78) |
| | | Total | ($147) |

## Relative value metrics

| Stock price | |
|---|---|
| Current | $27.78 |
| Offer | $34.00 |
| % Discount | (18.3%) |
| Term Loans | |
| TLB | $91.50 |
| TLX | $98.00 |
| 5.25% due 2015 | $70.23/10.98% |
| LCDS | 475 |
| 5-year CDS | 895 |

■ Post Step 2, the Company will become privately held by an Employee Stock Ownership Plan ("ESOP"). The Zell Entity will hold a subordinated note and a warrant entitling it to acquire approximately 40% of the Company for $500 million in the future

■ Post Step 2, the Company will elect to become a S Corporation to achieve substantial tax savings

JPMorgan 🟠

INTERNAL DISCUSSION MATERIALS

TRIBUNE COMPANY     1

JPM_00280819

Highly Confidential - Attorneys' Eyes Only

# Discussion points

- **MAC**
  - extensive analysis of operating performance of Tribune and its peers
  - on some metrics, Tribune doing better than its peers, others worse, variance is generally a couple percentage
  - recent performance worse than what Company projected six months ago

- **Solvency Opinion**
  - required for Step 2 closing
  - hiring independent Solvency Firm

- **Most Favored Nation on Step 2 Term Loan**
  - Step 1 Term Loan lenders have a step-up in the yield if Step 2 term Loan B priced higher
  - Under the Term Sheet and Credit Agreement, MFN applies if Company is paying for it, not if the underwriters are paying for it

- **Sam Zell Meeting**
  - currently scheduled for Tuesday September 25 at 2:30pm at 270 Park Avenue

## Potential changes to deal terms

- Commitment by Zell/Company to sell additional $2.5BN+ in assets / delever by 2.0x leverage
- Provide underwriters with the additional coupon that we would be entitled to if we flexed $1.4BN of TLB into bonds, even if we did not flex into bonds (approximately 450 bps on $1.4BN, or $63MM per year)
- Bond or bridge covenants in line with credit agreement
- More fees, as well as additional fees payable at regular intervals until Step 2 financing is executed
- MFN for Step 2 Term Loan lenders / More rate
- Increase principal amount of bonds if performance targets are not met
- Explore JPMorgan providing a Total Return Swap for Sam Zell to purchase a portion of Step 2 TLB
- EGI contribute more equity or subordinated debt

JPMorgan

INTERNAL DISCUSSION MATERIALS

TRIBUNE COMPANY  3

JPM_00280821

Highly Confidential - Attorneys' Eyes Only