EGI-LAW00145139

**From:** Bill Pate [BPate@egii.com]
**Sent:** Monday, October 15, 2007 7:24 PM
**To:** Nils Larsen
**Subject:** Re:

I'd just take the meeting, listen to their comments and go from there. Sam has been expecting an ask from them since you met with them three weeks ago.

I'm out in the morning then back in the afternoon. We can catch up on board composition then, but I don't know much about where we are. Sam keeps dragging his feet. Only certain names are sam, maggie, osborne, dennis, holden, f wood, and another sam nominee.
William Pate
Equity Group Investments, L.L.C.
2 North Riverside Plaza - Suite 600
Chicago, IL 60606
wpate@egii.com

----- Original Message -----
From: Nils Larsen
To: Bill Pate
Sent: Mon Oct 15 18:53:36 2007
Subject: FW:

Let's talk about this tomorrow morning. I want to strategize on this front before responding. I think it would be hard for us to decline to participate but I don't want to get caught in the middle either. Given the addressed parties I don't think this will be an official ask but it will be information that will need to percolate upwards.

I also want to talk about TRB board composition.

Later.

Nils

-----Original Message-----
From: RAJESH.KAPADIA@jpmorgan.com [mailto:RAJESH.KAPADIA@jpmorgan.com]
Sent: Monday, October 15, 2007 5:33 PM
To: Chandler (Tribune Group) Bigelow; Nils Larsen
Cc: Todd (Merrill Lynch) Kaplan
Subject:

Chandler and Nils,

Hope all is well. I had called earlier to see if you and your colleagues
would be around and available on Thursday morning (say 10-10:30 Central
time) for the underwriters to come over to Chicago and discuss some
thoughts we have on the Step 2 financing. We would expect this discussion
would take about 75-90 mins.

If this does not work for you and your colleagues, please propose some
alternative times/dates. Thanks.
------------------------
Sent from my BlackBerry Wireless Handheld

---

This communication is for informational purposes only. It is not
intended as an offer or solicitation for the purchase or sale of
any financial instrument or as an official confirmation of any
transaction. All market prices, data and other information are not
warranted as to completeness or accuracy and are subject to change
without notice. Any comments or statements made herein do not

**CONFIDENTIAL**

**EGI-LAW 00145139**

Klee_Temp006755

EGI-LAW00145140

necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates. This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.
Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.

**CONFIDENTIAL**

**EGI-LAW 00145140**

Klee_Temp006755