JPM_00333013

From: CN=Rajesh Kapadia/O=JPMCHASE
Date: 10/16/2007 11:51:00 AM
To: "Todd (Merrill Lynch) Kaplan" <todd_kaplan@ml.com>
Subject: Re:

I called chandler back, have not heard from him, I was planning on giving him a very high level overview (reduce debt, reallocate, more rate) and wait off on getting into a discussion until the thursday meeting. Let me know what times work for you today that we can call him together.
Also, thinking of calling Nils tomorrow afternoon to provide a more detailed heads-up on the proposal and also talk about the $500mm bridge that zell buys. Let me know if you would like to be on that call and you availability, I will be available after 3:30pm NY tomorrow for that call.
Yes, it is telling the Nils email about "gives" and "gets".

Sent from my BlackBerry Wireless Handheld

----- Original Message -----
From: "Kaplan, Todd \(GMI Leveraged Finance\)" [todd_kaplan@ml.com]
Sent: 10/16/2007 10:41 AM EST
To: Rajesh Kapadia
Subject: Re:
Works here
I have not returned Chandler's call, and am swamped until later today
Let me know if you are going to ring him back, or you'd like to set a time to do it together
Nils message is telling - we need to portray this in a "gives" and "gets" fashion
Todd Kaplan
Senior Vice President
Chairman of Global Leveraged Finance
(312) 869-6213
todd_kaplan@ml.com
-----Original Message-----
From: RAJESH.KAPADIA@jpmorgan.com <RAJESH.KAPADIA@jpmorgan.com>
To: Nils (Equity Group Investment/Sam Zell) Larsen <NLarsen@egii.com>; Chandler (Tribune Group) Bigelow <cbigelow@tribune.com>
CC: Kaplan, Todd (GMI Leveraged Finance)
Sent: Tue Oct 16 10:21:50 2007
Subject: Re:
Nils, Just tried you back a few mins ago, 11am Central time Thursday at Tribune offices works. Don't expect to be more than 90 mins, so you should be able to make it for your other meeting.

Sent from my BlackBerry Wireless Handheld
----- Original Message -----
From: "Nils Larsen" [NLarsen@egii.com]
Sent: 10/16/2007 09:15 AM
To: <RAJESH.KAPADIA@jpmorgan.com>;"Chandler \(Tribune Group\) Bigelow" <cbigelow@tribune.com>
Cc: "Todd \(Merrill Lynch\) Kaplan" <todd_kaplan@ml.com>
Subject: RE:
Raj:
I tried you last night but I missed you so I thought I would respond to all with an e-mail.
I am available to discuss your thoughts on the second step financing. I

Highly Confidential - Attorneys' Eyes Only

JPM_00333013

Klee_Temp006742

JPM_00333014

have a meeting at EGI which begins at 1:30P so I need to back in the office by then. I know that Chandler has the QIII update call with the banks on Thursday at 10A so I might suggest we start our conversation at 11A on Thursday. That should give us plenty of time to go over your ideas and fit into our schedules. Please confirm that this works for you. I would suggest that we meet at TRB but I am happy to host at EGI as well.
I am working under the assumption that your thoughts represent some mutually beneficial suggestions and will be presented as such.
I look forward to seeing you on Thursday.
Nils
-----Original Message-----
From: RAJESH.KAPADIA@jpmorgan.com [mailto:RAJESH.KAPADIA@jpmorgan.com]
Sent: Monday, October 15, 2007 5:33 PM
To: Chandler (Tribune Group) Bigelow; Nils Larsen
Cc: Todd (Merrill Lynch) Kaplan
Subject:
Chandler and Nils,
Hope all is well. I had called earlier to see if you and your colleagues would be around and available on Thursday morning (say 10-10:30 Central time) for the underwriters to come over to Chicago and discuss some thoughts we have on the Step 2 financing. We would expect this discussion
would take about 75-90 mins.
If this does not work for you and your colleagues, please propose some alternative times/dates. Thanks.

Sent from my BlackBerry Wireless Handheld

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates. This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.
Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of

Highly Confidential - Attorneys' Eyes Only

JPM_00333014

Klee_Temp006742

JPM_00333015

any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates. This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.
Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.

This message w/attachments (message) may be privileged, confidential or proprietary, and if you are not an intended recipient, please notify the sender, do not use or share it and delete it. Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Merrill Lynch. Subject to applicable law, Merrill Lynch may monitor, review and retain e-communications (EC) traveling through its networks/systems. The laws of the country of each sender/recipient may impact the handling of EC, and EC may be archived, supervised and produced in countries other than the country in which you are located. This message cannot be guaranteed to be secure or error-free. This message is subject to terms available at the following link: http://www.ml.com/e-communications_terms/. By messaging with Merrill Lynch you consent to the foregoing.

Highly Confidential - Attorneys' Eyes Only

JPM_00333015

Klee_Temp006742