From: CN=Rajesh Kapadia/O=JPMCHASE
Date: 10/18/2007 03:38:38 PM
To: CN=James B. Lee/O=JPMCHASE@JPMCHASE
CC: "Andrew O'Brien" <andrew.j.obrien@jpmorgan.com>; "Chris Linneman" <chris.linneman@jpmorgan.com>; "Jim Casey" <jp.casey@jpmorgan.com>; "Trish Deans" <patricia.deans@jpmorgan.com>; "Brit Bartter" <brit.j.bartter@jpmorgan.com>; CN=Peter Cohen/O=JPMCHASE@JPMCHASE; CN=Joachim X Sonne/O=JPMCHASE@JPMCHASE; "Jeff Sell" <jeff.sell@jpmorgan.com>
Subject: Tribune

---

Jimmy,
Andy and I just left meeting with Tribune and Nils Larsen in Chicago to lay out the changes to the Tribune financing (summarized below) that we discussed with you Monday. I know you said you may want to call Sam.
Meeting went well, Tribune mgt is focused on how they convince their Board of the revised terms. We explained that we are still losing money and that the board should want a market clearing deal and not leave a levered company with its underwriters stuffed. Also, we are asking for no additional cash rate.
As a reminder, the proposed changes are: (a) reducing debt by $700 to $3.5BN from cash on hand and FCF; (b) commit to selling additional $1.5bn in assets over next 3 years; (c) apply the increased rate to the bonds that would have resulted from exercising the flex to shift $1.4bn from loans to bonds (d) additional PIK rate of 300bps on $2.1bn bonds; (e) reduce bond maturity from 8 to 7 years.
Separately we talked to Nils about Zell buying $500mm of the bonds/bridge (this did not come up in the Tribune meeting).
To recap the email Joachim sent Tuesday on IRRs, Sam has a 34.5% IRR if he exits in year five at 9x EBITDA based on the committed cap structure, which reduces to 32.6% in our proposed structure, or a 190 bps reduction. The IRRs over a 10 year investment period are 27.8% on the committed cap structure reducing to 25.9% in the proposed structure.

---

Sent from my BlackBerry Wireless Handheld

Highly Confidential - Attorneys' Eyes Only

JPM_00371431

Klee_Temp005419