From: CN=Rajesh Kapadia/O=JPMCHASE
Date: 10/20/2007 08:29:09 AM
To: "Earl Dowling" <earl.e.dowling@jpmorgan.com>; CN=Yang X Chen/O=JPMCHASE; CN=Matthew W Slovitt/O=JPMCHASE@JPMCHASE; "Jeff Sell" <jeff.sell@jpmorgan.com>; "Christian Walsh" <christian.walsh@jpmorgan.com>; CN=John Kowalczuk/O=JPMCHASE
Subject: Fw: TRib

---

Sent from my BlackBerry Wireless Handheld
   Inactive hide details for Peter CohenPeter Cohen

   From: Peter Cohen
   Sent: 10/20/2007 07:23 AM CDT
   To: Andrew O'Brien; Rajesh Kapadia; Patricia Deans; Jp Casey; Brit Bartter; Joachim Sonne; James Lee
   Subject: Re: TRib
Check out the interview with sam in today's wsj on the op ed page

---

Peter Cohen
Managing Director
JP Morgan
277 Park Avenue NY NY 10172
212/622-9855 (w)
917/620-8542 (cell)
   Inactive hide details for Andrew J O'BrienAndrew J O'Brien

   From: Andrew J O'Brien
   Sent: 10/19/2007 03:14 PM CDT
   To: Rajesh Kapadia; Patricia Deans/JPMCHASE@CHASE; Peter Cohen; Jp Casey/JPMCHASE@JPMORGAN; Brit Bartter
   Subject: TRib
Jimmy spoke to Sam..Sam felt we asked for a lot with a lot of take and no give...jbl made same counters we did at our meeting..call ended ok.....board meeting monday. We should hear back from them monday night with their counter
Stay tuned
Andy

Highly Confidential – Attorneys' Eyes Only

JPM_00223238

Klee_Temp005420