# TRIBUNE COMPANY
# BOARD OF DIRECTORS MEETING
# NOVEMBER 13, 2008

A telephonic meeting of the Board of Directors (the "Board") of Tribune Company (the "Company") was originated at 2 North Riverside Plaza in Chicago, Illinois beginning at approximately 10:00 a.m. (Chicago time) on November 13, 2008. The meeting was called pursuant to valid notice.

The following directors participated in the meeting: Samuel Zell, Jeffrey S. Berg, Brian L. Greenspun, Betsy D. Holden, William A. Osborn, William C. Pate, Mark Shapiro, Maggie Wilderotter and Frank E. Wood.

Also attending, by invitation of the Board, were the following officers, employees and guests of the Company: Randy Michaels, Gerald A. Spector, Donald J. Liebentritt, Chandler Bigelow, David P. Eldersveld, Robin Mariella, Nils E. Larsen, Terry Holt and Randolph Read. Also in attendance were James F. Conlan and Bryan Krakauer from Sidley Austin LLP.

Mr. Zell served as chairman of the meeting and Mr. Eldersveld acted as secretary of the meeting. After determination that a quorum was present, the meeting was called to order.

Mr. Zell called the meeting to order and began by providing the Board with an update on his November 11, 2008 meeting with Jamie Dimon, the Chairman and Chief Executive Officer of JPMorgan Chase & Co. Messrs. Zell and Dimon discussed the Company's current operating performance, its liquidity and capital structure and the status of its material pending transactions. In particular, Messrs. Zell and Dimon discussed the Company's near-term debt maturities and the continued pressure on the Company's operating performance. Mr. Zell reported that Mr. Dimon was committed to working with the Company and that Mr. Dimon was assembling a group within JPMorgan to focus on the matters referenced above.

Mr. Zell then provided the Board with an update on the status of the negotiations relating to the Company's potential transactions involving the Chicago Cubs and its investment in the TV Food Network.

Messrs. Bigelow and Liebentritt then provided the Board with an update on the Company's current operating performance, its capital structure and liquidity and management's efforts to address considerations related to the Company's near-term debt maturities. Management then addressed questions from the Board.

Mr. Bigelow then reported on management's recommendation that the Company retain Morgan Stanley to provide advice and guidance to the Board and management with respect a potential restructuring. Mr. Bigelow described the terms and conditions of the proposed engagement letter after which a discussion ensued. Following that, the Board approved the retention of Morgan Stanley.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415727

There being no further business to come before the Board, the meeting was adjourned at approximately 10:25 a.m.

_____
David P. Eldersveld
Secretary

2

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0415728