# EXHIBIT A to
# Jackson Lewis Ordinary Course Professional Affidavit
# Dated August 13, 2010

**CURRENT OR FORMER JACKSON LEWIS CLIENTS (or entities affiliated with current or former Jackson Lewis clients):**

Aegon USA Investment Management
AIG Global Investment
Aladdin Capital Management
American Express
Anheuser Busch
Arby's Restaurants
Ares Management
AT&T
Axis Reinsurance
Bank of America
Bank of New York
Bear Stearns
Cablevision
Carmax
Carnival Corp.
CBS Radio
Circuit City
CIT Group Incorporated
Citibank
Citicorp
Citigroup
Claren Road Asset Management
Clinton Group
Comcast
Comcast Cable
Credit Suisse Group
Dell
Deloitte & Touche
Deutsche Bank
Disney – Buena Vista
Domino's Pizza
Duke York Road/Duke Realty
Dunkin Donuts
Ernst & Young
Fidelity Investments
Foodmaker/Jack in the Box
Ford

Four Corners Capital Management
FTI Consulting
Gannett Co.
GEICO
GE – Vivendi Universal
General Electric
General Electric Capital
General Motors
Glaxo Smith Kline Beecham
Hartford Courant
Hartford Insurance
Hearst
ING Investment Management
Jones Day
J.P. Morgan Chase Bank
Jefferson Pilot Financial Insurance
John Hancock Financial Services
Johnson & Johnson
Lehman Brothers Commercial Bank
Lehman Brothers Holdings
Lexington Insurance Company
Lloyd's
Loews Corporation
Loomis Sayles & Company
Lowe's – Home Improvement
McDonald's
MediaNews Group
Mercer (US) –
Merrill Lynch
Metropolitan Life Insurance
Morgan Stanley
Neuberger Berman
New York Life Insurance
New York Life Investment Management
Ore Hill
Orlando Sentinel Communications
Paramount Pictures
Paul Hastings Janofsky & Walker
Pepsi
Pfizer
PricewaterhouseCoopers
Progressive Insurance
Prudential Investment Management
Raymour & Flanigan
Royal Bank of Scotland
Serengeti Asset Management

Sprint Nextel
St. Paul Fire & Marine Insurance Company
Strategic Value Partners
Subway
Swiss Reinsurance
Target Stores
Television Food Network
T-Mobile
Time Warner
UBS
Travelers
Tribune Company
Valassis
Verizon Wireless
Vertis
Wachovia
Warner Brothers
Washington Mutual
Wells Capital Management
Wells Fargo Bank
WestLB
WPIX
White Castle
XL Insurance
Yum Brands/Kentucky Fried Chicken/Taco Bell
Zurich American Insurance

**ENTITIES CURRENTLY OR FORMERLY ADVERSE TO JACKSON LEWIS CLIENTS**

Washington Baltimore Newspaper Guild