# APPENDIX D

**TRIBUNE SHARE PRICE**
**AFTER STEP ONE OF THE LEVERAGED ESOP TRANSACTION**
**JUNE 4, 2007**

| Date | Price at Closing | | |
|---|---|---|---|
| 6/4/2007 | $32.24 | | |
| 6/5/2007 | $31.85 | **5-Day Average** | **% Tender Offer Price** |
| 6/6/2007 | $31.81 | **$31.83** | **93.62%** |
| 6/7/2007 | $31.67 | | |
| 6/8/2007 | $31.58 | | |
| 6/11/2007 | $31.30 | | |
| 6/12/2007 | $30.80 | **10-Day Average** | **% Tender Offer Price** |
| 6/13/2007 | $30.83 | **$31.27** | **91.97%** |
| 6/14/2007 | $30.21 | | |
| 6/15/2007 | $30.40 | | |

**Source: Bloomberg**

**Tribune Historical Share Price**
**July 2006 - December 2007**



Source: Bloomberg