| | | |
|---|---|---|
| From: | Kaplan, Todd (GMI Leveraged Finance). | Sent: 8/11/2007 1:59 PM. |
| To: | Mayer, Carl (GMI-CAPMKTS). | |
| Cc: | . | |
| Bcc: | Mayer, Carl (GMI-CAPMKTS). | |
| Subject: | Tribune. | |

Had a thought that I wanted to run by you - trying to conceptualize what we can ask for in terms of making the 2nd step better

Was thinking about adding a twist to the bonds - at the caps, the bonds will be at 12.5% (assuming a downgrade, which seems highly likely to me) - at a certain point, asking for more cash interest makes the coverages hurt, so next stop may be PIK in some form on top of the 12.5%

Given the challenge of the credit, what if we put in a provision that was a little different - not that we PIK additional interest, but that the bond principal increases as some objective measure (ratings, coverage) declines

For example

- we sell bonds that have $1000 of principal initially - pays $125 per year in interest

- if coverage declines 15%, bond principal goes to $1100

- if coverage declines 30%, bond principal goes to $1200

Idea is not to increase interest (cash is flat at $125 per annum per bond), but to allow increased principal amount to improve noteholders claim in a reorg type analysis

That type of analysis is anchoring the existing TRB notes - calculus is, I think, less about yield and more value of the claim relative to enterprise value

Let me know what you think


Todd Kaplan
Senior Vice President
Chairman of Global Leveraged Finance
(312) 869-6213
todd_kaplan@ml.com

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

ML-TRIB-0395122