From: CN=Peter Cohen/O=JPMCHASE
Date: 04/04/2007 12:44:45 PM
To: "Karen L. Parkhill" <karen.l.parkhill@jpmorgan.com>

---

Did you see the trib deal we did with zell? Will make $75M!!! Guess that pays for all the effort over the years. Want catch up with you! What's doin?

------------------------

Peter Cohen
Managing Director
JP Morgan
277 Park Avenue NY NY 10172
212/622-9855 (w)
917/620-8542 (cell)

Highly Confidential - Attorneys' Eyes Only

JPM_00209270