**From**: CN=Peter Cohen/O=JPMCHASE
**Date**: 03/29/2007 04:51:18 PM
**To**: CN=Lisa L Lewis/O=JPMCHASE@JPMCHASE
**Subject**: Re: UPDATE ANDY SRIUBAS - for DB 8am Friday Weekly Client Meeting

_____

I am on vaction in Aspen but at this moment getting on a plane to chicago to go to the Trib Board meeting tomorrow. The actual fees to JPM will be closer to $75M for Trib (!!!!!!). Will be a number of deals and timing and everything still very fluid for next 36 hours....(But should help the budget!). Probably worth me losing 2 days of skiing....... :-)

---------------------------
Peter Cohen
Managing Director
JP Morgan
277 Park Avenue NY NY 10172
212/622-9855 (w)
917/620-8542 (cell)
   Inactive hide details for Lisa L LewisLisa L Lewis

```
From: Lisa L Lewis
Sent: 03/29/2007 01:45 PM PDT
To: Peter Cohen
Subject: Re: UPDATE ANDY SRIUBAS - for DB 8am Friday
```
Weekly Client Meeting
Thx Peter.. I take it you're not on vacation this week?
**Lisa Lewis, Executive Director** | **JPMorganChase** | + **lisa.l.lewis@jpmorgan.com** | ( **OFC 415-315-8584** ( **FAX 415-367-9060** |
Inactive hide details for Peter Cohen/JPMCHASEPeter Cohen/JPMCHASE

| **Peter Cohen/JPMCHASE** | [IMAGE] [IMAGE] Lisa L Lewis/JPMCHASE@JPMCHASE |
|---|---|
| 03/29/2007 01:43 PM | To |
| | [IMAGE] [IMAGE] |
| | cc |
| | [IMAGE] [IMAGE] Re: UPDATE ANDY SRIUBAS - for DB 8am Friday |
| | Subject Weekly Client Meeting |
| | [IMAGE]          [IMAGE] |

Yes on Trib. It has been discussed in past and Jamie is involved.
Disco stores assignment unclear on fees and we will have to work out a rev share with oken - he is doing all the work but it is my relationship. Will not be really big $$$$ tho
---------------------------
Peter Cohen

Highly Confidential - Attorneys' Eyes Only
JPM_00284643

Managing Director
JP Morgan
277 Park Avenue NY NY 10172
212/622-9855 (w)
917/620-8542 (cell)
    Inactive hide details for Lisa L LewisLisa L Lewis

```
From: Lisa L Lewis
Sent: 03/29/2007 01:35 PM PDT
To: Peter Cohen
Subject: Re: UPDATE ANDY SRIUBAS - for DB 8am Friday
Weekly Client Meeting
```
can andy mention the trib stuff in db's meeting? also on discovery stores.. what is deal size, fee and timing?
**Lisa Lewis, Executive Director** | **JPMorganChase** | + **lisa.l.lewis@jpmorgan.com** | ( OFC 415-315-**8584** ( **FAX 415-367-9060** |
Inactive hide details for Peter Cohen/JPMCHASEPeter Cohen/JPMCHASE

| **Peter Cohen/JPMCHASE** | [IMA GE] To | [IMAGE] Lisa L Lewis/JPMCHASE@JPMCHASE |
|---|---|---|
| 03/29/2007 01:28 PM | [IMA GE] cc | [IMAGE] |
| | [IMA GE] Subje ct | [IMAGE] Re: UPDATE ANDY SRIUBAS - for DB 8am Friday Weekly Client Meeting |
| | [IMAGE] | [IMAGE] |

Its all pretty complex
On Disco we get paid $2.5M from newhouse for advisory (already paid I think). Deal size $2.0B ($1.275 cash plus Travel Channel). We will also be paid approx $2.0M by Discovery as jt-books right on a $1.75B bank financing they will do to pay cox the cash portion of the deal. They have to actually over fund deal which is why the raise is bigger than the cash payment to cox. We may also get another $500K from Disco to do a valuation for them on Travel channel but that is up in the air. So the advisory is already paid. The bank deal will be completed and paid in May.
On Trib, which has been back and forth and hush hush, we will get paid, I think, somewhere betw $20-$40M (wooooo hoooo!) on the financing over the course of the year. Still working it out but should know more after this weekend.
Ok?
-------------------------
Peter Cohen
Managing Director
JP Morgan
277 Park Avenue NY NY 10172
212/622-9855 (w)

917/620-8542 (cell)
> Inactive hide details for Lisa L LewisLisa L Lewis

```
From: Lisa L Lewis
Sent: 03/29/2007 01:22 PM PDT
To: Peter Cohen
Subject: Re: UPDATE ANDY SRIUBAS - for DB 8am Friday
```
Weekly Client Meeting

I had to read your Disco/Advance/Cox note 3 times to get it... what is total deal size? $1.75bn (pipeline had $2.5bn)... fees in the current month estimate are $2.5mm - is there more coming? and what is timing for completion? Thx.
I don't see Tribune in the pipeline... what is the fee est? what is timing?

**Lisa Lewis, Executive Director** | **JPMorganChase** | + **lisa.l.lewis@jpmorgan.com** | ( **OFC 415-315-8584** ( **FAX 415-367-9060** |

Inactive hide details for Peter Cohen/JPMCHASEPeter Cohen/JPMCHASE

| **Peter Cohen/JPMCHASE** | [IMAGE] | [IMAGE] | |
|---|---|---|---|
| 03/29/2007 12:56 PM | To | Lisa L Lewis/JPMCHASE@JPMCHASE, "Andrew Sriubas" <andrew.r.sriubas@jpmorgan.com> | |
| | [IMAGE] cc | [IMAGE] | |
| | [IMAGE] Subject | [IMAGE] Re: UPDATE ANDY SRIUBAS - for DB 8am Friday Weekly Client Meeting | |

[IMAGE]                    [IMAGE]

Announced Discovery transaction. Signed non-binding letter of intent for Cox to exit as a shareholder of Disco. JPM represented Advance/Newhouse in their negotiations with Cox and John Malone. Cox will exit as a shareholder of Discovery by executing a Sec. 355 cash rich split off of their 25% stake in Disco in exchange for $1.275B of cash plus the Travel Channel network. Advance's stake in Disco will rise to 33% and Malone will go to 66%. Governance will remain the same. Malone will still not control Disco but will share with Newhouse family. JPM will also be a joint-bookrunner on the $1.75B bank financing that Discovery must do in order to pay the cash to Cox.
Hoping to announce a Tribune transaction this weekend. Special Committee meeting Friday. JPM representing Sam Zell and jt book runner on $13B two step financing with Merrill and Citi to pay large dividend to Trib shareholders and take company private.

-------------------------
Peter Cohen
Managing Director
JP Morgan
277 Park Avenue NY NY 10172
212/622-9855 (w)
917/620-8542 (cell)
> Inactive hide details for Lisa L LewisLisa L Lewis

```
From: Lisa L Lewis
Sent: 03/29/2007 08:11 AM PDT
To: IB NA TMT MDs; Gerald Walters; Eva Huston; Curt
Sigfstead
Cc: TMT FBM
Subject: UPDATE ANDY SRIUBAS - for DB 8am Friday Weekly
Client Meeting
```
Andy will represent TMT at Doug's weekly client meeting tomorrow.  Please send **ANDY SRIUBAS (and cc TMT FBM)** a marketing update - wins, losses, deals in the market, important pitches and requests for senior management support.

March forecast of $104mm (and YTD of $199mm) is attached. Most things projected earlier in the month have booked (which is good since it is the 29th!) - Agilysis is still projected (at $8.7mm this could move the needle if it slips to April).  Projected quarter shows TMT off to a great start in 2007 - up 11% on plan.  Great work!
[IMAGE]









Weekly Forecast 03-28-07.pdf

Highly Confidential - Attorneys' Eyes Only                                                                                                                                    JPM_00284646