From: CN=Peter Cohen/O=JPMCHASE
Date: 04/02/2007 02:11:28 PM
To: CN=Sanjay Jain/O=JPMCHASE@JPMCHASE
Subject: Re: JPMorgan advises Sam Zell on the $13.3 billion take-private of Tribune and will serve as Joint Bookrunner on $11.2 billion of loan and high yield financing

---

Thx dude. Can you say ka-ching!!
------------------------
Peter Cohen
Managing Director
JP Morgan
277 Park Avenue NY NY 10172
212/622-9855 (w)
917/620-8542 (cell)
    Inactive hide details for Sanjay JainSanjay Jain

    From: Sanjay Jain
    Sent: 04/02/2007 11:03 AM PDT
    To: Joachim Sonne; Peter Cohen
    Subject: Re: JPMorgan advises Sam Zell on the $13.3 billion take-private of Tribune and will serve as Joint Bookrunner on $11.2 billion of loan and high yield financing

congrats you guys. well done.
Inactive hide details for JPMorgan Telecoms, Media and Technology Investment BankingJPMorgan Telecoms, Media and Technology Investment Banking
**JPMorgan** Telecoms, Media and Technology Investment Banking

| | |
|---|---|
| Joachim X Sonne/JPMCHASE<br><br>04/02/2007 10:43 AM | To: IB Global TMT, anwar.m.zakkour@jpmorgan.com, brian.pope@jpmorgan.com, marco.j.caggiano@jpmorgan.com<br><br>cc: James B. Lee/JPMCHASE@JPMCHASE, Brit J Bartter/JPMCHASE@JPMCHASE, Douglas Braunstein/JPMCHASE@JPMCHASE, Chris Linneman/JPMCHASE@JPMCHASE, peter.cohen@jpmorgan.com, ferdinand.a.grimminck@jpmchase.com, Gretchen E Tonnesen/JPMCHASE@JPMCHASE, rajesh.kapadia@jpmorgan.com, natalia.klykova@jpmorgan.com, Yang X Chen/JPMCHASE@JPMCHASE, Mark S Guterman/JPMCHASE@JPMCHASE, Tesia A Sommer/JPMCHASE@JPMCHASE, patricia.deans@jpmorgan.com, Jeff Sell/JPMCHASE@JPMCHASE, John Kowalczuk/JPMCHASE@JPMCHASE, henry.w.higbie@jpmorgan.com, andrew.gold@jpmorgan.com, Robert Anastasio/JPMCHASE@JPMCHASE, Andrew J O'Brien/JPMCHASE@JPMCHASE, jp.casey@chase.com, Leonard P Carey/JPMCHASE@JPMCHASE<br><br>Subject: JPMorgan advises Sam Zell on the $13.3 billion take-private of Tribune and will serve as Joint Bookrunner on $11.2 billion of loan and high yield financing |

This morning, Tribune and Sam Zell announced that they have entered into a definitive agreement to take the Company private in a two step transaction. In the first step, Tribune will repurchase 126 million shares at $34.00 per share and refinance a portion of its existing debt. A newly formed, Tribune-sponsored employee stock ownership plan ("ESOP) will execute a merger agreement with the Company, as well as purchase $250 million of Tribune common equity funded through a Tribune loan note. Also, a new LLC wholly owned by Zell will invest $250 million to buy common stock and an exchangeable note in the Company. Following Step 1, Sam Zell will become a member of the board of Tribune. In the second step, a wholly owned subsidiary of the ESOP will merge with the Company, with Tribune as the surviving entity. All outstanding shares of common stock other than shares held by the ESOP will be converted to cash at $34.00 per share, plus a ticking fee beginning January 1, 2008, to closing. The Zell LLC will invest $315 million, using the cash proceeds and incremental $65 million, to buy a subordinated note and a 15-year warrant entitling it to acquire 40% of Tribune's common stock on a fully diluted basis. When the merger closes, Zell will become Chairman of the board.

**JPMorgan acted as exclusive financial advisor to Sam Zell and will serve as Joint Bookrunner on each tranche of the debt financing for this transaction.**

Highly Confidential - Attorneys' Eyes Only

JPM_00492572

**Key highlights**
- This transaction represents one of the largest LBOs and one of the largest transactions in the media sector

This ESOP LBO is the first of its kind
The unique ESOP structure used in this transaction will provide substantial tax benefits and deliver additional value to shareholders

The press release and a detailed case study are attached.
Please feel free to reach out to any of the deal team members with any questions.

---

JPMorgan team:
**Senior Management**
Jamie Dimon, CEO — GDP 270-1111
Jimmy Lee, Vice Chairman — GDP 270-1301
Brit Bartter, Vice Chairman — GDP 541-4216
Doug Braunstein, Head of IB Americas, GDP 622-1020
Chris Linnemann, Head of Syndicated & Leveraged Finance — GDP 270-4344
**Investment Banking Coverage – Media**
Peter Cohen, Managing Director — GDP 622-9855
Joachim Sonne, Vice President — GDP 622-2333
Tony Grimminck, Associate — GDP 622-9799
Gretchen Tonnesen, Analyst — GDP 622-9941
**Syndicated & Leveraged Finance**
Raj Kapadia, Managing Director — GDP 270-5510
Natasha Klykova, Executive Director — GDP 270-1024
Yang Chen, Associate — GDP 270-9506
Mark Guterman, Analyst — GDP 270-6033
Tesia Sommer, Analyst — GDP 270-5411
**Loan Capital Markets**
Andrew O'Brien, Head of Loan Capital Markets and Distribution — GDP 270-4345
Trish Deans, Managing Director — GDP 270-4872
**High Yield Capital Markets**
Jim Casey, Head of High Yield Capital Markets — GDP 270-9524
Leonard Carey, Associate — GDP 270-9769
**Client Credit Management**
Jeff Sell, Managing Director — GDP 270-0552
John Kowalczuk, Vice President — GDP 270-6782
**Ratings Advisory**
Henry Higbie, Managing Director — GDP 270-6276
Andrew Gold, Vice President — GDP 270-4994
**Documentation**
Robert Anastasio, Vice President — GDP 270-5521
[attachment "Tribune press release.doc" deleted by Sanjay Jain/JPMCHASE] [attachment "TRB case study_final.ppt" deleted by Sanjay Jain/JPMCHASE]

---

Joachim Sonne
*Vice President*
JPMorgan - Telecoms, Media and Technology Investment Banking
277 Park Avenue. New York, NY 10172
( direct: +1 212 622 2333
( fax: +1 646 534 0327
* email: joachim.sonne@jpmorgan.com

Highly Confidential - Attorneys' Eyes Only

JPM_00492573

Highly Confidential - Attorneys' Eyes Only

JPM_00492574