| | |
|---|---|
| **From:** | Persily, Julie [CIB-GFI] |
| **Sent:** | Thursday, March 22, 2007 10:28 AM |
| **To:** | Mohr, Christina [CIB-GBKG] |
| **Subject:** | Re: T |
| **Importance:** | Low |

```
Re market:
Bond market has recovered well.
- Not back to the top but not to far behind.
- 1.5pts (20bps) off. Max.
Loan market has finally hiccupped.
- Loan market has sold off.
- Some new loans trading below par for first time.
- repricings are getting pushback/failing
- JPM research put out a report that its time to lighten up on clo exposure.. Negative market
reaction to that.
-  Judith is concerned about mkt. She's rarley concerned. (Unlike me!)
-----Original Message-----
From: Persily, Julie [CIB-GFI]
To: Mohr, Christina [CIB-GBKG]
Sent: Thu Mar 22 06:01:57 2007
Subject: Re: T
Having seen the book I am still extremely uncomfortable with Zell. No matter the rating.  Deal creep
brings debt higher than the deal we approved for him which was 9.5bn new raise. (7.1x thru the new
money.). Declining ebitda is scary. Until yesterday I did not know that Q1 cash flow was down 20
from last year. All I heard was that pub was 6mm off plan and broadcast was 5mm higher.
I'm very concerned.
-----Original Message-----
From: Mohr, Christina [CIB-GBKG]
To: Persily, Julie [CIB-GFI]
Sent: Thu Mar 22 05:05:07 2007
Subject: T
Long. Both of the options are still alive. Clients all left after 11. I cleared out after midnight.
Rating agency day going to be very important.  I am on my way to Atlanta. Wil check in after 8:30
when I land.
I assume that yesterday's equity rally will help the non IG market over the next few days.
-----Original Message-----
From: Persily, Julie [CIB-GFI]
To: Mohr, Christina [CIB-GBKG]
Sent: Thu Mar 22 01:04:10 2007
Subject: T
How did the Special Comittee mtg go?
```

CONFIDENTIAL

CITI-TRIB-CC 00039854