From: "Schaffzin, Jonathan" <JSchaffzin@cahill.com>
Date: 12/17/2007 12:43:29 PM
To: "Thomas Kenny" <tkenny@murraydevine.com>
CC: <rajesh.kapadia@jpmorgan.com>
Subject: FW: VRC Solvency Analysis Presentation
Number of attachments: 1

fyi - will have a copy waiting for you. we are meeting in conf room a on the 5th floor at 270 park avenue.
there will be a pre-call at 2:30 -- if you can't make it in time, no worries. thanks, Jonathan.

From: RAJESH.KAPADIA@jpmorgan.com [mailto:RAJESH.KAPADIA@jpmorgan.com]
Sent: Monday, December 17, 2007 11:45 AM
To: Schaffzin, Jonathan; Horowitz, Doug; Gilman, Charles A.; Miller, William
Subject: Fw: VRC Solvency Analysis Presentation

Sent from my BlackBerry Wireless Handheld

------Original Message------
From: "Bigelow, Chandler" [CBigelow@tribune.com]
Sent: 12/17/2007 10:39 AM CST
To: <todd_kaplan@ml.com>; Rajesh Kapadia; "Canmann, Michael S " <michael.s.canmann@citi.com>;
<michael_ogrady@ml.com>; <raju.n.patel@bankofamerica.com>; Peter Cohen; "Julie \(Citigroup\)
Persily" <julie.persily@citigroup.com>; "Bill \(Bank America\) Bowen"
<bill.a.bowen@bankofamerica.com>
Cc: "Kenney, Crane H" <CKenney@tribune.com>; "Eldersveld, David" <DEldersveld@Tribune.com>
Subject: VRC Solvency Analysis Presentation
Please find attached the VRC Solvency Analysis presentation to the Tribune Company Board of
Directors. Look forward to discussing with you on our call this afternoon. Please let me know if you have
any questions. Many thanks, Chandler

Generally, this communication is for informational purposes only and it is not intended
as an offer or solicitation for the purchase or sale of any financial instrument or as an
official confirmation of any transaction. In the event you are receiving the offering
materials attached below related to your interest in hedge funds or private equity, this
communication may be intended as an offer or solicitation for the purchase or sale of
such fund(s). All market prices, data and other information are not warranted as to
completeness or accuracy and are subject to change without notice. Any comments or
statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its
subsidiaries and affiliates. This transmission may contain information that is privileged,
confidential, legally privileged, and/or exempt from disclosure under applicable law. If
you are not the intended recipient, you are hereby notified that any disclosure, copying,
distribution, or use of the information contained herein (including any reliance thereon)
is STRICTLY PROHIBITED. Although this transmission and any attachments are
believed to be free of any virus or other defect that might affect any computer system
into which it is received and opened, it is the responsibility of the recipient to ensure that
it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its
subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from
its use. If you received this transmission in error, please immediately contact the sender
and destroy the material in its entirety, whether in electronic or hard copy format. Thank

Highly Confidential - Attorneys' Eyes Only

JPM_00450061

you. Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.

The information contained in this e-mail message may be privileged and confidential information and is intended only for the use of the individual and/or entity identified in the alias address of this message. If the reader of this message is not the intended recipient, or an employee or agent responsible to deliver it to the intended recipient, you are hereby requested not to distribute or copy this communication. If you have received this communication in error, please notify us immediately by telephone or return e-mail and delete the original message from your system.  Thank you.
* * * * * * * * * * * * * * * * * * * * *

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

* * * * * * * * * * * * * * * * * * * * * *

Highly Confidential - Attorneys' Eyes Only

JPM_00450062



Highly Confidential - Attorneys' Eyes Only

JPM_00450063

## Discussion Outline

➢ Situation Overview

➢ Solvency Opinion Process

➢ Key Assumptions

➢ Summary of Solvency Analyses

➢ Conclusions

➢ Questions

➢ VRC's Qualifications and Highlighted Experience



2

*Preliminary Draft*
*Subject to Revision*



Highly Confidential - Attorneys' Eyes Only

JPM_00450064

## Situation Overview

- Tribune Company ("Tribune" or the "Company") is anticipating the closing of certain transactions which will include the completion of the Company's previously announced Merger, in which the publicly held shares of the Company's common stock will be converted into the right to receive $34 per share in cash, and the borrowing of additional debt to finance the Merger (the "Step Two Transactions").

- The Board of Directors has engaged Valuation Research Corporation ("VRC") to provide its opinion, as to whether, immediately after and giving effect to the consummations of the Step Two Transactions, the Company will be solvent and will have adequate capital to conduct ongoing operations.

*Valuation and Capital Adequacy Tests:*

> *Immediately after and giving effect to the consummation of the Step Two Transactions, each of the Fair Value and Present Fair Saleable Value of the aggregate assets (including goodwill) of Tribune will exceed its liabilities (including the Stated Liabilities, the Identified Contingent Liabilities and the New Financing);*

*Cash Flow Test:*

> *Immediately after and giving effect to the consummation of the Step Two Transactions, Tribune will be able to pay its debts (including the Stated Liabilities, the Identified Contingent Liabilities and the New Financing), as such debts mature or otherwise become absolute or due; and*

*Capitalization Test:*

> *As of the date hereof, immediately after and giving effect to the consummation of the Step Two Transactions, Tribune Does Not Have Unreasonably Small Capital.*



Strong values.

3

*Preliminary Draft*
*Subject to Revision*



Highly Confidential – Attorneys' Eyes Only

JPM_00450065

## Solvency Opinion Process

➢ Collected data from Tribune and other sources relating to Tribune and pertinent industries, capital markets, competitors, and comparable companies;

➢ Held discussions with Management of each operating division and appropriate corporate personnel of Tribune;

➢ Held numerous conference calls with corporate and operating personnel to discuss monthly and quarterly financial performance and expectations for the future;

➢ Analyzed the data received and reviewed the notes from our discussions with Tribune personnel;

➢ Conducted valuation and solvency opinion analyses;

➢ Conducted sensitivity and downside testing utilizing Management's downside projections; and

➢ Concluded whether or not Tribune meets the tests of solvency for the Step Two Transactions.



Strong values.

4

*Preliminary Draft*
*Subject to Revision*



Highly Confidential - Attorneys' Eyes Only

## Key Assumptions

➢ The standards of value used for the solvency of the Step Two Transactions include Fair Value and Present Fair Saleable Value and have been modified for this opinion. The modification assumes that the buyer would have a structure similar to the structure contemplated in the Step Two Transactions (an S-Corporation, owned entirely by an ESOP, which receives federal income tax deferrals or another structure resulting in equivalent favorable federal income tax treatment to Tribune);

➢ VRC relied upon Management's Base Case and Downside Case projections for its opinion;

➢ VRC relied upon achieving S-Corp ESOP tax savings for Tribune which are determined using the Base Case forecast; and

➢ Assumes that the Company can refinance guaranteed debt after the expiration of the credit agreements.



5
*Preliminary Draft*
*Subject to Revision*



Highly Confidential - Attorneys' Eyes Only

JPM_00450067

## Summary of Solvency Analyses

➢ Valuation Tests

➢ Comparison of December 4th and December 18th Presentations

➢ Cash Flow Test

➢ Sensitivity Test

➢ Case Comparisons



6
*Preliminary Draft*
*Subject to Revision*



Highly Confidential - Attorneys' Eyes Only

JFM_00450088

## Valuation Tests ($ in millions)

| Valuation Method | Valuation Summary | | |
| --- | --- | --- | --- |
| | Low | Mid | High |
| Comparable Companies | $9,248.1 | $9,865.3 | $10,482.5 |
| Comparable Transactions | $10,782.0 | $12,081.5 | $11,381.0 |
| Discounted Cash Flow | $9,525.6 | $10,234.4 | $10,943.2 |
| Sum of Business Segments[1] | $9,318.8 | $9,909.7 | $10,502.5 |
| **Average Operating Enterprise Value** | **$9,318.1** | **$10,772.7** | **$10,827.3** |
| + Equity Investments and Other Assets[2] | $3,186.3 | $3,412.2 | $3,648.1 |
| + NPV of S-Corp - ISOP Tax Savings | $815.8 | $876.0 | $936.1 |
| **Adjusted Enterprise Value** | **$13,720.2** | **$14,561.8** | **$15,411.4** |
| + Cash | $191.7 | $191.7 | $191.7 |
| - Debt | ($12,503.2) | ($12,593.2) | ($12,593.2) |
| - Identified Contingent Liabilities | ($506.8) | ($546.8) | ($586.8) |
| **Equity Value** | **$1,719.0** | **$2,882.6** | **$2,979.2** |

Operating Enterprise Value Multiples

| | | Valuation Summary | | |
| --- | --- | --- | --- | --- |
| | | low | mid | high |
| 2009 EBITDA | $1,191.4 | 8.2x | 8.8x | 9.1x |

Consolidated Enterprise Value Multiples

| | | | | |
| --- | --- | --- | --- | --- |
| 2009 Adjusted EBITDA[3] | $1,276.3 | 10.8x | 11.4x | 12.1x |





* [1] Includes the value of radio.
* [2] Includes (i) after tax value of potential real estate sales and (ii) the value of the Time Warner stock associated with the PHONES securities.
* [3] Adjusted EBITDA includes cash from equity investments.

Highly Confidential - Attorneys' Eyes Only

JPM_00450859

## Valuation Methodologies

### COMPARABLE COMPANIES METHOD:

- Indications of value were derived from EBITDA valuation multiples observed from comparable publicly traded companies.
- Comparable companies used in this analysis included:
    - ➤ Publishing: Gannett, Washington Post, McClatchy Co., New York Times, and Lee Enterprises
    - ➤ Broadcasting: Hearst Argyle, Sinclair Broadcasting, Lin TV, Gray Television, and Nexstar Broadcasting
    - ➤ Diversified media: EW Scripps, Belo, and Media General
- The observed LTM to forward (2008) mean and median EBITDA multiples were 6.2 to 7.1 for publishing, 8.2 to 11.4 for broadcasting and 7.3 to 8.3 for diversified media.
- In valuing the consolidated operations of Tribune, VRC applied weightings to the comparables used in the analysis. VRC applied LTM to forward (2008) EBITDA multiples that ranged from 7.8 to 8.8.

### COMPARABLE TRANSACTIONS METHOD:

- Indications of value were derived from EBITDA valuation multiples observed from comparable transactions.
- Publishing comparable transactions: Quebecor/Osprey Media Income Fund; News Corp./Dow Jones & Co.; Wilkes-Barre Publishing Co./The Times Leader; Philadelphia Media Holdings LLC/Philadelphia Newspapers Inc.; MediaNews Group./Knight Ridder, Inc.; McClatchy Co./Knight Ridder, and Lee Enterprises/Pulitzer
- Broadcasting comparable transactions: Oak Hill Capital Partners/Broadcast Media Group; Thomas Lee/Univision; Hearst Argyle/WKCF-TV; Media General/NBC Universal; Raycom Media/The Liberty Corp.; Lin Television/Emmis Communications and Journal Communications/Emmis Communications
- The observed LTM mean and median EBITDA multiples were 11.5 and 12.0 for publishing, and 13.6 and 14.1 for broadcasting.
- In valuing the consolidated operations of Tribune VRC applied LTM EBITDA multiples that ranged from 9.0 to 9.5.



Strong values.

8

*Preliminary Draft*
*Subject to Revision*



Highly Confidential - Attorneys' Eyes Only

JFH_00490070



*Valuation Methodologies (continued)*

*DISCOUNTED CASH FLOW METHOD (continued):*

- Indications of value were derived from expected future cash flows discounted to present value using a rate that is judged to be commensurate with the risk associated with the projected cash flows. For purposes of this analysis, VRC derived enterprise value indications using forecasted cash flows obtained from management.

- VRC applied discount rates that ranged from 7.5% to 8.5% for publishing and the consolidated operations, and 6.5% to 7.5% for broadcasting.

- VRC applied EBITDA exit multiples that ranged from 7.25 to 8.25 for the consolidated operations, 5.75 to 6.75 for publishing and 9.5 to 10.5 for broadcasting.



9
*Preliminary Draft*
*Subject to Revision*



Highly Confidential - Attorneys' Eyes Only

JFM_00450071

## Valuation Comparison: December 4th and 18th Board Presentations
### ($ in millions)

| | December 4th Valuation Summary | December 18th Valuation Summary | Change |
|---|---|---|---|
| Average Operating Enterprise Value[1] | $9,989.3 | $10,272.7 | $283.6 |
| + Equity Investments and Other Assets[2] | $3,312.1 | $3,417.2 | $305.1 |
| + NPV of S-Corp - ESOP Tax Savings[3] | $2,024.7 | $876.0 | ($1,148.7) |
| Adjusted Enterprise Value | $55,325.9 | $14,565.8 | ($760.0) |
| + Cash | $397.7 | $397.7 | -- |
| - Debt[4] | ($13,188.1) | ($12,593.2) | $594.9 |
| + Identified Contingent Liabilities | ($586.8) | ($586.8) | -- |
| Equity Value | $2,248.7 | $2,083.6 | ($165.1) |

- [1] Includes an adjustment to the discounted cash flow valuation that lowered the tax rate to be consistent with the Company's and to include annual severance expenses.
- [2] Adjusted to (i) exclude the value of the KTLA lot and the tax benefits associated with Recycler, which were both reflected in the Company's base case forecast, (ii) reflect an updated value for Classified Ventures and (iii) reflect the market value of the 16 million shares of Time Warner stock associated with the PHONES liability, which previously had been netted against the PHONES liability.
- [3] Adjusted due to an increase in the discount rate to 16% from 10%.
- [4] PHONES liability has been adjusted to the current market value.



Strong values.

10

*Preliminary Draft*
*Subject to Revision*

**TRIBUNE**

Highly Confidential - Attorneys' Eyes Only

JPM_00450072



**CASH FLOW TEST**



*Preliminary Draft*
*Subject to Revision*



Highly Confidential - Attorneys' Eyes Only

JPM_00450073

## Base Case Cash Flow Test ($ in millions)

| Cash Flow Summary | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P |
|---|---|---|---|---|---|---|---|---|
| Adjusted EBITDA | $1,193.3 | $1,226.8 | $1,282.1 | $1,293.6 | $1,348.8 | $1,382.7 | $1,417.4 | $1,453.0 |
| Cash Received from Equity Investments | $99.6 | $115.4 | $148.3 | $162.9 | $181.1 | $202.1 | $226.6 | $255.1 |
| Equity Income+Adjustment for Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | -$0.0 |
| Cash Taxes | $0.0 | $0.0 | ($1.0) | ($2.3) | ($3.7) | ($5.3) | ($8.6) | ($8.4) |
| ESOP Repurchase Obligation | $0.0 | ($0.1) | ($0.2) | ($0.5) | ($1.0) | ($1.7) | ($2.5) | ($3.4) |
| Addback for non-cash retirement expense | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Net Cash Interest Expense | ($553.8) | ($936.4) | ($846.2) | ($841.0) | ($833.0) | ($695.5) | ($860.3) | ($819.3) |
| Severance and Other | ($52.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) |
| Operating Cash Flow | $386.3 | $465.8 | $525.0 | $566.9 | $652.2 | $732.8 | $824.8 | $926.9 |
| Capital Expenditures | ($112.2) | ($128.3) | ($128.5) | ($128.5) | ($138.5) | ($128.6) | ($128.6) | ($128.5) |
| Other | $815.0 | ($91.0) | ($92.0) | ($95.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| Cash Flow Available for Debt Repayment | $1,048.9 | $246.5 | $304.5 | $343.4 | $423.7 | $504.1 | $596.2 | $699.4 |

| Net Cash Flow | $1,126.2 | $168.3 | ($223.0) | $253.0 | $344.4 | $142.8 | $595.0 | $306.0 |
|---|---|---|---|---|---|---|---|---|
| Beginning Cash | $297.1 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 |
| Minimum Cash Balance | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) |
| Revolver Borrowings | $0.0 | $0.0 | $222.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |



**VRC** Strong values.

12
*Preliminary Draft*
*Subject to Revision*



Highly Confidential - Attorneys' Eyes Only

JPM_00450074

## Base Case Debt Covenant Summary ($ in millions)

| Covenant Analysis | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P |
|---|---|---|---|---|---|---|---|---|---|
| EBITDA | $1,191.4 | $1,193.3 | $1,336.8 | $1,282.1 | $1,298.6 | $1,348.8 | $1,382.7 | $1,417.4 | $1,452.0 |
| Covenant EBITDA | $1,316.3 | $1,346.0 | $1,404.5 | $1,474.7 | $1,533.7 | $1,593.2 | $1,637.3 | $1,686.3 | $1,760.3 |
| Guaranteed Debt | $10,167.5 | $9,116.0 | $8,820.9 | $9,038.0 | $8,706.4 | $8,235.6 | $7,885.5 | $7,395.2 | $7,014.4 |
| Maximum Leverage Ratio | 9.00x | 9.00x | 8.75x | 8.50x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x |
| Minimum Required Interest Coverage Ratio | 1.10x | 1.25x | 1.20x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x |





13

*Preliminary Draft*
*Subject to Revision*

Highly Confidential - Attorneys' Eyes Only

JPM_00468075



SENSITIVITY TEST



*Preliminary Draft*
*Subject to Revision*



Highly Confidential - Attorneys' Eyes Only

JPM_00450076

## Sensitivity Test Assumptions

*   *Corporate:*

    1.  *Discretionary acquisition expenditures are projected to be $50 million in fiscal years 2008 through 2013*
    2.  *Potential asset sales in 2013*

*   *Publishing:*

    *Total Revenues: 4.9% decline in fiscal year 2008, 3.6% decline in 2009, 2.8% decline in 2010, 2.7% decline in 2011, and 2.5% decline for 2012 and beyond*

    *EBITDA Margins: 20.7% in fiscal year 2008, 19.8% in year 2009, 19.5% in year 2010, 19.4% in 2011, and 19.4% for 2012 and beyond*

*   *Broadcasting:*

    *Total Revenues: 1.9% increase in fiscal year 2008, 1.6% decline in 2009, 2.7% increase in 2010, 0.8% decline in 2011, and 2.1% increase for 2012 and beyond*

    *EBITDA Margins: 32.6% in fiscal year 2008, 33.3% in 2009, 34.0% in 2010, 31.3% in 2011, and 31.4% for 2012 and beyond*





Highly Confidential - Attorneys' Eyes Only

JPM_00450077



## Sensitivity Case Cash Flow Test ($ in millions)

| Cash Flow Summary | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P |
|---|---|---|---|---|---|---|---|---|
| Adjusted EBITDA | $1,185.0 | $1,082.7 | $1,086.6 | $1,030.3 | $1,022.6 | $1,015.8 | $1,008.6 | $1,022.4 |
| Cash Received from Equity Investments | $58.6 | $115.4 | $140.3 | $162.0 | $181.1 | $202.3 | $226.6 | $255.1 |
| Equity Income Adjustment for Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | ($27.0) | ($50.3) | ($65.2) |
| Cash Taxes | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| ESOP Repurchase Obligation | $0.0 | ($1.1) | ($0.2) | ($0.5) | ($1.0) | ($1.7) | ($2.5) | ($3.4) |
| Addback for non-cash retirement expense | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 |
| Net Cash Interest Expense | ($925.0) | ($908.5) | ($924.4) | ($933.4) | ($931.9) | ($926.0) | ($888.0) | ($886.0) |
| Severance and Other | ($92.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) |
| Operating Cash Flow | $246.6 | $350.1 | $352.2 | $311.0 | $310.8 | $311.9 | $334.5 | $352.0 |
| Capital Expenditures | ($132.2) | ($103.2) | ($103.6) | ($103.5) | ($103.5) | ($103.5) | ($103.5) | ($103.6) |
| Other | $849.0 | ($50.0) | ($50.0) | ($50.0) | ($50.0) | $784.2 | ($50.0) | ($50.0) |
| Cash Flow Available for Debt Repayment | $1,093.4 | $196.9 | $196.7 | $157.5 | $157.3 | $992.7 | $181.0 | $198.5 |

| Net Cash Flow | $1,198.8 | $118.7 | ($329.4) | $79.2 | $88.0 | $831.3 | $179.9 | ($194.9) |
| Beginning Cash | $197.7 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 |
| Minimum Cash Balance | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) |
| Revolver Borrowings | $0.0 | $0.0 | $329.4 | $0.0 | $0.0 | $0.0 | $0.0 | $194.9 |

* (1) Reflects the sale of CareerBuilder in 2013.



16
*Preliminary Draft
Subject to Revision*



Highly Confidential - Attorneys' Eyes Only

JPM_00450078

## Sensitivity Case Debt Covenant Summary ($ in millions)

| Covenant Analysis | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P |
|---|---|---|---|---|---|---|---|---|---|
| EBITDA | $1,191.4 | $1,205.0 | $1,093.7 | $1,086.5 | $1,030.1 | $1,022.6 | $1,015.3 | $1,001.6 | $1,002.4 |
| Covenant EBITDA | $1,371.3 | $1,300.7 | $1,264.3 | $1,202.1 | $1,202.2 | $1,258.9 | $1,242.6 | $1,229.2 | $1,201.5 |
| Guaranteed Debt | $10,167.5 | $9,101.5 | $9,016.1 | $9,178.9 | $9,032.2 | $8,878.8 | $7,981.1 | $7,876.9 | $8,025.0 |
| Maximum Leverage Ratio | 9.00x | 9.00x | 8.75x | 8.50x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x |
| Minimum Required Interest Coverage Ratio | 1.10x | 1.15x | 1.20x | 1.25x | 1.15x | 1.25x | 1.25x | 1.25x | 1.25x |





17

*Preliminary Draft*
*Subject to Revision*

Highly Confidential - Attorneys' Eyes Only

JPM_00450079



**CASE COMPARISONS**



*Preliminary Draft*
*Subject to Revision*



Highly Confidential - Attorneys' Eyes Only

JPM_00450080

## Base Case vs. Downside Case Comparison ($ in millions)

| | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | |
| Base Case | $3,006.9 | $4,590.4 | $5,816.1 | $5,145.8 | $5,344.4 | $5,539.1 | $5,500.4 | $5,672.0 | $5,708.5 |
| Downside Case | $3,006.9 | $4,695.3 | $5,550.2 | $4,485.5 | $4,389.5 | $4,332.8 | $4,380.7 | $4,270.0 | $4,181.7 |
| $ Variance | $0.0 | ($591.1) | ($465.9) | ($660.4) | ($855.3) | ($1,507.2) | ($1,292.7) | ($1,402.0) | ($1,526.9) |
| % Variance | 0.0% | -4.9% | -9.3% | -12.8% | -16.1% | -19.3% | -22.1% | -24.9% | -27.3% |
| **EBITDA** | | | | | | | | | |
| Base Case | $1,191.4 | $1,450.3 | $1,236.9 | $1,232.1 | $1,299.6 | $1,348.8 | $1,382.7 | $1,417.4 | $1,450.0 |
| Downside Case | $1,191.4 | $1,345.0 | $1,003.7 | $1,006.5 | $1,031.1 | $1,072.6 | $1,315.3 | $1,196.4 | $1,010.4 |
| $ Variance | $0.0 | ($88.3) | ($343.2) | ($385.6) | ($368.5) | ($506.2) | ($562.4) | ($508.8) | ($569.6) |
| % Variance | 0.0% | -4.6% | -11.6% | -15.2% | -20.1% | -24.2% | -26.6% | -28.8% | -31.0% |
| **Cash Available for Debt Repayment** | | | | | | | | | |
| Base Case | $1,055.4 | $1,048.9 | $348.5 | $330.5 | $343.4 | $423.7 | $504.1 | $596.2 | $698.4 |
| Downside Case | $1,055.4 | $1,063.4 | $196.9 | $199.7 | $193.5 | $187.3 | $592.7 | $583.0 | $198.5 |
| $ Variance | $0.0 | $14.5 | ($49.7) | ($103.8) | ($183.9) | ($236.6) | $88.6 | ($483.1) | ($499.9) |
| % Variance | 0.0% | 1.4% | -30.1% | -34.7% | -54.1% | -60.5% | 16.9% | -69.6% | -71.6% |
| **Covenant Debt / Covenant EBITDA** | | | | | | | | | |
| Base Case | 7.72x | 6.97x | 6.59x | 6.17x | 5.75x | 5.24x | 4.92x | 4.34x | 3.99x |
| Downside Case | 7.21x | 7.00x | 7.66x | 7.34x | 7.34x | 7.09x | 6.42x | 6.41x | 6.45x |
| Covenant | 9.00x | 9.00x | 8.75x | 8.50x | 8.25x | 8.25x | 8.25x | 8.25x | 3.35x |
| **Covenant EBITDA / Cash Interest** | | | | | | | | | |
| Base Case | 2.23x | 1.41x | 1.50x | 1.55x | 1.69x | 1.71x | 1.82x | 1.97x | 2.14x |
| Downside Case | 2.37x | 1.40x | 1.30x | 1.31x | 1.33x | 2.34x | 1.34x | 1.36x | 1.40x |
| Covenant | 1.10x | 1.15x | 1.20x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x |
| **Total Debt** | | | | | | | | | |
| Base Case | $12,464.6 | $11,327.3 | $11,006.5 | $10,810.2 | $10,547.4 | $10,176.9 | $9,728.7 | $9,234.2 | $8,672.3 |
| Downside Case | $12,464.6 | $12,310.9 | $11,150.8 | $11,074.0 | $11,003.8 | $10,022.9 | $10,055.8 | $10,951.9 | $10,842.6 |
| $ Variance | $0.0 | $13.8 | $94.3 | $233.5 | $456.5 | $742.9 | $277.6 | $706.8 | $1,321.3 |
| % Variance | 0.0% | 0.1% | 0.5% | 2.3% | 4.3% | 7.4% | 2.1% | 7.6% | 14.2% |

\* (1) The total debt values on this schedule differ from the total debt values shown on pages 7 and 8 because they exclude $128.6 million of option value that is embedded within the current market value of the PHONES. The PHONES liability in this schedule solely reflects the discounted value of the debt component.



19

*Preliminary Draft*
*Subject to Revision*



Highly Confidential - Attorneys' Eyes Only

JPM_00450081

## Base Case vs. Downside Case Comparison ($ in millions) (continued)

| Publishing Segment Comparison | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | |
| Base Case | $3,713.5 | $3,670.9 | $3,755.0 | $3,848.2 | $3,927.6 | $4,019.3 | $4,113.1 | $4,299.0 | $4,392.2 |
| Downside Case | $3,713.5 | $3,511.3 | $3,388.6 | $3,298.0 | $3,202.3 | $3,122.0 | $3,042.7 | $2,907.4 | $2,980.9 |
| $ Variance | $0.0 | ($159.6) | ($366.4) | ($550.2) | ($725.4) | ($897.3) | ($1,069.3) | ($1,241.6) | ($1,414.2) |
| % Variance | 0.0% | -4.8% | -9.8% | -14.3% | -18.5% | -22.3% | -26.0% | -29.5% | -32.8% |
| **EBITDA** | | | | | | | | | |
| Base Case | $817.8 | $786.3 | $814.2 | $844.2 | $874.8 | $906.3 | $927.3 | $945.3 | $991.3 |
| Downside Case | $817.8 | $745.8 | $691.9 | $646.5 | $614.5 | $621.6 | $633.3 | $556.9 | $558.3 |
| $ Variance | $0.0 | ($40.5) | ($122.3) | ($177.8) | ($224.2) | ($277.3) | ($314.0) | ($389.4) | ($407.0) |
| % Variance | 0.0% | -5.1% | -15.0% | -21.1% | -26.5% | -30.6% | -33.9% | -36.9% | -39.8% |

| Broadcasting Segment Comparison | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E(a) | 2014E | 2015E | 2016E(a) |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | |
| Base Case | $1,392.0 | $1,356.5 | $1,284.1 | $1,306.6 | $1,347.2 | $1,325.8 | $1,367.8 | $1,421.8 | $1,461.3 |
| Downside Case | $1,382.0 | $1,184.1 | $1,164.6 | $1,196.3 | $1,187.3 | $1,211.9 | $1,218.9 | $1,252.6 | $1,288.7 |
| $ Variance | $0.0 | ($172.5) | ($89.0) | ($110.4) | ($159.9) | ($140.6) | ($150.4) | ($163.3) | ($172.6) |
| % Variance | 0.0% | -5.8% | -7.9% | -8.4% | -9.9% | -10.4% | -10.1% | -11.3% | -11.8% |
| **EBITDA** | | | | | | | | | |
| Base Case | $415.2 | $448.5 | $463.9 | $479.3 | $468.0 | $483.8 | $496.5 | $510.4 | $523.0 |
| Downside Case | $415.2 | $384.5 | $388.0 | $406.5 | $371.3 | $380.3 | $386.1 | $396.3 | $404.4 |
| $ Variance | $0.0 | ($63.0) | ($75.9) | ($72.8) | ($93.3) | ($103.4) | ($108.4) | ($115.4) | ($118.6) |
| % Variance | 0.0% | -14.1% | -16.4% | -15.2% | -20.1% | -21.4% | -31.8% | -22.7% | -22.7% |

(1) Includes financial results for radio.



20

*Preliminary Draft*
*Subject to Revision*



Highly Confidential - Attorneys' Eyes Only

JPM_00450022

# VRC'S QUALIFICATIONS AND HIGHLIGHTED TRANSACTION EXPERIENCE



*Preliminary Draft*
*Subject to Revision*



Highly Confidential - Attorneys' Eyes Only

JPM_00450083

## *VRC's Qualifications*

- Established in 1975, VRC is an independent, international financial advisory firm.

  - *Eight domestic offices: New York, Princeton, Boston, Chicago, Cincinnati, Milwaukee, Tampa and San Francisco*
  - *Eight global affiliates: Argentina, Australia, Brazil, Hong Kong, Mexico, Spain, United Kingdom and Venezuela*

- Core services include financial opinions with respect to valuation, solvency, capital adequacy and fairness in connection with mergers, acquisitions, divestitures, leveraged buyouts, recapitalizations, financings and financial and tax reporting matters.

  - *VRC's core services provide its clients with strategic advisory, enhanced due diligence and sophisticated financial modeling*
  - *Transactional: Valuation, Fairness, Solvency and Capital Adequacy Opinions*
  - *Financial Reporting: Fair Value Reporting; Allocation of Purchase Price (SFAS 141); Goodwill Impairment (SFAS 142); Stock Based Compensation (SFAS 123-R)*
  - *Tax Reporting: Deferred Compensation (IRC Sec 409A); Allocation of Purchase Cost (IRC Sec 1060 / 338); Valuation of Legal Entities*

- Full-service, in-house valuation capabilities include businesses, equity and debt securities, loans, derivative instruments, structured products, intangible assets, fixed assets and real estate.

- *Significant experience with respect to M&A, leveraged finance and complex capital structures results from producing over 1,000 solvency, capital adequacy and fairness opinions in connection with a variety of transactions of all sizes covering all major industry groups.*

*Our client base includes some of the largest and most prestigious companies in the world*

   



Strong value.

22

*Preliminary Draft*
*Subject to Revision*



Highly Confidential - Attorneys' Eyes Only

JPM_00430084

## Highlighted Solvency Opinion Transaction Experience



















Strong values.

23

*Preliminary Draft*
*Subject to Revision*



Highly Confidential - Attorneys' Eyes Only

JPM_00450085

## Disclaimer

- *The accompanying material was compiled on a confidential basis for use solely by the Board of Directors of Tribune Company as of December 18, 2007. This material is not intended to provide the sole basis for evaluating any transaction or event, does not purport to contain all information that may be required and should not be considered a recommendation with respect to any transaction or event. This material was prepared for a specific use by specific persons as of a specific date and was not prepared to conform with any disclosure standards under securities laws or otherwise. Neither VRC nor any of its officers, directors, employees, affiliates, advisors, agents or representatives warrants the accuracy or completeness of any of the material set forth herein. Nothing contained in the accompanying material should be relied upon as a promise or representation as to the past, the present or the future. This material must not be copied, reproduced, distributed or passed to others at any time without the prior written consent of VRC.*

- *It should be understood that any estimates, forecasts or projections contained in the accompanying material were prepared or derived from information supplied by the Company and public sources have been assumed by VRC to be correct and representative of the operations of Tribune without independent verification thereof. Accordingly, no representation or warranty can be or is made by VRC as to the accuracy or achievability of any such third-party valuations, estimates, forecasts or projections and VRC expressly disclaims any and all liability relating to or resulting from the use of this material. Actual results may vary from such estimates, valuations, forecasts or projections and such variations may be material. Subsequent events may impact the analyses and conclusions set forth in the accompanying material and VRC does not assume any responsibility to update or revise the accompanying material for any events subsequent to the specified date set forth herein.*



Strong values.

24
*Preliminary Draft*
*Subject to Revision*



Highly Confidential - Attorneys' Eyes Only

JPM_00450095