CONFIDENTIAL

| | |
|---|---|
| **From:** | Bigelow, Chandler <CBigelow@tribune.com> |
| **Sent:** | Sunday, December 2, 2007 6:21 PM |
| **To:** | Chad Rucker <crucker@valuationresearch.com> |
| **Subject:** | Re: Internal Review Documents |

Thanks

----- Original Message -----
From: Chad Rucker <crucker@valuationresearch.com>
To: Bigelow, Chandler; Grenesko, Don
Cc: Bryanbrowning@valuationresearch.com <Bryanbrowning@valuationresearch.com>
Sent: Sun Dec 02 17:13:10 2007
Subject: FW: Internal Review Documents

Please find attached a draft of our internal review document. This will not be shared with the Board.

We will send out the Board Presentation as soon as it is complete.

Regards,

Chad Rucker

VRC0007070