| | |
|---|---|
| **From:** | Roth, Jeffrey [CMB-GBKG] |
| **Sent:** | Thursday, September 27, 2007 09:05 PM |
| **To:** | Kurmaniak, Rosanne [CMB-GBKG]; Zukerman, Udi [CMB-GBKG] |
| **Subject:** | RE: |
| **Importance:** | Low |

```
Currently we are growing revenue in 2013 and beyond using the prior
year's growth rate.  Total ocf margins are being held constant, and in
order to spread the ocf growth by business unit, I allocated the growth
to the top few business units while keeping the rest of the business
units constant (in 2012-2017).  I thought this is how it was down in the
tower zell (NEW) model.  Let me know how you would like me to adjust.
-----Original Message-----
From: Kurmaniak, Rosanne [CMB-GBKG]
Sent: Thursday, September 27, 2007 4:59 PM
To: Zukerman, Udi [CMB-GBKG]; Roth, Jeffrey [CMB-GBKG]
Subject: FW:
I thought that the model was already this way?  See below.
-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Thursday, September 27, 2007 4:24 PM
To: Kurmaniak, Rosanne [CMB-GBKG]
Cc: Sachs, Naomi
Subject: RE:
How about we make post 2012 revenue/OCF CAGRs the same as the growth
assumed in 2012 for both Publishing/Broadcasting?
-----Original Message-----
From: Kurmaniak, Rosanne [mailto:rosanne.kurmaniak@citi.com]
Sent: Thursday, September 27, 2007 3:11 PM
To: Bigelow, Chandler
Cc: Sachs, Naomi
Subject: RE:
OK.
-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Thursday, September 27, 2007 3:16 PM
To: Kurmaniak, Rosanne [CMB-GBKG]
Cc: Sachs, Naomi
Subject:
We probably ought to take down the assumed CAGRs in the post 2012 years.
I will get back to you.  Thanks. Chandler
```

CONFIDENTIAL                                                                                                         CITI-TRIB-CC 00146365