Mon 12/17/2006.

All Hands Call

Wachtell  
Sidley     } TRB law team.  
Quinn Erhart

TRB team.

Citi, Merril, JPM, BofA., Counsel.

1. Review of Fin Projections.
   Per 10 & 11 results
   → Dec finish as planned.
     – movies and other categories doing well.
   ~ $4m down in OCF in Oct & Nov.
   Some shortfall made up in Dec.

   OCF within a few $m of projections.
   down ~$4m on Oct & Nov
   but made up on equity income line.

   No period 12 reconciliation.

   "close" on cash to projections
   for Q4 & 2008.

Highly Confidential - Attorneys' Eyes Only                    JPM_00499992

2. VRC report & solvency analysis.

  VRC is independent.
  & Morgan Stanley to review solvency

"Accurate & complete" — VRC report.
"MS assumptions, & recommendations
fair & reasonable' in light of fairness
opinion".

"Corp, Pub, Bdcast senior must believe
company is solvent & can meet debt
obligations going fwd"

5th method — 11 year sealed company (step up
of tax basis).

Trading      Pub   6.2x – 7.1x  } weighted based of
             TV.   8.2x – 11.4x }  (cash flows)

         10 year median  6.7x – 15.0x OCF
                 median.  10.2x

Transaction
         10.4x pub median.  } MS
         13.8x B/E median   }

DCF      2017   7.25x  8.25x  OCF
         close to MS fairness opinion mid 7.7x

         7.5% – 8.5% WACC.

Highly Confidential - Attorneys' Eyes Only                              JPM_00499993

8.0% discount rate from MS fairness
& still ~~company~~ comfortable.

looked at sensitivities.

→ blended OCF multiple <u>8.6x</u>

- $60m non-cash deducted from
  ESOP/pension currently in numbers.

Tax saves ] 2018 assumes exercise warrant
+ adj. retirement
+ cash flows.

"liquidation value".
    $9-10 bn. range.

downside    $2-3 bn range.

<u>Equity Inv.</u>

  $3.417 bn.
  ─────────
  $2.386 bn equity.
  $ .849 bn cubs.
  $ .185 bn other + RE

TV food network.
   $3.679 bn EV. ⌢ 14.0x multiple
CareerBuilder
   $1.82bn EV. ⌢ 3.3x Revs.
   GAAP Rev +10% YoY 06.

Highly Confidential - Attorneys' Eyes Only
JPM_00499994

Cubs
7 groups submitted & cleared to MLB
- $600m team
- $250m comcast
- $250m wrigley.

tax structure tested.
→ to be sold ISFA.
    $500 - $600m negotiated.
certainty next few weeks
1H08 → complete transaction (all).

RE    $180m
      ≈ 50% Times Mirror Square.
      $50m TRB tower.

Sale & leaseback $0 in VRC.


Tax Saves
→ 2017 + 5yrs extrapolated.
16% discount.
perp. gr. 1% growth.
30% terminal value.
→ @ cost of equity

Debt   Incl. phones @ market.
       otherwise as projected.

→ $60m in 08 and beyond non cash retirement
   benefits in #'s.

Highly Confidential - Attorneys' Eyes Only                                    JPM_00499995

Not included → $300m surplus pension assets.

@ election ~$7bn deferred taxes eliminated

Chandler   "Conservative approach from VRC"
  — add'l haircut of ~40% assuming
   Coy pays Sam's taxes.
   → In core.

WACC   — Use "as funded" cost of debt.

—   MS will be @ board mtg to answer questions.

—   7-8x exit  }  2017 exit.
    up to 20% WACC }

Two Saves   previous marked cost equity
             current trb cost equity.

Highly Confidential - Attorneys' Eyes Only                               JPM_00499996

PHONES
$800m — option on AOL
$800m — deep discount bond

deferred tax ≈ 30-40% related to Phones.

→ cancellation of indebtedness income is considered income ∴ not taxable.

[270-590]

Redacted

Citi  S-Corp savings  } WRONG but still +ve.
     Phones

Notes — following DD
  → charge debt as per 12/18/07.
  → charge RE opportunities.
  (−1%) terminal gr.