

# Rating Agency Presentation
## March 2007

CONFIDENTIAL

# Today's Agenda

- Transaction Overview

- Tribune Credit Highlights

- Financials

- Appendix

  – Term Sheets

  – Additional Financial Information

  – Tribune Company Business Overview

CONFIDENTIAL                                                          CITI-TRIB-CC 00027481



Transaction Overview

CONFIDENTIAL

# Background of Strategic Review Process

- In May 2006, Tribune embarked on a plan to increase shareholder value

  - Repurchased 23% of its shares for $2.3 billion

  - Sold over $500 million of assets

  - Announced $200 million cost reduction plan

- In September 2006, Tribune's Board of Directors created an independent special committee to conduct a process for exploring strategic alternatives to increase shareholder value

  - Rigorous and thorough process over past six months

  - Outside legal and financial advisors retained by all parties

  - Significant tax / regulatory complexity

2

CITI-TRIB-CC 00027483

# Proposed ESOP/LBO Transaction Overview

- Zell LLC and newly formed Tribune ESOP take Tribune private through a two-step transaction

- Participating Tribune shareholders receive $33 per share in initial distribution

- Reduction in annual cash costs of approximately $80 million due to ESOP structure and cost reductions

- No corporate level taxes due to S-Corp election
  - Creates over $1 billion of cash savings [1]

- $600 million of net proceeds from sale of Cubs and Comcast SportsNet

- Financing strategy focused on maximizing cash flow and deleveraging

- Nine-member board with a majority consisting of independent directors and Sam Zell as Chairman

- We are requesting a corporate rating as well as ratings on the bank facilities and high yield notes

[1]  10 year present value of cash tax savings using 7.5% cost of capital.

3

CONFIDENTIAL

CITI-TRIB-CC 00027484

# Step 1: Initial Return of Capital

## ESOP / LBO Transaction Steps

- Merger Agreement is signed
  - Zell, ESOP, McCormick Foundation and Chandler Trusts sign Voting Agreement
- Zell purchases newly issued common stock and an exchangeable note for $225 million in cash
- ESOP is formed and purchases newly issued common stock in exchange for a $250 million note to Tribune (ESOP Loan)
  - Employees give up $60 million in annual 401(k) matching for future years
- Tribune raises $7.0 billion of debt
- Tribune returns $4.2 billion of capital to shareholders via a share repurchase
  - Zell and the ESOP do not participate
- Tribune refinances $2.8 billion of existing debt

## Transaction Overview



CONFIDENTIAL

CITI-TRIB-CC 00027485

# Step 1:  Sources & Uses

## Sources & Uses

| Sources | Total | % | Cumul. Leverage[1] | | Uses | Total | % |
|---|---|---|---|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0 | 0.0% | 0.0x | | Share Repurchase | $4,241 | 43.9% |
| New Term Loan B | 7,015 | 72.6 | 4.9 | | Refinance Existing Debt | 2,837 | 29.4 |
| New Delayed Draw Term Loan B ($260mm) | 0 | 0.0 | 4.9 | | Roll Existing Debt | 1,521 | 15.7 |
| Roll Existing Debt | 1,521 | 15.7 | 6.0 | | PHONES | 900 | 9.3 |
| PHONES | 900 | 9.3 | 6.6 | | Financing Fees | 138 | 1.4 |
| Zell Investment | 225 | 2.3 | | | Transaction Fees | 24 | 0.2 |
| **Total Sources** | **$9,661** | **100.0%** | **6.6x** | | **Total Uses** | **$9,661** | **100.0%** |

| Share Repurchase | Total |
|---|---|
| Total Share Repurchase Amount | $4,241 |
| Repurchase Price per Share | $33.00 |
| **No. of Shares Repurchased** | **128.5** |
| PF Basic Shares O/S | 113.8 |

Note: Adj. EBITDA is calculated as Operating Cash Flow ("OCF") before stock-based compensation plus incremental cash cost savings and cash flows from equity investments.
(1)  Based on $1,425mm LTM PF Adj. EBITDA (at Q1 2007).

5

CONFIDENTIAL

CITI-TRIB-CC 00027486

# Step 1: Pro Forma Capitalization

|  |  | (A) | + | (B) | = | (C) | + | (D) | = | (E) |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Actual 12/31/2006 |  | Q1 Adjustments |  | Projected 3/31/2007 |  | Recap Adjustments |  | Pro Forma 3/31/2007 |
| 1 | Cash and Cash Equivalents | $175 |  | $10 |  | $185 |  | -- |  | $185 |
| 2 | Revolving Credit Facility | -- |  | -- |  | -- |  | -- |  | -- |
| 3 | New Term Loan B | -- |  |  |  | -- |  | $7,015 |  | $7,015 |
| 4 | **1st Priority Guaranteed Debt** | $0 |  |  |  | $0 |  |  |  | $7,015 |
| 5 | New Senior Notes | -- |  |  |  | -- |  |  |  | -- |
| 6 | **Guaranteed Debt** | $0 |  |  |  | $0 |  |  |  | $7,015 |
| 7 | Commercial Paper | $97 |  |  |  | $97 |  | (97) |  | -- |
| 8 | Term Loan A | 1,500 |  | -- |  | 1,500 |  | (1,500) |  | -- |
| 9 | Bridge Loan | 1,310 |  | (70) [(1)] |  | 1,240 |  | (1,240) |  | -- |
| 10 | Medium Term Notes | 263 |  |  |  | 263 |  | 0 |  | $263 |
| 11 | Existing Notes | 1,165 |  | 0 |  | 1,165 |  | -- |  | 1,165 |
| 12 | Capitalized Real Estate Obligation | 56 |  | (5) |  | 51 |  | -- |  | 51 |
| 13 | Swaps and Other Obligations | 41 |  | 0 |  | 42 |  | -- |  | 42 |
| 14 | **Senior Debt** | $4,432 |  |  |  | $4,358 |  |  |  | $8,536 |
| 15 | PHONES | 900 |  |  |  | 900 |  | -- |  | 900 |
| 16 | **Total Debt** | $5,332 |  |  |  | $5,258 |  |  |  | $9,436 |
|  | **Credit Statistics** |  |  |  |  |  |  |  |  |  |
| 19 | LTM PF Adj EBITDA [(2)] | $1,437 |  |  |  | $1,425 |  |  |  | $1,425 |
| 20 | 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 0.0x |  |  |  | 0.0x |  |  |  | 4.9x |
| 21 | Guaranteed Debt / LTM PF Adj EBITDA | 0.0 |  |  |  | 0.0 |  |  |  | 4.9 |
| 22 | Senior Debt / LTM PF Adj EBITDA | 3.1 |  |  |  | 3.1 |  |  |  | 6.0 |
| 23 | Total Debt / LTM PF Adj EBITDA | 3.7 |  |  |  | 3.7 |  |  |  | 6.6 |

Note: Adj. EBITDA is calculated as Operating Cash Flow ("OCF") before stock-based compensation plus incremental cash cost savings and cash flows from equity investments.
(1)   Assumes Q1 cash flows / excess cash are used toward paydown of the existing bridge loan.
(2)   LTM reflects 2006 53wk results.

6

CONFIDENTIAL

# Step 2:  Merger

## Transaction Steps

- Tribune receives shareholder and other necessary approvals

- Tribune raises $4.2 billion of debt

- Zell purchases a subordinated note and a warrant for $225 million

- Remaining public shares are paid $33 / share plus 5% annual accretion

- Merger closes

- Post-transaction
  - Sale of Cubs / Comcast SportsNet
  - Tribune makes S-Corp election for 2008

## Transaction Overview



7

CONFIDENTIAL

CITI-TRIB-CC 00027488

# Step 2: Sources & Uses

## Sources & Uses

| Sources | Total | % | Cumul. Leverage [1] | Uses | Total | % |
|---|---|---|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0 | 0.0% | 0.0x | Purchase Equity | $4,194 | 31.0% |
| Roll Existing Bank Debt | 6,699 | 49.4 | 4.6 | Roll Existing Bank Debt | 6,699 | 49.4 |
| Incremental Term Loan B | 2,126 | 15.7 | 6.0 | Rolled Existing Notes | 1,507 | 11.1 |
| New Senior Notes | 2,100 | 15.5 | 7.4 | PHONES | 900 | 6.6 |
| Rolled Existing Notes | 1,507 | 11.1 | 8.5 | Financing and Other Fees | 108 | 0.8 |
| PHONES | 900 | 6.6 | 9.1 | Cash Distrib. Trigger by Change of Control | 141 | 1.0 |
| Option Proceeds | 217 | 1.6 | | | | |
| **Total Sources** | **$13,550** | **100.0%** | **9.1x** | **Total Uses** | **$13,550** | **100.0%** |

| | Total | |
|---|---|---|
| Less: Cash from Cubs / Comcast | ($602) | |
| **Total PF Debt at Q4 '07** | **$12,731** | 8.9x [2] |
| Less: PV of Tax Savings [3] | (1,071) | |
| **Total Adj. Debt at Q4 '07** | **$11,660** | **8.1x** [2] |

| Share Repurchase | Total |
|---|---|
| Total Share Repurchase Amount | $4,194 |
| Repurchase Price per Share | $34.24 [4] |
| **No. of Basic Shares & ITM Options Repurchased** | **122.3** |

Note: Adj. EBITDA is calculated as Operating Cash Flow ("OCF") before stock-based compensation plus incremental cash cost savings and cash flows from equity investments.
(1)  Based on $1,469mm LTM PF Adj. EBITDA, pro forma for $80mm of incremental cash cost savings.
(2)  Based on $1,434mm LTM PF Adj. EBITDA, pro forma for $80mm of incremental cash cost savings and the sale of Cubs and Comcast.
(3)  Calculated as the 10-Year PV of Tax Savings from S-Corp election discounted at a weighted average cost of capital of 7.5%.
(4)  Assumes a 12/31/07 closing date and 5% annual accretion.

8

CONFIDENTIAL

# Step 2: Pro Forma Capitalization

| | | (A) | (B) | + (C) | = (D) | + (E) | = (F) |
|---|---|---|---|---|---|---|---|
| | | Pro Forma 3/31/2007 | Projected 12/31/2007 | Acquisition Adjustments | Pro Forma 12/31/2007 | Sale of Cubs / Comcast | Pro Forma 12/31/2007 |
| 1 | Cash and Cash Equivalents | $185 | $175 | -- | $175 | -- | $175 |
| 2 | Revolving Credit Facility | -- | -- | -- | -- | -- | -- |
| 3 | New Term Loan B | $7,015 | $6,699 [1] | $2,126 | $8,826 | ($602) | $8,224 |
| 4 | **1st Priority Guaranteed Debt** | $7,015 | $6,699 | | $8,826 | | $8,224 |
| 5 | New Senior Notes | -- | -- | 2,100 | 2,100 | -- | 2,100 |
| 6 | **Guaranteed Debt** | $7,015 | $6,699 | $4,226 | $10,926 | | $10,324 |
| 7 | Commercial Paper | -- | -- | -- | -- | -- | -- |
| 8 | Term Loan A | -- | -- | -- | -- | -- | -- |
| 9 | Bridge Loan | -- | -- | -- | -- | -- | -- |
| 10 | Medium Term Notes | $263 | $263 | -- | $263 | -- | $263 |
| 11 | Existing Notes | 1,165 | 1,166 | -- | 1,166 | -- | 1,166 |
| 12 | Capitalized Real Estate Obligation | 51 | 36 | -- | 36 | -- | 36 |
| 13 | Swaps and Other Obligations | 42 | 43 | -- | 43 | -- | 43 |
| 14 | **Senior Debt** | $8,536 | $8,206 | | $12,433 | | $11,831 |
| 15 | PHONES | 900 | 900 | -- | 900 | -- | 900 |
| 16 | **Total Debt** | $9,436 | $9,106 | | $13,333 | | $12,731 |
| 17 | Less: PV of Tax Savings [2] | -- | -- | (1,071) | (1,071) | -- | (1,071) |
| 18 | **Total Adj Debt** | $9,436 | $9,106 | $3,155 | $12,262 | | $11,660 |
| | **Credit Statistics** | | | | | | |
| 19 | LTM PF Adj EBITDA | $1,425 | $1,389 | | $1,469 [3] | | $1,434 [3] |
| 20 | 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 4.9x | 4.8x | | 6.0x | | 5.7x |
| 21 | Guaranteed Debt / LTM PF Adj EBITDA | 4.9 | 4.8 | | 7.4 | | 7.2 |
| 22 | Senior Debt / LTM PF Adj EBITDA | 6.0 | 5.9 | | 8.5 | | 8.3 |
| 23 | Total Debt / LTM PF Adj EBITDA | 6.6 | 6.6 | | 9.1 | | 8.9 |
| 24 | Total Adj Debt / LTM PF Adj EBITDA | 6.6 | 6.6 | | 8.3 | | 8.1 |

Note: Adj. EBITDA is calculated as Operating Cash Flow ("OCF") before stock-based compensation plus incremental cash cost savings and cash flows from equity investments.
(1) Assumes $306mm of Q2-Q4 cash flows and excess cash are used toward the paydown of the Term Loan B.
(2) Calculated as the 10-Year PV of Tax Savings from S-Corp election discounted at a weighted average cost of capital of 7.5%.
(3) Pro forma for $80mm of incremental cash cost savings.

9

CONFIDENTIAL

CITI-TRIB-CC 00027490

# Tax Benefits of S-Corp and ESOP

- S-Corporations generally do not pay corporate level income taxes
  - Taxable income and loss are passed through to shareholders
  - Tribune will not make any distributions to shareholders, including for payment of shareholder-level taxes
  - As an IRS qualified plan, the ESOP will not pay income taxes
  - Estimated value of tax savings is $1,071 million [1]
- Deferred taxes currently recorded by Tribune ($1,975 million) will cease to be liabilities of the corporation
  - Deferred taxes on the PHONES ($636 million as of 12/31/06) will no longer be a liability of the corporation
- Corporate tax on built-in gains on assets held at time of conversion to an S-Corp; that corporate level tax disappears if asset is sold more than 10 years after the conversion
- S-Corporation eligibility requirements
  - Domestic corporation
  - One class of stock
  - Qualified shareholders (the ESOP can be a shareholder)
  - 100 or fewer shareholders

10

(1) Calculated as the 10-Yr present value of tax savings.

CITI-TRIB-CC 00027491

# Structural Cost Benefits

($ in millions)

## Annual Cash Cost Reductions

| Item | Annual Amount ($ mm) |
|------|----------------------|
| Elimination of Company 401(k) Cash Contributions | $60 |
| Public Company Cost Reductions / Other | 20 |
| **Total** | **$80** |

## Present Value of Savings

| | 5 Year | 10 Year |
|---|--------|---------|
| Present Value of Tax Savings From S Corp. Election [1] | $445 | $1,071 |
| Present Value of the Elimination of Company 401(k) Cash Contributions [1] | 243 | 412 |
| Present Value of Public Company Cost Reductions / Other [1] | 81 | 137 |
| **Total Present Value of Savings** | **$769** | **$1,620** |

11    (1) Discounted at a weighted average cost of capital of 7.5%.

CONFIDENTIAL

CITI-TRIB-CC 00027492

# Components of Cash Flow

| 2008E Metric | $17.50 / Share Whole Company Recapitalization | ESOP / LBO | Recap vs. ESOP / LBO Difference |
|---|---|---|---|
| OCF [1] | $1,360 | $1,360 | |
| Plus: $60mm Cash 401(k) Savings | -- | 60 | |
| Plus: $20mm Cost Savings | -- | 20 | |
| Plus: Cash Flow from Equity Investments | 100 | 100 | |
| PF Adjusted EBITDA | $1,460 | $1,540 | + $80 |
| Less: Cash Taxes | (231) | (13) [2] | + 218 |
| Less: Cash Interest Expense, net | (546) | (891) | (346) |
| Less: Capex / Investments / Other [3] | (310) | (310) | |
| Less: Common Dividend | (40) | 0 | + 40 |
| FCF Available for Debt Repayment | $334 | $326 | ($8) |

| FCF Available for Debt Repayment [3] | | | |
|---|---|---|---|
| 2008E | $334 | $326 | |
| 2009E | 427 | 424 | |
| 2010E | 514 | 490 | |
| 2011E | 547 | 540 | |
| 2012E | 599 | 613 | |
| Cumulative (2008-2012) | $2,420 | $2,393 | |
| Cumulative (2008-2017) | $6,170 | $6,620 | |

(1) Defined as OCF before stock-based compensation.
(2) While an S-Corp election under IRS code allows income to not be taxable on a federal level, certain state taxes still apply.
(3) Includes capital expenditures, acquisitions / investments and ESOP repurchase obligations. Excludes $175mm toward acquisition of TMCT real estate.

12

CONFIDENTIAL

CITI-TRIB-CC 00027493



Tribune Credit Highlights

CONFIDENTIAL

# Tribune Credit Highlights

- Significant scale in both publishing and broadcasting

- Diversified across businesses and markets

- History of substantial debt paydown

- Demonstrated ability to aggressively manage costs

- Decreasing capital expenditure needs

- Strong free cash flow generation

13

CONFIDENTIAL

CITI-TRIB-CC 00027495

# Significant Scale In Both Publishing And Broadcasting

| Publishing | Broadcasting |
|---|---|

**Publishing**

- Second-largest U.S. Newspaper Group with leading metropolitan dailies in nine major markets

- Over 50 websites with 14 million unique visitors

- More than 130 targeted niche publications

- Significant equity investments
  - CareerBuilder
  - Classified Ventures
  - Shoplocal.com
  - Topix.net

**Broadcasting**

- Owns and operates 23 major-market television stations

- 14 Tribune stations are affiliates of The CW, America's new fifth network

- Superstation WGN can be seen in more than 70 million U.S. households via cable and satellite services

- Significant equity investments
  - TVFood Network
  - Comcast SportsNet Chicago

14

CONFIDENTIAL

# Broad National Reach Through Positioning In Top Markets

- Reaches more than 80% of U.S. households with strong presence in top markets

  - Only media organization with newspapers, television stations and websites in the nation's top three markets

  - 7 daily newspapers in the Top 30 DMAs

  - 19 television stations in the Top 30 DMAs

- Delivers large local audiences and offers options for targeting specific consumer groups through differentiated packaging alternatives

  - Deep relationships with local advertisers and consumers

15

CONFIDENTIAL

CITI-TRIB-CC 00027497

# Diversified Across Businesses and Markets

## 2006 Revenue Breakdown by Business

($ in millions)



Broadcasting & Entertainment $1,408

Interactive $227

Print $3,798

4%

26%

70%

## 2006 Revenue Breakdown by Market



New York $710

Other Markets [1] $1,355

Los Angeles $1,253

Florida $732

Chicago [2] $1,383

13%

23%

25%

**Total Revenue: $5,433 million**

(1) Includes Tribune Entertainment.
(2) Includes Superstation and CLTV.

16

CONFIDENTIAL

CITI-TRIB-CC 00027498

# Rapid Interactive Revenue and Cash Flow Growth

## Strong Revenue, OCF and Unique Visitor Growth [1]



($ in millions)

- ■ Revenue
- ▨ OCF

2003-2006 Revenue CAGR: 34%

| | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|
| Revenue | $94 | $125 | $179 | $227 |
| OCF | $24 | $53 | $98 | $125 |
| Unique Visitors ('000s) [2] | 10,003 | 11,411 | 12,302 | 14,210 |

(1) Certain sales, marketing, content and other costs are recorded 100% in print and are not allocated to interactive.
(2) Source: Nielsen//NetRatings. Figures are YTD averages and are shown as of December of each year with the exception of 2006, which is as of September.

17

CONFIDENTIAL

CITI-TRIB-CC 00027499

# History of Substantial Debt Paydown

($ in millions)



**Following Times Mirror Acquisition**

Proceeds from sale of:
- Tribune Education
- Jeppesen Sanderson
- Times Mirror Magazines
- Digital City, Achieve Global, etc.

Adverse ruling in Matthew Bender Case

**2006 Leveraged Recap**

Announced $500mm of asset sales and $200mm of annual cost savings

Total Debt (excl PHONES)

| | Q2 2000 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Q1 2006 | Q2 2006 | PF Q2 2006[1] | Q3 2006 | Q4 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Debt (excl. PHONES) | $4,758 | $3,448 | $3,412 | $2,750 | $2,008 | $2,005 | $2,752 | $2,750 | $2,586 | $4,414 | $4,724 | $4,432 |

Total Debt (excl. PHONES)

18

Source:    Company filings.
(1)         Pro forma for leveraged share repurchase. On July 21, 2006, the Company had additional borrowings of $1.25 billion and $1.4 billion under the term facility and the bridge facility and repaid $622 million of commercial paper and $200 million of its revolving credit facility.

CONFIDENTIAL

# Demonstrated Ability to Aggressively Manage Costs

| Date | Plan | Results |
|---|---|---|
| • 2005-2006 | • $190 million of planned cost reductions | • $190 million achieved<br>  — $100 million of compensation / benefits savings<br>  — 1,000 fewer FTEs<br>  — $35 million from a 7% decrease in newsprint consumption<br>  — $55 million from other cash savings |
| • May 2006 – 2008 | • $200 million of planned cost reductions to be realized over two years | • $150 million planned for 2007<br>• $5 million in Broadcasting<br>  — Outsourcing news operations in select markets<br>• $145 million in Publishing<br>  — $55 million in compensation / benefits savings<br>    • 500 fewer FTEs<br>    • Outsourcing initiatives for call centers, customer accounting and technology support<br>  — $15 million from a 4% decrease in newsprint consumption<br>  — $75 million from other cash expense savings<br>• Remaining $50 million to occur in 2008 |

19

CONFIDENTIAL

# Declining Capital Expenditure Needs



**Publishing**

- Publishing capital expenditures decrease from $173 million in 2006 to $100 million by 2011
  - Spending for common advertising, circulation and editorial systems ends by 2009
  - Highest impact color press improvements were completed in 2006
  - Packaging improvements for more refined zoning are completed by 2009
  - Spending to complete web width reduction at all business units completed by 2008

**Broadcasting**

- Broadcasting capital expenditures decrease from $42 million in 2006 to $27 million in 2011
  - Wrigley Field expansion completed in 2006

20

CONFIDENTIAL

CITI-TRIB-CC 00027502

# Tribune Publishing Strategy

- **Maximize profitable print revenue**
  - Stabilize individually paid circulation and readership
  - Expand free daily papers to complement paid daily reach
  - Maximize share of print ad dollars
- **Accelerate cost reductions in print business**
  - Aggressively re-engineer business processes and exploit economies of scale
  - Achieve publishing savings in 2007 of more than $145 million; reduce total expenses by 1%
  - Reduce capital investment in print business
- **Create profitable local print alliances**
  - Join newspaper distribution arrangements or broader joint ventures
  - Preprint distribution deals
- **Exploit interactive growth**
  - Build robust local sites into clear market leaders
  - Build national interactive networks with key partners

21

CONFIDENTIAL

CITI-TRIB-CC 00027503