# Tribune Broadcasting Strategy

- Generate large audiences for advertisers through acquisition of quality syndicated programming

- Complement stations' strong broadcast network affiliations (The CW, Fox, MyNetworkTV and ABC) with focus on local news and sports

- Use our scale to drive group program acquisitions at favorable prices

- Align with major program suppliers to co-develop quality first-run programming

- Create additional value via retransmission consent rights (Superstation WGN) and through the digital spectrum

- Partner with program suppliers to develop moderate-cost original programming for the Superstation

- Exploit technology to increase efficiency and reduce costs

- Launch new multi-cast channels using our stations' excess digital spectrum

22

CITI-TRIB-CC 00027504



CONFIDENTIAL

CITI-TRIB-CC 00027505

# Consolidated
# Historical Financial Performance [1]

| | 2003 | 2004 [2] | 2005 [3] | 2006 (52wk) [4] |
|---|---|---|---|---|
| **Revenues** | | | | |
| Publishing | $4,037 | $4,130 | $4,097 | $4,025 |
| Broadcasting & Entertainment | 1,457 | 1,502 | 1,414 | 1,408 |
| **Total Revenues** | **$5,494** | **$5,631** | **$5,511** | **$5,433** |
| **Operating Cash Flow** | | | | |
| Publishing | $1,062 | $1,036 | $986 | $947 |
| Broadcasting & Entertainment | 538 | 563 | 466 | 443 |
| Corporate | (51) | (51) | (50) | (50) |
| **Total Operating Cash Flow** | **$1,548** | **$1,548** | **$1,401** | **$1,339** |
| Cash Equity Income | 17 | 14 | 49 | 71 |
| **Adjusted EBITDA** | **$1,565** | **$1,562** | **$1,450** | **$1,411** |
| Capex | 194 | 217 | 206 | 222 |
| **Pre-Tax Unlevered Free Cash Flow** | **$1,371** | **$1,345** | **$1,244** | **$1,189** |
| Publishing OCF Margin | 26.3% | 25.1% | 24.1% | 23.5% |
| Broadcasting OCF Margin | 36.9% | 37.5% | 32.9% | 31.5% |

Source: Company data.
[1] Reflects Tribune's Reported Revenues and Operating Cash Flows adjusted for one-time, non-recurring items described below and pro forma to exclude divested TV stations (Albany, Atlanta and Boston) and Denver Radio.
[2] 2004 adjusted to exclude approximately $41mm of severance expense and approximately $90mm anticipated settlement with advertisers in connection with misstated circulation numbers at Newsday.
[3] 2005 adjusted to exclude approximately $45mm of severance expense, approximately $18mm pension curtailment gain, approximately $6mm of operating costs (excl. D&A) and approximately $16mm of accelerated D&A from the closing of the San Fernando Valley printing facility.
[4] 2006 adjusted to exclude approximately $20 mm of severance and other payments associated with new union contracts at Newsday, $9 mm of severance expense, a $4 mm charge for the disposition of a press, $7 mm of gains from property sales and a $7 mm gain from the sale of the corporate airplane.
[5] Operating cash flow before stock-based compensation plus cash equity income.

23

CONFIDENTIAL

CITI-TRIB-CC 00027506

# Update on YTD (2007 vs. 2006) Financial Performance [1]

| ($ in millions) | January $ | January % Chg | February $ | February % Chg | 1st Qtr. $ | 1st Qtr. % Chg |
|---|---|---|---|---|---|---|
| **Operating Revenues** | | | | | | |
| Publishing | | | | | | |
| 1  Advertising | $ 265 | -7% | $ 233 | -5% | $ 735 | -6% |
| 2  Circulation | 52 | -5% | 41 | -7% | 136 | -6% |
| 3  Other | 24 | 8% | 20 | -1% | 67 | 7% |
| 4  Total Publishing | 341 | -6% | 294 | -5% | 938 | -5% |
| 5  Broadcasting & Entertainment | 97 | -1% | 90 | 2% | 283 | -1% |
| 6  Total Revenues | 438 | -5% | 385 | -3% | 1,221 | -4% |
| | | | | | | |
| **Operating Cash Expenses** | | | | | | |
| 7  Publishing | 282 | -1% | 238 | 2% | 755 | 0% |
| 8  Broadcasting & Entertainment | 78 | 1% | 67 | 8% | 211 | 3% |
| 9  Corporate | 5 | -2% | 11 | 203% | 20 | 2% |
| 10  Total Op. Cash Expenses | 364 | -1% | 316 | 6% (2) | 987 | 1% |
| | | | | | | |
| **Operating Cash Flow** | | | | | | |
| 11  Publishing | 60 | -24% | 56 | -27% | 183 | -20% |
| 12  Broadcasting & Entertainment | 19 | -11% | 24 | -11% | 71 | -10% |
| 13  Corporate | (5) | 2% | (11) | -203% | (20) | -2% |
| 14  Total Op. Cash Flow | 75 | -22% | 68 | -31% | 234 | -19% |
| | | | | | | |
| 15 **Equity Income** | 4 | 27% | 2 | NM | 10 | 59% |
| | | | | | | |
| 16 **Interest Expense** | (32) | -74% | (26) | -70% | (83) | -71% |
| | | | | | | |
| 17 **Diluted EPS** | $ 0.07 | -42% | $ 0.07 | -46% | $ 0.27 | -29% |

(1)  Excludes special items, non-operating items, and discontinued operations.
(2)  February 2007 includes stock-based compensation of $15 million compared to $0 in the prior year period as the Company first began recognizing this expense in March of 2006.  Stock-based compensation for the first quarter of 2007 is projected at $19 million compared to $17 million in 2006.

24

CONFIDENTIAL

CITI-TRIB-CC 00027507

# Publishing
## Management Projections

- 2007 ad revenue outlook for newspaper industry is challenging
  - Tough comparisons for 1H'07 but better for 2H'07
- 2007 plan assumes that:
  - Publishing revenues decrease 1%
  - Annual print revenues decline 1%
  - Circulation declines of 4% annually from modest volume declines and continued selective discounting
  - Publishing expenses decrease 1% due to more favorable newsprint prices and other cost reductions
- 2008-2011 revenues show modest improvement over 2007 as Interactive becomes a bigger portion of the total and the classified cycle improves
  - 18% Interactive revenue CAGR from 2006-2010
- Continued focus on cost reductions beyond 2007
- Strong growth in equity income from CareerBuilder and Classified Ventures
- Declining capex needs once systems projects are completed

25

CITI-TRIB-CC 00027508

# Publishing
## Financial Projections

($ in millions)

| | 2007PF | 2008E | 2009E | 2010E | 2011E | '07E-'11E CAGR |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| Print Advertising | $2,868 | $2,853 | $2,832 | $2,807 | $2,775 | (0.8%) |
| Interactive Advertising | 273 | 322 | 376 | 435 | 500 | 16.3 |
| Circulation | 536 | 514 | 496 | 478 | 461 | (3.7) |
| Other | 269 | 280 | 294 | 305 | 318 | 4.3 |
| **Total Revenues** | **$3,946** | **$3,969** | **$3,998** | **$4,025** | **$4,054** | **0.7%** |
| Cash Expenses | 3,017 | 3,016 | 3,031 | 3,045 | 3,064 | 0.4 |
| **Operating Cash Flow** | **$929** | **$954** | **$967** | **$979** | **$990** | **1.6%** |
| *% Margin* | 24% | 24% | 24% | 24% | 24% | |
| Cash from Equity Investments | 4 | 18 | 32 | 55 | 78 | |
| **Adj. EBITDA** | **$933** | **$971** | **$999** | **$1,035** | **$1,068** | **3.4%** |

Note: All projections shown pro forma for the sale of SCNI.
(1)   Before stock-based compensation.
(2)   Operating cash flow before stock-based compensation plus cash from equity investments.

26

CITI-TRIB-CC 00027509

# Broadcasting
## Management Projections

- Station ad sales grow almost 2% annually through 2011

- Base television spot market +1% annually

- Political spending is expected to be healthy

- Revenue share to 13.9% in 2011 from a projected 13.3% in 2006

- CW ratings up vs. WB

- Fall 2007 debut of *Two and a Half Men* & *Family Guy*

- Fox affiliates continue to gain revenue share

- Continued growth in Superstation distribution; renewal of carriage agreements

- Operating expenses +1% annually

  - Broadcast rights flat

  - Pursue additional news efficiencies

- TVFood: strong equity income growth

27

CONFIDENTIAL

CITI-TRIB-CC 00027510

# Broadcasting
## Financial Projections

($ in millions)

| | 2007PF | 2008E | 2009E | 2010E | 2011E | '07E-'11E CAGR |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| TV Stations | $1,011 | $1,082 | $1,086 | $1,124 | $1,120 | 2.6% |
| Superstation | 144 | 145 | 148 | 151 | 153 | 1.6% |
| Radio | 40 | 41 | 42 | 43 | 44 | 1.9% |
| TEC | 23 | 22 | 20 | 20 | 21 | (3.3%) |
| Other | 4 | 3 | 2 | 1 | 0 | NM |
| **Total Revenues** | **$1,222** | **$1,293** | **$1,297** | **$1,339** | **$1,338** | **2.3%** |
| Cash Expenses | 817 | 835 | 823 | 847 | 859 | 1.3 |
| **Operating Cash Flow** | **$405** | **$458** | **$474** | **$492** | **$479** | **4.3%** |
| % Margin | 33% | 35% | 37% | 37% | 36% | |
| Cash from Equity Investments | 66 | 82 | 86 | 90 | 95 | 9.7 |
| **Adj. EBITDA** | **$471** | **$540** | **$560** | **$583** | **$574** | **5.1%** |

28

Note: All projections shown pro forma for the divestiture of Cubs / Comcast.
(1)    Before stock-based compensation.
(2)    Operating cash flow before stock-based compensation plus cash flow from equity investments.

CONFIDENTIAL

CITI-TRIB-CC 00027511



# Debt Maturity Profile

($ in millions)



Note: Debt maturities shown pro forma for the ESOP transaction. 2007 excludes debt refinanced in Step 1.

29

CONFIDENTIAL

# Consolidated ESOP LBO
## Pro Forma Projected Financials

| ($ in millions) | Step 1 Q1 2007 | 2007PF [1] | 2008E | 2009E | 2010E | 2011E |
|---|---|---|---|---|---|---|
| Operating Cash Flow [2] | $1,285 | $1,360 | $1,388 | $1,418 | $1,415 |
| Plus: $60mm Cash 401(k) Savings | 60 | 60 | 60 | 60 | 60 |
| Plus: $20mm Cost Savings | 20 | 20 | 20 | 20 | 20 |
| Plus: Cash Flow from Equity Investments | 69 | 100 | 118 | 146 | 173 |
| Adj. EBITDA | $1,434 | $1,540 | $1,587 | $1,644 | $1,668 |
| Less: Cash Taxes [3] | (11) | (13) | (15) | (17) | (19) |
| Less: Cash Interest Expense, net | (908) | (891) | (893) | (881) | (853) |
| Less: Capex / Investments / Other [4] | (318) | (485) | (255) | (255) | (256) |
| Free Cash Flow Available for Debt Repayments | $197 | $151 | $424 | $490 | $540 |
| **Pro Forma Credit Statistics [5]** | | | | | |
| 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 4.9x | 5.7x | 5.4x | 5.0x | 4.8x | 4.4x |
| Guaranteed Debt / LTM PF Adj EBITDA | 4.9 | 7.2 | 6.8 | 6.3 | 6.1 | 5.7 |
| Senior Debt / LTM PF Adj EBITDA | 6.0 | 8.3 | 7.6 | 7.1 | 6.5 | 6.1 |
| Total Debt / LTM PF Adj EBITDA | 6.6 | 8.9 | 8.1 | 7.6 | 7.1 | 6.6 |
| PF Adj. EBITDA / PF Cash Interest Exp | 2.1x | 1.6x | 1.7x | 1.8x | 1.9x | 1.9x |
| (PF Adj. EBITDA - Capex) / PF Cash Interest Exp | 1.8 | 1.3 | 1.4 | 1.5 | 1.6 | 1.7 |
| Fixed Charge Coverage Ratio [6] | 1.7 | 1.2 | 1.3 | 1.4 | 1.4 | 1.5 |
| FCF / Total Debt [7] | 5.5% | 2.1% | 2.7% | 3.5% | 4.2% | 4.9% |

Note: All projections shown pro forma for the sale of SCNI and Cubs / Comcast.
(1)  Assumes transaction and S-Corp election occurs at 1/1/2007 for illustrative purposes only.
(2)  OCF before stock-based compensation.
(3)  While an S-Corp election under IRS code allows income to not be taxable on a federal level, certain state taxes still apply; assumes S-Corp election in 2008.
(4)  Includes capital expenditures, investments, ESOP repurchase obligations, change in working capital and other cash flows. Includes $175mm related to the purchase of TMCT real estate in 2008.
(5)  Assumes PHONES value of $900mm.
(6)  Calculated as the ratio of PF Adjusted EBITDA less Capex and Investments to PF Cash Interest Expense and mandatory amortization of new debt.
(7)  FCF calculated as Adj. EBITDA less Cash Taxes, net Cash Interest Expense and Capex and Investments excluding one-time charges (severance and $175mm related to TMCT in 2008).

30

CONFIDENTIAL

# Deleveraging Over Time



($ in millions)

ESOP LBO

| | Q1'07 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|
| 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 4.9x | 5.7x | 5.4x | 5.0x | 4.8x | 4.4x |
| Total Debt / LTM PF Adj EBITDA | 6.6x | 8.9x | 8.1x | 7.6x | 7.1x | 6.6x |
| Total Adj. Debt / LTM PF Adj. EBITDA | 5.9x | 8.1x | 7.4x | 7.0x | 6.4x | 6.0x |
| PF Adj. EBITDA / PF Cash Interest Exp | 2.1x | 1.6x | 1.7x | 1.8x | 1.9x | 1.9x |

31

CONFIDENTIAL

CITI-TRIB-CU 0027514



CONFIDENTIAL

# ESOP Transaction Timeline – Initial Distribution

**March 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**April 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 |   |   |   |   |   |

**May 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

**June 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

| Date | Event |
|---|---|
| Late March / Early April | • Meet with rating agencies / receive ratings<br>• Board approval / sign merger and other ESOP agreements<br>• Transaction announcement<br>• Establish ESOP<br>• Launch 1st step transaction financing / debt syndication<br>• Bank meeting<br>• Launch tender offer<br>• Seek DOJ / FCC approval |
| May | • File Merger Proxy with SEC<br>• Close 1st step debt syndication; price bank loan<br>• Close tender offer and fund initial share repurchase |

32    Denotes public holiday.

CONFIDENTIAL

# ESOP Transaction Timeline – Merger/Closing

### August 2007

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

### September 2007

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |   |   |   |   |   |   |

### October 2007

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |   |   |   |

### November 2007

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |   |

| Date | Event |
|------|-------|
| August | • Shareholder vote |
| November | • Launch 2nd step transaction financing / debt syndication<br>• Receive FCC approval [a] |
| December | • Price bank loan and bonds<br>• Fund remaining distribution of cash / redeem public shares outstanding<br>• Close merger |

[a] FCC approval is a condition to completing the merger. Assumes 9-12 month approval process with long form application. Potential short form application could shorten overall timing by 6 months.

33        ▓ Denotes public holiday.

CITI-TRIB-CC 00027517



Term Sheets

CONFIDENTIAL

# Indicative Terms – Step 1 of Financing

| Borrower / Issuer: | Tribune Company | | |
|---|---|---|---|
| Facility / Issue: | Revolver | 1st Lien Term Loan B | 1st Lien Delayed Draw Term Loan B |
| Security: | Stock of Subsidiaries | | |
| Guarantees: | All domestic subsidiaries of the Borrower | | |
| Principal Amount: | $750 mm [1] | $7,015 mm | $260 mm [1] |
| Maturity: | 6 years | 7 years | 7 years |
| Incremental: | -- | An incremental facility of up to $2,130 million will be available in connection with Zell transaction only [2][3] | -- |
| Optional Redemption: | Anytime at par | | |
| Amortization: | None | Equal quarterly installments at a rate of 1% annually, bullet at maturity | Equal quarterly installments once fully funded at a rate of 1% annually, bullet at maturity |
| Financial Covenants: | Total Guaranteed Debt Leverage Ratio | | |
| | Interest Coverage Ratio | | |
| | Covenants set to accommodate Zell transaction (i.e., two sets of covenant levels) | | |
| Other Covenants / Conditions: | Carve-out in Credit Agreement to accommodate Zell and ESOP as owners without change of control | | |
| | Up to 12 months post-closing to consummate Zell transaction | | |
| | Ability to incur up to $4,250 million of bonds less the amount of the incremental in connection with Zell transaction only [3] | | |
| | No changes to ESOP structure adverse to lenders | | |
| | Board approval of S-Corp election | | |

34
(1) Unfunded at close.
(2) Fully committed by Merrill Lynch, Citigroup and JP Morgan.
(3) Debt structure can also include an asset sale interim term loan to be taken out with proceeds from a sale of Cubs/Comcast.

CONFIDENTIAL
CITI-TRIB-CC 00027519

# Indicative Terms – Step 2 of Financing

| | |
|---|---|
| Borrower / Issuer: | **Tribune Company**<br>(Same Borrower As Existing) |
| Facility / Issue: | Term Loan B |
| Security: | Stock of Subsidiaries |
| Guarantees: | All domestic subsidiaries of the Borrower |
| Principal Amount: | $2,126 [1] |
| Maturity: | 7 years |
| Optional Redemption: | Anytime at par |
| Amortization: | Equal quarterly installments 1% annually, bullet at maturity |
| Financial Covenants: | Total Guaranteed Debt Leverage Ratio |
| | Interest Coverage Ratio |

35    (1)   Debt structure can also include an asset sale interim term loan to be taken out with proceeds from a sale of Cubs/Comcast.

CONFIDENTIAL

# Indicative Terms – Step 2 of Financing (Interim Financing)

| | |
|---|---|
| Borrower / Issuer: | Tower<br>(Same Borrower As Existing) |
| Facility: | Senior Interim Loan |
| Amount: | $2,100 mm [1] |
| Guarantees: | Senior Subordinated |
| Security: | None |
| Tenor: | 1-year / 7 year Exchanges Notes |

36    (1)    Debt structure can also include an asset sale interim term loan to be taken out with proceeds from a sale of Cubs/Comcast.

CONFIDENTIAL



Additional Financial Information

CONFIDENTIAL