# Consolidated
## Standalone (Pre-Transaction) Financial Projections

($ in millions)

|  | 2007PF | 2008E | 2009E | 2010E | 2011E | '07E-'11E CAGR |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| Publishing | $3,946 | $3,969 | $3,998 | $4,025 | $4,054 | 0.7% |
| Broadcasting & Entertainment | 1,222 | 1,293 | 1,297 | 1,339 | 1,338 | 2.3 |
| **Total Revenues** | **$5,168** | **$5,262** | **$5,295** | **$5,364** | **$5,392** | **1.1%** |
| **Operating Cash Flow** | | | | | | |
| Publishing | $929 | $954 | $967 | $979 | $990 | 1.6% |
| Broadcasting & Entertainment | 405 | 458 | 474 | 492 | 479 | 4.3 |
| Corporate | (49) | (51) | (52) | (53) | (54) | 2.3 |
| **Total Operating Cash Flow** | **$1,285** | **$1,360** | **$1,388** | **$1,418** | **$1,415** | **2.4%** |
| Stock-Based Compensation | (40) | (50) | (53) | (56) | (57) | 9.4 |
| **Reported EBITDA** | **$1,245** | **$1,310** | **$1,336** | **$1,362** | **$1,358** | **2.2%** |
| Cash Equity Income | 69 | 100 | 118 | 146 | 173 | 25.7 |
| **Adjusted EBITDA** | **$1,354** | **$1,460** | **$1,507** | **$1,564** | **$1,588** | **4.1%** |

37   Note: All projections shown pro forma for the sale of SCNI and the divestiture of Cubs/Comcast.

CONFIDENTIAL

CITI-TRIB-CC 00027523

# Chicago Cubs / Comcast SportsNet Valuation

## Investor Highlights

- Wrigley attendance at all-time high
- Tourist attraction stabilizes gate revenue
- Ideal location in trendy, high income urban neighborhood easily accessible by public transit
- Signed Alfonso Soriano, top free-agent on market this past off-season
- Franchise player, Derrek Lee, under contract through 2011
- Upside potential from MLB's national television and internet deals
- Likely potential for greater revenue from Sports Network as Cubs games shift

## Potential Proceeds ($ in mm)

| | |
|---|---:|
| Gross Proceeds – Cubs | $600 |
| Gross Proceeds – Comcast SportsNet | 225 |
| Gross Proceeds – Recycler [1] | 1 |
| **Total Gross Proceeds** | **$826** |
| Less: Basis - Cubs | (43) |
| Less: Basis – Comcast SportsNet | (19) |
| Less: Recycler [1] | (180) |
| Taxable Gain | $584 |
| Taxes (at 38.25%) | (223) |
| **Net Proceeds** | **$602** |

(1) Assumes loss on sale is used to offset taxable gains in Cubs / Comcast.



($ in millions)

| Current Valuation | Precedent Transactions | | | Research | |
|:---:|:---:|:---:|:---:|:---:|:---:|
| | Low | Mid | High | Low | High |
| $600 | $556 | $606 | $657 | $325 | $500 |

Firm Value / '06 Revenue: 2.97x | 2.75x | 3.00x | 3.25x | 1.61x | 2.48x

38

CONFIDENTIAL    CITI-TRIB-CC 00027524

## Tribune Publishing: Historical Revenue by Market

($ in millions)

| Business | 2003 | 2004 | 2005 | (52-week) 2006 [1] |
|---|---|---|---|---|
| Los Angeles | $1,129 | $1,135 | $1,111 | $1,094 |
| Chicago | 812 | 853 | 874 | 848 |
| New York | 605 | 615 | 575 | 533 |
| Ft. Lauderdale | 377 | 386 | 393 | 397 |
| Baltimore | 296 | 306 | 299 | 295 |
| Orlando | 268 | 269 | 281 | 292 |
| Hartford | 194 | 208 | 207 | 203 |
| Newport News | 71 | 74 | 77 | 79 |
| Allentown | 109 | 107 | 108 | 106 |
| Southern Connecticut Newspapers (SCNI) | 39 | 40 | 39 | 38 |
| Spanish Language Newspapers | 30 | 42 | 34 | 29 |
| **Total Newspapers** | **$3,931** | **$4,034** | **$3,998** | **$3,915** |
| Tribune Media Services | 116 | 111 | 105 | 107 |
| CLTV | 11 | 11 | 11 | 12 |
| **Other Publishing** | **$126** | **$122** | **$116** | **$120** |
| **Total Publishing** | **$4,057** | **$4,156** | **$4,114** | **$4,034** |
| Interactive Group [2] | 3 | 0 | 0 | 9 |
| Eliminations | (23) | (26) | (17) | (19) |
| **Reported Publishing** | **$4,037** | **$4,130** | **$4,097** | **$4,025** |

Source: Company data.
Note: Tribune's free daily newspapers (e.g., amNY, RedEye) included in respective markets unless otherwise noted.
(1) Results from ForSaleByOwner.com included beginning in Q2 2006.

39

CONFIDENTIAL

CITI-TRIB-CC 00027525

# Tribune Publishing:
## Historical OCF by Market [1]

($ in millions)

| Business | 2003 | 2004 [2] | 2005 [3] | (52-week) 2006 [4] |
|---|---|---|---|---|
| Los Angeles | $281 | $274 | $242 | $243 |
| Chicago | 238 | 250 | 244 | 218 |
| New York | 150 | 143 | 120 | 100 |
| Ft. Lauderdale | 136 | 136 | 133 | 134 |
| Baltimore | 59 | 68 | 65 | 62 |
| Orlando | 82 | 79 | 85 | 91 |
| Hartford | 42 | 51 | 48 | 48 |
| Newport News | 20 | 19 | 19 | 20 |
| Allentown | 35 | 30 | 30 | 28 |
| Southern Connecticut Newspapers (SCNI) | 7 | 7 | 7 | 7 |
| Spanish Language Newspapers | 1 | (14) | (9) | (7) |
| **Total Newspapers OCF** | **$1,052** | **$1,043** | **$985** | **$945** |
| Tribune Media Services | 25 | 17 | 23 | 23 |
| CLTV | 1 | 2 | 1 | 3 |
| **Other Publishing OCF** | **$26** | **$19** | **$24** | **$25** |
| **Total Publishing OCF** | **$1,078** | **$1,062** | **$1,009** | **$970** |
| Interactive Group [5] | (18) | (19) | (20) | (20) |
| Group Office [6] | (4) | (12) | (10) | (8) |
| Eliminations and Adjustments [7] | 6 | 5 | 7 | 5 |
| **Total Publishing OCF (incl. Group Office)** | **$1,062** | **$1,036** | **$986** | **$947** |
| Stock-Based Compensation | 0 | 0 | 0 | (15) |
| **Reported OCF [1]** | **$1,062** | **$1,036** | **$986** | **$931** |

Source: Company data.
Note: Tribune's free daily newspapers (e.g. amNY, RedEye) included in respective markets unless otherwise noted.
(1) Reflects Tribune's Reported Operating Cash Flow and Operating Profit adjusted for one-time, non-recurring items described below.
(2) 2004 adjusted to exclude approximately $41mm of severance expense and approximately $90mm charge for anticipated settlement with advertisers in connection with misstated circulation numbers at Newsday.
(3) 2005 adjusted to exclude approximately $43mm of severance expense ($42mm of compensation and $1mm of other), approximately $13mm pension curtailment gain, approximately $6mm of operating costs (excl. D&A) and approximately $16mm of accelerated D&A from the closing of the San Fernando Valley printing facility.
(4) 2006 adjusted to exclude approximately $20 mm of severance and other payments associated with new union contracts at Newsday, $9 mm of severance expense, a $4 mm charge for the disposition of a press and $7 mm of gains from property sales.
(5) Results from ForSaleByOwner.com included beginning in Q2 2006.
(6) "Group Office" reflects expenses for Tribune's Publishing group that are not allocated to the specific business units.
(7) Inter-company eliminations and other adjustments.

CONFIDENTIAL                                                                                                                                      CITI-TRIB-CC 00027526

# Tribune Broadcasting:
## Historical Revenue by Market

($ in millions)

| Business | 2003 | 2004 | 2005 | (52-week) 2006 |
|---|---|---|---|---|
| New York | $218 | $214 | $187 | $177 |
| Los Angeles | 174 | 169 | 153 | 159 |
| Chicago | 144 | 147 | 141 | 134 |
| Seattle | 60 | 59 | 57 | 61 |
| Indianapolis | 43 | 41 | 41 | 42 |
| Hartford | 41 | 42 | 37 | 39 |
| New Orleans | 19 | 18 | 14 | 15 |
| Philadelphia | 51 | 51 | 46 | 44 |
| Dallas | 62 | 69 | 61 | 54 |
| Washington | 30 | 35 | 39 | 39 |
| Houston | 42 | 43 | 37 | 38 |
| Miami | 44 | 45 | 43 | 42 |
| Denver | 36 | 33 | 32 | 30 |
| Sacramento | 35 | 39 | 40 | 43 |
| St. Louis | 24 | 33 | 28 | 27 |
| Portland | 11 | 17 | 14 | 15 |
| San Diego | 30 | 27 | 23 | 21 |
| Grand Rapids | 19 | 19 | 19 | 20 |
| Harrisburg | 13 | 14 | 14 | 14 |
| Superstation | 122 | 133 | 136 | 145 |
| TV Group Office Allocation [2] | 6 | 9 | 3 | 2 |
| **Total TV Group** | **$1,223** | **$1,259** | **$1,166** | **$1,161** |
| Chicago Radio | 39 | 42 | 45 | 41 |
| Chicago Cubs | 149 | 166 | 189 | 202 |
| Tribune Entertainment | 60 | 53 | 34 | 20 |
| Ent./Cubs/Radio Group Office Allocation [2] | 4 | 0 | 1 | 0 |
| Eliminations & Corporate Adjustments | (17) | (19) | (20) | (17) |
| **Total Reported B&E** [1] | **$1,457** | **$1,502** | **$1,414** | **$1,408** |

Source: Company data.
(1) Reflects Tribune's Revenues pro forma to exclude divested TV stations (Albany, Atlanta and Boston) and Denver Radio for all periods.
(2) "Group Office" reflects revenues for Tribune's B&E group that are not allocated to the specific business units.

41

CONFIDENTIAL

# Tribune Broadcasting:
## Historical OCF by Market

($ in millions)

| Business | 2003 | 2004 | 2005 [2] | (52-week) 2006 |
|---|---|---|---|---|
| New York | $97 | $97 | $70 | $61 |
| Los Angeles | 72 | 72 | 55 | 52 |
| Chicago | 48 | 49 | 38 | 31 |
| Seattle | 18 | 19 | 15 | 18 |
| Indianapolis | 8 | 6 | 6 | 9 |
| Hartford | 17 | 17 | 12 | 12 |
| New Orleans | 5 | 4 | (2) | 2 |
| Philadelphia | 14 | 16 | 11 | 11 |
| Dallas | 32 | 38 | 31 | 23 |
| Washington | 13 | 17 | 20 | 16 |
| Houston | 19 | 20 | 15 | 13 |
| Miami | 21 | 23 | 20 | 18 |
| Denver | 12 | 10 | 7 | 5 |
| Sacramento | 12 | 15 | 14 | 16 |
| St. Louis | 10 | 12 | 6 | 5 |
| Portland | 3 | 5 | 3 | 1 |
| San Diego | 12 | 9 | 1 | 2 |
| Grand Rapids | 8 | 8 | 8 | 8 |
| Harrisburg | 3 | 4 | 4 | 3 |
| Superstation | 80 | 90 | 89 | 93 |
| TV Group Office Allocation [3] | 8 | 8 | 5 | 3 |
| **Total TV Group OCF** | **$512** | **$539** | **$427** | **$401** |
| Chicago Radio | 12 | 14 | 16 | 14 |
| Chicago Cubs | 5 | 0 | 15 | 26 |
| Tribune Entertainment | 9 | 11 | 9 | 3 |
| Ent./Cubs/Radio Group Office Allocation [3] | (0) | (1) | (1) | (1) |
| Eliminations & Corporate Adjustments | 0 | 0 | 0 | 0 |
| **Total B&E OCF** | **$538** | **$563** | **$466** | **$443** |
| Stock-Based Compensation | 0 | 0 | 0 | (5) |
| **Reported B&E OCF [1]** | **$538** | **$563** | **$466** | **$438** |

Source: Company data.
(1) Reflects Tribune's Reported Operating Cash Flow and Operating Profit adjusted for one-time, non-recurring items described below and pro forma to exclude divested TV stations (Albany, Atlanta and Boston) and Denver Radio.
(2) 2005 adjusted to exclude approximately $1mm of severance expense and a pension curtailment gain of approximately $1mm.
(3) "Group Office" reflects revenues, vendor rebates and expenses for Tribune's B&E group that are not allocated to the specific business units.

CONFIDENTIAL

CITI-TRIB-CC 00027528



CONFIDENTIAL

## Overview of Tribune Publishing Assets

**Newspapers**
2006 Revenue: $3,417 million

- 2nd largest U.S. publisher by revenues; No. 3 by circulation
- Leading metropolitan newspapers in nine major markets
- Metropolitan newspapers reach approximately 15 million adults per week
- Winner of 100 Pulitzer prizes
- Tribune Publishing Services (news and entertainment content)

**Targeted Publications**
2006 Revenue: $381 million

- More than 130 targeted niche publications, including free daily and community newspapers, classified publications and lifestyle magazines
- Local publications reach 7 million adults per week
- Tribune Direct (direct marketing services)

**Interactive**
2006 Revenue: $227 million

- Over 50 local and national websites
- Strength in 3 classified advertising verticals – recruitment, auto and real estate
- Partnerships in national websites CareerBuilder, Classified Ventures, ShopLocal, Topix.net, and Legacy.com
- 14 million average monthly unique visitors

CONFIDENTIAL

CITI-TRIB-CC 0027530

## Leading Metropolitan Newspapers

| | Market | DMA Market Rank | '06 Revenue ($ millions) [1] | Metropolitan Newspapers Weekly Readership (000's) [2] | Penetration [2] |
|---|---|---|---|---|---|
| Los Angeles Times | Los Angeles, CA | 2 | $1,094 | 5,103 | 39% |
| Chicago Tribune | Chicago, IL | 3 | 848 | 3,070 | 46 |
| Newsday | Long Island, NY | 1 | 533 | 1,597 | 74 |
| Sun-Sentinel | South Florida | 16 | 397 | 1,058 | 62 |
| Orlando Sentinel | Orlando, FL | 19 | 292 | 1,094 | 66 |
| The Sun | Baltimore, MD | 24 | 295 | 1,170 | 59 |
| Hartford Courant | Hartford, CT | 28 | 203 | 665 | 73 |
| The Morning Call | Allentown, PA | 4 | 106 | 387 | 73 |
| Daily Press | Newport News, VA | 42 | 79 | 316 | 75 |

(1) Reflects Tribune's Publishing and Interactive revenues in each market.
(2) Source: Scarborough Publishing and Interactive Research, R1 2006 for Newspaper Designated Market (NDM) except Los Angeles and Chicago (Gallup Poll of Media Usage).

44

CONFIDENTIAL

CITI-TRIB-CC 00027531

# Targeted Print And Direct Mail Businesses

| Market | Products | | | Combined 2006 Revenue ($ millions) |
|---|---|---|---|---|
| Los Angeles, CA | RECYCLER  Hoy | Times Community Newspapers | | $54 |
| Chicago, IL | RedEye  Chicago mag.com  Hoy | Chicagoland Publishing Company (A Division of the Chicago Tribune Company) | Tribune Direct | 75 |
| Long Island, NY | amNewYork | Star Community Publishing Group | Island Publications | DSA Boroughs | 118 |
| S. Florida | El Sentinel  City Link | Forum Publishing Group, Inc. | Jewish Journal  Teen Link | $43 |
| Orlando, FL | el Sentinel  Auto Finder | Coupon Catalogue  Job Xtra | New Homes Mag  Hot Properties | 12 |
| Baltimore, MD | Patuxent Publishing Company | Aegis  Howard County Times | Columbia Flier  Towson Times | $45 |
| Hartford, CT | Courant Specialty Products | New Mass Media | ValueMail | 20 |
| Allentown, PA | MERGE  Living in Lehigh Valley | Lehigh Valley Magazine  Homes Plus Bucks | | 3 |
| Newport News, VA | VIRGINIA GAZETTE | | | 11 |
| | | | Total | $381 |

45

CONFIDENTIAL                                           CITI-TRIB-CC 00027532

# Publishing Revenue and OCF by Market

## 2006 Revenue by Market [1]

($ in millions)



- Los Angeles $1,094
- Chicago $848
- Other Newspaper Markets $702
- Florida Markets $690
- Newsday $533
- TMS $107
- Other [2] $51

**Total Publishing Revenue  $4,025**

## 2006 OCF by Market

($ in millions)

| Business | OCF | % Margin |
|---|---|---|
| Los Angeles | $243 | 22% |
| Chicago | 218 | 26 |
| Newsday | 100 | 19 |
| South Florida | 134 | 34 |
| Orlando | 91 | 31 |
| Baltimore | 62 | 21 |
| Hartford | 48 | 24 |
| Allentown | 28 | 27 |
| Newport News | 20 | 26 |
| S. Connecticut | 7 | 18 |
| Tribune Media Services | 23 | 21 |
| Other [3] | (28) | NM |
| **Total Publishing OCF** | **$947** | **24%** |

Note: OCF excludes stock-based compensation.
(1) Excludes eliminations.
(2) Includes CLTV, Spanish Language and ForSaleByOwner.com.
(3) Includes CLTV, Spanish Language, ForSaleByOwner.com, Publishing Group Office, Interactive Group and eliminations.

46

CONFIDENTIAL

# Publishing Circulation Trends



## 2003-2006 6-Day Mon-Sat Circulation
(circulation in 000's)

% Individually Paid 2003: 94%
% Individually Paid 2006: 96%

| Year | Total | Single Copy | Home Delivery |
|------|-------|-------------|----------------|
| 2003 | 3,225 | 625 | 2,413 |
| 2004 | 3,162 | 571 | 2,382 |
| 2005 | 2,993 | 485 | 2,305 |
| 2006 | 2,842 | 443 | 2,284 |

## 2003-2006 Sunday Circulation
(circulation in 000's)

% Individually Paid 2003: 97%
% Individually Paid 2006: 98%

| Year | Total | Single Copy | Home Delivery |
|------|-------|-------------|----------------|
| 2003 | 4,687 | 1,230 | 3,310 |
| 2004 | 4,543 | 1,125 | 3,235 |
| 2005 | 4,319 | 1,028 | 3,154 |
| 2006 | 4,152 | 957 | 3,111 |

■ Home Delivery ■ Single Copy ■ Other Paid Circulation

47

Source: Internal full year circulation data, not audited by ABC.

CONFIDENTIAL                                                                                       CITI-TRIB-CC 00027534

# Publishing Advertising Trends

## 2003-2007E Total Advertising Revenue

($ in millions)



| | 2003 | 2004 | 2005 | 2006 | 2007E |
|---|---|---|---|---|---|
| Total | $3,110 | $3,228 | $3,244 | $3,205 | $3,172 |
| National | $781 | $802 | $774 | $718 | $701 |

▣ Retail ▪ National ▨ Classified

## 2006 Advertising Revenues

($ in millions)



- Preprint $680 (21%)
- Classified Listings $443 (14%)
- Interactive $227 (7%)
- Display $1,855

**Total Advertising Revenue          $3,205**

CONFIDENTIAL                                                                                      CITI-TRIB-CC 00027535

# Interactive Equity Investments

## Key Online Investments

| Investment | CEO | Tribune Ownership | Partners | Board Seats Tribune / Total |
|---|---|---|---|---|
| careerbuilder® | Matt Ferguson | 42.5% | Gannett (42.5%) McClatchy (15.0%) | 2 / 6 |
| Classified Ventures | Daniel Jauernig | 27.8 | McClatchy (25.5%) Gannett (23.6%) Wash. Post (16.5%) Belo (6.6%) | 2 / 10 |
| shopLocal.com | Vikram Sharma | 42.5 | Gannett (42.5%) McClatchy (15.0%) | 2 / 6 |
| topix.net | Rich Skrenta | 33.7 | Gannett (33.7%) McClatchy (11.9%) Topix Mgmt (20.7%) | 2 / 6 |

49

CONFIDENTIAL

## TVFood Network

### Key Highlights

- Highly successful 24-hour cable/satellite network focusing on food and entertaining

- 31% owned; partnership with Scripps

- Utilized TV stations' retransmission consent to get TVFood Network carriage on cable systems

- Initial cash investment between 1993-1999 of $16 million; asset basis as of 12/05 of $77 million

### Financial Projections

- Continues to experience good subscriber, ratings and advertising growth

- Expect cash distributions to Tribune of $65-$90 million per year



($ in millions)

| 2005 | 2006 | 2007E | 2010E | '06-'10E CAGR |
|------|------|-------|-------|---------------|
| $55  | $72  | $78   | $90   | 5.8%          |

Equity Income

CONFIDENTIAL    CITI-TRIB-CC 00027537

## Overview of Tribune Broadcasting Assets

**Television Group**

2006 Revenue [1]:
$1,161 million

- 23 major-market television stations in 19 markets
  - 14 CW affiliates; 6 in the top 10 markets
  - 6 Fox affiliates, 1 ABC affiliate, 2 MNTV affiliates
- Superstation WGN
  - Cable / Satellite distribution: 69 million homes
  - Superstation plus station group: 82% US TVHH (unduplicated reach)

**WGN-AM Radio (Chicago)**

2006 Revenue [1]:
$41 million

- #1 station in Chicago (revenues and 12+ audience share)
- News / Talk / Sports format
- Chicago Cubs Radio Network

**Tribune Entertainment (TEC)**

2006 Revenue [1]:
$20 million

- Distributor of programming for domestic syndication and cable television
- Barter advertising sales unit
- Tribune Studios

51   (1) Revenue before any intercompany eliminations.

CONFIDENTIAL
CITI-TRIB-CC 00027538

## Television Group Financial Snapshot

### 2006 Revenue

($ in millions)



- New York $177
- Los Angeles $159
- Chicago $134
- Superstation WGN $145
- All Other TV $548

|  | Revenue | % of Total |
|---|---|---|
| NY / LA / Chicago | $470 | 40% |
| All Other TV | 548 | 47 |
| Superstation WGN | 145 | 12 |
| **Total TV Group Revenues** [1] | **$1,161** | **100%** |

### 2006 Operating Cash Flow (OCF)

($ in millions)



- New York $61
- Los Angeles $52
- Chicago $31
- Superstation WGN $93
- All Other TV $164

|  | OCF | % Margin | % of Total |
|---|---|---|---|
| NY / LA / Chicago | $144 | 31% | 36% |
| All Other TV | 164 | 30 | 41 |
| Superstation WGN | 93 | 64 | 23 |
| **Total TV Group OCF** [1] | **$401** | **35%** | **100%** |

(1) 2006 figures shown reflect 52-week results. Revenues and Operating Cash Flow exclude one-time, non-recurring items and stock based compensation and are pro forma to exclude divested TV stations (Albany, Atlanta and Boston). Operating Cash Flow defined as revenues less cash expenses (including non-cash pension expenses).

52

CONFIDENTIAL                                                                                                                      CITI-TRIB-CC 00027539

## Update on CW Network

### CW Network Highlights

- 14 stations became CW affiliates in September 2006; 10-year agreement

- CW Network Value Drivers
  - Elimination of competitive 6th network
  - Program support from CBS and Warner Bros. Studios
  - CBS owns 12 stations affiliated with CW
  - CBS network infrastructure reduces overhead; maximize investment in programming
  - More diversified programming / audience make-up

- Primetime programming costs locked-in; 3% cap on annual increases

### CW Performance

**In-Market Audience Share Primetime A18-34** [1]

|      | October '05 (WB) | October '06 (CW) | Increase |
|------|------------------|------------------|----------|
| WPIX | 13.8             | 18.7             | 35.5%    |
| KTLA | 14.3             | 16.3             | 14.0%    |
| WGN  | 14.1             | 14.7             | 4.3%     |

53  (1) Source: Nielsen.

CONFIDENTIAL

## Strong Network Affiliations and Reach

($ in millions)

| | DMA Market Rank | Market | Station | Affiliation | 2006 Gross Ad Revenues[1] | 2006 Market Revenue Share |
|---|---|---|---|---|---|---|
| **THE CW** | 1 | New York | WPIX | CW | $193 | 13.8% |
| | 2 | Los Angeles | KTLA | CW | 172 | 11.4% |
| | 3 | Chicago | WGN | CW | 133 | 16.7% |
| | 6 | Dallas | KDAF | CW | 61 | 9.8% |
| | 8 | Washington, DC | WDCW | CW | 42 | 7.0% |
| | 10 | Houston | KHCW | CW | 41 | 8.7% |
| | 16 | Miami | WSFL | CW | 45 | 11.4% |
| | 18 | Denver | KWGN | CW | 31 | 10.4% |
| | 21 | St. Louis | KPLR | CW | 30 | 13.3% |
| | 23 | Portland, OR | KRCW | CW | 15 | 8.6% |
| | 27 | San Diego | KSWB | CW | 21 | 7.8% |
| **Duopolies** | 14 | Seattle | KCPQ/KMYQ | FOX / MNTV | 68 | 22.3% |
| | 25 | Indianapolis | WXIN/WTTV | FOX / CW | 47 | 23.1% |
| | 28 | Hartford | WTIC/WTXX | FOX / CW | 43 | 21.8% |
| | 54 | New Orleans | WGNO/WNOL | ABC / CW | 16 | 18.1% |
| **FOX** | 20 | Sacramento | KTXL | FOX | 49 | 17.1% |
| | 39 | Grand Rapids | WXMI | FOX | 22 | 19.1% |
| | 41 | Harrisburg | WPMT | FOX | 15 | 16.9% |
| **myTV** | 4 | Philadelphia | WPHL | MNTV | 47 | 7.6% |
| | | | **Total TV Stations** | | **$1,092** | **12.6%** |
| | -- | Cable Network | WGN Superstation | -- | 109 | -- |
| | | | **Total TV Group** | | **$1,201** | -- |

54  Note: Cable is ad sales only. Market revenue percentage share includes Political.
(1) Reflects 52-week operating results.

CONFIDENTIAL

CITI-TRIB-CC 00027541