CONFIDENTIAL

| | |
|---|---|
| **From:** | Bigelow, Chandler <CBigelow@tribune.com> |
| **Sent:** | Tuesday, September 4, 2007 6:52 PM |
| **To:** | Chad Rucker <crucker@valuationresearch.com> |
| **Subject:** | RE: Projections |

Hi Chad. We are still working on the projections. As our meeting has moved to Wednesday, September 19th and Thursday, September 20th, I would expect that we could send you the financials by Monday, September 17th. I will certainly keep you up to speed on our timing.

In terms of our meeting, I did trade a couple of emails with Bryan about Wednesday, September 19th and Thursday, September 20th - wondering if we could start our day at around 10am on Wednesday and then try to be finished around 5pm or 6pm on Wednesday and then on Thursday, we'd probably go from around 9 am to 5pm. Two long days. Hope that will work for you all. Let me know.

I am working on an agenda which I will try to send in the next few days. Many thanks, Chandler

**From:** Chad Rucker [mailto:crucker@valuationresearch.com]
**Sent:** Tuesday, September 04, 2007 5:28 PM
**To:** Bigelow, Chandler
**Subject:** Projections

Chandler,

I just wanted to see if we could get an update on the status of the Companies' new projections.

Regards,


Chad Rucker
Senior Vice President
Valuation Research Corporation
500 Fifth Avenue, 39th Floor
New York, NY  10110
Phone: (917) 338-5613
Cell: (646) 209-2132
Fax: (212) 278-0675
crucker@valuationresearch.com