| **From:** | Bigelow, Chandler <CBigelow@tribune.com> |
|---|---|
| **Sent:** | Monday, September 17, 2007 5:10 PM |
| **To:** | Chad Rucker <crucker@valuationresearch.com> |
| **Subject:** | Re: Question Regarding Meetings |

Hi Chad: we are still working on the financial model and handouts for the meeting. I'm not sure we will have anything for you in advance. I will try and let you know tomorrow morning. Looking forward to seeing you. Thanks, Chandler

----- Original Message -----
From: Chad Rucker <crucker@valuationresearch.com>
To: Bigelow, Chandler
Cc: Bryan Browning <BBROWNIN@valuationresearch.com>; Leonid Mednik <lmednik@valuationresearch.com>; Shakespeare James <sjames@valuationresearch.com>; Chase Edge <cedge@valuationresearch.com>; Alpesh Patel <Apatel@valuationresearch.com>

Sent: Mon Sep 17 16:04:29 2007
Subject: Question Regarding Meetings

Chandler, I wanted to just check in with you on the status of the financial projections? Also, I was wondering if it is possible for us to get copies of any handouts or presentations that will be discussed in the meetings beforehand?


Regards,



Chad Rucker

Senior Vice President

Valuation Research Corporation

500 Fifth Avenue, 39th Floor

New York, NY 10110

Phone: (917) 338-5613

Cell: (646) 209-2132

Fax: (212) 278-0675

crucker@valuationresearch.com

VRC0002819