| | |
|---|---|
| **From:** | Bigelow, Chandler <CBigelow@tribune.com> |
| **Sent:** | Thursday, September 20, 2007 8:11 AM |
| **To:** | Chad Rucker <crucker@valuationresearch.com>; Bryan Browning <BBROWNIN@valuationresearch.com>; Leonid Mednik <lmednik@valuationresearch.com> |
| **Cc:** | Sachs, Naomi <NSachs@tribune.com> |
| **Subject:** | Tribune Model |
| **Attach:** | Tower Model - September 20 AM.xls |

Great to see you all yesterday and looking forward to today. As promised, attached is our latest five year financial model. As we discussed, this is our base case. Working on sensitivity case and should have something to you mid next week. Also, the numbers changed very, very slightly from yesterday's handouts. I will send you a PDF later today of all of yesterday's handouts updated to synch with the attached five year model. Also, I am planning a couple of calls for next week: (i) review TMCT structure (ii) review leveraged partnership structure (iii) review five year financial model in more depth.

See you at 8am. Chandler

VRC0002826