CONFIDENTIAL

|  |  |
|---|---|
| **From:** | Bigelow, Chandler <CBigelow@tribune.com> |
| **Sent:** | Thursday, September 20, 2007 10:28 AM |
| **To:** | Bryan Browning <BBROWNIN@valuationresearch.com>; Chad Rucker <crucker@valuationresearch.com>; Leonid Mednik <lmednik@valuationresearch.com> |
| **Subject:** | Updated Model |
| **Attach:** | Tribune Financial Model Sept 20.xls |

Sorry about this. Please delete the previous email and attachment I sent this morning. The correct model is attached.

As I mentioned, we will deliver a sensitivity model next week sometime. Also, please let me know if you are available next Monday afternoon for a conference call to review the model and other outstanding issues.

Many thanks, Chandler

VRC0002921