| | |
|---|---|
| **From:** | Bigelow, Chandler <CBigelow@tribune.com> |
| **Sent:** | Friday, September 21, 2007 3:48 PM |
| **To:** | Chad Rucker <crucker@valuationresearch.com> |
| **Cc:** | Leonid Mednik <lmednik@valuationresearch.com>; Bryan Browning <BBROWNIN@valuationresearch.com> |
| **Subject:** | RE: Top 6 newspaper models |

Yes. I will be able to get you everything. Hopefully today. Thanks,
Chandler

-----Original Message-----
From: Chad Rucker [mailto:crucker@valuationresearch.com]
Sent: Friday, September 21, 2007 2:46 PM
To: Bigelow, Chandler
Cc: Leonid Mednik; Bryan Browning
Subject: RE: Top 6 newspaper models

If you have an aggregate of the summary data for the remaining
newspapers that would be great.

Regards,

Chad Rucker

-----Original Message-----
From: Leonid Mednik
Sent: Friday, September 21, 2007 3:44 PM
To: Bryan Browning; Chad Rucker
Subject: Fw: Top 6 newspaper models

FYI

Regards,
Leo

Leonid Y. Mednik
Senior Analyst
Valuation Research Corporation
500 Fifth Avenue, 39th Floor
New York, NY 10110
Direct: 917-338-5618
Cell:   646-270-6719
Fax:    212-278-0675

-----Original Message-----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: Leonid Mednik <lmednik@valuationresearch.com>
Sent: Fri Sep 21 14:41:08 2007
Subject: FW: Top 6 newspaper models

CONFIDENTIAL

Leo - here are the top six business units that we reviewed with you yesterday. Do you need all of the newspapers? Thanks, Chandler

---

From: Sauter, Rachel
Sent: Friday, September 21, 2007 9:12 AM
To: Bigelow, Chandler
Cc: Amsden, Harry; Knapp, Peter; Minerva Rachel
Subject: Top 6 newspaper models

Chandler-
See attached for an Excel file of the Top 6 newspaper models.

Thanks,
Rachel

---

From: Amsden, Harry
Sent: Friday, September 21, 2007 8:06 AM
To: Knapp, Peter; Sauter, Rachel
Cc: Bigelow, Chandler
Subject: FW:

Please send Excel files for the Top 6 newspaper models to Chandler.

-----Original Message-----
From: Bigelow, Chandler
Sent: Friday, September 21, 2007 7:12 AM
To: Amsden, Harry
Cc: Grenesko, Don; Kazan, Daniel G
Subject: FW:

Harry - VRC is asking for an electronic version of the five year projections for the newspapers. Can you forward to me? Thanks. Chandler

---

From: Leonid Mednik [mailto:lmednik@valuationresearch.com]
Sent: Thursday, September 20, 2007 6:41 PM
To: Bigelow, Chandler
Subject:

Chandler,

VRC0003059

Could you send an excel version of the financials for the individual business units in the publishing segment.

Regards,
Leo

Leonid Y. Mednik
Senior Analyst
Valuation Research Corporation
500 Fifth Avenue, 39th Floor
New York, NY 10110
Direct: 917-338-5618
Cell:   646-270-6719
Fax:   212-278-0675

VRC0003060