*Tribune Base Case - Consolidated Discounted Cash Flow Method*

|  |  | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| End-Year Period |  |  |  |  |  |  |  |  |  |  |
| Mid-Year Period |  | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 5.00 |  |  |  |
|  |  | \multicolumn{9}{c}{Fiscal Years Ended, December 31} |
|  |  | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
| **Revenue** |  | $4,936.4 | $5,016.1 | $5,146.8 | $5,244.8 | $5,371.1 |  |  |  |  |  |
| % growth |  | -- | -3.1% | 2.61% | 1.90% | 2.41% |  |  |  |  |  |
| **Adjusted EBITDA** |  | $1,193.3 | $1,236.8 | $1,282.1 | $1,298.6 | $1,348.8 |  |  |  |  |  |
| % growth |  | -- | 0.2% | 3.7% | 1.3% | 3.9% |  |  |  |  |  |
| % margin |  | 24.2% | 24.7% | 24.9% | 24.8% | 25.1% |  |  |  |  |  |
|  | **Adjusted EBITDA** | $1,193.3 | $1,236.8 | $1,282.1 | $1,298.6 | $1,348.8 |  |  |  |  |  |
|  | Depreciation & Amortization | $235.3 | $240.9 | $240.9 | $240.9 | $240.9 |  |  |  |  |  |
|  | Pre-Tax Income | $958.0 | $996.0 | $1,041.2 | $1,057.7 | $1,108.0 |  |  |  |  |  |
| 39.00% | Cash Taxes | $373.6 | $388.4 | $406.1 | $412.5 | $432.1 |  |  |  |  |  |
|  | **After-Tax Income** | $584.4 | $607.5 | $635.2 | $645.2 | $675.9 |  |  |  |  |  |
|  | Depreciation & Amortization | $235.3 | $240.9 | $240.9 | $240.9 | $240.9 |  |  |  |  |  |
|  | Net Change in Working Capital | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |  |  |  |  |  |
|  | Severance Payments | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) |  |  |  |  |  |
|  | Capital Expenditures | ($132.2) | ($128.3) | ($128.5) | ($128.5) | ($128.5) |  |  |  |  |  |
|  | Acquisitions / Investments | ($80.0) | ($85.0) | ($90.0) | ($95.0) | ($100.0) |  |  |  |  |  |
| WACC | **Enterprise Cash Flow (ECF)** | $597.5 | $625.1 | $647.6 | $652.6 | $678.3 |  |  |  |  |  |
| 8.00% | Mid-Year Discount Factor ((BASE) | 96.2% | 89.1% | 82.5% | 76.4% | 70.7% | 68.1% |  |  |  |  |
| 7.50% | Mid-Year Discount Factor (HIGH VALUE) | 96.4% | 89.7% | 83.5% | 77.6% | 72.2% | 69.7% |  |  |  |  |
| 8.50% | Mid-Year Discount Factor (LOW VALUE) | 96.0% | 88.5% | 81.6% | 75.2% | 69.3% | 66.5% |  |  |  |  |
|  | Discounted ECF (BASE) | $574.9 | $557.0 | $534.2 | $498.5 | $479.7 |  |  |  |  |  |
|  | Discounted ECF (HIGH VALUE) | $576.3 | $560.9 | $540.4 | $506.7 | $489.8 |  |  |  |  |  |
|  | Discounted ECF (LOW VALUE) | $573.6 | $553.1 | $528.1 | $490.5 | $469.8 |  |  |  |  |  |

| $678.3 | *Discount* | *PV of ECF +* | \multicolumn{3}{c}{*PV of Terminal Value =*} | \multicolumn{3}{c}{*Enterprise Value*} | *Discount* |
|---|---|---|---|---|---|---|---|---|---|
| 2012 FCF | *Rate* |  | *1.28%* | *1.28%* | *1.28%* | *1.28%* | *1.28%* | *1.28%* | *Rate* |
|  | *7.5%* | *$2,674.1* | $7,687.9 | $7,687.9 | $7,687.9 | $10,362.0 | $10,362.0 | $10,362.0 | *7.5%* |
|  | *8.0%* | *$2,644.3* | $6,953.0 | $6,953.0 | $6,953.0 | $9,597.3 | $9,597.3 | $9,597.3 | *8.0%* |
|  | *8.5%* | *$2,615.2* | $6,324.0 | $6,324.0 | $6,324.0 | $8,939.2 | $8,939.2 | $8,939.2 | *8.5%* |
|  |  |  |  |  |  | Low | -- | High |  |
| **Enterprise Value Range** |  |  |  |  |  | $8,939.2 | -- | $10,362.0 |  |

*Tribune Base Case - Consolidated Discounted Cash Flow Method*

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *End-Year Period* | | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 |
| *Mid-Year Period* | | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 5.50 | 6.50 | 7.50 | 8.50 | 9.50 |

| | | Fiscal Years Ended, December 31 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **2008P** | **2009P** | **2010P** | **2011P** | **2012P** | **2013P** | **2014P** | **2015P** | **2016P** | **2017P** |
| ***Revenue*** | | *$4,936.4* | *$5,016.1* | *$5,146.8* | *$5,244.8* | *$5,371.1* | *$5,500.4* | *$5,632.9* | *$5,768.5* | *$5,907.4* | *$6,049.7* |
| *% growth* | | -- | -3.1% | 2.6% | 1.9% | 2.4% | 2.4% | 2.4% | 2.4% | 2.4% | 2.4% |
| ***Adjusted EBITDA*** | | *$1,193.3* | *$1,236.8* | *$1,282.1* | *$1,298.6* | *$1,348.8* | *$1,382.7* | *$1,417.4* | *$1,453.0* | *$1,489.4* | *$1,526.7* |
| *% growth* | | -- | 0.2% | 3.7% | 1.3% | 3.9% | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% |
| *% margin* | | 24.2% | 24.7% | 24.9% | 24.8% | 25.1% | 25.1% | 25.2% | 25.2% | 25.2% | 25.2% |
| ***Adjusted EBITDA*** | | *$1,193.3* | *$1,236.8* | *$1,282.1* | *$1,298.6* | *$1,348.8* | *$1,382.7* | *$1,417.4* | *$1,453.0* | *$1,489.4* | *$1,526.7* |
| Depreciation & Amortization | | $235.3 | $240.9 | $240.9 | $240.9 | $240.9 | $240.9 | $240.9 | $239.3 | $237.7 | $237.7 |
| Pre-Tax Income | | $958.0 | $996.0 | $1,041.2 | $1,057.7 | $1,108.0 | $1,141.8 | $1,176.5 | $1,213.6 | $1,251.6 | $1,288.9 |
| Cash Taxes (39.00%) | | $373.6 | $388.4 | $406.1 | $412.5 | $432.1 | $445.3 | $458.8 | $473.3 | $488.1 | $502.7 |
| ***After-Tax Income*** | | *$584.4* | *$607.5* | *$635.2* | *$645.2* | *$675.9* | *$696.5* | *$717.7* | *$740.3* | *$763.5* | *$786.3* |
| Depreciation & Amortization | | $235.3 | $240.9 | $240.9 | $240.9 | $240.9 | $240.9 | $240.9 | $239.3 | $237.7 | $237.7 |
| Net Change in Working Capital | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Severance Payments | | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) |
| Capital Expenditures | | ($132.2) | ($128.3) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) |
| Acquisitions / Investments | | ($80.0) | ($85.0) | ($90.0) | ($95.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| ***Enterprise Cash Flow (ECF)*** | | *$597.5* | *$625.1* | *$647.6* | *$652.6* | *$678.3* | *$698.9* | *$720.1* | *$741.1* | *$762.7* | *$785.5* | *$808.9* |
| Mid-Year Discount Factor | | 96.2% | 89.1% | 82.5% | 76.4% | 70.7% | 65.5% | 60.6% | 56.1% | 52.0% | 48.1% |
| Discounted ECF | | $574.9 | $557.0 | $534.2 | $498.5 | $479.7 | $457.7 | $436.6 | $416.1 | $396.5 | $378.1 |

| *Discount Rate* | *PV of ECF +* | *PV of Terminal Value =* | | | *Enterprise Value* | | | *Discount Rate* |
|---|---|---|---|---|---|---|---|---|
| | | **7.25x** | **7.75x** | **8.25x** | **7.25x** | **7.75x** | **8.25x** | |
| *7.5%* | $4,832.2 | $5,370.3 | $5,740.7 | $6,111.0 | $10,202.5 | $10,572.8 | $10,943.2 | *7.5%* |
| *8.0%* | $4,729.5 | $5,126.8 | $5,480.4 | $5,833.9 | $9,856.3 | $10,209.8 | $10,563.4 | *8.0%* |
| *8.5%* | $4,630.2 | $4,895.4 | $5,233.0 | $5,570.6 | $9,525.6 | $9,863.2 | $10,200.8 | *8.5%* |
| | | | | | **Low** | -- | **High** | |
| ***Enterprise Value Range*** | | | | | $9,525.6 | -- | $10,943.2 | |
| **PF LTM EBITDA** | | $1,198.0 | | | 8.0x | -- | 9.1x | |
| **2007P EBITDA** | | $1,191.4 | | | 8.0x | -- | 9.2x | |
| **2008P EBITDA** | | $1,193.3 | | | 8.0x | -- | 9.2x | |

***2017 EBITDA***

| | Implied Perpetuity Growth Rates | | |
|---|---|---|---|
| | **7.25x** | **7.75x** | **8.25x** |
| *7.5%* | 0.2% | 0.7% | 1.1% |
| *8.0%* | 0.7% | 1.2% | 1.6% |
| *8.5%* | 1.2% | 1.7% | 2.1% |