# Tribune Company
# Cubs Sale Update

1. Chicago Cubs
    a. 8 primary bidders, 4 qualified by Major League Baseball to date
    b. Process and timing
    c. Management presentations
    d. Major League Baseball meeting November 14-15
    e. Valuation
2. Wrigley Field
    a. Naming rights
    b. Illinois Sports Facilities Authority
    c. Triangle building and parking facilities
    d. Valuation
3. ComcastSports Net
    a. Valuation
4. Projected transaction for financial modeling purposes (below)

**Current Alternatives**
*($ in millions)*

|  |  | Taxable Transaction | | Structured (Tax Efficient) Transaction | |
|---|---|---|---|---|---|
|  |  | Original Plan (a) | Revised Values (b) | | Revised Values (c) |
|  | Gross proceeds: | | | Gross proceeds: | |
| (1) | Cubs / Wrigley Field | $600 | $925 | (1) Cubs / Wrigley Field | $925 |
| (2) | Comcast SportsNet | 225 | 225 | (2) Comcast SportsNet | 225 |
| (3) | Other Cubs/Wrigley related assets | - | 75 | (3) Other Cubs/Wrigley related assets | 75 |
| (4) | Sub total | 825 | 1,225 | (4) Sub total | 1,225 |
| (5) | Recycler | 1 | 1 | (5) Recycler | 1 |
| (6) | Total | 826 | 1,226 | (6) Total | 1,226 |
| (7) |  |  |  | (7) Projected debt financing of the deal | 650 |
| (8) |  |  |  | (8) Implied equity financing of the deal | 576 |
|  | Tax basis: |  |  | Tax basis: |  |
| (9) | Cubs / Wrigley Field | 43 | 43 | (9) Cubs / Wrigley Field | 43 |
| (10) | Comcast SportsNet | 19 | 19 | (10) Comcast SportsNet | 19 |
| (11) | Other Cubs/Wrigley related assets | - | - | (11) Other Cubs/Wrigley related assets | - |
| (12) | Sub total | 62 | 62 | (12) Sub total | 62 |
| (13) | Recycler | 180 | 180 | (13) Recycler | 180 |
| (14) | Total | 242 | 242 | (14) Total | 242 |
| (15) | Capital gain | 584 | 984 | (15) Capital gain on equity financing | 334 |
| (16) | Taxes (38.25%) | (223) | (376) | (16) Taxes (38.25%) | (128) |
| (17) | Net proceeds | $603 | $850 | (17) Net proceeds | $1,098 |

*Trailing revenue $ 202* (handwritten)



## Asset Valuation

| Valuation Range $(millions) | Valuation Rationale |
|---|---|

Recent directly comparable trades supports a $1 billion + valuation for Tribune's ownership of the Chicago Cubs and Wrigley Field

**$1,175 – 1,450**



$950 – 1,150    4-5x 2007E Revenue

- Premier baseball franchise with an extremely loyal fan base and high brand name recognition
- 5th most valuable franchise in baseball per Forbes
  - Franchise value has increased 15.7% CAGR since 2001
- Red Sox 2002 transaction at 4.6x trailing revenue is most relevant comparable transaction
- Significant value creation opportunities
- Revenue upside through sale of PSL's, naming rights and other in-stadium advertising, Triangle development, special events, and broadcast and internet rights
- Marquee, trophy assets in the 3rd largest market



Arms-Length Lease

- Highly valuable underlying real estate value (location)
- Sale-leaseback opportunity may provide other financing options



$225 – 300    15-20x Cash Flow

- 2007E EBITDA of $60mm
- Ownership: Tribune (25.4%), Comcast (30.6%), White Sox (22%), Bulls (11%), Blackhawks (11%)
- YES Network potentially valued up to 20x cash flow
- Unique RSN in that every major team in the market is covered

**BARCLAYS CAPITAL**

12

VRC0013638

CONFIDENTIAL



CONFIDENTIAL

# 7. Value Creation Opportunities

In 2004, the Cubs began a seven-year revenue enhancement plan designed to significantly increase game receipts, marketing revenue and non-game revenue. Similar to successful programs adopted by the Boston Red Sox following their change in ownership in 2002 and adding other opportunities unique to Wrigley Field and the Chicago Cubs, the organization has generated approximately $20 million to-date in new and recurring revenue. A new owner may adopt this plan, or elements of it, to generate more than $60 million in additional recurring gross revenue gains and more than $30 million in additional one-time gross revenues depending on projects undertaken. The revenue opportunities allow a new owner the potential to dramatically improve cash flow generation.

Exhibit 7.1

**Summary of revenue opportunities**

| | Area of focus | Completed initiatives | Remaining opportunities | Opportunity ($mm) |
|---|---|---|---|---|
| Game receipts | Increased ticket prices | NA | $10 average ticket price increase, phased in over next 3 years | 30.0 |
| | Additional premium seating | "Dugout Boxes" | "Dugout Box" price increase | 2.5 |
| | | "Bullpen Boxes" | "Bullpen Box" price increase | |
| | | Bleacher renovation | Additional Bullpen Boxes | |
| | Personal seat licenses | NA | Personal seat licenses ("PSLs") | 31.0 |
| Broadcast | CSN Chicago | NA | Transfer 8 games to CSN Chicago to capture higher per game rights fees and enhance total television rights value | 1.8 |
| Marketing | Naming rights | NA | Stadium naming rights | 20.0 |
| | | | Triangle Building marketing opportunities | |
| | In-park marketing | Signage behind home plate | Additional signage on upper deck façade and behind on-deck circles | 4.2 |
| | | Dugout signage | Foul pole advertising | |
| | | Bleacher naming rights | Logo on dugout/railing pads and on "corner pads" | |
| | | Field doors advertising | Tasteful logo display on apparel of stadium personnel and on scoreboard clock | |
| | | Tarp naming rights | | |
| | | | Sponsorship of "7th Inning Stretch" | |
| Triangle & Special Events | Triangle Building | NA | "Triangle Building" to begin construction in 2008 | 7.0–8.0 |
| | Concerts | Jimmy Buffet | 1 additional 2-show event per year | 2.0 |
| | | The Police | | |
| | Special events | 7 events in 2007 | Up to 25 events can be hosted per year | 1.9 |
| **Total** | | | | **$100.4–101.4** |



CONFIDENTIAL

## Fenway Park—a sibling experience

Wrigley Field and Fenway Park, home of the Boston Red Sox, are the last remaining "baseball jewel boxes" from the original five constructed in the early 1900's (Ebbets Field, Forbes Field and the Polo Grounds were the others). Built two years apart, in 1912 and 1914, Fenway Park and Wrigley Field offer fans the opportunity to transcend time and reminisce about historic events during the formative years of baseball. The two fields represent an important part of American culture and, for baseball fans, serve as living museums as critical to understanding the game of baseball as the Hall of Fame in Cooperstown. As such, fans travel cross-country on annual baseball pilgrimages to visit these shrines and are willing to pay a surcharge for the experience.

The two parks and franchises also share another important quality — incredible fan loyalty. This connection between fan and club offers unique opportunities to extend the Club's brand to other businesses and economic fronts. The recognition and appeal of the Cubs' brand and the knowledge and experience of the Cubs' management team can help generate consumer confidence and revenue opportunities for the Club in both baseball and non-baseball-related areas.

At the time of John Henry's purchase of the Boston Red Sox in 2002, the organization was debating whether relocation from Fenway Park was necessary to keep pace with the revenue opportunities afforded clubs in newly-built stadiums. Henry and Larry Lucchino, who led the construction of the first "retro" ballpark, Camden Yards, instead enlisted the support of the city of Boston and increased revenue through the game day annexation of a nearby street, the introduction of premium seating, additional marketing inside the ballpark, staging non-game day events, such as concerts, aggressive ticket price increases and by taking many of the businesses they run well and offering them to others.





CONFIDENTIAL

## Game receipts
Exhibit 7.2

| | Remaining opportunities | Description | Opportunity ($mm) |
|---|---|---|---|
| **Increased ticket prices** | $10 average ticket price increase | Average price is currently $36.44. Could bring average Cubs ticket prices in line with the Red Sox ($45.40). To be phased in over 3 years. | 30.0 |
| **Additional premium seating** | "Dugout Box" price increase | Average price is currently $194. Could bring prices in line with similar seats at Fenway ($300/ticket). | 1.5 |
| | "Bullpen Box" price increase | Average price is currently $119. | 0.5 |
| | Additional Bullpen Boxes | Approximately 60 seats to be added in left field. | 0.5 |
| **Personal seat licenses** | Personal seat licenses | Will have a term of 15 years. Pricing will vary based on seating location from $600-$2,500 per seat | 31.0 |
| **Total gross revenue** | | | **$63.5** |

### Ticket prices

Capitalizing on the unique experiences available at Wrigley Field, the Cubs have the second-highest ticket prices in Major League Baseball. The average cost of a Cubs ticket in 2006 was $35.60. The Red Sox, buoyed by their recent successful on-field performance, including winning the World Series in 2004, led all baseball clubs with an average ticket price of approximately $45.40. The Red Sox offer much higher priced premium seating than the Cubs do. Given the similar seating capacity, ticket scarcity and marketplace economics, there is no justification for this $10 pricing disparity and the Cubs seven-year plan anticipates closing the gap over time. The pace by which the Cubs have closed the gap has been impacted by club performance as poor on-field performance in 2005-2006 slowed this effort. With an improved club in 2007 and the playoffs in sight, a new owner could plan a $10 average ticket increase phased in over the next three years, adding an additional $30 million of revenue annually.



CONFIDENTIAL

**Exhibit 7.3**

## Fenway Park



| Section | 2007 Price |
|---|---|
| Dugout box | $312 |
| Field box | $105 |
| Grandstand | $45 |
| Bleachers | $23 |

**Exhibit 7.4**

## Wrigley Field

| Section | 2007 Price* |
|---|---|
| Dugout box | $194 |
| Club box | $55 |
| Field box | $48 |
| Bleachers | $36 |

*Note: Prices are a weighted average of value, regular and prime date prices.

VRC0013642



CONFIDENTIAL

**Exhibit 7.5**



Ticket price comparison (Cubs ■ Red Sox)

| | Homeplate | First Base Dugout | General infield | Bleachers | Average |
|---|---|---|---|---|---|
| Cubs | $194 | $55 | $48 | $36 | $36 |
| Red Sox | $312 | $105 | $45 | $23 | $45 |

**Exhibit 7.6**



MLB ticket price growth — Cubs 160%, Red Sox 195%, Average 96%

| | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chicago Cubs | $13.7 | $15.1 | $14.7 | $17.4 | $17.7 | $20.4 | $23.1 | $23.7 | $28.0 | $33.1 | $35.6 |
| Boston Red Sox | $15.4 | $17.9 | $20.6 | $24.1 | $28.3 | $34.9 | $39.7 | $38.6 | $40.8 | $44.6 | $45.5 |
| League average | $11.3 | $12.4 | $13.7 | $15.0 | $16.8 | $17.6 | $18.3 | $19.0 | $19.8 | $21.2 | $22.2 |

**Premium seating**

In 2004, the Cubs engaged HOK Sport + Venue + Event ("HOK") to construct a master plan for the expansion of Wrigley Field through the addition of premium seating areas and enlarged bleacher facilities. The first premium seating area, a 213-seat expansion between the home and visitors' dugouts called the "Dugout Boxes," opened in 2004 and offers the closest seats to home plate in MLB. Priced at an average of $194 per ticket, these seats are sold on a single game basis and have generated approximately $3.2 million per year in additional gross



revenue. However, a similar seat in Fenway Park is sold for $300, offering the opportunity to gain an additional $1.5 million in revenue annually by matching Red Sox pricing.

The second premium seating area, an 82-seat expansion located adjacent to the visitors' bullpen and called the "Bullpen Boxes," opened in 2005 and offers tickets on a single game basis. The bullpen boxes have generated approximately $850,000 per year in additional gross revenue with potential upside of an additional $500,000 by raising these prices more.

The renovation of the famed Wrigley Field Bleachers was the largest expansion of the modern era. Following negotiation with the city of Chicago, neighboring building owners and the Wrigleyville community, a 1,780 seat expansion of the bleachers was brought online for the 2006 season. Renamed the "Bud Light Bleachers," the modernized bleachers have been a huge hit with Cubs fans and have generated an additional $6.7 million in revenue per year.

The creation of Bullpen Box seats in left field could potentially add approximately 60 seats and $500,000 in revenue annually.



**Personal seat licenses**

A new owner would have the opportunity to sell personal seat licenses ("PSLs") to season ticket holders in connection with the construction of the Triangle Building and refurbishment of Wrigley Field. The season ticket market at Wrigley Field is a financial and cultural phenomenon. Currently, the Cubs sell approximately 15,000 full season tickets and approximately 8,000 partial season tickets. Renewals are between 95-97% annually, rendering it a long wait for fans joining the 48,000 person waiting list.

The Cubs have limited season ticket sales to approximately 1.7 million a year, as no show rates for season ticket holders are higher than single game sales and the Cubs desire to have some inventory available for those outside the season ticket holder fraternity. The limitation on the number of season tickets sold and the popularity of the Cubs has created a scarcity value and results in legendary stories from season ticket holders seeking to hold on to their





CONFIDENTIAL

seats. Cubs tickets have been the subject of litigation in divorces and dissolved friendships and lead to the immortalization of deceased account holders, as they continue paying for and receiving Cubs tickets years after their deaths.

Season ticket holders often approach the Cubs seeking to purchase a permanent license for their seats in order to transfer or bequeath their tickets to another party. The use of personal seat licenses has become more prevalent across baseball and other professional sports franchises. The St. Louis Cardinals implemented a PSL program in connection with the opening of new Busch Stadium in 2006 and the Chicago Bears did the same when the new Soldier Field opened in 2003. Management believes Cubs' PSLs could have a term of 15 years and vary in price based on seating location from $600 to $2,500 per seat. Financing for PSL purchasers could be made available through a sponsoring financial institution. Gross revenue generated from PSLs is projected to be in excess of $31 million.

### Broadcast revenue

The agreement with CSN Chicago includes a provision for the Cubs to enhance their total local television rights. Beginning in 2008, the number of regular season games carried by CSN Chicago can be increased from 72 to up to 80 per season at the same per-game rights fee CSN Chicago pays for the initial 72 games. This transfer of games has the potential to generate approximately $1.8 million in additional local media revenue for the Cubs in 2008. As the per game rights fee CSN Chicago pays the Cubs increases by 6% per year through 2019, the value of this provision to the Club could easily increase over the term of agreement.

### Marketing revenue



A new owner would have the opportunity to introduce marketing opportunities inside and outside the ballpark. For example, a rotating signage board was constructed in 2005 behind home plate, generating an additional $5 million annually; dugout signage was also enhanced. In 2006, naming rights to the bleachers were sold to Anheuser Busch for $1.5 million for three years. In 2007, advertising was introduced in the ivy, with Under Armour paying more than $1 million a year for a three-year sponsorship of the outfield doors and other sponsorship elements. Also in 2007, Van Kampen signed a $150,000 one-year pact for naming rights to the tarp and Chevrolet advertised on top of the dugout as part of its sponsorship package. Similar signage was introduced without significant fan opposition in Boston, including on the famed Green Monster.

At each stage of this marketing plan, the Cubs have monitored fan reaction. With each more aggressive step, the organization has been pleasantly surprised by the absence of fan reaction. The trend seems to be: If the Club is making efforts to improve on-field performance, such as signing the most sought-after free agents, increased ticket prices or additional marketing is an expected and accepted trade-off.



**Exhibit 7.7**

| | Remaining opportunities | Description | Remaining rev. opportunity ($mm) |
|---|---|---|---|
| **Naming rights** | Stadium and Triangle Building naming rights | Naming rights for sports complexes in major markets have appreciated significantly. The new Triangle Building and promenade will provide ample marketing opportunities | 20.0 |
| **In-park marketing** | Signage on upper deck façade | Approximately six signs at $200,000 per sign | 1.2 |
| | Signage behind on-deck circles | Two signs behind home and visitor on-deck circles at $300,000 per sign | 0.6 |
| | Foul pole advertising | $350,000 each | 0.7 |
| | Logo on dugout/railing pads | | 0.8 |
| | Logo on "corner pads" | Adjacent to dugouts; tied to signage behind on-deck circles | 0.1 |
| | Tasteful logo on apparel of stadium personnel | Ushers, ground crew, etc. to be included | 0.1 |
| | Tasteful logo on scoreboard clock | | 0.3 |
| | Sponsorship of "7th Inning Stretch" | | 0.5 |
| **Total** | | | **$24.2** |

### Naming rights

The next big opportunity is naming rights to the stadium and/or stadium campus. The Wrigley Company does not pay the Cubs for naming rights to the ballpark. The name is used under a royalty-free license provided in connection with Tribune's purchase of the Club and ballpark in 1981. The Cubs have received interest in naming rights to the stadium from a number of interested entities. A new owner would have the opportunity to monetize this asset, either in connection with the Triangle Building development or separately.

Naming rights for sports complexes in major markets have appreciated significantly, as evidenced by CitiBank's $400 million commitment to the Mets' new stadium. The 20-year deal will provide the Mets with a $20 million annual revenue stream. A similar long-term deal was also recently announced by Cisco for the naming rights to the Oakland Athletics' new stadium. The deal is worth $120 million for 30 years, providing the Athletics with an annual revenue stream of $4 million. In the NBA, Barclays recently committed $400 million for 20 years to the New Jersey Nets for naming rights to their new arena. Efforts to remain competitive on the field may lead more clubs to incorporate or exceed these potential revenue streams.

Tribune has engaged The Bonham Group to prepare an analysis of the naming rights opportunities available to the franchise. The Bonham Group has been involved in sports and entertainment consultation for 19 years and has been utilized in over 100 naming rights discussions around the world. The sponsorship value of the hundreds of sports and entertainment properties The Bonham Group has evaluated totals $8.0 billion.





CONFIDENTIAL

Exhibit 7.8

| Selected stadium naming rights | | | | |
|---|---|---|---|---|
| Stadium Name | Key Tenants | Year | Term | Total ($mm) |
| Cisco Field | Oakland Athletics | 2010 | 30 | $ 120 |
| Citi Field | New York Mets | 2009 | 20 | 400 |
| Barclays Center | New Jersey Nets | 2009 | 20 | 400 |
| Lucas Oil Stadium | Indianapolis Colts | 2008 | 20 | 122 |
| University of Phoenix Stadium | Arizona Cardinals | 2006 | 20 | 155 |
| Arrowhead Pond of Anaheim | Mighty Ducks of Anaheim | 2006 | 10 | 120 |
| TD Banknorth Garden | Boston Bruins & Celtics | 2005 | 20 | 138 |
| Bank of America Stadium | Carolina Panthers | 2004 | 20 | 140 |
| Toyota Center | Houston Rockets | 2003 | 20 | 100 |
| Minute Maid Field | Houston Astros | 2002 | 28 | 170 |
| Lincoln Financial Field | Philadelphia Eagles | 2002 | 20 | 140 |
| Gillette Stadium | New England Patriots & Revolution | 2002 | 15 | 120 |
| Bell Centre | Montreal Canadiens | 2002 | 20 | 100 |
| American Airlines Center | Dallas Mavericks & Stars | 2001 | 30 | 195 |
| Reliant Stadium | Houston Texans | 2000 | 32 | 300 |
| FedEx Field | Washington Redskins | 1999 | 27 | 205 |
| Philips Arena | Atlanta Hawks & Thrashers | 1999 | 20 | 180 |

The Cubs believe a long-term naming rights transaction for Wrigley Field could net at least $8 million per year. This is a premium above the $3.4 million per year U.S. Cellular paid the White Sox to rename Comiskey Park in 2003, but is supported by the improved market conditions since 2003 and the superior location, attendance and television ratings the Cubs enjoy over the White Sox.

The Cubs have also considered subsidiary naming rights associated with the Triangle Building and baseball campus, similar to the separate naming rights transaction done with Bud Light for the bleachers. The new building, with its block-long promenade, provides ample marketing opportunities, which will be worth up to $4 million in revenue annually.

In-park marketing

Additional marketing planned inside the ballpark includes:

- Permanent signage on upper deck façade (approximately six signs): $200,000 per sign or $1,200,000
- Two permanent signs on brick wall behind home and visitor on-deck circles: $300,000 each/$600,000 total
- Foul pole advertising: $350,000 each/$700,000 total
- Logo on dugout/railing pads: $750,000
- Logo display on "corner pads" adjacent to dugouts (tied to permanent signage on brick wall): $100,000
- Tasteful logo display on apparel of all Wrigley Field stadium personnel (ushers, ground crew, etc.): $100,000



109

CHICAGO CUBS

JPMorgan

VRC0013647

- Tasteful logo incorporated into face of Wrigley Field scoreboard clock: $250,000
- Major in-stadium sponsorship of "Seventh Inning Stretch": $500,000

## Non-game revenue

Exhibit 7.9

| | Remaining opportunities | Description | Remaining rev. opportunity ($mm) |
|---|---|---|---|
| **Triangle Building** | Development of Triangle Building | Triangle Building will recapture $7-8 million of revenue currently spent at neighboring establishments | 7.0-8.0 |
| **Concerts** | An additional two-show event per year | Wrigley hosted Jimmy Buffet in 2005 and The Police in 2007, each for two shows (All shows require city approval and appropriate scheduling window) | 2.0 |
| **Corporate events** | Additional corporate events | 2007 gross revenue to date from these events is $630,000. Cubs plan on hosting 25 events per year at an average cost of $100,000 per event | 1.9 |
| **Total** | | | $10.9-11.9 |

### Triangle Building

Given the small footprint of Wrigley Field, expansion opportunities inside the ballpark are limited. To overcome a similar issue, the Red Sox persuaded the city of Boston to close adjacent Yawkey Way on game days, converting the city street into a baseball marketplace, with concessions, entertainment and field access. In 2004, the Cubs reached agreement with the City Council to secure Cubs' ownership of the vacated parcel of land immediately adjacent to the west side of Wrigley Field.



The Cubs already owned the contiguous triangle parcel and HOK has since developed a plan for a mixed use facility which would house year-round restaurant, concession and parking facilities. The building, a 300,000 square foot facility known today as the Triangle Building, would also provide additional office space for Cubs' management and training facilities for the players. On game days, the acquired parcel of land will function as an outdoor promenade. On non-game days, it will offer a tasteful addition to the community's restaurant and entertainment options.



110



CONFIDENTIAL



Like the rooftop phenomenon, the Wrigleyville entertainment market has grown up over the past two decades. Young adults have identified Wrigley Field as the hub of their summer entertainment experience and what was once a strictly residential neighborhood is now an urban entertainment hotspot. The bars and restaurants adjacent to Wrigley Field generate millions on game days.

The Triangle Building and promenade will generate $7-8 million of revenue annually. Like everything concerning Wrigley Field, competition has been fierce for association with the ballpark through tenancy in the Triangle Building. Harry Caray's, the Cubs-themed restaurant named after the beloved announcer, Levy Restaurants, Wrigley Field's concessionaire, and several other local restaurant owners have expressed interest in the anchor tenant's spot. Other national and regional restaurant chains also have interest in operating in the new building.

HOK has completed the architectural plans and drawings for the building and zoning approval for the plan has been obtained. Importantly, local Alderman Tom Tunney is extremely supportive of the project. Construction cost is estimated to be approximately $45-50 million and it will take about 18 months to complete the project. The project was originally scheduled to begin in 2006, but was suspended pending the Tribune Company strategic review. Financing for the construction would be aided by the sale of PSLs.





111

CHICAGO CUBS

JPMorgan

VRC0013649



CONFIDENTIAL

## Concerts

The Cubs have sponsored two very successful rock concerts at Wrigley Field — Jimmy Buffet in 2005 and The Police in 2007. Each event included two performances and generated approximately $2 million in net revenue. While community involvement and positive reaction is essential, the Cubs believe one two-show event per year is possible, MLB schedule permitting, with similar revenue being derived. A new owner could choose to pursue additional events after discussion with the city and the community.



## Special events

In 2007, the Cubs began marketing Wrigley Field to corporate sponsors for special events while the Club is out of town. Seven corporate sponsors, including Blue Cross/Blue Shield, CareerBuilder, Fidelity, Hewlett-Packard, MetLife and NetJets have sponsored events in 2007 for between $50,000 and $150,000 each. Total gross revenue to date in 2007 is $630,000. The Cubs plan on hosting up to 25 events per year at an average price of $100,000 per event.

Currently, the Cubs also offer non-game day tours of Wrigley Field 20 times per season. Summertime tours are typically sold out and overall, tours generate $250,000 for Cubs Care. The Cubs have considered expanding the number of tours provided each season, and the potential exists for tours to generate revenue for the Club instead of or in addition to the current charitable efforts.



CONFIDENTIAL

## City relations

The new owner of the Cubs will have the opportunity to enjoy a supportive and financially beneficial relationship with the City of Chicago. The relationship between the club and the City has evolved to the point where there is greater recognition by the current administration of the benefits the club brings to the City, including tourism, promotion, amusement tax revenues, sales tax revenues and contributions to the community. Wrigley Field is the third most popular tourist attraction in Chicago, trailing only year-round attractions, such as Navy Pier. The strength of the relationship with the City can impact the club in a number of ways, including future discussions regarding night games, concerts and special events in Wrigley Field, construction of the Triangle Building, improved public transportation to the ballpark and future enhancements to the facilities.

As described more fully in Section 6, all capital projects to date have been paid by the Cubs without public funding. The new owner will have the opportunity to explore obtaining public financial support for future capital projects, as several of the other local professional sports franchises have done. One source of public financing is the Illinois Sports Facilities Authority ("ISFA"), created by the Illinois Legislature in 1987 and funded by a 2% hotel tax in the City of Chicago. Its charter limits ISFA spending to the "construction and renovation of sports stadiums for professional teams in Illinois." Jointly controlled by the Mayor of Chicago and the Governor of Illinois, the ISFA was originally established to build the Chicago White Sox a new ballpark and approximately $140 million was provided for the construction of U.S. Cellular Field. The ISFA also provided $80 million to fund capital improvements at U.S. Cellular Field in 2004 and $430 million for the construction of the new Soldier Field, home of the Chicago Bears, in 2003. The IFSA has approximately $100 million in assets and is currently exploring new projects.

VRC0013651