**Tribune Company**
**Summary of Potential Real Estate Opportunities**
*($ in millions)*

| | Proj. Gross Proceeds | | |
|---|---|---|---|
| | Low | High | Remarks |
| (1) Hollywood, CA studio lot | $130 | $150 | The sale of the Hollywood studio lot will be effected as part of a 1031 exchange in connection with the exercise of the TMCT purchase option. This structure will allow for the deferral of capital gain related to the sale of the Hollywood lot. The KTLA television station will remain at the Hollywood studio lot and will have a new lease with the buyer of the studio lot. Projected rent on this lease will be in the $__M range annually. |
| (2) TMCT (sale of non-core St. Louis property) | 10 | 12 | This property is currently sublet to Reed Elsevier. Tribune plans to sell this property after the TMCT purchase option is exercised. |
| (3) TMCT (sale of non-core Conklin property) | 4 | 7 | This property is currently sublet to Reed Elsevier. Tribune plans to sell this property after the TMCT purchase option is exercised. |
| (4) TMCT mortgage on retained property | 150 | 160 | After the TMCT purchase option is exercised, Tribune plans to place a mortgage on the 6 properties it will retain. These properties include Times Mirror Square in Los Angeles, *Baltimore Sun*, *Newsday* and *Hartford Courant* properties. Proceeds from this mortgage will be used to repay borrowings under the credit facility. Estimated interest rate on this mortgage is in the LIBOR plus 200bps range. |
| (5) Baltimore surplus land | 4 | 6 | After the TMCT purchase option is exercised, Tribune plans to sell excess land surrounding the *Baltimore Sun* printing plant totaling up to 28 acres. |
| (6) SCNI Greenwich | 12 | 13 | Tribune is currently negotiating the sale of the *Greenwich Time* and *Stamford Advocate* (Southern Connecticut Newspapers). This sale will exclude real estate in Greenwich and Stamford. Tribune plans to sell these properties after the newspapers are sold. |
| (7) SCNI Stamford | 13 | 15 | |
| (8) Ft. Lauderdale | 14 | 18 | River front parking lot totaling 1.4 acres which is currently used for *Sun-Sentinel* staff parking could be sold, net of securing parking elsewhere. |
| (9) Sale Leaseback | 325 | 375 | July 2007 Jones Lang LaSalle study shows estimated gross proceeds of approximately $440M on the sale leaseback of 31 properties with an annual rental payment of $30M. After tax proceeds estimated in the $350M range. The implied annual rental rate on this transaction in the 8.5% range. |
| (10) Tribune Tower | 35 | 70 | August 2006 John Buck study shows potential value opportunities primarily through the redevelopment of the first and second floors of Tribune Tower and possible sale of the East parking lot. |
| (11) Times Mirror Square | 75 | 150 | July 2007 Cushman & Wakefield presentation shows meaningful value for Times Mirror Square. In addition, CBRE presentation shows current under-utilization of the space by the *Los Angeles Times*. A reconfiguration of this space would free up half the total space at the Square for future redevelopment or sale. |
| (12) Total | $772 | $976 | |

*Other: Baltimore, Long Island and Wrigley Field.*