CONFIDENTIAL

| | |
|---|---|
| **From:** | Bigelow, Chandler <CBigelow@tribune.com> |
| **Sent:** | Friday, September 21, 2007 3:49 PM |
| **To:** | Bryan Browning <BBROWNIN@valuationresearch.com>; Chad Rucker <crucker@valuationresearch.com>; Leonid Mednik <lmednik@valuationresearch.com> |
| **Subject:** | FW: Chapter 7 pdf |
| **Attach:** | Project Fastball - Descriptive Memorandum DRAFT section 7.pdf |

As requested, Chapter 7 of the Cubs offering memo in color attached.  Thanks, Chandler

**From:** Leach, Tom
**Sent:** Thursday, September 20, 2007 4:58 PM
**To:** Bigelow, Chandler
**Subject:** Chapter 7 pdf


Attached is section 7 of the OM:

VRC0003061