CONFIDENTIAL

| | |
|---|---|
| **From:** | Bigelow, Chandler <CBigelow@tribune.com> |
| **Sent:** | Friday, September 21, 2007 3:51 PM |
| **To:** | Bryan Browning <BBROWNIN@valuationresearch.com>; Chad Rucker <crucker@valuationresearch.com>; Leonid Mednik <lmednik@valuationresearch.com> |
| **Subject:** | |
| **Attach:** | Period 8 2007 eBrown Book with Corporate.pdf |

As promised our year-to-date results.

Chandler

VRC0003075