CONFIDENTIAL

| | |
|---|---|
| **From:** | Bigelow, Chandler <CBigelow@tribune.com> |
| **Sent:** | Friday, September 21, 2007 4:53 PM |
| **To:** | Leonid Mednik <lmednik@valuationresearch.com>; Chad Rucker <crucker@valuationresearch.com> |
| **Subject:** | FW: Publishing group model and interactive model for VRC |
| **Attach:** | 5-Year OP 2007-2012_VRC.xls;TI 2008-2012 summary schedules_VRC.xls |

Hopefully this is what you are looking. Please let me know if you have any questions. Many thanks, Chandler

VRC0003250