CONFIDENTIAL

**From:** Bigelow, Chandler <CBigelow@tribune.com>
**Sent:** Friday, September 21, 2007 5:05 PM
**To:** Chad Rucker <crucker@valuationresearch.com>
**Subject:** RE: Publishing group model and interactive model for VRC

---

no data room for step 2. But I can get you anything you need. Thanks, Chandler

---

**From:** Chad Rucker [mailto:crucker@valuationresearch.com]
**Sent:** Friday, September 21, 2007 3:57 PM
**To:** Bigelow, Chandler
**Subject:** RE: Publishing group model and interactive model for VRC

Chandler,

Is there an online data room for step 2. If there is, we would like to get access.

Regards,

---

**From:** Bigelow, Chandler [mailto:CBigelow@tribune.com]
**Sent:** Friday, September 21, 2007 4:53 PM
**To:** Leonid Mednik; Chad Rucker
**Subject:** FW: Publishing group model and interactive model for VRC

Hopefully this is what you are looking. Please let me know if you have any questions. Many thanks, Chandler

VRC0003326