CONFIDENTIAL

| | |
|---|---|
| **From:** | Bigelow, Chandler <CBigelow@tribune.com> |
| **Sent:** | Tuesday, September 25, 2007 3:56 PM |
| **To:** | Chad Rucker <crucker@valuationresearch.com>; Leonid Mednik <lmednik@valuationresearch.com> |
| **Subject:** | FW: Follow-up items for VRC |
| **Attach:** | 5-Year OP April Rec and Exp Rollforward.xls;Other Cash Expenses Rollforward.xls;VRC circulation and infrastructure schedules 9.18.07.xls;TI Traffic Trends for Corp Dev Aug_07.xls;summary of traffic trends.doc |

Chad/Leo - additional follow-up items from the Publishing Group.

There are a couple of things remaining on our follow-up list, including the historical financial information by business unit (our Yellow Book). Hope to have that to you shortly. Please let me know if you have any questions. Many thanks, Chandler

---

**From:** Amsden, Harry
**Sent:** Tuesday, September 25, 2007 11:20 AM
**To:** Bigelow, Chandler; Kazan, Daniel G
**Cc:** Smith, Scott C.; Knapp, Peter; Casanova, Vince; Kenney, Brigid E.
**Subject:** Follow-up items for VRC

Chandler:

Attached are the following items for VRC -

1) Expense roll forwards through 2012.
2) Summary detail for other cash expense reduction in 2007.
3) Circulation net paid history back to 2003.
4) TI historic web traffic trends, including a summary write-up. We do not have any forward projected trends available.

The Yellow Book that Brian is completing should satisfy the question on publishing historic financial information. Brigid is still working on the historic interactive information. I will send that to you as soon as it is available. Should be this week.

Harry
<<5-Year OP April Rec and Exp Rollforward.xls>> <<Other Cash Expenses Rollforward.xls>> <<VRC circulation and infrastructure schedules 9.18.07.xls>> <<TI Traffic Trends for Corp Dev Aug_07.xls>> <<summary of traffic trends.doc>>