CONFIDENTIAL

| | |
|---|---|
| **From:** | Litman, Brian F <BLitman@tribune.com> |
| **Sent:** | Wednesday, September 26, 2007 8:45 AM |
| **To:** | Chad Rucker <crucker@valuationresearch.com> |
| **Cc:** | Bigelow, Chandler <CBigelow@tribune.com>; Amsden, Harry <HAmsden@Tribune.com>; Poelking, John <JPoelking@tribune.com> |
| **Subject:** | 10-year historical data |
| **Attach:** | 2006 Consolidated 10 year.xls;2006 Publishing 10 year.xls;2006 Broadcasting 10 year.xls |

Chad,

Attached are three excel files that provide consolidated, publishing and broadcasting 10-year historical financial data. The files are still in the process of being reviewed. If we have updates we will send revised files and let you know what has changed. Please note that the 2006 data includes a 53rd week. The financial model and various schedules prepared by publishing and broadcasting that you received show 2006 on a 52-week basis. Please call with any questions. I have included my contact information below.

Thanks,

Brian

Brian Litman
Tribune Company
Phone: 312-222-4237
Fax: 312-222-0449
blitman@tribune.com

VRC0003371