CONFIDENTIAL

| | |
|---|---|
| **From:** | Leonid Mednik |
| **Sent:** | Thursday, September 27, 2007 7:03 PM |
| **To:** | Chad Rucker <crucker@valuationresearch.com> |
| **Subject:** | FW: |
| **Attach:** | Tower Model - Sept 25 PM.xls |

Regards,
Leo

**Leonid Y. Mednik**
**Senior Analyst**
Valuation Research Corporation
500 Fifth Avenue, 39th Floor
New York, NY 10110
Direct: 917-338-5618
Cell:    646-270-6719
Fax:    212-278-0675

**From:** Bigelow, Chandler [mailto:CBigelow@tribune.com]
**Sent:** Tuesday, September 25, 2007 8:53 PM
**To:** Leonid Mednik
**Subject:**

Hi Leo - try this one.  We continue to refine the model very slightly, but it's nearly done.  If this one still REF! let me know.
Thanks, Chandler

VRC0004101