CONFIDENTIAL

**From:** Bigelow, Chandler <CBigelow@tribune.com>
**Sent:** Friday, September 28, 2007 5:34 PM
**To:** Chad Rucker <crucker@valuationresearch.com>
**Subject:** RE: Valuation Research - Outstanding Follow-up Items

---

yes, that should work. Thanks. Speak to you then. Chandler

---

**From:** Chad Rucker [mailto:crucker@valuationresearch.com]
**Sent:** Friday, September 28, 2007 4:29 PM
**To:** Bigelow, Chandler
**Subject:** RE: Valuation Research - Outstanding Follow-up Items

Does 11am our time work for you.

---

**From:** Bigelow, Chandler [mailto:CBigelow@tribune.com]
**Sent:** Friday, September 28, 2007 3:54 PM
**To:** Chad Rucker
**Subject:** RE: Valuation Research - Outstanding Follow-up Items

How about 10am your time, 9am our time for a discussion of the leveraged partnership structure, Wrigley Field and the TMCTs.

---

**From:** Chad Rucker [mailto:crucker@valuationresearch.com]
**Sent:** Friday, September 28, 2007 9:02 AM
**To:** Bigelow, Chandler
**Subject:** RE: Valuation Research - Outstanding Follow-up Items

Chandler,

Next Tuesday is fine.

Can you suggest some times.

---

**From:** Bigelow, Chandler [mailto:CBigelow@tribune.com]
**Sent:** Friday, September 28, 2007 8:27 AM
**To:** Chad Rucker; Leonid Mednik
**Cc:** Kazan, Daniel G; Litman, Brian F
**Subject:** Valuation Research - Outstanding Follow-up Items

Leo/Chad - it was good to catch up yesterday. I wanted to follow-up with an email just confirm the follow-up items that remain outstanding.

(1) Updated financial model which will include both management's current upside and downside operating sensitivity cases (I plan to send this tomorrow).
(2) Updated contingent liability schedule (Bryan has asked for this and we can send this out to you next week).
(3) TMCT background information (PDF attached)
(4) Set up a call to review a number of items. Next Tuesday works for us, let me know if it works for you. Items to review: (i) TMCT background information (ii) leveraged partnership schematic that we sent last week (iii) Wrigley Field lease and naming rights plans.
(7) Historical Interactive page views and unique visitors.
(8) Review how changes to retail, national and classified growth assumptions would impact Publishing advertising revenue split between Daily Newspaper (excl Preprint), Preprints, Targeted Print (excl Preprint), and Interactive. (I think we are going to have to set up a call with Harry on this one. I will get back to you next week and set up a time).
(9) Asset disposition analysis.

CONFIDENTIAL

Thanks again for all of your continued help on all of this.  Greatly appreciated.  Chandler

Dan/Brian - if you think there is anything else, let me know.  Thanks.

VRC0004180