CONFIDENTIAL

| | |
|---|---|
| **From:** | Bigelow, Chandler <CBigelow@tribune.com> |
| **Sent:** | Sunday, September 30, 2007 12:06 PM |
| **To:** | Leonid Mednik <lmednik@valuationresearch.com> |
| **Cc:** | Chad Rucker <crucker@valuationresearch.com> |
| **Subject:** | |
| **Attach:** | Tower Model (Sept 29).xls |

Leo - attached is the revised financial model which includes our upside and downside sensitivites.  Please let me know if you have any questions.  Many thanks, Chandler

VRC0004237