| | |
|---|---|
| **From:** | Bigelow, Chandler <CBigelow@tribune.com> |
| **Sent:** | Wednesday, October 3, 2007 7:58 AM |
| **To:** | Leonid Mednik <lmednik@valuationresearch.com> |
| **Cc:** | Chad Rucker <crucker@valuationresearch.com> |
| **Subject:** | Update |

Hi Leo:

First of all, here is the break-out of the "other" in the 2007 free cash flow statement:

$47M of cash paid deferred compensation benefits in the first quarter. Primarily to participants in the Times Mirror Deferred Comp Plan that were offered an early pay out and many took it.
$40M of cash paid for severance
$25M of cash paid for fees related to our strategic review process that began in September 2006. These are not fees related to our ESOP/Go Private transaction
$15M cash paid for a legal settlement related to the Newsday circulation misstatement
There are some additional smaller ins/outs - but these are the primary drivers of that number.

Second, in terms of your question regarding the Broadcasting numbers not synching up with the financial model. I took a look and it looks to me that the numbers are synching up correctly. One issue that you might be seeing is that the 2007 figures in the Summary Page tab are proforma and do not include the Cubs and Tribune Entertainment but the numbers in the model do include these businesses. The Summary Page tab is designed to give you a good CAGR and therefore they need to be proforma. We do add back the cash flow from the Cubs and Comcast down on row 44.

Third, as I mentioned yesterday, we should have a revised financial model out to you later today. We have fixed the downside cash interest calc to exclude the PHONES interest deferral. In addition, there are a couple of small things we are fixing.

Finally, we would like to schedule a conference call for tomorrow (Thursday, Oct. 4th) at 2:30 pm NYC time to review some of your outstanding questions including your question about projection Publishing advertising and a list of possible asset sales. Please let me know if that time works. Thanks, Chandler

VRC0004337