CONFIDENTIAL

| | |
|---|---|
| **From:** | Bigelow, Chandler <CBigelow@tribune.com> |
| **Sent:** | Wednesday, October 3, 2007 12:55 PM |
| **To:** | Leonid Mednik <lmednik@valuationresearch.com> |
| **Cc:** | Chad Rucker <crucker@valuationresearch.com> |
| **Subject:** | RE: Update |

ok. thanks.

does a call tomorrow at 2:30 your time work to review some things on the phone? thanks, Chandler

---

**From:** Leonid Mednik [mailto:lmednik@valuationresearch.com]
**Sent:** Wednesday, October 03, 2007 8:04 AM
**To:** Bigelow, Chandler
**Cc:** Chad Rucker
**Subject:** Re: Update

Chandler,
  Thank you for following up on both items. Just to note that although the overall broadcasting numbers in the separate projections and the model synch more or less, the numbers are off for a couple of stations. Please correct me if I'm wrong but could this be a result of certain allocations being applied to the stations in the model, where's in the separate projections the allocation is broken out separately? Once I'm in front of the file I'll be able to say exactly, which numbers are off.

Thanks

Regards,
Leo

Leonid Y. Mednik
Senior Analyst
Valuation Research Corporation
500 Fifth Avenue, 39th Floor
New York, NY 10110
Direct: 917-338-5618
Cell:    646-270-6719
Fax:    212-278-0675

-----Original Message-----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: Leonid Mednik <lmednik@valuationresearch.com>
CC: Chad Rucker <crucker@valuationresearch.com>
Sent: Wed Oct 03 06:58:26 2007
Subject: Update

Hi Leo:

First of all, here is the break-out of the "other" in the 2007 free cash flow statement:

$47M of cash paid deferred compensation benefits in the first quarter. Primarily to participants in the Times Mirror Deferred Comp Plan that were offered an early pay out and many took it.
$40M of cash paid for severance
$25M of cash paid for fees related to our strategic review process that began in September 2006. These are not fees related to our ESOP/Go Private transaction
$15M cash paid for a legal settlement related to the Newsday circulation misstatement
There are some additional smaller ins/outs - but these are the primary drivers of that number.

VRC0004338

CONFIDENTIAL

Second, in terms of your question regarding the Broadcasting numbers not synching up with the financial model. I took a look and it looks to me that the numbers are synching up correctly. One issue that you might be seeing is that the 2007 figures in the Summary Page tab are proforma and do not include the Cubs and Tribune Entertainment but the numbers in the model do include these businesses. The Summary Page tab is designed to give you a good CAGR and therefore they need to be proforma. We do add back the cash flow from the Cubs and Comcast down on row 44.

Third, as I mentioned yesterday, we should have a revised financial model out to you later today. We have fixed the downside cash interest calc to exclude the PHONES interest deferral. In addition, there are a couple of small things we are fixing.

Finally, we would like to schedule a conference call for tomorrow (Thursday, Oct. 4th) at 2:30 pm NYC time to review some of your outstanding questions including your question about projection Publishing advertising and a list of possible asset sales. Please let me know if that time works. Thanks, Chandler

VRC0004339