CONFIDENTIAL

| | |
|---|---|
| **From:** | Bigelow, Chandler <CBigelow@tribune.com> |
| **Sent:** | Monday, October 15, 2007 11:25 AM |
| **To:** | Leonid Mednik <lmednik@valuationresearch.com>; Chad Rucker <crucker@valuationresearch.com> |
| **Subject:** | RE: cubs information |
| **Attach:** | VRC - Cubs Follow up (Oct 15).xls;Publishing Ad Revenue recession analysis.xls |

Attached is a spreadsheet that answers Questions 1 - 4 for the Cubs questions below. Also, attached is a recession analysis that we recently put together for the Publishing group.

In terms of the remaining Cubs questions, we expect to get the naming rights report by week's end. I will also send you a legal memo and some additional spreadsheet calculations for the leveraged partnership later this week.

In terms of coordinating a call to review the Lehman recessionary analysis, it looks like Friday morning of this week will work for us. Also, at that time, we could review with you our Q3 results. I should be sending you the Q3 Brown Book tomorrow.

In addition, the Publishing Group is working on two remaining items: (i) split of "other revenue" and (ii) projected interactive breakdown by retail, national and classified for the downside case.

Many thanks, Chandler

---

**From:** Leonid Mednik [mailto:lmednik@valuationresearch.com]
**Sent:** Tuesday, October 02, 2007 10:47 AM
**To:** Bigelow, Chandler
**Subject:** FW: cubs information


Regards,
Leo

**Leonid Y. Mednik**
Senior Analyst
Valuation Research Corporation
500 Fifth Avenue, 39th Floor
New York, NY 10110
Direct:  917-338-5618
Cell:    646-270-6719
Fax:     212-278-0675

---

**From:** Anthony D. Law
**Sent:** Friday, September 28, 2007 6:19 PM
**To:** Bryan Browning
**Cc:** Chad Rucker; Leonid Mednik
**Subject:** cubs information

As discussed, here is the list of some outstanding items.

1. current and budgeted operating statement for the Cubs, we had period 2, 2007 for the first solvency
2. current average individual fancost (consisting of gross per capita for tickets and net per capita for general concessions), the provided information from the first solvency included a 2007 projection of $36.77 gross per capita for tickets and $15.33 net per capita for general concessions, is this consistent with actual 2007 results?
3. current season attendance, the first solvency we had approximately 3,123,000
4. current player's payroll, the first solvency was approximately $102.2 million

VRC0004551

5. copy of the naming rights study conducted by The Bonham Group
6. discuss the assumptions used in and provide analysis for the estimated value of the ComCast SportsNet at $225 million
7. schematic or spreadsheet calculations for the potential tax efficiency structure (already asked)

Regards
_____

Tony Law
Senior Vice President
Valuation Research Corporation
330 E. Kilbourn Ave, Suite 1020
Milwaukee, WI 53202
www.valuationresearch.com

414.221.6217 Direct
414.271.2294 Fax
262.352.7743 Cell
tlaw@valuationresearch.com

VRC0004552