|  | Valuation Summary | | |
|---|---|---|---|
| Valuation Method | Low | Mid | High |
| Comparable Companies | $9,248.1 | $9,865.3 | $10,482.5 |
| Comparable Transactions | $10,782.0 | $11,081.5 | $11,381.0 |
| Discounted Cash Flow | $9,525.6 | $10,234.4 | $10,943.2 |
| Sum of Business Segments[1] | $9,316.8 | $9,909.7 | $10,502.5 |
| **Average Operating Enterprise Value** | **$9,718.1** | **$10,272.7** | **$10,827.3** |
| + Equity Investments and Other Assets[2] | $3,185.5 | $3,416.4 | $3,647.3 |
| + NPV of S-Corp - ESOP Tax Savings | $815.8 | $876.0 | $936.1 |
| **Adjusted Enterprise Value** | **$13,719.5** | **$14,565.1** | **$15,410.7** |
| + Cash | $197.7 | $197.7 | $197.7 |
| - Debt | ($12,898.8) | ($12,898.8) | ($12,898.8) |
| - Identified Contingent Liabilities | ($86.8) | ($86.8) | ($86.8) |
| **Equity Value** | **$931.6** | **$1,777.2** | **$2,622.8** |
| % of Enterprise Value | 6.8% | 12.2% | 17.0% |

**Operating Enterprise Value Multiples**

| | | | | |
|---|---|---|---|---|
| PF LTM EBITDA | $1,198.0 | 8.1x | 8.6x | 9.0x |
| 2007P EBITDA | $1,191.4 | 8.2x | 8.6x | 9.1x |
| 2008P EBITDA | $1,193.3 | 8.1x | 8.6x | 9.1x |

**Consolidated Enterprise Value Multiples**

| | | | | |
|---|---|---|---|---|
| PF Adjusted LTM EBITDA[3] | $1,259.1 | 10.9x | 11.6x | 12.2x |
| 2007P Adjusted EBITDA[3] | $1,276.3 | 10.7x | 11.4x | 12.1x |
| 2008P Adjusted EBITDA[3] | $1,291.9 | 10.6x | 11.3x | 11.9x |

VRC0019336

| Cash Flow Summary | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P |
|---|---|---|---|---|---|---|---|---|
| *Adjusted EBITDA* | **$1,193.3** | **$1,236.8** | **$1,282.1** | **$1,298.6** | **$1,348.8** | **$1,382.7** | **$1,417.4** | **$1,453.0** |
| Cash Received from Equity Investments | $98.6 | $115.4 | $140.3 | $162.9 | $181.1 | $202.1 | $226.6 | $255.1 |
| Equity Income Adjustment for Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Cash Taxes | $0.0 | $0.0 | ($1.0) | ($2.3) | ($3.7) | ($5.1) | ($6.6) | ($8.4) |
| ESOP Repurchase Obligation | $0.0 | ($0.1) | ($0.2) | ($0.5) | ($1.0) | ($1.7) | ($2.5) | ($3.4) |
| Addback for non-cash retirement expense | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 |
| Net Cash Interest Expense | ($953.8) | ($936.4) | ($946.2) | ($941.8) | ($923.0) | ($895.5) | ($860.3) | ($819.3) |
| Severance and Other | ($32.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) |
| *Operating Cash Flow* | **$366.1** | **$465.8** | **$525.0** | **$566.9** | **$652.2** | **$732.6** | **$824.6** | **$926.9** |
| Capital Expenditures | ($132.2) | ($128.3) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) |
| Other[1] | $815.0 | ($91.0) | ($92.0) | ($95.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| *Cash Flow Available for Debt Repayment* | **$1,048.9** | **$246.5** | **$304.5** | **$343.4** | **$423.7** | **$504.1** | **$596.2** | **$698.4** |
| Scheduled Debt Repayments | ($110.8) | ($77.7) | ($527.6) | ($77.9) | ($78.8) | ($160.8) | ($6,215.9) | ($2,087.7) |
| Other Financing Activities | $186.1 | ($0.5) | ($0.5) | ($0.5) | ($0.5) | ($0.5) | $6,214.7 | $1,695.2 |
| *Net Cash Flow* | **$1,124.2** | **$168.3** | **($223.6)** | **$265.0** | **$344.4** | **$342.8** | **$595.0** | **$306.0** |
| Beginning Cash | $197.7 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 |
| Minimum Cash Balance | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) |
| Revolver Borrowings | $0.0 | $0.0 | $223.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| *Cash Available for Discretionary Prepayments* | **$1,247.0** | **$168.3** | **$0.0** | **$265.0** | **$344.4** | **$342.8** | **$595.0** | **$306.0** |

VRC0019337

| Covenant Analysis | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P |
|---|---|---|---|---|---|---|---|---|---|
| EBITDA | $1,191.4 | $1,193.3 | $1,236.8 | $1,282.1 | $1,298.6 | $1,348.8 | $1,382.7 | $1,417.4 | $1,453.0 |
| Covenant EBITDA | $1,316.3 | $1,346.0 | $1,404.5 | $1,474.7 | $1,513.7 | $1,582.2 | $1,637.1 | $1,696.3 | $1,760.3 |
| Guaranteed Debt | $10,167.5 | $9,116.0 | $8,880.9 | $9,038.0 | $8,706.4 | $8,295.6 | $7,886.5 | $7,366.2 | $7,014.4 |
| Projected Guaranteed Debt / Covenant EBITDA | 7.72x | 6.77x | 6.32x | 6.13x | 5.75x | 5.24x | 4.82x | 4.34x | 3.98x |
| Maximum Required Leverage Ratio | 9.00x | 9.00x | 8.75x | 8.50x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x |
| $ Cushion (Covenant EBITDA) | $186.6 | $333.1 | $389.6 | $411.4 | $458.4 | $576.6 | $681.2 | $803.4 | $910.1 |
| Projected Covenant EBITDA / Cash Interest | 3.23x | 1.41x | 1.50x | 1.55x | 1.60x | 1.71x | 1.82x | 1.97x | 2.14x |
| Minimum Required Interest Coverage Ratio | 1.10x | 1.15x | 1.20x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x |
| $ Cushion (Cash Interest) | $789.6 | $212.5 | $231.8 | $231.3 | $266.9 | $340.5 | $411.9 | $494.5 | $586.7 |

VRC0019338

## Consolidated Valuation Summary

*Tribune Base Case Valuation Summary - Consolidated*

|  | December 4th Valuation Summary | December 20th Valuation Summary | Change |
|---|---|---|---|
| **Average Operating Enterprise Value**[1] | $9,989.1 | $10,272.7 | $283.6 |
| + Equity Investments and Other Assets[2] | $3,312.1 | $3,416.4 | $104.3 |
| + NPV of S-Corp - ESOP Tax Savings[3] | $2,024.7 | $876.0 | ($1,148.7) |
| **Adjusted Enterprise Value** | $15,325.9 | $14,565.1 | ($760.8) |
| + Cash | $197.7 | $197.7 | -- |
| - Debt[4] | ($13,188.1) | ($12,898.8) | $289.3 |
| - Identified Contingent Liabilities | ($86.8) | ($86.8) | -- |
| **Equity Value** | $2,248.7 | $1,777.2 | ($471.4) |
| % of Enterprise Value | 14.7% | 12.2% | -2.5% |

|  |  | Step One Valuation Summary | Step Two Valuation Summary | Change Increase / (Decrease) |
|---|---|---|---|---|
| **Operating Enterprise Value Multiples** |  |  |  |  |
| PF LTM EBITDA | $1,198.0 | 8.3x | 8.6x | 0.3x |
| 2007P EBITDA | $1,191.4 | 8.4x | 8.6x | 0.2x |
| 2008P EBITDA | $1,193.3 | 8.4x | 8.6x | 0.2x |
| **Consolidated Enterprise Value Multiples** |  |  |  |  |
| PF Adjusted LTM EBITDA[1] | $1,259.1 | 12.2x | 11.6x | (0.6x) |
| 2007P Adjusted EBITDA[1] | $1,276.3 | 12.0x | 11.4x | (0.6x) |
| 2008P Adjusted EBITDA[1] | $1,291.9 | 11.9x | 11.3x | (0.6x) |

## Consolidated Valuation Summary

*Tribune Base Case Valuation Summary - Consolidated*

| Valuation Method | Step One Valuation Summary | Step Two Valuation Summary | Change Increase / (Decrease) |
|---|---|---|---|
| Comparable Companies | $8,147.1 | $4,944.7 | ($3,202.4) |
| Comparable Transactions | $8,485.9 | $6,438.2 | ($2,047.7) |
| Discounted Cash Flow | $7,781.2 | $5,855.0 | ($1,926.2) |
| **Average Operating Enterprise Value** | **$8,138.0** | **$5,745.4** | **($2,392.7)** |
| *Implied Enterprise Value Multiples* | | | |
| PF LTM EBITDA  $804.8 | 9.1x | 7.1x | (1.9x) |
| 2007P EBITDA  $776.4 | 9.0x | 7.4x | (1.6x) |
| 2008P EBITDA  $786.1 | 8.9x | 7.3x | (1.6x) |

# Consolidated Valuation Summary

*Tribune Base Case Valuation Summary - Consolidated*

| Valuation Method | Step One Valuation Summary | Step Two Valuation Summary | Change Increase / (Decrease) |
|---|---|---|---|
| Comparable Companies | $4,694.1 | $3,905.5 | ($788.6) |
| Comparable Transactions | $4,889.4 | $4,297.8 | ($591.5) |
| Discounted Cash Flow | $4,469.9 | $4,789.8 | $319.9 |
| **Average Operating Enterprise Value[1]** | **$4,684.5** | **$4,330.6** | **($353.8)** |

**Implied Enterprise Value Multiples**

| | | Step One | Step Two | Change |
|---|---|---|---|---|
| PF LTM EBITDA | $373.7 | 11.8x | 11.6x | (0.2x) |
| 2007P EBITDA | $371.9 | 12.2x | 11.6x | (0.6x) |
| 2008P EBITDA | $434.3 | 11.0x | 10.0x | (1.0x) |



# Tribune Base Case

Last Updated  7/22/2009 10:16 AM

VRC0019342

Case 08-13141-BLS    Doc 5467-12    Filed 08/22/10    Page 8 of 11

CONFIDENTIAL

| Publishing | Growth Rates | | | | | |
|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| Retail | -3.9% | 0.0% | 0.5% | 0.4% | 1.0% | 0.9% |
| National | -5.0% | -1.5% | -2.4% | -2.5% | -1.4% | -2.0% |
| Classified | -21.2% | -12.0% | -2.0% | -1.9% | -3.3% | -4.1% |
| Interactive | 15.9% | 21.4% | 27.8% | 25.0% | 18.9% | 18.0% |
| Circulation | -5.2% | -3.2% | -3.1% | -3.1% | -3.2% | -3.2% |
| Other | 6.8% | 17.2% | 7.1% | 7.3% | 6.4% | 6.0% |
| **Total Revenues** | **-6.6%** | **-0.3%** | **2.0%** | **2.4%** | **2.3%** | **2.3%** |

| | Expense Margins | | | | | |
|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| Direct Pay | 27.4% | 28.0% | 27.8% | 27.5% | 27.2% | 26.9% |
| Benefits excl Retirement | 5.2% | 5.2% | 5.2% | 5.2% | 5.1% | 5.0% |
| Retirement | 0.6% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% |
| Total Compensation | 33.2% | 34.3% | 34.1% | 33.8% | 33.4% | 33.0% |
| Newsprint & Ink | 11.2% | 10.2% | 10.2% | 10.2% | 10.3% | 10.3% |
| Outside Services | 8.5% | 8.7% | 8.8% | 9.0% | 9.3% | 9.5% |
| TMC Postage | 3.3% | 3.2% | 3.1% | 3.1% | 3.0% | 3.0% |
| Other Circulation Expenses | 9.4% | 9.7% | 9.6% | 9.4% | 9.2% | 9.0% |
| Promotion | 2.7% | 2.7% | 2.8% | 2.8% | 2.9% | 2.9% |
| Other Cash Expenses | 9.4% | 9.5% | 9.4% | 9.4% | 9.4% | 9.5% |
| TPC Group | 0.3% | 0.3% | 0.2% | 0.2% | 0.2% | 0.2% |
| **Total Expenses** | **77.8%** | **78.6%** | **78.3%** | **78.0%** | **77.7%** | **77.5%** |
| **EBITDA** | **22.2%** | **21.4%** | **21.7%** | **22.0%** | **22.3%** | **22.5%** |

| Broadcasting & Entertainment | Growth Rates | | | | | |
|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| Revenues | -4.7% | 7.9% | 0.6% | 3.4% | 0.8% | 2.6% |

| | Margins | | | | | |
|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| Expenses | 67.0% | 64.3% | 63.3% | 63.3% | 64.7% | 64.2% |
| **EBITDA** | **33.0%** | **35.7%** | **36.7%** | **36.7%** | **35.3%** | **35.8%** |

VRC0019343

| 1 | (1 = Tribune Base Case, 2 =VRC Base Case, 3 = Tribune Downside Case, 4 = VRC Downside Case with No Asset Sales, 5 = VRC Recession Case with No Asset Sales) |
|---|---|

| | Total Publishing | | | | | | | | | | | Growth Rates | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P | 2008P | 2009P | 2010P | 2011P | 2012P |
| Retail | $1,231.0 | $1,231.5 | $1,237.2 | $1,242.5 | $1,255.5 | $1,267.4 | $1,296.9 | $1,327.2 | $1,358.2 | $1,389.9 | $1,422.3 | 0.0% | 0.5% | 0.4% | 1.0% | 0.9% |
| National | $661.7 | $651.6 | $636.1 | $620.1 | $611.1 | $598.7 | $612.7 | $627.0 | $641.6 | $656.6 | $671.9 | -1.5% | -2.4% | -2.5% | -1.4% | -2.0% |
| Classified | $739.3 | $650.5 | $637.2 | $625.1 | $604.5 | $579.8 | $593.3 | $607.1 | $621.3 | $635.8 | $650.6 | -12.0% | -2.0% | -1.9% | -3.3% | -4.1% |
| Interactive | $262.0 | $318.0 | $406.3 | $507.9 | $603.8 | $712.5 | $729.1 | $746.1 | $763.5 | $781.3 | $799.6 | 21.4% | 27.8% | 25.0% | 18.9% | 18.0% |
| Circulation | $528.1 | $511.1 | $495.4 | $479.9 | $464.6 | $449.8 | $460.3 | $471.0 | $482.0 | $493.2 | $504.8 | -3.2% | -3.1% | -3.1% | -3.2% | -3.2% |
| Other | $270.6 | $317.1 | $339.7 | $364.7 | $388.1 | $411.2 | $420.8 | $430.6 | $440.6 | $450.9 | $461.4 | 17.2% | 7.1% | 7.3% | 6.4% | 6.0% |
| **Total Revenues** | $3,692.6 | $3,679.9 | $3,752.0 | $3,840.2 | $3,927.6 | $4,019.3 | $4,113.1 | $4,209.0 | $4,307.2 | $4,407.7 | $4,510.6 | -0.3% | 2.0% | 2.4% | 2.3% | 2.3% |
| Direct Pay | $1,012.8 | $1,031.1 | $1,043.8 | $1,057.7 | $1,069.7 | $1,081.8 | $1,107.0 | $1,132.8 | $1,159.3 | $1,186.3 | $1,214.0 | 28.0% | 27.8% | 27.5% | 27.2% | 26.9% |
| Benefits excl Retirement | $190.3 | $190.2 | $194.9 | $197.8 | $200.0 | $202.2 | $207.0 | $211.8 | $216.7 | $221.8 | $227.0 | 5.2% | 5.2% | 5.2% | 5.1% | 5.0% |
| Retirement | $21.4 | $41.5 | $41.9 | $42.3 | $42.7 | $43.1 | $44.1 | $45.2 | $46.2 | $47.3 | $48.4 | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% |
| Total Compensation | $1,224.5 | $1,262.8 | $1,280.6 | $1,297.9 | $1,312.4 | $1,327.1 | $1,358.1 | $1,389.8 | $1,422.2 | $1,455.4 | $1,489.4 | 34.3% | 34.1% | 33.8% | 33.4% | 33.0% |
| Newsprint & Ink | $412.3 | $376.1 | $382.9 | $391.8 | $402.8 | $414.2 | $423.9 | $433.8 | $443.9 | $454.3 | $464.9 | 10.2% | 10.2% | 10.2% | 10.3% | 10.3% |
| Outside Services | $312.1 | $320.4 | $329.6 | $347.2 | $364.6 | $383.2 | $392.2 | $401.3 | $410.7 | $420.3 | $430.1 | 8.7% | 8.8% | 9.0% | 9.3% | 9.5% |
| TMC Postage | $123.6 | $118.6 | $117.8 | $118.5 | $118.9 | $119.3 | $122.1 | $125.0 | $127.9 | $130.9 | $133.9 | 3.2% | 3.1% | 3.1% | 3.0% | 3.0% |
| Other Circulation Expenses | $347.3 | $356.5 | $360.1 | $360.9 | $361.8 | $362.8 | $371.3 | $380.0 | $388.8 | $397.9 | $407.2 | 9.7% | 9.6% | 9.4% | 9.2% | 9.0% |
| Promotion | $99.3 | $101.0 | $106.3 | $108.9 | $112.4 | $116.1 | $118.8 | $121.6 | $124.4 | $127.3 | $130.3 | 2.7% | 2.8% | 2.8% | 2.9% | 2.9% |
| Other Cash Expenses | $346.0 | $349.1 | $351.2 | $361.7 | $370.8 | $381.0 | $389.9 | $399.0 | $408.3 | $417.8 | $427.6 | 9.5% | 9.4% | 9.4% | 9.4% | 9.5% |
| TPC Group | $9.4 | $9.3 | $9.3 | $9.2 | $9.1 | $9.1 | $9.3 | $9.5 | $9.7 | $9.9 | $10.2 | 0.3% | 0.2% | 0.2% | 0.2% | 0.2% |
| **Total Expenses** | $2,874.4 | $2,893.8 | $2,937.8 | $2,996.0 | $3,052.8 | $3,112.9 | $3,185.6 | $3,259.9 | $3,336.0 | $3,413.8 | $3,493.5 | 78.6% | 78.3% | 78.0% | 77.7% | 77.5% |
| **EBITDA** | $818.2 | $786.1 | $814.2 | $844.2 | $874.8 | $906.3 | $927.5 | $949.1 | $971.3 | $993.9 | $1,017.1 | 21.4% | 21.7% | 22.0% | 22.3% | 22.5% |

VRC0019344

| | Broadcasting and Entertainment | | | | | | | | | | Growth Rates | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P | 2008P | 2009P | 2010P | 2011P | 2012P |
| Total B&E Revenue | $1,164.1 | $1,256.5 | $1,264.1 | $1,306.6 | $1,317.2 | $1,351.8 | $1,387.4 | $1,423.8 | $1,461.3 | $1,499.7 | $1,539.1 | 7.9% | 0.6% | 3.4% | 0.8% | 2.6% |
| Total B&E Expenses | $780.4 | $808.0 | $800.2 | $827.4 | $852.1 | $868.0 | $890.8 | $914.3 | $938.3 | $963.0 | $988.3 | 3.5% | -1.0% | 3.4% | 3.0% | 1.9% |
| Total B&E EBITDA | $383.7 | $448.5 | $463.9 | $479.3 | $465.0 | $483.8 | $496.5 | $509.6 | $523.0 | $536.7 | $550.9 | 35.7% | 36.7% | 36.7% | 35.3% | 35.8% |

| | Consolidated Company | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
| Publishing | $3,692.6 | $3,679.9 | $3,752.0 | $3,840.2 | $3,927.6 | $4,019.3 | $4,113.1 | $4,209.0 | $4,307.2 | $4,407.7 | $4,510.6 |
| B&E | $1,164.1 | $1,256.5 | $1,264.1 | $1,306.6 | $1,317.2 | $1,351.8 | $1,387.4 | $1,423.8 | $1,461.3 | $1,499.7 | $1,539.1 |
| Subtotal Revenues | $4,856.7 | $4,936.4 | $5,016.1 | $5,146.8 | $5,244.8 | $5,371.1 | $5,500.4 | $5,632.9 | $5,768.5 | $5,907.4 | $6,049.7 |
| Adjustment for Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Total Revenues | $4,856.7 | $4,936.4 | $5,016.1 | $5,146.8 | $5,244.8 | $5,371.1 | $5,500.4 | $5,632.9 | $5,768.5 | $5,907.4 | $6,049.7 |
| Publishing | $2,874.4 | $2,893.8 | $2,937.8 | $2,996.0 | $3,052.8 | $3,112.9 | $3,185.6 | $3,259.9 | $3,336.0 | $3,413.8 | $3,493.5 |
| Comm. Delivery and Other Savings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| B&E | $780.4 | $808.0 | $800.2 | $827.4 | $852.1 | $868.0 | $890.8 | $914.3 | $938.3 | $963.0 | $988.3 |
| Corporate | $41.6 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 |
| Subtotal Expenses | $3,696.4 | $3,743.1 | $3,779.3 | $3,864.7 | $3,946.2 | $4,022.2 | $4,117.7 | $4,215.5 | $4,315.6 | $4,418.1 | $4,523.0 |
| Adjustment for Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Total Expenses | $3,696.4 | $3,743.1 | $3,779.3 | $3,864.7 | $3,946.2 | $4,022.2 | $4,117.7 | $4,215.5 | $4,315.6 | $4,418.1 | $4,523.0 |
| Publishing | $818.2 | $786.1 | $814.2 | $844.2 | $874.8 | $906.3 | $927.5 | $949.1 | $971.3 | $993.9 | $1,017.1 |
| B&E | $383.7 | $448.5 | $463.9 | $479.3 | $465.0 | $483.8 | $496.5 | $509.6 | $523.0 | $536.7 | $550.9 |
| Corporate | ($41.6) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) |
| Subtotal EBITDA | $1,160.3 | $1,193.3 | $1,236.8 | $1,282.1 | $1,298.6 | $1,348.8 | $1,382.7 | $1,417.4 | $1,453.0 | $1,489.4 | $1,526.7 |
| Adjustment for Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Total EBITDA | $1,160.3 | $1,193.3 | $1,236.8 | $1,282.1 | $1,298.6 | $1,348.8 | $1,382.7 | $1,417.4 | $1,453.0 | $1,489.4 | $1,526.7 |
| | | 23.9% | 24.2% | 24.7% | 24.9% | 24.8% | 25.1% | 25.1% | 25.2% | 25.2% | 25.2% |
| Publishing | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 |
| B&E | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 |
| Corporate | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 |
| Subtotal SBC | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 |
| Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Total Stock Based Compensation | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 |
| Publishing | $181.2 | $187.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 |
| B&E | $45.8 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 |
| Corporate | $1.2 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 |
| Subtotal D&A | $228.3 | $233.7 | $237.7 | $237.7 | $237.7 | $237.7 | $237.7 | $237.7 | $237.7 | $237.7 | $237.7 |
| Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Total D&A | $228.3 | $233.7 | $237.7 | $237.7 | $237.7 | $237.7 | $237.7 | $237.7 | $237.7 | $237.7 | $237.7 |
| Publishing | $104.8 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 |
| B&E | $25.1 | $25.2 | $25.8 | $25.5 | $25.5 | $25.5 | $25.5 | $25.5 | $25.5 | $25.5 | $25.5 |
| Corporate | $7.0 | $7.0 | $2.5 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 |
| Subtotal Capex | $136.8 | $132.2 | $128.3 | $128.5 | $128.5 | $128.5 | $128.5 | $128.5 | $128.5 | $128.5 | $128.5 |
| Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Total Capital Expenditures | $136.8 | $132.2 | $128.3 | $128.5 | $128.5 | $128.5 | $128.5 | $128.5 | $128.5 | $128.5 | $128.5 |

VRC0019345

## Summary Page

**TRIBUNE COMPANY**
FIVE YEAR PROJECTED FINANCIAL INFORMATION and KEY CREDIT STATISTICS & RATIOS
($ in millions)

**Tribune Base Case**

| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Publishing | $3,713.5 | $3,679.9 | $3,752.0 | $3,840.2 | $3,927.6 | $4,019.3 | $4,113.1 | $4,209.0 | $4,307.2 | $4,407.7 | $4,510.6 |
| Broadcasting & Entertainment | $1,382.9 | $1,256.5 | $1,264.1 | $1,306.6 | $1,317.2 | $1,351.8 | $1,387.4 | $1,423.8 | $1,461.3 | $1,499.7 | $1,539.1 |
| Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Operating Revenues** | **$5,096.3** | **$4,936.4** | **$5,016.1** | **$5,146.8** | **$5,244.8** | **$5,371.1** | **$5,500.4** | **$5,632.9** | **$5,768.5** | **$5,907.4** | **$6,049.7** |
| Publishing | $2,895.6 | $2,893.8 | $2,937.8 | $2,996.0 | $3,052.8 | $3,112.9 | $3,185.6 | $3,259.9 | $3,336.0 | $3,413.8 | $3,493.5 |
| Broadcasting & Entertainment | $967.6 | $808.0 | $800.2 | $827.4 | $852.1 | $868.0 | $890.8 | $914.3 | $938.3 | $963.0 | $988.3 |
| Corporate | $41.6 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 |
| Less: Elimination of Bonus Plan | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Less: Salary Freeze | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Less: Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Expenses** | **$3,904.9** | **$3,743.1** | **$3,779.3** | **$3,864.7** | **$3,946.2** | **$4,022.2** | **$4,117.7** | **$4,215.5** | **$4,315.6** | **$4,418.1** | **$4,523.0** |
| Publishing | $817.8 | $786.1 | $814.2 | $844.2 | $874.8 | $906.3 | $927.5 | $949.1 | $971.3 | $993.9 | $1,017.1 |
| Plus: Comm. Delivery and Infrastructure Sa | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Total Publishing | $817.8 | $786.1 | $814.2 | $844.2 | $874.8 | $906.3 | $927.5 | $949.1 | $971.3 | $993.9 | $1,017.1 |
| Broadcasting & Entertainment (excl. Cubs) | $415.2 | $448.5 | $463.9 | $479.3 | $465.0 | $483.8 | $496.5 | $509.6 | $523.0 | $536.7 | $550.9 |
| Corporate / Other | ($41.6) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) |
| Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total EBITDA** | **$1,191.4** | **$1,193.3** | **$1,236.8** | **$1,282.1** | **$1,298.6** | **$1,348.8** | **$1,382.7** | **$1,417.4** | **$1,453.0** | **$1,489.4** | **$1,526.7** |
| Plus: Cash From Equity Investments | $84.8 | $98.6 | $115.4 | $140.3 | $162.9 | $181.1 | $202.1 | $226.6 | $255.1 | $288.4 | $327.4 |
| Less: Adjustment for Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Plus: Cash Savings From 401K Contributions | $0.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 |
| Plus: Interest Income | $18.8 | $4.1 | $2.3 | $2.3 | $2.3 | $2.3 | $2.3 | $2.3 | $2.3 | $2.3 | $2.3 |
| Less: Change in Working Capital | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Less: Severance Payments | ($7.7) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) |
| **Covenant Adjusted EBITDA** | **$1,287.4** | **$1,346.0** | **$1,404.5** | **$1,474.7** | **$1,513.7** | **$1,582.2** | **$1,637.1** | **$1,696.3** | **$1,760.3** | **$1,830.0** | **$1,906.3** |
| Less: Cash Savings From 401K Contributions | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Less: Dividends | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Less: Cash Taxes | ($145.0) | $0.0 | $0.0 | ($1.0) | ($2.3) | ($3.7) | ($5.1) | ($6.6) | ($8.4) | ($10.5) | ($13.3) |
| Less: Cash Interest Expense | ($407.0) | ($957.9) | ($938.6) | ($948.5) | ($944.0) | ($925.3) | ($897.7) | ($862.5) | ($821.6) | ($766.8) | ($686.7) |
| Plus: PHONES Cash Interest Deferral | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Less: Other | $0.0 | ($22.0) | ($0.1) | ($0.2) | ($0.5) | ($1.0) | ($1.7) | ($2.5) | ($3.4) | ($4.5) | ($5.9) |
| **Operating Cash Flow** | **$735.4** | **$366.1** | **$465.8** | **$525.0** | **$566.9** | **$652.2** | **$732.6** | **$824.6** | **$926.9** | **$1,048.1** | **$1,200.5** |
| Less: Capex | ($140.0) | ($132.2) | ($128.3) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) |
| **Free Cash Flow** | **$595.4** | **$233.9** | **$337.5** | **$396.5** | **$438.4** | **$523.7** | **$604.1** | **$696.2** | **$798.4** | **$919.6** | **$1,072.0** |
| Plus: Proceeds from Asset Sales | $143.8 | $899.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Less: Investments | ($23.8) | ($84.0) | ($91.0) | ($92.0) | ($95.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| Plus: Bender Proceeds | $338.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Net Free Cash Flow** | **$1,053.4** | **$1,048.9** | **$246.5** | **$304.5** | **$343.4** | **$423.7** | **$504.1** | **$596.2** | **$698.4** | **$819.6** | **$972.0** |
| Scheduled Debt Repayment | ($676.0) | ($110.8) | ($77.7) | ($527.6) | ($77.9) | ($78.8) | ($160.8) | ($6,215.9) | ($2,087.7) | ($62.8) | ($62.8) |
| Other | $2,477.3 | $185.1 | ($0.5) | ($0.5) | ($0.5) | ($0.5) | ($0.5) | $6,214.7 | $1,695.2 | ($0.5) | ($0.5) |
| **Change in Cash** | **$2,854.7** | **$1,124.2** | **$168.3** | **($223.6)** | **$265.0** | **$344.4** | **$342.8** | **$595.0** | **$306.0** | **$756.4** | **$908.7** |

VRC0019346