CONFIDENTIAL

*Tribune Base Case*

| | Year Ending December 31, | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
| Net Income Incl. Income (Loss) from Discontinued Operations | $43.7 | $133.4 | $376.5 | $256.6 | $298.5 | $375.0 | $464.5 | $544.7 | $601.4 | $831.2 | $3,020.9 | $1,206.3 | $1,416.9 | $3,478.8 | $1,915.0 |
| Less: Income (Loss) from Extraordinary Items (incl. Severance) | | | | | | | | | | | | | | | |
| Less: Income of any PVI to Key | | | | | | | | | | | | | | | |
| Less: Equity Income | | | | | | | | | | | | | | | |
| Plus: Cash Distribution from Equity Investments | | | | | | | | | | | | | | | |
| Plus: Non-Recurring, Non-cash Charges | | | | | | | | | | | | | | | |
| Plus: Non-Cash Stock-based Compensation | | | | | | | | | | | | | | | |
| Plus: Non-Cash Charges Related to ESOP / pension plans | | | | | | | | | | | | | | | |
| Less: Gains from Disposition of Discontinued Operations | | | | | | | | | | | | | | | |
| Plus: Accrual of Revenue / Forwarding of Receivables | | | | | | | | | | | | | | | |
| Plus: Consolidated Interest Expense | | | | | | | | | | | | | | | |
| Plus: Consolidated Income Tax Expense | | | | | | | | | | | | | | | |
| Plus: Depreciation & Amortization | | | | | | | | | | | | | | | |
| Plus: Transaction Fees | | | | | | | | | | | | | | | |
| Plus: Pro Forma Cash Savings from (LBO) transaction | | | | | | | | | | | | | | | |
| **Covenant EBITDA (non-pro forma)** | $3,346.0 | $3,404.5 | $3,474.7 | $3,513.7 | $3,582.2 | $3,597.1 | $3,696.8 | $3,760.3 | $3,833.0 | $3,906.5 | $3,977.3 | $2,052.5 | $2,132.2 | $2,216.9 | $2,329.0 |
| Plus: Adjustment to Exclude Discontinued Operations / Other | | | | | | | | | | | | | | | |
| **Covenant EBITDA (excludes interest income)** | $3,346.0 | $3,404.5 | $3,474.7 | $3,513.7 | $3,582.2 | $3,597.1 | $3,696.8 | $3,760.3 | $3,833.0 | $3,906.5 | $3,977.3 | $2,052.5 | $2,132.2 | $2,216.9 | $2,329.0 |
| | | | | | | | | | | | | | | | |
| **Covenant EBITDA** | $3,346.0 | $3,404.5 | $3,474.7 | $3,513.7 | $3,582.2 | $3,597.1 | $3,696.8 | $3,760.3 | $3,833.0 | $3,906.5 | $3,977.3 | $2,052.5 | $2,132.2 | $2,216.9 | $2,329.0 |
| Less: Debt Service (Mandatory Amortization + Cash Interest Expense) | | | | | | | | | | | | | | | |
| Less: Prepayments of Term Advances & Bridge Loans | | | | | | | | | | | | | | | |
| Less: Capital Expenditures, being Pkr. of Yrsr | | | | | | | | | | | | | | | |
| Less: Capital Expenditures Obligated to Make in FY but Not Made | | | | | | | | | | | | | | | |
| Less: Expenditures Made in Cash Pursuant to Sections 5.02(v)/(v)(v)&5.10(f)(v) | | | | | | | | | | | | | | | |
| Less: Cash Taxes | | | | | | | | | | | | | | | |
| Less: Increase in Working Capital (excl. Severance) | | | | | | | | | | | | | | | |
| Less: Losses / Tax Impact on Asset Sales Paid in Cash but Incl. From Net Income | | | | | | | | | | | | | | | |
| Less: Expenditures Made in Cash Pursuant to Sections 5.10(g)(i)/(ii)/(iii)(a) | | | | | | | | | | | | | | | |
| Less: Net Cash Payments Exc. Under any Hedge Agreements / Buyout of Reserves | | | | | | | | | | | | | | | |
| Less: Amounts Paid in Connection w/ Asset Sale for Indemnification Obligations | | | | | | | | | | | | | | | |
| Less: Proceeds from Sale of Equity Interests (To Inter Incl. in EBITDA) | | | | | | | | | | | | | | | |
| Less: Agg. Amount of Cash Proceeds Rec by Demonstrative 4/1/07 | | | | | | | | | | | | | | | |
| Less: All Items That Did Not Result from a Cash Payment, to Extent Added to EBITDA | | | | | | | | | | | | | | | |
| Plus: Decrease in Working Capital | | | | | | | | | | | | | | | |
| Plus: Proceeds Received of any Debt to Finance Cases | | | | | | | | | | | | | | | |
| Plus: Losses that Does Not Occur in FY | | | | | | | | | | | | | | | |
| Plus: Return on Investment Received in Cash | | | | | | | | | | | | | | | |
| Plus: Income / Coin Excluded from Consolidated Id from Asset Sales | | | | | | | | | | | | | | | |
| Plus: Id Deducted in EBITDA Calculation, Cash Interest Income | | | | | | | | | | | | | | | |
| Plus: All Items that Did Not Result from a Cash Payment, Cash Payment by Estimator | | | | | | | | | | | | | | | |
| **Excess Cash Flow** | $61.1 | $169.9 | $(222.9) | $260.0 | $345.8 | $345.9 | $(5,602.2) | $(3,345.0) | $761.4 | $915.1 | $3,071.9 | $1,246.8 | $1,413.8 | $1,708.2 | $1,561.9 |
| | | | | | | | | | | | | | | | |
| **Guaranteed Debt / Covenant EBITDA** | 6.77x | 6.72x | 6.31x | 5.71x | 5.28x | 4.82x | 4.54x | 3.98x | 3.55x | 2.75x | 2.06x | 1.59x | 0.64x | 0.00x | 0.00x |
| **Maximum Guaranteed Leverage Ratio** | 9.00x | 9.00x | 8.50x | 8.50x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x |
| + Cushion | 2.25x | 2.45x | 2.17x | 2.50x | 3.01x | 3.43x | 3.45x | 4.27x | 4.68x | 5.50x | 6.16x | 6.00x | 7.65x | 8.25x | 8.25x |
| $ Cushion (EBITDA) | $335.1 | $969.8 | $611.4 | $499.4 | $576.0 | $681.2 | $803.4 | $901.1 | $1,097.5 | $1,270.0 | $1,476.9 | $1,507.0 | $1,867.5 | $2,216.9 | $2,329.0 |
| | | | | | | | | | | | | | | | |
| **Implied Required EBITDA** | $3,012.9 | $3,403.0 | $3,046.5 | $3,055.5 | $3,006.5 | $955.9 | $892.9 | $850.2 | $751.5 | $634.3 | $501.5 | $545.5 | $164.7 | $0.0 | $0.0 |
| | | | | | | | | | | | | | | | |
| **Covenant EBITDA / Cash Interest** | 1.91x | 1.99x | 2.23x | 1.69x | 1.71x | 1.82x | 1.97x | 2.14x | 2.39x | 2.78x | 3.31x | 4.14x | 5.05x | 11.60x | 26.99x |
| **Minimum Interest Coverage** | 1.15x | 1.25x | 1.75x | 1.25x | 1.75x | 1.25x | 1.75x | 1.75x | 1.75x | 1.75x | 1.75x | 1.75x | 1.75x | 1.75x | 1.75x |
| Cushion | 0.76x | 0.93x | 0.58x | 0.93x | 0.46x | 0.57x | 0.72x | 0.89x | 1.34x | 1.33x | 3.06x | 2.89x | 4.58x | 10.41x | 35.23x |
| $ Cushion (Cash Interest) | $219.5 | $291.0 | $711.1 | $268.9 | $168.1 | $141.0 | $196.1 | $186.7 | $607.2 | $898.3 | $805.8 | $1,385.7 | $3,541.5 | $1,589.7 | $3,798.3 |
| $ Cushion (EBITDA) | $244.9 | $278.2 | $183.1 | $333.7 | $425.6 | $343.9 | $418.3 | $710.3 | $871.5 | $2,667.5 | $1,229.7 | $1,411.4 | $1,478.9 | $1,597.6 | $2,249.2 |
| | | | | | | | | | | | | | | | |
| **Implied Required EBITDA** | $3,101.6 | $3,126.3 | $3,185.6 | $3,180.1 | $3,156.6 | $3,122.2 | $3,078.2 | $3,007.0 | $961.6 | $858.4 | $717.6 | $691.1 | $653.3 | $257.3 | $79.3 |

CONFIDENTIAL

**Summary of Case Comparison**

| CAGR (2007 – 2012) | TRB Base | VRC Base | TRB Downside | VRC Downside | VRC Recession | Tribune ('01 – '06) | Tribune FY2006 | YTD FY2007 | Q4 2007 | FY2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| *Revenues* | | | | | | | | | | |
| Publishing | 0.9% | 0.2% | -1.7% | -1.7% | -1.8% | 1.0% | -0.1% | -7.3% | -4.5% | -6.6% |
| B&E | 1.5% | 1.5% | 0.4% | 0.3% | 0.2% | 1.9% | 0.8% | 1.2% | -5.1% | -0.5% |
| **Total** | **1.0%** | **0.5%** | **-1.1%** | **-1.2%** | **-1.3%** | **1.3%** | **0.1%** | **-5.0%** | **-4.6%** | **-5.8%** |
| | | | | | | | | | | |
| *EBITDA* | | | | | | | | | | |
| Publishing | 1.0% | 0.8% | -0.9% | -2.9% | -3.3% | 2.7% | -3.8% | -23.4% | -6.5% | -14.5% |
| B&E | 2.3% | 1.8% | nm | -0.1% | -0.2% | 0.9% | -4.9% | 0.5% | -7.9% | -2.6% |
| **Total** | **1.5%** | **1.2%** | **nm** | **-2.0%** | **-2.3%** | **1.8%** | **-5.1%** | **-15.9%** | **-6.4%** | **-10.6%** |

| Average Margins (2007 - 2012) | TRB Base | VRC Base | TRB Downside | VRC Downside | VRC Recession | Tribune ('01 – '06) | Tribune FY2006 | YTD FY2007 | Q4 2007 | FY2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| *EBITDA* | | | | | | | | | | |
| Publishing | 22.0% | 22.5% | 104.2% | 20.6% | 19.8% | 24.3% | 23.2% | 18.3% | 25.1% | 22.2% |
| B&E | 35.6% | 34.2% | 0.0% | 32.7% | 31.8% | 37.8% | 33.7% | 30.0% | 32.7% | 33.0% |
| **Total** | **24.6%** | **24.6%** | **23.9%** | **23.4%** | **23.3%** | **26.1%** | **24.1%** | **20.5%** | **26.1%** | **23.9%** |
| | | | | | | | | | | |
| *EBITDA (Adj. for Severance)* | 24.4% | 20.8% | 23.7% | 19.3% | 19.0% | | | | | |

| Absolute $ Change in Revenue and EBITDA ($ in millions) (2007 - 2017) | VRC Base | TRB Downside | VRC Downside | VRC Recession |
|---|---|---|---|---|
| Publishing | ($2,728.0) | ($9,781.1) | ($9,960.2) | ($10,579.5) |
| Broadcasting | ($166.3) | ($1,417.3) | ($1,674.9) | ($1,861.3) |
| **Total Revenues** | **($2,894.3)** | **($11,198.4)** | **($19,568.9)** | **($14,171.9)** |
| | | | | |
| Publishing | ($326.7) | ($2,783.9) | ($2,927.4) | ($3,160.2) |
| Broadcasting | ($293.7) | ($1,002.4) | ($1,083.6) | ($1,258.9) |
| **Total EBITDA** | **($620.5)** | **($3,236.4)** | **($4,857.7)** | **($4,074.1)** |
| | | | | |
| **Cash Flow Available for Debt Repayment** | **($1,483.9)** | **($3,170.7)** | **($2,733.0)** | **($3,548.9)** |

VRC0019359

CONFIDENTIAL

**Divestiture Assumptions**

Sale of Assets    No

| Asset | Tribune Base Case | | | | | | Valuation OCF CHOOSE STAR | LIVE OCF | Multiple | Divest? | Gross Proceeds | Net Proceeds | Timing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | | | | | | | |
| **Publishing** | | | | | | | | | | | | | |
| Los Angeles | $195.1 | $165.6 | $145.7 | $132.5 | $122.2 | $113.1 | 1 | $195.1 | 12.0x | No | 0.0 | 0.0 | 6/15/2009 |
| New York | 86.1 | 78.5 | 67.7 | 61.3 | 56.3 | 51.9 | 1 | 86.1 | 12.0 | No | 0.0 | 0.0 | 6/15/2009 |
| Baltimore | 55.9 | 43.6 | 38.9 | 36.1 | 34.1 | 32.6 | 1 | 50.5 | 11.0 | No | 0.0 | 0.0 | 6/15/2009 |
| Tribune Media Services | 24.5 | 29.5 | 34.7 | 39.5 | 43.2 | 47.5 | 1 | 24.5 | 12.0 | No | 0.0 | 0.0 | 6/15/2009 |
| | | | | | | | | | | | | | |
| **B&E** | | | | | | | | | | | | | |
| Hartford | 10.0 | 11.5 | 11.6 | 11.9 | 11.1 | 11.5 | 1 | 10.3 | 12.5 | No | 0.0 | 0.0 | 6/15/2009 |
| Philadelphia | 11.1 | 11.5 | 13.7 | 15.2 | 13.1 | 13.1 | 1 | 11.1 | 12.5 | No | 0.0 | 0.0 | 6/15/2009 |
| Dallas | 23.0 | 18.8 | 18.9 | 16.6 | 18.2 | 18.7 | 1 | 23.0 | 12.5 | No | 0.0 | 0.0 | 6/15/2009 |
| Washington, D.C. | 13.4 | 11.7 | 11.9 | 12.3 | 11.1 | 11.5 | 1 | 13.4 | 12.5 | No | 0.0 | 0.0 | 6/15/2009 |
| Miami | 13.9 | 12.7 | 12.9 | 13.3 | 12.1 | 12.5 | 1 | 13.9 | 12.5 | No | 0.0 | 0.0 | 6/15/2009 |
| Sacramento | 11.7 | 11.5 | 12.9 | 13.1 | 13.3 | 13.5 | 1 | 11.7 | 12.5 | No | 0.0 | 0.0 | 6/15/2009 |
| St. Louis | 2.9 | 7.2 | 7.5 | 7.5 | 7.0 | 7.1 | 1 | 2.9 | nm | No | 0.0 | 0.0 | 6/15/2009 |
| San Diego | 6.5 | 6.2 | 6.3 | 6.5 | 6.0 | 6.1 | 1 | 6.5 | nm | No | 0.0 | 0.0 | 6/15/2009 |
| Harrisburg | 2.4 | 4.4 | 4.4 | 4.6 | 4.2 | 4.3 | 1 | 2.4 | 12.5 | No | 0.0 | 0.0 | 6/15/2009 |
| Radio | 11.8 | 11.6 | 12.7 | 13.3 | 12.2 | 12.6 | 1 | 11.8 | 15.0 | No | 0.0 | 0.0 | 6/15/2009 |
| Cable | 27.2 | 31.5 | 6.9 | 6.9 | 0.0 | 0.0 | 1 | 27.2 | 11.2 | Yes | 165.0 | 608.2 | 6/15/2009 |
| | | | | | | | | | | | | | |
| **Other** | | | | | | | | | | | | | |
| TMCT (Sale Of Assas Sales - Already Included In This Number) | | | | | | | | 0.0 | | No | 0.0 | 0.0 | 12/31/2007 |
| SCNI Real Estate (Non OA Asset Sales - Partial Proceeds are Included in This Number) | | | | | | | | 35.3 | | Yes | 25.0 | 25.0 | 1/7/2008 |
| Other Real Estate | | | | | | | | 25.3 | | Yes | 25.0 | 25.0 | 1/1/2008 |
| Comcast SportsNet | | | | | | | | 175.3 | | Yes | 375.0 | 238.9 | 1/31/2008 |
| CareerBuilder | | | | | | | | 2,987.3 | | No | 0.0 | 0.0 | 6/15/2009 |
| FN Food | | | | | | | | 168.9 | | No | 0.0 | 0.0 | 6/15/2009 |
| | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | **$896.0** | |
| | | | | | | | | | | | | | |
| 2007 | | | | | | | | | | | | 54.0 | |
| 2008 | | | | | | | | | | | | 896.0 | |
| 2009 | | | | | | | | | | | | 0.0 | |
| 2010 | | | | | | | | | | | | 0.0 | |
| 2011 | | | | | | | | | | | | 0.0 | |
| 2012 | | | | | | | | | | | | 0.0 | |
| 2013 | | | | | | | | | | | | 0.0 | |
| 2014 | | | | | | | | | | | | 0.0 | |
| 2015 | | | | | | | | | | | | 0.0 | |
| 2016 | | | | | | | | | | | | 0.0 | |
| 2017 | | | | | | | | | | | | 0.0 | |

VRC0019360

CONFIDENTIAL

## Controls and Drivers



| Hard coded data | | Formulaic data | | Links to other tabs and files | | Different formulaic data |

| Operating Case | 1 | Tribune Base Case |

### General Assumptions
| | |
|---|---|
| Corporate Tax Rate | 38.25% |
| Interest Rate on Cash | 3.0% |
| ROR on Investments | 10.0% |
| Min Cash Balance | $75 |
| Long-Term AFR Rate (Qtr) | 4.72% |
| Financing Fee Amortization Period | 7 Years |
| Exclude Cubs and Comcast for 2007 | No |

### Other Controls
| | |
|---|---|
| Sell Option to Redeem TMCT Real Estate (2008)? | No |
| Incremental Lease Payments | $22 |
| Assumed S-Corp Election Year | 2008 |
| With Step 2? | Yes |
| # TWX Shares Owned (mm) | 16 |
| TWX Stock Price | $16.65 |
| Market Value of TWX Stake | $266.4 |
| Book Value of PHONES | $1,264 |
| Market Value of PHONES | $998 |

### ESOP LBO Assumptions
| | | | |
|---|---|---|---|
| Contribution @ Stage 1 | $200 | $50 | $250 |
| Zell Contribution @ Exit | | | $275 |
| Zell Notes / PIK Interest? | | | Yes |
| Up-Front Dist. Method | | | Repurchase |
| Corporate Taxes | | | No |
| 401(k) Elim Cost Savings | | | $60 |

### Purchase Price Assumptions
| | |
|---|---|
| Purchase Price | $34.00 |
| Daily Ticking Fee | 8.00% |
| Transaction Close | 12/31/2007 |
| Ticking Fee Start Date | 12/31/2007 |
| Effective Ticking Fee | 0.00% |
| Effective Purchase Price | $34.00 |

### Other Step 2 Assumptions
| | |
|---|---|
| Sale Leasebacks? | No |
| Amount issued on 1/1/08 | $200 |
| A/R Securitization? | Yes |
| Amount issued on 1/1/08 | $300 |
| TMCT Mortgage Notes | Yes |
| Amount issued on 1/1/08 | $150 |
| Cash On Balance Sheet | Yes |
| Amount at 12/31/07 | $570 |
| Sweep TLX in 2007 | No |

### Debt Schedule Reset
| | |
|---|---|
| Reset Revolving Credit Facility | No |
| Bridge Loan | No |
| Reset Term Loan X | No |
| Reset Term Loan B | No |
| New Senior Notes | No |
| Sale Leasebacks | Yes |
| Asset Backed Notes | Yes |
| TMCT Mortgage Debt | Yes |

### Step 1 Financing Assumptions
| | | | | |
|---|---|---|---|---|
| Adj. EBITDA (Q1 2007) | $1,414 | | | Yes |

| | Tranche | Proceeds | Leverage | Rate | Fees |
|---|---|---|---|---|---|
| $750 | Revolving Credit Facility ($750mm) | 50 | 0.0x | L+250 | 1.63% |
| | New Term Loan X | 1,500 | 1.1 | L+250 | 1.63% |
| | New Term Loan B | 5,515 | 3.9 | L+300 | 1.63% |
| | Bridge/Note-Market Flex | 0 | 0.0 | L+225 | 2.25% |
| | New Senior Notes | 0 | 0.0 | 9.875% | 2.75% |
| | Roll Existing Debt | 1,519 | 1.1 | | |
| $262.6 | Total Debt | 998 | 0.7 | 2.000% | |
| 162.5 | Total Debt | $9,832 | 6.7x | | $130 |
| | New Delayed Draw Term Loan B ($260mm | 0 | 0.0x | L+250 | 1.63% |

<<--Still does not match the fees in the sources and uses
tabs off by about $3.5 million

### Step 2 Financing Assumptions
| | |
|---|---|
| Adj. EBITDA (Q4 2007) | $1,316 |

| Tranche | Proceeds | Leverage | Rate | Fees |
|---|---|---|---|---|
| Revolving Credit Facility ($750mm) | $0.0 | 0.0x | L+300 | 1.63% |
| Incremental Term Loan B | $2,105.0 | 1.6 | L+300 | 1.63% |
| Bridge Note | $1,600.1 | 1.2 | 15.250% | 1.25% |
| Existing Bank Debt | $6,462.4 | 4.9 | | |
| Existing Notes | $1,798.9 | 1.4 | | |
| PHONES | $707.4 | 0.5 | 2.000% | |
| Total Debt | $12,673.8 | 9.6x | | $66.2 |
| Zell PIK Notes | $225.0 | 0.2 | 4.804% | |
| Adjusted Total Debt | $12,898.8 | 9.8x | | |

### Interest Rate Sensitivity Assumptions
| | |
|---|---|
| LIBOR Bps Sensitivity | 0 |
| % of ILB Allocated to Floating Rate | 100% |

| Floating Rate | | Fixed Equiv | | Bridge Commitment | |
|---|---|---|---|---|---|
| L+250 | ==>>> | 7.56% | | Amount | Fees |
| L+275 | ==>>> | 7.81% | | $2,100 | 0.75% |
| L+300 | ==>>> | 8.06% | | | |
| L+325 | ==>>> | 8.31% | | | |

### Market Flex Scenarios
| | | |
|---|---|---|
| | | Yes |
| Market Flex? | | |
| Debt Tranche | Fully Marketed | Draw On Bridge |
| Incremental Term Loan B | $0.0 | $2,105.0 |
| Bridge/Note-Market Flex | $0.0 | $1,600.1 |
| Cash on Balance Sheet | $0.0 | $569.9 |
| New Senior Notes | $0.0 | $0.0 |
| Zell Investment / Option Proceeds | $0.0 | $459.0 |
| Total Uses | $0.0 | $4,734.1 |

### Downside Case Savings
| | |
|---|---|
| Elimination of Bonus Plan | $30 |
| Salary Freeze | 25 |
| VRC Adjustment | No |

### Other Adjustments
| | | |
|---|---|---|
| Severance Payments | $10 | As of year 2008 |

### Ownership Table
| | Basic | Diluted |
|---|---|---|
| Zell | 0% | 40% |
| Management | 0% | 8% |
| ESOP | 100% | 52% |

VRC0019361

CONFIDENTIAL

*Base Case / Downside Case - Case Comparison*

| Consolidated Company Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| *Revenue* | | | | | | | | | | |
| Base Case | $5,096.3 | $4,936.4 | $5,016.1 | $5,146.8 | $5,244.8 | $5,371.1 | $5,500.4 | $5,632.9 | $5,768.5 | $47,713.4 |
| Downside Case | $5,096.3 | $4,695.3 | $4,550.2 | $4,486.2 | $4,389.5 | $4,333.8 | $4,280.7 | $4,230.0 | $4,181.7 | $40,243.8 |
| $ Variance | $0.0 | ($241.1) | ($465.9) | ($660.6) | ($855.3) | ($1,037.2) | ($1,219.7) | ($1,402.9) | ($1,586.8) | ($7,469.5) |
| % Variance | 0.0% | -4.9% | -9.3% | -12.8% | -16.3% | -19.3% | -22.2% | -24.9% | -27.5% | -15.7% |
| *EBITDA* | | | | | | | | | | |
| Base Case | $1,191.4 | $1,193.3 | $1,236.8 | $1,282.1 | $1,298.6 | $1,348.8 | $1,382.7 | $1,417.4 | $1,453.0 | $11,804.2 |
| Downside Case | $1,191.4 | $1,145.0 | $1,093.7 | $1,086.5 | $1,030.1 | $1,022.6 | $1,015.3 | $1,008.6 | $1,002.4 | $9,595.6 |
| $ Variance | $0.0 | ($48.3) | ($143.2) | ($195.6) | ($268.5) | ($326.2) | ($367.4) | ($408.8) | ($450.6) | ($2,208.6) |
| % Variance | 0.0% | -4.0% | -11.6% | -15.3% | -20.7% | -24.2% | -26.6% | -28.8% | -31.0% | -18.7% |
| *Cash Available for Debt Repayment* | | | | | | | | | | |
| Base Case | $1,053.4 | $1,048.9 | $246.5 | $304.5 | $343.4 | $423.7 | $504.1 | $596.2 | $698.4 | $5,219.1 |
| Downside Case | $1,053.4 | $1,063.4 | $196.9 | $198.7 | $157.5 | $167.3 | $992.7 | $181.0 | $198.5 | $4,209.4 |
| $ Variance | $0.0 | $14.5 | ($49.7) | ($105.8) | ($185.9) | ($256.4) | $488.6 | ($415.1) | ($499.9) | ($1,009.6) |
| % Variance | 0.0% | 1.4% | -20.1% | -34.7% | -54.1% | -60.5% | 96.9% | -69.6% | -71.6% | -19.3% |
| *Guaranteed Debt / Covenant EBITDA* | | | | | | | | | | |
| Base Case | 7.72x | 6.77x | 6.32x | 6.13x | 5.75x | 5.24x | 4.82x | 4.34x | 3.98x | |
| Downside Case | 7.41x | 7.00x | 7.05x | 7.16x | 7.24x | 7.05x | 6.42x | 6.41x | 6.45x | |
| Covenant | 9.00x | 9.00x | 8.75x | 8.50x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x | |
| *Covenant EBITDA / Cash Interest* | | | | | | | | | | |
| Base Case | 3.23x | 1.41x | 1.50x | 1.55x | 1.60x | 1.71x | 1.82x | 1.97x | 2.14x | |
| Downside Case | 3.37x | 1.40x | 1.38x | 1.38x | 1.33x | 1.34x | 1.34x | 1.38x | 1.40x | |
| Covenant | 1.10x | 1.15x | 1.20x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | |
| *Total Debt [1]* | | | | | | | | | | |
| Base Case | $12,668.0 | $11,494.2 | $11,286.8 | $11,023.4 | $10,723.1 | $10,344.6 | $9,888.2 | $9,404.9 | $8,763.8 | |
| Downside Case | $12,668.0 | $11,479.7 | $11,322.0 | $11,164.3 | $11,049.8 | $10,927.8 | $9,982.8 | $9,915.6 | $9,774.4 | |
| $ Variance | $0.0 | ($14.5) | $35.2 | $140.9 | $326.8 | $583.2 | $94.6 | $510.7 | $1,010.6 | |
| % Variance | 0.0% | -0.1% | 0.3% | 1.3% | 3.0% | 5.6% | 1.0% | 5.4% | 11.5% | |

| Publishing Segment Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| *Revenue* | | | | | | | | | | |
| Base Case | $3,713.5 | $3,679.9 | $3,752.0 | $3,840.2 | $3,927.6 | $4,019.3 | $4,113.1 | $4,209.0 | $4,307.2 | $35,561.8 |
| Downside Case | $3,713.5 | $3,511.3 | $3,385.6 | $3,290.0 | $3,202.3 | $3,122.0 | $3,043.7 | $2,967.4 | $2,893.0 | $29,128.7 |
| $ Variance | $0.0 | ($168.6) | ($366.4) | ($550.2) | ($725.4) | ($897.3) | ($1,069.3) | ($1,241.6) | ($1,414.2) | ($6,433.1) |
| % Variance | 0.0% | -4.6% | -9.8% | -14.3% | -18.5% | -22.3% | -26.0% | -29.5% | -32.8% | -18.1% |
| *EBITDA* | | | | | | | | | | |
| Base Case | $817.8 | $786.1 | $814.2 | $844.2 | $874.8 | $906.3 | $927.5 | $949.1 | $971.3 | $7,891.4 |
| Downside Case | $817.8 | $745.8 | $691.9 | $666.3 | $644.6 | $628.6 | $613.5 | $598.7 | $584.3 | $5,991.7 |
| $ Variance | $0.0 | ($40.3) | ($122.3) | ($177.8) | ($230.2) | ($277.7) | ($314.0) | ($350.4) | ($387.0) | ($1,899.7) |
| % Variance | 0.0% | -5.1% | -15.0% | -21.1% | -26.3% | -30.6% | -33.9% | -36.9% | -39.8% | -24.1% |

| Broadcasting Segment Comparison [1] | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| *Revenue* | | | | | | | | | | |
| Base Case | $1,382.9 | $1,256.5 | $1,264.1 | $1,306.6 | $1,317.2 | $1,351.8 | $1,387.4 | $1,433.8 | $1,461.3 | $12,151.6 |
| Downside Case | $1,382.9 | $1,184.1 | $1,164.6 | $1,196.3 | $1,187.3 | $1,211.9 | $1,236.9 | $1,262.6 | $1,288.7 | $11,115.1 |
| $ Variance | $0.0 | ($72.5) | ($99.5) | ($110.4) | ($129.9) | ($140.0) | ($150.4) | ($161.3) | ($172.6) | ($1,036.4) |
| % Variance | 0.0% | -5.8% | -7.9% | -8.4% | -9.9% | -10.4% | -10.8% | -11.3% | -11.8% | -8.5% |
| *EBITDA* | | | | | | | | | | |
| Base Case | $415.2 | $418.5 | $463.9 | $479.3 | $465.0 | $483.8 | $496.5 | $509.6 | $523.0 | $4,291.9 |
| Downside Case | $415.2 | $385.5 | $388.0 | $406.5 | $371.8 | $380.3 | $388.1 | $396.2 | $404.1 | $3,536.0 |
| $ Variance | $0.0 | ($63.0) | ($75.9) | ($72.8) | ($93.2) | ($103.5) | ($108.4) | ($113.4) | ($118.6) | ($748.9) |
| % Variance | 0.0% | -14.1% | -16.4% | -15.2% | -20.1% | -21.4% | -21.8% | -22.3% | -22.7% | -17.6% |

VRC0019362

CONFIDENTIAL

Tribune_Model_VRC_v101.xlsx

## Step 1: Parent Financing Sources & Uses

| Sources | Total | % | Cumul. Leverage | Uses | Total | % |
|---|---|---|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0 | 0.0% | 0.0x | Share Repurchase | $4,289 | 43.8% |
| New Term Loan B | 5,515 | 56.4 | 3.9 | Refinance Existing Debt | 2,825 | 28.9 |
| New Term Loan X | 1,500 | 15.3 | 5.0 | Roll Existing Debt | 1,519 | 15.5 |
| New Delayed Draw Term Loan B ($263mm) | 0 | 0.0 | 5.0 | PHONES | 998 | 10.2 |
| Bridge/Note-Market Flex | 0 | 0.0 | 5.0 | Financing Fees | 134 | 1.4 |
| New Senior Notes | 0 | 0.0 | 5.0 | Cash Added to Balance Sheet | 17 | 0.2 |
| Roll Existing Debt | 1,519 | 15.5 | 6.0 | | | |
| PHONES | 998 | 10.2 | 6.7 | | | |
| Zell Investment | 250 | 2.6 | | | | |
| **Total Sources** | **$9,782** | **100.0%** | **6.7x** | **Total Uses** | **$9,782** | **100.0%** |

| | | | | | TRUE |
|---|---|---|---|---|---|
| Leverageable EBITDA | | | $1,414 | **Share Repurchase** | |
| | | | | Total Share Repurchase Amount | $4,289 |
| | | | | Repurchase Price per Share | $34.00 |
| | | | | **No. of Shares Repurchased** | 126.2 |
| | | | | PF Shares Fully Diluted Share O/S (excl. Zell shares) | 125.3 |
| | | | | Zell Common Shares Issued at $34.00/sh | 1.5 |
| | | | | PF Basic Shares O/S (incl. Zell shares) | 116.0 |

## Step 2: Acquisition Sources & Uses

| Sources | Total | % | Cumulative Leverage | Uses | Total | % |
|---|---|---|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0.0 | 0.0% | 0.0x | Purchased Equity (excluding Zell Shares) | $4,260.1 | 31.1% |
| Existing Bank Debt | $6,462.4 | 47.2 | 4.9 | Existing Bank Debt | $6,462.4 | 47.2 |
| Incremental Term Loan B | $2,105.0 | 15.4 | 6.5 | Existing Notes | $1,798.9 | 13.1 |
| New Senior Notes | $0.0 | 0.0 | 7.7 | PHONES | $707.4 | 5.2 |
| Existing Notes | $1,798.9 | 13.1 | 9.1 | Financing and Other Fees | $120.0 | 0.9 |
| PHONES | $707.4 | 5.2 | 9.6 | Redeem Zell Exchange Notes | $200.0 | 1.5 |
| Option Proceeds | $144.0 | 1.1 | | Redeem Zell Common Equity | $50.0 | 0.4 |
| Zell Investment | $315.0 | 2.3 | | Cash Distributions Triggered by | $104.0 | 0.8 |
| **Total Sources** | **$13,702.7** | **100.0%** | **9.6x** | **Total Uses** | **$13,702.7** | **100.0%** |
| Less: Cash Proceeds from Cubs / Comcast | $0 | | | | | |
| **Total PF Debt at Q4 '07** | **$12,674** | | **9.9x** | | | |
| Less: PV of Tax Savings | 0 | | | | | |
| **Total Adj. Debt at Q4 '07** | **$12,899** | | **9.8x** | | | |

| Share Repurchase | Total |
|---|---|
| Total Share Repurchase Amount | $4,260.1 |
| Zell Share Repurchase Amount | $50.0 |
| Repurchase Price per Share | $34.00 |
| **No. of Basic Shares (incl. Zell) + Vested Shares** | 126.8 |

VRC0019363

CONFIDENTIAL



VRC0019364

CONFIDENTIAL

Tribune_Model_VRC_v101.xlsx

| Step 1: Initial Repurchase Assumptions | |
|---|---|
| Current Share Price | $30.07 |
| Basic Shares | 243.6 |
| **Fully Diluted Shares** | **243.6** |
| | |
| **Dividend / Fully Diluted Share** | **$17.61** |
| FD Shares | 243.6 |
| **Cash Distribution** | **$4,289** |
| # of Shares Repurchased | 126.2 |

| Q2 Share Adjustments | |
|---|---|
| Shares Post Repurchase | 117.4 |
| Exercise of Options | (0.5) |
| **Shares at 12/31/07** | **117.0** |

| Step 2: Acquisition Assumptions | |
|---|---|
| Base Acquisition Price | $34.00 |
| Additional Ticking Fee | 0.00 |
| **Acquisition Share Price** | **$34.00** |
| Basic Shares | 117.0 |
| RSU (06 + 07) | 2.9 |
| ITM Options | 5.5 |
| **Fully Diluted Shares** | **125.3** |
| **Adj. Acquisition Share Price** | **$16.39** |

| Purchase Price of Equity | $4,260 |
|---|---|
| Proceeds from Options Exer | (144) |
| Tax Benefits | 0 |
| **Net Cash Required** | **$4,116** |

| | | | @ Acquisition Price | |
|---|---|---|---|---|
| Options | Shares | Strike | ITM | Proceeds |
| Tranche 1 | 5.5 | 26.27 | 5.5 | 144 |
| | **5.5** | | **5.5** | **$144** |

VRC0019365

CONFIDENTIAL

Tribune_Model_VRC_v101.xlsx

| Pro Forma Capitalization | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Pro Forma 3/31/2007 | Pro Forma 6/30/2007 | Projected 9/30/2007 | Q4 Adjustments | Projected 12/31/2007 | Step Two Adjustments | Pro Forma 12/31/2007 |
| Revolving Credit Facility | -- | -- | -- | -- | -- | -- | $0.0 |
| Term Loan B | $5,515 | 5,515 | 5,515 | ($28) | 5,487 | 2,105 | $7,592.4 |
| Bridge Note | -- | -- | -- | -- | -- | $1,600 | $1,600.1 |
| Term Loan X | 1,500 | 1,400 | 1,400 | (425) | 975 | -- | $975.0 |
| **Guaranteed Debt** | **$7,015** | **$6,915** | **$6,915** | **$0** | **$6,462** | **$0** | **$10,167.5** |
| Medium Term Notes | 263 | 263 | 263 | -- | 263 | -- | $262.6 |
| Existing Notes | 1,166 | 1,166 | 1,166 | -- | 1,166 | -- | $1,165.7 |
| A/R Securitization | -- | -- | -- | 300 | $300 | -- | $300.0 |
| Capitalized Real Estate Obligation | 51 | 46 | 41 | (5) | 37 | -- | $36.6 |
| Swaps and Other Obligations | 40 | 34 | 34 | -- | 34 | -- | $34.0 |
| **Senior Debt** | **$8,534** | **$8,423** | **$8,419** | **--** | **$8,261** | **--** | **$11,966.4** |
| Zell PIK Notes | $200 | $202 | $204 | (4) | $200 | 25 | $225.0 |
| **Subtotal Debt** | **$9,442** | **$9,097** | **$9,097** | **$0** | **$8,938** | **$0** | **$12,191.4** |

**Adjustment for PHONES:**

| | | |
|---|---|---|
| Add back the PV of liabilities | | $707.4 |
| **Adjusted Total Debt Value** | | **$12,898.8** |

VRC0019366

CONFIDENTIAL

VRC Comparison Analysis
of Recently Updated Tribune Performance
7/22/2009

| Q3 Comparison | Proj. | Act. | Variance $ | % |
|---|---|---|---|---|
| Publishing | | | | |
| Revenues | $876.2 | $870.8 | ($5.4) | -0.6% |
| Expenses | $702.9 | $697.3 | ($5.6) | -0.8% |
| EBITDA | $173.4 | $173.5 | $0.1 | 0.1% |
| | | | | |
| B&E | | | | |
| Revenues | $385.8 | $406.1 | $20.3 | 5.3% |
| Expenses | $275.9 | $275.6 | ($0.3) | -0.1% |
| EBITDA | $110.0 | $130.5 | $20.5 | 18.7% |
| | | | | |
| Corporate | ($10.6) | ($11.3) | ($0.7) | 6.4% |
| | | | | |
| Consolidated EBITDA | $272.7 | $292.7 | $20.0 | 7.3% |

| Q4 Comparison | Proj. | 2006 | Variance $ | % |
|---|---|---|---|---|
| Publishing | | | | |
| Revenues | $985.4 | $980.2 | $5.2 | 0.5% |
| Expenses | $734.7 | $729.8 | $4.9 | 0.7% |
| EBITDA | $250.0 | $250.4 | $0.2 | 0.1% |
| | | | | |
| B&E | | | | |
| Revenues | $321.1 | $321.4 | ($0.3) | -0.1% |
| Expenses | $214.6 | $216.4 | ($1.8) | -0.8% |
| EBITDA | $106.5 | $105.0 | $1.5 | 1.4% |
| | | | | |
| Corporate | ($10.1) | ($11.2) | $1.1 | -9.6% |
| | | | | |
| Consolidated EBITDA | $347.0 | $344.2 | $2.8 | 0.8% |

| P10 Revenue Comparison | Proj. | Act. | Variance $ | % |
|---|---|---|---|---|
| Retail | $99.0 | $96.9 | ($2.1) | -2.1% |
| National | $56.5 | $54.5 | ($2.0) | -3.6% |
| | | | | |
| Help Wanted | $23.9 | $20.2 | ($3.7) | -15.3% |
| Auto | $17.1 | $17.9 | $0.8 | 5.0% |
| Real Estate | $25.4 | $22.7 | ($2.7) | -10.4% |
| Other | $9.5 | $10.1 | $0.6 | 6.6% |
| Total Classified | $75.9 | $71.1 | ($4.8) | -6.4% |
| Total Advertising | $231.4 | $222.4 | ($9.0) | -3.9% |
| Circulation | $40.6 | $40.0 | ($0.6) | -1.6% |
| Other | $23.2 | $24.3 | $1.1 | 4.9% |
| Total Publishing | $295.2 | $286.7 | ($8.5) | -2.9% |
| | | | | |
| TV | $89.5 | $89.6 | $0.1 | 0.1% |
| Radio/Entertainment | $7.7 | $6.5 | ($1.2) | -15.1% |
| Total B&E | $97.2 | $96.1 | ($1.1) | -1.1% |
| Consolidated Revenues | $392.4 | $382.8 | ($9.6) | -2.4% |

| P11 Revenue Comparison | Proj. | 2006 | Variance $ | % |
|---|---|---|---|---|
| Retail | $99.0 | $96.9 | $2.1 | 2.2% |
| National | $56.5 | $54.5 | $2.0 | 3.8% |
| | | | | |
| Help Wanted | $23.9 | $20.2 | $3.7 | 18.1% |
| Auto | $17.1 | $17.9 | ($0.8) | -4.7% |
| Real Estate | $25.4 | $22.7 | $2.7 | 11.7% |
| Other | $9.5 | $10.1 | ($0.6) | 6.2% |
| Total Classified | $75.9 | $71.1 | $4.8 | 6.8% |
| Total Advertising | $231.4 | $222.4 | $9.0 | 4.0% |
| Circulation | $40.6 | $40.0 | $0.6 | 1.6% |
| Other | $23.2 | $24.3 | ($1.1) | -4.6% |
| Total Publishing | $295.2 | $286.7 | $8.5 | 3.0% |
| | | | | |
| TV | $89.5 | $89.6 | ($0.1) | -0.1% |
| Radio/Entertainment | $7.7 | $6.5 | $1.2 | 17.7% |
| Total B&E | $97.2 | $96.1 | $1.1 | 1.1% |
| Total Consolidated Revenues | $392.4 | $382.8 | $9.6 | 2.5% |

| P10 Expense Comparison | Projected | Actual | Variance $ | % |
|---|---|---|---|---|
| Newsprint & Ink | $31.4 | $30.7 | ($0.7) | -2.3% |
| Compensation | $96.9 | $90.5 | ($6.4) | 6.6% |
| Other Cash | $102.2 | $101.9 | ($0.3) | -0.3% |
| Total Publishing Expense | $230.5 | $223.1 | ($7.4) | -3.2% |
| | | | | |
| Broadcast Rights | $27.1 | $27.1 | ($0.0) | -0.1% |
| Compensation | $22.3 | $21.8 | ($0.5) | -2.2% |
| Other Cash | $16.3 | $16.7 | $0.4 | 2.2% |
| Total B&E Expense | $65.7 | $65.5 | ($0.2) | -0.2% |
| | | | | |
| Corporate | $3.6 | $3.6 | $0.0 | 0.0% |
| | | | | |
| Consolidated Expense | $299.8 | $292.2 | ($7.5) | -2.5% |

| P11 Expense Comparison | Projected | 2006 | Variance $ | % |
|---|---|---|---|---|
| Newsprint & Ink | $31.4 | $30.7 | $0.7 | 2.3% |
| Compensation | $96.9 | $90.5 | $6.4 | 7.0% |
| Other Cash | $102.2 | $101.9 | $0.3 | 0.3% |
| Total Publishing Expense | $230.5 | $223.1 | $7.4 | 3.3% |
| | | | | |
| Broadcast Rights | $27.1 | $27.1 | $0.0 | 0.1% |
| Compensation | $22.3 | $21.8 | $0.5 | 2.2% |
| Other Cash | $16.3 | $16.7 | ($0.4) | -2.2% |
| Total B&E Expense | $65.7 | $65.5 | $0.2 | 0.2% |
| | | | | |
| Corporate | $3.6 | $3.6 | $0.0 | 0.0% |
| | | | | |
| Consolidated Expense | $299.8 | $292.2 | $7.5 | 2.6% |

| P10 EBITDA Comparison | Proj. | Act. | Variance $ | % |
|---|---|---|---|---|
| Publishing | $64.7 | $63.6 | ($1.1) | -1.7% |
| B&E | $31.5 | $30.6 | ($0.9) | 2.9% |
| Corporate | ($3.6) | ($3.6) | $0.0 | 0.0% |
| Consolidated EBITDA | $92.6 | $90.5 | ($2.0) | -2.2% |

| P11 EBITDA Comparison | Proj. | 2006 | Variance $ | % |
|---|---|---|---|---|
| Publishing | $64.7 | $63.6 | $1.1 | 1.8% |
| B&E | $31.5 | $30.6 | $0.9 | 3.0% |
| Corporate | ($3.6) | ($3.6) | $0.0 | 0.0% |
| Consolidated EBITDA | $92.6 | $90.6 | $2.0 | 2.3% |

| P10 Comparison | Projected | Actual | Variance $ | % |
|---|---|---|---|---|
| Cash Received from Equity Investments | $5.2 | $8.8 | $3.6 | 68.7% |

VRC0019367

CONFIDENTIAL

**Determination of Accounting / Cash Taxes**

**Year Ending December 31**

| | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Determination Of Accounting Taxes:** | | | | | | | | | | | | | | | | |
| Pre-tax income | $446 | $69 | $231 | $331 | $293 | $338 | $399 | $491 | $596 | $720 | $874 | $1,031 | $1,206 | $1,416 | $1,679 | $1,919 |
| Statutory Tax (39.0%) | 150 | 17 | 46 | 67 | 81 | 111 | 140 | 172 | 209 | 251 | 305 | 361 | 422 | 496 | 569 | 672 |
| Medicare Rebate Benefit | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) |
| 40.6% Dividend Benefit | (1) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| State / Local Taxes (4.1%) | 18 | 7 | 5 | 8 | 10 | 14 | 16 | 20 | 24 | 30 | 36 | 43 | 49 | 58 | 66 | 76 |
| Miscellaneous | 5 | 5 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sec. 199 base case (3%, 06, 6% '07-'09, 9% 10) | (4) | (2) | (1) | (3) | (5) | (7) | (9) | (11) | (13) | (16) | (19) | (22) | (26) | (31) | (36) | (42) |
| Sec. 199 impact of incremental interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tax Credits | (0) | (0) | (5) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) |
| Subtotal | $166 | $16 | $48 | $74 | $91 | $115 | $145 | $179 | $218 | $263 | $320 | $379 | $443 | $521 | $598 | $708 |
| Effective Tax Rate before interest | 54.5% | 32.5% | 66.7% | 38.9% | 33.9% | 33.2% | 36.8% | 36.5% | 36.5% | 36.6% | 36.7% | 36.7% | 36.7% | 36.8% | 35.8% | 36.8% |
| Tax Benefit - Non Operating Other Items | ($89.4) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Tax Benefit - Special Charges | ($20.2) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Interest on reserves | 0 | 6 | 6 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| Total | $101 | $22 | $54 | $81 | $90 | $122 | $152 | $186 | $224 | $270 | $327 | $385 | $450 | $527 | $604 | $713 |
| Reported effective tax rate | 23.0% | 44.1% | -11.4% | 42.4% | 30.8% | 33.8% | 38.0% | 37.8% | 37.7% | 37.5% | 37.4% | 37.4% | 37.3% | 37.2% | 37.1% | 37.2% |
| | | | | | | | | | | | | | | | | |
| **Determination Of Cash Taxes:** | | | | | | | | | | | | | | | | |
| Pre-Tax Income | $446 | $69 | $231 | $331 | $293 | $338 | $399 | $491 | $596 | $720 | $874 | $1,031 | $1,206 | $1,416 | $1,679 | $1,919 |
| Plus: Non-Cash 401(k) savings | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Plus: Stock-Based Compensation | 41 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pre-Tax Book Income (b/f Stock-Based Compe | $486 | $69 | $231 | $331 | $293 | $338 | $399 | $491 | $596 | $720 | $874 | $1,031 | $1,206 | $1,416 | $1,679 | $1,919 |
| PHONES interest | (184.4) | (145.7) | (157.9) | (171.1) | (184.8) | (197.5) | (210.9) | (224.0) | (237.2) | (250.4) | (263.7) | (276.9) | (290.1) | (303.3) | (316.6) | (329.8) |
| PHONES interest - disallowance | 48.0 | 55.8 | 56.8 | 64.1 | 68.5 | 72.8 | 77.2 | 81.5 | 85.9 | 90.3 | 94.6 | 99.0 | 103.3 | 107.7 | 112.0 | 116.4 |
| ESOP Loan Principal Payments | 0.0 | (47.8) | (16.2) | (7.1) | (5.8) | (3.1) | (2.5) | (2.4) | (2.5) | (2.7) | (2.8) | (2.9) | (3.1) | (5.2) | (3.4) | (3.6) |
| ESOP/401(k) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Stock options | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Unqualified Disposition | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Medicare Rebate Benefit | 0.0 | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) |
| Tax Leakage on Eagle Dividends | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Additional Tax Leakage on Eagle Dividends | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Permanent M-1's | 0.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 |
| Section 199 Deduction | (11.4) | (5.7) | (0.6) | (8.6) | (14.4) | (13.7) | (24.7) | (30.4) | (36.9) | (44.5) | (54.1) | (63.0) | (74.6) | (87.6) | (100.0) | (118.7) |
| Depreciation | 0.0 | 75.0 | 65.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| Amortization | 0.0 | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) |
| Pension | 0.0 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 |
| Post retirement | 0.0 | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) |
| Deferred Comp | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Broadcast Right Reserve | 0.0 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 |
| Self insurance | 0.0 | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) |
| Bad debt | 0.0 | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) |

CONFIDENTIAL

| Year Ending December 31 | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Estimated Schedule M1+ other | 0.0 | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) |
| Other Adjustments | 83.8 | 24.2 | 15.8 | 6.3 | 0.5 | (4.8) | (9.8) | (15.5) | (21.9) | (29.6) | (39.1) | (48.9) | (58.7) | (72.7) | (89.0) | (109.8) |
| Taxable Income - State | $389 | ($64) | $32 | $83 | $114 | $187 | $256 | $361 | $420 | $527 | $663 | $801 | $957 | $1,114 | $1,382 | $1,598 |
| State NOL (Used) | 0.0 | 0.0 | (32.0) | (32.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| State tax deduction (2.6%) | (10.7) | 0.0 | (1.0) | (1.3) | (1.7) | (5.1) | (5.6) | (8.4) | (10.5) | (13.5) | (16.0) | (19.1) | (22.5) | (27.6) | (32.0) | 0.0 |
| Taxable Income - Federal (excl. State NOLs) | 389.9 | (64.1) | 32.0 | 81.3 | 114.4 | 181.9 | 248.1 | 324.3 | 411.5 | 518.0 | 649.4 | 785.1 | 957.3 | 1,121.4 | 1,334.1 | 1,500.2 |
| Federal tax rate | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% |
| Federal NOL (Used) | 0.0 | 0.0 | (32.0) | (32.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Federal taxes | 129.5 | 0.0 | 0.0 | 17.6 | 40.0 | 63.0 | 86.9 | 113.5 | 144.0 | 180.9 | 227.3 | 274.3 | 335.1 | 392.5 | 470.2 | 520.7 |
| **Federal tax credits** | | | | | | | | | | | | | | | | |
| Low income housing | (32) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Foreign tax credit | (0.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| State taxes | 18.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Adjustment | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | 0.0 | 0.0 | 0.0 | | | | | | | | | | | | |
| Federal and state taxes | $144.4 | $0.0 | $0.0 | $17.6 | $39.0 | $63.0 | $86.9 | $113.5 | $144.0 | $180.8 | $227.3 | $274.3 | $328.1 | $392.5 | $474.0 | $548.2 |
| Implied Cash Tax Rate | 32.4% | 0.0% | 0.0% | 9.2% | 16.7% | 23.1% | 21.8% | 23.1% | 24.2% | 25.1% | 26.0% | 26.7% | 27.2% | 27.7% | 28.2% | 28.6% |
| | | | | | | | | | | | | | | | | |
| S-Corp. Election | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| | | | | | | | | | | | | | | | | |
| **State NOL Schedule:** | | | | | | | | | | | | | | | | |
| Beginning NOL | | $0 | $64 | $32 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| NOL Created | | 64 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NOL Used | | 0 | (32) | (32) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending NOL | $0 | $64 | $32 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | | | | | | | | | | | |
| **Federal NOL Schedule:** | | | | | | | | | | | | | | | | |
| Beginning NOL | | $0 | $64 | $32 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| NOL Created | | 64 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NOL Used | | 0 | (32) | (32) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending NOL | $0 | $64 | $32 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

| PV of Tax Savings | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Taxes Saved on S Corp - ESOP[1] | $0.0 | $0.0 | $17.6 | $39.0 | $64.3 | $98.5 | $115.5 | $144.0 | $183.8 | $227.3 | $274.8 | $328.1 | $380.5 | $474.0 | $548.3 |
| Discount Rate[2] | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% |
| PV Factor | 0.93 | 0.80 | 0.69 | 0.59 | 0.51 | 0.44 | 0.38 | 0.33 | 0.28 | 0.24 | 0.21 | 0.18 | 0.16 | 0.13 | 0.12 |
| PV of Projected Period Taxes Saved as an S-Corp - ESOP | $0.0 | $0.0 | $12.1 | $23.3 | $32.3 | $39.4 | $43.3 | $47.3 | $51.2 | $55.5 | $57.0 | $59.5 | $61.4 | $63.9 | $63.7 |

| PV of Penalty Tax Savings Sensitivity Table | | | |
|---|---|---|---|
| | 17.0% | 16.0% | 15.0% |
| 0.5% | $205.4 | $247.9 | $309.4 |
| 0.8% | $209.3 | $252.5 | $306.5 |
| 1.0% | $211.1 | $257.4 | $312.7 |

| Total Tax Savings Summary | | | |
|---|---|---|---|
| | Low | – | High |
| Projected Period Tax Savings | $619.2 | | $610.2 |
| Perpetuity Tax Savings | $239.6 | | $325.6 |
| Total PV of Tax Savings | $851.8 | | $996.1 |

VRC0019369