CONFIDENTIAL



VRC0019370

CONFIDENTIAL

TRIBUNE COMPANY
FIVE YEAR PROJECTED FINANCIAL INFORMATION and KEY CREDIT STATISTICS & RATIOS
($ in millions)

Tribune Base Case vs. Tribune Base Case

| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Publishing | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Broadcasting & Entertainment | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Operating Revenues** | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| | | | | | | | | | | | |
| Publishing | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Broadcasting & Entertainment | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Corporate | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Less: Elimination of Bonus Plan | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Less: Salary Freeze | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Less: Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Operating Expenses** | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| | | | | | | | | | | | |
| Publishing | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Plus: Comm. Delivery and Infrastructure S. | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Total Publishing | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Broadcasting & Entertainment (excl. Cubs) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Corporate / Other | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total EBITDA** | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| | | | | | | | | | | | |
| Plus: Cash From Equity Investments | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $3.0 | $7.5 | $14.1 | $23.3 | $35.8 |
| Plus: Cash Savings From 401K Contributions | ($40.0) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Plus: Interest Income | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Less: Change in Working Capital | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Less: Severance Payments | ($7.7) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Covenant Adjusted EBITDA** | ($47.7) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $3.0 | $7.5 | $14.1 | $23.3 | $35.8 |
| | | | | | | | | | | | |
| Less: Cash Savings From 401K Contributions | $40.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Less: Dividends | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Less: Cash Taxes | $0.0 | $0.0 | $0.7 | $0.7 | $0.1 | $0.2 | $0.2 | $0.3 | $0.3 | $0.2 | $0.0 |
| Less: Cash Interest Expense | $0.0 | ($53.4) | $8.7 | $4.6 | $0.4 | ($3.5) | ($7.5) | ($13.8) | ($20.2) | ($23.5) | ($23.5) |
| Plus: PHONES Cash Interest Deferral | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Less: Other | $0.0 | ($22.0) | $60.1 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Operating Cash Flow** | ($7.7) | ($75.4) | $69.5 | $5.3 | $0.6 | ($3.3) | ($4.3) | ($6.1) | ($5.8) | $0.1 | $12.2 |
| Less: Capex | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Free Cash Flow** | ($7.7) | ($75.4) | $69.5 | $5.3 | $0.6 | ($3.3) | ($4.3) | ($6.1) | ($5.8) | $0.1 | $12.2 |
| | | | | | | | | | | | |
| Plus: Proceeds from Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Less: Investments | $0.0 | $16.0 | $9.0 | $8.0 | $5.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Plus: Bender Proceeds | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Net Free Cash Flow** | ($7.7) | ($59.4) | $78.5 | $13.3 | $5.6 | ($3.3) | ($4.3) | ($6.1) | ($5.8) | $0.1 | $12.2 |
| | | | | | | | | | | | |
| Other | $2,526.2 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $6,215.2 | $1,695.7 | $0.0 | $0.0 |
| **Cash Available for Debt Repayment** | $1,842.6 | ($170.1) | $0.8 | ($514.4) | ($72.3) | ($82.1) | ($165.1) | ($6.7) | ($397.8) | ($62.7) | ($50.5) |

VRC0019371

CONFIDENTIAL

| Aggregate |
|---|
| $0.0 |
| $0.0 |
| $0.0 |
| **$0.0** |
| $0.0 |
| $0.0 |
| $0.0 |
| $0.0 |
| $0.0 |
| $0.0 |
| **$0.0** |
| $0.0 |
| $0.0 |
| $0.0 |
| $0.0 |
| $0.0 |
| $0.0 |
| **$0.0** |
| $83.6 |
| ($40.0) |
| $0.0 |
| $0.0 |
| ($7.7) |
| **$36.0** |
| $40.0 |
| $0.0 |
| $2.7 |
| ($131.7) |
| $0.0 |
| $38.1 |
| **($14.9)** |
| $0.0 |
| **($14.9)** |
| $0.0 |
| $38.0 |
| $0.0 |
| **$23.1** |
| $10,437.2 |
| $321.6 |

VRC0019372

## Tribune Base Case

Consolidated Approach: Yes    Bottoms Up Approach: No

| | Total Publishing | | | | | | | | | | Growth Rates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| Retail | $1,231.0 | $1,231.5 | $1,237.2 | $1,242.5 | $1,255.6 | $1,267.4 | $1,296.9 | $1,327.2 | $1,358.2 | $1,389.9 | $1,422.5 | -3.9% | 0.0% | 0.5% | 0.4% | 1.0% | 0.9% |
| National | $661.7 | $651.6 | $636.1 | $620.1 | $611.1 | $598.7 | $612.7 | $627.0 | $641.6 | $656.6 | $671.9 | -5.0% | -1.5% | -2.4% | -2.5% | -1.4% | -2.0% |
| Classified | $739.3 | $650.5 | $637.2 | $625.1 | $604.5 | $579.8 | $593.3 | $607.1 | $621.3 | $635.8 | $650.6 | -21.2% | -12.0% | -2.0% | -1.9% | -3.3% | -4.1% |
| Interactive | $262.0 | $318.0 | $406.3 | $507.9 | $603.8 | $712.5 | $729.1 | $746.1 | $763.5 | $781.3 | $799.6 | 15.9% | 21.4% | 27.8% | 25.0% | 18.9% | 18.0% |
| Circulation | $528.1 | $511.1 | $495.4 | $479.9 | $464.6 | $449.8 | $460.3 | $471.0 | $482.0 | $493.2 | $504.8 | -5.2% | -3.2% | -3.1% | -3.1% | -3.2% | -3.2% |
| Other | $270.6 | $317.1 | $339.7 | $364.7 | $388.1 | $411.2 | $420.8 | $430.6 | $440.5 | $450.9 | $461.4 | 6.8% | 17.2% | 7.1% | 7.3% | 6.4% | 6.0% |
| Total Revenues | $3,692.6 | $3,679.9 | $3,752.0 | $3,840.2 | $3,927.6 | $4,019.3 | $4,113.1 | $4,209.0 | $4,307.2 | $4,407.7 | $4,510.6 | -6.6% | -0.3% | 2.0% | 2.4% | 2.3% | 2.3% |
| Direct Pay | $1,012.8 | $1,031.1 | $1,043.8 | $1,057.7 | $1,069.9 | $1,081.8 | $1,107.0 | $1,132.8 | $1,159.3 | $1,186.3 | $1,214.0 | -0.6% | 1.8% | 1.2% | 1.3% | 1.1% | 1.1% |
| Benefits excl Retirement | $190.3 | $190.2 | $194.9 | $197.8 | $200.0 | $202.2 | $207.0 | $211.8 | $216.7 | $221.8 | $227.0 | -0.1% | -0.1% | 2.5% | 1.5% | 1.1% | 1.1% |
| Retirement | $21.4 | $41.5 | $41.9 | $42.3 | $42.7 | $43.1 | $44.1 | $45.2 | $46.2 | $47.3 | $48.4 | -69.0% | 93.6% | 0.8% | 1.1% | 1.0% | 1.0% |
| Total Compensation | $1,224.5 | $1,262.8 | $1,280.6 | $1,297.9 | $1,312.4 | $1,327.1 | $1,358.1 | $1,389.8 | $1,422.2 | $1,455.4 | $1,489.4 | -4.2% | 3.1% | 1.4% | 1.3% | 1.1% | 1.1% |
| Newsprint & Ink | $412.3 | $376.1 | $382.9 | $391.8 | $402.8 | $414.2 | $423.9 | $433.8 | $443.9 | $454.3 | $464.9 | -16.3% | -8.8% | 1.8% | 2.3% | 2.8% | 2.8% |
| Outside Services | $312.1 | $320.4 | $329.6 | $347.2 | $364.6 | $383.2 | $392.2 | $401.3 | $410.7 | $420.3 | $430.1 | 2.5% | 2.7% | 2.9% | 5.3% | 5.0% | 5.1% |
| TMC Postage | $123.6 | $118.6 | $117.8 | $118.5 | $118.9 | $119.3 | $122.1 | $125.0 | $127.9 | $130.9 | $133.9 | 3.6% | -4.0% | -0.7% | 0.6% | 0.3% | 0.4% |
| Other Circulation Expenses | $347.3 | $356.5 | $360.1 | $360.9 | $361.8 | $362.8 | $371.3 | $380.0 | $388.8 | $397.9 | $407.2 | -0.5% | 2.7% | 1.0% | 0.2% | 0.3% | 0.3% |
| Promotion | $99.3 | $101.0 | $106.3 | $108.9 | $112.4 | $116.1 | $118.8 | $121.6 | $124.4 | $127.3 | $130.3 | -1.2% | 1.6% | 5.3% | 2.4% | 3.2% | 3.3% |
| Other Cash Expenses | $346.0 | $349.1 | $351.2 | $361.7 | $370.8 | $381.0 | $389.9 | $399.0 | $408.3 | $417.8 | $427.6 | -1.7% | 0.9% | 0.6% | 3.0% | 2.5% | 2.8% |
| TPC Group | $9.4 | $9.3 | $9.3 | $9.2 | $9.1 | $9.1 | $9.3 | $9.5 | $9.7 | $9.9 | $10.2 | | | | | | |
| Operating Cash Flow | $818.2 | $786.1 | $814.2 | $844.2 | $874.8 | $906.3 | $927.5 | $949.1 | $971.3 | $993.9 | $1,017.1 | -13.6% | -3.9% | 3.6% | 3.7% | 3.6% | 3.6% |

VRC0019373

| | Broadcasting and Entertainment Revenues | | | | | | | | | | Growth Rates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| Total B&E Revenue | $1,164.1 | $1,255.5 | $1,264.1 | $1,306.6 | $1,317.2 | $1,351.8 | $1,387.4 | $1,423.8 | $1,461.3 | $1,499.7 | $1,539.1 | -4.7% | 7.9% | 0.6% | 3.4% | 0.8% | 2.6% |
| Total B&E Expenses | $780.4 | $808.0 | $800.2 | $827.4 | $852.1 | $868.0 | $890.8 | $914.3 | $938.3 | $963.0 | $988.3 | -0.9% | 3.5% | -1.0% | 3.4% | 3.0% | 1.9% |
| Total B&E Operating Cash Flow | $383.7 | $448.5 | $463.9 | $479.3 | $465.0 | $483.8 | $496.5 | $509.6 | $523.0 | $536.7 | $550.9 | -11.6% | 16.9% | 3.4% | 3.3% | -3.0% | 4.0% |

| | Consolidated Company | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
| Publishing | $3,692.6 | $3,679.9 | $3,752.0 | $3,840.2 | $3,927.6 | $4,019.3 | $4,113.1 | $4,209.0 | $4,307.2 | $4,407.7 | $4,510.6 |
| B&E | $1,164.1 | $1,255.5 | $1,264.1 | $1,306.6 | $1,317.2 | $1,351.8 | $1,387.4 | $1,423.8 | $1,461.3 | $1,499.7 | $1,539.1 |
| Total Revenues | $4,856.7 | $4,936.4 | $5,016.1 | $5,146.8 | $5,244.8 | $5,371.1 | $5,500.4 | $5,632.9 | $5,768.5 | $5,907.4 | $6,049.7 |
| Publishing | $2,874.4 | $2,893.8 | $2,937.8 | $2,996.0 | $3,052.8 | $3,112.9 | $3,185.6 | $3,259.9 | $3,336.0 | $3,413.8 | $3,493.5 |
| Comm. Delivery and Other Savings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| B&E | $780.4 | $808.0 | $800.2 | $827.4 | $852.1 | $868.0 | $890.8 | $914.3 | $938.3 | $963.0 | $988.3 |
| Corporate | $41.6 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 |
| Total Expenses | $3,696.4 | $3,743.1 | $3,779.3 | $3,864.7 | $3,946.2 | $4,022.2 | $4,117.7 | $4,215.5 | $4,315.6 | $4,418.1 | $4,523.0 |
| Publishing | $818.2 | $786.1 | $814.2 | $844.2 | $874.8 | $906.3 | $927.5 | $949.1 | $971.3 | $993.9 | $1,017.1 |
| B&E | $383.7 | $448.5 | $463.9 | $479.3 | $465.0 | $483.8 | $496.5 | $509.6 | $523.0 | $536.7 | $550.9 |
| Corporate | ($41.6) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) |
| Total EBITDA | $1,160.3 | $1,193.3 | $1,236.8 | $1,282.1 | $1,298.6 | $1,348.8 | $1,382.7 | $1,417.4 | $1,453.0 | $1,489.4 | $1,526.7 |
| Publishing | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 |
| B&E | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 |
| Corporate | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 |
| Total Stock Based Compensation | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 | $39.7 |
| Publishing | $181.2 | $187.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 |
| B&E | $45.8 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 |
| Corporate | $1.2 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 |
| Total D&A | $228.3 | $233.7 | $237.7 | $237.7 | $237.7 | $237.7 | $237.7 | $237.7 | $237.7 | $237.7 | $237.7 |
| Publishing | $104.8 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 |
| B&E | $25.1 | $25.2 | $25.8 | $25.5 | $25.5 | $25.5 | $25.5 | $25.5 | $25.5 | $25.5 | $25.5 |
| Corporate | $7.0 | $7.0 | $2.5 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 |
| Total Capital Expenditures | $136.8 | $132.2 | $128.3 | $128.5 | $128.5 | $128.5 | $128.5 | $128.5 | $128.5 | $128.5 | $128.5 |

| Equity Income | Consolidated Company | | | | | | | | | | | Growth Rates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| GAAP | | | | | | | | | | | | | | | | | |
| Consolidated | $85.4 | $83.4 | $114.1 | $140.3 | $162.9 | $181.1 | $202.1 | $226.6 | $255.1 | $288.4 | $327.4 | 14.0% | -2.4% | 36.8% | 23.0% | 16.1% | 11.2% |
| Publishing | ($13.7) | $1.9 | $28.0 | $49.9 | $67.8 | $81.2 | $97.1 | $116.3 | $139.2 | $166.6 | $199.3 | -41.8% | 113.7% | 1394.2% | 78.0% | 36.0% | 19.7% |
| B&E | | | | | | | | | | | | | | | | | |
| TV Food | $86.8 | $81.5 | $86.1 | $90.5 | $95.1 | $99.9 | $105.0 | $110.3 | $115.9 | $121.9 | $128.1 | 20.3% | -6.1% | 5.6% | 5.1% | 5.1% | 5.1% |
| Comcast | $12.3 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | -1.2% | -100.0% | | | | |
| Total | $99.1 | $81.5 | $86.1 | $90.5 | $95.1 | $99.9 | $105.0 | $110.3 | $115.9 | $121.9 | $128.1 | 17.2% | -17.8% | 5.6% | 5.1% | 5.1% | 5.1% |
| Cash | | | | | | | | | | | | | | | | | |
| Consolidated | $84.8 | $98.6 | $115.4 | $140.3 | $162.9 | $181.1 | $202.1 | $226.6 | $255.1 | $288.4 | $327.4 | 29.9% | 16.3% | 17.0% | 21.6% | 16.1% | 11.2% |
| Publishing | $3.4 | $17.1 | $29.4 | $49.9 | $67.8 | $81.2 | $97.1 | $116.3 | $139.2 | $166.6 | $199.3 | -69.3% | 398.7% | 71.4% | 70.0% | 36.0% | 19.7% |
| B&E | | | | | | | | | | | | | | | | | |
| TV Food | $64.9 | $81.5 | $86.1 | $90.5 | $95.1 | $99.9 | $105.0 | $110.3 | $115.9 | $121.9 | $128.1 | 70.2% | 25.5% | 5.6% | 5.1% | 5.1% | 5.1% |
| Comcast | $16.5 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | 3.3% | -100.0% | | | | |
| Total | $81.4 | $81.5 | $86.1 | $90.5 | $95.1 | $99.9 | $105.0 | $110.3 | $115.9 | $121.9 | $128.1 | 50.4% | 0.1% | 5.6% | 5.1% | 5.1% | 5.1% |

VRC0019374

## VRC Base Case

Consolidated Approach: **Yes**    Bottoms Up Approach: **No**

| | Total Publishing | | | | | | | | | | Growth Rates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| Retail | $1,231.0 | $1,218.7 | $1,227.9 | $1,237.1 | $1,246.4 | $1,255.7 | $1,269.8 | $1,284.1 | $1,298.6 | $1,313.2 | $1,328.0 | -3.9% | -1.0% | 0.8% | 0.8% | 0.8% | 0.8% |
| National | $661.7 | $650.1 | $634.5 | $618.5 | $609.6 | $597.2 | $604.0 | $610.8 | $617.6 | $624.6 | $631.6 | -5.0% | -1.8% | -2.4% | -2.5% | -1.4% | -2.0% |
| Classified | $739.3 | $630.2 | $614.5 | $599.1 | $579.4 | $555.6 | $561.9 | $568.2 | $574.6 | $581.1 | $587.6 | -21.2% | -14.8% | -2.5% | -2.5% | -3.3% | -4.1% |
| Interactive | $262.0 | $310.4 | $366.3 | $421.2 | $478.1 | $542.7 | $548.8 | $554.9 | $561.2 | $567.5 | $573.9 | 15.9% | 18.5% | 18.0% | 15.0% | 13.5% | 13.5% |
| Circulation | $528.1 | $509.1 | $492.8 | $477.1 | $461.8 | $447.1 | $452.1 | $457.2 | $462.3 | $467.5 | $472.8 | -5.2% | -3.6% | -3.2% | -3.2% | -3.2% | -3.2% |
| Other | $270.6 | $305.7 | $324.1 | $343.5 | $361.6 | $380.6 | $384.8 | $389.2 | $393.6 | $398.0 | $402.5 | 6.8% | 13.0% | 6.0% | 6.0% | 5.3% | 5.3% |
| **Total Revenues** | **$3,692.6** | **$3,624.3** | **$3,660.0** | **$3,696.5** | **$3,736.8** | **$3,778.8** | **$3,821.4** | **$3,864.4** | **$3,907.9** | **$3,951.9** | **$3,996.4** | **-6.6%** | **-1.8%** | **1.0%** | **1.0%** | **1.1%** | **1.1%** |
| Direct Pay | $1,012.8 | $997.6 | $987.6 | $982.6 | $977.7 | $972.8 | $983.8 | $994.9 | $1,006.1 | $1,017.4 | $1,028.9 | -0.6% | -1.5% | -1.0% | -0.5% | -0.5% | -0.5% |
| Benefits excl Retirement | $190.3 | $187.4 | $184.6 | $182.8 | $180.9 | $179.1 | $181.2 | $183.2 | $185.3 | $187.3 | $189.5 | -0.1% | -1.5% | -1.5% | -1.0% | -1.0% | -1.0% |
| Retirement | $21.4 | $41.5 | $40.9 | $40.5 | $40.1 | $39.7 | $40.1 | $40.6 | $41.0 | $41.5 | $42.0 | -69.0% | 93.6% | -1.5% | -1.0% | -1.0% | -1.0% |
| Total Compensation | $1,224.5 | $1,226.5 | $1,213.1 | $1,205.9 | $1,198.8 | $1,191.7 | $1,205.1 | $1,218.6 | $1,232.4 | $1,246.2 | $1,260.3 | -4.2% | 0.2% | -1.1% | -0.6% | -0.6% | -0.6% |
| Newsprint & Ink | $412.3 | $379.3 | $384.1 | $391.7 | $401.5 | $413.6 | $418.2 | $423.0 | $427.7 | $432.5 | $437.4 | -16.3% | -8.0% | 1.3% | 2.0% | 2.5% | 3.0% |
| Outside Services | $312.1 | $315.2 | $319.9 | $324.7 | $329.6 | $334.5 | $338.3 | $342.1 | $345.9 | $349.8 | $353.8 | 2.5% | 1.0% | 1.5% | 1.5% | 1.5% | 1.5% |
| TMC Postage | $123.6 | $118.6 | $116.7 | $116.1 | $115.5 | $116.1 | $117.4 | $118.8 | $120.1 | $121.4 | $122.8 | 3.6% | -4.0% | -1.6% | -0.5% | -0.5% | 0.5% |
| Other Circulation Expenses | $347.3 | $357.7 | $353.3 | $352.4 | $351.5 | $350.6 | $354.6 | $358.6 | $362.6 | $366.7 | $370.8 | -0.5% | 3.0% | -1.3% | -0.3% | -0.3% | -0.3% |
| Promotion | $99.3 | $101.3 | $102.9 | $103.9 | $104.9 | $106.0 | $107.2 | $108.4 | $109.6 | $110.8 | $112.1 | -1.2% | 2.0% | 1.5% | 1.0% | 1.0% | 1.0% |
| Other Cash Expenses | $346.0 | $348.6 | $352.0 | $356.4 | $362.7 | $369.0 | $373.2 | $377.4 | $381.6 | $385.9 | $390.3 | -1.7% | 0.8% | 1.0% | 1.3% | 1.8% | 1.8% |
| TPC Group | $9.4 | $9.3 | $9.3 | $9.2 | $9.1 | $9.1 | $9.2 | $9.3 | $9.4 | $9.5 | $9.6 | | | | | | |
| **Operating Cash Flow** | **$818.2** | **$767.8** | **$808.8** | **$836.2** | **$863.1** | **$888.3** | **$898.3** | **$908.4** | **$918.6** | **$929.0** | **$939.4** | **22.2%** | **21.2%** | **22.1%** | **22.6%** | **23.1%** | **23.5%** |

VRC0019375

| | Broadcasting and Entertainment Revenues | | | | | | | | | | Growth Rates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| Total B&E Revenue | $1,164.1 | $1,231.6 | $1,259.3 | $1,287.7 | $1,316.7 | $1,346.3 | $1,376.6 | $1,407.5 | $1,439.2 | $1,471.6 | $1,504.7 | -4.7% | 5.8% | 2.3% | 2.3% | 2.3% | 2.3% |
| Total B&E Expenses | $780.4 | $812.9 | $818.6 | $837.0 | $869.0 | $888.5 | $908.5 | $929.0 | $949.9 | $971.3 | $993.1 | 67.0% | 66.0% | 65.0% | 65.0% | 66.0% | 66.0% |
| Total B&E Operating Cash Flow | $383.7 | $418.8 | $440.8 | $450.7 | $447.7 | $457.7 | $468.0 | $478.6 | $489.3 | $500.3 | $511.6 | 33.0% | 34.0% | 35.0% | 35.0% | 34.0% | 34.0% |

| | Consolidated Company | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
| Publishing | $3,692.6 | $3,624.3 | $3,660.0 | $3,696.5 | $3,736.8 | $3,778.8 | $3,821.4 | $3,864.4 | $3,907.9 | $3,951.9 | $3,996.4 |
| B&E | $1,164.1 | $1,231.6 | $1,259.3 | $1,287.7 | $1,316.7 | $1,346.3 | $1,376.6 | $1,407.5 | $1,439.2 | $1,471.6 | $1,504.7 |
| **Total Revenues** | **$4,856.7** | **$4,856.0** | **$4,919.4** | **$4,984.2** | **$5,053.4** | **$5,125.1** | **$5,198.0** | **$5,272.0** | **$5,347.2** | **$5,423.5** | **$5,501.2** |
| Publishing | $2,874.4 | $2,856.6 | $2,851.2 | $2,860.4 | $2,873.6 | $2,890.6 | $2,923.1 | $2,956.0 | $2,989.3 | $3,023.0 | $3,057.0 |
| Comm. Delivery and Other Savings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| B&E | $780.4 | $812.9 | $818.6 | $837.0 | $869.0 | $888.5 | $908.5 | $929.0 | $949.9 | $971.3 | $993.1 |
| Corporate | $41.6 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 |
| **Total Expenses** | **$3,696.4** | **$3,710.7** | **$3,711.1** | **$3,738.7** | **$3,783.9** | **$3,820.4** | **$3,872.9** | **$3,926.3** | **$3,980.5** | **$4,035.6** | **$4,091.4** |
| Publishing | $818.2 | $767.8 | $808.8 | $836.2 | $863.1 | $888.3 | $898.3 | $908.4 | $918.6 | $929.0 | $939.4 |
| B&E | $383.7 | $418.8 | $440.8 | $450.7 | $447.7 | $457.7 | $468.0 | $478.6 | $489.3 | $500.3 | $511.6 |
| Corporate | ($41.6) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) |
| **Total EBITDA** | **$1,160.3** | **$1,145.2** | **$1,208.3** | **$1,245.5** | **$1,269.5** | **$1,304.7** | **$1,325.0** | **$1,345.7** | **$1,366.7** | **$1,388.0** | **$1,409.7** |
| Publishing | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 |
| B&E | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 |
| Corporate | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 |
| **Total Stock Based Compensation** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** |
| Publishing | $181.2 | $187.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 |
| B&E | $45.8 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 |
| Corporate | $1.2 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 |
| **Total D&A** | **$228.3** | **$233.7** | **$237.7** | **$237.7** | **$237.7** | **$237.7** | **$237.7** | **$237.7** | **$237.7** | **$237.7** | **$237.7** |
| Publishing | $104.8 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 |
| B&E | $25.1 | $25.2 | $25.8 | $25.5 | $25.5 | $25.5 | $25.5 | $25.5 | $25.5 | $25.5 | $25.5 |
| Corporate | $7.0 | $7.0 | $2.5 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 |
| **Total Capital Expenditures** | **$136.8** | **$132.2** | **$128.3** | **$128.5** | **$128.5** | **$128.5** | **$128.5** | **$128.5** | **$128.5** | **$128.5** | **$128.5** |

| Equity Income | Consolidated Company | | | | | | | | | | | Growth Rates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| GAAP | | | | | | | | | | | | | | | | | |
| **Consolidated** | $85.4 | $83.4 | $114.1 | $140.3 | $162.9 | $181.1 | $202.1 | $226.6 | $255.1 | $288.4 | $327.4 | 14.0% | -2.4% | 36.8% | 23.0% | 16.1% | 11.2% |
| Publishing | ($13.7) | $1.9 | $28.0 | $49.9 | $67.8 | $81.2 | $97.1 | $116.3 | $139.2 | $166.6 | $199.3 | -41.8% | 113.7% | 1394.2% | 78.0% | 36.0% | 19.7% |
| B&E | | | | | | | | | | | | | | | | | |
| TV Food | $86.8 | $81.5 | $86.1 | $90.5 | $95.1 | $99.9 | $105.0 | $110.3 | $115.9 | $121.9 | $128.1 | 20.3% | -6.1% | 5.6% | 5.1% | 5.1% | 5.1% |
| Comcast | $12.3 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | -1.2% | -100.0% | | | | |
| Total | $99.1 | $81.5 | $86.1 | $90.5 | $95.1 | $99.9 | $105.0 | $110.3 | $115.9 | $121.9 | $128.1 | 17.2% | -17.8% | 5.6% | 5.1% | 5.1% | 5.1% |
| Cash | | | | | | | | | | | | | | | | | |
| **Consolidated** | $84.8 | $98.6 | $115.4 | $140.3 | $162.9 | $181.1 | $202.1 | $226.6 | $255.1 | $288.4 | $327.4 | 29.9% | 16.3% | 17.0% | 21.6% | 16.1% | 11.2% |
| Publishing | $3.4 | $17.1 | $29.4 | $49.9 | $67.8 | $81.2 | $97.1 | $116.3 | $139.2 | $166.6 | $199.3 | -69.3% | 398.2% | 71.4% | 70.0% | 36.0% | 19.7% |
| B&E | | | | | | | | | | | | | | | | | |
| TV Food | $64.9 | $81.5 | $86.1 | $90.5 | $95.1 | $99.9 | $105.0 | $110.3 | $115.9 | $121.9 | $128.1 | 70.2% | 25.5% | 5.6% | 5.1% | 5.1% | 5.1% |
| Comcast | $16.5 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | 3.3% | -100.0% | | | | |
| Total | $81.4 | $81.5 | $86.1 | $90.5 | $95.1 | $99.9 | $105.0 | $110.3 | $115.9 | $121.9 | $128.1 | 50.4% | 0.1% | 5.6% | 5.1% | 5.1% | 5.1% |

VRC0019376

CONFIDENTIAL

VRC0019377

CONFIDENTIAL

VRC0019378

**Tribune Downside Case**

Consolidated Approach: Yes    Bottoms Up Approach: No

### Profit and Loss Statement

#### Los Angeles

| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P | Growth Rates | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| Retail | $311.5 | $299.7 | $288.5 | $280.2 | $272.9 | $265.4 | $260.5 | $255.7 | $251.0 | $246.4 | $241.9 | -4.5% | -3.8% | -3.8% | -2.9% | -2.6% | -2.7% |
| National | $270.0 | $252.8 | $235.9 | $221.4 | $208.8 | $196.4 | $192.8 | $189.3 | $185.8 | $182.4 | $179.0 | -1.8% | -6.4% | -6.7% | -6.2% | -5.7% | -5.9% |
| Classified | $179.8 | $153.1 | $132.3 | $112.2 | $92.1 | $71.4 | $70.1 | $68.8 | $67.5 | $66.3 | $65.1 | -20.7% | -14.9% | -13.6% | -15.2% | -17.9% | -22.5% |
| Interactive | $67.0 | $75.1 | $88.8 | $103.6 | $117.6 | $133.5 | $131.0 | $128.6 | $126.3 | $123.9 | $121.7 | 16.8% | 12.2% | 18.3% | 16.7% | 13.5% | 13.5% |
| Circulation | $153.0 | $146.9 | $142.5 | $139.6 | $137.5 | $136.2 | $133.7 | $131.2 | $128.8 | $126.4 | $124.1 | -7.6% | -4.0% | -3.0% | -2.0% | -1.5% | -1.0% |
| Other | $24.7 | $25.4 | $26.0 | $26.7 | $27.3 | $28.0 | $27.5 | $27.0 | $26.5 | $26.0 | $25.5 | 12.5% | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% |
| PF Adjustments | | | | | | | | | | | | | | | | | |
| **Total Revenues** | $1,006.1 | $952.9 | $914.0 | $883.7 | $856.3 | $830.9 | $815.6 | $800.6 | $785.9 | $771.5 | $757.3 | -6.2% | -5.3% | -4.1% | -3.3% | -3.1% | -3.0% |
| Compensation | | | | | | | | | | | | | | | | | |
| Direct Pay | $248.2 | $247.6 | $244.3 | $240.6 | $236.7 | $232.4 | $228.1 | $223.9 | $219.8 | $215.8 | $211.8 | 3.0% | -0.3% | -1.3% | -1.5% | -1.6% | -1.8% |
| Benefits excl Retirement | $46.7 | $44.6 | $44.0 | $43.4 | $42.7 | $41.9 | $41.1 | $40.4 | $39.6 | $38.9 | $38.2 | 9.6% | -4.4% | -1.3% | -1.5% | -1.6% | -1.8% |
| Retirement | $10.1 | $19.6 | $19.8 | $20.0 | $20.2 | $20.4 | $20.0 | $19.6 | $19.3 | $18.9 | $18.6 | -47.1% | 93.6% | 0.8% | 1.1% | 1.0% | 1.0% |
| Total Compensation | $305.0 | $311.8 | $308.1 | $304.0 | $299.5 | $294.7 | $289.3 | $283.9 | $278.7 | $273.6 | $268.6 | 0.7% | 2.2% | -1.2% | -1.3% | -1.5% | -1.6% |
| Newsprint & Ink | $142.3 | $127.2 | $122.9 | $118.7 | $114.7 | $110.9 | $108.8 | $106.8 | $104.9 | $102.9 | $101.0 | -16.3% | -10.6% | -3.4% | -3.4% | -3.4% | -3.4% |
| Outside Services | $98.8 | $96.7 | $95.3 | $93.6 | $91.9 | $90.5 | $88.8 | $87.2 | $85.6 | $84.0 | $82.5 | -0.8% | -2.1% | -1.5% | -1.8% | -1.8% | -1.5% |
| TMC Postage | $36.5 | $35.4 | $34.3 | $33.3 | $32.3 | $31.3 | $30.8 | $30.2 | $29.7 | $29.1 | $28.6 | 19.3% | -3.0% | -3.0% | -3.0% | -3.0% | -3.0% |
| Other Circulation Expenses | $116.1 | $110.4 | $104.3 | $98.6 | $93.2 | $88.5 | $86.9 | $85.3 | $83.7 | $82.2 | $80.7 | -1.5% | -5.0% | -5.5% | -5.5% | -5.5% | -5.0% |
| Promotion | $29.8 | $28.5 | $27.0 | $27.0 | $27.0 | $27.0 | $26.5 | $26.0 | $25.6 | $25.1 | $24.6 | -1.9% | -4.4% | -5.3% | 0.0% | 0.0% | 0.0% |
| Other Cash Expenses | $82.4 | $79.3 | $76.8 | $73.8 | $71.1 | $68.4 | $67.2 | $65.9 | $64.7 | $63.5 | $62.4 | 3.5% | -3.7% | -3.1% | -4.0% | -3.6% | -3.9% |
| **Total Operating Expenses** | $811.0 | $789.4 | $768.8 | $749.0 | $729.8 | $711.3 | $698.3 | $685.4 | $672.8 | $660.5 | $648.4 | -2.4% | -2.7% | -2.6% | -2.6% | -2.6% | -2.5% |
| PF Adjustments | | | | | | | | | | | | | | | | | |
| **Operating Cash Flow** | $195.1 | $163.6 | $145.2 | $134.7 | $126.5 | $119.6 | $117.4 | $115.2 | $113.1 | $111.0 | $109.0 | -19.4% | -16.1% | -11.2% | -7.2% | -6.1% | -5.5% |

#### Chicago

| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P | Growth Rates | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| Retail | $307.3 | $295.6 | $284.5 | $276.4 | $269.1 | $261.8 | $256.9 | $252.2 | $247.6 | $243.1 | $238.6 | -1.3% | -3.8% | -3.8% | -2.9% | -2.6% | -2.7% |
| National | $148.6 | $139.2 | $129.9 | $121.9 | $115.0 | $108.1 | $106.1 | $104.2 | $102.3 | $100.4 | $98.6 | -9.5% | -6.4% | -6.7% | -6.2% | -5.7% | -5.9% |
| Classified | $141.9 | $120.8 | $104.4 | $88.5 | $72.7 | $56.3 | $55.3 | $54.3 | $53.3 | $52.3 | $51.4 | -17.2% | -14.9% | -13.6% | -15.2% | -17.9% | -22.5% |
| Interactive | $52.2 | $58.5 | $69.2 | $80.7 | $91.6 | $104.0 | $102.1 | $100.2 | $98.4 | $96.5 | $94.8 | 19.9% | 12.2% | 18.3% | 16.7% | 13.5% | 13.5% |
| Circulation | $112.2 | $107.7 | $104.5 | $102.4 | $100.9 | $99.9 | $98.0 | $96.2 | $94.5 | $92.7 | $91.0 | -3.1% | -4.0% | -3.0% | -2.0% | -1.5% | -1.0% |
| Other | $73.5 | $75.3 | $77.2 | $79.1 | $81.1 | $83.1 | $81.6 | $80.1 | $78.6 | $77.2 | $75.8 | 19.3% | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% |
| PF Adjustments | | | | | | | | | | | | | | | | | |
| **Total Revenues** | $835.6 | $797.1 | $769.7 | $749.1 | $730.4 | $713.2 | $700.1 | $687.2 | $674.6 | $662.2 | $650.1 | -3.7% | -4.6% | -3.4% | -2.7% | -2.5% | -2.3% |
| Compensation | | | | | | | | | | | | | | | | | |
| Direct Pay | $180.8 | $180.3 | $177.9 | $175.3 | $172.4 | $169.3 | $166.2 | $163.1 | $160.1 | $157.2 | $154.3 | -2.5% | -0.3% | -1.3% | -1.5% | -1.6% | -1.8% |
| Benefits excl Retirement | $36.9 | $35.3 | $34.8 | $34.3 | $33.7 | $33.1 | $32.5 | $31.9 | $31.3 | $30.7 | $30.2 | 6.7% | -4.4% | -1.3% | -1.5% | -1.6% | -1.8% |
| Retirement | $8.9 | $17.2 | $17.4 | $17.6 | $17.7 | $17.9 | $17.6 | $17.3 | $16.9 | $16.6 | $16.3 | -35.4% | 93.6% | 0.8% | 1.1% | 1.0% | 1.0% |
| Total Compensation | $226.6 | $232.8 | $230.1 | $227.1 | $223.9 | $220.3 | $216.3 | $212.3 | $208.4 | $204.6 | $200.8 | -3.1% | 2.8% | -1.2% | -1.3% | -1.4% | -1.6% |
| Newsprint & Ink | $97.7 | $87.4 | $84.4 | $81.5 | $78.8 | $76.1 | $74.7 | $73.3 | $72.0 | $70.7 | $69.4 | -12.5% | -10.6% | -3.4% | -3.4% | -3.4% | -3.4% |
| Outside Services | $81.1 | $79.3 | $78.2 | $76.8 | $75.4 | $74.2 | $72.9 | $71.5 | $70.2 | $68.9 | $67.7 | 3.2% | -2.1% | -1.5% | -1.8% | -1.8% | -1.5% |
| TMC Postage | $44.6 | $43.2 | $41.9 | $40.7 | $39.5 | $38.3 | $37.6 | $36.9 | $36.2 | $35.5 | $34.9 | -7.5% | -3.0% | -3.0% | -3.0% | -3.0% | -3.0% |
| Other Circulation Expenses | $81.6 | $77.5 | $73.3 | $69.2 | $65.4 | $62.2 | $61.0 | $59.9 | $58.8 | $57.7 | $56.7 | 9.0% | -5.0% | -5.5% | -5.5% | -5.5% | -5.0% |
| Promotion | $28.6 | $27.4 | $25.9 | $25.9 | $25.9 | $25.9 | $25.5 | $25.0 | $24.5 | $24.1 | $23.6 | 3.6% | -4.4% | -5.3% | 0.0% | 0.0% | 0.0% |
| Other Cash Expenses | $72.7 | $70.0 | $67.8 | $65.1 | $62.8 | $60.3 | $59.2 | $58.1 | $57.1 | $56.0 | $55.0 | 2.3% | -3.7% | -3.1% | -4.0% | -3.6% | -3.9% |
| **Total Operating Expenses** | $632.8 | $617.6 | $601.6 | $586.4 | $571.6 | $557.4 | $547.1 | $537.1 | $527.2 | $517.5 | $508.0 | -2.0% | -2.4% | -2.6% | -2.5% | -2.5% | -2.5% |
| PF Adjustments | | | | | | | | | | | | | | | | | |
| **Operating Cash Flow** | $202.8 | $179.5 | $168.1 | $162.7 | $158.8 | $155.8 | $153.0 | $150.2 | $147.4 | $144.7 | $142.0 | -8.6% | -11.5% | -6.3% | -3.2% | -2.4% | -1.8% |

#### Newsday

| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P | Growth Rates | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| Retail | $181.0 | $174.1 | $167.6 | $162.8 | $158.5 | $154.2 | $151.4 | $148.6 | $145.8 | $143.2 | $140.5 | -9.6% | -3.8% | -3.8% | -2.9% | -2.6% | -2.7% |
| National | $76.9 | $72.0 | $67.2 | $63.1 | $59.5 | $56.0 | $54.9 | $53.9 | $53.0 | $52.0 | $51.0 | -0.1% | -6.4% | -6.7% | -6.2% | -5.7% | -5.9% |
| Classified | $116.5 | $99.2 | $85.7 | $72.7 | $59.7 | $46.3 | $45.4 | $44.6 | $43.8 | $43.0 | $42.2 | -11.6% | -14.9% | -13.6% | -15.2% | -17.9% | -22.5% |

CONFIDENTIAL

|  | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Interactive | $39.6 | $44.5 | $52.6 | $61.4 | $69.6 | $79.0 | $77.6 | $76.2 | $74.8 | $73.4 | $72.0 | 25.2% | 12.2% | 18.3% | 16.7% | 13.5% | 13.5% |
| Circulation | $78.9 | $75.8 | $73.5 | $72.0 | $71.0 | $70.3 | $69.0 | $67.7 | $66.5 | $65.2 | $64.0 | -4.8% | -4.0% | -3.0% | -2.0% | -1.5% | -1.0% |
| Other | $8.9 | $9.1 | $9.3 | $9.6 | $9.8 | $10.0 | $9.9 | $9.7 | $9.5 | $9.3 | $9.1 | -8.9% | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% |
| PF Adjustments |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Total Revenues** | $501.9 | $474.7 | $456.0 | $441.6 | $428.1 | $415.8 | $408.1 | $400.6 | $393.3 | $386.0 | $379.0 | -5.9% | -5.4% | -3.9% | -3.2% | -3.0% | -2.9% |
| Compensation |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Direct Pay | $152.1 | $151.7 | $149.7 | $147.5 | $145.0 | $142.4 | $139.8 | $137.2 | $134.7 | $132.2 | $129.8 | -2.3% | -0.3% | -1.3% | -1.5% | -1.6% | -1.8% |
| Benefits excl Retirement | $26.5 | $25.4 | $25.0 | $24.7 | $24.3 | $23.8 | $23.4 | $23.0 | $22.5 | $22.1 | $21.7 | -3.6% | -4.4% | -1.3% | -1.5% | -1.6% | -1.8% |
| Retirement | $5.3 | $10.3 | $10.4 | $10.5 | $10.6 | $10.7 | $10.5 | $10.3 | $10.1 | $9.9 | $9.8 | -41.3% | 93.6% | 0.8% | 1.1% | 1.0% | 1.0% |
| Total Compensation | $183.9 | $187.4 | $185.1 | $182.6 | $179.9 | $176.9 | $173.7 | $170.5 | $167.4 | $164.3 | $161.3 | -4.3% | 1.9% | -1.2% | -1.3% | -1.5% | -1.7% |
| Newsprint & Ink | $52.5 | $46.9 | $45.3 | $43.8 | $42.3 | $40.9 | $40.1 | $39.4 | $38.7 | $38.0 | $37.3 | -14.2% | -10.6% | -3.4% | -3.4% | -3.4% | -3.4% |
| Outside Services | $54.8 | $53.7 | $52.9 | $51.9 | $51.0 | $50.2 | $49.3 | $48.4 | $47.5 | $46.6 | $45.8 | 0.6% | -2.1% | -1.5% | -1.8% | -1.8% | -1.5% |
| TMC Postage | $14.8 | $14.3 | $13.9 | $13.5 | $13.1 | $12.7 | $12.5 | $12.2 | $12.0 | $11.8 | $11.6 | 21.8% | -3.0% | -3.0% | -3.0% | -3.0% | -3.0% |
| Other Circulation Expenses | $44.8 | $42.6 | $40.2 | $38.0 | $35.9 | $34.1 | $33.5 | $32.9 | $32.3 | $31.7 | $31.1 | -9.3% | -5.0% | -5.5% | -5.5% | -5.5% | -5.0% |
| Promotion | $7.9 | $7.6 | $7.2 | $7.2 | $7.2 | $7.2 | $7.1 | $6.9 | $6.8 | $6.7 | $6.6 | -24.6% | -4.4% | -5.3% | 0.0% | 0.0% | 0.0% |
| Other Cash Expenses | $47.1 | $45.3 | $43.9 | $42.1 | $40.6 | $39.1 | $38.4 | $37.6 | $37.0 | $36.3 | $35.6 | -11.4% | -3.7% | -3.1% | -4.0% | -3.6% | -3.9% |
| **Total Operating Expenses** | $405.9 | $397.8 | $388.5 | $379.2 | $370.1 | $361.2 | $354.5 | $348.0 | $341.6 | $335.3 | $329.2 | -6.3% | -2.0% | -2.3% | -2.4% | -2.4% | -2.4% |
| PF Adjustments |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Operating Cash Flow** | $96.1 | $76.9 | $67.4 | $62.4 | $58.1 | $54.6 | $53.6 | $52.6 | $51.6 | $50.7 | $49.8 | -4.1% | -19.9% | -12.3% | -7.5% | -6.9% | -5.9% |

### Sun Sentinel

|  | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Retail | $122.4 | $117.8 | $113.4 | $110.1 | $107.2 | $104.3 | $102.4 | $100.5 | $98.6 | $96.8 | $95.1 | -4.5% | -3.8% | -3.8% | -2.9% | -2.6% | -2.7% |
| National | $51.4 | $48.1 | $44.9 | $42.1 | $39.8 | $37.4 | $36.7 | $36.0 | $35.4 | $34.7 | $34.1 | -10.0% | -6.4% | -6.7% | -6.2% | -5.7% | -5.9% |
| Classified | $84.5 | $72.0 | $62.2 | $52.7 | $43.3 | $33.6 | $33.0 | $32.3 | $31.8 | $31.2 | $30.6 | -32.2% | -14.9% | -13.6% | -15.2% | -17.9% | -22.5% |
| Interactive | $28.4 | $31.8 | $37.7 | $44.0 | $49.9 | $56.6 | $55.6 | $54.6 | $53.6 | $52.6 | $51.6 | -0.4% | 12.2% | 18.3% | 16.7% | 13.5% | 13.5% |
| Circulation | $31.5 | $30.2 | $29.3 | $28.7 | $28.3 | $28.0 | $27.5 | $27.0 | $26.5 | $26.0 | $25.5 | -3.2% | -4.0% | -3.0% | -2.0% | -1.5% | -1.0% |
| Other | $26.8 | $27.5 | $28.2 | $28.9 | $29.6 | $30.3 | $29.8 | $29.2 | $28.7 | $28.2 | $27.6 | 1.6% | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% |
| PF Adjustments |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Total Revenues** | $345.0 | $327.4 | $315.6 | $306.6 | $298.0 | $290.2 | $284.9 | $279.6 | $274.5 | $269.5 | $264.5 | -13.2% | -5.1% | -3.6% | -2.9% | -2.8% | -2.6% |
| Compensation |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Direct Pay | $85.7 | $85.5 | $84.4 | $83.1 | $81.8 | $80.3 | $78.8 | $77.3 | $75.9 | $74.5 | $73.2 | -3.5% | -0.3% | -1.3% | -1.5% | -1.6% | -1.8% |
| Benefits excl Retirement | $16.2 | $15.5 | $15.3 | $15.1 | $14.8 | $14.6 | $14.3 | $14.0 | $13.8 | $13.5 | $13.3 | -4.2% | -4.4% | -1.3% | -1.5% | -1.6% | -1.8% |
| Retirement | $3.5 | $6.7 | $6.8 | $6.8 | $6.9 | $7.0 | $6.9 | $6.7 | $6.6 | $6.5 | $6.4 | -34.4% | 93.6% | 0.8% | 1.1% | 1.0% | 1.0% |
| Total Compensation | $105.4 | $107.7 | $106.4 | $105.0 | $103.5 | $101.8 | $99.9 | $98.1 | $96.3 | $94.5 | $92.8 | -5.1% | 2.2% | -1.2% | -1.3% | -1.5% | -1.6% |
| Newsprint & Ink | $36.7 | $32.8 | $31.7 | $30.6 | $29.5 | $28.5 | $28.0 | $27.5 | $27.0 | $26.5 | $26.0 | -22.2% | -10.6% | -3.4% | -3.4% | -3.4% | -3.4% |
| Outside Services | $32.4 | $31.8 | $31.3 | $30.7 | $30.2 | $29.7 | $29.2 | $28.6 | $28.1 | $27.6 | $27.1 | 1.9% | -2.1% | -1.5% | -1.8% | -1.8% | -1.5% |
| TMC Postage | $5.4 | $5.3 | $5.1 | $5.0 | $4.8 | $4.7 | $4.6 | $4.5 | $4.4 | $4.3 | $4.3 | 1.7% | -3.0% | -3.0% | -3.0% | -3.0% | -3.0% |
| Other Circulation Expenses | $26.7 | $25.3 | $23.9 | $22.6 | $21.4 | $20.3 | $19.9 | $19.6 | $19.2 | $18.9 | $18.5 | -1.5% | -5.0% | -5.5% | -5.5% | -5.5% | -5.0% |
| Promotion | $7.8 | $7.4 | $7.0 | $7.0 | $7.0 | $7.0 | $6.9 | $6.8 | $6.7 | $6.5 | $6.4 | 1.8% | -4.4% | -5.3% | 0.0% | 0.0% | 0.0% |
| Other Cash Expenses | $33.5 | $32.3 | $31.3 | $30.0 | $29.0 | $27.8 | $27.3 | $26.8 | $26.3 | $25.9 | $25.4 | 0.4% | -3.7% | -3.1% | -4.0% | -3.6% | -3.9% |
| **Total Operating Expenses** | $247.9 | $242.6 | $236.7 | $231.0 | $225.4 | $219.9 | $215.9 | $211.9 | $208.0 | $204.2 | $200.5 | -5.9% | -2.2% | -2.4% | -2.4% | -2.4% | -2.4% |
| PF Adjustments |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Operating Cash Flow** | $97.1 | $84.8 | $78.9 | $75.6 | $72.7 | $70.3 | $69.0 | $67.7 | $66.5 | $65.3 | $64.1 | -27.5% | -12.7% | -7.0% | -4.2% | -3.9% | -3.3% |

### Orlando Sentinel

|  | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Retail | $83.8 | $80.6 | $77.6 | $75.4 | $73.4 | $71.4 | $70.1 | $68.8 | $67.5 | $66.3 | $65.1 | -0.2% | -3.8% | -3.8% | -2.9% | -2.6% | -2.7% |
| National | $32.0 | $30.0 | $28.0 | $26.3 | $24.8 | $23.3 | $22.9 | $22.5 | $22.1 | $21.7 | $21.3 | -21.0% | -6.4% | -6.7% | -6.2% | -5.7% | -5.9% |
| Classified | $63.0 | $53.7 | $46.4 | $39.3 | $32.3 | $25.0 | $24.6 | $24.1 | $23.7 | $23.2 | $22.8 | -35.7% | -14.9% | -13.6% | -15.2% | -17.9% | -22.5% |
| Interactive | $20.8 | $23.3 | $27.6 | $32.2 | $36.5 | $41.4 | $40.7 | $39.9 | $39.2 | $38.5 | $37.8 | -5.5% | 12.2% | 18.3% | 16.7% | 13.5% | 13.5% |
| Circulation | $32.5 | $31.2 | $30.3 | $29.6 | $29.2 | $28.9 | $28.4 | $27.9 | $27.3 | $26.8 | $26.4 | -8.5% | -4.0% | -3.0% | -2.0% | -1.5% | -1.0% |
| Other | $12.6 | $12.9 | $13.2 | $13.6 | $13.9 | $14.2 | $14.0 | $13.7 | $13.5 | $13.2 | $13.0 | 3.4% | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% |
| PF Adjustments |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Total Revenues** | $244.7 | $231.7 | $223.0 | $216.4 | $210.1 | $204.3 | $200.6 | $196.9 | $193.3 | $189.7 | $186.2 | -16.2% | -5.3% | -3.7% | -3.0% | -2.9% | -2.7% |
| Compensation |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Direct Pay | $61.0 | $60.8 | $60.0 | $59.1 | $58.1 | $57.1 | $56.0 | $55.0 | $54.0 | $53.0 | $52.0 | -6.8% | -0.3% | -1.3% | -1.5% | -1.6% | -1.8% |
| Benefits excl Retirement | $12.4 | $11.9 | $11.7 | $11.6 | $11.4 | $11.2 | $11.0 | $10.8 | $10.6 | $10.4 | $10.2 | -1.4% | -4.4% | -1.3% | -1.5% | -1.6% | -1.8% |
| Retirement | $3.0 | $5.9 | $5.9 | $6.0 | $6.1 | $6.1 | $6.0 | $5.9 | $5.8 | $5.7 | $5.6 | -36.6% | 93.6% | 0.8% | 1.1% | 1.0% | 1.0% |
| Total Compensation | $76.5 | $78.6 | $77.7 | $76.7 | $75.6 | $74.4 | $73.0 | $71.7 | $70.4 | $69.1 | $67.8 | -7.7% | 2.8% | -1.2% | -1.3% | -1.4% | -1.6% |
| Newsprint & Ink | $27.1 | $24.2 | $23.4 | $22.6 | $21.8 | $21.1 | $20.7 | $20.3 | $20.0 | $19.6 | $19.2 | -23.1% | -10.6% | -3.4% | -3.4% | -3.4% | -3.4% |

VRC0019380