| Asset Sales | Stock Based Compensation | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
| **Publishing** | | | | | | | | | | | |
| Los Angeles | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| New York | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Baltimore | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Tribune Media Services | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Broadcasting & Entertainment** | | | | | | | | | | | |
| Hartford | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Philadelphia | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Dallas | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Washington, D.C. | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Miami | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Sacramento | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| St. Louis | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| San Diego | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Harrisburg | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Radio | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total SBC** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** |

| Asset Sales | Capital Expenditures | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
| **Publishing** | | | | | | | | | | | |
| Los Angeles | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| New York | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Baltimore | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Tribune Media Services | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Broadcasting & Entertainment** | | | | | | | | | | | |
| Hartford | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Philadelphia | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Dallas | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Washington, D.C. | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Miami | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Sacramento | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| St. Louis | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| San Diego | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Harrisburg | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Radio | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Capex** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** |

## Asset Sale Schedule

| Asset Sales | Revenues | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
| **Publishing** | | | | | | | | | | | |
| Los Angeles | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| New York | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Baltimore | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Tribune Media Services | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Broadcasting & Entertainment** | | | | | | | | | | | |
| Hartford | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Philadelphia | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Dallas | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Washington, D.C. | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Miami | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Sacramento | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| St. Louis | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| San Diego | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Harrisburg | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Radio | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Revenues** | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

| Asset Sales | Expenses | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
| **Publishing** | | | | | | | | | | | |
| Los Angeles | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| New York | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Baltimore | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Tribune Media Services | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Broadcasting & Entertainment** | | | | | | | | | | | |
| Hartford | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Philadelphia | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Dallas | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Washington, D.C. | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Miami | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Sacramento | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| St. Louis | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| San Diego | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Harrisburg | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Radio | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Revenues** | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

| Asset Sales | EBITDA | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
| **Publishing** | | | | | | | | | | | |
| Los Angeles | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| New York | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Baltimore | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Tribune Media Services | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Broadcasting & Entertainment** | | | | | | | | | | | |
| Hartford | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Philadelphia | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Dallas | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Washington, D.C. | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Miami | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Sacramento | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| St. Louis | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| San Diego | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Harrisburg | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Radio | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

CONFIDENTIAL

**Asset Sale Schedule**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total EBITDA | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

VRC0019391

**Tribune Base Case Valuation Summary - Consolidated**

|  |  | Valuation Summary | | |
|---|---|---|---|---|
|  |  | Low | Mid | High |
| | **Valuation Method** | | | |
| 25% | Comparable Companies | $9,248.1 | $9,865.3 | $10,482.5 |
| 25% | Comparable Transactions | $10,782.0 | $11,081.5 | $11,381.0 |
| 25% | Discounted Cash Flow | $9,525.6 | $10,234.4 | $10,943.2 |
| 25% | Sum of Business Segments | $9,316.8 | $9,909.7 | $10,502.5 |
| | **Average Operating Enterprise Value** | **$9,718.1** | **$10,272.7** | **$10,827.3** |
| | + Equity Investments | $2,199.5 | $2,385.9 | $2,572.3 |
| | + Cubs/Comcast[1] | $849.0 | $849.0 | $849.0 |
| | + Other Assets (Including Real Estate Assets)[2] | $137.0 | $181.5 | $226.0 |
| | + NPV of S-Corp - ESOP Tax Savings | $815.8 | $876.0 | $936.1 |
| | **Adjusted Enterprise Value** | **$13,719.5** | **$14,565.1** | **$15,410.7** |
| | + Cash | $197.7 | $197.7 | $197.7 |
| | - Initial Debt | ($12,898.8) | ($12,898.8) | ($12,898.8) |
| | - Identified Contingent Liabilities | ($86.8) | ($86.8) | ($86.8) |
| | **Equity Value** | **$931.6** | **$1,777.2** | **$2,622.8** |
| | % of Enterprise Value | 6.8% | 12.2% | 17.0% |

**Operating Enterprise Value Multiples**

| | | | | |
|---|---|---|---|---|
| PF LTM EBITDA | $1,198.0 | 8.1x | 8.6x | 9.0x |
| 2007P EBITDA | $1,191.4 | 8.2x | 8.6x | 9.1x |
| 2008P EBITDA | $1,193.3 | 8.1x | 8.6x | 9.1x |

**Consolidated Enterprise Value Multiples**

| | | | | |
|---|---|---|---|---|
| PF Adjusted LTM EBITDA[3] | $1,259.1 | 10.9x | 11.6x | 12.2x |
| 2007P Adjusted EBITDA[3] | $1,276.3 | 10.7x | 11.4x | 12.1x |
| 2008P Adjusted EBITDA[3] | $1,291.9 | 10.6x | 11.3x | 11.9x |

## Sum of the Parts Analysis

*Tribune Base Case - Sum of the Business Segments Analysis*

|  | Valuation Summary | | |
|---|---|---|---|
|  | Low | Mid | High |
| Publishing (Standalone) | $5,371.1 | $5,745.4 | $6,119.7 |
| Broadcasting (Standalone) | $4,103.4 | $4,330.6 | $4,557.8 |
| Radio | $175.0 | $187.5 | $200.0 |
| **Operating Enterprise Value** | **$9,649.5** | **$10,263.5** | **$10,877.5** |
| Less: Corporate[1] | ($332.7) | ($353.8) | ($375.0) |
| **Adjusted Enterprise Value** | **$9,316.8** | **$9,909.7** | **$10,502.5** |

**Adjusted Enterprise Value Multiples**

| | | | | |
|---|---|---|---|---|
| PF LTM EBITDA | $1,198.0 | 7.8x | 8.3x | 8.8x |
| 2007P EBITDA | $1,191.4 | 7.8x | 8.3x | 8.8x |
| 2008P EBITDA | $1,193.3 | 7.8x | 8.3x | 8.8x |

VRC0019393

CONFIDENTIAL
Case 08-13141-BLS    Doc 5467-17    Filed 08/22/10    Page 6 of 15

## Tribune Base Case – Consolidated Comparable Companies and Transactions Method

### COMPARABLE COMPANIES METHOD [1]

| Period | Financial Metric | Multiples | | Enterprise Value | |
|---|---|---|---|---|---|
| | EBITDA | Low – High | | Low – High | |
| PF LTM | $1,198.0 | 8.25x | 8.75x | $9,883.5 | $10,482.5 |
| 2007P | $1,191.4 | 8.00x | 8.50x | $9,531.6 | $10,127.3 |
| 2008P | $1,193.3 | 7.75x | 8.25x | $9,248.1 | $9,844.8 |

| Operating Enterprise Value Range | | | | $9,248.1 – $10,482.5 | |

### COMPARABLE TRANSACTIONS METHOD [2]

| Period | Financial Metric | Multiples | | Enterprise Value | |
|---|---|---|---|---|---|
| | EBITDA | Low – High | | Low – High | |
| PF LTM | $1,198.0 | 9.00x | 9.50x | $10,782.0 | $11,381.0 |

| Operating Enterprise Value Range | | | | $10,782.0 – $11,381.0 | |

VRC0019394

**Tribune Base Case - Consolidated Discounted Cash Flow Method**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| End-Year Period | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 | 7.00 | 8.00 | 9.00 | 10.00 |
| Mid-Year Period | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 5.50 | 6.50 | 7.50 | 8.50 | 9.50 |
| | Fiscal Years Ended, December 31 | | | | | | | | | |
| | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
| Revenue | $4,936.4 | $5,016.1 | $5,146.8 | $5,244.8 | $5,371.1 | $5,500.4 | $5,632.9 | $5,768.5 | $5,907.4 | $6,049.7 |
| % growth | — | -3.1% | 2.6% | 1.9% | 2.4% | 2.4% | 2.4% | 2.4% | 2.4% | 2.4% |
| Adjusted EBITDA | $1,193.3 | $1,236.8 | $1,282.1 | $1,298.6 | $1,348.8 | $1,382.7 | $1,417.4 | $1,453.0 | $1,489.4 | $1,526.7 |
| % growth | — | 0.2% | 3.7% | 1.3% | 3.9% | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% |
| % margin | 24.2% | 24.7% | 24.9% | 24.8% | 25.1% | 25.1% | 25.2% | 25.2% | 25.2% | 25.2% |
| Adjusted EBITDA | $1,193.3 | $1,236.8 | $1,282.1 | $1,298.6 | $1,348.8 | $1,382.7 | $1,417.4 | $1,453.0 | $1,489.4 | $1,526.7 |
| Depreciation & Amortization | $235.3 | $240.9 | $240.9 | $240.9 | $240.9 | $240.9 | $240.9 | $239.3 | $237.7 | $237.7 |
| Pre-Tax Income | $958.0 | $996.0 | $1,041.2 | $1,057.7 | $1,108.0 | $1,141.8 | $1,176.5 | $1,213.6 | $1,251.6 | $1,288.9 |
| Cash Taxes (39.00%) | $373.6 | $388.4 | $406.1 | $412.5 | $432.1 | $445.3 | $458.8 | $473.3 | $488.1 | $502.7 |
| After-Tax Income | $584.4 | $607.5 | $635.2 | $645.2 | $675.9 | $696.5 | $717.7 | $740.3 | $763.5 | $786.3 |
| Depreciation & Amortization | $235.3 | $240.9 | $240.9 | $240.9 | $240.9 | $240.9 | $240.9 | $239.3 | $237.7 | $237.7 |
| Net Change in Working Capital | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Severance Payments | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) |
| Capital Expenditures | ($132.2) | ($128.3) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) |
| Acquisitions / Investments | ($80.0) | ($85.0) | ($90.0) | ($95.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| Enterprise Cash Flow (ECF) | $597.5 | $625.1 | $647.6 | $652.6 | $678.3 | $698.9 | $720.1 | $741.1 | $762.7 | $785.5 |
| Mid-Year Discount Factor | 96.2% | 89.1% | 82.5% | 76.4% | 70.7% | 65.5% | 60.6% | 56.1% | 52.0% | 48.1% |
| Discounted ECF | $574.9 | $557.0 | $534.2 | $498.5 | $479.7 | $457.7 | $436.6 | $416.1 | $396.5 | $378.1 |

Terminal: $808.9

| Discount Rate | PV of ECF + | PV of Terminal Value = | | | Enterprise Value | | | Discount Rate |
|---|---|---|---|---|---|---|---|---|
| | | 7.25x | 7.75x | 8.25x | 7.25x | 7.75x | 8.25x | |
| 7.5% | $4,832.2 | $5,370.3 | $5,740.7 | $6,111.0 | $10,202.5 | $10,572.8 | $10,943.2 | 7.5% |
| 8.0% | $4,729.5 | $5,126.8 | $5,480.4 | $5,833.9 | $9,856.3 | $10,209.8 | $10,563.4 | 8.0% |
| 8.5% | $4,630.2 | $4,895.4 | $5,233.0 | $5,570.6 | $9,525.6 | $9,863.2 | $10,200.8 | 8.5% |
| | | | | | Low | — | High | |
| Enterprise Value Range | | | | | $9,525.6 | — | $10,943.2 | |
| PF LTM EBITDA | | $1,198.0 | | | 8.0x | — | 9.1x | |
| 2007P EBITDA | | $1,191.4 | | | 8.0x | — | 9.2x | |

| Implied Perpetuity Growth Rates | | | |
|---|---|---|---|
| | 7.25x | 7.75x | 8.25x |
| 7.5% | 0.2% | 0.7% | 1.1% |
| 8.0% | 0.7% | 1.2% | 1.6% |
| 8.5% | 1.2% | 1.7% | 2.1% |

VRC0019395

| | | | | |
|---|---|---|---|---|
| *2008P EBITDA* | *$1,193.3* | *8.0x* | *–* | *9.2x* |

VRC0019396

*Valuation Summary - Publishing Segment*

|  |  | Valuation Summary | | |
|---|---|---|---|---|
|  |  | Low | Mid | High |
| *Valuation Method* | | | | |
| 33% | Comparable Companies | $4,658.3 | $4,944.7 | $5,231.0 |
| 33% | Comparable Transactions | $6,035.8 | $6,438.2 | $6,840.5 |
| 33% | Discounted Cash Flow | $5,420.7 | $5,855.0 | $6,289.3 |
| **Average Operating Enterprise Value** | | **$5,371.1** | **$5,745.4** | **$6,119.7** |

**Operating Enterprise Value Multiples**

| | | | | |
|---|---|---|---|---|
| PF LTM EBITDA | $804.8 | 6.7x | 7.1x | 7.6x |
| 2007P EBITDA | $776.4 | 6.9x | 7.4x | 7.9x |
| 2008P EBITDA | $786.1 | 6.8x | 7.3x | 7.8x |

VRC0019397

## Publishing Summary

*Tribune Base Case - Publishing Segment*

| Financial Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | $3,692.6 | $3,679.9 | $3,752.0 | $3,840.2 | $3,927.6 | $4,019.3 | $4,113.1 | $4,209.0 | $4,307.2 | $4,407.7 | $4,510.6 |
| % Growth | -6.6% | -0.3% | 2.0% | 2.4% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% |
| Operating Expenses | $2,874.4 | $2,893.8 | $2,937.8 | $2,996.0 | $3,052.8 | $3,112.9 | $3,185.6 | $3,259.9 | $3,336.0 | $3,413.8 | $3,493.5 |
| % Margin | 77.8% | 78.6% | 78.3% | 78.0% | 77.7% | 77.5% | 77.5% | 77.5% | 77.5% | 77.5% | 77.5% |
| EBITDA | $818.2 | $786.1 | $814.2 | $844.2 | $874.8 | $906.3 | $927.5 | $949.1 | $971.3 | $993.9 | $1,017.1 |
| % Growth | -13.6% | -3.9% | 3.6% | 3.7% | 3.6% | 3.6% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% |
| % Margin | 22.2% | 21.4% | 21.7% | 22.0% | 22.3% | 22.5% | 22.5% | 22.5% | 22.5% | 22.5% | 22.5% |
| Capital Expenditures (Capex) | $104.8 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 |
| % Margin | 2.8% | 2.7% | 2.7% | 2.6% | 2.5% | 2.5% | 2.4% | 2.4% | 2.3% | 2.3% | 2.2% |
| EBITDA - Capex | $713.5 | $686.1 | $714.2 | $744.2 | $774.8 | $806.3 | $827.5 | $849.1 | $871.3 | $893.9 | $917.1 |
| % Margin | 19.3% | 18.6% | 19.0% | 19.4% | 19.7% | 20.1% | 20.1% | 20.2% | 20.2% | 20.3% | 20.3% |
| Stock-Based Compensation | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 |
| Depreciation & Amortization | $181.2 | $187.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 |
| Equity Income | ($13.7) | $1.9 | $28.0 | $49.9 | $67.8 | $81.2 | $97.1 | $116.3 | $139.2 | $166.6 | $199.3 |
| Equity Income (Cash) | $3.4 | $17.1 | $29.4 | $49.9 | $67.8 | $81.2 | $97.1 | $116.3 | $139.2 | $166.6 | $199.3 |
| Change in Working Capital | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

## Tribune Base Case – Publishing Comparable Companies and Transactions Method

### COMPARABLE COMPANIES METHOD[1]

| Period | Financial Metric | Multiples | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| | EBITDA | Low | – | High | Low | – | High |
| PF LTM | $804.8 | 6.00x | – | 6.50x | $4,828.6 | – | $5,231.0 |
| 2007P | $776.4 | 6.00x | – | 6.50x | $4,658.3 | – | $5,046.5 |
| 2008P | $786.1 | 6.00x | – | 6.50x | $4,716.7 | – | $5,109.8 |
| **Enterprise Value Range** | | | | | **$4,658.3** | – | **$5,231.0** |

### COMPARABLE TRANSACTIONS METHOD[1]

| Period | Financial Metric | Multiples | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| | EBITDA | Low | – | High | Low | – | High |
| PF LTM | $804.8 | 7.50x | – | 8.50x | $6,035.8 | – | $6,840.5 |
| **Enterprise Value Range** | | | | | **$6,035.8** | – | **$6,840.5** |

VRC0019399

## Discounted Cash Flow - Publishing

**Tribune Base Case - Publishing Discounted Cash Flow Method**

| | | Fiscal Years Ended, December 31 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
| Revenue | | $3,679.9 | $3,752.0 | $3,840.2 | $3,927.6 | $4,019.3 | $4,113.1 | $4,209.0 | $4,307.2 | $4,407.7 | $4,510.6 |
| % growth | | — | -3.1% | 2.4% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% |
| Adjusted EBITDA | | $786.1 | $814.2 | $844.2 | $874.8 | $906.3 | $927.5 | $949.1 | $971.3 | $993.9 | $1,017.1 |
| % growth | | — | 0.2% | 3.7% | 3.6% | 3.6% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% |
| % margin | | 21.4% | 21.7% | 22.0% | 22.3% | 22.5% | 22.5% | 22.5% | 22.5% | 22.5% | 22.5% |
| Adjusted EBITDA | | $786.1 | $814.2 | $844.2 | $874.8 | $906.3 | $927.5 | $949.1 | $971.3 | $993.9 | $1,017.1 |
| Depreciation & Amortization | | $187.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 |
| Pre-Tax Income | | $598.6 | $622.7 | $652.7 | $683.4 | $714.9 | $736.0 | $757.6 | $779.8 | $802.5 | $825.6 |
| Cash Taxes | 39.00% | $233.5 | $242.9 | $254.5 | $266.5 | $278.8 | $287.0 | $295.5 | $304.1 | $313.0 | $322.0 |
| After-Tax Income | | $365.2 | $379.9 | $398.1 | $416.9 | $436.1 | $449.0 | $462.2 | $475.7 | $489.5 | $503.6 |
| Depreciation & Amortization | | $187.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 |
| Net Change in Working Capital | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Severance Payments | | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) |
| Capital Expenditures | | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| Acquisitions / Investments | | ($80.0) | ($85.0) | ($90.0) | ($95.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| Enterprise Cash Flow (ECF) | | $362.6 | $376.3 | $389.6 | $403.3 | $417.5 | $430.4 | $443.6 | $457.1 | $471.0 | $485.1 | $499.7 |

| Discount Rate | PV of ECF + | PV of Terminal Value = | | | Enterprise Value | | | Discount Rate |
|---|---|---|---|---|---|---|---|---|
| | | 5.75x | 6.25x | 6.75x | 5.75x | 6.25x | 6.75x | |
| 7.5% | $2,958.2 | $2,837.6 | $3,084.4 | $3,331.1 | $5,795.8 | $6,042.6 | $6,289.3 | 7.5% |
| 8.0% | $2,895.0 | $2,709.0 | $2,944.5 | $3,180.1 | $5,604.0 | $5,839.5 | $6,075.1 | 8.0% |
| 8.5% | $2,834.0 | $2,586.7 | $2,811.6 | $3,036.5 | $5,420.7 | $5,645.6 | $5,870.5 | 8.5% |
| | | | | | Low | -- | High | |
| Enterprise Value Range | | | | | $5,420.7 | -- | $6,289.3 | |
| PF LTM EBITDA | | $804.8 | | | 6.7x | — | 7.8x | |
| 2007P EBITDA | | $776.4 | | | 7.0x | — | 8.1x | |
| 2008P EBITDA | | $786.1 | | | 6.9x | — | 8.0x | |

| | Implied Perpetuity Growth Rates | | |
|---|---|---|---|
| | 5.75x | 6.25x | 6.75x |
| 7.5% | -1.0% | -0.4% | 0.2% |
| 8.0% | -0.5% | 0.1% | 0.7% |
| 8.5% | 0.0% | 0.6% | 1.2% |

## Valuation Summary - Broadcasting Entertainment

### Valuation Summary - Broadcasting Segment

| Valuation Method | Valuation Summary | | |
|---|---|---|---|
| | Low | Mid | High |
| Comparable Companies | $3,719.5 | $3,905.5 | $4,091.4 |
| Comparable Transactions | $4,111.0 | $4,297.8 | $4,484.7 |
| Discounted Cash Flow | $4,481.0 | $4,789.8 | $5,098.6 |
| **Average Operating Enterprise Value** | **$4,103.4** | **$4,330.6** | **$4,557.8** |

**Operating Enterprise Value Multiples**

| | | Low | Mid | High |
|---|---|---|---|---|
| PF LTM EBITDA | $373.7 | 11.0x | 11.6x | 12.2x |
| 2008P EBITDA | $371.9 | 11.0x | 11.6x | 12.3x |
| 2009P EBITDA | $434.3 | 9.4x | 10.0x | 10.5x |

CONFIDENTIAL

## Broadcasting Entertainment Summary

*Tribune Base Case – Broadcasting Segment*

| Financial Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | $1,126.2 | $1,215.3 | $1,221.9 | $1,263.7 | $1,273.7 | $1,307.7 | $1,342.6 | $1,378.4 | $1,415.2 | $1,453.0 | $1,491.7 |
| % Growth | -1.6% | 7.9% | 0.5% | 3.4% | 0.8% | 2.7% | 2.7% | 2.7% | 2.7% | 2.7% | 2.7% |
| Operating Expenses | $754.2 | $781.0 | $772.3 | $798.7 | $822.7 | $837.9 | $860.0 | $882.7 | $906.0 | $929.9 | $954.4 |
| % Margin | 67.0% | 64.3% | 63.2% | 63.2% | 64.6% | 64.1% | 64.1% | 64.0% | 64.0% | 64.0% | 64.0% |
| EBITDA | $371.9 | $434.3 | $449.6 | $465.0 | $450.9 | $469.8 | $482.6 | $495.7 | $509.2 | $523.1 | $537.3 |
| % Margin | 33.0% | 35.7% | 36.8% | 36.8% | 35.4% | 35.9% | 35.9% | 36.0% | 36.0% | 36.0% | 36.0% |
| Capital Expenditures (Capex) | $24.9 | $25.0 | $25.6 | $25.2 | $25.2 | $25.2 | $25.2 | $25.2 | $25.2 | $25.2 | $25.2 |
| % Margin | 2.2% | 2.1% | 2.1% | 2.0% | 2.0% | 1.9% | 1.9% | 1.8% | 1.8% | 1.7% | 1.7% |
| EBITDA - Capex | $347.1 | $409.3 | $424.1 | $439.8 | $425.7 | $444.5 | $457.4 | $470.5 | $484.0 | $497.9 | $512.1 |
| % Margin | 30.8% | 33.7% | 34.7% | 34.8% | 33.4% | 34.0% | 34.1% | 34.1% | 34.2% | 34.3% | 34.3% |
| Stock-Based Compensation | $6.0 | $6.0 | $6.0 | $6.0 | $6.0 | $6.0 | $6.0 | $6.0 | $6.0 | $6.0 | $6.0 |
| Depreciation & Amortization | $45.6 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 |
| Equity Income | $99.1 | $81.5 | $86.1 | $90.5 | $95.1 | $99.9 | $105.0 | $110.3 | $115.9 | $121.9 | $128.1 |
| Equity Income (Cash) | $81.4 | $81.5 | $86.1 | $90.5 | $95.1 | $99.9 | $105.0 | $110.3 | $115.9 | $121.9 | $128.1 |
| Change in Working Capital | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

VRC0019402

# Market Multiples - Broadcasting Entertainment

*Tribune Base Case – Broadcasting Comparable Companies and Transactions Method*

### COMPARABLE COMPANIES METHOD [1]

| Period | Financial Metric EBITDA | Multiples Low | – | High | Enterprise Value Low | – | High |
|---|---|---|---|---|---|---|---|
| PF LTM | $373.7 | 10.0x | – | 10.5x | $3,737.3 | – | $3,924.1 |
| 2007P | $371.9 | 10.0x | – | 11.0x | $3,719.5 | – | $4,091.4 |
| 2008P | $434.3 | 8.8x | – | 9.3x | $3,800.2 | – | $4,017.4 |

| Enterprise Value Range | | | | | $3,719.5 | – | $4,091.4 |
|---|---|---|---|---|---|---|---|

### COMPARABLE TRANSACTIONS METHOD [1]

| Period | Financial Metric EBITDA | Multiples Low | – | High | Enterprise Value Low | – | High |
|---|---|---|---|---|---|---|---|
| PF LTM | $373.7 | 11.0x | – | 12.0x | $4,111.0 | – | $4,484.7 |

| Enterprise Value Range | | | | | $4,111.0 | – | $4,484.7 |
|---|---|---|---|---|---|---|---|