CONFIDENTIAL

| EBITDA Build | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenues | $4,936.4 | $5,016.1 | $5,146.8 | $5,244.8 | $5,371.1 | $5,500.4 | $5,632.9 | $5,768.5 | $5,907.4 | $6,049.7 |
| (-) Cash Operating Expenses | ($3,701.8) | ($3,738.0) | ($3,823.4) | ($3,904.9) | ($3,980.9) | ($4,076.4) | ($4,174.2) | ($4,274.3) | ($4,376.8) | ($4,481.7) |
| (-) Corporate | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) |
| (+) Expense Reduction from 401K Elimination | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| (+) Elimination of Bonus Plan | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| (+) Salary Freeze | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| (-) VRC Adjustment | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| EBITDA | $1,193.3 | $1,236.8 | $1,282.1 | $1,298.6 | $1,348.8 | $1,382.7 | $1,417.4 | $1,453.0 | $1,489.4 | $1,526.7 |
| (-) Stock Based Compensation | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| (-) Depreciation & Amortization | ($233.7) | ($237.7) | ($237.7) | ($237.7) | ($237.7) | ($237.7) | ($237.7) | ($237.7) | ($237.7) | ($237.7) |
| EBIT | $959.6 | $999.1 | $1,044.4 | $1,060.9 | $1,111.1 | $1,145.0 | $1,179.7 | $1,215.2 | $1,251.6 | $1,288.9 |

| GAAP Income Statement | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| Publishing | $3,679.9 | $3,752.0 | $3,840.2 | $3,927.6 | $4,019.3 | $4,113.1 | $4,209.0 | $4,307.2 | $4,407.7 | $4,510.6 |
| Broadcasting & Entertainment | $1,256.5 | $1,264.1 | $1,306.6 | $1,317.2 | $1,351.8 | $1,387.4 | $1,423.8 | $1,461.3 | $1,499.7 | $1,539.1 |
| Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Total Operating Revenues | $4,936.4 | $5,016.1 | $5,146.8 | $5,244.8 | $5,371.1 | $5,500.4 | $5,632.9 | $5,768.5 | $5,907.4 | $6,049.7 |
| Cash Operating Expenses | $3,743.1 | $3,779.3 | $3,864.7 | $3,946.2 | $4,022.2 | $4,117.7 | $4,215.5 | $4,315.6 | $4,418.1 | $4,523.0 |
| Stock Based Compensation | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Depreciation & Amortization | $235.3 | $240.9 | $240.9 | $240.9 | $240.9 | $240.9 | $240.9 | $239.3 | $237.7 | $237.7 |
| Total Operating Expenses | $3,978.4 | $4,020.1 | $4,105.6 | $4,187.1 | $4,263.1 | $4,358.6 | $4,456.3 | $4,554.9 | $4,655.8 | $4,760.8 |
| Operating Profit | $958.0 | $996.0 | $1,041.2 | $1,057.7 | $1,108.0 | $1,141.8 | $1,176.5 | $1,213.6 | $1,251.6 | $1,288.9 |
| Net Income on Equity Investments | $83.4 | $114.1 | $140.3 | $162.9 | $181.1 | $202.1 | $226.6 | $259.1 | $288.4 | $327.4 |
| Equity Income Adjustment for Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Interest and Dividend Income | $4.1 | $2.3 | $2.3 | $2.3 | $2.3 | $2.3 | $2.3 | $2.3 | $2.3 | $2.3 |
| Interest Expense | ($996.0) | ($981.3) | ($992.8) | ($990.0) | ($973.0) | ($947.4) | ($914.1) | ($875.3) | ($822.7) | ($744.9) |
| Pre-Tax Income Before One Time Items | $49.5 | $131.0 | $191.0 | $232.8 | $318.3 | $398.9 | $491.3 | $595.7 | $719.6 | $873.7 |
| Gain (Loss) on Change in Fair Value of Deriv / Inv. | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Non-Operating Other Items | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Special Charges | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Other Non-Operating Gain (Loss), net (after tax for | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Income from Continuing Operations b/f Taxes | $49.5 | $131.0 | $191.0 | $232.8 | $318.3 | $398.9 | $491.3 | $595.7 | $719.6 | $873.7 |
| Income Taxes | ($7.8) | ($11.6) | ($14.5) | ($16.2) | ($19.7) | ($23.0) | ($26.8) | ($31.1) | ($36.2) | ($42.5) |
| Tax Benefit - Non Operating Other Items | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Tax Benefit - Special Charges | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Income from Continuing Operations | $41.7 | $119.4 | $176.5 | $216.6 | $298.5 | $375.8 | $464.5 | $564.7 | $683.4 | $831.2 |
| Income from Discontinued Operations | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Net Income | $41.7 | $119.4 | $176.5 | $216.6 | $298.5 | $375.8 | $464.5 | $564.7 | $683.4 | $831.2 |

| Financial Summary | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | $4,936.4 | $5,016.1 | $5,146.8 | $5,244.8 | $5,371.1 | $5,500.4 | $5,632.9 | $5,768.5 | $5,907.4 | $6,049.7 |
| % Growth | -3.1% | 1.6% | 2.6% | 1.9% | 2.4% | 2.4% | 2.4% | 2.4% | 2.4% | 2.4% |
| Adjusted EBITDA | $1,193.3 | $1,236.8 | $1,282.1 | $1,298.6 | $1,348.8 | $1,382.7 | $1,417.4 | $1,453.0 | $1,489.4 | $1,526.7 |
| % Growth | 0.2% | 3.6% | 3.7% | 1.3% | 3.9% | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% |
| % Margin | 24.2% | 24.7% | 24.9% | 24.8% | 25.1% | 25.1% | 25.2% | 25.2% | 25.2% | 25.2% |
| Operating Cash Flow (OCF) | $366.1 | $465.8 | $525.0 | $566.9 | $652.2 | $732.6 | $824.6 | $926.9 | $1,048.1 | $1,200.5 |
| % Growth | -50.2% | 27.2% | 12.7% | 8.0% | 15.0% | 12.3% | 12.6% | 12.4% | 13.1% | 14.5% |
| % Margin | 7.4% | 9.3% | 10.2% | 10.8% | 12.1% | 13.3% | 14.6% | 16.1% | 17.7% | 19.8% |
| Capital Expenditures (Capex) | $132.2 | $128.3 | $128.5 | $128.5 | $128.5 | $128.5 | $128.5 | $128.5 | $128.5 | $128.5 |
| % Margin | 2.7% | 2.6% | 2.5% | 2.4% | 2.4% | 2.3% | 2.3% | 2.2% | 2.2% | 2.1% |
| EBITDA - Capex | $1,061.1 | $1,108.6 | $1,153.6 | $1,170.1 | $1,220.4 | $1,254.2 | $1,288.9 | $1,324.5 | $1,360.9 | $1,398.2 |
| % Margin | 21.5% | 22.1% | 22.4% | 22.3% | 22.7% | 22.8% | 22.9% | 23.0% | 23.0% | 23.1% |
| OCF - Capex | $233.9 | $337.5 | $396.5 | $438.4 | $523.7 | $604.1 | $696.2 | $798.4 | $919.6 | $1,072.0 |
| % Margin | 4.7% | 6.7% | 7.7% | 8.4% | 9.8% | 11.0% | 12.4% | 13.8% | 15.6% | 17.7% |
| Guaranteed Debt | $9,116.0 | $8,880.9 | $9,038.0 | $8,706.4 | $8,295.6 | $7,886.5 | $7,366.2 | $7,014.4 | $6,208.1 | $5,249.5 |
| Total Debt | $11,494.2 | $11,286.8 | $11,023.4 | $10,723.1 | $10,344.6 | $9,888.2 | $9,404.9 | $8,763.8 | $7,999.9 | $7,086.7 |
| Cash | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 |
| Net Debt | $11,419.2 | $11,211.8 | $10,948.4 | $10,648.1 | $10,269.6 | $9,813.2 | $9,329.9 | $8,688.8 | $7,924.9 | $7,011.7 |
| Excess Cash | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Total Interest Expense | $996.0 | $981.3 | $992.8 | $990.0 | $973.0 | $947.4 | $914.1 | $875.3 | $822.7 | $744.9 |
| Total Cash Interest | $957.9 | $938.6 | $948.5 | $944.0 | $925.3 | $897.7 | $862.5 | $821.6 | $766.8 | $686.7 |
| Cash Taxes | $0.0 | $0.0 | $1.0 | $2.3 | $3.7 | $5.1 | $6.6 | $8.4 | $10.5 | $13.3 |

VRC0019347

| Covenant Analysis | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| EBITDA | $1,193.3 | $1,236.8 | $1,282.1 | $1,298.6 | $1,348.8 | $1,382.7 | $1,417.4 | $1,453.0 | $1,489.4 | $1,526.7 |
| Covenant EBITDA[1] | $1,346.0 | $1,404.5 | $1,474.7 | $1,513.7 | $1,582.2 | $1,637.1 | $1,696.3 | $1,760.3 | $1,830.0 | $1,906.3 |
| Guaranteed Debt[2] | $9,116.0 | $8,880.9 | $9,038.0 | $8,706.4 | $8,295.6 | $7,886.5 | $7,366.2 | $7,014.4 | $6,108.1 | $5,249.5 |
| Projected Guaranteed Debt / Covenant EBITDA | 6.77x | 6.32x | 6.13x | 5.75x | 5.24x | 4.82x | 4.34x | 3.98x | 3.39x | 2.75x |
| Maximum Required Leverage Ratio | 9.00x | 8.75x | 8.50x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x |
| $ Cushion (Covenant EBITDA) | $333.1 | $389.6 | $411.4 | $459.4 | $576.6 | $681.2 | $802.4 | $910.1 | $1,077.5 | $1,270.0 |
| Projected Covenant EBITDA / Cash Interest | 1.41x | 1.50x | 1.55x | 1.60x | 1.71x | 1.82x | 1.97x | 2.14x | 2.39x | 2.78x |
| Minimum Required Interest Coverage Ratio | 1.15x | 1.20x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x |
| $ Cushion (Cash Interest) | $212.5 | $231.8 | $231.8 | $266.9 | $340.5 | $411.9 | $494.5 | $586.7 | $697.2 | $838.3 |
| Total Debt / Covenant EBITDA | 8.54x | 8.04x | 7.47x | 7.08x | 6.54x | 6.04x | 5.54x | 4.98x | 4.37x | 3.72x |

| Cash Flow Summary | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| Adjusted EBITDA | $1,193.3 | $1,236.8 | $1,282.1 | $1,298.6 | $1,348.8 | $1,382.7 | $1,417.4 | $1,453.0 | $1,489.4 | $1,526.7 |
| Cash Received from Equity Investments | $98.6 | $115.4 | $140.3 | $162.9 | $181.1 | $202.1 | $226.6 | $255.1 | $288.4 | $327.4 |
| Equity Income Adjustment for Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Cash Taxes | $0.0 | $0.0 | ($1.0) | ($2.3) | ($3.7) | ($5.1) | ($6.6) | ($8.4) | ($10.5) | ($13.3) |
| ESOP Repurchase Obligation | $0.0 | ($0.1) | ($0.2) | ($0.5) | ($1.0) | ($1.7) | ($2.5) | ($3.4) | ($4.5) | ($5.9) |
| Addback for non-cash retirement expense | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 |
| Net Cash Interest Expense | ($953.5) | ($936.4) | ($946.2) | ($941.8) | ($923.0) | ($895.5) | ($860.3) | ($819.3) | ($764.6) | ($684.5) |
| Financing Fees after Closing | ($22.0) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Working Capital & Other | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Severance Payments | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) |
| Operating Cash Flow | $366.1 | $465.8 | $525.0 | $566.9 | $652.2 | $732.6 | $824.6 | $926.9 | $1,048.1 | $1,200.5 |
| Capital Expenditures | ($132.2) | ($128.3) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) |
| Proceeds from Asset Sales | $899.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Investments / Acquisitions | ($84.0) | ($91.0) | ($92.0) | ($95.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| Cash Flow Available for Debt Repayment | $1,048.9 | $246.5 | $304.5 | $343.4 | $423.7 | $504.1 | $596.2 | $698.4 | $819.6 | $972.0 |
| Scheduled Debt Repayments | ($110.8) | ($77.7) | ($527.6) | ($77.9) | ($78.8) | ($160.8) | ($6,215.9) | ($2,087.7) | ($62.8) | ($62.8) |
| Other Financing Activities | $186.1 | ($0.5) | ($0.5) | ($0.5) | ($0.5) | ($0.5) | $6,214.7 | $1,695.2 | ($0.5) | ($0.5) |
| Net Cash Flow | $1,124.2 | $168.3 | ($223.6) | $265.0 | $344.4 | $342.8 | $595.0 | $306.0 | $756.4 | $908.7 |
| Beginning Cash | $197.7 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 |
| Minimum Cash Balance | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) |
| Revolver Borrowings | $0.0 | $0.0 | $223.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Cash Available for Discretionary Prepayments | $1,247.0 | $168.3 | $0.0 | $265.0 | $344.4 | $342.8 | $595.0 | $306.0 | $756.4 | $908.7 |
| Discretionary Debt Repayments | ($1,247.0) | ($168.3) | $0.0 | ($265.0) | ($344.4) | ($342.8) | ($595.0) | ($306.0) | ($756.4) | ($908.7) |
| Net Change in Cash | ($122.7) | $0.0 | ($0.0) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Beginning Cash Balance | $197.7 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 |
| Net Change in Cash | ($122.7) | $0.0 | ($0.0) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Ending Cash Balance | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 |
| CHECK | - | - | - | - | - | - | - | - | - | - |

| Liquidity Summary | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| Ending Cash Balance | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 |
| Required Cash Balance | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) |
| Excess Cash Balance | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Revolver Availability | $750.0 | $750.0 | $526.4 | $750.0 | $750.0 | $750.0 | $750.0 | $750.0 | $750.0 | $750.0 |
| Total Liquidity | $750.0 | $750.0 | $526.4 | $750.0 | $750.0 | $750.0 | $750.0 | $750.0 | $750.0 | $750.0 |

VRC0019348

| Debt Summary | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| Revolving Credit Facility | $0.0 | $0.0 | $223.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| New Term Loan X | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Term Loan B | $7,506.9 | $7,259.7 | $7,180.9 | $7,060.7 | $6,637.4 | $6,215.9 | $5,683.0 | $5,314.3 | $4,495.1 | $3,523.6 |
| Bridge Note | $1,609.1 | $1,621.3 | $1,633.5 | $1,645.8 | $1,658.1 | $1,670.6 | $1,683.2 | $1,700.2 | $1,713.0 | $1,725.9 |
| New Senior Notes | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Guaranteed Debt** | **$9,116.0** | **$8,880.9** | **$9,038.0** | **$8,706.4** | **$8,295.6** | **$7,886.5** | **$7,366.2** | **$7,014.4** | **$6,208.1** | **$5,249.5** |
| Term Loan A | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Medium Term Notes | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Sales Leaseback | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Asset Backed Notes | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 |
| TMCT Mortgage Debt | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 |
| Zell PIK Notes | $235.8 | $247.1 | $259.0 | $271.5 | $284.5 | $298.2 | $312.5 | $327.5 | $343.2 | $359.7 |
| Existing Debt | $1,201.7 | $1,202.9 | $754.1 | $755.0 | $755.0 | $673.0 | $673.0 | $344.0 | $344.0 | $344.0 |
| PHONES | $490.7 | $505.9 | $522.3 | $540.2 | $559.5 | $580.5 | $603.2 | $627.9 | $654.6 | $683.5 |
| **Total Debt** | **$11,494.2** | **$11,286.8** | **$11,023.4** | **$10,723.1** | **$10,344.6** | **$9,888.2** | **$9,404.9** | **$8,763.8** | **$7,999.9** | **$7,086.7** |
| Excess Cash | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 |
| **Net Debt** | **$11,419.2** | **$11,211.8** | **$10,948.4** | **$10,648.1** | **$10,269.6** | **$9,813.2** | **$9,329.9** | **$8,688.8** | **$7,924.9** | **$7,011.7** |
| Letters of Credit | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

| Interest Summary | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| Commercial Paper | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Revolving Credit Facility | $3.8 | $3.8 | $11.5 | $12.9 | $3.8 | $3.8 | $3.8 | $3.8 | $3.8 | $3.8 |
| Term Loan A | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Term Loan X | $17.7 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Term Loan B | $587.7 | $573.1 | $579.7 | $584.6 | $572.5 | $545.5 | $511.0 | $476.2 | $427.7 | $346.1 |
| Bridge Note | $210.7 | $234.2 | $236.0 | $237.7 | $239.5 | $241.3 | $243.2 | $245.3 | $247.5 | $249.3 |
| New Senior Notes | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Sale Leaseback | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Medium Term Notes | $10.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Asset Backed Notes | $17.3 | $17.4 | $18.6 | $19.3 | $19.8 | $20.2 | $20.5 | $20.7 | $20.9 | $20.6 |
| TMCT Mortgage Debt | $9.8 | $9.8 | $10.4 | $10.8 | $11.0 | $11.2 | $11.4 | $11.5 | $11.6 | $11.4 |
| Existing Debt Balances | $75.0 | $75.1 | $66.9 | $53.4 | $53.4 | $50.4 | $47.5 | $38.8 | $30.2 | $30.2 |
| PHONES (Cash Interest) | $25.3 | $25.3 | $25.3 | $25.3 | $25.3 | $25.3 | $25.3 | $25.3 | $25.3 | $25.3 |
| **Total Cash Interest Expense** | **$957.9** | **$938.6** | **$948.5** | **$944.0** | **$925.3** | **$897.7** | **$862.5** | **$821.6** | **$766.8** | **$686.7** |
| Amortization of Financing Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Existing Amortization | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 |
| PHONES (non-cash) | $14.1 | $15.1 | $16.1 | $17.1 | $18.2 | $19.3 | $20.5 | $21.8 | $23.2 | $24.6 |
| Bridge Notes (PIK Interest) | $9.0 | $12.1 | $12.2 | $12.3 | $12.4 | $12.5 | $12.6 | $12.7 | $12.8 | $12.9 |
| Zell Notes PIK Interest | $10.8 | $11.3 | $11.9 | $12.4 | $13.0 | $13.7 | $14.3 | $15.0 | $15.7 | $16.5 |
| **Total Interest Expense** | **$996.0** | **$981.3** | **$992.8** | **$990.0** | **$973.0** | **$947.4** | **$914.1** | **$875.3** | **$822.7** | **$744.9** |
| Interest Income | $4.1 | $2.3 | $2.3 | $2.3 | $2.3 | $2.3 | $2.3 | $2.3 | $2.3 | $2.3 |
| LIBOR Rate | 4.53% | 4.54% | 4.96% | 5.19% | 5.35% | 5.49% | 5.59% | 5.66% | 5.72% | 5.63% |

| | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| **Adjusted EBITDA** | **$1,193.3** | **$1,236.6** | **$1,282.1** | **$1,298.6** | **$1,348.6** | **$1,382.7** | **$1,417.4** | **$1,453.0** | **$1,489.4** | **$1,526.7** |
| Cash Received from Equity Investments | $68.6 | $115.4 | $140.3 | $162.9 | $181.1 | $202.1 | $224.6 | $255.1 | $288.4 | $327.4 |
| Equity Income Adjustment for Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Cash Taxes | $0.0 | $0.0 | ($1.0) | ($2.3) | ($3.7) | ($5.1) | ($6.6) | ($8.4) | ($10.5) | ($13.3) |
| ESOP Repurchase Obligation | $0.0 | ($0.1) | ($0.2) | ($0.5) | ($1.0) | ($1.7) | ($2.5) | ($3.4) | ($4.5) | ($5.9) |
| Addback for non-cash retirement expense | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 |
| Net Cash Interest Expense | ($953.8) | ($936.4) | ($946.2) | ($941.8) | ($923.0) | ($895.5) | ($860.3) | ($819.3) | ($764.6) | ($684.5) |
| Financing Fees after Closing | ($22.0) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Working Capital & Other | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Severance Payments | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) |
| **Operating Cash Flow** | **$366.1** | **$465.8** | **$525.0** | **$566.9** | **$652.2** | **$732.5** | **$824.6** | **$926.9** | **$1,048.1** | **$1,200.5** |
| Capital Expenditures | ($132.2) | ($128.3) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) |
| Proceeds from Asset Sales | $899.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Investments / Acquisitions | ($84.0) | ($91.0) | ($92.0) | ($95.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| Proceeds from Bender Tax Settlement | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Investing Cash Flow** | **$682.8** | **($219.3)** | **($220.5)** | **($223.5)** | **($228.5)** | **($228.5)** | **($228.5)** | **($228.5)** | **($228.5)** | **($228.5)** |
| **Cash Flow Available for Debt Repayment** | **$1,048.9** | **$246.5** | **$304.5** | **$343.4** | **$423.7** | **$504.1** | **$596.2** | **$698.4** | **$819.6** | **$972.0** |
| Commercial Paper | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Revolving Credit Facility | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Term Loan A | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Term Loan X | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Term Loan B | $186.4 | ($78.8) | ($78.8) | ($78.8) | ($78.8) | ($78.8) | ($6,215.9) | ($62.8) | ($62.8) | ($62.8) |
| Bridge Note | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | ($1,695.9) | $0.0 | $0.0 |
| Medium Term Notes | ($262.6) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Existing Debt Balances | ($34.6) | $1.1 | ($448.8) | $0.9 | $0.0 | ($82.0) | $0.0 | ($329.0) | $0.0 | $0.0 |
| **Scheduled Debt Repayments** | **($110.8)** | **($77.7)** | **($527.6)** | **($77.9)** | **($78.8)** | **($160.8)** | **($6,215.9)** | **($2,087.7)** | **($62.8)** | **($62.8)** |
| **Cash Flow Before Financing Activities** | **$938.1** | **$168.8** | **($223.1)** | **$265.5** | **$344.9** | **$343.3** | **($5,619.7)** | **($1,389.3)** | **$756.9** | **$909.2** |

VRC0019350

CONFIDENTIAL

| Detailed Cash Flow | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| Sam Zell Transaction Financing | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Sam Zell Investment | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Option Proceeds | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Share Repurchase | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Financing and Transaction Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | ($62.8) | ($17.1) | $0.0 | $0.0 |
| Dividend to Common Shareholders | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Additional Borrowings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $6,278.0 | $1,712.9 | $0.0 | $0.0 |
| Proceeds from A/R Securitization | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Other | $186.1 | ($0.5) | ($0.5) | ($0.5) | ($0.5) | ($0.5) | ($0.5) | ($0.5) | ($0.5) | ($0.5) |
| **Financing Cash Flow** | **$186.1** | **($0.5)** | **($0.5)** | **($0.5)** | **($0.5)** | **($0.5)** | **$6,214.7** | **$1,695.2** | **($0.5)** | **($0.5)** |
| **Net Cash Flow** | **$1,124.2** | **$168.3** | **($223.6)** | **$265.0** | **$344.4** | **$342.8** | **$595.0** | **$306.0** | **$756.4** | **$908.7** |
| Beginning Cash | $197.7 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 |
| Minimum Cash Balance | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) |
| Other | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Revolver Borrowings | $0.0 | $0.0 | $223.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Other | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Cash Available for Discretionary Prepayments** | **$1,247.0** | **$168.3** | **$0.0** | **$265.0** | **$344.4** | **$342.8** | **$595.0** | **$306.0** | **$756.4** | **$908.7** |
| *Discretionary Prepayments* | | | | | | | | | | |
| Commercial Paper | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Revolving Credit Facility | $0.0 | $0.0 | $0.0 | ($223.6) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Term Loan A | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Term Loan X | ($975.0) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Term Loan B | ($272.0) | ($168.3) | $0.0 | ($41.4) | ($344.4) | ($342.8) | ($595.0) | ($306.0) | ($756.4) | ($908.7) |
| Bridge Note | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| New Senior Notes | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Sale Leaseback | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Medium Term Notes | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Asset Backed Notes | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| TMCT Mortgage Debt | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Existing Debt Balances | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Zell PIK Notes | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Discretionary Prepayments** | **($1,247.0)** | **($168.3)** | **$0.0** | **($265.0)** | **($344.4)** | **($342.8)** | **($595.0)** | **($306.0)** | **($756.4)** | **($908.7)** |
| **Net Change in Cash** | **($122.7)** | **$0.0** | **($0.0)** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** | **$0.0** |
| Beginning Cash Balance | $197.7 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 |
| Net Change in Cash | ($122.7) | $0.0 | ($0.0) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Ending Cash Balance | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 |
| 3.0% Interest Income | | $4.1 | $2.3 | $2.3 | $2.3 | $2.3 | $2.3 | $2.3 | $2.3 | $2.3 |

VRC0019351

| | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| LIBOR Curve | | 4.53% | 4.54% | 4.96% | 5.19% | 5.35% | 5.49% | 5.59% | 5.66% | 5.72% | 5.68% |

**Revolving Credit Facility**

| | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| Maximum Availability | $750.0 | $750.0 | $750.0 | $750.0 | $750.0 | $750.0 | $750.0 | $750.0 | $750.0 |
| Borrowings | $0.0 | $0.0 | ($223.6) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Letters of Credit | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Swing Line Loans | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Excess Availability | $750.0 | $750.0 | $526.4 | $750.0 | $750.0 | $750.0 | $750.0 | $750.0 | $750.0 |
| | | | | | | | | | |
| Beginning Balance | $0.0 | $0.0 | $0.0 | $223.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Borrowings | $0.0 | $0.0 | $223.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Required Payments | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Optional Payments | $0.0 | $0.0 | $0.0 | ($223.6) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Ending Balance | $0.0 | $0.0 | $223.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Average Balance | $0.0 | $0.0 | $111.8 | $111.8 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Base Rate | 4.526% | 4.537% | 4.963% | 5.189% | 5.354% | 5.488% | 5.589% | 5.661% | 5.720% | 5.682% |
| Margin | 3.000% | 3.000% | 3.000% | 3.000% | 3.000% | 3.000% | 3.000% | 3.000% | 3.000% |
| Interest Rate | 7.526% | 7.537% | 7.963% | 8.189% | 8.354% | 8.488% | 8.589% | 8.661% | 8.720% | 8.682% |
| Commitment Fee | 0.500% | 0.500% | 0.500% | 0.500% | 0.500% | 0.500% | 0.500% | 0.500% | 0.500% |
| LOC Fee | 0.000% | 0.000% | 0.000% | 0.000% | 0.000% | 0.000% | 0.000% | 0.000% | 0.000% |
| | | | | | | | | | |
| Interest Expense | $0.0 | $0.0 | $8.9 | $9.2 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Commitment Fee | $3.8 | $3.8 | $2.6 | $3.8 | $3.8 | $3.8 | $3.8 | $3.8 | $3.8 |
| LOC Fee | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

**Term Loan X**

| | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $975.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Additional Borrowings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Required Amortization | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Optional Amortization | ($975.0) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Ending Balance | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Average Balance | $487.5 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Base Rate | 4.526% | 4.537% | 4.963% | 5.189% | 5.354% | 5.488% | 5.589% | 5.661% | 5.720% | 5.682% |
| Margin | 2.750% | 2.750% | 2.750% | 2.750% | 2.750% | 2.750% | 2.750% | 2.750% | 2.750% |
| Interest Rate | 7.276% | 7.287% | 7.713% | 7.939% | 8.104% | 8.238% | 8.339% | 8.411% | 8.470% | 8.382% |
| Interest Expense | $17.7 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

(0.0%)

VRC0019352

| Term Loan B | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $7,592.4 | $7,506.9 | $7,259.7 | $7,180.9 | $7,060.7 | $6,637.4 | $6,215.9 | $5,683.0 | $5,314.3 | $4,495.1 |
| Additional Borrowings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $6,278.0 | $0.0 | $0.0 | $0.0 |
| Required Amortization | $186.4 | ($78.8) | ($78.8) | ($78.8) | ($78.8) | ($78.8) | ($6,215.9) | ($62.8) | ($62.8) | ($62.8) |
| Optional Amortization | ($272.0) | ($168.3) | $0.0 | ($41.4) | ($344.4) | ($342.8) | ($595.0) | ($306.0) | ($756.4) | ($908.7) |
| Ending Balance | $7,506.9 | $7,259.7 | $7,180.9 | $7,060.7 | $6,637.4 | $6,215.9 | $5,683.0 | $5,314.3 | $4,495.1 | $3,523.6 |
| Average Balance | $7,549.6 | $7,383.3 | $7,220.3 | $7,120.8 | $6,849.1 | $6,426.7 | $5,949.4 | $5,498.6 | $4,904.7 | $4,009.4 |
| Effective Interest Rate | 7.785% | 7.762% | 8.029% | 8.210% | 8.358% | 8.488% | 8.589% | 8.661% | 8.720% | 8.632% |
| Interest Expense | $587.7 | $573.1 | $579.7 | $584.6 | $572.5 | $545.5 | $511.0 | $476.2 | $427.7 | $346.1 |

1.0% / $262.6 (Term Loan B sensitivity annotations)

**Debt Schedule (Fixed/Floating Sensitivity)**

| New Term Loan B | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $5,092.4 | $5,006.9 | $5,509.7 | $6,430.9 | $6,310.7 | $6,637.4 | $6,215.9 | $5,683.0 | $5,314.3 | $4,495.1 |
| Additional Borrowings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $6,278.0 | $0.0 | $0.0 | $0.0 |
| Required Amortization | $186.4 | ($78.8) | ($78.8) | ($78.8) | ($78.8) | ($78.8) | ($6,215.9) | ($62.8) | ($62.8) | ($62.8) |
| Optional Amortization | ($272.0) | ($168.3) | $0.0 | ($41.4) | ($344.4) | ($342.8) | ($595.0) | ($306.0) | ($756.4) | ($908.7) |
| Ending Balance | $5,006.9 | $4,759.7 | $5,430.9 | $6,310.7 | $5,887.4 | $6,215.9 | $5,683.0 | $5,314.3 | $4,495.1 | $3,523.6 |
| Average Balance | $5,049.6 | $4,883.3 | $5,470.3 | $6,370.8 | $6,099.1 | $6,426.7 | $5,949.4 | $5,498.6 | $4,904.7 | $4,009.4 |
| Base Rate | 4.526% | 4.537% | 4.963% | 5.189% | 5.354% | 5.488% | 5.589% | 5.661% | 5.720% | 5.632% |
| Margin | 3.000% | 3.000% | 3.000% | 3.000% | 3.000% | 3.000% | 3.000% | 3.000% | 3.000% | 3.000% |
| Interest Rate | 7.526% | 7.537% | 7.963% | 8.189% | 8.354% | 8.488% | 8.589% | 8.661% | 8.720% | 8.632% |
| Interest Expense | $380.0 | $368.1 | $435.6 | $521.7 | $509.5 | $545.5 | $511.0 | $476.2 | $427.7 | $346.1 |

1.0% / $0.0

| New Term Loan B (2 Year Hedge) | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $750.0 | $750.0 | | | | | | | | |
| Additional Borrowings | $0.0 | $0.0 | | | | | | | | |
| Required Amortization | $0.0 | $0.0 | | | | | | | | |
| Optional Amortization | $0.0 | $0.0 | | | | | | | | |
| Ending Balance | $750.0 | $750.0 | | | | | | | | |
| Average Balance | $750.0 | $750.0 | | | | | | | | |
| Interest Rate | 8.250% | 8.250% | | | | | | | | |
| Interest Expense | $61.9 | $59.2 | | | | | | | | |

8.250% / 6/30/2009

| New Term Loan B (3 Year Hedge) | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $1,000.0 | $1,000.0 | $1,000.0 | | | | | | | |
| Additional Borrowings | $0.0 | $0.0 | $0.0 | | | | | | | |
| Required Amortization | $0.0 | $0.0 | $0.0 | | | | | | | |
| Optional Amortization | $0.0 | $0.0 | $0.0 | | | | | | | |
| Ending Balance | $1,000.0 | $1,000.0 | $1,000.0 | | | | | | | |
| Average Balance | $1,000.0 | $1,000.0 | $1,000.0 | | | | | | | |
| Interest Rate | 8.290% | 8.290% | 8.290% | | | | | | | |
| Interest Expense | $82.9 | $82.9 | $81.2 | | | | | | | |

8.290% / 6/30/2010

VRC0019353

| New Term Loan B (5 Year Hedge) | | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | $750.0 | $750.0 | $750.0 | $750.0 | $750.0 | | | | | |
| | Additional Borrowings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | | | | | |
| | Required Amortization | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | | | | | |
| | Optional Amortization | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | | | | | |
| | Ending Balance | $750.0 | $750.0 | $750.0 | $750.0 | $750.0 | | | | | |
| | Average Balance | $750.0 | $750.0 | $750.0 | $750.0 | $750.0 | | | | | |
| 8.390% | Interest Rate | 8.390% | 8.390% | 8.390% | 8.390% | 8.390% | | | | | |
| 6/30/2012 | Interest Expense | $62.9 | $62.9 | $62.9 | $62.9 | $63.0 | | | | | |

| | Bridge Note | | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | $1,600.1 | $1,609.1 | $1,621.3 | $1,633.5 | $1,645.8 | $1,658.1 | $1,670.6 | $1,683.2 | $1,700.2 | $1,713.0 |
| | Additional Borrowings | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $1,712.9 | $0.0 | $0.0 |
| 0.0% | PIK Interest | - | $9.0 | $12.1 | $12.2 | $12.3 | $12.4 | $12.5 | $12.6 | ($1,695.9) | $12.8 | $12.9 |
| | Optional Amortization | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| | Ending Balance | | $1,609.1 | $1,621.3 | $1,633.5 | $1,645.8 | $1,658.1 | $1,670.6 | $1,683.2 | $1,700.2 | $1,713.0 | $1,725.9 |
| | Average Balance | | $1,604.6 | $1,615.2 | $1,627.4 | $1,639.6 | $1,652.0 | $1,664.4 | $1,676.9 | $1,691.7 | $1,706.6 | $1,719.4 |
| | PIK Interest Expense | | $9.0 | $12.1 | $12.2 | $12.3 | $12.4 | $12.5 | $12.6 | $12.7 | $12.8 | $12.9 |
| | PIK Rate | 0.75% | 0.56% | 0.75% | 0.75% | 0.75% | 0.75% | 0.75% | 0.75% | 0.75% | 0.75% | 0.75% |
| 2.0% | One Time Financing Fee | | $22.0 | | | | | - | | | | |
| | Amortization of One Time Fee | | $3.1 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| | Base Rate | | 4.526% | | | | | | | | | |
| | Margin | | 8.603% | 14.500% | 14.500% | 14.500% | 14.500% | 14.500% | 14.500% | 14.500% | 14.500% | 14.500% |
| | Interest Rate | | 13.129% | 14.500% | 14.500% | 14.500% | 14.500% | 14.500% | 14.500% | 14.500% | 14.500% | 14.500% |
| | Interest Expense | | $210.7 | $234.2 | $236.0 | $237.7 | $239.5 | $241.3 | $243.2 | $245.3 | $247.5 | $249.3 |

| New Senior Notes | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Additional Borrowings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Required Amortization | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Optional Amortization | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Ending Balance | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Average Balance | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Margin | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% |
| Interest Rate | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% |
| Interest Expense | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

| Medium Term Notes | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $262.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Additional Borrowings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Required Amortization | ($262.6) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Optional Amortization | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Ending Balance | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Average Balance | $131.3 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Margin | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% |
| Interest Rate | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% |
| Interest Expense | $10.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

| Sales Leaseback | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Additional Borrowings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Required Amortization | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Optional Amortization | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Ending Balance | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Average Balance | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Base Rate | 4.53% | 4.54% | 4.96% | 5.19% | 5.35% | 5.49% | 5.59% | 5.66% | 5.72% | 5.63% |
| Margin | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% |
| Interest Rate | 6.78% | 6.79% | 7.21% | 7.44% | 7.60% | 7.74% | 7.84% | 7.91% | 7.97% | 7.88% |
| Interest Expense | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

| Asset Backed Notes | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 |
| Additional Borrowings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Required Amortization | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Optional Amortization | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Ending Balance | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 |
| Average Balance | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 |
| Base Rate | 4.526% | 4.537% | 4.963% | 5.189% | 5.354% | 5.488% | 5.589% | 5.661% | 5.720% | 5.632% |
| Margin | 1.250% | 1.250% | 1.250% | 1.250% | 1.250% | 1.250% | 1.250% | 1.250% | 1.250% | 1.250% |
| Interest Rate | 5.776% | 5.787% | 6.213% | 6.439% | 6.604% | 6.738% | 6.839% | 6.911% | 6.970% | 6.882% |
| Interest Expense | $17.3 | $17.4 | $18.6 | $19.3 | $19.8 | $20.2 | $20.5 | $20.7 | $20.9 | $20.6 |

VRC0019355

| TMCT Mortgage Debt | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $0.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 |
| Additional Borrowings | $150.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Required Amortization | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Optional Amortization | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Ending Balance | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 |
| Average Balance | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 |
| Base Rate | 4.526% | 4.537% | 4.963% | 5.189% | 5.354% | 5.488% | 5.589% | 5.661% | 5.720% | 5.632% |
| Margin | 2.000% | 2.000% | 2.000% | 2.000% | 2.000% | 2.000% | 2.000% | 2.000% | 2.000% | 2.000% |
| Interest Rate | 6.526% | 6.537% | 6.963% | 7.189% | 7.354% | 7.488% | 7.589% | 7.661% | 7.720% | 7.632% |
| Interest Expense | $9.8 | $9.8 | $10.4 | $10.8 | $11.0 | $11.2 | $11.4 | $11.5 | $11.6 | $11.4 |

| | Zell PIK Notes | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | $225.0 | $235.8 | $247.1 | $259.0 | $271.5 | $284.5 | $298.2 | $312.5 | $327.5 | $343.2 |
| | Additional Borrowings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| | PIK Interest | $10.8 | $11.3 | $11.9 | $12.4 | $13.0 | $13.7 | $14.3 | $15.0 | $15.7 | $16.5 |
| | Optional Amortization | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| | Ending Balance | $235.8 | $247.1 | $259.0 | $271.5 | $284.5 | $298.2 | $312.5 | $327.5 | $343.2 | $359.7 |
| | Average Balance | $230.4 | $241.5 | $253.1 | $265.2 | $278.0 | $291.3 | $305.3 | $320.0 | $335.4 | $351.5 |
| | Margin | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% |
| PIK? | Interest Rate | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% |
| Yes | Interest Expense | $10.8 | $11.3 | $11.9 | $12.4 | $13.0 | $13.7 | $14.3 | $15.0 | $15.7 | $16.5 |

CONFIDENTIAL

| Existing Debt Balances | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|
| TMCT Lease, expiring '09 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| $143.2 million 7.25% debentures due 3/1/13 | $80.6 | $80.9 | $81.3 | $82.0 | $82.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| $98.75 million 7.5% debentures due 7/1/23 | $95.2 | $95.5 | $95.7 | $96.0 | $96.0 | $96.0 | $96.0 | $96.0 | $96.0 | $96.0 |
| $250 million 6.61% debentures due 9/15/27 | $83.0 | $83.1 | $83.2 | $83.0 | $83.0 | $83.0 | $83.0 | $83.0 | $83.0 | $83.0 |
| $148 million 7.25% debentures due 11/15/96 | $130.2 | $130.4 | $130.6 | $131.0 | $131.0 | $131.0 | $131.0 | $131.0 | $131.0 | $131.0 |
| $450 million 4.875% note due 8/15/10 | $449.7 | $449.9 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| $330 million 5.25% note due 8/15/15 | $328.9 | $329.1 | $329.3 | $329.0 | $329.0 | $329.0 | $329.0 | $0.0 | $0.0 | $0.0 |
| Other notes and obligations | $34.0 | $34.0 | $34.0 | $34.0 | $34.0 | $34.0 | $34.0 | $34.0 | $34.0 | $34.0 |
| PHONES | $490.7 | $505.9 | $522.3 | $540.2 | $559.5 | $580.5 | $603.2 | $627.9 | $654.6 | $683.5 |
| **Total Existing Debt** | $1,692.4 | $1,708.7 | $1,276.4 | $1,295.2 | $1,314.5 | $1,253.5 | $1,276.2 | $971.9 | $998.6 | $1,027.5 |
| Mandatory Borrowing / (Repayment) | ($34.6) | $1.1 | ($448.8) | $0.9 | $0.0 | ($82.0) | $0.0 | ($329.0) | $0.0 | $0.0 |

| | Existing Debt Interest Expense | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TMCT Lease, expiring '09 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| 7.25% | $143.2 million 7.25% debentures due 3/1/13 | $5.8 | $5.9 | $5.9 | $5.9 | $5.9 | $3.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| 7.50% | $98.75 million 7.5% debentures due 7/1/23 | $7.1 | $7.2 | $7.2 | $7.2 | $7.2 | $7.2 | $7.2 | $7.2 | $7.2 | $7.2 |
| 6.61% | $250 million 6.61% debentures due 9/15/27 | $5.5 | $5.5 | $5.5 | $5.5 | $5.5 | $5.5 | $5.5 | $5.5 | $5.5 | $5.5 |
| 7.25% | $148 million 7.25% debentures due 11/15/96 | $9.4 | $9.4 | $9.5 | $9.5 | $9.5 | $9.5 | $9.5 | $9.5 | $9.5 | $9.5 |
| 4.88% | $450 million 4.875% note due 8/15/10 | $21.9 | $21.9 | $13.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| 5.25% | $330 million 5.25% note due 8/15/15 | $17.3 | $17.3 | $17.3 | $17.3 | $17.3 | $17.3 | $17.3 | $8.6 | $0.0 | $0.0 |
| | Other notes and obligations | $8.0 | $8.0 | $8.0 | $8.0 | $8.0 | $8.0 | $8.0 | $8.0 | $8.0 | $8.0 |
| | **Total Interest Expense** | $75.0 | $75.1 | $66.9 | $53.4 | $53.4 | $50.4 | $47.5 | $38.8 | $30.2 | $30.2 |
| | Amortization of Debt Issuance Costs | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 |

VRC0019357