**Tribune Base Case**

| | Year Ending December 31, | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
| Net Income Incl. Income (loss) from Discontinued Operations | $41.7 | $119.4 | $176.5 | $216.6 | $298.5 | $375.8 | $464.5 | $564.7 | $683.4 | $833.2 | $1,028.9 | $1,206.3 | $1,415.9 | $1,678.8 | $1,919.0 |
| Less: Income (Loss) from Extraordinary Items (incl. Severance) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) |
| Less: Income of any PD/I Entity | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: Equity Income | (83.4) | (115.1) | (140.3) | (162.9) | (181.1) | (203.1) | (226.6) | (255.1) | (288.4) | (327.4) | (360.1) | (396.1) | (435.8) | (479.3) | (527.3) |
| Plus: Cash Distributions from Equity Investments | 98.6 | 115.4 | 140.3 | 162.9 | 181.1 | 202.1 | 226.6 | 255.1 | 288.4 | 327.4 | 360.1 | 396.1 | 435.8 | 479.3 | 527.3 |
| Plus: Not Recurring, Non-cash Charges | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus: Non-Cash Stock-Based Compensation | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus: Non-Cash Charges Related to ESOP / pension plans | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| Less: Gains from Disposition of Discontinued Operations | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus: Accrual of Revenue / Recording of Receivables | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus Consolidated Interest Expense | 996.0 | 981.3 | 992.8 | 990.0 | 973.0 | 947.4 | 914.1 | 875.3 | 822.7 | 784.9 | 658.7 | 558.4 | 428.6 | 259.4 | 122.2 |
| Plus Consolidated Income Tax Expense | 7.8 | 11.6 | 14.5 | 16.2 | 19.7 | 23.0 | 26.8 | 31.1 | 36.2 | 42.5 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus Depreciation & Amortization | 235.3 | 241.9 | 240.9 | 240.9 | 240.9 | 240.9 | 239.3 | 237.7 | 237.7 | 237.7 | 237.7 | 237.7 | 237.7 | 237.7 | 237.7 |
| Plus: Transaction Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus: Pro Forma Cash Savings from 401(k) Contributions | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Covenant EBITDA (non-pro forma)** | **$1,346.0** | **$1,404.5** | **$1,474.7** | **$1,513.7** | **$1,582.2** | **$1,637.1** | **$1,696.3** | **$1,760.3** | **$1,830.0** | **$1,906.3** | **$1,977.3** | **$2,052.5** | **$2,132.2** | **$2,216.9** | **$2,329.0** |
| Plus: Adjustment to Exclude Discontinued Operations / Other | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Covenant EBITDA (excludes Interest Income)** | **$1,346.0** | **$1,404.5** | **$1,474.7** | **$1,513.7** | **$1,582.2** | **$1,637.1** | **$1,696.3** | **$1,760.3** | **$1,830.0** | **$1,906.3** | **$1,977.3** | **$2,052.5** | **$2,132.2** | **$2,216.9** | **$2,329.0** |
| | | | | | | | | | | | | | | | |
| **Covenant EBITDA** | **$1,346.0** | **$1,404.5** | **$1,474.7** | **$1,513.7** | **$1,582.2** | **$1,637.1** | **$1,696.3** | **$1,760.3** | **$1,830.0** | **$1,906.3** | **$1,977.3** | **$2,052.5** | **$2,132.2** | **$2,216.9** | **$2,329.0** |
| Less: Debt Service (Mandatory Amortization + Cash Interest Expense) | (1,068.7) | (1,015.3) | (1,476.1) | (1,021.9) | (1,034.1) | (1,058.6) | (7,078.4) | (2,909.3) | (829.6) | (748.5) | (660.8) | (558.0) | (427.0) | (252.6) | (126.6) |
| Less: Prepayments of Term Advances & Bridge Loans | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: Capital Expenditures during Fiscal Year | (132.7) | (128.5) | (128.5) | (128.5) | (128.5) | (128.5) | (128.5) | (128.5) | (128.5) | (128.5) | (128.5) | (128.5) | (128.5) | (128.5) | (128.5) |
| Less: Capital Expenditures Obligated to Make in FY but Not Made | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: Expenditures Made in Cash Pursuant to Sections 5.02(h)(v)(x) & 5.02(f)(vi) | (81.0) | (92.0) | (92.0) | (92.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) | (100.0) |
| Less: Cash Taxes | 0.0 | 0.0 | (1.0) | (2.3) | (3.5) | (5.1) | (6.6) | (8.4) | (10.5) | (13.3) | (16.0) | (19.1) | (22.9) | (27.6) | (22.0) |
| Less: Increase in Working Capital (excl. Severance) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: Losses / Tax Impact on Asset Sales Paid in Cash but excl. From Net Income | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: Expenditures Made in Cash Pursuant to Sections 5.02(g)(i)(ii)(vii)(ix) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: Net Cash Payments Rec. Under any Hedge Agreements / Respect of Reserves | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: Amounts Paid in Connections w/ Asset Sale for Indemnification Obligations | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: Proceeds from Sale of Equity Interests (To Extent Incl. in EBITDA) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: Agg. Amount of Cash Proceeds Rec by Borrower after 4/1/97 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: All Items that Did Not Result from a Cash Payment, to Extent Added to EBITDA | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus Decreased in Working Capital | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus Proceeds Received of any Debt to Finance Capex | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus Lapses that Does Not Occur in FY | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus Return on Investments Received in Cash | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus Income / Gain Excluded from Consolidated NI from Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Plus: If Deducted in EBITDA Calculation, Cash Interest Income | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus All Items that DH Not Result from a Cash Payment by Borrower | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Excess Cash Flow** | **$63.1** | **$168.9** | **($222.9)** | **$269.0** | **$345.8** | **$345.0** | **($5,617.2)** | **($1,385.8)** | **$761.4** | **$915.1** | **$1,071.9** | **$1,246.8** | **$1,453.8** | **$1,708.2** | **$1,951.9** |
| | | | | | | | | | | | | | | | |
| **Guaranteed Debt / Covenant EBITDA** | **6.77x** | **6.32x** | **6.13x** | **5.75x** | **5.24x** | **4.82x** | **4.34x** | **3.98x** | **3.39x** | **2.75x** | **2.09x** | **1.39x** | **0.64x** | **0.00x** | **0.00x** |
| Maximum Guaranteed Leverage Ratio | 9.00x | 8.75x | 8.50x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x |
| x Cushion | 2.23x | 2.43x | 2.37x | 2.50x | 3.01x | 3.43x | 3.91x | 4.27x | 4.86x | 5.50x | 6.16x | 6.86x | 7.61x | 8.25x | 8.25x |
| $ Cushion (EBITDA) | $333.1 | $369.6 | $411.4 | $458.4 | $576.6 | $681.2 | $803.4 | $910.1 | $1,077.5 | $1,270.6 | $1,476.0 | $1,707.0 | $1,967.5 | $2,216.9 | $2,329.0 |
| | | | | | | | | | | | | | | | |
| **Implied Required EBITDA** | **$1,012.9** | **$1,035.0** | **$1,063.3** | **$1,055.3** | **$1,005.5** | **$955.9** | **$892.9** | **$850.2** | **$752.5** | **$636.3** | **$501.3** | **$345.5** | **$164.7** | **$0.0** | **$0.0** |
| | | | | | | | | | | | | | | | |
| **Covenant EBITDA / Cash Interest** | **1.41x** | **1.50x** | **1.55x** | **1.60x** | **1.71x** | **1.82x** | **1.97x** | **2.14x** | **2.39x** | **2.78x** | **3.31x** | **4.14x** | **5.85x** | **11.68x** | **36.48x** |
| Minimum Interest Coverage | 1.15x | 1.20x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x |
| Cushion | 0.26x | 0.30x | 0.30x | 0.35x | 0.46x | 0.57x | 0.72x | 0.89x | 1.14x | 1.53x | 2.06x | 2.89x | 4.60x | 10.43x | 35.23x |
| | | | | | | | | | | | | | | | |
| $ Cushion (Cash Interest) | $212.5 | $231.8 | $231.3 | $269.2 | $340.5 | $411.9 | $494.5 | $586.7 | $697.2 | $836.3 | $983.8 | $1,146.7 | $1,341.5 | $1,583.7 | $1,799.3 |
| $ Cushion (EBITDA) | $244.4 | $278.2 | $289.1 | $333.7 | $425.6 | $514.9 | $618.1 | $733.3 | $871.5 | $1,047.9 | $1,229.7 | $1,433.4 | $1,676.9 | $1,979.6 | $2,249.2 |
| | | | | | | | | | | | | | | | |
| **Implied Required EBITDA** | **$1,101.6** | **$1,126.3** | **$1,185.6** | **$1,180.1** | **$1,156.6** | **$1,122.2** | **$1,078.2** | **$1,027.0** | **$958.6** | **$858.4** | **$747.6** | **$619.1** | **$455.3** | **$237.3** | **$79.8** |

## Summary of Case Comparison

| CAGR (2007 – 2012) | TRB Base | VRC Base | TRB Downside | VRC Downside | VRC Recession | Tribune ('01 – '06) | Tribune FY2006 | YTD FY2007 | Q4 2007 | FY2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| *Revenues* | | | | | | | | | | |
| Publishing | 0.9% | 0.2% | -1.7% | -1.7% | -1.8% | 1.0% | -0.1% | -7.3% | -4.5% | -6.6% |
| B&E | 1.5% | 1.5% | 0.4% | 0.3% | 0.2% | 1.9% | 0.8% | 1.2% | -5.1% | -0.5% |
| Total | 1.0% | 0.5% | -1.1% | -1.2% | -1.3% | 1.3% | 0.1% | -5.0% | -4.6% | -5.0% |
| *EBITDA* | | | | | | | | | | |
| Publishing | 1.0% | 0.8% | -0.9% | -2.9% | -3.3% | 2.7% | -3.8% | -23.4% | -6.5% | -14.5% |
| B&E | 2.3% | 1.8% | nm | -0.1% | -0.2% | 0.9% | -4.9% | 0.5% | -7.9% | -2.6% |
| Total | 1.5% | 1.2% | nm | -2.0% | -2.3% | 1.8% | -5.1% | -15.9% | -6.4% | -10.6% |

| Average Margins (2007 – 2012) | TRB Base | VRC Base | TRB Downside | VRC Downside | VRC Recession | Tribune ('01 – '06) | Tribune FY2006 | YTD FY2007 | Q4 2007 | FY2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| *EBITDA* | | | | | | | | | | |
| Publishing | 22.0% | 22.5% | 104.2% | 20.6% | 19.8% | 24.3% | 23.2% | 18.3% | 25.1% | 22.2% |
| B&E | 35.6% | 34.2% | 0.0% | 32.7% | 31.8% | 37.8% | 33.7% | 30.0% | 32.7% | 33.0% |
| Total | 24.6% | 24.6% | 23.9% | 23.4% | 23.3% | 26.1% | 24.1% | 20.5% | 26.1% | 23.9% |
| EBITDA (Adj. for Severance) | 24.4% | 20.8% | 23.7% | 19.3% | 19.0% | | | | | |

| Absolute $ Change in Revenue and EBITDA ($ in millions) (2007 - 2017) | VRC Base | TRB Downside | VRC Downside | VRC Recession |
|---|---|---|---|---|
| Publishing | ($2,728.0) | ($9,781.1) | ($9,960.2) | ($10,579.5) |
| Broadcasting | ($166.3) | ($1,417.3) | ($1,674.9) | ($1,861.3) |
| **Total Revenues** | **($2,894.3)** | **($11,198.4)** | **($19,568.9)** | **($14,171.9)** |
| Publishing | ($326.7) | ($2,783.9) | ($2,927.4) | ($3,160.2) |
| Broadcasting | ($293.7) | ($1,002.4) | ($1,083.6) | ($1,258.9) |
| **Total EBITDA** | **($620.5)** | **($3,236.4)** | **($4,857.7)** | **($4,074.1)** |
| Cash Flow Available for Debt Repayment | ($1,483.9) | ($3,170.7) | ($2,733.0) | ($3,548.9) |

CONFIDENTIAL

## Divestiture Assumptions

Sale of Assets: No

| Asset | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | CHOOSE YEAR | LIVE OCF | Multiple | Divest? | Gross Proceeds | Net Proceeds | Timing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Publishing** | | | | | | | | | | | | | |
| Los Angeles | $195.1 | $163.6 | $145.7 | $132.3 | $122.2 | $113.1 | 1 | $195.1 | 12.0x | No | 0.0 | 0.0 | 6/33/2008 |
| New York | 96.1 | 76.5 | 67.7 | 61.3 | 56.3 | 51.8 | 1 | 96.1 | 12.0 | No | 0.0 | 0.0 | 6/33/2008 |
| Baltimore | 53.6 | 43.0 | 38.9 | 36.1 | 34.1 | 32.2 | 1 | 53.5 | 11.0 | No | 0.0 | 0.0 | 6/33/2008 |
| Tribune Media Services | 26.5 | 29.5 | 34.1 | 38.5 | 43.2 | 47.8 | 1 | 26.5 | 12.0 | No | 0.0 | 0.0 | 6/33/2008 |
| | | | | | | | | | | | | | |
| **B&E** | | | | | | | | | | | | | |
| Hartford | 10.0 | 11.5 | 11.6 | 12.0 | 11.1 | 11.3 | 1 | 10.0 | 12.5 | No | 0.0 | 0.0 | 6/33/2008 |
| Philadelphia | 11.3 | 13.1 | 13.7 | 14.2 | 13.1 | 13.5 | 1 | 11.3 | 12.5 | No | 0.0 | 0.0 | 6/33/2008 |
| Dallas | 23.0 | 18.8 | 18.9 | 19.6 | 18.2 | 18.7 | 1 | 23.0 | 12.5 | No | 0.0 | 0.0 | 6/33/2008 |
| Washington, D.C | 13.4 | 11.7 | 11.8 | 12.3 | 11.3 | 11.5 | 1 | 13.4 | 12.5 | No | 0.0 | 0.0 | 6/33/2008 |
| Miami | 13.8 | 12.7 | 12.8 | 13.3 | 12.3 | 12.6 | 1 | 13.8 | 12.5 | No | 0.0 | 0.0 | 6/33/2008 |
| Sacramento | 11.7 | 12.5 | 12.8 | 13.3 | 12.3 | 12.5 | 1 | 11.7 | 12.5 | No | 0.0 | 0.0 | 6/33/2008 |
| St. Louis | 2.9 | 7.2 | 7.3 | 7.6 | 7.0 | 7.1 | 1 | 2.9 | nm | No | 0.0 | 0.0 | 6/33/2009 |
| San Diego | 0.6 | 6.2 | 6.3 | 6.5 | 6.0 | 6.1 | 1 | 0.5 | nm | No | 0.0 | 0.0 | 6/33/2009 |
| Harrisburg | 2.4 | 4.4 | 4.4 | 4.6 | 4.2 | 4.3 | 1 | 2.4 | 12.5 | No | 0.0 | 0.0 | 6/33/2008 |
| Radio | 11.8 | 12.0 | 12.7 | 13.2 | 12.2 | 12.4 | 1 | 11.8 | 15.0 | No | 0.0 | 0.0 | 6/33/2009 |
| Cubs | 27.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1 | 27.2 | 31.2 | Yes | 850.0 | 610.2 | 3/31/2008 |
| | | | | | | | | | | | | | |
| **Other** | | | | | | | | | | | | | |
| TMCT (See Q4 Asset Sales - Already Included In That Number) | | | | | | | 0.0 | | | No | 0.0 | 0.0 | 12/31/2007 |
| SCNI Real Estate (See Q4 Asset Sales  Partial Proceeds are Included In That Number) | | | | | | | 25.0 | | | Yes | 25.0 | 25.0 | 1/1/2008 |
| Other Real Estate | | | | | | | 25.0 | | | Yes | 25.0 | 25.0 | 1/1/2008 |
| Comcast Sportsnet | | | | | | | 375.0 | | | Yes | 375.0 | 238.8 | 3/31/2008 |
| Careerbuilder | | | | | | | 2,987.0 | | | No | 0.0 | 0.0 | 6/33/2008 |
| TV Food | | | | | | | 658.8 | | | No | 0.0 | 0.0 | 6/33/2009 |

| Total | | $898.0 |
|---|---|---|
| 2007 | | $0.0 |
| 2008 | | 898.0 |
| 2009 | | 0.0 |
| 2010 | | 0.0 |
| 2011 | | 0.0 |
| 2012 | | 0.0 |
| 2013 | | 0.0 |
| 2014 | | 0.0 |
| 2015 | | 0.0 |
| 2016 | | 0.0 |
| 2017 | | 0.0 |

VRC0019360



## Controls and Drivers

Hard coded data | Formulaic data | Links to other tabs and files | Different formulaic data

| Operating Case | 1 | Tribune Base Case |
|---|---|---|

| General Assumptions | |
|---|---|
| Corporate Tax Rate | 38.25% |
| Interest Rate on Cash | 3.0% |
| ROR on Investments | 10.0% |
| Min Cash Balance | $75 |
| Long-Term AFR Rate (Qtr) | 4.72% |
| Financing Fee Amortization Period | 7 Years |
| Exclude Cubs and Comcast for 2007 | No |

| Other Controls | |
|---|---|
| Sell Option to Redeem TMCT Real Estate (2008)? | No |
| Incremental Lease Payments | $22 |
| Assumed S-Corp Election Year | 2008 |
| With Step 2? | Yes |
| # TWX Shares Owned (mm) | 16 |
| TWX Stock Price | $16.65 |
| Market Value of TWX Stake | $266.4 |
| Book Value of PHONES | $1,264 |
| Market Value of PHONES | $998 |

| ESOP LBO Assumptions | | | |
|---|---|---|---|
| Contribution @ Stage 1 | $200 | $50 | $250 |
| Zell Contribution @ Exit | | | $275 |
| Zell Notes / PIK Interest? | | | Yes |
| Up-Front Dist. Method | | | Repurchase |
| Corporate Taxes | | | No |
| 401(k) Elim Cost Savings | | | $60 |

| Purchase Price Assumptions | |
|---|---|
| Purchase Price | $34.00 |
| Daily Ticking Fee | 8.00% |
| Transaction Close | 12/31/2007 |
| Ticking Fee Start Date | 12/31/2007 |
| Effective Ticking Fee | 0.00% |
| Effective Purchase Price | $34.00 |

| Other Step 2 Assumptions | |
|---|---|
| Sale Leasebacks? | No |
| Amount issued on 1/1/08 | $200 |
| A/R Securitization? | Yes |
| Amount issued on 1/1/08 | $300 |
| TMCT Mortgage Notes | Yes |
| Amount issued on 1/1/08 | $150 |
| Cash On Balance Sheet | Yes |
| Amount at 12/31/07 | $570 |
| Sweep TLX in 2007 | No |

| Debt Schedule Reset | |
|---|---|
| Reset Revolving Credit Facility | No |
| Bridge Loan | No |
| Reset Term Loan X | No |
| Reset Term Loan B | No |
| New Senior Notes | No |
| Sale Leasebacks | Yes |
| Asset Backed Notes | Yes |
| TMCT Mortgage Debt | Yes |

**Step 1 Financing Assumptions**

Adj. EBITDA (Q1 2007) $1,414 Yes

| | Tranche | Proceeds | Leverage | Rate | Fees |
|---|---|---|---|---|---|
| $750 | Revolving Credit Facility ($750mm) | $0 | 0.0x | L+250 | 1.63% |
| | New Term Loan X | 1,500 | 1.1 | L+250 | 1.63% |
| | New Term Loan B | 5,515 | 3.9 | L+300 | 1.63% |
| | Bridge/Note-Market Flex | 0 | 0.0 | L+225 | 2.25% |
| | New Senior Notes | 0 | 0.0 | 9.875% | 2.75% |
| | Roll Existing Debt | 1,519 | 1.1 | | |
| | PHONES | 998 | 0.7 | 2.000% | |
| $262.6 | Total Debt | $9,532 | 6.7x | | $130 |
| 162.5 | New Delayed Draw Term Loan B ($260mm | 0 | 0.0x | L+250 | 1.63% |

*<<--Still does not match the fees in the sources and uses tab; off by about $3.5 million*

| Ownership Table | Basic | Diluted |
|---|---|---|
| Zell | 0% | 40% |
| Management | 0% | 8% |
| ESOP | 100% | 52% |

**Step 2 Financing Assumptions**

Adj. EBITDA (Q4 2007) $1,316

| Tranche | Proceeds | Leverage[(1)] | Rate | Fees |
|---|---|---|---|---|
| Revolving Credit Facility ($750mm) | $0.0 | 0.0x | L+300 | 1.63% |
| Incremental Term Loan B | $2,105.0 | 1.6 | L+300 | 1.63% |
| Bridge Note | $1,600.1 | 1.2 | 15.250% | 1.25% |
| Existing Bank Debt | $6,462.4 | 4.9 | | |
| Existing Notes | $1,798.9 | 1.4 | | |
| PHONES | $707.4 | 0.5 | 2.000% | |
| Total Debt | $12,673.8 | 9.6x | | $66.2 |
| Zell PIK Notes | $225.0 | 0.2 | 4.804% | |
| Adjusted Total Debt | $12,898.8 | 9.8x | | |

**Interest Rate Sensitivity Assumptions**

| | |
|---|---|
| LIBOR Bps Sensitivity | 0 |
| % of TLB Allocated to Floating Rate | 100% |

| Floating Rate | | Fixed Equiv | Bridge Commitment Amount | Fees |
|---|---|---|---|---|
| L+250 | ==>>> | 7.56% | | |
| L+275 | ==>>> | 7.81% | $2,100 | 0.75% |
| L+300 | ==>>> | 8.06% | | |
| L+325 | ==>>> | 8.31% | | |

**Market Flex Scenarios**

Market Flex? Yes

| Debt Tranche | Fully Marketed | Draw On Bridge |
|---|---|---|
| Incremental Term Loan B | $0.0 | $2,105.0 |
| Bridge/Note-Market Flex | $0.0 | $1,600.1 |
| Cash On Balance Sheet | $0.0 | $569.9 |
| New Senior Notes | $0.0 | $0.0 |
| Zell Investment / Option Proceeds | $0.0 | $459.0 |
| Total Uses | $0.0 | $4,734.1 |

**Downside Case Savings**

| | |
|---|---|
| Elimination of Bonus Plan | $30 |
| Salary Freeze | 25 |
| VRC Adjustment | No |

**Other Adjustments**

| | | |
|---|---|---|
| Severance Payments | $10 | As of year 2008 |

*Base Case / Downside Case - Case Comparison*

| Consolidated Company Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| *Revenue* | | | | | | | | | | |
| Base Case | $5,096.3 | $4,936.4 | $5,016.1 | $5,146.8 | $5,244.8 | $5,371.1 | $5,500.4 | $5,632.9 | $5,768.5 | $47,713.4 |
| Downside Case | $5,096.3 | $4,695.3 | $4,550.2 | $4,486.2 | $4,389.5 | $4,333.8 | $4,280.7 | $4,230.0 | $4,181.7 | $40,243.8 |
| $ Variance | $0.0 | ($241.1) | ($465.9) | ($660.6) | ($855.3) | ($1,037.2) | ($1,219.7) | ($1,402.9) | ($1,586.8) | ($7,469.5) |
| % Variance | 0.0% | -4.9% | -9.3% | -12.8% | -16.3% | -19.3% | -22.2% | -24.9% | -27.5% | -15.7% |
| *EBITDA* | | | | | | | | | | |
| Base Case | $1,191.4 | $1,193.3 | $1,236.8 | $1,282.1 | $1,298.6 | $1,348.8 | $1,382.7 | $1,417.4 | $1,453.0 | $11,804.2 |
| Downside Case | $1,191.4 | $1,145.0 | $1,093.7 | $1,086.5 | $1,030.1 | $1,022.6 | $1,015.3 | $1,008.6 | $1,002.4 | $9,595.6 |
| $ Variance | $0.0 | ($48.3) | ($143.2) | ($195.6) | ($268.5) | ($326.2) | ($367.4) | ($408.8) | ($450.6) | ($2,208.6) |
| % Variance | 0.0% | -4.0% | -11.6% | -15.3% | -20.7% | -24.2% | -26.6% | -28.8% | -31.0% | -18.7% |
| *Cash Available for Debt Repayment* | | | | | | | | | | |
| Base Case | $1,053.4 | $1,048.9 | $246.5 | $304.5 | $343.4 | $423.7 | $504.1 | $596.2 | $698.4 | $5,219.1 |
| Downside Case | $1,053.4 | $1,063.4 | $196.9 | $198.7 | $157.5 | $167.3 | $992.7 | $181.0 | $198.5 | $4,209.4 |
| $ Variance | $0.0 | $14.5 | ($49.7) | ($105.8) | ($185.9) | ($256.4) | $488.6 | ($415.1) | ($499.9) | ($1,009.6) |
| % Variance | 0.0% | 1.4% | -20.1% | -34.7% | -54.1% | -60.5% | 96.9% | -69.6% | -71.6% | -19.3% |
| *Guaranteed Debt / Covenant EBITDA* | | | | | | | | | | |
| Base Case | 7.72x | 6.77x | 6.32x | 6.13x | 5.75x | 5.24x | 4.82x | 4.34x | 3.98x | |
| Downside Case | 7.41x | 7.00x | 7.05x | 7.16x | 7.24x | 7.05x | 6.42x | 6.41x | 6.45x | |
| Covenant | 9.00x | 9.00x | 8.75x | 8.50x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x | |
| *Covenant EBITDA / Cash Interest* | | | | | | | | | | |
| Base Case | 3.23x | 1.41x | 1.50x | 1.55x | 1.60x | 1.71x | 1.82x | 1.97x | 2.14x | |
| Downside Case | 3.37x | 1.40x | 1.38x | 1.38x | 1.33x | 1.34x | 1.34x | 1.38x | 1.40x | |
| Covenant | 1.10x | 1.15x | 1.20x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | |
| *Total Debt [1]* | | | | | | | | | | |
| Base Case | $12,668.0 | $11,494.2 | $11,286.8 | $11,023.4 | $10,723.1 | $10,344.6 | $9,888.2 | $9,404.9 | $8,763.8 | |
| Downside Case | $12,668.0 | $11,479.7 | $11,322.0 | $11,164.3 | $11,049.8 | $10,927.8 | $9,982.8 | $9,915.6 | $9,774.4 | |
| $ Variance | $0.0 | ($14.5) | $35.2 | $140.9 | $326.8 | $583.2 | $94.6 | $510.7 | $1,010.6 | |
| % Variance | 0.0% | -0.1% | 0.3% | 1.3% | 3.0% | 5.6% | 1.0% | 5.4% | 11.5% | |

| Publishing Segment Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| *Revenue* | | | | | | | | | | |
| Base Case | $3,713.5 | $3,679.9 | $3,752.0 | $3,840.2 | $3,927.6 | $4,019.3 | $4,113.1 | $4,209.0 | $4,307.2 | $35,561.8 |
| Downside Case | $3,713.5 | $3,511.3 | $3,385.6 | $3,290.0 | $3,202.3 | $3,122.0 | $3,043.7 | $2,967.4 | $2,893.0 | $29,128.7 |
| $ Variance | $0.0 | ($168.6) | ($366.4) | ($550.2) | ($725.4) | ($897.3) | ($1,069.3) | ($1,241.6) | ($1,414.2) | ($6,433.1) |
| % Variance | 0.0% | -4.6% | -9.8% | -14.3% | -18.5% | -22.3% | -26.0% | -29.5% | -32.8% | -18.1% |
| *EBITDA* | | | | | | | | | | |
| Base Case | $817.8 | $786.1 | $814.2 | $844.2 | $874.8 | $906.3 | $927.5 | $949.1 | $971.3 | $7,891.4 |
| Downside Case | $817.8 | $745.8 | $691.9 | $666.3 | $644.6 | $628.6 | $613.5 | $598.7 | $584.3 | $5,991.7 |
| $ Variance | $0.0 | ($40.3) | ($122.3) | ($177.8) | ($230.2) | ($277.7) | ($314.0) | ($350.4) | ($387.0) | ($1,899.7) |
| % Variance | 0.0% | -5.1% | -15.0% | -21.1% | -26.3% | -30.6% | -33.9% | -36.9% | -39.8% | -24.1% |

| Broadcasting Segment Comparison [1] | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| *Revenue* | | | | | | | | | | |
| Base Case | $1,382.9 | $1,256.5 | $1,264.1 | $1,306.6 | $1,317.2 | $1,351.8 | $1,387.4 | $1,423.8 | $1,461.3 | $12,151.6 |
| Downside Case | $1,382.9 | $1,184.1 | $1,164.6 | $1,196.3 | $1,187.3 | $1,211.9 | $1,236.9 | $1,262.6 | $1,288.7 | $11,115.1 |
| $ Variance | $0.0 | ($72.5) | ($99.5) | ($110.4) | ($129.9) | ($140.0) | ($150.4) | ($161.3) | ($172.6) | ($1,036.4) |
| % Variance | 0.0% | -5.8% | -7.9% | -8.4% | -9.9% | -10.4% | -10.8% | -11.3% | -11.8% | -8.5% |
| *EBITDA* | | | | | | | | | | |
| Base Case | $415.2 | $418.5 | $463.9 | $479.3 | $465.0 | $483.8 | $496.5 | $509.6 | $523.0 | $4,284.9 |
| Downside Case | $415.2 | $385.5 | $388.0 | $406.5 | $371.8 | $380.3 | $388.1 | $396.2 | $404.4 | $3,536.0 |
| $ Variance | $0.0 | ($63.0) | ($75.9) | ($72.8) | ($93.3) | ($103.5) | ($108.4) | ($113.4) | ($118.6) | ($748.9) |
| % Variance | 0.0% | -14.1% | -16.4% | -15.2% | -20.1% | -21.4% | -21.8% | -22.3% | -22.7% | -17.5% |

CONFIDENTIAL

Tribune_Model_VRC_v101.xlsx

### Step 1: Parent Financing Sources & Uses

| Sources | Total | % | Cumul. Leverage | Uses | Total | % |
|---|---|---|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0 | 0.0% | 0.0x | Share Repurchase | $4,289 | 43.8% |
| New Term Loan B | 5,515 | 56.4 | 3.9 | Refinance Existing Debt | 2,825 | 28.9 |
| New Term Loan X | 1,500 | 15.3 | 5.0 | Roll Existing Debt | 1,519 | 15.5 |
| New Delayed Draw Term Loan B ($263mm) | 0 | 0.0 | 5.0 | PHONES | 998 | 10.2 |
| Bridge/Note-Market Flex | 0 | 0.0 | 5.0 | Financing Fees | 134 | 1.4 |
| New Senior Notes | 0 | 0.0 | 5.0 | Cash Added to Balance Sheet | 17 | 0.2 |
| Roll Existing Debt | 1,519 | 15.5 | 6.0 | | | |
| PHONES | 998 | 10.2 | 6.7 | | | |
| Zell Investment | 250 | 2.6 | | | | |
| **Total Sources** | **$9,782** | **100.0%** | **6.7x** | **Total Uses** | **$9,782** | **100.0%** |
| | | | | | TRUE | |
| Leverageable EBITDA | | | $1,414 | Share Repurchase | | |
| | | | | Total Share Repurchase Amount | | $4,289 |
| | | | | Repurchase Price per Share | | $34.00 |
| | | | | **No. of Shares Repurchased** | | **126.2** |
| | | | | PF Shares Fully Diluted Share O/S (excl. Zell shares) | | 125.3 |
| | | | | Zell Common Shares Issued at $34.00/sh | | 1.5 |
| | | | | PF Basic Shares O/S (incl. Zell shares) | | 116.0 |

### Step 2: Acquisition Sources & Uses

| Sources | Total | % | Cumulative Leverage | Uses | Total | % |
|---|---|---|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0.0 | 0.0% | 0.0x | Purchased Equity (excluding Zell Shares) | $4,260.1 | 31.1% |
| Existing Bank Debt | $6,462.4 | 47.2 | 4.9 | Existing Bank Debt | $6,462.4 | 47.2 |
| Incremental Term Loan B | $2,105.0 | 15.4 | 6.5 | Existing Notes | $1,798.9 | 13.1 |
| New Senior Notes | $0.0 | 0.0 | 7.7 | PHONES | $707.4 | 5.2 |
| Existing Notes | $1,798.9 | 13.1 | 9.1 | Financing and Other Fees | $120.0 | 0.9 |
| PHONES | $707.4 | 5.2 | 9.6 | Redeem Zell Exchange Notes | $200.0 | 1.5 |
| Option Proceeds | $144.0 | 1.1 | | Redeem Zell Common Equity | $50.0 | 0.4 |
| Zell Investment | $315.0 | 2.3 | | Cash Distributions Triggered by | $104.0 | 0.8 |
| **Total Sources** | **$13,702.7** | **100.0%** | **9.6x** | **Total Uses** | **$13,702.7** | **100.0%** |
| Less: Cash Proceeds from Cubs / Comcast | $0 | | | | | |
| **Total PF Debt at Q4 '07** | **$12,674** | | **9.9x** | | | |
| Less: PV of Tax Savings | 0 | | | | | |
| **Total Adj. Debt at Q4 '07** | **$12,899** | | **9.8x** | | | |

| Share Repurchase | Total |
|---|---|
| Total Share Repurchase Amount | $4,260.1 |
| Zell Share Repurchase Amount | $50.0 |
| Repurchase Price per Share | $34.00 |
| **No. of Basic Shares (incl. Zell) + Vested Shares** | **126.8** |

VRC0019363

CONFIDENTIAL



VRC0019364

Tribune_Model_VRC_v101.xlsx

| Step 1: Initial Repurchase Assumptions | |
|---|---|
| Current Share Price | $30.07 |
| Basic Shares | 243.6 |
| **Fully Diluted Shares** | **243.6** |
| | |
| **Dividend / Fully Diluted Share** | **$17.61** |
| FD Shares | 243.6 |
| Cash Distribution | $4,289 |
| # of Shares Repurchased | 126.2 |

| Q2 Share Adjustments | |
|---|---|
| Shares Post Repurchase | 117.4 |
| Exercise of Options | (0.5) |
| **Shares at 12/31/07** | **117.0** |

| Step 2: Acquisition Assumptions | |
|---|---|
| Base Acquisition Price | $34.00 |
| Additional Ticking Fee | 0.00 |
| **Acquisition Share Price** | **$34.00** |
| Basic Shares | 117.0 |
| RSU (06 + 07) | 2.9 |
| ITM Options | 5.5 |
| **Fully Diluted Shares** | **125.3** |
| **Adj. Acquisition Share Price** | **$16.39** |
| | |
| **Purchase Price of Equity** | **$4,260** |
| Proceeds from Options Exer | (144) |
| Tax Benefits | 0 |
| **Net Cash Required** | **$4,116** |

| | | | @ Acquisition Price | |
|---|---|---|---|---|
| Options | Shares | Strike | ITM | Proceeds |
| Tranche 1 | 5.5 | 26.27 | 5.5 | 144 |
| | 5.5 | | 5.5 | $144 |

VRC0019365

Tribune_Model_VRC_v101.xlsx

| | Pro Forma Capitalization | | | | | | |
|---|---|---|---|---|---|---|---|
| | Pro Forma 3/31/2007 | Pro Forma 6/30/2007 | Projected 9/30/2007 | Q4 Adjustments | Projected 12/31/2007 | Step Two Adjustments | Pro Forma 12/31/2007 |
| Revolving Credit Facility | -- | -- | -- | -- | -- | -- | $0.0 |
| Term Loan B | $5,515 | 5,515 | 5,515 | ($28) | 5,487 | 2,105 | $7,592.4 |
| Bridge Note | -- | -- | -- | -- | -- | $1,600 | $1,600.1 |
| Term Loan X | 1,500 | 1,400 | 1,400 | (425) | 975 | -- | $975.0 |
| **Guaranteed Debt** | **$7,015** | **$6,915** | **$6,915** | **$0** | **$6,462** | **$0** | **$10,167.5** |
| Medium Term Notes | 263 | 263 | 263 | -- | 263 | -- | $262.6 |
| Existing Notes | 1,166 | 1,166 | 1,166 | -- | 1,166 | -- | $1,165.7 |
| A/R Securitization | -- | -- | -- | 300 | $300 | -- | $300.0 |
| Capitalized Real Estate Obligation | 51 | 46 | 41 | (5) | 37 | -- | $36.6 |
| Swaps and Other Obligations | 40 | 34 | 34 | -- | 34 | -- | $34.0 |
| **Senior Debt** | **$8,534** | **$8,423** | **$8,419** | **--** | **$8,261** | **--** | **$11,966.4** |
| Zell PIK Notes | $200 | $202 | $204 | (4) | $200 | 25 | $225.0 |
| **Subtotal Debt** | **$9,442** | **$9,097** | **$9,097** | **$0** | **$8,938** | **$0** | **$12,191.4** |

**Adjustment for PHONES:**
Add back the PV of liabilities                                                                                        $707.4
**Adjusted Total Debt Value**                                                                                          $12,898.8

VRC0019366

VRC Comparison Analysis
of Recently Updated Tribune Performance
7/22/2009

|  | Q3 Comparison | | Variance | |  | Q4 Comparison | | Variance | |
|---|---|---|---|---|---|---|---|---|---|
|  | Proj. | Act. | $ | % |  | Proj. | 2006 | $ | % |
| Publishing |  |  |  |  | Publishing |  |  |  |  |
| Revenues | $876.2 | $870.8 | ($5.4) | -0.6% | Revenues | $985.4 | $980.2 | $5.2 | 0.5% |
| Expenses | $702.9 | $697.3 | ($5.6) | -0.8% | Expenses | $734.7 | $729.8 | $4.9 | 0.7% |
| EBITDA | $173.4 | $173.5 | $0.1 | 0.1% | EBITDA | $250.6 | $250.4 | $0.2 | 0.1% |
| B&E |  |  |  |  | B&E |  |  |  |  |
| Revenues | $385.8 | $406.1 | $20.3 | 5.3% | Revenues | $321.1 | $321.4 | ($0.3) | -0.1% |
| Expenses | $275.9 | $275.6 | ($0.3) | -0.1% | Expenses | $214.6 | $216.4 | ($1.8) | -0.8% |
| EBITDA | $110.0 | $130.5 | $20.5 | 18.7% | EBITDA | $106.5 | $105.0 | $1.5 | 1.4% |
| Corporate | ($10.6) | ($11.3) | ($0.7) | 6.4% | Corporate | ($10.1) | ($11.2) | $1.1 | -9.6% |
| Consolidated EBITDA | $272.7 | $292.7 | $20.0 | 7.3% | Consolidated EBITDA | $347.0 | $344.2 | $2.8 | 0.8% |

|  | P10 Revenue Comparison | | Variance | |  | P11 Revenue Comparison | | Variance | |
|---|---|---|---|---|---|---|---|---|---|
|  | Proj. | Act. | $ | % |  | Proj. | 2006 | $ | % |
| Retail | $99.0 | $96.9 | ($2.1) | -2.1% | Retail | $99.0 | $96.9 | $2.1 | 2.2% |
| National | $56.5 | $54.5 | ($2.0) | -3.6% | National | $56.5 | $54.5 | $2.0 | 3.8% |
| Help Wanted | $23.9 | $20.2 | ($3.7) | -15.3% | Help Wanted | $23.9 | $20.2 | $3.7 | 18.1% |
| Auto | $17.1 | $17.9 | $0.8 | 5.0% | Auto | $17.1 | $17.9 | ($0.8) | -4.7% |
| Real Estate | $25.4 | $22.7 | ($2.7) | -10.4% | Real Estate | $25.4 | $22.7 | $2.7 | 11.7% |
| Other | $9.5 | $10.1 | $0.6 | 6.6% | Other | $9.5 | $10.1 | ($0.6) | 6.2% |
| Total Classified | $75.9 | $71.1 | ($4.8) | -6.4% | Total Classified | $75.9 | $71.1 | $4.8 | 6.8% |
| Total Advertising | $231.4 | $222.4 | ($9.0) | -3.9% | Total Advertising | $231.4 | $222.4 | $9.0 | 4.0% |
| Circulation | $40.6 | $40.0 | ($0.6) | -1.6% | Circulation | $40.6 | $40.0 | $0.6 | 1.6% |
| Other | $23.2 | $24.3 | $1.1 | 4.9% | Other | $23.2 | $24.3 | ($1.1) | -4.6% |
| Total Publishing | $295.2 | $286.7 | ($8.5) | -2.9% | Total Publishing | $295.2 | $286.7 | $8.5 | 3.0% |
| TV | $89.5 | $89.6 | $0.1 | 0.1% | TV | $89.5 | $89.6 | ($0.1) | -0.1% |
| Radio/Entertainment | $7.7 | $6.5 | ($1.2) | -15.1% | Radio/Entertainment | $7.7 | $6.5 | $1.2 | 17.7% |
| Total B&E | $97.2 | $96.1 | ($1.1) | -1.1% | Total B&E | $97.2 | $96.1 | $1.1 | 1.1% |
| Consolidated Revenues | $392.4 | $382.8 | ($9.6) | -2.4% | Total Consolidated Revenues | $392.4 | $382.8 | $9.6 | 2.5% |

|  | P10 Expense Comparison | | Variance | |  | P11 Expense Comparison | | Variance | |
|---|---|---|---|---|---|---|---|---|---|
|  | Projected | Actual | $ | % |  | Proj. | 2006 | $ | % |
| Newsprint & Ink | $31.4 | $30.7 | ($0.7) | -2.3% | Newsprint & Ink | $31.4 | $30.7 | $0.7 | 2.3% |
| Compensation | $96.9 | $90.5 | ($6.4) | 6.6% | Compensation | $96.9 | $90.5 | $6.4 | 7.0% |
| Other Cash | $102.2 | $101.9 | ($0.3) | -0.3% | Other Cash | $102.2 | $101.9 | $0.3 | 0.3% |
| Total Publishing Expense | $230.5 | $223.1 | ($7.4) | -3.2% | Total Publishing Expense | $230.5 | $223.1 | $7.4 | 3.3% |
| Broadcast Rights | $27.1 | $27.1 | ($0.0) | -0.1% | Broadcast Rights | $27.1 | $27.1 | $0.0 | 0.1% |
| Compensation | $22.3 | $21.8 | ($0.5) | -2.2% | Compensation | $22.3 | $21.8 | $0.5 | 2.2% |
| Other Cash | $16.3 | $16.7 | $0.4 | 2.2% | Other Cash | $16.3 | $16.7 | ($0.4) | -2.2% |
| Total B&E Expense | $65.7 | $65.5 | ($0.2) | -0.2% | Total B&E Expense | $65.7 | $65.5 | $0.2 | 0.2% |
| Corporate | $3.6 | $3.6 | $0.0 | 0.0% | Corporate | $3.6 | $3.6 | $0.0 | 0.0% |
| Consolidated Expense | $299.8 | $292.2 | ($7.5) | -2.5% | Consolidated Expense | $299.8 | $292.2 | $7.5 | 2.6% |

|  | P10 EBITDA Comparison | | Variance | |  | P11 EBITDA Comparison | | Variance | |
|---|---|---|---|---|---|---|---|---|---|
|  | Proj. | Act. | $ | % |  | Proj. | 2006 | $ | % |
| Publishing | $64.7 | $63.6 | ($1.1) | -1.7% | Publishing | $64.7 | $63.6 | $1.1 | 1.8% |
| B&E | $31.5 | $30.6 | ($0.9) | 2.9% | B&E | $31.5 | $30.6 | $0.9 | 3.0% |
| Corporate | ($3.6) | ($3.6) | $0.0 | 0.0% | Corporate | ($3.6) | ($3.6) | $0.0 | 0.0% |
| Consolidated EBITDA | $92.6 | $90.5 | ($2.0) | -2.2% | Consolidated EBITDA | $92.6 | $90.6 | $2.0 | 2.3% |

|  | P10 Comparison | | Variance | |
|---|---|---|---|---|
|  | Projected | Actual | $ | % |
| Cash Received from Equity Investments | $5.2 | $8.8 | $3.6 | 68.7% |

VRC0019367

### Determination of Accounting / Cash Taxes

Year Ending December 31,

| | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Determination Of Accounting Taxes:** | | | | | | | | | | | | | | | | |
| Pre-tax income | $446 | $49 | $131 | $191 | $233 | $318 | $399 | $491 | $596 | $720 | $874 | $1,031 | $1,206 | $1,416 | $1,679 | $1,919 |
| Statutory Tax (35.0%) | 156 | 17 | 46 | 67 | 81 | 111 | 140 | 172 | 209 | 252 | 306 | 361 | 422 | 496 | 588 | 672 |
| Medicare Rebate Benefit | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) |
| 401(k) Dividend Benefit | (1) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| State / Local Taxes (4.1%) | 18 | 2 | 5 | 8 | 10 | 13 | 16 | 20 | 24 | 30 | 36 | 42 | 49 | 58 | 69 | 79 |
| Miscellaneous | 5 | 5 | 5 | 5 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sec. 199 base case (3% '06, 6% '07-'09, 9% '10) | (4) | (2) | (3) | (3) | (5) | (7) | (9) | (11) | (13) | (16) | (19) | (22) | (26) | (31) | (36) | (42) |
| Sec. 199 Impact of incremental interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tax Credits | (6) | (6) | (5) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) |
| Subtotal | $156 | $16 | $48 | $74 | $81 | $115 | $145 | $179 | $218 | $263 | $320 | $378 | $443 | $521 | $618 | $706 |
| Effective Tax Rate before interest | 34.9% | 32.5% | 36.7% | 38.9% | 35.9% | 35.2% | 36.3% | 36.5% | 36.5% | 36.6% | 36.7% | 36.7% | 36.7% | 36.8% | 36.8% | 36.8% |
| Tax Benefit - Non Operating Other Items | ($39.4) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Tax Benefit - Special Charges | ($20.2) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Interest on reserves | 8 | 6 | 6 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| Total | $104 | $22 | $54 | $81 | $90 | $122 | $152 | $186 | $224 | $270 | $327 | $385 | $450 | $527 | $624 | $713 |
| Reported effective tax rate | 23.3% | 44.1% | 41.4% | 42.4% | 38.8% | 38.3% | 38.0% | 37.8% | 37.7% | 37.5% | 37.4% | 37.3% | 37.3% | 37.2% | 37.2% | 37.2% |
| | | | | | | | | | | | | | | | | |
| **Determination Of Cash Taxes:** | | | | | | | | | | | | | | | | |
| Pre-Tax Income | $446 | $49 | $131 | $191 | $233 | $318 | $399 | $491 | $596 | $720 | $874 | $1,031 | $1,206 | $1,416 | $1,679 | $1,919 |
| Plus: Non-Cash 401(k) savings | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Plus: Stock-Based Compensation | 41 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pre-Tax Book Income (b/f Stock-Based Compe | $486 | $49 | $131 | $191 | $233 | $318 | $399 | $491 | $596 | $720 | $874 | $1,031 | $1,206 | $1,416 | $1,679 | $1,919 |
| PHONES interest | (134.4) | (145.7) | (157.9) | (171.1) | (184.3) | (197.5) | (210.8) | (224.0) | (237.2) | (250.4) | (263.7) | (276.9) | (290.1) | (303.3) | (316.6) | (329.8) |
| PHONES interest - disallowance | 48.0 | 55.8 | 55.8 | 64.1 | 68.5 | 72.8 | 77.2 | 81.5 | 85.9 | 90.3 | 94.6 | 99.0 | 103.3 | 107.7 | 112.0 | 116.4 |
| ESOP Loan Principal Payments | 0.0 | (47.8) | (16.2) | (7.1) | (3.8) | (2.2) | (2.3) | (2.4) | (2.5) | (2.7) | (2.8) | (2.9) | (3.1) | (3.2) | (3.4) | (3.6) |
| ESOP/401(k) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Stock options | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Disqualified Disposition | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Medicare Rebate Benefit | 0.0 | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) | (1.3) |
| Tax Leakage on Eagle Dividends | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Additional Tax Leakage on Eagle Dividends | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Permanent M-1's | 0.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 | 13.0 |
| Section 199 Deduction | (11.4) | (5.7) | (8.6) | (8.6) | (14.4) | (19.7) | (24.7) | (30.4) | (36.9) | (44.5) | (54.1) | (63.8) | (74.6) | (87.6) | (103.9) | (118.7) |
| Depreciation | 0.0 | 75.0 | 65.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| Amortization | 0.0 | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) | (43.0) |
| Pension | 0.0 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 | 13.6 |
| Post retirement | 0.0 | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) | (7.0) |
| Deferred Comp | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Broadcast Right Reserve | 0.0 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 |
| Self Insurance | 0.0 | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) | (2.2) |
| Bad debt | 0.0 | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) | (7.9) |

VRC0019368

| | Year Ending December 31, | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
| Estimated Schedule M's - other | 0.0 | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) | (12.0) |
| Other Adjustments | 33.9 | 24.2 | 15.3 | 6.3 | 0.5 | (4.8) | (9.8) | (15.5) | (21.9) | (29.6) | (39.1) | (48.9) | (59.7) | (72.7) | (89.0) | (103.8) |
| Taxable Income - State | $389 | ($61) | $32 | $83 | $114 | $187 | $253 | $331 | $420 | $527 | $663 | $801 | $957 | $1,114 | $1,382 | $1,598 |
| State NOL (Used) | 0.0 | 0.0 | (32.0) | (32.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| State tax deduction (2.0%) | (18.7) | 0.0 | 0.0 | (1.0) | (2.3) | (3.7) | (5.1) | (6.6) | (8.4) | (10.5) | (13.3) | (16.0) | (19.1) | (22.9) | (27.6) | (32.0) |
| Taxable Income - Federal (excl. State NOLs) | 369.9 | (64.1) | 32.0 | 82.3 | 111.4 | 182.8 | 248.1 | 324.3 | 411.5 | 516.6 | 649.4 | 785.1 | 937.5 | 1,121.4 | 1,354.2 | 1,566.2 |
| Federal tax rate | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% | 35.0% |
| Federal NOL (Used) | 0.0 | 0.0 | (32.0) | (32.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Federal taxes | 129.5 | 0.0 | 0.0 | 17.6 | 39.0 | 63.0 | 86.9 | 113.5 | 144.0 | 180.8 | 227.3 | 274.8 | 328.1 | 392.5 | 474.0 | 548.2 |
| **Federal tax credits:** | | | | | | | | | | | | | | | | |
| Low income housing | (3.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Foreign tax credit | (0.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| State taxes | 18.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Adjustment | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | 0.0 | 0.0 | 0.0 | | | | | | | | | | | | |
| Federal and state taxes | $144.4 | $0.0 | $0.0 | $17.6 | $39.0 | $63.0 | $86.9 | $113.5 | $144.0 | $180.8 | $227.3 | $274.8 | $328.1 | $392.5 | $474.0 | $548.2 |
| Implied Cash Tax Rate | 32.4% | 0.0% | 0.0% | 9.2% | 16.7% | 20.1% | 21.8% | 23.1% | 24.2% | 25.1% | 26.0% | 26.7% | 27.2% | 27.7% | 28.2% | 28.6% |
| S-Corp. Election | No | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| **State NOL Schedule:** | | | | | | | | | | | | | | | | |
| Beginning NOL | | $0 | $64 | $32 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| NOL Created | | 64 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NOL Used | | 0 | (32) | (32) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending NOL | $0 | $64 | $32 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Federal NOL Schedule:** | | | | | | | | | | | | | | | | |
| Beginning NOL | | $0 | $64 | $32 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| NOL Created | | 64 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NOL Used | | 0 | (32) | (32) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending NOL | $0 | $64 | $32 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

| | PV of Tax Savings | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E |
| Taxes Saved on S Corp - ESOP[a] | $0.0 | $0.0 | $17.6 | $39.0 | $64.0 | $86.9 | $113.5 | $144.0 | $180.8 | $227.3 | $274.8 | $328.1 | $392.5 | $474.0 | $548.2 |
| Discount Rate[b] | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% | 16.0% |
| PV Factor | 0.93 | 0.80 | 0.69 | 0.59 | 0.51 | 0.44 | 0.38 | 0.33 | 0.28 | 0.24 | 0.21 | 0.18 | 0.16 | 0.13 | 0.12 |
| PV of Projected Period Taxes Saved as an S-Corp - ESOP | $0.0 | $0.0 | $12.1 | $23.2 | $32.0 | $38.4 | $43.0 | $47.3 | $51.2 | $55.5 | $57.8 | $59.5 | $61.4 | $63.9 | $63.7 |

| PV of Perpetuity Tax Savings Sensitivity Table | | | | | Total Tax Savings Summary | | | |
|---|---|---|---|---|---|---|---|---|
| | 17.0% | 16.0% | 15.0% | | | Low | – | High |
| 0.5% | $205.6 | $247.9 | $300.4 | | Projected Period Tax Savings | $610.2 | | $610.2 |
| 0.8% | $209.3 | $252.6 | $306.5 | | Perpetuity Tax Savings | $205.6 | | $325.9 |
| 1.0% | $213.1 | $257.4 | $312.7 | | Total PV of Tax Savings | $815.8 | | $936.1 |

VRC0019369