## Discounted Cash Flow - Broadcasting Entertainment

**Tribune Base Case - Broadcasting Discounted Cash Flow Method**

| | | | | | Fiscal Years Ended, December 31 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
| Revenue | $1,215.3 | $1,221.9 | $1,263.7 | $1,273.7 | $1,307.7 | $1,342.6 | $1,378.4 | $1,415.2 | $1,453.0 | $1,491.7 |
| % growth | -- | -3.1% | 3.4% | 0.8% | 2.7% | 2.7% | 2.7% | 2.7% | 2.7% | 2.7% |
| Adjusted EBITDA | $434.3 | $449.6 | $465.0 | $450.9 | $469.8 | $482.6 | $495.7 | $509.2 | $523.1 | $537.3 |
| % growth | -- | 0.2% | 3.4% | -3.0% | 4.2% | 2.7% | 2.7% | 2.7% | 2.7% | 2.7% |
| % margin | 35.7% | 36.8% | 36.8% | 35.4% | 35.9% | 35.9% | 36.0% | 36.0% | 36.0% | 36.0% |
| Adjusted EBITDA | $434.3 | $449.6 | $465.0 | $450.9 | $469.8 | $482.6 | $495.7 | $509.2 | $523.1 | $537.3 |
| Depreciation & Amortization | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 |
| Pre-Tax Income | $391.0 | $406.3 | $421.7 | $407.6 | $426.4 | $439.3 | $452.4 | $465.9 | $479.8 | $494.0 |
| Cash Taxes (39.00%) | $152.5 | $158.5 | $164.5 | $159.0 | $166.3 | $171.3 | $176.4 | $181.7 | $187.1 | $192.7 |
| After-Tax Income | $238.5 | $247.8 | $257.2 | $248.6 | $260.1 | $267.9 | $276.0 | $284.2 | $292.7 | $301.3 |
| Depreciation & Amortization | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 |
| Net Change in Working Capital | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Capital Expenditures | ($25.0) | ($25.6) | ($25.2) | ($25.2) | ($25.2) | ($25.2) | ($25.2) | ($25.2) | ($25.2) | ($25.2) |
| Enterprise Cash Flow (ECF) | $256.8 | $265.6 | $275.3 | $266.7 | $278.2 | $286.0 | $294.1 | $302.3 | $310.8 | $319.4 |

Terminal: $328.4

| Discount Rate | PV of ECF + | PV of Terminal Value = | | | Enterprise Value | | | Discount Rate |
|---|---|---|---|---|---|---|---|---|
| | | 9.50x | 10.00x | 10.50x | 9.50x | 10.00x | 10.50x | |
| 6.5% | $2,092.9 | $2,719.4 | $2,862.5 | $3,005.7 | $4,812.4 | $4,955.5 | $5,098.6 | 6.5% |
| 7.0% | $2,047.8 | $2,595.0 | $2,731.6 | $2,868.1 | $4,642.8 | $4,779.4 | $4,916.0 | 7.0% |
| 7.5% | $2,004.3 | $2,476.8 | $2,607.1 | $2,737.5 | $4,481.0 | $4,611.4 | $4,741.7 | 7.5% |
| | | | | | Low | -- | High | |
| Enterprise Value Range | | | | | $4,481.0 | -- | $5,098.6 | |
| PF LTM EBITDA | $373.7 | | | | 12.0x | -- | 13.6x | |
| 2007P EBITDA | $371.9 | | | | 12.0x | -- | 13.7x | |
| 2008P EBITDA | $434.3 | | | | 10.3x | -- | 11.7x | |

| Implied Perpetuity Growth Rates | | | |
|---|---|---|---|
| | 9.50x | 10.00x | 10.50x |
| 6.5% | 0.1% | 0.4% | 0.7% |
| 7.0% | 0.6% | 0.9% | 1.2% |
| 7.5% | 1.1% | 1.4% | 1.7% |

CONFIDENTIAL

**Tribune Base Case – Radio**

| Financial Summary | 2006A | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | $41.2 | $38.0 | $41.2 | $42.2 | $42.9 | $43.5 | $44.1 | $44.8 | $45.4 | $46.1 | $46.7 | $47.4 |
| % Growth | n/a | -7.9% | 8.7% | 2.2% | 1.8% | 1.3% | 1.4% | 1.4% | 1.4% | 1.4% | 1.4% | 1.4% |
| Operating Expenses | $27.0 | $26.2 | $27.1 | $27.9 | $28.7 | $29.4 | $30.1 | $30.8 | $31.6 | $32.3 | $33.1 | $33.9 |
| % Margin | 65.5% | 69.0% | 65.6% | 66.1% | 66.8% | 67.6% | 68.2% | 68.9% | 69.5% | 70.2% | 70.8% | 71.5% |
| EBITDA | $14.2 | $11.8 | $14.2 | $14.3 | $14.2 | $14.1 | $14.0 | $13.9 | $13.8 | $13.7 | $13.6 | $13.5 |
| % Growth | n/a | -17.3% | 20.4% | 1.0% | -0.5% | -1.0% | -0.5% | -0.6% | -0.7% | -0.7% | -0.9% | -0.9% |
| % Margin | 34.5% | 31.0% | 34.4% | 33.9% | 33.2% | 32.4% | 31.8% | 31.1% | 30.5% | 29.8% | 29.2% | 28.5% |
| Capital Expenditures (Capex) | $0.2 | $0.2 | $0.2 | $0.2 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 |
| % Margin | 0.5% | 0.5% | 0.4% | 0.5% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.5% | 0.5% | 0.5% |
| EBITDA - Capex | $14.0 | $11.6 | $14.0 | $14.1 | $14.0 | $13.9 | $13.8 | $13.7 | $13.6 | $13.5 | $13.4 | $13.3 |
| % Margin | 34.1% | 30.5% | 34.0% | 33.4% | 32.6% | 31.8% | 31.2% | 30.6% | 29.9% | 29.3% | 28.6% | 28.0% |
| Stock-Based Compensation | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 |
| Depreciation & Amortization | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 |

VRC0019405