# Project Bear

## Working Group List

March 2007

Send changes to Michael Ashby Brown
michael.as.brown@bofasecurities.com

**Bank of America**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0005544

Confidential                                                                                                       Project Bear

**Chicago Office**
231 South LaSalle St.
Chicago, IL 60697

| Name & Title | Office | Home |
|---|---|---|
| **Commercial Bank** | | |
| **Martin Richards**<br>*Market Executive*<br>*Chicago and Upper Midwest* | Tel: (312) 828-6140<br>Fax: (312) 974-0343<br>martin.richards@bankofamerica.com | |
| **Raju Patel**<br>*Senior Vice President* | Tel: (312) 828-7225<br>Fax: (312) 828-7393<br>raju.n.patel@bankofamerica.com | [redacted] |
| **Charles Hagel**<br>*Senior Vice President*<br>*Credit Products Senior Manager* | Tel: (312) 828-4360<br>Fax: (312) 974-0343<br>charles.w.hagel@bankofamerica.com | [redacted] |
| **Daniel Petrik**<br>*Senior Vice President*<br>*Senior Credit Products Officer* | Tel: (312) 828-8160<br>Fax: (312) 828-7393<br>daniel.petrik@bankofamerica.com | [redacted] |
| **Jeff Mills**<br>*Assistant Vice President*<br>*Credit Products Underwriter* | Tel: (312) 828-3239<br>Fax: (312) 828-7393<br>jeff.mills@bankofamerica.com | |

**Bank of America**                                                                                                    1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                        BOA-TRB-0005545

Confidential                                                                                         Project Bear

**Charlotte Office**  **New York Office**
214 N. Tryon Street  9 West 57th Street
17th Floor  6th Floor
Charlotte, NC 28255  New York, NY 10019

| Name & Title | Office | Home |
|---|---|---|
| **Leveraged Finance** | | |
| **Geoffrey Ellis**<br>*Principal* | Tel: (704) 386-3528<br>Fax: (704) 388-9942<br>geoffrey.e.ellis@bankofamerica.com | ■ |
| **Jon Lindvall**<br>*Vice President* | Tel: (704) 387-1945<br>Fax: (704) 719-8663<br>jon.lindvall@bankofamerica.com | ■ |
| **William H. (Hutch) Pegler, Jr.**<br>*Vice President* | Tel: (212) 847 6872<br>Fax: (212) 847 5036<br>william.pegler@bofasecurities.com | ■ |
| **Lekan Lawal**<br>*Associate* | Tel: (704) 387-0111<br>Fax: (704) 719-8533<br>lekan.j.lawal@bankofamerica.com | ■ |
| **Chuck Roan**<br>*Analyst* | Tel: (704) 386-7319<br>Fax: (704) 683-7058<br>charles.w.roan@bankofamerica.com | ■ |

**Bank of America**

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                     BOA-TRB-0005546

**New York Office**
40 West 57th Street
30th Floor
New York, NY 10019

| Name & Title | Office | | Home |
|---|---|---|---|
| **Investment Banking – Technology, Media & Telecom Group** | | | |
| **Katherine Brown**  *Managing Director* | Tel:  Fax: | (646) 313-8721  (617) 310-2819  kate.a.brown@bofasecurities.com | ■ |
| **Michael Ballou**  *Vice President* | Tel:  Fax: | (646) 313-8721  (212) 378-2859  michael.ballou@bofasecurities.com | ■ |
| **Todd Holder**  *Associate* | Tel:  Fax: | (646) 313-8021  (212) 378-8565  todd.holder@bofasecurities.com | ■ |
| **Michael Brown**  *Analyst* | Tel:  Fax: | (646) 313-8045  (212) 378-8592  michael.as.brown@bofasecurities.com | ■ |

**Bank of America**

3

**New York Office**
9 West 57th Street
22nd Floor
New York, NY 10019

| Name & Title | Office | Home |
|---|---|---|
| **M&A Structuring & Tax Strategies** | | |
| **Richard Casavechia** *Managing Director* *Head of M&A Structuring & Tax Strategies* | Tel: (212) 847-5582 Fax: (212) 378-5963 richard.casavechia@bofasecurities.com | |

Bank of America

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0005548

4