

# Credit Approval Report (COML)

**Date:** 05/03/2007

**CAR to Serve as AER / FAS / SER:**    N/A

**Approvals:**

Committed/Funded prior to proper approval (Y/N):  N

| Typed Name/Title/RMIS | Telephone | Date | Signature |
|---|---|---|---|
| Frank Forrest    /    CPE / | 704-386-1730 | 5/3/07 | Approved via GUS |
| Bobby Caston    /    RME / | 214-209-0564 | 5/1/07 | Approved via GUS |
| Curtis Anderson    /    CPE / | 214-209-0310 | 4/30/07 | Approved via GUS |
| James Alessandri    /    RME / | 646-313-8054 | 5/3/07 | Approved via GUS |
| Charles Hagel    /    CPM / | 312-828-4360 | 4/24/07 | Approved via GUS |
| James Colegate    /    SRM / RMIS | 213-621-7247 | 4/25/07 | Approved via GUS |

**Prepared By:** Kyle Patterson                **Telephone:** 312-828-5793

_Know Your Customer Certification:_
_As part of the overall analysis of subject credit taker, due consideration was given to the ethical and legal nature of the line of business, industry, geographical environment, quality of key managers and directors, and sources and uses of funds that are related to the credit transaction(s). Accordingly, the Credit Products Officer/Underwriter signing above has no reason to suspect that this customer is involved in any illegal or undesirable business activity._

**Conditions for Approval:**

**Approval Comments:**

## Borrower 1 Information

| Name: | CHICAGO TRIBUNE COMPANY | Existing Client:    X    Prospective Client: |
|---|---|---|
| Address: | 435 N. MICHIGAN AVENUE , CHICAGO, IL, 60611-0000 | Ticker: (if applicable): N/A |
| GCI: | 326063153 | Debt Rating: (if applicable):  N/A |
| ORR (Existing/ScoreCard/Override): | 5 / 6- / 7 | Legal Entity Form: CORPORATION |
| Industry (Primary/Secondary): | Newspaper Publishers -- Monopoly Daily / | Credit Risk Profile Quartile (CRP):        N/A |
| NAICS(Primary/Secondary): | 511102 / | Industry Outlook from Signals Report: Mixed <br> Industry Risk Strategy (IRS):            Y |

## Borrower 2 Information

| Name: | LOS ANGELES TIMES | Existing Client:    X    Prospective Client: |
|---|---|---|
| Address: | TIMES MIRROR SQUARE , LOS ANGELES, CA, 90053-0000 | Ticker: (if applicable): N/A |
| GCI: | 100007467 | Debt Rating: (if applicable):  N/A |
| ORR (Existing/ScoreCard/Override): | 5 / 6- / 7 | Legal Entity Form: CORPORATION |
| Industry (Primary/Secondary): | Diversified Media Companies / Book Publishers | Credit Risk Profile Quartile (CRP):        N/A |
| NAICS(Primary/Secondary): | 513101 / 511130 | Industry Outlook from Signals Report: Mixed <br> Industry Risk Strategy (IRS):            Y |

## Borrower 3 Information

| Name: | SOUTHERN CONNECTICUT NEWSPAPERS INC | Existing Client:    X    Prospective Client: |
|---|---|---|

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0013037

**Bank of America**

## Credit Approval Report (COML)

| | | | |
|---|---|---|---|
| Address: | 75 TRESSER BOULEVARD , STAMFORD, CT, 06904-0000 | Ticker: (if applicable) N/A | |
| GCI: | 327824512 | Debt Rating: (if applicable): N/A | |
| ORR (Existing/ScoreCard/Override): | 5 / 6 - / 7 | Legal Entity Form: | CORPORATION |
| Industry (Primary/Secondary): | Newspaper Publishers -- Competitive Daily / | **Credit Risk Profile Quartile (CRP)** | N/A |
| NAICS(Primary/Secondary): | 511103 / | **Industry Outlook from Signals Report:** **Industry Risk Strategy (IRS):** | Mixed Y |

### Borrower 4 Information

| | | | |
|---|---|---|---|
| Name: | SUN-SENTINEL COMPANY | Existing Client:  X    Prospective Client: | |
| Address: | 200 EOLAS BLVD PO BOX 14430, FT LAUDERDALE, FL, 33301-0000 | Ticker: (if applicable) N/A | |
| GCI: | 901827659 | Debt Rating: (if applicable): N/A | |
| ORR (Existing/ScoreCard/Override): | 5 / 6 - / 7 | Legal Entity Form: | CORPORATION |
| Industry (Primary/Secondary): | Diversified Media Companies / Newspaper Publishers -- Monopoly Daily | **Credit Risk Profile Quartile (CRP)** | N/A |
| NAICS(Primary/Secondary): | 513101 / 511102 | **Industry Outlook from Signals Report:** **Industry Risk Strategy (IRS):** | Mixed Y |

### Borrower 5 Information

| | | | |
|---|---|---|---|
| Name: | TRIBUNE COMPANY | Existing Client:  X    Prospective Client: | |
| Address: | 435 N MICHIGAN AVE , CHICAGO, IL, 60611-4001 | Ticker: (if applicable): TRB | |
| GCI: | 005161542 | Debt Rating: (if applicable): B2/B | |
| ORR (Existing/ScoreCard/Override): | 5 / 6 - / 7 | Legal Entity Form: | CORPORATION |
| Industry (Primary/Secondary): | Diversified Media Companies / Theater Companies & Dinner Theaters | **Credit Risk Profile Quartile (CRP):** | Fourth |
| NAICS(Primary/Secondary): | 513101 / 711110 | **Industry Outlook from Signals Report:** **Industry Risk Strategy (IRS):** | Mixed Y |

### Relationship Exposure Recap & Management/Profitability

Relationship Name & Relationship GCI:   TRIBUNE COMPANY & 005161542

| | L&LE (TRE) | Intraday (IDRE) | Memo Items | Relationship Profitability | | |
|---|---|---|---|---|---|---|
| | | | | | Historical | Projected |
| Existing Direct Exposure | $305,179,000 | $41,025,000 | $10,000,000 | | | |
| Plus / Minus Direct Proposed Requests | $1,217,763,953 | $0 | $0 | Rel. RAROC | 12.10% | 140.86% |
| Total Proposed Direct Exposure | $1,522,942,953 | $41,025,000 | $10,000,000 | SVA | $98,143 | $5,297,019 |
| Plus Indirect/Related Exposure | $0 | $0 | $0 | Exposure Management | | |
| Total Commercial Bank Exposure | $1,522,942,953 | $41,025,000 | $10,000,000 | Exposure Strategy  (old) | I | |
| Plus Other BofA Exposure | $0 | $0 | $10,000,000 | Exposure Strategy  (new) | D | |
| **Total Risk Exposure** | $1,522,942,953 | $41,025,000 | $20,000,000 | | | |
| **Concentration Limit (CL)** | $0 | $0 | CL Maturity | 12/31/2008 | | |

The $10.0MM of Other Bank of America exposure memo items is not credit related.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013038



<h1 style="text-align:center">Credit Approval Report (COML)</h1>

## Background

- The Tribune Company ("Tribune" or "Company") is a Chicago-based, publicly traded company involved in the publishing and broadcasting businesses. The Company publishes 11 daily newspapers, operates 23 television stations and also owns the Chicago Cubs major league baseball team. The Company generated $5.43BN in revenues and $1.41BN of EBITDA for its fiscal year ended 12/31/06.
- Since September 2006, the Tribune has been exploring strategic alternatives to increase shareholder value. The Company has considered a number of alternatives including going private or an outright sale, as well as a "Self-Help" plan that involves a tax-free spin-off of the broadcasting properties and taking on debt to finance a special one-time cash dividend ($15-$20 per share) to its shareholders.
- At the request of the Tribune, Equity Group Investments ("EGI"), founded and controlled by Sam Zell, submitted a proposal to purchase the Company under a leveraged ESOP structure (outlined further in the "Transaction Overview" section). The ESOP plan proposes a purchase price of $34/share, which equates to total consideration of about $13.02BN (including the assumption of $2.41BN in existing debt) or 9.08x proforma 2007 EBITDA.

## Situation Overview

On March 2, 2007, EGI told Bank of America that they had a fully underwritten financing commitment for their ESOP proposal from Citigroup, Merrill Lynch, and JPMorganChase with each institution underwriting one-third of the financing commitment. However, based on Bank of America's institutional relationship with EGI / Sam Zell (Private Banking, Real Estate, Investment Banking, and Commercial Banking), EGI asked Bank of America to provide a verbal indication of interest in co-underwriting up to 33% of the proposed financing in the event that one of the underwriters was asked to leave or opted out of the financing.

On March 7, 2007, Bank of America delivered their verbal indication of interest in underwriting up to 33% of the transaction. Subsequently, the transaction was placed on hold until March 20, 2007 when EGI contacted the client team and asked them to verbally reaffirm their interest in underwriting up to 33% of the proposed facilities based on a new two-step transaction structure (explained in the "Transaction Overview" section). Total proposed facilities are $12.23BN, which consists of $10.13BN in senior secured credit facilities and $2.10BN in Senior Subordinated Bridge / High Yield Notes.

On March 29, 2007, the client team confirmed their continued interest in underwriting up to 33% of the proposed facilities subject to appropriate due diligence and later learned that the rating agencies had issued indicative / shadow corporate ratings for the Tribune under the ESOP structure of B2 (stable) / B (stable).

On March 30, 2007 the Tribune received a last minute bid from Ron Burkle and Eli Broad, but after further negotiations with EGI, decided to pursue EGI's proposal instead.

On April 2, 2007, the Tribune announced the transaction and invited the following banks to participate as Joint Lead Arrangers and Bookrunners in the following roles:

- JPMorganChase - Administrative Agent to underwrite 30% of the transaction for equal economics.
- Merrill Lynch - Syndication Agent to underwrite 30% of the transaction for equal economics.
- Citigroup - Co-Documentation Agent to underwrite 25% of the transaction for equal economics.
- Bank of America - Co-Documentation Agent to underwrite 15% of the transaction for equal economics.

## Transaction Request

The client team is requesting approval to underwrite 15% of the $12.23BN in proposed facilities.

The proposed facilities are as follows:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0013039



## Credit Approval Report (COML)

| Facilities | Tenor | Amounts | BAS Share |
|---|---|---|---|
| Senior Secured Revolver | 6 years | $750.0MM | $112.5MM |
| Senior Secured Term Loan B (includes $263.0MM Delayed Draw) | 7 years | $7,278.0MM | $1,091.7MM |
| Incremental Senior Secured Term Loan B | 7 years | $2,105.0MM | $315.75MM |
| Senior Subordinated Bridge / High Yield Notes | 1 year / 7 year | $2,100.0MM | $315.0MM |
| Total | | $12,233.0MM | $1,834 95MM |

The Senior Secured Revolver will have a $250.0MM sub-limit for L/Cs, a $100.0MM swing line limit, and be primarily used for working capital and general corporate purposes. The Senior Secured Term Loan B and Senior Subordinated Bridge / High Yield Notes will be used to finance the ESOP, repurchase all publicly held Tribune common stock, and refinance existing indebtedness. The senior secured credit facilities will be secured by all of the stock of the Tribune's subsidiaries and have first priority guarantees from all domestic subsidiaries of the Tribune. The Senior Subordinated Bridge / High Yield Notes will be unsecured, but will have senior subordinated guarantees from all domestic subsidiaries of the Tribune. For additional details on the credit facilities, please see the "Summary of Proposed Financing Structure" section.

As a Joint Lead Arranger and Bookrunner for the facilities, the client team is also requesting approval to initially hold up to $67.5MM of the $750.0MM revolving credit facility, which is supported by a "4" sell down rating from Syndications. At this stage, we believe our Revolver commitment will be sold down to the $50.0MM - $67.5MM range in the primary syndication. Post-syndication, we will evaluate the viability of selling down our Revolver exposure in an orderly manner in the secondary market to a target hold level of $35.0MM - $40.0MM. This sell-down strategy will be based on our continued assessment of the net fees we expect to generate from the proposed transaction relative to the fees we need to payout in the secondary market to sell down our exposure. Based on current market intelligence from Syndications, we believe that the cost to sell every $10.0MM of exposure is $1.0MM, and therefore we expect to payout roughly $3.3MM of our arrangement fee in the secondary market to achieve our target hold level of $35.0MM - $40.0MM. In addition, we also need to assess the potential negative impact that selling down our Revolver exposure at a discount in the secondary market may have on our relationship with EGI / Zell.

We would also like approval to cancel our existing $28.0MM derivative limit, which is currently unused. In addition, we would like to accept the following exposure from Portfolio Management:
- FX Reval Limit of $2.0MM
- Leasing exposure of $1.0MM
- Daylight Overdraft Limit of $21.0MM
- Treasury Management Limit of $15.0MM
- FX Settlement Limit of $5.0MM
- International Wire Pre-Advance of $25.0M

Lastly, we would like approval to:
- Renew and extend the maturity date of the $21.0MM DOL from 6/30/07 to 6/30/13.
- Renew and extend the maturity date of the $15.0MM treasury management limit from 6/30/07 to 6/30/13.
- Renew and extend the maturity date of the $5.0MM FX Settlement Limit from 6/29/07 to 5/31/08.
- Renew and extend the maturity date of the $10.0MM FX Contract Limit from 6/29/07 to 5/31/08.
- Renew and extend the maturity date of the $2.0MM FX Reval Limit from 6/29/07 to 5/31/08.

Bank of America currently has the following exposure to Tribune:

| Loan & Loan Equivalents Facilities | ($000's) | Intraday Risk Facilities | ($000's) | Memo Items | ($000's) |
|---|---|---|---|---|---|
| Term Loan | 125,000 | Daylight Overdraft Limit | 21,000 | FX Contract Limit | 10,000 |
| Term Loan | 86,686 | Treasury Management Limit | 15,000 | | |
| Revolver Commitment | 62,500 | FX Settlement Limit | 5,000 | | |
| Derivative Limit | 28,000 | International Wire Pre-Advance | 25 | | |
| FX Reval Limit | 2,000 | | | | |
| Leasing exposure | 993 | | | | |
| | 305,179 | | 41,025 | | 10,000 |

At closing, Tribune's existing debt will be refinanced and the derivative limit will be canceled. Therefore, Bank of America's pro-forma exposure at closing will be as follows:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013040

**Bank of America**

## Credit Approval Report (COML)

| Loan & Loan Equivalents Facilities | ($000's) | Intraday Risk Facilities | ($000's) | Memo Items | ($000's) |
|---|---|---|---|---|---|
| Revolver Commitment | 67,500 | Daylight Overdraft Limit | 21,000 | FX Contract Limit | 10,000 |
| FX Reval Limit | 2,000 | Treasury Management Limit | 15,000 | | |
| Leasing exposure | 993 | FX Settlement Limit | 5,000 | | |
| | | International Wire Pre-Advance | 25 | | |
| | 70,493 | | 41,025 | | 10,000 |

- As previously mentioned, we will seek to sell down our Revolver exposure in the secondary market to the $35.0MM - $40.0MM.  Therefore, we expect our relationship TRE to be in the $38.0MM - $43.0MM range after including the $2.0MM FX Reval Limit and $1.0MM of leasing exposure.

### Transaction Overview
- Sam Zell, through EGI, plans to purchase an interest in the Tribune using an ESOP structure in which he would ultimately own 40% of the Company and the ESOP would own the remaining 60%.  In an effort to get cash back to the Company's shareholders more quickly, create the ESOP faster, and reduce the FCC and SEC review risk and process time, EGI decided to execute the purchase in two steps.

### STEP ONE
o   The first step is estimated to close 5/24/07 and will consist of the following:

  - Zell, the ESOP, McCormick Foundation and Chandler Trusts will execute a merger agreement.
  - EGI will purchase $50.0MM (approximately $1.5MM shares) of newly issued common stock and a $200.0MM exchangeable note for a total of $250.0MM.
  - The Tribune creates the ESOP and lends the ESOP $250.0MM ("ESOP Loan") that is used to purchase newly issued common stock.
    o   The ESOP and Tribune will enter into a loan agreement whereby the Tribune will make annual contributions to the ESOP in an amount sufficient to cover its debt service.
    o   In turn, the ESOP will make annual principal and interest payments of a similar amount to the Tribune under an ESOP Loan (5.01% interest rate / 30 yr. amortization)
  - The Company will refinance their existing credit facilities and commercial paper ($2.83BN).
  - The Company will purchase approximately 52% of the outstanding public common stock (approximately 126.1MM shares for $34/share) for $4.29BN.

### STEP TWO
o   The second step will occur at 12/31/07 and will consist of the following:

  - The Tribune receives shareholder and other necessary approvals to consummate the acquisition.
  - The Company will purchase the remaining 48% of its publicly traded common stock (approximately 116.2MM shares for $34/share), EGI's newly issued shares (approximately 1.5MM shares), and in-the-money-options (approximately 7.7MM shares) for $4.26BN.
  - EGI will use their common stock and exchangeable note proceeds, and $65.0MM in cash to purchase a $225.0MM subordinated convertible PIK Note that matures in 2018 (11 years) and a $90.0MM warrant that fully vests in 2022 (15 years) that will enable EGI / Zell to own up to 40% of the Company if exercised.
  - The Tribune management contributes $215.0MM from option proceeds as additional equity.
  - The Tribune will sell the Cubs, the recycling business, and Comcast SportsNet for net proceeds of $601.8MM in 2007.
  - The merger closes.
  - In 2008, the Tribune will make an S-Corp election.

### ESOP Overview:
An ESOP is a tax-qualified employee benefit plan through which employees own stock in the sponsoring company. Several features make ESOPs unique as compared to other tax qualified employee benefit plans.  First, an ESOP is *required by law to invest primarily in the securities of the sponsoring employer.  Second, an ESOP is allowed to borrow money from the sponsoring employer.  Third, an ESOP is tax exempt under IRS rules and therefore does not pay federal income taxes.*

### ESOP Transaction:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013041

Bank of America

## Credit Approval Report (COML)

On April 1, 2007, a newly formed, Tribune sponsored ESOP purchased approximately 8.9 million shares of newly issued common stock at $28 per share for a total of $250MM. The ESOP paid for this purchase with a $250MM Promissory Note from the Tribune to be repaid over 30 years through the use of annual contributions by the Company (as described in the "ESOP Funds Flow" section below).

GreatBanc Trust Company has been selected to serve as the ESOP Trustee. The ESOP Trustee will be responsible for voting the shares held by the ESOP. Acting as a fiduciary, it generally votes according to the preference of the ESOP participants, but the Trustee is required to pass through the voting rights on allocated ESOP shares to the ESOP participants for certain major corporate events such as mergers, consolidations, recapitalizations, liquidations or sale of substantially all of the assets of the Company. Any unallocated shares will be voted in the same manner as the allocated shares.

### ESOP ownership of Tribune:

After Step One, the proforma Tribune ownership will be as follows: public shareholders (92%), ESOP (7%), and Zell/EGI (1%).

After Step Two, which is subject to shareholder and regulatory approval, the ESOP will own 100% of the stock of the Tribune. The remaining public shares will be purchased by the Tribune and Zell/EGI's interest will be converted to a $225MM subordinated note and 15 year warrant.

### Participation in the ESOP:

- All non-union employees (approximately 85%) will participate in the ESOP.
- Union employees will continue to receive retirement benefits required under their respective collective bargaining agreements.
- Company 401(k) contributions to existing 401K plans will be terminated for ESOP participating employees, resulting in $60MM annual cash savings. The 401(k) plan will be held in trust and will continue to exist with employee contributions continuing at the discretion of individual employees.
- The separate employee pension is currently over funded and will continue. The company does not anticipate the need to contribute any additional funds over the projection period.

### Benefits of ESOP:

- The ESOP is tax-exempt under IRS rules and Company contributions to the ESOP to service principal and interest under the inter-company Promissory Note from the Tribune are also tax deductible.
- The ESOP provides additional incentive to employees given their ownership of the Company.

### ESOP Funds Flow:

- Under the ESOP Loan Agreement, the Tribune provided the ESOP with a $250MM Promissory Note to purchase 8.9 million shares of the Company (approximately 7% ownership). The ESOP Note will be repaid in 30 annual installments with a balloon payment of $62.5MM due in 2037 and bears interest at approximately 5%.
- The Tribune will make annual cash contributions of approximately $6.6MM to the plan to enable the ESOP to fund the annual principal and interest payments under the $250MM Promissory Note. The loan payments, Trustee expenses and cash payments to departing employees will be funded solely through tax-deductible company contributions and dividends and are included in our projection model.

### Allocation of ESOP shares:

- Shares in the ESOP Trust are allocated to individual employee accounts based on their annual salary as payments are made on the ESOP Note. As participating employees continue to work at the Company, more shares are allocated to their accounts each year based on their salary.
- In general, after employees leave the company, they receive the stock allocated to their accounts. In the case of private companies, the company must grant employees a put option that gives them the right to sell their shares back to the ESOP at fair market value. Private companies must have an independent valuation performed by an outside firm to determine the value of their shares.
- The ESOP will repurchase the departing employees stock over time using the annual tax-deductible contributions and dividends from the Company as a source of cash.

### Transaction Rationale

- Under an ESOP structure the Tribune will not pay any federal income taxes and only nominal state and local taxes, which would enhance the Company's projected free cash flow.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013042

**Bank of America**

## Credit Approval Report (COML)

- In addition, the Company is expected to save an additional $80MM annually through the elimination of 401K contributions ($60MM) and reduced public company costs and other cash expenses ($20MM).
- Although EGI is contributing only $225.0MM of equity / subordinated PIK debt and $90.0MM in the form of a warrant to the pro forma capital structure, the "Implied Equity Value" of the annual cost and tax savings resulting from the ESOP structure is significant.
  - o Assuming a cost of capital of 7.5%, the present value of the annual savings ($157.1MM of annual tax savings, $60.0MM of annual 401K contribution savings, and $20.0MM of public company costs and other expense savings) over a ten year period is $1.62BN. The present value of these savings creates "Implied Equity" in the pro forma capital structure resulting in a Debt/Capitalization ratio of roughly 85.6% at closing, as outlined in the "Capitalization" section below.
- The Tribune also plans to sell certain assets to repay debt, including the Chicago Cubs baseball team, Comcast SportsNet Chicago, and a paper recycling operation, which are expected to generate proceeds of $601.8MM in 2007.
- The Tribune also has marquis publishing and broadcasting assets in major markets and substantial ownership in unconsolidated joint ventures that have "hidden value", as outlined in Exhibit 1, Exhibit 2, and our Secondary Source of Repayment Analysis section.
- Solid cash flow – 2008 EBITDA can fall from $1,456.4MM (28.2% EBITDA margin) in our Base Case to $1,236.0MM (24.9% EBITDA margin) in our Break Even Case (or 15.1%) and the company will still be able to service principal and interest under our proposed structure. In addition, our Break Even Case assumes $172.0MM of capex which we believe can be cut to $122.0MM in a stress case scenario. Therefore, we believe our EBITDA cushion could be closer to $270.4MM (or roughly 18.6%).
- Given the estimated enterprise value of 9.10x EBITDA for the proforma company, First Priority Guaranteed / Senior Secured leverage of 5.72x at closing of Step Two is acceptable.
- Assuming an EV/EBITDA multiple of 7.50x for the publishing assets, an 8.00x EV/EBITDA multiple for the broadcasting assets (low end of the comparables ranges), and a 40% discount to the estimated value of the Company's unconsolidated assets, the enterprise value of the Tribune under the stress case is $9,897.6MM, which is capable of covering the proposed First Priority Guaranteed / Senior Secured debt by 1.13x.
- The transaction will be structured with a maximum leverage and a minimum interest coverage covenant to ensure we have the opportunity to revisit our structure if operating performance materially misses plan. The proposed structure also has an excess cash flow recapture feature that will ensure the company de-levers as it generates cash flow.
- Risk / reward is appropriate given total estimated net fees of approximately $25.0MM compared to our proposed revolver hold of $35.0MM - $40.0MM after selling down our exposure in the secondary market (See comments in "Transaction Request" section for further details).

## Acquisition Rationale – EGI Perspective

- EGI / Zell's pre-tax return on equity is projected to be 158.0% after eight years, based on the value of their warrant that completely vests over 15 years.
- Strong free cash flow generation. Cash flow improvement is driven by the scope and scale of owned properties coupled with the benefits of the proposed ESOP structure noted above.
- The Company enjoys high quality assets in a broad range of major markets including 11 daily newspapers, a radio station, 23 television broadcasting stations, including cable network WGN, the Chicago Cubs baseball team, and a developer and distributor of first run television stations.
- There is substantial value in unconsolidated equity investments including The Food Network (31%) Topix.net (34%), ShopLocal (43%), Classified Ventures (28%) and CareerBuilder (43%). These assets provide cash flow and, if needed, could be liquidated to reduce debt.
- As a privately held S-corp, the Tribune's assets are eligible to be written up to their fair market value on a tax basis after ten years, which would allow the Company to reduce the capital gains taxes on any potential asset sales.
- The deferred tax liabilities ($1.98BN at 12/31/06) of the Tribune will cease to be liabilities of the Company due to the fact that the sole shareholder, the ESOP, is not required to pay federal taxes.
- Based on the cost savings initiatives that began in 2005 and operating efficiencies achieved through capital expenditures, EGI believes that there is potential for incremental cost savings, which will augment the Tribune's cash flow.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0013043



# Credit Approval Report (COML)

## Sources and Uses of Funds

The estimated sources and uses of funds for Step One as described in the "Transaction Overview" is outlined in the table below:

### STEP ONE

| Sources | $MM's | Uses | $MM's |
|---|---|---|---|
| Revolver ($750.0MM) | 0 | Share Repurchase[1] | 4,288 |
| Term Loan B | 7,015 | Refinancing of Existing Debt | 2,825 |
| Delayed Draw Term Loan ($263.0MM) | 0 | Roll Existing Debt[2] | 1,521 |
| Roll Existing Debt[2] | 1,521 | PHONES | 900 |
| PHONES | 900 | Transaction Costs | 152 |
| EGI / Zell Investment[3] | 250 | | |
| Total Sources | 9,686 | Total Uses | 9,686 |

[1] Assumed to purchase 126.1 million of 242.3 million shares outstanding for $34/share.
[2] Includes $263.0MM of Medium Term Notes due 2007 to 2008, which are expected to be refinanced with the Delayed Draw Term Loan.
[3] Used to purchase $50.0MM of newly-issued Tribune common stock for $34/share and $200.0MM of a note exchangeable for common stock.

The estimated sources and uses of funds for Step Two as described in the "Transaction Overview" is outlined below:

### STEP TWO

| Sources | $MM's | Uses | $MM's |
|---|---|---|---|
| Roll Term Loan B[1] | 6,096 | Purchase Remaining Equity[2] | 4,261 |
| New Incremental Term Loan B | 2,105 | Roll Term Loan B | 6,096 |
| Senior Bridge / High Yield Notes | 2,100 | Roll Existing Notes | 1,508 |
| Roll Existing Notes | 1,508 | PHONES | 900 |
| PHONES | 900 | Transaction Costs | 224 |
| Option Proceeds | 215 | | |
| Incremental EGI / Zell Investment | 65 | | |
| Total Sources | 12,989 | Total Uses | 12,989 |

[1] Assumes $317.0MM of cash flow generated between Step One and Step Two that is used to reduce the Term Loan B.  Also assumes proceeds of $601.8MM from the sale of the Cubs, Comcast SportsNet, and a recycling company are used to reduce the Term Loan B.
[2] Assumed to purchase 117.7 million shares and 7.7 million in-the-money options at $34/share.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                      BOA-TRB-0013044

 **Bank of America**

# Credit Approval Report (COML)

### Capitalization

Tribune's proforma capitalization for Step One is outlined in the table below:

**STEP ONE**

| $MM's | Book Value $ | Book Value % | 2006 EBITDA Multiple[1] | 2007 EBITDA Multiple[2] |
|---|---|---|---|---|
| Revolver ($750.0MM) | 0 | 0.0% | 0.00x | 0 00x |
| Term Loan B | 7,015 | 77.3% | 4.97x | 4.89x |
| **First Priority Guaranteed / Senior Secured Debt** | 7,015 | 77.3% | 4.97x | 4 89x |
| | | | | |
| Medium Term Notes[3] | 263 | 2.9% | 0.19x | 0.18x |
| Existing Notes[3] | 1,166 | 12.8% | 0.83x | 0.81x |
| Capital Real Estate Obligation | 51 | 0 6% | 0.04x | 0.04x |
| Swaps and Other Obligations | 41 | 0.5% | 0.03x | 0.03x |
| Total Rolled Existing Debt | 1,521 | 16.7% | 1.08x | 1.06x |
| | | | | |
| **Total Senior Debt** | 8,536 | 94.0% | 6.05x | 5.95x |
| | | | | |
| PHONES Debt[4] | 900 | 9.9% | 0.64x | 0.63x |
| Total Subordinated Debt | 900 | 9.9% | 0.64x | 0.63x |
| | | | | |
| **Total Debt** | **9,436** | **103.9%** | **6.69x** | **6.58x** |
| | | | | |
| Shareholders' Equity[5] | (355) | (3.9%) | | |
| Total Capitalization | 9,081 | 100.0% | | |

[1] Based on 12/31/06 EBITDA of $1,411.0MM.
[2] Based on 12/31/07 Proforma EBITDA of $1,434.0MM.
[3] Secured on a pari-passu basis with First Priority Guaranteed / Senior Secured Debt, but not guaranteed, therefore structurally subordinated to First Priority Guaranteed /Senior Secured Debt
[4] Exchangeable subordinated debentures issued in 1999 related to the monetization of Tribune's investment in AOL/Time Warner to manage their tax liability.
[5] Negative equity driven by the $4,288.0MM share repurchase.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                 BOA-TRB-0013045



# Credit Approval Report (COML)

The Tribune's proforma capitalization for Step Two is outlined in the table below.

## STEP TWO

| $MM's | Actual Book Value $ | Actual Book Value % | Implied Book Value $ | Implied Book Value % | 2006 EBITDA Multiple[1] | 2007 EBITDA Multiple[2] |
|---|---|---|---|---|---|---|
| Revolver ($750.0MM) | 0 | 0.0% | 0 | 0.0% | 0.00x | 0.00x |
| Term Loan B[3] | 8,201 | 62.0% | 8,201 | 55.2% | 5.81x | 5.72x |
| **First Priority Guaranteed / Senior Secured Debt** | 8,201 | 62.0% | 8,201 | 55.2% | 5.81x | 5.72x |
| | | | | | | |
| Senior Subordinated Guaranteed Debt / | | | | | | |
| Senior Bridge / HY Notes[4] | 2,100 | 15.9% | 2,100 | 14.1% | 1.49x | 1.46x |
| **Total Guaranteed Debt** | 10,301 | 77.9% | 10,301 | 69.4% | 7.30x | 7.18x |
| | | | | | | |
| Medium Term Notes[5] | 263 | 2.0% | 263 | 1.8% | 0.19x | 0.18x |
| Existing Notes[5] | 1,166 | 8.8% | 1,166 | 7.9% | 0.83x | 0.81x |
| Capital Real Estate Obligation | 36 | 0.3% | 36 | 0.2% | 0.03x | 0.03x |
| Swaps and Other Obligations | 43 | 0.3% | 43 | 0.3% | 0.03x | 0.03x |
| Total Rolled Existing Debt | 1,508 | 11.4% | 1,508 | 10.2% | 1.07x | 1.05x |
| | | | | | | |
| **Total Senior Debt** | 11,809 | 89.3% | 11,809 | 79.5% | 8.37x | 8.24x |
| | | | | | | |
| PHONES Debt[6] | 900 | 6.8% | 900 | 6.1% | 0.64x | 0.63x |
| Total Subordinated Debt | 900 | 6.8% | 900 | 6.1% | 0.64x | 0.63x |
| | | | | | | |
| **Total Debt** | **12,709** | **96.1%** | **12,709** | **85.6%** | **9.01x** | **8.86x** |
| | | | | | | |
| Shareholders' Equity[7] | 519 | 3.9% | 519 | 3.5% | | |
| Implied Equity[8] | 0 | 0.0% | 1,620 | 10.9% | | |
| Total Equity | 519 | 3.9% | 2,139 | 14.4% | | |
| | | | | | | |
| Total Capitalization | 13,228 | 100.0% | 14,848 | 100.0% | | |

[1] Based on 12/31/06 EBITDA of $1,411.0MM.
[2] Based on 12/31/07 Proforma EBITDA of $1,434 0MM.
[3] Includes the incremental $2,105 Term Loan B. Assumes the $7,015MM is reduced by $317.0MM of cash flow generated in Q1-Q2 and is further reduced by $601.8MM in proceeds from the sale of the Cubs, Comcast SportsNet and a recycling company.
[4] Unsecured Debt.
[5] Secured on a pari-passu basis with First Priority Guaranteed / Senior Secured Debt, but not guaranteed, therefore structurally subordinated to Total Guaranteed Debt.
[6] Exchangeable subordinated debentures issued in 1999 related to the monetization of Tribune's investment in AOL/Time Warner to manage their tax liability.
[7] Shareholders' Equity consists primarily of $315.0MM EGI / Zell investment and $215.0MM Tribune Management option proceeds, partially offset by change of control fees.
[8] Calculated using the PV of the annual cost savings (annual tax savings of $157 1MM plus $80.0MM of annual costs savings from the elimination of 401K contribution ($60.0MM) and public company costs ($20.0MM)) over a 10 year period discounted at an average cost of capital of 7 5%.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013046



# Credit Approval Report (COML)

## Asset Coverage/Collateral Analysis

| Proforma 12/31/07 ($ in MM's) | Book Value | Advance Rate | Margined Value |
|---|---|---|---|
| A/R [1] | 732 | 80% | 527 |
| Inventory [1] | 40 | 50% | 18 |
| Net, PP&E | 1,546 | 50% | 773 |
| Margined Assets | 2,318 | | 1,318 |
| First Priority Guaranteed / Senior Secured Debt | | | 8,201 |
| Asset Coverage | | | 16.1% |
| Airball | | | (6,883) |

[1] Assumes 10% ineligibles.

As can be seen from the table above, the Tribune has $8.20BN in First Priority Guaranteed / Senior Secured Debt and only $1.32BN in margined assets, which created an asset shortfall of $6.88BN. Given that the shortfall in collateral is greater than 10% of the proposed TRE, this transaction would be considered a leveraged loan. The table below outlines how the transaction compares with our leveraged lending criteria:

| | Leveraged Lending Criteria | Proforma Tribune | Comply with Guidelines |
|---|---|---|---|
| Risk Rating (1) | 6 or better | 7 | No |
| Quartile Performance (2) | 1 or 2 | 4 | No |
| EBITDA | >$20MM | $1 43BN | Yes |
| Airball Repayment (3) | <2-3 years | 13 5 years | No |
| First Priority Guaranteed / Senior Secured Debt Repayment (3) | <7 years | 15 6 years | No |
| Fixed Charge Coverage | >1.25x | 1 03x | No |
| First Priority Guaranteed / Senior Secured Debt / EBITDA | <3.00x | 5.72x | No |
| Total Debt / EBITDA | <4.00x | 8.86x | No |
| First Priority Guaranteed / Senior Secured Debt / EV (4) | <50.0% | 62.8% | No |
| Total Debt / EV (4) | <65.0% | 97.4% | No |

(1) Risk rating based on proforma 2007 figures accounting for the acquisition and proposed capital structure. While the scorecard generates a risk rating of 6-, we have judgmentally rated this credit a 7.

(2) Projected EDF of 2.19% correlates to fourth quartile.

(3) Based on projected cumulative free cash flow.

(4) Based on estimated combined proforma enterprise value of $13.05B at 12/31/07, including book equity value of $518.8MM and Net Debt of $12.53BN.

As can be seen from the chart above, this transaction is primarily outside our guidelines. However, the client team believes that this transaction should be approved based on the following:

- EBITDA of $1.483N is well above our minimum guideline of $20.0MM.
- Cumulative free cash flow is projected to repay First Priority Guaranteed / Senior Secured Debt of $8.20BN at close in 15.6 years and our $6.88BN airball in 13.5 years. While these time frames are beyond our guidelines of up to 7 years and 3 years, respectively, we are comfortable with the extended repayment period given the relative stability of Tribune's cash flows, the enhanced free cash flow generated by the ESOP and S-Corp. structure and the enterprise value of the Company's publishing, broadcasting, and interactive business segments.
- First Priority Guaranteed / Senior Secured leverage of 5.72x and total leverage of 8.86x upon closing Step Two are above our guidelines of 3.00x and 4.00x, respectively. However, these leverage multiples are tolerable given proforma EV/EBITDA of 9.10x at close, combined with the enterprise value of Tribune's broadcasting assets, as recent acquisitions during 2005-2006 in the broadcasting industry have been completed at multiples of 9.60x – 13.30x EBITDA. In addition, there is hidden value in the Company's other equity investments (CareerBuilder, ShopLocal, Topix, TV Food Network, Legacy.com, California Independent Postal System, Classified Ventures, and Consumer Networks), that if sold, could yield estimated proceeds of $1.70BN (outlined in "Secondary Source of Repayment" section below).
- At close, the Company does not meet the 1.25x fixed charge coverage ratio guideline, but by 12/31/08 the Company's fixed charge coverage ratio is expected to be 1.26x (excluding the purchase of the TMCT property lease).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0013047

**Bank of America**

## Credit Approval Report (COML)

- First Priority Guaranteed / Senior Secured Debt / EV and Total Debt / EV are also outside our underwriting guidelines at 62.8% (versus $\leq$ 50% guideline) and 97.4% (versus $\leq$ 65% guideline). However, the Tribune's EV is sufficient to cover debt as evidenced by EV / First Priority Guaranteed / Senior Secured Debt of 1.59x and EV / Total Debt of 1.03x at close, which is then expected to improve to 1.88x and 1.24x, respectively, by 2013. Even under a break-up analysis in our stress case scenario, the EV of the Tribune is a viable secondary source of repayment. Please see the "secondary source of repayment" section below for details.

- While newspaper advertising is declining as a percentage of total advertising spending, the dollars spent on newspaper advertising are expected to continue to increase through 2008 ($51.7BN for 2006, $53.0BN for 2007, and $54.1BN for 2008), which confirms that newspaper advertising is an important advertising medium despite the development of other advertising mediums (i.e. Internet – see "Key Credit Risks and Mitigants" section for further details).

- Sam Zell and the management team at EGI are good stewards of industry-leading companies and have the experience and knowledge to bring best practices to the Tribune organization that will help them navigate successfully through the changing advertising environment.

- Since 2005, the Tribune has implemented cost savings programs in an effort to partially offset the impact of the declining revenues and margins. From 2005 to 2006, the Company was able to reduce costs by $190MM and is planning to reduce expenses by $150MM in 2007.

- While this transaction is an acquisition, it differs from most acquisitions in that there will be little integration risk due to the fact that the employees are acquiring the majority of the Company.

- Based on our syndication strategy, we expect to have an initial hold size of $67.5MM, but are planning to sell down our exposure in the secondary market to $35.0MM - $40.0MM, which is better aligned with our expected net fees of $25.0MM (See comments in "Transaction Request" section for further details).

### Summary of Proposed Financing Structure

- Financing will be provided through a combination of Senior Secured Revolver, Term Loan B, and Senior Unsecured High Yield Notes.

- The proposed Revolver and Term Loan B will be subject to Interest Coverage and Leverage covenants and an excess cash flow capture provision.

- Outlined below is a general summary of the terms and conditions:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          BOA-TRB-0013048



# Credit Approval Report (COML)

**Senior Secured Revolver – Step One:**

| | |
|---|---|
| Borrower: | Tribune Company. |
| Amount: | $750.0MM.  There is a $250.0MM sub-limit for L/Cs and a $100.0MM sub-limit for swing-line loans. |
| Tenor: | 6 years. |
| Lead Arrangers: | JP Morgan, Citigroup, Merrill Lynch, and Bank of America. |
| Purpose: | To fund working capital and general corporate purposes. |
| Guarantors: | All domestic subsidiaries of the Borrower. |
| Collateral: | Stock of Tribune Finance LLC and Tribune Broadcasting Holdco LLC |
| Covenants: | Total Guaranteed Debt / EBITDA less than (after completion of the first step): <br> ○ 6.25x from closing of the first step to FYE 2007 <br> ○ 6.00x for FY 2008 <br> ○ 5.75x for FY 2009 <br> ○ 5.50x for FY 2010 <br> ○ 5.25x for FY 2011 and thereafter <br> • After completion of the second step, the Total Guaranteed Debt / LTM EBITDA covenant will be amended to a maximum of: <br> ○ 9.00x from the closing of the second step to FYE 2007 <br> ○ 9.00x for FY 2008 <br> ○ 8.75x for FY 2009 <br> ○ 8.50x for FY 2010 <br> ○ 8.25x for FY 2011 and thereafter <br><br> LTM EBITDA / Interest greater than (after completion of the first step): <br> ○ 1.75x from closing of the first step to FYE 2007 <br> ○ 2.00x thereafter <br> • After completion of the second step,  the LTM EBITDA / Interest covenant will be amended to a minimum of: <br> ○ 1.10x from closing of the second step to FYE 2007 <br> ○ 1.15x for FY 2008 <br> ○ 1.20x for FY 2009 <br> ○ 1.25x for FY 2010 and thereafter |
| Pricing: | • LIBOR + 250 bps <br> • Unused Fee of 50 bps (subject to a leverage based grid TBD) |
| Pricing Flex: | • If B2 (stable) / B (stable) corporate ratings: 50 bps <br> • If less than B2 / B corporate ratings: 75 bps |
| Mandatory Prepayments: | • 100% of net cash proceeds from debt issuance after closing date <br> • 50% of excess cash flow subject to leverage based step-downs (TBD) <br> • 100% of net cash proceeds from asset sales, subject to customary exceptions <br> • 100% of net cash proceeds from any special contributions |
| Underwriting Fee: | • 1.625% or $12,187,500 (15% BofA share = $1,828,125). |
| Termination Date: | August 17, 2007. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          BOA-TRB-0013049

**Bank of America**

## Credit Approval Report (COML)

**Senior Secured Term Loan B (including $263.0MM Delayed Draw) – Step One:**

| | |
|---|---|
| Borrower: | Tribune Company. |
| Amount: | $7,278.0MM. |
| Tenor / Amortization: | 7 years / 1% per year (paid in equal quarterly installments), bullet at maturity. |
| Lead Arrangers: | JP Morgan, Citigroup, Merrill Lynch, and Bank of America. |
| Purpose: | To finance a portion of the Stock Repurchase, the Dividend and the Refinancing to pay related fees and expenses.  Term loans repaid or prepaid may not be reborrowed.<br><br>Delayed Draw term loans will be used to refinance the Company's outstanding $263.0MM of medium term notes when they become due in 2008. |
| Guarantors: | All domestic subsidiaries of the Borrower. |
| Collateral: | Stock of Tribune Finance LLC and Tribune Broadcasting Holdco LLC |
| Covenants: | Total Guaranteed Debt / EBITDA less than (after completion of the first step):<br> o  6.25x from closing of the first step to FYE 2007<br> o  6.00x for FY 2008<br> o  5.75x for FY 2009<br> o  5.50x for FY 2010<br> o  5.25x for FY 2011 and thereafter<br> •  After completion of the second step, the Total Guaranteed Debt / LTM EBITDA covenant will be amended to a maximum of:<br> o  9.00x from the closing of the second step to FYE 2007<br> o  9.00x for FY 2008<br> o  8.75x for FY 2009<br> o  8.50x for FY 2010<br> o  8.25x for FY 2011 and thereafter<br><br>LTM EBITDA / Interest greater than (after completion of the first step):<br> o  1.75x from closing of the first step to FYE 2007<br> o  2.00x thereafter<br> •  After completion of the second step,  the LTM EBITDA / Interest covenant will be amended to a minimum of:<br> o  1.10x from the closing of the second step to FYE 2007<br> o  1.15x for FY 2008<br> o  1.20x for FY 2009<br> o  1.25x for FY 2010 and thereafter |
| Pricing: | •  LIBOR + 250 bps<br>•  Delayed Draw Unused Fee of 75 bps |
| Pricing Flex: | •  If B2 (stable) / B (stable) corporate ratings: 50 bps<br>•  If less than B2 / B corporate ratings: 75 bps |
| Mandatory Prepayments: | •  100% of net cash proceeds from debt issuance<br>•  50% of excess cash flow subject to leverage based step-down (TBD)<br>•  100% of net cash proceeds from asset sales, subject to customary exceptions<br>•  100% of net cash proceeds from any special contributions |
| Underwriting Fee: | •  1.625% or $118,267,500 (15% BofA share = $17,740,125). |
| Termination Date: | August 17, 2007. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013050

 Bank of America

# Credit Approval Report (COML)

**Incremental Senior Secured Term Loan B – Step Two:**

| | |
|---|---|
| Borrower: | Tribune Company. |
| Amount: | $2,105.0MM. |
| Tenor: | 7 years / 1% per year (paid in equal quarterly installments), bullet at maturity. |
| Lead Arrangers: | JP Morgan, Citigroup, Merrill Lynch, and Bank of America. |
| Purpose· | To finance the acquisition and related transactions. Term loans repaid or prepaid may not be reborrowed. |
| Guarantors: | All domestic subsidiaries of the Borrower. |
| Collateral: | Stock of Tribune Finance LLC and Tribune Broadcasting Holdco LLC |
| Covenants: | Total Guaranteed Debt / EBITDA less than (after completion of the first step):<br>    o  6.25x from closing of the first step to FYE 2007<br>    o  6.00x for FY 2008<br>    o  5.75x for FY 2009<br>    o  5.50x for FY 2010<br>    o  5.25x for FY 2011 and thereafter<br>• After completion of the second step, the Total Guaranteed Debt / LTM EBITDA covenant will be amended to a maximum of:<br>    o  9.00x from the closing of the second step to FYE 2007<br>    o  9.00x for FY 2008<br>    o  8.75x for FY 2009<br>    o  8.50x for FY 2010<br>    o  8.25x for FY 2011 and thereafter<br><br>LTM EBITDA / Interest greater than (after completion of the first step):<br>    o  1.75x from closing of the first step to FYE 2007<br>    o  2.00x thereafter<br>• After completion of the second step, the LTM EBITDA / Interest covenant will be amended to a minimum of:<br>    o  1.10x from the closing of the second step to FYE 2007<br>    o  1.15x for FY 2008<br>    o  1.20x for FY 2009<br>    o  1.25x for FY 2010 and thereafter |
| Pricing: | • LIBOR + 250 bps |
| Pricing Flex: | • If B2 (stable) / B (stable) corporate ratings: 50 bps<br>• If less than B2 / B corporate ratings: 75 bps |
| Structural Flex: | Up to $1,400MM may be reallocated to the Senior Bridge Facility (Note: Any reallocation shall not result in an increase in weighted average fee obligations over the fees that would have been paid had such reallocation not occurred) |
| Underwriting Fee: | • 1.625% or $34,206,250 (15% BofA share = $5,130,938). Fee payable at closing of second step. |
| Termination Date: | May 31, 2008. |

Project Bear<br>Bank of America - *Confidential*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0013051



# Credit Approval Report (COML)

**Senior Bridge / High Yield Notes – Step Two:**

| | |
|---|---|
| Borrower: | Tribune Company. |
| Amount: | $2,100.0MM. |
| Tenor: | 1 year / 7 year exchange Notes. |
| Lead Arrangers: | JP Morgan, Citigroup, Merrill Lynch, and Bank of America. |
| Purpose: | To finance the acquisition and related transactions. Term loans repaid or prepaid may not be reborrowed. |
| Guarantees: | Senior Subordinated. |
| Collateral: | None. |
| Covenants: | Usual and customary for transactions of this type. |
| Pricing: | L + 450 bps for first three months, increasing by 50 bps quarterly thereafter to cap. |
| Interest Rate Cap: | • 12.0% if the Interim Loan is rated at least B2 (stable) / B (stable); 12.5% otherwise |
| Securities Demand Cap: | • 12.0% if the Interim Loan is rated at least B2 (stable) / B (stable); 12.5% otherwise |
| Commitment Fee: | 75 bps or $15,750,000. (15% BofA share = $2,362,500.) |
| Take-down / Funding Fee: | • 125 bps (Maximum of $26,250,000); subject to rebates (max rebate of $6,562,505).<br>• Rebates:<br>　○ 75% of the Applicable Portion of the Take-down Fee (0.41667% of aggregate principal amount of Senior Loans being repaid with debt securities) is credited to Tribune if the offering of debt securities begins on or before the 90th day following the second step closing date<br>　○ 50% of the Applicable Portion of the Take-down Fee (0.41667% of aggregate principal amount of Senior Loans being repaid with debt securities) is credited to Tribune if the offering of debt securities begins on or after the 91st day but before the 181st day following the second step closing date<br>　○ 25% of the Applicable Portion of the Take-down Fee (0.41667% of aggregate principal amount of Senior Loans being repaid with debt securities) is credited to Tribune if the offering of debt securities begins on or after the 181st day but before the 271st day following the second step closing date<br>　○ 0% thereafter<br><br>• Maximum fee net of max rebate = $19,687,495 (15% BofA share = $2,953,124). |
| Roll-over / Conversion Fee: | 200 bps or maximum of $42,000,000. (Max 15% BofA share = $6,300,000) |
| Termination Date: | May 31, 2008. |

The table below outlines the total estimated net fees for the proposed transaction:

| ($ millions)<br>Facility | Amount | BAS<br>Economics | BAS<br>Underwriting | Fee / Gross<br>Spread | Net Fees |
|---|---|---|---|---|---|
| **First Step Transaction** | | | | | |
| Revolver [1] | $750.0 | 15% | $112.5 | 1.625% | ($2.2) |
| Term Loan B (Step One) | 7,015.0 | 15% | 1,052.3 | 1.625% | 17.1 |
| Delayed Draw  Term Loan B | 263.0 | 15% | 39.5 | 1.625% | 0 6 |
| **First Step Total** | **$8,028.0** | | **$1,204.2** | | **$15.6** |
| **Second Step Transaction** | | | | | |
| Incremental Term Loan | $2,105.0 | 15% | $315 8 | 1.625% | $5.1 |
| Senior Bridge Facility (Commitment Fee) [2] | 2,100.0 | 15% | 315 0 | 0.750% | 1 2 |
| Senior Notes Gross Spread [3] | 2,100.0 | 15% | 315.0 | 2.000% | 3.2 |
| **Second Step Total** | **$4,205.0** | | **$630.8** | | **$9.5** |
| **Total** | **$12,233.0** | | **$1,835.0** | | **$25.0** |

[1] Assumes successful syndication and BAS syndicates $45.0 million of exposure to market and holds $67.5 million.  After successful syndication, assumes BAS sells $32.5 million of exposure to secondary market at a cost of $3.3 million, with a BofA final hold of $35 million (See "Transaction Request" section for further details).

[2] Assumes BAS sells half of bridge exposure to market for commitment fee of 0.75% and holds $157.5 million.

[3] Fee assumes $157.5 million underwritten with gross spread of 2.00%.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      BOA-TRB-0013052

 Bank of America

# Credit Approval Report (COML)

## Covenant Compliance

We are comfortable with the proposed financial covenants for the following reasons:

- Our proposed interest coverage and leverage covenants will provide the Company with sufficient flexibility to run their business, while still providing the bank with protection against deterioration in the Company's operating performance relative to projections.

- Our leverage covenant reduces by 0.25x per annum from 2008 through 2010, beginning with 9.00x (after Step Two) declining to 8.75x for FY 2009 and ending at 8.25x for FY 2011 and thereafter.

- The interest coverage covenant also increases in 2008 - 2009 and then remains flat at 1.25x beginning in 2010.

- As outlined in the table below, the proposed financial covenants are set at reasonable levels versus projections as evidenced by the 18.5% – 25.0% cushion in our leverage covenant and 25.3% – 30.6% cushion in our interest coverage covenant over the life of the proposed facility.

Based on our Base Case projections, covenant compliance is projected as follows:

| | | 12-31-2007 | 12-31-2008 | 12-31-2009 | 12-31-2010 | 12-31-2011 | 12-31-2012 | 12-31-2013 |
|---|---|---|---|---|---|---|---|---|
| **LEVERAGE RATIO** Total Guaranteed Debt / EBITDA | Total Guaranteed Debt | 10,301 0 | 10,419 3 | 10,191 9 | 10,100 7 | 9,833 2 | 9,550 8 | 9,287 4 |
| | EBITDA | 1,434 0 | 1,456 4 | 1,446 2 | 1,464 0 | 1,463 0 | 1,484 4 | 1,501 2 |
| | ACTUAL | 7 18 | 7 15 | 7 05 | 6 90 | 6 72 | 6 43 | 6 19 |
| | COVENANT | 9 00 | 9 00 | 8 75 | 8 50 | 8 25 | 8 25 | 8 25 |
| | EBITDA Cushion ($) | 289.4 | 299.7 | 281.4 | 275.7 | 271.1 | 326.8 | 375.4 |
| | EBITDA Cushion (%) | 20.2% | 20.5% | 19.5% | 18.8% | 18.5% | 22.0% | 25.0% |
| **INTEREST COVERAGE (MINIMUM)** EBITDA / Interest | EBITDA | 1,434 0 | 1,456 4 | 1,446 2 | 1,464 0 | 1,463 0 | 1,484 4 | 1,501 2 |
| | Cash Interest | 966 1 | 926 6 | 877 5 | 875 2 | 861 2 | 854 9 | 833 1 |
| | ACTUAL | 1 48 | 1 57 | 1 65 | 1 67 | 1 70 | 1 74 | 1 80 |
| | COVENANT | 1 10 | 1 15 | 1 20 | 1 25 | 1 25 | 1 25 | 1 25 |
| | EBITDA Cushion ($) | 371.3 | 390.8 | 393.2 | 370.1 | 388.8 | 415.8 | 459.8 |
| | EBITDA Cushion (%) | 25.9% | 26.8% | 27.2% | 25.3% | 26.4% | 28.0% | 30.6% |

## Company Overview

Founded in 1847, The Tribune Company (NYSE: TRB, Market Cap: $7.87BN at 4/18/07) is one of the country's leading media and entertainment companies, reaching more than 80% of the US households through its newspaper publishing, television and radio broadcasting, and entertainment operations. The Company's operations can be divided into two operating segments:

- Publishing (74.2% of 2006 revenues and 67.6% of EBITDA): The publishing segment primarily consists of 11 daily newspapers, including its top three publications: the Los Angeles Times (27.3% of publishing revenue), Chicago Tribune (21.1% of publishing revenue), and Newsday (13.2% of publishing revenue). This segment also includes a newspaper syndication and media marketing company, entertainment listings, and a Chicago-area cable television news channel, and websites for the newspapers, television channel, and other branded sites.

  o For the six-months ended September 2006, total average paid circulation for the 11 newspapers averaged 2.8MM copies during the week (Mon-Fri) and 4.1MM copies on Sunday. Circulation of the top three publications accounted for 62.0% of the circulation during the week and 62.3% of the circulation on Sunday.

  o 80% of 2006's publishing segment revenue was derived from selling advertising space in the newspapers and on interactive websites. 14% of 2006's publishing segment revenue was generated from the sale of newspapers to individual subscribers or to retailers. The remaining 6% of 2006's publishing segment revenue comes from a variety of activities including, the syndication of columns, features, information and comics to newspapers, commercial printing operations, sales of entertainment listings, and other publishing related activities.

- Broadcasting and Entertainment (25.8% of 2006 revenues and 32.4% of EBITDA): The broadcasting and entertainment segment consists of 23 television stations, including Superstation WGN on national cable, radio station WGN-AM Chicago, the Chicago Cubs baseball team, and the Tribune Entertainment Company.

  o Programming emphasis at the Company's stations is placed on network-provided shows, syndicated series, feature motion pictures, local and regional sports coverage, news, and children's programs.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        BOA-TRB-0013053

**Bank of America**

Credit Approval Report (COML)

- o  83% of the revenue in the broadcasting and entertainment segment came from the sale of advertising spots in its television group. The remaining 17% came from the radio station, Cubs baseball team, and the Tribune Entertainment Company.

- o  The Tribune Entertainment Company distributes its own programming and programming licensed from third parties into the syndicated television, cable television, and ancillary markets. It has relationships with major media suppliers such as DreamWorks SKG, FremantleMedia, DIC Entertainment, and New Line Television, which gives the company access to over 400 television and theatrical motion pictures and 1,300 episodes of various television series, including "Family Feud", "Soul Train" and "American Idol Rewind".

In addition to the Company's operations outlined above, the Tribune has substantial equity interests in the following private companies:

| Tribune's Equity Interests | Ownership | Tribune's Equity Interests | Ownership |
|---|---|---|---|
| ShopLocal, LLC | 43% | CareerBuilder, LLC | 43% |
| TMCT, LLC | 5% | California Independent Postal System | 50% |
| TMCT II, LLC | 5% | Classified Ventures, LLC | 28% |
| Topix, LLC | 34% | Comcast SportsNet Chicago | 25% |
| TV Food Network | 31% | Consumer Networks | 17% |
| Legacy.com | 40% | | |

**Tribune Investments:**
The Company has equity investments in several public and private companies including:

- *CareerBuilder, LLC* – founded in 2000, careerbuilder.com is the largest online job site in the United States. The site posts more than 1.3 million jobs and is updated with new jobs daily. CareerBuilder is owned 42.5% by both the Company and Gannett Co., and 15% by McClatchy Co.
- *Classified Ventures, LLC* – a network of classified advertising websites whose objective is to collectively capitalize on the revenue growth in the online classified advertising categories of automotive, apartments, and real estate. Interactive websites include apartments.com and cars.com. The Tribune owns 28% of the company, with Belo Corp., Gannett Co., McClatchy Co., and The Washington Post Co. owning the remainder.
- *TV Food Network* – launched in 1993, the TV Food Network is a cable/satellite television network focusing on food and entertaining that reaches over eighty million households. The Tribune owns 31% of the company, with E.W. Scripps, Co. owning the remainder.
- *Comcast SportsNet Chicago* – a 24-hour cable/satellite television network that began in the fall of 2004 that focuses on Chicago sports teams. It has the broadcasting rights to carry some or all of the local professional baseball, basketball, and hockey teams. It also airs nightly sports-news and talk shows, post-game shows and other shoulder programming related to the Chicago Bears professional football team, and a variety of college sports programming. The Tribune owns 25% of the Company.
- *ShopLocal, LLC* – transforms traditionally print-based retail promotions into search-based interactive formats. ShopLocal is owned 42.5% by both the Company and Gannett Co., and 15% by McClatchy Co.
- *Topix, LLC* – an online news and information aggregation website that continuously monitors breaking news from over 10,000 online sources and categorizes daily news content into over 300,000 topics, 24 hours a day. Topix.net is owned 33.7% by both the Company and Gannett Co., 11.9% by McClatchy Co., and 20.7% by the management of Topix.net.

**Financial Highlights:**
- For 2006, Tribune generated EBITDA of $1.41BN on net sales of $5.43BN.
- The credit statistics at 12/31/06 were as follows:  Total Debt/ EBITDA was 3.78x, EBITDA/I was 5.28x, and Total Debt/Capital was 59.4%. Total debt at 12/31/06 was $5.34BN.
- Please see "Financial Analysis" section below for further details.

**Customer Information:**
- Advertising revenue is the primary source of revenue for both the publishing and broadcasting businesses, representing about 80% of total revenue.
- Publishing advertising revenues can be divided into three basic categories:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0013054

**Bank of America**

## Credit Approval Report (COML)

- o Retail – (41.2% of 2006 publishing ad revenue) displays advertising from local retailers, such as department stores.
- o National – (22.6% of 2006 publishing ad revenue) displays advertising by national advertisers that promote products or brand names on a nationwide basis.
- o Classified – (36.2% of 2006 publishing ad revenue) local advertising listed together and organized by type, and displays advertising in these same categories.
- Broadcasting advertising revenues consist primarily of selling airtime in the form of commercials and sponsorships.
- The Company's customer base is very diverse and spread across numerous companies in various sectors, including automotive, real estate, retail, specialty retail, transportation, restaurant, food service, movies, healthcare, financial services, education and technology.
- The Company's top ten advertisers represented 10.4% of total 2005 revenue as shown below:

| Parent Company | 2005 Revenue | % of Total |
|---|---|---|
| Federated Department Stores | $113,642 | 2.1% |
| Time Warner | 64,476 | 1.2% |
| GM | 63,081 | 1.1% |
| Sony Corp | 52,191 | 0.9% |
| Walt Disney | 50,678 | 0.9% |
| Verizon Wireless | 50,473 | 0.9% |
| Daimler Chrysler | 48,695 | 0.9% |
| Ford Motor Company | 44,804 | 0.8% |
| Sears Holding | 41,955 | 0.8% |
| GE | 40,584 | 0.7% |
| Total | 570,579 | 10.4% |
| Total Revenue | $5,511,283 | |

- The Company's top five publishing advertisers in 2005 were Federated Department Stores, Time Warner, Sears, Sprint/Nextel, and Verizon Wireless.
- The Company's top five broadcasting advertisers in 2005 were Daimler Chrysler, GM, Toyota Motors, Ford Motor Company, and Sony Corporation.

**Competition:**

- Competition for newspaper advertising is based on reader demographics, price, service, advertiser results, circulation, and readership levels. Competition for circulation is based upon the content of the newspaper, service, and price.
- Competition for television advertising is based on audience share and ratings information, audience demographics, and price.
- Outside of other newspapers and other major over-the air television stations, the Company faces competition from other media sources such as cable networks, satellite television and radio, websites, magazines, and direct marketing programs.
- Primary publishing competitors include:

  - o _Washington Post Co. (Market Cap: $7.19BN at 4/9/07, Debt Ratings: A+/A1)_ – a media company consisting of newspaper publishing (principally The Washington Post), television broadcasting (owns six television broadcast stations), magazine publishing (principally Newsweek), and the ownership and operation of cable television systems. One of its subsidiaries is Kaplan, Inc., an educational services provider.
  - o _Gannett Co., Inc. (Market Cap: $13.15BN at 4/9/07, Debt Ratings: A-/A3)_ – an international news and information company that operates in two primary business segments: newspaper publishing and broadcasting (television). It publishes 90 daily U.S. newspapers, including USA TODAY and nearly 1,000 non-daily publications, and operates 24 television stations in the U.S reaching approximately 20.1 million households.
  - o _McClatchy Co. (Market Cap: $2.55BN at 4/9/07, Debt Ratings: BBB/Ba1)_ – a newspaper company in the United States that owns 31 daily newspapers and approximately 50 non-dailies including The Miami Herald, The Sacramento Bee, the (Fort Worth) Star-Telegram, The Kansas City Star, The Charlotte Observer, and The (Raleigh) News & Observer.
  - o _New York Times Company (Market Cap: $3.37BN at 4/9/07, Debt Ratings: Baa1)_ – a diversified media company, including newspapers (principally The New York Times), internet businesses, television and radio stations, and investments in paper mills.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013055

 **Bank of America**

# Credit Approval Report (COML)

- Primary broadcasting competitors include:

    o *E.W. Scripps Co. (Market Cap: $7.27BN at 4/9/07, Debt Ratings: A/A2)* – a diverse media company with interests in national television networks (Scripps Networks), newspaper publishing, broadcast television, interactive media and licensing and syndication.  Scripps Networks includes five national lifestyle television networks and their affiliated websites: Home & Garden Television (HGTV), Food Network, DIY Network (DIY), Fine Living and Great American Country (GAC).

    o *Hearst-Argyle Television, Inc. (Market Cap: $2.59BN at 4/9/07, Debt Ratings: BBB-/Baa3)* – an independent, or non-network-owned, television station group that owns or manages 29 television stations (including 13 ABC-affiliated, 10 NBC-affiliated, and 2 CBS-affiliated television stations) reaching approximately 18.1% of television households in the United States.

    o *Sinclair Broadcast Group, Inc. (Market Cap: $1.40BN at 4/9/07, Debt Ratings: BB-/Ba3)* – a diversified television broadcasting company that owns or provides certain programming, operating or sales services to television stations in the United States. The Company owns, provides programming and operating services to 58 television stations in 36 markets. The Company's television station group is diverse in network affiliations: FOX (19 stations), MyNetworkTV (17 stations), ABC (10 stations), The CW (9 stations), CBS (2 stations) and NBC (1 station).

    o *Nexstar Broadcasting Group, Inc. (Market Cap: $267.5MM at 4/9/07, Debt Ratings: CCC+/B2)* – a television broadcasting company focused principally on the acquisition, development and operation of television stations in medium-sized markets in the United States.  Of the aggregate 46 television stations that Nexstar owned, operated, programmed or provided services to in 2006, 45 were affiliated with the NBC, ABC, CBS, FOX or UPN television networks.

## Bank of America's Relationship:

- BAS has maintained a long relationship with the Tribune.  BAS was awarded joint book roles in the Company's last two bond offerings and was selected as dealer manager in a tender for certain of the Company's debt securities in 2004.
- In June 2006, BAS committed $62.5MM to the Company's revolving credit facility which was refinanced in conjunction with the June 2006 dutch auction tender.  Merrill Lynch, Citigroup and JP Morgan each hold $75.0MM of the $750.0MM revolver while Morgan Stanley holds $62.5MM. In addition to revolver commitments, BAS has committed $105MM to the $2.13BN bridge which was used to finance the dutch auction tender.  BAS is one of five banks that committed to the bridge, which was expected to be taken out with a bond offering within a year of issue.
- Bank of America has maintained an active dialogue with Tribune over the past two years on strategic alternatives to create shareholder value.

## EGI Overview

Equity Group Investments ("EGI" or the "Sponsor") is a privately-held investment company founded by Sam Zell (who recently sold Equity Office Properties to the Blackstone Group) in 1968.  Headquartered in Chicago, EGI has established a reputation as an opportunistic investor, financier, builder and operator of industry-leading companies.  These include Equity Lifestyle (ELS) and Equity Residential (EQR), as well as companies representing a diverse array of industries (Adams Respiratory (ARXT), American Commercial Lines (ACLI), Anixter (AXE), and Covanta Energy (CVA)).  EGI is not a BAS covered sponsor.

## Bank of America's Relationship:

- The Bank has an extensive relationship with Sam Zell and EGI though Real Estate Banking, Private Banking, BABC, and Commercial Banking.  Bank of America is actively involved as a lead Bank in a number of significant EGI investments including Equity Office Properties (until its recent sale to Blackstone), Equity Lifestyle, Equity Residential, Equity International, American Commercial Lines, Anixter, Covanta Energy, and Rewards Network.
- Bank of America is one of EGI's primary financial partners along with Merrill Lynch, and JPMorganChase.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        BOA-TRB-0013056



# Credit Approval Report (COML)

## Primary Repayment Analysis (Refinance at Maturity based on a Acceptable Credit Profile and Strong Cash Flow)

| The Tribune Company<br>FYE 12/31 ($ in MM's) | Pro forma<br>12/31/2007 | Proj.<br>12/31/2008 | Proj.<br>12/31/2009 | Proj.<br>12/31/2010 | Proj.<br>12/31/2011 | Proj.<br>12/31/2012 | Proj.<br>12/31/2013 |
|---|---|---|---|---|---|---|---|
| EBITDA[1] | 1,434.0 | 1,456.4 | 1,446.2 | 1,464.0 | 1,463.0 | 1,484.4 | 1,501.2 |
| - Maintenance Capex[2] | 175.0 | 172.0 | 127.0 | 125.0 | 125.0 | 125.7 | 126.6 |
| - Taxes | 166.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Core Cash Flow Before W/C | 1,092.8 | 1,284.4 | 1,319.2 | 1,339.0 | 1,338.0 | 1,358.8 | 1,374.6 |
| -/+ Change in Working Capital (Use) / Source | 22.1 | (36 9) | 5.1 | 0 1 | 1.2 | (2.0) | (1 1) |
| Core Cash Flow | 1,114.9 | 1,247.5 | 1,324.3 | 1,339.2 | 1,339.3 | 1,356.7 | 1,373.5 |
| - Interest Expense | 966.1 | 926 6 | 877.5 | 875.2 | 861 2 | 854.9 | 833.1 |
| - Principal[3] | 91.2 | 127 2 | 91.2 | 540.2 | 91.2 | 91 2 | 171.2 |
| Discretionary Cash Flow | 57.6 | 193.7 | 355.6 | (76.2) | 386.9 | 410.6 | 369.2 |
| - Dividends/Share Repurchases (Proceeds) | 0.0 | 0 0 | 0.0 | 0.0 | 0.0 | 0 0 | 0.0 |
| - Discretionary Capex | 50 0 | 162 0 | 25.0 | 25.0 | 25.0 | 25 0 | 25 0 |
| Net Cash Flow | 7.6 | 31.7 | 330.6 | (101.2) | 361.9 | 385.6 | 344.2 |
| | | | | | | | |
| First Priority Guaranteed Debt / Senior Secured | 8,201.0 | 8,319 3 | 8,091.9 | 8,000.7 | 7,733.2 | 7,450 8 | 7,187.4 |
| Total Guaranteed Debt | 10,301.0 | 10,419.3 | 10,191.9 | 10,100.7 | 9,833.2 | 9,550 8 | 9,287 4 |
| Total Senior Debt | 11,809.0 | 11,628.3 | 11,400.9 | 10,860.7 | 10,593 2 | 10,310 8 | 9,967.4 |
| Total Debt | 12,709.0 | 12,528.3 | 12,300.9 | 11,760.7 | 11,493 2 | 11,210 8 | 10,867.4 |
| First Priority Guaranteed Debt / Senior Secured /<br>EBITDA | 5.72x | 5 71x | 5.60x | 5.46x | 5.29x | 5.02x | 4.79x |
| Total Guaranteed Debt / EBITDA | 7 18x | 7.15x | 7.05x | 6.90x | 6.72x | 6.43x | 6.19x |
| Total Senior Debt / EBITDA | 8.24x | 7.98x | 7.88x | 7 42x | 7 24x | 6.95x | 6.64x |
| Total Debt / EBITDA | 8.86x | 8 60x | 8.51x | 8 03x | 7.86x | 7.55x | 7.24x |
| EBITDA/I | 1.48x | 1 57x | 1.65x | 1.67x | 1.70x | 1.74x | 1.80x |
| (EBITDA-Maint. Capex-Taxes)/(P+I) | 1 03x | 1.22x | 1.36x | 0.95x | 1.40x | 1.44x | 1 37x |
| EBITDA-Maint.Capex-Taxes-Interest Expense (FCF) | 126.7 | 357.8 | 441.7 | 463.9 | 476.9 | 503.9 | 541.5 |
| Cumulative Free Cash Flow[4] | N/A | 169.3 | 532.7 | 920.3 | 1,364.2 | 1,837.8 | 2,353.4 |
| Core Cash Flow Before WC/I | 1.13x | 1.39x | 1.50x | 1.53x | 1.55x | 1.59x | 1.65x |

[1] Projected EBITDA figures include $80 0MM of annual cash savings and the following equity income amounts: $69.0MM for 2007, $84.0MM in 2008, $117.0MM in 2009, $145.0MM in 2010, $152.0MM in 2011, $159.6MM in 2012, and $167.5MM in 2013. EBITDA also includes add backs for stock based compensation expense and non-cash pension expense of: $50.6MM / $8.0MM in 2008, $52.4MM / $18.0MM in 2009, $57.2MM / $28 0MM in 2010, and $61.0MM / $28.0MM in 2011-2013
[2] Projected maintenance capital expenditures are based on management's guidance.
[3] 2008 includes the exercise of the TMCT property lease for $36.0MM, $91.2MM of amortization of the Term Loan B, and the refinancing of the $263.0MM of medium term notes with the Delayed Draw Term Loan B. 2010 includes the payment of $449.0MM in senior secured term notes and $91 2MM of amortization of the Term Loan B.
[4] Based on Cash Flow Available to Retire Debt from the Cash Flow Statement. Total Debt repayment differs from cumulative free cash flow due to the assumption that the required excess cash flow recapture is a maximum of 50%.

As outlined in our core cash flow table above, the 2007 expected case projections show improving leverage and interest coverage and strong core cash flow throughout the tenor of the credit facility (See attached Expected Case model). **For a discussion of projections and assumptions, refer to the Base Case – Projection Analysis section below.**

- Based on the leveraged nature of this transaction, we feel that it is appropriate to look at our repayment based on cumulative free cash flow. First Priority Guaranteed / Senior Secured Debt of $8.20MM is expected to be repaid with cumulative free cash flow in 15.6 years. While this time frame is longer than our ideal 5 to 7 year time horizon, given the relatively stable nature of the cash flows, management's initiatives to address the changes in the industry, and the enterprise value of the Tribune, we are comfortable with this extended repayment period.

- Our primary source of repayment is further supported by the following:

  o Strong historical and stable projected cash flow. The Tribune's operations have historically produced strong levels of EBITDA and free cash flow. From 2004 to 2006, free cash flow (EBITDA-Maintenance Capex-taxes-interest expense) averaged $686.2MM, representing 12.4% of the average revenue generated over that period.

  o The Company has historically generated strong cash flow to cover its fixed charges and has used excess cash flow for discretionary purposes such as equity investments and share repurchases. Under our Base Case

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0013057

Bank of America

## Credit Approval Report (COML)

scenario, the Company's (EBITDA-Capex-Taxes)/(P+I) is expected to improve throughout the projection period, ranging from 1.03x in 2007 to 1.37x in 2013. The Company's (EBITDA-Capex-Taxes)/(P+I) ratio is below 1.00x in 2010 due to the repayment of $449.0MM in senior secured notes, which are expected to be refinanced prior to maturity rather than being funded under our proposed $750.0MM Revolver.

o    The proposed structure has an excess cash flow recapture feature, which will ensure that the company de-levers as it generates cash flow.

o    The revolver is projected to remain largely unused throughout the term of facility (except for outstanding L/Cs) due to the Company's strong projected cash flow.

o    By 2013, the Company would be a candidate for refinancing in the senior bank debt market based on their history of debt repayment (14.5% or $1,841.6MM) and a solid credit profile as evidenced by the following:

- First Priority Guaranteed / Senior Secured Debt / EBITDA of 4.79x at 12/31/13.
- Total Debt / EBITDA leverage of 7.24x at 12/31/13.
- EBITDA of $1.50BN on revenues of $5.19BN.
- Interest coverage (EBITDA / Interest) of 1.80x for 2013.

### Break Even Analysis

| Proforma 12/31/08 $ in MM's | Break Even Case | Base Case |
|---|---|---|
| EBITDA | 1,236.0 | 1,456.4 |
| EBITDA Margin (%) | 24.9% | 28.2% |
| Maintenance Capex | 172.0 | 172.0 |
| Taxes | 0 | 0 |
| Interest[1] | 932 7 | 926.6 |
| Principal | 127.2 | 127.2 |
| (EBITDA-Maint. Capex-Taxes) / (P+I) | 1.00x | 1.22x |
| Total Guaranteed Debt / EBITDA ( covenant of 9.00x) | 8.57x | 7.15x |
| EBITDA / I (covenant of 1.15x) | 1.33x | 1.57x |

[1] Break Even Case interest does not assume a 2.0% default premium due to no covenant default.

- EBITDA for 2008 can fall from $1.46BN (28.2% EBITDA margin) in our base case to $1.24B (24.9% EBITDA margin) in our Break Even Case and the company will still be able to service principal and interest under our proposed structure. Therefore, our EBITDA cushion totals $220.4MM (or 15.1%) and we feel confident that operating performance should not deteriorate to this level due to EGI's track record of successfully managing companies and the Company's relatively stable free cash flow.

- Furthermore, our Break Even Case assumes $172.0MM of capex which we expect can be scaled back by $50.0MM due to the postponement of capital expenditures on the Company's new standard advertising system and editorial and circulation systems in a stress case scenario. Therefore, we believe our EBITDA cushion could be closer to $270.4MM (or roughly 18.6%), which equates to EBITDA of $1,186.0MM (or EBITDA margin of 24.7% versus 28.2% in our base case).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013058


**Bank of America**

# Credit Approval Report (COML)

## Financial Analysis

| Summary Financial Data ($ in millions) | Historical | | | Pro Forma LTM | Projected | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/31/04 | 12/31/05 | 12/31/06 | 12/31/07 | 12/31/08 | 12/31/09 | 12/31/10 | 12/31/11 | 12/31/12 | 12/31/13 | 12/31/14 | 12/31/15 |
| Publishing - Sales | $4,130 | $4,097 | $4,025 | $3,946 | $3,929 | $3,881 | $3,851 | $3,834 | $3,831 | $3,836 | $3,850 | $3,879 |
| Broadcasting - Sales | 1,502 | 1,414 | 1,408 | 1,434 | 1,480 | 1,487 | 1,531 | 1,537 | 1,568 | 1,599 | 1,631 | 1,664 |
| Elimination of SCNI - Sales | 0 | 0 | 0 | 0 | (39) | (39) | (39) | (39) | (39) | (39) | (39) | (39) |
| Elimination of Cubs - Sales | 0 | 0 | 0 | 0 | (203) | (206) | (209) | (209) | (209) | (209) | (209) | (209) |
| **Sales** | **$5,632** | **$5,511** | **$5,433** | **$5,380** | **$5,167** | **$5,122** | **$5,134** | **$5,123** | **$5,151** | **$5,187** | **$5,233** | **$5,294** |
| *Publishing - Sales Growth* | *--* | *(0.8%)* | *(1.8%)* | *(2.0%)* | *(0.4%)* | *(1.2%)* | *(0.8%)* | *(0.4%)* | *(0.1%)* | *0.1%* | *0.4%* | *0.7%* |
| *Broadcasting - Sales Growth* | *--* | *(5.9%)* | *(0.4%)* | *1.8%* | *3.2%* | *0.4%* | *3.0%* | *0.4%* | *2.0%* | *2.0%* | *2.0%* | *2.0%* |
| ***Sales Growth*** | *--* | ***(2.1%)*** | ***(1.4%)*** | ***(1.0%)*** | ***(4.0%)*** | ***(0.9%)*** | ***0.2%*** | ***(0.2%)*** | ***0.5%*** | ***0.7%*** | ***0.9%*** | ***1.2%*** |
| Publishing - OCF | 1036 | 986 | 947 | 929 | 878 | 830 | 810 | 812 | 818 | 818 | 826 | 835 |
| Broadcasting - OCF | 563 | 466 | 443 | 405 | 468 | 484 | 501 | 489 | 499 | 509 | 519 | 529 |
| Elimination of SCNI | 0 | 0 | 0 | 0 | (7) | (7) | (7) | (7) | (7) | (7) | (7) | (7) |
| Elimination of Cubs | 0 | 0 | 0 | 0 | (24) | (25) | (25) | (25) | (25) | (25) | (25) | (25) |
| Corporate Expenses | (51) | (50) | (50) | (49) | (65) | (66) | (69) | (71) | (72) | (74) | (75) | (77) |
| Elimination of Stock-Based Compensation | 0 | 0 | 0 | 0 | 51 | 52 | 57 | 61 | 61 | 61 | 61 | 61 |
| Annual Cash Savings [1] | 0 | 0 | 0 | 0 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 |
| Equity Income | 14 | 49 | 71 | 69 | 84 | 117 | 145 | 152 | 160 | 167 | 176 | 185 |
| Non-cash Pension Expense | 0 | 0 | 0 | 0 | (8) | (18) | (28) | (28) | (28) | (28) | (28) | (28) |
| **EBITDA** | **$1,562** | **$1,451** | **$1,411** | **$1,434** | **$1,456** | **$1,446** | **$1,464** | **$1,463** | **$1,484** | **$1,501** | **$1,526** | **$1,552** |
| *Publishing - OCF Margin* | *25.1%* | *24.1%* | *23.5%* | *23.5%* | *22.3%* | *21.4%* | *21.0%* | *21.2%* | *21.3%* | *21.3%* | *21.4%* | *21.5%* |
| *Broadcasting - OCF Margin* | *37.5%* | *33.0%* | *31.5%* | *28.2%* | *31.6%* | *32.5%* | *32.7%* | *31.8%* | *31.8%* | *31.8%* | *31.8%* | *31.8%* |
| ***EBITDA Margin*** | ***27.7%*** | ***26.3%*** | ***26.0%*** | ***26.7%*** | ***28.2%*** | ***28.2%*** | ***28.5%*** | ***28.6%*** | ***28.8%*** | ***28.9%*** | ***29.2%*** | ***29.3%*** |
| Acquisitions & Investments | 0 | 0 | 241 | 50 | 162 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| Capital Expenditures | 217 | 206 | 222 | 175 | 172 | 127 | 125 | 125 | 126 | 127 | 128 | 129 |
| **Total Capital Expenditures** | **$217** | **$206** | **$463** | **$225** | **$334** | **$152** | **$150** | **$150** | **$151** | **$152** | **$153** | **$154** |
| Interest Expense | | | | 966 | 927 | 878 | 875 | 861 | 855 | 833 | 806 | 783 |
| *EBITDA* | | | | | *1456* | *1446* | *1464* | *1463* | *1484* | *1501* | *1526* | *1552* |
| *Cash Interest Expense* | | | | | *(920)* | *(867)* | *(870)* | *(849)* | *(834)* | *(805)* | *(769)* | *(742)* |
| *Cash Taxes* | | | | *(166)* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* |
| *Changes in Other Assets / Liabilities* | | | | | *(8)* | *(69)* | *(56)* | *(20)* | *(20)* | *(20)* | *(20)* | *(20)* |
| *Working Capital Sources (Uses)* | | | | | *(37)* | *5* | *0* | *1* | *(2)* | *(1)* | *(2)* | *(2)* |
| *Acquisitions & Investments* | | | | | *(162)* | *(25)* | *(25)* | *(25)* | *(25)* | *(25)* | *(25)* | *(25)* |
| *Capital Expenditures* | | | | *(225)* | *(172)* | *(127)* | *(125)* | *(125)* | *(126)* | *(127)* | *(128)* | *(129)* |
| *Loss (Gain) on Assets Sale* | | | | | *12* | *0* | *0* | *0* | *0* | *0* | *0* | *0* |
| *Change in Cash Balance* | | | | | *11* | *(136)* | *153* | *(176)* | *(191)* | *(172)* | *(238)* | *(96)* |
| *ESOP Redemptions* | | | | | *0* | *(0)* | *(0)* | *(2)* | *(4)* | *(8)* | *(14)* | *(22)* |
| *Cash Flow Available to Retire Debt* | | | | | *181* | *227* | *540* | *268* | *282* | *343* | *329* | *516* |
| *Cumulative Cash Flows to Retire Debt* | | | | | *181* | *408* | *948* | *1,216* | *1,498* | *1,842* | *2,171* | *2,687* |
| *Mandatory Debt Prepayments* | | | | | *(390)* | *(91)* | *(540)* | *(91)* | *(91)* | *(171)* | *(91)* | *(420)* |
| ***Cash Flow After Mandatory Debt Repayment*** | | | | | ***(209)*** | ***136*** | ***0*** | ***176*** | ***191*** | ***172*** | ***238*** | ***96*** |
| *Cumulative Cash Flows After Mandatory Debt Repayment* | | | | | *(209)* | *(73)* | *(73)* | *103* | *294* | *466* | *705* | *800* |
| Cash | | | | $175 | $110 | $110 | $110 | $110 | $110 | $110 | $110 | $110 |
| Revolver - $750 | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Term Loan B [2] [3] | | | | 8,201 | 8,319 | 8,092 | 8,001 | 7,733 | 7,451 | 7,187 | 6,858 | 6,671 |
| **1st Priority Guaranteed Debt** | | | | **$8,201** | **$8,319** | **$8,092** | **$8,001** | **$7,733** | **$7,451** | **$7,187** | **$6,858** | **$6,671** |
| New Senior Notes | | | | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 |
| **Total Guaranteed Debt** | | | | **$10,301** | **$10,419** | **$10,192** | **$10,101** | **$9,833** | **$9,551** | **$9,287** | **$8,958** | **$8,771** |
| Rolled Fixed Rate Debt | | | | 1,508 | 1,209 | 1,209 | 760 | 760 | 760 | 680 | 680 | 351 |
| **Senior Debt** | | | | **$11,809** | **$11,628** | **$11,401** | **$10,861** | **$10,593** | **$10,311** | **$9,967** | **$9,638** | **$9,122** |
| PHONEs [4] | | | | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 |
| **Total Debt** | | | | **$12,709** | **$12,528** | **$12,301** | **$11,761** | **$11,493** | **$11,211** | **$10,867** | **$10,538** | **$10,022** |
| **Credit Ratios** | | | | | | | | | | | | |
| **1st Priority Guaranteed Leverage** | | | | **5.72x** | **5.71x** | **5.60x** | **5.46x** | **5.29x** | **5.02x** | **4.79x** | **4.50x** | **4.30x** |
| **Guaranteed Leverage** | | | | **7.18x** | **7.15x** | **7.05x** | **6.90x** | **6.72x** | **6.43x** | **6.19x** | **5.87x** | **5.65x** |
| **Senior Leverage** | | | | **8.24x** | **7.98x** | **7.88x** | **7.42x** | **7.24x** | **6.95x** | **6.64x** | **6.32x** | **5.88x** |
| **Total Leverage** | | | | **8.86x** | **8.60x** | **8.51x** | **8.03x** | **7.86x** | **7.55x** | **7.24x** | **6.91x** | **6.46x** |
| **Interest Coverage** | | | | **1.48x** | **1.57x** | **1.65x** | **1.67x** | **1.70x** | **1.74x** | **1.80x** | **1.89x** | **1.98x** |

(1) $80 million of annual cost savings from ESOP structure and public company cost eliminations
(2) $260 million Delay Draw Term Loan to pay Medium Term Notes come into effect in 2008
(3) Assumes 100% excess cash flow recapture
(4) Assumes PHONEs do not amortize

## 2004-2006

- <u>Revenues:</u> From 2004 to 2006 revenues declined 3.5%.

  o <u>Publishing:</u> Revenues declined 2.5% from 2004 to 2006 primarily due to lower advertising revenues as a result of reduced retail and national advertising, driven by the department store, automotive, wireless, transportation, and technology categories. Revenues were also negatively impacted by lower circulation, which was caused by declining demand and by selectively discontinuing in-home delivery in specific areas.

  o <u>Broadcasting and Entertainment:</u> Revenues declined 6.3% from 2004 to 2006 primarily due to lower television advertising revenues, driven by the automotive, fast food, healthcare and restaurant categories. In addition, the segment experienced reduced radio/entertainment revenues as a result of lower television program syndication revenue, which was partially offset by higher revenues from the Chicago Cubs baseball team.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013059



Credit Approval Report (COML)

- **Operating Expenses:** From 2004 to 2006 operating expenses in dollars remained flat, but as a percentage of sales increased from 72.3% to 74.0% due to the decline in revenues.

  - **Publishing:**
    - On a dollar basis, operating expenses declined slightly as declines in compensation expenses (driven by staff reductions and changes in pension programs) were partially offset by increases in circulation expenses, due to higher postage costs associated with preprint advertising, printing services expenses, legal costs, and newsprint and ink costs, due to a switch to higher yielding newsprint.

    - On a margin basis, operating expenses increased from 74.9% to 76.5% as a result of the decline in publishing revenues, mentioned above.

  - **Broadcasting and Entertainment:**
    - On a dollar basis and as a percentage of sales, operating expenses have trended slightly upward due to an increase in compensation, programming and other expenses.
    - As a percentage of sales, operating expenses have increased from 62.5% to 68.5% due to lower segment revenues and the increase in expenses, mentioned above.

  - **Corporate:** Corporate expenses have remained flat from 2004 – 2006.

- **EBITDA:** From 2004 to 2006 EBITDA declined 9.7% driven by the reduction in revenues outlined above and as a percentage of sales declined from 27.7% to 26.0%.

  - **Publishing:** As a result of the decline in revenues and increase in operating expenses as a percentage of sales, EBITDA declined from $1.04BN to $947.0MM and EBITDA margins declined from 25.1% to 23.5%.

  - **Broadcasting and Entertainment:** As a result of the decline in revenues and increase in operating expenses as a percentage of sales, EBITDA declined from $563.0MM to $443.0MM and EBITDA margins declined from 37.5% to 31.5%.

- **Capital Expenditures:** From 2004 to 2006 capital expenditures averaged $215.0MM and were primarily related to capital improvements at Wrigley Field, the expansion of the Company's preprint inserting operations and color press printing capacity, and the implementation of new standard advertising, editorial, and circulation systems.

## 1Q07 versus 1Q06

- **Revenues:** Revenues declined 4.3% from 1Q06 to 1Q07.

  - **Publishing:** Revenues declined 5.5% from $985.3MM in 1Q06 to $931.5MM in 1Q07 primarily due to a 6.1% decline in advertising revenues as a result of lower retail, classified, and national advertising.  The decline in advertising revenue was driven primarily by classified advertising, which experienced declines in the real estate (15%), help wanted (14%), and automotive (16%) categories.  Classified advertising in 1Q06 reflected strong growth in help wanted and real estate advertising (8% vs. 1Q05), which, combined with the slow down in the real estate market and lower growth in the job market, explains the double-digit decline in 1Q07.  Over the course of the year, the Company expects the declining advertising revenue trends to improve.

  - Revenues were also negatively impacted by a 6.5% decline in circulation revenues caused by declining demand, reduced single copy sales, and selectively discontinuing in home delivery in specific areas.

  - **Broadcasting and Entertainment:** Television revenues declined 0.5% from $265.8MM in 1Q06 to $264.4MM in 1Q07 primarily due to lower advertising revenues, driven by the automotive, movie, and retail categories, but a 1.4% increase in radio/entertainment revenue ($18.3MM in 1Q06 versus $18.7MM in 1Q07) partially offset the decline.

- **Operating Expenses:** Operating expenses decreased 2.2% from $998.0MM in 1Q06 to $976.0MM in 1Q07 as a result of a decrease in Publishing expenses due to a non-reoccurring $19.0MM charge in 1Q06 that was associated with a new union contract at Newsday and lower newsprint, compensation, and promotion expenses.  On a margin basis, operating expenses increased from 78.6% in 1Q06 to 80.4% as a result of the decline in revenues, mentioned above.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          BOA-TRB-0013060



# Credit Approval Report (COML)

**Base Case - Projection Analysis**

- <u>Revenues:</u> From 2008 to 2011 revenues are projected to decline slowly, eventually stabilizing in 2012 and then growing at an average of less than 1% per year thereafter.

  o <u>Publishing:</u>

    ▪ Through 2012, revenues are expected to decline less than 1.0% a year due to declining circulation and advertising revenues, which are partially offset by the Company's revenue initiatives. Thereafter, revenues are expected to be relatively stable.

    ▪ The Company's revenue initiatives are outlined below:

      • The Tribune is starting an initiative with Gannett to roll out a national network for internet ad sales, which focuses on selling ads on local newspaper websites.
      • The Company has a joint venture with Valassis in the LA market in which they package and distribute preprint advertisements to subscribing and non-subscribing households. This JV is expected to generate $30MM - $35MM in revenue per year and $10.0MM in operating cash flow.
      • In 2007, the Tribune expects to be able to raise prices across all advertising categories by a low single digit percentage.
      • The Company has implemented various initiatives aimed at increasing advertising revenues, talent, and product offerings, including adding travel and fashion sections to the L.A. Times and publishing a weekend edition of the Redeye in the Chicago market.
      • The Company plans to spend $25.0MM per year on acquisitions and other initiatives to grow their interactive business and plans to make improvements to the Company's more than 50 websites, which will focus on increasing web page traffic and user friendliness (See Key Credit Risks section under "Declining Publishing Trends" for further details).

  o <u>Broadcasting and Entertainment:</u>

    ▪ Revenues are expected to grow roughly 2.0% a year through 2015 driven by higher rated programming during prime-time hours and increased advertising expenditures in the restaurant, financial, automotive, and entertainment sectors.

- <u>Operating Expenses:</u> Total operating expenses in dollars are expected to remain relatively flat, with operating margins stabilizing in both the Publishing and Broadcasting segments at an average of 21.4% and 32.0%, respectively.

- <u>EBITDA:</u> Despite the small decline in revenue, EBITDA and EBITDA margins are expected to slowly improve due to stabilizing operating margins, increased equity income, annual cash savings from the ESOP and S-Corp structures, as well as the elimination of 401K contributions, and stock based compensation expense.

  o EBITDA is projected to grow at a compounded annual growth rate of 0.6% and increase from $1,456.0MM in 2008 to $1,501.2MM in 2013.

  o EBITDA margins are expected to steadily improve from 28.2% in 2008 to 28.9% in 2013.

- <u>Interest Expense</u> is expected to decline from $927.0MM in 2008 to $833.1MM in 2013 as the Company continues to generate strong cash flow that is available to retire debt.

- <u>Capital Expenditures:</u> After the Company finishes implementing a new standard advertising system in all ten of its newspaper markets in 2008, capital expenditures in 2009 – 2013 are expected to average $125.8MM and primarily be related to the maintenance of its existing facilities.

- Due to the stable cash flows generated throughout the projection period, the Company's credit profile is expected to improve throughout the projection period as illustrated by:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    BOA-TRB-0013061

**Bank of America**

Credit Approval Report (COML)

o   First Priority Guaranteed / Senior Secured Debt / EBITDA is expected to decline from 5.71x at 12/31/08 to 4.79x at 12/31/13 driven by the decline in First Priority Guaranteed / Senior Secured Debt from $8,319.3MM at 12/31/08 to $7,187.4MM at 12/31/13 and the aforementioned increase in EBITDA.

o   Total Debt / EBITDA is expected to decline from 8.60x at 12/31/08 to 7.24x at 12/31/13 driven by the decline in Total Debt from $12,528.3MM at 12/31/08 to $10,867.4MM at 12/31/13 and the aforementioned increase in EBITDA.

o   EBITDA / Interest is expected to improve from 1.57x in 2008 to 1.80x in 2013 due to the aforementioned increase in EBITDA and decrease in interest expense.

o   Fixed Charge Coverage is expected to improve from 1.22x in 2008 to 1.37x in 2013.

**<u>Critical Issues/Key Credit Risks and Mitigants Relating to Primary Repayment Analysis</u>**

**Stated Equity Capital is 3.9% (excluding implied equity) at Close (Probability: High / Impact: High)**

*Mitigating Factors:*
- As noted above in the "Transaction Rationale" section, there is implied equity value through the present value of tax, public company cost, and retirement benefit cash savings resulting from the proposed ESOP transaction. These cash savings generate an implied equity value of $1.62BN, which creates total equity of $2.14BN and total capitalization of $14.85BN. As a result, the Company's Debt/Capitalization ratio improves to 85.6% compared to 96.1% (excluding the implied equity).
- The capital structure will also contain existing deeply subordinate capital layers including ~$900MM of PHONES debt at a 2% coupon due in 2029 and ~$1.43BN in fixed rate structurally subordinate debt with coupons ranging from 4.9% to 7.5% and maturities ranging from 2007 through 2096. These capital sources will be further complemented by $2.10BN in Senior Subordinated Bridge / High Yield Notes.

**Declining Newspaper Circulation and Advertising Revenue (Probability: High / Impact: Low (near term)/Moderate (longer term))**

*Mitigating Factors:*
- Newspaper advertising expenditures have remained fairly consistent despite new media alternatives.
- According to S&P, total newspaper advertising expenditures accounted for 19.2% of total advertising expenditures for 2006.
- In addition, newspaper advertising expenditures are expected to increase from $51.7BN for 2006, to $53.0BN for 2007 and $54.1BN for 2008.
- Total advertising expenditures (for all media) are also projected to increase $269.1BN for 2006, to $280.6BN for 2007 and $291.9BN for 2008 according to S&P.
- Over the past fifty years, total advertising expenditures have only declined three times on a year over year basis, with the last occurrence in 2001.
- Despite the growth of internet advertising, it accounted for only 4.6% of all advertising spending in 2006 and is projected to account for only 5.4% of total advertising expenditures for 2008.
- Although newspaper circulation is expected to decline in the 2-3% range in the near future, this decline is offset by 2.0-2.5% projected growth in newspaper advertising expenditures for 2007-2008.

**Declining Publishing Trends - (Probability: Moderate / Impact: Moderate)**

*Mitigating Factors:*
- The Tribune is partnering with Gannett and other newspaper companies to roll out a national network for internet ad sales. The network will allow national advertisers to purchase advertising on local newspaper websites and reach local newspaper web site users more efficiently.
- The Tribune has a joint venture with Valassis Communications, Inc (formerly ADVO, Inc.) in which they package and distribute preprint advertisements to subscribing and non-subscribing households in the LA market. The Tribune expects the joint venture to generate $30MM to $35MM in revenue per year.
- The Company has implemented initiatives aimed at increasing advertising revenues by investing in their sales force and expanding their product offerings, including adding travel and fashion sections to the L.A. Times and publishing a weekend edition of the Redeye in the Chicago market.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013062


### Credit Approval Report (COML)

- The Company reviews advertising rate increases on a market by market basis and in 2007 expects to be able to raise prices across all advertising categories by a low single digit percentage.
- Since 2005, the Tribune has implemented cost savings programs in an effort to partially offset the impact of the declining revenues on gross margins. From 2005 to 2006 the Company was able to reduce cost by $190MM through reducing compensation expenses, headcount, newsprint consumption, and other initiatives. In 2007, the Company is planning to reduce costs by $150.0MM through outsourcing certain news operations, call centers, customer accounting, technology support, and reducing headcount and compensation. In 2008, the Company is planning to reduce costs by another $50.0MM through reduced newsprint consumption and other initiatives.
- The Company will continue to invest in its Interactive business segment, which has grown at CAGR of 34% from 2003 to 2006. In 2006, the Company purchased ForSaleByOwner.com, which is the largest website for real estate sold by owners. In addition to acquisitions, the Company plans to invest in their websites' architecture with the goal of increasing traffic to the sites, the average length of time spent on the site and making these sites more user friendly.

**Threat of Alternative Media (Probability: High / Impact: Low (near term)/Moderate (longer term))**

_Mitigating Factors:_

- Despite declining circulation, newspapers are still a viable medium for distributing news and advertising to consumers, as noted by the advertising trends highlighted above.
- Tribune Entertainment has relationships with several major media suppliers such as DreamWorks SKG, FremantleMedia, DIC Entertainment, and New Line Television, which gives the company access to over 400 television and theatrical motion pictures and 1,300 episodes of various television series.
- Tribune has equity investments in online media through its 43% ownership interest in Career Builder and 28% ownership interest in Classified Ventures (Cars.com and Apartments.com). These rapidly growing ventures along with the company's 31% ownership interest in the Food Network are helping to offset declining newspaper circulation and the threat of alternative media.

**The FCC review process may require significant divestitures of newspaper and television assets in the Tribune's overlapping markets (Chicago, NYC, L.A., Hartford, South Florida) that may cause EGI/Zell to not proceed with Step Two (Probability: Low / Impact: High)**

_Mitigating Factors:_

- The Company currently operates successfully in overlapping newspaper and television markets and has done so for the last 32 years. This precedent is helpful as the FCC determines the depth of their review and any asset divestitures they might require.
- The Company is permitted to own both newspaper and television operations in the Chicago market by virtue of "grandfather" provisions in the FCC regulations and in the Ft. Lauderdale/Miami by virtue of a temporary waiver of the television/newspaper cross-ownership rule. The FCC adopted a new rule in 2003 that eliminates the cross-ownership prohibition entirely in markets with nine or more television stations. The ownership rules have been stayed by the United States Court of Appeals pending the outcome of certain appeals by advocacy groups. Pending the outcome of the appeal, the Company is permitted to retain its newspaper and television operations in the five markets where it owns both newspaper and television operations.
- The FCC has authority to deny renewal of operating licenses and/or require divestitures of assets in markets with both newspaper and television at any time. While it is likely that the FCC will use this transaction as an opportunity to review Tribune's licenses, it is unlikely that the FCC would create a significant hurdle that would deter EGI/Zell from proceeding with Step Two given the FCC rule adopted in 2003 that is under appeal.
- If the FCC requires divestitures of newspaper and television assets in markets where the Company has both operations, any proceeds from those divestitures will provide the Company with additional cash to reduce debt.
- If the FCC requires significant divestitures of newspapers and/or television assets and EGI/Zell decides not to complete Step Two, the Tribune would be less levered and would have improved free cash flow.
- If only Step One is completed, cumulative free cash flow is expected to repay First Priority Guaranteed / Senior Secured Debt and Total Debt in 13.7 and 17.7 years, respectively, compared to 15.6 and 23.0 years, respectively, if Step Two is completed.
- After Step One, the Tribune has a more acceptable credit profile than after Step Two as evidenced by the following leverage metrics:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                     BOA-TRB-0013063

**Bank of America**

## Credit Approval Report (COML)

| | Step One | Step Two |
|---|---|---|
| First Priority Guaranteed / Senior Secured Debt / EBITDA | 4.97x | 5.72x |
| Total Debt / EBITDA | 6.58x | 8.86x |
| Debt / Capitalization | 100.0% | 96.1% |
| Revolver Availability | Full | Full |

**Newsprint prices may continue to be volatile and difficult to predict and control - (Probability: Moderate / Impact: Moderate)**

*Mitigating Factors*

- Tribune has an agreement with Abitibi Consolidated Inc., expiring in 2009, to supply newsprint. Under the current agreement, the Company purchased approximately 369,000 metric tons of newsprint in 2006, representing 53% of the Company's newsprint purchases and has agreed to purchase 369,000 metric tons in 2007, 2008 and 2009, subject to certain limitations, based on market prices at the time of purchase.

- Average newsprint costs increased 10%, 12%, and 10% in 2006, 2005, and 2004, respectively, and as a result of the Company's long term contract, their newsprint costs have only increased 3%, 3%, and 8% in 2006, 2005, and 2004, respectively.

**Break-Even Case**

**Scenario:** Occurring in 2008, expected case projections are reduced to the point at which the Company's (EBITDA-Maintenance Capex-Taxes)/(P+I) is equal to 1.00x. Our assumption is that EBITDA declines as a result of lower circulation and advertising revenues in the publishing business and reduced growth in the broadcasting business due to unrealized expected improvement in advertising demand as a result of the new programming content on the new CW network. In addition, operating expenses in the broadcasting business are assumed to increase due to increased programming costs to support the new CW network's programming and increased distribution costs associated with the Valassis JV in L.A. due to an expected postage rate increase.

**Cushion:** EBITDA cushion of $220.4MM or 15.1% (EBITDA of $1.24BN (24.9% margin) versus $1.46BN (28.2% margin) in base case).

**Eroded By:** Reduction in sales of 7.9% versus a reduction of 4.0% in the base case (primarily driven by the sale of Chicago Cubs and Comcast SportsNet in 2007).
Operating expense margins increase to 79.2% versus 75.8% in the base case.

**Likelihood:** Moderate:
- The Company plans to offset declining advertising revenues by rolling out a national internet ad sales network in partnership with Gannett and other newspaper companies. The network will allow national advertisers to purchase advertising on local newspaper websites and reach local newspaper web site users more efficiently. In addition, the Company has implemented initiatives to boost advertising sales, talent, and product offerings, which have resulted in increased revenues in the movie category and are expected to increase revenues in other categories. The Company also anticipates raising advertising prices by a low single digit percentage to help offset the decline in ad revenues.
- The Company plans to combat the declining circulation revenue trend by expanding its portfolio of interactive investments and continuing to invest in its existing digital and interactive businesses to create market leading websites. From 2003 to 2006, the Company's interactive business has grown at a CAGR of 34% and in 2006 represented approximately 10% of total publishing revenues compared to circulation revenues of 29%. The Company plans to spend $25.0MM a year on interactive initiatives. While the Company does expect programming costs to increase as a result of their initiative to provide higher rated programming on the CW network, they also expect that this will drive advertising revenues that will offset the increased programming costs. The Company's initiative has already resulted in an improved market position and generated positive feedback from advertisers, which the Company fully expects to result in increased revenues. In regards to the postage increase, the Company is expected to pass this along to its customers.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013064

**Bank of America**

# Credit Approval Report (COML)

**Stress Case**

| | |
|---|---|
| **Scenario:** | Occurring in 2008, we performed a stress case scenario that assumes that the above scenario is exacerbated by further deterioration in the publishing and broadcasting business as described above. This scenario also results in a breach of the Total Guaranteed Debt / EBITDA (9.37x versus 9.00x covenant) and EBITDA / I (1.00x versus 1.15x covenant) covenants, as can be seen in the table below. |
| **Cushion:** | EBITDA cushion of $299.2MM or 20.5% (EBITDA of $1.16BN (24.0% margin) versus $1.46BN (28.2% margin) in base case). |
| **Eroded By:** | Reduction in sales of 10.3% versus a reduction of 4.0% in the base case (primarily driven by the sale of Chicago Cubs and Comcast SportsNet in 2007). |
| | Operating expense margins increase to 80.3% versus 75.8% in the base case. |
| | Increased LIBOR rate to 6.9% versus 4.9% in the base case. |
| | Reduced capital expenditures to $122.0MM versus $172.0MM in the base case. |
| **Likelihood:** | Moderate:  See above for discussion. |

| The Tribune Company FYE 12/31 ($ in MM's) | Expected FY 2008 | Break Even FY 2008 | Stress FY 2008 |
|---|---|---|---|
| **EBITDA** | **1,456.4** | **1,236.0** | **1,157.2** |
| - Maintenance Capex | 172.0 | 172.0 | 122.0 |
| - Taxes | 0.0 | 0.0 | 0.0 |
| **Core Cash Flow Before W/C** | **1,284.4** | **1,064.0** | **1,035.2** |
| -/+ Change in Working Capital (Use)/Source | (36.9) | (36.9) | (36.9) |
| **Core Cash Flow** | **1,247.5** | **1,027.1** | **998.3** |
| - Interest Expense | 926.6 | 932.7 | 1,152 6 |
| - Principal | 127.2 | 127.2 | 127 2 |
| **Discretionary Cash Flow** | **193.7** | **(32.9)** | **(281.4)** |
| - Dividends/Share Repurchases (Proceeds) | 0.0 | 0.0 | 0.0 |
| - Discretionary Capex | 162.0 | 162.0 | 162.0 |
| **Net Cash Flow** | **31.7** | **(194.9)** | **(443.4)** |
| | | | |
| **First Priority Guaranteed / Senior Secured Debt** | 8,319 | 8,494 | 8,741 |
| Total Guaranteed Debt | 10,419 | 10,594 | 10,841 |
| Total Senior Debt | 11,628 | 11,803 | 12,050 |
| Total Debt | 12,528 | 12,703 | 12,950 |
| First Priority Guaranteed / Senior Secured Debt / EBITDA | 5.71x | 6.87x | 7.55x |
| Total Guaranteed Debt / EBITDA | 7.15x | 8.57x | 9.37x |
| Total Senior Debt / EBITDA | 7.98x | 9.55x | 10.41x |
| Total Debt / EBITDA | 8.60x | 10.28x | 11.19x |
| EBITDA / I | 1.57x | 1.33x | 1.00x |
| (EBITDA-Maint. Capex-Taxes) / (P+I) | 1.22x | 1.00x | 0.81x |
| EBITDA-Maint Capex-Taxes-Interest Expense (FCF) | 357.8 | 131 3 | (117.3) |
| Cumulative Free Cash Flow | 169.3 | (59 3) | (305 7) |
| Core Cash Flow Before WC / I | 1.39x | 1.14x | 0.90x |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                     BOA-TRB-0013065



Credit Approval Report (COML)

## Secondary Source of Repayment – Sale of Company

- In the stress case outlined above, we believe that the sale of the Company is a viable secondary source of repayment. At close of Step Two at 12/31/07, the Tribune's estimated enterprise value is $13,052.8MM or 9.10x EBITDA. Under the stress case scenario, using a 9.10x EBITDA multiple yields an enterprise value of $10,530.5MM, which would cover the Tribune's First Priority Guaranteed / Senior Secured Debt of $8,740.7MM under our stress case approximately 1.20x.
- On 3/27/07, Bank of America's Telecom and Media Group completed a trading comparable analysis that reviewed valuations for 7 comparable newspaper and publishing companies and 5 television broadcasting companies (outlined in the charts below). The analysis yielded a newspaper and publishing EV/EBITDA range of 7.50x to 11.40x, with a median of 9.90x and a television broadcasting EV/EBITDA range of 8.00x to 12.50x, with a median of 9.80x.
- Assuming that the value of the publishing and broadcast businesses would decline in a stress case scenario to 7.50x and 8.00x EBITDA, respectively, (the low end of the valuation ranges) this would yield business valuations of $5,741.1MM and $3,134.2MM, respectively. In combination with the $1,022.4MM estimated value of the Company's interactive businesses, discounted by 40% to account for the distressed nature of the sale (outlined in the chart below), the Tribune's stress case enterprise value of $9,897.7MM would still cover stress case First Priority Guaranteed / Senior Secured Debt 1.13x.
- The Tribune's enterprise value could decline to 7.56x stress case EBITDA and still cover stress case First Priority Guaranteed / Senior Secured Debt of $8,740.7MM.
- We believe that the probability of the stress case scenario is unlikely and that the sale of the Company is viable and is supported by the range of comparable EV/EBITDA multiples (newspaper and publishing 7.50x – 11.40x and television broadcasting 8.00x – 12.50x). The details of the Telecom and Media Group's trading comparable analysis are outlined below:

### NEWSPAPER PUBLISHING HISTORICAL MULTIPLES

TEV / NTM EBITDA

| | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| High | 9 0x | 12 9x | 12 2x | 19 7x | 18 7x | 23 5x | 15 8x | 15 4x | 14 4x | 12 4x | 11 4x |
| Low | 6 8x | 4 0x | 7 6x | 8 2x | 9 6x | 8 7x | 9 7x | 10 5x | 10 8x | 8 9x | 7 5x |
| Median | 8 2x | 10 9x | 10 3x | 10.8x | 12 7x | 10 9x | 11 5x | 12 2x | 11 6x | 10 7x | 9 9x |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013066



## Credit Approval Report (COML)

### NEWSPAPER PUBLISHING HISTORICAL MULTIPLES (CONT'D)

| | 2001A | 2002A | 2003A | 2004A | 2005A | 2006E |
|---|---|---|---|---|---|---|
| **EV/NTMEBITDA** | | | | | | |
| Dow Jones & Company, Inc | 23 5x | 15 8x | 15.4x | 14 4x | 12 5x | 11 4x |
| The New York Times Company | 11.0x | 11 7x | 12.5x | 12 6x | 10 9x | 9 8x |
| The E W. Scripps Company | 12 4x | 13 4x | 13.4x | 12 2x | 10 5x | 11 0x |
| The McClatchy Company | 8 7x | 9 7x | 10.5x | 10 8x | 9 8x | 7 5x |
| Gannett Co , Inc | 10 6x | 10.9x | 11.9x | 11 4x | 8 9x | 8 8x |
| Lee Enterprises, Inc | 8 8x | 10 0x | 11.1x | 10 8x | 11 4x | 10 2x |
| Tribune Company | 10 8x | 11.7x | 13.1x | 11 0x | 9 8x | 10 0x |
| Journal Register Company | 12 3x | 11 3x | 10.5x | 11 7x | 11 4x | 9.2x |
| | | | | | | |
| High | 23 5x | 15.8x | 15 4x | 14 4x | 12 5x | 11 4x |
| Low | 8 7x | 9.7x | 10 5x | 10 8x | 8 9x | 7 5x |
| Median | 10 9x | 11 5x | 12 2x | 11 6x | 10 7x | 9 9x |
| | | | | | | |
| **EBITDA MARGIN** | | | | | | |
| Dow Jones & Company, Inc. | 15 3% | 13 3% | 15 1% | 16 4% | 14 4% | 15 1% |
| The New York Times Company | 19 1% | 22 3% | 21 1% | 19 9% | 16 9% | 14.9% |
| The E W. Scripps Company | 27 5% | 31 6% | 27 7% | 28 3% | 27 9% | 33.6% |
| The McClatchy Company | 26 4% | 29 5% | 29 1% | 28.9% | 28 4% | 36.7% |
| Gannett Co , Inc | 32.3% | 33.5% | 32.9% | 32.4% | 30 6% | 28.6% |
| Lee Enterprises, Inc | 27 7% | 29.4% | 28.4% | 28 8% | 29 6% | 25 9% |
| Tribune Company | 22.5% | 27.1% | 28.5% | 26.4% | 26 7% | 23 6% |
| Journal Register Company | 28 8% | 28 3% | 27.4% | 26 1% | 24 5% | 22 2% |
| | | | | | | |
| High | 32 3% | 33 5% | 32.9% | 32 4% | 30 6% | 36 7% |
| Low | 15 3% | 13 3% | 15.1% | 16 4% | 14 4% | 14 9% |
| Median | 27 0% | 28 8% | 28 0% | 27 3% | 27 3% | 24 8% |

Note  Mutiiples based on end of period share prices  Net debt and shares outstanding as of year end and EBITDA based on forward period actuals

### TELEVISION BROADCASTING HISTORICAL MULTIPLES

**TEV / NTM EBITDA**



| | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| High | 8 3x | 9 9x | 13 5x | 10 0x | 12 3x | 9 6x | 14 0x | 12 9x | 14 9x | 10 2x | 12 5x |
| Low | 8 2x | 8 8x | 6 4x | 7 7x | 8 3x | 7 1x | 7 9x | 8 1x | 7 8x | 8 0x | 8 0x |
| Median | 8 2x | 9 5x | 9 1x | 9 3x | 11 0x | 9 0x | 10 2x | 9 9x | 11 2x | 9 0x | 9 8x |

Project Bear
Bank of America - *Confidential*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0013067



## Credit Approval Report (COML)

### TELEVISION BROADCASTING HISTORICAL MULTIPLES (CONT'D)

| | 2001A | 2002A | 2003A | 2004A | 2005A | 2006E |
|---|---|---|---|---|---|---|
| **EV/NTME BITDA** | | | | | | |
| Hearst-Argyle Television, Inc | 9 0x | 10 7x | 8 9x | 11 2x | 9 9x | 12 5x |
| Nexstar Broadcasting Group, Inc | NA | NA | 8 1x | 10 6x | 8 1x | 9 8x |
| Gray Television, Inc | 9 6x | 9 7x | 9 9x | 14 9x | 9 0x | 8 0x |
| Sturgis Bancorp, Inc | 7 1x | 7 9x | 12 9x | 7 8x | 8 0x | 9 6x |
| Tri-Vision International Ltd | NA | 14 0x | 12 4x | 12 0x | 10 2x | 11 1x |
| | | | | | | |
| High | 9 6x | 14 0x | 12 9x | 14 9x | 10 2x | 12 5x |
| Low | 7 1x | 7 9x | 8 1x | 7 8x | 8 0x | 8 0x |
| Median | 9 0x | 10 2x | 9 9x | 11 2x | 9 0x | 9 8x |
| | | | | | | |
| **EBITDA MARGIN** | | | | | | |
| Hearst-Argyle Television, Inc | 47 1% | 51 3% | 49 1% | 51 2% | 45 2% | 42 5% |
| Nexstar Broadcasting Group, Inc | NA | 44 0% | 36 9% | 43 7% | 37 2% | 36 7% |
| Gray Television, Inc | 31 1% | 37 1% | 35 1% | 39 9% | 32 6% | 45 0% |
| Sturgis Bancorp, Inc | 47 5% | 50 6% | 46 8% | 33 6% | 44 8% | 40 1% |
| Tri-Vision International Ltd | 43 1% | 45 8% | 40 2% | 42 4% | 36 3% | 35 3% |
| | | | | | | |
| High | 47 5% | 51 3% | 49 1% | 51 2% | 45 2% | 45 0% |
| Low | 31 1% | 37 1% | 35 1% | 33 6% | 32 6% | 35 3% |
| Median | 45 1% | 45 8% | 40 2% | 42 4% | 37 2% | 40 1% |

Note   Multiples based on end of period share prices   Net debt and shares outstanding as of year end and EBITDA based on forward period actuals

### INTERACTIVE BUSINESS VALUATION

The table below outlines an estimated valuation and liquidity measure for the Tribune's unconsolidated assets and investments that are available for sale in a stress case scenario.

*($ in millions)*

| Unconsolidated Assets | % Owned | Value | Valuation Method | Co-Owner | Liquidity | 40.0% Discount | 50.0% Discount |
|---|---|---|---|---|---|---|---|
| AdStar | 3 4MM Shrs | 7 1 | Current Share price of $2 10 x number of shares | -- | High | | |
| CareerBuilder | 42 5% | 658 8 | Total Valuation established in Aug  2006 when TRB and GCI bought out KRI's share | GCI | Low | | |
| Classified Ventures | 28 0% | 42 0 | 2 x Est  Revenue of $75M | -- | Low | | |
| TMCT I&II Portfolio | 5 0% | 70 0 | Per filings, remaining portfolios have estimated value of $1 4 billion | Chandlers | Low | | |
| Food Network | 31 0% | 804 8 | 11 0x 2007E EBITDA of $236 million (adjusted for shared costs) | SSP | Medium | | |
| ShopLocal | 42 5% | 36 1 | Total Valuation established in Aug  2006 when TRB and GCI bought out KRI's share | GCI | Low | | |
| Topix | 31 9% | 23 0 | Total Valuation established in Aug  2006 when TRB and GCI bought out KRI's share | GCI | Low | | |
| Comcast Sports Net | 25 0% | 15 0 | Research Estimates | -- | Low | | |
| Other | -- | 47 2 | Research Estimates | | | | |
| **Total** | | **$1,703.9** | | | | **$1,022.4** | **$852.0** |

*Source – Technology, Media, and Telecom Investment Banking Group.

- **Conclusion:** Based on the analysis outlined above, we believe that even in the stress case scenario in 2008 that First Priority Guaranteed / Senior Secured Debt could be repaid with the sale of the Tribune and its various investments/partnerships in our stress case scenario.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0013068

 **Bank of America**

# Credit Approval Report (COML)

## Industry Outlook

### Publishing Industry Overview:

For the industry as a whole, newspaper revenue is expected to grow 1%-2% per year driven by an increase in total advertising expenditures offset by the continued decline of newspapers' share of the advertising market.

Newspaper publishers are being pressured on all sides as readers defect and advertisers follow them to other media, particularly the Internet. Many analysts believe changes to the industry are structural rather than cyclical. Newspaper publishers' share of the advertising market is shrinking in the United States, and that trend is expected to continue for the foreseeable future. In 2005, newspaper advertising accounted for roughly 17.6% of all advertising spending in measured media where as recently as 1993, newspapers accounted for 22.7% of all advertising expenditures. In the 10-year period through 2005, total measured media advertising grew at a rate of 5.9%, while newspaper advertising grew at an average compound annual rate of 3.5%. In comparison, cable advertising grew at a rate of 25.3% over the same 10-year period.

In addition to the shifting of advertising spend away from newspapers, newspaper publishers also face the challenge of declining circulation rates. The decline in circulation continues to reflect growing competition for readers' time, as well as changing habits as people turn to the Internet for the news and entertainment. The Newspaper Association of America reported that nearly 57 million people visited newspaper web sites in the third quarter of 2006, up 24% from the same period in 2005. Those users represented 37% of Internet traffic. While online advertising revenues for newspapers are expected to grow at double digit rates over the next few years, online advertising only accounted for an estimated 5.3% of newspaper ad revenue in 2006.

### Broadcasting Industry Overview:

The television industry is in the midst of transition to an advanced digital television transmission system, with television broadcasters required to cease analog broadcasting by February 17, 2009. In addition, television is facing an unprecedented array of structural challenges including viewership declines driven by technology changes including Internet, VOD and DVR shifting and continued cable network fragmentation as well as broadcast TV advertising dollars shifting to cable and Internet. However, television ad revenues have continued to grow as a result of steadily increasing CPM (cost per thousand) rates.

Local TV websites are expected to be extremely competitive as video becomes more important to local media web sites and stations are able to stream TV programming to their web sites. The penetration of broadband in US households will help drive growth of these websites as much of the content provided by the broadcasters is video-centric that is best viewed through broadband connections. As television is confronting numerous threats to its audience and advertising bases in the near term, including ad-skipping technology, increased competition from cable and satellite TV and the Internet, broadcasters introduced many new technological initiatives in 2006 to extend their brands online. The trend is to develop richer video content for the network's branded websites in an effort to drive their online advertising growth as well as to entice viewers to watch television programs over the internet and on mobile devices. Television stations' online revenues increased 41% in 2006 signaling a promising future for best-in-class TV station websites. This growth is expected to continue as most broadcasters have only begun to focus on selling advertising space on their websites. This growth will also be driven by broadcasters enhancing existing websites in the near future to fully realize the potential from online advertising.

## Risk Rating Assessment

Using our "What if" scorecard methodology, the Tribune's proforma results for 2007 map to a RR6-. While the "What if" scorecard generates a risk rating of 6-, the client team believes that this credit should judgmentally be rated a 7 given the increased leverage and reduced interest coverage and liquidity resulting from the transaction, combined with the fact that Tribune should be treated as a "watch" credit and monitored on the quarterly SER cycle for the foreseeable future. Therefore, CGI recommends downgrading the Tribune to a RR7.

## Credit Exposure Strategy

Our credit exposure strategy is decrease. As outlined earlier, we plan to initially hold $67.5MM of the proposed Revolver and sell our exposure down to $35.0MM - $40.0MM in the secondary market (See comments in "Transaction Request" section for further details). Given our existing $2.0MM FX Reval Limit and $1.0MM of leasing exposure, we expect our total exposure to remain in the $38.0MM - $43.0MM range.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013069



## Credit Approval Report (COML)

### Historical Relationship Profitability

Based on web profitability data for the trailing twelve months ended 2/28/07, relationship profitability for Tribune is as follows:

| | Balances | Total Revenue | RNI | NIAT | SVA | RAROC |
|---|---|---|---|---|---|---|
| Asset Mgt Products Detail | 0 | 0 | 0 | 0 | 0 | 0% |
| Credit Products Detail | 251,744,798 | 1,532,260 | 773,675 | 768,038 | -150,098 | 9.20% |
| Investment Banking Detail | ----- | 323,509 | 34,720 | 19,249 | 822 | 11.49% |
| Deposit Products Detail | 31,380,120 | 1,193,128 | 209,701 | 169,634 | 142,047 | 67.64% |
| TM Other Detail | 0 | 88,214 | 55,307 | 55,307 | 44,967 | 58.84% |
| Misc Products Detail | ----- | 114,587 | 63,062 | 63,999 | 60,406 | 195.93% |
| | | 3,251,699 | 1,136,464 | 1,076,226 | 98,143 | 12.10% |

### Profitability/Relationship Opportunity

Using the CPT and assuming a $35.0MM hold size in the $750.0MM Revolver, net syndication fees of $20.7MM (which includes $3.25MM of fees paid in the secondary market to sell our exposure), a 0.50% unused fee, 0% utilization over the six year tenor of the Revolver, a risk rating of 7, and pricing of LIBOR + 250 bps, the credit and relationship profitability are as follows:

Credit only Net Income: $2,289,194
Credit only RAROC: 86.5%
Credit only RAROC Lifetime: 120.6%
Credit only SVA: $1,998,205
Credit only SVA Lifetime: $12,336,063

Including the additional $4.4MM of investment banking fees from the proposed bridge / high yield bonds combined with our existing leasing, FX, and treasury services our relationship profitability is as follows:

Relationship Net Income: $5,745,717
Relationship RAROC: 140.9%
Relationship SVA: $5,297,019

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0013070

 **Bank of America**

# Credit Approval Report (COML)

## Tribune Management Biographies

- <u>Dennis J. FitzSimmons</u> – 56 (25 years with the Company), is Chairman (since January 2004), Chief Executive Officer (since January 2003) and President (since July 2001). He was Chief Operating Officer from July 2001 until December 2002; Executive Vice President from January 2000 until July 2001, and President of Tribune Broadcasting Company from May 1997 until January 2003.

- <u>Donald C. Grenesko</u> – 58 (27 years with the Company), is Senior Vice President/Finance and Administration (since 1996). He was Chief Financial Officer from 1991 to 1996, and named Senior Vice President in 1993.

- <u>Crane H. Kenney</u> – 44 (13 years with the Company), is Senior Vice President, General Counsel and Secretary (since May 2000). He was Vice President/General Counsel and Secretary from August 1996 to May 2000.

- <u>Timothy J. Landon</u> – 44 (21 years with the Company), is President of Tribune Interactive, Inc (since March 2004). He was President of Tribune Classified from June 2000 until March 2004, and Vice President/Business Development of Tribune Interactive from 1999 to 2000.

- <u>Thomas D. Leach</u> – 46 (21 years with the Company), is Senior Vice President/Development (since February 2005). He was Vice President/Development from February 2004 until February 2005, and Vice President and Chief Financial Officer of Tribune Broadcasting Company* from March 2001 until January 2004.

- <u>Luis E. Lewin</u> – 58 (20 years with the Company) is Senior Vice President/Human Resources (since May 2000). He was Tribune Vice President/Human Resources from 1996 to 2000, and Director/Human Resources from 1994 to 1996.

- <u>Ruthellyn Musil</u> – 55 (over 12 years with the Company) is Senior Vice President/Corporate Relations (since February 2004). She was Vice President/Corporate Relations from 1995 to February 2004, and Corporate Director/Communications from 1992 to 1995.

- <u>John E. Reardon</u> – 53 (22 years with the Company) is President of Tribune Broadcasting Company (since November 2005). He was Vice President of Tribune Broadcasting Company from March 2004 until November 2005, and Vice President and General Manager of KTLA-TV, Los Angeles until March 2004.

- <u>Scott C. Smith</u> – 56 (30 years with the Company) is President of Tribune Publishing Company (since January 2005) and Publisher of Chicago Tribune Company (since October 2006). He was Chief Operating Officer of Tribune Publishing Company from November 2004 until January 2005, and President of Chicago Tribune Company from 1997 until November 2004.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      BOA-TRB-0013071

 **Bank of America**

# Credit Approval Report (COML)

**EGI Management Biographies**

- <u>Samuel Zell</u> – 65, is a native Chicagoan, and graduated from of the University of Michigan and the University of Michigan Law School. Mr. Zell began his career in real estate while an undergraduate at the University by managing apartment buildings throughout southeast Michigan. He continued his interests in real estate, and subsequently, non-real estate investments, with the founding of Equity Group Investments, L.L.C. (EGI), an entrepreneurial investment firm based in Chicago where he currently serves as President and Chairman.

  Mr. Zell maintains substantial interests in and serves as Chairman of the Board of various publicly traded companies which include Anixter International (AXE), a value-added provider of integrated networking and cabling solutions that support business information and network infrastructure requirements; Equity Lifestyle Properties, Inc. (ELS), an equity real estate investment trust which owns and operates manufactured home communities in 26 states; Equity Residential (EQR), the largest apartment real estate investment trust in the United States; Capital Trust (CT), a specialized real estate finance company; and Covanta Holding Corp. (CVA), a multinational owner and operator of modern waste to energy facilities. Mr. Zell also served as Chairman of the Board of Equity Office Properties Trust (EOP), a real estate investment trust which held the largest office portfolio of any publicly traded, full-service office company in the United States. EOP was sold to Blackstone in February 2007. Mr. Zell is also Chairman of Equity International, a privately-held, leading investor in real estate-related businesses outside of the United States.

- <u>William Pate</u> – 42, is the Chief Investment Officer of Equity Group Investments, L.L.C. Mr. Pate has been employed by EGI or its predecessor in various capacities since 1994. Prior to his tenure at EGI, he was an associate at the Blackstone Group and in the mergers and acquisitions group of Credit Suisse First Boston. Mr. Pate serves as a member of the Board of Directors of Danielson Holding Corporation and was its Chairman from October 2004 until September 2005, and serves as a member of the board of directors of certain private affiliates of EGI. Mr. Pate has also been a member of the board of Adams Respiratory Therapeutics, Inc. since 2000. He received a Juris Doctorate degree from the University of Chicago Law School and a Bachelors of Arts degree from Harvard College.

- <u>Nils Larsen</u> – 36, has served as a Managing Director of Equity Group Investments, L.L.C. since 2001. Prior to that, Mr. Larsen held various other positions with EGI since 1995, working in the transportation, energy, communications and retail industries. Mr. Larsen has been a director of American Commercial Lines Inc., a marine transportation and service company, since January 2005, and is also a director at Rewards Network.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                         BOA-TRB-0013072



# Credit Approval Report (COML)
## Exhibit 1

**Tribune Publishing Assets**

**Leading Metropolitan Newspapers ($ millions)**

| | Market | DMA market rank | 2006 revenue[1] | Metropolitan Newspapers Weekly readership (000's)[2] | Penetration[2] |
|---|---|---|---|---|---|
| Los Angeles Times | Los Angeles, CA | 2 | $1,094 | 5,103 | 39% |
| Chicago Tribune | Chicago, IL | 3 | 848 | 3,070 | 46 |
| Newsday | Long Island, NY | 1 | 533 | 1,597 | 74 |
| Sun-Sentinel | South Florida | 16 | 397 | 1,058 | 62 |
| Orlando Sentinel | Orlando, FL | 19 | 292 | 1,094 | 66 |
| THE SUN | Baltimore, MD | 24 | 295 | 1,170 | 59 |
| Hartford Courant | Hartford, CT | 28 | 203 | 665 | 73 |
| THE MORNING CALL | Allentown, PA | 4 | 106 | 387 | 73 |
| Daily Press | Newport News, VA | 42 | 79 | 316 | 75 |

[1] Reflects Tribune's Print and Interactive revenues in each market.
[2] Source: Scarborough Publishing and Interactive Research, R1 2006 for Newspaper Designated Market (NDM) except Los Angeles and Chicago (Gallup Poll of Media Usage).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013073



# Credit Approval Report (COML)
## Exhibit 2

**Tribune Broadcasting Assets**

| Broadcasting Assets ($ millions) | | | | | |
|---|---|---|---|---|---|
| DMA market rank | Market | Station | Affiliation | 2006 gross ad. revenues | 2006 market revenue share |
| 1 | New York | WPIX | CW | $193 | 13.8% |
| 2 | Los Angeles | KTLA | CW | 172 | 11.4 |
| 3 | Chicago | WGN | CW | 133 | 16.7 |
| 6 | Dallas | KDAF | CW | 61 | 9.8 |
| 8 | Washington, DC | WDCW | CW | 42 | 7.0 |
| 10 | Houston | KHCW | CW | 41 | 8.7 |
| 16 | Miami | WSFL | CW | 45 | 11.4 |
| 18 | Denver | KWGN | CW | 31 | 10.4 |
| 21 | St. Louis | KPLR | CW | 30 | 13 3 |
| 23 | Portland, OR | KRCW | CW | 15 | 8.6 |
| 27 | San Diego | KSWB | CW | 21 | 7.8 |
| 14 | Seattle | KCPQ/KMYQ | FOX/MNTV | 68 | 22.3 |
| 25 | Indianapolis | WXIN/WTTV | FOX/CW | 47 | 23.1 |
| 28 | Hartford | WTIC/WTXX | FOX/CW | 43 | 21 8 |
| 54 | New Orleans | WGNO/WNOL | ABC/CW | 16 | 18.1 |
| 20 | Sacramento | KTXL | FOX | 49 | 17.1 |
| 39 | Grand Rapids | WXMI | FOX | 22 | 19.1 |
| 41 | Harrisburg | WPMT | FOX | 15 | 16.9 |
| 4 | Philadelphia | WPHL | MNTV | 47 | 7.6 |
| | | | **Total TV stations** | **$1,092** | **12.6%** |
| — | Cable Network | WGN Superstation | — | 109 | — |
| | | | **Total TV group** | **$1,201** | — |

Note: Cable is ad sales only. Market revenue percentage share includes political.
Reflects 52-week operating results.

Project Bear
Bank of America - *Confidential*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0013074

**Bank of America**

## Credit Approval Report (COML)

**Summary Of Proposed Financing Structure**

Borrower  Name:       CHICAGO TRIBUNE COMPANY

|  | **FACILITY 1** | **FACILITY 2** | **FACILITY 3** |
|---|---|---|---|
| **Action (New, Renewal etc.)** | Modification; Accept Exposure | Modification; Accept Exposure | Modification; Accept Exposure |
| **Requested Amount** | $47,378 | $47,378 | $47,378 |
| **Existing Amount** | $47,378 | $47,378 | $47,378 |
| **Facility Type** | Other | Other | Other |
| **Expiration** | 11/01/2011 | 11/01/2011 | 11/01/2011 |
| **Maturity** | 11/01/2011; Term in Months 54 | 11/01/2011; Term in Months 54 | 11/01/2011; Term in Months 54 |
| **FRR** (Existing/ScoreCard/Override) | 5 / 6- / 7 | 5 / 6- / 7 | 5 / 6- / 7 |
| **Repayment** (If non-standard, attach amortization schedule) |  |  |  |
| **Collateral** | N/A | N/A | N/A |
| **Collateral Crossed to:** | See Narrative | See Narrative | See Narrative |
| **Pricing** | N/A | N/A | N/A |
| **Fees** | N/A | N/A | N/A |
| **Transaction RAROC** | N/A | N/A | N/A |
| **Lead Arranger** | N/A | N/A | N/A |
| **Total Facility Amount** | N/A | N/A | N/A |
| **Bank of America Role** | N/A | N/A | N/A |
| **Co-Borrower** | N/A | N/A | N/A |
| **Guarantor** | N/A | N/A | N/A |

|  | **FACILITY 4** | **FACILITY 5** | **FACILITY 6** |
|---|---|---|---|
| **Action (New, Renewal etc.)** | Modification; Accept Exposure | Modification; Accept Exposure | Modification; Accept Exposure |
| **Requested Amount** | $47,378 | $47,378 | $47,378 |
| **Existing Amount** | $47,378 | $47,378 | $47,378 |
| **Facility Type** | Other | Other | Other |
| **Expiration** | 11/01/2011 | 11/01/2011 | 11/01/2011 |
| **Maturity** | 11/01/2011; Term in Months 54 | 11/01/2011; Term in Months 54 | 11/01/2011; Term in Months 54 |
| **FRR** (Existing/ScoreCard/Override) | 5 / 6- / 7 | 5 / 6- / 7 | 5 / 6- / 7 |
| **Repayment** (If non-standard, attach amortization schedule) |  |  |  |
| **Collateral** | N/A | N/A | N/A |
| **Collateral Crossed to:** | See Narrative | See Narrative | See Narrative |
| **Pricing** | N/A | N/A | N/A |
| **Fees** | N/A | N/A | N/A |
| **Transaction RAROC** | N/A | N/A | N/A |
| **Lead Arranger** | N/A | N/A | N/A |
| **Total Facility Amount** | N/A | N/A | N/A |
| **Bank of America Role** | N/A | N/A | N/A |
| **Co-Borrower** | N/A | N/A | N/A |
| **Guarantor** | N/A | N/A | N/A |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                         BOA-TRB-0013075

**Bank of America**

# Credit Approval Report (COML)

| | FACILITY 7 | FACILITY 8 | FACILITY 9 |
|---|---|---|---|
| **Action (New, Renewal etc.)** | Modification; Accept Exposure | Modification; Accept Exposure | Modification; Accept Exposure |
| **Requested Amount** | $47,378 | $47,378 | $47,378 |
| **Existing Amount** | $47,378 | $47,378 | $47,378 |
| **Facility Type** | Other | Other | Other |
| **Expiration** | 11/01/2011 | 11/01/2011 | 11/01/2011 |
| **Maturity** | 11/01/2011; Term in Months 54 | 11/01/2011; Term in Months 54 | 11/01/2011; Term in Months 54 |
| **FRR** (Existing/ScoreCard/Override) | 5 / 6- / 7 | 5 / 6- / 7 | 5 / 6- / 7 |
| **Repayment** (If non-standard, attach amortization schedule) | | | |
| **Collateral** | N/A | N/A | N/A |
| **Collateral Crossed to:** | See Narrative | See Narrative | See Narrative |
| **Pricing** | N/A | N/A | N/A |
| **Fees** | N/A | N/A | N/A |
| **Transaction RAROC** | N/A | N/A | N/A |
| **Lead Arranger** | N/A | N/A | N/A |
| **Total Facility Amount** | N/A | N/A | N/A |
| **Bank of America Role** | N/A | N/A | N/A |
| **Co-Borrower** | N/A | N/A | N/A |
| **Guarantor** | N/A | N/A | N/A |

| | FACILITY 10 | FACILITY 11 | FACILITY 12 |
|---|---|---|---|
| **Action (New, Renewal etc.)** | Modification; Accept Exposure | Modification; Accept Exposure | Modification; Accept Exposure |
| **Requested Amount** | $47,378 | $39,803 | $23,894 |
| **Existing Amount** | $47,378 | $39,803 | $23,894 |
| **Facility Type** | Other | Other | Other |
| **Expiration** | 11/01/2011 | 05/01/2010 | 10/01/2010 |
| **Maturity** | 11/01/2011; Term in Months 54 | 05/01/2010; Term in Months 36 | 10/01/2010; Term in Months 41 |
| **FRR** (Existing/ScoreCard/Override) | 5 / 6- / 7 | 5 / 6- / 7 | 5 / 6- / 7 |
| **Repayment** (If non-standard, attach amortization schedule) | | | |
| **Collateral** | N/A | N/A | N/A |
| **Collateral Crossed to:** | See Narrative | See Narrative | See Narrative |
| **Pricing** | N/A | N/A | N/A |
| **Fees** | N/A | N/A | N/A |
| **Transaction RAROC** | N/A | N/A | N/A |
| **Lead Arranger** | N/A | N/A | N/A |
| **Total Facility Amount** | N/A | N/A | N/A |
| **Bank of America Role** | N/A | N/A | N/A |
| **Co-Borrower** | N/A | N/A | N/A |
| **Guarantor** | N/A | N/A | N/A |

| | FACILITY 13 | FACILITY 14 | FACILITY 15 |
|---|---|---|---|
| **Action (New, Renewal etc.)** | Modification; Accept Exposure | Modification; Accept Exposure | Modification; Accept Exposure |
| **Requested Amount** | $23,894 | $23,894 | $15,235 |
| **Existing Amount** | $23,894 | $23,894 | $15,235 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     BOA-TRB-0013076

**Bank of America**

## Credit Approval Report (COML)

| Facility Type | Other | Other | Other |
|---|---|---|---|
| Expiration | 10/01/2010 | 10/01/2010 | 03/27/2010 |
| Maturity | 10/01/2010; Term in Months 41 | 10/01/2010; Term in Months 41 | 03/27/2010; Term in Months 35 |
| FRR (Existing/ScoreCard/Override) | 5 / 6- / 7 | 5 / 6- / 7 | 5 / 6- / 7 |
| Repayment (If non-standard, attach amortization schedule) | | | |
| Collateral | N/A | N/A | N/A |
| Collateral Crossed to: | See Narrative | See Narrative | See Narrative |
| Pricing | N/A | N/A | N/A |
| Fees | N/A | N/A | N/A |
| Transaction RAROC | N/A | N/A | N/A |
| Lead Arranger | N/A | N/A | N/A |
| Total Facility Amount | N/A | N/A | N/A |
| Bank of America Role | N/A | N/A | N/A |
| Co-Borrower | N/A | N/A | N/A |
| Guarantor | N/A | N/A | N/A |

| | FACILITY 16 | FACILITY 17 | FACILITY 18 |
|---|---|---|---|
| Action (New, Renewal etc.) | Modification; Accept Exposure | Modification; Accept Exposure | Modification; Accept Exposure |
| Requested Amount | $15,235 | $15,235 | $15,235 |
| Existing Amount | $15,235 | $15,235 | $15,235 |
| Facility Type | Other | Other | Other |
| Expiration | 03/27/2010 | 03/27/2010 | 03/27/2010 |
| Maturity | 03/27/2010; Term in Months 35 | 03/27/2010; Term in Months 35 | 03/27/2010; Term in Months 35 |
| FRR (Existing/ScoreCard/Override) | 5 / 6- / 7 | 5 / 6- / 7 | 5 / 6- / 7 |
| Repayment (If non-standard, attach amortization schedule) | | | |
| Collateral | N/A | N/A | N/A |
| Collateral Crossed to: | See Narrative | See Narrative | See Narrative |
| Pricing | N/A | N/A | N/A |
| Fees | N/A | N/A | N/A |
| Transaction RAROC | N/A | N/A | N/A |
| Lead Arranger | N/A | N/A | N/A |
| Total Facility Amount | N/A | N/A | N/A |
| Bank of America Role | N/A | N/A | N/A |
| Co-Borrower | N/A | N/A | N/A |
| Guarantor | N/A | N/A | N/A |

| | FACILITY 19 | FACILITY 20 | FACILITY 21 |
|---|---|---|---|
| Action (New, Renewal etc.) | Modification; Accept Exposure | Modification; Accept Exposure | Modification; Accept Exposure |
| Requested Amount | $14,173 | $14,173 | $14,173 |
| Existing Amount | $14,173 | $14,173 | $14,173 |
| Facility Type | Other | Other | Other |
| Expiration | 04/01/2010 | 04/01/2010 | 04/10/2010 |
| Maturity | 04/01/2010; Term in Months 35 | 04/01/2010; Term in Months 35 | 04/01/2010; Term in Months 35 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0013077

**Bank of America**

## Credit Approval Report (COML)

| | | | |
|---|---|---|---|
| FRR (Existing/ScoreCard/Override) | 5 / 6- / 7 | 5 / 6- / 7 | 5 / 6- / 7 |
| Repayment (If non-standard, attach amortization schedule) | | | |
| Collateral | N/A | N/A | N/A |
| Collateral Crossed to: | See Narrative | See Narrative | See Narrative |
| Pricing | N/A | N/A | N/A |
| Fees | N/A | N/A | N/A |
| Transaction RAROC | N/A | N/A | N/A |
| Lead Arranger | N/A | N/A | N/A |
| Total Facility Amount | N/A | N/A | N/A |
| Bank of America Role | N/A | N/A | N/A |
| Co-Borrower | N/A | N/A | N/A |
| Guarantor | N/A | N/A | N/A |

| | FACILITY 22 | FACILITY 23 | |
|---|---|---|---|
| Action (New, Renewal etc.) | Modification; Accept exposure | Modification; Accept exposure | |
| Requested Amount | $12,555 | $12,555 | |
| Existing Amount | $12,555 | $12,555 | |
| Facility Type | Other | Other | |
| Expiration | 08/01/2009 | 08/01/2009 | |
| Maturity | 08/01/2009; Term in Months 27 | 08/01/2009; Term in Months 27 | |
| FRR (Existing/ScoreCard/Override) | 5 / 6- / 7- | 5 / 6- / 7 | |
| Repayment (If non-standard, attach amortization schedule) | | | |
| Collateral | N/A | N/A | |
| Collateral Crossed to: | See Narrative | See Narrative | |
| Pricing | N/A | N/A | |
| Fees | N/A | N/A | |
| Transaction RAROC | N/A | N/A | |
| Lead Arranger | N/A | N/A | |
| Total Facility Amount | N/A | N/A | |
| Bank of America Role | N/A | N/A | |
| Co-Borrower | N/A | N/A | |
| Guarantor | N/A | N/A | |

Borrower  Name:          LOS ANGELES TIMES

| | FACILITY 24 | | |
|---|---|---|---|
| Action (New, Renewal etc.) | Modification; Accept Exposure | | |
| Requested Amount | $4,992 | | |
| Existing Amount | $4,992 | | |
| Facility Type | Other | | |
| Expiration | 12/15/2007 | | |
| Maturity | 12/15/2007; Term in Months 8 | | |
| FRR (Existing/ScoreCard/Override) | 5 / 6- / 7 | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013078

**Bank of America**

## Credit Approval Report (COML)

| | | | |
|---|---|---|---|
| **Repayment** (If non-standard, attach amortization schedule) | | | |
| **Collateral** | N/A | | |
| **Collateral Crossed to:** | See Narrative | | |
| **Pricing** | N/A | | |
| **Fees** | N/A | | |
| **Transaction RAROC** | N/A | | |
| **Lead Arranger** | N/A | | |
| **Total Facility Amount** | N/A | | |
| **Bank of America Role** | N/A | | |
| **Co-Borrower** | N/A | | |
| **Guarantor** | N/A | | |

Borrower  Name:    SOUTHERN CONNECTICUT NEWSPAPERS INC

| | **FACILITY 25** | | |
|---|---|---|---|
| **Action (New, Renewal etc.)** | Modification; Accept Exposure | | |
| **Requested Amount** | $8,440 | | |
| **Existing Amount** | $8,440 | | |
| **Facility Type** | Other | | |
| **Expiration** | 07/15/2008 | | |
| **Maturity** | 07/15/2008; Term in Months 15 | | |
| **FRR** (Existing/ScoreCard/Override) | 5 / 6- / 7 | | |
| **Repayment** (If non-standard, attach amortization schedule) | | | |
| **Collateral** | N/A | | |
| **Collateral Crossed to:** | See Narrative | | |
| **Pricing** | N/A | | |
| **Fees** | N/A | | |
| **Transaction RAROC** | N/A | | |
| **Lead Arranger** | N/A | | |
| **Total Facility Amount** | N/A | | |
| **Bank of America Role** | N/A | | |
| **Co-Borrower** | N/A | | |
| **Guarantor** | N/A | | |

Borrower  Name:    SUN-SENTINEL COMPANY

| | **FACILITY 26** | **FACILITY 27** | **FACILITY 28** |
|---|---|---|---|
| **Action (New, Renewal etc.)** | Modification; Accept Exposure | Modification; Accept Exposure | Modification; Accept Exposure |
| **Requested Amount** | $62,248 | $62,248 | $62,248 |
| **Existing Amount** | $62,248 | $62,248 | $62,248 |
| **Facility Type** | Other | Other | Other |
| **Expiration** | 09/22/2010 | 09/22/2010 | 09/22/2010 |
| **Maturity** | 09/22/2010; Term in Months 41 | 09/22/2010; Term in Months 41 | 09/22/2010; Term in Months 41 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0013079

Bank of America

## Credit Approval Report (COML)

| FRR (Existing/ScoreCard/Override) | 5 / 6- / 7 | 5 / 6- / 7 | 5 / 6- / 7 |
|---|---|---|---|
| Repayment (If non-standard, attach amortization schedule) | | | |
| Collateral | N/A | N/A | N/A |
| Collateral Crossed to: | See Narrative | See Narrative | See Narrative |
| Pricing | N/A | N/A | N/A |
| Fees | N/A | N/A | N/A |
| Transaction RAROC | N/A | N/A | N/A |
| Lead Arranger | N/A | N/A | N/A |
| Total Facility Amount | N/A | N/A | N/A |
| Bank of America Role | N/A | N/A | N/A |
| Co-Borrower | N/A | N/A | N/A |
| Guarantor | N/A | N/A | N/A |

| | FACILITY 29 | | |
|---|---|---|---|
| Action (New, Renewal etc.) | Modification; Accept Exposure | | |
| Requested Amount | $62,248 | | |
| Existing Amount | $62,248 | | |
| Facility Type | Other | | |
| Expiration | 09/22/2010 | | |
| Maturity | 09/22/2010; Term in Months 41 | | |
| FRR (Existing/ScoreCard/Override) | 5 / 6- / 7 | | |
| Repayment (If non-standard, attach amortization schedule) | | | |
| Collateral | N/A | | |
| Collateral Crossed to: | See Narrative | | |
| Pricing | N/A | | |
| Fees | N/A | | |
| Transaction RAROC | N/A | | |
| Lead Arranger | N/A | | |
| Total Facility Amount | N/A | | |
| Bank of America Role | N/A | | |
| Co-Borrower | N/A | | |
| Guarantor | N/A | | |

Borrower Name:      TRIBUNE COMPANY

| | FACILITY 30 | FACILITY 31 | FACILITY 32 |
|---|---|---|---|
| Action (New, Renewal etc.) | New | New | New |
| Requested Amount | $1,091,700,000 | $315,750,000 | $112,500,000 |
| Existing Amount | $0 | $0 | $0 |
| Facility Type | Term B Loan | Term B Loan | Orig Mat and Terminat >1 Yr-No Term Loan |
| Expiration | 05/30/2014 | 05/30/2014 | 05/30/2013 |
| Maturity | 05/30/2014; Term in Months 84 | 05/30/2014; Term in Months 84 | 05/30/2013; Term in Months 72 |
| FRR (Existing/ScoreCard/Override) | 5 / 6- / 7 | 5 / 6- / 7 | 5 / 6- / 7 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013080

Bank of America

## Credit Approval Report (COML)

| | | | |
|---|---|---|---|
| **Repayment** (If non-standard, attach amortization schedule) | 7 years / 1% per year (paid in equal quarterly installments), bullet at maturity. | 7 years / 1% per year (paid in equal quarterly installments), bullet at maturity. | |
| **Collateral** | N/A | N/A | N/A |
| **Collateral Crossed to:** | See Narrative | See Narrative | See Narrative |
| **Pricing** | L + 250 bps | L + 250 bps | L + 250 bps |
| **Fees** | See Narrative | See Narrative | See Narrative |
| **Transaction RAROC** | N/A | N/A | 86.54% |
| **Lead Arranger** | Bank of America | Bank of America | Bank of America |
| **Total Facility Amount** | $7,278,000,000 | $2,105,000,000 | $750,000,000 |
| **Bank of America Role** | Co-Lead Arranger | Co-Lead Arranger | Co-Lead Arranger |
| **Co-Borrower** | N/A | N/A | N/A |
| **Guarantor** | N/A | N/A | N/A |

| | **FACILITY 33** | **FACILITY 34** | **FACILITY 35** |
|---|---|---|---|
| **Action (New, Renewal etc.)** | Renewal; Accept Exposure | Modification; Accept Exposure | Modification; Accept Exposure |
| **Requested Amount** | $2,000,000 | $16,016 | $679 |
| **Existing Amount** | $2,000,000 | $16,016 | $679 |
| **Facility Type** | FX Reval Limit | Other | Other |
| **Expiration** | 05/31/2008 | 03/15/2009 | 03/15/2007 |
| **Maturity** | 05/31/2008; Term in Months 13 | 03/15/2009; Term in Months 23 | 08/15/2007; Term in Months 4 |
| **FRR** (Existing/ScoreCard/Override) | 5 / 6- / 7 | 5 / 6- / 7 | 5 / 6- / 7 |
| **Repayment** (If non-standard, attach amortization schedule) | | | |
| **Collateral** | N/A | N/A | N/A |
| **Collateral Crossed to:** | See Narrative | See Narrative | See Narrative |
| **Pricing** | N/A | N/A | N/A |
| **Fees** | N/A | N/A | N/A |
| **Transaction RAROC** | N/A | N/A | N/A |
| **Lead Arranger** | N/A | N/A | N/A |
| **Total Facility Amount** | N/A | N/A | N/A |
| **Bank of America Role** | N/A | N/A | N/A |
| **Co-Borrower** | N/A | N/A | N/A |
| **Guarantor** | N/A | N/A | N/A |

| | **FACILITY 36** | **FACILITY 37** | **FACILITY 38** |
|---|---|---|---|
| **Action (New, Renewal etc.)** | Modification; Cancel | Modification; Cancel | Modification; Cancel |
| **Requested Amount** | $0 | $0 | $0 |
| **Existing Amount** | $28,000,000 | $125,000,000 | $62,500,000 |
| **Facility Type** | Derivative Limit | Term Loan | Revolving Credit Line (Over 1 yr tenor) |
| **Expiration** | 06/29/2007 | 11/01/2006 | 06/20/2011 |
| **Maturity** | 07/07/2012 | 06/20/2011 | 06/20/2011 |
| **FRR** (Existing/ScoreCard/Override) | 4+ / N/A / N/A | 4+ / N/A / N/A | 4+ / N/A / N/A |
| **Repayment** (If non-standard, attach amortization schedule) | | | |
| **Collateral** | N/A | N/A | N/A |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0013081

**Bank of America** 🇺🇸

## Credit Approval Report (COML)

| | | | |
|---|---|---|---|
| Collateral Crossed to: | See Narrative | See Narrative | See Narrative |
| Pricing | N/A | N/A | N/A |
| Fees | N/A | N/A | N/A |
| Transaction RAROC | N/A | N/A | N/A |
| Lead Arranger | N/A | N/A | N/A |
| Total Facility Amount | N/A | N/A | N/A |
| Bank of America Role | N/A | N/A | N/A |
| Co-Borrower | N/A | N/A | N/A |
| Guarantor | N/A | N/A | N/A |

| | FACILITY 39 | FACILITY 40 | FACILITY 41 |
|---|---|---|---|
| Action (New, Renewal etc.) | Modification; Cancel | Renewal; Accept Exposure | Renewal; Accept Exposure |
| Requested Amount | $0 | $21,000,000 | $15,000,000 |
| Existing Amount | $86,686,047 | $21,000,000 | $15,000,000 |
| Facility Type | Term Loan | Daylight Overdraft Limit | Treasury Mgmt Customer Limit (ACH+CDA) |
| Expiration | 06/26/2007 | 06/30/2013 | 06/30/2013 |
| Maturity | 06/26/2007 | 06/30/2013; Term in Months 74 | 06/30/2013; Term in Months 74 |
| FRR (Existing/ScoreCard/Override) | 4+ / N/A / N/A | 5 / 6- / 7 | 5 / 6- / 7 |
| Repayment (If non-standard, attach amortization schedule) | | | |
| Collateral | N/A | N/A | N/A |
| Collateral Crossed to: | See Narrative | See Narrative | See Narrative |
| Pricing | N/A | N/A | N/A |
| Fees | N/A | N/A | N/A |
| Transaction RAROC | N/A | N/A | N/A |
| Lead Arranger | N/A | N/A | N/A |
| Total Facility Amount | N/A | N/A | N/A |
| Bank of America Role | N/A | N/A | N/A |
| Co-Borrower | N/A | N/A | N/A |
| Guarantor | N/A | N/A | N/A |

| | FACILITY 42 | FACILITY 43 | FACILITY 44 |
|---|---|---|---|
| Action (New, Renewal etc.) | Renewal; Accept Exposure | Modification; Accept Exposure | Renewal; Accept Exposure |
| Requested Amount | $5,000,000 | $25,000 | $10,000,000 |
| Existing Amount | $5,000,000 | $25,000 | $10,000,000 |
| Facility Type | FX Settlement Limit | International Wire Pre-Advice Limit | FX Contract Limit |
| Expiration | 05/31/2008 | 06/30/2007 | 05/31/2008 |
| Maturity | 05/31/2008; Term in Months 13 | 06/30/2007; Term in Months 2 | 05/31/2008; Term in Months 13 |
| FRR (Existing/ScoreCard/Override) | 5 / 6- / 7 | 5 / 6- / 7 | 5 / 6- / 7 |
| Repayment (If non-standard, attach amortization schedule) | | | |
| Collateral | N/A | N/A | N/A |
| Collateral Crossed to: | See Narrative | See Narrative | See Narrative |
| Pricing | N/A | N/A | N/A |
| Fees | N/A | N/A | N/A |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              BOA-TRB-0013082

**Bank of America**

# Credit Approval Report (COML)

| Transaction RAROC | N/A | N/A | N/A |
|---|---|---|---|
| Lead Arranger | N/A | N/A | N/A |
| Total Facility Amount | N/A | N/A | N/A |
| Bank of America Role | N/A | N/A | N/A |
| Co-Borrower | N/A | N/A | N/A |
| Guarantor | N/A | N/A | N/A |

## Sublimits

| | 33.1 | 36.1 | 42.1 |
|---|---|---|---|
| Borrower | TRIBUNE COMPANY | TRIBUNE COMPANY | TRIBUNE COMPANY |
| GCI # | 005161542 | 005161542 | 005161542 |
| Facility Type | FX Reval Limit | Derivative Limit | FX Settlement |
| Tenors | Y001 | Y005 | M012 |
| Requested Amount | $2,000,000 | $0 | $5,000,000 |
| Existing Amount | $2,000,000 | $28,000,000 | $5,000,000 |

| | 44.1 | | |
|---|---|---|---|
| Borrower | TRIBUNE COMPANY | | |
| GCI # | 005161542 | | |
| Facility Type | FX Contract Limit | | |
| Tenors | M012 | | |
| Requested Amount | $10,000,000 | | |
| Existing Amount | $10,000,000 | | |

## Due Diligence Checklist

| | Y/N | Comments |
|---|---|---|
| For NEW clients, has a face-to-face meeting with key management been conducted at their place of business? <br><br> For existing borrowers, has a tour of the borrower's physical premises been conducted within the last 12 months? <br><br> Have face-to-face meetings been held with key management and other principals (significant stock holders, investors, etc.)? | Y | |
| Have all necessary routine bank and credit reference checks been received? <br><br> Has the required background investigation through the Due Diligence Investigation team been completed on the borrower, principals and guarantors? Is the report clean? | Y | |
| Has borrower's accounting firm/individual been verified? <br><br> Have any changes to the borrower's accounting firm/auditor been verified? <br><br> Have all financial statements from individual borrowers/guarantors been signed by the borrower/guarantor per Risk Policy 8.20? | Y | |

## Regulatory Compliance Issues / Policy Exceptions

| | Y/N | Fac # | Policy #, Exception Description and Justification; Regulatory Issue Identification |
|---|---|---|---|
| Existing/Proposed Policy Exceptions? | N | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        BOA-TRB-0013083

**Bank of America**

## Credit Approval Report (COML)

| | | | |
|---|---|---|---|
| Documentation Exceptions? | N | | |
| Collateral Exceptions? | N | | |
| Material Underwriting Variances? | N | | |
| FDICIA Exceptions? | N | | |
| Regulatory Compliance Issues | Y | 30,31,32 | Shared National Credit |
| | | 30,31,32 | Leveraged Lending |
| | | 30,31,32 | Structured Leveraged Transaction |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013084



# Exposure Report

| Ref. # | R B C | Facility Type | Gross L&LE Facility | Gross Utilizations | Intraday Risk Facility Amount | Original Booking Date | Latest Maturity Date | F R R | Support Type, Collateral Description & Providers of Support | Credit Responsible Unit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Proposed Direct Exposure** | | | | | | | | | | |
| **CHICAGO TRIBUNE COMPANY, 326063153, ORR: 7, NAICS: 511102 Newspaper Publishers -- Monopoly Daily, Legal Code: 03 CORPORATION** | | | | | | | | | | |
| F1 | | Other | $47,378 | $47,378 | $0 | | 11/01/2011 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F2 | | Other | $47,378 | $47,378 | $0 | | 11/01/2011 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F3 | | Other | $47,378 | $47,378 | $0 | | 11/01/2011 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F4 | | Other | $47,378 | $47,378 | $0 | | 11/01/2011 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F5 | | Other | $47,378 | $47,378 | $0 | | 11/01/2011 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F6 | | Other | $47,378 | $47,378 | $0 | | 11/01/2011 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F7 | | Other | $47,378 | $47,378 | $0 | | 11/01/2011 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F8 | | Other | $47,378 | $47,378 | $0 | | 11/01/2011 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F9 | | Other | $47,378 | $47,378 | $0 | | 11/01/2011 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F10 | | Other | $47,378 | $47,378 | $0 | | 11/01/2011 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F11 | | Other | $39,803 | $39,803 | $0 | | 05/01/2010 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F12 | | Other | $23,894 | $23,894 | $0 | | 10/01/2010 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F13 | | Other | $23,894 | $23,894 | $0 | | 10/01/2010 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F14 | | Other | $23,894 | $23,894 | $0 | | 10/01/2010 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F15 | | Other | $15,235 | $15,235 | $0 | | 03/27/2010 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F16 | | Other | $15,235 | $15,235 | $0 | | 03/27/2010 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F17 | | Other | $15,235 | $15,235 | $0 | | 03/27/2010 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F18 | | Other | $15,235 | $15,235 | $0 | | 03/27/2010 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F19 | | Other | $14,173 | $14,173 | $0 | | 04/01/2010 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F20 | | Other | $14,173 | $14,173 | $0 | | 04/01/2010 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F21 | | Other | $14,173 | $14,173 | $0 | | 04/01/2010 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F22 | | Other | $12,555 | $12,555 | $0 | | 08/01/2009 | 7- | | CHICAGO GENERAL INDUSTRIES |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      BOA-TRB-0013085

**Bank of America**

## Exposure Report

| F23 | Other | $12,555 | $12,555 | $0 | 08/01/2009 | 7 | | CHICAGO GENERAL INDUSTRIES |
|---|---|---|---|---|---|---|---|---|

**LOS ANGELES TIMES, 100007467, ORR: 7, NAICS: 513101 Diversified Media Companies, Legal Code: 03 CORPORATION**

| F24 | Other | $4,992 | $4,992 | $0 | 12/15/2007 | 7 | | CHICAGO GENERAL INDUSTRIES |
|---|---|---|---|---|---|---|---|---|

**SOUTHERN CONNECTICUT NEWSPAPERS INC, 327824512, ORR: 7, NAICS: 511103 Newspaper Publishers -- Competitive Daily, Legal Code: 03 CORPORATION**

| F25 | Other | $8,440 | $8,440 | $0 | 07/15/2008 | 7 | | CHICAGO GENERAL INDUSTRIES |
|---|---|---|---|---|---|---|---|---|

**SUN-SENTINEL COMPANY, 901827659, ORR: 7, NAICS: 513101 Diversified Media Companies, Legal Code: 03 CORPORATION**

| F26 | Other | $62,248 | $62,248 | $0 | 09/22/2010 | 7 | | CHICAGO GENERAL INDUSTRIES |
|---|---|---|---|---|---|---|---|---|
| F27 | Other | $62,248 | $62,248 | $0 | 09/22/2010 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F28 | Other | $62,248 | $62,248 | $0 | 09/22/2010 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F29 | Other | $62,248 | $62,248 | $0 | 09/22/2010 | 7 | | CHICAGO GENERAL INDUSTRIES |

**TRIBUNE COMPANY, 005161542, ORR: 7, NAICS: 513101 Diversified Media Companies, Legal Code: 03 CORPORATION**

| F30 | Term B Loan | $1,091,700,000 | $0 | $0 | 05/30/2014 | 7 | | CHICAGO GENERAL INDUSTRIES |
|---|---|---|---|---|---|---|---|---|
| F31 | Term B Loan | $315,750,000 | $0 | $0 | 05/30/2014 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F32 | Ong Mat and Terminat >1 Yr-No Term Loan | $112,500,000 | $0 | $0 | 05/30/2013 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F33 1 | FX Reval Limit | $0 | $0 | $0 | 05/31/2008 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F33 2 | FX Reval Limit | $2,000,000 | $0 | $0 | 05/31/2008 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F34 | Other | $16,016 | $16,016 | $0 | 03/15/2009 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F35 | Other | $679 | $679 | $0 | 08/15/2007 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F36 | Derivative Limit | $0 | $0 | $0 | 07/07/2012 | 4+ | | MEDIA - DALLAS |
| F37 | Term Loan | $0 | $125,000,000 | $0 | 06/20/2011 | 4+ | Unsecured | MEDIA - DALLAS |
| F38 | Revolving Credit Line (Over 1 yr tenor) | $0 | $0 | $0 | 06/20/2011 | 4+ | Unsecured | MEDIA - DALLAS |
| F39 | Term Loan | $0 | $64,709,302 | $0 | 06/26/2007 | 4+ | Unsecured | MEDIA - DALLAS |
| F40 | Daylight Overdraft Limit | $0 | $0 | $21,000,000 | 06/30/2013 | 7 | | MEDIA - DALLAS |
| F41 | Treasury Mgmt Customer Limit (ACH+CDA) | $0 | $0 | $15,000,000 | 06/30/2013 | 7 | | MEDIA - DALLAS |
| F42 | FX Settlement Limit | $0 | $0 | $5,000,000 | 05/31/2008 | 7 | | CHICAGO GENERAL INDUSTRIES |
| F43 | International Wire Pre-Advice Limit | $0 | $0 | $25,000 | 06/30/2007 | 7 | | MEDIA - DALLAS |
| F44 | FX Contract Limit | $0 | $0 | $0 | 05/31/2008 | 7 | | CHICAGO GENERAL INDUSTRIES |

| Total Proposed Direct Exposure Totals | $1,522,942,953 | $190,702,255 | $41,025,000 | | | | |
|---|---|---|---|---|---|---|---|
| | | **Memo:** | $10,000,000 | | | | |
| | | **Issuer Risk** | $0 | | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0013086



# Exposure Report

## Indirect/Related Exposure

| Indirect / Related Exposure Totals | $0 | $0 | $0 | | | | |
|---|---|---|---|---|---|---|---|
| | | | Memo: | $0 | | | |
| | | | Issuer Risk | $0 | | | |

## Other BofA Exposure

TRIBUNE COMPANY, 005161542, ORR: 7, NAICS: 513101 Diversified Media Companies, Legal Code: 03 CORPORATION

| 45 | C | Issuer Limits - Securities Trading | $0 | $105,528,560 | $0 | 04/17/2007 | | 4+ | | GMRM MR REPORTING |
|---|---|---|---|---|---|---|---|---|---|---|
| 46 | C | PAR/Non-PAR - Term Loan | $0 | $10,000,000 | $0 | 12/21/2006 | 06/20/2011 | Sup Miscellaneous - CRM Ineligible | | PAR LOANS - PAR AND LT PAR |

| Total Other BofA Exposure | $0 | $115,528,560 | $0 | | | | |
|---|---|---|---|---|---|---|---|
| . | | | Memo: | $10,000,000 | | | |
| | | | Issuer Risk | $105,528,560 | | | |

| Grand total | $1,522,942,953 | $306,230,815 | $41,025,000 | | | | |
|---|---|---|---|---|---|---|---|
| | | | Memo: | $20,000,000 | | | |
| | | | Issuer Risk | $105,528,560 | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                 BOA-TRB-0013087

☒

**Complete this form only if credit agreements/closing documents are to be prepared by outside counsel.   Attach to the CAR.**

| | | | |
|---|---|---|---|
| Bank Contact Officer: | Dan Petrik | Date of CAR Preparation: | 4/20/2007 |
| Borrower Legal Name: | **TRIBUNE COMPANY** | Application #s: | |
| Bank Counsel/Law Firm: | Cahill Gordon & Reindel LLP | Bank Counsel phone number: | (212) 701-3380 |
| Bank Counsel contact name: | Jonathan A. Schaffzin | | |

## MULTI-LENDER AGREEMENT

**Complete this section if any other Lender is a party to this credit.**

| | | | |
|---|---|---|---|
| Name of Agent / Lead Bank | JPM Chase / Administrative Agent | Number of Banks in Credit | 4 – See Below |
| BofA Agency Management involved? | ☐ Yes    ☒ No | Amount of Total Credit | $10,133,000,000 |
| Funding Will Be | ☒ Pro-Rata    ☐ Other, Specify: | BofA underwritten | $1,519,950,000 |
| Syndication Rating | 4 (required if BofA underwritten) | BofA hold | $67,500,000 |

Voting:  Changes to this agreement must be approved by Banks representing the following percentages of the total of

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Commitment Amount | | ☐ Outstanding Loans | | ☐ Number of Banks | Names of Banks | % |
| | | | | | JPM Chase | 30% |
| >51% | 1. Waive or Amend Covenants | | | | Merrill Lynch | 30% |
| 100% | 2. Accelerate Maturity Date of Debt | | | | Citigroup | 25% |
| N | 3. Are there any deviations from the policy on unanimous vote, as specified in the section "Voting Rights" in CPG Policy E-5, Syndicated Loans, Participations and Assignments? (If Yes, specifically list the actions that will not require the unanimous vote of the lenders). | | | | Bank of America | 15% |

### INSTRUMENTS

**Indicate the type of debt instruments to be used and their source; use BofA for Bank of America standard forms, ATTY for attorney drawn documents, or OB for other Bank's standard forms.**

| | | | |
|---|---|---|---|
| | Direct Notes to this Bank | _____ | Application for Commercial Letter of Credit |
| ATTY | Credit Agreement to this Bank | _____ | Application for Standby Letter of Credit |
| ATTY | Participation Agreement | _____ | Industrial Revenue / Development Bonds |
| ATTY | Bankers' Acceptances | _____ | Reimbursement Agreement |
| | | _____ | Other (Specify) |

### REPORTING

**Business FYE, Interim Financial  Statements and Tax Returns:**
Insert "X" as applicable below.

| Business Entity Name: | Fre-quency | Quality/Prepared by | | | | | FYE Date | Due # of Days after Per. End | Degree of Consolidation | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Audited | Review | Compiled | Comp. Prep | Tax Return | | | Consoli-dated | Consolidat-ing | Unconsol-idated |
| Tribune Company | A | X | | | | | 12/31 | 90 | X | | |
| Tribune Company | Q | | | | X | | 12/31 | 45 | X | | |

**Personal Financial Statements/Individual Tax Returns:**
Insert "X" as applicable for individual borrowers/guarantors, below.

| Name | Annual Balance Sheet And Income Stmt. | Due Date | Federal Income Tax Returns | Due # of Days after Filing | Other Requirements/ Comments |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**Respond (Y/N) to each question, and indicate frequency and type of other required reports due from borrower, i.e. Borrowing Base, Agings, Contract Status, 10-K, etc.**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    BOA-TRB-0013088

| | |
|---|---|
| Y | All required Financial Statements must be accompanied by a Certificate of Compliance signed by a responsible officer of the Company, which includes the Borrower's computation of all financial covenants |
| N | Borrowing Base Certificates required within _____ days after _____ reporting period (non-ABL credit). |
| N | Fee for Late Financial Statements. If Yes, _____% of payment and no more than _____ # days late. |
| N | Other. |

**QUANTITATIVE RESTRICTIONS**

**Add summary of additional provisions.** All covenants assumed to apply to borrower, unless identified as follows: if covenant applies to guarantor, insert "G" in the column "Applies to;" if covenant applies to both Borrower and Guarantor, insert "BG in that column.

| | | Covenants- Indicate Annual(A) / Quarterly(Q) / Monthly(M) / Semi-ann(S) compliance in the box to left. (* Denotes new covenant) | Applies to: | RLG 4 qtr | Requested (NC=no change) $ shown in 000s | Existing $ shown in 000s | Actual As Of 12/31/06 $ shown in 000s | Forecast As of 12/31/07 $ shown in 000s | | Comments, Definitions, etc. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **STANDARD COVENANTS** | | | | | | | | |
| | 1 | Working Capital (min.) | | | $ | $ | $ | $ | 1 | |
| | 2 | Tangible Net Worth (min.) | | | $ | $ | $ | $ | 2 | |
| | 3 | Quick Ratio (min.) | | | | | | | 3 | |
| | 4 | Profitability (min.) | | | | | | | 4 | Time period: |
| | 5 | Debt to Worth (max.) | | | | | | | 5 | |
| | 6 | Debt Service Coverage (min.) | | | | | | | 6 | |
| | 7 | Out of Debt Period for line year ending ___/___/___ | | | | | | | 7 | # _____ of days  Paid down to $ _____ |
| | 8 | Unencumbered Liquid Assets | | | | | | | 8 | a. _____ % b. $ _____ |
| Q | 9 | Maximum Total Guaranteed Leverage Ratio | Borrower | X | 6.25x (1), or 9.00x (2) | N/A | 3.78x (3) | 5 72x | 9 | Total Guaranteed Debt / EBITDA less than (after completion of the first step): • 6.25x from closing of the first step to FYE 2007 • 6.00x for FY 2008 • 5.75x for FY 2009 • 5.50x for FY 2010 • 5.25x for FY 2011 and thereafter After completion of the second step, the Total Guaranteed Debt / LTM EBITDA covenant will be amended to a maximum of: • 9.00x from the closing of the second step to FYE 2007 • 9.00x for FY 2008 • 8.75x for FY 2009 • 8.50x for FY 2010 • 8.25x for FY 2011 and thereafter |
| Q | 10 | Minimum Interest Coverage Ratio | Borrower | X | 1.75x (1), or 1.10x (2) | N/A | 5.28x | 1.48x | 10 | LTM EBITDA / Interest greater than (after completion of the first step): • 1.75x from closing of the first step to FYE 2007 • 2.00x thereafter After completion of the second step, the LTM EBITDA / Interest covenant will be amended to a minimum of: • 1.10x from the closing of the second step to FYE 2007 • 1.15x for FY 2008 • 1.20x for FY 2009 • 1.25x for FY 2010 and thereafter |
| A | 11 | Capital Expenditures (max.) | Borrower | | | | $TBD | $TBD | 11 | $TBD |

8/14/2007

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013089

| | | OTHER COVENANTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 12 | Current Ratio (min.) | | | | | | | 12 | |
| | 13 | Interest Coverage (min.) | | | | | | | 13 | Define |
| | 14 | Lease & Rental Expense (Indebtedness & Liens (max) | | | $ | $ | $ | $ | 14 | Max Amt |
| | 15 | Excess Cash Flow Recapture (Note Provision) | | | | | | | 15 | a. _____ % of Adj Gross Income |
| | | | | | | | | | | b. Define |
| | 16 | Collateral Coverage (min.) | | | | | | | 16 | Define |
| | 17 | Limitation on (max) | Dividends/ Distributions | | | | | | 17 | |
| | | | Capital Stock Repurchase | | | | | | | |
| | | | Officer Compensation | | | | | | | |
| | 18 | Waiver Fee (Loan Fees, Charges and Expenses) | | | | | | | 18 | Amount, if appl $_____ |
| Q | 19 | Lender as Principal Depository (Fin. Cov/Ratios – Other Req.) | | | | | | | | |
| | 20 | Other | | | | | | | | |

| Additional Comments (covenant definitions, step-up / downs, etc.).  Identify covenant number.: |
|---|
| |

| Additional Comments (covenant definitions, step-up / downs, etc.).  Identify covenant number.: |
|---|
| |

| QUALITATIVE CONTROLS | | | |
|---|---|---|---|
| | (Y/N)  All standard qualitative controls will be included in the agreement without any modifications. | | |
| X means provisions that will be _excluded_ from this agreement. | | Comments | |
| Indebtedness & Liens   (All of following are Negative Covenants) | | | |
| 1. | Incur no other debt. | 1. | Amount, if appl $TBD |
| 2 | No pledge or mortgage of assets. | TBD | |
| 3. | No disposal of assets outside ordinary course of business. | TBD | |
| 4 | No asset transfers to trusts (individuals) | | |
| 5. | All Debt due to Bank of America will be cross collateralized. | | |
| Loans, Acquisitions, & Guaranties | | | |
| 6 | Investments are limited to [U.S. Government obligations, stock of subsidiaries,] and (specify under comments) | 6. | Amount, if appl $TBD |
| 7 | No Advances to third parties. | | |
| Continuity of Operations | | | |
| 8. | No change in:  management | | |
| 9. | No change in:  ownership | 9. | _____ % If other than 25%  (Fin. Cov/Ratios – Other Req.) |
| 10. | No mergers or acquisitions | TBD | |
| 11. | No change in basic business. | | |
| 12 | Borrower may not liquidate, dissolve or voluntarily suspend business _for more than a specified  number of days_ | 12 | # _____ days in any    day period |
| Notices of Claims and Litigation (All of following are Affirmative Covenants) | | | |
| 13. | Inform bank of any litigation over specified dollar amount. | TBD  13. | Amount $ |
| 14. | Inform Bank of actual or potential contingent liabilities. | TBD  14. | Amount $ |
| Insurance | | | |
| 15. | Maintain proper casualty insurance. | | |
| 16. | Maintain proper business interruption insurance. | 16. | Amount  $ |
| Compliance with Governmental Regulations | | | |
| 17. | Compliance with all applicable regulatory requirements, for example, OSHA, EPA, Pension Guaranty Board, ERISA | | |
| Financial Records | | | |
| 18 | Bank has full authority to inspect all records and property | | |
| 19 | Borrower's accounting complies with generally accepted principles to be applied consistently throughout life of loan. | | |
| Miscellaneous Fees | | | |
| 20. | Borrower pays all legal and professional fees | | |
| 21. | Borrower pays all ABL audit fees | | |
| "I" means additional provisions that will be _included_ in this agreement. | | | |
| 1. | | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              BOA-TRB-0013090

| | | EVENTS OF DEFAULT | | |
|---|---|---|---|---|
| | (Y/N)  All standard Events of Default will be included in the agreement without any modifications. | | Bank Must Give Notice | Grace Period |
| X means provisions which will be *excluded* from this agreement. | | | | |
| **Payment Default** | | | | |
| | 1. | Failure to pay principal and / or interest | N/A | |
| **Other Defaults** | | | | |
| | 2. | Financial Covenants violation | | |
| | 3. | Cross-Defaulted to | | |
| | 3a. | Borrower's/Guarantor's other debts due to Bank and Bank affiliates | | |
| | 3b | Borrower's/Guarantors debts due to other creditors | | |
| | 3c | Debts of Borrower's subs/affiliates due to Bank, Bank affil  and other creditors | | |
| **False Statements** | | | | |
| | 4. | Violation of Representations or Warranties Provision. | | |
| **Insolvency** | | | | |
| | 5 | Bankruptcy, Assignment for benefit of Creditors, etc. | | |
| | 6. | Revocation / termination of trust | | |
| **Defective Collateralization** | | | | |
| | 7. | Bank fails to have enforceable lien on collateral | | |
| **Creditor or Forfeiture Proceedings** | | | | |
| | 8. | Judgement against borrower / guarantor | | |
| **Events Affecting Borrower/Guarantor** | | | | |
| | 9. | Death of individual borrower / guarantor | | |
| **Adverse Change.** | | | | |
| | 10. | No material adverse change | | |
| "I" means additional provisions which will be *included* in this agreement. | | | | |
| | 1. | | | |

| | | REPRESENTATIONS & WARRANTIES |
|---|---|---|
| | (Y/N)  All standard Representations and Warranties will be included in the agreement without any modifications. | |
| X means provisions which will be *excluded*  from this agreement. | | |
| | 1. | Borrower is in compliance with all applicable regulatory requirements and all provisions of this agreement at closing.  (Organization) |
| | 2. | Borrower will provide documentation as to (a) valid corporate existence, (b) all taxes due have been paid, (c) authority to Borrow, (d) this borrowing will not cause violation of any other lending agreement. Required if opinion of counsel not obtained.   (Organization, Taxes; Authorization) |
| | 2a. | Borrower's legal counsel will provide opinion as to (a) valid corporate existence, (b) authority to Borrow, (c) this borrowing will not cause violation of any other lending agreement  (Not required <= $10MM In house legal counsel to advise on use if > $10MM.) |
| | 3. | The books and records properly reflect the financial condition of borrower and no material adverse change has occurred since the date of the most recent financial information  (Financial Information) |
| | 4. | Collateral is free and clear of all title defects or liens of others. (Properties) |
| | 5. | Borrower is not in default on any obligation for borrowed money and no litigation is pending or threatened of which bank has not been informed   (Litigation and Claims) |
| "I" means additional provisions which will be *included* in this agreement | | |
| | 1. | |
| | | |
| | | |

| Other Internal Tracking Requirements (become exceptions if not addressed, for example,  periodic collateral inspections by the Bank) |
|---|

| Special Instructions for Attorney |
|---|

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0013091

# Trading Limits

**Limits Expiry Date: 5/31/08**

| RECOMMENDED | Master Trading Limit (Amt) | TOTAL Amt | TOTAL Tenor | TRIBUNE COMPANY Amt | TRIBUNE COMPANY Tenor | Amt | Tenor | Amt | Tenor | Amt | Tenor | Amt | Tenor | Amt | Tenor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Derivatives Pre-Settlement | | $0 | | $0 | | | | | | | | | | | |
| (Sublimit) | | | | | | | | | | | | | | | |
| (Sublimit) | | | | | | | | | | | | | | | |
| B. FX Pre-Settlement | | $2,000,000 | | $2,000,000 | 12 months | | | | | | | | | | |
| (Sublimit) | | | | | | | | | | | | | | | |
| Securities Pre-Settlement | | $0 | | $0 | | | | | | | | | | | |
| Total Pre-Settlement Trading Limits | | $5,000,000 | | $5,000,000 | | | | | | | | | | | |
| FX Settlement* | | $5,000,000 | | $5,000,000 | | | | | | | | | | | |
| Sec Settlement* | | $0 | | $0 | | | | | | | | | | | |
| Total Settlement | | $5,000,000 | | $5,000,000 | | | | | | | | | | | |
| FX Contract* | | $10,000,000 | | $10,000,000 | | | | | | | | | | | |
| Sec Contract* | | $0 | | $0 | | | | | | | | | | | |
| Total Contract | | $10,000,000 | | $10,000,000 | | | | | | | | | | | |
| Funding | | | | | | | | | | | | | | | |
| Issuer Risk | | | | | | | | | | | | | | | |
| Issuer Contract | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | |
| Risk Rating | | | | 7 | | | | | | | | | | | |
| Credit Codes (see below) | | | | 2, 3A, 4A, 5C | | | | | | | | | | | |
| A&B Documentation complete? Y/N** | | | | Y | | | | | | | | | | | |
| GCI | | | | 005161542 | | | | | | | | | | | |
| Change? Y/N (indicate line changed) | | | | N | | | | | | | | | | | |

*The full amt will be available to shortest approved tenor . Settlement and Contract will drop by half with each additional tenor bucket unless noted below
**Documentation refers to master agreements covering derivatives and FX trading with the primary US Bank . This does not address trading which may occur with other Bank of America entities

**APPROPRIATENESS:**
For all Bank Clients Appropriateness should be addressed for each entity with trading lines approved above
For Middle Market Banking and Small Business Banking Clients this will include the following:
 Has the Client signed the Risk Acknowledgment Letter?  (N) Is the transaction a "Green" transaction (Y) (Traded Products Credit Policy Guide, Section VIII, Appendix B)
 • How do we determine the client's level of sophistication and understanding of the nature of the risks involved in the transaction? Tribune is a public company that uses foreign currency trading to reduce its exposure to currency fluctuations
 • How do we determine the transaction meets client's risk hedging policies & objectives? The FX facilities will be used to hedge its exposure to currency fluctuations and not for speculative purposes
 • How do we determine the client's risk hedging policies & objectives? Communicate restrictions on types of trades within a product group to the relevant salesperson)

**COMMENTS:** (Note here any restrictions on products or differences in Settlement/Contract limits . Communicate restrictions on types of trades within a product group to the relevant salesperson)

Credit Codes for development of master agreements:        |Comments on Credit Codes:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        BOA-TRB-0013092

## Trading Limits

1 Unsecured
2 Guaranteed (specify Guarantor(s))
3 Secured
3A- Cross Collateralized with Credit Agreement (specify if Real Estate)
3B- Margin/MTM collateral (discuss bi-lateral/unilateral, threshold, minimum transfer amount, independent amount, valuation frequency/dates, eligible collateral/haircuts, and, for FX only, initial margin %, margin call threshold, liquidation threshold)
3C- Other (specify)
4 Incorporate Existing Credit Agreement (identify agreement), with survival clause, to
4A- Cross Default to the Credit Agreement, as may be amended.
Note  Cross Default to all obligations for borrowed money (i.e. all credit agreements) is a standard provision—specify threshold amount or it will be the same as in the Credit Agreement
4B- Incorporate the Credit Agreement by reference, amend only with our consent (specify)
5. Optional Provisions to consider (possible termination events)
5A - Ratings downgrade trigger.  5D - Parent ownership clause.
5B - Financial covenants/ratios  5E - Springing lien
5C - Bank exits from credit facilities
6 Additional entities whose bankruptcy or default would cause counterparty default under our agreement (specify who)
7 Other (specify/discuss)

| | |
|---|---|
| 1 | N/A |
| 2 | All domestic subsidiaries of the Borrower |
| 3 | 3A applies |
| 4 | 4A applies |
| 5 | 5D applies |
| 6 | N/A |
| 7 | N/A |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          BOA-TRB-0013093