## Petrik, Daniel

| | |
|---|---|
| **From:** | Petrik, Daniel |
| **Sent:** | Monday, March 26, 2007 9:46 PM |
| **To:** | Hagel, Charles W |
| **Cc:** | Mills, Jeff |
| **Subject:** | Bear "What if" risk rating |

Chuck,

I know the structure keeps changing, but we ran a couple "What if" scorecards. I wanted to get this to you in case this came up on tomorrow's LFC call.

Both steps assume:
- No synergies for cost savings
- Full year of interest carry
- No adds to Retained Earnings for 2007

Step 1:
1. Estimated Book Equity of $304MM (12/31/06 amount of $4,320MM plus $225MM less $4,241MM (share repurchase) and interest rates of 2.0% spread on the B loans. RR of 6+
2. Estimated Book Equity of $304MM and interest rates of 2.50% spread on the B loans. RR of 6+

Step 2: (Assumes no taxes in "What if" year)
1. Total equity of $1.845BN (Implied equity plus Zell cash) and interest rates of 2.0% spread on the B loans and 9.0% all in on the HY. RR of 6+
2. Total equity of $1.845BN (Implied equity plus Zell cash) and interest rates of 2.50% spread on the B loans and 10.0% all in on the HY. RR 6+
3. NO Implied equity and only book equity of $225MM. Interest rates of 2.0% spread on the B loans and 9.0% all in on the HY. RR of 6.
4. NO Implied equity and only book equity of $225MM. Interest rates of 2.5% on the B loans and 10.0% all in on the HY. RR of 6-.

We can discuss tomorrow if you have questions.

I hope you are finding time to have some fun in Florida.

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                      BOA-TRB-0002813