| | |
|---|---|
| From: | O'Grady, Michael G. (IBK - CHI). |
| To: | Abraham, Mona (GMI - CAPMKTS). |
| Cc: | Nagle, Paul (GMI - CAPMKTS); Marcus, Mitchell (IBK-CHI); Glickman, Greg (GMI - CAPMKTS). |
| Bcc: | Nagle, Paul (GMI - CAPMKTS); Marcus, Mitchell (IBK-CHI); Glickman, Greg (GMI - CAPMKTS); Abraham, Mona (GMI - CAPMKTS). |
| Subject: | Re: TRB updated credit ask for swaps. |

Sent:6/28/2007 11:38 AM.

On #1: we certainly think step 2 will hapen but its too difficult to really put a confidence level on it. There aren't many outs but the company's fundamental performance likely needs to be better in the last half of the year than it has been in the first. Mgt expects that, and there are certain factors that would support their view, but I don't necessarily think they have great visibility.

On #2: I think that's a good pt. If step 2 didn't happen, am I right that it would just mean they would have a higher % of their debt fixed? Not what they are planning for but not all bad.

I talked to Chandler briefly last night. He wouldn't say exactly what they were going to do but said he would be calling you today.

Mike O'Grady

-----Original Message-----
From: Abraham, Mona (GMI - CAPMKTS)
To: O'Grady, Michael G. (IBK - CHI)
CC: Nagle, Paul (GMI - CAPMKTS); Marcus, Mitchell (IBK-CHI); Glickman, Greg (GMI - CAPMKTS)
Sent: Thu Jun 28 10:54:34 2007
Subject: FW: TRB updated credit ask for swaps

Just got turned down by credit for any swap hold appetite whatsoever, based on the loan hold position of about 300mm net.

They don't know how much of that will be reduced by stage 2 of the take-out, and seem to have serious doubts about whether the deal is going to achieve completion.

In light of this, a few thoughts:
1) How much confidence do we have that the 300mm will be reduced by stage 2, and if we don't get taken out is there capacity to sell down some of that or hedge it to create room for a swap today
2) If the deal certainty is really in question, should TRB be contemplating putting vanilla hedges in place this week, or should we be re-addressing deal-contingent hedging (though I imagine that's touchy subject material)

We could still run the participation process if TRB is 100% certain that the full amount of exposure will be absorbed by the SMA banks, but unless something changes here it seems we no longer have the ability to participate in a piece without fully hedging it (which would eat all the economics and more)

Thoughts/suggestions?

---

From: Weisberg, Brad (Corp Credit - NY)
Sent: Thursday, June 28, 2007 10:32 AM
To: Abraham, Mona (GMI - CAPMKTS); Braico, Carol (Corp Credit - NY)
Cc: Wilson, Don (Corp Credit - NY); Longtin, Mark (NY SWAPS); Glickman, Greg (GMI - CAPMKTS)
Subject: RE: TRB updated credit ask for swaps

ZERO incremental credit risk.

-----Original Message-----
From: Abraham, Mona (GMI - CAPMKTS)
Sent: Thursday, June 28, 2007 10:15 AM
To: Braico, Carol (Corp Credit - NY)
Cc: Weisberg, Brad (Corp Credit - NY); Wilson, Don (Corp Credit - NY); Longtin, Mark (NY SWAPS); Glickman, Greg

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

(GMI - CAPMKTS)
Subject: RE: TRB updated credit ask for swaps

To be clear, that means there is now ZERO credit appetite

---

From: Braico, Carol (Corp Credit - NY)
Sent: Thursday, June 28, 2007 10:14 AM
To: Abraham, Mona (GMI - CAPMKTS)
Cc: Weisberg, Brad (Corp Credit - NY); Wilson, Don (Corp Credit - NY); Longtin, Mark (NY SWAPS)
Subject: FW: TRB updated credit ask for swaps

Mona, We talked internally and based on the recent review of the credit and the size of our loan exposure, we can only be supportive if we take 100% of the risk out of the trade via CCDS. Based on the ask below, it would mean buying CCDS on a $500mm notional with appropriate match in tenor.

-----Original Message-----
From: Abraham, Mona (GMI - CAPMKTS)
Sent: Wednesday, June 27, 2007 2:07 PM
To: Braico, Carol (Corp Credit - NY)
Subject: RE: TRB updated credit ask for swaps

They said they've identified the banks they want the trade to go to (the SMA layer)

---

From: Braico, Carol (Corp Credit - NY)
Sent: Wednesday, June 27, 2007 2:05 PM
To: Abraham, Mona (GMI - CAPMKTS)
Subject: RE: TRB updated credit ask for swaps

are you 110% confident on syndicating down to $500mm?

-----Original Message-----
From: Abraham, Mona (GMI - CAPMKTS)
Sent: Wednesday, June 27, 2007 11:46 AM
To: Braico, Carol (Corp Credit - NY)
Cc: Wilson, Don (Corp Credit - NY); O'Grady, Michael G. (IBK - CHI); Marcus, Mitchell (IBK-CHI); Nagle, Paul (GMI - CAPMKTS); Glickman, Greg (GMI - CAPMKTS)
Subject: TRB updated credit ask for swaps

Carol,

As discussed, I think our hold would need to be a lot smaller now than when we had the last approval discussion with you & Brad.

TRB intends to hedge the TL as follows (expectation is that we'll be pari passu):
750mm 2y
1000mm 3y
750mm 5y

---

Total 2500mm 3.3y average life
Hold 500mm 3.3y average life (after credit participation out to other banks)

TRB will face the bank that runs the participation, and all other banks will face that bank through a credit participation document where they bear the TRB credit risk on their pro-rata portion.

Profitability is, as always, skewed in favour of whoever runs the participation and therefore does the market trade.
> My estimate is that the execution will be worth 1-3bps on the total size, or in the vicinity of 750k-2mm.
> I think the 500mm hold will be worth about 1bp on that size, or 150k.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              ML-TRIB-0580950

We are still trying hard to get to run the participation - expect that the client may make the decision this afternoon, and in one scenario they may want to accelerate the timeline and execute later this week.

Thanks again for your help.
Mona
X6976

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY