| PROJECT BEAR | CONFIDENTIAL | LFC UPDATE MEMO |
|---|---|---|

**DATE:** August 3, 2007

**TO:** Leveraged Finance Committee      James Alessandri      Chuck Hagel

**FROM:** **LFG**  Bill Bowen      Dan Kelly      Hutch Pegler      Jon Lindvall      Lekan Lawal      Chuck Roan

　　　　　**GCIB**  Raju Patel      Dan Petrik      Scott Seaton

**CC:** LFC CC List      Control Room

**RE:** **LFC UPDATE ON EGI'S ACQUISITION OF THE TRIBUNE COMPANY ("TRIBUNE" OR THE "COMPANY")**

**SPONSOR:** EGI Investments / Sam Zell ("EGI" or the "Sponsor")

**COMPANY DESCRIPTION:** Tribune is a leading diversified media and entertainment company, operating primarily in the United States, which conducts its operations through Publishing and Broadcasting and Entertainment. Tribune Publishing owns and operates 11 daily newspapers. Broadcasting and Entertainment owns and operates 23 television stations, one radio station, the Chicago Cubs and Tribune Entertainment.

**SITUATION OVERVIEW:** The deal team met with Tribune management and EGI in Chicago July 25th to discuss second quarter results, current business trends and the outlook for the remainder of 2007, as well as Step-2 transaction timing and process.

- Second quarter results reflected the challenging industry-wide newspaper advertising environment. Consolidated revenue and EBITDA declined 6% and 12%, respectively. Publishing revenues and reported EBITDA declined 9% and 21%, respectively, versus the second quarter of 2006; broadcasting revenues were up 2% but reported EBITDA was down 2%. The Company's newspaper business was impacted by weaker print advertising demand in general as well as comparisons to record real estate advertising spending, particularly in Florida, in 2006.
- Looking to the second half of 2007, although newspaper advertising spending is still expected to slow, year-over-year comparisons are expected to ease and new revenue and expense saving initiatives should contribute to publishing results. The launch of new CW and syndicated programming is expected to positively impact the broadcasting group. Management is now projecting LTM 9/30/07 and FY 2007 Adjusted EBITDA of $1.35 billion and $1.30 billion, respectively, versus a previous full year 2007 Adjusted EBITDA estimate of $1.41 billion.
- Tribune recently announced an offer of settlement related to a lingering dispute with the IRS which is expected to yield an unanticipated $375 million cash tax refund in the third quarter of 2007, while after-tax proceeds from the sale of the Cubs and local cable sports network are also expected to be higher than originally projected. In addition, the Company anticipates generating approximately $125 million of proceeds from the sale of real estate in Southern California.
- The deal team currently anticipates the net effect of lower Adjusted EBITDA and tax refund/asset sale proceeds to increase leverage by approximately 0.2x from approved levels (7.4x vs. 7.2x through new senior notes).
- FCC approval of broadcast license transfers continues to look increasingly likely, with a public hearing on this and other FCC matters scheduled for late-September in Chicago. Although not yet on an agenda, the FCC is expected to vote on relevant license transfers following this hearing, possibly as early as October. The deal team notes that potential FCC naysayers, Commissioner Michael Copps (D) in particular, have been lobbied heavily by prominent Congressional Democrats to approve the transfers.
- Step-2 of the transaction is expected to close and fund within a week of FCC approval.

**PUBLIC EQUITY (AS OF 7/26):**

| | | | | |
|---|---|---|---|---|
| NYSE: TRB | | | Current Shares Outstanding: | 120.0MM |
| Current Stock Price | $28.24 | | Equity Market Cap | $3.4Bn |
| 52-Week High | $34.28 | | Enterprise Value (as of 7/26/07) | $8.2Bn |
| 52-Week Low | $27.14 | | EV Multiple of LTM 9/30/07E Adj. EBITDA | 6.0x |

**EXISTING SENIOR SECURED DEBT:**

| Issue | Amount (millions) | Pricing (bps) | Bid | Call Protection | Maturity | LIBOR Equivalent [1] |
|---|---|---|---|---|---|---|
| Revolver | $750 | L + 300 bps | 86.667 | NA | May-13 | L + 744.2 bps |
| Term Loan X | $1,500 | L + 250 bps | 97.000 | 101-soft | May-09 | L + 422.0 bps |
| Term Loan B | $5,515 | L + 300 bps | 90.000 | 101-soft | May-14 | L + 633.2 bps |
| DD Term Loan B | $263 | L + 300 bps | DNT | NA | May-14 | NA |

(1) All tranches, except the Term Loan X, assume a 3 year average life

**CDS / LCDS PRICING:**

CDS: 905 – 935

LCDS: 490 – 505

1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      BOA-TRB-0013163

| PROJECT BEAR | CONFIDENTIAL | LFC UPDATE MEMO |
| --- | --- | --- |

**FINAL APPROVED STRUCTURE:**
- **5.72x 1st Priority Guaranteed Leverage / 7.19x Guaranteed Leverage / 8.24x Senior Leverage / 8.86x Total Leverage**
  - $8,028 million senior secured credit facilities
    - $750 million revolving credit facility (the "Revolver")
    - $7,015 million Term Loan B (the "Term Loan B")
    - $263 million Delayed Draw Term Loan B (the "Delayed Draw Term Loan B")
  - $2,105 million Incremental Term Loan (the "Incremental Term Loan")
  - $2,100 million Senior Unsecured Bridge Loan (the "Bridge Loan")

**Pricing and Flex**
- Revolver:                    L + 250 bps
- Term Loan B:                 L + 250 bps
  - Pricing Flex:          50 bps if B2 / B corporate family; 75 bps otherwise
  - Subject to 25 bps MFN pricing for Incremental TLB
- Incremental Term Loan B:     L + 250 bps
  - Pricing Flex:          50 bps
  - Structural Flex:       Reallocation of up to $1,400 million to Bridge or Senior Notes, such reallocation will not result in an increase in weighted average fees
- Bridge Loan:                 12.00% if B2 / B or better; otherwise 12.50%
- Senior Notes may be secured with a 2nd lien on assets

**COMMITMENT EXPIRATION:**
May 31, 2008

**FEES AND EXPOSURE SUMMARY:**

The following chart assumes that $1.4 billion of the Step 2 Term Loan B is flexed to the Senior Notes:

| ($ millions)<br>Facility | Amount | BAS Economics | BAS Underwriting | Fee / Gross Spread | Syndicated to Market | Avg. Fee to Market | BAS Net Exposure | Net Spread to BAS | Net Fees |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **First Step Transaction** | | | | | | | | | |
| Revolver [1] | $750 | 15 00% | $113 | 1 625% | $8 | 1 250% | $105 | 1 625% | $1 73 |
| Term Loan B (Step One) | 5,515 | 15 00% | 827 | 1 625% | 827 | 0 750% | 0 | 0 875% | 7 24 |
| Term Loan B [2] | 1,500 | 15 00% | 225 | 1 625% | 225 | 0 654% | 0 | 0 971% | 2 18 |
| Delayed Draw  Term Loan B | 263 | 15 00% | 39 | 1 625% | 0 | 0 000% | 39 | 1 625% | 0 64 |
| **First Step Total before Reserve** | **$8,028** | | **$1,204** | | **$1,060** | | **$144** | | **$11.80** |
| **First Step Secondary Sales** | | | | | | | | | |
| Revolver sold | | | | | | 9 375% | $38 | | $3 52 |
| First Step After Revolver Sale | | | | | | 10 000% | $107 | | $8 28 |
| Less estimated fees required to sell DDTLB | | | | | | | 39 | | (3 95) |
| **Estimated Total First Step Fees** | | | | | | | | | **$4.34** |
| **Second Step Transaction** | | | | | | | | | |
| Incremental Term Loan B [3] | $705 | 15 00% | $106 | 1 625% | $106 | 10 000% | $0 | (8 375%) | ($8 86) |
| Flex option to Bridge/Senior Notes [4] | 1,400 | 15 00% | 210 | 1 625% | 210 | 0 000% | 0 | 1 625% | $3 41 |
| Senior Bridge Facility (Commit  Fee) [5] | 2,100 | 15 00% | 315 | 0 750% | 122 | 0 750% | 194 | 0 750% | 1 45 |
| Senior Notes (Gross Spread) [6] | | | | | | | 295 | 2 000% | 5 89 |
| **Second Step Total** | **$4,205** | | **$631** | | **$437** | | **$0** | | **$1.90** |
| **Estimated Total after both Steps** | **$12,233** | | **$1,835** | | **$1,497** | | **$68** | | **$6.24** |

(1) BAS sold $7 5 million to market for a fee of 1 625% and held $105 million at closing of Step One  Final hold after Step One is $67 5MM Revolver and $39 5MM DDTLB
(2) Fully syndicated at closing of Step One
(3) Incremental $2 16N TLB also flexed into $1 4BN of Senior Notes for a remaining balance of $705MM  Assumes Incremental $705MM TLB sold to market in Step 2 at 91 00 (bid price as of 8/2/07 at 90 00)
(4) Incremental $1 4BN Senior Notes priced at original fee of 1 625%  New Senior Notes sold to market at Step Two  Assumes Senior Notes price at par (rate cap 12%)
(5) The underwriters sold 38 6% to SMAs and market for commitment fee of 0 75%  Assumes Bridge is not syndicated further and the remaining $1 45MM of fees are retained
(6) 6.5% of Senior Note economics given to SMAs with gross spread of 2 00%  Assumes Senior Notes price at par (rate cap 12%)
Note  Anticipate adding LaSalle Bank, SMA exposure, as of October 1, 2007 ($50 0MM of Revolver and $31.5MM of Bridge exposure) subject to Regulatory Approval

| ($ millions)<br>Current Exposure | Amount |
| --- | --- |
| Revolver | $68 |
| Delayed Draw  Term Loan B | 39 |
| Step Two Term Loan B | 106 |
| Flexed Senior Notes | 210 |
| Senior Bridge | 194 |
| **First Step Total before Reserve** | **$616** |

**INITIAL UNDERWRITING BANKS:**
JPM – 30%
Merill – 30%
Citi – 25%
BAS – 15%

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                        BOA-TRB-0013164

| PROJECT BEAR | CONFIDENTIAL | LFC UPDATE MEMO |
|---|---|---|

**APPROVED S&U AND PF CAPITAL STRUCTURE:**

## First Step Transaction

### Sources & Uses
($ millions)

| Sources of Funds | Amount | Uses of Funds | Amount |
|---|---|---|---|
| Term Loan B | $7,015 | Tender Offer | $4,288 |
| Zell Investment | 250 | Refinancing of Existing Debt | 2,825 |
| Rollover Debt and PHONES | 2,421 | Transaction Costs | 152 |
| | | Rollover Debt and PHONES | 2,421 |
| **Total Sources** | **$9,686** | **Total Uses** | **$9,686** |

| Pro Forma Capitalization: Step 1 ($ millions) | (A) Actual 12/31/06 | + | (B) Q1 Adjustments | = | (C) Projected 3/31/07 | (D) Recap + Adjustments | = | (E) Pro Forma 3/31/07 | Pro Forma LTM Leverage 3/31/07 |
|---|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | $175 | | $10 | | $185 | | | $185 | |
| New Revolver - $750 | 0 | | -- | | 0 | | | 0 | |
| New Term Loan B | 0 | | -- | | 0 | 7,015 | | 7,015 | |
| **1st Priority Guaranteed Debt** | **$0** | | | | **$0** | | | **$7,015** | 4.92x |
| New Senior Notes | 0 | | -- | | 0 | -- | | 0 | |
| **Guaranteed Debt** | **$0** | | | | **$0** | | | **$7,015** | 4.92x |
| Commercial Paper | 97 | | 0 | | 97 | (97) | | 0 | |
| Term Loan A | 1,500 | | -- | | 1,500 | (1,500) | | 0 | |
| Bridge Loan | 1,310 | | (82) (1) | | 1,228 | (1,228) | | 0 | |
| Medium Term Notes | 263 | | -- | | 263 | -- | | 263 | |
| Existing Notes | 1,166 | | 0 | | 1,166 | -- | | 1,166 | |
| Capitalized Real Estate Obligation | 56 | | 0 | | 51 | -- | | 51 | |
| Swaps and Other Obligations | 41 | | (5) | | 41 | -- | | 41 | |
| **Senior Debt** | **$4,433** | | | | **$4,346** | | | **$8,536** | 5.99x |
| PHONES | 900 | | -- | | 900 | -- | | 900 | |
| **Total Debt** | **$5,333** | | | | **$5,246** | | | **$9,436** | 6.62x |
| **LTM PF Adj. EBITDA** (2) | **$1,437** | | | | **$1,425** | | | **$1,425** | |

(1) Assumes Q1 cash flows / excess cash are used toward pay down existing bridge loan
(2) LTM reflects 2006 53 week results

## Second Step Transaction

### Sources & Uses
($ millions)

| Sources of Funds | Amount | Uses of Funds | Amount |
|---|---|---|---|
| Incremental Term Loan B | $2,105 | Purchase of: Equity | $4,261 |
| New Senior Notes | 2,100 | Transaction Costs | 224 |
| Options Proceeds | 215 | Rollover Debt and PHONES | 9,106 |
| Incremental Zell Investment | 65 | | |
| Rollover Debt and PHONES | 9,106 | | |
| **Total Sources** | **$13,591** | **Total Uses** | **$13,591** |

| Pro Forma Capitalization: Step 2 ($ millions) | (A) Pro Forma 3/31/07 | (B) Projected 12/31/07 | + | (C) Acquisition Adjustments | = | (D) Pro Forma 12/31/07 | (E) Sale of Cubs + / Comcast | = | (F) Pro Forma 12/31/07 | Pro Forma LTM Leverage 12/31/07 |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | $185 | $175 | | -- | | $175 | | | $175 | |
| New Revolver - $750 | 0 | 0 | | -- | | 0 | -- | | 0 | |
| New Term Loan B | 7,015 | 6,698 (1) | | 2,105 | | 8,803 | (602) | | 8,201 | 5.72x |
| **1st Priority Guaranteed Debt** | **$7,015** | **$6,698** | | | | **$8,803** | | | **$8,201** | |
| New Senior Notes | 0 | 0 | | 2,100 | | 2,100 | -- | | 2,100 | |
| **Guaranteed Debt** | **$7,015** | **$6,698** | | **$4,205** | | **$10,903** | | | **$10,301** | 7.18x |
| Commercial Paper | 0 | 0 | | -- | | 0 | -- | | 0 | |
| Term Loan A | 0 | 0 | | -- | | 0 | -- | | 0 | |
| Bridge Loan | 0 | 0 | | -- | | 0 | -- | | 0 | |
| Medium Term Notes | 263 | 263 | | -- | | 263 | -- | | 263 | |
| Existing Notes | 1,166 | 1,166 | | -- | | 1,166 | -- | | 1,166 | |
| Capitalized Real Estate Obligation | 51 | 36 | | -- | | 36 | -- | | 36 | |
| Swaps and Other Obligations | 41 | 43 | | -- | | 43 | -- | | 43 | |
| **Senior Debt** | **$8,536** | **$8,206** | | | | **$12,411** | | | **$11,809** | 8.24x |
| PHONES | 900 | 900 | | -- | | 900 | -- | | 900 | |
| **Total Debt** | **$9,436** | **$9,106** | | | | **$13,311** | | | **$12,709** | 8.86x |
| Less: PV of Tax Savings (2) | 0 | 0 | | (1,071) | | (1,071) | -- | | (1,071) | |
| **Total Adjusted Debt** | **$9,436** | **$9,106** | | **$3,134** | | **$12,240** | | | **$11,638** | 8.12x |
| **LTM PF Adj. EBITDA** | **$1,425** | **$1,389** | | | | **$1,469** (3) | | | **$1,434** (3) | |

(1) Assumes $317 million Q2-Q4 cash flows and excess cash are used toward paydown of the Term Loan B
(2) Calculated as the 10-year Present Value of Tax Savings from S-Corp election discounted at a average cost of capital of 7.5%
(3) Pro Forma for $80 million of incremental cash cost savings

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0013165

| PROJECT BEAR | CONFIDENTIAL | LFC UPDATE MEMO |
|---|---|---|

**SYNDICATED STEP 1 S&U AND PF CAPITAL STRUCTURE:**

### Sources & Uses
($ millions)

| Sources of Funds | Amount | % | Uses of Funds | Amount | % |
|---|---|---|---|---|---|
| New Revolver ($750MM) | $0 | 0.0% | Share Repurchase | $4,288 | 44.1% |
| New Term Loan X | 1,500 | 15.4% | Refinance Existing Debt | 2,825 | 29.1% |
| New Term Loan B | 5,515 | 56.8% | Roll Existing Debt | 1,519 | 15.6% |
| New Delayed Draw Term Loan B | 0 | 0.0% | PHONES [1] | 930 | 9.6% |
| Roll Existing Debt | 1,519 | 15.6% | Transaction and Financing Fees | 152 | 1.6% |
| PHONES [1] | 930 | 9.6% | | | |
| Zell Investment [2] | 250 | 2.6% | | | |
| **Total Sources** | **$9,714** | **100.0%** | **Total Uses** | **$9,714** | **100.0%** |

### Pro Forma Capitalization
($ millions)

| | 3/31/07 Actual | Step 1 Adjustments | 3/31/07 Pro Forma | EBITDAx[3] |
|---|---|---|---|---|
| Cash & Cash Equivalents | $182 | -- | $182 | |
| New Revolver ($750MM) | -- | -- | -- | |
| New Term Loan X | -- | 1,500 | 1,500 | 1.1x |
| New Term Loan B | -- | 5,515 | 5,515 | 3.9x |
| **Guaranteed Debt** | **$0** | | **$7,015** | **5.0x** |
| Term Loan A | 1,500 | (1,500) | 0 | |
| Bridge Facility | 1,325 | (1,325) | 0 | |
| Medium Term Notes / DD Term Loan | 263 | -- | 263 | |
| Existing Notes | 1,166 | -- | 1,166 | |
| Capitalized Real Estate Obligation | 51 | -- | 51 | |
| Swap and Other Obligations | 40 | -- | 40 | |
| **Senior Debt** | **$4,345** | | **$8,535** | **6.0x** |
| PHONES [1] | 930 | -- | 930 | |
| **Total Debt** | **$5,275** | | **$9,465** | **6.7x** |

(1) Represents original principal value net of market value of Time Warner shares
(2) Used to purchase $50MM of newly-issued Tribune common stock for $34 / share and $200MM of a note which is exchangeable into shares of common stock at the Company's election or automatically upon certain circumstances
(3) Based on a PF Adjusted EBITDA of $1,414

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0013166

| PROJECT BEAR | CONFIDENTIAL | LFC UPDATE MEMO |
|---|---|---|

**SUMMARY OF OUTSTANDING STEP 2 COMMITMENT:**

| | Incremental Term Loan | Senior Bridge Facility |
|---|---|---|
| Deal Size (in millions): | $2,105 | $2,100 |
| BAS Role: | Joint Lead Arranger / Joint Book Runner (Right) | Joint Lead Arranger / Joint Book Runner (Right) |
| Lead Manager: | JPM / ML | ML / JPM |
| BAS Underwritten %: | 15.000% | 15.000% [1] |
| Underwriting Fee: | 1.625% | 0.750% (Bridge Commitment Fee) and 2.000% Gross Spread on Senior Notes Take-out [1] |
| | *9/30/07E* | *9/30/07E* |
| Guaranteed Leverage: | 7.38x | 7 38x |
| Senior Leverage: | 8.50x | 8.50x |
| Total Leverage: | 9.19x | 9 19x |
| Total Adjusted Leverage: | 8.40x | 8.40x |
| EBITDA (millions): | $1,350 | $1,350 |
| Expected Rating (Corp.): | B2 (Stable) / B (Stable) | B2 (Stable) / B (Stable) |
| Spread: | L + 250 | L + 450 |
| Flex: | • **Pricing:** 50 bps (may be taken as OID (4-year average life), or combination of OID and increase in interest rate)<br>• **Structural:** Reallocation of up to $1,400 million of the Incremental Term Loan to the Senior Bridge Facility or Senior Notes (Note: reallocation shall not result in an increase in weighted average fee obligation of Tribune over the fees that would have been paid had such reallocation not occurred) | • Any Senior Notes may be secured by, on a second lien basis, any or all the collateral securing the Senior Secured Credit Facilities |
| Most Favored Nation [2]: | Most favored nation pricing to set existing Term Loan B pricing equal to Incremental Facility pricing minus 25 bps, if Incremental Facility pricing is greater than Term Loan B pricing by more than 25 bps | |
| Caps: | NA | • **Interest Rate Cap:** 12.00% if B2 (stable) / B (stable) or better, otherwise 12.50%    --<br>*current ratings for step 2 are B2 / B*<br>• **Securities Demand:** 12.00% if B2 (stable) / B (stable) or better, otherwise 12.50%<br>*-- securities demand black out: 90 days* |
| Expected Launch / Close: | 4th Quarter / October 31, 2007 | 4th Quarter / October 31, 2007 |

[1] BAS effective Bridge exposure has been sold down to 9.21% ($193.5 million); effective economics on Senior Notes Take-out is 14.02%
[2] First Step $5.515 billion Term Loan B is priced at L + 300 bps (Full Flex)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013167

| PROJECT BEAR | CONFIDENTIAL | LFC UPDATE MEMO |
|---|---|---|

**REVISED SOURCES AND USES AND PRO FORMA CAPITAL STRUCTURE:**

- Assumes $1.4 billion of Step 2 Term Loan B is flexed to Senior Notes

**Step 2: Sources & Uses**

| Sources | Total | Uses | Total |
|---|---|---|---|
| New Revolving Credit Facility ($750) | $0 | Purchase Equity | $4,261 |
| Roll Existing Bank Debt | 6,865 | Roll Existing Bank Debt | 6,865 |
| Incremental Term Loan B | 705 | Rolled Existing Notes | 1,512 |
| New Senior Notes | 3,500 | PHONES | 930 |
| Rolled Existing Notes | 1,512 | Financing and Other Fees | 121 |
| PHONES | 930 | Redeem Zell Exchange Notes | 200 |
| Option Proceeds | 215 | Redeem Zell Common Equity | 50 |
| Zell Investment | 315 | Cash Distributions Triggered by Change of Control | 104 |
| **Total Sources** | **$14,042** | **Total Uses** | **$14,042** |

**Pro Forma Capitalization**

| | Projected 9/30/2007 | Recap Adjustments | Pro Forma 9/30/2007 | Asset Sale Proceeds [1] | Pro Forma 9/30/2007 |
|---|---|---|---|---|---|
| Cash and Cash Equivalents | $175 | | $175 | | $175 |
| Revolving Credit Facility | 0 | | 0 | | 0 |
| New Term Loan B | 5,515 | 705 | 6,220 | | 6,220 |
| New Term Loan X | 1,350 | | 1,350 | (1,100) | 250 |
| **1st Priority Guaranteed Debt** | **$6,865** | | **$7,570** | | **$6,470** |
| New Senior Notes | 0 | 3,500 | 3,500 | | 3,500 |
| **Guaranteed Debt** | **$6,865** | | **$11,070** | | **$9,970** |
| Commercial Paper | 0 | | 0 | | 0 |
| Term Loan A | 0 | | 0 | | 0 |
| Bridge Loan | 0 | | 0 | | 0 |
| Medium Term Notes | 263 | | 263 | | 263 |
| Existing Notes | 1,166 | | 1,166 | | 1,166 |
| Capitalized Real Estate Obligation | 41 | | 41 | | 41 |
| Swaps and Other Obligations | 43 | | 43 | | 43 |
| **Senior Debt** | **$8,377** | | **$12,581** | | **$11,481** |
| PHONES | 930 | | 930 | | 930 |
| **Total Debt** | **$9,307** | | **$13,511** | | **$12,411** |
| Less: PV of Cost Savings | (1,071) | | (1,071) | | (1,071) |
| **Total Adj. Debt** | **$8,236** | | **$12,440** | | **$11,340** |
| **Credit Statistics** | | | | | |
| LTM PF Adj EBITDA | $1,350 | | $1,350 | | $1,350 |
| 1st Priority Guaranteed Debt / LTM PF Adj EBITDA | 5.09x | | 5.61x | | 4.79x |
| Guaranteed Debt / LTM PF Adj EBITDA | 5.09x | | 8.20x | | 7.38x |
| Senior Debt / LTM PF Adj EBITDA | 6.20x | | 9.32x | | 8.50x |
| Total Debt / LTM PF Adj EBITDA | 6.89x | | 10.01x | | 9.19x |
| Total Adj. Debt / LTM PF Adj EBITDA | 6.10x | | 9.21x | | 8.40x |

(1) Includes sale of the Cubs ($600MM), cash tax settlement of ($375MM), and real estate sales ($125MM)

**SECOND QUARTER RESULTS:**

Tribune's 2007 second quarter operating revenues decreased 6% or $79 million, to $1.2 billion compared to second quarter of 2006. EBITDA (excluding special items and discontinued operations) was down 12% to $334 million from $379 million. Recent performance trends include:

- **Publishing:** Publishing's second quarter operating revenues were $853 million, down 9%, or $87 million compared to second quarter of 2006. Publishing EBITDA was $196 million, a 21% decline from $250 million in 2006.
  - Advertising revenues decreased 11%, or $91 million, for the quarter.
  - Retail advertising revenues were down 5% for the quarter, with the largest decreases at Los Angeles, Newsday and South Florida (60% of the drop). Preprint revenues decreased 4% for the quarter.
  - National advertising revenues were down 11% for the quarter, with declines across most categories.
  - Classified advertising revenues declined 18% for the quarter, with the largest declines at Los Angeles, South Florida and Orlando: real estate revenues fell by 24%, help wanted revenues declined 16% and auto revenues were down 12%.
  - Interactive revenues, which are included in the above categories, were up 17 percent to $66 million, mainly due to strength in the classified auto and real estate categories.
  - Circulation revenues were down 6% for the quarter.
- **Broadcasting:** Broadcasting and entertainment's second quarter operating revenues were up slightly at $393 million or 2% higher from 2006. EBITDA was $120 million, down 2% from $123 million in 2006.
- Television's second quarter operating revenues decreased 7% to $287 million in 2007. Television EBITDA was $100 million, down 12% from $115 million in 2006.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013168

| PROJECT BEAR | CONFIDENTIAL | LFC UPDATE MEMO |
|---|---|---|

**2ND QUARTER FINANCIALS:**

|  | Quarter Ended Actual | | |
|---|---|---|---|
|  | 6/30/2006 | 6/30/2007 | Variance |
| Publishing Revenue | $940 | $853 | (9.3%) |
| Broadcasting Revenue | 384 | 393 | 2.2% |
| **Total Revenue** | **$1,325** | **$1,246** | **(5.9%)** |
| Publishing EBITDA | $250 | $196 | (21.6%) |
| Broadcasting EBITDA | 123 | 120 | (2.4%) |
| Corporate Expenses | (14) | (11) | (21.4%) |
| Cash from Equity Investments | 20 | 29 | 45.0% |
| **Reported EBITDA** | **$379** | **$334** | **(11.9%)** |
| *Reported EBITDA Margin %* | *28.6%* | *26.8%* | |
| **Capex / Investments** | **$62** | **$31** | **(49.9%)** |
| *Capex / Revenue* | *4.7%* | *2.5%* | |

**PRO FORMA LTM 9/30/07 ADJUSTED EBITDA CALCULATION:**

($ millions)

*Reported EBITDA:*

| | |
|---|---|
| 4th Quarter: 12/31/06 EBITDA | $385 |
| 1st Half: 6/30/07 EBITDA | 546 |
| 3rd Quarter: 9/30/07E EBITDA | 244 |
| **Last Twelve Months: 9/30/07E EBITDA** | **$1,175** |

*Adjustments:*

| | |
|---|---|
| Stock-based Comp | 38 |
| Equity Investments | 78 |
| 401(k) Cash Savings | 60 |
| **9/30/07E Adjusted EBITDA** | **$1,350** |

**FULL YEAR 2007 OUTLOOK:**

|  | FY 2006 | FY 2007 | |
|---|---|---|---|
|  | Actual | Plan | Current |
| **Operating Revenues** | | | |
| Publishing | $3,979 | $3,946 | $3,726 |
| Broadcasting | 1,408 | 1,401 | 1,382 |
| **Total Revenues** | **$5,387** | **$5,347** | **$5,108** |
| *% Growth* | *--* | *(0.7%)* | *(5.2%)* |
| **Operating Cash Expenses** | | | |
| Publishing | $3,051 | $3,038 | $2,936 |
| Broadcasting | 970 | 985 | 979 |
| Corporate | 61 | 61 | 53 |
| **Total Op. Cash Expenses** | **$4,082** | **$4,084** | **$3,968** |
| *% of Revenue* | *75.8%* | *76.4%* | *77.7%* |
| **EBITDA** | | | |
| Publishing | $928 | $908 | $790 |
| Broadcasting | 438 | 416 | 403 |
| Corporate | (61) | (61) | (53) |
| **Total EBITDA** | **$1,305** | **$1,263** | **$1,140** |
| *EBITDA Margin* | *24.2%* | *23.6%* | *22.3%* |
| **Adjustments** | | | |
| Cash from Equity Investments | -- | $69 | $80 |
| 401(k) Cash Savings | -- | 60 | 60 |
| Other Expense Reductions | -- | 20 | 20 |
| **Total Adjusted EBITDA** | **--** | **$1,412** | **$1,300** |
| *Adjusted EBITDA Margin* | *--* | *26.4%* | *25.5%* |
| **Capex / Investments** | **$444** | **$300** | **$200** |
| *Capex / Revenue* | *8.2%* | *5.6%* | *3.9%* |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0013169

| PROJECT BEAR | CONFIDENTIAL | LFC UPDATE MEMO |
|---|---|---|

**BUSINESS PLAN:**

## Publishing Revenue

Tribune is in the process of rolling out several new initiatives to limit/reverse the decline in publishing revenue:

- New premium ad positions, which consist of front page ads and "post-it notes"
- Targeted sales programs for major accounts, including price breaks for incremental spending for large local / national accounts.
- Reset 2nd half 2007 sales incentives to maximize performance
- Selective circulation rate increases

## Publishing Expenses

Cost reduction initiatives have been successful and have resulted in cash expenses $100 million lower than plan and 4% below 2006 cash expenses.

- FTEs are down 700 or 4% from 2006
- 12% reduction in newsprint consumption
- Tighter controls on other cash expenses.

## Broadcasting Revenue

Tribune believes broadcasting revenue has several opportunities for growth, including:

- Maximize revenue from Two and a Half Men and Family Guy, which are top programs in their respective demographic groups
- Increase share of growing political ad revenue

## Capital Expenditures / Investments

- Decrease of $100 million versus original 2007 plan, and $244 million lower than FY 2006

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          BOA-TRB-0013170

| PROJECT BEAR | CONFIDENTIAL | LFC UPDATE MEMO |

**EXHIBIT 1: SUMMARY OF TERMS FOR INCREMENTAL SENIOR CREDIT FACILITY (SECOND STEP)**

**Borrower:** Tribune Company

**Credit Facility:** $2,105 million Incremental Term Loan (the "Incremental Term Loan" or the "Incremental Facility")

**Maturity:** 7 years

**Amortization:** 1% per year (paid in equal quarterly installments), bullet at maturity

**Optional Redemption:** Anytime at par

**Pricing:** L + 250 bps

**Most Favored Nation:** Most favored nation pricing to set Term Loan B pricing equal to Incremental Facility pricing minus 25 bps, if Incremental Facility pricing is greater than Term Loan B pricing by more than 25 bps

**Guarantors:** All domestic subsidiaries of the Borrower

**Security:** Stock of subsidiaries

**Financial Covenants:**
- Maximum total guaranteed debt leverage ratio
- Minimum interest coverage ratio

**Flex:**
- Pricing: 50 bps (may be taken as OID (4-year average life), or combination of OID and increase in interest rate)
- Structural: Reallocation of up to $1,400 million of the Incremental Term Loan to the Senior Bridge Facility or Senior Notes *(Note: reallocation shall not result in an increase in weighted average fee obligation of Tribune over the fees that would have been paid had such reallocation not occurred)*
- Any Senior Notes may be secured by, on a second lien basis, any or all the collateral securing the Senior Secured Credit Facilities

**Underwriting Fee:** 1.625% on total amount of the Incremental Term Loan (payable at Closing of Second Step)

**Termination Date:** May 31, 2008

**Conditions:**

**Commitment Conditions**
- Preparation, execution and delivery of satisfactory definitive documentation with respect to the Second Step Facilities
- No competing debt offering issued/placed by Tribune, any of its subsidiaries, the ESOP, Holdco or any of its affiliates or subsidiaries
- From December 31, 2006 through the date hereof, except as otherwise contemplated, required or permitted by the Acquisition Agreement, the Tower Purchase Agreement (as defined in the Acquisition Agreement) or the ESOP Purchase Agreement (as defined in the Acquisition Agreement) there has not been any event, development or state of circumstances that has had or would reasonably be expected to have, individually or in the aggregate, a Company Material Adverse Effect (as defined (and all component definitions thereof are defined) in the Acquisition Agreement as in effect on the date hereof) and (ii) since the date hereof, there has not been any event, development or state of circumstances that has had or would reasonably be expected to have, individually or in the aggregate, a Company Material Adverse Effect.

**Conditions Precedent**
- Receipt (by the Lenders) of audited consolidated balance sheets and related income statements, stockholders' equity and cash flows for Tribune for the fiscal quarter ended on or before 75 before the Second Step Closing Date and unaudited financial statements of Tribune for each fiscal quarter ended after the date of the audited financial statements provided above and ended on or before 30 days before the Second Step Closing Date
- Receipt (by the Lenders) of pro forma consolidated balance sheet of Tribune as of the fiscal quarter (including the fourth quarter) most recently ended prior to the Second Step Closing Date, after giving effect to the Second Step Transactions; and receipt (by the Lead Arrangers) of reasonably detailed pro forma consolidated five-fiscal year projections
- Payment of fees and expenses
- Valid lien on and security interest in collateral
- Delivery of reasonably satisfactory legal opinions; absence of prepayment events under other material debt instruments; no creation of liens on collateral under other debt instruments (other than existing Notes); customary closing certificates; delivery of the opinion of ESOP trustee's financial advisor (if requested by the Lead Arrangers); delivery of customary certificate of the ESOP trustee (if requested by the Lead Arrangers)
- Consummation of the acquisition per the terms and conditions of the Acquisition Agreement – no

9

material adverse changes to Acquisitions Agreement without consent of the Lead Arrangers)

- Each of the First Step Transactions shall have been consummated and the Credit Agreement shall have been executed and delivered and there shall not have been amendments, modifications or waivers that are adverse to the Lenders under the Incremental Facilities
- Zell and Holdco shall have entered into an equity commitment agreement or subscription agreement whereby Zell will agree to invest up to $100 million on the later of March 25, 2008 or the Second Step Closing Date in Junior Capital of Tribune if Tribune has not made the election to be treated as an S Corporation on or prior to March 15, 2008, such agreement in form and substance reasonably satisfactory to the Lead Arrangers
- *Maximum Pro Forma Guaranteed Debt Leverage shall not exceed 9.00x (based on LTM Adjusted EBITDA)*
- *Absence of any event that has had or could reasonably be expected to have a material adverse effect on (a) the rights and remedies of the Incremental Lenders under any Credit Document or (b) the ability of Tribune to perform its obligations under and Credit Document*
- Certification of solvency of the Borrowers
- Receipt of all governmental and third party approvals or consents

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            BOA-TRB-0013172

## EXHIBIT 2: SUMMARY OF TERMS FOR SENIOR UNSECURED BRIDGE FACILITY (SECOND STEP)

| | |
|---|---|
| **Borrower:** | Tribune Company |
| **Credit Facility:** | $2,100 million Initial Senior Unsecured Loans (the "Initial Senior Loans") |
| **Maturity:** | 1-year / 7-year exchange Notes |
| **Pricing:** | L + 450 bps for first three months, increasing by 50 bps quarterly thereafter until, but excluding the Initial Maturity Date |
| **Guarantees:** | Senior Subordinated |
| **Security:** | None |
| **Covenants:** | Usual and customary for transactions of this type |
| **Interest Rate Cap:** | 12.00% if B2 (stable) / B (stable) or better, otherwise 12.50% |
| **Securities Demand Cap:** | 12.00% if B2 (stable) / B (stable) or better, otherwise 12.50% |
| **Commitment Fee:** | 75 bps |
| **Take-down / Funding Fee:** | 125 bps (with the rebates below) |
| | Rebates: 75% of the Applicable Portion (41.667% of Take-down Fee) of the Take-down fee shall be paid back as rebate if the offering of debt securities are consummated on or before the 90th day following the Second Step Closing Date; 50% of the Applicable Portion if between the 91st day and 180th day (inclusive); 25% the Applicable Portion if between the 181st day and 270th day (inclusive); 0% thereafter. |
| **Conversion Fee:** | 200 bps (no rebates) |
| **Termination Date:** | May 31, 2008 |
| **Conditions:** | • Same as for Incremental Term Loans; and<br>• Receipt (by the Lead Arrangers) not later than 20 days prior to the Second Step Closing Date, of a *complete printed preliminary prospectus or preliminary offering memorandum or preliminary private placement memorandum suitable for use in a customary "high-yield road show" relating to the Senior Notes* |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0013173

CONFIDENTIAL

## EXHIBIT 3: TRIBUNE EXISTING DEBT TRADING LEVELS

| Issue | Amount Issued | Amount Outst. | Maturity | Issue Date | Issue Price | Rating Mdy's | Rating S&P | First Call Date | First Call Price | Price | Bid Level as of 7/26/07 YTW | Spread | YTW Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Near-Term Maturities** | | | | | | | | | | | | | |
| 6 350% Notes due 2008 | $25.0 | $25.0 | 02/01/08 | 02/03/98 | 100.078 | B2 | B | NC-L | NC-L | 98.280 | 10.024% | 494 bps | 02/01/08 |
| 5.500% Notes due 2008 | $167.9 | $167.9 | 10/06/08 | 10/06/98 | 99.064 | B2 | B | NC-L | NC-L | 96.000 | 9.146% | 425 bps | 10/06/08 |
| 5.670% Notes due 2008 | $69.6 | $69.6 | 12/08/08 | 12/08/98 | 99.856 | B2 | B | NC-L | NC-L | 96.500 | 8.456% | 360 bps | 12/08/08 |
| **Long-Term Maturities** | | | | | | | | | | | | | |
| 4.875% Notes due 2010 | $450.0 | $450.0 | 08/15/10 | 08/15/05 | 99.829 | B2 | B | MW | + 15 bps | 83.000 | 11.679% | 714 bps | 11/23/10 |
| 7.250% Debentures due 2013 | $148.2 | $82.2 | 03/01/13 | 01/30/95 | 99.614 | B2 | B | NC-L | NC-L | 87.500 | 10.242% | 562 bps | 03/01/13 |
| 5.250% Notes due 2015 | $330.0 | $330.0 | 08/15/15 | 08/15/05 | 99.524 | B2 | B | MW | + 20 bps | 72.500 | 10.376% | 566 bps | 08/15/15 |
| 7.500% Debentures due 2023 | $100.0 | $100.0 | 07/01/23 | 01/30/95 | N/A | B2 | B | NC-L | NC-L | 74.000 | 10.992% | 618 bps | 07/01/23 |
| 6.610% Debentures due 2027 | $250.0 | $85.0 | 09/15/27 | 09/09/97 | 99.959 | B2 | B | MW | + 10 bps | 71.500 | 9.901% | 506 bps | 09/15/27 |
| 7.250% Debentures due 2096 | $148.0 | $148.0 | 11/15/96 | 11/13/96 | 99.614 | B2 | B | NC-L | NC-L | 64.000 | 11.324% | 647 bps | 11/15/96 |
| 2.000% Exch. Sub. Deb. due 2029 | $1,256.0 (1) | $1,251.8 (1) | 05/15/29 | 04/07/99 | 100.000 | B2 | B | NC-L | NC-L | NA | NA | NA | NA |

(1) 8 million PHONES issued at a principal value of $157.00 and outstanding at a principal value of $156.47.

12

BOA-TRB-0013174