| | |
|---|---|
| **From:** | Hagel, Charles W |
| **Sent:** | Thursday, July 26, 2007 9:32 AM |
| **To:** | Anderson, Curtis L; Caston, Bob L |
| **Subject:** | FW: Tribune fee update |
| **Attachments:** | Tribune Fees and Exposure update 7-18-07.doc |

fyi

---

**From:** Patel, Raju
**Sent:** Thursday, July 26, 2007 9:20 AM
**To:** Compernolle, John; Richards, Martin
**Cc:** Petrik, Daniel; Hagel, Charles W; Fischer, Raymond W
**Subject:** Tribune fee update

Given the volatility in the leveraged finance market, our syndicated finance and HY product partners may take the 2nd step
fee estimate down to $0 in the next few days in CIBR (reflecting both the volatility and conservative revenue estimate from
senior product management).

We expect the 2nd step to close sometime in mid to late October.

---

**From:** Patel, Raju
**Sent:** Thursday, July 19, 2007 7:56 AM
**To:** Compernolle, John; Richards, Martin
**Cc:** Bowen, Bill A; Kelly, Daniel J; Seaton, Scott
**Subject:** FW: Tribune fee update

Still expect about $6.0MM+ of fees from the closing of the 2nd step (Oct.-Dec.) based on selling the Term Loan B at current market prices.

Please see attached for more details.

Thanks.

Raju

---

**From:** Petrik, Daniel
**Sent:** Wednesday, July 18, 2007 5:57 PM
**To:** Caston, Bob L
**Cc:** Hagel, Charles W; Patel, Raju; Pegler, William; Lindvall, Jon
**Subject:** Tribune fee update

Bob, attached is the latest fee estimate for Step Two of the Tribune transaction.

This assumes the following:

> 1. The $2.1BN Incremental TLB size is flexed into $1.4BN of Senior Notes and $705MM TLB. The underwriters have the option to flex the structure given the current TLB market (current bid price of 95.75). We are assuming the $1.4BN in additional Senior Notes will be priced at par. The underwriters will receive the original fee rate of 1.625%. We may

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                        BOA-TRB-0012808

need to pass along a small amount of fees to the SMAs and that is why we reduced our net fees to 1.50% on the $1.4BN of additional Senior Notes.

2. We assumed the $705MM Incremental TLB will be priced at 95.00 given the current TLB bid price is at 95.75.

3. The $39.5MM DDTLB is currently on the books at 95.3% using the $1.87MM reserve from Step One.

4. The remaining $193.5MM Bridge will not be syndicated further as this assumes the Senior Notes will be issued before the Bridge is funded.

5. All the Senior Notes ($2.0BN and the additional $1.4BN) will be priced at par given the rate cap is 12%.

Let me know if you have any questions, Dan



Tribune Fees and
Exposure upda...

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                BOA-TRB-0012809