*handwritten margin notes: - syndication risk?, - Interim cap?, - rating?*



"Petrik, Daniel" &lt;Daniel.Petrik@bankofamerica.com&gt;

11/14/2007 12:16 PM

To: "Caston, Bob L" &lt;bob.l.caston@bankofamerica.com&gt;
cc: "Hagel, Charles W" &lt;Charles.W.Hagel@bankofamerica.com&gt;, "Simmons, Lynn" &lt;Lynn.Simmons@bankofamerica.com&gt;, "Patel, Raju" &lt;raju.n.patel@bankofamerica.com&gt;, kent.hammerstrom@abnamro.com, "Colegate, Jim" &lt;Jim.Colegate@bankofamerica.com&gt;
Subject: Tribune update

Bob, we should be sending out an update memo on the Tribune from the team either later today or tomorrow. But given all the recent news, I thought I would give you a brief update on the Step Two Tribune financing.

On October 18th, the Underwriters met with the Tribune to discuss Step Two and to propose a few changes that would help the Underwriters market the deal and more importantly lose less money doing so given current TLB prices and Bond Market conditions.

The Company and the Special Committee have been reviewing our October 18th proposal and just this morning responded (via telephone) with a counter proposal. While their proposed terms have not been approved by all needed parties (ESOP, Board of Directors, Solvency advisors, attorneys), they feel that these terms could get approved.

Highlight of the Company's amended terms:

1. Reduce the amount of Bonds by $500MM for Step Two from $2.1BN to $1.6BN primarily due to IRS settlement proceeds of $350MM received in October.  *[handwritten: good]*

2. Waive the 20 day marketing period that the Underwriters have to market the TLB and Bridge/Bonds after receiving FCC approval. *[handwritten: ? why]*

3. Eliminate our ability to flex the $1.4BN to Bonds from the TLB. Therefore, TLB would be $2.1BN and Bridge/Bonds at $1.6BN.

4. Increase the cap on the Bonds from 12.5% to 14.5% (14% cash and 0.5% PIK) *[handwritten: syndicate clear market?]*

The main reason the Company is asking for the waiver of the 20 day marketing period is that they are not sure when they will receive FCC approval. If Tribune receives FCC approval on December 12th, the Underwriters have a right to market Step Two for 20 days and this would push the closing into 2008. Pushing the closing to 2008 will cost the Tribune their S-corp election and about $60MM to $100MM in federal taxes. While there have been many stories in the paper about the FCC and the Tribune, it appears that the Chairman (Kevin Martin) might move forward with temporary waivers of some kind for the Tribune outside of any regulatory changes that the FCC is looking to implement. Tribune still does not know when they will get approval but they appear to have the necessary votes. We are not sure when the temporary waiver would expire or if it will be sufficient to meet the condition precedent. We are checking with counsel.

We have another call with all the Underwriters at 1pm (Chicago time) today to discuss their proposal. Hutch Pegler, Dan Kelly, Bill Bowen, Jon Lindvall, Raju Patel and I will be on the call.

The BofA team has discussed some options and are running numbers on which scenario is better for us.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Given it is mid-November, I think that JPM and ML are assuming that if FCC approval is received in 2007 we will probably hold the TLB and the Bridge over year end and market sometime in 2008.

As for Operating results, third quarter was a little better than we projected, but mostly due to Royalty income ($18MM) in September related to prior years. As for October, the trend continues to be soft and Revenues and Operating Cash Flow were down 9% and 16% compared to October 2006, respectively. They do have a few nice initiatives they are implementing that should help Operating Cash Flow in the latter part of the fourth quarter and in 2008. The update memo will provide more detail.

Please let me know if you have any questions or care to discuss further.

Dan

312.828.8160 (phone)

NOTICE TO RECIPIENTS. Any information contained in or attached to this message is intended solely for the use of the intended recipient(s). If you are not the intended recipient of this transmittal, you are hereby notified that you received this transmittal in error, and we request that you please delete and destroy all copies and attachments in your possession, notify the sender that you have received this communication in error, and note that any review or dissemination of, or the taking of any action in reliance on, this communication is expressly prohibited.

Banc of America Securities LLC ("BAS") does not accept time-sensitive, action-oriented messages or transaction orders, including orders to purchase or sell securities, via e-mail.

Regular internet e-mail transmission cannot be guaranteed to be secure or error-free Therefore, we do not represent that this information is complete or accurate, and it should not be relied upon as such If you prefer to communicate with BAS using secure (i.e., encrypted) e-mail transmission, please notify the sender. Otherwise, you will be deemed to have consented to communicate with BAS via regular internet e-mail transmission. Please note that BAS reserves the right to intercept, monitor, and retain all e-mail messages (including secure e-mail messages) sent to or from its systems as permitted by applicable law.

IRS Circular 230 Disclosure.

Any statements contained herein as to tax matters were neither written nor intended by the sender or BAS to be used and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on such taxpayer If any person uses or refers to any such tax statement in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to any taxpayer, then the statement expressed above is being delivered to support the promotion or marketing of the transaction or matter addressed, and the recipient should seek advice based on its particular circumstances from an independent tax advisor.

BAS hereby notifies the recipient that pursuant to the requirements of the USA Patriot Act (Title III of Pub L 107-56 [signed into law October 26, 2001]) (the "Act") and other applicable laws, rules and regulations, BAS may be required to obtain, verify and record information that identifies the recipient Such information includes the name and address of the recipient and other information that will allow BAS to identify the recipient in accordance with the Act and such other laws, rules and regulations.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                          BOA-TRB-0007792