| | | |
|---|---|---|
| From: | Tuvlin, David (IBK-NY). | Sent:12/7/2007 9:40 PM. |
| To: | Harrison, John (IBK-NY); Kaplan, Todd (GMI Leveraged Finance); O'Grady, Michael G. (IBK - CHI); Marcus, Mitchell (IBK-CHI); Dahlback, Henrik (IBK-NY); Lewicki, David (IBK-CHI); Kim, Caroline (IBK-NY); Hoffman, Richard (IBK-NY). | |
| Cc: | . | |
| Bcc: | Harrison, John (IBK-NY); O'Grady, Michael G. (IBK-NY); Kim, Caroline (IBK-NY); Kaplan, Todd (GMI Leveraged Finance); Marcus, Mitchell (IBK-CHI); Dahlback, Henrik (IBK-NY); Lewicki, David (IBK-CHI); Hoffman, Richard (IBK-NY). | |
| Subject: | RE: TRB solvency analysis. | |

my thoughts / questions on the VRC analysis to start with (some duplicative with the ones henrik sent around earlier):

p5

is it fair to modify the Fair Saleable Value to assume a buyer has a similar structure as the S-Corp owned entirely by an ESOP
in the fair saleable value analysis do they look at the sale of assets after taxes
is it VRC's job to take projections as given to them (they say the "relied on") for both base and downside as opposed to their own views or other expert views
what unguaranteed debt comes due within the term of the Bank deal and thereafter and should they assume that it can be refinanced

p7

would like to see the comparable transactions they are using
comparable transactions in the context of few to none in the past year are a challenge to understand their value here
the DCF - is the tax position of the company already buried in the dcf? if so, methodology of adding the npv of the tax savings
equity investments are ove3r $600m higher than they were in step 1
how is the npv of the tax savings calculated - the company used about $1b in their presentation to the rating agencies

p8

the step 1 dcf number is different from the number in the old step 1 slides - look updated
how can the dcf be higher now in step 2 with the business deteriorating (unless they are baking in the tax position)
what are the other assets and what prices did they assume

p10

how can they defend the publishing multiples of 7.4x when the public comps trade in the 6x range

p13

what interest expense are they using



David Tuvlin
Managing Director - Leveraged Finance
Merrill Lynch & Co.
212 449 3315
david_tuvlin@ml.com

-----Original Message-----
From: Harrison, John (IBK-NY)
Sent: Friday, December 07, 2007 9:14 PM
To: Kaplan, Todd (GMI Leveraged Finance); O'Grady, Michael G. (IBK - CHI); Marcus, Mitchell (IBK-CHI); Tuvlin,

David (IBK-NY); Dahlback, Henrik (IBK-NY); Lewicki, David (IBK-CHI); Kim, Caroline (IBK-NY); Hoffman, Richard (IBK-NY)
Cc: Harrison, John (IBK-NY)
Subject: TRB solvency analysis

Team,

Attached, please find the latest draft of our internal solvency analysis. We've run three cases based on public trading multiples and various capital structure scenarios (status quo, Cubs sale, Cubs sale + Comcast Sports Net sale).

You will see that the trading comp benchmarks are off substantially since we last reviewed this analysis. Specifically, Gannett and McClatchy are both trading in the 5.7x area and the NYTimes is a bit higher at 6.5x. Our range for the publishing business is 5.75x-6.75x and the high end may be generous.

We've also brought the private market multiples down. For publishing, the range is 7x-9x depending on the property, while broadcasting is generally 11x-12x, which somewhat lower than recent transactions but consistent with Carlyle's bid for the assets at the beginning of the year -- probably room for discussion here.

We will continue to refine as we review the VRC report over the weekend.

John

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    ML-TRIB-0406177