| | | |
|---|---|---|
| From: | Harrison, John (IBK-NY). | Sent: 8/17/2007 4:38 PM. |
| To: | Reynolds, James (IBK-NY). | |
| Cc: | . | |
| Bcc: | Reynolds, James (IBK-NY). | |
| Subject: | Tribune. | |

Jay,

Welcome to the Trib team. We will have a bit of work to do as the second-step financing for the Zell buyout moves closer to execution. Lots of focus internally because we have a sizable commitment and the business is underperforming. There is a meeting with lev fin mgmt next Thursday to provide a state of play. We can crank next week. One thing that I'd like you to dig up is a SOTP analysis that Wood put together for the entire portfolio. It should be in the Trib folder somewhere. We will update this first based on fresh mgmt projections.

I have a bunch of docs that I'll forward to you for review. I'm out in the Tetons in Idaho right now with limited access beyond bberry -- as a result, I haven't looked at any of the files I'm sending you. If you can leave me a printout, I will dig in first thing Monday when I'm back.

Glad to have you on this with me. Will be interesting and very high profile (internally and externally).

John


John W. Harrison
Director
Merrill Lynch & Co.
Tel: (212) 449-2001
Fax: (212) 449-1642
john_harrison@ml.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                         ML-TRIB-0479324