| | | |
|---|---|---|
| From: | Tuvlin, David (IBK-NY). | Sent:10/6/2006 7:35 PM. |
| To: | Harrison, John (IBK-NY); Dahlback, Henrik (IBK-NY); Faulstich, Blair (IBK NY). | |
| Cc: | . | |
| Bcc: | Harrison, John (IBK-NY); Faulstich, Blair (IBK NY); Dahlback, Henrik (IBK-NY). | |
| Subject: | Re:. | |

Well that's great intel. Guess we have to just diligence the publishing til we're satisfied. Leverage is pretty sexy. Think the after tax sum of the parts analysis is a good one as is the protection we'll have on min equity.

Have a beer or two and give me the bill. I'll gladly buy you a few. If it makes you feel any better, my day was hell.

----------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Harrison, John (IBK-NY)
To: Tuvlin, David (IBK-NY); Dahlback, Henrik (IBK-NY); Faulstich, Blair (IBK NY)
Sent: Fri Oct 06 19:30:55 2006
Subject: Re:

Good session today in Chicago. The Trb team walked through the data pack in detail and we had an open, free-flowing dialogue. Working to schedule a couple of follow-up calls re specific market dynamics on Monday, with a focus on publishing. Broadcasting nums seem pretty straightforward.

Overall a productive day.

Citi worried about leverage levels, though. Concerned that cost cutting program not fully baked. Also worried about newspaper projections. They may be pulling back on all-in leverage, at least based on informal conversation I had with one of their lev fin guys at O'hare (where I still am, by the way).


John W. Harrison
Director
Merrill Lynch & Co.
Tel: (212) 449-2001
Fax: (212) 738-0802
john_harrison@ml.com


-----Original Message-----
From: Tuvlin, David (IBK-NY)
To: Dahlback, Henrik (IBK-NY); Harrison, John (IBK-NY); Faulstich, Blair (IBK NY)
Sent: Fri Oct 06 19:27:23 2006
Subject:

How was diligence?

----------------------
Sent from my BlackBerry Wireless Handheld

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**　　　　ML-TRIB-0452767