| | | |
|---|---|---|
| From: | RAJESH.KAPADIA@jpmorgan.com. | Sent:11/8/2007 11:51 AM. |
| To: | cbigelow@tribune.com. | |
| Cc: | Kaplan, Todd (GMI Leveraged Finance); Tuvlin, David (IBK-NY); julie.persily@citigroup.com; timothy.p.dilworth@citigroup.com; bill.a.bowen@bankofamerica.com; daniel.kelly@bofasecurities.com. | |
| Bcc: | Tuvlin, David (IBK-NY); Kaplan, Todd (GMI Leveraged Finance). | |
| Subject: | Solvency diligence. | |

Chandler, as dicussed, attached is the diligence questions regarding the solvency opinion. If you have any questions, please do not hesitate to contact us.

———

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates. This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you. Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                                                                                                      ML-TRIB-0404767

*Draft*

## Tribune Co. — Step 2 Solvency Valuation Questions

*The following outlines questions concerning the solvency analysis for Step 2 of the Tribune transaction. Other questions may arise as a result of discussions of these questions and related matters.*

1) Summarize preliminary conclusions, nature of due diligence investigation and scope of review.

2) Provide detail on the comparable transactions used in the analyses including:
   a. The underlying business and business mix of the target companies?
   b. Was the target public or private?
   c. What where the dates of the transactions?

3) What comparable public companies were used in the analyses?

4) Explain the sum of individual assets method and underlying assumptions.

5) Explain the weighting given to the different valuation approaches, if any. Was any weighting different as between Step 1 and Step 2?

6) Discuss the methods and assumptions used in the discounted cash flow analysis:
   a. What is the discount rate (WACC) used?
   b. Are cash flows discounted at a single WACC or different discount rates for each year?
   c. What is the assumed capital structure? What is the cost of debt (pre-tax or post-tax) assumed? Is the current market cost of debt considered in the analysis?
   d. What is the cost of equity? Please outline methodology, assumptions and sources for inputs.
   e. Discuss methodology used to calculate terminal year value.
   f. In the discounted cash flow analysis, what assumptions were used in the terminal value calculation (i.e., growth rate, capital structure, exit multiple, etc.) and support for the assumptions?

7) Discuss whether methods and principles employed in solvency analysis are consistent between Step 1 and Step 2. Discuss any general changes in assumptions and outlook that were considered in the Step 2 analysis as compared with the Step 1 analysis.

8) How are taxes treated in the analysis? As the Company will not be a federal taxpayer as a result of the S Corp election, does the discounted cash flow analysis take this into consideration, and if so, how?

9) Have current market conditions and marketability of the Company's assets been considered in the analysis? How do market condition factors differ for analyses of Fair Value (commercially reasonable time period) and Present Fair Value (reasonable promptness)?

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    ML-TRIB-0404768

10) Discuss the following issues concerning equity investments:
    a. Considering the Company has minority ownership in many of its equity investments, how has the marketability of these equity investments been considered?
    b. Explain the methodology in valuing unconsolidated investments. Are these added to values calculated by the four stated valuation methods or already part of the calculation?
    c. When adding back the equity investments to the operating values, was the related income from these investments excluded from the EBITDA?
    d. Depending on how much is owned of the equity investments and whether they are public or private, are discounts for minority interest and marketability applicable?

11) Was the value of any excess real estate considered in the valuation?

12) What is considered the acceptable range of excess capital in the capitalization test? What is considered to be the acceptable range of equity cushion? Is book value of equity considered in the analysis?

13) Was a company specific or market capital structure used to calculate the levered cost of equity? If a market capital structure was used, was a market cost of debt applicable for that capital structure used or was the Company's specific cost of debt used?

14) Has $1.4bn of tranche flex to bonds been considered in the analysis (cap rate at 12.5%)?

15) How was the beta developed?

16) What was the market risk premium used in the calculation of the cost of equity? Was a size risk premium considered?

17) How are guarantees and contingent liabilities taken into account in the analysis? How are the PHONES liabilities valued? How are other long-term liabilities, such as deferred taxes, analyzed?

18) What is the assumption for the Company's ability to refinance debts as they become due and how is the assumption established?

19) What downside cases were considered? What were the relevant assumptions to the downside case and how did it affect overall analyses?
    a. Were financial covenants met in downside cases? If not, which ones were tripped?
    b. In the downside cases, did the Company have revolver capacity to fund its operating capital needs?

20) Discuss differences from recent research published by equity analysts and rating agency (Lehman, Deutsche Bank, Merrill, S&P)? Were these reports relevant to the analysis?

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**            ML-TRIB-0404769