| | |
|---|---|
| From: | Kurmaniak, Rosanne [CMB-GBKG] |
| Sent: | Friday, September 14, 2007 04:35 PM |
| To: | Mohr, Christina [CMB-GBKG]; Canmann, Michael S [CMB-GBKG]; Zukerman, Udi [CMB-GBKG]; Scardigli, Michael [CMB-GBKG]; Roth, Jeffrey [CMB-GBKG] |
| Subject: | FW: |
| Importance: | Low |
| Attachments: | 07 09 13_Tribune Company Model.xls; Tower 2007 FCF and Debt Projections (Sept. 14).xls; Publishing Summary - Sept 10 (To be Updated).pdf; BE Consol 2006-2012 - to TCO on 9-13-07.xls; VRC - 5 yr current v april.xls; Lehman August 2007.xls |

From Chandler.

From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Friday, September 14, 2007 12:24 PM
To: Kurmaniak, Rosanne [CMB-GBKG]
Cc: Bigelow, Chandler
Subject:

Hi Rosie - first of all, it was great to see you both yesterday.

Many, many thanks for offering to help us with the preparation of our financial model. Attached is the current version along with:

(i) "Tower 2007 FCF and Debt Projections (Sept. 14)": a separate analysis that shows our current free cash flow, debt and cash projections for 2007
(ii) "Publishing Summary - Sept 10 (To be Updated": Publishing Group five year projections (summary PDF for now, will send by business unit detail shortly)
(iii) "BE Consol 2006-2012 0 to TCO on 9-13-07": Broadcasting Group five year projections
(iv) "VRC - 5 yr current v april": Sample output pages that compare our current projections to the April projection that we'd like to use
(v) "Lehman August 2007": the current Lehman Brothers (Craig Huber) financial model that we'd like to use as one of our sensitivity cases

In terms of the financial model, we have run into some issues with 2007. I think the out years are functioning properly, but 2007 is definitely not. I am inclined to hard code the 2007 activity using the sheets that are attached, but I worry that by doing that I might blow the dynamic aspects of the model in the out years. Also, if we hard code the 2007 numbers using the attached, then we probably can't toggle to a "fully flexed second step financing" scenario if we wanted to.

In terms of scenarios, I think we want to be able to toggle with respect to exactly how the second step gets financed (flex or not) and then incorporate two downside operating scenarios (i) the down management down 3% and the recent Lehman Brothers scenario (also attached).

In addition to the "output" pages embedded in the financial model, the attached file includes a couple of summary sheets that compare the current to April that we'd like to synch up with the financial model itself if possible.

Do you want to take a look and then we could plan to speak anytime today to get caught up? Ideally, we'd have the model completed by the end of the day Monday.

Again, many thanks, Chandler

CONFIDENTIAL

CITI-TRIB-CC 00041805