| | |
|---|---|
| From: | yang.chen@jpmorgan.com |
| Sent: | Thursday, November 01, 2007 10:28:29 AM |
| To: | Bigelow, Chandler; Eldersveld, David; nlarsen@egii.com |
| CC: | todd_kaplan@ml.com; david_tuvlin@ml.com; O'Grady, Michael G. (IBK - CHI); julie.persily@citigroup.com; timothy.p.dilworth@citigroup.com; bill.a.bowen@bankofamerica.com; jon.lindvall@bankofamerica.com; DHorowitz@Cahill.com; JSchaffzin@Cahill.com; RAJESH.KAPADIA@jpmorgan.com; peter.cohen@jpmorgan.com; brit.j.bartter@jpmorgan.com; joachim.sonne@jpmorgan.com |
| Subject: | Tribune diligence follow-up |
| Attachments: | Diligence Questions Follow-up 11-1-07.doc |

Chandler,

As mentioned earlier, after going through your diligence response, we have a few follow-up questions attached below. We could schedule a call to go through these, please let us know your preference. Thanks.

(See attached file: Diligence Questions Follow-up 11-1-07.doc)

==========================================
Yang Chen
J.P. Morgan | Syndicated Leveraged Finance
Telecom, Media & Technology
270 Park Avenue, 5th Floor | New York, NY 10017
Telephone: 212-270-9506 | Fax: 917-456-3149
==========================================

-------------------------------------
This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates. This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.
Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.

NOVEMBER 1, 2007

# TRIBUNE

## FOLLOW-UP DILIGENCE QUESTIONS

STRICTLY PRIVATE AND CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0586386

CONFIDENTIAL

## Follow-up diligence questions

1) Provide case studies on results <u>already achieved</u> and <u>impact on projections</u> at selected Tribune newspapers for any new revenue enhancing and/or cash cost saving initiatives, such as:
   - Commercial delivery (e.g., Tribune/Sun Times)
   - Print outsourcing/insourcing (e.g., USA Today)
   - Targeted publications
   - Free dailies
   - Other interactive/digital initiatives

2) Based on the Chicago and Los Angeles market reports, Tribune's newspapers' share of net paid circulation is declining. What factors are driving this trend? Who is gaining share in these markets: other newspapers?

3) Provide tax basis for real estate assets shown in Chart 19 of Five-Year Financial Outlook book

4) Provide update on October 2007 results and performance

FOLLOW-UP DILIGENCE QUESTIONS

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0586387