

Media Relations
back | home

## Tribune Company Statement on Solvency Opinions

16th Jan, 2009 | Posted in Corporate, Restructuring

In an effort to clear up any confusion resulting from media coverage of today's 341 Meeting in connection with Tribune Company's Chapter 11 filing, Chief Financial Officer Chandler Bigelow issued the following statement regarding the solvency opinions the company received as part of its 2007 going-private transaction:

"Tribune received two solvency opinions from an independent valuation firm with regard to this transaction. The first was obtained in May 2007, during the first-step tender offer portion of the transaction. The second opinion was received in December 2007, and addressed the solvency of the company immediately after giving effect to the closing of the transaction. Completion of the transaction was contingent on the receipt of this December 2007 opinion confirming the company's solvency. Both opinions reached the same conclusion, that Tribune was solvent.

The first opinion was filed publicly in connection with the company's tender offer which closed in June 2007; federal securities laws governing tender offers required this filing. Because no similar filing requirement applied to the December 2007 solvency opinion, the company did not publicly file this second opinion."

ShareThis 786 views, 8 so far today
**About Tribune Company**
TRIBUNE is America's largest employee-owned media company, operating businesses in publishing, interactive and broadcasting. In publishing, Tribune's leading daily newspapers include the Los Angeles Times, Chicago Tribune, The Baltimore Sun, Sun Sentinel (South Florida), Orlando Sentinel, Hartford Courant, Morning Call and Daily Press. The company's broadcasting group operates 23 television stations, WGN America on national cable, and Chicago's WGN-AM. Popular news and information websites complement Tribune's print and broadcast properties and extend the company's nationwide audience. At Tribune we take what we do seriously and with a great deal of pride. We also value the creative spirit and nurture a corporate culture that doesn't take itself too seriously.

- No Related Post

## Contact Tribune Company

Gary Weitman
gweitman@tribune.com
312 222.3394

- **Press Release Library**

    **Search**

- **Browse by Type**