

# FUNDAMENTAL ACCOUNTING PRINCIPLES

TWELFTH EDITION

KERMIT D. LARSON

Cover photo: *Eric Meola, The Image Bank/Chicago*

© RICHARD D. IRWIN, INC., 1955, 1959, 1963, 1966, 1969, 1972, 1975, 1978, 1981, 1984, 1987, and 1990

*All rights reserved.* No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher.

Executive editor: *Lew Gossage*
Associate editor: *Sheila Smith*
Developmental editor: *Nancy Lanum*
Project editor: *Margaret Haywood*
Production manager: *Irene H. Sotiroff*
Designer: *Michael Warrell*
Artist: *Precision Graphics*
Compositor: *York Graphic Services, Inc.*
Typeface: *10/12 Times Roman*
Printer: *Von Hoffmann Press, Inc.*

**Library of Congress Cataloging-in-Publication Data**

Larson, Kermit D.
   Fundamental accounting principles / Kermit D. Larson.—12th ed.
     p.   cm.
   ISBN 0-256-07342-2
   1. Accounting.  I. Title.
HF5635.P975  1990
657—dc20
                                         89–15560
                                         CIP

*Printed in the United States of America*
1 2 3 4 5 6 7 8 9 0 VH 6 5 4 3 2 1 0 9

as a loss. Later recoveries of market value are reported in the income statement as gains, but market value increases above original cost are not recorded.[6]

In the case of a long-term investment portfolio of marketable equity securities, market value declines are reported on the balance sheet but are reported in the income statement *only* if they appear to be permanent. Usually, they are not assumed to be permanent, in which case the market value decline is called an *unrealized loss* and is reported as a separate stockholders' equity item in the balance sheet.[7]

For example, assume that a company purchased a portfolio of long-term investments in marketable equity securities at a cost of $67,000. On December 31, the end of the accounting period, the market value of the portfolio had declined to $58,000. However, the decline was believed to be temporary. The entry to record the market decline is:

| Dec. | 31 | Unrealized Loss on Market Decline of Long-Term Investments | 9,000.00 | |
| | |     Allowance to Reduce Long-Term Investments to Market | | 9,000.00 |
| | | To record market decline of long-term investments in marketable stocks. | | |

In the long-term investments section of the balance sheet, the investments will be reported at a cost of $67,000 less the $9,000 allowance, or $58,000. The stockholders' equity section might appear as follows:

| | |
|---|---:|
| Common stock | $100,000 |
| Retained earnings | 80,000 |
| Less unrealized loss on market decline of long-term investments | (9,000) |
| Total stockholders' equity | $171,000 |

### The Equity Method of Accounting for Common Stock Investments

If a common stock investor has significant influence over the investee, the equity method of accounting for the investment must be used. When the stock is acquired, the purchase is recorded at cost just as it is under the cost method. For example, on January 1, 1990, James, Inc., purchased 3,000 shares (30%) of RMS, Inc., common stock for a total cost of $70,650. The entry to record the purchase on the books of James, Inc., is as follows:

---

[6] Ibid., I89.105.
[7] Ibid., I89.105, 115.

| Jan. | 1 | Investment in RMS, Inc. | 70,650.00 | |
| | | Cash | | 70,650.00 |
| | | Purchased 3,000 shares of common stock. | | |

Under the equity method, the earnings of the investee corporation not only increase the net assets of the investee corporation but also increase the investor's equity in the assets. Therefore, when the investee closes its books and reports the amount of its earnings, the investor takes up its share of those earnings in its investment account. For example, RMS, Inc., reported net income of $20,000. James, Inc.'s entry to record its share of these earnings is:

| Dec. | 31 | Investment in RMS, Inc. | 6,000.00 | |
| | | Earnings from Investment in RMS, Inc. | | 6,000.00 |
| | | To record 30% equity in investee's earnings of $20,000. | | |

The debit records the increase in James, Inc.'s equity in RMS, Inc. The credit causes 30% of RMS, Inc.'s net income to appear on James, Inc.'s income statement as earnings from the investment. Then, James, Inc., closes the earnings to its Income Summary account and on to its Retained Earnings account just as it would close earnings from any investment.

If, instead of a net income, the investee corporation incurs a net loss, the investor debits the loss to an account called Loss from Investment and credits (reduces) its Investment in Stock account. It then transfers the loss to its Income Summary account and on to its Retained Earnings account.

Dividends paid by an investee corporation decrease the investee's assets and retained earnings, and also decrease the investor's equity in the investee. Since, under the equity method, the investor records its equity in the full amount of earnings reported by an investee, the receipt of cash dividends is not income. Instead, dividend receipts from the investee represent a change in the form of the investor's assets; part of the investment is converted into cash. For example, RMS, Inc., declared and paid $10,000 in dividends on its common stock. The entry to record James, Inc.'s share of these dividends, which it received on January 9, 1991, is:

| Jan. | 9 | Cash | 3,000.00 | |
| | | Investment in RMS, Inc. | | 3,000.00 |
| | | To record receipt of 30% of the $10,000 dividend paid by RMS, Inc. | | |

Notice that when the equity method is used, the carrying value of a common stock investment equals the cost of the investment plus the investor's equity in

the undistributed earnings of the investee. For example, after the above transactions are recorded on the books of James, Inc., the investment account appears as follows:

**Investment in RMS, Inc.**

| Date | | Explanation | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 1990 | | | | | |
| Jan. | 1 | Investment | 70,650 | | 70,650 |
| Dec. | 31 | Share of earnings | 6,000 | | 76,650 |
| 1991 | | | | | |
| Jan. | 9 | Share of dividend | | 3,000 | 73,650 |

When an equity method stock investment is sold, the gain or loss on the sale is determined by comparing the proceeds from the sale with the carrying value of the stock on the date of sale. For example, on January 10, 1991, James, Inc., sold its RMS, Inc., stock for $80,000. The entry to record the sale is as follows:

| Jan. | 10 | Cash | 80,000.00 | |
|---|---|---|---|---|
| | | Investment in RMS, Inc. | | 73,650.00 |
| | | Gain on Sale of Investments | | 6,350.00 |
| | | Sold 3,000 shares of stock for $80,000. | | |

### Parent and Subsidiary Corporations

Corporations commonly own stock in and may even control other corporations. For example, if Par Company owns more than 50% of the voting stock of Sub Company, Par company can elect Sub Company's board of directors and thus control its activities and resources. In this case, the controlling corporation, Par Company, is known as the **parent company**, and Sub Company is called a **subsidiary**.

When a corporation owns all the outstanding stock of a subsidiary, it can take over the subsidiary's assets, cancel its stock, and merge the subsidiary into the parent company. However, instead of operating the business as a single corporation, there often are financial, legal, and tax advantages if a large business is operated as a parent corporation that controls one or more subsidiary corporations. Actually, most large companies are parent corporations that own one or more subsidiaries.

When a business is operated as a parent company with subsidiaries, separate accounting records are kept for each corporation. Also, from a legal viewpoint, the parent and each subsidiary are separate entities with all the rights, duties, and responsibilities of a separate corporation. However, investors in the parent company depend on the parent to present consolidated financial statements. Consolidated statements show the financial position and results of all operations under the parent's control, including those of any subsidiaries. These statements are prepared as if the business is organized as a single company. In other words, the assets and liabilities of all affiliated companies are