## CONFIDENTIALITY AGREEMENT

This Confidentiality Agreement ("Agreement") is entered into by Houlihan Lokey Howard & Zukin Financial Advisors, Inc. ("Houlihan Lokey") for the benefit of Tribune Company (the "Company") as of March 26, 2007

### RECITALS

A    The Company may engage Houlihan Lokey to act in a financial advisory and/or investment banking capacity on behalf of the Company; and

B.    In connection with such potential or actual engagement, the Company may provide Houlihan Lokey with certain information concerning the Company, its affiliates, subsidiaries, officers, directors, shareholders and controlling persons, as well as certain information relating to its business, prospects and customers.

### AGREEMENT

NOW, THEREFORE, in consideration of Houlihan Lokey's receipt of such information, Houlihan Lokey agrees as follows:

1. As used in this Agreement, "Confidential Information" shall mean all data, reports, financial statements, projections, documents and records containing or otherwise reflecting information concerning the Company, its affiliates, subsidiaries, officers, directors, shareholders and controlling persons, in any form or medium and whether communicated in writing, orally, or otherwise, which is provided to Houlihan Lokey by or on behalf of the Company, together with any analyses, compilations, studies or other documents prepared by the Company, Houlihan Lokey, or other parties which contain or otherwise reflect or are derivative of such information, but does not include information:

    (a)    that was already in Houlihan Lokey's possession, or that was available to Houlihan Lokey on a non-confidential basis, prior to the time of disclosure to Houlihan Lokey;

    (b)    obtained by Houlihan Lokey from a third person which, insofar as is known to Houlihan Lokey, is not subject to any legal, contractual or fiduciary prohibition or obligation against disclosure; or

    (c)    which is or becomes generally available to the public through no fault of Houlihan Lokey or any of its agents, advisors, attorneys, affiliates, employees, subcontractors, officers or directors (collectively, "Representatives").

2. Houlihan Lokey agrees:

    (a)    not to disclose in any manner whatsoever all or any part of the Confidential Information, without the prior consent of the Company, except as otherwise expressly set forth herein;

    (b)    not to use the whole or any part of the Confidential Information for any purpose other than in connection with the potential or actual engagement of Houlihan Lokey by the Company;

    (c)    to disclose the Confidential Information only to its Representatives who have a need to know the Confidential Information for the purpose of the potential or actual engagement of Houlihan Lokey; or in connection with services provided by Houlihan Lokey after such engagement, and who have been advised by Houlihan Lokey of the existence of this Agreement and have agreed or are under an obligation not to disclose such information;

CONFIDENTIAL

HLHZ-Tribune 000389

Buettell — DEP. EX. NO. 6
FOR ID., AS OF 12/2/09

(d) to ensure that its Representatives act in accordance with the requirements of this paragraph; and

(e) to be responsible for any breach of the terms of this Agreement by its Representatives.

3. Houlihan Lokey will:

(a) promptly notify the Company of any request or requirement, arising in connection with any judicial or other proceedings, for Houlihan Lokey to disclose all or any portion of the Confidential Information;

(b) refrain from disclosing that Confidential Information until the Company has had a reasonable opportunity to seek an appropriate protective order or other injunctive relief, or has waived Houlihan Lokey's compliance with this Agreement, in connection with such request or requirement; and

(c) not oppose an action by the Company to obtain an appropriate protective order or other injunctive relief with respect to such request or requirement, or to obtain other reliable assurances that the Confidential Information will continue to be treated confidentially, all of which shall be at the Company's sole expense.

4. If:

(a) the Company fails to obtain a protective order or other injunctive relief in the manner described in paragraph 3 above; and

(b) in the opinion of Houlihan Lokey's legal counsel, Houlihan Lokey is required by applicable law or regulatory authority to disclose such Confidential Information,

Houlihan Lokey may disclose such Confidential Information, but may not disclose any other part thereof.

5. Houlihan Lokey shall, promptly upon the written request by the Company, return any Confidential Information provided by the Company to Houlihan Lokey that exists in any tangible form, including all copies and notes thereof, except for:

(a) any analyses, compilations, studies or other documents prepared by Houlihan Lokey or its Representatives based on, containing or reflecting any Confidential Information, which documents shall continue to be held by Houlihan Lokey in confidence, subject to the terms of this Agreement;

(b) Confidential Information which Houlihan Lokey certifies in writing has been destroyed;

(c) one copy of all Confidential Information furnished to Houlihan Lokey, which information shall be retained by Houlihan Lokey's records management or legal department for archive purposes only (provided that Houlihan Lokey's obligations hereunder shall remain in full force and effect); and

(d) Confidential Information which Houlihan Lokey is required to retain in order to satisfy the requirements of any law, regulation or securities exchange rule (provided that Houlihan Lokey's obligations hereunder shall remain in full force and effect).

CONFIDENTIAL

HLHZ-Tribune 000390

6. Houlihan Lokey acknowledges that damages may be inadequate compensation for breach of this Agreement and, subject to the discretion of any court, the Company shall be entitled to seek equitable relief and may restrain, by an injunction or similar remedy, any breach or threatened breach of this Agreement.

7. This Agreement shall remain in effect for a period of two years from the date hereof.

8. Except as may be set forth to the contrary in a signed engagement letter between the parties hereto, this Agreement will not preclude Houlihan Lokey, or any of its affiliates, from pursuing, investigating, analyzing or engaging in business relationships or transactions (whether as a financial advisor, investment banker, principal or otherwise) which involve the Company, or its affiliates, creditors, equity holders, competitors, suppliers or customers, or other entities engaged in a business which is similar to the business of, or the same industry as, or any other party which may have interests different than or adverse to, the Company, and that any such activities do not and will not represent any actual or potential conflict of interest on the part of Houlihan Lokey with respect to the matters set forth in this Agreement, provided that nothing in this paragraph shall be construed in any way to limit the obligations of Houlihan Lokey with respect to the Confidential Information.

9. This Agreement shall be governed by and construed in accordance with the internal laws of the State of New York, without giving effect to applicable principles of conflicts of law to the extent that the application of the laws of another jurisdiction would be required thereby.

Agreed as of the date first written above by:

HOULIHAN LOKEY HOWARD & ZUKIN
FINANCIAL ADVISORS, INC.

By: *[signature]*
Name: Andrew J. Stull
Title: Managing Director

Accepted as of the date first written above by:

*Tribune Company*

By: *[signature]*
Name: Chandler Bigelow
Title: VP/Treasurer

CONFIDENTIAL

HLHZ-Tribune 000391