| | |
|---|---|
| From: | Leonid Mednik <lmednik@valuationresearch.com> |
| Sent: | Wednesday, June 13, 2007 2:39 PM |
| To: | 'Bigelow, Chandler' <CBigelow@tribune.com> |
| Cc: | Chad Rucker <crucker@valuationresearch.com> |
| Subject: | Preliminary Step 2 Analysis |
| Attach: | Tribune Step 2 Solvency Analysis 051707.pdf |

Chandler,

Attached please find a draft analysis of the Step 2 transaction. With regards to seeing the Step 2 model, please feel free to give me a call at your convenience and I'll be glad to help. As always should you have any additional questions or comments please feel free to contact Chad or I at any time.

Regards,
Leo

Leonid Y. Mednik
Senior Financial Analyst
Valuation Research Corporation
500 Fifth Avenue, 39th Floor
New York, NY 10110
Direct: 917-338-5618
Cell:   646-270-6719
Fax:    212-278-0675



EXHIBIT
Rucker 15
12/3/09 LS

VRC0101672



*Private & Confidential*

**VRC** Valuation Research Corporation

*Tribune Company*
*Step Two Preliminary Solvency Opinion Analysis*
*May 17, 2007*

NEW YORK · PRINCETON · BOSTON · CHICAGO · CINCINNATI · MILWAUKEE · SAN FRANCISCO · TAMPA

VRC0101673

CONFIDENTIAL

## Summary of Solvency Analyses

➤ Valuation and Capital Adequacy Tests

➤ Cash Flow Test

➤ Capitalization Tests

➤ Capital Reduction Test



2

PRELIMINARY DRAFT



VRC
Strong Values.

VRC0101674

# VALUATION AND CAPITAL ADEQUACY TESTS

**TRIBUNE**

**PRELIMINARY DRAFT**


VRC
Strong Values.

VRC0101675

# Valuation and Capital Adequacy Tests ($ in millions)

| Valuation Method | Valuation Summary | | |
|---|---|---|---|
| | Low | Mid | High |
| Comparable Companies | $11,335.8 | $12,497.6 | $13,659.4 |
| Comparable Transactions | $11,872.8 | $12,766.1 | $13,659.4 |
| Sum of Individual Assets | $11,430.1 | $12,709.7 | $13,989.3 |
| Discounted Cash Flow | $9,387.8 | $10,071.3 | $10,754.8 |
| **Average Operating Enterprise Value** | **$11,006.6** | **$12,011.2** | **$13,015.7** |
| + Equity Investments | $2,412.0 | $2,686.0 | $2,961.0 |
| + NPV of ESOP Tax Savings | $1,363.4 | $1,363.4 | $1,363.4 |
| **Adjusted Enterprise Value** | **$14,782.1** | **$16,060.6** | **$17,340.1** |
| + Cash | $188.0 | $188.0 | $188.0 |
| - Debt | ($13,668.8) | ($13,668.8) | ($13,668.8) |
| - Identified Contingent Liabilities | ($97.1) | ($97.1) | ($97.1) |
| **Equity Value** | **$1,204.2** | **$2,482.7** | **$3,762.2** |
| % of Enterprise Value | 8.1% | 15.5% | 21.7% |
| Less: Par value of Capital Stock | $3.9 | $3.9 | $3.9 |
| **Excess Capital** | **$1,200.3** | **$2,478.8** | **$3,758.4** |

Operating Enterprise Value Multiples

| | Valuation Summary | | |
|---|---|---|---|
| | Low | Mid | High |
| LTM EBITDA (6/31/07) | $1,333.6 | | |
| CFY EBITDA (2007) | $1,365.9 | 8.1x | 8.8x | 9.5x |
| NFY EBITDA (2008) | $1,396.8 | 7.9x | 8.6x | 9.3x |

Consolidated Enterprise Value Multiples

| | Low | Mid | High |
|---|---|---|---|
| LTM EBITDA (6/31/07) | $1,337.4 | 11.0x | 12.0x | 13.0x |
| CFY EBITDA (2007) | $1,434.6 | 10.3x | 11.2x | 12.1x |
| NFY EBITDA (2008) | $1,496.0 | 9.9x | 10.7x | 11.6x |



- *EBITDA figures include $60 million of anticipated cost savings*
- *EBITDA figures used for Consolidated Enterprise Value multiples include cash received from equity investments.*

 TRIBUNE

VRC
Strong Values.

4

PRELIMINARY
DRAFT



VRC0101676







## Base Case Cash Flow Test ($ in millions)

| Cash Flow Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| *Adjusted EBITDA* | $1,305.9 | $1,396.8 | $1,384.4 | $1,413.2 | $1,408.6 | $1,413.3 | $1,418.1 |
| Cash Received from Equity Investments | $85.1 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| Cash Taxes | ($162.4) | ($3.5) | ($4.8) | ($5.7) | ($6.5) | ($7.6) | ($8.6) |
| Cash Interest Income | $5.3 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 |
| Cash Interest Expense | ($513.9) | ($934.0) | ($896.9) | ($889.1) | ($865.1) | ($832.6) | ($791.5) |
| Change in Working Capital | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) | ($28.2) | ($28.3) |
| *Operating Cash Flow* | $700.1 | $537.7 | $579.6 | $642.3 | $687.9 | $760.4 | $826.1 |
| Capital Expenditures | ($174.5) | ($169.7) | ($124.0) | ($123.9) | ($123.9) | ($124.5) | ($125.2) |
| Other Investing Activities | ($96.7) | $658.9 | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| *Cash Flow Available for Debt Repayment* | $428.8 | $1,026.9 | $355.6 | $418.4 | $464.0 | $535.9 | $600.9 |
| | | | | | | | |
| *Net Cash Flow* | $254.9 | $881.5 | $243.2 | ($110.3) | $385.1 | $457.1 | $440.1 |
| Beginning Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Minimum Cash Balance | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) |
| Revolver Borrowings | $0.0 | $0.0 | $0.0 | $110.3 | $0.0 | $0.0 | $0.0 |

- Adjusted EBITDA figures include $60 million of anticipated cost savings
- Under the Company's revolver it has the ability to borrow up to $750 million.

6

**PRELIMINARY DRAFT**



VRC0101678

## Base Case Debt Covenant Summary ($ in millions)

| Credit Ratios | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| EBITDA | $1,305.9 | $1,316.8 | $1,304.4 | $1,333.2 | $1,328.6 | $1,333.3 | $1,338.1 |
| Cost Savings | $60.0 | $80.0 | $80.0 | $80.0 | $80.0 | $80.0 | $80.0 |
| Cash Received from Equity Investments | $68.7 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| Other Adjustment | $0.0 | ($36.4) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Covenant EBITDA | $1,434.6 | $1,459.5 | $1,502.5 | $1,558.9 | $1,581.7 | $1,623.6 | $1,649.3 |
| **Guaranteed Debt / Covenant EBITDA** | **7.20x** | **6.60x** | **6.30x** | **5.99x** | **5.61x** | **5.31x** | **4.74x** |
| Maximum Guaranteed Leverage Ratio | 9.00x | 9.00x | 8.75x | 8.50x | 8.25x | 8.25x | 8.25x |
| **Covenant EBITDA / Cash Interest** | **2.79x** | **1.56x** | **1.68x** | **1.75x** | **1.83x** | **1.95x** | **2.08x** |
| Minimum Interest Coverage | 1.10x | 1.15x | 1.20x | 1.25x | 1.25x | 1.25x | 1.25x |




7

PRELIMINARY DRAFT



# CAPITALIZATION TESTS


TRIBUNE

PRELIMINARY DRAFT


VRC
Strong Values.

CONFIDENTIAL

# *Capitalization Tests*

- Post-Transaction Relative Equity Value

- Sensitivity Tests



VRC0101681



## Post Transaction Relative Equity Value

| Adjusted Enterprise Value | $14,782.2 | $16,060.7 | $17,340.3 |
|---|---|---|---|
| + Cash | $188.0 | $188.0 | $188.0 |
| - Debt | ($13,668.8) | ($13,668.8) | ($13,668.8) |
| - Identified Contingent Liabilities | ($97.1) | ($97.1) | ($97.1) |
| Equity Value | $1,204.3 | $2,482.8 | $3,762.4 |



10

PRELIMINARY
DRAFT





## *Sensitivity Test Assumptions*

- **Corporate:**

  1. Discretionary acquisition expenditures are projected to be $50 million in fiscal years 2009 through 2013

- **Publishing:**

  1. 4.5% decline in revenues for fiscal years 2008 and 2009
  2. 2.0% decline in revenues for fiscal years 2010 and beyond
  3. 22.0% EBITDA margin in fiscal year 2008, 21.0% EBITDA margin in fiscal year 2009 and 22.0% EBITDA margin in fiscal year 2010
  4. 24.0% EBITDA margin in fiscal years 2011
  5. 24.4% EBITDA margin for fiscal years 2012 and beyond

- **Broadcasting:**

  1. 6.0% decline in revenues for fiscal years 2008 and 2009
  2. 3.0% decline in revenues in fiscal year 2010
  3. 2.0% decline in revenues for fiscal years 2011 and beyond
  4. 33.0% EBITDA margin in fiscal year 2008, 33.5% EBITDA margin in fiscal year 2009, 33.5% EBITDA margin in fiscal year 2010 and 34.5% EBITDA margin in fiscal year 2011
  5. 35.8% EBITDA margin for fiscal years 2012 and beyond



11
PRELIMINARY DRAFT


VRC
Strong Values.

VRC0101683

## Sensitivity Cash Flow Test ($ in millions)



| Cash Flow Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| *Adjusted EBITDA* | *$1,305.9* | *$1,217.2* | *$1,126.1* | *$1,134.8* | *$1,191.7* | *$1,194.6* | *$1,170.6* |
| Cash Received from Equity Investments | $85.1 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| Cash Taxes | ($162.4) | $0.0 | $0.0 | $0.0 | ($1.0) | ($1.7) | ($1.7) |
| Cash Interest Income | $5.3 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 |
| Cash Interest Expense | ($513.9) | ($939.0) | ($915.7) | ($925.3) | ($920.8) | ($909.4) | ($891.9) |
| Change in Working Capital | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) | ($28.2) | ($28.3) |
| *Operating Cash Flow* | *$700.1* | *$356.6* | *$307.3* | *$333.3* | *$420.6* | *$470.8* | *$485.2* |
| Capital Expenditures | ($174.5) | ($169.7) | ($124.0) | ($123.9) | ($123.9) | ($124.5) | ($125.2) |
| Other Investing Activities | ($96.7) | $708.9 | ($50.0) | ($50.0) | ($50.0) | ($50.0) | ($50.0) |
| *Cash Flow Available for Debt Repayment* | *$428.8* | *$895.8* | *$133.3* | *$159.4* | *$246.7* | *$296.3* | *$310.0* |



| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| *Net Cash Flow* | *$254.9* | *$750.4* | *$20.9* | *($369.3)* | *$167.9* | *$217.4* | *$149.2* |
| Beginning Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Minimum Cash Balance | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) |
| Revolver Borrowings | $0.0 | $0.0 | $0.0 | $369.3 | $0.0 | $0.0 | $0.0 |



12

PRELIMINARY DRAFT

VRC0101684

## Sensitivity Case Debt Covenant Summary ($ in millions)

| Credit Ratios | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| EBITDA | $1,305.9 | $1,137.2 | $1,046.1 | $1,054.8 | $1,111.7 | $1,114.6 | $1,090.6 |
| Cost Savings | $60.0 | $80.0 | $80.0 | $80.0 | $80.0 | $80.0 | $80.0 |
| Cash Received from Equity Investments | $68.7 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| Other Adjustment | $0.0 | ($36.4) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Covenant EBITDA | $1,434.6 | $1,280.0 | $1,244.3 | $1,280.5 | $1,364.8 | $1,404.9 | $1,401.8 |
| Guaranteed Debt / Covenant EBITDA | 7.20x | 7.63x | 7.77x | 7.57x | 7.31x | 6.70x | 6.55x |
| Maximum Guaranteed Leverage Ratio | 9.00x | 9.00x | 8.75x | 8.50x | 8.25x | 8.25x | 8.25x |
| Covenant EBITDA / Cash Interest | 2.79x | 1.56x | 1.36x | 1.58x | 1.48x | 1.54x | 1.57x |
| Minimum Interest Coverage | 1.10x | 1.15x | 1.20x | 1.25x | 1.25x | 1.25x | 1.25x |





13

PRELIMINARY DRAFT

VRC Strong Values.

TRIBUNE

VRC0101685



# CAPITAL REDUCTION TEST

**TRIBUNE**

**PRELIMINARY DRAFT**



**VRC** Strong Values.

VRC0101686



## Capital Reduction Test *($ in millions)*

| Valuation Method | Valuation Summary | | |
|---|---|---|---|
| | Low | Mid | High |
| *Comparable Companies* | $10,346.4 | $12,002.9 | $13,659.4 |
| *Comparable Transactions* | $10,346.4 | $12,002.9 | $13,659.4 |
| *Sum of Individual Assets* | $10,389.3 | $12,189.3 | $13,989.3 |
| *Discounted Cash Flow* | $7,799.9 | $8,375.1 | $8,950.3 |
| **Average Operating Enterprise Value** | $9,720.5 | $11,142.5 | $12,564.6 |
| + Equity Investments | $2,412.0 | $2,686.0 | $2,961.0 |
| + NPV of ESOP Tax Savings | $197.0 | $197.0 | $197.0 |
| **Adjusted Enterprise Value** | $12,329.5 | $14,025.6 | $15,722.6 |
| + Cash | $188.0 | $188.0 | $188.0 |
| - Debt | ($5,274.2) | ($5,274.2) | ($5,274.2) |
| - Identified Contingent Liabilities | ($97.1) | ($97.1) | ($97.1) |
| **Equity Value** | $7,146.3 | $8,842.4 | $10,539.4 |
| *% of Enterprise Value* | *58.0%* | *63.0%* | *67.0%* |



15

**PRELIMINARY DRAFT**

VRC0101687

CONFIDENTIAL



## Disclaimer

- The accompanying material was compiled on a confidential basis for use solely by the Board of Directors of The Tribune Company as of May 17, 2007. This material is not intended to provide the sole basis for evaluating any transaction or event, does not purport to contain all information that may be required and should not be considered a recommendation with respect to any transaction or event. This material was prepared for a specific use by specific persons as of a specific date and was not prepared to conform with any disclosure standards under securities laws or otherwise. Neither Valuation Research Corporation ("VRC") nor any of its officers, directors, employees, affiliates, advisors, agents or representatives warrants the accuracy or completeness of any of the material set forth herein. Nothing contained in the accompanying material is, or shall be relied upon as, a promise or representation as to the past, the present or the future. This material must not be copied, reproduced, distributed or passed to others at any time without the prior written consent of VRC.

- It should be understood that any estimates, valuations, forecasts or projections contained in the accompanying material were prepared or derived from information supplied by the Company and public sources without the assumption by VRC of responsibility for any independent verification thereof. Accordingly, no representation or warranty can be or is made by VRC as to the accuracy or achievability of any such valuations, estimates, forecasts or projections and VRC expressly disclaims any and all liability relating to or resulting from the use of this material. Actual results may vary from such estimates, valuations, forecasts or projections and such variations may be material. Subsequent events may impact the analyses and conclusions set forth in the accompanying material and VRC does not assume any responsibility to update or revise the accompanying material for any events subsequent to the specified date set forth herein.



16

PRELIMINARY DRAFT

VRC0101688