| | |
|---|---|
| **From:** | Amsden, Harry |
| **Sent:** | Thursday, September 27, 2007 2:43:18 PM |
| **To:** | Hiller, David; Smith, Scott C.; Knight, Timothy; Greenberg, Howard; Waltz, Kathy; Gremillion, Bob; Thomas, Doug; Casanova, Vince; DePaola, Ken; Kenney, Brigid E.; Landon, Tim J. |
| **CC:** | Knapp, Peter; FitzSimons, Dennis J.; Bigelow, Chandler; Grenesko, Don; Trausch, Diane M.; Fonticoba, Robin |
| **Subject:** | Update for October 1st banker meeting |
| **Attachments:** | October 1 Agenda.doc; 5-Year OP Base, Down, Up comparison.xls; 5-Year OP 2007-2012 Upside Scenario 9.27.xls; Upside Model Assumptions.doc; 5-Year OP 2007-2012 Downside Scenario 9.27.xls; Downside Model Assumptions.doc |

A few points on the meeting on Monday:

1) The meeting will start at 8am over at The Gleacher Center next door to the Tower. We will have a meeting at 7am that day on the 24th floor of the Tower in the Patterson Room to prep for this meeting. Continental breakfast will be available both in the Patterson Room and over at The Gleacher Center.

2) There will likely be 20-30 bankers, 10-15 attorneys and up to 3 people from the Equity Group present for the meeting on Monday. Some may be dialing into the meeting. We will use one of the classroom style rooms at Gleacher with a table at the front for presentations.

3) We will use substantially the same materials and presentation as the VRC meeting. The discussion of expenses will now occur earlier on during the overall model assumptions section. A draft agenda is attached. The meeting is scheduled to run until about 2:20 now. If you have an early flight, we can probably get you out of there by 2pm. We have added a section at the end of the meeting that Scott and I will handle where we will discuss upside and downside scenarios to our base group model. Materials for that discussion, some of which will be handed out, are attached for your review. We will have full packets of all of the materials available for each of you.

4) Feel free to bring some items for "Show and Tell" again.

5) We have done two conference calls with the bankers so far this week. The bankers have asked much more detailed financial questions than VRC did. Their tone has been very professional and even somewhat positive at times. There are many more of them and they are more familiar with us and the industry. Keep your answers short and to the point and relate them back to the financial model wherever possible. They have already been sent the group model, your business unit models and the overall group assumptions. They will receive more materials by the end of this week.

See you on Monday. Keep the positive momentum going from the last meeting. Contact me if you have any questions.

Harry

October 1 Agenda.doc (37 kB); 5-Year OP Base, Down, Up comparison.xls (26 kB); 5-Year OP 2007-2012 Upside Scenario 9.27.xls (55 kB); Upside Model Assumptions.doc (34 kB); 5-Year OP 2007-2012 Downside Scenario 9.27.xls (53 kB); Downside Model Assumptions.doc (34 kB)

Amsden DEP. EX. NO 23
FOR ID., AS OF 12/16/09 SA

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0222736