**From:** Amsden, Harry
**Sent:** Tuesday, August 28, 2007 10:53:06 AM
**To:** Hiller, David; Bellack, Bob; Avetisian, Chris; Knight, Timothy; Jimenez, Terry; Bushey, Edward; Smith, Scott C.; Doherty, Phil B.; Eberle, Jane M; Gremillion, Bob; Ryan, Tim; Smist, Erik; Ireland, Barbara; Greenberg, Howard; Motley, Robyn; Ray, Charles; Waltz, Kathy; Slason, Mike; Vance, Doug; Casanova, Vince; Thomas, Doug; DePaola, Ken; Landon, Tim J.; Kenney, Brigid E.; Razzino, William; Malee, Michael J.; Gart, Mike; Williams, David D.
**CC:** Knapp, Peter; Bigelow, Chandler; Grenesko, Don
**Subject:** Update on work for 5-year financial model and Chicago meetings

**Attachments:** TRB_Due Diligence Outline_8-23-07.pdf

Have some more information on our 5-year modeling work as follows:

1) Looks like there will be two sets of meetings in Chicago now in September as part of this effort. They are **tentatively** planned for September 20 and 21. We will still have a meeting with Valuation Research as originally planned but now also we need to have a due diligence meeting with the 4 banks involved in the financing for the final stage of the buyout. We will use as much of the same materials/presentation as possible for both meetings. The banks are interested in 2007 and 2008-2012 also.

2) Attached to this e-mail is the bankers' request list for information for the meeting. This list also includes broadcasting and corporate. Please take a look at it. We are trying to prepare as much of it as possible through central efforts here. But for your business unit presentation portions, you should be aware of what they are asking for. Much of it, we are currently working on in our 5-year modeling exercise. They have asked for quarterly projections through 2009. We plan on telling them that this level of detail is not available at this time. However, we probably will have to discuss ad revenue trends for the first half and second half of 2008.

3) Doug Thomas and Ken DePaola will prepare some commentary on overall ad revenue trends by key category for the group as a whole for 2008 and then for 2009-2012. We will share this with you prior to the 9/20 and 9/21 meetings. Your ad VP's should not have to attend the 9/20 and 9/21 meetings.

4) Vince Casanova will prepare overall commentary for circulation revenue and net paid trends for 2008 and 2009-2012. We will share this also with you.

5) Tim Landon and his group are working on an overall interactive model, including the joint ventures for 2008-2012.

6) Other overall group level assumptions on areas such as newsprint pricing will be prepared by the group finance staff.

7) You will need to discuss how and where your local market assumptions differ from the group assumptions.

Your 3-year models are due back to us by the end of the day tomorrow. We need to give a good draft of the group and business unit models to corporate just after Labor Day.

We will send additional information to you as it becomes available, including any updated agendas and finalization of the timing of the meetings. We will probably also at some point have a conference call to prep for the presentations.

Harry

TRB_Due Diligence Outline_8-23-07.pdf
(111 kB)

Amsden DEP. EX. NO. 17
FOR ID., AS OF 12/16/09 st

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

# TRIBUNE

## Due Diligence Outline
## August 23, 2007

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# Tribune Company
# Due Diligence Outline

**Consolidated Operations and Strategy**

- General business segment overview/review
  - Publishing
  - Broadcasting
  - Other (Chicago Cubs, radio, Superstation, etc.)
- Consolidated financial review
  - Outlook for 2H 2007
  - Overview of 5-year operating model – longer-term expectations
    - Quarterly projections through 2009, annually thereafter
      - Outline the significant differences between the new forecasts and forecasts provided in April 2007
    - Rationale for key corporate level operating assumptions and financial drivers, e.g. corporate G&A, etc.
- Operating strategy
  - Highlight key strategic initiatives for publishing and broadcasting divisions
  - Outline specific actions that will slow or reverse current operational and financial trends

**Publishing**

**Daily Newspapers**

- Review of major papers on market-by-market basis (Los Angeles, Chicago, New York, Florida and Baltimore)
  - Update overall market health and major trends for each paper
  - Rationale for key Publishing segment assumptions for 2H 2007 and 5-year operating model
- Key topics
  - Advertising
    - Discuss trends for retail, national and classified
    - Major categories review and outlook
      - Real estate and related (eg, home furnishings, hardware)
      - Recruitment
      - Automotive
      - Department stores
      - Entertainment
      - Financial
      - Travel
      - Other
    - Review pricing policies
      - Ad linage vs. revenue trends
      - Print / online bundling
    - Update on relationships with major advertisers
      - Expectations for significant upcoming ad programs
      - Describe any significant changes in the top 25 advertising client base in key markets / key categories
      - Summarize any recent, significant feedback from advertisers regarding their perspective on efficacy of newspaper advertising vs. other forms of media

- Review recent and expected impact of new ad products and other initiatives
  - Section-front ads
  - Innovative designs, more color, etc.
  - Enhanced zoning for pre-prints
- Competitive positioning vs. other newspapers and other media
  - Update on TRB market share of local advertising spend
  - Provide perspectives on how and at what pace TRB print advertisers are shifting their ad budgets

- Circulation
  - Review recent trends and outlook
    - Individually paid vs. bulk, 3rd party and other paid
  - Describe effectiveness of initiatives to maintain paid circulation and/or increase revenue
    - Pricing changes (per copy or subscription)
    - Marketing strategies
  - Impact of circulation declines on advertising sales efforts
    - Is readership gaining traction with advertisers as a metric?

- Update on targeted print, direct mail and other businesses, including:
  - amNewYork and RedEye free publications
  - ADVO joint pre-print partnership in Los Angeles
  - Commercial delivery agreement in Chicago
- Provide an update on the sale process of SCNI in light of the blocked process with Gannett - have bids been submitted in the new process?
- Financial update and outlook (market-by-market; quarterly projections through 2009, annually thereafter)
  - Revenue
    - Advertising revenue mix (retail, national, classified and online)
      - Growth drivers
      - Discuss long-term view on print vs. online revenue mix
      - Review print vs. online mix and relative profitability of print vs. online advertising customer. How is this tracked?
    - Circulation
    - Other
  - Operating expenses
    - Labor and employee benefits
    - Newsprint
      - Benefit from web width reductions
      - Pricing outlook
    - Distribution
  - Cost cutting initiatives
    - Savings to be achieved and upfront costs required to achieve these savings
    - Timing on the upfront costs and savings
  - In the event of a continued slowdown and decrease in advertising revenue, what trends should we see for EBITDA margins
    - What is the breakout / ratio of fixed costs to variable?
  - Capital expenditure requirements
    - Maintenance
    - New projects

**Digital / Interactive**

- Operational and financial metrics of key newspaper-affiliated sites
  - Traffic trends

- Advertising sales strategy and performance
        - Pricing policy / bundling
    - Rationale for key Digital/Interactive segment assumptions for 2H 2007 and 5-year operating model (including quarterly projections through 2009)
- Update on identified interactive strategies
    - National ad network
    - Niche vertical channels (eg, entertainment, travel, business, health)
    - National news aggregation site through Topix
    - Real estate / ForSaleByOwner.com
- Operational and financial update on unconsolidated TRB digital assets
    - CareerBuilder, Classified Ventures, Topix, ShopLocal, etc.
        - Review relationship with equity partners
        - Competitive landscape review / growth outlook
    - Overall integration with TRB print properties
- Investment strategy achieve growth objectives
    - Acquisitions, joint ventures or other partnerships
    - New business lines
- Capital expenditure requirements
    - Maintenance
    - New projects
- Cost cutting initiatives
    - Savings to be achieved and upfront costs required to achieve these savings
    - Timing on the upfront costs and savings

**Labor Relations**

- Summary of employee relations generally
- Description of all pending contract renewals

**Suppliers**

- Discuss major vendors/suppliers as well as competition among suppliers
    - Newsprint
        - Supply contracts, future commitments, pricing outlook
    - Distribution
    - Other

**Broadcasting**

**General Topics**

- Local vs. national advertising trends
- Advertising category trends
- Political advertising outlook
- Advertising share shift trends (e.g., impact of Internet)
- Impact of 2007 up front market
- Outlook for spot market
- Ad pricing trends
- Regulatory update
- Update on key industry issues
    - Retransmission fee opportunity and timing
    - LPMs
    - DVRs
    - TV network download initiatives
    - Cable local advertising efforts

**Overview of O&O TV Stations in Key Markets**

- Describe the overall health of key TRB markets
  - TRB positioning in market and relative performance vs. other stations
  - Rationale for key Broadcasting segment assumptions for 2H 2007 and 5-year operating model
- Review trends in the advertising client base in the key markets
  - Local vs. national
  - Online shift
- Political advertising update
  - Outlook for 2H 2007 and 2008
  - Strategies to increase political revenue share
- Programming
  - Network affiliation agreements
  - News programming strategy
  - Key programming contracts and supply pipeline
    - Syndication programming
      - Discuss important "anchor" programs across the station group such as: Maury Povich, Jerry Springer (and recent spin-off) plus upcoming launch of Family Guy and 2 ½ Men
    - Sports
    - Movie packages
  - Update on news programming
    - Performance of early morning shows
    - Performance of late-night news given evolving prime-time lead-in programs
    - Outsourcing news initiative in certain markets
  - Update on progress of first-run program development initiative (via partnership strategy with program suppliers)
- TRB market revenue share in key markets
  - Trends – 2006 vs. 2007 YTD
- TRB rating share in key markets
  - Trends – 2006 vs. 2007 YTD
  - Recent ratings performance by daypart
- Online strategy / opportunity
- Financial update and outlook (market-by-market; quarterly projections through 2009, annually thereafter)
  - Overall market growth assumptions
  - Ratings and revenue share assumptions
  - Advertising revenue mix (local, national, political, other)
    - Historical trends vs. projections
  - Operating expense detail
  - Cost cutting initiatives
    - Savings to be achieved and upfront costs required to achieve these savings
    - Timing on the upfront costs and savings
  - In the event of a continued slowdown and decrease in advertising revenue, what trends should we see for EBITDA margins
    - What is the breakout / ratio of fixed costs to variable?
  - Capital expenditure requirements
    - Maintenance
    - New projects
- Update and outlook on CW Network transition
  - Impact on financial performance of TRB stations

**Review of Networks**

- CW Network and MyNetwork
  - Summary of ratings and audience share trends since network launch
  - Network programming strategy / new show pipeline
- WGN
  - Update on carriage agreements
  - Programming strategy and pipeline
  - Summary operational, ratings and financial performance

**Overview of Other Business Segments / Assets**

- Chicago Cubs
- WGN Radio
  - Review programming strategy, ratings and financial performance
- Food Network
  - Review programming strategy, ratings and financial performance
  - Update on relationship with joint venture partner
- Comcast Sports Net
  - Review programming strategy, ratings and financial performance
  - Update on relationship with joint venture partners
- Other

**Other**

- Provide an update on union requests for employee representation on the board, in light of comments made at the recent shareholder meeting
- As part of the staff reduction process, what is the forecast for severance for 2H 2007 and 2008?
- Has there been any valuation of real estate holdings since last diligence session?
- Breakdown of any significant liabilities and claims at the subsidiary level ahead of Senior Secured Credit Facilities
- Any recent changes in management and are you expecting any in the near future?
- Provide an update on the status of the Bender settlement