## TRIBUNE PUBLISHING
## 5-YEAR FINANCIAL MODEL PREPARATION

**April 2007 Model**

The starting point for the 5-year model used in April 2007 was our 2007 operating plan. Each business unit prepared a comprehensive operating plan for 2007, going through their normal planning process in late 2006 and early 2007. The group then consolidated these plans and this plan was included in the consolidated Tribune Company operating plan approved by the Tribune Board of Directors in February 2007.

The out years for the model were developed by the group office working with the business units and Tribune Interactive. Tribune Interactive put together their own 5-year plan which was then incorporated into the overall group plan at that time. The group office projected the out years based on interactive's plan, discussions with business units and our own projections of future operating results.

**September 2007 Model**

The starting point for the current 5-year model was the updated publishing group projection based on revised projections prepared by each business unit in early September. Each of the top 6 newspapers was given a template to complete for 2008-2010 which mirrored the overall group model. Interactive prepared a model for their business for 2008-2012. Standard assumptions in areas such as newsprint pricing, retirement plan expense and merit increases were provided by the group office. These models were then consolidated and reviewed by the group. The group office did the projections for the top 6 newspapers for 2011-2012 and for 2008-2012 for the smaller properties. The group office prepared the projections for capital expenditures and investment spending.

These models do not assume either a robust recovery or a recession during 2008-2012. The group office then did the upside and downside scenario cases at the group level only. These cases were sent out to the top 6 newspapers and interactive for their review.

A reconciliation of the September 2007 model to the April 2007 model was prepared for total group revenues, expenses and operating cash flows and provided both to the bankers and VRC.

Amsden DEP EX. NO. 5
FOR ID. AS OF 12/16/09 SA

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0468697

2nd step

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0468698