| | |
|---|---|
| **From:** | Bigelow, Chandler <CBigelow@tribune.com> |
| **Sent:** | Thursday, September 20, 2007 6:19 PM |
| **To:** | Bryan Browning <BBROWNIN@valuationresearch.com>; Chad Rucker <crucker@valuationresearch.com>; Leonid Mednik <lmednik@valuationresearch.com> |
| **Subject:** | |

Bryan/Chad/Leo:

First of all, many thanks for all of your time and effort over the past couple of days. I hope you found our meetings productive. I know we did. As I mentioned this morning, please let me know when you are available early next week to review and discuss follow-up items. Also, I just wanted to follow-up on my email earlier and remind you to please delete the first version of the five-year consolidated model that I sent to you. That version included certain downside scenarios that do not reflect management's current downside case. As we have discussed, Tribune management is developing sensitivity analysis and will share this analysis with you upon completion, most likely next week.

Finally, beginning tomorrow, I will start sending you responses to your follow-up questions/requests from our meetings. In fact, I think Mark Hiank, our Assistant General Counsel, has already kicked this off by sending to you all of the recent correspondence related to our PHONES.

Thanks again, Chandler

Amsden DEP. EX. NO. 26
FOR ID., AS OF 12/16/09

VRC0003024