*(handwritten note, top margin)* Cash into the difference between these provides equity income and business following the Inter Active Group under

**TRIBUNE INTERACTIVE**
**2006-2012**
**Dollars in Millions**

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 5-Year CAGR | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | |
| 1 Existing Business | $ 227 | $ 262 | $ 278 | $ 310 | $ 343 | $ 381 | $ 424 | 10% | Newspaper.com excluding SCNI, MMX, Open Networks |
| 2 *Growth* | | 15% | 6% | 12% | 11% | 11% | 11% | | |
| 3 Internal Development | - | 0 | 31 | 75 | 123 | 157 | 195 | | Central and LATI product development |
| 4 Acquisitions | - | | 5 | 19 | 38 | 62 | 89 | | $50M/year |
| 5 Total Revenue | $ 227 | $ 262 | $ 314 | $ 404 | $ 504 | $ 600 | $ 708 | 22% | |
| 6 *Growth* | | | 20% | 29% | 23% | 19% | 18% | | |
| 7 | | | | | | | | | |
| 8 **OPERATING CASH FLOW *** | | | | | | | | | |
| 9 Existing Business | $ 126 | $ 131 | $ 131 | $ 144 | $ 159 | $ 178 | $ 200 | 9% | Modest growth without new product development |
| 10 *Growth* | | 4% | 0% | 10% | 10% | 12% | 12% | | |
| 11 Internal Development | - | (10) | (8) | 11 | 34 | 47 | 60 | | |
| 12 Acquisitions | - | - | 1 | 4 | 9 | 16 | 26 | | |
| 13 Total Operating Cash Flow | $ 126 | $ 121 | $ 125 | $ 159 | $ 202 | $ 241 | $ 286 | 19% | |
| 14 *Growth* | | -4% | 3% | 27% | 27% | 19% | 19% | | |
| 15 | | | | | | | | | |
| 16 *OPERATING MARGIN* | | | | | | | | | |
| 17 *Existing Business* | 55% | 50% | 47% | 46% | 46% | 47% | 47% | -1% | Margins decline as 100% margin recruitment revenue is replaced with lower margin new product revenue |
| 18 *Total Business* | 55% | 46% | 40% | 39% | 40% | 40% | 40% | -3% | |
| 19 | | | | | | | | | |
| 20 **EQUITY INCOME/(LOSS)** | | | | | | | | | |
| 21 Existing JV's | | $ (7) | $ 12 | $ 34 | $ 52 | $ 67 | $ 78 | | Careerbuilder, Classified Ventures, ShopLocal, Topix |
| 22 New JV's | | (6) | (10) | (6) | (2) | 1 | 3 | | Metromix, Ad Network |
| 23 Total Equity | | $ (12) | $ 2 | $ 28 | $ 50 | $ 68 | $ 81 | | |
| 24 | | | | | | | | | |
| 25 **CAPITAL REQUIREMENTS** | | | | | | | | | |
| 26 JV Funding | | $ 24 | $ 4 | $ 6 | $ 2 | $ - | $ - | | Capitalized labor, hardware/software |
| 27 Internal Development | | 9 | 20 | 25 | 30 | 35 | 40 | | Servers for increased capacity, BCP plans, etc |
| 28 BAU Capital | | 10 | 10 | 10 | 10 | 10 | 10 | | |
| 29 Acquisitions | | - | 50 | 50 | 50 | 50 | 50 | | |
| 30 Capital Requirement | | $ 43 | $ 84 | $ 91 | $ 92 | $ 95 | $ 100 | | |

* Expenses exclude stock-based compensation and 401(K).

*(handwritten)* Amsden  DEP. EX. NO. 19  FOR ID, AS OF 12/16/09

9/20/2007 7:06 AM

VRC0026119

CONFIDENTIAL

*Model essentially reflects the Sports vertical only assuming the company goes it alone.*

**TRIBUNE INTERACTIVE**
2006-2012
Dollars in Millions

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | Growth 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 5-Year CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1  REVENUE | $ 227 | $ 262 | $ 314 | $ 404 | $ 504 | $ 600 | $ 708 | 15% | 20% | 29% | 25% | 19% | 18% | 22% |
| 2 | | | | | | | | | | | | | | |
| 3  OPERATING EXPENSES | | | | | | | | | | | | | | |
| 4  Compensation | | | | | | | | | | | | | | |
| 5  Direct Pay | 41 | 58 | 82 | 105 | 127 | 151 | 177 | 42% | 40% | 28% | 21% | 19% | 17% | 25% |
| 6  Benefits excl Retirement | 6 | 7 | 10 | 13 | 16 | 19 | 22 | 33% | 37% | 30% | 23% | 19% | 16% | 25% |
| 7  Retirement | 2 | 2 | - | - | - | - | - | | | | | | | |
| 8  Stock Based Compensation | 1 | 2 | - | - | - | - | - | | | | | | | |
| 9  Total Compensation | 49 | 70 | 92 | 118 | 143 | 170 | 199 | 41% | 32% | 28% | 21% | 19% | 17% | 23% |
| 10  Outside services | 15 | 22 | 27 | 37 | 49 | 63 | 80 | 55% | 20% | 37% | 32% | 29% | 27% | 29% |
| 11  Promotion | 3 | 9 | 13 | 19 | 24 | 28 | 31 | 176% | 48% | 46% | 26% | 17% | 11% | 29% |
| 12  Other Cash Expenses | 37 | 44 | 58 | 71 | 85 | 98 | 112 | 21% | 31% | 31% | 20% | 15% | 14% | 20% |
| 13  Total Expenses | 104 | 145 | 190 | 245 | 302 | 359 | 422 | 40% | 31% | 29% | 23% | 19% | 18% | 24% |
| 14 | | | | | | | | | | | | | | |
| 15  OPERATING CASH FLOW | $ 123 | $ 117 | $ 125 | $ 159 | $ 202 | $ 241 | $ 286 | -5% | 7% | 27% | 27% | 19% | 19% | 20% |
| 16  Retirement | 2 | 2 | - | - | - | - | - | | | | | | | |
| 17 | | | | | | | | | | | | | | |
| 18  Stock Based Compensation | (21) | (12) | - | - | - | - | - | | | | | | | |
| 19  Equity Income / (Loss) | 2 | - | 2 | 28 | 50 | 68 | 81 | | | | | | | |
| 20 | | | | | | | | | | | | | | |
| 21  ADJ. OCF + EQUITY | $ 105 | $ 108 | $ 127 | $ 187 | $ 252 | $ 309 | $ 367 | 3% | 17% | 47% | 35% | 23% | 19% | 28% |
| 22 | | | | | | | | | | | | | | |
| 23  Consolidated FTEs | 516 | 694 | 925 | 1,061 | 1,222 | 1,384 | 1,545 | 35% | 33% | 15% | 15% | 13% | 12% | 17% |
| 24  Direct Pay (excl. Stock Based Comp) per FTE | $ 80 | $ 84 | $ 88 | $ 99 | $ 104 | $ 109 | $ 115 | 5% | 5% | 12% | 15% | 5% | 5% | 6% |
| 25  Benefits (excl. Retirement) per FTE | $ 11 | $ 11 | $ 11 | $ 12 | $ 13 | $ 14 | $ 14 | -2% | 3% | 13% | 7% | 5% | 4% | 6% |
| 26 | | | | | | | | | | | | | | |
| 27  EQUITY INCOME/(LOSS) in millions | | | | | | | | | | | | | | |
| 28  Careerbuilder | $ (8) | $ 2 | $ 13 | $ 24 | $ 34 | $ 43 | $ 49 | nm | 441% | 85% | 42% | 26% | 14% | 83% |
| 29  Classified Ventures | | 3 | 4 | 10 | 15 | 18 | 20 | nm | 16% | 150% | 50% | 20% | 11% | 42% |
| 30  ShopLocal | (11) | (8) | (1) | 0 | 1 | 2 | 6 | nm | nm | nm | nm | 137% | 62% | nm |
| 31  Topix | (2) | (4) | (1) | 0 | 2 | 2 | 3 | nm | nm | nm | nm | 57% | 50% | nm |
| 32  Metromix | - | (5) | (10) | (6) | (2) | 1 | 3 | nm | nm | nm | nm | nm | 200% | nm |
| 33  Ad Network | - | (1) | | | | | | nm | nm | nm | nm | nm | nm | nm |
| 34  Total Equity Income/(Loss) | $ (21) | $ (12) | $ 2 | $ 28 | $ 50 | $ 68 | $ 81 | nm | nm | nm | 78% | 36% | 20% | nm |

* Expenses exclude stock-based compensation and 401(K).

9/23/2007 7:06 AM

VRC0026120

TRIBUNE INTERACTIVE
Existing Businesses
2006-2012
Dollars in Millions

| | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | Growth 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 5-Year CAGR | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **REVENUE** | | | | | | | | | | | | | | | |
| 1 | Local | $ 18 | $ 24 | $ 27 | $ 29 | $ 31 | $ 33 | $ 34 | 35% | 10% | 8% | 7% | 6% | 5% | 7% | CPM growth levels off, page views up slightly |
| 2 | National | 16 | 22 | 18 | 20 | 21 | 22 | 24 | 38% | -15% | 8% | 7% | 6% | 5% | 2% | CPM growth levels off, page views up slightly |
| 3 | Shopping | 4 | 3 | 3 | 2 | 2 | 2 | 2 | -2% | -25% | -3% | -5% | -5% | -5% | -9% | |
| 4 | Search | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 13% | 5% | 5% | 3% | 3% | 3% | 4% | |
| 5 | Total Non-Classified | 39 | 51 | 49 | 53 | 56 | 59 | 62 | 32% | -3% | 7% | 6% | 5% | 5% | 4% | |
| 6 | Recruitment | 108 | 110 | 109 | 111 | 115 | 121 | 130 | 2% | -1% | 2% | 3% | 5% | 7% | 3% | Lower print upsells, higher online only |
| 7 | Automotive | 40 | 52 | 67 | 84 | 100 | 117 | 135 | 30% | 30% | 26% | 18% | 17% | 16% | 21% | New products, higher promotion at cars.com, and higher pricing |
| 8 | Real Estate | 35 | 43 | 46 | 54 | 64 | 75 | 88 | 23% | 8% | 18% | 18% | 17% | 18% | 16% | Recovery in late 2008, increased marketing |
| 9 | General Merchandise | 5 | 5 | 5 | 6 | 6 | 6 | 7 | 7% | 5% | 5% | 5% | 5% | 5% | 5% | |
| 10 | Total Classified | 187 | 210 | 227 | 256 | 285 | 319 | 359 | 12% | 9% | 12% | 11% | 12% | 13% | 11% | |
| 11 | Other | 1 | 1 | 1 | 2 | 2 | 2 | 3 | 38% | 5% | 18% | 17% | 15% | 15% | 14% | |
| 12 | Total Revenue | $ 227 | $ 262 | $ 278 | $ 310 | $ 343 | $ 381 | $ 424 | 15% | 6% | 12% | 11% | 11% | 11% | 10% | |

*(handwritten)* Includes For Sale by Owner acquired for $54 million about $10 & $5m respectively current sales & DCF is

*(handwritten)* Understand FSBO

BAU 2

3