# JPMorgan

**[DRAFT]**

*Highly Confidential*

**INTERNAL DISTRIBUTION ONLY**

| To: | Jamie Dimon, Jimmy Lee | | |
|---|---|---|---|
| From: | Leveraged Finance | | |
| | Don McCrea | 6 x 4360 | Raj Kapadia |
| | Chris Linneman | 6 x 4344 | Darryl Jacobson |
| | Andy O'Brien | 6 x 4345 | |
| | Jim Casey | 6 x 9254 | |
| | Trish Deans | 6 x 4872 | |
| | | | |
| | Investment Banking Coverage | | |
| | Brit Bartter | 312-541-4216 | |
| | Peter Cohen | 2 x 9855 | |
| | Joachim Sonne | 2 x 2333 | |

Date: September 1, 2007
Re: Tribune Company financing

**TRIBUNE**

EXHIBIT
Kapadia 16
11/20/09
PENGAD 800-631-6989

## Executive summary

- On April 2, 2007, Tribune announced a going-private transaction for $34 per share. Sam Zell is supporting the transaction with a $315 million investment
- Step 1 of the transaction was closed in May 2007, in which approximately half of the public shares was repurchased for $4.3 billion and $2.8 billion of existing debt was refinanced. JPMorgan led $8.0 billion of new debt raise, consisted of: 1) a $750 million Revolving Credit Facility, 2) a $1.5 billion Term Loan X due in 18 months, 3) a $5.5 billion Term Loan B, and a $263 million Delayed Drawn Term Loan
- Step 2 of the transaction will repurchase the remaining shares outstanding for $4.3 billion. The Company will become privately held by an Employee Stock Ownership Plan ("ESOP"). The Zell Entity will hold a subordinated note and a warrant entitling it to acquire approximately 40% of the Company for $500 million in the future. Sam Zell will become Chairman of the Board upon closing of Step 2
- Since the closing of Step 1, Tribune has experienced larger than expected deterioration in operating performance. Revised management projection provided in July showed that FY 2007E Adjusted EBITDA is expected to be $1,282 million vs. $1,414 million in April projection (9.3% lower)
- Term Loan B was issued at $99.25 on 5/17/07, but has traded down significantly to around $90, underperforming the overall market and other large media issues
- Sam Zell and Tribune continue to indicate to the market their intent to close Step 2 of the transaction in the fourth quarter of 2007. Shareholder meeting held on August 21st approved the transaction. FCC approval expected for October and closing within a couple of days thereafter
- JPMorgan is leading the Senior Secured Credit Facilities (30% commitment), while Merrill Lynch is leading the Senior Notes (30% commitment), along with Citigroup (25% commitment) and Bank of America (15% commitment) as Bookrunners
- Underwriters will meet Tribune management on September 26 to conduct in-depth diligence, at which time a revised 5-year projection will be presented

## Pro forma capitalization for Step 2 ($ millions)

| ($750mm) | | | | | |
|---|---|---|---|---|---|
| Revolver | $0 | | $0 | | 5.8x |
| Term Loan B | 7,620 | 5.6x | 7,620 | 5.8x | 0.2x |
| Term Loan X | 1,350 | 1.0x | 250 | 0.2x | 6.0x |
| 1st Priority Guaranteed Debt | $8,970 | 6.6x | $7,870 | 6.0x | 1.6x |
| New Senior Notes/Bridge | 2,100 | 1.6x | 2,100 | 1.6x | 7.6x |
| Guaranteed Debt | $11,070 | 8.2x | $9,970 | 7.6x | |
| Medium Term Notes/DDTL | $263 | | $263 | | |
| Existing Notes | 1,166 | | 1,166 | | |
| Capitalized Real Estate Obligation | 36 | | 36 | | |
| Swap and Other Obligations | 43 | | 43 | | 8.7x |
| Senior Debt | $12,578 | 9.3x | $11,478 | 8.7x | |
| PHONES | 930 | | 930 | | 9.4x |
| Total Debt | $13,508 | 10.0x | $12,408 | 9.4x | |
| Zell Investment | $315 | | $315 | | 0.4x |
| ESOP equity (borrowed from Tribune) | 250 | 0.4x | 250 | 0.4x | |
| Total Equity | $565 | | $565 | | 9.9x |
| Total Capitalization | $14,073 | 10.4x | $12,973 | 9.9x | |

[1] Based on LTM 9/30/07 Adjusted EBITDA of $1,351 million, pro forma for $60mm of 401(k) cash savings
[2] Based on LTM 9/30/07 Adjusted EBITDA of $1,314 million, assumes paydown of Term Loan X through sale of Cubs/Comcast SportsNet, Bender JRS settlement proceeds, A/R securitization and sale of other real estate assets

## JPMorgan holds, commitments and fees ($ millions)

| Current holds | | Commitments | | Fees | |
|---|---|---|---|---|---|
| Revolving Credit Facility | $100 | Incremental Facility | $606 | Gross fees | $25 |
| Delay Drawn Term Loan | $79 | Senior Bridge | $387 | | |
| Fees | | | | | |
| Gross fees | $35 | | | | |
| Net fees | $23 | | | | |

## Summary of public research

- Lehman report (8/14/07)
  - Tribune is significantly over-levered after Step 1 and should not incur any additional debt
  - Valuation at default of $8.85 billion, 40% lower than the LBO value (equivalent to EBITDA multiple of 7.8x)
  - Sum-of-the-parts analysis estimates fair value for the stock at $4 to $5, or $9 to $10 based on 15% 2008E FCF yield
  - Liquidation value post taxes and netting debt is negative ($747) million after Step 1, or negative ($4.95) billion after Step 2
- S&P report (8/22/07)
  - Debt other than Credit Facilities have very low recovery of 0% to 10%
  - Years to default is 2.5 years, i.e. at the end of 2009

## Material Adverse Effect

- The Plan of Merger contains a Material Adverse Effect ("MAE") clause that would prevent the closing of Step 2 if such an effect were to occur
- The definition of MAE contains "disproportionate" language, essentially dictating that a MAE could only be claimed if the Company significantly underperforms its industry and geographic peers
- JPMorgan deal team's peer analysis indicates that although Tribune's publishing segment has underperformed its peers in the recent quarters, the entire industry is experiencing very difficult operating environment and deteriorating performance

## Key terms and flex

- Revolving Credit Facility
  - Tenor: 6 years
  - Pricing: L + 300 bps, subject to leverage-based grid
- Term Loan B
  - Tenor: 7 years
  - Pricing: L + 300 bps, 25 bps step-down if Step 2 not consummated
- Term Loan X
  - Tenor: 2 years ($750 million due in 18 months)
  - Pricing: L + 250 bps, with step-up to L + 275 bps after closing of Step 2
  - All mandatory prepayments, including from asset sales will be applied first to Term Loan X
- Upcoming Incremental Term Loan and High Yield Notes in Step 2
  - $2,105 million Incremental Credit Facility
  - $2,100 million High Yield Notes (Bridge/Bond cap is 12.5%)
- Market Flex
  - Pricing flex of 50 bps or 4-year OID equivalent (cap at L-300 bps)

## Step 2 Conditions Precedent and outs

- Step 2 Underwriter CPs'/Outs':
  - Maximum Total Guaranteed Debt Leverage of ≤ 9.0x, pro forma for Step 2
  - Certification as to the solvency of the Borrower immediately after giving effect to Step 2
  - Delivery of audits, OM, management participation in marketing
- Step 2 Zell CPs'/Outs':
  - Tribune shareholder approval and Tribune board makes appropriate recommendations (shareholders approved the transaction on 8/21/07)
  - Zell elected as Chairman
  - Regulatory approvals (FCC/Major League Baseball)
  - Drop-dead date: May 31, 2008
  - Break-up fee is $25mm for each party, if the other party breaches the agreement (e.g., if Reps/Warranties untrue)

## Solvency opinion

- One of the closing conditions of Step 2 is that the CFO of Tribune must provide a certification of solvency of the Borrower pro forma for Step 2
- Tribune has asked Valuation Research Corporation ("VRC"), who provided a solvency opinion for Step 1, to provide a solvency opinion for Step 2
- The solvency opinion focuses on three tests:
  - Value of assets exceeds liabilities
  - The Borrower does not have unreasonably small capital
  - The Borrower will be able to pay its debt going forward
- A variety of valuation methods are used, including DCF, sum-of-the-parts, comparable companies and comparable transactions. All analysts are based on projections provided by the Company management
- JPMorgan deal team's DCF and sum-of-the-parts analysis based on revised July projection indicate that the current valuation of Tribune is approximately $[10] to $[13] billion, potentially failing the solvency tests (i.e., debt amount exceeds the value of Borrower)