TRIBUNE

~~PRECISION~~
~~RATE~~
TRIBUNE

1 Subject NoteBook
College Ruled

**11 x 8.5 in / 27.9 x 21.5 cm**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001097A



Seen & Saul

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

3/2/07

Screening memo +
- Mik Belou — (1/3) UW
- Roger - relationship

Wad won Lew Fin

Nd  Greet Relation
     - Bill Pet + Nils
     - Fin - fully committed
          - JPM & (B more aggressive (100%) 4 days
          - DT Success of Zell

Tack called back Zell — 33 Cad
Tack's all 3 other Put Eq firm
     fell away                    28-31
Tack wants to keep er local
Tack Board 3/10 to decide
S corp + ESOP issue — complex structure

- Phrases and exit debt stund Sealr
- 9.25 Bill  8.5 + 7.50 +
- 225 MM Eq  Cash — Moving around

① #  Cost cuts — 100 MM Saving PVT Plus
                    60  401 K
                    15  PVT
                    20  Comp Δ Cash & Non cash
                    10  other
                    (5) Esop fees
                   100

② No Reg taxes - 100 -125 MM Cash tax Savings
   - Some pays ordinary taxes ? (C H)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
BOA-TRB-0001099A

Better interest coverage than other deals

<u>At end of time</u>   Zell 35 %
                        ESOP 65

Trib - 1 Bell   [ IRS dispute ]

Sell - Cubs + CSN
Longer term benefits - S Corp
    - step up basis for tax which
      will reduce tax liab
    10 years step up done

Exit to sell to Employees in 10 years ●

Issues: Self help
        - still public
        - More levered than today

Sign P.A.  2 - 4 weeks from now
ESOP - Hamilton
Z  - Sidley

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   BOA-TRB-0001100A

TO: FF        Creditor      Jim Colgate
    T.A.       Bob

Background — Trib seeking buyer for — Self Help
                                    — Zell / Group
                — Zell expressed interest in obtaining
Set Overview                              ownership int.
    — Eq + Maint — Stays to Trib
       PH close — Provided UW Comm 100%
    — We have been asked to det if we
       are int in UW — to share of this
       meaningful share of UW

BOW →  Therefore we are req the ability
        to provide a verbal indication
        of interest by 3/7 & up to 1/3
        of the proposed facility.

            subject to approp due dili under
    terms outlined below

    Our response is not a commitment to
    UW but only an expression of interest
    continuing to move forward with intent of
    eventually providing an UW Comm based
    on terms herein
    This appet will be reviewed with CFSC
    ( Z — Options — Self Help plan ) and CFC
    on Wed March 7th

    The Goal is to have to CFSC and
    and to approve an UW Comm behalf Raul
    The ability to provide verbal indication of
    interest of up to 1/3 of proposed facility

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

therefore the Comm Bank would
like to discuss the posting will
held bgmt on 3/6

Brief

Tran Overview
- Describe transaction - description
- Brief trans rational

Self help plan - 1 time dividend

200 - FCC approval
- Regulation

S/U table
Perf Capitalization table
Assed Cov table
C C Criteria table
- Bullet points

Proposed Fin tables
REV
T C
HY
Sot 825

Company Overview
Brief + Synergies Published
Broad
Cable

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001102A

F/S
- Hist + Proj    table
- couple Ballots - 04-06 - 2011
- Rev
    OB/FDL

Brief on assumptions

BE case like Val -
    How for can OB, FDL fall
    for them to service P+I.

Move in depth Stress + EV if we
move forward to

3 if    Key Credit Risks + Mitigants

Recommend Next steps
    Cred disc Tues 3/5
    LF SM  3/7
    Verbal to client 3/7 of line
    Risk Board meet 3/?

Sel Own
    + ESP    - Ownership 288
    -        - Savings

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            BOA-TRB-0001103A

Lehou
Jon
Hotel - HY

MIKE - Medea
Kelo - Media
Richard - M&A

3/6/07

Delaver -
Food Network

Other than - Assed Seles
— E.E.F.

] How deliver?

LT Strategy that is being communicated
to Tribune Board

① Difficult for other DT tax
ESOP leverage and S corp allows tax base
getting comfortable well B+P assets

② Put - slight to modest decline in Prut assets
— other non prut (interactive) good growth

key. Strategic △'s = NO
No other sales of other assets
Structure limits other sales pending step up
will be flexible if opportunity arises
(We will get Mgmt projections)

Career Builder -4% Good Growth
Food Network - did not focus much yet (Do intend to sell)
They have agreement in place
CRS. Con -

? Market Valuations? A little

Sale of Cubs - TV rights upon sale of
Cubs
- Superstation - Cubs Revenue
2/3 outside of CUBS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001104A

TTL 8.6 – 5.7 (SS)

D/E 98%

CONT

- ~~earned~~ ~~among~~ SS + Cubs · 2009
- ~~~~ to ~~extend with sale~~

Pricing SS + Cubs → /s arms length
Mr B — oversight
(within 10% of market)

Cost Savings in Model
- ① Prsd ~~restructuring~~ ~~implant~~  [2005]    Bkd ⊗
  Consolidate - system                          into
    - call centers                              C.F.
  Baked in ~~~~ ~~forecast~~                   ~~Ground~~
  Cutting 1000 jobs -
  └─ Not specified.

② ~~Incremental~~ Cost Savings
  Division ~~~~ ~~close control~~
  & Mgmt ~~~~ -
  Saving Private (Not)
  10 - 15 MM - Easy to find, just
      Not identified.

~~Saved~~ for ~~~~ of Debt.

③ Capex — ~~Dig.~~ ~~conversion~~ ] 25MM
           — Master control ]

~~over that~~ is over capex goes down

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          BOA-TRB-0001105A

③ Phones - VIEW - 2029   [1.3 Bill Acc

- Risk - settled at any time
        - Now 85% of Face
- TW goes private - not too likely - Prot %??
        - The Stock - No basis
                - tax issue

- Reasonably comfortable
- Could be case used out in year one
- After year one - more likely to be put.

- Lage should take a look at - are let[?]
- We should do our own analysis

# Way to buy TW stock at 200$'s
    Premium above Div Yield.

Here and Die holders of Phones

1RS - S/3 legally resolved
    = Pany 2% > 6.5%
    Deduct 8½

    Model adj. for what now think will
    be the 1RS settlement - 65-70% of
    deduction will be allowed going forward

- Model will change
- Term sheet not done

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          BOA-TRB-0001106A

CONT

⑥ ESOP Structure — Held
  - Structure changing based on Trib
  questions on legal structure.

  - Assuming Co is Borrower
  - When and where will change!
  - ESOP — 96%
    2,00 — $% plus warrants]

  ① Bank of cost Savings assoc with
    the ESOP — 100 M

  ② Tax Savings — AT ESOP
    - S. Corp election
    - 2,00 pay plus own taxes
    96.0 Distribution for tax

  ③ Redemption issue                    Have to deal
    ESOP — A — Retiree & Death —  within 1 year
      B — other

  Model          assume — Valuation that day and
  Assumes        pay over 5 yrs @ 8% Note
  100 A

  B) — 5 years have to do something
    and then have to pay over
    the next 5 yrs.
    (7% Annual depostion from 401k)

  20 yrs to have all shares allocated

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0001107A

ESOP - Trustee has to be OK
with Structure - Fair Value
and provide opinion
   - conversation so far has been favorable
   - ESOP says Y or N to structure.


Structure:
   - Still 225 MM Cash
   - Lower % = more warrants
   - TL - about the same
      - depends on timing of asset sales
      - Revolver funds file Cubs sell
   - Δ D.T. spending FCC overview
   - S.H. Vote
   - Possible 2 Step deal
      ① Do share buy back first
      ② then take out
        - 5 B/cc
        - 5 B/cc

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONT

⑦ 8.25 ] 85 Borrow Fix & Note
   25 ]

Structure moving around
  - How much Fix vs Flt
  - How much Term B.

2.1  Rolled Note - Appropriate for roll since
      longer term and lower rates
      - Way to do to be able to keep the
        rolled note subordinated.

⑨ Debt Rating - JP, Merne, Citi P rounded

⑪ Change of Control
     121 M  - 9 M   Pension
            - 75    Def Comp - Retention
                              Times Mirror
            - 37    Deal Fees

┌──────────────────────────────┐
│ Sell Recycler for $1.00      │
└──────────────────────────────┘

⑮ The 108 is mostly Def Comp - Times Mirror

⑭ Cash balance

⑱ Punch Option THCT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

(20) Next Model well eliminate
- Making sure those CF are added

(21) I.S. - Bus Unit?
Company forecasts Macro
Zell asking at Macro

(22) Talk with other indus that are
looking at the segments.

Minimal Equity
Feasibility of projections

EBITDA - Consistent with what LBC
has seen before.

Steel - EBITDA - a little different
- MGMT/Zell Have and will
be readjusting
- 4-5% higher than Steel
but tax savings

Jim          Dan
Bob          Rand
Chuck        Jeff
Geoff        Kyle
             Roger          Relationship -

O Verview

Cap - Proforma

Markets
    Asset Sales
    Hidden Assets

Due Diligence
    - Hold size


J.A.   Unprecedented S/L - in leverage space
       Is there a deal?
           1.6% equity check - Consind.

       - Structure for Equity
       - CF too high - and OK
       - D/L  Equity check

       UCW - would flex to equity / convert / PIY

       Great Co with good assets

       Very difficult for J.A. to get comfortable well this.
       Thanks for bringing this up.   Iterative process.

       Follow up - Terms and any / flex and reim

Rajin –
 Kate – Marissa –
 Overview of LFSC meeting

Mould with higher equity
 – Savings 80/100 MM ⎤ implied
 – Tax savings ⎦

Phones
– Parameters with other arrangers
–

┌─────────────────────────────┐
│ Be careful on timing          ⟍  ✗
└──────────────────────────────┘

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
BOA-TRB-0001112A

3/20/07

Kate Brown
Hutch Peggler #
Lebon
Michael ~~Eldon~~ Brown
Chuck Roon
Todd

~~He~~ called yesterday to get reengaged - by advisors

- 2 Step deal lock on
- Tub not comfortable with Self Help Plan
- Stock price decline


BB2 - Sen Sec or Corp. Rating - Thursday
If we can Verbally indicate 1/2 interest
EGI ready to kick out Citi

Model - S/U - Describe New Structure


Key dates - Friday

Need
- High level terms
- Terms - Pricing - Structure
- Breaks on ratings
  UW fees

Due Dil list - Top issues
Rating Agency - Presentation

(Corp Sub PIK debt)
B2/B    250
B+/B1   2.25
1.5 - 1.75%w
H+ ? rough outline

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

750 Rev

9200        $(8.1 + 1.1)$        1.5

2.1   HY

PV of Cost Savings ]  ESOP transfer
    tax              to Shareholder equity
+ Nomad Equity

Richard Conservelia - tax - M&A

Cost of Capital - 10%

100 tax Savings -
100 Savings Cost -
    10 x faster - implied equity

D/C   80-85

target /old  75
        1 MM per 10 MM SLD

Key Risks & Mitigants

S/U

D/C        Held Paglen 12 mls
                Bruce Thompson

ADD  Tom Bonett  credit    Bid Kennedy - if sell 10MM
                            cost per 10MM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        BOA-TRB-0001114A

100   401K   Capitaly
20            Mand Award
80    Cap + discount — Comer

330        10 yrs

Assumed tax
Cash tax

$$\frac{0.25}{.12} = \frac{1.042}{667}$$
$$\overline{1.7}$$

125 Cash tapes   2008 #
Dise 12%
10 years

Rating Agency Presentation
Implied equity value

BV of Phones
Other Uases        ] JR

See Debt
Uasec Bonds
Jr Debt Cap   — Phone   560 - 900
Equity   — tax
— cash
—

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          BOA-TRB-0001115A

NP Cire

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001116A

Bear

3/22/07

Due Dil
- Times Mirror tax issue status (Trib tax cons) (3/07)
= Restricted cash - Vermont captive ins co. req.
- (Insolvency of Reliance Ins)
    - Swiss Re, Reliance and Tribune (1907)
- Shareholder derivative actions (early 2007)
- 401K

- Phones tax issue - Rajiv?
- Δ 100 MM Savings to 80 MM ?

4.1
8.1.1.
4.1.1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001117A

# Bear

## List

Jff  ① 3 Sections to Lehar
Dau ② ESOP / 401 K   Questions for 7 PM Meeting
     ③ Meeting Set 9:30 AM
        Industry Limits mean to Argin ?
        Model - Quarterly data ?
        Meeting 7 PM - 401 K / ESOP   *
        Meeting 8 PM - Nils          *
     ✓ Review Model
     ✓ Review Ratings Presentation
     ✓ Due Diligence list
        KCR - Add - ESOP / ORISS
                  - Step 1 and Step 2 (
                  - Regulatory - Waiver / exception

        ESOP - annual contributions from Toyed to ESOP ?
             - Financing terms determined ?

     ✓ Quarterly Model

     ✓ How do the Deferred taxes cease to be liab ?
        P12 - 17.50 / Share whole Comp Recap
        Internal ad sales initiative - certainly Gannet +

        Why does Publishing
                 What is Driving the trend to stop declining ?

        ESOP - How does ESOP cash out the retiree
        what happens to 401K funds if co adopt ESOP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



401K / ESOP / ERISA

① When Comp adopts ESOP, what happens to the 401K funds? How/what happens to the TRB stock in the 401K? (Gary) Current 401K w/o PS composed or amended to be an ESOP or terminated. 401K Trustee votes shares (see plan doc) Trustee should decide what is best interest of participants – fiduciary.

② How does ESOP cash out the retirees or shares when shares are not public. (Gary) – Payout 5 yrs after termination. ($ over 600M) Death + retired + disability 1 yr

③ Does ERISA have to approve the ESOP plan, the ESOP Loan – (Trustee approves) What will ERISA need to do if Tribune converts from 401K to ESOP? Rules – ERISA – Fiduciary / Trustee tremendous discretion Regulatory – tax qual plan subject to ERISA & IRS

④ ❶ what is the tax code that makes an ESOP owned entity not taxable?

– Has there been any lobbying to change law / code.
   – N.O. that are creature of.
   – ESOP 1997 act allowed S. corp. (Nature of shares issue) Shell S corp

⑤ How often do private companies value ESOP shares? – at least once per year. Have to have current valuation

⑥ How (can) do you dissolve an ESOP? Proceed structure
– ESOP – Trust and/or Plan – Must be set up to be permanent Plan amendment or Plan termination

BOA-TRB-0001119A

⑦ What percent ESOP ownership is needed to qualify for Fed Tax exemption?

⑧ Are there any special ESOP regulations or summary literature

⑨ Special Rules - 51% - Nils?
- ESOP - Nancy to ownership Rep
- if used
- ESOP required to have assets s/b primarily invested in Employer Security - 100% minimum

No step up - S corp election
C corp tax steps for 10 years

⑩ ESOP - Successes - Practical

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0001120A

Nils — 3/25/07
6:30 Breakfast — Osborne & Sam

Morgan Stanley — Advising Special Committe
— Recommend amend to terms
— (Paul Paulman — broker M.S.)

Sam — they need to make a decision
probably put date certain on Zell offer

Burke & Broad — complaint

Special committee might be sloppy deal

Fin
① S1 & S2 - what happens?
   — Zell was pushed to put in $ step 1
   — Zell will B motivated to close deal
      — bears risk on new company
      → that is levered. Zell would hold
      then shore for up to 36 months
   — essave voting agreement
      — tender 33 — depends how much
      interest and then shows S/H
      might not support the merger
   — Min shore? Max shore?
   (what is Max leverage in shore
   tender of step 2 does not work)
   Between 17.50 and 20.00 Dividend

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0001121A

Nothing limits Z other than market demand

$-\underline{250}-$ ⎡ 50 Cash
⎣ ± Convertible X∆ note
⎯⎯
TTL

FCC - Strategy -
① Change of control - SI

② Expiring waivers coming due

<u>Nols</u> Structure to file short form vs long form
— that takes sig push out
— No control gov rights or board rights
— ESOP Votes must as the same as alloc shares
— No contractual rights for Board
— No real Z ownership 51 or 52

— No ∆ of control —
— no Xfer of licenses
— Same as stands today

MS — pushing long form — why — Politics
Z — recommend short form so can get this
done this year. SF could insight
do a longer SF.
— line up public interest groups
and political
Chic — Perm waiver?
— Pull chicago back in play

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001122A

③ Pricing Structure
 - J+Bled - No collateral - renewislgo
 - Pledge stock
 - Spend time with Cahill & M.C.

④ D.T.L. - comes off B.S.
 - Both Phones and all
 - TW Stock - gain (
 Need Richard to explain Phones
 Deeply subordinated

⑤ DD Tevon $260MM
    take out 3 tranches due 2008

⑥ Driving
    Prod - how strong RE Market was in late 2005
    and early 2006. Classifieds up 70-100%
    vs Prior
       - Flat ~~~~~~~~~
       - Comps become easier as the year goes on
       - look at 2 yr average
       - 2 more conserv proj
       - theoretical need to invest in interest

    Broadcasting - consistent bumps of C A
       - Fall start seeing (2½ hrs × Family Guy)
       - Yr over YR - Ratings
           Let - CTN × WB
             Lineup better

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          BOA-TRB-0001123A

- Fighting declining Revenue Bank - Try hold
- CR Broadcasting
- Savoy interactive strategy

Tribune - outline in RA.
- cost cutting business strategy
- Paid circ ✓
- Constantly assessed circ #'s
- could focus circ better
- Nobody in this industry has figured it out.

Allow Z Fins to get strategy
and Δ culture and vehicle

Mgmt Δ - ? need mgmt to sell
to employees
BOT - Education

Hartel - Local content powerful
- Is there a plan?
- Cost mgmt - and knowing cost
- Delivery vehicle is what need to flip
but the info cannot change
- Print did not know how to sell
- Compression - National TV
- Print
- Radio is much better
- Need to do a better job selling
- blocking and tackling

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Now - Corp are much more spent on
how they spend $ advertising

Shop - hard to turn short term.

Tribune - hard to take risk
- allows Co to take out of the Ph
to Ph need to express W.S.

Mgmt Team
- Are they willing to take risk and
  stay
- ? will instil $37.5 M roll into team
  10-15 people
  $300 M coming in v S 225 M

Nils - So big - no specific person is
needed for merger - Prefer Nils would for stay
Randl & Ends employees - work out well

⑦ Union - 14-15%
    Pay $60 M non union 401K
    7-8 M Union

⑤ Advertising - Career Builder - Classified
    - A lot of demand assets available to sell
    - help - Banks and Bonds

② Settle — tax case
- oral argument April or May
- September judgement

Range 600 — 800 Settle

2 — hired KPMG to do review of
Phones
Cashflow

- Legal counsel — work mostly done

- Welly to do subject to completion of DD
- Peggy book
subject octy + legal DD

Timeline —
- Board Meeting Friday possible
- C/B Special committee

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001126A

3/26/07

~~BSB - Structure~~

Jamie Hutchinson — **Alston** & Bird

— Jhutchinson @ alston.com
— (212) 210-9552


Screening meeting
— ~~Jim A.~~
— Bruce Thompson, Oakla, Geoff Ellis


Hutch —
   ~~Rating Agency~~ — Guide to B2/B
  2 Steps — ✓ Faster return to SH
           — Accelerate FCC review process
             FCC ~~A of control~~ — avoid

Ask — Verbal Commit — Wed prior to Ratings
    — Rough idea of terms
    — 1/3 of UW
        — subject to no material issue on D.D.
    — Pricing — flex language — pricing

S1 ← S2 =

Rajen —
                  5.8  SS       AT 1.2 BN
                  7.1  TOTAL

                  Verbal — LFC (12-12:30)
S1 - 1.5 - Fee            * - Terms -
S2 - 1.75 - Fee          * - Diligence list
                          Non phones

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Follow up call – Post LF Server

DD – ESOP Structure – MGMT
     – Confirmatory
                    B –

③        1 Slide – downside scenarios    2.5 dot b
Handout            Historic Margins – Rev & EBITDA    0 Int
           1 Slide – Base case US covenant    28.7 Margin
           1      – Broad & Peak 10 year trading    25-31

Diligence – Action Plan – High level
          – ESOP Structure – Future loan
          – 401 K
          – Flow of funds
          – Warrant Vesting
          – debt
          – Cost Savings detail
             Pro assumptions
             Update S. Plan
             3rd Pty reports

Next Steps – T.S. redlined
              Del Action Plan

Revised Terms

11-30  LFC Mtg (Eastern)

Todd Holden – Print  ↓3%    M / 20
                 debt  0
              – Broad  1% ↓    30

Adj Coven & Seq.

3/26/07
Hutch —        Rajiv
Richard        Dan
Bell Bowen

Terms —
Diligence —

Bruce + Jimmy pressing aggressive
Wed - need verbal commitment

Pressing Ros to work

achievability of cost savings
— particularly given Zell does not own

Scott — downside?

Gary    (708) 903 3242

Jamie   (703) 399 - 5046

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Hotel + Dom 3/27/07

Perceived risk of Step 2
  — SEC review done when?
  — FCC — when decide?
    — Review / Approval

LFC call

— Bill Pate + Niel + Sam
— Roger, Scott, Bruce, Bill Bowen

Timing
  — ORU                              (web)
  — Weiller Rating  Thur
  — Spec comm— BY — early Friday
    Board  — Friday

1.56  R + TB
200  Notes  to %

?
TB  9.4 × 1.5
Bor  35

          TRB — concerned SPld Rating
              on  B/B3

Due Diligence
    Bruce Thompson knows Cahill

Printing site
20 acres in Hollywood
Keep Langley Field — Sale Leaseback
Syndication sell down rating

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

3/29/07  DD and Timing Overview

Timing — M
- Papers — c/B better than what we
      proposed
- Sunday commitment

Material — Papers
      — Advisor reports

Document/S

① Understand drivers trend - color
  - P - Closed — ⎤ Lead    Mike Bolen ⎫ E
    B - write — ⎦              Todd/Holder ⎬ ED/I
  b. Very careful Δ's in Broadcasting side
  Broader discussion re: cost side    Raj/Dev

② LF - reports DD -
    - call with ~~~~~

③/④ Cahill call - Broader Legal - (LF)
EGI  ⑧    premium structure - No
     ⑦    - ESOP
     ⑨    - tax implications
     ⑫    - Andrew need to have call with Cahill
           - Appropriately tranched -

⑤  - internal - multiples trend down ⎤ Mike
     - what is NP - Forward looking ⎬ Bolen
     - Broadcasting - Stable

⑥  EGI - funny of used sales - Todd + Mike

⑦ E6I — worth now
worth for sale
How easy can be sold
tied to current business

8 + 9 — Cahill questions

⑩ Kalvan + Todd
— Gridone
How does downside compare to 2001?

E6I    Union question — cost cutting

⑫

⑫ List of overlap markets and potential
impact ∆ of costs
impact of waivers

⑬ Law Fir — tonight

(Dan) ⑭ Cost initiatives — 130
70

⑮ Understanding Historical
⑯⑰ — off

⑱ KPMG — call

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          BOA-TRB-0001132A

3/29/07 Gene Taylor
        Scott
        Bill
        Roger

                            Don/Chuck/Jeff/Kyle

Gene - Sam very complimentary
     - he know we want to U by 1/3
     - Sam understand

Call Tom Sitlee - Roger will

        3/29

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0001133A

Raley
Int
Fees

Centist - flex

REDACT Attorney-Client Privilege

Geoff - Ellis - View on approach
- Big issues

35-28

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001134A

Mike    646 - 313 - 8094

Todd Holler
Mike Belau
Team
Lebon

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001135A



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001136A

Short list

ESOP = Process
    = Vote for S/H - employees
    - Trustee for ESOP


Need Vote -
- email ASAP
- LPC -



Juan A.
Large leverage ESOP

How will trustee vote for ESOP

? How does trustee vote at inception and how are they empowered to vote

Best interest in

Bell Bowen (704) 388-3465
    - BAS - Bell Don Kelly
    - B.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001137A



*T.F.*

Step one

Terminated
8/17/07

750 - REV ⑥
7015 - TB
Terminated
#47N  #263 - DDTB
A
D ④
D

SSCF

Step two
2105   TB      ✗

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001138A

4/3/07

Conference call — JPM - Cahill

REDACT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0001139A

4/4/07 ESOP        * ∅
        it well

Purpose - Big Picture

**REDACT**

**REDACT**

Step 1 conditions -

Lender - c/B draw in if get
        added to fiduciary bd we
        should not - risk s/B reduced

Must make sure
    - NO Prohibitory transaction
    - Not Fiduciary
    - Get Trustee certificate

Step 1 designed to ensure that
    - Step one could remain w/o Step 2
    - ESOP in a box before Step 1
        - Plan doc & Trust doc prepared
            and executed
        - Valuation opinion done
        - Trustee certificate

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Plan & Trust in place
— No S/H vote

Role of ESOT Trustee — decides on
~~Timing~~ entering transaction
→ he relies on outside valuation expert
— Trustee certificate provides us
with comfort that deal is OK

How does retirement funds
— $60MM forward looking 5 Lod 2008
— current value is not harmed

S/H could challenge valuation
S/H could sue Tribune or Trustee
S/H could sue bankers only if we knowingly
participate in valuation

— Regulation Approval
— S/H Vote
— MLB

FCC ~~Some~~ — Regulatory approval ?
— could take 8-12 months
— subject to some speculation as they
have special permission now but
group may try to appeal
3/2 Split R/Dem — are likely
to approve transaction and allow
Tribune to own

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Bases for Waiver
- Fair and balanced news reporting
- Zell is individual might not be
  fair and therefore course review
- How well FCC balance those facts

S Corp election - ~~before~~
only have one time per year 3/31/08
for
Zell commit up to $100MM to
make model whole if election not
made for 2008 (E/S or IR Debt) Look less equity
- subsequent years 09 - Vacate cost
  - event of default cure by - 100MM
Restriction on sale of assets for S corp    by
    someone
    each
    year

S1 - Board membership - N
    - Bylaws 9 - 5 Independent
                 2 Zell appointees
                 1 CEO
                 1 Unrestricted
S2 -

    T. FIN CCE - Senior
    T. BB Holdco - in between Holdco
                              and
                              Tribune

Real Value - Upstream Guar - Senior
    to bank group - (Cross Secured)
Bridge - Senior Sub Guar

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0001142A

Bob + Jim + Chad - Cutis

Lfc No need to approve per fed
Board
economics Δ

15 % of

75 —
125 —
200 —

Doug (212) 701-3036 —

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0001143A

4/12/07  Conf Call

JPM and Bauls — OPTIONS
Todd + Nils

① Phones — Update and (5¼ due 2015) 85¢
73½ % res

② Feedback on Moody's × S&P
- Notching of Corp Credit Rating
- Notes 2.7 } Mix different
Bank 1.5

③ Revolver Synd — underway
commit by April 26th
50MM        4/50 BPS
(11 Bauls - 1 (Suntrust) = 10)
- Lehman
- RBS
- Suntrust  - (#50MM hold area 4~50MM)
bess
- CIT

N's ① Skinny - filed economics
② K led oval 5th bookrunner
③ 50MM ok

Chandler — Wachovia
— Barclays
— Deutsche

5th title - available - RBS, Wachovia

- Credit Agreement - Friday — to all Monday night
- Lender Slides — Friday
- Friday - conf call
Monday + Tuesday conf call

4/16/07
Bridge Syud - same time - Merket Same time 4/26

Nils - Roj
  - Working - RBS
            Barclays
            CE
            Dental
            Calyon

            Wachovia
            Lehman
            BTON
            LaSalle - Peter Brown to be added

Fitch - want to rate

Credit Agreement

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

① 4/17/07
   1 Q 07 — Pub
        — B + E

Publishing

② B + E — Q1 — TV Group
   — TV Revenue ↓ 1% — weeks out movie what
        — offset by telecom
        — also had Political last year
   — Ok with full year projections
   — expense — TV ↓ up 2% (MLB ~~+ cubs~~)
   — Revenue — TV Revenue cubs up

② ⓐ — Mostly done — 3 new systems done
        — upgrades mostly done

③ ⓑ 100 — 50 — existing — Nol much in 2007
        50 — New — mostly 2007

② ⓒ CW doing well — ratings up
        — shares
        — revenues up

   2008 — Rev ↑ Political ~~and mostly due~~ CW-Prime
   2009 — Revenue no major reduction in Political

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          BOA-TRB-0001146A

(4) - not a big user
- $100 MM Swap on 2023 Bonds
- might use to hedge expenses
- No SPV
- No off BS items
- Pension overfunded by 200 MM
- OPEB - 140 MM of bob -
                    - expensing #14MM per year
- Intercompany debt -
- No Rating trigger contingencies
- Stock options O/S w/B 2nd Step
- Cost Savings are in forecast
- Bonds - compliance yes - Great relationship

- Moodys - formally rate Monday
   S+P - rate this week


Litigation - Blackstone Tax
       - Paid all tax -
       - Recovery item - brief filed today
                    - Settlement conf 5/19
                    - oral argument appeal June
   - Like their chances
   - Fall or End of this year
   Options ① Reversal - (BN returns to TRB
             ② Affirming - (BN to (RS
             ③ Remanding to Tax Court for further

② License / Permits — for Employee
   — 2008 —

③ Reliance case
   — 11MM award — for Recovery
   — Judgment and collect in next 3 months

④ News Day
   — Fraud case
   — Concluded investigation
      — suspended charges
   — $20 MM fine
      — trying to settle for $3MM

⑤ Material contingents — None

⑥ Reserves — Not much
   — one case in Orlando for $1MM

⑦ No lead dating options —
   — listed level 10 years in Fall of ●

⑧ No Dispute with RS other than Bender

⑨ Phones — OK
  - nothing new
  - local audit
  - See 10K
  - funded settlement and in 2006

⑩

Mark Mallory
  - material restructuring — Nothing Sig
    - Some Severance for cost cutting and
      beat into projections

  - deficit Δ — BS in 2007
    - Classify investor reserve (F_n × 8)
      - and historical
    - No IS impact

  2008 — Fair Value measurement
    - prob not significant

Material weaknesses — done
  - successful SOX — internal & external

~~Good~~ rel well auditors
— No disputes or deficiencies

Synd — RBS – need more economics ⁵ᵗʰ Agt
S. Trust – need more
Citi Sell – working – c/f hurdle
Wachovia – prob not
GE Capital – LT Comm hard
           – Smaller and TBody
Lehman – dead
HSBC ?
Wells ? ) too late

7/3/07
Tribune update call.

Publishing
Broadcasting

PG - Bx.  - Some Rev Trends   TV ↓ 10%
         - Group ↑ 3% due to more Cubs games
         - CW National did well
         - Group Otx - flat with last year
                    due to higher vol of Cubs Games
         - Exp higher 1% due to Cubs

3Q + 4Q [ - 3Q OK and will continue to improve
         - CW - Good - 2½ Men
                     - Family Guy

2Q - Pub - ↓ 11%
   Retail - Jewel - Supervalue - spending less
          - Macy's ↓

classified: - Housing
            - Auto
            - 2nd half better trends
                - key initiatives - talent
                              - revamp sales
                              - focus locally
                              - Trib Media Net
                              - Sears, Best Buy Ikea
                              - Beefed up Natl Sales

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0001151A

Cost

New Interactive Rounds

- Cereulatum 2Q half better
- Accelerated Exp reductions
- CF ↓ 2020 for 2Q

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001152A

Call Hutch — TRB
— Bond End

Call Nils —
— Stock Price ✳
— confirm moving forward
✳ — any FCC update
— May — 180 days (Oct)
— Booster update

[Peb] needs to demonstrate going forward

Reason theory
— Pb/ — firm commit
used to close + move forward
— think deal will close

Model — Close to projections

Red of Aug TB
Slow in Sept

Boring then Model held down

Nils

ACC — 400-600 accordion
Finding Then support award         Stock — buyback
wells — BofB  JPM         update

8/19/07

Help Wanted
_____

<u>Broadcasting</u>
- R ↑↑
⊕ ↑↑↑↓ W
CW B — to new CW

1400  ⊕ ↑↑↑↓
1300  New

Liquidity — Matthew Bowler
$375 MM tax
- RE calof
- Coles

Δ - 7.2 to 7.4   leverage

<u>Deal timing</u>
- FCC approval - confident - high
- open hearings - Chicago late Sept
_____

initiatives — stop capex spending on
new printers
- 700 FTE's
-

Flex — int easy $50 MM - Δ Payout
periods

※ cash Mod - flex structure

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Lt 450 - 3 Months
50 QTDZ(x)

cost up b Body caps

2008 —
2007 — OK by 80 MM

Renew the model new numbers
what will we close into

Run New cash flow
' tale shot of 2008

Net Free cash flow B4 Mandatory debt

GG1
Dad seen

TB flex 1.4
Bridge down 12/08
breakable interest
50 MM
offered by $3.50
tax refund
Carlo Sales
price

Assume Step 2

Bill Bowen
— View other Banks
— take on situation — TPM — Not on top of every bid
Bond flex helpful
higher caps help us
2 yr Steps s/b done
TPM — MFN — rate reset ?
— Flex
cahill — No guarantee Good Sgml

Exposure 193

        210 * Flex
* Bridge 193    our share Bridge
  T.B. 106
* DDTB  39.5 — committed    Step 2 happens
* REV 57.5                  Leu 7.x Gs 7.2
                            covenant
                            2008
P.27.  15-6 16/24 | 4    3.3    no Covenant Violation
  52
  23 YRS
31  13.5  14 | Step 2 does not happen — c caps
   18  18 → Loran coverage    — 2000 — tax hole

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Capital Markets

Hotel — Don Kelly · cofirm
— Synd — ↘

John Bonnett
+

2/05 —

Pessimistic case — appear likely

Optimistic case
Selling B
" Bonds
Fees —

L

11

unless Δ in market

* S.R. exec photos will Senior Sub
Creds

Strudwick + Poquad is roll after 1 year
Exchang loan then right after
75 MM of Bridge holders

Put 3.5    12.5 Coupon

~~Extended Synd~~  1 yr. XΔ to See  Hy Bond
that we
could sell

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

9/12/07
- Tiburon call     - JPM, Merrill, Citi, BofA
                    - Tribune
Op performance      - Legal
    -               - ECI - Nils
    -

Timetable


Nels - FCC - Proud goal of 180 days within field (Nov 1-?)
                 - Sept 20 ...
                 - Nothing further needs to be done
                 - ECI ...
UCC
    - in TRB  19 & 20 th
    - 4 weeks DD  17 or 18 of Oct - feedback on
        flow process

C.B. - Fin Model next week
     - DD Monday Oct 1 and Tues Oct 2


Nils - Cubs - continue to ... 
            - close to ... being done
            3 ... Stadium
                    - Regional Sportsnet
                    - Cubs
        - Series of Riddles
            ... CB
        - timing - need max value
            - ... on table to save
            ... few weeks
            12/31/07 - ... Spring day 2008
        - could happen in steps

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0001157A

cost

C.B. — Rolling Position / timetable

Raj — Model
 — DD
 — OM
 — Q3   #'s out and in public

Nils — Can fund into escrow pending FCC approval
 — Raj — possible — can look into
 — Nils — is there a way

Raj — when release 3Q #'s
 10 Q — early Nov

CB? can we fund BY FCC approval
MC — yes if market condition good and
 ~~sport~~ FCC approval
 — Possible but prefer a complete
 transaction with FCC approval
Raj — Possible but

Auditors if ahead of Q then they need
to Ok going with earnings release

Rating Agencies — Need fresh Rating

Jenner — Start with Bonds

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

- Rating Not B Still.
- Flex - Solvency Opinion
- Model - Flex
- Bonds - 100% on Dartel & B
- Projections from TRB - No flex
                          - flex
- How will v.w. agree to backup plan?

9/13/07
- Dan Kelly    Bill Bower
- Hittel       Tom Lidwell

① 25 MM Backup fee
① VRC

If wrong # maybe our fin changes

If proceeds - EGI will sell assets ~~~~ to
                keep things going

Prog

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0001159A

9/26/07  TRB
Dox + Chandler

(51)  ① Improvements Food + Drug + HomeDep
②  - Health 22%↓
        RE  30%↓
        Auto  7%↓

Peers  —  10 different stores
            Garrett, NYT

③ Classified  — RE - Florida
                — 11.5% Vief ebbed Florida
                which is some as peers

④ Advert  — Natl  - Financial sector
                    - Tech
                    - Movies ✳ Biggest

            2ⁿᵈ Qtr vs 3ᵗʰ Qtr
        Breakdown in Natl from 2Q to 3Q
        by cust or industry.
              Category trend

⑤ ↓ lower single copies
        Delivery discounting

⑥ R + 7/2 More + Family Guy

⑦ P.
    B. sleeping smart
⑧  - Bonus accruals
⑨  -

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0001160A

⑩ TV Food Network

⑪ R E not so bad – slightly improved
Pd 9 is usually better than P8
Labor Day – P8 in 2006 benefit

⑫ TMS
Commercial delivery – Sun Times

⑬ E W Network – New Programming
– Political advertising down #7 MM

⑭ Central
⑮ New programming – Promotion

401K — No for full year 10-11 per qtr
2006                                15 YE per qtr
                                          5-6 per qtr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

(S2) ① — _why classified_ ↗ _in_ 'O7?
— A = Sept better trend and
compys better . (classified)

② ⧺ 17 MM ↓ — Political

How much in 2 ½ Med
Family Guy
Better Rates — do summary yet

③ ⧺ 68 of the 140 MM is Elenda Made

④ Projections — 40 P K to ⑨
— Pension to non cash ●



(53) ① Δ of control payment - tax shield    $50 Benefit

② Timing issue

③ Prevacy - T.M. deferred comp plan
   — option to cash out of plan
   — Fees - Strategic review    $ 25 MM
              Severance         $ 20 MM

   Settlement cost

④ High return still spending - system +
   ↑ ROI from 12% to 50% - Going forward
   — No longer funded - Most - presses
                        —

Model
2 70 MM add back - combined ? tel
Reversed - late friday - including upside
                              downside

⑤ E Appeal Soon - weeks
              — c /s higher

⑥ Sales of Cubs + CSN

(5c) - See OK

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0001163A

(S5)

(S8) Bender — $3.50 MM

344    Fed
9    State

Calculation phase of net income
344 MM —    4 MM were rec'd
—    340 MM pending

Fee — Nov 6 need answer by
— 2 R support
2 Dem — working with

Hoping for early November

Equity Adv. ~~Interactive~~ — Dan
— all doing as well or better
than plan

Career B: — Best plan Rev ↑ 6%
↑ % vs of
Class V: Right on Rev Plan of 25% ↑ of
NI Plan 4 MM. Now 13 → 14 MM
Stop Local: right on plan
T-Pix : OK but < Cts better

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001164A

TV Food
- Small gains
- 90 HH Homes
- HSD?

- on plan 8 yrs and FY 207
- getting cash - payments

10/2/07 - Roje, Don,
UW - Conf Call

? - Option to reduce step 2
Raj - follow up list -
- Murray Devine
- Structural changes to Step 2

List
Whd in cost entity flow under Base case
Secular Trends - 3%
Initiatives - need to know more detail and
how well they have done - and 08 Plan
More detail a classified
                    interactive
Downside - what happens if economic downturn
Trends -

Todd  Reg in general - Use last 3-6 months and
extrapolate with GDP vs intelligence
       Retail, Natl & Classified
         Layout  PXV calculation + concentration

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0001165A



*Cont*
- Fund Decline VS Interactive
- Concentration

- What dropped off in 07
  - customers
  - Fund VS Relocation
  - Need base of story - back of
    the fund performance

Note Retail + Classified
Sep Fund from Classified
Price & Vol
Downturn mostly in Classified **

Concentration of customers

Share of Market or Wallet

Cost Side
- Benchmarking VS others in Region
- Newsprint pricing rate
  - Conform assumptions

**REDACT**

Cap Structure
- allows Founder + FCF to reduce Step 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

cool
MD - Tom Kenney

MD - Declining business with Pointcast
still growing but young.
- higher risk business??
- revenue stability??

- More $ on MBO vs LBO
- no equity sponsor present at mtg

- Co has a lot of non-op assets
- need to catch up on getting Zell to
also opens new model
- - better safe on asset - (R.E.) assets

Structural ideas:
Need time to negotiate any ~~firm~~ changes
to commitment

① Reduction in debt load
2007  ECF
2007  Bridge Proceeds
500-700'.
other assets sales

Create New Y loan
- New $ to B go to Y (amend reg)

5.5
2.1
7.6
1.5  Y     ) Prorata or non Prorata Approval No??
6.1  B

Cost

Other
- tobe Secred interd to Bonds

3.5 ( 4.2 - 700 cost )

[ 1.75  B  or  B+Y  ( MFN issue )
[ 1.75  Bonds  —

Incl Savings 450 on 1.4 BN = 6% MM
( ½ cost  ½ OID )

$700 cost e (B applied to the Exc B
and not the Bonds

Con are Biferent  3.5BN to 2 froncles
2.3..  ① 2nd lien
1.2   ② Senior Unsecured
3.5   Bonds you keep this and not lose
      the bridge commitments

S M A - D D   10/11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0001168A

10/3/07

Agenda ① O.M. Bonds  Merrill

REDACT

② Rating Agency - Week of 22nd
25th thurs (1:30 dM) TRB and maybe EGI
26th FRI 9:00 dM ) if wanted
- UW help - exploring #'s

③ People - Gina - lunch

③ FCC Approval process (Nov)
- think have the votes - EGI
- Procedural -
- moving forward

④ Rules - final comments from MLB re: OM
- Stadium - max value

⑤ Week of 22nd - Release earnings (Board Mtg 10/17)

⑥ Delaying ? SMR D.Pil for Oct 12th
- Δ to possibly 18th

⑦ Minor tweaks to Fin Model
- Later today

⑧ JPM lead on Deal Book
timing will change - work on OM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   BOA-TRB-0001169A



Gannett

10/7/07  MK      10.5 BN      $44.86  (20% ↓)
        EV      14.9 BN
        EBITDA   2.22 BN

4.73 X  Mellon Debt Free Basis

July 07  5.68 X        5L - 6Z  Range

McClatchy (NP only)

Oct 07  MK      1.65 BN      $20 April
        EV      4-3 BN          Per share
        EBITDA   689 MM
                 2.67 X              3.6 X
                 3.6 X  April 07
                 5.34 X  Jan 07

Tribune                    Belo
        8.16  MK  July     MK  2.1 BN      $20
        11.6  EV  Oct      EV  3.3 BN
        12.36   use        EBITDA  384 MM
        McClatchy
        1.400 BN EBITDA     5.46 X

July    5.82 X                        $17

TRB

10/12/07

- U.W. Call re: Structural changes

① 705MM

② ➜

③ Differentiation cost –
         add 1.5 BN in sales proceeds

④ Probably not enough value for Zell to buy TCB

⑤ MFN –
   - Some of structural design is to avoid problems
   on who we sold bridge to in Step 1
   - how many months? open issue

⑥ Nov vs. Jan/Feb

⑦ Bond covenant – non-equity bad
   separate principal if EBITDA handle

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0001171A

10/26/07 - UW Call with Cahill (Doug)

REDACT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
BOA-TRB-0001172A

*Cont*

FCC - ext
- Approval - Reg - Sched Mtg - 2nd Tues
~~Special~~ and publish agenda

Circulation - Chairman circulate
for review + discussion
5-10 day period - [illegible]
anticipate this w/[illegible] process
[illegible] (3-2)
(we will have when circ)

Follow up Due Dil
- getting answers
- Feb 10 Q - Nov 2
- O M draft - Next review in prison

Next Tues - SMA - Due Dil

VRC - complete soon

23A + B   BAS   UW + LaSalle

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001173A

11/7   Tribune weekly call

- continue to work with VRC
  read from them shortly
  No red flags
  Possible this week

- FCC - no update
  - TRB + Zell continue to push
  - expect to get answers in coming weeks

S+P   B → Neg outlook

Ratings - B2 Stable
         could move to B2 Neg
         double move to B3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

11/17 TRB call
Lindwall

General Matters / P10 / Diligence items
  FCC - Crone
       - Cross ownership
  Kevin - proposed new rule
     - Trys to rule - reduced down US 2003
     - P.I. Group - not far enough
     - HAB - not clarified well
     - Using TRB transaction as shield
         - No support for Kevin
   - Staff working on waivers so maybe
       get issued soon
         - if too many hurdles may
           let TRB go forward
         - Washington mess
         - Kevin not a good day

   - Terms of waivers - ?
        - e/B Time bound waiver
        - might be temporary
   - Kevin will have to move forward

  Kevins rule might expect Hartford
    also - one TV or Radio - in market but
         excludes grandfather markets like Ch.

P10 update

Retail - Dept Stores Soft
Natl - OK - Now looking better

classified -

## INITIATIVES

Diligence - Peter Knapp
1. tryad on initiatives 07+08
Comm Del - 5 year deal - 30 MM Rev
                                        20 MM Exp
                                       ――――――――
                                        8-10 Pos CF.

4Q07 ≈ 1 MM

JH distrib with Newsday - Oct 07 start
                5-6 MM      Rev
                ―――
                3
                8.5  CF Pos

Prod outsourcing - USA Today
        Starts 2008    1.3 MM Rev
                       1.1  Pos CF

Targeted Publications - Free Dailys
        Red Eye, LAU NY, SPanish daily
        LA weekend (Hortronix)

Calendar online
        8-10 MM Rev        (~ 5 MM Cash flow

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

② debt Share Reports
   - overview
   -

③ Tax Bases Column

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001177A

11/14/07 TRB - Structure call
Chandler - Don, Dow, Noomie,    Crane


2nd Step Financing
- Oct Meeting
- Special committee - Skadden & Morg Stanley
  - No Δ to existing structure that
    puts more pressure on Cash flow or ESOP
  - Spoke to Todd & Roy
  - thinking internally of options for success

  - Possible go waiver from FCC in 2 wks

TRB ideas - Chandler
  - any changes - have to approve Spec Comm, 2 storves
    VRC, ESOP, Skadden, Morg Stanley
    $ [Diff Final Bank]

① Mission critical 2007
  ① - Malaly & Syd perud be waived (20 day)
  ② - $500MM Redución Bank 4.2 to 3.7 - (1.6 Banks)
  ③ - clean Structure flex
  ④ - cap to 14.5 to (14.0 Cash + .5 PIK)
  ⑤ - 9 Month Holiday - Placement rights  [Possibly value Board still open]
  ⑥ - Fees - consider of milcol benefices
    - Nils - Estimates from Company
    - EGI Supportive behind author

    $125 MM - TCX 4007 Payment
    Leave 100 MM Cash at year end but 125-170
    and payment in Jan 2008

Nils - Fcc Chair trying to fashion de-reg and holding
    up TRB - ( Possible too waiver prior to 12/18)
    (Chandler to 2 years)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Cont

- Middle of Dec - New laws.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0001179A

11/14. UW Call

1. 4 _____ S/B 1 C.4 _____ _____

for giving up ___

3 Month _____ ____ Holiday

moving to 9 months

- Prob can't do re: Bridge Holders

Pro rata reduction of _____ _____ Bridge Bonds

Cost few months

- Some F.S. have agreed to move

and _____

Can't ____ to ___ after close

We ought be ____ off w/o their terms

Fees - Open ended - ,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

11/15/07
(866) -

Bruce
Jimmy
John

11/19/07
Todd Kaplan
Raj -
Bill Willer - Cahill
Dan Petrik
Tim
David - ML

Company + Zell - counter
Board session Wed morning
9:30 EST
1-2 people from each board

Took on our mark seriously

Trying hard to get OM done

Another CW Call on Tues Morning

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001181A

11/19/07     8:30 PM   Call

RE: Counter proposal from TRB + 2ECC
# 866 850 8212    f 34 743752

Don                    Roy
Chandler               Bill Bower
Nils                   Citi  +  MC

<u>Chandler</u>
- weekend production + construction
- crashing hard on getting ~~T~~ OM
  ready on Wednesday
-

① 2007 Closing
  - Try to close Wed or Fri on OM
  - Start clock when that is delivered
  - Do not want other handle that would
    reset clock — want found acknowledgment
    to get 20 day clock started

② Side letter — TRB to draw 80 MM loan
  and our cover to Not Flex
  This letter ~~will~~ not be needed at
  the clock start but s/b done. Not
  a complicated letter

③ TRB  14.5% Cash Coupon OK but want
  to discuss PIK component
  - 15% s/b OK as higher than 15%
    equals creekiness.
  Crowe - (N I Vetted with Brand get)

- Crose - de S analysis rond to
TRB Board that Bonds over 15%
it would suspect to market that
higher risk credit that [illegible]
investors to stay away from.

① Fund [illegible] Issue
- Syndicators timeframe
- agree to 3 Month Holiday
but would help to sell
internally of [illegible] agreed
that we will not issue
TRB en spirit to [illegible]
and would deal hard to
sell but not be [illegible] in
the 91st Day

Roy - Cap Question

Crose - Want to fix at 15% due to
short timeline. If not saleable
at 15% then maybe we can talk [illegible]

Niels - Reasonable compromise
- EGI & TRB are sympathetic to 15%

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Work Product

11/20/07
Underwriter Call

① Cap Rate
Up 14.5 + 16
Then 14.5 + 15 (consider ↑ 15% all the time)

② See Demand
— ok no Δ 3 months

③ Side letter — Comm Reduction
— No flex (= 16.4%)

④ A lot of discussion on the Rate
— TBBL — take the 15%
— JPM disagrees

— Dan Kelly + Citi (Julie) agree to try to
15.5% but will agree to 15% and
gentlemen agreement will see (TBB if they
will not agree to 15.5% (see TBB.

— 15.5% — SB BFS (PK + OID)
— All other agree

— SMB Barclays
Lehman
Swiss One

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Work Product

11/28
Fee update
- 9PM yesterday
- Mogul submel waiver to Committe

Bridge - timeline steps for 12/20 closing

Rating Agency,
Moodys - Meeting on TRB this week *
S+P - Stick to (B Neg) outlook

* Moody Δ to Neg outlook if Step 2
closes - More likely B2 but might
go to B3
→ they need 4/8-9/2 hrs

When do we need the ratings on
the Bonds and the Bridge?
Probably close to the closing date.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001185A

Work Product

12/5/07   Tribune Call
— Don — P/1 Overview
— Chandler
    — Memos and S/eder to review to
      go over with Leaders

— Timing
    ① TLB — One page memo to Ashetenko
       on Thursday

    ② Bridge Synd call — 11AM EST Thurs

    ③ TRB — Press Release from TRB
       on Thursday
         — Intend to use $500 bus dbt
         — Tender closing 12/20

    Call late today for what to include
    in 8K press release

Board Mtg — Leval Well
    — ULC prelim results got today
    — ULC answers to questions today

Bridge does — SMH to review too

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0001186A

ATTORNEY Client Privilege

12/5/07

REDACT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001187A

Attorney Client Privilege

REDACT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001188A

REDACT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ATTORNEY CLIENT
PRIV

12/12/07
Tribune weekly call - None

12/12/07
JW Call re: Solvency

REDACT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     BOA-TRB-0001190A

ATTORNEY CLIENT
PRIV

REDACT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001191A

ATTORNEY CLIENT
PRIV

REDACT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001192A

ATTORNEY CLIENT
PRIV

REDACT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0001193A

ATTORNEY CLIENT
PRIV

REDACT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001194A



12/12/07

— VW call on Solvency

**REDACT**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001195A

ATTORNEY CLIENT
PRIVELEGE

12/13/07 Tribune Call
— Cahill — Clarifications

REDACT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001196A

REDACT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001197A

REDACT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001198A



REDACT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REDACT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001200A

## Word Product

12/14/07  UW call
- Need VRC info today and discuss Monday
- If D does - charge interest to NYSE
      to Employees

Chris    - Thr Not 100% final but boring
         Going ahead and funding
         Risk greater if do not fund


MRC - Not 100% but boring
      to Not fund -
         - Reasonable that not a solvent company
      - Not planning on being lone wolf

Julie    Citi - Numerous & Not Significant to fund
         - More risk of end up in BK
         - Focus on understanding risk of not funding
         - Not get landed -

         Bf D - Tom Biaggi    Bill Bower
              - Bryan S.       Don Kelly
               Roger, Dan P. , Heleh


If in good faith - good defense

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0001201A

Bowen
704 904 9846

Attorney Client Privilege

12/14/07

Tribune – Internal call – Senior Mgmt
– Cahill
Dan Kelly –

Cahill

REDACT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001202A

Attorney client Priv

12/18/07 U/w Call with counsel interind
and Cahill

REDACT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001203A

12/17/07 Tribune Call

REDACT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

12/19/07  TRB
  = Bring down &    D.D. call

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001205A

2/8/08  Tribune                    [10K - mid March]

4th Qtr 2007 &   Full year results

P12 (13 week basis)

Pub Adv - Still seeing some trends in January
Broad Adv - Doing ok

Other cash - Comcast Deliv Program - Sun Times
              - Legal CA
              - 2006 had 3MM in credits
              - Sun Times   9MM Pos cash flow


OCF - ↓
EZ - ↑ - Across the board - Career Bld
                          - Food Network
EBITDA - 2007            - Comcast
                          - EZ . cash Full year
                            about $80MM mostly
                            Food & Comcast


Advertising spend                 1.4  X  EZ
                                  1.6  Bndg
$232 MM CoR - FYE                 7.5         2.5 Hedged
Studio sale - Hollywood  $125 MM      5 Bill
      Sell RE assets                      way 4.54 Avg ⅛%
             Stamford  > 80 MM         c/b 3.00
             Greenwich                 1.54 V
                                            Cash
                                            int
Cecles - Nelson Crane

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001207A

3/25/08

Asset Sales          Timing

500

Backout    20%  May
——————————
       100   80  170M

5X

Sept  —  500 MM      FTC Approval
                     FCC Approval


Cubs                    ~~650~~  650

Concert Spontent

Wrigley Field        300

Tribune Media Services


Wally  ~~&~~  Numbers

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          BOA-TRB-0001208A

- 4/15/08   Bruno    200MM plus

4/16/08  Chandler
Sam + Randy Michaels comments        Chandler  Crane
   - formal remarks
      - general overview
      - progress on transforming business
      - senior leadership Business
             New Talent - strategic hires
      - other announcements - S.D. A
             - South Florida - collect TV + NP
      - Staff reduction - overview
      - Big Picture on 2008 opportun
             No $ amts - no detail
   ⌈  - 2008 results
   |  - Not address 1Q results
   |  - 1Q - . 2 nearly close to sers
   ⌊      - McCarthy

      Chandler - 5 - 10 minutes
             2007 Results
             Preform comparable items 2006 - 07

   Question
      - No 2008

   ① Assets Sales + Liquidity
             - New Day =
             - Cubs Crane
             - Asse Sec
             - Draw on Revolver

Cont

② Reconfigure Op. Asset — Randy Michaels

③ Forward Look
- 2008 Budget ✓ list of initiatives
- covenant compliance — Capex below 2007

④ Deal Related Questions
- MFN
- Solvency Opinion

Mid May 1Q results

9  Mgmt Expect
1 - Crane left
8  change

5 2    ESOP
4/0    S &M
8    3 pool - all existing mgmt
5    2/3 - existing mgmt
      1/3 - new mgmt

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          BOA-TRB-0001210A

4/17/08 - Gary Weitman - Corp Comm
Sam Zell
Randy Michaels
Ch Bigelow

350 Participants

Sam Zell - Rev Trends - "Seq worse than
expected
Double Digit decline in Publishing
Advert ↓ - Housing
Broad ahead on 2007 + 2008 Proj

Goal was to preserve assets
Plan Ahead - consider closed assets
Zell Sports South (↑S↓)
Endgame looks to MCB books in 70 days
- Opportunity worth ↑S↓

- Buy Culture - Needed
- 3000 emails - Talk2Sam.com
- visited 47 Bus units
- 2000 ideas from employees and Today
initiative
- Recruiting Top Talent Force
Randy Michaels - was CEO  Local TV
Gary Spector - CDO
Ed Wilson - Fox - Pres B.C.
Lee Abrahms - E Inov Off
Gary Kersten - V1 Broad

Loyal employees
- Breath of fresh air

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          BOA-TRB-0001211A

_cont_

— Faster and more creative

Chandler — FI Compareable    2007 ÷ 52 whs
— 10K — 278   1 time pretax charge

|          |     | %    |          |
| -------- | --- | ---- | -------- |
| 5.1 BN Rev |   | 5.5 ↓ | from 2006 |
| 3.9      |     | 4 ↓  |          |
| 1.16     |     | 11 ↓ |          |

Pub
  R        3.7        ↓ 7%
Sub R                 ↓ 9%
Other                 ↑ 9    — Chi Sun-times delivery

Retail ↓
Classified — H.W. ↓          Print cl ↓  online cl ↑
              R.E. ↓
              Auto ↓ 17%

~~Cl 1/3 Rev~~
Based online audience up 17%
Circ Rev ↓ 5.5% to 527 MM
  -3% ↓ Vol

Cash Exp — Pub    2.9 BN  ↓ 4.5% — Sal & Newsprint

*expense less than a year ago*

Cost/

Ready

— Key to Media company from Media conglom

T6 Papers — ing

Salesperson = Bad Spread
            = Zone    2000 possible vs 60 meet
                      your budget

Rent  ① — $22 mm in slow Sales from the
            T6 Revenue initiatives

      ② Motivate Sales Staff

      ③ Leveraging to sellers      Conform
                                    to Company
                                    Redesign paper

Expand  Chic Pittsburgh  "B" — Boston (Ratings)

      Integrate TV + NP  or  TV + Radio

      TV = 95% of Ads gets Share of Spend
          — needs to create business

      Opport with Fox TV Stations (5-6)
          Tremendous upside

Expand  Making Miami Station to combine with NP.
          Sun Sentinel

      Seattle — My Fox Station

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0001213A

*cont*

LA Times + TV work together
- Syndication

Interactive
- pos trends continue
- Visitors up 14%
- focus on projects that make $

Success delivered by Speed & Δ
Great People
Great Brand

Q + A    # 1 ?
         # 2 - CUD

RBS - expenses down Yr over Yr
      Trend continues down
      - P2 ddn TV 2006
                2007 Svg decline 80% from 06

Barclays - coo
      1.16   OCF
       85    Eq Cash
       21    del Ava
      ___
      60
      1.34   BN

Felp Cutler - Cross Sell Newsday + Shopper BW

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                     BOA-TRB-0001214A

Cost

PPM America – Newport Beach Summer
— supplier consolidation
— Val side – taking steps
— Any size to web width
— Prod Res
— Circ declines
— Canada Price increase

Top line Trends – Chi & LA Consistent
250 ESOP
315 SAM

Capital Source – Cash Maturities
650  TLX  12/4/08
(263)  ATN
← 263  DDTL
76  TLB  M
22  Prop Fin       TMCT

Members Capital
— inherited – web based assets (JV)
Cars. com
CBldr. com

TCW – Liquidity
Cubs sale & Scutem this year
N sunday – Approached by others

Sam – Tremendous Opp in TRB and assets
— Key Leadership
— Resilience Doing

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

4/21/08    Phones  -  Will Brett  - equity
                   -  Chuck Nelson - tax

exchanged payout debt investment

Two Shares
Phones debt - gain?    Capital Gain or Ord.?

Stars trans of Two Shares
     - Volatility of collar - Two Shares
     - Need Pledge of Shares

Possible $180 MM Cash or liquidity

Meeting with Chandler + Nels

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001216A

Draft OM - next week

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001217A

5/16/08  TRB  Compliance Conf Call

Borrower Restricted Info

Specific Ques follow up with Compliance
or CMBS Conflict.

- Written if not broadly distrib
- Verbal conversations that you get
  before broadly communicated.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001218A

6/5/08

Gary Whiteman

Sam Zell

Randy Michaels

Chandler


<u>Sam Zell</u> — every 90 days - update
- results consistent with last call
- similar to industry
- Spend better liquid
        classified ads  2/3 of below in 1Q
        help wanted  33 & %
                4r & %


<u>Deal</u>
    - May — Cablevision
    - Paper, Interactive and
    - $650 M deal
    - retain ownership of R.E.
    - close in 3Q


    - AB  of  Program  (Backup)


<u>Cubs</u> — finalized books & MLB
        - out to buyers next week
        - 30 days to bid
        - Pursue public deal or field


New Leadership — changing kind
            - Value adds
            - Taking initiative

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Chandler — update 1Q

- Deliberly ↓ 860 FTE
- Paper prices up but Volume ↓

( ESOP net eff = Non Op 240 Ofei ( CMM )

Purchase / Tax          175 MM Bang THCT
                        155 ( Proceeds from
                              Calif & Conn )

        elim $24MM f rent from THCT

    1Q                      CMM
  189  OCF
   59  Eq Cash
   11  ESOP non cash
    4  I I
  ___
  265  Adj EBITDA →    1.3

                      10.6  Debt

                       8.c  Our

                       1.9  Tot
                            Coveny

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001220A

Cost

Randy – Color

    interactive – future of this
      – platform KPLR St Louis
        (CW11TV. com)

      – feeling money
      – TV tough bed up
      – promote highest rating time
      – good rating for CW SD #1
        now "CW SD America"
        reimaging brand
        retro

Print: – might sign the N.Y.
    13% getting news cost
    88% cost of production print

Change from 75% Ad to 50/50

New Look – Orlando Sentinel June 8
    – all papers this year

Fed Network – Valuable asset might
    be sold might not

Alex Quipper – CW 7% broadcast revenue
    BA Securities    very little revenue from CW

      – Max Value of Real Estate assets

BOA-TRB-0001221A

Tribune
 - cost to carry - Tim

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOA-TRB-0001222A

7/7/08 (Cara), Roger, Dan
Ana
Abby

Rateup trigger      BBB -
Cross-default
    - acceleration

Dan + Roger = Cap < floor
            = exposure
            - initial posting c/c amt?

Bloomberg Market+

7/8/08 — Tech Roddam, Cara, Roger, Dan

    Swap — 40 MM ish
    Collar — 37 MM ish

    Cap - Cost - No credit

Dan + Cara / ISDA and Annex - Send to Jack

    Jack - Model - 95% Confd level
          historical 3-5 yrs

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          BOA-TRB-0001223A