7/10 - Cara + Roger
- Pay over 3 yrs
- Swap
  - Collar to Board Wed
     - JP Cole + BofA
- Swap or collar -
- ISDA - Soon
- tools of Trade ?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                BOA-TRB-0001224A

7/14/08

Tribune Swaps Acctg
- Rob Bauer, Cora, Don, Kyle
- Tal; Tock; Joe Sinclair → Nick - Acct
→ Brian - Controller

① Cap - Straight - Cash
② Cap - Deferred pay

① Total Cashflow Cap - Option Series that allocates the option premium
  (Acctg - G20)   FIN39 (Rqd to offset)
  - Expense portion of option premium over life of cap.
  - Is Sched of options linear - No, but more heavy backed
  - Δ FMV record in OCI
    Xfer to IS as time moves on as expensing the option premium

  4.25/— to provide schedule of Caplets
  so could see how would amortize to IS.
  - expense to interest expense
  3 yr case - Series of cashflows -

② Finance Cap - ~~Cap~~ Paid S.L. 2X per year or 4X
  - all expense w/ß int exp
  - offset most likely but the bad might be reported separately

Not looking at Collars or forced collars

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                            BOA-TRB-0001225A

24 —
63

① Cap — Cash Flow → NO ISDA

② Swap 1.25 BN          63-24=39 4/c
    24 MM — Cash
    MT 250 Daily
    Weekly True up with c/c

③ Smaller trade ①/3
    c/c — initial pool   16MM
    True up 250 mil daily
    c/c weekly
    42 MM Pool


SER MTG 7/16/08

① Bob Cristor — B&C
              — How long rating
  Tom Gleekman — Take Good notes on New
                                    info.
  John Hess — Focus SERS — Analysis crisp
                        — FCF
                        — Liquidity
                        — Action Item

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        BOA-TRB-0001226A

7/15  ① TLB - 302 MM  73.7  68-70
② Newsday sale expected 7/29 or 30  630 MM
   ③ 7/18 Cubs bids due - first round
      - expect 4 or 5 of 10 to pass first round
③ Issd Sec 300 MM backup - closed 7/1
④ Assigned Bridge from LaSalle to Bridge CCC
   - Blue Ridge of Funds
⑤ Waiting on Board mtg before proceed on
   Securities Demand - Notice sent 2 weeks ago
                     - Bridge Amendment
   - OH - Waiting for TRB Board mtg 7/22
   - Kind of a waiting game other than us getting
     the cap raised on the Bridge.
⑥ Che Trib editor resign due home conflict  Gerould Kern
   LA Times Publisher resign David Hiller
   - Chicago 80 of 578  $8-8MM Savings per year
   - # pages by 13-14%
   - Redesign September
   - Productivity of each journalist
           LA Times - 250 positions
Hartford Courant         - reduce weekly pages 15%
Baltimore Sun            - Sections eliminated

⑦ Swap - Cap, Def Cap + Swap
   - 104 MM TRE  MTM 6MM  2/K 38 MM
   - 7.5 MM Step ups    RR = 4 = JPM
   - TRE DISTRIBUTION

9/2/08
Mike Campbell - Acctg
Jill Melger - Finance
Dan Petrik -
Sean Souders -
Don Hugo - Acctg

Email
history to Don

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          BOA-TRB-0001228A

Rajev
- Mgmt -
- Bridge Bonds - Fees
- Asset Sales
  - 135 MM CB

- Redesign of Paper - CHI, LA
  - Cost of water

- Current Lawsuit - Fairness opinion

- Lossable TLB
  Update multiples - EBITDA MIX

Strategy of Recover Broad vs Publish

No Sell into paydown (TLB)

Food Network - Verbal 1.2 BN tax offer
timing 1Q09 (Bft + MC)   Net Proceeds

(Cash) - (Real Estate Mtg?)         (JPM L/C
                                     Fred)
Hedge on int rate cap
  3.5 BN · Libor Cap

Int Covenant Concern - Cap

TMS - Not going to happen

Cubs - After W.S.          Asset Sale
  - 1.3 BN                 Closing
Sean Boberson - ~~S~~
Jill
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0001229A

11/25/08

Hutch, Lynn, Tom B., Stephanie, Alex, Portia, (Seiko Eric)

REDACT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0001230A