| PROJECT BEAR – CONFIDENTIAL | | LEVERAGED FINANCE COMMITTEE UPDATE MEMO | | | |
|---|---|---|---|---|---|
| **DATE:** | | December 13, 2007 | | | |
| **TO:** | | Leveraged Finance Committee | James Alessandri | | |
| **FROM:** | LFG: | Bill Bowen   Dan Kelly | Hutch Pegler | Jon Lindvell | Lekan Lawal | Chuck Roan |
| | GCIB: | Raju Patel   Dan Petrik | Kyle Patterson | | |
| | M&T: | Scott Seaton   Jordan Steinberg | Mike Singer | | |
| **CC:** | | LFC CC List   Control Room | Chuck Hagel | | |
| **RE:** | | Update for revised terms for BAS' commitment to 15% share of the Step 2 Facilities to fund EGI's acquisition of Tribune Company | | | |

| | |
|---|---|
| **Sponsor:** | EGI Investments / Sam Zell ("EGI," or the "Sponsor") |
| **Company:** | Tribune Company ("Tribune," or the "Company") |
| **Situation Update:** | On November 21, 2007 the deal team executed a side letter in connection with revised terms for the existing underwriting of 15% of credit facilities supporting the second step of EGI's acquisition of Tribune. Even though Bank of America underwrote 15% of the Incremental Term Loan, our exposure has been reduced to 14.4% due to sales to SMA's. Summary revised structure of the credit facilities is as follows: |

- $2,105 million Incremental Term Loan (the "Incremental Term Loan") (original terms remain substantially the same except for elimination of structural flex).

- $1,600 million Senior Unsecured Bridge Facility (the "Bridge Loan") (reduced from original $2.1 billion with proceeds from Bender litigation (see Situation Overview for details on Bender litigation), cash on hand and other asset sales proceeds).

The revised terms and structure allow the acquisition to close by year end 2007 (currently estimated to be December 20, 2007), which in turn facilitates the Company's ability to make S-corporation status election for fiscal year 2008, thereby:

- Reducing 2008 income taxes.
- Facilitating the tax-efficient sale of Chicago Cubs in 2008
- Starting the clock on future tax free asset sales (10 years).

The underwriters agreed: (i) to close step 2 financing by year end 2007 (subject to certain conditions, including FCC waivers and solvency opinion), subject to a complete offering memorandum being delivered to the underwriters by November 21, 2007, and the 20-day marketing period commencing on November 23, 2007 and (ii) to eliminate the structural flex that allowed for a reallocation of $1.4 billion of Incremental Term Loan into Bridge Loan.

In return for agreeing to these parameters, (i) the Bridge Loan funded amount will be reduced to $1.6 billion from $2.1 billion (reduction achieved through use of $500 million of extraordinary proceeds from Bender litigation, cash on hand and other asset sales proceeds), and (ii) the interest rate cap on the Bridge Loan / securities demand would increase to 15.25% (14.5% cash cap + 0.75% PIK (available as additional rate or OID calculated on a yield-to-maturity basis ("YTM")) from the current 12.5%).

All other terms and conditions of the Incremental Term Loan and Bridge Loan commitments and related documentation as well as the contemplated Senior Notes offering, will remain in full force and effect.

The Company delivered a preliminary offering memorandum to the underwriters on November 21, 2007 and will meet the 20 day marketing requirement which will end on December 10, 2007. To the extent the transaction does not close by year end 2007, the 20 day marketing requirement would be reset in 2008.

FCC Approval Update: The Chairman of the FCC said on Wednesday, November 28, 2007, that he wants to grant Tribune a temporary exemption from U.S. media ownership rules. The FCC is expected to vote on the waiver by Friday, November 30.

Solvency Opinion Status: Solvency opinion will be distributed to the underwriters during the week of December 3, 2007; due diligence on the opinion will also be completed during the same week.

| **Public Equity (as of 12/12):** | NYSE: TRB | | Current Shares Outstanding | 120.0MM |
|---|---|---|---|---|
| | Current Stock Price | $31.90 | Equity Market Cap | $3.8Bn |
| | 52-Week High (5/23) | $33.30 | Enterprise Value | $12.3Bn |
| | 52-Week Low (8/16) | $22.78 | EV Multiple of LTM 12/31/07E Adj. EBITDA | 9.6x |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      BOA-TRB-0007609

**PROJECT BEAR – CONFIDENTIAL**  **LEVERAGED FINANCE COMMITTEE UPDATE MEMO**

| | Issue | Amount (MM) | Pricing (bps) | Bid | Call Protection | Maturity | LIBOR Eqv. [1] |
|---|---|---|---|---|---|---|---|
| **Existing Bank Debt (as of 12/12):** | Revolver | $750 | L + 300 bps | 87.625 | NA | May-13 | L + 609.2 bps |
| | Term Loan X | 1,500 | L + 250 bps | 96.500 | 101-soft | May-09 | L + 495.7 bps |
| | Term Loan B | 5,515 | L + 300 bps | 86.875 | 101-soft | May-14 | L + 627.9 bps |
| | DD Term Loan B | 263 | L + 300 bps | DNT | NA | May-14 | NA |

(1) All tranches, except the Term Loan X, assume a 4 year average life

**CDS / LCDS Pricing:** CDS: 1,750 – 1,850
LCDS: 600 – 630

**Ratings:** Existing Ratings for First Step Transaction:

| | S&P | Moody's |
|---|---|---|
| **Corporate Credit Rating** | B+ | B1 |
| **Senior Secured Credit Rating** | BB | Ba3 |
| **Senior Unsecured Credit Rating** | B- | B3 |
| **Date of Last Action** | Aug-07 | Nov-07 |
| **Outlook** | Negative | Negative |

<u>Second Step Transactions would likely have pro forma corporate ratings of B3 (stable) / B (negative)</u>

**Initial Underwriting Banks:** JPM – 30%
Merill – 30%
Citi – 25%
BAS – 15%

**Approved Hold:** $75 million Revolver   **Successful Syndication:** Not defined

**Bank Syndication:** $8,028 of Senior Secured Credit Facilities were syndicated in Step One   **Bridge Syndication:** Bridge Loan Syndication Completed - $810MM of $2,100mm was syndicated to 25 participants, representing 39% of the total bridge facility. $193.5 million or 9% is held by BofA.

**Original Commitment Date:** April 5, 2007   **Commitment Expiration Date:** May 31, 2008

**Risk Rating:** 8 (Pro Forma for Step 2)

**Legal Counsel:** Cahill Gordon & Reindel LLP – Jonathan Schaffzin

**Accounting Firm:** PricewaterhouseCoopers – Kevin Maguire

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   BOA-TRB-0007610

**PROJECT BEAR – CONFIDENTIAL**                                           **LEVERAGED FINANCE COMMITTEE UPDATE MEMO**

| | |
|---|---|
| **Capital Commitment / Fee Summary:** (Reflecting $1.6 billion Closing Bridge) | The following chart shows capital commitment and fees for first and second step transactions. It assumes the Step 2 Incremental Term Loan B is not flexed to the Bridge / Senior Notes and that the Bridge/Senior Notes closing amount is $1.6 billion (but the commitment amount is $2.1 billion):<br>• Summary includes LaSalle Bank, SMA exposure. |

| ($ in millions) Facility | Amount[1] | BAS Economics | BAS Underwriting | Fee / Gross Spread | Syndicated to Market | Avg Fee to Market | BAS Net Exposure | Net Spread to BAS | Net Fees |
|---|---|---|---|---|---|---|---|---|---|
| **First Step Transaction** | | | | | | | | | |
| Revolver [1] | $750 | 15.00% | $113 | 1.625% | $8 | 1.250% | $105 | 1.625% | $1.73 |
| Term Loan B (Step One) | 5,515 | 15.00% | 827 | 1.625% | 827 | 0.750% | 0 | 0.875% | 7.24 |
| Term Loan X [2] | 1,500 | 15.00% | 225 | 1.625% | 225 | 0.654% | 0 | 0.971% | 2.18 |
| Delayed Draw Term Loan B | 263 | 15.00% | 39 | 1.625% | 0 | 0.000% | 39 | 1.625% | 0.64 |
| **First Step Total before Reserve** | **$8,028** | | **$1,204** | | **$1,060** | | **$144** | | **$11.80** |
| **First Step Actual Fee Summary [3]** | | | | | | | | | |
| Total Actual First Step Fee Received | | | | | | | | | $11.80 |
| Less Amount Booked as First Step Fee Income | | | | | | | | | (6.02) |
| Less FAS 91-Deferred Fees | | | | | | | | | (0.40) |
| Amount held as reserve for future sell-down | | | | | | | | | $5.39 |
| **First Step Secondary Sales and Addition of La Salle exposure** | | | | | | | | | |
| Less Revolver sold | | | | | | 9.375% | $36 | | $3.52 |
| Plus La Salle Revolver | | | | | | | 50 | | 0.00 |
| Revolver and DDTLB Exposure / Reserve after Revolver Sale | | | | | | | $157 | | 1.87 |
| Less estimated Mark on DDTLB | | | | | | 10.000% | 39 | | (3.95) |
| **Reserve (Estimated Mark) after First Step** | | | | | | | | | **($2.07)** |
| **Second Step Transaction** | | | | | | | | | |
| Incremental Term Loan B [4][5][6] | $2,105 | 14.40% | $303 | 1.625% | $300 | 14.250% | $0 | (12.625%) | ($37.84) |
| Plus La Salle Incremental TLB | | | 20 | 1.250% | 20 | 14.250% | 0 | (13.000%) | (2.60) |
| Senior Bridge Facility (Commit Fee) [6][7] | 2,100 | 15.00% | 315 | 0.750% | 117 | 0.750% | 189 | 0.750% | 1.42 |
| Plus La Salle Senior Bridge Exposure | | | 32 | 0.750% | 0 | 0.750% | 32 | 0.750% | 0.24 |
| Senior Bridge Facility (Funding Fee) | | | | | | | 145 | 0.313% | 0.45 |
| Plus La Salle Senior Bridge Facility (Funding Fee) | | | | | | | 24 | 0.313% | 0.08 |
| Senior Notes (Gross Spread) [8][9][10] | | | | | | | 216 | 2.000% | 4.32 |
| Plus La Salle Senior Notes (Gross Spread) [10] | | | | | | | 24 | 2.000% | 0.48 |
| **Second Step Estimated Total (Before La Salle)** | **$4,205** | | **$670** | | **$437** | | **$233** | | **($33.46)** |
| **Estimated Total after both Steps** | **$12,233** | | **$1,874** | | **$1,497** | | **$360** | | |
| **Estimated Mark on Remaining Exposure [11]** | | | | | | | | | **($35.54)** |
| **Estimated mark net of First Step booked fees [12]** | | | | | | | | | **($29.52)** |

(1) BAS sold $7.5 million to market for a fee of 1.625% and held $105 million at closing of Step One. Final hold after Step One is $87.5MM Revolver and $39.5MM DDTLB
(2) Fully syndicated at closing of Step One
(3) Does not include La Salle first step fees of $2.19 million ($0.63 million fees for Revolver + $1.56 million for TLX)
(4) Assumes Incremental $2,100MM TLB sold to market in Step 2 at 85.75 (bid price as of 12/12/07 at 85.75)
(5) Reflects reduction in BAS underwriting exposure from 15% to 14.4% due to sale to SMAs
(6) Reflects elimination of 15% of La Salle's exposure
(7) Incremental $1.6BN Senior Notes priced at original fee of 1.625%. New Senior Notes sold to market at Step Two. Assumes Senior Notes price at par (rate cap 15.25%(14.5% cash / 0.75% PIK))
(8) The underwriters sold 38.6% to SMAs and market for commitment fee of 0.75%. Assumes Bridge is not syndicated further and the remaining $1.45MM of fees are retained
(9) 6.5% of Senior Note economics given to SMAs with gross spread of 2.00%. Assumes Senior Notes price at par (rate cap 12.5%)
(10) Although the chart above assumes the notes are sold at par, it is unclear these bonds are salable at par in the current market environment
(11) Second Step Total plus estimated mark after First Step
(12) Does not take into account fees received by La Salle in step one ($2.19 million)

**Summary of Outstanding Step 2 Commitment (Original vs. Revised):**

| | Incremental Term Loan (Original) | Incremental Term Loan (Revised) | Senior Bridge Facility (Original) | Senior Bridge Facility (Revised) |
|---|---|---|---|---|
| Deal Size (in millions): | $2,105 | Unchanged | $2,100 | $1,600 |
| BAS Role: | Joint Lead Arranger / Joint Book Runner (Right) | Unchanged | Joint Lead Arranger / Joint Book Runner (Right) | Unchanged |
| Lead Manager: | JPM / ML | Unchanged | ML / JPM | Unchanged |
| BAS Underwritten %: | 15.000% | Unchanged | 15.000% [1] | Unchanged |
| Underwriting Fee: | 1.625% | Unchanged | 0.750% (Bridge Commitment Fee) and 2.000% Gross Spread on Senior Notes Take-out [1] | Unchanged |
| Guaranteed Leverage: | 12/31/07E 7.19x | 12/31/07E 7.35x | 12/31/07E 7.19x | 12/31/07E 7.35x |
| Senior Leverage: | 8.24x | 8.76x | 8.24x | 8.76x |
| Total Leverage: | 8.80x | 9.50x | 8.80x | 9.50x |
| EBITDA (millions): | $1,434 | $1,268 | $1,434 | $1,268 |
| Spread: | L + 250 | Unchanged | L + 450 | L + 450 |
| Flex: | • **Pricing** 50 bps (may be taken as OID (4-year average life), or combination of OID and increase in interest rate)<br>• **Structural**: Reallocation of up to $1,400 million of the Incremental Term Loan to the Senior Bridge Facility or Senior Notes (Note: reallocation shall not result in an increase in weighted average fee obligation of Tribune over the fees that would have been paid had such reallocation not occurred) | • **Pricing** Unchanged<br>• **Structural**: None | • Any Senior Notes may be secured by, on a second lien basis, any or all the collateral securing the Senior Secured Credit Facilities | • Unchanged |
| Caps: | NA | NA | • **Interest Rate Cap** 12.00% if B2 (stable) / B (stable) or better, otherwise 12.50%<br>• **Securities Demand:** 12.00% if B2 (stable) / B (stable) or better, otherwise 12.50%<br>– securities demand black out 90 days | • **Interest Rate Cap** 15.25% (14.50% cash + 0.75% PIK (available as additional rate or OID, calculated on a YTM basis))<br>• **Securities Demand:** 15.25% (14.50% cash + 0.75% PIK (available as additional rate or OID))<br>– securities demand black out 90 days (unchanged, but underwriters reserve the right to be flexible) |

[1] BAS effective Bridge exposure has been sold down to 9.21% ($193.5 million), effective economics on Senior Notes Take-out is 14.02%
First Step $5.515 billion Term Loan B is priced at L + 300 bps (Full Flex)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                              BOA-TRB-0007611

| PROJECT BEAR – CONFIDENTIAL | LEVERAGED FINANCE COMMITTEE UPDATE MEMO |
|---|---|

## I. SITUATION OVERVIEW

- On April 2, 2007 the deal team received LFC approval to provide a commitment to underwrite 16.67% of the total facilities, to support EGI's acquisition of Tribune. BAS ultimately ended up with 15.00% of the underwriting.
- The transaction contemplated a two step process:
  - Initial return of capital via repurchase of about 50% of tribune shares outstanding at $34.00 per share.
  - Consummation of acquisition / go-private transaction by EGI and Tribune ESOP.
- The facilities were structured as follows:

  First Step ($8,028 million Facilities)
  - $750 million Revolver
  - $7,015 million Term Loan B
  - $263 million Delayed Draw Term Loan B

  Second Step ($4,205 million Facilities)
  - $2,105 million incremental Term Loan
  - $2,100 million Senior Unsecured Bridge Loan (prior to recent reduction)

- Since the April approval the following have occurred:
  - <u>Execution of Merger Agreement:</u> The Company, Sam Zell (EGI) and Tribune Employee Stock Ownership Plan (the "ESOP") executed a merger agreement (the "Merger Agreement") that resulted in the following transactions in connection with the Step One of the transaction:
    - The ESOP purchased $250 million of newly issued Tribune common stock for $28 per share.
    - Zell invested $250 million in Tribune and joined its board of directors. Of this initial investment, $50 million was used to purchase approximately 1.5 million newly-issued shares of Tribune common stock for $34 per share and $200 million purchased a note exchangeable for common stock at a $34 per share exchange price.
    - Tribune launched a tender offer to repurchase approximately 126 million shares of its common stock for $34 per share, returning approximately $4.3 billion of capital to shareholders. The tender offer closed in June 2007.
  - <u>Closing of Step One Facilities:</u> Tribune closed $8,060 million of Senior Secured Credit Facilities on June 4, 2007. The table below shows the final structure and terms of the credit facilities compared to original approved structure

|  | Approved Structure | Final Structure |
|---|---|---|
| Structure: | - $750 million 6-year Revolver<br>- $7,015 million 7-year Term Loan B<br>- $263 million 7-year Delayed Draw Term Loan B ("DDTLB") | - $750 million 6-year Revolver<br>- $5,547 million 7-year Term Loan B<br>- $1,500 million 2-year Term Loan X ("TLX")<br>- $263 million 7-year DDTLB |
| Amortization: | - Revolver NA<br>- Term Loan B 1% per year (paid in equal quarterly installments), bullet at maturity<br>- DDTLB 1% per year (paid in equal quarterly installments), bullet at maturity | - Revolver NA<br>- Term Loan B 1% per year (paid in equal quarterly installments), bullet at maturity<br>- TLX 50% 18 months after closing, balance at maturity<br>- DDTLB 1% per year (paid in equal quarterly installments), bullet at maturity |
| Initial Pricing: | - Revolver L + 250 bps (drawn) / 50 bps (undrawn)<br>- Term Loan B (issued at par) L + 250 bps<br>- DDTLB (issued at par) L + 250 bps (drawn) / 75 bps (undrawn) | - Revolver L + 300 bps (drawn) / 50 bps (undrawn)<br>- Term Loan B (issued at 99.25% of par) L + 300 bps<br>- TLX (issued at par) L + 250 bps (step up to L + 275 bps upon closing of step 2)<br>- DDTLB (issued at par) L + 300 bps |
| Call Protection: | - Revolver NA<br>- Term Loan B None<br>- DDTLB None | - Revolver NA<br>- Term Loan B 101 soft call for one year<br>- TLX 101 soft call for one year<br>- DDTLB None |

The Company used proceeds from the facilities to refinance ~$2.8 billion of debt and buy back approximately 126 million shares for ~$4.3 billion.

Bank of America recognized fees of $6.02 million and held $5.39 million as reserve for future sell downs. After the syndication, Bank of America final hold in the facilities was:
  - $105 million Revolver ($37.5 million has been sold with a fee of 9.375%).
  - $39 million Delayed Draw Term Loan B.
  - Approved hold for the transaction was $75 million Revolver.

- <u>Bridge Loan Commitment Syndicated:</u> The underwriting group successfully syndicated $810 million of the $2,100 million Bridge Loan in June 2007, reducing BAS commitment from $315 million to $193 million. See Appendix G for a list of Bridge Loan participants.

- <u>Addition of La Salle Exposure:</u> Due to the acquisition of La Salle by Bank of America, we inherited these in connection with the Tribune credit facilities: $50 million revolver, $20 million incremental term loan and $32 million bridge facility.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0007612

**PROJECT BEAR – CONFIDENTIAL**  **LEVERAGED FINANCE COMMITTEE UPDATE MEMO**

- Shareholder Approval of Go-private Transaction: On August 21, 2007, Tribune shareholders approved the merger agreement entered into in connection with the Company's previously announced go-private transaction.

- Settlement of Mathew Bender ("Bender") Litigation: On October 1, 2007, Tribune announced that the Company had finalized the settlement of its appeal of the 2005 Tax Court decision disallowing the tax free reorganization of Mathew Bender (a former subsidiary of the Times Mirror Company). As a result of the settlement, Tribune received a refund of federal income taxes and interest of approximately $344 million resulting from payments previously made for both the Matthew Bender transaction and a similar transaction completed by Times Mirror. After consideration of income taxes on the interest received, the net cash proceeds were approximately $286 million. Tribune acquired Times Mirror in June 2000, and inherited the preexisting tax dispute at that time.

The following paragraphs provide background on the Bender litigation. During 1998, Times Mirror, which was acquired by the Company in 2000, disposed of its Matthew Bender and Mosby subsidiaries in separate transactions, which were structured to qualify as tax-free reorganizations under the Internal Revenue Code. The Company believes these transactions were completed on a tax-free basis. However, the Internal Revenue Service ("IRS") audited the transactions and disagreed with the position taken by Times Mirror. In the fourth quarter of 2001, the Company received an IRS adjustment to increase Times Mirror's 1998 taxable income by approximately $1.6 billion. The Company filed a petition in United States Tax Court in November 2002 to contest the IRS position, and in December 2004, the Company presented its position in Tax Court.

In September 2005, the Tax Court issued an opinion contrary to the Company's position and determined that the Matthew Bender transaction was a taxable sale. In January 2006, the Tax Court extended its opinion in the Matthew Bender case to the Mosby transaction given the similarity of the two transactions. Taxes and related interest for both the Matthew Bender and Mosby transactions totaled approximately $1 billion. Over time, deductions for state taxes and interest were expected to reduce the net cash outlay to approximately $840 million.

The Company appealed the Tax Court ruling to the United States Court of Appeals for the Seventh Circuit. On September 30, 2005, the Company paid $880 million to the IRS, representing the federal tax and interest owed on the transactions, and financed the payment through the issuance of commercial paper. The Company made a related state tax and interest payment of approximately $86 million in February 2006.

## II. TIMELINE (AS OF 11/28/07)



■ Bank Holiday     ☐ Key Event

**Week of November 26**
- FCC commissioners expected to vote on the Tribune proposal (November 30)

**Week of December 3**
- Valuation Research Corporation presents to Tribune board
- Distribute solvency opinion to Underwriters
- Negotiate Senior Unsecured Loan Agreement
- Receive final Step 2 credit rating (potentially week of December 10)
- Update bridge syndicate on process / funding
- Complete solvency diligence

**Week of December 10**
- Distribute draft legal opinions, draft funds flow memoranda and other closing documentation
- Finalize Senior Unsecured Interim Loan Agreement

**Week of December 17**
- FCC meeting (December 18)
- Deliver final legal opinions (December 20)
- Fund and close Senior Unsecured Interim Loan and Incremental Term Loan B (December 20)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          BOA-TRB-0007613

**PROJECT BEAR – CONFIDENTIAL**  LEVERAGED FINANCE COMMITTEE UPDATE MEMO

## III. UPDATED COMMITMENT LEVELS

**BRIDGE FACILITY ALLOCATIONS**
$2.1Bn Bridge Facility

| Summary | Allocation | Reduction | Pro Forma |
|---|---|---|---|
| Total Allocations | 2,100.00 | (500.00) | 1,600.00 |
| Tranche Size | 2,100.00 | (500.00) | 1,600.00 |

| | SMAs | Allocation | Adj. | PF Allocations [1] | % of Total |
|---|---|---|---|---|---|
| 1 | Barclays Capital | $42.00 | ($10.00) | $32.00 | 2.00% |
| 2 | Sumitomo | 31.50 | (7.50) | 24.00 | 1.50% |
| 3 | Lehman | 31.50 | (7.50) | 24.00 | 1.50% |
| 4 | Lasalle | 31.50 | (7.50) | 24.00 | 1.50% |
| | Subtotal | $136.50 | ($32.50) | $104.00 | |
| | **Institutions** | | | | |
| 1 | AIG | $50.00 | ($11.90) | $38.10 | 2.38% |
| 2 | Amida Partners | 10.00 | (2.38) | 7.62 | 0.48% |
| 3 | Blackstone | 40.00 | (9.52) | 30.48 | 1.90% |
| 4 | Credit Risk Advisors | 10.00 | (2.38) | 7.62 | 0.48% |
| 5 | CUNA Mutual | 2.00 | (0.48) | 1.52 | 0.10% |
| 6 | DA Capital | 50.00 | (11.90) | 38.10 | 2.38% |
| 7 | DB Prop | 50.00 | (11.90) | 38.10 | 2.38% |
| 8 | Dillon Read | 40.00 | (9.52) | 30.48 | 1.90% |
| 9 | Fore Advisors | 3.00 | (0.71) | 2.29 | 0.14% |
| 10 | Hartford | 50.00 | (11.90) | 38.10 | 2.38% |
| 11 | King Street | 25.00 | (5.95) | 19.05 | 1.19% |
| 12 | Liberty Harbor | 25.00 | (5.95) | 19.05 | 1.19% |
| 13 | McDonnell | 10.00 | (2.38) | 7.62 | 0.48% |
| 14 | Metropolitan West | 5.00 | (1.19) | 3.81 | 0.24% |
| 15 | Morgan Stanley Asset Mgmt | 25.00 | (5.95) | 19.05 | 1.19% |
| 16 | Platinum Grove | 75.00 | (17.86) | 57.14 | 3.57% |
| 17 | Raven Asset | 5.00 | (1.19) | 3.81 | 0.24% |
| 18 | Rose Grove | 3.50 | (0.83) | 2.67 | 0.17% |
| 19 | Stone Tower | 10.00 | (2.38) | 7.62 | 0.48% |
| 20 | Swiss RE | 10.00 | (2.38) | 7.62 | 0.48% |
| 21 | Van Kampen | 175.00 | (41.67) | 133.33 | 8.33% |
| | Subtotal | $673.50 | ($160.36) | $513.14 | |
| | **Underwriters** | | | | |
| 1 | Merrill Lynch | $387.00 | ($92.14) | $294.86 | 18.43% |
| 2 | JP Morgan | 387.00 | (92.14) | 294.86 | 18.43% |
| 3 | Citigroup | 322.50 | (76.79) | 245.71 | 15.36% |
| 4 | Bank of America | 193.50 | (46.07) | 147.43 | 9.21% |
| | Subtotal | $1,290.00 | ($307.14) | $982.86 | |
| | **Total** | **$2,100.00** | **($500.00)** | **$1,600.00** | **100.00%** |

(1) Pro Forma for bridge reduction with $500 million of proceeds from Bender litigation and other assets sales

**INCREMENTAL TERM LOAN FACILITY ALLOCATIONS**
$2.1Bn Incremental Term Loan Facility

| Summary | Allocation |
|---|---|
| Total Allocations | 2,105.00 |
| Tranche Size | 2,105.00 |

| | SMA's | U/W at Step 1 Close | %age | Adj. | Current U/W [1] | % of Total |
|---|---|---|---|---|---|---|
| 1 | Barclays Capital | $0.00 | 0.00% | $25.00 | $25.00 | 1.19% |
| 2 | Sumitomo | 0.00 | 0.00% | 20.00 | 20.00 | 0.95% |
| 3 | Lehman | 0.00 | 0.00% | 20.00 | 20.00 | 0.95% |
| 4 | Lasalle | 0.00 | 0.00% | 20.00 | 20.00 | 0.95% |
| | Subtotal | $0.00 | | $85.00 | $85.00 | |
| 1 | Merrill Lynch | $631.50 | 30.00% | (25.50) | $606.00 | 28.79% |
| 2 | JP Morgan | 631.50 | 30.00% | (25.50) | 606.00 | 28.79% |
| 3 | Citigroup | 526.25 | 25.00% | (21.25) | 505.00 | 23.99% |
| 4 | Bank of America | 315.75 | 15.00% | (12.75) | 303.00 | 14.39% |
| | Subtotal | $2,105.00 | | ($85.00) | $2,020.00 | |
| | **Total** | **$2,105.00** | **100.00%** | **$0.00** | **$2,105.00** | **100.00%** |

(1) Adjusted for $85 million sold to SMAs

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    BOA-TRB-0007614

**PROJECT BEAR – CONFIDENTIAL**      **LEVERAGED FINANCE COMMITTEE UPDATE MEMO**

## IV. TRIBUNE DEBT TRADING LEVELS

| Issue | Amount Issued | Amount Outst. | Maturity | Issue Date | Issue Price | Rating Mdy's | Rating S&P | First Call Date | First Call Price | Price | Bid Level as of 12/12/07 YTW | Spread | YTW Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Near-Term Maturities** | | | | | | | | | | | | | |
| 5.500% Notes due 2008 | $167.9 | $167.9 | 10/06/08 | 10/06/98 | 99.064 | B2 | B | NC-L | NC-L | 91.500 | 16.134% | 1252 bps | 10/06/08 |
| 5.670% Notes due 2008 | 69.6 | 69.6 | 12/08/08 | 12/08/98 | 99.856 | B2 | B | NC-L | NC-L | 93.750 | 12.623% | 950 bps | 12/08/08 |
| **Long-Term Maturities** | | | | | | | | | | | | | |
| 4.875% Notes due 2010 | 450.0 | 450.0 | 08/15/10 | 08/15/05 | 99.829 | B2 | B | MW | +15 bps | 68.000 | 21.159% | 1820 bps | 08/15/10 |
| 7.250% Debentures due 2013 | 148.2 | 82.2 | 03/01/13 | 01/30/95 | 99.614 | B2 | B | NC-L | NC-L | 73.500 | 14.693% | 1137 bps | 03/01/13 |
| 5.250% Notes due 2015 | 330.0 | 330.0 | 08/15/15 | 08/15/05 | 99.524 | B2 | B | MW | +20 bps | 57.500 | 14.653% | 1102 bps | 08/15/15 |
| 7.500% Debentures due 2023 | 100.0 | 100.0 | 07/01/23 | 01/30/95 | N/A | B2 | B | NC-L | NC-L | 55.000 | 15.071% | 1113 bps | 07/01/23 |
| 6.610% Debentures due 2027 | 250.0 | 85.0 | 09/15/27 | 09/09/97 | 99.959 | B2 | B | MW | +10 bps | 56.000 | 12.752% | 869 bps | 09/15/27 |
| 7.250% Debentures due 2096 | 148.0 | 148.0 | 11/15/96 | 11/13/96 | 99.614 | B2 | B | NC-L | NC-L | 53.000 | 13.675% | 964 bps | 11/15/96 |
| 2.000% Exch. Sub. Deb. due 2029 | 1,256.0 [1] | 1,251.8 [1] | 05/15/29 | 04/07/99 | 100.000 | B2 | B | NC-L | NC-L | NA | NA | NA | NA |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     BOA-TRB-0007615

**PROJECT BEAR – CONFIDENTIAL**

**LEVERAGED FINANCE COMMITTEE UPDATE MEMO**

## V. PUBLISHING HIGH YIELD COMPARABLES

*($ in millions)*

**PUBLISHING HIGH YIELD COMPARABLES**

| Issue / Description | Amt. Out | Maturity | Ratings Mdy/S&P | Current Pricing [a] Bid | YTW | Spread | Call Data Date | Price | LTM [b] Rev | EBITDA [c] | EBITDA / Cash Int | EBITDA / Total Int | EBITDA / Total Int. + Pref. Div | Debt / EBITDA Opco | Holdco | w/ Pref | Net Debt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Block Communications** | | | | | | | | | $449 | $49 | 2.2x | 2.1x | 2.1x | 5.7x | 5.7x | 5.7x | 5.5x |
| 8.250% Senior Notes | $150.0 | 12/15/15 | B1 / B- | 99.000 | 8.420% | 393 bps | 12/15/10 | 104.130 | | | | | | | | | |
| **CanWest Media** [d] | | | | | | | | | C$2,513 | C$238 | 2.4x | 2.4x | 2.4x | 5.0x | 5.0x | 5.0x | 4.4x |
| 8.000% Senior Sub Notes | $761.1 | 09/15/12 | B3 / CCC+ | 93.250 | 9.800% | 562 bps | 09/15/11 | 100.000 | | | | | | | | | |
| **MediaNews Group** [f] | | | | | | | | | $1,498 | $199 | 2.4x | 2.4x | 2.4x | 5.8x | 5.8x | 5.8x | 5.8x |
| 6.375% Senior Sub Notes | $150.0 | 04/01/14 | B2 / B | 65.000 | 15.200% | 1085 bps | 10/01/08 | 103.190 | | | | | | | | | |
| 6.875% Senior Sub Notes | $300.0 | 10/01/13 | B2 / B | 64.000 | 16.820% | 1252 bps | 10/01/08 | 103.440 | | | | | | | | | |
| **Morris Publishing** | | | | | | | | | $462 | $94 | 2.6x | 2.5x | 2.5x | 5.6x | 5.6x | 5.6x | 5.5x |
| 7.000% Senior Sub Notes | $300.0 | 08/01/13 | B1 / B | 70.500 | 14.910% | 1063 bps | 08/01/08 | 103.500 | | | | | | | | | |
| **Readers Digest** | | | | | | | | | $2,679 | $261 | 1.7x | 1.6x | 1.3x | 7.3x | 7.3x | 8.5x | 8.2x |
| 9.000% Senior Sub Notes | $600.0 | 02/15/17 | Caa1 / CCC+ | 80.000 | 12.750% | 819 bps | 02/15/12 | 104.500 | | | | | | | | | |
| **Sun Media** | | | | | | | | | C$932 | C$200 | 5.0x | 4.8x | 4.8x | 2.2x | 2.2x | 2.2x | 2.2x |
| 7.625% Senior Notes | $205.0 | 02/15/13 | Ba1 / B | 97.000 | 8.350% | 410 bps | 02/15/08 | 103.810 | | | | | | | | | |

(a) Market prices as of 12/12/07
(b) Results are of the last twelve months ended June 30, 2007 unless otherwise indicated. Results and credit metrics are updated quarterly and may not reflect intraperiod results.
(c) EBITDA adjusted for extraordinary and other one-time charges
(d) TEV (total enterprise value) based on market value of publicly traded equity
(e) Gives pro forma estimated effect to income trust structure and results largely reflect the restricted group and dividends received from unrestricted entities to conform with covenant calculations
Revenues presented on a pro rata basis. Reflects recent divestiture of Irish TV assets and the acquisition of radio assets in Turkey
(f) EBITDA is adjusted for company JOAs and minority interest, as presented in corporate disclosures. Attempts to reflect recent acquisitions involving McClatchy / Hearst, as outlined in public lender's presentation. Note pro forma revenues, EBITDA, cap

8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          BOA-TRB-0007616

**PROJECT BEAR – CONFIDENTIAL**                                                                           **LEVERAGED FINANCE COMMITTEE UPDATE MEMO**

## VI. BROADCASTING HIGH YIELD COMPARABLES

*($ in millions)*
TELEVISION BROADCASTERS HIGH YIELD COMPARABLES

| Issue / Description | Amt. Out | Maturity | Ratings Mdy/S&P | Current Pricing [a] Bid | YTW | Spread | Call Data Date | Price | LTM [b] Rev | EBITDA [c] | EBITDA / Cash Int | Total Int. | Total Int. + Pref. Div | Opco | Debt / EBITDA Holdco | w/ Pref | Net Debt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Allbritton Communications** | | | | | | | | | $226.0 | $86.0 | 2.3x | 2.3x | 2.3x | 5.8x | 5.8x | 5.8x | 5.7x |
| 7.750% Senior Sub Notes | $454.2 | 12/15/12 | B1 / B- | 99.630 | 7.840% | 357 bps | 01/07/08 | 103.88 | | | | | | | | | |
| **Barrington Broadcasting** [d] | | | | | | | | | $119.0 | $41.0 | 1.7x | 1.6x | 1.6x | 6.8x | 6.8x | 6.8x | 6.7x |
| 10.500% Senior Sub Notes | $125.0 | 08/15/14 | B3 / CCC+ | 103.000 | 9.680% | 544 bps | 08/15/10 | 105.25 | | | | | | | | | |
| **Fisher Communications** [e] | | | | | | | | | $176.0 | $39.0 | 2.2x | 2.1x | 2.1x | 5.3x | 5.3x | 5.3x | 0.6x |
| 8.625% Senior Notes | $150.0 | 09/15/14 | B2 / B- | 101.750 | 8.170% | 398 bps | 09/15/09 | 104.31 | | | | | | | | | |
| **ION Media (Paxson)** [f] | | | | | | | | | $229.0 | $108.0 | 1.0x | 0.4x | 0.9x | 11.4x | 11.4x | 25.6x | 10.1x |
| 3ML+325 bps Senior Sec FRNs | $400.0 | 01/15/12 | B1 / CCC+ | 98.000 | 8.970% | 458 bps | 01/07/08 | 102.00 | | | | | | | | | |
| 3ML+625 bps Senior Sec PIK FRNs | $405.0 | 01/15/13 | Caa2 / CCC- | 99.000 | 11.650% | 625 bps | 01/15/08 | 102.00 | | | | | | | | | |
| **LIN Holdings** [h] | | | | | | | | | $432.0 | $147.0 | 2.7x | 2.3x | 2.3x | 6.1x | 6.1x | 6.1x | 6.0x |
| 6.500% Senior Sub Notes | $190.0 | 05/15/13 | B1 / B- | 94.250 | 7.820% | 350 bps | 05/15/08 | 103.25 | | | | | | | | | |
| 6.500% Senior Sub Notes | $375.0 | 05/15/13 | B1 / B- | 95.130 | 7.610% | 329 bps | 05/15/08 | 103.25 | | | | | | | | | |
| **Nexstar Broadcasting** | | | | | | | | | $272.0 | $96.0 | 2.4x | 1.8x | 1.8x | 5.8x | 7.1x | 7.1x | 7.0x |
| 7.000% Senior Sub Notes | $200.0 | 01/15/14 | B3 / CCC+ | 92.500 | 8.610% | 421 bps | 01/15/09 | 103.50 | | | | | | | | | |
| 11.375% Senior Disc. Notes | $130.0 | 04/01/13 | Caa1 / CCC+ | 99.000 | 8.160% | NA | 04/01/08 | 105.69 | | | | | | | | | |
| **Sinclair Broadcast Group** [i] | | | | | | | | | $714.0 | $251.0 | 2.9x | 2.9x | 2.9x | 2.8x | 5.3x | 5.3x | 5.3x |
| 8.000% Senior Sub Notes | $305.0 | 03/15/12 | Ba3 / B | 101.000 | 7.500% | 345 bps | 12/10/07 | 104.00 | | | | | | | | | |
| **Univision Communications** [j] | | | | | | | | | $2,160.0 | $838.0 | 1.0x | 1.0x | 1.0x | 11.9x | 11.9x | 11.9x | 11.8x |
| 3.875% Senior Sec Notes | $250.0 | 10/15/08 | Ba3 / B+ | 98.050 | 6.280% | 181 bps | MWC | T+12.5 | | | | | | | | | |
| 7.850% Senior Sec Notes | $500.0 | 07/15/11 | Ba3 / B+ | 100.000 | 7.850% | 379 bps | MWC | T+35.0 | | | | | | | | | |
| 9.750% Senior Notes (Toggle) | $1,500.0 | 03/15/15 | B3 / CCC+ | 92.750 | 11.230% | NA | 03/15/11 | 104.88 | | | | | | | | | |
| **Young Broadcasting** [k] | | | | | | | | | $219.0 | $50.0 | 0.7x | 0.7x | 0.7x | 16.5x | 16.5x | 16.5x | 14.9x |
| 8.750% Senior Sub Notes | $140.0 | 01/15/14 | Caa1 / CCC- | 72.000 | 16.130% | 1175 bps | 01/15/09 | 104.38 | | | | | | | | | |
| 10.000% Senior Sub Notes | $344.3 | 03/01/11 | Caa1 / CCC- | 78.280 | 19.370% | 1527 bps | 11/26/07 | 103.33 | | | | | | | | | |

(a) Market prices as of 12/12/07
(b) Results are of the last twelve months ended June 30, 2007 unless otherwise indicated. Results and credit metrics are updated quarterly and may not reflect intraperiod results
(c) EBITDA adjusted for extraordinary and other one-time charges
(d) TEV (total enterprise value) based on market value of publicly traded equity
(e) Pro forma for the recently Rayon stations and related financing
(f) Cash balances include current value of 3 million Safeco shares (now unencumbered). Attempts to reflect $36.3 million of recent acquisitions (i.e., Portland / Idaho, Bellevue, WA) and the divestiture of certain small market radio stations
(g) Interest coverage reflects that the company is currently paying cash interest on the 2nd lien issue (rather than electing the PIK option)
(h) Gives estimated effect to recent purchase of five stations from Emmis, the pending divestiture of properties in Puerto Rico and a pending station acquisition in Albuquerque, NM
(i) Debt excludes balances of no financial consequences
(j) Reflects recent $50 million incremental term loan borrowing
(k) Pro forma for going-private transaction. Financial data as presented in company offering memorandum. PF leverage approximates 9.7x 1st Lien, 10.3x Secured and 12.1x Total. Excludes potential divestitures
Source: Company reports and Banc of America Securities LLC estimates

9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                          BOA-TRB-0007617

**PROJECT BEAR – CONFIDENTIAL**                                                                                                           **LEVERAGED FINANCE COMMITTEE UPDATE MEMO**

## VII. BANK LOAN COMPARABLES

| | Publishing | | | | Broadcasting & Entertainment | | |
|---|---|---|---|---|---|---|---|
| | MediaNews Group | CanWest MediaWorks | Readers Digest | GateHouse Media | American Media | CW Media Holdings, Inc. | Univision | Gray Television |
| Company Description | MediaNews Group Inc is a provider of newspaper publishing services. The Company is privately owned and operates 41 daily newspapers and 1 television station in 11 states | CanWest MediaWorks is a newspaper publisher in Canada | Readers Digest Association Ltd is a publisher and distributor of magazines, journals, and books and also provides music and video DVDs and financial services to various customers throughout the United Kingdom | GateHouse, formerly Liberty Group Publishing, is one of the largest growing publishers of community newspapers in the US | American Media publishes six national weekly magazines, including the National Enquirer and Star, Men's Fitness, Muscle & Fitness Hers, Natural Health and Fit Pregnancy, Country Weekly, Auto World and NOPI Street Performance Compact | The Company owns and operates a leading portfolio of 13 specialty cable television channels, such as Showcase, Slice, History Television, HGTV Canada and Food Network Canada | Univision Communications, together with its wholly owned subsidiaries, is a Spanish-language media company in the United States operating in four business segments: Television, Radio, Music and Internet | Gray Television owns 36 major network-affiliated television stations in 30 mid-sized markets throughout the United States. With 17 CBS affiliated stations, Gray is the largest owner of CBS affiliates in the country besides the network's O&O stations group |
| **Sponsor(s)** | None | None | GoldenTree / GSO / J Rostchild / ML / Ripplewood / Magnetar JPM / Citi / ML / RBS | Fortress Investment Group | Evercore Partners | GS / CanWest | MDP / PEP / Saban / TPG / TH Lee | None |
| Arrangers: | BAS / Wach | BNS / Cd | | Wach / GS | JPMorgan / Deutsche | GS / CS | CS / BAS | Wach / BAS / GS |
| Close: | Sep-07 | Jul-2007 | Feb-2007 | Jun-2006 | Jan-06 | Jul-2007 | Mar-2007 | Mar-2007 |
| Ratings: | BB- / Ba3 | B / B1 | B / B2 | B+ / B2 | B / B1 | B / Ba1 | B / B1 | B / Ba3 |
| Purpose | Amendment - Refinancing | Stock Buyback | LBO | LBO | Refinancing | Acquisition | LBO | Refinancing |
| **Deal Summary (in MMs)** | Rev 350.0  2.0 yrs | TLB 500.0  7.0 yrs | Rev 300.0  6.0 yrs | Rev 40.0  7.0 yrs | Rev 60.0  6.0 yrs | Rev 50.0  6.0 yrs | Rev 750.0  7.0 yrs | Rev 100.0  7.0 yrs |
| | TLA 100.0  3.0 yrs | | TLB 1,310.0  7.0 yrs | TLB 570.0  7.5 yrs | TLB 450.0  7.0 yrs | TLB 475.0  7.5 yrs | TLB 7,000.0  7.5 yrs | TLB 925.0  7.8 yrs |
| | TLB 144.3  3.0 yrs | | Bridge 600.0  1.0 yrs | Bridge 152.0  8.0 yrs | | | DDTL 450.0  7.5 yrs | |
| | TLC 346.5  6.0 yrs | | | | | | 2nd Lien 500.0  2.0 yrs | |
| | Total $940.8 | Total $500.0 | Total $2,210.0 | Total $762.0 | Total $510.0 | Total $525.0 | Total $8,700.0 | Total $1,025.0 |
| **Initial Pricing (in bps) over LIBOR** | Rev 175.0 | TLB 200.0 | Rev 225.0 | Rev 200.0 | Rev 325.0 | Rev 325.0 | Rev 225.0 | Rev 150.0 |
| | TLA 175.0 | | TLB 200.0 | TLB 225.0 | TLB 325.0 | TLB 325.0 | TLB 225.0 | TLB 150.0 |
| | TLB 175.0 | | Bridge NA | Bridge 150.0 | | | DD TL 225.0 | |
| | TLC 225.0 | | | | | | 2nd Lien 250.0 | |
| **Current Trading levels:** | TLB Price 92.500  LIBOR 425.0 | TLB Price NA  LIBOR NA | TLB Price 91.000  LIBOR 500.0 | TLB Price 87.250  LIBOR 650.0 | TLB Price NA  LIBOR NA | TLB Price NA  LIBOR NA | TLB Price 91.250  LIBOR 516.7 | TLB Price 93.000  LIBOR 343.3 |
| | TLC 93.000  458.3 | | | | | | 2nd Lien 97.500  333.3 | |
| **Financial Profile** | PF LTM 3/31/07 | PF LTM 2/28/2007 | PF LTM 12/31/06 | PF LTM 3/31/2006 | PF LTM 9/30/05 | PF LTM 3/31/07 | PF LTM 12/31/06 | PF LTM 12/31/2006E |
| Revenue | $1,497.5 | $1,165.0 | $2,679.0 | $385.4 | $533.3 | $310.3 | $2,166.7 | $334.7 |
| Adjusted EBITDA | 199.4 | 280.0 | 268.3 | 92.6 | 133.3 | 94.5 | 833.1 | 131.4 |
| % Margin | 13.3% | 24.0% | 10.0% | 24.0% | 25.0% | 30.5% | 38.5% | 39.3% |
| Interest Expense | 76.6 | 112.0 | 57.1 | NA | 89.0 | NA | NA | 65.4 |
| CAPEX | 34.7 | 18.8 | 20.0 | NA | 29.9 | NA | 51.8 | 41.1 |
| 1st Lien Debt | 940.8 | 893.0 | 1,310.0 | 583.5  60.5% | 450.0  29.8% | 475.0  30.8% | 8,068.4  57.5% | 925.0  68.4% |
| 2nd Lien Debt | 0.0% | 0.0% | 0.0% | 152.0  15.7% | 0.0% | 0.0% | 500.0  3.6% | 0.0% |
| Bank Debt | 940.8  76.7% | 893.0  43.7% | 1,310.0  49.4% | 735.5  76.2% | 450.0  29.8% | 475.0  30.8% | 8,568.4  61.1% | 925.0  68.4% |
| Senior Notes | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 365.0  23.6% | 1,500.0  10.7% | 0.0% |
| Other Senior Debt | 23.3  1.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Senior Debt | 964.1  78.6% | 893.0  43.7% | 1,310.0  49.4% | 735.5  76.2% | 450.0  29.8% | 840.0  54.4% | 10,068.4  71.8% | 925.0  68.4% |
| Sr Subordinated Debt | 179.9  14.7% | 0.0% | 600.0  22.6% | 0.0% | 550.0  36.5% | 0.0% | 0.0% | 0.0% |
| Other Sub Debt | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Debt (Opco) | 1,144.0  93.3% | 893.0  43.7% | 1,910.0  72.0% | 735.5  76.2% | 1,000.0  66.3% | 840.0  54.4% | 10,068.4  71.8% | 925.0  68.4% |
| HoldCo/Seller Paper | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Preferred Stock | 81.9  6.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Common Equity | | 1,150.0  56.3% | 743.0  28.0% | 229.7  23.8% | 507.8  33.7% | 704.0  45.6% | 3,957.0  28.2% | 426.5  31.6% |
| Total Capitalization | 1,225.9  100.0% | 2,043.0  100.0% | 2,653.0  100.0% | 965.2  100.0% | 1,507.8  100.0% | 1,544.0  100.0% | 14,025.4  100.0% | 1,351.5  100.0% |
| **Summary Statistics:** | | | | | | | | |
| Proforma Coverage Ratios | | | | | | | | |
| EBITDA / Interest | 2.6x | 2.5x | 4.7x | 6.3x | 1.5x | NA | NA | 2.0x |
| (EBITDA-CAPEX) / Interest | 2.2x | 2.3x | 4.3x | NA | 1.2x | NA | NA | 1.4x |
| Proforma Leverage Ratios | | | | | | | | |
| 1st Lien Debt / EBITDA | 4.7x | 3.2x | 4.9x | 6.3x | 3.4x | 5.0x | 9.7x | 7.0x |
| Bank Debt / EBITDA | 4.7x | 3.2x | 4.9x | 7.9x | 3.4x | 5.0x | 10.3x | 7.0x |
| Senior Debt / EBITDA | 4.8x | 3.2x | 4.9x | 7.9x | 3.4x | 8.9x | 12.1x | 7.0x |
| Total Debt (@OpCo) / EBITDA | 5.7x | 3.2x | 7.1x | 7.9x | 7.5x | 8.9x | 12.1x | 7.0x |
| Total Debt (@HoldCo) / EBITDA | 5.7x | 3.2x | 7.1x | 7.9x | 7.5x | 8.9x | 12.1x | 7.0x |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                     BOA-TRB-0007618

PROJECT BEAR – CONFIDENTIAL | LEVERAGED FINANCE COMMITTEE UPDATE MEMO

## VIII. PUBLISHING EQUITY COMPARABLES

**Trading Statistics**
*($ in millions, except per share data)*

| | Price as of 12/12/07 | Trading Performance (Disc.)/Prem. to 52-Week High | Trading Performance (Disc.)/Prem. to 52-Week Low | Market Cap (a) | Aggregate Value (b) | Aggregate Value as Multiple of EBITDA 2007E | Aggregate Value as Multiple of EBITDA 2008E | EBITDA CAGR 2006-2008E | EBITDA Margin % 2007E |
|---|---|---|---|---|---|---|---|---|---|
| **Large Newspapers** | | | | | | | | | |
| E.W. Scripps Co. | $43.60 | (18.3%) | 15.1% | $7,171.6 | $8,430.6 | 10.4x | 9.5x | 3.3% | 32.2% |
| Gannett Co., Inc. | 35.40 | (44.3%) | 1.5% | 8,217.8 | 11,766.6 | 5.7 | 5.7 | (4.8%) | 27.4% |
| McClatchy Co. | 13.23 | (69.7%) | 1.8% | 1,086.9 | 4,679.4 | 8.2 | 9.4 | (9.9%) | 25.3% |
| New York Times Company | 16.88 | (37.2%) | 5.4% | 2,428.2 | 3,149.4 | 6.5 | 6.4 | (2.5%) | 15.1% |
| Tribune Company | 31.90 | (4.2%) | 40.0% | 3,834.7 | 10,756.5 | 9.2 | 9.5 | (9.8%) | 22.7% |
| Washington Post Co. | 771.18 | (12.9%) | 6.1% | 7,351.8 | 6,974.3 | 10.4 | 9.2 | 0.4% | 16.1% |
| Median | | | | $5,503.1 | $7,702.4 | 8.7x | 9.3x | (3.6%) | 24.0% |
| Mean | | | | 5,015.2 | 7,626.1 | 8.4 | 8.3 | (3.9%) | 23.1% |
| **Mid-Cap Newspapers** | | | | | | | | | |
| Belo Corp. | $16.85 | (26.5%) | 6.8% | $1,722.7 | $2,911.6 | 8.2x | 7.5x | (1.5%) | 23.6% |
| Journal Register Co. | 2.22 | (71.6%) | 18.1% | 86.9 | 725.3 | 7.7 | 8.3 | (11.1%) | 20.3% |
| Lee Enterprises, Inc. | 15.25 | (57.2%) | 12.0% | 704.3 | 1,774.8 | 6.5 | 7.0 | (5.7%) | 24.2% |
| Media General Inc. | 21.99 | (50.0%) | 1.5% | 497.2 | 1,354.9 | 7.6 | 6.7 | (4.0%) | 18.5% |
| Journal Communications | 8.78 | (37.3%) | 8.8% | 545.7 | 688.1 | 6.1 | 5.6 | (5.7%) | 19.0% |
| GateHouse Media | 8.56 | (61.4%) | 15.2% | 1,205.9 | 1,697.3 | 14.8 | 9.6 | 15.9% | 19.4% |
| Median | | | | $625.0 | $1,526.1 | 7.6x | 7.2x | (4.8%) | 19.8% |
| Mean | | | | 793.8 | 1,525.4 | 8.5 | 7.4 | (2.0%) | 20.8% |

(a) Based upon fully diluted shares outstanding calculated using the treasury method.
(b) Aggregate value is equal to market cap. plus: total debt, preferred and minority interests, less: cash, securities and unconsolidated assets.
(c) Projections based on Wall Street equity research.

11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    BOA-TRB-0007619

**PROJECT BEAR – CONFIDENTIAL**                                            **LEVERAGED FINANCE COMMITTEE UPDATE MEMO**

### Operating Statistics

*($ in millions)*

| | Revenue | | | EBITDA | | | EBITDA Margin | |
|---|---|---|---|---|---|---|---|---|
| | 2007 | 2008 | Growth % | 2007 | 2008 | Growth | 2007 | 2008 |
| **Large Newspapers** | | | | | | | | |
| E.W. Scripps Co. | $2,523.9 | $2,696.0 | 6.8% | $811.8 | $885.0 | 9.0% | 32.2% | 32.8% |
| Gannett Co., Inc. | 7,579.5 | 7,489.9 | (1.2%) | 2,074.0 | 2,062.1 | (0.6%) | 27.4% | 27.5% |
| McClatchy/KRI | 2,264.5 | 2,138.8 | (5.5%) | 574.0 | 498.6 | (13.1%) | 25.3% | 23.3% |
| New York Times Company | 3,209.1 | 3,188.5 | (0.6%) | 484.1 | 495.1 | 2.3% | 15.1% | 15.5% |
| Tribune Company | 5,128.4 | 5,009.0 | (2.3%) | 1,165.9 | 1,133.4 | (2.8%) | 22.7% | 22.6% |
| Washington Post Co. | 4,161.6 | 4,488.9 | 7.9% | 671.5 | 758.0 | 12.9% | 16.1% | 16.9% |
| Median | $3,685.3 | $3,838.7 | (0.9%) | $741.7 | $821.5 | 0.9% | 24.0% | 23.0% |
| Mean | 4,144.5 | 4,168.5 | 0.8% | 963.5 | 972.0 | 1.3% | 23.1% | 23.1% |
| **Mid-Cap Newspapers** | | | | | | | | |
| Belo Corp. | $1,513.1 | $1,565.2 | 3.4% | $356.5 | $389.2 | 9.2% | 23.6% | 24.9% |
| Journal Register Co. | 465.5 | 448.8 | (3.6%) | 94.4 | 87.9 | (6.9%) | 20.3% | 19.6% |
| Lee Enterprises, Inc. | 1,122.4 | 1,100.3 | (2.0%) | 271.1 | 253.8 | (6.4%) | 24.2% | 23.1% |
| Media General Inc. | 964.1 | 1,008.4 | 4.6% | 178.6 | 202.4 | 13.3% | 18.5% | 20.1% |
| Journal Communications | 590.1 | 588.3 | (0.3%) | 112.2 | 123.8 | 10.4% | 19.0% | 21.0% |
| GateHouse Media | 588.9 | 754.0 | 28.0% | 114.3 | 177.7 | 55.5% | 19.4% | 23.6% |
| Median | $777.1 | $881.2 | 1.6% | $146.4 | $190.0 | 9.8% | 19.8% | 22.1% |
| Mean | 874.0 | 910.8 | 5.0% | 187.8 | 205.8 | 12.5% | 20.8% | 22.0% |

(a) Calculated using treasury stock method.
(b) Earnings calculated net of non-recurring and extraordinary items.

12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              BOA-TRB-0007620



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
BOA-TRB-0007621

**PROJECT BEAR – CONFIDENTIAL**     LEVERAGED FINANCE COMMITTEE UPDATE MEMO

## IX. TELEVISION BROADCASTING EQUITY COMPARABLES

*($ in millions, except per share data)*

|  |  | Gray | Hearst Argyle | LIN TV | Nexstar | Sinclair |
|---|---|---|---|---|---|---|
| **Valuation Summary:** | | | | | | |
| Stock Price (as of 12/12/2007) | | $8.07 | $21.44 | $11.16 | $8.04 | $9.40 |
| 52-Week High | | 11.33 | 28.16 | 20.24 | 15.41 | 17.67 |
| % of 52-Week High | | 71.2% | 76.1% | 55.1% | 52.2% | 53.2% |
| Fully Diluted Shares Outstanding | | 48.1 | 94.0 | 52.6 | 29.2 | 87.3 |
| Market Capitalization | | 388.2 | 2,015.4 | 586.6 | 234.8 | 820.8 |
| Plus: Net Debt, Pref & Min Int | | 923.8 | 945.6 | 843.4 | 673.6 | 1,344.6 |
| Total Enterprise Value | | $1,312.0 | $2,961.0 | $1,430.0 | $908.3 | $2,165.3 |
| Less: Unconsolidated Investments | | (68.8) | (41.9) | (60.9) | 0.0 | 0.0 |
| Adjusted Total Enterprise Value | | $1,243.2 | $2,919.1 | $1,369.1 | $908.3 | $2,165.3 |
| **Multiple Summary:** | **Average** | | | | | |
| Adjusted Total Enterprise Value / | | | | | | |
| 2007E BCF | 9.9x | 11.5x | 10.7x | 9.9x | 9.3x | 8.1x |
| 2008E BCF | 7.9 | 8.9 | 8.8 | 7.0 | 7.8 | 7.0 |
| Average 2007 & 2008 BCF | 8.8 | 10.1 | 9.6 | 8.2 | 8.5 | 7.5 |
| Adjusted Total Enterprise Value / | | | | | | |
| 2007E EBITDA | 11.1x | 13.2x | 12.1x | 11.4x | 10.9x | 8.0x |
| 2008E EBITDA | 8.8 | 10.0 | 9.7 | 7.9 | 8.3 | 8.3 |
| Average 2007 & 2008 EBITDA | 9.8 | 11.4 | 10.8 | 9.3 | 9.4 | 8.2 |
| **Key Operating Statistics:** | | | | | | |
| 2007E Revenue | | $309.6 | $754.3 | $400.3 | $265.6 | $705.9 |
| 2008E Revenue | | 346.5 | 839.0 | 466.3 | 300.4 | 755.4 |
| Average 2007 & 2008 Revenue | | 328.1 | 796.6 | 433.3 | 283.0 | 730.7 |
| % '07-'08 Growth | | 11.9% | 11.2% | 16.5% | 13.1% | 7.0% |
| 2007E BCF | | $108.3 | $273.7 | $138.9 | $97.2 | $268.3 |
| 2008E BCF | | 139.1 | 332.4 | 194.9 | 116.2 | 309.6 |
| Average 2007 & 2008 BCF | | 123.7 | 303.0 | 166.9 | 106.7 | 288.9 |
| % '07-'08 Growth | | 28.4% | 21.5% | 40.3% | 19.5% | 15.4% |
| 2007E EBITDA | | $94.2 | $240.9 | $120.5 | $83.7 | $269.7 |
| 2008E EBITDA | | 124.5 | 300.1 | 173.9 | 109.9 | 261.6 |
| Average 2007 & 2008 EBITDA | | 109.4 | 270.5 | 147.2 | 96.8 | 265.7 |
| % '07-'08 Growth | | 32.2% | 24.6% | 44.3% | 31.3% | (3.0%) |
| *Margins:* | | | | | | |
| 2007E BCF Margin | | 35.0% | 36.3% | 34.7% | 36.6% | 38.0% |
| 2008E BCF Margin | | 40.1% | 39.6% | 41.8% | 38.7% | 41.0% |
| Average 2007 & 2008 BCF Margin | | 37.7% | 38.0% | 38.5% | 37.7% | 39.5% |
| 2007E EBITDA Margin | | 30.4% | 31.9% | 30.1% | 31.5% | 38.2% |
| 2008E EBITDA Margin | | 35.9% | 35.8% | 37.3% | 36.6% | 34.6% |
| Average 2007 & 2008 EBITDA Margin | | 33.3% | 34.0% | 34.0% | 34.2% | 36.4% |

**Footnotes:**
All financials pro forma for acquisitions and adjusted for one-time items
Enterprise values not adjusted for PV of tax attributes.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     BOA-TRB-0007622

PROJECT BEAR – CONFIDENTIAL                                   LEVERAGED FINANCE COMMITTEE UPDATE MEMO

## X. PRECEDENT TELEVISION BROADCASTING TRANSACTIONS



TEV / Trailing BCF

| | 13.3x | 12.7x | 13.8x | 13.5x | 11.0x | 10.5x | 15.3x | 13.4x | 15.6x | 8.2x | 13.2x | 15.4x | 11.5x | 13.2x | 13.3x | 11.7x | 12.5x |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Target / Acquiror | Lincoln Financial Media / Raycom | Montecito / New Vision | Clear Channel TV / Providence | CBS Green Bay / Liberty Media | NYT / Oak Hill | BlueStone TV / Bonten Media | MEG / Montecito | MEG / New Vision | MEG / Schurz | TV Station Group / Nexstar | NBC / Media General | Raycom / Quincy | Raycom / Barrington | Raycom / Morris | Emmis / Blackstone | Liberty / Raycom | Emmis / Gray |
| Ann Date | Nov-07 | Jul-07 | Apr-07 (a) | Feb-07 | Jan-07 | Nov-06 | Aug-06 | Aug-06 | Jul-06 | Jul-06 | Apr-06 | Mar-06 | Mar-06 | Dec-05 | Jul-05 | Aug-05 | Aug-05 |
| Value ($MM) | $533.0 | $330.0 | $1,200.0 | $176.0 | $575.0 | $221.5 | $22.0 | $35.0 | $73.0 | $56.0 | $595.0 | — | $262.0 | $18.5 | $259.0 | $987.4 | $186.0 |

(a) Providence has notified Clear Channel that it may elect to terminate the transaction

15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    BOA-TRB-0007623