| COMPANY | Case No. | T.I.N. | Guarantor | Senior Guarantee Resolution | Subordinated Guarantee Resolution | Board Members June 4th 2007 | Board Members December 20th 2007 | File Name |
|---|---|---|---|---|---|---|---|---|
| 5800 Sunset Production, Inc. | 08-13143 | Redacted | Y | Y | Y | Crane H. Kenney | Crane H. Kenney | Tribune Board Guarantee Resolution #1 |
| California Community News Corporation | 08-13145 | | Y | Y | Y | Crane H. Kenney | Crane H. Kenney | Tribune Board Guarantee Resolution #1 |
| Channel 39, Inc. | 08-13148 | | Y | Y | | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Tribune Board Guarantee Resolution #1 |
| Channel 40, Inc. | 08-13149 | | Y | Y | | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Tribune Board Guarantee Resolution #1 |
| Chicago Tribune Company | 08-13152 | | Y | Y | Y | Dennis J. FitzSimons, Scott C. Smith | Dennis J. FitzSimons, Scott C. Smith, Crane H. Kenney | Tribune Board Guarantee Resolution #1 |
| Chicagoland Publishing Company | 08-13156 | | Y | Y | Y | Scott C. Smith, Crane H. Kenney | Scott C. Smith, Crane H. Kenney | Tribune Board Guarantee Resolution #8 |
| Chicagoland Television News, Inc. | 08-13157 | | Y | Y | Y | Scott C. Smith, Crane H. Kenney, John E. Reardon | Scott C. Smith, Crane H. Kenney, John E. Reardon | Tribune Board Guarantee Resolution #8 |
| Courant Specialty Products, Inc. | 08-13159 | | Y | Y | Y | Stephen D. Carver, Robert Gremillion, Crane H. Kenney | Stephen D. Carver, Robert Gremillion, Crane H. Kenney | Tribune Board Guarantee Resolution #8 |
| Distribution Systems of America, Inc. | 08-13161 | | Y | Y | Y | Crane H. Kenney, Timothy P. Knight, Scott C. Smith | Crane H. Kenney, Timothy P. Knight, Scott C. Smith | Tribune Board Guarantee Resolution #8 |
| Eagle New Media Investments, LLC | 08-13162 | | Y | Y | Y | Crane H. Kenney | Crane H. Kenney | Tribune Board Guarantee Resolution #8 |
| Eagle Publishing Investments, LLC | 08-13163 | | Y | Y | Y | Crane H. Kenney | Crane H. Kenney | Tribune Board Guarantee Resolution #8 |
| Forsalebyowner.com Corp. | 08-13165 | | Y | Y | Y | Thomas S. Finke, Timothy J. Landon | Thomas S. Finke, Timothy J. Landon | Tribune Board Guarantee Resolution #8 |
| Forum Publishing Group, Inc. | 08-13168 | | Y | Y | Y | Robert Gremillion, Crane H. Kenney, Scott C. Smith | Robert Gremillion, Crane H. Kenney, Scott C. Smith | Tribune Board Guarantee Resolution #8 |
| Gold Coast Publications, Inc. | 08-13169 | | Y | Y | Y | Robert Gremillion, Crane H. Kenney, Scott C. Smith | Robert Gremillion, Crane H. Kenney, Scott C. Smith | Tribune Board Guarantee Resolution #8 |
| Homestead Publishing Company | 08-13173 | | Y | Y | Y | Irving L. Quimby, Jr., John D. Worthington, IV | Irving L. Quimby, Jr., John D. Worthington, IV, Crane Kenney, Scott C. Smith | Tribune Board Guarantee Resolution #2 |
| Hoy Publications, LLC | 08-13174 | | Y | Y | Y | Crane H. Kenney | Crane H. Kenney | Tribune Board Guarantee Resolution #2 |
| Internet Foreclosure Service, Inc. | 08-13177 | | Y | Y | Y | Thomas S. Finke, Timothy J. Landon | Thomas S. Finke, Timothy J. Landon | Tribune Board Guarantee Resolution #2 |
| KIAH Inc. | 08-13180 | | Y | Y | | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Tribune Board Guarantee Resolution #2 |
| KPLR, Inc. | 08-13181 | | Y | Y | | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Tribune Board Guarantee Resolution #2 |
| KSWB Inc. | 08-13182 | | Y | Y | Y | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Tribune Board Guarantee Resolution #2 |
| KTLA Inc. | 08-13183 | | Y | Y | Y | Crane H. Kenney, John E. Reardon | Crane H. Kenney, John E. Reardon | Tribune Board Guarantee Resolution #2 |
| KWGN, Inc. | 08-13184 | | Y | Y | | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Tribune Board Guarantee Resolution #2 |
| Los Angeles Times Communications LLC | 08-13185 | | Y | Y | Y | Dennis J. FitzSimons, Scott C. Smith, David D. Hiller | Dennis J. FitzSimons, Scott C. Smith, David D. Hiller | Tribune Board Guarantee Resolution #2 |
| New Mass. Media, Inc. | 08-13191 | | Y | Y | Y | Stephen D. Carver, Robert Gremillion, Crane H. Kenney | Stephen D. Carver, Robert Gremillion, Crane H. Kenney | Tribune Board Guarantee Resolution #2 |
| Orlando Sentinel Communications Company | 08-13198 | | Y | Y | Y | Dennis J. FitzSimons, Scott C. Smith, Kathleen M. Waltz | Dennis J. FitzSimons, Scott C. Smith, Kathleen M. Waltz | Tribune Board Guarantee Resolution #2 |
| Patuxent Publishing Company | 08-13200 | | Y | Y | Y | Irving L. Quimby, Jr., John D. Worthington, IV | Irving L. Quimby, Jr., John D. Worthington, IV, Scott C. Smith | Tribune Board Guarantee Resolution #3 |
| Southern Connecticut Newspapers, Inc. | 08-13205 | | Y | Y | Y | Crane H. Kenney, Timothy P. Knight, Durham J. Monsma | Crane H. Kenney, Timothy P. Knight, Mark W. Hianik | Tribune Board Guarantee Resolution #3 |
| Star Community Publishing Group, LLC | 08-13206 | | Y | Y | Y | Timothy P. Knight | Timothy P. Knight | Tribune Board Guarantee Resolution #3 |
| Stemweb, Inc. | 08-13207 | | Y | Y | Y | Thomas S. Finke, Timothy J. Landon | Thomas S. Finke, Timothy J. Landon | Tribune Board Guarantee Resolution #3 |
| Sun-Sentinel Company | 08-13208 | | Y | Y | Y | Dennis J. FitzSimons, Scott C. Smith, Robert Gremillion | Dennis J. FitzSimons, Scott C. Smith, Robert Gremillion | Tribune Board Guarantee Resolution #3 |
| The Baltimore Sun Company | 08-13209 | | Y | Y | Y | Crane H. Kenney, Robert Gremillion | Crane H. Kenney, Robert Gremillion, Scott C. Smith | Tribune Board Guarantee Resolution #1 |
| The Daily Press, Inc. | 08-13210 | | Y | Y | Y | Crane H. Kenney, Scott C. Smith, Kathleen M. Waltz | Crane H. Kenney, Scott C. Smith, Kathleen M. Waltz | Tribune Board Guarantee Resolution #8 |

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0603477

| COMPANY | Case No. | T.I.N. | Guarantor | Senior Guarantee Resolution | Subordinated Guarantee Resolution | Board Members June 4th 2007 | Board Members December 20th 2007 | File Name |
|---|---|---|---|---|---|---|---|---|
| The Hartford Courant Company | 08-13211 | Redacted | Y | Y | Y | Stephen D. Carver, Robert Gremillion, Crane H. Kenney | Stephen D. Carver, Robert Gremillion, Crane H. Kenney | Tribune Board Guarantee Resolution #8 |
| The Morning Call, Inc. | 08-13212 | | Y | Y | Y | Scott C. Smith , Kathleen M. Waltz | Scott C. Smith, Kathleen M. Waltz | Tribune Board Guarantee Resolution #2 |
| TMLH 2, Inc. | 08-13217 | | Y | Y | Y | Stephen D. Carver, Robert Gremillion, Crane H. Kenney | Stephen D. Carver, Robert Gremillion, Crane H. Kenney | Tribune Board Guarantee Resolution #3 |
| TMLS I, Inc. | 08-13218 | | Y | Y | Y | Crane H. Kenney, Timothy P. Knight, Durham J. Monsma | Crane H. Kenney, Timothy P. Knight, Mark W. Hianik | Tribune Board Guarantee Resolution #3, Tribune Board Guarantee Resolution #9 |
| TMS Entertainment Guides, Inc. | 08-13219 | | Y | Y | Y | Scott C. Smith, Crane H. Kenney, David D. Williams | Scott C. Smith, Crane H. Kenney, David D. Williams | Tribune Board Guarantee Resolution #3 |
| Tower Distribution Company | 08-13220 | | Y | Y | Y | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Tribune Board Guarantee Resolution #5 |
| Tribune Broadcast Holdings, Inc. | 08-13222 | | Y | Y | Y | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Tribune Board Guarantee Resolution #5 |
| Tribune Broadcasting Company | 08-13223 | | Y | Y | Y | Dennis J. FitzSimons, John E. Reardon | Dennis J. FitzSimons, John E. Reardon | Tribune Board Guarantee Resolution #5 |
| Tribune Broadcasting Holdco, LLC | 08-13224 | | Y | Y | Y | Crane H. Kenney | Crane H. Kenney | Tribune Board Guarantee Resolution #6 |
| Tribune California Properties, Inc. | 08-13226 | | Y | Y | Y | Crane H. Kenney, John E. Reardon | Crane H. Kenney, John E. Reardon | Tribune Board Guarantee Resolution #5 |
| Tribune Direct Marketing, Inc. | 08-13227 | | Y | Y | Y | Crane H. Kenney, Richard H. Malone | Crane H. Kenney, Scott C. Smith | Tribune Board Guarantee Resolution #5 |
| Tribune Entertainment Company | 08-13228 | | Y | Y | Y | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Tribune Board Guarantee Resolution #5 |
| Tribune Finance, LLC | 08-13231 | | Y | Y | Y | Crane H. Kenney | Crane H. Kenney | Tribune Board Guarantee Resolution #5 |
| Tribune Los Angeles, Inc. | 08-13233 | | Y | Y | Y | Crane H. Kenney | Crane H. Kenney | Tribune Board Guarantee Resolution #5 |
| Tribune Manhattan Newspaper Holdings, Inc. | 08-13234 | | Y | Y | Y | Crane H. Kenney | Crane H. Kenney | Tribune Board Guarantee Resolution #4 |
| Tribune Media Net, Inc. | 08-13235 | | Y | Y | Y | Dennis J. FitzSimons, Scott C. Smith, Crane H. Kenney | Dennis J. FitzSimons, Scott C. Smith, Crane H. Kenney | Tribune Board Guarantee Resolution #4 |
| Tribune Media Services, Inc. | 08-13236 | | Y | Y | Y | Scott C. Smith, Crane H. Kenney, David D. Williams | Scott C. Smith, Crane H. Kenney, David D. Williams | Tribune Board Guarantee Resolution #4 |
| Tribune New York Newspaper Holdings, LLC | 08-13238 | | Y | Y | Y | Crane H. Kenney, Timothy P. Knight | Crane H. Kenney, Timothy P. Knight | Tribune Board Guarantee Resolution #6 |
| Tribune NM, Inc. | 08-13239 | | Y | Y | Y | Crane H. Kenney | Crane H. Kenney | Tribune Board Guarantee Resolution #6 |
| Tribune Television Company | 08-13241 | | Y | Y | Y | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Tribune Board Guarantee Resolution #6 |
| Tribune Television Holdings, Inc. | 08-13242 | | Y | Y | Y | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Tribune Board Guarantee Resolution #6 |
| Tribune Television New Orleans, Inc. | 08-13244 | | Y | Y | Y | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Tribune Board Guarantee Resolution #6 |
| Tribune Television Northwest, Inc. | 08-13245 | | Y | Y | Y | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Tribune Board Guarantee Resolution #6 |
| Virginia Gazette Companies, LLC | 08-13246 | | Y | Y | Y | Crane H. Kenney, Kathleen M. Waltz | Crane H. Kenney, Kathleen M. Waltz, Scott C. Smith | Tribune Board Guarantee Resolution #3 |
| WDCW Broadcasting, Inc. | 08-13251 | | Y | Y | Y | John E. Reardon, John J. Vitanovec | John E. Reardon, John J. Vitanovec | Tribune Board Guarantee Resolution #6, Tribune Board Guarantee Resolution #7 |
| WGN Continental Broadcasting Company | 08-13252 | | Y | Y | Y | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Tribune Board Guarantee Resolution #7 |
| WPIX, Inc. | 08-13254 | | Y | Y | Y | Crane H. Kenney, John E. Reardon | Crane H. Kenney, John E. Reardon | Tribune Board Guarantee Resolution #7 |
| WTXX Inc. | 08-13255 | | Y | Y | Y | Crane H. Kenney, John E. Reardon | Crane H. Kenney, John E. Reardon | Tribune Board Guarantee Resolution #7 |
| Tribune (FN) Cable Ventures, Inc. | Non Debtor | | Y | Y | Y | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Crane H. Kenney, John E. Reardon, John J. Vitanovec | Tribune Board Guarantee Resolution #4 |
| Tribune Interactive, Inc. | Non Debtor | | Y | Y | Y | Timothy J. Landon, Crane H. Kenney | Timothy J. Landon, Crane H. Kenney | Tribune Board Guarantee Resolution #4 |
| Tribune National Marketing Company | Non Debtor | | Y | Y | Y | Timothy J. Landon, Crane H. Kenney, Scott C. Smith | Timothy J. Landon, Crane H. Kenney, Scott C. Smith | Tribune Board Guarantee Resolution #4 |
| Tribune ND, Inc. | Non Debtor | | Y | Y | Y | Crane H. Kenney, Timothy P. Knight, Scott C. Smith | Crane H. Kenney, Timothy P. Knight, Scott C. Smith | Tribune Board Guarantee Resolution #4 |

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0603478