**From:** Thomas Kenny
**Sent:** Thursday, December 27, 2007 10:44 AM
**To:** Richard Tanfield
**Subject:** Tribune
**Attachments:** Timesheet.xls

Dick,

Attached are the time sheets for the Tribune invoice. Let me know if you have any questions.

**Tom Kenny**
**Senior Vice President**
**Murray, Devine & Co., Inc.**
**1650 Arch Street, Suite 2700**
**Philadelphia, PA 19103**

**Phone 215-977-8700 ext. 20**
**Fax 215-977-8181**
**tkenny@murraydevine.com**

****************************************************************************

*The information transmitted is intended only for the person to which it is addressed. This email may contain confidential and/or privileged material, and if received by persons or entities other than the intended recipient, please contact the sender and delete the material. Thank you.*

I

| | A | B | C |
|---|---|---|---|
| 1 | **Tom Kenny** | | |
| 2 | | | |
| 3 | | | |
| 4 | Description | Date | Hours |
| 5 | | | |
| 6 | Review Form DEF14A | 27-Sep-07 | 1.50 |
| 7 | Phone call | 28-Sep-07 | 0.25 |
| 8 | Review materials | 29-Sep-07 | 2.00 |
| 9 | Review materials/travel to Chicago | 30-Sep-07 | 3.00 |
| 10 | Meeting in Chicago | 1-Oct-07 | 10.00 |
| 11 | Prepare for bank call and call | 2-Oct-07 | 2.00 |
| 12 | Review VRC work and comment | 3-Oct-07 | 4.00 |
| 13 | Call with Joachim of JPM | 4-Oct-07 | 0.50 |
| 14 | Call with Raj of JPM and sent memo to Cahill | 4-Oct-07 | 0.50 |
| 15 | Call with JPM, ML, Cahill | 5-Oct-07 | 1.25 |
| 16 | Develop question list and call | 22-Oct-07 | 1.25 |
| 17 | Review new questions list and participate in call | 6-Nov-07 | 1.00 |
| 18 | Review VRC responses and prepare for call | 8-Dec-07 | 1.50 |
| 19 | Review VRC responses and prepare for call | 10-Dec-07 | 2.00 |
| 20 | Call banks, attorneys | 14-Dec-07 | 2.00 |
| 21 | Meeting at JPM | 17-Dec-07 | 4.50 |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | 37.25 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Jamie Spaman** | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | Description | Date | Hours | | |
| 5 | | | | | |
| 6 | Review materials | 28-Sep-07 | 1.50 | | |
| 7 | Review materials/travel to Chicago | 30-Sep-07 | 3.00 | | |
| 8 | Meeting in Chicago | 1-Oct-07 | 10.00 | | |
| 9 | Prepare for bank call and call | 2-Oct-07 | 2.00 | | |
| 10 | Discuss VRC solvency opinion | 3-Oct-07 | 1.50 | | |
| 11 | Call with Joachim of JPM | 4-Oct-07 | 0.50 | | |
| 12 | Call with JPM, ML, Cahill | 5-Oct-07 | 1.25 | | |
| 13 | Prepare/review questions concerning VRC's opinion | 22-Oct-07 | 1.00 | | |
| 14 | Review all questions concerning VRC's opinion | 29-Oct-07 | 0.25 | | |
| 15 | Review new questions list and participate in call | 6-Nov-07 | 0.50 | | |
| 16 | Review VRC responses and prepare for call | 7-Dec-07 | 0.50 | | |
| 17 | Review VRC responses and prepare for call | 10-Dec-07 | 0.75 | | |
| 18 | Review VRC responses | 13-Dec-07 | 1.00 | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | 33.75 | | |

MD 00169A

MD 00169

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Kamil Dmowski** | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | Description | Date | Hours | | |
| 5 | | | | | |
| 6 | Review materials | 28-Sep-07 | 1.00 | | |
| 7 | Review materials/travel to Chicago | 30-Sep-07 | 3.00 | | |
| 8 | Meeting in Chicago | 1-Oct-07 | 10.00 | | |
| 9 | Prepare for bank call and call | 2-Oct-07 | 2.00 | | |
| 10 | Prepare to discuss VRC solvency opinion | 3-Oct-07 | 1.50 | | |
| 11 | Call with JPM | 4-Oct-07 | 0.50 | | |
| 12 | Prepare/review questions concerning VRC's opinion | 22-Oct-07 | 1.00 | | |
| 13 | Prepare for and participate in telecon w/banks | 10-Dec-07 | 2.00 | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | 21.00 | | |

MD 00170A

MD 00170