| | |
|---|---|
| From: | Kurmaniak, Rosanne [CMB-GBKG] |
| Sent: | Wednesday, September 19, 2007 12:41 PM |
| To: | cbigelow@tribune.com; Roth, Jeffrey [CMB-GBKG]; NSachs@tribune.com |
| CC: | Zukerman, Udi [CMB-GBKG]; Scardigli, Michael [CMB-GBKG] |
| Subject: | Re: Model and Outputs |
| Importance: | Low |

Ok. We'll keep them in.
What time is your meeting with vrc today?


-----Original Message-----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: Roth, Jeffrey [CMB-GBKG]; Sachs, Naomi <NSachs@tribune.com>
CC: Kurmaniak, Rosanne [CMB-GBKG]; Zukerman, Udi [CMB-GBKG]; Scardigli, Michael [CMB-GBKG]
Sent: Wed Sep 19 07:37:54 2007
Subject: RE: Model and Outputs
I am having a change of heart on the output pages. I think we should
include them in the model file that we plan to electronically send to
VRC and the banks tomorrow morning. I would still like to exclude the
other worksheets (and the two operating scenarios) that I mention last
night in an email.
In terms of today, I plan to print out hardcopy pages for VRC, so I
don't need the e-version until later today or at the latest tomorrow
morning.
Many thanks, Chandler
-----Original Message-----
From: Roth, Jeffrey [mailto:jeffrey.roth@citi.com]
Sent: Wednesday, September 19, 2007 1:10 AM
To: Bigelow, Chandler; Sachs, Naomi
Cc: Kurmaniak, Rosanne ; Zukerman, Udi ; Scardigli, Michael
Subject: Model and Outputs
Chandler and Naomi,
Attached is the latest version of the model and a pdf of the output
pages with your requested changes.
One issue we are currently working through is that the Adjusted EBITDA
line on the "Key Credit Statistics & Ratios" output page is different
from the Covenant EBITDA on the "Covenant Compliance" tab. We will let
you know as soon as this is resolved.
Please let us know if you would like us to send you the various cases
toggled through.
Thanks,
Jeff

---

Jeffrey Roth
Citi | Investment Banking
Global Communications Group
388 Greenwich St., 37th Floor
New York, NY 10013
Tel:  212.816.6788
Fax:  646.862.8449
Cell: 914.393.8395
jeffrey.roth@citi.com

CONFIDENTIAL

CITI-TRIB-CC 00094742

KK-003.PDF 1

7/10/2010 5:48:27 PM