| From: | Persily, Julie [CMB-GFICC] |
| Sent: | Monday, June 11, 2007 11:19 PM |
| To: | Kurmaniak, Rosanne [CMB-GBKG] |
| Subject: | RE: |
| Importance: | Low |

1. No.  We shouldn't acknowledge building the model in any way.
2. Yes. (or completely scrub/revamp the one we give them.)
-----Original Message-----
From: Kurmaniak, Rosanne [CMB-GBKG]
Sent: Monday, June 11, 2007 7:15 PM
To: Persily, Julie [CMB-GFICC]; Canmann, Michael S [CMB-GBKG]
Subject: RE:
So, should we work with legal to come up with an appropriate disclaimer
that is the first page of the model?
Is it fair to say that what you're saying is that if they want to use a
model that citi built to assist them in running various scenarios from a
corporate development standpoint and see the impact to covenants, we're
OK with that, but for purposes of actually calculating compliance with
covenants, they either need to originate their own work?
-----Original Message-----
From: Persily, Julie [CMB-GFICC]
Sent: Monday, June 11, 2007 7:09 PM
To: Kurmaniak, Rosanne [CMB-GBKG]; Canmann, Michael S [CMB-GBKG]
Subject: RE:
I have no issue with you helping them build a model that they then take
ownership of.
But - we would never want to be in a situation where the company
miscalculates anything because they were using  the Citi model.
-----Original Message-----
From: Kurmaniak, Rosanne [CMB-GBKG]
Sent: Monday, June 11, 2007 6:54 PM
To: Persily, Julie [CMB-GFICC]; Canmann, Michael S [CMB-GBKG]
Subject:
I heard something abt some oppostion re: the M&A and comms group
building an illustrative covenant model for TRB.  Can you let me know
what your views are and whether we should put a call into Chandler in
advance of tomorrow's call.  Likewise, we had thought of traveling to
Chicago this week to run through the model with the junior staff at
trib, but will delay pending this decision.
Let me know.  RK

CONFIDENTIAL

CITI-TRIB-CC 00160830