| | |
|---|---|
| **From:** | Thomas Kenny |
| **Sent:** | Tuesday, October 02, 2007 5:20 PM |
| **To:** | Jamie G. Spaman; Kamil Dmowski |
| **Cc:** | Dennis Murray |
| **Subject:** | Tribune |

Raj from JPM called and would like to have a call with us on Thursday or Friday morning with a smaller group. He specifically wants our input on the VRC opinion and presentation and to educate them on valuation methods and how they apply in solvency opinions. He mentioned discount rate calculations the weightings of methods, etc.

Let's meet tomorrow at 11am to discuss and prepare.


**Tom Kenny**
**Senior Vice President**
**Murray, Devine & Co., Inc.**
**1650 Arch Street, Suite 2700**
**Philadelphia, PA 19103**

**Phone 215-977-8700 ext. 20**
**Fax 215-977-8181**
**tkenny@murraydevine.com**


*************************************************************

*The information transmitted is intended only for the person to which it is addressed. This email may contain confidential and/or privileged material, and if received by persons or entities other than the intended recipient, please contact the sender and delete the material. Thank you.*

1

CONFIDENTIAL                                                                                                    MD 002027A