# Historical Consolidated Expenses and Profitability as a % of Sales



| | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Avg. 01-06 | Avg. 97-06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Expenses** | | | | | | | | | | | | |
| Publishing | 44.7% | 43.6% | 42.7% | 58.5% | 65.7% | 58.4% | 57.4% | 58.1% | 59.6% | 60.1% | 59.9% | 54.9% |
| % Change | nm | -2.4% | -2.2% | 37.1% | 12.4% | -11.3% | -1.9% | 1.3% | 2.6% | 0.9% | | |
| % of 5-Yr Average | 74.6% | 72.8% | 71.2% | 97.7% | 109.7% | 97.6% | 95.8% | 97.0% | 99.5% | 100.4% | | |
| Broadcasting & Entertainment | 29.8% | 30.4% | 30.9% | 19.6% | 18.3% | 17.2% | 17.6% | 17.5% | 18.1% | 18.7% | 17.9% | 21.8% |
| % Change | nm | 2.0% | 1.6% | -36.7% | -6.3% | -6.3% | 2.3% | -0.2% | 3.1% | 3.5% | | |
| % of 5-Yr Average | 165.4% | 169.7% | 172.4% | 109.2% | 102.3% | 95.9% | 98.1% | 98.0% | 101.0% | 104.6% | | |
| Corporate Expenses | 1.4% | 1.3% | 1.4% | 1.3% | 0.8% | 0.9% | 1.0% | 0.9% | 0.9% | 1.1% | 0.9% | 1.1% |
| **Total Operating Expenses** | 75.9% | 75.4% | 74.9% | 79.4% | 84.9% | 76.5% | 75.9% | 76.6% | 78.7% | 80.0% | 78.8% | 77.8% |
| % Change | nm | -0.7% | -0.6% | 6.0% | 6.9% | -9.9% | -0.8% | 0.9% | 2.7% | 1.7% | | |
| % of 5-Yr Average | 96.3% | 95.7% | 95.1% | 100.8% | 107.8% | 97.1% | 96.4% | 97.3% | 98.9% | 101.6% | | |
| **Operating Profit** | | | | | | | | | | | | |
| Publishing | 14.2% | 14.2% | 13.7% | 13.4% | 9.9% | 16.1% | 16.1% | 15.2% | 14.7% | 14.0% | 14.4% | 14.2% |
| % Change | nm | 0.2% | -3.4% | -2.5% | -26.0% | 62.8% | 0.0% | -5.5% | -3.3% | -4.6% | | |
| % of 5-Yr Average | 98.7% | 98.9% | 95.5% | 93.2% | 68.9% | 112.3% | 112.3% | 106.1% | 102.6% | 97.9% | | |
| Broadcasting & Entertainment | 11.3% | 11.8% | 12.7% | 8.6% | 6.1% | 8.3% | 8.9% | 9.1% | 7.6% | 7.1% | 7.8% | 9.1% |
| % Change | nm | 3.9% | 8.3% | -32.7% | -29.5% | 36.7% | 8.2% | 1.8% | -17.0% | -6.3% | | |
| % of 5-Yr Average | 144.5% | 150.2% | 162.6% | 109.5% | 77.2% | 105.5% | 114.1% | 116.2% | 96.5% | 90.5% | | |
| Corporate Expenses | -1.4% | -1.3% | -1.4% | -1.3% | -0.8% | -0.9% | -1.0% | -0.9% | -0.9% | -1.1% | -0.9% | -1.1% |
| **Total Operating Profit** | 24.1% | 24.6% | 25.1% | 20.6% | 15.1% | 23.5% | 24.1% | 23.4% | 21.3% | 20.0% | 21.2% | 22.2% |
| % Change | nm | 2.1% | 1.8% | -17.8% | -26.6% | 55.3% | 2.5% | -2.8% | -8.8% | -6.3% | | |
| % of 5-Yr Average | 113.5% | 115.9% | 118.1% | 97.1% | 71.2% | 110.6% | 113.4% | 110.2% | 100.5% | 94.1% | | |
| **EBITDA** | | | | | | | | | | | | |
| Publishing | 17.1% | 17.2% | 16.8% | 18.5% | 16.1% | 19.4% | 19.3% | 18.4% | 17.9% | 17.2% | 18.1% | 17.8% |
| % Change | nm | 0.4% | -2.1% | 9.9% | -13.0% | 20.6% | -0.4% | -4.8% | -2.8% | -3.9% | | |
| % of 5-Yr Average | 94.8% | 95.2% | 93.3% | 102.5% | 89.2% | 107.5% | 107.0% | 101.9% | 99.1% | 95.5% | | |
| Broadcasting & Entertainment | 14.3% | 15.0% | 16.2% | 10.8% | 8.2% | 9.1% | 9.8% | 10.0% | 8.4% | 8.0% | 8.9% | 11.0% |
| % Change | nm | 4.7% | 8.1% | -33.4% | -24.2% | 11.2% | 7.7% | 1.9% | -15.4% | -5.0% | | |
| % of 5-Yr Average | 160.5% | 168.1% | 181.6% | 121.0% | 91.7% | 102.0% | 109.8% | 111.9% | 94.6% | 89.9% | | |
| Corporate Expenses | -1.3% | -1.2% | -1.3% | -1.2% | -0.8% | -0.8% | -0.9% | -0.9% | -0.9% | -1.1% | -0.9% | -1.0% |
| **Total EBITDA** | 30.2% | 31.0% | 31.8% | 28.1% | 23.5% | 27.7% | 28.2% | 27.5% | 25.4% | 24.1% | 26.1% | 27.7% |
| % Change | nm | 2.6% | 2.6% | -11.6% | -16.2% | 17.7% | 1.8% | -2.5% | -7.5% | -5.2% | | |
| % of 5-Yr Average | 115.7% | 118.8% | 121.8% | 107.7% | 90.2% | 106.2% | 108.1% | 105.5% | 97.5% | 92.5% | | |

44

*Internal Review Document*


VRC
Strong Values.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0271626

# Historical Publishing Expenses and Profitability as a % of Sales



| | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Avg. 01-06 | Avg. 97-06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Expenses** | | | | | | | | | | | | |
| Cash Compensation | 28.4% | 28.4% | 29.1% | 32.5% | 33.4% | 32.5% | 32.6% | 33.1% | 33.4% | 32.8% | 33.0% | 31.6% |
| % Change | nm | -0.2% | 2.6% | 11.9% | 2.6% | -2.7% | 0.3% | 1.7% | 0.7% | -1.6% | | |
| % of 5-Yr Average | 86.2% | 86.0% | 88.2% | 98.7% | 101.3% | 98.5% | 98.8% | 100.5% | 101.2% | 99.6% | | |
| Stock Compensation | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.4% | 0.1% | 0.0% |
| % Change | nm | nm | nm | nm | nm | nm | nm | nm | nm | nm | | |
| % of 5-Yr Average | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 600.0% | | |
| Newsprint and Ink | 14.5% | 14.8% | 12.6% | 13.4% | 14.3% | 10.8% | 10.9% | 11.5% | 12.0% | 12.4% | 12.0% | 12.7% |
| % Change | nm | 2.4% | -15.2% | 6.9% | 6.4% | -24.6% | 1.4% | 5.6% | 3.9% | 3.6% | | |
| % of 5-Yr Average | 120.7% | 123.7% | 104.8% | 112.0% | 119.2% | 89.9% | 91.1% | 96.2% | 100.0% | 103.5% | | |
| Other Operating | 28.0% | 27.1% | 28.5% | 28.3% | 31.0% | 30.7% | 30.2% | 30.2% | 30.6% | 31.2% | 30.7% | 29.6% |
| % Change | nm | -3.4% | 5.1% | -0.8% | 9.8% | -1.0% | -1.7% | 0.1% | 1.1% | 2.0% | | |
| % of 5-Yr Average | 91.5% | 88.4% | 92.9% | 92.2% | 101.2% | 100.2% | 98.5% | 98.6% | 99.7% | 101.7% | | |
| Depreciation | 4.8% | 4.8% | 5.0% | 4.1% | 4.0% | 4.2% | 4.2% | 4.2% | 4.1% | 4.1% | 4.1% | 4.3% |
| % Change | nm | 1.4% | 3.2% | -18.2% | -2.3% | 6.3% | -1.3% | -0.9% | -1.6% | -0.8% | | |
| % of 5-Yr Average | 116.0% | 117.6% | 121.4% | 99.4% | 96.9% | 103.0% | 101.7% | 100.8% | 99.2% | 98.4% | | |
| Amortization | 0.3% | 0.3% | 0.5% | 3.1% | 4.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.9% | 0.9% |
| % Change | nm | 6.7% | 59.4% | 469.6% | 37.7% | -95.9% | 1.2% | 2.5% | -1.9% | 14.3% | | |
| % of 5-Yr Average | 37.0% | 39.5% | 63.0% | 358.6% | 493.6% | 20.3% | 20.6% | 21.1% | 20.7% | 23.7% | | |
| **Total Expenses** | 75.9% | 75.5% | 75.7% | 81.4% | 86.9% | 78.4% | 78.1% | 79.2% | 80.2% | 81.1% | 80.6% | 79.2% |
| % Change | nm | -0.6% | 0.3% | 7.6% | 6.8% | -9.8% | -0.4% | 1.5% | 1.2% | 1.1% | | |
| % of 5-Yr Average | 94.1% | 93.6% | 93.8% | 100.9% | 107.8% | 97.2% | 96.6% | 98.3% | 99.4% | 100.5% | | |
| **Operating Profit** | 24.1% | 24.5% | 24.3% | 18.6% | 13.1% | 21.6% | 21.9% | 20.8% | 19.8% | 18.9% | 19.4% | 20.8% |
| % Change | nm | 1.9% | -0.9% | -23.5% | -29.7% | 65.2% | 1.5% | -5.3% | -4.6% | -4.4% | | |
| % of 5-Yr Average | 124.4% | 126.8% | 125.7% | 96.1% | 67.6% | 111.6% | 113.3% | 107.3% | 102.3% | 97.8% | | |
| **EBITDA** | 29.2% | 29.7% | 29.9% | 25.8% | 21.3% | 26.0% | 26.3% | 25.1% | 24.1% | 23.2% | 24.3% | 26.0% |
| % Change | nm | 1.9% | 0.4% | -13.7% | -17.4% | 22.3% | 1.0% | -4.6% | -4.1% | -3.7% | | |
| % of 5-Yr Average | 119.9% | 122.2% | 122.8% | 105.9% | 87.5% | 107.0% | 108.1% | 103.1% | 99.0% | 95.3% | | |



45
*Internal Review Document*



VRC
Strong Values.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0271627

## Historical Broadcasting Expenses and Profitability as a % of Sales

| | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Avg. 01-06 | Avg. 97-06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Expenses** | | | | | | | | | | | | |
| Amortization of Broadcast Rights | 30.2% | 30.7% | 28.5% | 27.5% | 31.0% | 29.0% | 28.1% | 26.1% | 28.8% | 30.0% | 28.9% | 29.0% |
| % Change | nm | 1.5% | -7.1% | -3.5% | 12.8% | -6.4% | -3.3% | -6.8% | 10.3% | 4.0% | | |
| % of 5-Yr Average | 104.8% | 106.3% | 98.8% | 95.3% | 107.5% | 100.6% | 97.2% | 90.6% | 100.0% | 104.0% | | |
| Total Cash Compensation | 16.7% | 16.6% | 16.3% | 17.1% | 17.9% | 17.2% | 17.9% | 18.5% | 20.3% | 20.1% | 18.6% | 17.9% |
| % Change | nm | -0.6% | -2.1% | 4.8% | 4.8% | -3.8% | 3.8% | 3.6% | 9.6% | -0.6% | | |
| % of 5-Yr Average | 89.8% | 89.3% | 87.4% | 91.5% | 95.9% | 92.3% | 95.8% | 99.2% | 108.7% | 108.1% | | |
| Stock Compensation | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.3% | 0.0% | 0.0% |
| % Change | nm | nm | nm | nm | nm | nm | nm | nm | nm | nm | | |
| % of 5-Yr Average | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 600.0% | | |
| Other | 14.5% | 14.3% | 14.0% | 13.9% | 14.8% | 14.3% | 14.1% | 14.0% | 14.9% | 15.8% | 14.7% | 14.5% |
| % Change | nm | -1.7% | -2.1% | -0.8% | 6.8% | -3.7% | -1.1% | -0.7% | 6.5% | 6.2% | | |
| % of 5-Yr Average | 99.1% | 97.4% | 95.3% | 94.6% | 101.0% | 97.3% | 96.3% | 95.5% | 101.8% | 108.2% | | |
| Depreciation | 2.3% | 2.4% | 2.7% | 2.8% | 3.0% | 2.9% | 2.7% | 2.5% | 2.5% | 2.7% | 2.7% | 2.7% |
| % Change | nm | 3.9% | 10.7% | 3.9% | 8.6% | -2.1% | -8.1% | -7.8% | 1.7% | 7.3% | | |
| % of 5-Yr Average | 84.6% | 88.0% | 97.4% | 101.2% | 109.9% | 107.6% | 99.0% | 91.2% | 92.8% | 99.5% | | |
| Amortization of Intangibles | 4.9% | 5.4% | 5.4% | 5.4% | 6.2% | 0.3% | 0.4% | 0.8% | 0.9% | 0.9% | 1.6% | 3.1% |
| % Change | nm | 8.9% | 1.4% | -1.2% | 15.7% | -95.4% | 40.7% | 108.1% | 13.4% | -0.6% | | |
| % of 5-Yr Average | 307.7% | 335.1% | 339.9% | 335.9% | 388.6% | 17.7% | 24.9% | 51.8% | 58.7% | 58.4% | | |
| **Total Operating Expenses** | 68.7% | 69.3% | 66.9% | 66.6% | 72.9% | 63.7% | 63.1% | 62.0% | 67.5% | 69.9% | 66.5% | 67.1% |
| % Change | nm | 0.9% | -3.6% | -0.4% | 9.5% | -12.6% | -0.9% | -1.8% | 9.0% | 3.6% | | |
| % of 5-Yr Average | 103.3% | 104.2% | 100.5% | 100.1% | 109.6% | 95.8% | 94.9% | 93.1% | 101.5% | 105.1% | | |
| **Operating Profit** | 31.3% | 30.7% | 33.1% | 33.4% | 27.1% | 36.3% | 36.9% | 38.0% | 32.5% | 30.1% | 33.5% | 32.9% |
| % Change | nm | -2.0% | 8.1% | 0.9% | -19.0% | 34.0% | 1.6% | 3.1% | -14.6% | -7.4% | | |
| % of 5-Yr Average | 93.4% | 91.6% | 99.0% | 99.9% | 80.9% | 108.4% | 110.2% | 113.6% | 97.1% | 89.8% | | |
| **EBITDA** | 38.5% | 38.4% | 41.2% | 41.6% | 36.3% | 39.5% | 40.0% | 41.4% | 36.0% | 33.7% | 37.8% | 38.7% |
| % Change | nm | -0.3% | 7.4% | 0.8% | -12.7% | 8.9% | 1.2% | 3.4% | -13.0% | -6.2% | | |
| % of 5-Yr Average | 101.5% | 101.6% | 109.1% | 110.0% | 96.0% | 104.5% | 105.8% | 109.4% | 95.1% | 89.2% | | |





VRC
Strong Values.

46
Internal Review Document

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0271628



# SECTION X
# COMPARABLE COMPANIES DATA

*Internal Review Document*

**TRIBUNE**

**VRC**
Strong Values.

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0271629

# Comparable Companies



**Publishing**

| Company | Sales Growth | | EBITDA Growth | | EBITDA Margin | | |
|---|---|---|---|---|---|---|---|
| | CFY | NFY | CFY | NFY | LTM | CFY | NFY |
| Gannett Company Inc | -5.5% | -0.8% | -8.9% | -0.7% | 28.1% | 27.3% | 27.3% |
| Washington Post | 6.8% | 8.8% | -10.6% | 15.7% | 17.7% | 15.9% | 16.9% |
| McClatchy Co Holding | -7.9% | -5.4% | -7.9% | -12.4% | 26.4% | 25.4% | 23.5% |
| New York Times Co | -2.3% | -1.1% | -3.9% | -2.8% | 16.0% | 15.6% | 15.3% |
| Lee Enterprises | -2.8% | -1.7% | -5.5% | -6.6% | 23.5% | 22.9% | 21.8% |
| Max | 6.8% | 8.8% | -3.9% | 15.7% | 28.1% | 27.3% | 27.3% |
| Min | -7.9% | -5.4% | -10.6% | -12.4% | 16.0% | 15.6% | 15.3% |
| Mean | -2.3% | -0.1% | -7.3% | -1.4% | 22.3% | 21.4% | 20.9% |
| Median | -2.8% | -1.1% | -7.9% | -2.8% | 23.5% | 22.9% | 21.8% |

**Broadcasting**

| Company | Sales Growth | | EBITDA Growth | | EBITDA Margin | | |
|---|---|---|---|---|---|---|---|
| | CFY | NFY | CFY | NFY | LTM | CFY | NFY |
| Hearst Argyle Television | -4.2% | 12.0% | -19.4% | 25.9% | 33.7% | 31.6% | 35.5% |
| Sinclair Broadcast G | -0.3% | 8.1% | -1.8% | 16.1% | 32.3% | 33.3% | 35.8% |
| Lin Tv Corp | -7.7% | 14.2% | -17.4% | 31.7% | 33.9% | 30.3% | 35.0% |
| Gray Television Inc | -7.7% | 18.8% | -26.4% | 42.2% | 33.8% | 30.3% | 36.3% |
| Nexstar Broadcasting Group Inc | 0.2% | 13.7% | -5.6% | 32.7% | 33.2% | 31.5% | 36.7% |
| Max | 0.2% | 18.8% | -1.8% | 42.2% | 33.9% | 33.3% | 36.7% |
| Min | -7.7% | 8.1% | -26.4% | 16.1% | 32.3% | 30.3% | 35.0% |
| Mean | -3.9% | 13.4% | -14.1% | 29.7% | 33.4% | 31.4% | 35.8% |
| Median | -4.2% | 13.7% | -17.4% | 31.7% | 33.7% | 31.5% | 35.8% |

48
*Internal Review Document*



**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0271630

# SECTION XI
# WACC INFORMATION



*Internal Review Document*



**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0271631



# Consolidated: WACC ($ in millions)

| Comparable Public Companies | Raw Beta | Adjusted Beta[1] | Net Debt & Pref. | Market Cap. | Debt/Capital | Tax Rate | Unlevered Beta |
|---|---|---|---|---|---|---|---|
| Ew Scripps Co | 0.51 | 0.70 | $546.9 | $7,254.9 | 7.0% | 31.9% | 0.66 |
| Mcclatchy Co Holding | 0.57 | 0.73 | $2,554.4 | $1,137.9 | 69.2% | 35.0% | 0.30 |
| New York Times Co | 0.81 | 0.89 | $971.2 | $2,408.1 | 28.7% | 39.6% | 0.71 |
| Belo Corp | 1.05 | 1.04 | $1,188.9 | $1,771.2 | 40.2% | 35.7% | 0.73 |
| Media General Inc | 1.01 | 1.01 | $928.1 | $555.9 | 62.5% | 36.2% | 0.49 |
| Averages | 0.79 | 0.87 | | | 41.5% | 35.9% | 0.58 |

**CAPM**

| | |
|---|---|
| Unlevered beta (average of indications) | 0.58 |
| Relevered beta[2] | 0.85 |
| Risk-free rate[3] | 4.5% |
| Equity risk premium[4] | 5.5% |
| Other premium | 1.0% |
| **Cost of equity** | **10.1%** |

**WACC**

| | |
|---|---|
| Debt | 41.5% |
| Equity | 58.5% |
| Tax rate | 35.0% |
| Cost of equity | 10.1% |
| Cost of debt[5] | 7.1% |
| WACC | 7.8% |
| **Concluded WACC** | **8.0%** |



(1) Source: Bloomberg
(2) Relevered beta based on the average industry capital structure.
(3) Source: Federal Reserve. Yield to maturity on 20-year US treasury bond.
(4) Source: 2007 SBBI Valuation 2007 Yearbook.
(5) Cost of debt equals the rounded average spread between the 10-year LIBOR and the cost of debt for BB and BBB rated companies.

50
*Internal Review Document*

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0271632

## Publishing: WACC ($ in millions)

| Comparable Public Companies | Raw Beta | Adjusted Beta[1] | Net Debt & Pref. | Market Cap. | Debt / Capital | Tax Rate | Unlevered Beta |
|---|---|---|---|---|---|---|---|
| Gannett Company Inc | 0.82 | 0.89 | $4,327.8 | $8,579.6 | 33.5% | 32.2% | 0.66 |
| Washington Post | 0.38 | 0.61 | $42.5 | $7,607.2 | 0.6% | 38.9% | 0.61 |
| Mcclatchy Co Holding | 0.57 | 0.73 | $2,554.4 | $1,137.9 | 69.2% | 35.0% | 0.30 |
| New York Times Co | 0.81 | 0.89 | $971.2 | $2,408.1 | 28.7% | 39.6% | 0.71 |
| Lee Enterprises | 0.94 | 0.97 | $1,432.5 | $654.3 | 68.6% | 29.4% | 0.38 |
| Averages | 0.70 | 0.82 | | | 40.1% | 35.0% | 0.53 |

### CAPM

| | |
|---|---|
| Unlevered beta (average of indications) | 0.53 |
| Relevered beta[2] | 0.76 |
| Risk-free rate[3] | 4.5% |
| Equity risk premium[4] | 5.5% |
| Other premium[5] | 1.0% |
| **Cost of equity** | **9.7%** |

### WACC

| | |
|---|---|
| Debt | 40.1% |
| Equity | 59.9% |
| Tax rate | 35.0% |
| Cost of equity | 9.7% |
| Cost of debt[6] | 7.1% |
| WACC | 7.6% |
| **Concluded WACC** | **8.0%** |

- (1) Source: Bloomberg
- (2) Relevered beta based on the average industry capital structure.
- (3) Source: Federal Reserve. Yield to maturity on 20-year US treasury bond.
- (4) Source: 2007 SBBI Valuation 2007 Yearbook.
- (5) 100 basis points was added to the cost of equity in order to adjust the cost of equity more in line with MorningStar.
- (6) Cost of debt equals the rounded average spread between the 10-year LIBOR and the cost of debt for BB and BBB rated companies.





VRC
Strong Values.

51
Internal Review Document

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0271633



## Broadcasting: WACC ($ in millions)

| Comparable Public Companies | Raw Beta | Adjusted Beta[1] | Net Debt & Pref. | Market Cap. | Debt / Capital | Tax Rate | Unlevered Beta |
|---|---|---|---|---|---|---|---|
| Hearst Argyle Television | 0.80 | 0.88 | $945.6 | $1,817.5 | 34.2% | 38.1% | 0.67 |
| Sinclair Broadcast Grp CS | 1.09 | 1.06 | $1,343.9 | $907.2 | 59.7% | 41.6% | 0.57 |
| Lin Tv Corp | 1.35 | 1.23 | $833.7 | $565.1 | 59.6% | 65.5% | 0.81 |
| Gray Television Inc | 1.44 | 1.28 | $923.8 | $382.6 | 70.7% | 36.0% | 0.50 |
| Nexstar Broadcasting Group Inc | 0.83 | 0.90 | $673.1 | $257.6 | 72.3% | 35.0% | 0.33 |
| Averages | 1.10 | 1.07 | | | 59.3% | 45.3% | 0.58 |

### CAPM

| | |
|---|---|
| Unlevered beta (average of indications) | 0.58 |
| Relevered beta[2] | 1.12 |
| Risk-free rate[3] | 4.5% |
| Equity risk premium[4] | 5.5% |
| Other premium | 0.0% |
| **Cost of equity** | **10.6%** |

### WACC

| | |
|---|---|
| Debt | 59.3% |
| Equity | 40.7% |
| Tax rate | 35.0% |
| Cost of equity | 10.6% |
| Cost of debt[5] | 7.1% |
| WACC | 7.1% |
| **Concluded WACC** | **7.0%** |

(1) Source: Bloomberg
(2) Relevered beta based on the average industry capital structure.
(3) Source: Federal Reserve. Yield to maturity on 20-year US treasury bond.
(4) Source: 2007 SBBI Valuation 2007 Yearbook.
(5) Cost of debt equals the rounded average spread between the 10-year LIBOR and the cost of debt for BB and BBB rated companies.


VRC
Strong Values.

52
Internal Review Document

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0271634