# Churlin, Toni

| | |
|---|---|
| **From:** | Greenthal, Jill [Greenthal@blackstone.com] |
| **Sent:** | Thursday, March 29, 2007 10:44 AM |
| **To:** | Smith, Eric A.; Madigan, John W.; Dowdle, Jim; tchomicz@quarles.com; jer@quarles.com; obrien@advisoryresearch.com; Bueker, Kathryn |
| **Cc:** | Wander, Herbert S. |
| **Subject:** | RE: Foundation expenses |
| **Attachments:** | Blackstone Disclaimer.txt |



Blackstone
sclaimer.txt (2 K

      I just heard that the company did get the credit ratings they were hoping for...mid single b ratings...

Board meeting is tomorrow at 11am

-----Original Message-----
From: Greenthal, Jill
Sent: Wednesday, March 28, 2007 3:46 PM
To: 'Smith, Eric A.'; Madigan, John W.; Dowdle, Jim; tchomicz@quarles.com; jer@quarles.com; obrien@advisoryresearch.com; Bueker, Kathryn
Cc: Wander, Herbert S.
Subject: RE: Foundation expenses

One of the company bankers just called...they needed us to clear one of their financing guys to work with Broad and Burkle...since we have no current intention of making a standalone bid for the company, I gave them the go ahead..sounds like they have been told by the special committee to take B&B seriously...no word from the rating agencies yet.

-----Original Message-----
From: Smith, Eric A. [mailto:eric.smith@kattenlaw.com]
Sent: Wednesday, March 28, 2007 12:40 PM
To: Madigan, John W.; Dowdle, Jim; tchomicz@quarles.com; jer@quarles.com; obrien@advisoryresearch.com; Greenthal, Jill; Bueker, Kathryn
Cc: Wander, Herbert S.
Subject: FW: Foundation expenses

FYI, see below regarding the response we got for our request for our expenses.


Eric A. Smith
Katten Muchin Rosenman LLP
525 West Monroe
Suite 1900
Chicago, IL 60661-3693
Direct: 312-902-5388
Fax: 312-577-4795
eric.smith@kattenlaw.com

-----Original Message-----
From: Wander, Herbert S.
Sent: Wednesday, March 28, 2007 11:12 AM
To: Smith, Eric A.; Koeneman, Keith R.; Olson, Emily C.
Subject: FW: Foundation expenses


CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal

1

Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the
taxpayer.


-----Original Message-----
From: Mulaney, Jr., Charles [mailto:CMULANEY@skadden.com]
Sent: Wednesday, March 28, 2007 10:49 AM
To: Wander, Herbert S.
Cc: Kenney, Crane H
Subject: RE: Foundation expenses

Herb,
We are very aware of, and very much appreciate, the efforts of the Foundation over the past weeks. John Madigan spoke to Bill Osborn on the topic of expenses this week. All I can say at this point is that until something is decided as to the ultimate outcome of the strategic review process, I don't think there will be a response to your request. In the meantime, the hope is that enlightened self interest will motivate all parties to keep working toward the best outcome that can be achieved.
Regards,
Chip


Charles W. Mulaney, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL  60606
312-407-0500 (phone)
312-407-8518 (fax)
cmulaney@skadden.com


-----Original Message-----
From: Wander, Herbert S. [mailto:hwander@kattenlaw.com]
Sent: Tuesday, March 27, 2007 9:04 PM
To: Mulaney, Jr., Charles
Subject: Foundation expenses


Chip, I just received a draft of a voting agreement. We have a request into the special committee concerning the reimbursement of the Foundation's expenses. We have been and are continuing to receive requests to work on the self help alternative. Now we are being asked to consider a voting agreement which will take both legal and financial analysis. We have spent considerable time, energy and money in an effort to protect the Foundation's interest. At this point, I don't believe we can continue unless we receive a positive response to our request for expense reimbursement.  We do understand that the esop's expenses are being paid.  You can reach me via e mail or on my cell phone. 847 910 9126.
Herb

------------------------------------------------------------
CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

==============================================================
CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
==============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that

FOUN0004655

any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction.  Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
==============================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).
==============================================================


------------------------------------------------------------------------
------
To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

*******************************************************
This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*******************************************************
========================================================================
======

------------------------------------------------------------
Please open the following attachment for important information regarding this e-mail communication.

FOUN0004656