```
-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 ACR5s7GjwhOGM1XhjgLmZLvOR7xRYCEvDk1/2gSjW76YkqH5d3mSziCsCZ5nz/wB
 /JTggkoyuqWsoOOOBuztaw==

<SEC-DOCUMENT>0000950150-00-000185.txt : 20000320
<SEC-HEADER>0000950150-00-000185.hdr.sgml : 20000320
ACCESSION NUMBER:		0000950150-00-000185
CONFORMED SUBMISSION TYPE:	10-K
PUBLIC DOCUMENT COUNT:		10
CONFORMED PERIOD OF REPORT:	19991231
FILED AS OF DATE:		20000317

FILER:

	COMPANY DATA:
		COMPANY CONFORMED NAME:			TIMES MIRROR CO /NEW/
		CENTRAL INDEX KEY:			0000925260
		STANDARD INDUSTRIAL CLASSIFICATION:	NEWSPAPERS: PUBLISHING OR PUBLISHING & PRINTING [2711]
		IRS NUMBER:				954481525
		STATE OF INCORPORATION:			DE
		FISCAL YEAR END:			1231

	FILING VALUES:
		FORM TYPE:		10-K
		SEC ACT:
		SEC FILE NUMBER:	001-13492
		FILM NUMBER:		572051

	BUSINESS ADDRESS:
		STREET 1:		TIMES MIRROR SQUARE
		STREET 2:		220 WEST FIRST STREET
		CITY:			LOS ANGELES
		STATE:			CA
		ZIP:			90053
		BUSINESS PHONE:		2132373700

	MAIL ADDRESS:
		STREET 1:		TIMES MIRROR SQUARE
		STREET 2:		202 WEST 1ST ST
		CITY:			LOS ANGELES
		STATE:			CA
		ZIP:			90053

	FORMER COMPANY:
		FORMER CONFORMED NAME:	NEW TMC INC
		DATE OF NAME CHANGE:	19940613
</SEC-HEADER>
<DOCUMENT>
<TYPE>10-K
<SEQUENCE>1
<DESCRIPTION>FORM 10-K THE TIMES MIRROR COMPANY
<TEXT>

<PAGE>   1

- --------------------------------------------------------------------------------
- --------------------------------------------------------------------------------

                       SECURITIES AND EXCHANGE COMMISSION
                              WASHINGTON, D.C. 20549

                                    FORM 10-K
            ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE
                       SECURITIES EXCHANGE ACT OF 1934
     FOR FISCAL YEAR ENDED DECEMBER 31, 1999       COMMISSION FILE NUMBER 1-13492
                              ------------------------

                            THE TIMES MIRROR COMPANY
               (EXACT NAME OF REGISTRANT AS SPECIFIED IN ITS CHARTER)

<TABLE>
<S>                                              <C>
                   DELAWARE                                   95-4481525
      (STATE OR OTHER JURISDICTION OF                      (I.R.S. EMPLOYER
        INCORPORATION OR ORGANIZATION)                    IDENTIFICATION NO.)
              TIMES MIRROR SQUARE
            LOS ANGELES, CALIFORNIA                              90053
    (ADDRESS OF PRINCIPAL EXECUTIVE OFFICES)                  (ZIP CODE)
</TABLE>

           REGISTRANT'S TELEPHONE NUMBER, INCLUDING AREA CODE: (213) 237-3700
                              ------------------------

             SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT:

<TABLE>
<S>                                              <C>
TITLE OF EACH CLASS                              NAME OF EACH EXCHANGE ON WHICH REGISTERED
```

```
- ---------------------------------------    ---------------------------------------------------
Series A Common Stock                        New York Stock Exchange and Pacific Stock Exchange
Premium Equity Participating Securities      New York Stock Exchange
</TABLE>
```

                    ------------------------

                SECURITIES REGISTERED PURSUANT TO SECTION 12(g) OF THE ACT:
                                    Series C Common Stock
                                      (TITLE OF CLASS)

                    ------------------------

    Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes [X]  No [ ]

    Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  [ ]

    The aggregate market value of the voting stock of the Registrant held by non-affiliates of the Registrant on March 13, 2000 was approximately $2.9 billion. (For purposes of this calculation, the market value of a share of Series C Common Stock was assumed to be the same as a share of Series A Common Stock, into which it is convertible.)

    Number of shares of Series A Common Stock outstanding at March 13, 2000: 40,471,127, excluding 18,237,864 shares held by subsidiaries of the Registrant; 4,001,067 common shares held by TMCT, LLC, representing 80% of the common shares held by TMCT, LLC; 12,432,973 shares held by TMCT II, LLC, representing 80% of the shares held by TMCT II, LLC; 16,230,026 shares held by Eagle New Media Investments, LLC and 2,589,077 shares held as treasury shares.

    Number of shares of Series C Common Stock outstanding at March 13, 2000: 18,196,797.

                            DOCUMENTS INCORPORATED BY REFERENCE

    The information required by Part III will be incorporated by reference from the Registrant's definitive Proxy Statement for the Company's 2000 Annual Meeting of Shareholders to be filed by the Company within 120 days after the end of the Company's fiscal year or will be filed under a Form 10-K/A.

```
- -------------------------------------------------------------------------------
- -------------------------------------------------------------------------------
```

<PAGE>   2

                                        PART I

ITEM 1. BUSINESS.

GENERAL

    The Times Mirror Company ("Times Mirror" or the "Company") is engaged principally in the newspaper publishing, professional information and magazine publishing businesses. The Company publishes the Los Angeles Times, Newsday, The Baltimore Sun, The Hartford Courant, The Morning Call, The (Stamford) Advocate, Greenwich Time and several smaller newspapers. The Company also provides information to the aviation market and publishes magazines.

    During 1999, Times Mirror engaged in several strategic transactions including the acquisition by an investment affiliate of Newport Media, Inc., a publisher of shopper publications in the New York and New Jersey areas, ValuMail, Inc., a shared mail company that distributes preprinted advertising in Connecticut and Massachusetts, and Airspace Safety Analysis Corporation, a provider of airspace utilization and Federal Aviation Administration compliance services for the telecommunications and aviation industries. In addition, during 1999, the Company acquired New Mass. Media, Inc., a publisher of five weekly alternative newspapers in Connecticut, Massachusetts and New York, and sold Hollywood Online, Inc. and Apartment Search, Inc.

    In September 1999, Times Mirror, its affiliates and its largest stockholders, the Chandler Trusts, completed a transaction that, for financial reporting purposes, reduced Times Mirror's outstanding common stock by 12.4 million shares and reduced Times Mirror's then outstanding Series C Preferred Stock by 501,000 shares. In September 1999, Times Mirror also decided to sell AchieveGlobal, Inc., its professional training company, Allen Communication, a division of AchieveGlobal that develops and markets interactive software and training courseware, The StayWell Company, a health improvement company, and The Sporting News, a national sports weekly. In February 2000, Gilat Communications Ltd. acquired Allen Communication, Vulcan Ventures Inc. agreed to acquire The Sporting News and MediMedia USA, Inc., a subsidiary of Havas MediMedia S.A., agreed to acquire The StayWell Company.

    In the fourth quarter of 1999, Times Mirror formed a new Internet unit, Times Mirror interactive, focused on growing the Company's existing online franchises and developing new businesses that leverage existing capabilities. The Company continued to have an active share purchase program with a total of 3.2 million shares of Series A Common Stock acquired by the Company or its

affiliates during 1999, not including shares effectively retired in the transaction with the Chandler Trusts. This more than offset the 2.0 million shares of Series A Common Stock issued as a result of the exercise of stock options.

On March 13, 2000, Times Mirror and Tribune Company (Tribune) signed a definitive agreement for the merger of the two companies in a cash and stock transaction valued at approximately $8 billion based on the closing price of Tribune common stock on March 10, 2000. Under the terms of this agreement, Tribune will make a cash tender offer for up to 28 million shares of the Company's common stock, which represents approximately 48% of the shares of common stock outstanding as of March 13, 2000, at a price of $95 per share. Following completion of the tender offer, Times Mirror and Tribune will merge in a transaction in which each share of Times Mirror common stock is converted into 2.5 shares of Tribune common stock. In addition, if fewer than 28 million Times Mirror common shares are purchased in the tender offer, Times Mirror shareholders will be permitted to elect cash, at a price of $95 per share, in the merger, up to the balance of the 28 million shares. The merger is subject to the approval of the shareholders of both companies and other customary conditions, including regulatory approvals. Times Mirror expects the tender offer to be completed in mid-April and the merger to be completed in the second or third quarter of 2000.

NEWSPAPER PUBLISHING SEGMENT

Times Mirror publishes the Los Angeles Times, Newsday, The Baltimore Sun, The Hartford Courant, The Morning Call, The (Stamford) Advocate, Greenwich Time and several other daily and weekly newspapers. Local management operates each daily newspaper substantially independently in order to most effectively meet the needs of the area each newspaper serves. Editorial policies are also established by local management. The Company continues to move toward centralizing the back-office operations of its eastern

1

<PAGE>   3

newspapers and certain of its other business units. Each daily newspaper is a member of Associated Press. The Los Angeles Times and Newsday also subscribe to other supplementary news services. Production of Times Mirror's newspapers is performed on presses owned by Times Mirror.

LOS ANGELES TIMES

The Los Angeles Times has been published continuously since 1881 and, in 1999, won a Pulitzer Prize for beat reporting. It is published every morning and, for the six-month period ended September 30, 1999, as reported by the Company to the Audit Bureau of Circulations, ranked as the largest metropolitan newspaper in the United States in circulation. In 1999, its annual average unaudited circulation was 1,106,749 for Monday through Friday, 1,000,140 for Saturday and 1,381,422 for Sunday, compared with 1,097,079, 1,017,398 and 1,385,145, respectively, in 1998. Approximately 71%, 76% and 77% of the Monday through Friday, Saturday and Sunday circulation, respectively, was home-delivered in 1999, compared with 75%, 79% and 78% of the circulation, respectively, in 1998.

In 1999, the Los Angeles Times recorded full-run billed advertising volume of 3,387,845 standard advertising unit inches (hereinafter "inches"), part-run volume of 6,333,733 inches, and preprinted inserts of 1,156.0 million pieces, compared with 3,212,104 inches, 5,362,693 inches and 1,169.3 million pieces, respectively, in 1998. In addition, the Los Angeles Times derived revenue from advertising supplements distributed to non-subscribers equivalent to 1,469.2 million pieces in 1999, compared with 1,138.5 million pieces in 1998.

In addition to the daily edition covering the Los Angeles metropolitan area, the Los Angeles Times publishes daily Orange County, San Fernando Valley and Ventura County editions. The Los Angeles Times also publishes a daily national edition that is distributed primarily in Northern California, New York and Washington, D.C. In an effort to provide targeted local news coverage, the Los Angeles Times inserts daily and semi-weekly community newspapers published by Times Community Newspapers. In 1999, the Los Angeles Times also inserted 12 daily and weekly community news sections under the banner Our Times. In 1999, the Los Angeles Times also established joint distribution agreements with La Opinion, the largest Spanish-language daily newspaper in Southern California, in which the Company owns a 50% equity interest, and other local native-language newspapers. Through E Z Buy & E Z Sell Recycler Corporation, Times Mirror publishes a collection of 19 alternative classified papers in Southern California including titles such as the Recycler, AutoBuys, CycleBuys and the Renter.

In conjunction with the Washington Post, the Los Angeles Times operates a supplementary news service sold to newspapers in the United States and foreign countries. The Los Angeles Times also syndicates material to other newspapers throughout the world.

Net revenues for the Los Angeles Times, including California Community News Corporation and E Z Buy & E Z Sell Recycler Corporation, were $1,205,665,000 in 1999, $1,137,521,000 in 1998 and $1,088,822,000 in 1997, representing 39.8%, 40.9%, and 41.2% of the Company's consolidated revenues from continuing operations for such years.

NEWSDAY

Newsday, which is published seven days a week, circulates primarily in Nassau and Suffolk counties on Long Island, New York and the borough of Queens in New York City. In 1999, Newsday ranked as the sixth largest metropolitan

daily newspaper in the country for Monday through Friday circulation, and as the eleventh largest for Sunday circulation. In 1999, Newsday's annual average unaudited circulation was 568,697 for Monday through Friday, 450,451 for Saturday, and 663,534 for Sunday, compared with 567,227, 459,732 and 658,351, respectively, in 1998. Newsday also publishes Distinction, a bi-monthly magazine designed to serve Long Island's upscale community, which is supported by advertising revenues and paid subscriptions. In addition, Newsday's affiliated alternate distribution company, DSA Community Publishing, operates This Week, a free distribution shopper with 80 editions, Newport Media, a publisher of 135 pennysaver editions, and Hoy, a Spanish-language daily newspaper for the New York metropolitan area. Newsday has won sixteen Pulitzer Prizes.

2

<PAGE>   4

In 1999, Newsday recorded full-run billed advertising volume of 1,739,541 inches, part-run volume of 1,650,799 inches, and preprinted inserts of 863.3 million pieces, compared with 1,644,283 inches, 1,495,782 inches, and 796.5 million pieces, respectively, in 1998. In addition, Newsday, together with DSA Community Publishing, derived revenue from advertising supplements distributed to non-subscribers equivalent to 1,122.3 million pieces in 1999, compared with 1,197.2 million pieces in 1998.

THE BALTIMORE SUN

The Baltimore Sun primarily serves the Baltimore-Annapolis metropolitan area, including Anne Arundel, Baltimore, Carroll, Harford and Howard counties. The Baltimore Sun publishes a morning newspaper seven days a week. In 1999, The Sun had an annual average unaudited circulation of 319,256 for Monday through Saturday, compared with 320,138 for 1998. Annual average unaudited circulation for Sunday was 479,090 in 1999 compared with 475,644 in 1998.

In 1999, The Baltimore Sun newspapers recorded full-run billed advertising volume of 2,001,999 inches, part-run volume of 505,163 inches, and preprinted inserts of 667.0 million pieces, compared with 1,761,972 inches, 456,434 inches and 671.9 million pieces, respectively, in 1998. In addition, The Baltimore Sun newspapers derived revenues from advertising supplements delivered to non-subscribers equivalent to 147.3 million pieces in 1999, compared with 110.9 million pieces in 1998.

The Baltimore Sun also publishes a variety of weekly newspapers throughout Anne Arundel, Baltimore, Carroll, Harford and Howard counties.

THE HARTFORD COURANT

The Hartford Courant, a morning daily and Sunday newspaper that was first published in 1764, is the oldest continuously published newspaper in the United States. It is published in Hartford, Connecticut, and serves the state's northern and central regions. The Hartford Courant publishes 12 regional editions on a daily basis, which provide local news and advertising. In 1999, the annual average unaudited circulation was 210,084 for Monday through Saturday, and 298,510 for Sunday, compared with 212,606 and 302,493, respectively, in 1998.

In 1999, The Hartford Courant recorded full-run billed advertising volume of 1,423,862 inches, part-run volume of 591,946 inches, and preprinted inserts of 456.4 million pieces, compared with 1,435,662 inches, 610,391 inches and 446.2 million pieces, respectively, in 1998. In addition, The Hartford Courant derived revenues from advertising supplements distributed to non-subscribers equivalent to 84.3 million pieces in 1999, compared with 80.5 million pieces in 1998.

In 1999, The Hartford Courant won a Pulitzer Price for breaking news reporting. In addition, in 1999, The Hartford Courant acquired New Mass. Media, Inc., a publisher of five weekly alternative newspapers in Connecticut, Massachusetts and New York, and an investment affiliate of the Company acquired ValuMail, Inc., a shared mail company that distributes advertising supplements to households in Connecticut, Massachusetts and Rhode Island.

THE MORNING CALL

The Morning Call in Allentown, Pennsylvania, is published daily and primarily services Lehigh and Northampton counties in eastern Pennsylvania. In 1999, annual average unaudited circulation was 125,498 for Monday through Friday, 140,114 for Saturday, and 171,030 for Sunday, compared with 127,561, 142,182 and 175,722, respectively, in 1998.

In 1999, The Morning Call recorded full-run billed advertising volume of 1,291,892 inches, part-run volume of 379,782 inches, and preprinted inserts of 281.9 million pieces, compared with 1,410,190 inches, 254,436 inches and 264.2 million pieces, respectively, in 1998. In addition, The Morning Call derived revenues from advertising supplements distributed to non-subscribers equivalent to 21.8 million pieces in 1999, compared with 19.4 million pieces in 1998.

3

<PAGE>   5

THE (STAMFORD) ADVOCATE AND GREENWICH TIME

The (Stamford) Advocate and Greenwich Time are published every morning and serve the southern part of Fairfield County, Connecticut. The Advocate circulates primarily in Stamford, Connecticut and Greenwich Time circulates in Greenwich, Connecticut. In 1999, The Advocate had an annual average unaudited circulation of 28,002 for Monday through Saturday and 37,233 for Sunday, compared with 28,003 and 38,604, respectively, in 1998. In 1999, Greenwich Time

had an annual average unaudited circulation of 12,416 for Monday through Saturday and 13,866 for Sunday, compared with 12,625 and 14,071, respectively, in 1998.

In 1999, The Advocate recorded full-run billed advertising volume of 799,047 inches, and preprinted inserts of 41.8 million pieces, compared with 801,666 inches and 43.5 million pieces, respectively, in 1998. In 1999, Greenwich Time recorded full-run billed advertising volume of 808,609 inches and preprinted inserts of 13.9 million pieces, compared with 801,636 inches and 14.5 million pieces, respectively, in 1998. In addition, the newspapers derived revenues from advertising supplements distributed to non-subscribers equivalent to 22.0 million pieces in 1999, compared with 23.0 million pieces in 1998.

ELECTRONIC PUBLISHING

Times Mirror's newspapers offer numerous Web sites. The Los Angeles Times operates the Web site latimes.com, a leading online news and advertising service. Newsday (newsday.com), The Hartford Courant (ctnow.com), The Baltimore Sun (sunspot.net) and The Morning Call (mcall.com) each maintain Web sites that provide news and other information on a daily basis. The Advocate and Greenwich Time maintain an arts and entertainment Web site, goodtogo.com. During 1999, Times Mirror continued to support CareerPath.com, a national employment online service with an extensive listing of jobs on the Internet, and Classified Ventures, a company that seeks to use the Internet to expand the founding companies' positions as leading suppliers of classified advertising. Classified Ventures operates business units in the apartment (apartments.com), auto (cars.com), new home (newhomenetwork.com) and resale real estate (homehunter.com) categories. In addition to Times Mirror, the companies participating in Classified Ventures include Central Newspapers, Inc., Gannett Co., Inc., Knight-Ridder, Inc., The McClatchy Company, The New York Times Company, Tribune Company and The Washington Post Company. The Los Angeles Times, through Recycler, also provides extensive alternative classified listings on recycler.com.

In the fourth quarter of 1999, Times Mirror formed Times Mirror interactive, a new business unit focused on growing and improving existing online initiatives and building new Internet business.

COMPETITION

The Company's newspapers compete for advertising and readership with other metropolitan, suburban and national newspapers as well as with other local and national sales promotion media such as radio, broadcast television, cable television, magazines, direct mail and the Internet. Competition for advertising is based upon, among other factors, the number of, and the demographics of, subscribers, readers or viewers, as the case may be, price, service and advertiser results. Competition for circulation is based upon, among other factors, the content of the medium, service and price.

In its primary circulation areas of Los Angeles, Orange, Ventura, San Bernardino and Riverside counties, the Los Angeles Times competes for advertising and circulation with 17 local daily newspapers, with the largest having approximately 360,000 total average daily circulation, and three daily regional editions of national newspapers. In addition, there are also several hundred weekly, semiweekly and free distribution newspapers in the distribution area. Newsday competes with three major metropolitan newspapers and several daily regional editions of national newspapers. In addition, there are numerous daily, weekly, semiweekly local newspapers and free distribution newspapers in its distribution area. The Baltimore Sun competes with the Washington Post in Anne Arundel and Howard counties, with The Annapolis Capital in Anne Arundel County and with The Carroll County Times in Carroll County, as well as with daily regional editions of national newspapers. In addition, there are other daily and weekly local newspapers in its distribution area. The Hartford Courant competes with a number of daily newspapers, especially in metropolitan areas on the periphery of its trade area, as well as daily regional editions of national newspapers. In addition, there are other

4

<PAGE>    6

weekly and local daily newspapers in its distribution area. The Morning Call competes with a few smaller daily and weekly newspapers, with its principal competitor being the Express Times in Easton, Pennsylvania. Both The Advocate and Greenwich Time compete with a number of larger daily newspapers which serve the New York City metropolitan area and outlying regions.

In their respective primary markets, the Company's newspapers generally also compete for advertising and readership with hundreds of national magazines, dozens of radio, broadcast and cable television stations, at least several local magazines and numerous Internet content providers. The Company's newspapers generally also compete for advertising with numerous direct mail distributors, free-distribution shopping guides and outdoor billboard displays and Internet advertising vehicles.

RAW MATERIALS

The primary raw material used by the newspapers is newsprint. Times Mirror centrally purchases newsprint for all of its newspapers in order to achieve advantageous terms from its vendors. Newsprint for all Times Mirror newspapers is obtained from United States, Canadian and overseas sources unaffiliated with Times Mirror. Times Mirror believes that it has adequate newsprint available through its various suppliers and that it is not dependent on any one supplier. Times Mirror's newsprint expense for 1999 decreased by 6.3% from 1998.

REVENUES AND SEASONALITY

The Company's newspaper revenues are derived primarily from advertising and circulation. In 1999, the percentage of revenues attributable to advertising, circulation and other items were 80.7%, 17.1% and 2.2%, respectively. Advertising rates and revenues vary among the Company's newspapers depending on, among other things, circulation, type of advertising, local market conditions, time of publication and competition.

Quarterly revenues of the Company's Newspaper Publishing segment vary slightly due to industry seasonality, with first and third quarters' results generally being minimally lower than those of the second and fourth quarters. In 1999, the quarterly revenues expressed as a percentage of total annual revenues for the Company's Newspaper Publishing segment were 22.8% for the first quarter, 25.2% for the second quarter, 24.1% for the third quarter and 27.9% for the fourth quarter.

PROFESSIONAL INFORMATION SEGMENT

Times Mirror publishes aeronautical charts, flight information and related information worldwide. In September 1999, Times Mirror decided to sell AchieveGlobal, Allen Communication and StayWell. In February 2000, Gilat Communications Ltd. acquired Allen Communication and MediMedia USA, Inc., a subsidiary of Havas MediMedia S.A., agreed to acquire StayWell. The results of AchieveGlobal, Allen Communication and StayWell are included in discontinued operations for all periods presented.

JEPPESEN

Through Jeppesen Sanderson, Inc. and its European sister company, Jeppesen & Co. GmbH, Times Mirror publishes aeronautical charts, flight information, pilot training materials and other navigational and operational information worldwide. Jeppesen DataPlan, Inc., a subsidiary of Jeppesen Sanderson, also provides computerized flight plans, weather information and other flight services. Jeppesen Sanderson offers a service called OnSight, a sophisticated operations control workstation combining its flight planning, weather and flight tracking display software. Jeppesen also delivers electronic aircraft maintenance information to air carriers. The Jeppesen companies serve all U.S. domestic airlines and the majority of airlines worldwide.

During 1999, an investment affiliate of the Company acquired Airspace Safety Analysis Corporation, a provider of airspace utilization and Federal Aviation Administration compliance services for the telecommunications and aviation industries.

The Jeppesen companies compete with various airline consortiums and governmental entities, as well as numerous vendors of training, maintenance, weather and flight planning information.

5

<PAGE>   7

MAGAZINE PUBLISHING SEGMENT

Times Mirror publishes a number of special interest and trade magazines through its subsidiary, Times Mirror Magazines, Inc. The approximate six-month average paid circulation figures per issue for the magazines for 1999 were 1,550,000 for Popular Science (a consumer-oriented magazine about science and related issues); 1,750,000 for Field & Stream (a magazine about fishing and outdoor recreation); 1,350,000 for Outdoor Life (a magazine about hunting and outdoor recreation that is published 10 times a year); 200,000 for Outdoor Explorer (a magazine about accessible outdoor activities that is published 3 times a year); 950,000 for Today's Homeowner (a magazine for homeowners about all aspects of maintaining and improving a home that is published 10 times a year); 1,400,000 for GOLF Magazine (a magazine for golf enthusiasts); 240,000 for Senior Golfer (a magazine for mature golf enthusiasts that is published 10 times a year); 425,000 for Ski Magazine (a magazine about skiing targeted at families that is published 8 times a year); 400,000 for Skiing (a magazine about skiing targeted at younger skiers that is published 7 times a year); 112,300 for TransWorld SNOWboarding (a magazine about snowboarding targeted at the 15 to 18 year old market that is published 8 times a year); 112,000 for TransWorld SKATEboarding (a magazine about skateboarding targeted at the 15 to 18 year old market that is published 12 times a year with 2 special editions); 40,000 for Warp (a magazine about skateboarding, snowboarding and music targeted at the 15 to 18 year old market that is published 6 times a year); 35,000 for Snap (a magazine about competitive racing for bike motor-cross that is published 11 times a year); 48,000 for Ride BMX (a magazine about tricks and stunts for bike motor-cross that is published 9 times a year); 25,000 for TransWorld SURF (a youth oriented magazine about surfing aggressively that is published 7 times a year); 65,000 for Snowboard Life (a magazine about snowboarding targeted at the 19 to 25 year old market that is published 6 times a year); 133,000 for Yachting (a magazine about yachting and boating); and 150,000 for Salt Water Sportsman (a magazine about salt-water fishing). Each of these magazines is published monthly unless otherwise noted.

In addition, Times Mirror Magazines publishes The Sporting News, a national sports weekly that Times Mirror has agreed to sell to Vulcan Ventures Inc. The approximate six-month average paid circulation figure per issue for The Sporting News in 1999 was 540,000. Times Mirror Magazines also publishes Skiing Trade News, TransWorld SNOWboarding Business, TransWorld SKATEboarding Business, BMX Business News and Surf Business, controlled-circulation business magazines, and other related publications. These magazines are primarily intended for specialized markets.

In addition to print media, Times Mirror magazines offers the following Web sites that are affiliated with its titles: GOLFOnline; TSNOnline;

fieldandstream/outdoor life online; outdoor explorer online; todayshomeowner online; saltwatersportsman online; yachtingnet; popsci.com; skinet; snowboarding online; skateboarding online; transworldsurf.com and freeze online.

The primary raw material used by Times Mirror Magazines is coated paper. For 1999, the prices for the grades of papers used by the Company's magazines decreased moderately. In 1999, Times Mirror Magazines centrally purchased coated paper for all of its magazines to obtain more favorable terms and reduced inventory levels due to the improved availability of coated paper. The Company believes that it has adequate coated paper available through its various suppliers and that it is not dependent on any one supplier.

Times Mirror Magazines competes nationally with numerous special interest and trade magazines and related Web sites. In addition to competing with similar national media, Times Mirror Magazines must also compete for advertising revenues with other local and national sales promotion media such as radio, newspapers, broadcast television, direct mail and the Internet. Competition for advertising is based upon, among other factors, the number of, and the demographics of, subscribers, readers or viewers, as the case may be, price, service and advertiser results. Competition for circulation is based upon, among other factors, the content of the medium, service and price.

As the Company's magazines are distributed nationally, they generally compete with hundreds of radio stations, cable and broadcast television stations, direct mailers and numerous competitors on the Internet. The Company's magazines also compete with other magazines that contain similar content. Popular Science competes with approximately 18 other magazine titles, Field & Stream with approximately 18 titles, Outdoor Life and Outdoor Explorer with approximately 8 titles, Today's Homeowner with approximately 15 titles,

6

<PAGE>   8

GOLF Magazine and Senior Golfer with approximately 6 titles, Ski Magazine and Skiing with approximately 3 titles, TransWorld SNOWboarding, TransWorld SKATEboarding, TransWorld SURF and Snowboard Life with approximately 19 titles, Snap and Ride BMX with approximately 6 titles, Yachting with approximately 25 titles, Salt Water Sportsman with approximately 12 titles and The Sporting News with approximately 12 titles.

The Company's magazine operating revenues are derived primarily from advertising and subscriptions. In 1999, the percentage of revenues attributable to advertising, subscriptions and other items were 66.7%, 27.0% and 6.3%, respectively. Advertising rates and revenues vary among the Company's magazines depending on, among other things, circulation, type of advertising, time of publication and competition.

INTELLECTUAL PROPERTY

In recognition of the fact that intellectual property (e.g., trademarks, copyrights, licenses and the like) is an important asset, the Company has dedicated internal resources to protect its intellectual property and develop these rights. The Company expects that these resources will support its ongoing efforts to grow its businesses internally, especially in the realm of electronic and online publishing activities.

EMPLOYEES

At December 31, 1999, the Company and its consolidated affiliates had 20,229 employees, 14,726 of whom were full-time employees. Approximately 3,592 employees were represented by collective bargaining agents. The Company believes that employee relations are good. Employees receive supplemental benefits ranging from various forms of group insurance coverage to retirement income programs.

ADDITIONAL INFORMATION

Prior to February 1, 1995, the Company also engaged in the ownership and operation of cable television systems, which business was divested by the merger of the Company's corporate predecessor ("Old Times Mirror") with and into Cox Communications, Inc. ("Cox"), resulting in the acquisition of Old Times Mirror's cable business by Cox (the "Cox Merger"). The Company was incorporated in the State of Delaware in June 1994 for the purpose of owning and operating Times Mirror's publishing and information businesses after the Cox Merger was completed on February 1, 1995. Old Times Mirror was incorporated in 1884 in the State of California and was reincorporated in the State of Delaware in 1986. All references to "Times Mirror" shall include the Company and the Company's subsidiaries, collectively, unless the context suggests otherwise.

See Selected Financial Data -- Five-Year Summary of Business Segment Information and the Consolidated Financial Statements and notes thereto for financial information about industry segments.

CERTAIN FACTORS AFFECTING FORWARD-LOOKING STATEMENTS

Certain plans, objectives, projections and other information regarding future performance and outcomes discussed in this Annual Report on Form 10-K are forward-looking statements that are subject to risks and uncertainties. There can be no assurances that these future results will be achieved. Readers are cautioned that the achievement of such expectations, and other aspects of the Company's performance, could be adversely affected by a number of factors, including: (a) an increase in paper, printing and distribution costs over the levels anticipated; (b) increased consolidation among major retailers or other events depressing the level of display advertising; (c) an economic downturn in the Company's principal newspaper markets or other occurrences leading to

decreased circulation and diminished revenues from both display and classified advertising; (d) an increase in the use of alternate media such as the Internet for classified and other advertising; (e) an increase in expenses related to new initiatives and product improvement efforts in the flight information operating unit; (f) unfavorable foreign currency fluctuations; (g) material changes in tax liability due to unfavorable review by taxing authorities; and (h) a general economic downturn resulting in decreased consumer and corporate spending on discretionary items such as magazines or newspapers. It is not possible to foresee or identify all such factors. The Company makes no commitment to update any forward-looking

7

<PAGE>   9

statement or to disclose any facts, events, or circumstances after the date hereof that may affect the accuracy of any forward-looking statement.

ITEM 2. PROPERTIES.

The general character, location, terms of occupancy and approximate size of Times Mirror's principal plants and other materially important physical properties at December 31, 1999 are listed below.

|  | APPROXIMATE AREA IN SQUARE FEET | |
|---|---|---|
| GENERAL CHARACTER OF PROPERTY | OWNED | LEASED(1)(2) |
| NEWSPAPER PUBLISHING | | |
| Printing plants, business and editorial offices, garages and warehouse space located in: | | |
| Los Angeles, California | 1,714,724 | 2,150,761 |
| Hartford, Connecticut | 161,872 | 382,847 |
| Baltimore, Maryland | 10,000 | 1,223,753 |
| Melville, New York | -- | 1,071,107 |
| Other locations | 458,189 | 109,794 |
| PROFESSIONAL INFORMATION | | |
| Business offices and warehouses in California, Colorado, New York and other locations | 235,208 | 181,980 |
| MAGAZINE PUBLISHING | | |
| Business and editorial offices in Connecticut, New York, Missouri and other locations | -- | 220,393 |
| CORPORATE | | |
| Corporate offices and garages located in California and New York | -- | 500,880 |

- ---------------

(1) Excludes 337,640 square feet of vacant land, 419,419 square feet of space sublet to unrelated third parties and 19,339 square feet of vacant space which is available for subleasing.

(2) The Company's material lease agreements expire at various dates through 2011. In August 1997, the Company completed a transaction with its largest stockholders, the Chandler Trusts, pursuant to which, among other things, the Company contributed eight real properties with an aggregate market value of $225,850,000, constituting 3,030,000 square feet, to a limited liability company formed by the Company and the Chandler Trusts. The Company is leasing such properties from the limited liability company under a lease with an initial term of 12 years.

ITEM 3. LEGAL PROCEEDINGS.

Times Mirror and its subsidiaries are defendants in actions for various matters arising out of their business operations. In addition, from time to time, Times Mirror and its subsidiaries are involved as parties in various governmental and administrative proceedings. Times Mirror does not believe that any such proceedings currently pending will have a material adverse effect on its business or financial condition.

ITEM 4. SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS.

No matters were submitted to a vote of security holders during the fourth quarter of 1999.

8

<PAGE>   10

EXECUTIVE AND KEY OFFICERS OF THE REGISTRANT

The executive and key officers of the Company as of March 8, 2000 are listed below. Executive and key officers are elected to serve until they resign or are removed, or are otherwise disqualified to serve, or until their successors are elected and qualified. Except as indicated below, all such officers were employed by the Company and its predecessor company, Old Times Mirror, for five years or more.

| NAME | AGE | POSITIONS AND OFFICES WITH TIMES MIRROR | OFFICER SINCE(1) |
|---|---|---|---|