Confidential Discussion Materials Prepared for:

## Committee of Independent Directors of the Board of Directors of Tribune

December 12, 2006







CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0034947

## Summary of Process to Date — Whole Company

### Since November 27th Special Committee Update Call

| | Comments |
|---|---|
|   PROVIDENCE EQUITY | ■ Continue to devote significant resources to transaction<br>■ Very active in due diligence process<br>■ Full day follow-up due diligence review in Chicago on 12/8<br>   ■ Review of major newspaper and broadcast markets; CareerBuilder<br>   ■ Indicated January 10 final bid deadline not possible to meet |
|  GANNETT | ■ Gannett regularly scheduled Board meeting on 12/5; Tribune one of key discussion topics<br>■ Interested in follow-up due diligence review; attempting to schedule |
|  BainCapital Centerbridge | ■ Still pursuing transaction; modest continued dataroom activity<br>■ Follow-up due diligence review and dinner with management scheduled for 12/14 |
| TEXAS PACIFIC GROUP  | ■ Still pursuing transaction; modest continued dataroom activity<br>■ Follow-up due diligence review scheduled for 12/18 |
| Eli Broad / Ron Burkle (Yucaipa) | ■ Still pursuing transaction; modest continued dataroom activity<br>■ Asked for follow-up L.A. Times and Interactive segment review; tentatively scheduled for mid next week<br>■ Have asked for permission to partner with Chandler Trusts or McCormick Foundation as equity partners |



**CONFIDENTIAL**   1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ML-TRIB-0034948

## Summary of Process to Date — Discrete Assets

### Since November 27th Special Committee Update Call

| | Comments |
|---|---|
| **Chandler Trusts** | ■ Submitted preliminary proposal yesterday involving spin-off of B&E to all Tribune shareholders (except the Trusts) and acquisition of remaining Tribune by the Trusts and a sponsor(s)<br>■ Indicated willingness of Hellman & Friedman to conduct diligence with the Trusts and discussions with three other potential equity partners<br>• Elevation Partners has signed NDA; Evercore received NDA, but not yet negotiated<br>■ Proposal further described on page 8 |
| **The Carlyle Group** | ■ Not interested in whole company transaction due to bearish view on large market newspapers<br>■ Broadcasting interest; currently ramping up diligence effort<br>■ Scheduling follow-up broadcasting diligence review mid next week |
| **Kelso & Company** | ■ Broadcasting interest only; given access to broadcasting-only financials in dataroom<br>■ Have asked to submit proposal |
| **David Geffen** | ■ *L.A. Times* interest<br>■ Reinvigorating discussions regarding confidentiality agreement |
| **CBS Corporation** | ■ Unable to reach attractive valuation levels; less than 12x pre-tax<br>■ Interested only if part of swap transaction involving smaller CBS markets<br>■ No interest in Los Angeles TV station |
| **Comcast** | ■ Interest limited to small subset of Chicago assets after reviewing financial information |
| **News Corp.** | ■ Expressed renewed, serious interest in all of Publishing<br>■ Requested and received detailed publishing information<br>■ Regulatory issues a significant hurdle |



CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

2

ML-TRIB-0034949

## Alternative Transaction Considerations

- A number of Alternative Transactions involve separation of Publishing and Broadcasting
- Structure/complexity of any "separation of business" alternative presents implications for transaction timing and certainty
- Separation transactions would take longer to sign/close than all-cash "whole company" alternative due to likely requirements, including:
  - Audited financial statements of Broadcasting and Publishing separately (approximately 4-5 months to complete)
  - Distribution and tax sharing agreements
  - Intercompany operating and transition agreements
  - Receipt of tax ruling or tax opinion, if spin/split-off pursued (tax ruling to take approximately 6 months after signing)
- Chandler Proposal involves separation of Publishing and Broadcasting businesses, whereby
  - Broadcasting & Entertainment spun-off to non-Chandler Trust Tribune shareholders
  - Chandler Trusts end up owning majority of Publishing with a financial partner
  - Cross ownership overhang eliminated
- Potential path forward with Chandler Trusts and other separation alternatives:
  - Treat parties same as "whole company" bidders; allow access to dataroom/management presentation, etc.
  - Deliver Merger Agreement together with draft Distribution Agreements and Tax Sharing Agreement



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                ML-TRIB-0034950

## Overview of Alternative Transactions

- *Most other alternatives to a whole company transaction center around separation of Broadcasting and Publishing*
- *Would require substantial documentation/preparation to separate businesses*
- *Most likely case for signing definitive agreements to effect separation transaction: End 1Q 2007 / Beginning 2Q 2007*

| Sale in Two Pieces | Tax-Efficient Restructuring | Recapitalization | Asset Dispositions |
|---|---|---|---|
| ■ Publishing sold to:<br>  ■ News Corporation<br>  ■ Gannett<br>■ Broadcasting sold to:<br>  ■ Carlyle<br>  ■ Kelso | ■ Separate Publishing and Broadcasting<br>■ Pro-rata spin-off of Publishing<br>■ Split-off of Publishing to "Old & Cold" shareholder<br>■ Sources of Equity<br>  ■ "Old & Cold" shareholders<br>    – ~$1.0B - $1.5B<br>  ■ Private equity firm<br>    – $500mm - $1.3B | ■ Whole company or individual businesses<br>■ Combine with asset disposition(s) or restructuring<br>■ Share repurchase<br>■ Special dividend | ■ Publishing<br>  ■ L.A. Times<br>    – Split-off<br>    – Sponsored spin<br>    – Cash sale<br>■ Broadcasting<br>  ■ Major Markets<br>  ■ Superstation<br>■ Cubs<br>■ TVFood |


citigroup

**CONFIDENTIAL**                                                                 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   ML-TRIB-0034951

## Alternative Transactions

| | Advantages | Considerations |
|---|---|---|
| **Sale in Two Pieces** | ■ Allows buyer to transact for each desired entity without overhang of other business<br>■ May enhance competitive dynamics/buyer universe for each business<br>■ Resolves regulatory uncertainty | ■ Timing / closing certainty<br>■ Tax leakage from sale of B&E |
| **Tax-Efficient Restructuring** | ■ No tax leakage improves value to Tribune shareholders vs. "Sale in Two Pieces"<br>■ Potentially higher values for individual businesses<br>■ Utilize leverage to increase cash to shareholders<br>■ Ability to combine different buyers/sources of equity | ■ Timing / closing certainty<br>■ Complex transaction |
| **Recapitalization** | ■ Self-help solution; timing<br>■ Substantial return of capital to shareholders (>50% of equity value "monetized")<br>■ Tribune shareholders capture "private equity"-like economics and any financial upside | ■ Exacerbates impact of potential operating shortfalls<br>■ Would need to be accompanied by select asset dispositions<br>■ No substantial change to shareholder composition |
| **Asset Dispositions** | ■ Time to execute<br>■ Ability to sell least strategic assets | ■ Tax leakage requires vanity multiples not yet evidenced during current process<br>■ Potential impact on remaining business if major market/attractive properties sold<br>■ On their own, dispositions not a significant driver of shareholder value enhancement |

citigroup

**CONFIDENTIAL**   5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0034952

## Alternative Transactions:
## Illustrative "Sale in Two Pieces" Transaction

### Transaction Schematic



### Illustrative Per Share Values



2006 EBITDA Multiple for All of B&E

### B&E Assumptions

- Buyer purchases all of B&E for 9.0x – 9.5x EBITDA
- Fully taxable at Tribune level
- Results in $2.29-$2.60 tax leakage per share

### Publishing Assumptions

- Buyer purchases the stock of Tribune for cash and/or stock which includes:
  - All newspapers
  - Interactive assets
  - Bender claim
  - All liabilities (debt including PHONES)
- Simultaneous sale of B&E in cash / taxable transaction
- Proceeds of sale used to reduce funding for purchase of Tribune stock
- Assumes Publishing purchased at a multiple of 8.0x – 9.0x '06 EBITDA



CONFIDENTIAL

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                ML-TRIB-0034953

## Alternative Transactions
### Spectrum of "Old & Cold" Shareholders

- *Willingness of Any "Old & Cold" Shareholder to Roll All or Part of Investment into Publishing Allows for Tax-Efficient Monetization of Publishing*
- *"Old & Cold" Shareholders Have Held Stock for ~5 years*

| Shareholder | Implied Value of Stake Assuming Per Share Value of: | | |
|---|---|---|---|
| | $28.00 | $32.00 | $34.00 |
| McCormick / Cantigny Foundation | $876 | $1,001 | $1,064 |
| Other "Old & Cold" Shareholders | 1,120 | 1,280 | 1,360 |
| Chandler Trusts | 1,364 | 1,558 | 1,656 |
| Implied Publishing '06 EBITDA Multiple [1] | 6.8x | 7.9x | 8.4x |

Note: Assumes 31mm shares held by McCormick/Cantigny Foundation and 49mm shares held by the Chandler Trusts.
(1) Assumes 9.0x 2006 EBITDA multiple for B&E (excluding Cubs), $450mm for Cubs, $225mm for Comcast SportsNet, $850mm for TVFood, $659mm for CareerBuilder and $136mm for Other Interactive assets.


citigroup

**CONFIDENTIAL**                                                                                                 7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                        ML-TRIB-0034954

## Key Terms of Chandler Trusts Proposal

| | |
|---|---|
| **Transaction Structure** | ■ B&E SpinCo formed containing B&E assets[1]/liabilities; Tribune incurs additional indebtedness assumed by B&E SpinCo<br>■ NewCo formed between Chandler Trusts (the "Trusts") and financial sponsor(s). Trusts contribute their shares of Tribune for ≥ 51% of the outstanding shares of NewCo and a financial sponsor(s) contributes cash for ≤ 49% of the outstanding shares of NewCo<br>■ B&E SpinCo spun-off pro-rata to Tribune shareholders, except the Trusts (the "Spin-Off")<br>■ Concurrent with the consummation of the Spin-Off, NewCo merged with and into Tribune (the "Merger")<br>■ Transactions result in Trusts and financial sponsor(s) owning Publishing; non Trusts Tribune shareholders receiving a combination of cash and B&E equity |
| **Tax Treatment** | ■ Spin-Off transaction tax-free under Section 355 pursuant to an IRS ruling |
| **Key Closing Conditions** | ■ Obligations to closing the Merger and Spin-Off<br>  ■ Tribune shareholder vote (80%)<br>  ■ Receipt of IRS ruling<br>  ■ Effectiveness of B&E SpinCo Registration Statement<br>  ■ Others (no injunctions, receipt of antitrust clearance, receipt of governmental consents)<br>■ Obligations of the Trusts and NewCo<br>  ■ Financing<br>  ■ Inapplicability of Tribune poison pill<br>  ■ Others (resignation of Tribune directors, no MAE with respect to Publishing, receipt of Tribune consents) |
| **Financing** | ■ Signaled Hellman & Friedman interested in conducting due diligence with Trusts; noted discussions with "three other potential equity partners"<br>■ Exploring debt financing with Goldman Sachs |
| **Other** | ■ Customary termination provisions; termination fee requested under certain conditions (amount not specified)<br>■ No solicitation agreement by Tribune subject to fiduciary out<br>■ Customary reps and warranties by Tribune and limited representations by the Trusts and NewCo; all reps and warranties do not survive closing<br>■ Requested access to due diligence and management presentation |

Note: To be read in conjunction with the "Proposed Transaction with Tribune Company" document dated December 11, 2006, which supersedes the above summary in case of any conflicts of definition or interpretation.

(1) As per the proposal, the B&E SpinCo would also retain Tribune's 31.3% interest in TV Food Network, 25.3% of Comcast SportsNet Chicago and the Chicago Cubs. The proposal, however, also contemplates the potential of leaving such equity investments and the Chicago Cubs with the non-B&E entity, subject to certain adjustments. The remaining Publishing and Interactive segment of Tribune is assumed to include Tribune's stakes in CareerBuilder, Classified Ventures, Legacy.com, ShopLocal, Topix, and Tribune's Time Warner shares as well as Tribune's existing notes and the PHONES.



**CONFIDENTIAL** 8

## Analysis of Chandler Trusts Proposal

### Structure

- **Spin-Off of Tribune B&E**
  - Chandler Trusts do not participate in spin off of B&E

| Asset / Debt | EBITDA [1] | Multiple | Value |
|---|---|---|---|
| B&E | $390 | 9.25x [2] | $3,605 |
| Cubs/TVFood/Comcast SportsNet | -- | -- | 1,525 |
| Incremental Net Debt [3] | -- | 6.50x | (3,204) |
| **Equity Value** | | | **$1,926** |

  - Tribune B&E is a publicly traded company, 100% owned by non-Chandler Trust Tribune Shareholders

- **Acquisition of Remaining Tribune by Trusts and a Sponsor**
  - Assumes Chandler Trusts stake worth approximately $1.6B

| Asset / Debt | EBITDA [4] | Multiple | Value |
|---|---|---|---|
| Publishing | $904 | 8.25x | $7,458 |
| Equity Investments | -- | -- | 795 |
| Existing & Incremental Net Debt [3] | -- | 7.00x | (6,255) |
| **Equity Value** | | | **$1,998** |

  - Chandler Trusts exchange ~$1.0B of their Tribune stake for 51% of Publishing
  - Chandler Trusts bring in co-investor(s) who contribute(s) ~$975mm in cash for 49% stake

### Resulting Ownership



### Consideration Received by Tribune Shareholders



Publishing Equity / Share ▪ Broadcasting Equity / Share ▪ Cash / Share

| | Chandler Trusts | Other Tribune Shareholders |
|---|---|---|
| Total | $33.07 | $33.07 |
| Broadcasting | | $9.84 (30%) |
| Publishing | $12.15 (37%) | |
| Cash | | $23.24 (70%) |

*For each 0.5x Publishing multiple, ~$1.75 more in cash/value to TRB shareholders*

Note: Numbers may differ from results in Chandler Trust proposal given the use of updated financial information.
(1) Excludes stock-based compensation and includes $20mm of PublicCo expenses.
(2) Midpoint of Chandler Trusts B&E valuation.
(3) Assumes leverage as per Chandler Trust proposal.
(4) Excludes stock-based compensation.


citigroup

CONFIDENTIAL   9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        ML-TRIB-0034956



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0034957

## Disclaimers

Merrill Lynch prohibits (a) employees from, directly or indirectly, offering a favorable research rating or specific price target, or offering to change such rating or price target, as consideration or inducement for the receipt of business or for compensation, and (b) Research Analysts from being compensated for involvement in investment banking transactions except to the extent that such participation is intended to benefit investor clients.

This presentation is confidential, for your private use only, and may not be shared with others without Merrill Lynch's written permission, except that you (and each of your employees, representatives or other agents) may disclose to any and all persons, without limitation of any kind, the tax treatment and tax structure of the matters within and all materials of any kind (including opinions or other tax analyses) that are provided to you relating to such tax treatment and tax structure. For purposes of the preceding sentence, tax refers to U.S. federal and state tax. This presentation is for discussion purposes only. Merrill Lynch is not an expert on, and does not render opinions regarding, legal, accounting, regulatory or tax matters. You should consult with your advisors concerning these matters before undertaking any of the matters contemplated within.

Any terms set forth herein are intended for discussion purposes only and are subject to the final terms as set forth in separate definitive written agreements. This presentation is not a commitment to lend, syndicate a financing, underwrite or purchase securities, or commit capital nor does it obligate us to enter into such a commitment, nor are we acting as a fiduciary to you. By accepting this presentation, subject to applicable law or regulation, you agree to keep confidential the existence of and proposed terms for any transaction contemplated hereby (a "Transaction").

Prior to entering into any Transaction, you should determine, without reliance upon us or our affiliates, the economic risks and merits (and independently determine that you are able to assume these risks) as well as the legal, tax and accounting characterizations and consequences of any such Transaction. In this regard, by accepting this presentation, you acknowledge that (a) we are not in the business of providing (and you are not relying on us for) legal, tax or accounting advice, (b) there may be legal, tax or accounting risks associated with any Transaction, (c) you should receive (and rely on) separate and qualified legal, tax and accounting advice and (d) you should apprise senior management in your organization as to such legal, tax and accounting advice (and any risks associated with any Transaction) and our disclaimer as to these matters. By acceptance of these materials, you and we hereby agree that from the commencement of discussions with respect to any Transaction, and notwithstanding any other provision in this presentation, we hereby confirm that no participant in any Transaction shall be limited from disclosing the U.S. tax treatment or U.S. tax structure of such Transaction.

IRS Circular 230 Disclosure: Citigroup Inc. and its affiliates do not provide tax or legal advice. Any discussion of tax matters in these materials (i) is not intended or written to be used, and cannot be used or relied upon, by you for the purpose of avoiding any tax penalties and (ii) may have been written in connection with the "promotion or marketing" of the Transaction. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

We are required to obtain, verify and record certain information that identifies each entity that enters into a formal business relationship with us. We will ask for your complete name, street address, and taxpayer ID number. We may also request corporate formation documents, or other forms of identification, to verify information provided.

Any prices or levels contained herein are preliminary and indicative only and do not represent bids or offers. These indications are provided solely for your information and consideration, are subject to change at any time without notice and are not intended as a solicitation with respect to the purchase or sale of any instrument. The information contained in this presentation may include results of analyses from a quantitative model which represent potential future events that may or may not be realized, and is not a complete analysis of every material fact representing any product. Any estimates included herein constitute our judgment as of the date hereof and are subject to change without any notice. We and/or our affiliates may make a market in these instruments for our customers and for our own account. Accordingly, we may have a position in any such instrument at any time.

Although this material may contain publicly available information about Citigroup corporate bond research or economic and market analysis, Citigroup policy (i) prohibits employees from offering, directly or indirectly, a favorable or negative research opinion or offering to change an opinion as consideration or inducement for the receipt of business or for compensation; and (ii) prohibits analysts from being compensated for specific recommendations or views contained in research reports. So as to reduce the potential for conflicts of interest, as well as to reduce any appearance of conflicts of interest, Citigroup has enacted policies and procedures designed to limit communications between its investment banking and research personnel to specifically prescribed circumstances.



**CONFIDENTIAL**

11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0034958