**From:** Bigelow, Chandler
**Sent:** Monday, January 22, 2007 6:54 PM (GMT)
**To:** Grenesko, Don <DGrenesko@tribune.com>
**Subject:** FW: Next steps

---

I spoke to Peter this morning.

He reiterated that he stands ready to help us if we need it. He has purposely stayed off the internal JPM teams that have assisted bidders, such as the Burkle/Broad group, in order to preserve his ability to work for us should an opportunity arise.

He thinks the Burkle/Broad bid has too much leverage and that a self help route would be more prudent, including his TVFN spin idea below.

He said that their internal view is the Chandler bid is totally "soft" and that Centerbridge and Evercore have not even fully committed.

He also mentioned that he met with Kevin Martin recently and that Kevin said the FCC plans to be aggressive with respect to enforcing ownership attribution rules for private equity firms. Peter speculates that this stance may have had an impact on our process.

He might follow up with a call directly to you.

CB


-----Original Message-----
From: peter.cohen@jpmorgan.com [mailto:peter.cohen@jpmorgan.com]
Sent: Sunday, January 21, 2007 4:44 PM
To: Grenesko, Don; Bigelow, Chandler
Subject: Next steps

Don and Chandler,

I know you are both extremely busy and I am not sure of the result of the
Board meeting(s) this weekend but wanted to say that I hope, if the company
plans a further recap, that we will be a part of that plan given the
support we have given the company in the past. .

I am sure you know that the capacity exists and that we can be meaningfully
helpful.

For what it is worth, I think you could create additional incremental value
by announcing that you are spinning off (100%) your stake in the Food
Network to your shareholders. Malone did this effectively with his stake in
Discovery. Additionally, it would probably bring Scripps to the table to
buy it from you for a fair value in order to prevent the newtork from
trading publicly.

Always happy to present you our thoughts as a "market check" to what you
may be hearing from your advisors.

Professionals' Eyes Only

TRB0009878

I am sure you are going through all your alternatives but we, of course, stand ready to help in any way. Thanks.

Best,

Peter

--------------------------

Peter Cohen
Managing Director
JP Morgan
277 Park Avenue NY NY 10172
212/622-9855 (w)
917/620-8542 (cell)

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates.

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

Professionals' Eyes Only

TRB0009879