| | |
|---|---|
| **From:** | Grenesko, Don |
| **Sent:** | Thursday, March 15, 2007 7:26 PM |
| **To:** | 'christina.mohr@citigroup.com'; 'michael_costa@ml.com' |
| **Cc:** | Kenney, Crane H |
| **Subject:** | Zell |

Christina and Michael
Would you be availabe for a call tomorrow at 7:30a Central to talk about the Zell deal. Late this afternoon Osborn asked Dennis to reopen discussions so the committee has two alternatives to consider. I just had a brief conversation with Pate and told him the issues. He will talk to Sam tonight. I have another call scheduled with Pate at 8:00a It's a strange world!
Don

1

**Professionals' Eyes Only**
**Highly Confidential - Attorneys' Eyes Only**

TRIB 008751
HIGHLY CONFIDENTIAL
**TRIB-G0014811**