## Simmons, Lynn

**From:** Hagel, Charles W
**Sent:** Wednesday, October 17, 2007 11:36 AM
**To:** Simmons, Lynn
**Subject:** FW: Tribune - Step 2 Update

---

**From:** Hagel, Charles W
**Sent:** Tuesday, October 16, 2007 10:13 AM
**To:** Anderson, Curtis L; Caston, Bob L; Colegate, Jim
**Cc:** Petrik, Daniel; Patel, Raju; Compernolle, John; Fischer, Raymond W
**Subject:** Tribune - Step 2 Update

Curtis / Bob / Jim:

Here is the latest feedback from EGI / Tribune regarding Step 2:

- Total debt raise for Step 2 will most likely decrease by $500MM (from $4.2BN to $3.7BN) due to the following:
    - $340MM tax settlement proceeds received in October
    - $300MM A/R securitization being arranged by JPM Chase

- Step 2 Incremental TLB will most likely be reduced from $2.1BN to $1.6BN

- After consulting with the Co-Underwriters, JPM Chase will be requesting the following concessions from EGI/TRB for Step 2
    - Increase TLB pricing from L + 250 to L + 450
    - Increase rate on bonds by 300 bps
    - Ask Zell to purchase $300-500MM of TLB and/or bonds at par
    - In exchange for these items, Co-Underwriters will eliminate structural flex of moving up to $1.4BN of Incremental TLB to bonds, resulting in lower overall interest carry to EGI/TRB
    - Co-Underwriters recognize EGI/TRB is under no obligation to accept these recommended changes and may receive some, but not all, of these concessions

- EGI/TRB indicated the preliminary feedback from Valuation Research has been positive for obtaining a clean solvency opinion

- Valuation Research indicated their preliminary report may be ready on 10/17, but their final report not until 10/31

- EGI estimates the probability of a clean solvency opinion for Step 2 at 80% vs. their previous estimate of less than 50%

- Tribune share price is currently trading near $29 - $30/share vs. Step 2 buyout price of $34/share

- TLB and TLX secondary trading pricies are also increasing as follows:
    - TLB:    93.125 – 93.75
    - TLX:    98.75 – 99.5

The team will continue to keep you updated and please let me know if you have any questions.

10/17/2007

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                   BOA-TRB-0012876