CONFIDENTIAL

Confidential Discussion Materials Prepared for:

## Committee of Independent Directors of the Board of Directors of Tribune

February 12, 2007







CONFIDENTIAL

GBTRIB 0013742

CONFIDENTIAL

# Recapitalization With Subsequent Spin-Off of Broadcasting

| Strategic | Financial / Value | Shareholders / Governance | Operational |
|---|---|---|---|
| ■ Separates Publishing and Broadcasting to pursue strategic alternatives<br>■ Monetize non-core assets<br>   ■ Cubs<br>   ■ Comcast SportsNet<br>   ■ SCNI<br>   ■ TMS<br>   ■ Recycler<br>■ Seek strategic partners for Publishing<br>   ■ Gannett / Microsoft<br>   ■ Axel Springer<br>■ Removes cross-ownership overhang | ■ $20.00 / share cash immediately returned<br><br>■ Monetizes ~70% of unaffected equity value<br><br>■ Capitalizes on:<br><br>   ■ Highly favorable debt markets<br><br>   ■ Tribune's existing capital structure<br><br>■ Tax-efficient separation | ■ Generate capital to monetize shareholders wishing to exit<br><br><br>■ Potentially stabilizes shareholder base | ■ Reallocate management resources<br><br>■ More focused management of operations<br><br>■ Consolidate Corporate and Publishing staff |

citigroup
corporate and
investment banking

CONFIDENTIAL

GBTRIB 0001743

1

CONFIDENTIAL

## Transaction Structure and Timetable



### Return of Capital

**①** Return of Capital

### Potential Chandler / McCormick Transaction

**②** Shares / Proceeds from Return of Capital

### Spin-Off of Broadcasting

**③**

**Tribune Broadcasting**
- TV Stations
- Superstation
- TEC

**Tribune Publishing "RemainCo"**
- Newspapers
- TVFood Stake
- Comcast SportsNet Stake
- Chicago Cubs
- Radio
- CareerBuilder Stake
- Other Internet assets

*Transfer of:*
- *Chicago Cubs*
- *CLTV*
- *Radio*
- *Comcast SportsNet Stake*

## Transaction Details

**Expected Timing**

- Tribune Parent raises new debt and returns proceeds to all existing Tribune shareholders

  **End 1Q 2007**

- Prior to spin-off of Tribune Broadcasting, McCormick Foundation then utilizes portion of proceeds received from return of capital to purchase Chandler Trust shares

  **End 1Q 2007**

  - Resulting Chandler Ownership: 4% - 12% of each of Publishing and Broadcasting

  - Resulting McCormick Foundation Ownership: 20% - 28% of each of Publishing and Broadcasting

- Tribune Broadcasting (excluding Chicago Cubs, Radio, TVFood and Comcast SportsNet) spun-off to all existing Tribune shareholders

  **End 3Q 2007**

  - Tribune shareholders (including the McCormick Foundation and Chandler Trusts) hold residual equity in both Publishing and Broadcasting as two separately traded entities

citigroup
corporate and
investment banking

CONFIDENTIAL

2

CONFIDENTIAL

# Pro Forma Ownership: Chandler / McCormick Foundation

## McCormick Foundation Utilizes $250mm of its Return of Capital Proceeds to Repurchase Chandler Shares

### Pro Forma Chandler Ownership

| | | Total Return of Capital Amount | |
|---|---|---|---|
| | | $18.00 | $20.00 |
| Stock Price | $28.00 | 10% | 7% |
| | $30.00 | 11% | 10% |
| | $32.00 | 12% | 11% |

### Residual Chandler Equity Value

| | | Total Return of Capital Amount | |
|---|---|---|---|
| | | $18.00 | $20.00 |
| Stock Price | $28.00 | $231 | $135 |
| | $30.00 | 328 | 231 |
| | $32.00 | 424 | 328 |

### Pro Forma McCormick Ownership

| | | Total Return of Capital Amount | |
|---|---|---|---|
| | | $18.00 | $20.00 |
| Stock Price | $28.00 | 23% | 26% |
| | $30.00 | 21% | 23% |
| | $32.00 | 20% | 21% |

## McCormick Foundation Utilizes $300mm of its Return of Capital Proceeds to Repurchase Chandler Shares

### Pro Forma Chandler Ownership

| | | Total Return of Capital Amount | |
|---|---|---|---|
| | | $18.00 | $20.00 |
| Stock Price | $28.00 | 7% | 4% |
| | $30.00 | 10% | 7% |
| | $32.00 | 11% | 10% |

### Residual Chandler Equity Value

| | | Total Return of Capital Amount | |
|---|---|---|---|
| | | $18.00 | $20.00 |
| Stock Price | $28.00 | $181 | $85 |
| | $30.00 | 278 | 181 |
| | $32.00 | 374 | 278 |

### Pro Forma McCormick Ownership

| | | Total Return of Capital Amount | |
|---|---|---|---|
| | | $18.00 | $20.00 |
| Stock Price | $28.00 | 25% | 28% |
| | $30.00 | 23% | 25% |
| | $32.00 | 22% | 23% |



citigroup
community and
investment banking

CONFIDENTIAL

# Sources & Uses
## $20 Dividend

### Sources & Uses – Publishing

| Sources | Total | % | Cumul. Leverage [1] | Uses | Total | % |
|---|---|---|---|---|---|---|
| New Revolving Credit Facility ($750mm) | $0 | 0.0% | 0.0x | Cash Distribution to Shareholders | $4,980 | 47.5% |
| New Term Loan A | 700 | 6.7 | 0.5 | Refinance Existing Debt | 3,169 | 30.2 |
| Interim Term Loan | 570 | 5.4 | 0.9 | Roll Existing Notes | 1,264 | 12.1 |
| New Term Loan B | 5,410 | 51.6 | 4.7 | PHONES | 900 | 8.6 |
| New Senior Notes | 1,500 | 14.3 | 5.7 | Financing Fees | 147 | 1.4 |
| Rolled Existing Notes | 1,264 | 12.1 | 6.6 | Other Transaction Fees | 27 | 0.3 |
| PHONES | 900 | 8.6 | 7.2 | | | |
| Options Proceeds | 143 | 1.4 | | | | |
| **Total Sources** | **$10,487** | **100.0%** | **7.2x** | **Total Uses** | **$10,487** | **100.0%** |
| Less: Cash Proceeds from Cubs / Comcast | (606) | | | **Cash Distribution per Share** | | **Total** |
| Less: Reduction from B&E Leverage | (2,398) | | | Total Distribution | | $4,980 |
| Less: Q2 / Q3 Cash Flows / Excess Cash | (304) | | | Fully Diluted Shares Outstanding | | 249 |
| **Total Pro Forma Debt at Q3 '07** | **$7,036** | | **7.1x [2]** | **Distribution per Share** | | **$20.00** |

### Sources & Uses – B&E

| Sources | Total | % | Cumul. Leverage [3] | Uses | Total | % |
|---|---|---|---|---|---|---|
| New Revolving Credit Facility ($250mm) | $0 | 0.0% | 0.0x | Dividend / Debt-for-Debt Exch. with Publ. | $2,398 | 97.9% |
| New Term Loan A | 250 | 10.2 | 0.6 | Financing Fees | 49 | 2.0 |
| New Term Loan B | 1,600 | 65.3 | 4.7 | Other Transaction Fees | 3 | 0.1 |
| New Senior Notes | 600 | 24.5 | 6.3 | | | |
| **Total Sources** | **$2,450** | **100.0%** | **6.3x** | **Total Uses** | **$2,450** | **100.0%** |

*(1) Based on $1,429mm 2006 Adj. EBITDA.*
*(2) Based on $995mm 2006 Adj. EBITDA.*
*(3) Based on $390mm 2006 Adj. EBITDA.*

citigroup
corporate and
investment banking

CONFIDENTIAL

GBTRIB 0013746

CONFIDENTIAL

# Capitalization
## $20 Dividend

### Pro Forma Capitalization - Publishing

| | Actual 12/31/2006 | Projected 3/31/2007 | Recapitalization Adjustments | Pro Forma 3/31/2007 | Q2 & Q3 Adjustments | Projected 9/30/2007 | Spin-Off Adjustments | Pro Forma 9/30/2007 | Sale of Cubs / Comcast | Pro Forma 9/30/2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash and Cash Equivalents** | $175 | $315 [1] | | $315 | ($140) | $175 | -- | $175 | -- | $175 |
| Commercial Paper | $97 | $97 | ($97) | -- | -- | -- | -- | -- | -- | -- |
| Revolving Credit Facility | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Term Loan A | 1,500 | $1,500 | ($1,500) | -- | -- | -- | -- | -- | -- | -- |
| Bridge Loan | 1,310 | 1,310 | (1,310) | -- | -- | -- | -- | -- | -- | -- |
| New Term Loan A | -- | -- | 700 | $700 | ($32) [2] | $668 | ($276) | $392 | ($36) | $356 |
| Interim Term Loan | -- | -- | 570 | 570 | -- | 570 | -- | 570 | (570) | -- |
| New Term Loan B | -- | -- | 5,410 | 5,410 | (273) [2] | 5,137 | (2,122) | 3,016 | -- | 3,016 |
| Capitalized Real Estate Obligation | 56 | 56 | -- | 56 | -- | 56 | -- | 56 | -- | 56 |
| Swaps and Other Obligations | 43 | 43 | -- | 43 | -- | 43 | -- | 43 | -- | 43 |
| **Total Bank & Other Secured Debt** | **$3,006** | **$3,006** | | **$6,779** | | **$6,474** | | **$4,077** | | **$3,471** |
| New Senior Notes | -- | -- | $1,500 | $1,500 | | $1,500 | | $1,500 | | $1,500 |
| Medium Term Notes | $262 | $262 | (262) | -- | -- | -- | -- | -- | -- | -- |
| **Total Senior Debt** | **$3,268** | **$3,268** | | **$8,279** | | **$7,974** | | **$5,577** | | **$4,971** |
| Existing Notes | 1,165 | 1,165 | -- | 1,165 | $0 | 1,166 | -- | 1,166 | -- | 1,166 |
| **Total Debt (excl. PHONES)** | **$4,434** | **$4,434** | | **$9,444** | | **$9,140** | | **$6,742** | | **$6,136** |
| PHONES (at Market) | 900 | 900 | -- | 900 | -- | 900 | -- | 900 | -- | 900 |
| **Total Debt** | **$5,334** | **$5,334** | | **$10,344** | | **$10,040** | | **$7,642** | | **$7,036** |
| **Net Debt** | **$5,159** | **$5,019** | | **$10,029** | | **$9,865** | | **$7,467** | | **$6,861** |
| **Credit Statistics** | | | | | | | | | | |
| 2006 PF Adj EBITDA | $1,436 | $1,429 | | $1,429 | | $1,429 | | $1,031 | | $995 |
| Total Secured Debt / 2006 PF Adj EBITDA | 2.1x | 2.1x | | 4.7x | | 4.5x | | 4.0x | | 3.5x |
| Total New Debt / 2006 PF Adj EBITDA | 0.0 | 0.0 | | 5.7 | | 5.5 | | 5.3 | | 4.9 |
| Total Senior Debt / 2006 PF Adj EBITDA | 2.3 | 2.3 | | 5.8 | | 5.6 | | 5.4 | | 5.0 |
| Total Debt (excl. PHONES) / 2006 PF Adj EBITDA | 3.1 | 3.1 | | 6.6 | | 6.4 | | 6.5 | | 6.2 |
| Total Debt (incl. PHONES) / 2006 PF Adj EBITDA | 3.7 | 3.7 | | 7.2 | | 7.0 | | 7.4 | | 7.1 |
| Net Debt / 2006 PF Adj EBITDA | 3.6 | 3.5 | | 7.0 | | 6.9 | | 7.2 | | 6.9 |

### Pro Forma Capitalization - Broadcasting & Entertainment

| | Spin-Off Adjustments | Pro Forma 9/30/2007 | Sale of Cubs / Comcast | Pro Forma 9/30/2007 |
|---|---|---|---|---|
| New Revolving Credit Facility ($250mm) | | | | |
| New Term Loan A | $250 | $250 | -- | $250 |
| New Term Loan B | 1,600 | 1,600 | -- | 1,600 |
| **Bank Debt** | | **$1,850** | | **$1,850** |
| New Senior Notes | $600 | $600 | -- | $600 |
| **Total Debt** | | **$2,450** | | **$2,450** |
| **Credit Statistics** | | | | |
| 2006 PF Adj EBITDA | | $390 | | $390 |
| Total Secured Debt / 2006 PF Adj EBITDA | | 4.7x | | 4.7x |
| Total Senior Debt / 2006 PF Adj EBITDA | | 4.7 | | 4.7 |
| Total Debt / 2006 PF Adj EBITDA | | 6.3 | | 6.3 |

(1) *Includes net proceeds from the sale of SCNI of $61mm.*
(2) *Amount of term loan paid down with estimated excess cash (assumes minimum cash balance of $175mm).*

citigroup
corporate and
investment banking

CONFIDENTIAL

5

CONFIDENTIAL

# Projection Comparison – Management vs. Research

- Current Tribune Management Publishing projections generally in line with Wall Street research

  - Above consensus for Revenues and EBITDA in 2008

  - Positive management growth trajectory versus Wall Street projected modest Revenue & EBITDA decline (~2%)

## Publishing Revenue – Management vs. Research Estimates



## Publishing EBITDA – Management vs. Research Estimates



Note: EBITDA for both Management and Research includes stock-based compensation and excludes cash from equity investments.



CONFIDENTIAL

GBTRIB 0001374B

6

CONFIDENTIAL

GBTRIB 0001749

# Spin-Off of Broadcasting / Recapitalization of Publishing
## $20 Dividend

### Value to Tribune Shareholders (Q3 2007 Close) [1]





| B&E '06 Muliple | 8.50x | 9.25x | 10.00x |
| % Cash | 72% | 69% | 66% |

| B&E '06 Muliple | 8.50x | 9.25x | 10.00x |
| % Cash | 60% | 58% | 56% |

Legend: ▨ Publishing Equity Value   ■ B&E Equity Value   ▨ Cash Dividend

### Initial Publishing Stock Price



| | EBITDA Multiple | 2007 P/E Multiple | 2007 FCF Multiple |
|---|---|---|---|
| Publishing | 7.25x | 11.5x | 6.3x |
| Gannett | 8.30 | 13.7 | 11.4 |
| McClatchy | 8.10 | 15.6 | 9.7 |

### Initial Publishing Stock Price



| | EBITDA Multiple | 2007 P/E Multiple | 2007 FCF Multiple |
|---|---|---|---|
| Publishing | 8.75x | 15.9x | 8.8x |
| Gannett | 8.30 | 13.7 | 11.4 |
| McClatchy | 8.10 | 15.6 | 9.7 |

*(1) Assumes Revised Management Plan.*

citigroup
Corporate and
Investment Banking

CONFIDENTIAL

# Publishing - Debt / Leverage Sensitivity to Operating Cases
## $20 Dividend



**Revised Management Plan**

**2% Publishing Ad Revenue Decline**

| | 2007E | 2008E | 2009E | 2010E | 2011E | | 2007E | 2008E | 2009E | 2010E | 2011E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cumulative Debt Paydown** (1) | $293 | $350 | $617 | $923 | $1,269 | | $338 | $402 | $622 | $840 | $1,045 |
| **FCF Cushion** (2) | -- | 40% | 46% | 52% | 58% | | -- | 47% | 45% | 47% | 48% |
| **Adj. EBITDA / Interest Exp** (3) | 2.0x | 2.1x | 2.2x | 2.3x | 2.5x | | 2.0x | 1.9x | 1.9x | 1.8x | 1.8x |

※ Net Debt    ∞∞∞∞ Net Debt / Adj. EBITDA

*Note: EBITDA and cash flows include corporate overhead, net of $5mm of expense reduction from B&E separation. Adj. EBITDA calculated as EBITDA plus stock-based compensation and cash flows from equity investments.*
*(1) Excludes $1,836mm of proceeds from leverage at B&E, and $667mm of net proceeds from sale of SCNI, Cubs / Comcast and Recycler in 2007.*
*(2) Calculated as FCF before debt repayment (excluding the TMCT investment in 2008) divided by 62.5% (to derive a pre-tax number) divided by Publishing (excl. Investments) EBITDA.*



citigroup® corporate and investment banking

CONFIDENTIAL

GBTRIB 0001375O

8

CONFIDENTIAL

## Publishing Projected Stock Prices Sensitivities
$20 Dividend

- At constant EBITDA multiples, variance in Publishing performance can potentially impact Tribune stock price by ~$10

- Over/under performance relative to Street expectations will potentially result in multiple expansion / contraction

- 10% annual growth in Interactive values creates ~$2.50 in value by 2011

### Projected Stock Price – 0% Off-Balance Sheet Asset Annual Appreciation



### Projected Stock Price – 10% Off-Balance Sheet Asset Annual Appreciation



Revised Mgmt Plan at 8.0x '06 EBITDA Multiple        Revised Mgmt Plan at 8.75x '06 EBITDA Multiple
2% Pub. Ad Rev. Decline at 8.0x '06 EBITDA Multiple        2% Pub. Ad Rev. Decline at 7.25x '06 EBITDA Multiple

*Note: Stock price projections assume PF basic share count of 249mm.*



GBTRIB 0001375

CONFIDENTIAL

# B&E Financial Summary

## Revised Management Plan

| | 2007PF | 2008E | 2009E | 2010E | 2011E | '07-'11 CAGR |
|---|---|---|---|---|---|---|
| **Total Revenues** | **$1,167** | **$1,236** | **$1,239** | **$1,279** | **$1,280** | **2.3%** |
| **Total OCF** | **$378** | **$428** | **$443** | **$462** | **$449** | **4.4%** |
| Less: Cash Taxes | (34) | (59) | (66) | (74) | (72) | 20.9 |
| Less: Cash Interest Expense, net | (185) | (177) | (168) | (159) | (148) | (5.5) |
| Less: Change in WC | (5) | (7) | (7) | (7) | (8) | 9.1 |
| Less: Capex | (28) | (28) | (27) | (26) | (26) | (1.4) |
| **FCF** | **$126** | **$157** | **$175** | **$196** | **$195** | **11.5%** |
| Less: Dividends | (25) | (25) | (25) | (25) | (25) | 0.0 |
| **FCF After Dividends** | **$101** | **$132** | **$150** | **$171** | **$170** | **13.9%** |
| *Dividend as a % of FCF* | *19.8%* | *15.9%* | *14.3%* | *12.8%* | *12.8%* | |

## Flat EBITDA Case

| | 2007PF | 2008E | 2009E | 2010E | 2011E | '07-'11 CAGR |
|---|---|---|---|---|---|---|
| **Total Revenues** | **$1,159** | **$1,176** | **$1,163** | **$1,186** | **$1,199** | **0.9%** |
| **Total OCF** | **$370** | **$367** | **$367** | **$369** | **$368** | **(0.2%)** |
| Less: Cash Taxes | (31) | (37) | (38) | (39) | (40) | 6.2 |
| Less: Cash Interest Expense, net | (185) | (178) | (173) | (168) | (162) | (3.3) |
| Less: Change in WC | (5) | (7) | (7) | (8) | (8) | 10.3 |
| Less: Capex | (28) | (28) | (27) | (26) | (26) | (1.4) |
| **FCF** | **$120** | **$117** | **$122** | **$128** | **$132** | **2.3%** |
| Less: Dividends | (25) | (25) | (25) | (25) | (25) | 0.0 |
| **FCF After Dividends** | **$95** | **$92** | **$97** | **$103** | **$107** | **2.9%** |
| *Dividend as a % of FCF* | *20.8%* | *21.3%* | *20.5%* | *19.5%* | *19.0%* | |

citigroup
corporate and
investment banking

CONFIDENTIAL

# Tribune B&E vs. Peer Group



- **Attractive scale**

- **High CW / MYN concentration vs. peers**

- **Exposure to large markets**

## Enterprise Value
*(In Billions)*



| Div. Yield | 2% | 2%-3% | 4% | NA | 1% | NA |
|---|---|---|---|---|---|---|
| | Hearst Argyle | Tribune B&E | Sinclair | Lin TV | Gray | Nexstar |

■ Debt  ▧ Equity

## 2007E Revenue and EBITDA



| % Margin | 31% | 34% | 34% | 27% | 35% | 27% |
|---|---|---|---|---|---|---|
| | Tribune B&E | Hearst Argyle | Sinclair | Lin TV | Gray | Nexstar |

■ Revenue  ▧ EBITDA

## 2007E EBITDA Multiple



## Affiliation - % of Stations



| % of Stations in Top 25 Markets | 20% | 2% | 9% | 0% | 9% | 70% |
|---|---|---|---|---|---|---|
| | Hearst Argyle | Nexstar | Lin TV | Gray | Sinclair | Tribune B&E |

■ ABC  ▧ CBS  ▨ CW  ░ FOX  ■ NBC  ▧ MNT  ░ Other

citigroup
corporate and
investment banking

CONFIDENTIAL

GBTRIB 0001375

CONFIDENTIAL



# B&E - Debt / Leverage Sensitivity to Operating Cases
## $20 Dividend

**Revised Management Plan**

**Flat EBITDA Case**

| | 2007E | 2008E | 2009E | 2010E | 2011E | 2007E | 2008E | 2009E | 2010E | 2011E |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cumulative Debt Paydown** | $27 | $159 | $309 | $479 | $649 | $25 | $117 | $214 | $317 | $424 |
| **FCF Cushion** [1] | -- | 50% | 54% | 59% | 61% | -- | 40% | 42% | 45% | 46% |
| **Adj. EBITDA / Interest Exp** | 2.0x | 2.4x | 2.6x | 2.9x | 3.0x | 2.0x | 2.1x | 2.1x | 2.2x | 2.3x |

※ Net Debt    〰 Net Debt / Adj. EBITDA

*Note: EBITDA and cash flows include $13mm of incremental standalone costs. Adj. EBITDA calculated as EBITDA plus stock-based compensation.*
*(1) Calculated as FCF before debt repayment divided by 62.5% (to derive a pre-tax number) divided by B&E EBITDA.*



GBTRIB 0001375

CONFIDENTIAL

# B&E Projected Stock Price
## $20 Dividend

## Projected Price / Share



Revised Mgmt Plan at 9.25x '06 EBITDA Multiple     Flat B&E OCF at 9.25x '06 EBITDA Multiple

Revised Mgmt Plan at 10.0x '06 EBITDA Multiple     Flat B&E OCF at 8.5x '06 EBITDA Multiple

citigroup
corporate and
investment banking

CONFIDENTIAL

# Comparison of Recap Structure Alternatives

|  | **Scenario A: Special Dividend** | **Scenario B: Stock Repurchase** |
|---|---|---|
| **Transaction Summary** | ■ Up-front $20/ share cash dividend to all shareholders | ■ Up-front share repurchase equivalent to $18/ share with $2/ share dividend at the time of the B&E spin |
| **Q1 '07 Events** | ■ Leverage Tribune Co. w/ $5.0 bn of new debt<br>■ File public disclosure related to transaction [1]<br>■ Pay $20.00/ share cash dividend to all shareholders with leverage proceeds<br>■ Request private letter ruling on forthcoming B&E spin and B&E debt-for-debt exchange<br>■ Prepare for B&E spin | ■ Receive legal opinion on stock repurchase<br>■ Restructure Eagles<br>■ Leverage Tribune Co. w/ $4.5 bn of new debt<br>■ File public disclosure in the form of tender documents [1]<br>■ Repurchase ~145 mm shares @~ $30.00/ share with leverage proceeds<br>■ Close tender offer<br>■ Prepare for B&E spin |
| **Q3 '07 Events** | ■ Receive private letter ruling<br>■ Restructure Eagles<br>■ Leverage B&E at $2.4 bn [2]; repay $2.4bn of Tribune Co. debt (requires debt-for-debt exchange on $500 mm)<br>■ Spin B&E | ■ Leverage B&E up to basis ($1.8 bn); repay $1.8bn of Tribune Co. debt with leverage proceeds<br>■ Spin B&E<br>■ Incur $500 mm of incremental debt at B&E for $2.00/ share additional cash dividend to shareholders [2] post spin-off ($5/ share on new share count post share repurchase) |

(1)   Both sets of documentation contain transaction overview, rationale and some level of confidential information (incl. 5 year projections).
(2)   Assumes B&E is BB - rated company, and B&E pays a 2.0% dividend yield (approx. $25mm annually).



CONFIDENTIAL

GBTRIB 00013756

**CONFIDENTIAL**

# Update on Potential Transactions (since 2/3/07)

## Third Party Proposals

| | Chandler Trusts | Broad / Yucaipa | Equity Group Investments (Zell) |
|---|---|---|---|
| **Latest Proposals** | ■ Sale of Publishing to Chandler Trusts/ Sponsor<br>　■ Includes TVFood, Cubs and Comcast SportsNet<br>■ Tax-free spin-off of Broadcasting<br>■ $24.55 per share cash returned to non-Chandler shareholders | ■ Leveraged recapitalization of Whole Company with new equity investment by Broad/ Yucaipa<br>■ $27 per share cash returned to shareholders<br>■ Maximum Broad / Yucaipa ownership capped at 39.9%<br>　■ Warrants for 15% | ■ $30 per share cash returned to shareholders<br>■ EGII and ESOP acquire 100% of Tribune common stock<br>■ Tribune Co. makes S-Corp. election |
| **Revisions to Proposals** | ■ $24 per share cash returned to non-Chandler shareholders ($18 per share post receipt of separate audited financial statements/ at least $6 per share upon transaction close)<br>■ All equity partners need additional due diligence to confirm values in proposal<br>■ Potential purchase price adjustment for declining OCF | ■ $23 per share cash returned to shareholders<br>■ No change to warrant package<br>■ CVR for proceeds of Bender litigation ($2-4 per share) | ■ $33 per share cash returned to shareholders |

 

citigroup
corporate and
investment banking

CONFIDENTIAL

15

**CONFIDENTIAL**

CONFIDENTIAL

# Appendix





CONFIDENTIAL

GBTRIB 0013758

CONFIDENTIAL

# Term Sheets





CONFIDENTIAL

GBTRIB 0013759

CONFIDENTIAL

# Financing Considerations
## Indicative Terms – Parent Financing

| Borrower / Issuer: | Tribune Co. | | | | |
|---|---|---|---|---|---|
| **Facility / Issue:** | Revolver | Term Loan A | Interim Term Loan | Term Loan B | Senior Notes |
| **Security:** | Stock of Subsidiaries | | | | None |
| **Guarantees:** | Senior | | | | Senior Subordinated |
| **Principal Amount:** | $750 mm [1] | $700 mm | $570 mm | $5,410 mm | $1,500 mm |
| **Maturity:** | 6 years | 6 years | 2 years | 7 years | 10 years |
| **Assumed Ratings:** | B2/B to B1/B+ [2] | | | | B3/CCC+ to B2/B- |
| **Indicative Pricing:** | B1/B+: L+225 bps<br><B1/B+: L+250 bps | B1/B+: L+225 bps<br><B1/B+: L+250 bps | B1/B+: L+225 bps<br><B1/B+: L+250 bps | B1/B+: L+225 bps<br><B1/B+: L+250 bps | 9.000%-9.250% |
| **Optional Redemption:** | Anytime at par | | | | NC 5 |
| **Amortization:** | None | Equal quarterly installments at annual rates below:<br>Year 1:   0%<br>Year 2:   5%<br>Year 3:   10%<br>Year 4:   15%<br>Year 5:   20%<br>Year 6:   50% | None | Equal quarterly installments at a rate of 1% annually, bullet at maturity | None |
| **Financial Covenants:** | Total "New Debt" Leverage Ratio:   6.50x through December 30, 2007<br>6.25x December 31, 2007 through December 28, 2008<br>6.00x December 29, 2008 through December 27, 2009<br>5.75x December 28, 2009 through December 26, 2010<br>5.50x thereafter<br>Interest Coverage Ratio:   1.50x through December 30, 2007<br>1.75x December 31, 2007 through December 26, 2010<br>2.00x thereafter | | | | Incurrence-based covenants |
| **Other Covenants:** | Spinoff of Broadcasting unit will be allowed if leverage through new bank debt and new senior notes raised is less than 5.75x EBITDA and total leverage is less than 7.75x | | | | |
| **Price Flex:** | 50 bps | 50 bps | 50 bps | 50 bps | -- |
| **Underwriting Fee [3]:** | 1.50% | 1.50% | 1.50% | 1.50% | 2.25% |

(1)   *Unfunded at close; Reduced to $500 mm post spin-off of Broadcasting*
(2)   *Corporate Ratings.*
(3)   *Bank facility rebates/credits for net underwriting fees will apply upon consummation of the broadcasting financing*



citigroup

CONFIDENTIAL

16

GBTRIB 0001376O

CONFIDENTIAL

# Financing Considerations
## Indicative Terms – Bridge Financing

| | |
|---|---|
| **Borrower / Issuer:** | **Tribune Co. (Initial Raise)** |
| **Facility:** | Senior Unsecured Bridge |
| **Amount:** | $1,500 mm |
| **Guarantees:** | Senior Subordinated |
| **Security:** | None |
| **Tenor:** | 1-year / 9 year Exchanges Notes |
| **Indicative Pricing:** | L+400 bps |
| **Interest Rate Step-Ups:** | 50 bps every three months from the funding date |
| **Commitment Fee:** | 75 bps |
| **Funding Fee:** | 1.25% (with rebates) |
| **Interest Rate Caps:** | 10.500% |

citigroup
corporate and
investment banking

CONFIDENTIAL

GBTRIB 00013761

CONFIDENTIAL

# Financing Considerations
## Indicative Terms – Broadcasting Financing

| Facility / Issue: | Revolver | Term Loan A | Term Loan B | Senior Notes |
|---|---|---|---|---|
| Borrower / Issuer: | Broadcasting (Post Spin-Off) | | | |
| Security: | Substantially all assets | | | None |
| Guarantees: | Senior Secured | | | Senior Subordinated |
| Principal Amount: | $250 mm (unfunded at close) | $250 mm | $1,600 mm | $600 mm |
| Maturity: | 6 years | 6 years | 7 years | 10 years |
| Assumed Ratings: | B1/B+ to Ba3/BB- [1] | | | B2/B- to B1/B |
| Indicative Pricing: | Ba3/BB-: L+175 bps <Ba3/BB-: L+200 bps | Ba3/BB-: L+175 bps <Ba3/BB-: L+200 bps | Ba3/BB-: L+175 bps <Ba3/BB-: L+200 bps | 8.750% - 9.000% |
| Optional Redemption: | Anytime at par | | | NC 5 |
| Amortization: | None | Equal quarterly installments at annual rates below: Year 1: 0% Year 2: 5% Year 3: 10% Year 4: 15% Year 5: 20% Year 6: 50% | Equal quarterly installments at a rate of 1% annually, bullet at maturity | None |
| Financial Covenants: | Maximum Total Leverage Minimum Interest Coverage | | | Incurrence-based covenants |
| Price Flex: | 75 bps weighted average across all tranches | | | -- |
| Underwriting Fee: | 1.75% | 1.75% | 1.75% | 2.25% |



(1)   *Corporate Ratings*

CONFIDENTIAL

GBTRIB 00013762

18

CONFIDENTIAL

# Financing Considerations
## Indicative Terms – Bridge Financing

| | |
|---|---|
| **Borrower / Issuer:** | **Broadcasting (Post Spin-Off)** |
| **Facility:** | Senior Unsecured Bridge |
| **Amount:** | $600 mm |
| **Guarantees:** | Senior Subordinated |
| **Security:** | None |
| **Tenor:** | 1-year / 9 year Exchanges Notes |
| **Indicative Pricing:** | L+375 bps |
| **Interest Rate Step-Ups:** | 50 bps every three months from the funding date |
| **Commitment Fee:** | 75 bps |
| **Funding Fee:** | 1.25% (with rebates) |
| **Interest Rate Caps:** | 11.000% |

citigroup
community and
investment banking

CONFIDENTIAL

CONFIDENTIAL

# Disclaimers

Merrill Lynch prohibits (a) employees from, directly or indirectly, offering a favorable research rating or specific price target, or offering to change such rating or price target, as consideration or inducement for the receipt of business or for compensation, and (b) Research Analysts from being compensated for involvement in investment banking transactions except to the extent that such participation is intended to benefit investor clients.

This presentation is confidential, for your private use only, and may not be shared with others without Merrill Lynch's written permission, except that you (and each of your employees, representatives or other agents) may disclose to any and all persons, without limitation of any kind, the tax treatment and tax structure of the matters within and all materials of any kind (including opinions or other tax analyses) that are provided to you relating to such tax treatment and tax structure. For purposes of the preceding sentence, tax refers to U.S. federal and state tax. This presentation is for discussion purposes only. Merrill Lynch is not an expert on, and does not render opinions regarding, legal, accounting, regulatory or tax matters. You should consult with your advisors concerning these matters before undertaking any of the matters contemplated within.

Any terms set forth herein are intended for discussion purposes only and are subject to the final terms as set forth in separate definitive written agreements. This presentation is not a commitment to lend, syndicate a financing, underwrite or purchase securities, or commit capital nor does it obligate us to enter into such a commitment, nor are we acting as a fiduciary to you. By accepting this presentation, subject to applicable law or regulation, you agree to keep confidential the existence of and proposed terms for any transaction contemplated hereby (a "Transaction").

Prior to entering into any Transaction, you should determine, without reliance upon us or our affiliates, the economic risks and merits (and independently determine that you are able to assume these risks) as well as the legal, tax and accounting characterizations and consequences of any such Transaction. In this regard, by accepting this presentation, you acknowledge that (a) we are not in the business of providing (and you are not relying on us for) legal, tax or accounting advice, (b) there may be legal, tax or accounting risks associated with any Transaction, (c) you should receive (and rely on) separate and qualified legal, tax and accounting advice and (d) you should apprise senior management in your organization as to such legal, tax and accounting advice (and any risks associated with any Transaction) and our disclaimer as to these matters. By acceptance of these materials, you and we hereby agree that from the commencement of discussions with respect to any Transaction, and notwithstanding any other provision in this presentation, we hereby confirm that no participant in any Transaction shall be limited from disclosing the U.S. tax treatment or U.S. tax structure of such Transaction.

IRS Circular 230 Disclosure: Citigroup Inc. and its affiliates do not provide tax or legal advice. Any discussion of tax matters in these materials (i) is not intended or written to be used, and cannot be used or relied upon, by you for the purpose of avoiding any tax penalties and (ii) may have been written in connection with the "promotion or marketing" of the Transaction. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

We are required to obtain, verify and record certain information that identifies each entity that enters into a formal business relationship with us. We will ask for your complete name, street address, and taxpayer ID number. We may also request corporate formation documents, or other forms of identification, to verify information provided.

Any prices or levels contained herein are preliminary and indicative only and do not represent bids or offers. These indications are provided solely for your information and consideration, are subject to change at any time without notice and are not intended as a solicitation with respect to the purchase or sale of any instrument. The information contained in this presentation may include results of analyses from a quantitative model which represent potential future events that may or may not be realized, and is not a complete analysis of every material fact representing any product. Any estimates included herein constitute our judgment as of the date hereof and are subject to change without any notice. We and/or our affiliates may make a market in these instruments for our customers and for our own account. Accordingly, we may have a position in any such instrument at any time.

Although this material may contain publicly available information about Citigroup corporate bond research or economic and market analysis, Citigroup policy (i) prohibits employees from offering, directly or indirectly, a favorable or negative research opinion or offering to change an opinion as consideration or inducement for the receipt of business or for compensation; and (ii) prohibits analysts from being compensated for specific recommendations or views contained in research reports. So as to reduce the potential for conflicts of interest, as well as to reduce any appearance of conflicts of interest, Citigroup has enacted policies and procedures designed to limit communications between its investment banking and research personnel to specifically prescribed circumstances.

citigroup
corporate and
investment banking

GBTRIB 00013764