| | |
|---|---|
| From: | Costa, Michael (IBK-NY). |
| To: | Kaplan, Todd (GMI Leveraged Finance). |
| Cc: | |
| Bcc: | Kaplan, Todd (GMI Leveraged Finance). |
| Subject: | Re: Tribune. |

Sent: 11/21/2007 9:44 AM.

Great progress. Spoke to Dennis. He tells me 4 of 5 commissioners would vote for waiver but Martin pushing to see if he can get broader agenda out on Dec 18. Dennis also said lots of questions but generally positive from VRC.

How do you want to go at fees? I would like to go to Dennis and say between you and me we have done more to get this across finish line, we were not even considered for Cubs sale, we brought banks along at signing and now. We gave back a third of our fees to get last deal done so concept of crediting M and A fee has already been done. So if deal closes we intend to invoice them for 12.5 plus 5 restructuring fee on new financing package. Would think you deliver same message to Pate and Crane. Thoughts?

Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)


-------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Kaplan, Todd (GMI Leveraged Finance)
To: Moriarty, Ed (Chief Risk Officer); Janover, James (Capital Commitments); Orcel, Andrea (Global Origination); Saggurti, Purna (IBK Americas)
CC: Tuvlin, David (IBK-NY); Mayer, Carl (LevFin-CapMkts); Margolies, Greg (IBK-NY); Paras, Stephen B. (LevFin-CapMkts) ; Dahlback, Henrik (IBK-NY); Kim, Caroline (IBK-NY); Figueroa, Mariela (LevFin-CapMtks); Costa, Michael (IBK-NY); O'Grady, Michael G. (IBK - CHI); Marcus, Mitchell (IBK-CHI)
Sent: Tue Nov 20 16:24:30 2007
Subject: Tribune

have reached an agreement in principle re: changes to the financing - while there is still work to be done re: documentation, etc, here is a snapshot of major items


* Banks agree that upon the near-term receipt of the completed offering memorandum (targeted for next few days), the information requirement for the marketing period is satisfied - given our 20 day marketing period per the commitment letter, this affords the opportunity for a closing in 2007
* company states intent to use $500 mm of excess cash flow + settlement proceeds from tax case (Bender) to reduce funding in Step 2
* Banks agree to forego structural flex of $1.4 b of B loan to bridge loan/notes
* The cap rate on the notes is increased to 15.25%, of which 14.5% can be in cash (vs current cap of 12.5%)

The reduction in step 2 is applied to the bridge loan/bond piece - assuming $500 mm, the financing for the closing would be $2.1 b of B loan and $1.6 b of bridge loans/bonds

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0405454