| | | |
|---|---|---|
| From: | Costa, Michael (IBK-NY). | Sent:10/17/2007 7:26 PM. |
| To: | Kaplan, Todd (GMI Leveraged Finance); O'Grady, Michael G. (IBK - CHI). | |
| Cc: | . | |
| Bcc: | Kaplan, Todd (GMI Leveraged Finance); O'Grady, Michael G. (IBK - CHI). | |
| Subject: | . | |

Trb had bd mtg today. Sense mgmt gave impression closing on target mid Nov early Dec, cubs sale a huge success so far. Not sure solvency issue got alot of focus.

Todd where are we in thinking thru solvency issue if company's advisor thinks solvent but we think otherwise?

Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)

Sent from my BlackBerry Wireless Handheld

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

ML-TRIB-0403830