```
From:        matthew.w.slovitt@jpmchase.com
Sent:        Monday, October 01, 2007 6:23 PM
To:          todd_kaplan@ml.com; david_tuvlin@ml.com; julie.persily@citigroup.com;
             timothy.p.dilworth@citigroup.com ; michael.s.canmann@citigroup.co m;
             bill.a.bowen@bankofamerica.com; daniel.kelly@bofasecurities.com;
             raju.n.patel@bankofamerica.com; jon.lindvall@bankofamerica.com; JSchaffzin@Cah lil.com;
             DHorowitz@Cahlil.com; cgilman@cahill.com; wmlier@cahill.com; Thomas Kenny; Dennis
             Murray; Kamil Dmowski
Cc:          brit.j.bartten@jpmorgan.com;  peter.cohen@jpmorgan.com;  joachim.sonne@jpmorgan.com;
             ferdinand.a.grimminck@jpmchase.c om; gretchen.e.tonnesen@jpmorgan.com ;
             Patricia.Deans@jpmorgan.com;  RAJESH.KAPADIA@j pmorgan.com;
             darryl.m.jacobson@jpmorgan.com;  yang.chen@jpmorgan.com;
             Christian.Walsh@jpmorgan.com; john.kowalczuk@jpmorgan.com;
             jieun.j.choi@jpmorgan.com
Subject:     Tribune Conference Call 12:00 PM EDT Tomorrow
```

We are planning to regroup tomorrow at 12:00 PM EDT to discuss today's diligence session. Please forward to the relevant people at your respective institutions.  The dial-in is listed below.  Thanks.

International Dial-in : 1.617.597.5026
Domestic Dial-in : 1.866.870.8212
Participant Passcode : 98060715

Sincerely,
Matthew

.................................................
Matthew W Slovitt
J.P. Morgan Securities Inc.
270 Park Ave. 5th Fl.
New York, NY 10017
Tel: (212) 270-5047
Fax: (212) 270-1063

.................................................
This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates.

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance
thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you

MD 00090A
MD 00090

received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.

2

MD 00091A
MD 00091

From: CN=Rajesh Kapadia/O=JPMCHASE
Date: 10/01/2007 09:56:38 PM
To: CN=Matthew W Slovitt/O=JPMCHASE@JPMCHASE; "Todd (Merrill Lynch) Kaplan"
<todd_kaplan@ml.com>; "David (Merrill Lynch) Tuvlin" <david_tuvlin@ml.com>; "Julie (Citigroup)
Persily" <julie.persily@citigroup.com>; "Tim (Citigroup) Dilworth"
<timothy.p.dilworth@citigroup.com>; "michael s canmann" <michael.s.canmann@citigroup.com>;
"Bill (Bank America) Bowen" <bill.a.bowen@bankofamerica.com>; "Dan (BankAmerica) Kelly"
<daniel.kelly@bofasecurities.com>; "raju n patel" <raju.n.patel@bankofamerica.com>; "jon
lindvall" <jon.lindvall@bankofamerica.com>; "Jonathan (Cahill) Schaffzin"
<jschaffzin@cahill.com>; "Doug (Cahill) Horowitz" <dhorowitz@cahill.com>; "Charles (Cahill)
Gilman" <cgilman@cahill.com>; "Bill (Cahill) Miller" <wmiller@cahill.com>; "Thomas (Murray
Devine) Kenny" <tkenny@murraydevine.com>; "dmurray" <dmurray@murraydevine.com>;
"kdmowski" <kdmowski@murraydevine.com>
CC: CN=Brit J Bartter/O=JPMCHASE@JPMCHASE; CN=Peter
Cohen/O=JPMCHASE@JPMCHASE; CN=Joachim X Sonne/O=JPMCHASE@JPMCHASE;
CN=Ferdinand A Grimminck/O=JPMCHASE@JPMCHASE; CN=Gretchen E
Tonnesen/O=JPMCHASE@JPMCHASE; CN=Patricia Deans/O=JPMCHASE@JPMCHASE;
CN=Darryl M Jacobson/O=JPMCHASE@JPMCHASE; CN=Yang X
Chen/O=JPMCHASE@JPMCHASE; CN=Christian Walsh/O=JPMCHASE@JPMCHASE;
CN=John Kowalczuk/O=JPMCHASE@JPMCHASE; CN=Jieun J
Choi/O=JPMCHASE@JPMCHASE
Subject: Tribune Conference Call 11:00 am ET Tomorrow

Team, given scheduling issues, we are changing the call among the four
underwriters/Cahill/MurrayDevine to 11am ET tomorrow. Dial-in below. Thanks.

--------------------------
Sent from my BlackBerry Wireless Handheld
    Inactive hide details for Matthew W SlovittMatthew W Slovitt

    From: Matthew W Slovitt
    Sent: 10/01/2007 06:23 PM EDT
    To: todd_kaplan@ml.com; david_tuvlin@ml.com;
julie.persily@citigroup.com;
timothy.p.dilworth@citigroup.com;
michael.s.canmann@citigroup.com;
bill.a.bowen@bankofamerica.com;
daniel.kelly@bofasecurities.com;
raju.n.patel@bankofamerica.com;
jon.lindvall@bankofamerica.com; JSchaffzin@Cahill.com;
DHorowitz@Cahill.com; cgilman@cahill.com;
wmiller@cahill.com; tkenny" <tkenny@murraydevine.com>;
dmurray" <dmurray@murraydevine.com>;
kdmowski@murraydevine.com
    Cc: Brit Bartter; Peter Cohen; Joachim Sonne; Ferdinand
Grimminck; Gretchen Tonnesen; Patricia Deans; Rajesh
Kapadia; Darryl Jacobson; Yang Chen; Christian Walsh; John

DEP_001_00000001-08907

Kowalczuk; Jieun Choi
     Subject: Tribune Conference Call 12:00 PM EDT Tomorrow
We are planning to regroup tomorrow at 12:00 PM EDT to discuss today's diligence
session.  Please forward to the relevant people at your respective institutions.  The dial-in
is listed below.  Thanks.
International Dial-in : 1.617.597.5026
Domestic Dial-in : 1.866.870.8212
Participant Passcode : 98060715
Sincerely,
Matthew

------------------------------------------------------------------------

Matthew W Slovitt
J.P. Morgan Securities Inc.
270 Park Ave. 5th Fl.
New York, NY 10017
Tel:  (212) 270-5047
Fax: (212) 270-1063

DEP_001_00000001-08907