**From:**      yang.chen@jpmorgan.com
**Sent:**      Thursday, July 19, 2007 1:50 PM (GMT)
**To:**        Bigelow, Chandler <CBigelow@tribune.com>; Grenesko, Don
               <DGrenesko@tribune.com>; Pociask, Jo <JPociask@tribune.com>; nlarsen@egii.com;
               chochschild@egii.com
**Cc:**        RAJESH.KAPADIA@jpmorgan.com; peter.cohen@jpmorgan.com;
               Patricia.Deans@jpmorgan.com; brit.j.bartter@jpmorgan.com;
               darryl.m.jacobson@jpmorgan.com; NATALIA.KLYKOVA@jpmorgan.com;
               joachim.sonne@jpmorgan.com; tesia.a.sommer@jpmorgan.com;
               sheila.k.kahyaoglu@jpmchase.com; ferdinand.a.grimminck@jpmchase.com;
               gretchen.e.tonnesen@jpmorgan.com
**Subject:**   Materials for 10AM CDT/11AM EDT call
**Attach:**    Market update 7-18-07.ppt

---

Attached please find the materials for our call at 10AM Chicago Time, 11AM
NY Time.  Please use the following dial-in.  Thanks.

Dial-in: 866-870-8212
Password: 97193479

(See attached file: Market update 7-18-07.ppt)

=================================================
Yang Chen
J.P. Morgan | Syndicated Leveraged Finance
Telecom, Media & Technology
270 Park Avenue, 5th Floor | New York, NY 10017
Telephone: 212-270-9506 | Fax: 917-456-3149
=================================================

This communication is for informational purposes only. It is not
intended as an offer or solicitation for the purchase or sale of
any financial instrument or as an official confirmation of any
transaction. All market prices, data and other information are not
warranted as to completeness or accuracy and are subject to change
without notice. Any comments or statements made herein do not
necessarily reflect those of JPMorgan Chase & Co., its subsidiaries
and affiliates. This transmission may contain information that is
privileged, confidential, legally privileged, and/or exempt from
disclosure under applicable law. If you are not the intended
recipient, you are hereby notified that any disclosure, copying,
distribution, or use of the information contained herein (including
any reliance thereon) is STRICTLY PROHIBITED. Although this
transmission and any attachments are believed to be free of any
virus or other defect that might affect any computer system into
which it is received and opened, it is the responsibility of the
recipient to ensure that it is virus free and no responsibility is
accepted by JPMorgan Chase & Co., its subsidiaries and affiliates,
as applicable, for any loss or damage arising in any way from its
use. If you received this transmission in error, please immediately
contact the sender and destroy the material in its entirety,

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only                                    TRB0185628

whether in electronic or hard copy format. Thank you. Please refer
to http://www.jpmorgan.com/pages/disclosures for disclosures
relating to UK legal entities.



**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**                                    TRB0185629

JULY 19, 2007

# TRIBUNE

## MARKET UPDATE

STRICTLY PRIVATE AND CONFIDENTIAL

**JPMorgan**

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0185630

# Executive summary

- Combination of market conditions has led to a visible back-up in the loan and high yield markets and push back from investors on aggressive transactions
  - Record in-market / forward calendar in both loan and high yield markets, driven by large new issue and LBO supply
  - Highly levered transactions have come to market with aggressive pricing and structures
  - Secondary market has felt the pressure from primary and average bids for secondary loans have fallen
  - Treasuries have seen volatility
  - High Yield index has widened
  - Swap rates have risen
- Investors have won concessions from issuers to help many of the more aggressive transactions clear the market, although some transactions have been pulled
  - Increases in loan pricing and high yield new issue spreads, as well as offering new issue discounts
  - Covenant-lite incurrence-based loan transactions have added maintenance covenants
  - PIK toggle options in the loan and high yield markets have been dropped, pared back and/or repriced
- Loan and high yield markets remain open and highly active
  - Transactions experiencing most push-back represent very aggressive structures and terms
  - Seasoned issuers have fared better, clearing the loan market with at launch or flexed-down spreads
  - While high yield new issue spreads have widened versus the ultra-tight levels experienced over the recent period, they are expected to remain tight from a historical perspective
- The current large forward calendar, including jumbo deals for Chrysler and First Data should be through the market well in advance of the Tribune step-2 financing
- While Tribune's leverage pro forma for step-2 is perceived as aggressive, the transaction does not incorporate certain features of some very recent LBO's that have most agitated the market - PIK toggle options, covenant-lite term loans and super-priority revolvers

MARKET UPDATE

**JPMorgan** ⬤

TRIBUNE COMPANY    1

Professionals' Eyes Only
Highly Confidential — Attorneys' Eyes Only

TRB0185631

# Leveraged Loan Market Update

## Commentary

- The in-market/forward leveraged loan calendar has grown to exceed $200 billion, the highest total on record
- Primarily, as a result of this significant supply, signs of a market back-up are visible in both the primary and secondary markets
- In the primary market, several transactions have been forced to make a number of pricing and structural changes as a result of investor pushback: Goodyear EPD, Biomet, Tower Automotive, Source Interlink, ServiceMaster U.S. Foodservice, Dollar General
- In the secondary market, average bids for loans have steadily fallen for four consecutive weeks
  - Strong "BB" structures are off about 1/2 to 3/4, with the loan CDS off about 20-40bps
  - Single "B" or incurrence only credits have fallen roughly a point and a half, with loan CDS off about 75-100bps
- Loan CDS has experienced a clear backup as well
  - The initial index launched on May 22nd in the 100.50 to 100.625 range, and gradually rose to 100.8 but in the recent sessions has dropped to 95.75

### LCDX Index
(since inception)



Source: JPMorgan as of 7/18/07

## Recent secondary trading levels for select large deals

| | | Spread | 5/4/2007 | 7/12/2007 | 7/18/2007 | (Chg) |
|---|---|---|---|---|---|---|
| Charter TL B | $6,500.0 | L+200 | 99.875 | 100.063 | 97.250 | (2.813) |
| Ford TL B | $7,000.0 | L+300 | 100.542 | 100.757 | 98.750 | (2.007) |
| Goodyear 2nd-Lien | $1,200.0 | L+175 | 100.250 | 100.250 | 98.250 | (2.000) |
| Realogy TL B | $3,170.0 | L+300 | 99.288 | 100.000 | 95.500 | (4.500) |
| Six Flags TL B | $850.0 | L+225 | - | 100.313 | 96.250 | (4.063) |
| SunGard TL B | $3,639.0 | L+200 | 100.750 | 100.750 | 99.125 | (1.625) |
| Tribune TL B | $5,515.0 | L+300 | 99.375 | 100.250 | 94.500 | (5.750) |
| Tribune TL X | $1,500.0 | L+250 | 100.250 | 100.500 | 98.250 | (2.250) |

### Avg. Bid for Selected Large Institutional Flow Loans



Source: S&P LCD as of 7/18/07

MARKET UPDATE

**JPMorgan**

TRIBUNE COMPANY   2

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0185632

# Investor pushback on large closed and in-market deals

**Investor pushback – leveraged loan market**

| Deal | Original Structure | Pricing | Revised Structure | Pricing | Commentary |
|---|---|---|---|---|---|
| **M...** Pending – TBD | Cash Flow RC - $150 <br> TL B - $535 (Cov-lite) | TBD | Cash Flow RC - $150 <br> TL B - $535 | TBD | Arrangers launched the buyout financing with maintenance covenants. Late in June, the syndication was delayed citing market conditions and the original structure was to be incurrence only. |
| **GOODYEAR** Closed – B/B2 | Cash Flow RC - $100 (Cov-lite) <br> TL B - $700 (Cov-lite) <br> DD - $100 (Cov-lite) <br> 2nd lien TL - $360 (Cov-lite) | L+250 <br> L+250 <br> L+250 <br> L+575 | Cash Flow RC - $100 <br> TL B - $700 <br> DD - $100 <br> 2nd lien TL - $360 | L+250 <br> L+250 (OID 99.5) <br> L+250 (OID 99.5) <br> L+575 (OID 98.5) | In response to current market reaction, Arrangers added a Sr. Secured Leverage maintenance covenant to the 1st lien, in addition to offering an OID of 99.5 on the TL B and DD TL and an OID of 98.5 on the second lien. |
| **BIOMET** Closed – B+/B2 | ABL RC - $350 <br> Cash Flow RC - $400 (Cov-lite) <br> TL B - $2,600 (Cov-lite) <br> Euro TL - €743 (Cov-lite) | L+150 <br> L+225-250 <br> L+225-250 <br> E+225-250 | ABL RC - $350 <br> Cash Flow RC - $400 (Cov-lite) <br> TL B - $2,340 (Cov-lite) <br> Euro TL - €875 (Cov-lite) | L+150 <br> L+300 <br> L+300 <br> E+300 | Syndication launched in late May and was well received, reaching oversubscription by first week of June. However, the closing was delayed pending filings, during which time; EBITDA forecasts were lowered by 3%, forcing arrangers to widen spread across tranches as well as add 101 soft call protection. |
| **TOWER AUTOMOTIVE** In Market – NR/NR | ABL RC - $200 <br> TL B - $525 (Cov-lite) <br> Syn LC $85 (Cov-lite) <br> 2nd lien TL - $125 (Cov-lite) | L+200 <br> L+325-350 <br> L+325-350 <br> L+625-650 | ABL RC - $200 <br> TL B - $525 <br> Syn LC $60 <br> 2nd lien TL - $125 | L+200 <br> L+325-350 <br> L+325-350 <br> L+625-650 | In response to market reception, arrangers reduced the synthetic LC by $25mm to $60mm. Arrangers also added a Net Senior Secured Debt to EBITDA maintenance covenant on the previously incurrence based first and second lien tranches. |
| **Aeroflex** In Market – B/B3 | Cash Flow RC - $60 <br> TL B - $500 | L+275 <br> L+275 | Cash Flow RC - $60 <br> TL B - $500 | L+275 <br> L+275 | Arrangers launched the buyout financing with maintenance covenants. Late in June, the syndication was delayed citing market conditions and the original structure was to be incurrence only. |
| **SOURCE INTERLINK** In Market – B/B2 | ABL RC - $300mm <br> TL B - $880mm (Cov-lite) | L+150 <br> L+250 | ABL RC - $300mm <br> TL B - $880mm | L+150 <br> L+300 | In response to current market conditions, Arrangers added a maintenance covenant to the previously covenant-lite term loan. The term loan is now governed by a 6.5x senior secured leverage test. One week later arrangers increased pricing 50 bps to L+300. |
| **ServiceMaster** In Market – B/B2 | Cash Flow RC - $500 <br> TL B - $2,650 (Cov-lite) <br> Syn LC - $200 (Cov-lite) | L+225 <br> L+225 <br> L+225 | Cash Flow RC - $500 <br> TL B - $2,850 (Cov-lite) | L+225 <br> L+300 (OID 98.0) | Arrangers dropped the $200mm synthetic LC tranche in favor of upsizing the TL B by the same amount. Arrangers once again revised price talk, offering accounts the covenant-lite term loan at L+300 with an original-discount of 98. A 101 soft call premium has also been added, as well as a pricing grid step-up. |

MARKET UPDATE

JPMorgan ●

TRIBUNE COMPANY    3

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0185633

# Investor pushback on large closed and in-market deals

| | | Investor pushback - leveraged loan market | | | |
|---|---|---|---|---|---|



| Company/Ratings | Proposed structure | Proposed price | Revised structure | Revised price | Comments |
|---|---|---|---|---|---|
| Veritrue In Market – B/B2 | Cash Flow RC – $30 TL B – $430 (Cov-lite) 2nd lien TL $200 (Cov-lite) | L+225-250 L+225-250 L+550-575 | Cash Flow RC – $30 TL B – $430 2nd lien TL – $200 | L+250 L+250 (OID 99.0) L+650 (OID 99.0) | Arrangers added a 7.25x maintenance leverage test to 1st lien debt, and a 7.5x leverage test to the 2nd lien facility, which both have been previously covenant-lite. The covenants will take effect during the second full quarter after closing. TL B and 2nd lien now offered at 99.0. |
| Closed – B/B3 | ABL RC – $1,000 TL B – $2,430 (Cov-lite) | L+150 L+250-275 | ABL RC – $1,000 1st in last out ABL RC–$125 1st out TL – $1,700 1st loss TL – $600 | L+150 L+225 L+275 (OID 97.0) L+600 (OID 95.0) | Arrangers restructured the TL B to include a $1.7bn first-out tranche at L+275 offered at 97 with 101 soft call, a $600mm first-loss piece at L+275 offered at 95 with 102, 101 call premiums, and a first-in, last-out ABL RC at L+275. Following the changes the loans are nearing full subscription. |
| ASURION Closed– NR/NR | Cash Flow RC – $100 TL B – $1,755 (Cov-lite) PIK 2nd – $580 (Cov-lite) | L+200 L+225 L+550 | Cash Flow RC – $100 TL B – $1,755 (Cov-lite) PIK 2nd – $580 (Cov-lite) | L+200 L+300 (OID 99.0) L+650 | Arrangers finalized revisions by firming the discount at 99.0 and spreads at L+300 on the covenant-lite term loan and L+650 on the second lien. Earlier, arrangers increased price talk to L+250 from the original talk of L+225 and added an original issuer discount of 99.5. The $580 million PIK toggle second-lien was also increased 25bps to L+575bps. |
| UF NOT SYNDICATED B-/B3 | ABL RC – $1,300 Cov-lite RC – $100 Syn LC – $500 (Cov-lite) TL B – $1,565 (Cov-lite) | L+125 L+250 L+250 L+250 | ABL RC – $1,300 Cash Flow RC – $100 TL B – $2,065 | L+150 L+275 L+275 (OID 99.0) | On June 26, the arrangers withdrew the USF transaction from market due to deteriorating market conditions. The arrangers will fund the existing capital structure to complete the acquisition. Previously, arrangers increased pricing to L+275 from L+250 on the $2bn covenant lite term loan, which was also offered in the 99.0 range; with an addition of a 101 soft call. The $500mm the Syn LC was also moved to ABL RC, and the TL B increased by $500mm. |
| THOMSON LEARNING Closed – B/B3 | Super Priority RC – $300 TL B – $3,440 (Cov-lite) | L+275 L+225 | Pari Passu – $300 TL B – $3,440 | L+275 L+275 (OID 99.0) | Issuer added a maintenance covenant to the previous incurrence only proposal. Earlier, the arrangers' revised pricing to L+275bps, 25bps wider than talk and offered the $3.4 billion covenant-lite term loan with an original discount of 99-99.25. |
| LEAR Closed – B/B2 | Cash Flow RC $1,000 TL B – $2,600 (Cov-lite) | L+200-225 L+225-250 | Cash Flow RC $1,000 TL B – $2,600 | L+200 L+275 (OID 99.5) | Lear's institutional term loan saw pricing firm at L+275 with 99.5 OID, compared to initial talk of L+225-250. Pricing pushed wider as investors were concerned over the auto sector, the lack of covenants and the lack of security. |

JPMorgan

MARKET UPDATE

Professionals' Eyes Only
Highly Confidential – Attorneys' Eyes Only

TRB0185634

# Current state of the high yield market

- The high yield market reversed course dramatically over the past three weeks
  - Severe secondary market sell-off
  - Ten pulled/failed new issues
  - Outlook is uncertain and investors withholding cash
- Backup catalyzed by supply considerations
  - Quantity: $15bn on the road in mid-June
  - Composition: Predominance of ultra-aggressive transactions
  - Toggles: Demand for bridged toggles evaporated
- Risks and mitigants to the high yield outlook:
  - Risks:
    - Unprecedented backlog of supply
    - Continued underperformance of recent deals
    - Cash remaining on the sideline
  - Mitigants:
    - Minimal HY defaults are expected to continue
    - Favorable economic outlook
    - Liquidity, while not at peak levels, remains solid
- Supply will be the predominant issue for the rest of 2007
  - Known supply exceeds $115bn, 80%+ of which is aggressive, bridged LBO financings

Average yields and spreads in the market have backed up materially



Recent supply influx has created a buyers' market ($bn)



| Expected high yield supply | | |
|---|---|---|
| Timing | Supply ($bns) | # of deals |
| July | $6.4 | 11 |
| Pre-Labor Day | 17.0 | 17 |
| Post-Labor Day | 91.5 | 69 |
| Total | $114.9 | 97 |

MARKET UPDATE

**JPMorgan**

TRIBUNE COMPANY    5

Professionals' Eyes Only
Highly Confidential – Attorneys' Eyes Only

TRB0185635

## The forward calendar and recent deals priced

### Forward calendar

| | | Amount | | Type | Rating | Industry | Use of Proceeds | Price Talk |
|---|---|---|---|---|---|---|---|---|
| 7/18/07 | InterGen | $1975.0 | — | Sr Sec FRN (E) | 8 / NC-2 | Ba3 / BB- | Utility | Repay bridge, LBO | 9.916 |
| 7/18/07 | InterGen | 50.0 | — | Sr Sec Notes | 10 / NC-4 | Ba3 / BB- | Utility | Repay bridge, LBO | 8.3% area |
| 7/18/07 | InterGen | 80.0 | — | Sr Sec Notes | 10 / NC-4 | Ba3 / BB- | Utility | Repay bridge, LBO | 8.3% area |
| 7/18/07 | InterGen | 88.0 | — | Sr Sub Notes | 10 / NC-4 | Ba3 / BB- | Utility | Repay bridge, LBO | 9.2% area |
| 7/20/07 | LBI Media Inc | $225.0 | — | Sr Notes | 10 / NC-5 | B2 / CCC+ | Media | Redeem bonds, Repay Bank | 8.3% area |
| 7/23/07 | Downstream Development Authority | $235.0 | — | Sr Notes | 8 / NC-4 | B3 / — | Gaming | Buildout | — |
| 7/23/07 | Aeroflex, Inc. | $370.0 | — | Sr Sub Notes | 10 / NC-5 | Caa2 / — | Technology | LBO | 7F + 11% |
| 7/23/07 | East Valley Tourist Development | $290.0 | — | Sr Sec Notes | 8 / NC-4 | B1 / B+ | Gaming | Buildout | — |
| 7/23/07 | East Valley Tourist Development | 50.0 | — | Sr Sec FRN | 7 / NC-4 | B1 / B+ | Gaming | Buildout | — |
| 7/24/07 | DAE Aviation | $375.0 | — | Sr Notes | 8 / NC-4 | Caa1 / B- | Aerospace | LBO | — |
| 7/25/07 | Silverton Casino Hotel | $215.0 | — | 2nd Mtg Notes | 8 / NC-4 | Caa1 / B- | Leisure | Buildout | — |
| 7/27/07 | CEVA Group | $1400.0 | — | Sr Notes | 8 / NC-4 | B3 / CCC+ | Services | Acquisition | — |
| 7/27/07 | CEVA Group | 60.0 | — | Sr Notes | 8 / NC-4 | B3 / CCC+ | Services | Acquisition | — |
| | Total | $5,038.0 | | 13 Issues | | | | | |

### Recent deals priced

| | | | Amount | | Type | Rating | Industry | Coupon | Issue Price | Spread |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/17/07 | Cardtronics | $100.0 | 597.0 | Sr Sub Notes | 6 / NMF-2 | Caa1 / B- | Services | | 97.00 | 9.916 |
| 7/16/07 | Alerys Holdings | $200.0 | $413.4 | Sr FRN | 7 / NC-2 | Ba3 / BB- | Real Estate | 3mL+325 | 100.00 | 3mL+325 |
| 7/5/07 | Barry Callebaut Svcs NV | $350.0 | $472.5 | Sr Notes | 10 / NC1 | Ba3 / BB+ | Food | 6.000 | 99.01 | 6.13b |
| 6/29/07 | Metals USA Holdings Corp (HoldCo) | $200.0 | $291.0 | Sr FRN (PIK/Cash) | 5 / NC-0.5 | Caa1 / CCC+ | Metals & Mining | L+600 | 97.00 | L+671 |
| 6/29/07 | National Mentor (HoldCo) | $125.0 | $172.9 | Sr FRN (PIK/Cash) | 7 / NC-2 | Caa2 / CCC+ | Healthcare | 3mL+637.5 | 98.50 | 3mL+665 |
| 6/28/07 | Dollar General Corp. | $1175.0 | $1,151.8 | Sr Notes | 10 / NC-4 | Caa1 / CCC+ | Retail | 10.625 | 98.03 | 11.000 |
| 6/28/07 | Dollar General Corp. | $725.0 | $725.0 | Sr Sub Notes (PIK/Cash) | 10 / NC-5 | Caa2 / CCC+ | Retail | 11.875 | 100.00 | 11.875 |
| 6/26/07 | Conwest Mediaworks LP | $400.0 | $400.0 | Sr Sub Notes | 8 / NC-4 | B2 / CCC+ | Media | 8.250 | 100.00 | 8.250 |
| 6/26/07 | Remax Resources Ltd | $175.0 | $175.0 | Sr Notes | 7 / NC1 | Ba3 / B+ | Metals & Mining | 9.375 | 100.00 | 9.375 |
| 6/19/07 | PAETEC Holding Corp | $300.0 | $300.0 | Sr Notes | 8 / NC-4 | Caa1 / CCC+ | Services | 9.500 | 100.00 | 9.500 |
| 6/17/07 | Community Health Systems | $3021.3 | $3,000.0 | Sr Notes | 8 / NC-4 | B3 / B- | Healthcare | 8.875 | 99.29 | 9.000 |
| 6/17/07 | VWR International (Varietal Distribution) | $675.0 | $675.0 | Sr Notes (PIK/Cash) | 8 / NC-4 | Caa1 / CCC+ | Healthcare | 10.750 | 100.00 | 10.750 |
| 6/17/07 | VWR International (Varietal Distribution) | $353.3 | $353.3 | Sr Sub Notes | 10 / NC-5 | — / — | Healthcare | 10.750 | 100.00 | 10.750 |
| 6/14/07 | VWR International (Varietal Distribution) | $723.0 | $186.3 | Sr Sub Notes | 10 / NC-5 | — / — | Healthcare | 10.790 | 100.00 | 10.790 |
| 6/14/07 | Telcordia Technologies | $555.0 | $548.5 | Sr Sec FRN | 5 / NC-4 | B2 / B | Technology | 3mL+375 | 99.00 | L+400 |
| 6/26/07 | Fresenius Medical Care | $500.0 | $491.1 | Sr Notes | 10 / MMC | Ba3 / BB- | Healthcare | 6.875 | 98.23 | 7.125 |

JPMorgan

TRIBUNE COMPANY    6

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0185636

# Deals that have challenged standards of maximum leverage and minimum coverage have been met with severe market pushback

**Recent large LBOs: original vs. revised capital structures**

| | Thomson Learning | | US Foodservice | | | VWR | Dollar General | | | Servicemaster | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Original | Final | Original | Revised | Final | Final | Original | Revised | Final | Original | Revised | Final |
| = structure change | | | | | | | | | | | | |
| = tranche expected to be funded by the underwriters | | | | | | | | | | | | |
| **Capital structures** | | | | | | | | | | | | |
| 1st Lien Term Loans | 3,440 | 3,440 | 1,565 | 2,065 | | 1,419 | 2,430 | 1,630 | 1,700 | 2,650 | 2,650 | 2,650 |
| 2nd Lien Term Loans | | | | | | | | 800 | 600 | | | |
| Other secured debt | 26 | 26 | 1,942 | 1,442 | 1,442 | 27 | 370 | 370 | 495 | 27 | 27 | 27 |
| *Total secured debt* | $3,466 | $3,466 | $3,507 | $3,507 | $3,507 | $1,442 | $2,800 | $2,800 | $2,800 | $2,677 | $2,677 | $2,677 |
| Sr Notes (cash-pay) | | 1,200 | | 800 | | | 625 | 625 | | | | |
| Sr Notes (toggle) | 1,350 | | 1,000 | | | 875 | 725 | 725 | | 1,150 | 575 | |
| *Total Senior debt* | $4,816 | $4,666 | $4,507 | $4,307 | $4,507 | $2,117 | $4,150 | $4,150 | $3,975 | $3,827 | $3,827 | $3,827 |
| Sub Notes | 250 | | 550 | | | 520 | 550 | 550 | | 424 | 424 | 424 |
| Sub Notes (toggle) | | | | | | | | | | | | |
| Sub Discount Notes | | 400 | | | | | | | | | | |
| *Total Opco debt* | $5,066 | $5,066 | $5,057 | $4,307 | $5,057 | $2,637 | $4,700 | $4,700 | $4,700 | $4,251 | $4,251 | $4,251 |
| Holdco Discount Notes | 540 | | | | | | | | | | | |
| *Total debt* | $5,606 | $5,606 | $5,057 | $5,057 | $5,057 | $2,637 | $4,700 | $4,700 | $4,700 | $4,251 | $4,251 | $4,251 |
| Equity | 1,752 | 1,752 | 2,250 | 2,250 | 2,250 | 1,425 | 2,775 | 2,775 | 2,775 | 1,431 | 1,431 | 1,431 |
| *Total capitalization* | $7,358 | $7,358 | $7,307 | $7,307 | $7,307 | $4,062 | $7,475 | $7,475 | $7,475 | $5,682 | $5,682 | $5,682 |
| **Credit statistics** | | | | | | | | | | | | |
| | | | | | | | thru rents | thru rents | thru rents | | | |
| Secured leverage | 6.1x | 6.1x | 6.4x | 6.4x | 6.4x | -5.3x | 5.5x | 5.5x | 5.5x | 5.7x | 5.7x | -5.7x |
| Sr leverage | 8.4x | 8.2x | 8.2x | 7.8x | 8.2x | 7.8x | 6.9x | 6.9x | 6.7x | 8.2x | 8.2x | -8.2x |
| Sub leverage | 8.9x | 8.9x | 9.3x | | 9.3x | 9.7x | 7.4x | 7.4x | 7.4x | 9.1x | 9.1x | -9.1x |
| Holdco leverage | 9.8x | 9.8x | | -9.3x | | | | | | | | |
| Equity % | 24% | | 31% | | | 35% | 37% | | | 25% | | |
| TEV | 12.8x | | 13.4x | | | 15.0x | 11.4x | | | 12.1x | | |
| EBITDA-capex/cash interest | 0.94x | 1.00x | 0.62x | 0.97x | 0.78x | 1.08x | 1.04x | 0.99x | 0.99x | 1.19x | 1.08x | 1.28x |
| EBITDA-capex/total interest | 0.81x | 0.77x | | 0.77x | | | | | | | | |
| LTM FCF | ($325.2) | ($15.5) | ($571.1) | ($210.9) | ($93.5) | $18.1 | $14.9 | ($36.4) | ($35.9) | $86.0 | $31.8 | $87.1 |
| 2008E FCF | $63.0 | $107.0 | $22.5 | $82.7 | $0.1 | $62.1 | $62.9 | $41.6 | $42.1 | $132.0 | $97.8 | $153.1 |

1. VWR Sr Sub Notes sold to Goldman's mezz fund ahead prior to the market backup.    2.  Dollar General Sr Notes partially sold to HY market but underwriters are believed to hold a large chunk.
3. Dollar General Sub Notes are owned completely by underwriters
4. Servicemaster funded a fully syndicated PIK toggle bridge loan

Note: FCF defined as EBITDA less capex less interest

**JPMorgan**

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0185637

# The weakening market has had an amplified effect on high beta new issues – secondary trading of new issues has been weak

## Market benchmarks continue to weaken materially

| | April 30 | May 31 | June 15 | June 22 | Current | Change | | |
| | | | | | | Week | Month | 2 Months |
|---|---|---|---|---|---|---|---|---|
| 10-year Treasury | 4.62% | 4.89% | 5.17% | 5.13% | 5.05% | -8 bps | +16 bps | +43 bps |
| 10-year swap rate | 5.17% | 5.45% | 5.76% | 5.75% | 5.68% | -7 bps | +23 bps | +51 bps |
| Dow Jones HY CDX index: bid price | 99.56 | 98.68 | 97.06 | 95.56 | 92.88 | -2.69 pt | -4.19 pt | -6.69 pts |
| Dow Jones HY CDX index: bid yield | 7.73% | 7.95% | 8.35% | 8.74% | 9.46% | +72 bps | +151 bps | +173 bps |
| Loan CDX index: bid price | NA | 100.56 | 100.14 | 98.45 | 95.60 | -2.85 pt | -4.54 pts | |

## From pro forma rates to price talk to pricing to trading, yields on recent LBOs continue to bleed

| Priced | Issuer | Size | Security | Mat/Call | Ratings Mdy | Ratings S&P | PF rate | Price Talk | Clearing Yield | Trading Level |
|---|---|---|---|---|---|---|---|---|---|---|
| **Priced deals** | | | | | | | | | | |
| Jun 22 | Thomson Learning | $1,200.0 | Sr Notes | 7.5nc4 | Caa1 | CCC+ | 10.00% | 10.25%-10.5% | 10.75% | 11.25% |
| Jun 22 | Thomson Learning | $400.0 | Sr Sub Disc Notes | 8nc4 | Caa2 | CCC+ | 10.625% | 12.75%-13.0% | 13.25% | 13.86% |
| Jun 26 | VWR International | $675.0 | Sr Notes (toggle) | 8nc4 | Caa1 | CCC+ | 9.00% | 9.75%-10.00% | 10.25% | 10.39% |
| Jun 28 | Dollar General Corp. | $625.0 | Sr Notes | 8nc4 | Caa1 | CCC+ | 9.50% | 10.5% area | 11.00% | 11.75% |
| Jun 28 | Dollar General Corp. | $550.0 | Sr Sub Notes (toggle) | 10nc5 | Caa2 | CCC+ | 10.75% | 12% area | 11.68% | 15.00% |
| **Pulled deals** | | | | | | | | | | |
| Jun 22 | Thomson Learning (HoldCo) | $540.0 | Sr PIK FRN | 8nc4 | Caa2 | CCC+ | L+725 | -- | | |
| Jun 26 | U.S. Foodservice | $1,000.0 | Sr Notes (toggle) | 8nc4 | Caa2 | CCC+ | 8.75% | 10.75%-11.00% | | |
| Jun 26 | U.S. Foodservice | $550.0 | Sr Sub Notes | 10nc5 | Caa2 | CCC | 10.00% | | | |
| Jul 03 | Servicemaster | $575.0 | Sr Notes | 8nc4 | B3 | CCC+ | -- | 10.5% area | | |
| Jul 03 | Servicemaster | $575.0 | Sr Notes (toggle) | 8nc4 | B3 | CCC+ | 9.50% | 11% area | | |
| Jul 10 | Swift & Co | $200.0 | Sr FRN | 7nc2 | Caa2 | B | -- | | | |
| Jul 10 | Swift & Co | $200.0 | Sr Notes | 8nc4 | Caa2 | B | -- | | | |
| Jul 10 | Swift & Co | $200.0 | Sr Notes (toggle) | 8nc4 | Caa2 | B | -- | | | |
| Jul 11 | Quebecor Media Inc | $750.0 | Sr Notes | 7.5nc4 | B2 | B | -- | 8.75%-8.875% | | |
| Jul 11 | Quebecor Media Inc | $0.0 | Sr Notes | 10.5nc5 | B2 | B | -- | -- | | |
| Jul 18 | Harmony Gold Mining | $350.0 | Sr Notes | 7nc3 | -- | BB+ | -- | -- | | |

JPMorgan ○

MARKET UPDATE

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0185638

# Large media Term Loan B trading levels



JPMorgan ⬡

TRIBUNE COMPANY    9

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0185639

## CDS and LCDS trading levels



JPMorgan ○

TRIBUNE COMPANY    10

MARKET UPDATE

Professionals' Eyes Only
Highly Confidential — Attorneys' Eyes Only

TRB0185640

# Tribune debt performance



### Current High Yield Trading Levels

| Issuer | Issue Date | Issue Type | Principal | Coupon | Maturity | Ratings | Price | YTW | STW | WA Date |
|--------|-----------|-----------|-----------|--------|----------|---------|-------|------|------|---------|
| Tribune Co | 10/1/98 | Nts | $167.9 | 5.500% | 10/6/08 | B2/B | 96.97 | 8.20% | 321 | 10/6/08 |
| Tribune Co | 12/3/98 | Nts | $69.6 | 5.670% | 12/8/08 | B2/B | 96.85 | 8.13% | 317 | 12/8/08 |
| Tribune Co | 1/15/95 | Debs | $148.2 | 7.250% | 3/1/13 | B2/B | 86.53 | 10.49% | 553 | 3/1/13 |
| Tribune Co | 11/7/96 | Debs | $148.0 | 7.250% | 11/15/96 | B2/B | 62.45 | 11.60% | 620 | 11/15/96 |

MARKET UPDATE

Professionals' Eyes Only
Highly Confidential — Attorneys' Eyes Only

TRB0185641

## Recent TRB trading performance



Source: Wall Street research and PowerData
Note: Newspaper Index includes BLC, GCI, JRC, LEE, MEG, NYT, WPO; market data as of 07/18/2007

JPMorgan

MARKET UPDATE

TRIBUNE COMPANY    12

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0185642