| | |
|---|---|
| **From:** | Kurmaniak, Rosanne [CMB-GBKG] |
| **Sent:** | Tuesday, July 03, 2007 02:43 PM |
| **To:** | Mohr, Christina [CMB-GBKG] |
| **Subject:** | FW: Tribune Call |
| **Importance:** | Low |

```
Its really lovely that we're having this call, but we haven't been given
much info with which to make it productive.
-----Original Message-----
From: Kazan, Daniel G [mailto:DKazan@tribune.com]
Sent: Tuesday, July 03, 2007 9:45 AM
To: Kurmaniak, Rosanne [CMB-GBKG]
Subject: RE: Tribune Call
Rosie:  That one is not available yet.  I believe Scott will talk to
some of the items on that sheet, but we aren't ready to distribute it.
Dan
-----Original Message-----
From: Kurmaniak, Rosanne [mailto:rosanne.kurmaniak@citi.com]
Sent: Tuesday, July 03, 2007 8:41 AM
To: Kazan, Daniel G
Subject: RE: Tribune Call
Sure - as attached.
-----Original Message-----
From: Kazan, Daniel G [mailto:DKazan@tribune.com]
Sent: Tuesday, July 03, 2007 9:33 AM
To: Kurmaniak, Rosanne [CMB-GBKG]
Subject: RE: Tribune Call
Do you have a copy of an old "flash" file you are referring to?
-----Original Message-----
From: Kurmaniak, Rosanne [mailto:rosanne.kurmaniak@citi.com]
Sent: Tuesday, July 03, 2007 8:23 AM
To: Kazan, Daniel G
Subject: Fw: Tribune Call
Dan - we're having a call today with scott and the lenders for a
publishing update.  Don sent the attached but usually there is a second
"flash report" file that comes with it.  Chandler is out this week, so
thought I'd ask you if you had that file.  Its easier to get a sense of
absolute numbers from that file vs the one don sent.  Can send the one
I'm thinking of if its helpful, or brown books would work too.
Hope all is well.  Did chandler forward ruoxi's pictures from last week?
Best, Rosie




-----Original Message-----
From: Canmann, Michael S [CMB-GBKG]
To: Mohr, Christina [CMB-GBKG]; Kurmaniak, Rosanne [CMB-GBKG]; Persily,
Julie [CMB-GFICC]; Dilworth, Timothy P [CMB-GFICC]
Sent: Mon Jul 02 20:59:28 2007
Subject: Fw: Tribune Call
FYI for tomorrow.
-----Original Message-----
From: Grenesko, Don <DGrenesko@tribune.com>
To: michael_ogrady@ml.com <michael_ogrady@ml.com>; Canmann, Michael S
[CMB-GBKG]; peter.cohen@jpmorgan.com <peter.cohen@jpmorgan.com>;
scott.seaton@bofasecurities.com <scott.seaton@bofasecurities.com>
CC: Smith, Scott C. <SSmith@tribune.com>; Gremillion, Bob
<BGremillion@sun-sentinel.com>
Sent: Mon Jul 02 18:07:48 2007
Subject: Tribune Call
 <<RevTrnds w qtrinfo (Top 6).xls>>
 <<RevTrnds w qtrinfo (Top 6).xls>>
All
We will have a conference call tomorrow at 11:00a Central to discuss
Tribune's revenue results for May and June. On the call with me will be
```

CONFIDENTIAL                                                                                           CITI-TRIB-CC 00032533

Scott Smith and Bob Gremillion from our Publishing group. Attached is the preliminary flash report for the Publishing group's June revenues. Scott and Bob will also discuss new revenue initiatives and general trends for the second half, recognizing that visibility is very limited.
Dial in information is as follows:
Dial-in: 866-637-2663
Passcode: 869-6211
Regards
Don
 <<RevTrnds w qtrinfo (Top 6).xls>>

CONFIDENTIAL

CITI-TRIB-CC 00032534