| | |
|---|---|
| **From:** | Canmann, Michael S [CMB-GBKG] |
| **Sent:** | Friday, October 12, 2007 09:24 PM |
| **To:** | Schell, J Michael [CMB-GBKG]; Mohr, Christina [CMB-GBKG]; Kurmaniak, Rosanne [CMB-GBKG] |
| **Subject:** | Tribune |
| **Importance:** | Low |

I spoke with Don and went through our script. He had no problems with the issues and was fine with our making a note of our position at the board. He basically anticipated this and understood that we would not be taking a position should negotiations take place.
He does want us to send him a copy of our slides on Tuesday and to compare notes with Tom Wayne prior to the meeting. He would like us to present the market overview.
He had very nice things to say and overall said how pleased he was with our work!


Michael S. Canmann
Managing Director
Head of Chicago Investment Banking
Citi
8700 Sears Tower
Chicago, IL 60606
Tel (312) 876 - 8830
Fax (312) 281 - 9059
michael.s.canmann@citigroup.com

CONFIDENTIAL