# Equity Group Investments

---

## Tribune Discussion Materials

---

June 13, 2007

Strictly Private and Confidential

citi

CONFIDENTIAL

CITI-TRIB-CC 00047487

# Table of Contents

1.  Executive Summary                               1

2.  Tribune Broadcasting Alternatives              10

3.  Tribune Publishing Alternatives               19

4.  Tribune Superstation Alternatives             25

    Appendix                                       30

citi

# 1.  Executive Summary

citi

CONFIDENTIAL

CITI-TRIB-CC 00047489

## Overview and Topics For Discussion

- Review of Tribune most recent results / trends

  - Continued and perhaps accelerating decline of newspaper advertising in large markets

  - Weakness in classified in all geographies (60% of the YTD Plan shortfall was related to classified revenue)

  - Classified impact magnified in South Florida

- Impact on 2007 operating results

  - Unclear if and when current decline stabilizes or improves

  - Significance of performance below Plan

  - Impact, if any, on Step 2 financing

  - Impact on long-term projections

  - Near-term cash for debt repayments vs. long-term asset portfolio decisions

- Alternatives for incremental debt paydown / cash flow improvement

  - Areas of focus: Broadcasting vs. Publishing vs. Cable

1



CONFIDENTIAL

# Tribune 2007 Operating Results

YTD results (thru P4) show a $15mm shortfall in OCF vs. Plan, due to publishing revenue weakness offset by some cost improvements in B&E.

| ($ in millions) | 2007 Plan | Results through P4 | | | Implied 2007 P5-P12 (Plan) |
| --- | --- | --- | --- | --- | --- |
| | | Actual | 2007 Plan | Difference | |
| **Publishing:** | | | | | |
| Revenue | $3,946 | $1,210 | $1,247 | ($37) | $3,910 |
| Operating Expenses | 3,017 | 968 | 981 | (13) | 3,004 |
| Operating Cash Flow [(a)] | $929 | $243 | $266 | ($23) | $906 |
| **Broadcasting & Entertainment:** | | | | | |
| Revenue | $1,401 | $404 | $404 | ($1) | $1,400 |
| Operating Expenses | 976 | 291 | 300 | (9) | 967 |
| Operating Cash Flow [(a)] | $426 | $113 | $105 | $8 | $433 |
| **Consolidated:** | | | | | |
| Revenue | $5,347 | $1,614 | $1,651 | ($37) | $5,310 |
| Operating Expenses | 4,042 | 1,274 | 1,296 | (22) | 4,020 |
| Operating Cash Flow [(a)] | $1,305 | $340 | $356 | ($15) | $1,290 |
| **Difference vs. Plan** | | | | | **($15)** |

(a) Includes Cubs; excludes Hoy and SCNI; excludes stock-based compensation.

2



CONFIDENTIAL

CITI-TRIB-CC 00047491



# Publishing Revenue Performance Thru P4

**P4 YTD 2007 Revenues**
($ in millions)

| Publishing Revenue Shortfall | |
|---|---|
| | Actual vs. Plan |
| Retail Advertising | ($2) |
| National Advertising | (9) |
| Classified Advertising | (22) |
| Circulation & Other | (4) |
| **Total Publishing Revenue** | **($37)** |

Chart values: $1,651 (2007 Plan), $24 (NY, LA, Chicago), $14 (Floridas), $3 (Baltimore), $4 (Other Publishing), $1 (B&E / Corporate), $1,614 (2007 Actual)

**YTD P4 Advertising Performance – Revenue Shortfall**
($ in thousands)

NY, LA, Chicago: $20,534 total ($8,670 P4, $6,199 P3, $1,958 P2, $5,707 P1)
Floridas: $12,242 total ($4,564 P4, $5,077 P3, $2,781 P2, ($180) P1)
Baltimore: $3,057 total ($1,506 P4, $1,530 P2, $710 P1, ($689))
Other: $3,752 total ($1,628 P4, $590 P3, $452 P2, $1,082 P1)
Total: $39,585 ($12,173 P4, $13,372 P3, $6,721 P2, $7,319 P1)

P4, P3, P2, P1

3

citi

CONFIDENTIAL

CITI-TRIB-CC 00047492

# Consolidated OCF Performance vs. Plan

- Publishing:  $13mm decline on $37mm of revenue loss implies 35% variable costs
  - Unclear impact of original $200mm cost savings initiatives given current fixed vs. variable cost structure

- B&E:  $1mm revenue loss offset by $9mm operating expense savings due to lower programming costs and G&A / Promotion savings

**P4 YTD 2007 Operating Cash Flow** (a)
($ in millions)



| | NY, LA, Chicago | Floridas | Baltimore | Other Publishing | B&E / Corporate | |
|---|---|---|---|---|---|---|
| **% Contr. of OCF Shortfall** | 63% | 38% | 8% | (11%) | 2% | |
| **% Contr. of Revenue Shortfall** | 85% | 67% | 20% | (21%) | (51%) | |

4    (a) Excludes stock-based compensation.

citi

CONFIDENTIAL

# Alternative 2007 Estimates

The 2007 operating plan assumes each of Q3 and Q4 have year-over-year improvements vs. 2006 (i.e. 2007 management plan assumes back end improvement).

- Scenario 1: Q2-Q4 are 5% off vs. Management Plan (Q1 actual was 8% off plan)
  - Equates to management's estimate of 2007 in its 3% down case
  - Results in 2007 OCF of $1,234

- Scenario 2: Q3-Q4 Management Plan are revised to reflect year-over-year declines vs. 2006
  - Q2-Q4 are 5% off vs. Management Plan
  - Results in 2007 OCF of $1,171

2007 Operating Cash Flows by Quarter
($ in millions)



5

CITI-TRIB-CC 00047494

# 2007 Results – Impact on Leverage

Consolidated OCF estimated in Scenarios 1 and 2 implies an approximate $75-$150mm Publishing shortfall (assuming B&E performs on Plan).

($ in millions)

| | Step 1 | 2007 Plan | Scenario 1 | Scenario 2 |
|---|---|---|---|---|
| Operating Cash Flow: | | | | |
| **Total Operating Cash Flow**[a] | | **$1,305** | **$1,234** | **$1,171** |
| B&E | | (426) | (426) | (426) |
| Corporate Expenses | | 49 | 49 | 49 |
| Publishing | | $929 | $858 | $795 |
| **Difference (vs. Plan)** | | **--** | **($71)** | **($134)** |
| Total Operating Cash Flow | | $1,305 | $1,234 | $1,171 |
| Less: Cubs | | (20) | (20) | (20) |
| Plus: Cash Flows from Equity Investments | | 69 | 69 | 69 |
| Plus: ESOP / Other Cash Savings | | 80 | 80 | 80 |
| **2007 PF Adj. EBITDA** | | **$1,434** | **$1,362** | **$1,300** |

| | Step 1 | | Step 2 | |
|---|---|---|---|---|
| 2007 OCF Shortfall | -- | -- | ($71) | ($134) |
| Illustrative Interest Cost (8.0%) | -- | -- | (5) | (10) |
| Tax Benefit (38.25%) | -- | -- | 29 | 55 |
| **Illustrative Loss of Cash Flow** | **--** | | **($47)** | **($89)** |
| Net Debt | $9,282 | $12,216 | $12,169 | $12,127 |
| LTM '07 PF Adj. EBITDA | 1,414 | $1,434 | $1,362 | $1,300 |
| **Net Debt / '07 PF Adj. EBITDA** | **6.6x** | **8.5x** | **8.9x** | **9.3x** |

(a) Excludes stock-based compensation.

- Assuming 35% variable cost structure:
  - $71mm OCF shortfall implies $111mm revenue shortfall, down ~4% vs. 2006
  - $134mm shortfall implies $206mm revenue shortfall, down ~6% vs. 2006
- Note: Management plan vs. its 3% downside case implies 10% variable cost structure

6



CONFIDENTIAL

CITI-TRIB-CC 00047495

# Impact on Tribune Debt Paydown Since Deal Announcement

Current cash actions provide for payment of term loan X, but at an ongoing cost of $285mm.

| ($ in millions)<br>Change | Initial Impact | Cumulative Cash<br>Flow Impact ('07-'11) | Total Impact<br>by 2011 |
|---|---|---|---|
| ▲ Settlement with IRS on Bender / Mosby appeal | $290 | -- | **$290** |
| ▲ Reduced '07E capex & investments | 45 | -- | **45** |
| ▲ Incremental cash from real estate opportunities [b]<br>(Sale of TMCT and other additional real estate sales) | 375 | $(88) [a] | **287** |
| ▲ Net impact of additional publishing / station sales<br>(Tribune Media Services, Washington D.C., St. Louis, Portland, San Diego) | 536 | (197) | **339** |
| ▲ Ability to use Eagles cash | 82 | -- | **82** |
| ▲ State cash tax rate change | -- | 35 | **35** |
| ▲ Interest savings related to cash flow improvement | -- | 370 | **370** |
| ▲ Microsoft / CareerBuilder deal | NA | NA | **NA** |
| ▼ Increased financing cost (increase in LIBOR curve [c]<br>and 50bps increase in new bank debt excl. TLX) | -- | (286) | **(286)** |
| ▼ SCNI deal with Gannett terminated | -- | -- | **--** |
| **Total** | **$1,328** | **($166)** | **$ 1,162mm** |
| ▼ Continued weakening in Publishing | -- | -- | **($945)** |

7    (a) $22mm/yr of incremental lease payments for 4 years.
     (b) Equals after-tax sale proceeds and cash flow foregone for 4 years.
     (c) Reflects change in financing costs after positive cash flow impacts.

citi

CONFIDENTIAL

CITI-TRIB-CC 00047496

# Net Impact to Deleveraging Profile

Based on the management projections, the impacts and assumptions made following deal announcement have improved Tribune's leverage profile. Weakened Publishing results could have a ~2.5x multiple impact on leverage by 2011 (5.2x vs. 7.8x).



|  | 2007E | 2008E | 2009E | 2010E | 2011E |
|---|---|---|---|---|---|
| **OCF** [a] | $1,285 | $1,360 | $1,388 | $1,418 | $1,415 |
| **Adj. EBITDA** [b] | $1,434 | $1,540 | $1,587 | $1,644 | $1,668 |

|  | 2007E | 2008E | 2009E | 2010E | 2011E |
|---|---|---|---|---|---|
| $1,285 | $1,317 | $1,304 | $1,333 | $1,329 |
| $1,434 | $1,460 | $1,503 | $1,559 | $1,582 |

|  | 2007E | 2008E | 2009E | 2010E | 2011E |
|---|---|---|---|---|---|
| $1,213 | $1,159 | $1,067 | $1,023 | $933 |
| $1,362 | $1,302 | $1,266 | $1,249 | $1,186 |

Net Debt ■ Total Guaranteed Debt / Adj. EBITDA — ▲ — Total Guaranteed Debt / Adj. EBITDA Covenant

8    (a) Pro forma for sale of Cubs / Comcast in 2007. OCF in 2008 reflects sale of TMS on 6/30/08 and four TV stations on 9/30/08.
(b) 2007 and 2008 Adj. EBITDA shown pro forma for full-year impact of divesting Cubs / Comcast and TMS and TV stations, respectively.

citi

CONFIDENTIAL

CITI-TRIB-CC 00047497

# Alternatives for Discussion

However, B&E asset sales may provide near-term leverage reductions and flexibility of cash flows vs. some of the more complex publishing initiatives.

- Broadcasting & Entertainment
    - Cluster Station Sales
    - Sale of Renaissance Group
- Publishing
    - Publishing Joint Operating Agreements
    - Axel Springer Minority Investment
    - Continued Internal Cost Reductions
- Superstation
    - Content Agreement
- Incremental Real Estate Sales

9



CITI-TRIB-CC 00047498

## 2.  Tribune Broadcasting Alternatives

citi

CONFIDENTIAL

# Broadcasting Market Environment

**Near Term Positives**

- Public market values have appreciated 70% over the last year reflecting:
  - Successful retransmission negotiation
  - An early and well funded start to the 2008 political campaign
- Private market interest is strong, with high leverage levels supporting premium purchase prices
- Three significant broadcasting properties in the market: LinTV, Nexstar and Lincoln National

**Long Term Concerns**

- DVR penetration has passed 17%, with less programming consumed in the 24 hour window
- Advertisers are focused on programming that is consumed real time
- Ratings are following first run programming, forcing nationals to extend their programming schedules or increase costs
- Exclusivity windows are shortening with syndicated programming losing its appeal
- Network power and the prospect of reverse comp can erode retransmission income

10

citi

CONFIDENTIAL

CITI-TRIB-CC 00047500

# Public Market Valuations Have Rebounded

A better than expected political year, high profile retrans wins and LBO valuations have driven stock prices higher following significant declines over the 18 months ended June 30, 2006.



**Stock Price Performance**

Median: 81%

| | 1/1/05 – 6/30/06 Performance | 7/1/06 – 5/23/07 Performance |

**Firm Value / Average Forward EBITDA** (a)

| 2-Yr Ago Median: | 10.5x |
| Today's Median: | 11.2x |

| | LIN | SBG | Nexstar | Hearst-Argyle | GRAY | BELO (b) |
|---|---|---|---|---|---|---|
| '04 EBITDA Margin: | 35.5% | 29.6% | 39.4% | 43.2% | 42.1% | 38.0% |
| '06 EBITDA Margin: | 31.4 | 33.8 | 33.4 | 32.5 | 39.0 | 33.9 |

Note: Valuation multiples based on prices as of 4/23/06 and 4/23/07, respectively.  Based on company filings (as of 12/31/05 and 12/31/06) and Wall Street research.
(a) Average forward EBITDA multiples based on blended EBITDA for 2004 and 2005 for 2-years ago series and blended EBITDA for 2006 and 2007 for today.
(b) Represents implied TV Firm Value, backs out Newspaper business at 10.0x 2005 EBITDA for 2-years ago series and 9.0x 2007 EBITDA for today.

11

citi

CONFIDENTIAL

CITI-TRIB-CC 00047501

# Retrans Upside has Driven Industry Stock Performance

Recent stock gains appear to fully reflect the retransmission revenue upside.

## Estimated Retrans as % of Net Revenue

| 5% | 7.5% | 10% |
|---|---|---|



## Present Value of Estimated Retrans Earnings [a]
($ in millions)



## Increase in Market Capitalization Since 8/1/06
($ in millions)



## Stock Gains as % of Estimated Retrans Gain



12  Note: Market data as of 5/16/07 before Nexstar and LIN TV announcements of strategic reviews.
(a) Retrans revenue assumed to be percentage of revenue estimated above. Assumes 8.0% WACC and 2.5% perpetuity growth rate for terminal value calculation.
(b) See calculation on page 0.

citi

CONFIDENTIAL

CITI-TRIB-CC 00047502

# Private Market Valuations Are High

Strategic buyers, looking for in-region expansion or duopolies, and financial buyers capitalizing on leverage, have driven private market activity.

**Private Market Valuations (FV / 2 Year Average BCF)**
($ in millions)



| | Gray / Emmis | Journal Comms / Emmis | Lin TV / Emmis | Raycom / Liberty | SJL & Blackstone / Emmis | Barrington / Raycom | Media General / NBCU | Hearst-Argyle / Emmis | Gannett / Tribune | Sunbeam / Tribune | Oak Hill / NY Times | Cerberus / CBS | Providence / CCU TV | Bonten Media / Bluestone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date: | Aug-05 | Aug-05 | Aug-05 | Aug-05 | Sep-05 | Mar-06 | Apr-06 | May-06 | Jun-06 | Sep-06 | Jan-07 | Feb-07 | Apr-07 | May-07 |
| Value ($ mm): | $186 | $235 | $260 | $987 | $259 | $262 | $595 | $217 | $180 | $114 | $575 | $185 | $1,200 | $230 |
| # of Stations: | 1 | 3 | 5 | 15 | 4 | 12 | 4 | 1 | 1 | 1 | 9 | 7 | 51 | 12 |

☐ 2 Year Average BCF Multiple

Note: Multiples based on average BCF of latest completed year and following projected year at time of transaction.

13

citi

CONFIDENTIAL

CITI-TRIB-CC 00047503

# Illustrative Broadcasting Divestiture Alternatives

($ in millions)

| Market(s) | Rationale | Assumed Transaction Multiple | Proceeds | | '07-'11 Cumulative OCF |
| --- | --- | --- | --- | --- | --- |
| | | | Gross | Net | |
| Assets Assumed in Bank Projections | • Low margin and/or high basis | 14.1x | $326 | $350 | $156 |
| Renaissance Cluster [a] | • Ability to utilize high stock basis to maximize after tax proceeds | 11.1x | $788 | $877 | $486 |
| Individual Asset Sales – Attractive Markets for Buyers | • Dallas, Houston, Miami, Sacramento<br>• Markets that may have higher interest / purchase multiples | 13.8x | $960 | $630 | $385 |
| FOX Market cluster (incl. duopoly markets) | • Seattle, Sacramento, Indianapolis, Hartford, Grand Rapids, Harrisburg | 13.2x | $835 | $575 | $359 |
| Illustrative Large Market Sale – Los Angeles | • Maximize absolute value / proceeds with minimal business separation<br>• Additional valuable real estate<br>• High stock basis | 12.0x | $528 | $492 | $317 |

14    (a) Excludes Washington D.C. and St. Louis (already included in Assets Assumed in Bank Projections) and duopoly Indianapolis (WXIN).



CONFIDENTIAL

CITI-TRIB-CC 00047504

# Illustrative Broadcasting Clusters

| Market | DMA Rank | Affiliation | 2007 OCF | 2007 OCF Margin | '05-'07 OCF CAGR | '07-'11 OCF CAGR | PF '07E B&E OCF OCF | PF '07E B&E OCF % of Total |
|---|---|---|---|---|---|---|---|---|
| Washington, D.C. | 8 | CW | $14 | 38% | (16)% | 9% | | |
| St. Louis | 21 | CW | 6 | 25 | 1 | 0 | | |
| Portland | 22 | CW | 1 | 7 | (42) | 35 | | |
| San Diego | 27 | CW | 2 | 10 | 29 | 27 | | |
| **Assets Assumed in Bank Projections** | | | **$23** | **24%** | **(12)%** | **10%** | **$382** | **30.3%** |
| | | | | | | | | |
| Philadelphia | 4 | MY | $10 | 25% | (5)% | 7% | | |
| Dallas | 6 | CW | 23 | 41 | (15) | 7 | | |
| Miami | 16 | CW | 20 | 44 | (2) | 1 | | |
| Sacramento | 20 | FOX | 15 | 36 | 3 | 4 | | |
| Hartford (Duopoly) | 28 | FOX, CW | 12 | 32 | 1 | 4 | | |
| Harrisburg | 41 | FOX | 4 | 25 | 2 | 3 | | |
| **Renaissance Cluster [a]** | | | **$84** | **35%** | **(5)%** | **4%** | **$299** | **25.3%** |
| | | | | | | | | |
| Dallas | 6 | CW | $23 | 41% | (15)% | 7% | | |
| Houston | 10 | CW | 12 | 32 | (9) | (2) | | |
| Miami | 16 | CW | 20 | 44 | (2) | 1 | | |
| Sacramento | 20 | FOX | 15 | 36 | 3 | 4 | | |
| **Attractive Markets** | | | **$69** | **38%** | **(7)%** | **3%** | **$313** | **26.2%** |
| | | | | | | | | |
| Seattle (Duopoly) | 14 | FOX, MY | $14 | 25% | (3)% | 1% | | |
| Sacramento | 20 | FOX | 15 | 36 | 3 | 4 | | |
| Indianapolis (Duopoly) | 25 | FOX, CW | 11 | 25 | 32 | 3 | | |
| Hartford (Duopoly) | 28 | FOX, CW | 12 | 32 | 1 | 4 | | |
| Grand Rapids | 38 | FOX | 7 | 38 | (2) | 0 | | |
| Harrisburg | 41 | FOX | 4 | 25 | 2 | 3 | | |
| **FOX Markets** | | | **$63** | **29%** | **4%** | **3%** | **$319** | **26.6%** |
| | | | | | | | | |
| **Los Angeles** | **2** | **CW** | **$44** | **29%** | **(10)%** | **13%** | **$338** | **27.8%** |

Note: $1,285mm PF OCF (Consolidated excl. Cubs) equates to B&E OCF and OCF contribution of $406mm and 31.5% of total OCF, respectively, on a standalone basis.
(a) Excludes Washington D.C. (part of Assets Assumed in Bank Projections) and Indianapolis (WXIN) .

15



CONFIDENTIAL

CITI-TRIB-CC 00047505



# Pro Forma Leverage Impact to Tribune

### Sale of Renaissance Scenario 1 Projections

### Sale of Attractive Markets Scenario 1 Projections

### Sale of Los Angeles Scenario 1 Projections

| | 2007E | 2008E | 2009E | 2010E | 2011E | 2007E | 2008E | 2009E | 2010E | 2011E | 2007E | 2008E | 2009E | 2010E | 2011E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OCF** [a] | $1,213 | $1,134 | $966 | $922 | $830 | $1,213 | $1,139 | $986 | $945 | $854 | $1,213 | $1,145 | $1,003 | $944 | $860 |
| **Adj. EBITDA** [b] | $1,362 | $1,204 | $1,165 | $1,148 | $1,083 | $1,362 | $1,224 | $1,185 | $1,170 | $1,107 | $1,362 | $1,246 | $1,201 | $1,169 | $1,113 |

Net Debt   ■ Total Guaranteed Debt / Adj. EBITDA   ▲ Total Guaranteed Debt / Adj. EBITDA Covenant

16    (a)   Pro forma for sale of Cubs / Comcast in 2007. Current Leverage Profile and OCF in 2008 reflects assumes sale of TMS on 6/30/08, four bank sale TV stations on 9/30/08, and additional TV clusters on 9/30/08.
(b)   2007 and 2008 Adj. EBITDA shown pro forma for full-year impact of divesting Cubs / Comcast and TMS and TV stations, respectively.

citi

CONFIDENTIAL

# Potential TV Station Buyers

| | **Strategic** | **Financial** |
|---|---|---|
| **Illustrative Buyers** | • Gannett, Hearst, Washington Post (larger markets)<br>• NBC, CBS, Fox, Comcast, Disney, Time Warner<br>• Media General, Raycom, Sinclair (mid to small markets)<br>• New Vision TV<br>• Other strategics with single market interest | • Carlyle<br>• Cerberus<br>• Providence<br>• Oak Hill<br>• Apollo<br>• Diamond Castle<br>• Quadrangle<br>• Vestar<br>• Kelso<br>• Spectrum<br>• Crestview<br>• Silverpoint Capital<br>• Tinicum Capital Partners |
| **Considerations** | • May pay more for duopoly or strategic markets<br>• Higher likelihood of interest in less attractive markets<br>• Some in-market constraints | • Recent increased interest<br>• Buyers may be looking to leverage existing assets<br>• May be looking for asset portfolios<br>• Less network leverage vs. strategic<br>• Och-Ziff (mezzanine?)<br>• May be a small subset of vanity buyers in large markets |

17

citi

CONFIDENTIAL

CITI-TRIB-CC 00047507

# Comparison of Alternatives – Impact to Leverage

Given the net impacts of B&E station sales on both absolute debt and leverage, alternatives focused on cash flow improvement at Publishing may provide greater overall leverage profile.

($ in millions)

| Metric | Scenario 1 with Operating Income Improvements | | | Scenario 1 with Add. Asset Sales (Renaissance Group) [a] | | |
|---|---|---|---|---|---|---|
| | Pre-Tax Transaction Multiple | | | Incremental Cost Savings | | |
| | 11x | 12x | 13x | $0 | $100 | $200 |
| **2012 (5 years):** | | | | | | |
| Net Debt | $9,802 | $9,731 | $9,661 | $10,647 | $10,110 | $9,576 |
| Net Debt/EBITDA | 8.9x | 8.9x | 8.8x | 8.9x | 7.8x | 6.8x |
| Cumulative Debt Paydown | $2,465 | $2,535 | $2,605 | $1,620 | $2,157 | $2,690 |
| **Difference** | -- | -- | -- | **($845)** | **($379)** | **$85** |
| **2017 (10 years):** | | | | | | |
| Net Debt | $9,150 | $9,042 | $8,935 | $9,808 | $8,368 | $6,936 |
| Net Debt/EBITDA | 8.2x | 8.1x | 8.0x | 7.9x | 6.3x | 4.8x |
| Cumulative Debt Paydown | $3,116 | $3,224 | $3,332 | $2,459 | $3,898 | $5,330 |
| **Difference** | -- | -- | -- | **($658)** | **$674** | **$1,998** |

(a) Excludes Indianapolis (WXIN).

18



CONFIDENTIAL

CITI-TRIB-CC 00047508

3.  Tribune Publishing Alternatives

citi

CONFIDENTIAL

CITI-TRIB-CC 00047509

# Leveragable Publishing Cost Structure

- Management projections and sensitivities generally suggest a fixed / variable cost structure of 65% / 35%

- Fixed cost improvements are likely to have the greatest impact to a declining cash flow

- Potentially, fixed cost savings can improve operating cash flow, even in declining revenue scenarios

- Potential joint ventures with other newspaper publishers could:
  - Improve cash flow with little, if any, revenue disruption
  - Unlock potential valuable real estate value
  - Likely attract the greatest amount of interest in South Florida and New York given proximity of competing facilities

- South Florida and New York JOAs could result in ~$150mm of annual cash flow savings
  - Require additional feedback from operating management
  - Cost savings estimates

**Operating Cash Flow Sensitivities**
($ in millions)

| | | '07-'11 Cumulative PF OCF | | |
|---|---|---|---|---|
| | | Mgmt | Scenario 1 | Scenario 2 |
| 2007E OCF | | $929 | $858 | $795 |
| '07-'11 Rev. Growth | | 0.7% | (3.0%) | (3.5%) |
| Cumulative Rev. Shortfall | | -- | ($1,783) | ($2,291) |
| Fixed | $0 | $0 | ($1,013) | ($1,270) |
| Cost | 100 | 351 | (662) | (919) |
| Savings | 200 | 703 | (310) | (567) |
| | 300 | 1,054 | 41 | (216) |

Note: Assumes 2 year ramp of cost savings.

19



CONFIDENTIAL

CITI-TRIB-CC 00047510

# Potential Joint Operating Agreement - Florida

Operations in South Florida could be consolidated into shared facilities and potentially combined delivery.

## Florida Coverage Area



**TCPALM** (a)
FLORIDA'S TREASURE COAST AND PALM BEACHES

E. W. Scripps Company
M-F Avg. Circulation: 110,872
Sunday Circulation:  119,357

**PalmBeachPost**
Cox Enterprises
M-F Avg. Circulation: 175,495
Sunday Circulation:  204,847

**Orlando Sentinel**
Tribune Company
M-F Avg. Circulation: 226,854
Sunday Circulation:  335,689

**FLORIDA TODAY**
Garnett Company
M-F Avg. Circulation: 86,057
Sunday Circulation:  100,555

**Sun-Sentinel**
Tribune Company
M-F Avg. Circulation: 226,591
Sunday Circulation:  319,103

**The Miami Herald**
McClatchy Company
M-F Avg. Circulation: 272,299
Sunday Circulation:  342,432

## South Florida Cost Structure

| Metric | South Florida 2007 Plan | Savings % | Savings $ |
|---|---|---|---|
| **Keep:** | | | |
| Newprint & Ink | $45,765 | 0% | $0 |
| Outside Services | 32,866 | 0 | 0 |
| Promotion | 7,374 | 0 | 0 |
| Total | $86,005 | | $0 |
| **Save:** | | | |
| Compensation | $115,419 | 50% | $57,709 |
| TMC Postage | 5,630 | 10 | 563 |
| Other Circulation (Delivery) | 27,709 | 10 | 2,771 |
| Other Cash Expenses | 33,250 | 50 | 16,625 |
| Total | $182,007 | | $77,668 |
| Total Expenses | $268,012 | | $77,668 |
| Management Fee | -- | (30%) | (23,300) |
| **Net Expense Savings** | | | **$54,368** |

| | 2007 Plan | 2007 PF |
|---|---|---|
| Revenues | $415,907 | $415,907 |
| Operating Expenses | 268,012 | 213,645 |
| **Pro Forma OCF** | **$147,895** | **$202,263** |

Source: Audit Bureau of Circulations. Circulation averages for the six months ended 3/31/07.
(a) Treasure Coast and Palm Beach Group publications include The Stuart News, Port St. Lucie News, The Fort Pierce Tribune, and The Vero Beach Press Journal.

20

citi

CITI-TRIB-CC 00047511

# Potential Joint Operating Agreement—New York



## New York Coverage Area

## Potential Cost Savings

| Metric | Newsday 2007 Plan | Savings % | Savings $ |
|---|---|---|---|
| **Keep:** | | | |
| Newprint & Ink | $58,492 | 0% | $0 |
| Outside Services | 56,719 | 0 | 0 |
| Promotion | 9,270 | 0 | 0 |
| Total | $124,481 | | $0 |
| **Save:** | | | |
| Compensation | $196,936 | 50% | $98,468 |
| TMC Postage | 14,376 | 10 | 1,438 |
| Other Circulation (Delivery) | 45,895 | 10 | 4,589 |
| Other Cash Expenses | 50,433 | 50 | 25,216 |
| Total | $307,639 | | $129,711 |
| Total Expenses | $432,121 | | $129,711 |
| Management Fee | -- | (25%) | ($32,428) |
| **Net Expense Savings** | | | **$97,283** |

| | 2007 Plan | 2007 PF |
|---|---|---|
| Revenues | $533,221 | $533,221 |
| Operating Expenses | 432,121 | 334,837 |
| **Pro Forma OCF** | **$101,100** | **$198,384** |

Source: Audit Bureau of Circulations. Circulation averages for the six months ended 3/31/07.

21

citi

CONFIDENTIAL

CITI-TRIB-CC 00047512

# Axel Springer Overview

- Axel Springer became interested in Tribune through Hellman & Friedman's discussions with the Chandlers

- Contacted Tribune directly with an interest in investing in newspapers only

- Management was very successful in turning around its German newspaper operations and is keen to apply its skill set to the US market

- The structure suggested in their indication of interest was a partnership for the newspapers in which Axel Springer would own between 35 and 49% of the paper group

## Company Overview

- Founded in 1946, Axel Springer is Germany's biggest newspaper publisher and one of the world's leading international media companies

- Core business consists of newspapers and magazines and digital distribution channels

- Over 170 newspapers and magazines in 33 countries, including:
  - Die Welt – German national daily newspaper
  - Bild – best-selling newspaper in Europe
  - Fakt – best-selling newspaper in Poland
  - Auto Bild – world's biggest automobile magazine

## Firm Value

|  | €, mm | $, mm |
|---|---|---|
| Stock Price (6/11/07) | €125 | $166.38 |
| **Equity Value** | **€3,865** | **$5,144** |
| Plus: Debt | 361 | 480 |
| Plus: Preferred Stock & Minority Interest | 20 | 26 |
| Less: Cash and Cash Equivalents | (439) | (584) |
| **Firm Value** | **€3,807** | **$5,067** |

| Firm Value / | Metric | |
|---|---|---|
| 2007E EBITDA | €403 | 9.5x |
| 2008E EBITDA | 437 | 8.7x |

Sources: Company filings and Wall Street research.
Note: Financial information as of quarter ended 3/31/07.



22

CONFIDENTIAL

CITI-TRIB-CC 00047513

# Axel Springer Minority Investment

## Existing Structure



## Illustrative PF Structure

## Illustrative Partnership Economics

|  | Low | High |
|---|---|---|
| Axel Springer Investment | $318 | $445 |
| Ownership | 35% | 49% |
| Implied Equity Value | $907 | $907 |
| 8.5x Leverage [(a)] | 8,167 | 8,167 |
| **Implied Firm Value** | **$9,074** | **$9,074** |
| **FV / '07 EBITDA** | **10.0 x** | **10.0 x** |
| YE '07 "Tribune" Debt | $12,316 | $12,316 |
| Less: Debt Repayment | (8,167) | (8,167) |
| Less: Equity Proceeds | (318) | (445) |
| **PF YE '07 "Tribune" Debt** | **$3,832** | **$3,705** |
| **PF YE '07 "Tribune" Leverage[(b)]** | **8.1 x** | **7.8 x** |

(a) Based on $907mm of Publishing OCF (based on $929mm of publishing OCF less
$49mm of corporate plus $12mm of stand-alone cost savings and $16mm of
proportionate other cash savings).

(b) Calculated as Total Debt / PF Adj. EBITDA of $472mm (based on $390mm of B&E OCF
excluding Cubs, $65mm of cash flows from TV Food investment, and $17mm of
proportionate 401(k)/other cash savings assuming proportionate 401(k) savings are only
retained at Tribune).

23

citi

CONFIDENTIAL

CITI-TRIB-CC 00047514

# Potential Buyers – Daily Newspapers by Market

| Market/Paper | Purchase Price Multiple | Buyers | Comments |
|---|---|---|---|
| **"Trophy Papers":** | | | |
| New York (*Newsday*) | 12.0x | • Frank Zarb, Charles Dolan, David Laventhol, Charles Wang, Kenneth Langone, James Simons | • Large market papers with significant circulation |
| Los Angeles (*L.A. Times*) | 12.0 | • Broad, Geffen, Yucaipa / Burkle | • "Brand name" attracts vanity buyers with local presence |
| Baltimore (*Baltimore Sun*) | 11.0 | • Ted Venetoulis, Rob Garret (Admedia Partners), Onyx | • Premium for market presence but most exposed to competition, margin compression |
| **Florida Papers:** | | • McClatchy, Cox, Media General, Gannett (Ft. Lauderdale) | • Growing markets |
| Ft. Lauderdale (*South Florida Sun-Sentinel*) | 13.0x | • The Tavistock Group (*Orlando Sentinel*) | • Likely to attract interest of regional paper owners with fill-in strategies |
| Orlando (*Sentinel*) | 13.0 | | • Highest margins of any of the Tribune papers |
| **Other Dailies:** | | • Media General, Media News, Journal Register, Journal Comm. | • Lower growth, less strategic markets |
| Hartford (*Hartford Courant*) | 10.0x | • Susan Obrecht (*Greenwich Times*), Chase Family, (*Hartford Courant*), Brian Tierney (*Morning Call*), UAW Local 2110 (*Stamford Advocate*) | • Lower margin papers, but many have more potential with individual buyers |
| Newport News (*Daily Press*) | 10.0 | | • May attract regional buyer interest |
| Allentown (*Morning Call*) | 10.0 | | |
| SCNI (*The Advocate & Greenwich Time*) | $95mm | | |

24



CONFIDENTIAL

CITI-TRIB-CC 00047515

## 4.  Tribune Superstation Alternatives

citi

CONFIDENTIAL

CITI-TRIB-CC 00047516

# Crown Media Sale Case Process Overview

## Process Overview



## Valuation Summary Through Sale Process

($ in millions, except per share data)

| | Metric | Pre-Ann. (8/16/05) | After-Ann. (8/22/05) | After Termination (4/20/2006) |
|---|---|---|---|---|
| Stock Price | | $8.97 | $10.60 | $4.83 |
| | | | | |
| CableNet Valuation Multiples: | Metric | | | |
| CableNet Value / 2005E Ending Subs | 72 | $21.87 | $24.27 | $15.84 |
| CableNet Value / 2006E EBITDA | $10 | 158.4x | 175.8x | 114.7x |
| CableNet Value / 2006E PF EBITDA | 50 | 31.4 | 34.8 | 22.7 |

Source: Wall Street Research.
Note:  Assumes Film Library valued at $250mm pre-sale.

## Key Issues Raised By Potential Buyers

### Affiliate Fees

- Expiration of five major distribution agreements in 2007
  - ~60% of sub base represented by Comcast, DirecTV and Time Warner (12/07)
  - ~10% of sub base represented by EchoStar (2/07) and Cablevision (9/07)
- Significant risk of migration to digital tier upon renewal (currently ~85% analog distribution)
- Ability to increase affiliate fees largely depends on buyer's leverage / foregoing rate increases for Buyer's cable nets
  - Certain buyers felt affiliate fees / sub / month would be capped at mid to high single digits versus management's forecast of $0.16

### Demographic / Programming

- Demo not particularly attractive
- All Phase II buyers were looking at reprogramming the channel
  - Requires significant investment to reprogram and / or rebrand to drive younger demo, CPMs and ad revenue
  - Requires alternatives for Company's current programming commitments
- Risks of movie driven ratings over the medium term, especially given recent internet based offers

### Other

Migration to VOD / interactive platforms

- Financial performance / level of profitability
- Library valuation benchmarks

25

citi

CONFIDENTIAL

CITI-TRIB-CC 00047517

# Comparison of Crown Castle Hallmark and Superstation WGN

| Parameter |  |  |
|---|---|---|
| **Total Number of Subscribers** | ~70 | ~70 |
| **Affiliate Expiration (based on # of Subscribers)** | | |
| 0 - 12 mos. | 60.0% | 28.0% |
| 12 - 24 mos. | 10.0 | 0.0 |
| 24 - 36 mos. | 0.0 | 0.6 |
| 36 - 48 mos. | 0.0 | 0.0 |
| 48+ mos. | 0.0 | 71.3 |
| Other | 30.0 | 0.0 |
| **Year-over-Year Revenue Growth (%)** | | |
| T - 2 | -- | -- |
| T - 1 | 42.3% | 5.4% |
| T(ime of Deal) | 25.5 | (0.2) |
| T + 1 | 17.9 | 1.3 |
| T + 2 | 10.5 | 1.6 |
| **EBITDA Margin (%)** | | |
| T - 2 | NM | 64.9% |
| T - 1 | NM | 63.7 |
| T(ime of Deal) | 14.1% | 62.1 |
| T + 1 | 19.1 | 61.2 |
| T + 2 | 20.0 | 62.0 |

Note: T = 2006 for Hallmark and 2007 for WGN Superstation.

citi

26

CONFIDENTIAL

CITI-TRIB-CC 00047518

# Private Multiples – Mature Networks

Recent mature network acquisitions have a valuation multiple of 15x – 20x forward EBITDA.

## Mature Network Transactions



☐ With Synergies  ■ Without Synergies

| Target | BET | Fox Family | USA, Sci-Fi | Bravo | Comedy Central | QVC | Court TV |
|---|---|---|---|---|---|---|---|
| Buyer | Viacom | Disney | Vivendi | NBC | Viacom | Liberty | AOL TW |
| Subs (mm) | 62.4 | 115.7 | 163.0 | 60.4 | 82.0 | NM | 86.0 |
| Subscriber Growth | 4.5% | NA | 2.6% | 5.8% | 1.7% | NM | 3.5% |
| EBITDA / Sub | $1.73 | $1.39 | $3.25 | $0.77 | $1.10 | NM | $1.31 |
| FV / Sub | $48.08 | $46.26 | $53.63 | $20.70 | $29.88 | NM | $17.08 |

Source: Company filings, Kagan and Wall Street research.

27



CONFIDENTIAL

CITI-TRIB-CC 00047519

# Public Market and Research Analyst Valuation Benchmarks



Publicly Traded Media Companies

Research Analyst Embedded Cable Network Multiples

| | Discovery | VIACOM | CrownMedia (a) |
|---|---|---|---|
| '07-'09 EBITDA CAGR | 23% | 9% | 124% |
| Growth-Adj. Multiple | 0.7x | 1.2x | NM |

(a) EBITDA based on Wall Street consensus estimates.
    Crown Media has a firm value of $1.7 billion as of 06/11/07 close.

28

citi

CONFIDENTIAL

CITI-TRIB-CC 00047520

# Potential Interested Parties

| Content Agreement | Library | Stand-alone Acquisition |
| --- | --- | --- |

### Content Agreement / Library



- Approximately 4,000 motion picture titles
- Over 10,400 episodes of television programming
- World's largest library of modern films



- Premium movie service provider with 16 movie channels
- More than 1,000 movies per month
- Exclusive film output deals with Buena Vista Motion Pictures Group (incl. Walt Disney, Touchstone, Hollywood Pictures, Pixar, and Miramax), Sony Pictures Entertainment, Overture Films, and Warren Miller Films

**aMC**
TV FOR MOVIE PEOPLE

- 24-Hour, movie-based network
- Exclusive TV rights to 22 films from Warner Bros. Domestic Cable Distribution, such as *Million Dollar Baby* and *Ocean's 12*
- Exclusive licensing agreement with Paramount Pictures for 32 John Wayne films, including fully restored, digitally remastered *High and the Mighty* and *Island in the Sky*

### Stand-alone Acquisition

- Comcast
- CBS
- Viacom
- NBC
- Discovery
- Liberty
- E.W. Scripps

29



CONFIDENTIAL

## Appendix

citi

CONFIDENTIAL

# TV Broadcasting Asset Sale Valuation

| Market | 2007 OCF | Private Market Purchase Multiple | Net Basis (Asset) | Net Basis (Stock) | Proceeds to Tower Gross | Tax Leakage | Net[a] | Deal Type | Buyer Step-Up Value[b] | Eff. Purchase Mult. To Buyer |
|---|---|---|---|---|---|---|---|---|---|---|
| New York | $69 | 15.0x | $16 | $48 | $1,032 | ($388) | $643 | Asset | $252 | 11.3x |
| Los Angeles | 44 | 12.0 | 53 | 434 | 528 | (36) | 492 | Stock | -- | 12.0 |
| Chicago | 25 | 14.0 | 34 | 34 | 349 | (120) | 228 | Asset | 78 | 10.9 |
| Philadelphia | 10 | 14.0 | 3 | -- | 142 | (53) | 89 | Asset | 34 | 10.6 |
| Dallas | 23 | 14.0 | 27 | -- | 319 | (112) | 207 | Asset | 72 | 10.8 |
| Washington, D.C. | 14 | 14.0 | 85 | -- | 194 | (42) | 152 | Asset | 27 | 12.1 |
| Houston | 12 | 13.0 | 57 | 57 | 157 | (38) | 119 | Asset | 25 | 10.9 |
| Seattle | 14 | 13.0 | 42 | 42 | 184 | (54) | 130 | Asset | 35 | 10.5 |
| Miami | 20 | 14.0 | 8 | -- | 275 | (102) | 173 | Asset | 66 | 10.6 |
| Denver | 6 | Stick | 7 | 7 | 150 | (55) | 95 | Asset | 35 | -- |
| Sacramento | 15 | 14.0 | 4 | -- | 209 | (79) | 131 | Asset | 51 | 10.6 |
| St. Louis | 6 | Stick | 4 | 197 | 120 | 29 | 149 | Stock | -- | -- |
| Portland | 1 | Stick | 32 | 32 | 50 | (7) | 43 | Asset | 4 | -- |
| Indianapolis | 11 | 13.0 | 55 | 28 | 139 | (32) | 107 | Asset | 21 | 11.1 |
| San Diego | 2 | Stick | 24 | 79 | 50 | (10) | 40 | Asset | 6 | -- |
| Hartford | 12 | 13.0 | 23 | -- | 160 | (53) | 108 | Asset | 34 | 10.2 |
| Grand Rapids | 7 | 13.0 | 29 | 29 | 94 | (25) | 69 | Asset | 16 | 10.8 |
| Harrisburg | 4 | 13.0 | 3 | -- | 48 | (17) | 31 | Asset | 11 | 10.0 |
| New Orleans | 1 | Stick | 8 | 8 | 50 | (16) | 34 | Asset | 10 | -- |
| **Total TV Stations (Individually)** | **$295** | **14.4x** [c] | **$514** | **$995** | **$4,251** | **($1,210)** | **$3,041** | | **$779** | **11.8x** [d] |

(a) Taxes based on Gross Proceeds less Basis (assumes 38.3% tax rate). Basis used based on lowest taxes paid by Tribune.
(b) Assumes Gross Proceeds from Asset Sales less Asset Basis amortized and deductible over 15 years. NPV of tax benefits assumes 38.3% tax rate and a 6.0% discount rate.
(c) Including stick valuations. Purchase multiple without stick valuations would be 13.7x.
(d) Including stick valuations. Effective purchase price multiple without stick valuations would be 11.2x.

30



CONFIDENTIAL

CITI-TRIB-CC 00047523

# Potential Buyers – TV Broadcasting by Station

| Market | Potential Purchase Multiple | Buyer Interest | Potential Buyers | Comments |
|---|---|---|---|---|
| New York (CW) | 14.5x | High | Gannett, Hearst, Washington Post | Major market; should sell for high multiple, but implied transaction value ($942mm) would be largest ever single station sale |
| Los Angeles (CW) | 15.0x | High | Gannett, Hearst, Washington Post | Attractive asset / market; best comparable is KCAL (last major independent in L.A. market), which sold at 12.0x |
| Philadelphia (MY) | 14.0x | High / Moderate | CBS, NBC, Fox, Gannett, Hearst, NYT | Low margins, but another buyer could improve shortage of sticks in the market; top DMA, so likely buyer interest |
| Boston (CW) | Stick ($75mm) | Moderate | Gannett, Hearst, Washington Post, Fox, NYT | Less attractive market; Hearst bought ABC for $185mm, so valued at stick + premium for affiliation value |
| Dallas (CW) | 14.0x | Moderate / Low | Media General, Raycom, Gannett, Hearst | More attractive market, great margins, but practically few buyers |
| Washington, DC (CW) | 13.0x | Low | NBC, Allbritton | Multiple is a discount to Philadelphia / Boston; great margins, but likely few buyers (no big buyers) |
| Houston (CW) | 14.0x | Moderate | Belo, Washington Post, NBC, Media General, Raycom | Lower margin, but likely good TV market |
| Seattle (FOX, MY) | 13.0x | Low | Meredith, Hearst | Less attractive market; some value for Fox affiliation and sale of duopoly |
| Miami (CW) | 14.0x | Moderate / High | Gannett, Washington Post, Cox | Great margins, attractive market; most likely interest comes from newspaper companies |
| Denver (CW) | Stick ($150mm) | Moderate | CBS, NBC, Fox, McGraw | Less attractive market, but Gannett bought UPN for $165mm; some duopoly opportunities |

31

citi

CONFIDENTIAL

# Potential Buyers – TV Broadcasting by Station (cont'd)

| Market | Potential Purchase Multiple | Buyer Interest | Potential Buyers | Comments |
|---|---|---|---|---|
| Sacramento (FOX) | 16.0x | High | NewsCorp, McGraw, SJL (Gannett, but owns #3 station in market) | Attractive market, good station; CBS station sold for $285mm in 2005 |
| St. Louis (CW) | Stick ($120mm) | Low | Sinclair (Gannett, Belo, Fox own top 3 stations) | Tribune bought for $200mm, likely will sell at a discount to that amount |
| Portland, OR (CW) | Stick ($50mm) | Moderate | LIN, Sinclair, SJL, Belo, Fisher | Small, less attractive market; low market share; likely regional TV buyer interest; could attract duopoly interest from SJL, Belo, Fisher |
| Indianapolis (FOX, CW) | 13.0x | Low / Moderate | Fox, Raycom, Hubbard | LIN paid $48mm for UPN in 2005; greatest interest likely to come from out of market duopoly buyer |
| San Diego (CW) | Stick ($50mm) | Moderate / Low | McGraw, NBC / LIN | Less attractive market; bad margins; may be some buyer interest in CA market |
| Hartford (FOX, CW) | 13.0x | Low | Freedom, Fox, Meredith (already has 1 station in market), Hubbard | Less attractive market; greatest interest likely to come from out of market duopoly buyer |
| Grand Rapids (FOX) | 13.0x | Low | Hubbard, Journal Comm., Barrington (Freedom, but owns #2 station in market) | Less attractive market; likely regional buyers |
| Harrisburg (FOX) | 13.0x | Low | Hearst, Allbritton, LIN, Media General, SJL | Less attractive market; likely regional buyers |
| New Orleans (ABC, CW) | Stick ($120mm) | Low | Allbritton, LIN, Media General, Barrington, Raycom | ABC affiliate value should be at least $100mm + $20mm for CW |

32



CONFIDENTIAL

CITI-TRIB-CC 00047525

# Publishing by Market Asset Valuation

| Market | 2007E OCF | 2006 OCF Multiple | Proceeds to Tribune Gross | Proceeds to Tribune Tax Leakage | Proceeds to Tribune Net[a] | Deal Type | Buyer Step-Up Value[b] | Buyer Eff. Purchase Mult. To Buyer |
|---|---|---|---|---|---|---|---|---|
| Los Angeles | $235 | 12.0x | $2,823 | ($862) | $1,960 | Stock | -- | 12.0x |
| Chicago | 213 | 12.0 | 2,552 | (865) | 1,687 | Asset | $560 | 9.4 |
| New York | 92 | 12.0 | 1,100 | (325) | 775 | Stock | -- | 12.0 |
| Fort Lauderdale | 139 | 13.0 | 1,804 | (637) | 1,167 | Stock | -- | 13.0 |
| Baltimore | 62 | 11.0 | 677 | (196) | 480 | Stock | -- | 11.0 |
| Orlando | 91 | 13.0 | 1,184 | (429) | 755 | Asset | 278 | 9.9 |
| Hartford | 50 | 10.0 | 503 | (151) | 352 | Stock | -- | 10.0 |
| Allentown | 30 | 11.0 | 329 | (98) | 231 | Stock | -- | 11.0 |
| Newport News | 21 | 11.0 | 231 | (55) | 176 | Stock | -- | 11.0 |
| Southern Connecticut Newspapers (SCNI) | 7 | -- | 95 | (28) | 67 | Stock | -- | 13.6 |
| **Total Daily Papers** | **$939** | **12.0x** | **$11,298** | **($3,647)** | **$7,651** | | **$838** | **11.1x** |
| | | | | | | | | |
| Spanish Papers | ($0) | -- | $20 | ($7) | $13 | Asset | $4 | NM |
| Tribune Media Services | 27 | -- | 200 | (42) | 158 | Asset | 27 | 6.4 |
| Interactive Central / FSBO | (31) | -- | -- | -- | -- | -- | -- | -- |
| TPC Group Office, Adjustments and Other | 1 | -- | -- | -- | -- | -- | -- | -- |
| **Total Publishing** | **$936** | | **$11,518** | **($3,695)** | **$7,823** | | **$869** | **11.4x** |

(a) Taxes based on Gross Proceeds less Basis (assumes 38.25% tax rate). Basis used based on lowest taxes paid by Tribune.
(b) Assumes Gross Proceeds less Asset Basis amortized and deductible over 15 years. NPV of tax benefits assumes 38.3% tax rate and a 6.0% discount rate.

33



CONFIDENTIAL

CITI-TRIB-CC 00047526

# Tribune TV Markets:  Potential In-Market Buyers

| DMA | Market | abc | CBS | NBC | FOX | the CW | My TV | Top Independent | In-Market Duopoly Opportunity(a) | Newspaper Owners |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | New York | #2 ABC/Disney | #5 CBS TV | #1 NBC/GE | #3 Fox TV | #4 **Tribune** | #6 Fox TV | #9 Ion Media (i) | CBS | NYT, NewsCorp |
| 2 | Los Angeles | #3 ABC/Disney | #4 CBS TV | #1 NBC/GE | #2 Fox TV | #5 **Tribune** | #8 Fox TV | #7 CBS TV | ABC | MediaNews, Freedom |
| 3 | Chicago | #1 ABC/Disney | #5 CBS TV | #4 NBC/GE | #2 Fox TV | #3 **Tribune** | #7 Fox TV | Weigel Broadcasting | CBS | Hollinger |
| 4 | Philadelphia | #1 ABC/Disney | #2 CBS TV | #3 NBC/GE | #4 Fox TV | #6 CBS TV | #5 **Tribune** | #7 Trinity Broadcasting | ABC, NBC, Fox | Phil. Media Holdings |
| 5 | Boston | #2 Hearst–Argyle | #3 CBS TV | #1 Sunbeam | #4 Fox TV | #5 **Tribune** | N/A | #6 CBS TV (i) | Sunbeam, Fox, Hearst | NYT, Herald Media |
| 7 | Dallas–Ft. Worth | #1 Belo | #4 CBS TV | #3 NBC/GE | #2 Fox TV | #5 **Tribune** | #7 Fox TV | #6 CBS TV (i) | None | Belo |
| 8 | Washington, DC | #2 Allbritton | #4 Gannett | #1 NBC/GE | #3 Fox TV | #6 **Tribune** | #5 Fox TV | #9 Ion Media (i) | NBC, Gannett | WPO, Newsworld |
| 10 | Houston | #2 ABC/Disney | #1 Belo | #3 Washington Post | #4 Fox TV | #5 **Tribune** | #7 Fox TV | #10 Johnson Broadcasting | Belo, ABC, WPO | Hearst |
| 13 | Seattle–Tacoma | #3 Fisher | #2 Cox | #1 Belo | #4 **Tribune** | #5 CBS TV | #6 **Tribune** | #7 Belo | Out of Market | Seattle Times, Hearst |
| 17 | Miami–Ft. Lauderdale | #4 Washington Post | #2 CBS TV | #3 NBC/GE | #1 Sunbeam | #6 **Tribune** | #8 CBS TV | #11 Ion Media (i) | Sunbeam, WPO | McClatchy |
| 18 | Denver | #3 McGraw-Hill | #2 CBS TV | #1 Gannett | #4 Fox TV | #5 **Tribune** | #6 Gannett | #8 Ion Media (i) | CBS, Fox, NBC | Media General, Scripps |
| 19 | Sacramento–Stockton–Modesto | #3 Gannett | #2 CBS TV | #1 Hearst–Argyle | #4 **Tribune** | #6 CBS TV | #5 Hearst–Argyle | #8 Ion Media (i) | None | McClatchy |

Source:    BIA and company websites.
Note:    Hispanic television affiliates / owners excluded on chart but included for purposes of market ranking.
Note:    Market rankings based on 2005 revenue share from BIA.
(a)    Excludes in-market owners of top four stations within each market.



34

# Tribune TV Markets:  Potential In-Market Buyers

| DMA | Market | abc | ©CBS | NBC | FOX | the CW | myTV | Top Independent | In-Market Duopoly Opportunity[a] | Newspaper Owners |
|-----|--------|-----|------|-----|-----|--------|------|-----------------|-------------------|------------------|
| 21 | St. Louis | #5 Sinclair | #2 Belo | #1 Gannett | #3 Fox TV | #4 **Tribune** | #6 Roberts | #7 Daystar TV | Sinclair | Lee |
| 23 | Portland | #4 Fisher | #2 SJL | #1 Belo | #3 Meredith | #6 **Tribune** | #5 Meredith | #7 Ion Media (i) | Belo, SJL, Fisher | Advance Pub. |
| 25 | Indianapolis | #4 McGraw-Hill | #2 LIN TV | #1 Dispatch | #3 **Tribune** | #5 **Tribune** | #6 LIN TV | #8 Ion Media (i) | Out of Market | Gannett |
| 26 | San Diego | #3 McGraw-Hill | #2 Midwest | #1 NBC/GE | #4 Grupo Televisa | #5 **Tribune** | #8 Televisora | #6 Texas TV | NBC, Midwest, McGraw | Copley, Lee |
| 28 | Hartford–New Haven | #3 LIN TV | #1 Meredith | #2 NBC/GE | #4 **Tribune** | #5 **Tribune** | #6 LIN TV | #8 Ion Media (i) | Out of Market | Journal Register |
| 39 | Grand Rapids–Kalamazoo–Battle Creek | #4 Gannett | #2 Freedom | #1 LIN TV | #3 **Tribune** | N/A | #6 LIN TV | #7 Ion Media (i) | None | Advance Pub |
| 41 | Harrisburg–Lancaster–Lebanon–York | #2 Allbritton | #4 Clear Channel | #1 Hearst–Argyle | #3 **Tribune** | #5 Television Station Group | N/A | #6 Norris, John & Famly | Out of Market | Private |
| 43 | New Orleans | #4 **Tribune** | #1 Belo | #2 Hearst–Argyle | #3 Emmis | #5 **Tribune** | #6 Belo | #7 LeSea Broadcasting | Out of Market | Advance Pub. |

Duopoly Opportunity Count:

| | | | | | |
|---|---|---|---|---|---|
| NBC | = 4 | Sunbeam | = 2 | Midwest | = 1 |
| ABC | = 3 | WPO | = 2 | Hearst | = 1 |
| CBS | = 3 | Gannett | = 1 | Sinclair | = 1 |
| Fox | = 3 | McGraw | = 1 | SJL | = 1 |
| Belo | = 2 | Fisher | = 1 | | |

Source:  BIA and company websites.
(a)  Excludes in-market owners of top four stations within each market.

35



CONFIDENTIAL

CITI-TRIB-CC 00047528

Any terms set forth herein are intended for discussion purposes only and are subject to the final terms as set forth in separate definitive written agreements.  This presentation is not a commitment to lend, syndicate a financing, underwrite or purchase securities, or commit capital nor does it obligate us to enter into such a commitment, nor are we acting as a fiduciary to you.  By accepting this presentation, subject to applicable law or regulation, you agree to keep confidential the existence of and proposed terms for any transaction contemplated hereby (a "Transaction").

Prior to entering into any Transaction, you should determine, without reliance upon us or our affiliates, the economic risks and merits (and independently determine that you are able to assume these risks) as well as the legal, tax and accounting characterizations and consequences of any such Transaction.  In this regard, by accepting this presentation, you acknowledge that (a) we are not in the business of providing (and you are not relying on us for) legal, tax or accounting advice, (b) there may be legal, tax or accounting risks associated with any Transaction, (c) you should receive (and rely on) separate and qualified legal, tax and accounting advice and (d) you should apprise senior management in your organization as to such legal, tax and accounting advice (and any risks associated with any Transaction) and our disclaimer as to these matters.  By acceptance of these materials, you and we hereby agree that from the commencement of discussions with respect to any Transaction, and notwithstanding any other provision in this presentation, we hereby confirm that no participant in any Transaction shall be limited from disclosing the U.S. tax treatment or U.S. tax structure of such Transaction.

IRS Circular 230 Disclosure:  Citigroup Inc. and its affiliates do not provide tax or legal advice.  Any discussion of tax matters in these materials (i) is not intended or written to be used, and cannot be used or relied upon, by you for the purpose of avoiding any tax penalties and (ii) may have been written in connection with the "promotion or marketing" of the Transaction.  Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

We are required to obtain, verify and record certain information that identifies each entity that enters into a formal business relationship with us.  We will ask for your complete name, street address, and taxpayer ID number.  We may also request corporate formation documents, or other forms of identification, to verify information provided.

Any prices or levels contained herein are preliminary and indicative only and do not represent bids or offers.  These indications are provided solely for your information and consideration, are subject to change at any time without notice and are not intended as a solicitation with respect to the purchase or sale of any instrument.  The information contained in this presentation may include results of analyses from a quantitative model which represent potential future events that may or may not be realized, and is not a complete analysis of every material fact representing any product.  Any estimates included herein constitute our judgment as of the date hereof and are subject to change without any notice.  We and/or our affiliates may make a market in these instruments for our customers and for our own account.  Accordingly, we may have a position in any such instrument at any time.

Although this material may contain publicly available information about Citi corporate bond research or economic and market analysis, Citi policy (i) prohibits employees from offering, directly or indirectly, a favorable or negative research opinion or offering to change an opinion as consideration or inducement for the receipt of business or for compensation; and (ii) prohibits analysts from being compensated for specific recommendations or views contained in research reports.  So as to reduce the potential for conflicts of interest, as well as to reduce any appearance of conflicts of interest, Citi has enacted policies and procedures designed to limit communications between its investment banking and research personnel to specifically prescribed circumstances.

© 2007 Citigroup Global Markets Inc.  Member SIPC.  All rights reserved.  Citi and Citi and Arc Design are trademarks and service marks of Citigroup Inc. or its affiliates and are used and registered throughout the world.

© 2007 Citigroup Global Markets Limited.  Authorized and regulated by the Financial Services Authority.  All rights reserved.  Citi and Citi and Arc Design are trademarks and service marks of Citigroup Inc. or its affiliates and are used and registered throughout the world.

36



CITI-TRIB-CC 00047529