

# TRIBUNE
## Strategic Discussion Materials

### Equity Group Investments

July 25, 2007

Strictly Private and Confidential

*1.*

# Overview and Topics For Discussion



- Recent Publishing results / trends
  - Continued and perhaps accelerating decline of newspaper advertising in large markets
  - Weakness in classified in all geographies (60% of the YTD Plan shortfall was related to classified revenue); classified impact magnified in South Florida
- Impact on 2007 operating results
  - Significance / magnitude of below Plan performance
  - Potential impact on Step 2 financing
  - Impact on long-term projections
  - Current financing market dynamics
- Alternatives for incremental debt paydown / cash flow improvement
  - Sale of non-core assets
  - Publishing operating savings / restructuring
  - Broadcasting assets vs. cable
- Near-term cash for debt repayment vs. long-term asset portfolio decisions
  - Additional $4 billion cash need at merger close funded through debt, bridge loan or other
  - Impact on shareholder value

# Pro Forma Tribune Leverage At Transaction Close

## 12/31/07 Capital Structure

| (Dollars in millions) | Projected 12/31/2007 | Merger Adjustments | Pro Forma 12/31/2007 |
|---|---|---|---|
| Cash and Cash Equivalents | $100 | -- | $100 |
| Revolving Credit Facility | -- | -- | -- |
| New Term Loan B | $5,473 | $2,105 | $7,578 |
| New Term Loan X | 802 | (602) | 200 |
| **1st Priority Guaranteed Debt** | **$6,276** | | **$7,778** |
| New Senior Notes | -- | 2,100 | 2,100 |
| **Guaranteed Debt** | **$6,276** | | **$9,878** |
| Medium Term Notes | $263 | -- | $263 |
| Existing Notes | 1,166 | -- | 1,166 |
| Capitalized Real Estate Obligation | 36 | -- | 36 |
| Swaps and Other Obligations | 43 | -- | 43 |
| **Senior Debt** | **$7,783** | | **$11,385** |
| PHONES | 922 | -- | 922 |
| **Total Debt** | **$8,704** | **$3,603** | **$12,307** |
| **Net Debt** | **$8,604** | | **$12,207** |
| **Credit Statistics** | | | |
| LTM PF Adj EBITDA | $1,391 | $43 [1] | $1,434 |
| 1st Priority Guaranteed Debt / LTM PF Adj EBIT | 4.5 | | 5.4x |
| Guaranteed Debt / LTM PF Adj EBITDA | 4.5 | | 6.9 |
| Senior Debt / LTM PF Adj EBITDA | 5.6 | | 7.9 |
| Total Debt / LTM PF Adj EBITDA | 6.3 | | 8.6 |
| Net Debt / LTM PF Adj EBITDA | 6.2 | | 8.5 |

(1) Equals $80mm merger cost savings less $20mm Cubs OCF less $17mm Comcast SportsNet cash flow.



Leverage Multiple At Closing – Sensitivity to 2007 OCF Shortfall

- Projected 12/31/07 includes $372 MM of Bender proceeds / Eagles cash (used to pay down TLX)
- Merger transaction adjustments:
  - $4.2 Bn financing need
  - $825 MM Cubs / Comcast proceeds ($602 after-tax)
- If Cubs / Comcast sold for $1.2 Bn, net incremental proceeds would be $232 MM (Leverage reduced to 8.4x Total Debt / LTM PF Adj. EBITDA)



2

Confidential

CITI-TRIB-CC 00000357

# Leveraged Capital Markets Update

- $200 billion leveraged loans and $100 billion high yield visible in the forward calendar
- Recent news has deepened market concerns
  - Last month, two of Bear Stearns hedge funds needed a large bailout loan from parent bank to avoid liquidation after suffering from bad bets on sub-prime loans and CDOs
  - In the last week, Moody's and S&P have either downgraded or placed on watch hundreds of sub-prime-backed CDOs
- The current market correction has gone against historical norms
  - In the past, either the equity or bond market has led the correction, with the loan market lagging
  - In this correction, the loan market has led the down turn, with the bond market following
- The LCDX index broke through par for the first time on 6/19/07 and has since traded down to 94.43

Selected Large Loan / High Yield Forward Calendar

($ in billions)

| Estimated Launch | Deal | Bank Size | HY Size |
|---|---|---|---|
| Q3 2007 | Alltel | $15.5 | $7.7 |
| Q3 2007 | First Data | 16.0 | 8.0 |
| Q4 2007 | Basell / Lyondell | >10.0 | >5.0 |
| Q4 2007 | Clear Channel | 19.5 | 2.6 |
| Q4 2007 | Harrah's | 16.3 | 6.0 |
| Q4 2007 | Hexion / Huntsman | 10.0 | 6.0 |
| Q4 2007 | TXU | 25.9 | 11.3 |
| Q1 2008 | BCE | >17.5 | >7.5 |
| TBD | Sallie Mae | 12.5 | 4.0 |

LCDX Index

(Line chart showing price from 22-May to 24-Jul, starting near 101.00 and declining to 94.43)

citi

3

Confidential                                                                                                          CITI-TRIB-CC 00000358

# Leveraged Capital Markets Update (Cont'd)

Spreads on high-yield bonds have widened 50-100 bp from historical tights – recessions have preceded significant widening

Default rates remain at historical lows; recent anxiety in high-yield bonds is about supply overhang and *expectations* of rising defaults



A number of loan / bond deals have been restructured and markets are jittery about more deal failures

Forward calendar for high-yield bonds should take 2007 total to over $200 billion

Several deals have already been pulled from marketing

- Allison Transmission
- U.S. Food Service ($1.1 bn)
- ServiceMaster ($1.2 bn)
- Dollar General Corporation ($725 mm)
- Quebecor Media Inc. ($750 mm)
- Swift & Co ($600 mm)
- Magnum Coal Co. ($350 mm)
- Catalyst Paper Corp. ($150 mm)
- Thomson Learning (HoldCo - others priced)



4

Confidential

CITI-TRIB-CC 00000359

# Comparison of Tribune Alternatives – Taxable Cash Sale

(Dollars in millions)

| Consideration | Standalone | WGN | Renaissance | L.A. Times | Newsday |
|---|---|---|---|---|---|
| Valuation Assumption: | -- | $20 / Sub[a] | 13x '07 OCF | 10x '07 OCF | 10x '07 OCF |
| Gross Proceeds | -- | $1,400 | $1,405 | $2,357 | $919 |
| Less: Tax Leakage[b] | -- | (495) | (85) | (684) | (256) |
| **Net Proceeds** | -- | **$905** | **$1,319** | **$1,673** | **$663** |
| **Pro Forma 12/31/07** | | | | | |
| Net Debt | $12,207 | $11,302 | $10,888 | $10,534 | $11,544 |
| '07 OCF | 1,434 | 1,345 | 1,326 | 1,199 | 1,342 |
| Leverage | 8.5x | 8.4x | 8.2x | 8.8x | 8.6x |
| '08-'11 Cumulative OCF | $5,480 | $370 | $527 | $986 | $388 |
| **Pro Forma 12/31/11** | | | | | |
| Net Debt | $9,665 | $8,842 | $8,927 | $8,558 | $9,182 |
| % Debt Paydown | 21% | 28% | 27% | 30% | 25% |
| Leverage | 6.0x | 5.9x | 6.1x | 6.3x | 6.1x |
| Net Proceeds | -- | $905 | $1,319 | $1,673 | $663 |
| Fundamental DCF Value | -- | (1,150)[c] | (1,132)[d] | (1,978)[e] | (757)[e] |
| **Difference in Value** | -- | **($244)** | **$187** | **($306)** | **($94)** |
| % '07 Publishing PF OCF | 72% | 78% | 79% | 66% | 70% |

(a) Implies a gross proceeds EBITDA multiple of 15.7x.
(b) Assumes taxable sale of assets and 38.25% tax rate.
(c) Assumes WACC of 8.0% and 12.0x terminal EBITDA multiple.
(d) Assumes WACC of 8.0% and 9.0x terminal EBITDA multiple.
(e) Assumes WACC of 8.0% and 8.0x terminal EBITDA multiple.

5



Confidential                                                                                                                                        CITI-TRIB-CC 00000360

## Comparison of Tribune Alternatives – Tax Advantaged Sale

(Dollars in millions)

| Consideration | Standalone | WGN | Renaissance | L.A. Times | Newsday |
|---|---|---|---|---|---|
| Valuation Assumption: | -- | $20 / Sub[a] | 13x '07 OCF | 10x '07 OCF | 10x '07 OCF |
| Gross Proceeds | -- | $1,400 | $1,405 | $2,357 | $919 |
| Less: Friction Costs[b] | -- | (112) | (112) | (189) | (74) |
| **Net Proceeds** | -- | **$1,288** | **$1,292** | **$2,168** | **$845** |
| **Pro Forma 12/31/07** | | | | | |
| Net Debt | $12,207 | $10,919 | $10,915 | $10,039 | $11,361 |
| '07 OCF | 1,434 | 1,345 | 1,326 | 1,199 | 1,342 |
| Leverage | 8.5x | 8.1x | 8.2x | 8.4x | 8.5x |
| '08-'11 Cumulative OCF | $5,480 | $370 | $527 | $986 | $388 |
| **Pro Forma 12/31/11** | | | | | |
| Net Debt | $9,665 | $8,335 | $8,464 | $7,902 | $8,940 |
| % Debt Paydown | 21% | 32% | 31% | 35% | 27% |
| Leverage | 6.0x | 5.5x | 5.8x | 5.9x | 6.0x |
| Net Proceeds | -- | $1,288 | $1,292 | $2,168 | $845 |
| Fundamental DCF Value | -- | (1,150)[c] | (1,132)[d] | (1,978)[e] | (757)[e] |
| **Difference in Value** | -- | **$138** | **$160** | **$190** | **$89** |
| % '07 Publishing PF OCF | 72% | 78% | 79% | 66% | 70% |

(a) Implies a gross proceeds EBITDA multiple of 15.7x.
(b) Assumes 8% friction costs.
(c) Assumes WACC of 8.0% and 12.0x terminal EBITDA multiple.
(d) Assumes WACC of 8.0% and 9.0x terminal EBITDA multiple.
(e) Assumes WACC of 8.0% and 8.0x terminal EBITDA multiple.

6

## Considerations for Tribune Alternatives

| Consideration | Cable (WGN Superstation) | Broadcasting (Renaissance Cluster) | Publishing (L.A. Times / Newsday) |
|---|---|---|---|
| Potential Buyer Interest | • Interest from small number of strategic buyers (relative to other Tribune alternatives)<br>• Maximizing value in a sale driven by the buyer's ability to re-program the channel<br>• Measurable upside to current projections | • Potentially strong interest from strategic and financial buyers<br>• Current high valuations may not be sustainable<br>• Several other broadcasting properties already for sale in the market<br>• Some upside to projections | • "Brand name" will attract vanity buyers with local presence<br>• Buyers may take a wait-and-see approach for a publishing market correction<br>• Few successful transactions in the Publishing sector in the past 2 years<br>• Significant risk to projections |
| Timing / Executing Complexity | • Given likely buyers' size / scale, could be executed quickly<br>• Potentially complicated by inter-company agreements with Cubs and Broadcasting<br>• Need to consider impact on Cubs negotiations | • Process could be rapid relative to other Tribune alternatives<br>• Need to consider timing relative to other broadcasting sale processes in the market<br>• Leverage loan market receding (LIN staple at 8x) | • Could be challenging financing process for buyer universe<br>• Narrow buyer universe, not significant competitive tension |
| Impact to Tribune | • Sale moderately helps de-leveraging profile<br>• Lose re-programming upside and / or ability to form a strategic partnership post merger close<br>• Lose stable cash flow generator that helps balance the portfolio<br>• Lowest separation impact to the other platforms | • Improvement in de-leveraging, but not a meaningful impact over time<br>• Lose ability to build a bigger platform and diversify cash flows<br>• May impact future ability to purchase impactful programming / loss of some CW leverage | • Neutral to negative impact to de-leveraging profile<br>• Potential separation costs / spread fixed costs over smaller revenue base could further deteriorate cash flow<br>• Removes some, but not all, large market variability / risk<br>• Re-balances portfolio |



7



*IRS Circular 230 Disclosure: Citigroup Inc. and its affiliates do not provide tax or legal advice. Any discussion of tax matters in these materials (i) is not intended or written to be used, and cannot be used or relied upon, by you for the purpose of avoiding any tax penalties and (ii) may have been written in connection with the "promotion or marketing" of any transaction contemplated hereby ("Transaction"). Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.*

Any terms set forth herein are intended for discussion purposes only and are subject to the final terms as set forth in separate definitive written agreements. This presentation is not a commitment to lend, syndicate a financing, underwrite or purchase securities, or commit capital nor does it obligate us to enter into such a commitment, nor are we acting as a fiduciary to you. By accepting this presentation, subject to applicable law or regulation, you agree to keep confidential the existence of and proposed terms for any Transaction.

Prior to entering into any Transaction, you should determine, without reliance upon us or our affiliates, the economic risks and merits (and independently determine that you are able to assume these risks) as well as the legal, tax and accounting characterizations and consequences of any such Transaction. In this regard, by accepting this presentation, you acknowledge that (a) we are not in the business of providing (and you are not relying on us for) legal, tax or accounting advice, (b) there may be legal, tax or accounting risks associated with any Transaction, (c) you should receive (and rely on) separate and qualified legal, tax and accounting advice and (d) you should apprise senior management in your organization as to such legal, tax and accounting advice (and any risks associated with any Transaction) and our disclaimer as to these matters. By acceptance of these materials, you and we hereby agree that from the commencement of discussions with respect to any Transaction, and notwithstanding any other provision in this presentation, we hereby confirm that no participant in any Transaction shall be limited from disclosing the U.S. tax treatment or U.S. tax structure of such Transaction.

We are required to obtain, verify and record certain information that identifies each entity that enters into a formal business relationship with us. We will ask for your complete name, street address, and taxpayer ID number. We may also request corporate formation documents, or other forms of identification, to verify information provided.

Any prices or levels contained herein are preliminary and indicative only and do not represent bids or offers. These indications are provided solely for your information and consideration, are subject to change at any time without notice and are not intended as a solicitation with respect to the purchase or sale of any instrument. The information contained in this presentation may include results of analyses from a quantitative model which represent potential future events that may or may not be realized, and is not a complete analysis of every material fact representing any product. Any estimates included herein constitute our judgment as of the date hereof and are subject to change without any notice. We and/or our affiliates may make a market in these instruments for our customers and for our own account. Accordingly, we may have a position in any such instrument at any time.

Although this material may contain publicly available information about Citi corporate bond research, fixed income strategy or economic and market analysis, Citi policy (i) prohibits employees from offering, directly or indirectly, a favorable or negative research opinion or offering to change an opinion as consideration or inducement for the receipt of business or for compensation; and (ii) prohibits analysts from being compensated for specific recommendations or views contained in research reports. So as to reduce the potential for conflicts of interest, as well as to reduce any appearance of conflicts of interest, Citi has enacted policies and procedures designed to limit communications between its investment banking and research personnel to specifically prescribed circumstances.

© 2007 Citigroup Global Markets Inc. Member SIPC. All rights reserved. Citi and Citi and Arc Design are trademarks and service marks of Citigroup Inc. or its affiliates and are used and registered throughout the world.

8

Confidential

CITI-TRIB-CC 00000363