| | |
|---|---|
| From: | Harrison, John (IBK-NY).                                             Sent: 8/23/2007 5:34 PM. |
| To: | cbigelow@tribune.com. |
| Cc: [ - ] | Kaplan, Todd (GMI Leveraged Finance); O'Grady, Michael G. (IBK - CHI); Tuvlin, David (IBK-NY); Dahlback, Henrik (IBK-NY); michael.s.canmann@citigroup.com; julie.persily@citigroup.com; christina.mohr@citigroup.com; rosanne.kurmaniak@citigroup.com; timothy.p.dilworth@citigroup.com; peter.cohen@jpmorgan.com; patricia.deans@jpmorgan.com; RAJESH.KAPADIA@jpmorgan.com; darryl.m.jacobson@jpmorgan.com; joachim.sonne@jpmorgan.com; daniel.kelly@bofasecurities.com; bill.a.bowen@bankofamerica.com; william.pegler@bofasecurities.com; daniel.petrik@bankofamerica.com; jschaffzin@cahill.com; dhorowitz@cahill.com; dryan@cahill.com. |
| Bcc: [ - ] | Kaplan, Todd (GMI Leveraged Finance); O'Grady, Michael G. (IBK - CHI); Tuvlin, David (IBK-NY); Dahlback, Henrik (IBK-NY); peter.cohen@jpmorgan.com; patricia.deans@jpmorgan.com; RAJESH.KAPADIA@jpmorgan.com; darryl.m.jacobson@jpmorgan.com; joachim.sonne@jpmorgan.com; daniel.kelly@bofasecurities.com; william.pegler@bofasecurities.com; michael.s.canmann@citigroup.com; julie.persily@citigroup.com; christina.mohr@citigroup.com; rosanne.kurmaniak@citigroup.com; timothy.p.dilworth@citigroup.com; jschaffzin@cahill.com; dhorowitz@cahill.com; dryan@cahill.com; cbigelow@tribune.com; bill.a.bowen@bankofamerica.com; daniel.petrik@bankofamerica.com. |
| Subject: | Due diligence outline. |

Chandler,

Hope you're well. Attached for your review, please find a detailed due diligence outline prepared by the collective group. Please let us know if you have any comments or questions.

Thanks,
John


John W. Harrison
Director
Merrill Lynch & Co.
Tel: (212) 449-2001
Fax: (212) 449-1642
john_harrison@ml.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    ML-TRIB-0582682

# TRIBUNE

**Due Diligence Outline**
**August 23, 2007**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0582683

# Tribune Company
# Due Diligence Outline

## Consolidated Operations and Strategy
- General business segment overview/review
  - Publishing
  - Broadcasting
  - Other (Chicago Cubs, radio, Superstation, etc.)
- Consolidated financial review
  - Outlook for 2H 2007
  - Overview of 5-year operating model – longer-term expectations
    - Quarterly projections through 2009, annually thereafter
      - Outline the significant differences between the new forecasts and forecasts provided in April 2007
    - Rationale for key corporate level operating assumptions and financial drivers, e.g. corporate G&A, etc.
- Operating strategy
  - Highlight key strategic initiatives for publishing and broadcasting divisions
  - Outline specific actions that will slow or reverse current operational and financial trends

## Publishing
### Daily Newspapers
- Review of major papers on market-by-market basis (Los Angeles, Chicago, New York, Florida and Baltimore)
  - Update overall market health and major trends for each paper
  - Rationale for key Publishing segment assumptions for 2H 2007 and 5-year operating model
- Key topics
  - Advertising
    - Discuss trends for retail, national and classified
    - Major categories review and outlook
      - Real estate and related (eg, home furnishings, hardware)
      - Recruitment
      - Automotive
      - Department stores
      - Entertainment
      - Financial
      - Travel
      - Other
    - Review pricing policies
      - Ad linage vs. revenue trends
      - Print / online bundling
    - Update on relationships with major advertisers
      - Expectations for significant upcoming ad programs
      - Describe any significant changes in the top 25 advertising client base in key markets / key categories
      - Summarize any recent, significant feedback from advertisers regarding their perspective on efficacy of newspaper advertising vs. other forms of media

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                                                ML-TRIB-0582684

- – Review recent and expected impact of new ad products and other initiatives
    - ◆ Section-front ads
    - ◆ Innovative designs, more color, etc.
    - ◆ Enhanced zoning for pre-prints
- – Competitive positioning vs. other newspapers and other media
    - ◆ Update on TRB market share of local advertising spend
    - ◆ Provide perspectives on how and at what pace TRB print advertisers are shifting their ad budgets
- ■ Circulation
    - – Review recent trends and outlook
        - ◆ Individually paid vs. bulk, 3rd party and other paid
    - – Describe effectiveness of initiatives to maintain paid circulation and/or increase revenue
        - ◆ Pricing changes (per copy or subscription)
        - ◆ Marketing strategies
    - – Impact of circulation declines on advertising sales efforts
        - ◆ Is readership gaining traction with advertisers as a metric?
- ■ Update on targeted print, direct mail and other businesses, including:
    - ■ amNewYork and RedEye free publications
    - ■ ADVO joint pre-print partnership in Los Angeles
    - ■ Commercial delivery agreement in Chicago
- ■ Provide an update on the sale process of SCNI in light of the blocked process with Gannett - have bids been submitted in the new process?
- ■ Financial update and outlook (market-by-market; quarterly projections through 2009, annually thereafter)
    - ■ Revenue
        - – Advertising revenue mix (retail, national, classified and online)
            - ◆ Growth drivers
            - ◆ Discuss long-term view on print vs. online revenue mix
            - ◆ Review print vs. online mix and relative profitability of print vs. online advertising customer. How is this tracked?
        - – Circulation
        - – Other
    - ■ Operating expenses
        - – Labor and employee benefits
        - – Newsprint
            - ◆ Benefit from web width reductions
            - ◆ Pricing outlook
        - – Distribution
    - ■ Cost cutting initiatives
        - – Savings to be achieved and upfront costs required to achieve these savings
        - – Timing on the upfront costs and savings
    - ■ In the event of a continued slowdown and decrease in advertising revenue, what trends should we see for EBITDA margins
        - – What is the breakout / ratio of fixed costs to variable?
    - ■ Capital expenditure requirements
        - – Maintenance
        - – New projects

**Digital / Interactive**
- ■ Operational and financial metrics of key newspaper-affiliated sites
    - ■ Traffic trends

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                                                                               ML-TRIB-0582685

- - Advertising sales strategy and performance
    - Pricing policy / bundling
  - Rationale for key Digital/Interactive segment assumptions for 2H 2007 and 5-year operating model (including quarterly projections through 2009)
- Update on identified interactive strategies
  - National ad network
  - Niche vertical channels (eg, entertainment, travel, business, health)
  - National news aggregation site through Topix
  - Real estate / ForSaleByOwner.com
- Operational and financial update on unconsolidated TRB digital assets
  - CareerBuilder, Classified Ventures, Topix, ShopLocal, etc.
    - Review relationship with equity partners
    - Competitive landscape review / growth outlook
  - Overall integration with TRB print properties
- Investment strategy achieve growth objectives
  - Acquisitions, joint ventures or other partnerships
  - New business lines
- Capital expenditure requirements
  - Maintenance
  - New projects
- Cost cutting initiatives
  - Savings to be achieved and upfront costs required to achieve these savings
  - Timing on the upfront costs and savings

**Labor Relations**
- Summary of employee relations generally
- Description of all pending contract renewals

**Suppliers**
- Discuss major vendors/suppliers as well as competition among suppliers
  - Newsprint
    - Supply contracts, future commitments, pricing outlook
  - Distribution
  - Other

**Broadcasting**
**General Topics**
- Local vs. national advertising trends
- Advertising category trends
- Political advertising outlook
- Advertising share shift trends (e.g., impact of Internet)
- Impact of 2007 up front market
- Outlook for spot market
- Ad pricing trends
- Regulatory update
- Update on key industry issues
  - Retransmission fee opportunity and timing
  - LPMs
  - DVRs
  - TV network download initiatives
  - Cable local advertising efforts

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                      ML-TRIB-0582686

**Overview of O&O TV Stations in Key Markets**
- Describe the overall health of key TRB markets
    - TRB positioning in market and relative performance vs. other stations
    - Rationale for key Broadcasting segment assumptions for 2H 2007 and 5-year operating model
- Review trends in the advertising client base in the key markets
    - Local vs. national
    - Online shift
- Political advertising update
    - Outlook for 2H 2007 and 2008
    - Strategies to increase political revenue share
- Programming
    - Network affiliation agreements
    - News programming strategy
    - Key programming contracts and supply pipeline
        - Syndication programming
            - Discuss important "anchor" programs across the station group such as: Maury Povich, Jerry Springer (and recent spin-off) plus upcoming launch of Family Guy and 2 ½ Men
        - Sports
          Movie packages
    - Update on news programming
        - Performance of early morning shows
        - Performance of late-night news given evolving prime-time lead-in programs
        - Outsourcing news initiative in certain markets
    - Update on progress of first-run program development initiative (via partnership strategy with program suppliers)
- TRB market revenue share in key markets
    - Trends – 2006 vs. 2007 YTD
- TRB rating share in key markets
    - Trends – 2006 vs. 2007 YTD
    - Recent ratings performance by daypart
- Online strategy / opportunity
- Financial update and outlook (market-by-market; quarterly projections through 2009, annually thereafter)
    - Overall market growth assumptions
    - Ratings and revenue share assumptions
    - Advertising revenue mix (local, national, political, other)
        - Historical trends vs. projections
    - Operating expense detail
    - Cost cutting initiatives
        - Savings to be achieved and upfront costs required to achieve these savings
        - Timing on the upfront costs and savings
    - In the event of a continued slowdown and decrease in advertising revenue, what trends should we see for EBITDA margins
        - What is the breakout / ratio of fixed costs to variable?
    - Capital expenditure requirements
        - Maintenance
        - New projects
- Update and outlook on CW Network transition
    - Impact on financial performance of TRB stations

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                                                                        ML-TRIB-0582687

**Review of Networks**
- CW Network and MyNetwork
  - Summary of ratings and audience share trends since network launch
  - Network programming strategy / new show pipeline
- WGN
  - Update on carriage agreements
  - Programming strategy and pipeline
  - Summary operational, ratings and financial performance

**Overview of Other Business Segments / Assets**
- Chicago Cubs
- WGN Radio
  - Review programming strategy, ratings and financial performance
- Food Network
  - Review programming strategy, ratings and financial performance
  - Update on relationship with joint venture partner
- Comcast Sports Net
  - Review programming strategy, ratings and financial performance
  - Update on relationship with joint venture partners
- Other

**Other**
- Provide an update on union requests for employee representation on the board, in light of comments made at the recent shareholder meeting
- As part of the staff reduction process, what is the forecast for severance for 2H 2007 and 2008?
- Has there been any valuation of real estate holdings since last diligence session?
- Breakdown of any significant liabilities and claims at the subsidiary level ahead of Senior Secured Credit Facilities
- Any recent changes in management and are you expecting any in the near future?
- Provide an update on the status of the Bender settlement

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    ML-TRIB-0582688