| | | |
|---|---|---|
| From: | Lewicki, David (IBK-CHI). | Sent: 9/20/2007 5:11 PM. |
| To: [ - ] | Kaplan, Todd (GMI Leveraged Finance); Marcus, Mitchell (IBK-CHI); Costa, Michael (IBK-NY); Tuvlin, David (IBK-NY); Harrison, John (IBK-NY); Dahlback, Henrik (IBK-NY); Kim, Caroline (IBK-NY); Hoffman, Richard (IBK-NY); Hwang, Harris (IBK-NY); Reynolds, James (IBK-NY). | |
| Cc: | O'Grady, Michael G. (IBK - CHI). | |
| Bcc: [ - ] | Kaplan, Todd (GMI Leveraged Finance); Marcus, Mitchell (IBK-CHI); O'Grady, Michael G. (IBK - CHI); Costa, Michael (IBK-NY); Tuvlin, David (IBK-NY); Harrison, John (IBK-NY); Dahlback, Henrik (IBK-NY); Kim, Caroline (IBK-NY); Hoffman, Richard (IBK-NY); Hwang, Harris (IBK-NY); Reynolds, James (IBK-NY). | |
| Subject: | Project Tower. | |

See below a message from Chandler.

-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Thursday, September 20, 2007 1:03 PM
To: Patel, Raju; O'Grady, Michael G. (IBK - CHI); Canmann, Michael S ; peter.cohen@jpmorgan.com
Subject:

As a follow-up to my earlier email, please note that the five-year consolidated model includes certain downside scenarios that were prepared by Tribune solely in response to your requests. These downside scenarios include (i) a sensitivity case which assumes a 3% annual decline in publishing revenues and a 1% decline in broadcasting revenues (which is reflective of a prior sensitivity case prepared in March/April 2007 and is not management's current downside case) and (ii) a sensitivity case which reflects the assumptions made by Craig Huber of Lehman Brothers in his research report dated August 14, 2007. As you know, we do not support the assumptions made or the conclusions reached by Mr. Huber in his August 14, 2007 report.

The downside scenarios in the model are not sensitivity cases endorsed or adopted by Tribune management and were prepared solely in response to requests from your institutions. Further, they are not to be used by your institutions in any manner that designates or attributes them as scenarios endorsed or adopted by Tribune management and are not to be disclosed to any other person or otherwise used in connection with the syndication or marketing of the second step financing.

As we have discussed, Tribune management is developing sensitivity analysis and will share this analysis with you upon completion.

Also, next Wednesday, I am planning for a 1pm-2pm (chicago time) call on Period 8 and then probably 2pm-5pm on the five year model and a couple of other corporate finance topics. Happy to host locals here at the Tower if you'd like and have others on the phone.

Thanks, Chandler

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                           ML-TRIB-0611791