**Kendal, Pamela Spitelli**

| | |
|---|---|
| **From:** | Smith, Eric A. |
| **Sent:** | Tuesday, March 27, 2007 10:08 AM |
| **To:** | Kendal, Pamela Spitelli |
| **Subject:** | FW: Project Tower |
| **Attachments:** | WLRK 3-26 comments to Tower Merger Agreement.DOC; WLRK 3-26 comments to EGI Securities Purchase Agreement.DOC |

 

WLRK 3-26        WLRK 3-26
nments to Tower Mmments to EGI Sect

```
Eric A. Smith
Katten Muchin Rosenman LLP
525 West Monroe
Suite 1900
Chicago, IL 60661-3693
Direct: 312-902-5388
Fax: 312-577-4795
eric.smith@kattenlaw.com

-----Original Message-----
From: Wander, Herbert S.
Sent: Tuesday, March 27, 2007 9:39 AM
To: Koeneman, Keith R.; Smith, Eric A.; Olson, Emily C.
Subject: FW: Project Tower
```

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

```
-----Original Message-----
From: pdevine@wlrk.com [mailto:pdevine@wlrk.com]
Sent: Tuesday, March 27, 2007 9:30 AM
To: Wander, Herbert S.
Cc: ckenney@tribune.com; mhianik@tribune.com; SARosenblum@wlrk.com
Subject: Project Tower
```

He <<WLRK 3-26 comments to Tower Merger Agreement.DOC>> r <<WLRK 3-26 comments to EGI Securities Purchase Agreement.DOC>> b,

Attached are the latest drafts of two of the principal deal documents related to the ESOP transaction -- the merger agreement with the ESOP and the securities purchase agreement with EGI. These drafts reflect Tower's latest markup and are still under negotiation. Jenner and Block will be forwarding a copy of the voting agreement to you directly. Please let us know if you have any questions.

Regards,

Peter

Peter E. Devine
Wachtell, Lipton, Rosen & Katz

1

FOUN0000106

51 West 52nd Street
New York, NY 10019
(212) 403-1179 (direct line)
(212) 403-2179 (fax)
pdevine@wlrk.com

*******************************************************************
Any tax advice contained in this communication is not intended or written to be used, and
cannot be used, for the purpose of avoiding tax penalties and is not intended to be used
or referred to in promoting, marketing or recommending a partnership or other entity,
investment plan or arrangement.


*******************************************************************
Please be advised that this transmittal may be a confidential attorney-client
communication or may otherwise be privileged or confidential. If you are not the intended
recipient, please do not read, copy or re-transmit this communication. If you have
received this communication in error, please notify us by e-mail (postmaster@wlrk.com) or
by telephone (call us collect at 212-403-4357) and delete this message and any
attachments. Thank you in advance for your cooperation and assistance. www.wlrk.com
*******************************************************************

FOUN0000107