ADVISORY RESEARCH, INC.

Registered Investment Advisors

TO:     The Board of Directors of The Robert R. McCormick Tribune Foundation

FROM:   Brien O'Brien, Advisory Research, Inc.

DATE:   August 17, 2007

RE:     Tribune Common Stock

We understand that pursuant to the Agreement and Plan of Merger (the "Merger Agreement"), dated as of April 1, 2007, by and among Tribune Company ("Company"), Greatbanc Trust Company, solely as trustee of the Tribune Employee Stock Ownership Trust, which forms a part of the Tribune Employee Stock Ownership Plan (the "ESOP"), Tesop Corporation, and EGI-TRB, L.L.C., Tesop Corporation will merge into the Company (the "Merger"), with the Company surviving and becoming wholly-owned by the ESOP. Furthermore, we understand that as part of the Merger, each issued and outstanding share of common stock of the Company ("Tribune Common Stock"), other than those shares of Tribune Common Stock which are not being converted into the right to receive the merger consideration under the Merger Agreement, will be converted into the right to receive $34.00 in cash, and if the Merger does not close by January 1, 2008, this amount will be increased at an annualized rate of 8% from January 1, 2008 to the closing date (the "Consideration").

You requested our opinion as to whether the sale of the Tribune Common Stock owned by the Foundation for the Consideration would represent a transaction that would provide a fair value to the Foundation and would be a prudent investment transaction in the context of the Foundation's overall investment portfolio. Based upon our analysis of the terms of the Merger and the fairness opinion provided by the Blackstone Group dated August 17, 2007, we wish to confirm our opinion to the Advisory Committee of the Board of Directors and to the Board of Directors of the Foundation that the sale of the Foundation's Tribune Common Stock for the Consideration and on the terms stipulated in the Merger Agreement represents fair value to the Foundation for its shares of Tribune Common Stock and would be a prudent investment transaction in the context of the Foundation's overall investment portfolio.

Two Prudential Plaza
180 N. Stetson, Suite 5500
Chicago, Illinois 60601
p: 312.565.1140 f: 312.565.2002

QBCHI\5539686.2

FOUN0006738