| | |
|---|---|
| **From:** | Leonid Mednik <lmednik@valuationresearch.com> |
| **Sent:** | Wednesday, October 31, 2007 11:04 AM |
| **To:** | Bill Hughes <BHUGHES@valuationresearch.com> |
| **Subject:** | FW: Tribune Files |
| **Attach:** | Tribune Base Case_Valuation Summary.pdf; VRC Base Case_Valuation Summary.pdf; Tribune Comps Broadcasting.pdf; Tribune Comps Consolidated.pdf; Tribune Comps Publishing.pdf; Broadcasting Segment Analysis.pdf; Publishing Segment Analysis.pdf; Various Cases.pdf |

Regards,
Leo

Leonid Y. Mednik
Senior Analyst
Valuation Research Corporation
500 Fifth Avenue, 39th Floor
New York, NY 10110
Direct: 917-338-5618
Cell:   646-270-6719
Fax:    212-278-0675

**From:** Leonid Mednik
**Sent:** Monday, October 29, 2007 9:09 PM
**To:** Bryan Browning
**Cc:** Chad Rucker; Leonid Mednik
**Subject:** Tribune Files

Bryan,
Attached please find a number of files related to our analysis.
1) Tribune Base, VRC Base, Tribune Downside, VRC Downside and Recession Cases.
2) The recession case is split into four categories:
    a. With all asset sales
    b. With asset sales excl. CareerBuilder and TV Food
    c. With no asset sales
    d. A more severe case with no asset sales
3) Valuation summaries based on the Tribune and VRC Base cases
4) Trading multiples for the consolidated company, publishing and broadcasting
5) VRC's written analysis of the publishing and broadcasting segments.

I realize it may be a bit confusing with all of the files, please let me know if you have any questions.

Regards,
Leo

Leonid Y. Mednik
Senior Analyst
Valuation Research Corporation
500 Fifth Avenue, 39th Floor
New York, NY 10110
Direct: 917-338-5618
Cell:   646-270-6719
Fax:    212-278-0675

## Consolidated Valuation Summary

*Tribune Base Case Valuation Summary - Consolidated*

|     | Valuation Method | Low | Mid | High |
|-----|------------------|-----|-----|------|
|     | **Valuation Summary** | | | |
| 25% | Comparable Companies | $10,127.3 | $11,030.2 | $11,933.0 |
| 25% | Comparable Transactions | $10,513.1 | $11,223.1 | $11,933.0 |
| 25% | Sum of Individual Assets | $10,890.3 | $11,982.5 | $13,074.7 |
| 25% | Discounted Cash Flow | $9,432.8 | $10,110.5 | $10,788.1 |
|     | **Average Operating Enterprise Value** | **$10,240.9** | **$11,086.5** | **$11,932.2** |
|     | + Equity Investments | $2,132.0 | $2,339.0 | $2,546.0 |
|     | + NPV of Corp-S Tax Savings | $1,128.3 | $1,128.3 | $1,128.3 |
|     | **Adjusted Enterprise Value** | **$13,501.1** | **$14,553.8** | **$15,606.5** |
|     | + Cash | $197.7 | $197.7 | $197.7 |
|     | - Debt | ($12,222.4) | ($12,222.4) | ($12,222.4) |
|     | - Identified Contingent Liabilities | ($97.1) | ($97.1) | ($97.1) |
|     | **Equity Value** | **$1,379.3** | **$2,432.0** | **$3,484.7** |
|     | *% of Enterprise Value* | *10.2%* | *16.7%* | *22.3%* |
|     | Less: Par value of Capital Stock | *$3.9* | *$3.9* | *$3.9* |
|     | **Excess Capital** | **$1,375.5** | **$2,428.1** | **$3,480.8** |

**Operating Enterprise Value Multiples**

| | | Low | Mid | High |
|---|---|---|---|---|
| 2007P EBITDA | $1,191.4 | 8.6x | 9.3x | 10.0x |
| 2008P EBITDA | $1,193.3 | 8.6x | 9.3x | 10.0x |
| 2009P EBITDA | $1,236.8 | 8.3x | 9.0x | 9.6x |

| | | Low | Mid | High |
|---|---|---|---|---|
| 2007P EBITDA - Capex | $1,051.4 | 9.7x | 10.5x | 11.3x |
| 2008P EBITDA - Capex | $1,061.1 | 9.7x | 10.4x | 11.2x |
| 2009P EBITDA - Capex | $1,108.6 | 9.2x | 10.0x | 10.8x |

**Consolidated Enterprise Value Multiples**

| | | Low | Mid | High |
|---|---|---|---|---|
| 2007P EBITDA | $1,276.3 | 10.6x | 11.4x | 12.2x |
| 2008P EBITDA | $1,291.9 | 10.5x | 11.3x | 12.1x |
| 2009P EBITDA | $1,352.3 | 10.0x | 10.8x | 11.5x |

| | | Low | Mid | High |
|---|---|---|---|---|
| 2007P EBITDA - Capex | $1,136.3 | 11.9x | 12.8x | 13.7x |
| 2008P EBITDA - Capex | $1,159.7 | 11.6x | 12.5x | 13.5x |
| 2009P EBITDA - Capex | $1,224.0 | 11.0x | 11.9x | 12.8x |

VRC0034718

Case 08-13141-BLS   Doc 5469-3   Filed 08/22/10   Page 3 of 12                      CONFIDENTIAL

## Sum of the Parts Analysis

| | | Valuation Summary | |
|---|---|---|---|
| | Low | Mid | High |
| Publishing (Standalone) | $6,368.1 | $7,116.1 | $7,864.1 |
| Broadcast & Entertainment (Standalone) | $4,347.1 | $4,678.8 | $5,010.6 |
| Radio | $175.0 | $187.5 | $200.0 |
| **Operating Enterprise Value** | **$10,890.3** | **$11,982.5** | **$13,074.7** |
| Equity Investments | $2,132.0 | $2,339.0 | $2,546.0 |
| **Consolidated Enterprise Value** | **$13,022.3** | **$14,321.5** | **$15,620.7** |

**Operating Enterprise Value Multiples**

| | | Low | Mid | High |
|---|---|---|---|---|
| 2007P EBITDA | $1,191.4 | 9.1x | 10.1x | 11.0x |
| 2008P EBITDA | $1,193.3 | 9.1x | 10.0x | 11.0x |
| 2009P EBITDA | $1,236.8 | 8.8x | 9.7x | 10.6x |
| 2007P EBITDA - Capex | $1,051.4 | 12.4x | 13.6x | 14.9x |
| 2008P EBITDA - Capex | $1,061.1 | 10.3x | 11.3x | 12.3x |
| 2009P EBITDA - Capex | $1,108.6 | 9.8x | 10.8x | 11.8x |

**Consolidated Enterprise Value Multiples**

| | | Low | Mid | High |
|---|---|---|---|---|
| 2007P EBITDA | $1,276.3 | 10.2x | 11.2x | 12.2x |
| 2008P EBITDA | $1,291.9 | 10.1x | 11.1x | 12.1x |
| 2009P EBITDA | $1,352.3 | 9.6x | 10.6x | 11.6x |
| 2007P EBITDA - Capex | $1,136.3 | 11.5x | 12.6x | 13.7x |
| 2008P EBITDA - Capex | $1,159.7 | 11.2x | 12.3x | 13.5x |
| 2009P EBITDA - Capex | $1,224.0 | 10.6x | 11.7x | 12.8x |

VRC0034719

# Market Multiples - Consolidated Company

*COMPARABLE COMPANIES METHOD*

| Period | Financials | Multiples | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| Actual | Adjusted EBITDA | Low | -- | High | Low | -- | High |
| 2007P | $1,191.4 | 8.50x | -- | 9.50x | $10,127.3 | -- | $11,318.8 |
| 2008P | $1,193.3 | 9.00x | -- | 10.00x | $10,739.7 | -- | $11,933.0 |
| 2009P | $1,236.8 | 8.50x | -- | 9.50x | $10,513.1 | -- | $11,750.0 |

| *Enterprise Value Range* | | | | | *$10,127.3* | *--* | *$11,933.0* |

*COMPARABLE TRANSACTIONS METHOD*

| Period | Financials | Multiples | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| Actual | Adjusted EBITDA | Low | -- | High | Low | -- | High |
| 2007P | $1,191.4 | 9.00x | -- | 10.00x | $10,723.0 | -- | $11,914.5 |
| 2008P | $1,193.3 | 9.00x | -- | 10.00x | $10,739.7 | -- | $11,933.0 |
| 2009P | $1,236.8 | 8.50x | -- | 9.50x | $10,513.1 | -- | $11,750.0 |

| *Enterprise Value Range* | | | | | *$10,513.1* | *--* | *$11,933.0* |

VRC0034720

# Discounted Cash Flow - Consolidated Company

*Tribune Base Case – Consolidated Discounted Cash Flow Method*

|  | | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 |
|---|---|---|---|---|---|---|---|
| End-Year Period | | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 |
| Mid-Year Period | | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 5.50 |

| | | Fiscal Years Ended, December 31 | | | | | |
|---|---|---|---|---|---|---|---|
| | | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
| **Revenue** | | $4,936.4 | $5,016.1 | $5,146.8 | $5,244.8 | $5,371.1 | $5,500.4 |
| % growth | | -- | -3.1% | 2.6% | 1.9% | 2.4% | 2.4% |
| **Adjusted EBITDA** | | $1,193.3 | $1,236.8 | $1,282.1 | $1,298.6 | $1,348.8 | $1,382.7 |
| % growth | | -- | 0.2% | 3.7% | 1.3% | 3.9% | 2.5% |
| % margin | | 24.2% | 24.7% | 24.9% | 24.8% | 25.1% | 25.1% |
| *Adjusted EBITDA* | | *$1,193.3* | *$1,236.8* | *$1,282.1* | *$1,298.6* | *$1,348.8* | *$1,382.7* |
| Net Change in Working Capital | | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) |
| Cash Taxes | | ($545.8) | ($565.7) | ($584.6) | ($590.9) | ($610.2) | ($623.1) |
| Capital Expenditures | | ($132.2) | ($128.3) | ($128.5) | ($128.5) | ($128.5) | ($128.5) |
| *Enterprise Cash Flow (ECF)* | | *$505.3* | *$532.9* | *$559.0* | *$569.2* | *$600.2* | *$621.1* |

38.25%

| Discount Rate | PV of ECF + | PV of Terminal Value = | | | Enterprise Value | | | Discount Rate |
|---|---|---|---|---|---|---|---|---|
| | | 8.00x | 8.50x | 9.00x | 8.00x | 8.50x | 9.00x | |
| 7.5% | $2,724.6 | $7,167.5 | $7,615.5 | $8,063.5 | $9,892.2 | $10,340.1 | $10,788.1 | 7.5% |
| 8.0% | $2,688.2 | $6,970.7 | $7,406.4 | $7,842.1 | $9,658.9 | $10,094.6 | $10,530.3 | 8.0% |
| 8.5% | $2,652.6 | $6,780.2 | $7,204.0 | $7,627.7 | $9,432.8 | $9,856.6 | $10,280.3 | 8.5% |

| Enterprise Value Range | | | Low | | | High | |
|---|---|---|---|---|---|---|---|
| | | | $9,432.8 | | | $10,788.1 | |
| 2007P EBITDA | $1,191.4 | | 7.9x | -- | | 9.1x | |
| 2008P EBITDA | $1,193.3 | | 7.9x | -- | | 9.0x | |
| 2009P EBITDA | $1,236.8 | | 7.6x | -- | | 8.7x | |

## Valuation Summary - Publishing

### Valuation Summary - Publishing Segment

| | | Valuation Summary | | |
|---|---|---|---|---|
| | Valuation Method | Low | Mid | High |
| 33% | Comparable Companies | $6,485.5 | $7,331.8 | $8,178.2 |
| 33% | Comparable Transactions | $6,682.0 | $7,634.6 | $8,587.1 |
| 33% | Discounted Cash Flow | $5,938.9 | $6,384.1 | $6,829.3 |
| | **Average Operating Enterprise Value** | **$6,368.1** | **$7,116.1** | **$7,864.1** |

**Operating Enterprise Value Multiples**

| | | Low | Mid | High |
|---|---|---|---|---|
| 2007P EBITDA | $817.8 | 7.8x | 8.7x | 9.6x |
| 2008P EBITDA | $786.1 | 8.1x | 9.1x | 10.0x |
| 2009P EBITDA | $814.2 | 7.8x | 8.7x | 9.7x |

| | | Low | Mid | High |
|---|---|---|---|---|
| 2007P EBITDA - Capex | $713.1 | 8.9x | 10.0x | 11.0x |
| 2008P EBITDA - Capex | $686.1 | 9.3x | 10.4x | 11.5x |
| 2009P EBITDA - Capex | $714.2 | 8.9x | 10.0x | 11.0x |

## Publishing Summary
*Tribune Base Case – Publishing Segment*

| Financial Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | $3,713.5 | $3,679.9 | $3,752.0 | $3,840.2 | $3,927.6 | $4,019.3 | $4,113.1 | $4,209.0 | $4,307.2 | $4,407.7 | $4,510.6 |
| *% Growth* | *-6.0%* | *-0.9%* | *2.0%* | *2.4%* | *2.3%* | *2.3%* | *2.3%* | *2.3%* | *2.3%* | *2.3%* | *2.3%* |
| Operating Expenses | $2,895.6 | $2,893.8 | $2,937.8 | $2,996.0 | $3,052.8 | $3,112.9 | $3,185.6 | $3,259.9 | $3,336.0 | $3,413.8 | $3,493.5 |
| *% Margin* | *78.0%* | *78.6%* | *78.3%* | *78.0%* | *77.7%* | *77.5%* | *77.5%* | *77.5%* | *77.5%* | *77.5%* | *77.5%* |
| EBITDA | $817.8 | $786.1 | $814.2 | $844.2 | $874.8 | $906.3 | $927.5 | $949.1 | $971.3 | $993.9 | $1,017.1 |
| *% Growth* | *-13.6%* | *-3.9%* | *3.6%* | *3.7%* | *3.6%* | *3.6%* | *2.3%* | *2.3%* | *2.3%* | *2.3%* | *2.3%* |
| *% Margin* | *22.0%* | *21.4%* | *21.7%* | *22.0%* | *22.3%* | *22.5%* | *22.5%* | *22.5%* | *22.5%* | *22.5%* | *22.5%* |
| Capital Expenditures (Capex) | $104.8 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 |
| *% Margin* | *2.8%* | *2.7%* | *2.7%* | *2.6%* | *2.5%* | *2.5%* | *2.4%* | *2.4%* | *2.3%* | *2.3%* | *2.2%* |
| EBITDA – Capex | $713.1 | $686.1 | $714.2 | $744.2 | $774.8 | $806.3 | $827.5 | $849.1 | $871.3 | $893.9 | $917.1 |
| *% Margin* | *19.2%* | *18.6%* | *19.0%* | *19.4%* | *19.7%* | *20.1%* | *20.1%* | *20.2%* | *20.2%* | *20.3%* | *20.3%* |
| Stock-Based Compensation | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 |
| Depreciation & Amortization | $181.2 | $187.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 |
| Equity Income | ($13.7) | $1.9 | $28.0 | $49.9 | $67.8 | $81.2 | $97.1 | $116.3 | $139.2 | $166.6 | $199.3 |
| Equity Income (Cash) | $3.4 | $17.1 | $29.4 | $49.9 | $67.8 | $81.2 | $97.1 | $116.3 | $139.2 | $166.6 | $199.3 |
| Change in Working Capital | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

# Market Multiples - Publishing

*COMPARABLE COMPANIES METHOD*

| Period | Financials | Multiples | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| Actual | Adjusted EBITDA | Low | -- | High | Low | -- | High |
| 2007P | $817.8 | 9.00x | -- | 10.00x | $7,360.4 | -- | $8,178.2 |
| 2008P | $786.1 | 8.25x | -- | 9.25x | $6,485.5 | -- | $7,271.6 |
| 2009P | $814.2 | 8.00x | -- | 9.00x | $6,513.6 | -- | $7,327.9 |
| *Enterprise Value Range* | | | | | *$6,485.5* | *--* | *$8,178.2* |

*COMPARABLE TRANSACTIONS METHOD*

| Period | Financials | Multiples | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| Actual | Adjusted EBITDA | Low | -- | High | Low | -- | High |
| 2007P | $817.8 | 9.50x | -- | 10.50x | $7,769.3 | -- | $8,587.1 |
| 2008P | $786.1 | 8.50x | -- | 9.50x | $6,682.0 | -- | $7,468.1 |
| 2009P | $814.2 | 8.25x | -- | 9.25x | $6,717.2 | -- | $7,531.4 |
| *Enterprise Value Range* | | | | | *$6,682.0* | *--* | *$8,587.1* |

## Discounted Cash Flow - Publishing

*Tribune Base Case – Publishing Discounted Cash Flow Method*

|  | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|
| **Fiscal Years Ended December 31** | | | | | | |
| Revenue | $3,679.9 | $3,752.0 | $3,840.2 | $3,927.6 | $4,019.3 | $4,113.1 |
| % growth | -- | -3.1% | 2.4% | 2.3% | 2.3% | 2.3% |
| Adjusted EBITDA | $786.1 | $814.2 | $844.2 | $874.8 | $906.3 | $927.5 |
| % growth | -- | 0.2% | 3.7% | 3.6% | 3.6% | 2.3% |
| % margin | 21.4% | 21.7% | 22.0% | 22.3% | 22.5% | 22.5% |
| *Adjusted EBITDA* | *$786.1* | *$814.2* | *$844.2* | *$874.8* | *$906.3* | *$927.5* |
| Depreciation & Amortization | $187.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 |
| Net Change in Working Capital | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Cash Taxes | ($372.4) | ($384.7) | ($396.1) | ($407.9) | ($419.9) | ($428.0) |
| Capital Expenditures | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| *Enterprise Cash Flow (ECF)* | *$313.7* | *$329.5* | *$348.0* | *$367.0* | *$386.4* | *$399.5* |

38.25%

| Discount Rate | PV of ECF + | PV of Terminal Value = | | | Enterprise Value | | | Discount Rate |
|---|---|---|---|---|---|---|---|---|
|  |  | 7.50x | 8.00x | 8.50x | 7.50x | 8.00x | 8.50x |  |
| 7.5% | $1,721.1 | $4,507.3 | $4,807.8 | $5,108.3 | $6,228.4 | $6,528.8 | $6,829.3 | 7.5% |
| 8.0% | $1,697.8 | $4,383.5 | $4,675.8 | $4,968.0 | $6,081.4 | $6,373.6 | $6,665.8 | 8.0% |
| 8.5% | $1,675.1 | $4,263.7 | $4,548.0 | $4,832.2 | $5,938.9 | $6,223.1 | $6,507.4 | 8.5% |
|  |  |  |  |  | **Low** |  | **High** |  |
| **Enterprise Value Range** |  |  |  |  | $5,938.9 |  | $6,829.3 |  |
| LTM Adjusted EBITDA |  | $1,191.4 |  |  | 5.0x |  | 5.7x |  |
| CFY Adjusted EBITDA |  | $1,193.3 |  |  | 5.0x |  | 5.7x |  |
| NFY Adjusted EBITDA |  | $1,236.8 |  |  | 4.8x |  | 5.5x |  |

VRC0034725

# Valuation Summary - Broadcasting Entertainment

*Valuation Summary – Broadcasting & Entertainment Segment*

|  |  | Valuation Summary | | |
|---|---|---|---|---|
|  |  | *Low* | *Mid* | *High* |
| **Valuation Method** | | | | |
| 33% | Comparable Companies | $4,496.2 | $4,870.7 | $5,245.1 |
| 33% | Comparable Transactions | $4,721.0 | $5,083.9 | $5,446.9 |
| 33% | Discounted Cash Flow | $3,825.5 | $4,083.3 | $4,341.2 |
| **Average Operating Enterprise Value** | | **$4,347.1** | **$4,678.8** | **$5,010.6** |

**Operating Enterprise Value Multiples**

| 2007P EBITDA | $403.5 | *10.8x* | *11.6x* | *12.4x* |
|---|---|---|---|---|
| 2008P EBITDA | $434.3 | *10.0x* | *10.8x* | *11.5x* |
| 2009P EBITDA | $449.6 | *9.7x* | *10.4x* | *11.1x* |

| 2007P EBITDA - Capex | $378.6 | *11.5x* | *12.4x* | *13.2x* |
|---|---|---|---|---|
| 2008P EBITDA - Capex | $408.9 | *10.6x* | *11.4x* | *12.3x* |
| 2009P EBITDA - Capex | $423.6 | *10.3x* | *11.6x* | *11.8x* |

## Broadcasting Entertainment Summary
*Tribune Base Case – Broadcasting & Entertainment Segment*

| Financial Summary | 2007F | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | $1,344.9 | $1,215.3 | $1,221.9 | $1,263.7 | $1,273.7 | $1,307.7 | $1,342.6 | $1,378.4 | $1,415.2 | $1,453.0 | $1,491.7 |
| *% Growth* | *13.9%* | *-9.6%* | *0.5%* | *3.4%* | *0.8%* | *2.7%* | *2.7%* | *2.7%* | *2.7%* | *2.7%* | *2.7%* |
| Operating Expenses | $941.4 | $781.0 | $772.3 | $798.7 | $822.7 | $837.9 | $860.0 | $882.7 | $906.0 | $929.9 | $954.4 |
| *% Margin* | *70.0%* | *64.3%* | *63.2%* | *63.2%* | *64.6%* | *64.1%* | *64.1%* | *64.0%* | *64.0%* | *64.0%* | *64.0%* |
| EBITDA | $403.5 | $434.3 | $449.6 | $465.0 | $450.9 | $469.8 | $482.6 | $495.7 | $509.2 | $523.1 | $537.3 |
| *% Margin* | *30.0%* | *35.7%* | *36.8%* | *36.8%* | *35.4%* | *35.9%* | *35.9%* | *36.0%* | *36.0%* | *36.0%* | *36.0%* |
| Capital Expenditures (Capex) | $24.9 | $25.4 | $26.0 | $25.7 | $25.7 | $25.7 | $25.7 | $25.7 | $25.7 | $25.7 | $25.7 |
| *% Margin* | *1.8%* | *2.1%* | *2.1%* | *2.0%* | *2.0%* | *2.0%* | *1.9%* | *1.9%* | *1.8%* | *1.8%* | *1.7%* |
| EBITDA - Capex | $378.6 | $408.9 | $423.6 | $439.3 | $425.2 | $444.0 | $456.9 | $470.0 | $483.5 | $497.4 | $511.6 |
| *% Margin* | *28.2%* | *33.7%* | *34.7%* | *34.8%* | *33.4%* | *34.0%* | *34.0%* | *34.1%* | *34.2%* | *34.2%* | *34.3%* |
| Stock-Based Compensation | $6.0 | $6.0 | $6.0 | $6.0 | $6.0 | $6.0 | $6.0 | $6.0 | $6.0 | $6.0 | $5.0 |
| Depreciation & Amortization | $45.6 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 |
| Equity Income | $99.1 | $81.5 | $86.1 | $90.5 | $95.1 | $99.9 | $105.0 | $110.3 | $115.9 | $121.9 | $128.1 |
| Equity Income (Cash) | $81.4 | $81.5 | $86.1 | $90.5 | $95.1 | $99.9 | $105.0 | $110.3 | $115.9 | $121.9 | $128.1 |
| Change in Working Capital | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

# Market Multiples - Broadcasting Entertainment

*COMPARABLE COMPANIES METHOD*

| Period | Financials | Multiples | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| Actual | Adjusted EBITDA | Low | -- | High | Low | -- | High |
| 2007P | $403.5 | 12.00x | -- | 13.00x | $4,841.7 | -- | $5,245.1 |
| 2008P | $434.3 | 11.00x | -- | 12.00x | $4,777.4 | -- | $5,211.7 |
| 2009P | $449.6 | 10.00x | -- | 11.00x | $4,496.2 | -- | $4,945.8 |
| *Enterprise Value Range* | | | | | *$4,496.2* | -- | *$5,245.1* |

$4,870.7

*COMPARABLE TRANSACTIONS METHOD*

| Period | Financials | Multiples | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| Actual | Adjusted EBITDA | Low | -- | High | Low | -- | High |
| 2007P | $403.5 | 12.50x | -- | 13.50x | $5,043.4 | -- | $5,446.9 |
| 2008P | $434.3 | 11.50x | -- | 12.50x | $4,994.5 | -- | $5,428.9 |
| 2009P | $449.6 | 10.50x | -- | 11.50x | $4,721.0 | -- | $5,170.6 |
| *Enterprise Value Range* | | | | | *$4,721.0* | -- | *$5,446.9* |

$5,083.9

VRC0034728