# Discounted Cash Flow - Broadcasting Entertainment

*Tribune Base Case - B&E Discounted Cash Flow Method*

| | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|
| **Revenue** | $1,215.3 | $1,221.9 | $1,263.7 | $1,273.7 | $1,307.7 | $1,342.6 |
| % growth | -- | -3.1% | 3.4% | 0.8% | 2.7% | 2.7% |
| **Adjusted EBITDA** | *$434.3* | *$449.6* | *$465.0* | *$450.9* | *$469.8* | *$482.6* |
| % growth | -- | 0.2% | 3.4% | -3.0% | 4.2% | 2.7% |
| % margin | 35.7% | 36.8% | 36.8% | 35.4% | 35.9% | 35.9% |
| **Adjusted EBITDA** | *$434.3* | *$449.6* | *$465.0* | *$450.9* | *$469.8* | *$482.6* |
| Depreciation & Amortization | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 |
| Net Change in Working Capital | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Cash Taxes | ($182.7) | ($188.6) | ($194.4) | ($189.1) | ($196.3) | ($201.2) |
| Capital Expenditures | ($25.4) | ($26.0) | ($25.7) | ($25.7) | ($25.7) | ($25.7) |
| **Enterprise Cash Flow (ECF)** | *$426.2* | *$253.1* | *$241.8* | *$236.1* | *$247.8* | *$255.7* |

38.25%

| Discount Rate | PV of ECF + | | | PV of Terminal Value = | | | Enterprise Value | | | Discount Rate | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8.50x | 9.00x | 9.50x | 8.50x | 9.00x | 9.50x | 8.50x | 9.00x | 9.50x | | |
| 6.5% | $1,199.2 | $2,811.2 | $2,976.6 | $3,142.0 | $4,010.4 | $4,175.8 | $4,341.2 | | | 6.5% |
| 7.0% | $1,183.2 | $2,733.3 | $2,894.1 | $3,054.9 | $3,916.5 | $4,077.3 | $4,238.1 | | | 7.0% |
| 7.5% | $1,167.5 | $2,657.9 | $2,814.3 | $2,970.6 | $3,825.5 | $3,981.8 | $4,138.2 | | | 7.5% |

| Enterprise Value Range | | | | Low | | | High | |
|---|---|---|---|---|---|---|---|---|
| | | | | $3,825.5 | | | $4,341.2 | |
| LTM Adjusted EBITDA | $1,191.4 | | | 3.2x | | | 3.6x | |
| CFY Adjusted EBITDA | $1,193.3 | | | 3.2x | | | 3.6x | |
| NFY Adjusted EBITDA | $1,236.8 | | | 3.1x | | | 3.5x | |

VRC0034729

CONFIDENTIAL

*Tribune Base Case - Radio*

| Financial Summary | 2006A | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | $41.2 | $38.0 | $41.2 | $42.2 | $42.9 | $43.5 | $44.1 | $44.8 | $45.4 | $46.1 | $46.7 | $47.4 |
| *% Growth* | *n/a* | *-7.9%* | *8.7%* | *2.2%* | *1.8%* | *1.3%* | *1.4%* | *1.4%* | *1.4%* | *1.4%* | *1.4%* | *1.4%* |
| Operating Expenses | $27.0 | $26.2 | $27.1 | $27.9 | $28.7 | $29.4 | $30.1 | $30.8 | $31.6 | $32.3 | $33.1 | $33.9 |
| *% Margin* | *65.5%* | *69.0%* | *65.6%* | *66.1%* | *66.8%* | *67.6%* | *68.2%* | *68.9%* | *69.5%* | *70.2%* | *70.8%* | *71.5%* |
| EBITDA | $14.2 | $11.8 | $14.2 | $14.3 | $14.2 | $14.1 | $14.0 | $13.9 | $13.8 | $13.7 | $13.6 | $13.5 |
| *% Growth* | *n/a* | *-17.3%* | *20.4%* | *1.0%* | *-0.5%* | *-1.0%* | *-0.5%* | *-0.6%* | *-0.7%* | *-0.7%* | *-0.8%* | *-0.9%* |
| *% Margin* | *34.5%* | *31.0%* | *34.4%* | *33.9%* | *33.2%* | *32.4%* | *31.8%* | *31.1%* | *30.5%* | *29.8%* | *29.2%* | *28.5%* |
| Capital Expenditures (Capex) | $0.2 | $0.2 | $0.2 | $0.2 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 |
| *% Margin* | *0.5%* | *0.5%* | *0.4%* | *0.5%* | *0.6%* | *0.6%* | *0.6%* | *0.6%* | *0.6%* | *0.5%* | *0.5%* | *0.5%* |
| EBITDA - Capex | $14.0 | $11.6 | $14.0 | $14.1 | $14.0 | $13.9 | $13.8 | $13.7 | $13.6 | $13.5 | $13.4 | $13.3 |
| *% Margin* | *34.1%* | *30.5%* | *34.0%* | *33.4%* | *32.6%* | *31.8%* | *31.2%* | *30.6%* | *29.9%* | *29.3%* | *28.6%* | *28.0%* |
| Stock-Based Compensation | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 |
| Depreciation & Amortization | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 |

VRC0034730

## Consolidated Valuation Summary

*VRC Base Case Valuation Summary - Consolidated*

|  | | Valuation Summary | | |
|---|---|---|---|---|
|  | | Low | Mid | High |
| | **Valuation Method** | | | |
| 25% | Comparable Companies | $9,617.8 | $10,468.3 | $11,318.8 |
| 25% | Comparable Transactions | $9,617.8 | $10,766.1 | $11,914.5 |
| 25% | Sum of Individual Assets | $10,890.3 | $11,982.5 | $13,074.7 |
| 25% | Discounted Cash Flow | $8,273.7 | $8,870.5 | $9,467.2 |

| | Low | Mid | High |
|---|---|---|---|
| **Average Operating Enterprise Value** | $9,599.9 | $10,521.8 | $11,443.8 |
| + Equity Investments | $2,132.0 | $2,339.0 | $2,546.0 |
| + NPV of Corp-S Tax Savings | $192.3 | $192.3 | $192.3 |
| **Adjusted Enterprise Value** | $11,924.1 | $13,053.1 | $14,182.0 |
| + Cash | $197.7 | $197.7 | $197.7 |
| - Debt | ($12,222.4) | ($12,222.4) | ($12,222.4) |
| - Identified Contingent Liabilities | ($97.1) | ($97.1) | ($97.1) |
| **Equity Value** | ($197.6) | $931.3 | $2,060.3 |
| *% of Enterprise Value* | *-1.7%* | *7.1%* | *14.5%* |
| Less: Par value of Capital Stock | *$3.9* | *$3.9* | *$3.9* |
| **Excess Capital** | ($201.5) | $927.4 | $2,056.4 |

**Operating Enterprise Value Multiples**

| | | Low | Mid | High |
|---|---|---|---|---|
| 2007P EBITDA | $1,191.4 | *8.1x* | *8.8x* | *9.6x* |
| 2008P EBITDA | $1,106.4 | *8.7x* | *9.5x* | *10.3x* |
| 2009P EBITDA | $1,131.5 | *8.5x* | *9.3x* | *10.1x* |

| | | Low | Mid | High |
|---|---|---|---|---|
| 2007P EBITDA - Capex | $1,051.4 | *9.1x* | *10.0x* | *10.9x* |
| 2008P EBITDA - Capex | $974.2 | *9.9x* | *10.8x* | *11.7x* |
| 2009P EBITDA - Capex | $1,003.2 | *9.6x* | *10.5x* | *11.4x* |

**Consolidated Enterprise Value Multiples**

| | | Low | Mid | High |
|---|---|---|---|---|
| 2007P EBITDA | $1,276.3 | *9.3x* | *10.2x* | *11.1x* |
| 2008P EBITDA | $1,205.0 | *9.9x* | *10.8x* | *11.8x* |
| 2009P EBITDA | $1,246.9 | *9.6x* | *10.5x* | *11.4x* |

| | | Low | Mid | High |
|---|---|---|---|---|
| 2007P EBITDA - Capex | $1,136.3 | *10.5x* | *11.5x* | *12.5x* |
| 2008P EBITDA - Capex | $1,072.8 | *11.1x* | *12.2x* | *13.2x* |
| 2009P EBITDA - Capex | $1,118.7 | *10.7x* | *11.7x* | *12.7x* |

## Sum of the Parts Analysis

|  | Valuation Summary | | |
|---|---|---|---|
|  | Low | Mid | High |
| Publishing (Standalone) | $6,368.1 | $7,116.1 | $7,864.1 |
| Broadcast & Entertainment (Standalone) | $4,347.1 | $4,678.8 | $5,010.6 |
| Radio | $175.0 | $187.5 | $200.0 |
| **Operating Enterprise Value** | **$10,890.3** | **$11,982.5** | **$13,074.7** |
| Equity Investments | $2,132.0 | $2,339.0 | $2,546.0 |
| **Consolidated Enterprise Value** | **$13,022.3** | **$14,321.5** | **$15,620.7** |

**Operating Enterprise Value Multiples**

| | | Low | Mid | High |
|---|---|---|---|---|
| 2007P EBITDA | $1,191.4 | 9.1x | 10.1x | 11.0x |
| 2008P EBITDA | $1,106.4 | 9.8x | 10.8x | 11.8x |
| 2009P EBITDA | $1,131.5 | 9.6x | 10.6x | 11.6x |
| | | | | |
| 2007P EBITDA - Capex | $1,051.4 | 12.4x | 13.6x | 14.9x |
| 2008P EBITDA - Capex | $974.2 | 11.2x | 12.3x | 13.4x |
| 2009P EBITDA - Capex | $1,003.2 | 10.9x | 11.9x | 13.0x |

**Consolidated Enterprise Value Multiples**

| | | Low | Mid | High |
|---|---|---|---|---|
| 2007P EBITDA | $1,276.3 | 10.2x | 11.2x | 12.2x |
| 2008P EBITDA | $1,205.0 | 10.8x | 11.9x | 13.0x |
| 2009P EBITDA | $1,246.9 | 10.4x | 11.5x | 12.5x |
| | | | | |
| 2007P EBITDA - Capex | $1,136.3 | 11.5x | 12.6x | 13.7x |
| 2008P EBITDA - Capex | $1,072.8 | 12.1x | 13.3x | 14.6x |
| 2009P EBITDA - Capex | $1,118.7 | 11.6x | 12.8x | 14.0x |

CONFIDENTIAL

# Market Multiples - Consolidated Company

*COMPARABLE COMPANIES METHOD*

| Period | Financials | Multiples | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| Actual | Adjusted EBITDA | Low | -- | High | Low | -- | High |
| 2007P | $1,191.4 | 8.50x | -- | 9.50x | $10,127.3 | -- | $11,318.8 |
| 2008P | $1,106.4 | 9.00x | -- | 10.00x | $9,957.4 | -- | $11,063.8 |
| 2009P | $1,131.5 | 8.50x | -- | 9.50x | $9,617.8 | -- | $10,749.3 |
| *Enterprise Value Range* | | | | | *$9,617.8* | -- | *$11,318.8* |

*COMPARABLE TRANSACTIONS METHOD*

| Period | Financials | Multiples | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| Actual | Adjusted EBITDA | Low | -- | High | Low | -- | High |
| 2007P | $1,191.4 | 9.00x | -- | 10.00x | $10,723.0 | -- | $11,914.5 |
| 2008P | $1,106.4 | 9.00x | -- | 10.00x | $9,957.4 | -- | $11,063.8 |
| 2009P | $1,131.5 | 8.50x | -- | 9.50x | $9,617.8 | -- | $10,749.3 |
| *Enterprise Value Range* | | | | | *$9,617.8* | -- | *$11,914.5* |

VRC0034733

# Discounted Cash Flow - Consolidated Company

*VRC Base Case - Consolidated Discounted Cash Flow Method*

|  | 1.00 | 2.00 | 3.00 | 4.00 | 5.00 | 6.00 |
|---|---|---|---|---|---|---|
| End-Year Period |  |  |  |  |  |  |
| Mid-Year Period | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 | 5.50 |

| | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|
| | | | Fiscal Years Ended December 31 | | | |
| **Revenue** | $4,831.1 | $4,856.1 | $4,898.7 | $4,953.9 | $5,015.2 | $5,077.3 |
| % growth | -- | -5.2% | 0.9% | 1.1% | 1.2% | 1.2% |
| **Adjusted EBITDA** | $1,106.4 | $1,131.5 | $1,152.6 | $1,172.7 | $1,202.8 | $1,219.7 |
| % growth | -- | -7.1% | 1.9% | 1.7% | 2.6% | 1.4% |
| % margin | 22.9% | 23.3% | 23.5% | 23.7% | 24.0% | 24.0% |
| *Adjusted EBITDA* | *$1,106.4* | *$1,131.5* | *$1,152.6* | *$1,172.7* | *$1,202.8* | *$1,219.7* |
| Net Change in Working Capital | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) |
| Cash Taxes | ($512.6) | ($525.4) | ($535.1) | ($542.8) | ($554.3) | ($560.7) |
| Capital Expenditures | ($132.2) | ($128.3) | ($128.5) | ($128.5) | ($128.5) | ($128.5) |
| *Enterprise Cash Flow (ECF)* | *$451.6* | *$467.9* | *$479.0* | *$491.4* | *$510.0* | *$520.4* |

38.25%

| Discount Rate | PV of ECF + | PV of Terminal Value = | | | Enterprise Value | | | Discount Rate |
|---|---|---|---|---|---|---|---|---|
| | | 8.00x | 8.50x | 9.00x | 8.00x | 8.50x | 9.00x | |
| 7.5% | $2,354.6 | $6,322.3 | $6,717.4 | $7,112.6 | $8,676.9 | $9,072.1 | $9,467.2 | 7.5% |
| 8.0% | $2,323.5 | $6,148.7 | $6,533.0 | $6,917.3 | $8,472.2 | $8,856.5 | $9,240.8 | 8.0% |
| 8.5% | $2,293.1 | $5,980.6 | $6,354.4 | $6,728.2 | $8,273.7 | $8,647.5 | $9,021.3 | 8.5% |

| Enterprise Value Range | | Low | | | High | |
|---|---|---|---|---|---|---|
| | | $8,273.7 | | | $9,467.2 | |
| 2007P EBITDA | $1,191.4 | 6.9x | -- | | 7.9x | |
| 2008P EBITDA | $1,106.4 | 7.5x | -- | | 8.6x | |
| 2009P EBITDA | $1,131.5 | 7.3x | -- | | 8.4x | |

VRC0034734

## Valuation Summary - Publishing

*Valuation Summary - Publishing Segment*

|  | Valuation Method | Low | Mid | High |
|---|---|---|---|---|
|  |  | **Valuation Summary** | | |
| 33% | Comparable Companies | $6,485.5 | $7,331.8 | $8,178.2 |
| 33% | Comparable Transactions | $6,682.0 | $7,634.6 | $8,587.1 |
| 33% | Discounted Cash Flow | $5,938.9 | $6,384.1 | $6,829.3 |
|  | **Average Operating Enterprise Value** | **$6,368.1** | **$7,116.1** | **$7,864.1** |

**Operating Enterprise Value Multiples**

| 2007P EBITDA | $817.8 | 7.8x | 8.7x | 9.6x |
|---|---|---|---|---|
| 2008P EBITDA | $786.1 | 8.1x | 9.1x | 10.0x |
| 2009P EBITDA | $814.2 | 7.8x | 8.7x | 9.7x |

| 2007P EBITDA - Capex | $713.1 | 8.9x | 10.0x | 11.0x |
|---|---|---|---|---|
| 2008P EBITDA - Capex | $686.1 | 9.3x | 10.4x | 11.5x |
| 2009P EBITDA - Capex | $714.2 | 8.9x | 10.0x | 11.0x |

VRC0034735

## Publishing Summary

*VRC Base Case – Publishing Segment*

| Financial Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | $3,713.5 | $3,679.9 | $3,752.0 | $3,840.2 | $3,927.6 | $4,019.3 | $4,113.1 | $4,209.0 | $4,307.2 | $4,407.7 | $4,510.6 |
| % Growth | -6.0% | -0.9% | 2.0% | 2.4% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% |
| Operating Expenses | $2,895.6 | $2,893.8 | $2,937.8 | $2,996.0 | $3,052.8 | $3,112.9 | $3,185.6 | $3,259.9 | $3,336.0 | $3,413.8 | $3,493.5 |
| % Margin | 78.0% | 78.6% | 78.3% | 78.0% | 77.7% | 77.5% | 77.5% | 77.5% | 77.5% | 77.5% | 77.5% |
| EBITDA | $817.8 | $786.1 | $814.2 | $844.2 | $874.8 | $906.3 | $927.5 | $949.1 | $971.3 | $993.9 | $1,017.1 |
| % Growth | -13.6% | -3.9% | 3.6% | 3.7% | 3.6% | 3.6% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% |
| % Margin | 22.0% | 21.4% | 21.7% | 22.0% | 22.3% | 22.5% | 22.5% | 22.5% | 22.5% | 22.5% | 22.5% |
| Capital Expenditures (Capex) | $104.8 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 |
| % Margin | 2.8% | 2.7% | 2.7% | 2.6% | 2.5% | 2.5% | 2.4% | 2.4% | 2.3% | 2.3% | 2.2% |
| EBITDA - Capex | $713.1 | $686.1 | $714.2 | $744.2 | $774.8 | $806.3 | $827.5 | $849.1 | $871.3 | $893.9 | $917.1 |
| % Margin | 19.2% | 18.6% | 19.0% | 19.4% | 19.7% | 20.1% | 20.1% | 20.2% | 20.2% | 20.3% | 20.3% |
| Stock-Based Compensation | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 |
| Depreciation & Amortization | $181.2 | $187.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 |
| Equity Income | ($13.7) | $1.9 | $28.0 | $49.9 | $67.8 | $81.2 | $97.1 | $116.3 | $139.2 | $166.6 | $199.3 |
| Equity Income (Cash) | $3.4 | $17.1 | $29.4 | $49.9 | $67.8 | $81.2 | $97.1 | $116.3 | $139.2 | $166.6 | $199.3 |
| Change in Working Capital | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

VRC0034736

# Market Multiples - Publishing

*COMPARABLE COMPANIES METHOD*

| Period | Financials | Multiples | | Enterprise Value | |
|---|---|---|---|---|---|
| Actual | Adjusted EBITDA | Low | High | Low | High |
| 2007P | $817.8 | 9.00x | 10.00x | $7,360.4 | $8,178.2 |
| 2008P | $786.1 | 8.25x | 9.25x | $6,485.5 | $7,271.6 |
| 2009P | $814.2 | 8.00x | 9.00x | $6,513.6 | $7,327.9 |
| *Enterprise Value Range* | | | | *$6,485.5* | *$8,178.2* |

*COMPARABLE TRANSACTIONS METHOD*

| Period | Financials | Multiples | | Enterprise Value | |
|---|---|---|---|---|---|
| Actual | Adjusted EBITDA | Low | High | Low | High |
| 2007P | $817.8 | 9.50x | 10.50x | $7,769.3 | $8,587.1 |
| 2008P | $786.1 | 8.50x | 9.50x | $6,682.0 | $7,468.1 |
| 2009P | $814.2 | 8.25x | 9.25x | $6,717.2 | $7,531.4 |
| *Enterprise Value Range* | | | | *$6,682.0* | *$8,587.1* |

CONFIDENTIAL

# Discounted Cash Flow - Publishing

*VRC Base Case – Publishing Discounted Cash Flow Method*

| | \ | | Fiscal Years Ended December 31 | | | | |
|---|---|---|---|---|---|---|---|
| | | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
| Revenue | | $3,679.9 | $3,752.0 | $3,840.2 | $3,927.6 | $4,019.3 | $4,113.1 |
| % growth | | -- | -5.2% | 2.4% | 2.3% | 2.3% | 2.3% |
| Adjusted EBITDA | | $786.1 | $814.2 | $844.2 | $874.8 | $906.3 | $927.5 |
| % growth | | -- | -7.1% | 3.7% | 3.6% | 3.6% | 2.3% |
| % margin | | 21.4% | 21.7% | 22.0% | 22.3% | 22.5% | 22.5% |
| Adjusted EBITDA | | $786.1 | $814.2 | $844.2 | $874.8 | $906.3 | $927.5 |
| Depreciation & Amortization | | $187.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 |
| Net Change in Working Capital | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Cash Taxes | 38.25% | ($372.4) | ($384.7) | ($396.1) | ($407.9) | ($419.9) | ($428.0) |
| Capital Expenditures | | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| Enterprise Cash Flow (ECF) | | $315.7 | $329.5 | $348.0 | $367.0 | $386.4 | $399.5 |

| Discount Rate | PV of ECF + | PV of Terminal Value = | | | Enterprise Value | | | Discount Rate |
|---|---|---|---|---|---|---|---|---|
| | | 7.50x | 8.00x | 8.50x | 7.50x | 8.00x | 8.50x | |
| 7.5% | $1,721.1 | $4,507.3 | $4,807.8 | $5,108.3 | $6,228.4 | $6,528.8 | $6,829.3 | 7.5% |
| 8.0% | $1,697.8 | $4,383.5 | $4,675.8 | $4,968.0 | $6,081.4 | $6,373.6 | $6,665.8 | 8.0% |
| 8.5% | $1,675.1 | $4,263.7 | $4,548.0 | $4,832.2 | $5,938.9 | $6,223.1 | $6,507.4 | 8.5% |
| | | | | | Low | | High | |
| Enterprise Value Range | | | | | $5,938.9 | | $6,829.3 | |
| LTM Adjusted EBITDA | | $1,191.4 | | | 5.0x | -- | 5.7x | |
| CFY Adjusted EBITDA | | $1,106.4 | | | 5.4x | -- | 6.2x | |
| NFY Adjusted EBITDA | | $1,131.5 | | | 5.2x | -- | 6.0x | |

VRC0034738