CONFIDENTIAL

# Valuation Summary - Broadcasting Entertainment

*Valuation Summary – Broadcasting & Entertainment Segment*

|  | Valuation Method | | Valuation Summary | |
|---|---|---|---|---|
|  |  | *Low* | *Mid* | *High* |
| 33% | Comparable Companies | $4,496.2 | $4,870.7 | $5,245.1 |
| 33% | Comparable Transactions | $4,721.0 | $5,083.9 | $5,446.9 |
| 33% | Discounted Cash Flow | $3,825.5 | $4,083.3 | $4,341.2 |
| | **Average Operating Enterprise Value** | **$4,347.1** | **$4,678.8** | **$5,010.6** |

**Operating Enterprise Value Multiples**

| | | | |
|---|---|---|---|
| 2007P EBITDA | $403.5 | *10.8x* | *11.6x* | *12.4x* |
| 2008P EBITDA | $434.3 | *10.0x* | *10.8x* | *11.5x* |
| 2009P EBITDA | $449.6 | *9.7x* | *10.4x* | *11.1x* |

| | | | |
|---|---|---|---|
| 2007P EBITDA - Capex | $378.6 | *11.5x* | *12.4x* | *13.2x* |
| 2008P EBITDA - Capex | $408.9 | *10.6x* | *11.4x* | *12.3x* |
| 2009P EBITDA - Capex | $423.6 | *10.3x* | *11.6x* | *11.8x* |

VRC0034739

CONFIDENTIAL

## Broadcasting Entertainment Summary

*VRC Base Case – Broadcasting & Entertainment Segment*

| Financial Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | $1,344.9 | $1,215.3 | $1,221.9 | $1,263.7 | $1,273.7 | $1,307.7 | $1,342.6 | $1,378.4 | $1,415.2 | $1,453.0 | $1,491.7 |
| % Growth | 13.9% | -9.6% | 0.5% | 3.4% | 0.8% | 2.7% | 2.7% | 2.7% | 2.7% | 2.7% | 2.7% |
| Operating Expenses | $941.4 | $781.0 | $772.3 | $798.7 | $822.7 | $837.9 | $860.0 | $882.7 | $906.0 | $929.9 | $954.4 |
| % Margin | 70.0% | 64.3% | 63.2% | 63.2% | 64.6% | 64.1% | 64.1% | 64.0% | 64.0% | 64.0% | 64.0% |
| EBITDA | $403.5 | $434.3 | $449.6 | $465.0 | $450.9 | $469.8 | $482.6 | $495.7 | $509.2 | $523.1 | $537.3 |
| % Margin | 30.0% | 35.7% | 36.8% | 36.8% | 35.4% | 35.9% | 35.9% | 36.0% | 36.0% | 36.0% | 36.0% |
| Capital Expenditures (Capex) | $24.9 | $25.4 | $26.0 | $25.7 | $25.7 | $25.7 | $25.7 | $25.7 | $25.7 | $25.7 | $25.7 |
| % Margin | 1.8% | 2.1% | 2.1% | 2.0% | 2.0% | 2.0% | 1.9% | 1.9% | 1.8% | 1.8% | 1.7% |
| EBITDA – Capex | $378.6 | $408.9 | $423.6 | $439.3 | $425.2 | $444.0 | $456.9 | $470.0 | $483.5 | $497.4 | $511.6 |
| % Margin | 28.2% | 33.7% | 34.7% | 34.8% | 33.4% | 34.0% | 34.0% | 34.1% | 34.2% | 34.2% | 34.3% |
| Stock-Based Compensation | $6.0 | $6.0 | $6.0 | $6.0 | $6.0 | $6.0 | $6.0 | $6.0 | $6.0 | $6.0 | $6.0 |
| Depreciation & Amortization | $45.6 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 |
| Equity Income | $99.1 | $81.5 | $86.1 | $90.5 | $95.1 | $99.9 | $105.0 | $110.3 | $115.9 | $121.9 | $128.1 |
| Equity Income (Cash) | $81.4 | $81.5 | $86.1 | $90.5 | $95.1 | $99.9 | $105.0 | $110.3 | $115.9 | $121.9 | $128.1 |
| Change in Working Capital | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

VRC0034740

CONFIDENTIAL

# Market Multiples - Broadcasting Entertainment

### COMPARABLE COMPANIES METHOD

| Period Actual | Financials Adjusted EBITDA | Multiples Low | | High | Enterprise Value Low | | High |
|---|---|---|---|---|---|---|---|
| 2007P | $403.5 | 12.00x | -- | 13.00x | $4,841.7 | -- | $5,245.1 |
| 2008P | $434.3 | 11.00x | -- | 12.00x | $4,777.4 | -- | $5,211.7 |
| 2009P | $449.6 | 10.00x | -- | 11.00x | $4,496.2 | -- | $4,945.8 |
| *Enterprise Value Range* | | | | | *$4,496.2* | *--* | *$5,245.1* |
| | | | | | | $4,870.7 | |

### COMPARABLE TRANSACTIONS METHOD

| Period Actual | Financials Adjusted EBITDA | Multiples Low | | High | Enterprise Value Low | | High |
|---|---|---|---|---|---|---|---|
| 2007P | $403.5 | 12.50x | -- | 13.50x | $5,043.4 | -- | $5,446.9 |
| 2008P | $434.3 | 11.50x | -- | 12.50x | $4,994.5 | -- | $5,428.9 |
| 2009P | $449.6 | 10.50x | -- | 11.50x | $4,721.0 | -- | $5,170.6 |
| *Enterprise Value Range* | | | | | *$4,721.0* | *--* | *$5,446.9* |
| | | | | | | $5,083.9 | |

VRC0034741

# Discounted Cash Flow - Broadcasting Entertainment

*VRC Base Case – B&E Discounted Cash Flow Method*

| | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|
| **Revenue** | $1,215.3 | $1,221.9 | $1,263.7 | $1,273.7 | $1,307.7 | $1,342.6 |
| *% growth* | -- | -5.2% | 3.4% | 0.8% | 2.7% | 2.7% |
| **Adjusted EBITDA** | $434.3 | $449.6 | $465.0 | $450.9 | $469.8 | $482.6 |
| *% growth* | -- | -7.1% | 3.4% | -3.0% | 4.2% | 2.7% |
| *% margin* | 35.7% | 36.8% | 36.8% | 35.4% | 35.9% | 35.9% |
| **Adjusted EBITDA** | *$434.3* | *$449.6* | *$465.0* | *$450.9* | *$469.8* | *$482.6* |
| Depreciation & Amortization | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 | $43.3 |
| Net Change in Working Capital | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Cash Taxes | ($182.7) | ($188.6) | ($194.4) | ($189.1) | ($196.3) | ($201.2) |
| Capital Expenditures | ($25.4) | ($26.0) | ($25.7) | ($25.7) | ($25.7) | ($25.7) |
| **Enterprise Cash Flow (ECF)** | *$269.2* | *$253.1* | *$241.8* | *$236.1* | *$247.8* | *$255.7* |

38.25%

| Discount Rate | PV of ECF + | | | PV of Terminal Value = | | | Enterprise Value | | | Discount Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| | 8.50x | 9.00x | 9.50x | 8.50x | 9.00x | 9.50x | 8.50x | 9.00x | 9.50x | |
| 6.5% | $1,199.2 | $2,811.2 | $2,976.6 | $3,142.0 | $4,010.4 | $4,175.8 | $4,341.2 | | | 6.5% |
| 7.0% | $1,183.2 | $2,733.3 | $2,894.1 | $3,054.9 | $3,916.5 | $4,077.3 | $4,238.1 | | | 7.0% |
| 7.5% | $1,167.5 | $2,657.9 | $2,814.3 | $2,970.6 | $3,825.5 | $3,981.8 | $4,138.2 | | | 7.5% |

| Enterprise Value Range | | Low | | | High | |
|---|---|---|---|---|---|---|
| | | $3,825.5 | | | $4,341.2 | |
| LTM Adjusted EBITDA | $1,191.4 | 3.2x | | | 3.6x | |
| CFY Adjusted EBITDA | $1,106.4 | 3.5x | | | 3.9x | |
| NFY Adjusted EBITDA | $1,131.5 | 3.4x | | | 3.8x | |

VRC0034742

*VRC Base Case – Radio*

| Financial Summary | 2006A | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | $41.2 | $38.0 | $41.2 | $42.2 | $42.9 | $43.5 | $44.1 | $44.8 | $45.4 | $46.1 | $46.7 | $47.4 |
| *% Growth* | *n/a* | *-7.9%* | *8.7%* | *2.2%* | *1.8%* | *1.3%* | *1.4%* | *1.4%* | *1.4%* | *1.4%* | *1.4%* | *1.4%* |
| Operating Expenses | $27.0 | $26.2 | $27.1 | $27.9 | $28.7 | $29.4 | $30.1 | $30.8 | $31.6 | $32.3 | $33.1 | $33.9 |
| *% Margin* | *65.5%* | *69.0%* | *65.6%* | *66.1%* | *66.8%* | *67.6%* | *68.2%* | *68.9%* | *69.5%* | *70.2%* | *70.8%* | *71.5%* |
| EBITDA | $14.2 | $11.8 | $14.2 | $14.3 | $14.2 | $14.1 | $14.0 | $13.9 | $13.8 | $13.7 | $13.6 | $13.5 |
| *% Growth* | *n/a* | *-17.3%* | *20.4%* | *1.0%* | *-0.5%* | *-1.0%* | *-0.5%* | *-0.6%* | *-0.7%* | *-0.7%* | *-0.8%* | *-0.9%* |
| *% Margin* | *34.5%* | *31.0%* | *34.4%* | *33.9%* | *33.2%* | *32.4%* | *31.8%* | *31.1%* | *30.5%* | *29.8%* | *29.2%* | *28.5%* |
| Capital Expenditures (Capex) | $0.2 | $0.2 | $0.2 | $0.2 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 |
| *% Margin* | *0.5%* | *0.5%* | *0.4%* | *0.5%* | *0.6%* | *0.6%* | *0.6%* | *0.6%* | *0.6%* | *0.5%* | *0.5%* | *0.5%* |
| EBITDA - Capex | $14.0 | $11.6 | $14.0 | $14.1 | $14.0 | $13.9 | $13.8 | $13.7 | $13.6 | $13.5 | $13.4 | $13.3 |
| *% Margin* | *34.1%* | *30.5%* | *34.0%* | *33.4%* | *32.6%* | *31.8%* | *31.2%* | *30.6%* | *29.9%* | *29.3%* | *28.6%* | *28.0%* |
| Stock-Based Compensation | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 | $0.2 |
| Depreciation & Amortization | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 | $0.3 |

VRC0034743

Broadcasting

| Company | Ticker | 52W High | 52W Low | 10/29/07 Price | % of 52WH | 52W Return | Equity Value | Enterprise Value | LTM Sales | LTM EBITDA | Capex | FCF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gannett Company Inc | GCI | $63.50 | $40.70 | $41.81 | 65.8% | -30.7% | $9,737.4 | $14,140.0 | $7,883.8 | $2,184.3 | $259.9 | $1,924.5 |
| Hearst Argyle Television | HTV | $28.16 | $18.70 | $23.07 | 81.9% | -8.8% | $2,180.3 | $3,101.2 | $779.8 | $274.0 | $37.6 | $236.4 |
| Sinclair Broadcast Grp CS | SBGI | $17.67 | $8.41 | $11.68 | 66.1% | 36.0% | $1,019.5 | $2,351.1 | $714.1 | $238.4 | $42.2 | $196.2 |
| Lin Tv Corp | tvl | $20.24 | $8.02 | $14.21 | 70.2% | 76.1% | $727.2 | $1,431.5 | $429.2 | $150.6 | $25.5 | $125.1 |
| Gray Television Inc | GTN | $11.33 | $5.75 | $9.75 | 86.1% | 50.5% | $472.1 | $1,383.7 | $331.9 | $120.0 | $30.4 | $89.6 |
| Nexstar Broadcasting Group Inc | NXST | $15.41 | $3.56 | $9.75 | 63.3% | 168.6% | $276.9 | $950.1 | $271.6 | $90.7 | $13.4 | $77.3 |
| Tribune Broadcasting | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Tribune Broadcasting | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $4,200.1 | n/a | n/a | n/a | n/a |

**Broadcasting**

| Company | Sales Growth | | | EBITDA Growth | | | EBITDA Margin | | | | TCF Margin | | | Sales | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LFY | CFY | NFY | LFY | CFY | NFY | LFY | LTM | CFY | NFY | LFY | LTM | CFY | NFY | 2 yr Historic | 2 yr Projected |
| Gannett Company Inc | 5.7% | -5.2% | -0.2% | -2.1% | -8.4% | 0.6% | 28.3% | 27.7% | 27.4% | 27.6% | 25.8% | 24.4% | 23.9% | 24.2% | 5.0% | |
| Hearst Argyle Television | 11.1% | -3.9% | 11.0% | 10.0% | -19.2% | 25.0% | 37.6% | 35.1% | 31.6% | 35.6% | 29.4% | 30.3% | 26.6% | 31.1% | 0.4% | |
| Sinclair Broadcast G | 3.3% | -2.7% | 8.8% | 18.3% | -4.0% | 18.1% | 33.8% | 33.4% | 33.4% | 36.2% | 31.4% | 27.5% | 27.3% | 30.7% | 0.7% | |
| Lin Tv Corp | 11.4% | -3.4% | 8.8% | 50.9% | -17.6% | 34.7% | 33.9% | 35.1% | 28.9% | 35.8% | 28.6% | 29.1% | 22.7% | 30.1% | 16.3% | |
| Gray Television Inc | 27.0% | -6.5% | 16.3% | 43.7% | -21.8% | 35.8% | 38.0% | 36.2% | 31.8% | 37.1% | 25.6% | 27.0% | 22.0% | 28.7% | 6.4% | |
| Nexstar Broadcasting Group Inc | 15.8% | 0.2% | 14.5% | 40.0% | -7.2% | 29.9% | 33.4% | 33.4% | 30.9% | 35.1% | 24.2% | 28.5% | 25.9% | 30.7% | 3.1% | |
| Max | 27.0% | 0.2% | 16.3% | 50.9% | 4.0% | 35.8% | 38.0% | 36.2% | 33.4% | 37.1% | 31.4% | 30.3% | 27.3% | 31.1% | | |
| Min | 3.3% | -6.5% | -0.2% | -2.1% | -21.8% | 0.6% | 28.3% | 27.7% | 27.4% | 27.6% | 24.2% | 24.4% | 22.0% | 24.2% | | |
| Mean | 12.4% | -3.6% | 9.9% | 26.8% | -13.0% | 24.0% | 34.2% | 33.5% | 30.7% | 34.6% | 27.5% | 27.8% | 24.7% | 29.2% | | |
| Median | 11.3% | -3.7% | 9.9% | 29.1% | -13.0% | 27.4% | 33.8% | 34.2% | 31.3% | 35.7% | 27.2% | 28.0% | 24.9% | 30.4% | | |

| Tribune Broadcasting | n/a | n/a | -4.9% | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 95.1% | 100.0% | | |

VRC0034745

CONFIDENTIAL

## Broadcasting

| Company | Beta | Wtd. Avg. Cost of Debt | Effective Tax Rate | Net Debt / EV | Net Debt / LTM EBITDA | Capex / EBITDA | Net Debt / LTM FCF | LTM EBITDA / Cash Int. | LTM FCF / Cash Int. |
|---|---|---|---|---|---|---|---|---|---|
| Gannett Company Inc | 0.83 | 5.4% | 32.2% | 31.0% | 2.0x | 11.9% | 2.3x | 7.6x | 6.7x |
| Hearst Argyle Television | 0.75 | 7.0% | 39.6% | 31.0% | 3.5x | 13.7% | 4.1x | 3.9x | 3.3x |
| Sinclair Broadcast Grp CS | 0.97 | 8.1% | 41.6% | 57.4% | 5.7x | 17.7% | 6.9x | 2.1x | 1.8x |
| Lin Tv Corp | 1.18 | 6.5% | 68.8% | 60.3% | 5.7x | 16.9% | 6.9x | 2.5x | 2.0x |
| Gray Television Inc | 1.27 | 6.9% | 36.0% | 66.9% | 7.7x | 25.3% | 10.3x | 2.0x | 1.5x |
| Nexstar Broadcasting Group Inc | 0.87 | 7.3% | n/a | 70.9% | 7.4x | 14.8% | 8.7x | 2.3x | 1.9x |
| Max | 1.27 | 8.1% | 68.8% | 70.9% | 7.7x | 25.3% | 10.3x | 7.6x | 6.7x |
| Min | 0.75 | 5.4% | 32.2% | 31.0% | 2.0x | 11.9% | 2.3x | 2.0x | 1.5x |
| Mean | 0.98 | 6.9% | 43.6% | 52.9% | 5.3x | 16.7% | 6.5x | 3.4x | 2.9x |
| Median | 0.92 | 7.0% | 39.6% | 58.8% | 5.7x | 15.9% | 6.9x | 2.4x | 2.0x |
| Tribune Broadcasting | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

VRC0034746