CONFIDENTIAL

## Broadcasting

| Company | EV / Revenue | | | EV / EBITDA | | | EV / FCF | | | EV / BVIC | FCF / ROIC | EBITDA / Assets |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LTM | CFY | NFY | LTM | CFY | NFY | LTM | CFY | NFY | BVIC | ROIC | Assets |
| Gannett Company Inc | 1.8x | 1.9x | 1.9x | 6.5x | 6.8x | 6.7x | 7.3x | 7.8x | 7.7x | 1.1x | 14.6% | 13.7% |
| Hearst Argyle Television | 4.0x | 4.1x | 3.7x | 11.3x | 13.0x | 10.4x | 13.1x | 15.4x | 11.9x | 1.1x | 8.3% | 7.1% |
| Sinclair Broadcast Grp CS | 3.3x | 3.4x | 3.1x | 9.9x | 10.1x | 8.5x | 12.0x | 12.4x | 10.1x | 1.5x | 12.2% | 11.1% |
| Lin Tv Corp | 3.3x | 3.5x | 3.2x | 9.5x | 12.0x | 8.9x | 11.4x | 15.3x | 10.6x | 1.0x | 8.4% | 8.4% |
| Gray Television Inc | 4.2x | 4.5x | 3.8x | 11.5x | 14.0x | 10.3x | 15.4x | 20.3x | 13.4x | 1.1x | 7.0% | 7.5% |
| Nexstar Broadcasting Group Inc | 3.5x | 3.6x | 3.1x | 10.5x | 11.6x | 8.9x | 12.3x | 13.8x | 10.2x | 1.6x | 13.1% | 13.1% |
| Max | 4.2x | 4.5x | 3.8x | 11.5x | 14.0x | 10.4x | 15.4x | 20.3x | 13.4x | 1.6x | 14.6% | 13.7% |
| Min | 1.8x | 1.9x | 1.9x | 6.5x | 6.8x | 6.7x | 7.3x | 7.8x | 7.7x | 1.0x | 7.0% | 7.1% |
| Mean | 3.3x | 3.5x | 3.1x | 9.9x | 11.3x | 9.0x | 11.9x | 14.2x | 10.7x | 1.2x | 10.6% | 10.1% |
| Median | 3.4x | 3.5x | 3.2x | 10.2x | 11.8x | 8.9x | 12.1x | 14.6x | 10.4x | 1.1x | 10.3% | 9.7% |
| **Tribune Broadcasting** | n/a | 10.9x | 11.5x | n/a | n/a | n/a | n/a | 11.5x | 11.5x | n/a | n/a | n/a |

VRC0034747

CONFIDENTIAL

n/a

| Company | Ticker | 52W High | 52W Low | 5/3/07 Price | % of 52WH | 52W Return | Equity Value | Enterprise Value | LTM Sales | LTM EBITDA | Capex | FCF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ew Scripps Co | SSP | $53.39 | $40.86 | $43.45 | 81.4% | -6.1% | $7,165.8 | $7,796.0 | $2,509.8 | $835.2 | $92.8 | $742.4 |
| Mcclatchy Co Holding | MNI | $47.73 | $28.61 | $29.00 | 60.8% | -36.4% | $2,377.5 | $4,584.4 | $2,424.8 | $648.7 | $64.9 | $583.8 |
| New York Times Co | NYT | $26.90 | $21.54 | $25.57 | 95.1% | 5.2% | $3,684.0 | $4,918.5 | $3,244.2 | $533.0 | $200.7 | $332.3 |
| Belo Corp. | BLC | $20.37 | $14.93 | $20.32 | 99.8% | 13.7% | $2,090.2 | $3,570.4 | $1,570.6 | $386.8 | $83.6 | $303.2 |
| Media General Inc | MEG | $44.16 | $33.80 | $37.69 | 85.3% | -7.4% | $891.6 | $1,723.1 | $996.1 | $212.6 | $53.5 | $159.1 |
| **Tribune Consolidated** | **n/a** | **n/a** | **n/a** | **n/a** | **n/a** | **n/a** | **$2,044.4** | **$15,599.9** | **$5,433.0** | **$1,414.2** | **$174.5** | **$1,239.7** |

VRC0034748

CONFIDENTIAL

n/a

| Company | Sales Growth | | | EBITDA Growth | | | EBITDA Margin | | | | FCF Margin | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LFY | CFY | NFY | LFY | CFY | NFY | LFY | LTM | CFY | NFY | LFY | LTM | CFY | NFY |
| Ew Scripps Co | 15.9% | 5.6% | 9.9% | 17.1% | 1.8% | 12.3% | 34.3% | 33.3% | 33.0% | 34.0% | 30.1% | 29.6% | 29.9% | 31.2% |
| Mcclatchy Co Holding | -0.4% | -1.2% | 1.1% | -0.4% | -1.2% | 1.9% | 26.7% | 26.8% | 26.7% | 26.9% | 23.6% | 24.1% | 24.0% | 24.2% |
| New York Times Co | 1.8% | -1.2% | 1.7% | -6.3% | -2.3% | 1.4% | 15.8% | 16.4% | 15.6% | 15.6% | 5.7% | 10.2% | 9.5% | 9.5% |
| Belo Corp. | 4.1% | -2.1% | 5.3% | -1.6% | -6.1% | 12.9% | 24.7% | 24.6% | 23.6% | 25.4% | 17.5% | 19.3% | 18.3% | 20.3% |
| Media General Inc | 12.2% | 0.6% | 7.8% | 13.3% | -13.2% | 18.4% | 22.7% | 21.3% | 19.6% | 21.5% | 13.2% | 16.0% | 14.2% | 16.5% |
| Max | 15.9% | 5.6% | 9.9% | 17.1% | 1.8% | 18.4% | 34.3% | 33.3% | 33.0% | 34.0% | 30.1% | 29.6% | 29.9% | 31.2% |
| Min | -0.4% | -2.1% | 1.1% | -6.3% | -13.2% | 1.4% | 15.8% | 16.4% | 15.6% | 15.6% | 5.7% | 10.2% | 9.5% | 9.5% |
| Mean | 6.7% | 0.4% | 5.1% | 4.4% | -4.2% | 9.6% | 24.8% | 24.5% | 23.7% | 24.7% | 18.0% | 19.8% | 19.2% | 20.3% |
| Median | 4.1% | -1.2% | 5.3% | -0.4% | -2.3% | 12.9% | 24.7% | 24.6% | 23.6% | 25.4% | 17.5% | 19.3% | 18.3% | 20.3% |
| Tribune Consolidated | -1.4% | -1.4% | -1.8% | -2.1% | -3.1% | 12.4% | 26.0% | 26.0% | 25.6% | 29.3% | 22.2% | 22.8% | 22.3% | 26.0% |

VRC0034749

n/a

| Company | Beta | Wtd. Avg. Cost of Debt | Effective Tax Rate | Net Debt / EV | Net Debt / LTM EBITDA | Capex / EBITDA | Net Debt / LTM FCF | LTM EBITDA / Cash Int. | LTM FCF / Cash Int. |
|---|---|---|---|---|---|---|---|---|---|
| Ew Scripps Co | 0.38 | 5.3% | 35.5% | 9.4% | 0.9x | 11.1% | 1.0x | 16.5x | 14.6x |
| Mcclatchy Co Holding | 0.35 | 10.0% | 31.6% | 59.5% | 4.2x | 10.0% | 4.7x | 4.7x | 4.2x |
| New York Times Co | 0.76 | 5.1% | 39.6% | 27.9% | 2.6x | 37.7% | 4.1x | n/a | n/a |
| Belo Corp. | 0.94 | 7.5% | 36.1% | 41.5% | 3.8x | 21.6% | 4.9x | 3.2x | 2.5x |
| Media General Inc | 0.77 | 8.0% | 37.1% | 53.1% | 4.3x | 25.2% | 5.7x | n/a | n/a |
| Max | 0.94 | 10.0% | 39.6% | 59.5% | 4.3x | 37.7% | 5.7x | 16.5x | 14.6x |
| Min | 0.35 | 5.1% | 31.6% | 9.4% | 0.9x | 10.0% | 1.0x | 3.2x | 2.5x |
| Mean | 0.64 | 7.2% | 36.0% | 38.3% | 3.2x | 21.1% | 4.1x | 8.1x | 7.1x |
| Median | 0.76 | 7.5% | 36.1% | 41.5% | 3.8x | 21.6% | 4.7x | 4.7x | 4.2x |
| **Tribune Consolidated** | **n/a** | **7.1%** | **38.3%** | **59.4%** | **6.5x** | **12.3%** | **7.5x** | **2.1x** | **1.9x** |

VRC0034750