CONFIDENTIAL

n/a

| Company | EV / Revenue | | | EV / EBITDA | | | EV / FCF | | | EV / BVIC | FCF ROIC | EBITDA Assets |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LTM | CFY | NFY | LTM | CFY | NFY | LTM | CFY | NFY | | | |
| Ew Scripps Co | 3.1x | 3.0x | 2.7x | 9.3x | 8.9x | 7.9x | 10.5x | 9.9x | 8.6x | 2.3x | 21.6% | 20.4% |
| Mcclatchy Co Holding | 1.9x | 1.9x | 1.9x | 7.1x | 7.1x | 7.0x | 7.9x | 7.9x | 7.7x | 0.8x | 10.0% | 8.6% |
| New York Times Co | 1.5x | 1.5x | 1.5x | 9.2x | 9.7x | 9.5x | 14.8x | 16.0x | 15.6x | 2.2x | 15.1% | 14.6% |
| Belo Corp. | 2.3x | 2.3x | 2.2x | 9.2x | 9.7x | 8.5x | 11.8x | 12.6x | 10.8x | 1.2x | 10.1% | 10.9% |
| Media General Inc | 1.7x | 1.7x | 1.6x | 8.1x | 8.9x | 7.5x | 10.8x | 12.3x | 9.8x | 0.9x | 8.7% | 8.9% |
| Max | 3.1x | 3.0x | 2.7x | 9.3x | 9.7x | 9.5x | 14.8x | 16.0x | 15.6x | 2.3x | 21.6% | 20.4% |
| Min | 1.5x | 1.5x | 1.5x | 7.1x | 7.1x | 7.0x | 7.9x | 7.9x | 7.7x | 0.8x | 8.7% | 8.6% |
| Mean | 2.1x | 2.1x | 2.0x | 8.6x | 8.9x | 8.1x | 11.2x | 11.7x | 10.5x | 1.5x | 13.1% | 12.7% |
| Median | 1.9x | 1.9x | 1.9x | 9.2x | 8.9x | 7.9x | 10.8x | 12.3x | 9.8x | 1.2x | 10.1% | 10.9% |
| Tribune Consolidated | 2.9x | 2.9x | 3.0x | 11.0x | 11.4x | 10.1x | 12.6x | 13.0x | 11.4x | n/a | n/a | |

VRC0034751

CONFIDENTIAL

n/a

| Company | Ticker | 52W High | 52W Low | 10/5/07 Price | % of 52WH | 52W Return | Equity Value | Enterprise Value | LTM Sales | LTM EBITDA | Capex | FCF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gannett Company Inc | GCI | $63.50 | $45.63 | $45.85 | 72.2% | -20.0% | $10,756.6 | $15,158.2 | $7,955.1 | $2,213.9 | $259.9 | $1,954.0 |
| Washington Post | WPO | $885.23 | $712.73 | $811.90 | 91.7% | 7.8% | $7,742.3 | $7,329.5 | $4,020.0 | $718.1 | $201.1 | $517.0 |
| Mcclatchy Co Holding | MNI | $44.95 | $19.34 | $19.95 | 44.4% | -52.7% | $1,636.6 | $3,768.5 | $2,372.4 | $629.1 | $42.4 | $586.7 |
| New York Times Co | NYT | $26.90 | $19.12 | $20.00 | 74.3% | -12.2% | $2,882.3 | $3,650.9 | $3,246.0 | $510.2 | $200.7 | $309.5 |
| Lee Enterprises | LEE | $35.65 | $14.58 | $17.43 | 48.9% | -30.7% | $799.8 | $1,910.9 | $1,123.2 | $303.6 | $21.0 | $282.6 |
| Client Company | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Client Company | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

VRC0034752

CONFIDENTIAL

n/a

| Company | Sales Growth | | | EBITDA Growth | | | EBITDA Margin | | | | FCF Margin | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LFY | CFY | NFY | LFY | CFY | NFY | LFY | LTM | CFY | NFY | LFY | LTM | CFY | NFY |
| Gannett Company Inc | 5.7% | -5.0% | 0.3% | -2.1% | -8.4% | 0.7% | 28.3% | 27.8% | 27.3% | 27.4% | 25.8% | 24.6% | 23.9% | 24.0% |
| Washington Post | 9.9% | 6.7% | 7.7% | 4.3% | -9.4% | 9.2% | 18.9% | 17.9% | 16.1% | 16.3% | 11.7% | 12.9% | 11.3% | 11.8% |
| Mcclatchy Co Holding | -0.4% | -6.4% | -3.4% | -0.4% | -6.4% | -7.6% | 25.4% | 26.5% | 25.4% | 24.3% | 22.7% | 24.7% | 23.5% | 22.4% |
| New York Times Co | 1.8% | -3.1% | -0.1% | -6.3% | -7.8% | 3.7% | 15.8% | 15.7% | 15.1% | 15.6% | 5.7% | 9.5% | 8.8% | 9.3% |
| Lee Enterprises | 37.8% | -0.8% | -1.3% | 27.2% | -13.8% | -5.3% | 28.1% | 27.0% | 24.4% | 23.4% | 25.2% | 25.2% | 22.5% | 21.5% |
| Max | 37.8% | 6.7% | 7.7% | 27.2% | -6.4% | 9.2% | 28.3% | 27.8% | 27.3% | 27.4% | 25.8% | 25.2% | 23.9% | 24.0% |
| Min | -0.4% | -6.4% | -3.4% | -6.3% | -13.8% | -7.6% | 15.8% | 15.7% | 15.1% | 15.6% | 5.7% | 9.5% | 8.8% | 9.3% |
| Mean | 11.0% | -1.7% | 0.6% | 4.5% | -9.2% | 0.1% | 23.3% | 23.0% | 21.7% | 21.4% | 18.2% | 19.4% | 18.0% | 17.8% |
| Median | 5.7% | -3.1% | -0.1% | -0.4% | -8.4% | 0.7% | 25.4% | 26.5% | 24.4% | 23.4% | 22.7% | 24.6% | 22.5% | 21.5% |
| Tribune Co. | 0.1% | -6.7% | -1.5% | -5.7% | -23.5% | 1.9% | 26.6% | 23.5% | 21.8% | 22.6% | 22.6% | 19.7% | 17.8% | 18.5% |

VRC0034753

CONFIDENTIAL

| Company | Beta | Wtd. Avg. Cost of Debt | Effective Tax Rate | Net Debt / EV | Net Debt / LTM EBITDA | Capex / EBITDA | Net Debt / LTM FCF | LTM EBITDA / Cash Int. | LTM FCF / Cash Int. |
|---|---|---|---|---|---|---|---|---|---|
| Gannett Company Inc | 0.79 | 5.2% | 32.0% | 28.9% | 2.0x | 11.7% | 2.2x | n/a | n/a |
| Washington Post | 0.64 | 5.5% | 37.7% | 1.7% | 0.2x | 28.0% | 0.2x | n/a | n/a |
| Mcclatchy Co Holding | 0.50 | 13.9% | 31.1% | 70.4% | 4.2x | 6.7% | 4.5x | 4.6x | 4.2x |
| New York Times Co | 0.67 | 5.1% | 39.6% | 24.9% | 1.8x | 39.3% | 2.9x | n/a | n/a |
| Lee Enterprises | 0.81 | 6.3% | 34.5% | 75.0% | 4.7x | 6.9% | 5.1x | n/a | n/a |
| Max | 0.81 | 13.9% | 39.6% | 75.0% | 4.7x | 39.3% | 5.1x | 4.6x | 4.2x |
| Min | 0.50 | 5.1% | 31.1% | 1.7% | 0.2x | 6.7% | 0.2x | 4.6x | 4.2x |
| Mean | 0.68 | 7.2% | 35.0% | 40.2% | 2.6x | 18.5% | 3.0x | 4.6x | 4.2x |
| Median | 0.67 | 5.5% | 34.5% | 28.9% | 2.0x | 11.7% | 2.9x | 4.6x | 4.2x |
| Tribune Co. | 0.66 | 15.6% | 33.2% | 31.6% | 2.2x | 16.3% | 2.6x | n/a | n/a |

VRC0034754

CONFIDENTIAL

n/a

| Company | EV / Revenue | | | EV / EBITDA | | | EV / FCF | | | EV / BVIC | FCF ROIC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | LTM | CFY | NFY | LTM | CFY | NFY | LTM | CFY | NFY | | |
| Gannett Company Inc | 1.9x | 2.0x | 2.0x | 6.8x | 7.3x | 7.2x | 7.8x | 8.3x | 8.2x | 1.1x | 14.8% |
| Washington Post | 1.8x | 1.8x | 1.6x | 10.2x | 10.9x | 10.0x | 14.2x | 15.6x | 13.8x | 2.2x | 15.3% |
| Mcclatchy Co Holding | 1.6x | 1.6x | 1.7x | 6.0x | 6.5x | 7.0x | 6.4x | 7.0x | 7.6x | 0.6x | 10.1% |
| New York Times Co | 1.1x | 1.1x | 1.1x | 7.2x | 7.6x | 7.3x | 11.8x | 13.1x | 12.3x | 2.0x | 17.3% |
| Lee Enterprises | 1.7x | 1.7x | 1.7x | 6.3x | 7.0x | 7.4x | 6.8x | 7.6x | 8.0x | 0.8x | 11.5% |
| Max | 1.9x | 2.0x | 2.0x | 10.2x | 10.9x | 10.0x | 14.2x | 15.6x | 13.8x | 2.2x | 17.3% |
| Min | 1.1x | 1.1x | 1.1x | 6.0x | 6.5x | 7.0x | 6.4x | 7.0x | 7.6x | 0.6x | 10.1% |
| Mean | 1.6x | 1.6x | 1.6x | 7.3x | 7.9x | 7.8x | 9.4x | 10.3x | 10.0x | 1.4x | 13.8% |
| Medium | 1.7x | 1.7x | 1.7x | 6.8x | 7.3x | 7.3x | 7.8x | 8.3x | 8.2x | 1.1x | 14.8% |
| Tribune Co. | 1.6x | 1.7x | 1.7x | 6.8x | 7.6x | 7.5x | 8.1x | 9.4x | 9.1x | 2.9x | 36.1% |

VRC0034755

CONFIDENTIAL



---

**MEMORANDUM**

---

**TO:** FILE

**FROM:** LEONID MEDNIK

**SUBJECT:** TRIBUNE BASE CASE—BROADCASTING REVENUE ASSUMPTIONS

**DATE:** 10/29/2007

**CC:** [CLICK **HERE** AND TYPE NAME]

---

I.   Historical Revenues

   a.   *The largest historic decline in revenues since 1998, on a year over year basis was -8.8% in 2001(excl. Cubs and Comcast).*  This decline was attributed to soft market conditions and the impact of the events of September 11th, which caused a loss in advertising revenues.

   b.   *The next largest decline in revenues of -7.6% occurred in 2005(excl. Cubs and Comcast).* This decline was primarily attributed to lower advertising revenues reflecting weakness in the telecom, automotive, and food categories. Also, a difficult comp in which 2004 was a strong political year was also responsible for the decline. Additionally, station revenues in New York, Los Angeles, Chicago and Boston were impacted by lower audience ratings due in part to the use of Nielsen's Local People Meters ("LPMs") in these markets. Compared to Nielsen's previous measurement methodology, LPMs have tended to reduce the overall share of broadcast television in relation to cable television and, within the broadcast television universe, disadvantage stations like Tribune's that target younger audiences.

   c.   *In 2006, revenues declined .3% (excl. Cubs and Comcast).* Television revenues increased 1%, partly as a result of increased political advertising. Increased growth in television revenues was offset by declines in radio/entertainment, which was partly due to lower revenues at TEC due to lower syndication revenue.

   d.   From 2001 through 2006, the broadcasting unit experienced a CAGR of 1.9% with 2005 and 2006 both declining years.

II.   YTD Revenues

   a.   *In the first three quarters of 2007, revenues declined approximately 3.8% on a year over year basis (excl. Cubs and Comcast).* The decline is primarily attributed to a continuing uneven advertising environment, primarily driven by weakness in the auto, retail, movie and financial categories, as well as the absence of political advertising.

Valuation Research Corporation    500 Fifth Avenue New York, NY 10110    Phone 212.983.3370    valuationresearch.com

VRC0034756