III. Q4 2007E

  a. *The company is projecting a 6.0% decline in broadcasting revenues for the quarter (excl. Cubs and Comcast).* This decline is likely attributed to the continued weakness of certain categories that affected the YTD results. Furthermore, Q4 is expected to be a difficult comp as 2006 was a political year providing additional ad revenues for the period.

  b. *The company is projecting a 4.4% decline in revenues for fiscal year 2007 (excl. Cubs and Comcast).* The decline is attributed to softness in a number of key categories as well as having a difficult comp with 2006 being a political year.

  c. VRC Analysis:

     i. **It is VRC's opinion that the 6.0% year over year decline is reasonable** due to its conservatism considering that YTD figures represent only a 3.8%, year over year decline. The larger decline may be attributed to difficult comp in 2006, which had the benefit of political advertising.

     ii. However, improved ratings as a result of new premiers of *Gossip Girl, Reaper* and *Aliens in America* should allow scatter prices to trend significantly above the upfront prices (e.g. CBS scatter prices are trending 30 – 36% above upfront due to lower (y-o-y) ratings this season).

     iii. Despite the possibility of an ad recession, CW and CBS stations may prove to be resilient because the cancellation window for "upfront holds" has closed for CBS, close to 80% of CBS inventory was sold in the upfront back in June, further constricting inventory; and brand-centric advertisers whom CBS and CW target (18 – 49), still feel the need to promote products/services, regardless of what the economy does.

IV. FY2008E

  a. The Company is projecting broadcasting revenue growth of 7.9% *(excl. Cubs, Comcast and TEC)*.

  b. The most conservative Wall Street estimate is provided by Lehman Brothers (a 1.9% decline). However, it is the only firm to predict a decline for the year with the average analyst estimate of growth being 3.8%.

  c. The relative success of the premiers of *American Next Top Model, Gossip Girl, Reaper* and *Aliens in America* should provide increases in upfront rates for 2008. The shows target a highly coveted demographic for which advertisers typically pay top dollar.

     i. The series premiere of *Gossip Girl* ranked among the most popular network shows in all key women and adult demos. The show ranked #1 with W18-34, W18-49 and A18-34.

  d. Also, the acquisition of broadcasting rights for *Two and a Half Men* and *Family Guy* should provide the Company with strong content to attract male viewers and advertising dollars.

     i. The increase in the average weekly rating for the premier weeks of *Two and Half Men* and *Family Guy* vs. the same time period last year was 27.7% and 21.9%, respectively.

  e. The Company should also enjoy the benefit of record political ad spending in FY2008, which is expected to reach $3 billion.

     i. Because many of the Company's key stations are located in entrenched blue or red states and as such political advertising expenditures are not expected to spike as in other regions.

ii. Nevertheless, a number of Tribune's smaller stations are located in potential battleground states (Pennsylvania, Colorado, Michigan and Florida).

f. VRC Analysis:

i. **VRC believes that a revenue growth rate of 7.9% is overestimated.** The base case growth rate is considerably higher than the five year CAGR of 1.9% or long term (1998 through 2006) CAGR of 3.9%. Although the broadcasting unit should benefit from additional political ad spending the company's largest stations are located in markets that do not expect significant increases.

ii. Additionally, the average analyst estimate of growth for the year is 3.8%. This is considerably lower than what the Company is projecting for 2008. Some of these analyst projections may not include the recent success of new CW shows and as such additional credit should be given to the Company.

iii. VRC believes a more appropriate growth rate should be the midpoint of the Company's projected growth rate and the average analyst estimate. **Therefore, VRC believes an appropriate growth rate is 5.8%.**

V. FY2009E – FY2012E

a. The base case compounded annual growth rate from 2007 through 2012 is 3.0% *(excl. Cubs, Comcast and TEC)*.

b. A number of factors will impact future growth in the broadcasting unit:

i. The continued development of original content that will drive viewership;

ii. The ability to renew and acquire broadcasting rights to syndicated shows;

iii. The shift of advertising dollars to cable networks as cable is developing new content and attracting a larger audience; and

iv. A general downward trend in viewership as people spend more time online.

c. VRC Analysis:

i. **The projected compounded annual growth rate of 3.0% appears to be a reasonable estimate of future growth.** The projected CAGR is in effect the midpoint between the 2001 – 2006 CAGR of 1.9% and 1998 – 2006 CAGR of 3.9%. As mentioned previously because the five year CAGR was impacted by extraordinary events it is reasonable to apply a 100 basis point premium to this growth rate. Furthermore, the switch to LPM and a general shift towards online and cable advertising a 100 basis point decline would be justified to the long term historical CAGR from 1998 through 2006.

CONFIDENTIAL



---

## MEMORANDUM

---

**TO:** FILE
**FROM:** LEONID MEDNIK
**SUBJECT:** TRIBUNE DOWNSIDE CASE—BROADCASTING REVENUE ASSUMPTIONS
**DATE:** 10/29/2007
**CC:**

---

I. Historical Revenues[1]

   a. *The largest historic decline in revenues since 1998, on a year over year basis was -8.8% in 2001(excl. Cubs and Comcast).* This decline was attributed to soft market conditions and the impact of the events of September 11th, which caused a loss in advertising revenues.

   b. *The next largest decline in revenues of -7.6% occurred in 2005(excl. Cubs and Comcast).* This decline was primarily attributed to lower advertising revenues reflecting weakness in the telecom, automotive, and food categories. Also, a difficult comp in which 2004 was a strong political year was also responsible for the decline. Additionally, station revenues in New York, Los Angeles, Chicago and Boston were impacted by lower audience ratings due in part to the use of Nielsen's Local People Meters ("LPMs") in these markets. Compared to Nielsen's previous measurement methodology, LPMs have tended to reduce the overall share of broadcast television in relation to cable television and, within the broadcast television universe, disadvantage stations like Tribune's that target younger audiences.

   c. *In 2006, revenues declined .3% (excl. Cubs and Comcast).* Television revenues increased 1%, partly as a result of increased political advertising. Increased growth in television revenues was offset by declines in radio/entertainment, which was partly due to lower revenues at TEC due to lower syndication revenues.

   d. From 2001 through 2006, the broadcasting unit experienced a CAGR of 1.9% with 2005 and 2006 both declining years.

II. Q4 2007E

   a. *In its downside case the company maintains its projection of a 6.0% decline that it assumed in the base case (excl. Cubs and Comcast).* The Company likely maintained the

---

[1] SEC Filings for Tribune Company based on respective dates

Valuation Research Corporation   500 Fifth Avenue New York, NY 10110   Phone 212.983.3370   valuationresearch.com

VRC0034759

  same rate for both cases due to the fact that the base case assumption is relatively conservative since YTD the broadcasting unit declined only 3.8% on a year over year basis. Furthermore, since there is considerable visibility with a short term projection the Company believed there would be little if any variance from its base case.

  b. VRC Analysis:

    i. VRC believes that the 6.0%, year over year decline projected for the quarter is a reasonable estimate for a downside case due to the fact that is fairly conservative in the context of the overall projected decline for 2007[2].

III. FY2008E

  a. Tribune is projecting downside case revenue growth of 1.9% *(excl. Cubs, Comcast and TEC)*.

  b. The average analyst estimate for revenue growth in 2008 is 3.8%. Lehman Brothers provided the low end of the range with a decline of 1.9%.

  c. VRC Analysis:

    i. A reasonable downside case estimate for revenue growth in 2008 is Lehman Brother's projected rate of a 1.9% decline, as it is the most conservative estimate provided by a Wall Street analyst. Other than Lehman Brothers, the Wall Street consensus for 2008 is a positive growth rate. Therefore, a decline of 1.9% in the context of general analyst consensus and Tribune's own projections is a fairly conservative estimate.

    ii. A decline of 1.9% assumes that softness in a number of categories will spill over into 2008. This is fairly reasonable since as late as October; analysts commented that "GDP growth remains positive but decelerating, and personal income is holding on, but consumer confidence, residential real estate activity, employment growth and retail auto sales have all experienced a downturn, creating a difficult backdrop to the overall advertising marketplace. Real estate, employment, and auto trouble in particular point to a challenging environment for classified ad revenue[3]."

    iii. Additionally, VRC's assumption is based on the premise that the 2008 political year will have negligible impact on Tribune's revenue as the Company's largest stations are located in unambiguous "red" or "blue" states.

IV. FY2009E - FY2012E

  a. The downside case CAGR from 2007 through 2012 presented by Tribune is 0.8% *(excl. Cubs, Comcast and TEC)*.

  b. The projected CAGR is lower than the 2001 – 2006 CAGR of 1.9% (includes the two worst performing years the broadcasting unit has experienced in the last decade) and is considerably lower than the long term (1998 – 2006) CAGR of 3.9%.

  c. VRC Analysis:

    i. VRC believes that a reasonable downside case CAGR from 2007 through 2012 is -0.5%. This estimate is based on the assumptions presented below:

---

[2] Lehman Brothers: Updated Earnings Model (10/03/2007)
[3] Goldman Sachs: Americas: Media: Newspapers (10/02/2007)

Valuation Research Corporation 500 Fifth Avenue New York, NY 10110 Phone 212.983.3370 valuationresearch.com

1. Assumes a 1.9% decline in 2008, as discussed above;

2. Continued weakness in the advertising space coupled with an odd-year in political advertising resulted in a continued 1.9% decline for fiscal year 2009; and

3. Assumes marginal 0.5% (50 bps) growth in the remaining outer years.



---

# MEMORANDUM

---

**TO:** FILE
**FROM:** LEONID MEDNIK
**SUBJECT:** TRIBUNE RECESSION CASE—BROADCASTING REVENUE ASSUMPTIONS
**DATE:** 10/29/2007
**CC:**

---

I. Historical Revenues[1]

  a. *The largest historic decline in revenues since 1998, on a year over year basis was -8.8% in 2001(excl. Cubs and Comcast).* This decline was attributed to soft market conditions and the impact of the events of September 11th, which caused a loss in advertising revenues.

  b. *The next largest decline in revenues of -7.6% occurred in 2005(excl. Cubs and Comcast).* This decline was primarily attributed to lower advertising revenues reflecting weakness in the telecom, automotive, and food categories. Also, a difficult comp in which 2004 was a strong political year was also responsible for the decline. Additionally, station revenues in New York, Los Angeles, Chicago and Boston were impacted by lower audience ratings due in part to the use of Nielsen's Local People Meters ("LPMs") in these markets. Compared to Nielsen's previous measurement methodology, LPMs have tended to reduce the overall share of broadcast television in relation to cable television and, within the broadcast television universe, disadvantage stations like Tribune's that target younger audiences.

  c. *In 2006, revenues declined .3% (excl. Cubs and Comcast).* Television revenues increased 1%, partly as a result of increased political advertising. Increased growth in television revenues was offset by declines in radio/entertainment, which was partly due to lower revenues at TEC due to lower syndication revenues.

  d. From 2001 through 2006, the broadcasting unit experienced a CAGR of 1.9% with 2005 and 2006 both representing declining years.

II. Q4 2007E

  a. *In its downside case the company maintains its projection of a 6.0% decline that it assumed in the base case (excl. Cubs and Comcast).* The Company likely maintained the

---

[1] SEC Filings for Tribune Company based on respective dates

Valuation Research Corporation    500 Fifth Avenue New York, NY 10110    Phone 212.983.3370    valuationresearch.com

      same rate for both cases due to the fact that the base case assumption is relatively conservative since YTD the broadcasting unit declined only 3.8% on a year over year basis. Furthermore, since there is considerable visibility with a short term projection the Company believed there would be little if any variance from its base case.

    b. VRC Analysis:

        i. **VRC believes that the 6.0%, year over year decline projected for the quarter is a reasonable estimate for a recession case** due to the fact that is fairly conservative in the context of the overall projected decline for 2007.

        ii. Furthermore, Lehman Brothers as the most conservative analyst maintains its base case rate for its analysis of the recession case[2].

III. **FY2008E**

    a. The Company is projecting downside case revenue growth of 1.9% *(excl. Cubs, Comcast and TEC)*.

    b. The only recession case Wall Street analyst estimate is provided by Lehman Brothers, which is projecting an 11.5% decline for 2008[2].

    c. VRC Analysis:

        i. In the last recessionary period that occurred in 2001, the Company experienced an 8.8% decline that was partly attributed to the events of September 11th. This represented the largest such decline for the Company in the last decade. **Therefore, an appropriate recession case growth rate for 2008 is -9.0%, replicating the last recessionary period and not disallowing for any extraordinary events such as September 11th**.

IV. **FY2009E – FY2012E**

    a. The downside case CAGR presented by the Company from 2007 through 2012 is 0.8% *(excl. Cubs, Comcast and TEC)*.

    b. The projected CAGR is lower than the 2001 – 2006 CAGR of 1.9% that included the two worst performing years the broadcasting unit had experienced in the last decade and considerably lower than the long term (1998 – 2006) CAGR of 3.9%.

    c. VRC Analysis:

        i. **A reasonable recession scenario CAGR from 2007 through 2012 is -3.0%.** This estimate is based on a number of assumptions presented below:

          1. Based on historical precedent, VRC assumes a recessionary period of 2 – 3 years[3]:

            a. An 9.0% decline for fiscal year 2008 as discussed above;

            b. A 7.5% decline in 2009, a conservative estimate to reflect the second largest decline experienced by the broadcasting unit and continued effects of a recession; and

---

[2] Lehman Brothers: Updated Earnings Model (10/03/2007)
[3] [Check the sheet Chad provided]

    c. A 1% decline in 2010 to reflect the effects of a continued recession, offset however, by the onset of a slow turnaround and marginal benefit from increased political advertising in a political year.

2. Revenue growth of only 1.4% in 2011 is based on the 5-year (2001 – 2006) CAGR of 1.9% and is due to improving economic conditions offset by a lack of political advertising (50bps).

3. Revenue growth rate of 1.9% in 2012 is based on the 5-year (2001 – 2006) CAGR of 1.9%. The conservative growth rate in the outer year is based on the assumption that the 2012 political year will be weak due to a strong incumbent and will not provide enough upside to offset challenging fundamentals.



---

**MEMORANDUM**

---

**TO:**      FILE

**FROM:**    SHAKESPEARE JAMES

**SUBJECT:** TRIBUNE BASE CASE—BROADCASTING EXPENSE ASSUMPTIONS

**DATE:**    10/29/2007

**CC:**      [CLICK HERE AND TYPE NAME]

---

I. Detailed Historical Expense Analysis

   a. Historically total broadcasting expenses have averaged around 70% of broadcasting sales, an average that they continue in 2007. However, management projections under the base case have it going down to an average of 64% over the next five years.

   b. Divestiture of Tribune Entertainment and the Cubs allows the Company to focus on more profitable operations. Over the last 10 years, over 97.8%, on average, of the revenues generated by the CUBS excluding depreciation and amortization have been absorbed by costs. The majority of the expenses consisted of major league operations which averaged 67.0% of sales. This doesn't even include expenses for players which averaged 27.0% over the last ten years.

   c. This reduction in costs as % of sales is reasonable in light of the elimination of the Cubs and Tribune Entertainment which was responsible for only generating 17% of the total sales in 2007 for broadcasting but 21.0% of the total costs for broadcasting. Historically, these two divisions have contributed more to expenses than they have to sales on an absolute percentage basis. On average, the CUBS have historically contributed 10.1% to total broadcasting sales but 14.0% to the overall expenses. On average, TEC has contributed to 3.5% of total sales but to 4.4% to total expenses. This helps to explain about 4% of the drop in total broadcasting expenses to sales. Where does the extra 2.0% in savings come from in the Company's projections?

   d. The Company is expected to develop $200 million in cost savings in 2007 and 2008. Majority will be in publishing[i]. The company expects $150 million of the savings to materialize in 2007 of which $145 million is expected in the publishing segment.

Valuation Research Corporation    500 Fifth Avenue New York, NY 10110    Phone 212.983.3370    valuationresearch.com



II. Detailed Historical Expense Analysis

    a. Broadcasting Rights: Broadcasting rights have averaged 24.3% as a percent of sales over the last ten years for its television and radio stations. The rights have trended upward over the past ten years from 24.5% in 1997 to 24.7% in 2006. The average growth rate in this expense over the last ten years has been 3.9%. This ratio has reached a relative peak as of 2006.

    b. Compensation: Cash compensation has averaged 15.3% over the past ten years gradually rising from 13.6% in 1997 to 17.0%. The average growth rate in this expense over the last ten years has been 6.4%. This ratio has reached a relative peak as of 2006. Stock compensation has averaged 0.0% over the past ten years with the only 0.2% in 2006.

    c. Other Expenses: Other expenses have averaged 12.0% over the past ten years. It has trended upward over time from 11.3% in 1997 to 13.1% in 2006. The average growth rate in this expense over the last ten years has been 5.7%. This ratio has reached a relative peak as of 2006.

    d. Overall Margin: In total, the overall expense ratio averaged 66.1% over the past ten years excluding the revenues and expenses associated with Tribune Entertainment and the Cubs. Over time, the ratio has gradually decreased from 68.9% in 1997 to a low of 60.5% in 2004 and back to 69.3% in 2006. The expense ratio was particular bad in 2001 as it was at 71.3%. Average annual growth in expenses has only averaged 3.4% over the past ten years.

III. YTD Expense Analysis

    a. Broadcasting Rights: On a year to date basis, the expense ratio for the amortization of broadcasting rights was only 23.2% of sales. This expense decreased vs. the prior year to date period by $11.2 million dollars. Broadcasting rights amortization was lower due to the expiration of certain key shows such as *Drew Carey, Home Improvement* and *Just Shoot Me* as well as lower cost runs of certain football games and shows like *Friends, Girlfriends, Montel, My Wife & Kids, Seinfeld* and *Sex and the City*.

    b. Compensation: On a year to date basis, the expense ratio for the compensation was 23.5% of excluding the compensation expenses and sales from the Cubs. Total compensation expense excluding the expense associated with the Cubs stayed flat on an absolute basis vs. the prior year to date.

    c. Other Expenses: On a year to date basis, the expense ratio for other expenses was only 15.1% of sales. This expense increased vs. the prior year to date period by $2.3 million dollars.



IV. FY 2008E Expense Analysis

   a. *Broadcasting Rights: The Company is projecting a 30.0% broadcasting expense ratio for 2008.* This expense projection is reasonable given the highest recorded amortization expense over the past ten years was 25.9% of sales.

   b. *Compensation: The Company is projecting a 21.8% compensation expense ratio for 2008.* This expense projection is reasonable given the highest recorded amortization expense over the past ten years was 17.2% of sales.

   c. *Other Expenses: The Company is projecting a 14.6% other expense ratio for 2008.* This expense projection is reasonable given the highest recorded amortization expense over the past ten years was 13.1% of sales.

   d. *Overall Margin Analysis:* On the downside analysis, the company has projected the total expense margin ratio at 70.0% for 2007 and 67.4% for 2008.

V. FY 2009E - FY 2012E Expense Analysis

   a. *Broadcasting Rights: The base case projections have the rights amortization growing at a 1.4% compounded annual growth rate from 2007 to 2012. The average annual expense ratio is 27.9% for the four year period from 2009 to 2012.* This is reasonable since the ratio is higher than the 24.3% experienced historically on an annual basis.

   b. *Compensation: The base case projections have the compensation growing at a 2.3% compounded annual growth rate from 2007 to 2012. The average annual expense ratio is 21.1% for the four year period from 2009 to 2012.* This is reasonable since the ratio is higher than the 15.3% experienced historically on an annual basis.

   c. *Other Expenses: The base case projections have the other expenses growing at a 1.6% compounded annual growth rate from 2007 to 2012. The average annual expense ratio is 14.9% for the four year period from 2009 to 2012.* This is reasonable since the ratio is higher than the 12.0% experienced historically on an annual basis.

   d. *Overall Margin Analysis:* On the downside analysis, the company has projected the total margin ratio as gradually decreasing and then increasing from 66.7% in 2009 to 68.6% in 2012.

   **VRC (Base Case Analysis):** VRC has noted that the Company has historically achieved an average expense ratio of 69.7%[ii] over the last ten years. However, the Company is projecting margins of 64.3% for 2008, 63.3% for 2009, 63.3% for 2010, 64.7% for 2011, and 64.2% for 2012. This difference is due to the costs savings the Company is hoping to achieve in implementing new technology.

CONFIDENTIAL



VRC has assumed a margin at the midpoint of the base case and the historical 10 year average to conservatively reflect achieving only part of the planned $200 million dollars in cost savings that the Company hopes to achieve in 2007 and 2008. VRC has derived an expense ratio of 65.2% for 2008, 64.7% for 2009, 64.7% for 2010, 65.4% for 2011 and 65.1% for 2012.

CONFIDENTIAL



---

**MEMORANDUM**

---

**TO:** FILE

**FROM:** SHAKESPEARE JAMES

**SUBJECT:** TRIBUNE RECESSION AND DOWNSIDE CASES—BROADCASTING EXPENSE ASSUMPTIONS

**DATE:** 10/29/2007

**CC:** [CLICK HERE AND TYPE NAME]

---

I. Historical Expense Analysis

    a. Broadcasting Rights: Broadcasting rights have averaged 24.3% as a percent of sales over the last ten years for its television and radio stations. The rights have trended upward over the past ten years from 24.5% in 1997 to 24.7% in 2006. The average growth rate in this expense over the last ten years has been 3.9%. This ratio has reached a relative peak as of 2006.

    b. Compensation: Cash compensation has averaged 15.3% over the past ten years gradually rising from 13.6% in 1997 to 17.0%. The average growth rate in this expense over the last ten years has been 6.4%. This ratio has reached a relative peak as of 2006. Stock compensation has averaged 0.0% over the past ten years with only an expense ratio of 0.2% in 2006.

    c. Other Expenses: Other expenses have averaged 12.0% over the past ten years. It has trended upward over time from 11.3% in 1997 to 13.1% in 2006. The average growth rate in this expense over the last ten years has been 5.7%. This ratio has reached a relative peak as of 2006.

    d. Overall Margin: In total, the overall expense ratio averaged 66.1% over the past ten years excluding the revenues and expenses associated with Tribune Entertainment and the Cubs. Over time, the ratio has gradually decreased from 68.9% in 1997 to a low of 60.5% in 2004 and back to 69.3% in 2006. The expense ratio was particular bad in 2001 as it was at 71.3%. Average annual growth in expenses has only averaged 3.4% over the past ten years.

II. YTD Expense Analysis

    a. Broadcasting Rights: On a year to date basis, the expense ratio for the amortization of broadcasting rights was only 23.2% of sales. This expense decreased vs. the prior year to date period by $11.2 million dollars.

Valuation Research Corporation    500 Fifth Avenue New York, NY 10110    Phone 212.983.3370    valuationresearch.com

VRC0034769

Broadcasting rights amortization was lower due to the expiration of certain key shows such as *Drew Carey, Home Improvement* and *Just Shoot Me* as well as lower cost runs of certain football games and shows like *Friends, Girlfriends, Montel, My Wife & Kids, Seinfeld* and *Sex and the City*.

b. Compensation: On a year to date basis, the expense ratio for the compensation was 23.5% of excluding the compensation expenses and sales from the Cubs. Total compensation expense excluding the expense associated with the Cubs stayed flat on an absolute basis vs. the prior year to date.

c. Other Expenses: On a year to date basis, the expense ratio for other expenses was only 15.1% of sales. This expense increased vs. the prior year to date period by $2.3 million dollars.

III. FY 2007E & 2008E Expense Analysis

  a. *Overall Margin Analysis:* On the downside analysis, the company has projected the total expense margin ratio at 70.0% for 2007 and 67.4% for 2008.

IV. FY 2009E - FY 2012E Expense Analysis

  a. *Overall Margin Analysis:* On the downside analysis, the company has projected the total margin ratio as gradually decreasing and then increasing from 66.7% in 2009 to 68.6% in 2012.

**VRC Analysis (Recession Case):** The only analyst report in which a recession case is analyzed is the report by Lehman Brothers analyst Craig A. Huber which has an expense ratio for 2007 of 71.0%, 75.7% for 2008, and 76.9% for 2009. This is unlikely given the Company's performance during the recession in 2001, which was the result of the 9/11 attacks on New York City as well as the slowdown in technology spending after the technology bubble burst in 2000. The expense ratio in this recession was 71.3% which was the highest ratio recorded over the ten year period. Furthermore, this expense increase was only temporary as the ratio improved the next year with an improvement to 61.9% and proceeded to go down to its 10 year low of 60.5% in 2004. This was a result of the Company instituting aggressive cost-cutting measures in late 2001, including staff reduction, wage cuts and salary freezes[ii].

The expense ratio went back up to 70.5% in 2005 which was another bad year for the Company. The poor performance in this year was due to the expanding presence of online alternatives in both the news content and advertisement space.

VRC believes an expense ratio of 71.3% should be the maximum downside ratio considered given the historical precedent as well as the Company's proven ability to implement cost cutting initiatives to deal with higher expenses. Therefore, VRC assumes an expense ratio of 71.3% for 2008 and 63.9% for

CONFIDENTIAL

2009, 63.4% for 2010, 62.5% for 2011 and 68.6% for 2012. This set of assumptions is consistent with what has happened historically following the recession in 2001 except the margins have been increased by 200 basis points to reflect the fact that the Company will not be able to execute salary and wage freezes on the segment level to handle any downturns.

**VRC Analysis (Downside Case):** For the downside case, VRC believes a midpoint should be taken between the base case and the recession case with a 150 basis point adjustment upward.

Therefore, VRC assumes an expense ratio for 2008 of 69.3%, 65.1% for 2009, 64.9% for 2010, 65.1% for 2011 and 67.9% for 2012.

---

[i] "TRB: Lowering '07 On Deceleration In Classifieds", February 08, 2007 Wachovia Capital Markets, LLC
[ii] Hoovers and SEC Filings



# MEMORANDUM

| | |
|---|---|
| **TO:** | FILE |
| **FROM:** | CHAD RUCKER |
| **SUBJECT:** | PUBLISHING ASSUMPTIONS RETAIL ADVERTISING |
| **DATE:** | 10/29/2007 |
| **CC:** | RETAIL ADVERTISING |

a. Historic Years

  i. Largest historical decline on a year over year basis has been (-6.6%) in 1999. 1999 was negatively impacted by the dot.com bust. During this period there was a significant decline in adv. that was fueled by a decline in venture capital backed technology spending. The next is (-3.7%) in 2005. This decline was heavily impacted by secular trends such as a shift to online advertising.

  ii. 2006 growth rate was 1.1%.

  iii. Retail ad grew substantially in 2000. Explain the significant growth in national adv. Doubled in 2000. Times Mirror.

b. Base Case

  i. **4Q07 Base Case**

   1. 4th quarter 2007 vs. 4Q 2006 (Note retail adv. is believed to include interactive sales also. Results do not appear to be segregated).

      a. YOY 4Q07 Retail advertising is projected to decline (-3%) vs. (-4.8%) in YOY 3Q07. An explanation for this is the Christmas season. Management has indicated that retail advertisers have been delaying their spending and will increase spending during the Christmas season. Advertisers were able to cut spending in the 3Q07 but may not be able to cut as dramatically in the 4Q07 because of Christmas. Thus it is reasonable to assume that 4Q07 will not be as weak as 3Q07.

      b. However, this trend to cut back retail adv. spending until the holiday season may impact future retail adv. spending.

   2. Lehman 4Q07 is estimating in its base case a (-4.0%) decline in 4Q07. Lehman avg. for all advertising spend for papers, not just retail excluding WSJ, was (-3.7%) in 4Q06 and (-8.0%) in 4Q07. Note Lehman does not segregate Interactive from retail advertising. However, the amount of Interactive in this division is relatively small.

   3. VRC Conclusion-- for 4Q7 & Base Case

      i. A (-3%) decline is reasonable in the base case. It is not likely that the Christmas season 4Q would be down as much as the (-8.4%) that was experienced in the 2Q07. Nor is it likely that

the 4Q07 would be as weak as the 3Q07 because of the holiday season. In addition, Management has indicated in discussions that they believe that retailers may be deferring ad spending and will spend more during the holiday season.

b. VRC Conclusion for 4Q07 Downside Case

i. VRC Conclusion--Given that the 4Q is Christmas Season, it would be reasonable to assume in a downside case that it is unlikely for 4Q to be weaker than the weakest quarter of the year which was (-8.4%). This is also weaker than any year over year change. Therefore, to be more conservative VRC concludes that (-4.8%) which is equivalent to that of the 3Q, is its estimate of the downside case for 4Q07. The third quarter had no holiday advertising.

ii. 2008 FYE Retail Advertising

1. TRB base case is (-0.2%) growth.

a. Lower than '01-'06 CAGR of 1.4% growth.

b. '07 was a decline of (-3.7%) after a 1.1% increase in '06.

c. Some of the factors that have had an impact which will likely not have a similar impact in '07, retail advertising was heavily impacted by the merger of national retail chains such as Macys. Macy's alone has caused the Company to lose $6mm in retail advertising. As a result, 2008+ is not expected to have the same negative growth rates unless another major department store merger occurs.

d. Lehman '08 estimates Retail Advertising will be (-3.0%).

e. Company has implemented initiatives that it believes will improve retail advertising. For instance, front page premium pricing of ad space, regional zoning, and other innovative things such as post it. Editors of all the Company's major papers have indicated to VRC that there have been some improvements as a result of these initiatives.

f. VRC Conclusion 2008 Retail Advertising—Believes that it is more conservative to assume in base case '08 Retail advertising will be down (-1.4%). This represents approximately the midpoint of Lehman and the Company's estimates. Company did provide VRC with verbal examples of new retail advertising initiatives have had a positive impact on retail advertising. Also VRC believes that Macy's and other merger related retail deals did have a significant impact on '07 and been accounted for. Since we are in the last half of '07, the risks are lower that another major retail deal will occur that will have similar impact as what occurred in '07.

i. In addition, (-1.4%) exceeds industry '06 decline of (-.30%) by 110bps.

iii. 2009 through 2012 FYE Retail advertising

1. TRB's base case has projected growth rates 0.5% '09 to 1.0% in '12. Avg. over this period is 0.75%. Approximately 54% of historic CAGR from '01 to '06 of 1.4%. However, VRC tests in its more conservative analysis Retail Advertising growth that is not positive throughout this period.

2. Lehman has a (-2.5% decline) '09. However, management has provided VRC with an analysis that shows its recent results have exceeded LHM's estimates.

3. Although management has implemented a number of innovative initiatives that may slow the rate of decline in retail adv., VRC believes that a more conservative tests would to be to keep retail adv. less than zero, particularly, given the expected growth in interactive advertising, and the overall expected decrease in circulation for newspapers.

   a. Management in their base case reflect these incremental changes and new offerings. VRC's more conservative case attempts to incorporate the overall trend which is that fewer people are reading newspapers which has led decline in newspaper readership over the last few years. As a result, advertisers may be less inclined to advertise in them because of "fewer eye balls." Also price per thousand may be lower because newspapers not are viewed positively.

   b. Management has also indicated that insert advertisers are being more selective in how they spend their advertising dollar. Management has indicated that many are delaying advertising runs and selectively choosing to run ads during holiday or special shopping seasons.

4. Given that the company has exceeded analysis estimates for Retail Adv. it will apply results that are conservative and reflects the difference between current results and analyst estimates.

   a. VRC believes that for the base case that a more conservative case is to keep the not to keep the future growth rate negative. This is conservative because historically, whenever retail adv declined it always trended back to a flat or slightly positive result. VRC has taken a conservative approach in its base case and have assumed that retail adv would not revert back to a flat or positive results.

II. Retail Downside Case

   a. TRB downside '08 (-3%) to '12(-2.7%).

      i. TRB downside does appear to be reasonable when viewed against historical results.

      ii. TRB downside is about 250bps to 380bps weaker than TRB base case. Given the length of time since the last recession, it is prudent to assume that there will be a recession in the most severe downside case.

      iii. Retail does not have a large interactive component.

      iv. LHM downside case assumes '08 (-10.0%) in a recession.

      v. This represents approximately 650bps to 680bp less than '07.

      vi. Goldman research shows approximately 300bps to 500bps lower adv. during a recession;

   b. VRC normal downside case

      i. VRC has analyzed the Retail Adv since 1950. The most recent period with the largest industry declines have been '91 (-4.7%) and '01 (-4.2%).

Valuation Research Corporation    500 Fifth Avenue New York, NY 10110    Phone 212.983.3370    valuationresearch.com

VRC0034774

CONFIDENTIAL

1. VRC concludes that a review of the '91 to '96 period is reasonable to examine for a downside case.
2. VRC concludes that in more conservative downside case—approximately (-3.9%) approximately 50 bps lower than midpoint of above   is appropriate decline for first year
    a. That in '08 through '12 that rate of decline will decrease by 140bps to (-2.5%.
        i. VRC believes that this is a conservative downside case because historically growth has recovered to positive growth after a severe decline like this.  Attempts to address the secular decline in the industry.
c. VRC more conservative downside case assumes a recession that occurs in '08.
    1. During a recession, the retail adv. will decline.  In '01 to '02 Retail adv rate of grow declined by 700bps.  However, this decline was heavily impacted by the excess of cash that was available to tech companies.  VRC believes because of recent declines, that a new recession case would not have as much of a decline for the company.
    2. VRC would conclude that two years of sequential declines of (-5.0%) would be a conservative recession case.  VRC's research shows that historically declines fo this magnitude do not occur year over year.  Typically these declines last only one year..
        a. Viewed as conservative because historically retail adv. has rebounded to flat or positive growth within 2nd year of recession.

Valuation Research Corporation    500 Fifth Avenue New York, NY 10110    Phone 212.983.3370    valuationresearch.com

VRC0034775