

**MEMORANDUM**

**TO:**       FILE

**FROM:**   CHAD RUCKER

**SUBJECT:**   NATIONAL ADV PUBLISHING ASSUMPTIONS

**DATE:**     10/29/2007

**CC:**

I.    National Advertising

    a.   **Historic Years**

        i.   National ad grew substantially in 2000.   Explain the significant growth in national adv.  Doubled in 2000--Times Mirror

        ii.   National Adv. has been the second weakest segment of the Company's publishing division.

            1.   National Advertisers are more likely than any other advertiser to shift their adv. budget to alternative media.

        iii.   '01-'06 CAGR has been 1.3% growth in National Adv. However, recent results negate the importance of the CAGR.

            1.   Weakest current periods have been '05 (-2.5%) and '06 (-5.6%).

            2.   Appears to be a negatively impacted by decline in circulation, decline in readership, and shift of ad dollars to the internet.

            3.   Secular trend downward continues and there may not be any near term stabilization. One can reasonably conclude that national advertisers are more prone to shift their ad dollars to other forms of media.

    b.   **4Q07 vs 2006**

        i.   Note the 2007 quarterly results provided by the company also include interactive (which is only a small component).

        ii.   1Q 2Q, 3Q07 are (-0.9%), 1.6%, and 0.7% respectively. 4Q07 expected to be down (-3.0%).

            1.   Most of the decline is expected at the Orlando and Baltimore papers. Management has indicated that these papers have been negatively impacted by real estate related national advertising.  Outside of these two markets National ad has been flat.

CONFIDENTIAL

2. VRC concludes that (-3.0%) decline in 4Q07 is conservative for testing purposes. Slightly higher than one of the company's weakest growth rates. 3X greater than the weakest period in '07 (-0.9%) 2Q07. As with Retail, National may benefit for holiday spending.

   a. Even with the recent credit crunch, consumer spending has held up. Consumer confidence remained flat. It is likely that national advertisers will aggressively go after the retail consumer and some of those advertising dollars, albeit less, will be spent with national advertising in newspapers.

### iii. 2008 through 2012 Proj. National Adv.

1. National ADV has historically been the weakest growth segment of the Company's business.

2. VRC's analysis will attempt to test this on a consistent basis.

   a. The Company is expecting (-5.0% in '07) to (-2.0% in '12).

      i. VRC would assume that a more conservative base case beginning in '08 (-2.0%), '09 (-1.3%) to '12 (-00%) is unreasonable for the base case. VRC's analysis has lower growth rates beginning in '08 and attempts to adjust to market share losses to interactive.

   b. National Adv would may be more negatively impacted by declines in circulation and growth in internet. Newspaper's share of advertising dollars has decreased. '04 to '05 (-8bps). From '05 to '06 sector lost 123bps.

   c. Lehman estimates '08 (-5.0% in national ad) in recession and '09 (-3.5%). Note Lehman does not segregate Interactive.

   d. VRC has concluded the following for its analysis:

      (-5.0% in '07) to (-2.0% in '12).

      i. Downside case is conservative given that historically these YoY declines have never occurred, and also reflects an overall decline that is greater than TRB's base case.

      ii. After '09 we assume that growth is relatively flat.

   iv. Company; explain the 3% decline in the fourth quarter national advertising versus .4% decrease in 2006. One would think that the Christmas season would have a positive impact on this. In addition, national advertising has not declined more than .9% in 2007.

## II. National Ad—VRC Normal downside

   a. With the decline in readership, National Adv may be lower.

b. Goldman research shows conflicting data from industry research. Goldman shows national has been down in excess of 15%. However, industry data shows different results.

   a. VRC has concluded that an appropriate estimate for the annual decline is between 200 bps to 300 bps lower than VRC base case. Industry National Adv. declined 300 bps in '06 and 580 bps in '05. VRC estimates are within these ranges against the VRC base case in '08.

   i. From '09 to '12 VRC would be more conservative than TRB base case '09 (-2.3%) to '12 (-2.0%). More than likely, with real advertising growth greater than 1.0%, the decline would level off. We assume that the decline levels off to '06 decline of (-2.8%). National Advertisers like to target the 18 to 25, a group that is less likely to read the newspaper.

   ii. In '05 and '06 – Industry adv was about 300 bps lower than retail sales. VRC concludes that it would be reasonable to have our normal downside down 300% from our downside retail sales analysis.

   iii. Industry National Adv was down '05 (-5.2%), '06 (-5.1%). These were (-5.2%) and (-8.0%) lower than GDP.

III. National adv—VRC Most Stringent Case

   a. Note that LHM case includes interactive assumptions. Note that interactive has historically a small segment of interactive but anticipated to grow.

   b. Based on a recession case.

      i. Reviewed the change in the 1990 recession.

      ii. '90 to '91 there was an 800bps to 900bps decline in National adv and a 200bps recovery for the next two years.

   c. VRC Conclusion is to have an 800bps decline over base case. In the third year, they revert back to the base case growth rates.

      i. Conservative because these declines are longer and significantly more conservative than historical results.



## MEMORANDUM

**TO:**       FILE
**FROM:**     CHAD RUCKER
**SUBJECT:**  CLASSIFIED ASSUMPTIONS
**DATE:**     10/29/2007
**CC:**

I.  Classified Advertising

    a.  **Historic Years**

        i.  Classifieds have been the weakest and most vulnerable segment to online advertising.

            1.  Weakest period was '02 (-7.8%). This weakness was highly influenced by the down turn in internet industry—including job listings. Thus this particular influence will not likely be major factor for newspapers in the future given that job postings have migrated online.

            2.  The other negative periods were '03 (-1.4%) and '06 (-0.6%).

            3.  '06 (-0.6%) was a substantial decline over '05 3.1% growth. This decline was heavily impacted by the decline in real estate advertising particularly the decline in real estate advertising in Florida.

            4.  Throughout '07, the Classified division has been the weakest of the Company's divisions. With (-16.1%) to (-18.1%) declines. This decline is the result of continued loss of classified job and ads to online services and a weak real estate market particularly in Florida.

    b.  4Q07 Base Case Analysis

        i.  The TRB base case 4Q07 has a (-12%) decline in classified adv. The weakness is at all the Company's largest newspapers.

            1.  No segment of Classified adv. other than auto would likely have an uptick as a result of the holiday season. Auto and Job would not likely see an increase.

            2.  In addition, the online shift is likely to continue to have an accelerating negative impact on classified adv., and U.S. automotive sector remains weak.

                a.  Foreign automotive manufacturers which are steadily gaining market share do not advertise as much as U.S.

manufacturers. As they continue to gain marketshare it is reasonable to assume that classifieds will be negatively impacted.

ii. VRC more conservative test is a base case 4Q2007 approximately the avg of the 1Q(-19.1%) ,2Q (~(-16.1%),and (-18.4%)3Q ~~(-18.0%).

a. Appears to be conservative particularly in light of the fact that the company has provided us with a reasonable case that would indicate that the 4th quarters would be any different than the most recent quarters. The macro economic and secular trends that have been negatively impacting classifieds will likely continue.

c. 2008 Classified adv.

i. TRB base case '08 (-12.5%). That is approximately 600bp lower than the weakest period in 07. This is in line with what Lehman is estimating (-12.5%). Note LHM includes interactive. Adj. LHM for interactive is approximately (-17.5%).

ii. Given the decline that the Company experienced in '07, and Lehman's estimate,

1. The real estate and automotive segment continues to be weak.

2. Classified and job postings continue to move to the internet.

3. VRC concludes that using an estimate of (-16.0%) is more a conservative case for 2008.

d. 2009 to 2012 Classified Adv.

i. TRB Base Case '09 (-2.4%) to '12 (-4.0%).

1. Given the expected decline in '08, a more conservative case would be to test the base case assumption that classified ads would go from (-17.5%) in '08 to (-2.4%) in '09.

2. Lehman has a '09 estimate of (-7.5%). Likely includes some of the impact of interactive because it is the largest segment of Interactive--adj is approximately (-11.0%). Given that interactive would show growth, the pure Classified businesses growth rate will be lower than this. VRC has segregated interactive advertising in its analysis.

3. VRC believes that within the projection period that Classified Ads will continue to be weak because of the shift of classified and real estate advertisements to internet.

a. However classified has been negatively impacted by real estate advertising in South Florida which is already reflected in the results.

4. VRC concludes that (-11%) is more conservative measure for the base and downside case for '09.

    a. Given that it is likely that the rate of decline will continue to decrease. It is not reasonable to assume that Classified ad will continue to decrease at the same rate.

    b. VRC assumes that Classified ads would level off to (-5.0%)'12.

    c. '09 (-11.0%), '10 (-9.0%), '11 (-7.0%), '12 (-5.0%).VRC concludes a straight line decrease to (-5.0% decline in '12.

    d. VRC has assumed the same projections for the base case and downside case.

e. Downside case

    i. TRB downside is very conservative in the later years.

        1. Has the business facing a decline that is more severe than anything that has been experienced historically.

        2. Historically after such large declines there would be a recovery. However, we are in a much more competitive environment today.

            a. In addition, classified adv. is already less than 50% of its peak revenue in 2000 period.

        3. Also the TRB downside is several hundred bps lower than VRC base case in the later years.

            a. Classified is the most difficult segment to project. Therefore VRC has concluded that a more conservative downside case.

            b. '08 (-21.2%), '09 (-15.0%), '10 (-10.0%), '11 (-7.0%), '12 (-6.0%). These conservatives amount reflect the segment in decline.

            c. Nothing on the horizon that would indicate that the secular trends will change during the projected period.

                1. Therefore, VRC has concluded that the VRC and TRB downside case are also appropriate for the most stringent downside tests.

                2. From '07 to '12 classified revenues were reduced by $300 million (over a five year period) in VRC base case.

f. VRC Most Stringent downside

        1. We have applied our VRC downside case as the most severe downside case.



---

**MEMORANDUM**

---

**TO:**       FILE

**FROM:**   CHAD RUCKER

**SUBJECT:**  CIRCULATION ASSUMPTIONS

**DATE:**    10/29/2007

**CC:**

---

I.    Circulation

    a.    Historic Circulation

        i.    Circulation has been on a steady decline.  '01 to '06 decline has been an average of (-2.8%).

        ii.    The Company has noted that the decline has resulted from the number of newspaper readers and the shift to getting news on the internet.

        iii.    In '07 circulation is expected to decline (-5.2%).

        iv.    Management has indicated to VRC that it takes an active approach to managing the decline in circulation revenues – i.e. price increases versus declines in circulation volume.

            1. Therefore it is reasonable to assume that management will continue to execute this strategy and projected circulation results will  likely be similar to the historic results.

    b.    4Q07 Circulation

        i.    1Q (-5.1%), 2Q (-4.2%), 3Q (-6.6%).  Avg.apprx. (-5.3%).

        ii.    The Company estimates that circulation revenue would be down 4Q07 (-4.0%).

        iii.    Management has represented to VRC that it has aggressively undertaken strategies that would limit the decline in circulation revenues and costs increases.  The principal strategy would was to create efficiencies by combining circulation with other papers.  These revenues would be accounted for in circulation and other.

        iv.    VRC base case is (-4.7%).  This is in line with 1Q and 2Q '07.

            a.    Given that management strategies can have a positive impact on managing the decline in circulation revenues this is reasonable.

VRC0034782

CONFIDENTIAL

        b.   Also management's estimates in inline with industry circulation declines.

c.   '08 to '12 circulation revenues.

    i.   Company anticipates that circulation will decline by '07 (-5.2%) to (-3.2%) per year. '01 – '06 CAGR is (-2.8%). TRB '08 est. (-3.2%).

        1.   TRB base case declines seem reasonable based upon historic results.

        2.   LHM has '08 (-4.0%) and '09 (-3.0%).

        3.   VRC base case estimate is to:

           a.   '08 (-3.6%).  Midpoint of LHM and TRB '08 Estimates.

           b.   '09 to '12 we believe that TRB estimates are reasonable.

           c.   VRC will use following estimates:  '09 (-3.2%) to '12 (-3.2%).

d.   VRC downside

    i.   Given that the downside in circulation has been fairly consistent with the largest decline for the company being '05 (-7.4%).

    ii.   VRC notes that TRB's downside case has circulation declining at a lower rate in the outer years than its base case.

        a.   VRC will test this by having a more conservative decline in newspaper readers appears to be a secular trend.  Therefore, we have concluded in VRC's downside case that the rate of decline in  circulation revenue in the VRC downside case will be greater than TRB's downside case.

    iii.   We would believe on a downside case that if circulation decreased 75bp to 100bps more than base that would be reasonable. We are estimating -3.6% for 2008, -3.2% for 2009 through 2012.

    iv.   VRC notes that management's ability to adjust price has a significant impact on the growth or decline in circulation revenues.

VRC0034783

CONFIDENTIAL



**MEMORANDUM**

**TO:**       FILE

**FROM:**    CHAD RUCKER

**SUBJECT:** INTERACTIVE ASSUMPTIONS

**DATE:**    10/29/2007

**CC:**

I.  Interactive

    a.  **Historic Years**

        i.  Because interactive growth is off a low base, the most relevant items are the rate of growth and the results from years '05 and '06 from a historical perspective.

           1.  TRB '05 to '06 growth rate declined from 43.9% to 28.7%. Below the five year CAGR of 31.2% in '06.

           2.  Given that the interactive business is approximately $225mm and highly competitive. It is highly likely that the rate of growth will continue to decline.

               a.  In many respects, interactive has been the beneficiary of the decline in newspaper advertising.

               b.  Many of the Company's competitors and industry participants are pursuing the same strategies as TRB in the online adv. market. Thus, although the industry as a whole will continue to grow it is likely that individual participants growth rates will decline.

               c.  Additionally, the interactive business will continue to benefit from the decline in TRB's core newspaper business.

    b.  4Q07 Interactive

        i.  4Q Interactive was not segregated by the Company. Must inquire with the Company to see if those projections can be provided separately.

    c.  2008 to 2009  Projected Interactive

        i.  TRB '07 interactive growth declined to 15.9% and increased to '08 19.9%.

           1.  Given that the change in the base and the risks associated with growing the Company's interactive business it may be difficult for the company to increase the rate of growth.

           2.  Also must factor in the competitiveness.

           3.  Oppenheimer estimates that interactive classified ads will grow '08 24% and '09 20% and total interactive growth of '08 (23%) and (21%).

           4.  Credit Suisse estimates 22.0% for 2008, 18.0% for 2009 and 13.0% for 2010.

        ii.  Thus one will conclude that the rate of growth in interactive may decline

VRC0034784

CONFIDENTIAL

       a. Potentially mitigating factors are the amount of capital that TRB is anticipating on investing in the interactive segment

       b. Management has been very positive on Metro Mix new offering.

       c. However, TRB growth rates greatly exceed industry anticipated growth rates.

   iii. In order to test '08, VRC would conclude in '08 midpoint of TRB '07 (15.9%) and '08(19.9%) estimates. VRC '08 estimate 17.9%. We have also assumed a 2.0% to 2.5% decrease in rate of growth (approximately half of Oppenheimer and Credit Suisse's industry projections).

      1. VRC's base case is several hundred basis below industry growth –conservative.

      2. The interactive space will become much more competitive as more newspaper companies pursue strategies that are similar to those of TRB and existing online players seek to grow their revenue.

      3. TRB '09 to '12. Interactive base is growing considerably.

      4. VRC will be conservative and test these results with lower growth rates.

  d. VRC Downside Analysis

    1. Very difficult to ascertain downside case in interactive because all analyst are projecting significant long-term growth in the industry.

      a. VRC believes that the most appropriate means to make a downside adjustment is to dramatically reduce expected growth rates particularly in outer years.

    2. VRC downside would have the following assumptions:

      a. '08 17.9%, '09 15.9%, '10 11.0%, '11 9.0% and '12 9.0%.

         i. Unless there is a near term recession, it is reasonable to assume that industry analyst estimated growth rates will be achieved by the online advertising industry in the near term.

      b. Decline is equivalent to applying 200 bps decline in '11 and '12.

      VRC believes that in a downside scenario this is conservative because in '11 and '12 interactive growth rate are lower than industry growth rates. Historically, interactive growth rates have been substantially greater.

 e. VRC Most Stringent Case is

  i. 50% of projected industry growth rates.

    1. In the most stringent case is if we assume that a recession occurs in 2008 and 2009.

      a. This is the point at which the Company has the most leverage.

      b. VRC assumes that interactive growth rates are 50% of what they were in '08 and '09.

      c. Then revert back to rates observed in VRC's downside case

         i. '08 (10%), '09 (8.0%), '10 (8.0%), '11 (13.0%), '12 (13.0)

VRC0034785

CONFIDENTIAL



## Tribune Base Case

Last Updated                10/28/2007 8:31 PM

VRC0034786

**Revenue and Expense Assumptions**

| 1 | (1 = Tribune Base Case, 2 =VRC Base Case, 3 = Tribune Downside Case,4 = VRC Downside Case,5 = VRC Recession Case |

| | Total Publishing | | | | | | | | | | | Growth Rates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| Retail | $1,231.0 | $1,231.5 | $1,237.2 | $1,242.5 | $1,255.5 | $1,267.4 | | | | | | 3.9% | 0.0% | 0.5% | 0.4% | 1.0% | 0.9% |
| National | $661.7 | $651.6 | $636.1 | $620.1 | $611.1 | $598.7 | | | | | | -5.0% | -1.5% | -2.4% | -2.5% | -1.4% | -2.0% |
| Classified | $739.3 | $650.5 | $637.2 | $625.1 | $604.5 | $579.8 | | | | | | -21.2% | -12.0% | -2.0% | -1.9% | -3.3% | -4.1% |
| Interactive | $262.0 | $318.0 | $406.3 | $507.9 | $603.8 | $712.5 | | | | | | 15.9% | 21.4% | 27.8% | 25.0% | 18.9% | 18.0% |
| Circulation | $528.1 | $511.1 | $495.4 | $479.0 | $464.6 | $449.8 | | | | | | -5.2% | -3.2% | -3.1% | -3.1% | -3.2% | -3.2% |
| Other | $270.6 | $317.1 | $339.7 | $364.7 | $388.1 | $411.2 | | | | | | 6.8% | 17.2% | 7.1% | 7.3% | 6.4% | 6.0% |
| **Total Revenues** | **$3,692.6** | **$3,679.9** | **$3,752.0** | **$3,880.2** | **$3,927.6** | **$4,019.3** | **$4,113.1** | **$4,208.0** | **$4,307.2** | **$4,407.7** | **$4,510.6** | **-6.6%** | **-0.3%** | **2.0%** | **2.4%** | **2.3%** | **2.3%** |
| | | | | | | | | | | | | | | | | | |
| Direct Pay | $1,012.8 | $1,031.1 | $1,043.8 | $1,057.7 | $1,069.7 | $1,081.8 | | | | | | -0.6% | 1.8% | 1.3% | 1.3% | 1.1% | 1.1% |
| Benefits excl Retirement | $190.3 | $190.2 | $194.9 | $197.8 | $200.0 | $202.2 | | | | | | -0.1% | -0.1% | 2.5% | 1.5% | 1.1% | 1.1% |
| Retirement | $21.4 | $41.5 | $41.9 | $42.3 | $42.7 | $43.1 | | | | | | -69.0% | 93.6% | 0.8% | 1.1% | 1.0% | 1.0% |
| Total Compensation | $1,224.5 | $1,262.8 | $1,280.6 | $1,297.9 | $1,312.4 | $1,327.1 | | | | | | -4.2% | 3.1% | 1.4% | 1.3% | 1.1% | 1.1% |
| Newsprint & Ink | $412.3 | $376.1 | $382.9 | $391.8 | $402.8 | $414.2 | | | | | | -16.1% | -8.8% | 1.8% | 2.3% | 2.8% | 2.8% |
| Outside Services | $312.1 | $320.4 | $329.6 | $347.2 | $364.6 | $383.2 | | | | | | 2.5% | 2.7% | 2.9% | 5.3% | 5.0% | 5.1% |
| TMC Postage | $123.6 | $118.6 | $117.8 | $118.5 | $118.9 | $119.3 | | | | | | 3.0% | -4.0% | -0.7% | 0.6% | 0.3% | 0.4% |
| Other Circulation Expenses | $347.5 | $356.5 | $360.1 | $360.9 | $361.8 | $362.8 | | | | | | -0.5% | 2.7% | 1.0% | 0.2% | 0.3% | 0.3% |
| Promotion | $99.3 | $101.0 | $106.3 | $108.9 | $112.4 | $116.1 | | | | | | -1.2% | 1.6% | 5.3% | 2.4% | 3.2% | 3.3% |
| Other Cash Expenses | $346.0 | $349.1 | $351.2 | $361.7 | $370.8 | $381.0 | | | | | | -1.7% | 0.9% | 0.6% | 3.0% | 2.5% | 2.8% |
| TPC Group | $9.4 | $9.3 | $9.3 | $9.2 | $9.1 | $9.1 | | | | | | | | | | | |
| **Operating Cash Flow** | **$818.2** | **$786.1** | **$814.2** | **$844.2** | **$874.8** | **$906.3** | **$927.5** | **$949.1** | **$971.3** | **$993.9** | **$1,017.1** | **-13.6%** | **-3.9%** | **3.6%** | **3.7%** | **3.6%** | **3.6%** |
| | | | | | | | | | | | | | | | | | |
| Direct Pay | $1,012.8 | $1,031.1 | $1,043.8 | $1,057.7 | $1,069.7 | $1,081.8 | | | | | | 27.4% | 28.0% | 27.8% | 27.5% | 27.2% | 26.9% |
| Benefits excl Retirement | $190.3 | $190.2 | $194.9 | $197.8 | $200.0 | $202.2 | | | | | | 5.2% | 5.2% | 5.2% | 5.2% | 5.1% | 5.0% |
| Retirement | $21.4 | $41.5 | $41.9 | $42.3 | $42.7 | $43.1 | | | | | | 0.6% | 1.1% | 1.1% | 1.1% | 1.1% | 1.1% |
| Total Compensation | $1,224.5 | $1,262.8 | $1,280.6 | $1,297.9 | $1,312.4 | $1,327.1 | | | | | | 33.2% | 34.3% | 34.1% | 33.8% | 33.4% | 33.0% |
| Newsprint & Ink | $412.3 | $376.1 | $382.9 | $391.8 | $402.8 | $414.2 | | | | | | 11.2% | 10.2% | 10.2% | 10.2% | 10.3% | 10.3% |
| Outside Services | $312.1 | $320.4 | $329.6 | $347.2 | $364.6 | $383.2 | | | | | | 8.5% | 8.7% | 8.8% | 9.0% | 9.3% | 9.5% |
| TMC Postage | $123.6 | $118.6 | $117.8 | $118.5 | $118.9 | $119.3 | | | | | | 3.3% | 3.2% | 3.1% | 3.1% | 3.0% | 3.0% |
| Other Circulation Expenses | $347.5 | $356.5 | $360.1 | $360.9 | $361.8 | $362.8 | | | | | | 9.4% | 9.7% | 9.6% | 9.4% | 9.2% | 9.0% |
| Promotion | $99.3 | $101.0 | $106.3 | $108.9 | $112.4 | $116.1 | | | | | | 2.7% | 2.7% | 2.8% | 2.8% | 2.9% | 2.9% |
| Other Cash Expenses | $346.0 | $349.1 | $351.2 | $361.7 | $370.8 | $381.0 | | | | | | 9.4% | 9.5% | 9.4% | 9.4% | 9.4% | 9.5% |
| TPC Group | $9.4 | $9.3 | $9.3 | $9.2 | $9.1 | $9.1 | | | | | | | | | | | |
| **Operating Cash Flow** | **$818.2** | **$786.1** | **$814.2** | **$844.2** | **$874.8** | **$906.3** | **$927.5** | **$949.1** | **$971.3** | **$993.9** | **$1,017.1** | **-23.8%** | **22.2%** | **21.4%** | **21.7%** | **22.0%** | **22.3%** |

| | Broadcasting and Entertainment Revenues | | | | | | | | | | | Growth Rates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| **Total B&E Revenue** | **$1,164.3** | **$1,256.5** | **$1,264.1** | **$1,386.6** | **$1,317.2** | **$1,351.8** | **$1,387.4** | **$1,473.8** | **$1,461.5** | **$1,499.7** | **$1,539.1** | **-4.7%** | **7.9%** | **0.6%** | **1.4%** | **8.8%** | **2.6%** |
| **Total B&E Expenses** | **$780.4** | **$808.0** | **$800.2** | **$827.4** | **$852.1** | **$868.0** | **$890.8** | **$924.3** | **$938.3** | **$963.0** | **$988.3** | **-0.9%** | **3.5%** | **-1.0%** | **3.4%** | **3.0%** | **1.9%** |
| **Total B&E Operating Cash Flow** | **$383.7** | **$448.5** | **$463.9** | **$479.3** | **$465.0** | **$483.8** | **$496.5** | **$509.6** | **$523.0** | **$536.7** | **$550.9** | **33.0%** | **35.7%** | **36.7%** | **36.7%** | **35.3%** | **35.8%** |

CONFIDENTIAL

## Revenue and Expense Assumptions

| | Consolidated Company | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
| Publishing | $3,692.6 | $3,679.9 | $3,752.0 | $3,840.2 | $3,927.6 | $4,019.3 | $4,113.1 | $4,200.0 | $4,307.2 | $4,407.7 | $4,510.6 |
| B&E | $1,164.1 | $1,256.5 | $1,264.1 | $1,306.6 | $1,317.2 | $1,351.8 | $1,387.4 | $1,423.8 | $1,461.3 | $1,499.7 | $1,539.1 |
| **Subtotal Revenues** | **$4,856.7** | **$4,936.4** | **$5,016.1** | **$5,146.8** | **$5,244.8** | **$5,371.1** | **$5,500.4** | **$5,632.9** | **$5,768.5** | **$5,907.4** | **$6,049.7** |
| Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Revenues** | **$4,856.7** | **$4,936.4** | **$5,016.1** | **$5,146.8** | **$5,244.8** | **$5,371.1** | **$5,500.4** | **$5,632.9** | **$5,768.5** | **$5,907.4** | **$6,049.7** |
| | | | | | | | | | | | |
| Publishing | $2,874.4 | $2,891.8 | $2,937.8 | $2,996.0 | $3,052.8 | $3,112.9 | $3,185.6 | $3,259.9 | $3,336.0 | $3,413.8 | $3,493.5 |
| Comm. Delivery and Other Savings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| B&E | $780.4 | $808.0 | $800.2 | $827.4 | $852.1 | $868.0 | $890.8 | $914.3 | $938.0 | $963.0 | $988.3 |
| Corporate | $41.6 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 | $41.3 |
| **Subtotal Expenses** | **$3,696.4** | **$3,741.1** | **$3,779.3** | **$3,864.7** | **$3,946.2** | **$4,022.2** | **$4,117.7** | **$4,215.5** | **$4,315.6** | **$4,418.1** | **$4,523.0** |
| Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Expenses** | **$3,696.4** | **$3,741.1** | **$3,779.3** | **$3,864.7** | **$3,946.2** | **$4,022.2** | **$4,117.7** | **$4,215.5** | **$4,315.6** | **$4,418.1** | **$4,523.0** |
| | | | | | | | | | | | |
| Publishing | $818.2 | $788.1 | $814.2 | $844.2 | $874.8 | $906.3 | $927.5 | $940.1 | $971.3 | $993.9 | $1,017.1 |
| B&E | $383.7 | $448.5 | $463.9 | $479.3 | $465.0 | $483.8 | $496.5 | $506.6 | $523.0 | $536.7 | $550.9 |
| Corporate | ($41.6) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) | ($41.3) |
| **Subtotal OCF** | **$1,160.3** | **$1,195.3** | **$1,236.8** | **$1,282.1** | **$1,298.6** | **$1,348.8** | **$1,382.7** | **$1,417.4** | **$1,453.0** | **$1,489.4** | **$1,526.7** |
| Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Operating Cash Flow** | **$1,160.3** | **$1,195.3** | **$1,236.8** | **$1,282.1** | **$1,298.6** | **$1,348.8** | **$1,382.7** | **$1,417.4** | **$1,453.0** | **$1,489.4** | **$1,526.7** |
| | | | | | | | | | | | |
| Publishing | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 | $22.0 |
| B&E | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 | $6.2 |
| Corporate | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 | $11.5 |
| **Subtotal SBC** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** |
| Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Stock Based Compensation** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** | **$39.7** |
| | | | | | | | | | | | |
| Publishing | $181.2 | $187.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 | $191.5 |
| B&E | $45.8 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 | $43.7 |
| Corporate | $1.2 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 | $2.6 |
| **Subtotal D&A** | **$228.3** | **$233.7** | **$237.7** | **$237.7** | **$237.7** | **$237.7** | **$237.7** | **$237.7** | **$237.7** | **$237.7** | **$237.7** |
| Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total D&A** | **$228.3** | **$233.7** | **$237.7** | **$237.7** | **$237.7** | **$237.7** | **$237.7** | **$237.7** | **$237.7** | **$237.7** | **$237.7** |
| | | | | | | | | | | | |
| Publishing | $104.8 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 | $100.0 |
| B&E | $25.1 | $25.2 | $25.8 | $25.5 | $25.5 | $25.5 | $25.5 | $25.5 | $25.5 | $25.5 | $25.5 |
| Corporate | $7.0 | $7.0 | $2.5 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 |
| **Subtotal Capex** | **$136.8** | **$132.2** | **$128.3** | **$128.5** | **$128.5** | **$128.5** | **$128.5** | **$128.5** | **$128.5** | **$128.5** | **$128.5** |
| Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Capital Expenditures** | **$136.8** | **$132.2** | **$128.3** | **$128.5** | **$128.5** | **$128.5** | **$128.5** | **$128.5** | **$128.5** | **$128.5** | **$128.5** |

| Equity Income | Consolidated Company | | | | | | | | | | | | Growth Rates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P | | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| **GAAP** | | | | | | | | | | | | | | | | | | |
| Consolidated | $85.4 | $83.4 | $114.1 | $140.3 | $162.9 | $181.1 | $202.1 | $226.6 | $255.1 | $288.4 | $327.4 | | 14.0% | -2.4% | 36.8% | 23.0% | 16.1% | 11.2% |
| Publishing | ($13.7) | $1.9 | $28.0 | $49.9 | $67.8 | $81.2 | $97.1 | $116.3 | $139.2 | $166.6 | $199.3 | | 41.8% | -113.7% | 1794.2% | 78.0% | 36.0% | 19.7% |
| **B&E** | | | | | | | | | | | | | | | | | | |
| TV Food | $86.8 | $81.5 | $86.1 | $90.5 | $95.1 | $99.9 | $105.0 | $110.3 | $115.9 | $121.9 | $128.1 | | 20.3% | -6.1% | 5.6% | 5.1% | 5.1% | 5.3% |
| Comcast | $12.3 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | | -1.3% | -100.0% | nm | nm | nm | nm |
| Total | $99.1 | $81.5 | $86.1 | $90.5 | $95.1 | $99.9 | $105.0 | $110.3 | $115.9 | $121.9 | $128.1 | | 17.2% | -17.8% | 5.6% | 5.1% | 5.1% | 5.1% |
| **Cash** | | | | | | | | | | | | | | | | | | |
| Consolidated | $81.8 | $98.6 | $115.4 | $140.3 | $162.9 | $181.1 | $202.1 | $226.6 | $255.1 | $288.4 | $327.4 | | 29.9% | 16.3% | 17.0% | 21.6% | 16.1% | 11.2% |
| Publishing | $3.4 | $17.1 | $29.4 | $49.9 | $67.8 | $81.2 | $97.1 | $116.3 | $139.2 | $166.6 | $199.3 | | -69.3% | 398.2% | 71.4% | 70.0% | 36.0% | 19.7% |
| **B&E** | | | | | | | | | | | | | | | | | | |
| TV Food | $64.9 | $81.5 | $86.1 | $90.5 | $95.1 | $99.9 | $105.0 | $110.3 | $115.9 | $121.9 | $128.1 | | 70.2% | 25.5% | 5.6% | 5.1% | 5.1% | 5.1% |
| Comcast | $16.5 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | | 3.3% | -100.0% | nm | nm | nm | nm |
| Total | $81.4 | $81.5 | $86.1 | $90.5 | $95.1 | $99.9 | $105.0 | $110.3 | $115.9 | $121.9 | $128.1 | | 50.4% | 0.1% | 5.6% | 5.1% | 5.1% | 5.1% |

VRC0034788