**Cash Flow Model**

| New Senior Notes | Mar-07 | Jun-07 | Sep-07 | Dec-07 | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Additional Borrowings | | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Required Amortization | | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Optional Amortization | | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Ending Balance | | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Average Balance | | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Margin | | | | | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% |
| Interest Rate | | | | | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% | 11.000% |
| Interest Expense | | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

| Medium Term Notes | Mar-07 | Jun-07 | Sep-07 | Dec-07 | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $262.6 | $262.6 | $262.6 | $262.6 | $262.6 | $262.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Additional Borrowings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Required Amortization | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | ($262.6) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Optional Amortization | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Ending Balance | $262.6 | $262.6 | $262.6 | $262.6 | $262.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Average Balance | $262.6 | $262.6 | $262.6 | $262.6 | $262.6 | $131.3 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Margin | | | | | | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% |
| Interest Rate | | | | | | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% | 5.625% |
| Interest Expense | $0.0 | $7.4 | $0.0 | $7.4 | $14.8 | $7.4 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

| Sales Leaseback | Mar-07 | Jun-07 | Sep-07 | Dec-07 | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Additional Borrowings | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Required Amortization | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Optional Amortization | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Ending Balance | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Average Balance | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Base Rate | | 5.36% | 5.30% | 4.76% | 4.76% | 4.53% | 4.54% | 4.96% | 5.19% | 5.35% | 5.49% | 5.59% | 5.66% | 5.72% | 5.63% |
| Margin | | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% |
| Interest Rate | | 7.61% | 7.55% | 7.01% | 7.01% | 6.78% | 6.79% | 7.21% | 7.44% | 7.60% | 7.74% | 7.84% | 7.91% | 7.97% | 7.88% |
| Interest Expense | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

| Asset Backed Notes | Mar-07 | Jun-07 | Sep-07 | Dec-07 | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | $0.0 | $0.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 |
| Additional Borrowings | | | | | $300.0 | $300.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Required Amortization | | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Optional Amortization | | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Ending Balance | | | | | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 |
| Average Balance | | | | | $150.0 | $150.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 | $300.0 |
| Base Rate | | | | | | 4.760% | 4.526% | 4.537% | 4.963% | 5.189% | 5.354% | 5.488% | 5.589% | 5.661% | 5.720% | 5.632% |
| Margin | | | | | | 1.250% | 1.250% | 1.250% | 1.250% | 1.250% | 1.250% | 1.250% | 1.250% | 1.250% | 1.250% | 1.250% |
| Interest Rate | | | | | | 6.010% | 5.776% | 5.787% | 6.213% | 6.439% | 6.604% | 6.738% | 6.839% | 6.911% | 6.970% | 6.882% |
| Interest Expense | | | | | $0.0 | $0.0 | $17.3 | $17.4 | $18.6 | $19.3 | $19.8 | $20.2 | $20.5 | $20.7 | $20.9 | $20.6 |

| TMCT Mortgage Debt | Mar-07 | Jun-07 | Sep-07 | Dec-07 | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | $0.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 |
| Additional Borrowings | | | | | $150.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Required Amortization | | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Optional Amortization | | | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Ending Balance | | | | | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 |
| Average Balance | | | | | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 | $150.0 |
| Base Rate | | | | | 4.526% | 4.537% | 4.963% | 5.189% | 5.354% | 5.488% | 5.589% | 5.661% | 5.720% | 5.632% |
| Margin | | | | | 2.000% | 2.000% | 2.000% | 2.000% | 2.000% | 2.000% | 2.000% | 2.000% | 2.000% | 2.000% |
| Interest Rate | | | | | 6.526% | 6.537% | 6.963% | 7.189% | 7.354% | 7.488% | 7.589% | 7.661% | 7.720% | 7.632% |
| Interest Expense | | | | | $9.8 | $9.8 | $10.4 | $10.8 | $11.0 | $11.2 | $11.4 | $11.5 | $11.6 | $11.4 |

VRC0034879

## Cash Flow Model

### Zell PIK Notes

| | Mar-07 | Jun-07 | Sep-07 | Dec-07 | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | $200.0 | $201.9 | $204.3 | $200.0 | $225.0 | $235.8 | $247.1 | $259.0 | $271.5 | $284.5 | $298.2 | $312.5 | $327.5 | $343.2 |
| Additional Borrowings | | $0.0 | $0.0 | $25.0 | $25.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| PIK Interest | | $1.9 | $2.4 | $2.4 | $6.7 | $10.8 | $11.3 | $11.9 | $12.4 | $13.0 | $13.7 | $14.3 | $15.0 | $15.7 | $16.5 |
| Optional Amortization | | $0.0 | $0.0 | ($6.7) | ($6.7) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Ending Balance | | $201.9 | $204.3 | $225.0 | $225.0 | $235.8 | $247.1 | $259.0 | $271.5 | $284.5 | $298.2 | $312.5 | $327.5 | $343.2 | $359.7 |
| Average Balance | | $200.9 | $203.1 | $214.6 | $212.5 | $230.4 | $241.5 | $253.1 | $265.2 | $278.0 | $291.3 | $305.3 | $320.0 | $335.4 | $351.5 |
| Margin | | | | | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% |
| Interest Rate | | | | | 4.904% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% | 4.804% |
| Interest Expense | | $1.9 | $2.4 | $2.4 | $6.7 | $10.8 | $11.3 | $11.9 | $12.4 | $13.0 | $13.7 | $14.3 | $15.0 | $15.7 | $16.5 |

### Existing Debt Balances

| | Mar-07 | Jun-07 | Sep-07 | Dec-07 | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TMCT Lease, expiring '09 | $51.0 | $46.2 | $41.4 | $36.6 | $36.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| $148.2 million 7.25% debentures due 3/1/13 | $80.0 | $80.0 | $80.0 | $79.9 | $79.9 | $80.6 | $80.9 | $81.3 | $82.0 | $82.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| $98.75 million 7.5% debentures due 7/1/23 | $94.8 | $94.8 | $94.8 | $94.8 | $94.8 | $95.2 | $95.5 | $95.7 | $96.0 | $96.0 | $96.0 | $96.0 | $96.0 | $96.0 | $96.0 |
| $250 million 6.61% debentures due 9/15/27 | $82.8 | $82.8 | $82.8 | $82.8 | $82.8 | $83.0 | $83.1 | $83.2 | $83.0 | $83.0 | $83.0 | $83.0 | $83.0 | $83.0 | $83.0 |
| $148 million 7.25% debentures due 11/15/96 | $129.9 | $129.9 | $129.9 | $129.9 | $129.9 | $130.2 | $130.4 | $130.6 | $131.0 | $131.0 | $131.0 | $131.0 | $131.0 | $131.0 | $131.0 |
| $450 million 4.875% note due 8/15/10 | $449.5 | $449.5 | $449.5 | $449.6 | $449.6 | $449.7 | $449.9 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| $330 million 5.25% note due 8/15/15 | $328.7 | $328.7 | $328.7 | $328.8 | $328.8 | $328.9 | $329.1 | $329.3 | $329.0 | $329.0 | $329.0 | $329.0 | $0.0 | $0.0 | $0.0 |
| Other notes and obligations | $39.8 | $34.0 | $34.0 | $34.0 | $34.0 | $34.0 | $34.0 | $34.0 | $34.0 | $34.0 | $34.0 | $34.0 | $34.0 | $34.0 | $34.0 |
| PHONES | $930.0 | $930.0 | $930.0 | $930.0 | $930.0 | $930.0 | $930.0 | $930.0 | $930.0 | $930.0 | $930.0 | $930.0 | $930.0 | $930.0 | $930.0 |
| Total Existing Debt | $2,186.6 | $2,175.9 | $2,171.1 | $2,166.3 | $2,166.3 | $2,131.7 | $2,132.9 | $1,684.1 | $1,685.0 | $1,685.0 | $1,603.0 | $1,603.0 | $1,274.0 | $1,274.0 | $1,274.0 |
| Mandatory Borrowing / (Repayment) | ($6.1) | ($10.7) | ($4.8) | ($4.8) | ($26.4) | ($34.6) | $1.1 | ($448.8) | $0.9 | $0.0 | ($82.0) | $0.0 | ($329.0) | $0.0 | $0.0 |

### Existing Debt Interest Expense

| | Mar-07 | Jun-07 | Sep-07 | Dec-07 | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TMCT Lease, expiring '09 | $0.9 | $0.9 | $0.9 | $0.9 | $3.5 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| $148.2 million 7.25% debentures due 3/1/13 | $2.9 | $0.0 | $2.9 | $0.0 | $5.7 | $5.8 | $5.9 | $5.9 | $5.9 | $5.9 | $3.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| $98.75 million 7.5% debentures due 7/1/23 | $3.5 | $0.0 | $3.6 | $0.0 | $7.0 | $7.1 | $7.2 | $7.2 | $7.2 | $7.2 | $7.2 | $7.2 | $7.2 | $7.2 | $7.2 |
| $250 million 6.61% debentures due 9/15/27 | $2.7 | $0.0 | $2.7 | $0.0 | $5.4 | $5.5 | $5.5 | $5.5 | $5.5 | $5.5 | $5.5 | $5.5 | $5.5 | $5.5 | $5.5 |
| $148 million 7.25% debentures due 11/15/96 | $0.0 | $4.7 | $0.0 | $4.6 | $9.3 | $9.4 | $9.4 | $9.5 | $9.5 | $9.5 | $9.5 | $9.5 | $9.5 | $9.5 | $9.5 |
| $450 million 4.875% note due 8/15/10 | $10.7 | $0.0 | $10.9 | $0.0 | $21.6 | $21.9 | $21.9 | $13.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| $330 million 5.25% note due 8/15/15 | $8.4 | $0.0 | $8.6 | $0.0 | $17.0 | $17.3 | $17.3 | $17.3 | $17.3 | $17.3 | $17.3 | $17.3 | $8.6 | $0.0 | $0.0 |
| Other notes and obligations | ($1.1) | $0.0 | ($1.3) | ($0.3) | ($2.6) | $8.0 | $8.0 | $8.0 | $8.0 | $8.0 | $8.0 | $8.0 | $8.0 | $8.0 | $8.0 |
| Total Interest Expense | $28.0 | $5.6 | $28.2 | $5.2 | $66.9 | $75.0 | $75.1 | $66.9 | $53.4 | $53.4 | $50.4 | $47.5 | $38.8 | $30.2 | $30.2 |
| Amortization of Debt Issuance Costs | $2.0 | $2.0 | $2.0 | $2.0 | $7.9 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 |

| Start PIK | End PIK | Interest Rate | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/1/2008 | 1/1/2013 | 2.00% | | | | | | | | | | | | | | |
| PHONES | | | $6.3 | $6.3 | $6.3 | $6.3 | $25.3 | $25.9 | $26.2 | $26.7 | $27.3 | $28.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| PIK Phones Interest | | | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes | No | No | No | No | No |
| Cash Interest | | | $6.3 | $6.3 | $6.3 | $6.3 | $25.3 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| PIK Interest | | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $25.9 | $26.2 | $26.7 | $27.3 | $28.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TWX Dividend Income | $3.0 | | $0.8 | $0.8 | $0.8 | $0.8 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 | $3.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

**Covenant Compliance**

| | Year Ending December 31, | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E |
| Net Income incl. Income (Loss) from Discontinued Operations | $115.0 | ($62.8) | ($85.2) | ($89.9) | ($85.8) | ($142.0) | ($172.0) | ($225.7) | ($325.1) | ($508.3) | ($821.3) |
| Less: Income (Loss) from Extraordinary Items (incl. Severance) | 0.0 | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) | (10.0) |
| Less: Income of any PDT Entity | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: Equity Income | (85.4) | (83.4) | (114.1) | (140.3) | (162.9) | (181.1) | (199.2) | (219.1) | (241.0) | (265.1) | (291.6) |
| Plus: Cash Distributions from Equity Investments | 84.8 | 98.6 | 115.4 | 140.3 | 162.9 | 181.1 | 199.2 | 219.1 | 241.0 | 265.1 | 291.6 |
| Plus: Not Recurring, Non-cash Charges | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus: Non-Cash Stock-Based Compensation | 40.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus: Non-Cash Charges Related to ESOP / pension plans | 0.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 | 60.0 |
| Less: Gains from Disposition of Discontinued Operations | 52.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus: Accrual of Revenue / Recording of Receivables | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus: Consolidated Interest Expense | 578.8 | 963.1 | 1,015.6 | 1,034.8 | 1,044.4 | 1,075.9 | 1,126.4 | 1,206.4 | 1,340.4 | 1,564.1 | 1,921.5 |
| Plus: Consolidated Income Tax Expense | 179.1 | 3.3 | 2.8 | 3.1 | 3.3 | 0.9 | (0.4) | (2.7) | (7.0) | (14.8) | (28.2) |
| Plus: Depreciation & Amortization | 234.2 | 233.7 | 242.0 | 246.3 | 246.3 | 246.3 | 246.3 | 246.3 | 242.0 | 237.7 | 237.7 |
| Plus: Transaction Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus: Pro Forma Cash Savings from 401(k) Contributions | 40.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Covenant EBITDA (non-pro forma)** | $1,240.2 | $1,202.6 | $1,226.6 | $1,244.3 | $1,258.2 | $1,231.1 | $1,250.2 | $1,274.3 | $1,300.4 | $1,328.8 | $1,359.7 |
| Plus: Adjustment to Exclude Discontinued Operations / Other | 76.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Covenant EBITDA (excludes Interest Income)** | $1,316.3 | $1,202.6 | $1,226.6 | $1,244.3 | $1,258.2 | $1,231.1 | $1,250.2 | $1,274.3 | $1,300.4 | $1,328.8 | $1,359.7 |
| | | | | | | | | | | | |
| **Covenant EBITDA** | $1,316.3 | $1,202.6 | $1,226.6 | $1,244.3 | $1,258.2 | $1,231.1 | $1,250.2 | $1,274.3 | $1,300.4 | $1,328.8 | $1,359.7 |
| Less: Debt Service (Mandatory Amortization + Cash Interest Expense) | (783.0) | (1,004.9) | (1,022.5) | (1,489.5) | (1,047.2) | (1,049.4) | (1,131.9) | (1,047.0) | (1,372.1) | (1,037.6) | (1,013.4) |
| Less: Prepayments of Term Advances & Bridge Loans | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: Capital Expenditures during Fiscal Year | (140.0) | (132.2) | (103.3) | (103.5) | (103.5) | (103.5) | (103.5) | (103.5) | (103.5) | (103.5) | (103.5) |
| Less: Capital Expenditures Obligated to Make in FY but Not Made | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: Expenditures Made in Cash Pursuant to Sections 5.02(h)(v)(x) & 5.02(f)(vi) | (23.8) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) | (50.0) |
| Less: Cash Taxes | (145.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: Increase in Working Capital (excl. Severance) | (7.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: Losses / Tax Impact on Asset Sales Paid in Cash but Excl. From Net Income | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: Expenditures Made in Cash Pursuant to Sections 5.02(g)(ii)(iii)(vii)(ix) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: Net Cash Payments Rec. Under any Hedge Agreements / Respect of Reserves | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: Amounts Paid in Connections w/ Asset Sale for Indemnification Obligations | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: Proceeds from Sale of Equity Interests (To Extent Incl. in EBITDA) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: Agg. Amount of Cash Proceeds Rec by Borrower after 4/1/07 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Less: All Items That Did Not Result from a Cash Payment, to Extent Added to EBITDA | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus: Decreased in Working Capital | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus: Proceeds Received of any Debt to Finance Capex | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus: Capex that Does Not Occur in FY | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus: Return on Investments Received in Cash | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus: Income / Gain Excluded from Consolidated NI from Asset Sales | ($76.1) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Plus: If Deducted in EBITDA Calculation, Cash Interest Income | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Plus: All Items that Did Not Result from a Cash Payment by Borrower | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Excess Cash Flow** | $140.7 | $15.5 | $50.8 | ($398.7) | $57.5 | $28.3 | ($35.1) | $73.8 | ($225.2) | $137.7 | $192.8 |
| | | | | | | | | | | | |
| **Guaranteed Debt / Covenant EBITDA** | 7.72x | 7.60x | 7.41x | 7.57x | 7.30x | 7.40x | 7.35x | 7.10x | 7.00x | 6.70x | 6.45x |
| **Maximum Guaranteed Leverage Ratio** | 9.00x | 9.00x | 8.75x | 8.50x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x |
| x Cushion | 1.28x | 1.40x | 1.34x | 0.93x | 0.86x | 0.77x | 0.90x | 1.15x | 1.17x | 1.47x | 1.80x |
| $ Cushion (EBITDA) | $186.6 | $186.6 | $187.8 | $135.6 | $130.5 | $114.6 | $137.0 | $177.5 | $183.6 | $236.0 | $297.3 |
| | | | | | | | | | | | |
| **Implied Required EBITDA** | $1,129.7 | $1,016.1 | $1,038.8 | $1,108.8 | $1,127.7 | $1,116.5 | $1,113.2 | $1,096.8 | $1,116.7 | $1,092.8 | $1,062.3 |
| | | | | | | | | | | | |
| **Covenant EBITDA / Cash Interest** | 3.23x | 1.32x | 1.28x | 1.27x | 1.28x | 1.25x | 1.27x | 1.30x | 1.33x | 1.37x | 1.43x |
| Minimum Interest Coverage | 1.10x | 1.15x | 1.20x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x |
| Cushion | 2.13x | 0.17x | 0.08x | 0.02x | 0.03x | 0.00x | 0.02x | 0.05x | 0.08x | 0.12x | 0.18x |
| | | | | | | | | | | | |
| $ Cushion (Cash Interest) | $789.6 | $137.5 | $63.2 | $19.5 | $23.2 | $0.3 | $15.1 | $37.2 | $61.9 | $90.2 | $139.1 |
| $ Cushion (EBITDA) | $868.6 | $158.2 | $75.9 | $24.4 | $29.0 | $0.4 | $18.9 | $46.5 | $77.4 | $112.7 | $173.9 |
| | | | | | | | | | | | |
| **Implied Required EBITDA** | $447.7 | $1,044.5 | $1,150.7 | $1,219.9 | $1,229.2 | $1,230.8 | $1,231.4 | $1,227.7 | $1,222.9 | $1,216.0 | $1,185.8 |