**From:** Buettell, Ben [mailto:BBuettell@hlhz.com]
**Sent:** Wednesday, December 12, 2007 5:58 PM
**To:** Werbalowsky, Jeffrey; Berka, Jack
**Subject:** Tribune Solvency (URGENT - PLEASE READ ASAP AND LET'S DISCUSS)

Jeff and Jack,

Siegert got a call from Karen Kirchen, North American General Counsel at Citigroup. She was calling to see if we could be helpful in assessing the solvency of Tribune Company. Rather than type out the facts, are you guys available for a call to discuss the merits of us getting involved in this analysis. Jack, this has become more complicated than the last time we talked in September when I believe that an attorney from Cahill called you about a media deal. The good news is that we would not be hired to deliver a solvency opinion, but if we end up where I think we all know we would end up with our analysis, we may be the ones to "kill the deal" so to speak and not certain we want to be involved in that mess. I can set up a conference call line to discuss, but I need to get back to Karen later tonight or tomorrow. I can fill you in on the details. Let me know when you are available to discuss in the next hour or two.

Dial in 1-866-775-2581
passcode *4564712*
Time to be determined

Ben

HLHZ_Tribune001164                                          Confidential