**From:** Buettell, Ben [mailto:BBuettell@hlhz.com]
**Sent:** Thursday, December 13, 2007 3:21 PM
**To:** kirchenk@citi.com
**Subject:** Re: Karen Kirchen

Ok I hope to be in the office tomorrow, but please email me and we will connect Thanks

Ben A Buettell
Managing Director
Houlihan Lokey Howard & Zukin
123 North Wacker Drive, 4th Floor
Chicago, IL 60606-1700
(312) 456-4712 (Direct Dial)
(312) 346-0951 (Fax)
(312) 560-2920 (Cell)
bbuettell@hlhz com
www hlhz com

-----Original Message-----
From: Kirchen, Karen <kirchenk@citi com>
To: Buettell, Ben
Sent: Thu Dec 13 15:07:54 2007
Subject: RE: Karen Kirchen

Ben - Banks may buy a little more time  I will reach out to you tomorrow to discuss  Hope you are recovering. Best regards, Karen

> -----Original Message-----
> From: Buettell, Ben [mailto:BBuettell@hlhz.com]
> Sent: Thursday, December 13, 2007 10:55 AM
> To: Kirchen, Karen [CMB-GCO]
> Subject: Re: Karen Kirchen
>
>
> Ok
>
> Ben A Buettell
> Managing Director
> Houlihan Lokey Howard & Zukin
> 123 North Wacker Drive, 4th Floor
> Chicago, IL 60606-1700
> (312) 456-4712 (Direct Dial)
> (312) 346-0951 (Fax)
> (312) 560-2920 (Cell)
> bbuettell@hlhz com
> www hlhz com
>
> -----Original Message-----
> From: Kirchen, Karen <kirchenk@citi com>

HLHZ_Tribune001189    Confidential

Buettell  DEP EX NO. 15
         ID AS OF 12/2/09 SH

To: Buettell, Ben
Sent: Thu Dec 13 07:12:25 2007
Subject: Re: Karen Kirchen

Ben - Hope you feel better soon I am still talking to my senior management. I understand the difficulty for your firm I will revert asap on whether we have a concrete proposal we would like you to consider I very much appreciate how responsive you have been Best regards, Karen

---

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Buettell, Ben <BBuettell@hlhz com>
To: Kirchen, Karen [CMB-GCO]
Sent: Thu Dec 13 07:51:31 2007
Subject: Re: Karen Kirchen

Karen,

General concensus from our side is that it will be tough for us to get involved. Short time frame with limited info and we don't really feel like there is much upside for us from a reputational standpoint given the things we discussed last night. I am home sick today and voice is "shot", so send me an email and I will try to call you to discuss shortly thereafter

Ben A Buettell
Managing Director
Houlihan Lokey Howard & Zukin
123 North Wacker Drive, 4th Floor
Chicago, IL 60606-1700
(312) 456-4712 (Direct Dial)
(312) 346-0951 (Fax)
(312) 560-2920 (Cell)
bbuettell@hlhz com
www hlhz com

-----Original Message-----
From: Kirchen, Karen <kirchenk@citi com>
To: Buettell, Ben
Sent: Thu Dec 13 05:09:31 2007
Subject: RE: Karen Kirchen

Ben - Talking to my business management and will call soon   Karen

---

From: Buettell, Ben [mailto:BBuettell@hlhz.com]
Sent: Wednesday, December 12, 2007 11:04 PM
To: Kirchen, Karen [CMB-GCO]
Subject: Re: Karen Kirchen

Karen,

Are you still up? Had a brief call with a few of my senior partners A few questions: 1) what happens if we all conclude that the company is not solvent, what does the bank group do between now and

December 20th? Are all of the terms and pricing set on the loan? Do you have any sense about what the other three banks have been discussing with the Tribune? If you are available to discuss still tonight, email me and tell me what number to call you at

Ben A Buettell
Managing Director
Houlihan Lokey Howard & Zukin
123 North Wacker Drive, 4th Floor
Chicago, IL 60606-1700
(312) 456-4712 (Direct Dial)
(312) 346-0951 (Fax)
(312) 560-2920 (Cell)
bbuettell@hlhz com
www hlhz com

-----Original Message-----
From: Kirchen, Karen <kirchenk@citi com>
To: Buettell, Ben
Sent: Wed Dec 12 17:49:49 2007
Subject: Karen Kirchen

If not at my desk, cell is best

---

This e-mail message and any attachments are for the sole use of the intended recipient(s) and may contain confidential information If you are not an intended recipient, or an intended recipient's authorized agent, you are hereby notified that any dissemination, distribution or copying of this e-mail message or any attachments is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail and delete this e-mail message and any attachments from your computer system

IRS Circular 230 Disclosure: Any discussion of Federal tax issues contained herein was not written or intended to be used, and cannot be used by you, to (i) avoid any penalties imposed under the Internal Revenue Code or (ii) promote, market or recommend to another party any transaction or matter addressed herein

---

This e-mail message and any attachments are for the sole use of the intended recipient(s) and may contain confidential information If you are not an intended recipient, or an intended recipient's authorized agent, you are hereby notified that any dissemination, distribution or copying of this e-mail message or any attachments is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail and delete this e-mail message and any attachments from your computer system

IRS Circular 230 Disclosure: Any discussion of Federal tax issues contained herein was not written or intended to be used, and cannot be used by you, to (i) avoid any penalties imposed under the Internal Revenue Code or (ii) promote, market or recommend to another party any transaction or matter addressed herein

This e-mail message and any attachments are for the sole use of the intended recipient(s) and may contain confidential information If you are not an intended recipient, or an intended recipient's authorized agent, you are hereby notified that any dissemination, distribution or copying of this e-mail message or any attachments is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail and delete this e-mail message and any attachments from your computer system

IRS Circular 230 Disclosure: Any discussion of Federal tax issues contained herein was not written or intended to be used, and cannot be used by you, to (i) avoid any penalties imposed under the Internal Revenue Code or (ii) promote, market or recommend to another party any transaction or matter addressed herein

HLHZ_Tribune001192        Confidential