-----Original Message-----
From: Beiser, Scott [mailto:SBeiser@HLHZ com]
Sent: Wednesday, December 12, 2007 11:06 PM
To: Buettell, Ben
Cc: Berka, Jack
Subject: RE: Tribune solvency


Just got in from charity dinner so sorry could not make the call. Got vm from jwb and left him a message. My view is rather clear. If we only get a week to do shooter work we will always be at a disadvantage from the other side who has lived with this deal for along time. So we are forever on the defensive making chump change in a hostile fact pattern, even worse we are on the outside (not even on the company info side) and thus this smells like divorce work where we may be on the correct answer side but we are not playing with a fair deck of info and time vs the other side . If we can get a real project scope and time (1 month plus ) and a real fee ( a few mil) I would do, otherwise PASS  Jack based on your telephone facts- 1 week and 500k say no
-----Original Message-----
From: Buettell, Ben
Sent: Wednesday, December 12, 2007 8:11 PM
To: Beiser, Scott
Subject: Tribune solvency

Scott,

Are you around for a call in a few minutes? Long story but we got a call from Citigroup about assisting them with looking at the solvency of tribune in connection with the deal that is supposed to close in a week. Already had a call with Werbalowsky and berka and going to discuss it further with a few FAS folks  If you are available, call 1-866-775-2581 passcode *4564712* in a few minutes

Ben A. Buettell
Managing Director
Houlihan Lokey Howard & Zukin
123 North Wacker Drive, 4th Floor
Chicago, IL 60606-1700
(312) 456-4712 (Direct Dial)
(312) 346-0951 (Fax)
(312) 560-2920 (Cell)
bbuettell@hlhz com
www.hlhz com

Buettell    DEP. EX. NO. 16
FOR ID. AS OF 12/2/09  ST