**From:** Purcell, Sandy [mailto:SPurcell@hlhz.com]
**Sent:** Wednesday, December 19, 2007 2:33 PM
**To:** Buettell, Ben; Werbalowsky, Jeffrey; Berka, Jack; Beiser, Scott
**Subject:** Re: From the WSJ blog a couple minutes ago

No regrets on losing this one!
-----------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Buettell, Ben
To: Werbalowsky, Jeffrey; Berka, Jack; Beiser, Scott; Purcell, Sandy
Sent: Wed Dec 19 13:59:50 2007
Subject: FW: From the WSJ blog a couple minutes ago

Imagine that, getting a solvency opinion despite the changes with the company and the credit markets
Hope they put in language about selling the Cubs and Wrigley Field for billions in April to pay down debt

We never were formally re-contacted by Citigroup but we'll see if "Santa Claus" comes early to Mr. Zell's house (recognizing that he does not celebrate Christmas, of course!)  Thanks for your counsel and Happy Holidays, gents!!

Ben Buettell
(312) 456-4712


From: Reynolds, Stephen
Sent: Wednesday, December 19, 2007 2:49 PM
To: Buettell, Ben; Jackson, Kreg
Subject:    From the WSJ blog a couple minutes ago

According to this, it sounds like they got the second stage solvency opinion

<<sam-zells-tribune-deal-it pdf>>

Stephen H Reynolds
Analyst
Houlihan Lokey
Investment Banking Services
123 N. Wacker Dr
Suite 400
Chicago, IL 60606
Phone: (312) 462-6454
Fax: (312) 346-0951

HLHZ_Tribune001174

Buettell DEP. EX. NO. 17
FOR ID., AS OF 12/2/09 sr

Confidential