DECEMBER 12, 2007

# TRIBUNE VALUATION UPDATE

STRICTLY PRIVATE AND CONFIDENTIAL

**JPMorgan**

Highly Confidential - Attorneys' Eyes Only

JPM_00108133

DRAFT: For discussion purposes only

# Tribune valuation summary

| ($ 000s) | Low | Mid | High |
|---|---|---|---|
| **Valuation method** | | | |
| Trading comps[1] | $8,024 | $8,626 | $9,228 |
| Transaction comps[2] | 11,033 | 12,189 | 13,344 |
| DCF[3] | 9,636 | 11,123 | 13,395 |
| **Average operating firm value** | **$9,565** | **$10,646** | **$11,989** |
| + Equity investments[4] | 2,300 | 2,850 | 3,400 |
| + Real estate opportunities[5] | 767 | 872 | 976 |
| + 10-year NPV of tax savings[6] | 596 | 632 | 672 |
| **Adjusted firm value** | **$13,227** | **$15,000** | **$17,037** |
| + Cash[7] | 198 | 198 | 198 |
| - Debt[7] | (8,502) | (8,502) | (8,502) |
| - PHONES[8] | (986) | (986) | (986) |
| - Identified contingent liabilities[9] | (87) | (87) | (87) |
| **Equity value** | **$3,850** | **$5,622** | **$7,659** |
| % of firm value | 29.1% | 37.5% | 45.0% |
| Less: Par value of capital stock | 4 | 4 | 4 |
| **Excess capital** | **$3,846** | **$5,618** | **$7,655** |
| Incremental Step 2 debt | (3,700) | (3,700) | (3,700) |
| **Excess capital (post-Step 2)** | **$146** | **$1,918** | **$3,955** |

| ($ 000s) | Metric | Low | Mid | High |
|---|---|---|---|---|
| **Operating FV multiples[10]** | | | | |
| LTM EBITDA (9/30/07) | $1,234 | 7.8x | 8.6x | 9.7x |
| 2007E EBITDA | 1,231 | 7.8x | 8.6x | 9.7x |
| 2008E EBITDA | 1,243 | 7.7x | 8.6x | 9.6x |
| **Adjusted FV (excl. tax-saves) multiples[11]** | | | | |
| LTM EBITDA (9/30/07) | $1,311 | 9.0x | 10.3x | 11.7x |
| 2007E EBITDA | 1,316 | 9.0x | 10.3x | 11.7x |
| 2008E EBITDA | 1,342 | 8.8x | 10.1x | 11.5x |
| **Peer adjusted FV multiples[12]** | | | | |
| LTM EBITDA (9/30/07) | $1,234 | 7.3x | 8.1x | 9.2x |
| 2007E EBITDA | 1,231 | 7.3x | 8.1x | 9.2x |
| 2008E EBITDA | 1,243 | 7.2x | 8.1x | 9.1x |

[10] EBITDA excl. Cubs/SCNI and cash equity income (incl. savings from go-private)
[11] EBITDA excl. Cubs/SCNI (incl. cash equity income and savings from go-private); Adj. FV is operating FV plus equity investments
[12] EBITDA excl. Cubs/SCNI and cash equity income (incl. savings from go-private); Adj. FV is operating FV minus NPV of tax savings

[1] Trading comps range of 6.0-7.0x Publishing, 8.0-9.0x Broadcasting and 8.5-10.0x Radio/Entertainment
[2] Transaction comps range of 8.0-10.0x Publishing, 13.0-15.0x Broadcasting (applied to 2007E EBITDA to exclude effect of political year) and 11.0-13.0x Radio/Entertainment
[3] Low value of DCF uses WACC of 8.5% and perpetuity growth of 0.0%, high value of DCF uses WACC of 7.5% and perpetuity growth of 2.0%
[4] Equity investments include Cubs/CSN ($600-1,000mm), TV Food Network ($800-1,200mm), CareerBuilder ($700-900mm) and other ($200-300mm)
[5] Real estate opportunities from Tribune estimates
[6] Low value of 10-year NPV of tax savings uses a WACC of 11.4%, high value uses a WACC of 9.4% (after-tax weighted average cost of junior debt=10.4%); tax savings as per TRB projections to 2017
[7] Cash and debt per VRC report as of 12/4/07
[8] Face value of PHONES of $1,264mm less current value of 16.0mm TWX shares at $17.40 as of 12/7/07
[9] Per VRC report as of 12/4/07



JPMorgan

TRIBUNE COMPANY    1

Highly Confidential - Attorneys' Eyes Only                                                    JPM_00108134

DRAFT: For discussion purposes only

# Summary comparable overview — operating assets

### Trading comps

| | FV/EBITDA | | |
|---|---|---|---|
| | 2007E | 2008E | 2009E |
| **Publishing** | | | |
| Gannett | 5.7x | 5.8x | 6.4x |
| New York Times | 6.7 | 6.7 | 7.1 |
| Washington Post | 10.8 | 9.6 | 9.5 |
| Lee | NA | 6.8 | NA |
| Belo | 7.9 | 7.1 | 7.8 |
| McClatchy | 5.7 | 6.5 | 7.1 |
| Average | 7.4x | 7.1x | 7.6x |
| **TV broadcasting** | | | |
| LIN TV | 11.2x | 8.5x | 10.8x |
| Hearst-Argyle | 12.1 | 9.0 | 11.0 |
| Sinclair | 9.0 | 8.4 | 8.9 |
| Average | 10.8x | 8.6x | 10.2x |
| **Radio broadcasting** | | | |
| Citadel | 8.5x | 8.4x | 7.9x |
| Cumulus | 10.5 | 10.5 | 10.5 |
| Radio One | 8.4 | 8.7 | 8.9 |
| Average | 9.1x | 9.2x | 9.1x |

### Transaction comps

| Date | Target | Buyer | FV/EBITDA |
|---|---|---|---|
| **Publishing** | | | |
| 03/13/06 | Knight Ridder | McClatchy | 9.6x LTM |
| 04/26/06 | McClatchy | Media News/Hearst | 11.5x LTM |
| 12/27/06 | Minneapolis Star Tribune | Avista | 9.7x LTM[1] |
| **TV broadcasting** | | | |
| 04/20/07 | Clear Channel TV | Providence | 15.0x 1-yr fwd BCF |
| 04/06/06 | NBC stations | Media General | 13.5x 1-yr fwd BCF |
| Sep-05 | Emmis stations | Blackstone | 14.8x 1-yr fwd BCF |
| Aug-05 | Emmis stations | LIN TV | 14.5x 1-yr fwd BCF |
| Aug-05 | Emmis stations | Gray | 16.1x 1-yr fwd BCF |
| Aug-05 | Emmis stations | Journal Communications | 16.1x 1-yr fwd BCF |
| **Radio broadcasting** | | | |
| 07/23/07 | Cumulus | Investor group | 12.1x 1-yr fwd |
| 05/18/07 | Clear Channel | Bain Capital/ T.H. Lee | 12.0x LTM |
| 02/06/06 | ABC Radio | Citadel | 13.0x 1-yr fwd |

Source: FactSet, Company filings, Wall Street estimates
Note: Market data as of 12/04/07
[1] FV includes $160mm of cash tax benefit realizable from a tax loss carry back from applying loss from earlier sale of Knight Ridder papers; without tax cash benefit transaction is 7.5x FV/EBITDA

JPMorgan

TRIBUNE COMPANY    2

Highly Confidential - Attorneys' Eyes Only

JPM_00108135

DRAFT: For discussion purposes only

# DCF — Tribune ongoing concern
*As of 9/30/07*

**Projected cash flows ($ millions)**

| FYE 12/31 | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | Terminal year |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $5,096 | $4,936 | $5,016 | $5,147 | $5,245 | $5,371 | $5,500 | $5,633 | $5,769 | $5,907 | $6,026 |
| % growth | (6.2%) | (3.1%) | 1.6% | 2.6% | 1.9% | 2.4% | 2.4% | 2.4% | 2.4% | 2.4% | 2.0% |
| Adj. EBITDA | $1,236 | $1,342 | $1,402 | $1,472 | $1,511 | $1,580 | $1,632 | $1,686 | $1,744 | $1,804 | $1,840 |
| % margin | 24.2% | 27.2% | 28.0% | 28.6% | 28.8% | 29.4% | 29.7% | 29.9% | 30.2% | 30.5% | 30.5% |
| Less: Cash from equity inv. | (85) | (99) | (115) | (140) | (163) | (181) | (199) | (219) | (241) | (265) | (270) |
| Less: D&A | (234) | (234) | (238) | (238) | (238) | (238) | (238) | (238) | (238) | (238) | (131) |
| EBIT | $917 | $1,009 | $1,049 | $1,094 | $1,111 | $1,161 | $1,195 | $1,229 | $1,265 | $1,301 | $1,439 |
| Less: cash taxes[1] | (349) | (384) | (399) | (416) | (422) | (441) | (454) | (468) | (481) | (495) | (547) |
| Plus: D&A | 234 | 234 | 238 | 238 | 238 | 238 | 238 | 238 | 238 | 238 | 131 |
| Plus: stock-based comp | 41 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Less: Capex | (140) | (132) | (128) | (128) | (128) | (128) | (128) | (128) | (128) | (128) | (131) |
| Less: Acq. and Inv. | (24) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | 0 |
| Plus: Change in NWI/Other | (57) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) |
| Less: UFCF prior to 9/30/07 | (469) | | | | | | | | | | |
| **Unlevered Free Cash Flow** | **$154** | **$627** | **$659** | **$687** | **$697** | **$728** | **$749** | **$771** | **$793** | **$815** | **$891** |

Note: Valuation date as of 9/30/07; mid-year convention used for discounting
[1] Assumes 38% tax rate

TRIBUNE VALUATION UPDATE

JPMorgan

TRIBUNE COMPANY   3

Highly Confidential - Attorneys' Eyes Only                                    JPM_00108136

DRAFT: For discussion purposes only

## DCF — Tribune ongoing concern (cont'd)

| WACC | Firm value | | | | | | |
|---|---|---|---|---|---|---|---|
| | (3.00)% | (2.00)% | (1.00)% | 0.00% | 1.00% | 2.00% | 3.00% |
| 6.50% | $10,131 | $10,795 | $11,636 | $12,737 | $14,237 | $16,403 | $19,808 |
| 7.50% | 9,076 | 9,576 | 10,194 | 10,976 | 12,000 | 13,395 | 15,410 |
| 8.00% | 8,623 | 9,061 | 9,596 | 10,264 | 11,123 | 12,269 | 13,873 |
| 8.50% | 8,212 | 8,596 | 9,061 | 9,636 | 10,365 | 11,317 | 12,616 |
| 9.00% | 7,835 | 8,175 | 8,582 | 9,080 | 9,702 | 10,502 | 11,569 |
| 10.00% | 7,174 | 7,441 | 7,758 | 8,137 | 8,601 | 9,181 | 9,926 |
| 11.00% | 6,611 | 6,825 | 7,075 | 7,369 | 7,723 | 8,156 | 8,696 |
| 12.00% | 6,128 | 6,300 | 6,500 | 6,733 | 7,008 | 7,338 | 7,741 |
| 13.00% | 5,708 | 5,849 | 6,010 | 6,196 | 6,414 | 6,670 | 6,978 |
| 14.00% | 5,340 | 5,456 | 5,588 | 5,739 | 5,913 | 6,116 | 6,356 |
| 15.00% | 5,016 | 5,113 | 5,221 | 5,345 | 5,485 | 5,648 | 5,838 |
| 16.00% | 4,728 | 4,809 | 4,899 | 5,001 | 5,116 | 5,248 | 5,400 |

TRIBUNE VALUATION UPDATE

JPMorgan

TRIBUNE COMPANY   4

Highly Confidential - Attorneys' Eyes Only

JPM_00108137

DRAFT: For discussion purposes only

## DCF — Tribune ongoing concern (cont'd)

| WACC | TV / TY EBITDA | | | | | | |
|---|---|---|---|---|---|---|---|
| | (3.00)% | (2.00)% | (1.00)% | 0.00% | 1.00% | 2.00% | 3.00% |
| 6.50% | 5.1x | 5.7x | 6.5x | 7.4x | 8.8x | 10.8x | 13.8x |
| 7.50% | 4.6 | 5.1 | 5.7 | 6.5 | 7.4 | 8.8 | 10.8 |
| 8.00% | 4.4 | 4.8 | 5.4 | 6.1 | 6.9 | 8.1 | 9.7 |
| 8.50% | 4.2 | 4.6 | 5.1 | 5.7 | 6.5 | 7.4 | 8.8 |
| 9.00% | 4.0 | 4.4 | 4.8 | 5.4 | 6.1 | 6.9 | 8.1 |
| 10.00% | 3.7 | 4.0 | 4.4 | 4.8 | 5.4 | 6.1 | 6.9 |
| 11.00% | 3.5 | 3.7 | 4.0 | 4.4 | 4.8 | 5.4 | 6.1 |
| 12.00% | 3.2 | 3.5 | 3.7 | 4.0 | 4.4 | 4.8 | 5.4 |
| 13.00% | 3.0 | 3.2 | 3.5 | 3.7 | 4.0 | 4.4 | 4.8 |
| 14.00% | 2.8 | 3.0 | 3.2 | 3.5 | 3.7 | 4.0 | 4.4 |
| 15.00% | 2.7 | 2.8 | 3.0 | 3.2 | 3.5 | 3.7 | 4.0 |
| 16.00% | 2.5 | 2.7 | 2.8 | 3.0 | 3.2 | 3.5 | 3.7 |

TRIBUNE VALUATION UPDATE

JPMorgan

TRIBUNE COMPANY  5

Highly Confidential - Attorneys' Eyes Only                                                                JPM_00108138

DRAFT: For discussion purposes only

## Discount rate analysis



| | JPMorgan M&A approach |
|---|---|
| **Cost of equity (Ke)** | |
| $K_e = R_f + B * R_p$ | |
| Risk free rate $(R_f)$[1] | 4.67% |
| Assumed risk factor[2] | 1.00 |
| Equity risk premium $(R_p)$[3] | 4.81% |
| Cost of equity | 9.48% |
| **After-tax cost of debt (Kd)** | |
| $K_d = \text{pre-tax } K_d * (1\text{-tax rate})$ | |
| Pre-tax cost of debt[4] | 7.00% |
| Effective tax rate | 38.00% |
| After-tax cost of debt | 4.34% |
| **WACC** | |
| $WACC = D/C * K_d + E/C * K_e$ | |
| Debt/Cap | 40.00% |
| Equity / Cap | 60.00% |
| **WACC** | **7.42%** |

[1] JPMorgan M&A approach uses 10-year treasury bond yield (as of 9/21/2007); Redacted
[2] Based on an unlevered beta of 0.71
[3] JPMorgan M&A approach uses August dividend discount model; Redacted
[4] JPMorgan approach uses cost of debt at target capital structure; Redacted

JPMorgan

TRIBUNE VALUATION UPDATE

TRIBUNE COMPANY   6

Highly Confidential - Attorneys' Eyes Only                                    JPM_00108139