**Confidential - DRAFT -**  Redacted

DECEMBER 13, 2007



STRICTLY PRIVATE AND CONFIDENTIAL

### TRIBUNE VALUATION UPDATE

**Confidential - DRAFT -** Redacted

**JPMorgan**

Highly Confidential - Attorneys' Eyes Only

JPM_00156057

Confidential - DRAFT - [Redacted]

# Tribune valuation summary

| ($ 000s) | Low | Mid | High |
|---|---|---|---|
| **Valuation method** | | | |
| Trading comps[1] | $8,024 | $8,626 | $9,228 |
| Transaction comps[2] | 11,033 | 12,189 | 13,344 |
| DCF[3] | 9,093 | 11,184 | 13,484 |
| **Average operating firm value** | **$9,383** | **$10,666** | **$12,019** |
| + Equity investments[4] | 2,400 | 2,800 | 3,200 |
| + Real estate opportunities[5] | 153 | 213 | 273 |
| + 10-year NPV of tax savings[6] | 612 | 648 | 687 |
| **Adjusted firm value** | **$12,548** | **$14,327** | **$16,179** |
| + Cash[7] | 198 | 198 | 198 |
| - Debt[7] | (8,298) | (8,298) | (8,298) |
| - PHONES[8] | (986) | (986) | (986) |
| - Identified contingent liabilities[9] | (87) | (87) | (87) |
| **Equity value** | **$3,375** | **$5,154** | **$7,005** |
| *% of firm value* | *26.9%* | *36.0%* | *43.3%* |
| Less: Par value of capital stock | 4 | 4 | 4 |
| **Excess capital** | **$3,371** | **$5,150** | **$7,001** |
| Incremental Step 2 debt | (3,700) | (3,700) | (3,700) |
| **Excess capital (post-Step 2)** | **($329)** | **$1,450** | **$3,301** |

| ($ 000s) | Metric | Low | Mid | High |
|---|---|---|---|---|
| **Operating FV multiples[10]** | | | | |
| LTM EBITDA (9/30/07) | $1,234 | 7.6x | 8.6x | 9.7x |
| 2007E EBITDA | 1,231 | 7.6x | 8.7x | 9.8x |
| 2008E EBITDA | 1,243 | 7.5x | 8.6x | 9.7x |

| ($ 000s) | Metric | Low | Mid | High |
|---|---|---|---|---|
| **Adjusted FV (excl. tax-saves) multiples[11]** | | | | |
| LTM EBITDA (9/30/07) | $1,311 | 9.0x | 10.3x | 11.6x |
| 2007E EBITDA | 1,316 | 9.0x | 10.2x | 11.6x |
| 2008E EBITDA | 1,342 | 8.8x | 10.0x | 11.3x |

[10] EBITDA excl. Cubs/SCNI and cash equity income (incl. savings from go-private);
Adj. FV is operating FV plus equity investments
[11] EBITDA excl. Cubs/SCNI (incl. cash equity income and savings from go-private);
Adj. FV is operating FV minus NPV of tax savings

[1] Trading comps range of 6.0-7.0x Publishing, 8.0-9.0x Broadcasting and 8.5-10.0x Radio/Entertainment
[2] Transaction comps range of 8.0-10.0x Publishing, 13.0-15.0x Broadcasting (applied to 2007E EBITDA to exclude effect of political year) and 11.0-13.0x Radio/Entertainment
[3] Low value of DCF uses WACC of 8.5% and perpetuity growth of (1.0%), high value of DCF uses WACC of 7.5% and perpetuity growth of 2.0%, midpoint 1% perpetuity growth
[4] Equity investments include Cubs/CSN ($800-1,000mm), TV Food Network ($700-1,000mm), CareerBuilder ($700-900mm) and other ($200-300mm)
[5] Real estate opportunities from Tribune estimates include TMCT (St Louis & Conklin), SCNI (Greenwich & Stamford), Baltimore surplus, Tribune Tower & Times Mirror Square
[6] Low value of 10-year NPV of tax savings uses a WACC of 11.4%, high value uses a WACC of 9.4% (after-tax weighted average cost of junior debt=10.4%); tax savings as per TRB projections to 2017
[7] Cash and debt per VRC report 12/18/07
[8] Face value of PHONES of $1,264mm less current value of 16.0mm TWX shares at $17.40 as of 12/7/07
[9] Per VRC report 12/18/07

TRIBUNE VALUATION UPDATE

Confidential - DRAFT - [Redacted]

JPMorgan

TRIBUNE COMPANY    1

Highly Confidential - Attorneys' Eyes Only

Confidential – DRAFT – [ Redacted ]

# Summary comparable overview — operating assets



| Trading comps | | | |
|---|---|---|---|
| | **FV/EBITDA** | | |
| | 2007E | 2008E | 2009E |
| **Publishing** | | | |
| Gannett | 5.7x | 5.8x | 6.4x |
| New York Times | 6.7 | 6.7 | 7.1 |
| Washington Post | 10.8 | 9.6 | 9.5 |
| Lee | NA | 6.8 | NA |
| Belo | 7.9 | 7.1 | 7.8 |
| McClatchy | 5.7 | 6.5 | 7.1 |
| **Average** | **7.4x** | **7.1x** | **7.6x** |
| | | | |
| **TV broadcasting** | | | |
| LIN TV | 11.2x | 8.5x | 10.8x |
| Hearst-Argyle | 12.1 | 9.0 | 11.0 |
| Sinclair | 9.0 | 8.4 | 8.9 |
| **Average** | **10.8x** | **8.6x** | **10.2x** |
| | | | |
| **Radio broadcasting** | | | |
| Citadel | 8.5x | 8.4x | 7.9x |
| Cumulus | 10.5 | 10.5 | 10.5 |
| Radio One | 8.4 | 8.7 | 8.9 |
| **Average** | **9.1x** | **9.2x** | **9.1x** |

| Transaction comps | | | |
|---|---|---|---|
| Date | Target | Buyer | FV/EBITDA |
| **Publishing** | | | |
| 03/13/06 | Knight Ridder | McClatchy | 9.6x LTM |
| 04/26/06 | McClatchy | Media News/Hearst | 11.5x LTM |
| 12/27/06 | Minneapolis Star Tribune | Avista | 9.7x LTM[1] |
| **TV broadcasting** | | | |
| 04/20/07 | Clear Channel TV | Providence | 15.0x 1-yr fwd BCF |
| 04/06/06 | NBC stations | Media General | 13.5x 1-yr fwd BCF |
| Sep-05 | Emmis stations | Blackstone | 14.8x 1-yr fwd BCF |
| Aug-05 | Emmis stations | LIN TV | 14.5x 1-yr fwd BCF |
| Aug-05 | Emmis stations | Gray | 16.1x 1-yr fwd BCF |
| Aug-05 | Emmis stations | Journal Communications | 16.1x 1-yr fwd BCF |
| **Radio broadcasting** | | | |
| 07/23/07 | Cumulus | Investor group | 12.1x 1-yr fwd |
| 05/18/07 | Clear Channel | Bain Capital/ T.H. Lee | 12.0x LTM |
| 02/06/06 | ABC Radio | Citadel | 13.0x 1-yr fwd |

Source: FactSet, Company filings, Wall Street estimates

Note: Market data as of 12/04/07

[1] FV includes $160mm of cash tax benefit realizable from a tax loss carry back from applying loss from earlier sale of Knight Ridder papers; without tax cash benefit transaction is 7.5x FV/EBITDA

Confidential – DRAFT – [ Redacted ]

Highly Confidential – Attorneys' Eyes Only                                    JPM_00156059

TRIBUNE VALUATION UPDATE

Confidential - DRAFT -  Redacted

# DCF — Tribune ongoing concern
*As of 12/30/07*

**Projected cash flows ($ millions)**

| FYE 12/31 | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | Terminal year |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $5,096 | $4,936 | $5,016 | $5,147 | $5,245 | $5,371 | $5,500 | $5,633 | $5,769 | $5,907 | $6,026 |
| % growth | (6.2%) | (3.1%) | 1.6% | 2.6% | 1.9% | 2.4% | 2.4% | 2.4% | 2.4% | 2.4% | 2.0% |
| Adj. EBITDA | $1,236 | $1,342 | $1,402 | $1,472 | $1,511 | $1,580 | $1,632 | $1,686 | $1,744 | $1,804 | $1,840 |
| % margin | 24.2% | 27.2% | 28.0% | 28.6% | 28.8% | 29.4% | 29.7% | 29.9% | 30.2% | 30.5% | 30.5% |
| Less: Cash from equity inv. | (85) | (99) | (115) | (140) | (163) | (181) | (199) | (219) | (241) | (265) | (270) |
| Less: D&A | (234) | (234) | (238) | (238) | (238) | (238) | (238) | (238) | (238) | (238) | (131) |
| EBIT | $917 | $1,009 | $1,049 | $1,094 | $1,111 | $1,161 | $1,195 | $1,229 | $1,265 | $1,301 | $1,439 |
| Less: cash taxes[1] | (349) | (384) | (399) | (416) | (422) | (441) | (454) | (468) | (481) | (495) | (547) |
| Plus: D&A | 234 | 234 | 238 | 238 | 238 | 238 | 238 | 238 | 238 | 238 | 131 |
| Plus: stock-based comp | 41 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Less: Capex | (140) | (132) | (128) | (128) | (128) | (128) | (128) | (128) | (128) | (128) | (131) |
| Less: Acq. and Inv. | (24) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) |
| Plus: Change in NWI/Other | (57) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) |
| Less: UFCF prior to 9/30/07 | (622) | | | | | | | | | | |
| Unlevered Free Cash Flow | $0 | $627 | $659 | $687 | $697 | $728 | $749 | $771 | $793 | $815 | $791 |

Note: Valuation date as of 12/30/07; mid-year convention used for discounting
[1] Assumes 38% tax rate

TRIBUNE VALUATION UPDATE

Confidential - DRAFT -  Redacted



**JPMorgan**

Highly Confidential - Attorneys' Eyes Only

JPM_00156060

Confidential - DRAFT -    Redacted

# DCF — Tribune ongoing concern (cont'd)
### As of 12/30/07

| WACC | Firm value | | | | | | |
|---|---|---|---|---|---|---|---|
| | (3.00)% | (2.00)% | (1.00)% | 0.00% | 1.00% | 2.00% | 3.00% |
| 6.50% | $9,521 | $10,123 | $10,886 | $11,883 | $13,243 | $15,208 | $18,295 |
| 7.50% | 8,572 | 9,027 | 9,589 | 10,301 | 11,232 | 12,501 | 14,335 |
| 8.00% | 8,163 | 8,562 | 9,049 | 9,658 | 10,441 | 11,486 | 12,947 |
| 8.50% | 7,791 | 8,142 | 8,567 | 9,092 | 9,757 | 10,626 | 11,812 |
| 9.00% | 7,450 | 7,761 | 8,133 | 8,588 | 9,157 | 9,889 | 10,864 |
| 10.00% | 6,849 | 7,095 | 7,385 | 7,733 | 8,159 | 8,691 | 9,374 |
| 11.00% | 6,336 | 6,533 | 6,763 | 7,034 | 7,360 | 7,758 | 8,255 |
| 12.00% | 5,893 | 6,053 | 6,237 | 6,452 | 6,706 | 7,011 | 7,384 |

TRIBUNE VALUATION UPDATE



Confidential - DRAFT -    Redacted

JPMorgan

TRIBUNE COMPANY    4

Highly Confidential - Attorneys' Eyes Only

JPM_00156061

Confidential - DRAFT - [Redacted]

# DCF — Tribune ongoing concern (cont'd)
## As of 12/30/07

| WACC | TV / TY LTM EBITDA | | | | | | |
|---|---|---|---|---|---|---|---|
| | (3.00)% | (2.00)% | (1.00)% | 0.00% | 1.00% | 2.00% | 3.00% |
| 6.50% | 4.5x | 5.0x | 5.7x | 6.6x | 7.8x | 9.6x | 12.3x |
| 7.50% | 4.1 | 4.5 | 5.0 | 5.7 | 6.6 | 7.8 | 9.6 |
| 8.00% | 3.9 | 4.3 | 4.8 | 5.4 | 6.1 | 7.2 | 8.6 |
| 8.50% | 3.7 | 4.1 | 4.5 | 5.0 | 5.7 | 6.6 | 7.8 |
| 9.00% | 3.6 | 3.9 | 4.3 | 4.8 | 5.4 | 6.1 | 7.2 |
| 10.00% | 3.3 | 3.6 | 3.9 | 4.3 | 4.8 | 5.4 | 6.1 |
| 11.00% | 3.1 | 3.3 | 3.6 | 3.9 | 4.3 | 4.8 | 5.4 |
| 12.00% | 2.8 | 3.1 | 3.3 | 3.6 | 3.9 | 4.3 | 4.8 |

TRIBUNE VALUATION UPDATE



Confidential - DRAFT - [Redacted]

**JPMorgan**

Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



Highly Confidential - Attorneys' Eyes Only



JPM_00156065



Highly Confidential - Attorneys' Eyes Only

JPM_00156066



Highly Confidential - Attorneys' Eyes Only

JPM_00156067



Highly Confidential - Attorneys' Eyes Only

JPM_00156068