Privileged & Confidential
For internal use only
DRAFT

## Confidential Discussion Materials Regarding Project Tower

### I.  Valuation Comparison

| | Citi Valuation using Citi Projections | Citi Valuation using Management Projections | | VRC [1] | |
|---|---|---|---|---|---|
| | Citi Case | Management Base | Management Downside | Mid-Point | Low |
| **Method A: Comparable Companies** | | | | | |
| Comparable Companies [2] | 7,521 | 8,459 | 7,699 | 9,865 | 9,248 |
| **Average Enterprise Value (incl. Corp. Expenses)** | 7,521 | 8,459 | 7,699 | 9,865 | 9,248 |
| + Equity Investment & Other Assets [3] | 3,066 | 3,312 | 3,066 | 3,312 | 3,066 |
| + NPV of ESOP/S-Corp Benefit [4] | 986 | 1,445 | 1,171 | 2,025 | 1,733 |
| **Adjusted Enterprise Value** | 11,573 | 13,216 | 11,937 | 15,202 | 14,048 |
| + Cash | 198 | 198 | 198 | 198 | 198 |
| - Debt [5] | (13,112) | (13,112) | (13,112) | (13,112) | (13,112) |
| - Contingent Liabilities | (87) | (87) | (87) | (87) | (87) |
| **A) Total Equity Value** | **($1,428)** | **$215** | **($1,064)** | **$2,201** | **$1,047** |
| **Method B: Discounted Cash Flow** | | | | | |
| DCF - Perpetuity Method | $7,698 | $10,922 | $8,297 | | |
| DCF - EBITDA Multiple Method | 6,893 | 9,827 | 7,557 | $10,303 | $9,593 |
| Comparable Transactions | | | | 10,782 | 11,081 |
| Sum of parts | | | | 9,969 | 9,374 |
| **Average Enterprise Value** | 7,296 | 10,374 | 7,927 | 10,305 | 9,749 |
| + Equity Investment & Other Assets [3] | 3,066 | 3,312 | 3,066 | 3,312 | 3,066 |
| + NPV of ESOP/S-Corp Benefit [4] | 986 | 1,445 | 1,171 | 2,025 | 1,733 |
| **Adjusted Enterprise Value** | 11,348 | 15,131 | 12,165 | 15,642 | 14,549 |
| + Cash | 198 | 198 | 198 | 198 | 198 |
| - Debt [5] | (13,112) | (13,112) | (13,112) | (13,112) | (13,112) |
| - Contingent Liabilities | (87) | (87) | (87) | (87) | (87) |
| **B) Total Equity Value** | **($1,653)** | **$2,130** | **($836)** | **$2,641** | **$1,548** |

**Key Assumptions:**

| | | | |
|---|---|---|---|
| Projections provided by: | Citi | Management | Management |
| Valuation Parameters: | Citi | Citi | VRC |
| WACC | 8.3% | 8.3% | 6.5% - 8.5% |
| Cost of debt | L + 400bps - L + 450bps | L + 400bps - L + 450bps | L + 200bps |
| Cost of equity | 11.7% | 11.7% | 9.7% - 10.6% |
| DCF EBITDA Exit Multiples | 6.5x | 6.5x | 9.7% - 10.6x |
| Perpetuity Growth Rates | -0.5% to +1% | -0.5% to +1% | -1.3% to +1.9% (implied) |

*Note: US dollars in millions. Further details are provided on p3*
*(1) Based on latest Valuation Research ("VRC") solvency analysis dated December 4, 2007 presented to Tribune's board of directors.*
*(2) Comparable multiples used are 6.5x 2008 EBITDA for Publishing and 8.2x 2008 EBITDA for Broadcasting.*
*(3) Includes value of equity investments, Cubs/Comcast and other assets. Per report from VRC.*
*(4) Includes PV of 401(k) eliminations of $60mm per year. Tax savings based on 10year benefit of $623mm per presentation to rating agencies in base case and calculated as present value of projected tax expense in other cases.*
*(5) Includes $500mm reduction in debt from excess cash flow and Bender tax settlement proceeds.*

*875 to debt*
*41% on disc rate for ESOP*

1

Privileged & Confidential
For internal use only
DRAFT

## II.  Comparison of Management Projections – April 2007 vs. October 2007

The company revised its projections to account for the secular downturn in the publishing industry

| Management Projections (Bank Book / April 2007) | 2003A | 2004A | 2005A | 2006A | 2007PF | 2008P | 2009P | 2010P | 2011P |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | |
| Publishing | 4,037 | 4,130 | 4,097 | 4,025 | 3,946 | 3,969 | 3,998 | 4,025 | 4,054 |
| % growth | | 2.3% | (0.8%) | (1.8%) | (2.0%) | 0.6% | 0.7% | 0.7% | 0.7% |
| Broadcasting | 1,457 | 1,502 | 1,414 | 1,408 | 1,222 | 1,293 | 1,297 | 1,339 | 1,338 |
| % growth | | 3.1% | (5.9%) | (0.4%) | (13.2%) | 5.8% | 0.3% | 3.2% | (0.1%) |
| Total | 5,494 | 5,632 | 5,511 | 5,433 | 5,168 | 5,262 | 5,295 | 5,364 | 5,392 |
| % growth | | 2.5% | (2.1%) | (1.4%) | (4.9%) | 1.8% | 0.6% | 1.3% | 0.5% |
| **Operating Cash Flow** | | | | | | | | | |
| Publishing | 1,062 | 1,036 | 986 | 947 | 929 | 954 | 967 | 979 | 990 |
| % margin | 26% | 25% | 24% | 24% | 24% | 24% | 24% | 24% | 24% |
| Broadcasting | 538 | 563 | 466 | 443 | 405 | 458 | 474 | 492 | 479 |
| % margin | 37% | 37% | 33% | 31% | 33% | 35% | 37% | 37% | 36% |
| Corporate | (51) | (51) | (50) | (50) | (49) | (51) | (52) | (53) | (54) |
| Total Operating Cash Flow | 1,550 | 1,549 | 1,403 | 1,341 | 1,286 | 1,362 | 1,390 | 1,419 | 1,416 |
| % margin | 28% | 27% | 25% | 25% | 25% | 26% | 26% | 26% | 26% |
| % change | | | | | (4%) | 6% | 2% | 2% | (0%) |
| $ change | | | | | (55) | 76 | 28 | 29 | (3) |
| Cash From Equity Investments | 17 | 14 | 49 | 65 | 69 | 99 | 118 | 146 | 173 |
| Savings from 401(k) contribution | | | | | 60 | 60 | 60 | 60 | 60 |
| Other Exp. Reductions / (Increases) | | | | | 20 | 20 | 20 | 20 | 20 |
| Adjusted EBITDA | 1,565 | 1,562 | 1,450 | 1,404 | 1,435 | 1,541 | 1,588 | 1,645 | 1,669 |
| Capital Expenditures | 194 | 217 | 206 | 222 | 172 | 172 | 128 | 128 | 128 |

| Management Projections (Ratings Agency Presentation / October 2007) | 2006A | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|
| **Revenue** | | | | | | |
| Publishing | 4,025 | 3,693 | 3,680 | 3,752 | 3,840 | 3,928 |
| % growth | | (8.2%) | (0.4%) | 2.0% | 2.3% | 2.3% |
| Broadcasting | 1,408 | 1,164 | 1,257 | 1,264 | 1,307 | 1,317 |
| % growth | | (17%) | 8% | 1% | 3% | 1% |
| Total | 5,433 | 4,857 | 4,937 | 5,016 | 5,147 | 5,245 |
| % growth | | (10.6%) | 1.6% | 1.6% | 2.6% | 1.9% |
| **Operating Cash Flow** | | | | | | |
| Publishing | 947 | 818 | 786 | 814 | 844 | 875 |
| % margin | 24% | 22% | 21% | 22% | 22% | 22% |
| Broadcasting | 443 | 384 | 448 | 464 | 479 | 465 |
| % margin | 31% | 33% | 36% | 37% | 37% | 35% |
| Corporate | (50) | (42) | (41) | (41) | (41) | (41) |
| Total Operating Cash Flow | 1,340 | 1,160 | 1,193 | 1,237 | 1,282 | 1,299 |
| % margin | 25% | 24% | 24% | 25% | 25% | 25% |
| % change | | (13%) | 3% | 4% | 4% | 1% |
| $ change | | (180) | 33 | 44 | 45 | 17 |
| Cash From Equity Investments | 65 | 68 | 99 | 115 | 140 | 163 |
| Savings from 401(k) contribution | | 40 | 60 | 60 | 60 | 60 |
| Other Exp. Reductions / (Increases) | | | (10) | (10) | (10) | (10) |
| Adjusted EBITDA | 1,404 | 1,268 | 1,342 | 1,402 | 1,472 | 1,512 |
| % margin | 26% | 26% | 27% | 28% | 29% | 29% |
| Capital Expenditures | 222 | 140 | 132 | 128 | 128 | 128 |

| Difference | 2007 | 2008 | 2009 | 2010 | 2011 | Cumulative |
|---|---|---|---|---|---|---|
| **Revenue** | | | | | | |
| Publishing | (253) | (289) | (246) | (185) | (126) | (1,099) |
| Broadcasting | (58) | (36) | (33) | (32) | (21) | (180) |
| Total | (311) | (325) | (279) | (217) | (147) | (1,279) |
| **Operating Cash Flow** | | | | | | |
| Publishing | (111) | (168) | (153) | (135) | (115) | (682) |
| Broadcasting | (21) | (10) | (10) | (13) | (14) | (68) |
| Corporate | 7 | 10 | 11 | 12 | 13 | 53 |
| Total Operating Cash Flow | (126) | (169) | (153) | (137) | (117) | ($700) |
| Cash From Equity Investments | (1) | -- | (3) | (6) | (10) | (20) |
| Savings from 401(k) contribution | (20) | -- | -- | -- | -- | (20) |
| Other Exp. Reductions / (Increases) | (20) | (30) | (30) | (30) | (30) | (140) |
| Adjusted EBITDA | (167) | (199) | (186) | (173) | (157) | ($880) |
| Capital Expenditures | (32) | (40) | -- | -- | -- | (72) |

*Note: US $ in millions.*

2

CITI-TRIB-CC 00023667

Privileged & Confidential
For internal use only
DRAFT

## III.  Comparison of Management Downside Case vs. Citi Case

| Management Downside Case | 2007PF | 2008P | 2009P | 2010P | 2011P | 2012P |
|---|---|---|---|---|---|---|
| Publishing | 818 | 745 | 691 | 666 | 644 | 628 |
| Broadcasting | 415 | 386 | 389 | 407 | 372 | 381 |
| Corporate | (41) | (41) | (41) | (41) | (41) | (41) |
| **Operating Cash Flow** | **1,192** | **1,091** | **1,039** | **1,032** | **976** | **968** |
| Cash Equity Income | 68 | 99 | 115 | 140 | 163 | 181 |
| 401K Eliminations | 40 | 60 | 60 | 60 | 60 | 60 |
| Elimination of Bonus | -- | 30 | 30 | 30 | 30 | 30 |
| Salary Freeze | -- | 25 | 25 | 25 | 25 | 25 |
| **PF Adj. EBITDA** | **$1,300** | **$1,304** | **$1,270** | **$1,287** | **$1,253** | **$1,264** |

| Citi Case | 2007PF | 2008P | 2009P | 2010P | 2011P | 2012P |
|---|---|---|---|---|---|---|
| Publishing | 818 | 718 | 618 | 568 | 518 | 518 |
| Broadcasting | 415 | 386 | 389 | 407 | 372 | 381 |
| Corporate | (41) | (41) | (41) | (41) | (41) | (41) |
| **Operating Cash Flow** | **1,192** | **1,063** | **966** | **934** | **849** | **858** |
| Cash Equity Income | 68 | 99 | 115 | 140 | 163 | 181 |
| 401K Eliminations | 40 | 60 | 60 | 60 | 60 | 60 |
| Elimination of Bonus | -- | 30 | 30 | 30 | -- | -- |
| Salary Freeze | -- | 25 | 25 | 25 | -- | -- |
| **PF Adj. EBITDA** | **$1,300** | **$1,277** | **$1,196** | **$1,189** | **$1,072** | **$1,099** |

3

CITI-TRIB-CC 00023668

Privileged & Confidential
For internal use only
DRAFT

## IV.  Case Comparison at Midpoint of Valuation Range

| Mid-Point WACC of 8.30% | Management Base Case | | | Management Downside Case | | | Citi Case | | |
|---|---|---|---|---|---|---|---|---|---|
| | Comparable Companies [1] | Perpetuity Growth Method | EBITDA Multiple Method | Comparable Companies [1] | Perpetuity Growth Method | EBITDA Multiple Method | Comparable Companies [1] | Perpetuity Growth Method | EBITDA Multiple Method |
| PV Cash Flows | – | 5,845 | 5,845 | – | 4,631 | 4,631 | – | 4,425 | 4,425 |
| Terminal Value | – | 5,687 | 4,591 | – | 3,597 | 2,856 | – | 3,882 | 3,078 |
| Broadcasting & Publishing | 8,783 | 11,531 | 10,435 | 8,007 | 8,228 | 7,487 | 7,829 | 8,307 | 7,502 |
| - PV Corporate Expenses | (324) | (609) | (609) | (308) | (609) | (609) | (308) | (609) | (609) |
| Broadcasting & Publishing incl. Corp Exp. | 8,459 | 10,922 | 9,827 | 7,699 | 7,619 | 6,879 | 7,521 | 7,698 | 6,893 |
| + PV Bonus Cut/Salary Freeze [2] | – | – | – | – | 678 | 678 | – | 141 | 141 |
| Firm Value (A) | 8,459 | 10,922 | 9,827 | 7,699 | 8,297 | 7,557 | 7,521 | 7,839 | 7,034 |
| + Equity Investments & Other Assets [3] | 3,312 | 3,312 | 3,312 | 3,066 | 3,066 | 3,066 | 3,066 | 3,066 | 3,066 |
| Adj. Firm Value (B) | 11,771 | 14,234 | 13,139 | 10,766 | 11,364 | 10,623 | 10,587 | 10,905 | 10,101 |
| PV 401K Eliminations [4] | 822 | 822 | 822 | 822 | 822 | 822 | 822 | 822 | 822 |
| PV S-Corp Tax Savings [5] | 623 | 623 | 623 | 349 | 349 | 349 | 164 | 164 | 164 |
| + NPV of ESOP/S-Corp Benefit | 1,445 | 1,445 | 1,445 | 1,171 | 1,171 | 1,171 | 986 | 986 | 986 |
| Adj. Firm Value (C) | 13,216 | 15,679 | 14,584 | 11,937 | 12,535 | 11,795 | 11,573 | 11,891 | 11,087 |
| + Cash | 198 | 198 | 198 | 198 | 198 | 198 | 198 | 198 | 198 |
| - Debt [6] | (13,112) | (13,112) | (13,112) | (13,112) | (13,112) | (13,112) | (13,112) | (13,112) | (13,112) |
| - Contingent Liabilities | (87) | (87) | (87) | (87) | (87) | (87) | (87) | (87) | (87) |
| Total Equity Value | $215 | $2,678 | $1,582 | ($1,064) | ($466) | ($1,207) | ($1,428) | ($1,110) | ($1,914) |

Source: Company provided model dated October 5, 2007
(1) EBITDA is adjusted for corporate expenses of $41mm per year. Comparable multiples used are 6.5x 2008 EBITDA for Publishing and 8.2x 2008 EBITDA for Broadcasting.
(2) Bonus Cut/Salary freeze benefit of $55mm per year in downside case only. Citi downside case assumes that salary freeze/bonus cuts only apply for first three years of operations.
(3) Per report from VRC.
(4) 401K eliminations of $60mm per year.
(5) Tax savings based on 10year benefit of $623mm per presentation to rating agencies in base case and calculated as present value of projected tax expense in other cases.
(6) Includes $500mm reduction in debt.

4

CITI-TRIB-CC 00023869

Privileged & Confidential
For internal use only
**DRAFT**

**APPENDIX**

A.  Equity Comparables

B.  Weighted average cost of capital

C.  Analysis of Taxable Income

D.  Discounted cash flow analysis – Management case

E.  Discounted cash flow analysis – Downside case

F.  Discount cash flow analysis – Citi Downside case

Confidential

CITI-TRIB-CC 00023670

Privileged & Confidential
For internal use only
DRAFT

## A. Equity Comparables

*(U.S. $ in millions)*

| | | | | | | | | Jun-07 | Dec-07 |
|---|---|---|---|---|---|---|---|---|---|
| Ticker | Name | EV | Sales | LTM EBITDA | 2008E EBITDA | Total Debt | Debt/ LTM EBITDA | EV/2008E EBITDA | EV/ 2008E EBITDA |
| **Publishing:** | | | | | | | | | |
| GCI | Gannet | $13,754 | $7,821 | $2,084 | $2,047 | $4,418 | 2.1x | 7.6x | 6.7x |
| WPO | Washington Post | 7,858 | 4,096 | 677 | 827 | 406 | 0.6x | 8.4x | 9.5x |
| MNI | McClatchy | 3,890 | 2,361 | 589 | 638 | 2,579 | 4.4x | 6.9x | 6.1x |
| NYT | New York Times | 3,806 | 3,261 | 521 | 577 | 1,024 | 2.0x | 9.3x | 6.6x |
| LEE | Lee Enterprises | 1,665 | 1,128 | 269 | 278 | 1,409 | 5.2x | 7.7x | 6.0x |
| **Mean** | | | | | | | 2.9x | 8.0x | 7.0x |
| **Mean (ex-Min/Max)** | | | | | | | 2.8x | 7.9x | 6.5x |
| Min | | | | | | | 0.6x | 6.9x | 6.0x |
| Max | | | | | | | 5.2x | 9.3x | 9.5x |
| TRB | Tribune Publishing | 4,715 / 5,087 / 7,466 | | $818 | $786 | | | 6.9x / 7.9x / 9.3x | 6.0x / 6.5x / 9.5x |

| | | | | | | | | Dec-07 |
|---|---|---|---|---|---|---|---|---|
| Ticker | Name | EV | Sales | LTM BCF | 2008E BCF | Total Debt | Debt/ LTM BCF | EV/ 2008 BCF |
| **Broadcasting:** | | | | | | | | |
| GTN | Gray TV | $1,484 | $325 | $123 | $179 | $925 | 7.5x | 8.3x |
| NXST | Nexstar | 1,049 | 272 | 108 | 150 | 679 | 6.3x | 7.0x |
| SBGI | Sinclair | 1,965 | 722 | 231 | 234 | 1,354 | 5.9x | 8.4x |
| TVL | Lin TV | 1,430 | 419 | 151 | 177 | 866 | 5.8x | 8.1x |
| HTV | Hearst-Argyle | 2,973 | 774 | 259 | 238 | 867 | 3.4x | 12.5x |
| NVC | Entravision | 974 | 289 | 95 | 104 | 495 | 5.2x | 9.4x |
| MEG | Media General | 1,552 | 988 | 201 | 206 | 938 | 4.7x | 6.8x |
| **Mean** | | | | | | | 5.5x | 8.6x |
| **Mean (ex-Min/Max)** | | | | | | | 5.6x | 8.2x |
| Min | | | | | | | 3.4x | 6.8x |
| Max | | | | | | | 7.5x | 12.5x |
| TRB | Tribune Broadcasting | 3,043 / 3,696 / 5,606 | | $388 | $448 | | | 6.8x / 8.2x / 12.5x |
| TRB | LOW / MID / HIGH | 7,759 / 8,783 / 13,072 | | 1,273 | 1,294 [1] | 13,112 | 10.3x | 6.0x / 6.8x / 10.1x |

Source: Bloomberg & publicly available research estimates.
(1) Excludes Corporate Expenses of $41mm per year and $99mm of cash equity income. Includes $60mm of 401k eliminations.

Confidential

CITI-TRIB-CC 00023671

Privileged & Confidential
For internal use only
DRAFT

## B. Weighted Average Cost of Capital

### WACC Analysis

**Cost of Equity**

| | |
|---|---|
| U.S. Risk Free Rate (10 Year U.S. Treasury) | 4.232% |
| Historical Equity Market Risk Premium | 7.100% |
| Asset Beta | 0.53x |
| Relevered Equity Beta | 1.05x |
| Debt Beta | -- |
| Debt/Capitalization (Market) | 60% |
| Effective Marginal Tax Rate | 35.0% |
| Adjusted Equity Market Risk Premium | 7.43% |
| Small Cap Risk Premium | -- |
| **Cost of Equity ($R_e$)** | **11.66%** |

**Cost of Debt**

| | | |
|---|---|---|
| LIBOR | | 5.050% |
| Credit Spread | L+4.00% | L+4.50% |
| Cost of Debt (Pretax) | 9.050% | 9.550% |
| **Cost of Debt (After-tax) ($R_d$)** | **5.883%** | **6.208%** |
| **WACC** | **8.195%** | **8.390%** |
| **Average** | | **8.3%** |

Confidential                                                                 CITI-TRIB-CC 00023672

Privileged & Confidential
For internal use only
DRAFT

8

## C. Analysis of Taxable Income in Downside Case

*($ in millions)*

Downside Case

| | 2007PF | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Publishing | 818 | 745 | 691 | 666 | 644 | 628 | 612 | 597 | 582 | 567 | 553 |
| Broadcasting | 415 | 386 | 389 | 407 | 372 | 381 | 389 | 397 | 405 | 414 | 422 |
| B&P OCF | $1,233 | $1,132 | $1,080 | $1,073 | $1,017 | $1,009 | $1,001 | $994 | $987 | $981 | $976 |
| Less: D&A | (234) | (242) | (246) | (246) | (246) | (246) | (246) | (246) | (246) | (246) | (246) |
| EBIT | 999 | 889 | 834 | 827 | 770 | 763 | 755 | 748 | 741 | 735 | 729 |
| Cash Taxes | (350) | (311) | (292) | (289) | (270) | (267) | (264) | (262) | (259) | (257) | (255) |
| After Tax EBIT | 649 | 578 | 542 | 538 | 501 | 496 | 491 | 486 | 482 | 478 | 474 |
| Add: D&A | 234 | 242 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 248 | 246 |
| Plus: Changes in Net Working Capital | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | – |
| Less: Capital Expenditures (Ex. Corp) | (133) | (125) | (120) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) |
| Unlevered Free Cash Flow | $740 | $685 | $657 | $673 | $636 | $632 | $626 | $622 | $617 | $613 | $620 |
| $ increase | | (55.4) | (27.9) | 16.4 | (36.7) | (4.6) | (5.1) | (4.7) | (4.4) | (4.0) | 6.3 |
| % increase | | (7.5%) | (1.1%) | (0.5%) | (5.5%) | (0.8%) | (0.8%) | (0.8%) | (0.7%) | (0.7%) | 1.0% |
| **Bridge:** | | | | | | | | | | | |
| B&P OCF | $1,233 | $1,132 | $1,080 | $1,073 | $1,017 | $1,009 | $1,001 | $994 | $987 | $981 | $976 |
| Corporate | (41) | (41) | (41) | (41) | (41) | (41) | (41) | (41) | (41) | (41) | (41) |
| OCF | 1,192 | 1,091 | 1,039 | 1,032 | 976 | 968 | 960 | 953 | 946 | 940 | 934 |
| Cash Equity Income | 68 | 99 | 115 | 140 | 163 | 181 | 199 | 219 | 241 | 265 | 292 |
| 401K Eliminations | 40 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Elimination of Bonus | – | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |
| Salary Freeze | – | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| PF Adj. EBITDA | $1,300 | $1,304 | $1,270 | $1,287 | $1,253 | $1,264 | $1,274 | $1,287 | $1,302 | $1,320 | $1,341 |
| $ increase | | 3.7 | (34.5) | 17.8 | (34.0) | 10.7 | 10.3 | 12.6 | 15.2 | 17.9 | 20.6 |
| % increase | | 0.3% | (2.6%) | 1.4% | (2.6%) | 0.9% | 0.8% | 1.0% | 1.2% | 1.4% | 1.6% |
| **Tax Analysis:** | | | | | | | | | | | |
| PF Adj. EBITDA | 1,300.4 | 1,304.1 | 1,269.6 | 1,287.4 | 1,253.4 | 1,264.2 | 1,274.4 | 1,287.1 | 1,302.2 | 1,320.1 | 1,341.0 |
| D&A* | (234.2) | (242.1) | (245.1) | (245.1) | (245.1) | (245.1) | (245.1) | (246.0) | (245.1) | (246.1) | (245.1) |
| EBIT | 1,066.2 | 1,062.1 | 1,023.5 | 1,041.4 | 1,007.4 | 1,018.1 | 1,028.4 | 1,041.0 | 1,056.1 | 1,074.0 | 1,094.9 |
| Cash Interest Expense | (491.0) | (888.0) | (872.9) | (872.6) | (873.9) | (868.7) | (864.1) | (894.9) | (881.4) | (872.4) | (850.0) |
| Taxable Income | 575.2 | 174.0 | 150.6 | 168.7 | 133.5 | 149.4 | 124.2 | 148.1 | 174.7 | 201.7 | 241.3 |
| Cash Taxes Payable ** | 201.3 | 60.9 | 52.7 | 59.1 | 46.7 | 52.3 | 43.5 | 51.1 | 61.2 | 70.6 | 84.5 |

| | 10-Year Tax Benefit | | Management Base Case*** | Management Downside Case | Citi Case |
|---|---|---|---|---|---|
| Discount Rate | | | | | |
| 9% | $358 | | 632 | 365 | 173 |
| 10.3% | 349 | | 632 | 349 | 164 |
| 11.0% | 334 | | 632 | 334 | 156 |

\* GAAP D&A is used for illustrative purposes. D&A on a tax basis can be expected to be higher.
\** Ignores the effect of company's existing NOLs. In downside case, the company will generate NOLs which can be expected to shield taxes in the future years.
\*** Per company estimates as disclosed in presentations to rating agencies.

## D. Discounted Cash Flow Analysis – MANAGEMENT CASE

CITI-TRIB-CC 00023673

Privileged & Confidential
For internal use only
DRAFT

Management Case

($ in millions)

| | 2007PF | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Publishing | 818 | 788 | 814 | 844 | 875 | 906 | 927 | 949 | 971 | 994 | 1,017 |
| Broadcasting | 388 | 446 | 464 | 479 | 465 | 484 | 497 | 510 | 523 | 537 | 551 |
| B&P OCF | $1,206 | $1,234 | $1,278 | $1,323 | $1,340 | $1,390 | $1,424 | $1,458 | $1,494 | $1,530 | $1,568 |
| Less: D&A | (229) | (235) | (239) | (239) | (239) | (239) | (246) | (246) | (246) | (246) | (246) |
| EBIT | 976 | 999 | 1,039 | 1,084 | 1,100 | 1,151 | 1,178 | 1,212 | 1,248 | 1,284 | 1,322 |
| Cash Taxes      35% | (342) | (350) | (364) | (379) | (385) | (403) | (412) | (424) | (437) | (450) | (463) |
| After Tax EBIT | 635 | 649 | 675 | 705 | 715 | 748 | 765 | 788 | 811 | 835 | 859 |
| Add: D&A | 229 | 235 | 239 | 239 | 239 | 239 | 246 | 246 | 246 | 246 | 246 |
| Plus: Changes in Net Working Capital | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) |
| Less: Capital Expenditures (Ex. Corp) | (131) | (125) | (125) | (125) | (125) | (125) | (125) | (125) | (125) | (125) | (125) |
| Unlevered Free Cash Flow | $724 | $749 | $779 | $808 | $819 | $852 | $876 | $899 | $922 | $945 | $980 |
| $ increase | | 26.0 | 25.1 | 29.7 | 10.7 | 32.7 | 24.4 | 22.5 | 23.1 | 23.7 | 34.2 |
| % increase | | 3.6% | 3.9% | 3.8% | 1.3% | 4.0% | 2.9% | 2.6% | 2.6% | 2.6% | 3.6% |
| **Bridge:** | | | | | | | | | | | |
| B&P OCF | $1,206 | $1,234 | $1,278 | $1,323 | $1,340 | $1,390 | $1,424 | $1,458 | $1,494 | $1,530 | $1,568 |
| Corporate | (41) | (41) | (41) | (41) | (41) | (41) | (41) | (41) | (41) | (41) | (41) |
| OCF | 1,165 | 1,193 | 1,237 | 1,282 | 1,299 | 1,349 | 1,383 | 1,417 | 1,453 | 1,489 | 1,527 |
| Cash Equity Income | 68 | 99 | 115 | 140 | 163 | 181 | 199 | 219 | 241 | 265 | 292 |
| 401K Eliminations | 40 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Elimination of Bonus | - | - | - | - | - | - | - | - | - | - | - |
| Salary Freeze | - | - | - | - | - | - | - | - | - | - | - |
| PF Adj. EBITDA | $1,273 | $1,352 | $1,412 | $1,483 | $1,522 | $1,590 | $1,642 | $1,697 | $1,754 | $1,814 | $1,878 |
| $ increase | | 78.8 | 60.3 | 70.2 | 39.0 | 68.4 | 52.0 | 54.6 | 57.4 | 60.5 | 63.8 |
| % increase | | 6.2% | 4.5% | 5.0% | 2.6% | 4.5% | 3.3% | 3.3% | 3.4% | 3.4% | 3.5% |

9

CITI-TRIB-CC 00023674

Privileged & Confidential
For internal use only
DRAFT

## 1) FIRM VALUE (Broadcasting & Publishing only)

### a) Perpetuity Growth Method

| WACC | Cash Flow + | Terminal Value | | | Firm Value | | |
|---|---|---|---|---|---|---|---|
| | | (0.5%) | 0.5% | 1.0% | (0.5%) | 0.5% | 1.0% |
| 7.30% | 6,153 | 6,177.2 | 7,156.8 | 7,763.3 | 12,330 | 13,310 | 13,916 |
| 7.80% | 5,996 | 5,541.4 | 6,363.8 | 6,865.7 | 11,537 | 12,360 | 12,862 |
| 8.30% | 5,845 | 4,990.2 | 5,686.5 | 6,106.2 | 10,835 | 11,531 | 11,951 |
| 8.80% | 5,699 | 4,509.3 | 5,103.4 | 5,457.6 | 10,208 | 10,802 | 11,156 |
| 9.30% | 5,559 | 4,087.5 | 4,597.7 | 4,898.9 | 9,646 | 10,156 | 10,458 |
| 9.80% | 5,424 | 3,715.5 | 4,156.4 | 4,414.4 | 9,139 | 9,580 | 9,838 |
| 0.50% | | | | | | | |

### b) EBITDA Multiple Method

| WACC | Cash Flow + | Terminal Value | | | Firm Value | | |
|---|---|---|---|---|---|---|---|
| | | 6.3x | 6.5x | 6.8x | 6.3x | 6.5x | 6.8x |
| 7.30% | 6,153 | 4,843 | 5,037 | 5,231 | 10,996 | 11,190 | 11,384 |
| 7.80% | 5,996 | 4,623 | 4,808 | 4,993 | 10,619 | 10,804 | 10,989 |
| 8.30% | 5,845 | 4,414 | 4,591 | 4,767 | 10,259 | 10,435 | 10,612 |
| 8.80% | 5,699 | 4,215 | 4,384 | 4,553 | 9,914 | 10,083 | 10,252 |
| 9.30% | 5,559 | 4,027 | 4,188 | 4,349 | 9,585 | 9,746 | 9,907 |
| 9.80% | 5,424 | 3,847 | 4,001 | 4,155 | 9,271 | 9,424 | 9,578 |

## 2) FIRM VALUE (Including Corporate Expenses)

**($44.0) per year**

Ex-Corporate

| WACC − | Corporate | a) Perpetuity Growth Method Equity Value | | | EBITDA Multiple Method Equity Value | | |
|---|---|---|---|---|---|---|---|
| | 1% | (0.5%) | 0.5% | 1.0% | 6.3x | 6.5x | 6.8x |
| 7.30% | (705.4) | $11,625 | $12,605 | $13,211 | $10,291 | $10,485 | $10,678 |
| 7.80% | (653.5) | 10,884 | 11,706 | 12,208 | 9,966 | 10,150 | 10,335 |
| 8.30% | (608.8) | 10,226 | 10,922 | 11,342 | 9,650 | 9,827 | 10,003 |
| 8.80% | (569.7) | 9,638 | 10,233 | 10,587 | 9,345 | 9,513 | 9,682 |
| 9.30% | (535.4) | 9,111 | 9,621 | 9,922 | 9,050 | 9,211 | 9,372 |
| 9.80% | (505.0) | 8,634 | 9,075 | 9,333 | 8,766 | 8,919 | 9,073 |

## 3) + Value of Bonus Elimination / Salary Freeze in Downside Case = FIRM VALUE (A)

**$ -- per year**

Bonus Elimination / Salary Freeze

| WACC + | Salary* | a) Perpetuity Growth Method Equity Value | | | b) EBITDA Multiple Method Equity Value | | |
|---|---|---|---|---|---|---|---|
| | | (0.5%) | 0.5% | 1.0% | 6.3x | 6.5x | 6.8x |
| 7.30% | -- | $11,625 | $12,605 | $13,211 | $10,291 | $10,485 | $10,678 |
| 7.80% | -- | 10,884 | 11,706 | 12,208 | 9,966 | 10,150 | 10,335 |
| 8.30% | -- | 10,226 | 10,922 | 11,342 | 9,650 | 9,827 | 10,003 |
| 8.80% | -- | 9,638 | 10,233 | 10,587 | 9,345 | 9,513 | 9,682 |
| 9.30% | -- | 9,111 | 9,621 | 9,922 | 9,050 | 9,211 | 9,372 |
| 9.80% | -- | 8,634 | 9,075 | 9,333 | 8,766 | 8,919 | 9,073 |

* Salary savings are assumed to reduce by 10% per year implying a gradual hike in salaries. Citi downside case assumes savings reductions only for first 3 years.

## 4) + Equity Investments & Other Assets* = ADJ. FIRM VALUE (B)

| WACC | Equity Inv. & Other Assets | a) Perpetuity Growth Method Equity Value | | | b) EBITDA Multiple Method Equity Value | | |
|---|---|---|---|---|---|---|---|
| | | (0.5%) | 0.5% | 1.0% | 6.3x | 6.5x | 6.8x |
| 7.30% | 3,312 | $14,937 | $15,917 | $16,523 | $13,603 | $13,797 | $13,991 |
| 7.80% | 3,312 | 14,196 | 15,018 | 15,520 | 13,278 | 13,463 | 13,648 |
| 8.30% | 3,312 | 13,538 | 14,234 | 14,654 | 12,962 | 13,139 | 13,315 |
| 8.80% | 3,312 | 12,951 | 13,545 | 13,899 | 12,657 | 12,825 | 12,994 |
| 9.30% | 3,312 | 12,423 | 12,933 | 13,234 | 12,362 | 12,523 | 12,684 |
| 9.80% | 3,312 | 11,946 | 12,387 | 12,645 | 12,078 | 12,232 | 12,385 |

* Based on Valuation Research solvency report dated December 2007.

10

Privileged & Confidential
For internal use only
**DRAFT**

## 5) + Value of 401K Eliminations

| $60.9 | per year |
|---|---|

| WACC | + | Savings | a) Perpetuity Growth Method | | | EBITDA Multiple Method | | |
|---|---|---|---|---|---|---|---|---|
| | | | Equity Value | | | Equity Value | | |
| | | 0% | (0.5%) | 0.5% | 1.0% | 6.3x | 6.5x | 6.8x |
| 7.30% | | 952.4 | $15,889 | $16,869 | $17,475 | $14,555 | $14,769 | $14,943 |
| 7.80% | | 882.4 | 15,078 | 15,901 | 16,402 | 14,160 | 14,345 | 14,530 |
| 8.30% | | 821.9 | 14,360 | 15,059 | 15,476 | 13,784 | 13,961 | 14,137 |
| 8.80% | | 769.2 | 13,720 | 14,314 | 14,668 | 13,426 | 13,595 | 13,763 |
| 9.30% | | 722.9 | 13,146 | 13,656 | 13,957 | 13,085 | 13,246 | 13,407 |
| 9.80% | | 681.8 | 12,628 | 13,069 | 13,327 | 12,759 | 12,913 | 13,067 |

## 6) + PV of ESOP Tax Savings = ADJ. FIRM VALUE (C)

| $623 | PV of Tax Savings |
|---|---|
| $1,050 | Downside Tax Benefit |

| WACC | Tax Benefit | a) Perpetuity Growth Method | | | b) EBITDA Multiple Method | | |
|---|---|---|---|---|---|---|---|
| | @10% | Equity Value | | | Equity Value | | |
| | | (0.5%) | 0.5% | 1.0% | 6.3x | 6.5x | 6.8x |
| 7.30% | 623 | $16,512 | $17,492 | $18,098 | $15,178 | $15,372 | $15,566 |
| 7.80% | 623 | 15,701 | 16,524 | 17,025 | 14,783 | 14,968 | 15,153 |
| 8.30% | 623 | 14,983 | 15,679 | 16,099 | 14,407 | 14,584 | 14,760 |
| 8.80% | 623 | 14,343 | 14,937 | 15,291 | 14,049 | 14,218 | 14,386 |
| 9.30% | 623 | 13,769 | 14,279 | 14,580 | 13,708 | 13,869 | 14,030 |
| 9.80% | 623 | 13,251 | 13,692 | 13,950 | 13,382 | 13,536 | 13,690 |

## 7) - DEBT + Cash = TOTAL EQUITY VALUE

| WACC | - | Debt* | = | a) Perpetuity Growth Method | | | EBITDA Multiple Method | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Equity Value | | | Equity Value | | |
| | | | | (0.5%) | 0.5% | 1.0% | 6.3x | 6.5x | 6.8x |
| 7.30% | | (13,001) | | $3,511 | $4,491 | $5,097 | $2,177 | $2,371 | $2,565 |
| 7.80% | | (13,001) | | 2,700 | 3,522 | 4,024 | 1,782 | 1,967 | 2,152 |
| 8.30% | | (13,001) | | 1,582 | 2,678 | 3,098 | 1,406 | 1,582 | 1,759 |
| 8.80% | | (13,001) | | 1,342 | 1,936 | 2,290 | 1,048 | 1,216 | 1,385 |
| 9.30% | | (13,001) | | 768 | 1,278 | 1,579 | 707 | 868 | 1,029 |
| 9.80% | | (13,001) | | 250 | 691 | 940 | 381 | 535 | 689 |
| 0.50% | | | | | | | | | |

* Includes $198mm of cash on balance sheet, $13,112mm of debt and $87 of contingent liabilities.

**11**

CITI-TRIB-CC 00023676

Privileged & Confidential
For internal use only
DRAFT

# E.  Discounted Cash Flow Analysis – Management DOWNSIDE CASE

($ in millions)

Downside Case

| | 2007PF | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Publishing | 818 | 745 | 691 | 668 | 644 | 638 | 612 | 597 | 582 | 597 | 553 |
| Broadcasting | 415 | 386 | 389 | 407 | 372 | 381 | 388 | 397 | 405 | 414 | 422 |
| B&P OCF | $1,233 | $1,132 | $1,080 | $1,073 | $1,017 | $1,009 | $1,001 | $994 | $987 | $981 | $975 |
| Less: D&A | (234) | (242) | (246) | (246) | (246) | (246) | (246) | (246) | (246) | (246) | (246) |
| EBIT | 999 | 889 | 834 | 827 | 770 | 763 | 755 | 748 | 741 | 735 | 729 |
| Cash Taxes | (350) | (311) | (292) | (289) | (270) | (267) | (264) | (262) | (259) | (257) | (255) |
| After Tax EBIT | 649 | 578 | 542 | 538 | 501 | 496 | 491 | 486 | 482 | 478 | 474 |
| Add: D&A | 234 | 242 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 |
| Plus: Changes in Net Working Capital | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | - |
| Less: Capital Expenditures (Ex. Corp) | (133) | (125) | (101) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) |
| Unlevered Free Cash Flow | $740 | $685 | $677 | $673 | $636 | $632 | $626 | $622 | $617 | $613 | $620 |
| $ increase | | (55.4) | (7.5) | (4.3) | (36.7) | (4.8) | (5.1) | (4.7) | (4.4) | (4.0) | 6.3 |
| % increase | | (7.5%) | (1.1%) | (0.6%) | (5.5%) | (0.8%) | (0.8%) | (0.8%) | (0.7%) | (0.7%) | 1.0% |
| **Bridge:** | | | | | | | | | | | |
| B&P OCF | $1,233 | $1,132 | $1,080 | $1,073 | $1,017 | $1,009 | $1,001 | $994 | $987 | $981 | $975 |
| Corporate | (41) | (41) | (41) | (41) | (41) | (41) | (41) | (41) | (41) | (41) | (41) |
| OCF | 1,192 | 1,091 | 1,039 | 1,032 | 976 | 968 | 960 | 953 | 946 | 940 | 934 |
| Cash Equity Income | 68 | 99 | 115 | 140 | 163 | 181 | 199 | 219 | 241 | 265 | 292 |
| 401K Eliminations | 40 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Elimination of Bonus | - | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |
| Salary Freeze | - | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| PF Adj. EBITDA | $1,300 | $1,304 | $1,270 | $1,287 | $1,253 | $1,264 | $1,274 | $1,287 | $1,302 | $1,320 | $1,341 |
| $ increase | | 3.7 | (34.5) | 17.8 | (34.0) | 10.7 | 10.3 | 12.6 | 15.2 | 17.9 | 20.8 |
| % increase | | 0.3% | (2.6%) | 1.4% | (2.6%) | 0.9% | 0.8% | 1.0% | 1.2% | 1.4% | 1.6% |

35%

12

CITI-TRIB-CC 00023677

Privileged & Confidential
For internal use only
**DRAFT**

## 1) FIRM VALUE (Broadcasting & Publishing only)

|  |  |  | a) Perpetuity Growth Method | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| WACC | Cash Flow | + | Terminal Value | | | = | Firm Value | | |
|  |  |  | (0.5%) | 0.5% | 1.0% |  | (0.5%) | 0.5% | 1.0% |
| 7.30% | 4,855 |  | 3,907.1 | 4,526.7 | 4,910.3 |  | 8,762 | 9,382 | 9,765 |
| 7.80% | 4,741 |  | 3,504.9 | 4,025.1 | 4,342.6 |  | 8,246 | 8,766 | 9,084 |
| 8.30% | 4,631 |  | 3,156.3 | 3,596.7 | 3,862.2 |  | 7,788 | 8,228 | 8,493 |
| 8.80% | 4,525 |  | 2,852.1 | 3,227.9 | 3,451.9 |  | 7,378 | 7,753 | 7,977 |
| 9.30% | 4,423 |  | 2,585.3 | 2,908.1 | 3,098.6 |  | 7,009 | 7,331 | 7,522 |
| 9.80% | 4,325 |  | 2,350.1 | 2,628.9 | 2,792.1 |  | 6,675 | 6,954 | 7,117 |
| 0.50% |  |  |  |  |  |  |  |  |  |

|  |  |  | b) EBITDA Multiple Method | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| WACC | Cash Flow | + | Terminal Value | | | = | Firm Value | | |
|  |  |  | 6.3x | 6.5x | 6.8x |  | 6.3x | 6.5x | 6.8x |
| 7.30% | 4,855 |  | 3,013 | 3,134 | 3,254 |  | 7,868 | 7,089 | 8,109 |
| 7.80% | 4,741 |  | 2,876 | 2,991 | 3,107 |  | 7,617 | 7,732 | 7,848 |
| 8.30% | 4,631 |  | 2,746 | 2,856 | 2,966 |  | 7,378 | 7,487 | 7,597 |
| 8.80% | 4,525 |  | 2,623 | 2,728 | 2,833 |  | 7,148 | 7,253 | 7,358 |
| 9.30% | 4,423 |  | 2,505 | 2,605 | 2,706 |  | 6,929 | 7,029 | 7,129 |
| 9.80% | 4,325 |  | 2,393 | 2,489 | 2,585 |  | 6,718 | 6,814 | 6,910 |

## 2) FIRM VALUE (Including Corporate Expenses)

**($44.0)** per year

|  |  |  | Ex-Corporate | | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | a) Perpetuity Growth Method | | | b) EBITDA Multiple Method | | |
| WACC | - | Corporate | Equity Value | | | Equity Value | | |
|  |  | 1% | (0.5%) | 0.5% | 1.0% | 6.3x | 6.5x | 6.8x |
| 7.30% |  | (705.4) | 8,057 | 8,676 | 9,060 | 7,163 | 7,283 | 7,404 |
| 7.80% |  | (653.5) | 7,592 | 8,113 | 8,430 | 6,964 | 7,079 | 7,194 |
| 8.30% |  | (608.8) | 7,179 | 7,619 | 7,885 | 6,769 | 6,879 | 6,989 |
| 8.80% |  | (569.7) | 6,808 | 7,184 | 7,408 | 6,578 | 6,683 | 6,788 |
| 9.30% |  | (535.4) | 6,473 | 6,796 | 6,987 | 6,393 | 6,493 | 6,594 |
| 9.80% |  | (505.0) | 6,170 | 6,449 | 6,612 | 6,213 | 6,309 | 6,405 |

## 3) + Value of Bonus Elimination / Salary Freeze in Downside Case = FIRM VALUE (A)

**$55.0** per year

|  |  |  | Bonus Elimination / Salary Freeze | | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | a) Perpetuity Growth Method | | | b) EBITDA Multiple Method | | |
| WACC | + | Salary* | Equity Value | | | Equity Value | | |
|  |  |  | (0.5%) | 0.5% | 1.0% | 6.3x | 6.5x | 6.8x |
| 7.30% |  | 785.7 | 8,842 | 9,462 | 9,845 | 7,949 | 8,069 | 8,190 |
| 7.80% |  | 727.9 | 8,320 | 8,841 | 9,158 | 7,692 | 7,807 | 7,922 |
| 8.30% |  | 678.1 | 7,857 | 8,297 | 8,563 | 7,447 | 7,557 | 7,667 |
| 8.80% |  | 634.6 | 7,442 | 7,818 | 8,042 | 7,213 | 7,318 | 7,423 |
| 9.30% |  | 596.4 | 7,070 | 7,392 | 7,583 | 6,990 | 7,090 | 7,190 |
| 9.80% |  | 562.5 | 6,733 | 7,011 | 7,175 | 6,776 | 6,872 | 6,967 |

*\* Salary savings are assumed to reduce by 10% per year implying a gradual hike in salaries. Citi downside case assumes savings reductions only for first 3 years.*

## 4) + Equity Investments & Other Assets* = ADJ. FIRM VALUE (B)

|  |  | a) Perpetuity Growth Method | | | b) EBITDA Multiple Method | | |
|---|---|---|---|---|---|---|---|
| WACC | Equity Inv. & Other Assets | Equity Value | | | Equity Value | | |
|  |  | (0.5%) | 0.5% | 1.0% | 6.3x | 6.5x | 6.8x |
| 7.30% | 3,066 | 11,909 | 12,528 | 12,912 | 11,015 | 11,135 | 11,256 |
| 7.80% | 3,066 | 11,387 | 11,907 | 12,224 | 10,758 | 10,873 | 10,988 |
| 8.30% | 3,066 | 10,923 | 11,364 | 11,629 | 10,513 | 10,623 | 10,733 |
| 8.80% | 3,066 | 10,509 | 10,885 | 11,109 | 10,279 | 10,384 | 10,489 |
| 9.30% | 3,066 | 10,136 | 10,459 | 10,649 | 10,056 | 10,156 | 10,256 |
| 9.80% | 3,066 | 9,799 | 10,078 | 10,241 | 9,842 | 9,938 | 10,034 |

*\* Based on Valuation Research solvency report dated December 2007.*

13

CITI-TRIB-CC 00023678

Privileged & Confidential
For internal use only
DRAFT

## 5) + Value of 401K Eliminations

$60.3 per year

| WACC + | Savings | 401K Eliminations | | | | | |
|---|---|---|---|---|---|---|---|
| | | a) Perpetuity Growth Method Equity Value | | | EBITDA Multiple Method Equity Value | | |
| | 0% | (0.5%) | 0.5% | 1.0% | 6.3x | 6.5x | 6.8x |
| 7.30% | 952.4 | $12,861 | $13,481 | $13,864 | $11,967 | $12,088 | $12,208 |
| 7.80% | 882.4 | 12,269 | 12,789 | 13,107 | 11,641 | 11,756 | 11,871 |
| 8.30% | 821.9 | 11,745 | 12,186 | 12,451 | 11,335 | 11,445 | 11,555 |
| 8.80% | 769.2 | 11,278 | 11,654 | 11,678 | 11,049 | 11,154 | 11,258 |
| 9.30% | 722.9 | 10,859 | 11,182 | 11,372 | 10,779 | 10,879 | 10,979 |
| 9.80% | 681.8 | 10,481 | 10,760 | 10,923 | 10,524 | 10,620 | 10,716 |

## 6) + PV of ESOP Tax Savings = ADJ. FIRM VALUE (C)

$623 PV of Tax Savings
$349 Downside Tax Benefit

| WACC | Tax Benefit @10% | a) Perpetuity Growth Method Equity Value | | | b) EBITDA Multiple Method Equity Value | | |
|---|---|---|---|---|---|---|---|
| | | (0.5%) | 0.5% | 1.0% | 6.3x | 6.5x | 6.8x |
| 7.30% | 349 | $13,211 | $13,830 | $14,214 | $12,317 | $12,437 | $12,558 |
| 7.80% | 349 | 12,619 | 13,139 | 13,456 | 11,990 | 12,105 | 12,220 |
| 8.30% | 349 | 12,095 | 12,535 | 12,801 | 11,685 | 11,795 | 11,904 |
| 8.80% | 349 | 11,628 | 12,003 | 12,227 | 11,398 | 11,503 | 11,608 |
| 9.30% | 349 | 11,208 | 11,531 | 11,722 | 11,128 | 11,229 | 11,329 |
| 9.80% | 349 | 10,830 | 11,109 | 11,272 | 10,874 | 10,969 | 11,065 |

## 7) - DEBT + Cash = TOTAL EQUITY VALUE

| WACC - | Debt* = | a) Perpetuity Growth Method Equity Value | | | EBITDA Multiple Method Equity Value | | |
|---|---|---|---|---|---|---|---|
| | | (0.5%) | 0.5% | 1.0% | 6.3x | 6.5x | 6.8x |
| 7.30% | (13,001) | $209 | $829 | $1,213 | ($684) | ($564) | ($443) |
| 7.80% | (13,001) | (383) | 138 | 455 | (1,011) | (896) | (781) |
| 8.30% | (13,001) | (906) | (468) | (201) | (1,316) | (1,207) | (1,097) |
| 8.80% | (13,001) | (1,374) | (998) | (774) | (1,603) | (1,498) | (1,393) |
| 9.30% | (13,001) | (1,793) | (1,470) | (1,279) | (1,873) | (1,773) | (1,672) |
| 9.80% | (13,001) | (2,171) | (1,892) | (1,729) | (2,128) | (2,032) | (1,936) |
| 0.50% | | | | | | | |

* Includes $198mm of cash on balance sheet, $13,112mm of debt and $87 of contingent liabilities.

**14**

CITI-TRIB-CC 00023679

Privileged & Confidential
For internal use only
DRAFT

## F.  Discounted Cash Flow Analysis – CITI CASE

($ in millions)

Citi Downside Case

| | 2007PF | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P | 2016P | 2017P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Publishing | 818 | 718 | 618 | 568 | 518 | 518 | 539 | 561 | 583 | 606 | 629 |
| Broadcasting | 415 | 386 | 389 | 407 | 372 | 381 | 388 | 397 | 405 | 414 | 422 |
| B&P OCF | $1,233 | $1,104 | $1,007 | $975 | $890 | $899 | $928 | $958 | $988 | $1,019 | $1,051 |
| Less: D&A | (234) | (242) | (246) | (246) | (246) | (246) | (246) | (246) | (246) | (246) | (246) |
| EBIT | 999 | 862 | 761 | 729 | 644 | 653 | 682 | 712 | 742 | 773 | 805 |
| Cash Taxes  [35%] | (350) | (302) | (266) | (255) | (225) | (228) | (239) | (249) | (260) | (271) | (282) |
| After Tax EBIT | 649 | 560 | 494 | 474 | 419 | 424 | 443 | 463 | 482 | 503 | 523 |
| Add: D&A | 234 | 242 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 | 246 |
| Plus: Changes in Net Working Capital | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) |
| Less: Capital Expenditures (Ex. Corp) | (133) | (125) | (101) | (100) | (100) | (100) | (102) | (102) | (100) | (100) | (100) |
| Unlevered Free Cash Flow | $740 | $667 | $630 | $609 | $554 | $560 | $579 | $599 | $618 | $638 | $669 |
| $ increase | | (73.3) | (37.5) | (20.2) | (55.1) | 5.5 | 18.8 | 19.5 | 19.6 | 20.4 | 30.5 |
| % increase | | (9.9%) | (5.6%) | (3.2%) | (9.0%) | 1.0% | 3.4% | 3.4% | 3.3% | 3.3% | 4.5% |
| **Bridge:** | | | | | | | | | | | |
| B&P OCF | $1,233 | $1,104 | $1,007 | $975 | $890 | $899 | $928 | $958 | $988 | $1,019 | $1,051 |
| Corporate | (41) | (41) | (41) | (41) | (41) | (41) | (41) | (41) | (41) | (41) | (41) |
| OCF | 1,192 | 1,063 | 966 | 934 | 849 | 858 | 887 | 917 | 947 | 978 | 1,010 |
| Cash Equity Income | 68 | 99 | 115 | 140 | 163 | 181 | 199 | 219 | 241 | 265 | 292 |
| 401K Eliminations | 40 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Elimination of Bonus | - | 30 | 30 | 30 | - | - | - | - | - | - | - |
| Salary Freeze | - | 25 | 25 | 25 | - | - | - | - | - | - | - |
| PF Adj. EBITDA | $1,300 | $1,277 | $1,196 | $1,189 | $1,072 | $1,099 | $1,146 | $1,196 | $1,248 | $1,303 | $1,392 |
| $ increase | | (23.8) | (80.6) | (6.6) | (117.3) | 26.7 | 47.0 | 50.0 | 52.1 | 55.5 | 58.1 |
| % increase | | (1.8%) | (6.3%) | (0.6%) | (9.9%) | 2.5% | 4.3% | 4.4% | 4.4% | 4.4% | 4.5% |

CITI-TRIB-CC 00023680

Privileged & Confidential
For internal use only
DRAFT

## 1) FIRM VALUE (Broadcasting & Publishing only)

| WACC | Cash Flow | + | a) Perpetuity Growth Method Terminal Value | | | = | Firm Value | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | (0.5%) | 0.5% | 1.0% | | (0.5%) | 0.5% | 1.0% |
| 7.30% | 4,641 | | 4,216.9 | 4,885.7 | 5,299.6 | | 8,858 | 9,526 | 9,940 |
| 7.80% | 4,531 | | 3,782.9 | 4,344.3 | 4,686.9 | | 8,313 | 8,875 | 9,218 |
| 8.30% | 4,425 | | 3,406.6 | 3,882.0 | 4,168.5 | | 7,831 | 8,307 | 8,593 |
| 8.80% | 4,323 | | 3,078.3 | 3,483.9 | 3,725.6 | | 7,401 | 7,807 | 8,048 |
| 9.30% | 4,224 | | 2,790.3 | 3,138.7 | 3,344.3 | | 7,015 | 7,363 | 7,569 |
| 9.80% | 4,129 | | 2,536.4 | 2,837.4 | 3,013.6 | | 6,666 | 6,967 | 7,143 |
| 0.50% | | | | | | | | | |

| WACC | Cash Flow | + | b) EBITDA Multiple Method Terminal Value | | | = | Firm Value | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 6.3x | 6.5x | 6.8x | | 6.3x | 6.5x | 6.8x |
| 7.30% | 4,641 | | 3,247 | 3,377 | 3,507 | | 7,887 | 8,017 | 8,147 |
| 7.80% | 4,531 | | 3,099 | 3,223 | 3,347 | | 7,630 | 7,754 | 7,878 |
| 8.30% | 4,425 | | 2,959 | 3,078 | 3,196 | | 7,384 | 7,502 | 7,621 |
| 8.80% | 4,323 | | 2,826 | 2,939 | 3,052 | | 7,149 | 7,262 | 7,375 |
| 9.30% | 4,224 | | 2,699 | 2,807 | 2,915 | | 6,924 | 7,032 | 7,140 |
| 9.80% | 4,129 | | 2,579 | 2,682 | 2,785 | | 6,708 | 6,812 | 6,915 |

## 2) FIRM VALUE (Including Corporate Expenses)

($44.0) per year

Ex-Corporate

| WACC | - | Corporate 1% | a) Perpetuity Growth Method Equity Value | | | EBITDA Multiple Method Equity Value | | |
|---|---|---|---|---|---|---|---|---|
| | | | (0.5%) | 0.5% | 1.0% | 6.3x | 6.5x | 6.8x |
| 7.30% | | (705.4) | 8,152 | 8,821 | 9,235 | 7,182 | 7,312 | 7,442 |
| 7.80% | | (653.5) | 7,660 | 8,221 | 8,564 | 6,978 | 7,100 | 7,224 |
| 8.30% | | (608.8) | 7,222 | 7,698 | 7,984 | 6,775 | 6,893 | 7,012 |
| 8.80% | | (569.7) | 6,831 | 7,237 | 7,479 | 6,579 | 6,692 | 6,805 |
| 9.30% | | (535.4) | 6,479 | 6,828 | 7,033 | 6,388 | 6,496 | 6,604 |
| 9.80% | | (505.0) | 6,161 | 6,462 | 6,638 | 6,203 | 6,307 | 6,410 |

## 3) + Value of Bonus Elimination / Salary Freeze in Downside Case = FIRM VALUE (A)

$55.0 per year

Bonus Elimination / Salary Freeze

| WACC | + | Salary* | a) Perpetuity Growth Method Equity Value | | | b) EBITDA Multiple Method Equity Value | | |
|---|---|---|---|---|---|---|---|---|
| | | | (0.5%) | 0.5% | 1.0% | 6.3x | 6.5x | 6.8x |
| 7.30% | | 143.5 | 8,296 | 8,964 | 9,378 | 7,326 | 7,455 | 7,585 |
| 7.80% | | 142.3 | 7,802 | 8,364 | 8,706 | 7,119 | 7,243 | 7,367 |
| 8.30% | | 141.0 | 7,363 | 7,839 | 8,125 | 6,916 | 7,034 | 7,153 |
| 8.80% | | 139.7 | 6,971 | 7,376 | 7,618 | 6,719 | 6,832 | 6,945 |
| 9.30% | | 138.5 | 6,618 | 6,966 | 7,172 | 6,527 | 6,635 | 6,743 |
| 9.80% | | 137.3 | 6,298 | 6,599 | 6,775 | 6,341 | 6,444 | 6,547 |

* Salary savings are assumed to reduce by 10% per year implying a gradual hike in salaries. Citi downside case assumes savings reductions only for first 3 years.

## 4) + Equity Investments & Other Assets* = ADJ. FIRM VALUE (B)

| WACC | Equity Inv. & Other Assets | a) Perpetuity Growth Method Equity Value | | | b) EBITDA Multiple Method Equity Value | | |
|---|---|---|---|---|---|---|---|
| | | (0.5%) | 0.5% | 1.0% | 6.3x | 6.5x | 6.8x |
| 7.30% | 3,066 | 11,362 | 12,031 | 12,445 | 10,392 | 10,522 | 10,652 |
| 7.80% | 3,066 | 10,869 | 11,430 | 11,773 | 10,185 | 10,309 | 10,433 |
| 8.30% | 3,066 | 10,430 | 10,905 | 11,192 | 9,982 | 10,101 | 10,219 |
| 8.80% | 3,066 | 10,037 | 10,443 | 10,685 | 9,785 | 9,898 | 10,011 |
| 9.30% | 3,066 | 9,684 | 10,032 | 10,238 | 9,593 | 9,701 | 9,809 |
| 9.80% | 3,066 | 9,365 | 9,666 | 9,842 | 9,407 | 9,510 | 9,613 |

* Based on Valuation Research solvency report dated December 2007.

16

CITI-TRIB-CC 00023681

Privileged & Confidential
For internal use only
**DRAFT**

## 5) + Value of 401K Eliminations

| $60.0 | per year |
|---|---|

|  |  |  | 401K Eliminations | | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | **a) Perpetuity Growth Method** | | | **EBITDA Multiple Method** | | |
|  |  |  | Equity Value | | | Equity Value | | |
| **WACC** | **+** | **Savings** |  |  |  |  |  |  |
|  |  | 0% | (0.5%) | 0.5% | 1.0% | 6.3x | 6.5x | 6.8x |
| 7.30% |  | 952.4 | $12,314 | $12,963 | $13,307 | $11,344 | $11,474 | $11,604 |
| 7.80% |  | 882.4 | 11,751 | 12,312 | 12,655 | 11,067 | 11,191 | 11,315 |
| 8.30% |  | 821.9 | 11,252 | 11,727 | 12,014 | 10,804 | 10,923 | 11,041 |
| 8.80% |  | 769.2 | 10,807 | 11,212 | 11,454 | 10,554 | 10,667 | 10,780 |
| 9.30% |  | 722.9 | 10,407 | 10,755 | 10,961 | 10,316 | 10,424 | 10,532 |
| 9.80% |  | 681.8 | 10,046 | 10,347 | 10,524 | 10,089 | 10,192 | 10,295 |

## 6) + PV of ESOP Tax Savings  = ADJ. FIRM VALUE  (C)

| $623 | PV of Tax Savings |
|---|---|
| $164 | Downside Tax Benefit |

|  | Tax | **a) Perpetuity Growth Method** | | | **b) EBITDA Multiple Method** | | |
|---|---|---|---|---|---|---|---|
|  | Benefit | Equity Value | | | Equity Value | | |
| **WACC** |  |  |  |  |  |  |  |
|  | @10% | (0.5%) | 0.5% | 1.0% | 6.3x | 6.5x | 6.8x |
| 7.30% | 164 | $12,479 | $13,147 | $13,561 | $11,509 | $11,638 | $11,768 |
| 7.80% | 164 | 11,915 | 12,477 | 12,819 | 11,232 | 11,356 | 11,480 |
| 8.30% | 164 | 11,416 | 11,891 | 12,178 | 10,969 | 11,087 | 11,205 |
| 8.80% | 164 | 10,971 | 11,376 | 11,618 | 10,718 | 10,831 | 10,944 |
| 9.30% | 164 | 10,571 | 10,919 | 11,125 | 10,480 | 10,588 | 10,696 |
| 9.80% | 164 | 10,211 | 10,511 | 10,688 | 10,253 | 10,356 | 10,459 |

## 7) - DEBT + Cash = TOTAL EQUITY VALUE

|  |  |  | **a) Perpetuity Growth Method** | | | **EBITDA Multiple Method** | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | Equity Value | | | Equity Value | | |
| **WACC** | **-** | **Debt\*** | **=** |  |  |  |  |  |
|  |  |  | (0.5%) | 0.5% | 1.0% | 6.3x | 6.5x | 6.8x |
| 7.30% |  | (13,001) | ($523) | $146 | $560 | ($1,493) | ($1,363) | ($1,233) |
| 7.80% |  | (13,001) | (1,088) | (525) | (182) | (1,770) | (1,646) | (1,522) |
| 8.30% |  | (13,001) | (1,585) | (1,110) | (823) | (2,033) | (1,914) | (1,796) |
| 8.80% |  | (13,001) | (2,030) | (1,625) | (1,383) | (2,283) | (2,170) | (2,057) |
| 9.30% |  | (13,001) | (2,430) | (2,082) | (1,876) | (2,521) | (2,413) | (2,305) |
| 9.80% |  | (13,001) | (2,791) | (2,490) | (2,313) | (2,748) | (2,645) | (2,542) |
| 0.50% |  |  |  |  |  |  |  |  |

\* Includes $198mm of cash on balance sheet, $13,112mm of debt and $87 of contingent liabilities.

17

CITI-TRIB-CC 00023682