| | |
|---|---|
| **From:** | Sachs, Naomi <NSachs@tribune.com> |
| **Sent:** | Thursday, December 13, 2007 7:43 PM (GMT) |
| **To:** | Bigelow, Chandler <CBigelow@tribune.com> |
| **Subject:** | RE: |
| **Attach:** | cost of capital.xls |

Yes, I think so. In that case the blended cost of capital would be 9.37% which seems like a reasonable midpoint for a range of 8-10 or 8.5% to 10.5%? I've attached the spreadsheet.

Naomi

-----Original Message-----
**From:** Bigelow, Chandler
**Sent:** Thursday, December 13, 2007 1:39 PM
**To:** Sachs, Naomi
**Subject:** RE:

maybe the midpoint is the most conservative.

**From:** Sachs, Naomi
**Sent:** Thursday, December 13, 2007 1:36 PM
**To:** Bigelow, Chandler
**Subject:** RE:

Sure—do you think $1.0B is the right number to use for the equity or should we use the most recent VRC midpoint of $2.5B?

Naomi

-----Original Message-----
**From:** Bigelow, Chandler
**Sent:** Thursday, December 13, 2007 1:31 PM
**To:** Sachs, Naomi
**Subject:** RE:

ok. do you want to forward analysis on to Tom Whayne to get his reaction? thanks.
Thomas.Whayne@morganstanley.com

**From:** Sachs, Naomi
**Sent:** Thursday, December 13, 2007 1:23 PM
**To:** Bigelow, Chandler
**Subject:** RE:

Yes—think it's helpful—I layered on the cost of equity of 15% assuming a $1.0 of equity—gets you to about 8.8% cost of capital.

Naomi

-----Original Message-----
**From:** Bigelow, Chandler
**Sent:** Thursday, December 13, 2007 1:08 PM
**To:** Sachs, Naomi
**Subject:**

Thought the attached might be helpful for Morgan Stanley to give us a view of our WACC - what do you think?

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0542820