Bank Due Diligence (10/1)
Consolidated Operating Plan Sensitivities
Schedule 1 – Management Base Case (No Flex)

**TRIBUNE COMPANY**
FIVE YEAR PROJECTED FINANCIAL INFORMATION and KEY CREDIT STATISTICS & RATIOS
*($ in millions)*

## Management Case

|  |  | 2007PF | 2008 | 2009 | 2010 | 2011 | 2012 | '07-'12 CAGR |
|---|---|---|---|---|---|---|---|---|
|  | **Operating Revenues** |  |  |  |  |  |  |  |
| (1) | Publishing | $3,693 | $3,680 | $3,752 | $3,840 | $3,928 | $4,019 | 1.7% |
| (2) | Broadcasting & Entertainment (excl. Cubs) | 1,185 | 1,257 | 1,264 | 1,307 | 1,317 | 1,352 | 2.7 |
| (3) | **Total Operating Revenues** | $4,877 | $4,936 | $5,016 | $5,147 | $5,245 | $5,371 | 1.9% |
|  | **Operating Expenses** |  |  |  |  |  |  |  |
| (4) | Publishing | $2,875 | $2,894 | $2,938 | $2,996 | $3,053 | $3,113 | 1.6% |
| (5) | Broadcasting & Entertainment (excl. Cubs) | 797 | 808 | 800 | 827 | 852 | 868 | 1.7 |
| (6) | Corporate | 42 | 41 | 41 | 41 | 41 | 41 | (0.2) |
| (7) | Less: Elimination of Bonus Plan | 0 | 0 | 0 | 0 | 0 | 0 |  |
| (8) | Less: Salary Freeze | 0 | 0 | 0 | 0 | 0 | 0 |  |
| (9) | **Total Operating Expenses** | $3,713 | $3,743 | $3,780 | $3,865 | $3,946 | $4,023 | 1.6% |
|  | **Operating Cash Flow** |  |  |  |  |  |  |  |
| (10) | Publishing | $818 | $786 | $814 | $844 | $875 | $906 | 2.1% |
| (11) | Plus: Comm. Delivery and Infrastructure Savings | 0 | 0 | 0 | 0 | 0 | 0 |  |
| (12) | Total Publishing | $818 | $786 | $814 | $844 | $875 | $906 | 2.1% |
| (13) | Broadcasting & Entertainment (excl. Cubs) | 388 | 448 | 464 | 479 | 465 | 484 | 4.5 |
| (14) | Corporate / Other | (42) | (41) | (41) | (41) | (41) | (41) | (0.2) |
| (15) | **Total Operating Cash Flow** | $1,164 | $1,193 | $1,237 | $1,282 | $1,298 | $1,349 | 3.0% |
| (16) | Plus: Cash From Equity Investments | 68 | 99 | 115 | 140 | 163 | 181 | 21.5 |
| (17) | Plus: Cash Savings From 401K Contributions | 40 | 60 | 60 | 60 | 60 | 60 | 8.4 |
| (18) | Plus: Interest Income | 19 | 4 | 2 | 2 | 2 | 2 |  |
| (19) | **Adjusted EBITDA** | $1,292 | $1,356 | $1,414 | $1,484 | $1,523 | $1,592 | 4.3% |
| (20) | Less: Cash Savings From 401K Contributions | (40) | 0 | 0 | 0 | 0 | 0 |  |
| (21) | Less: Dividends | (44) | 0 | 0 | 0 | 0 | 0 |  |
| (22) | Less: Cash Taxes | (145) | 0 | (2) | (3) | (4) | (6) | (47.2) |
| (23) | Less: Cash Interest Expense | (407) | (910) | (873) | (875) | (861) | (833) | 15.4 |
| (24) | Plus: PHONES Cash Interest Deferral | 0 | 0 | 0 | 0 | 0 | 0 |  |
| (25) | Less: Other | (127) | 0 | 0 | 0 | 0 | 0 |  |
| (26) | Less: Capex | (132) | (132) | (128) | (128) | (128) | (128) | (0.5) |
| (27) | **Free Cash Flow** | $397 | $314 | $411 | $477 | $529 | $624 | 9.5% |
| (28) | Plus: Proceeds from Asset Sales | 144 | 50 | 0 | 0 | 0 | 0 |  |
| (29) | Less: Investments | (24) | (100) | (100) | (100) | (100) | (100) | 33.3% |
| (30) | **Sub-Total** | $517 | $264 | $311 | $377 | $429 | $524 | 0.3% |
| (31) | Plus: Bender Proceeds | 338 | 0 | 0 | 0 | 0 | 0 |  |
| (32) | **Net Free Cash Flow** | $855 | $264 | $311 | $377 | $429 | $524 | (9.3%) |
| (33) | Plus: Cubs / Comcast Cash Flow | 44 | 0 | 0 | 0 | 0 | 0 |  |
| (34) | Plus: 2Q Option Proceeds | 53 | 0 | 0 | 0 | 0 | 0 |  |
| (35) | Plus: Other [1] | 17 | 186 | (1) | (1) | (1) | (1) |  |
| (36) | **Change In Cash** | $969 | $450 | $311 | $377 | $429 | $524 | (11.6%) |
| (37) | Guaranteed Debt | $9,332 | $9,035 | $8,723 | $8,795 | $8,366 | $7,843 | (3.4%) |
| (38) | Total Debt (Excl. PHONES & Zell) | 11,131 | 10,687 | 10,376 | 9,999 | 9,571 | 9,048 | (4.1) |
| (39) | Covenant Adjusted EBITDA | $1,292 | $1,356 | $1,414 | $1,484 | $1,523 | $1,592 | 4.3% |
| (40) | Covenant Cash Interest Expense [2] | 407 | 910 | 873 | 875 | 861 | 833 | 15.4 |
|  | **Covenant Ratios:** |  |  |  |  |  |  |  |
| (41) | **Guaranteed Debt/Adjusted EBITDA** | 7.23x | 6.66x | 6.17x | 5.93x | 5.49x | 4.93x | (7.4%) |
| (42) | *Maximum Guaranteed Leverage Ratio* | *9.00* | *9.00* | *8.75* | *8.50* | *8.25* | *8.25* | *(1.7)* |
| (43) | *$ Cushion (EBITDA)* | *$255* | *$352* | *$417* | *$450* | *$509* | *$641* | *20.3* |
| (44) | **Adjusted EBITDA/Cash Interest Expense** [2] | 3.17x | 1.49x | 1.62x | 1.70x | 1.77x | 1.91x | (9.6%) |
| (45) | *Minimum Interest Coverage Ratio* | *1.10* | *1.15* | *1.20* | *1.25* | *1.25* | *1.25* | *2.6* |
| (46) | *$ Cushion (EBITDA)* | *$844* | *$310* | *$367* | *$390* | *$447* | *$551* | *(8.2)* |

Note: Special items, non-operating items and stock based compensation are excluded from these projections. Projections exclude results from SCNI, Recycler, Hoy New York, and Cubs/Comcast beginning in 2007 and Tribune Entertainment beginning in 2008. The projections also assume the sale of certain real estate.
(1) 2008 Other includes $150 mm of mortgage debt proceeds
(2) Excludes interest income.

CONFIDENTIAL

MD 002013A

Bank Due Diligence (10/1)
Consolidated Operating Plan Sensitivities
Schedule 2 - Management Upside Case (No Flex)

TRIBUNE COMPANY
FIVE YEAR PROJECTED FINANCIAL INFORMATION and KEY CREDIT STATISTICS & RATIOS
($ in millions)

## Upside Case

| | | 2007PF | 2008 | 2009 | 2010 | 2011 | 2012 | '07-'12 CAGR |
|---|---|---|---|---|---|---|---|---|
| | **Operating Revenues** | | | | | | | |
| (1) | Publishing | $3,693 | $3,720 | $3,892 | $4,059 | $4,223 | $4,392 | 3.5% |
| (2) | Broadcasting & Entertainment (excl. Cubs) | 1,185 | 1,264 | 1,291 | 1,337 | 1,348 | 1,398 | 3.4 |
| (3) | Total Operating Revenues | $4,877 | $4,984 | $5,183 | $5,396 | $5,571 | $5,790 | 3.5% |
| | **Operating Expenses** | | | | | | | |
| (4) | Publishing | $2,875 | $2,913 | $2,988 | $3,073 | $3,153 | $3,250 | 2.5% |
| (5) | Broadcasting & Entertainment (excl. Cubs) | 797 | 807 | 798 | 827 | 852 | 868 | 1.7 |
| (6) | Corporate | 42 | 41 | 41 | 41 | 41 | 41 | (0.2) |
| (7) | Less: Elimination of Bonus Plan | 0 | 0 | 0 | 0 | 0 | 0 | |
| (8) | Less: Salary Freeze | 0 | 0 | 0 | 0 | 0 | 0 | |
| (9) | Total Operating Expenses | $3,713 | $3,761 | $3,827 | $3,941 | $4,046 | $4,160 | 2.3% |
| | **Operating Cash Flow** | | | | | | | |
| (10) | Publishing | $818 | $808 | $904 | $986 | $1,070 | $1,141 | 6.9% |
| (11) | Plus: Comm. Delivery and Infrastructure Savings | 0 | 0 | 0 | 0 | 0 | 0 | |
| (12) | Total Publishing | $818 | $808 | $904 | $986 | $1,070 | $1,141 | 6.9% |
| (13) | Broadcasting & Entertainment (excl. Cubs) | 388 | 457 | 493 | 510 | 496 | 530 | 6.4 |
| (14) | Corporate / Other | (42) | (41) | (41) | (41) | (41) | (41) | (0.2) |
| (15) | Total Operating Cash Flow | $1,164 | $1,224 | $1,356 | $1,455 | $1,525 | $1,630 | 7.0% |
| (16) | Plus: Cash From Equity Investments | 68 | 99 | 115 | 140 | 163 | 181 | 21.5 |
| (17) | Plus: Cash Savings From 401K Contributions | 40 | 60 | 60 | 60 | 60 | 60 | 8.4 |
| (18) | Plus: Interest Income | 19 | 4 | 2 | 2 | 2 | 2 | |
| (19) | Adjusted EBITDA | $1,292 | $1,387 | $1,534 | $1,658 | $1,750 | $1,873 | 7.7% |
| (20) | Less: Cash Savings From 401K Contributions | (40) | 0 | 0 | 0 | 0 | 0 | |
| (21) | Less: Dividends | (44) | 0 | 0 | 0 | 0 | 0 | |
| (22) | Less: Cash Taxes | (145) | (1) | (5) | (7) | (9) | (13) | (38.5) |
| (23) | Less: Cash Interest Expense | (407) | (909) | (866) | (856) | (823) | (768) | 13.6 |
| (24) | Plus: PHONES Cash Interest Deferral | 0 | 0 | 0 | 0 | 0 | 0 | |
| (25) | Less: Other | (127) | 0 | 0 | 0 | 0 | 0 | |
| (26) | Less: Capex | (132) | (132) | (128) | (128) | (128) | (128) | (0.5) |
| (27) | Free Cash Flow | $397 | $345 | $535 | $666 | $789 | $963 | 19.4% |
| (28) | Plus: Proceeds from Asset Sales | 144 | 50 | 0 | 0 | 0 | 0 | |
| (29) | Less: Investments | (24) | (100) | (100) | (100) | (100) | (100) | 33.3% |
| (30) | Sub-Total | $517 | $295 | $435 | $566 | $689 | $863 | 10.8% |
| (31) | Plus: Bender Proceeds | 338 | 0 | 0 | 0 | 0 | 0 | |
| (32) | Net Free Cash Flow | $855 | $295 | $435 | $566 | $689 | $863 | 0.2% |
| (33) | Plus: Cubs / Comcast Cash Flow | 44 | 0 | 0 | 0 | 0 | 0 | |
| (34) | Plus: 2Q Option Proceeds | 53 | 0 | 0 | 0 | 0 | 0 | |
| (35) | Plus: Other [1] | 17 | 186 | (1) | (1) | (1) | (1) | |
| (36) | Change In Cash | $969 | $481 | $435 | $565 | $689 | $863 | (2.3%) |
| (37) | Guaranteed Debt | $9,332 | $9,004 | $8,568 | $8,452 | $7,763 | $6,901 | (5.9%) |
| (38) | Total Debt (Excl. PHONES & Zell) | 11,131 | 10,656 | 10,221 | 9,656 | 8,968 | 8,106 | (6.1) |
| (39) | Covenant Adjusted EBITDA | $1,292 | $1,387 | $1,534 | $1,658 | $1,750 | $1,873 | 7.7% |
| (40) | Covenant Cash Interest Expense [2] | 407 | 909 | 866 | 856 | 823 | 768 | 13.6 |
| | **Covenant Ratios:** | | | | | | | |
| (41) | Guaranteed Debt/Adjusted EBITDA | 7.23x | 6.49x | 5.59x | 5.10x | 4.44x | 3.68x | (12.6%) |
| (42) | *Maximum Guaranteed Leverage Ratio* | *9.00* | *9.00* | *8.75* | *8.50* | *8.25* | *8.25* | *(1.7)* |
| (43) | *$ Cushion (EBITDA)* | *$255* | *$386* | *$555* | *$663* | *$809* | *$1,036* | *32.4* |
| (44) | Adjusted EBITDA/Cash Interest Expense [2] | 3.17x | 1.53x | 1.77x | 1.94x | 2.13x | 2.44x | (5.1%) |
| (45) | *Minimum Interest Coverage Ratio* | *1.10* | *1.15* | *1.20* | *1.25* | *1.25* | *1.25* | *2.6* |
| (46) | *$ Cushion (EBITDA)* | *$844* | *$342* | *$495* | *$588* | *$722* | *$912* | *1.6* |

Note: Special items, non-operating items and stock based compensation are excluded from these projections. Projections exclude results from SCNI, Recycler, Hoy New York, and Cubs/Comcast beginning in 2007 and Tribune Entertainment beginning in 2008. The projections also assume the sale of certain real estate.
(1) 2008 Other includes $150 mm of mortgage debt proceeds
(2) Excludes interest income.

CONFIDENTIAL

Bank Due Diligence (10/1)
Consolidated Operating Plan Sensitivities
Schedule 3 - Management Downside Case (No Flex)

TRIBUNE COMPANY
FIVE YEAR PROJECTED FINANCIAL INFORMATION and KEY CREDIT STATISTICS & RATIOS
*($ in millions)*

## Downside Case

| | | 2007PF | 2008 | 2009 | 2010 | 2011 | 2012 | '07-'12 CAGR |
|---|---|---|---|---|---|---|---|---|
| | **Operating Revenues** | | | | | | | |
| (1) | Publishing | $3,693 | $3,511 | $3,386 | $3,290 | $3,202 | $3,122 | (3.3%) |
| (2) | Broadcasting & Entertainment (excl. Cubs) | 1,185 | 1,186 | 1,167 | 1,199 | 1,190 | 1,214 | 0.5 |
| (3) | **Total Operating Revenues** | $4,877 | $4,698 | $4,552 | $4,489 | $4,392 | $4,336 | (2.3%) |
| | **Operating Expenses** | | | | | | | |
| (4) | Publishing | $2,875 | $2,786 | $2,716 | $2,649 | $2,582 | $2,518 | (2.6%) |
| (5) | Broadcasting & Entertainment (excl. Cubs) | 797 | 800 | 778 | 791 | 817 | 833 | 0.9 |
| (6) | Corporate | 42 | 41 | 41 | 41 | 41 | 41 | (0.2) |
| (7) | Less: Elimination of Bonus Plan | 0 | (30) | (30) | (30) | (30) | (30) | |
| (8) | Less: Salary Freeze | 0 | (25) | (25) | (25) | (25) | (25) | |
| (9) | **Total Operating Expenses** | $3,713 | $3,573 | $3,481 | $3,426 | $3,386 | $3,337 | (2.1%) |
| | **Operating Cash Flow** | | | | | | | |
| (10) | Publishing | $818 | $725 | $669 | $641 | $620 | $604 | (5.9%) |
| (11) | Plus: Comm. Delivery and Infrastructure Savings | 0 | 20 | 22 | 24 | 24 | 24 | |
| (12) | Total Publishing | $818 | $745 | $691 | $666 | $644 | $628 | (5.1%) |
| (13) | Broadcasting & Entertainment (excl. Cubs) | 388 | 386 | 389 | 407 | 372 | 381 | (0.4) |
| (14) | Corporate / Other | (42) | 14 | 14 | 14 | 14 | 14 | NM |
| (15) | **Total Operating Cash Flow** | $1,164 | $1,145 | $1,094 | $1,087 | $1,030 | $1,023 | (2.6%) |
| (16) | Plus: Cash From Equity Investments | 68 | 99 | 115 | 140 | 163 | 181 | 21.5 |
| (17) | Plus: Cash Savings From 401K Contributions | 40 | 60 | 60 | 60 | 60 | 60 | 8.4 |
| (18) | Plus: Interest Income | 19 | 7 | 5 | 5 | 5 | 5 | |
| (19) | **Adjusted EBITDA** | $1,292 | $1,311 | $1,275 | $1,292 | $1,258 | $1,269 | (0.4%) |
| (20) | Less: Cash Savings From 401K Contributions | (40) | 0 | 0 | 0 | 0 | 0 | |
| (21) | Less: Dividends | (44) | 0 | 0 | 0 | 0 | 0 | |
| (22) | Less: Cash Taxes | (145) | 0 | 0 | 0 | 0 | 0 | (100.0) |
| (23) | Less: Cash Interest Expense | (407) | (909) | (872) | (881) | (878) | (869) | 16.4 |
| (24) | Plus: PHONES Cash Interest Deferral | 0 | 26 | 26 | 27 | 27 | 28 | |
| (25) | Less: Other | (127) | 0 | 0 | 0 | 0 | 0 | |
| (26) | Less: Capex | (132) | (132) | (103) | (103) | (103) | (103) | (4.8) |
| (27) | **Free Cash Flow** | $397 | $296 | $325 | $335 | $304 | $325 | (3.9%) |
| (28) | Plus: Proceeds from Asset Sales | 144 | 50 | 0 | 0 | 0 | 0 | |
| (29) | Less: Investments | (24) | (50) | (50) | (50) | (50) | (50) | 16.0% |
| (30) | **Sub-Total** | $517 | $296 | $275 | $285 | $254 | $275 | (11.9%) |
| (31) | Plus: Bender Proceeds | 338 | 0 | 0 | 0 | 0 | 0 | |
| (32) | **Net Free Cash Flow** | $855 | $296 | $275 | $285 | $254 | $275 | (20.3%) |
| (33) | Plus: Cubs / Comcast Cash Flow | 44 | 0 | 0 | 0 | 0 | 0 | |
| (34) | Plus: 2Q Option Proceeds | 53 | 0 | 0 | 0 | 0 | 0 | |
| (35) | Plus: Other [1] | 17 | 186 | (1) | (1) | (1) | (1) | |
| (36) | **Change In Cash** | $969 | $482 | $275 | $284 | $254 | $274 | (22.3%) |
| (37) | Guaranteed Debt | $9,332 | $9,003 | $8,728 | $8,892 | $8,638 | $8,365 | (2.2%) |
| (38) | Total Debt (Excl. PHONES & Zell) | 11,131 | 10,655 | 10,381 | 10,096 | 9,843 | 9,570 | (3.0) |
| (39) | Covenant Adjusted EBITDA | $1,292 | $1,311 | $1,275 | $1,292 | $1,258 | $1,269 | (0.4%) |
| (40) | Covenant Cash Interest Expense [2] | 407 | 909 | 872 | 881 | 878 | 869 | 16.4 |
| | **Covenant Ratios:** | | | | | | | |
| (41) | **Guaranteed Debt/Adjusted EBITDA** | 7.23x | 6.87x | 6.85x | 6.88x | 6.86x | 6.59x | (1.8%) |
| (42) | *Maximum Guaranteed Leverage Ratio* | *9.00* | *9.00* | *8.75* | *8.50* | *8.25* | *8.25* | *(1.7)* |
| (43) | *$ Cushion (EBITDA)* | *$255* | *$311* | *$277* | *$246* | *$211* | *$255* | *0.0* |
| (44) | **Adjusted EBITDA/Cash Interest Expense [2]** | 3.17x | 1.44x | 1.46x | 1.47x | 1.43x | 1.46x | (14.4%) |
| (45) | *Minimum Interest Coverage Ratio* | *1.10* | *1.15* | *1.20* | *1.25* | *1.25* | *1.25* | *2.6* |
| (46) | *$ Cushion (EBITDA)* | *$844* | *$266* | *$228* | *$191* | *$161* | *$183* | *(26.3)* |

Note: Special items, non-operating items and stock based compensation are excluded from these projections. Projections exclude results from SCNI, Recycler, Hoy New York, and Cubs/Comcast beginning in 2007 and Tribune Entertainment beginning in 2008. The projections also assume the sale of certain real estate.
(1) 2008 Other includes $150 mm of mortgage debt proceeds
(2) Excludes interest income.

CONFIDENTIAL

MD 002015A