| | |
|---|---|
| From: | Thomas Kenny |
| Sent: | Friday, October 19, 2007 3:20 PM |
| To: | Jamie G. Spaman; Kamil Dmowski |
| Subject: | Tribune |

Just got a call from JPM and they want us to send questions for VRC on their analysis. Put on your thinking caps and we can discuss on Monday.

Tom Kenny
Senior Vice President
Murray, Devine & Co., Inc.
1650 Arch Street, Suite 2700
Philadelphia, PA 19103

Phone 215-977-8700 ext. 20
Fax 215-977-8181
tkenny@murraydevine.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*The information transmitted is intended only for the person to which it is addressed. This email may contain confidential and/or privileged material, and if received by persons or entities other than the intended recipient, please contact the sender and delete the material. Thank you.*

1

CONFIDENTIAL                                                                                          MD 002227A