

**MURRAY DEVINE**
company
Valuation and Financial Advisors

## Tribune Co. – VRC Step 2 Solvency Opinion Valuation Questions

**October 22, 2007**

- Explain the sum of individual assets method and underlying assumptions.

- Provide detail on the comparable transactions used in the analysis including:
    - ✓ The underlying business and business mix of the target companies?
    - ✓ Was the target a public or private?
    - ✓ What were the dates of the transactions?

- What were the comparable public companies used in the analysis?

- What was the basis for the weighting given to the different valuation approaches?

- When adding back the equity investments to the operating values was the related income from these investments excluded from the EBITDA?

- Depending on how much is owned of the equity investments and whether they are public or private are discounts for minority interest and marketability applicable?

- Was the value of any excess real estate considered in the valuation?

- Was a company specific or market capital structure used to calculate the levered cost of equity?

- If a market structure was used was a market cost of debt applicable for that capital structure used or was the company's specific cost of debt used?

- How was the beta developed?

- What was the market risk premium used in the calculation of the cost of equity?

- Was a size risk premium considered?

- What was the WACC used?

1650 Arch Street   ·   Suite 2700   ·   Philadelphia, PA 19103   ·   Phone 215.977.8700   ·   Fax 215.977.8181
www.murraydevine.com

CONFIDENTIAL

MD 002229A

**Page 2 of 2**

- In the discounted cash flow analysis what were the assumptions in the terminal value calculation (growth rate, capital structure, exit multiple, etc.) and support for the assumptions?

- What general changes in assumptions and outlook were considered from the May 2007 analysis to the current analysis?

- What downside cases were considered and what were the assumptions?

- Were financial covenants met in downside cases? If not, which ones were tripped?

- In the downside cases did the company have revolver capacity to fund its operating capital needs?

CONFIDENTIAL

MD 002230A