**ATTORNEY WORK PRODUCT-**
<u>**PRIVILEGED AND CONFIDENTIAL**</u>

<u>Tribune Co. — Step 2 Solvency Valuation Questions</u>

1) Summarize preliminary conclusions and due diligence investigations and scope of review.

2) Provide detail on the comparable transactions used in the analyses including:
    a. The underlying business and business mix of the target companies?
    b. Was the target public or private?
    c. What where the dates of the transactions?

3) What were the comparable public companies used in the analyses?

4) Explain the sum of individual assets methods and underlying assumptions.

5) What was the basis for the weighting given to the different valuation approaches? Are there differences in the weighting as between Step 1 opinion and Step 2 opinion?

6) Discuss the methods and assumptions used in the discounted cash flow analysis
    a. What is the discount rate (WACC) used?
    b. Are cash flows discounted at a single WACC or different discount rates for each year?
    c. What is the assumed capital structure? What is the cost of debt (pre-tax or post-tax) assumed? Is the current market cost of debt considered in the analysis?
    d. What is the cost of equity? Please outline methodology, assumptions and sources for inputs.
    e. Discuss methodology used to calculate terminal year value.
    f. In the discounted cash flow analysis what were the assumptions in the terminal value calculation (growth rate, capital structure, exit multiple, etc.) and support for the assumptions?

7) What general changes in assumptions and outlook were considered from the Step 1 analysis to the current analysis?

8) How are taxes treated in the analysis? As the Company will not be a federal taxpayer as the result of the S Corp election, does the discounted cash flow analysis take this into consideration, and if so, how?

9) Have current market conditions and marketability of the Company's assets been considered in the analysis? How do market condition factors differ for analyses of Fair Value (commercially reasonable time period) and Present Fair Value (reasonable promptness)?

10) Discuss the following issues concerning equity investments:

CONFIDENTIAL        MD 002234A

      a. Considering the Company has minority ownership in many of its equity investments, how has the marketability of these equity investments been considered?
      b. Explain the methodology in valuing unconsolidated investments. Are these added to values calculated by the four stated valuation methods or already part of the calculation?
      c. When adding back the equity investments to the operating values, was the related income from these investments excluded from the EBITDA?
      d. Depending on how much is owned of the equity investments and whether they are public or private, are discounts for minority interest and marketability applicable?

11) Was the value of any excess real estate considered in the valuation?

12) What is the acceptable range of excess capital in the capitalization test? What is the acceptable range of equity cushion? Is book value of equity considered in the analysis?

13) Was a company specific or market capital structure used to calculate the levered cost of equity?

14) Has $1.4bn of tranche flex to bonds been considered in the analysis (cap rate at 12.5%)?

15) If a market structure was used, was a market cost of debt applicable for that capital structure used or was the Company's specific cost of debt used?

16) How was the beta developed?

17) What was the market risk premium used in the calculation of the cost of equity?

18) Was a size risk premium considered?

19) How are the PHONES liability valued?

20) How are guarantees and contingent liabilities taken into account in the analysis?

21) What is the assumption for the Company's ability to refinance debts as they become due and how is the assumption established?

22) What downside cases were considered and what were the assumptions and how did it affect overall analyses?
      a. Were financial covenants met in downside cases? If not, which ones were tripped?
      b. In the downside cases, did the Company have revolver capacity to fund its operating capital needs?

CONFIDENTIAL

MD 002235A

| | |
|---|---|
| 74 | 23) Discuss differences from recent research published by equity analysts and rating |
| 75 | agency (Lehman, Deutsche Bank, Merrill, S&P)? Are these reports relevant to the |
| 76 | analysis? |
| 77 | |
| 78 | |
| 79 | |
| 80 | |

CONFIDENTIAL

MD 002236A