| | |
|---|---|
| **From:** | Schaffzin, Jonathan [JSchaffzin@Cahill.com] |
| **Sent:** | Friday, December 07, 2007 12:41 PM |
| **To:** | Thomas Kenny; Dennis Murray |
| **Cc:** | Gilman, Charles A.; Horowitz, Doug; Miller, William; Butler, Andrea |
| **Subject:** | FW: VRC |
| **Attachments:** | Tower |

Dennis and Tom,

Attached is the VRC Board Presentation from earlier this week regarding solvency. You will also see that written answers to the diligence questions is expected later today. JPM has proposed ███████████████████████████████████████████████████████████ Please let me know if that works at your earliest convenience.

Thank you.

Jonathan

-----Original Message-----
From: RAJESH.KAPADIA@jpmorgan.com [mailto:RAJESH.KAPADIA@jpmorgan.com]
Sent: Friday, December 07, 2007 12:20 PM
To: Schaffzin, Jonathan; Horowitz, Doug; Miller, William
Subject: Fw: VRC


--------------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: "Bigelow, Chandler" [CBigelow@tribune.com]
Sent: 12/07/2007 10:59 AM CST
To: Rajesh Kapadia; "Todd \(Merrill Lynch\) Kaplan"
<todd_kaplan@ml.com>; "Julie \(Citigroup\) Persily"
<julie.persily@citigroup.com>; "Bill \(Bank America\) Bowen"
<bill.a.bowen@bankofamerica.com>
Cc: "Eldersveld, David" <DEldersveld@Tribune.com>
Subject: RE: VRC



Attached is the VRC solvency analysis that was prepared solely for use by our Board. As you know, VRC intends to deliver the final opinion to the Board at closing. We are hopeful to be able to send you VRC's responses to your questions by the end of the day. Please let me know if you have any questions. Many thanks, Chandler

-----Original Message-----
From: RAJESH.KAPADIA@jpmorgan.com [mailto:RAJESH.KAPADIA@jpmorgan.com]
Sent: Friday, December 07, 2007 7:12 AM
To: Bigelow, Chandler
Cc: Todd (Merrill Lynch) Kaplan; Julie (Citigroup) Persily; Bill (Bank

1

CONFIDENTIAL

MD 002285A

America) Bowen
Subject: VRC

Chandler, we have not seen VRC's responses to our questions or the
presentation they made to your Board Tuesday. What's the timing of their
responses, also can we get their presentation to your board while we
await their written responses.
--------------------------
Sent from my BlackBerry Wireless Handheld

------------------------------------------
This communication is for informational purposes only. It is not
intended as an offer or solicitation for the purchase or sale of any
financial instrument or as an official confirmation of any transaction.
All market prices, data and other information are not warranted as to
completeness or accuracy and are subject to change without notice. Any
comments or statements made herein do not necessarily reflect those of
JPMorgan Chase & Co., its subsidiaries and affiliates. This transmission
may contain information that is privileged, confidential, legally
privileged, and/or exempt from disclosure under applicable law. If you
are not the intended recipient, you are hereby notified that any
disclosure, copying, distribution, or use of the information contained
herein (including any reliance thereon) is STRICTLY PROHIBITED. Although
this transmission and any attachments are believed to be free of any
virus or other defect that might affect any computer system into which
it is received and opened, it is the responsibility of the recipient to
ensure that it is virus free and no responsibility is accepted by
JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable,
for any loss or damage arising in any way from its use. If you received
this transmission in error, please immediately contact the sender and
destroy the material in its entirety, whether in electronic or hard copy
format. Thank you.
Please refer to http://www.jpmorgan.com/pages/disclosures for
disclosures relating to UK legal entities.




The information contained in this e-mail message may be privileged and confidential
information and is intended only for the use of the individual and/or entity identified in
the alias address of this message.  If the reader of this message is not the intended
recipient, or an employee or agent responsible to deliver it to the intended recipient, you
are hereby requested not to distribute or copy this communication. If you have received this
communication in error, please notify us immediately by telephone or return e-mail and delete
the original message from your system.  Thank you.

* * * * * * * * * * * * * * * * * * * *

IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS, we
inform you that any U.S. federal tax advice contained in this communication (including any
attachments) is not intended or written to be used, and cannot be used, for the purpose of
(i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any transaction or matter addressed herein.

* * * * * * * * * * * * * * * * * * * *

CONFIDENTIAL                                                    MD 002286A



CONFIDENTIAL



## Discussion Outline



⋏ **Situation Overview**

⋏ **Solvency Opinion Process**

⋏ **Key Assumptions**

⋏ **Summary of Solvency Analyses**

⋏ **Conclusions**

⋏ **Questions**

⋏ **VRC's Qualifications and Highlighted Experience**



2



## Situation Overview

* Tribune Company ("Tribune" or the "Company") is anticipating the closing of certain transactions which will include the purchase of the Company's remaining publicly traded common stock, the borrowing of additional debt to finance the purchase of the common stock, and the completion of the Merger (the "Step Two Transactions").

* The Board of Directors has engaged Valuation Research Corporation ("VRC") to provide its opinion, as to whether as of December 4, 2007, immediately after and giving effect to the consummations of the Step Two Transactions, the Company will be solvent and will have adequate capital to conduct ongoing operations.

*Valuation and Capital Adequacy Tests:*

➢ *Immediately after and giving effect to the consummation of the Step Two Transactions, each of the Fair Value and Present Fair Saleable Value of the aggregate assets (including goodwill) of Tribune will exceed its liabilities (including the Stated Liabilities, the Identified Contingent Liabilities and the New Financing);*

*Cash Flow Test:*

➢ *As of the date hereof, immediately after and giving effect to the consummation of the Step Two Transactions, Tribune will be able to pay its debts (including the Stated Liabilities, the Identified Contingent Liabilities and the New Financing), as such debts mature or otherwise become absolute or due; and*

*Capitalization Test:*

➢ *As of the date hereof, immediately after and giving effect to the consummation of the Step Two Transactions, Tribune Does Not Have Unreasonably Small Capital.*





VRC

Strong values.

3

CONFIDENTIAL

MD 002289A

## Solvency Opinion Process

➤ Collected data from Tribune and other sources relating to Tribune and pertinent industries, capital markets, competitors, and comparable companies;

➤ Held discussions with Management of each operating division and appropriate corporate personnel of Tribune;

➤ Held numerous conference calls with corporate and operating personnel to discuss monthly and quarterly financial performance and expectations for the future;

➤ Analyzed the data received and reviewed the notes from our discussions with Tribune personnel;

➤ Conducted valuation and solvency opinion analyses;

➤ Conducted sensitivity and downside testing utilizing Management's downside projections; and

➤ Concluded whether or not Tribune meets the tests of solvency for the Step Two Transactions.





Strong values.

4

MD 002290A



## Key Assumptions

➤ The standards of value used for the solvency of the Step Two Transactions include Fair Value and Present Fair Saleable Value and have been modified for this opinion. The modification assumes that the buyer would have a structure similar to the structure contemplated in the Step Two Transactions (an S-Corporation, owned entirely by an ESOP, which receives federal income tax deferrals or another structure resulting in equivalent favorable federal income tax treatment to Tribune);

➤ VRC relied upon Management's Base Case and Downside Case projections for its opinion;

➤ VRC relied upon achieving S-Corp ESOP tax savings for Tribune which are determined using the Base Case forecast; and

➤ Assumes that the Company can refinance guaranteed debt after the expiration of the credit agreements.



VRC
Strong values.

5

CONFIDENTIAL

MD 002291A

## Summary of Solvency Analyses



- Valuation Tests

- Comparison of Step One and Step Two Valuations

- Cash Flow Test

- Sensitivity Test

- Case Comparisons



VRC
Strong values.

6

CONFIDENTIAL

MD 002292A

# Valuation Tests ($ in millions)



| Valuation Method | Low | Mid | High |
|---|---|---|---|
| Comparable Companies | $9,248.1 | $9,865.3 | $10,482.5 |
| Comparable Transactions | $10,782.0 | $11,081.5 | $11,381.0 |
| Discounted Cash Flow | $9,593.3 | $10,303.4 | $11,013.6 |
| Sum of Business Segments¹ | $9,374.2 | $9,969.1 | $10,564.0 |
| Average Operating Enterprise Value | $9,749.4 | $10,304.8 | $10,860.3 |
| + Equity Investments and Other Assets | $3,066.4 | $3,112.1 | $3,557.1 |
| + NPV of S-Corp - ESOP Tax Savings | $1,733.3 | $2,024.7 | $2,316.2 |
| Adjusted Enterprise Value | $14,549.1 | $15,441.7 | $16,733.5 |
| + Cash | $197.7 | $197.7 | $197.7 |
| - Debt | ($13,188.1) | ($13,188.1) | ($13,188.1) |
| - Identified Contingent Liabilities | ($86.8) | ($86.8) | ($86.8) |
| Equity Value | $1,471.9 | $2,564.5 | $3,656.4 |
| Total Enterprise Value | 10.1% | 16.6% | 21.9% |

### Operating Enterprise Value Multiples

| | | Low | Mid | High |
|---|---|---|---|---|
| LTM EBITDA | $1,193.0 | 8.2x | 8.6x | 9.1x |
| 2007P EBITDA | $1,191.4 | 8.2x | 8.6x | 9.1x |
| 2008P EBITDA | $1,193.3 | 8.2x | 8.6x | 9.1x |

### Consolidated Enterprise Value Multiples

| | | Low | Mid | High |
|---|---|---|---|---|
| LTM Adjusted EBITDA² | $1,263.1 | 11.6x | 12.2x | 12.9x |
| 2007P Adjusted EBITDA² | $1,276.3 | 11.4x | 12.3x | 13.1x |
| 2008P Adjusted EBITDA² | $1,291.9 | 11.5x | 12.2x | 13.0x |



VRC
Strong values.

* ⁽¹⁾ Includes the value of radio.
* ⁽²⁾ Adjusted EBITDA includes cash from equity investments.

7

CONFIDENTIAL

MD 002293A

# *Comparison of Consolidated Valuations ($ in millions)*



| Valuation Method | Step One Valuation Summary | Step Two Valuation Summary | Change Increase / (Decrease) |
|---|---|---|---|
| Comparable Companies | $12,497.6 | $9,865.3 | ($2,632.3) |
| Comparable Transactions | $12,681.1 | $11,081.5 | ($1,599.6) |
| Discounted Cash Flow | $9,918.6 | $10,303.4 | $384.8 |
| Sum of Business Segments[1] | $12,709.7 | $9,969.1 | ($2,740.6) |
| **Average Operating Enterprise Value** | **$11,951.8** | **$10,304.8** | **($1,646.9)** |
| + Equity Investments and Other Assets[2,3] | $2,686.0 | $3,312.1 | $626.1 |
| + NPV of PHONES Tax Savings | $382.7 | -- | ($382.7) |
| + NPV of S-Corp - ESOP Tax Savings | -- | $2,024.7 | $2,024.7 |
| **Adjusted Enterprise Value** | **$15,020.4** | **$15,641.7** | **$621.3** |
| + Cash | $188.0 | $197.7 | $9.7 |
| - Debt | ($9,463.8) | ($13,188.1) | ($3,724.3) |
| - Identified Contingent Liabilities | ($97.1) | ($86.8) | $10.3 |
| **Equity Value** | **$5,647.5** | **$2,564.5** | **($3,083.0)** |
| **% of Enterprise Value** | **37.6%** | **16.4%** | **-21.2%** |

8

* [1] Includes the value of radio.
* [2] Includes Tribune's latest estimate of the net proceeds from the sale of the Cubs and Comcast.
* [3] Includes after tax value of certain real estate that com either be sold or capitalized into value.

VRC
Strong values.

MD 002294A

# Comparison of Consolidated Valuation Metrics *($ in millions)*

**TRIBUNE**

**Operating Enterprise Value Multiples**

| | | Step One Valuation Summary | Step Two Valuation Summary | Change Increase / (Decrease) |
|---|---|---|---|---|
| PF LTM EBITDA | $3,198.0 | 9.0x | 8.6x | (0.4x) |
| 2007P EBITDA | $1,191.4 | 8.7x | 8.6x | (0.1x) |
| 2008P EBITDA | $1,293.3 | 8.7x | 8.6x | (0.0x) |

**Consolidated Enterprise Value Multiples**

| | | Step One Valuation Summary | Step Two Valuation Summary | Change Increase / (Decrease) |
|---|---|---|---|---|
| PF Adjusted LTM EBITDA | $1,249.1 | 10.4x | 12.4x | 2.0x |
| 2007P Adjusted EBITDA[1] | $1,276.3 | 10.5x | 12.3x | 1.8x |
| 2008P Adjusted EBITDA | $1,291.9 | 10.2x | 12.1x | 1.9x |

[1] Adjusted EBITDA includes cash from equity investments

**VRC**

Strong values.

9

MD 002295A

# Comparison of Publishing Valuation and Metrics *($ in millions)*

| Valuation Method | Step One Valuation Summary | Step Two Valuation Summary | Change Increase / (Decrease) |
|---|---|---|---|
| Comparable Companies | $8,147.1 | $4,944.7 | ($3,202.4) |
| Comparable Transactions | $8,485.9 | $6,438.2 | ($2,047.7) |
| Discounted Cash Flow | $7,071.8 | $5,924.8 | ($1,147.1) |
| **Average Operating Enterprise Value** | **$7,901.6** | **$5,768.6** | **($2,133.0)** |

**Implied Enterprise Value Multiples**

| | | | |
|---|---|---|---|
| LTM EBITDA | $890.8 | 8.8x | 7.2x | (1.6x) |
| 2007P EBITDA | $776.4 | 8.7x | 7.4x | (1.3x) |
| 2008P EBITDA | $786.3 | 8.6x | 7.3x | (1.3x) |

10



CONFIDENTIAL

MD 002296A

# Comparison of Broadcasting Valuation and Metrics *($ in millions)*

| Valuation Method | Step One Valuation Summary | Step Two Valuation Summary | Change Increase / (Decrease) |
|---|---|---|---|
| Comparable Companies | $4,694.1 | $3,905.5 | ($788.6) |
| Comparable Transactions | $4,889.4 | $4,412.8 | ($476.5) |
| Discounted Cash Flow | $4,278.4 | $4,789.8 | $511.5 |
| **Average Operating Enterprise Value[1]** | **$4,620.6** | **$4,368.9** | **($251.7)** |

**Implied Enterprise Value Multiples**

| | | | | |
|---|---|---|---|---|
| LTM EBITDA | $383.7 | 11.6x | 11.4x | (0.2x) |
| 2007P EBITDA | $371.9 | 12.0x | 11.7x | (0.3x) |
| 2008P EBITDA | $418.3 | 10.9x | 10.1x | (0.8x) |

*[1] Excludes the value of radio.*



TRIBUNE

VRC
Strong values.

11

CONFIDENTIAL

MD 002297A

## Base Case Debt Covenant Summary *($ in millions)*

| Covenant Analysis | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P |
|---|---|---|---|---|---|---|---|---|---|
| EBITDA | $1,191.4 | $1,193.3 | $1,236.8 | $1,282.1 | $1,298.6 | $1,348.8 | $1,382.7 | $1,417.4 | $1,453.0 |
| Covenant EBITDA | $1,316.3 | $1,356.0 | $1,414.5 | $1,484.7 | $1,523.7 | $1,592.2 | $1,647.1 | $1,706.3 | $1,770.3 |
| Guaranteed Debt | $10,167.5 | $9,112.7 | $8,877.3 | $9,034.1 | $8,702.3 | $8,291.1 | $7,881.6 | $7,360.9 | $7,008.6 |
| Projected Guaranteed Debt / Covenant EBITDA | 7.72x | 6.72x | 6.28x | 6.08x | 5.71x | 5.21x | 4.79x | 4.31x | 3.96x |
| Maximum Required Leverage Ratio | 9.00x | 9.00x | 8.75x | 8.50x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x |
| $ Cushion (Covenant EBITDA) | $186.0 | $243.5 | $406.0 | $421.5 | $468.9 | $583.2 | $691.3 | $814.5 | $932.8 |
| Projected Covenant EBITDA / Cash Interest | 3.23x | 3.42x | 1.93x | 1.57x | 1.61x | 1.72x | 1.84x | 1.98x | 2.16x |
| Minimum Required Interest Coverage Ratio | 1.10x | 1.15x | 1.20x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x |
| $ Cushion (Cash Interest) | $785.0 | $229.6 | $240.4 | $239.6 | $277.1 | $334.8 | $462.3 | $563.3 | $555.1 |



TRIBUNE

VRC
Strong values.

14

CONFIDENTIAL

MD 002300A







CONFIDENTIAL

MD 002301A

# Sensitivity Test Assumptions



**✳ Corporate:**

1. Discretionary acquisition expenditures are projected to be $50 million in fiscal years 2008 through 2013

2. Potential asset sales in 2013

**✳ Publishing:**

*Total Revenues:* 4.9% decline in fiscal year 2008, 3.6% decline in 2009, 2.8% decline in 2010, 2.7% decline in 2011, and 2.5% decline for 2012 and beyond

*EBITDA Margins:* 20.7% in fiscal year 2008, 19.8% in year 2009, 19.5% in year 2010, 19.4% in 2011, and 19.4% for 2012 and beyond

**✳ Broadcasting:**

*Total Revenues:* 1.9% increase in fiscal year 2008, 1.6% decline in 2009, 2.7% increase in 2010, 0.8% decline in 2011, and 2.1% increase for 2012 and beyond

*EBITDA Margins:* 32.6% in fiscal year 2008, 33.3% in 2009, 34.0% in 2010, 31.3% in 2011, and 31.4% for 2012 and beyond

16



VRC
Strong values.

CONFIDENTIAL

MD 002302A

# Sensitivity Case Cash Flow Test *($ in millions)*

| Cash Flow Summary | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P |
|---|---|---|---|---|---|---|---|---|
| **Adjusted EBITDA** | $1,145.0 | $1,093.7 | $1,086.5 | $1,090.1 | $1,022.6 | $1,015.3 | $1,008.6 | $1,002.4 |
| Cash Received from Equity Investments | $98.6 | $115.4 | $140.3 | $162.9 | $181.1 | $202.1 | $226.6 | $255.1 |
| Equity Income Adjustment for Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | ($27.0) | ($59.3) | ($65.2) |
| Cash Taxes | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| ESOP Repurchase Obligation | $0.0 | ($50.1) | ($50.2) | ($50.5) | ($51.0) | ($51.7) | ($52.5) | ($53.4) |
| Expense Reduction from 401K Elimination | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 |
| Net Cash Interest Expense | ($924.8) | ($911.9) | ($927.7) | ($935.0) | ($935.8) | ($928.1) | ($880.3) | ($888.4) |
| Other | ($32.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) |
| **Operating Cash Flow** | $346.9 | $347.1 | $348.9 | $307.4 | $316.9 | $310.7 | $333.2 | $350.5 |
| Capital Expenditures | ($132.2) | ($103.3) | ($103.5) | ($103.5) | ($103.5) | ($103.5) | ($103.5) | ($103.5) |
| Other | $849.0 | ($50.0) | ($50.0) | ($50.0) | ($50.0) | $784.2 | ($50.0) | ($50.0) |
| **Cash Flow Available for Debt Repayment** | $1,063.7 | $193.8 | $195.4 | $154.0 | $163.4 | $991.4 | $179.7 | $197.0 |
| Scheduled Debt Repayments | ($949.0) | ($77.7) | ($223.0) | ($77.9) | ($918.8) | ($910.8) | ($5,252) | ($2,098.8) |
| Other Financing Activities | $50.4 | ($0.5) | ($0.5) | ($0.5) | ($0.5) | ($0.5) | $5,326.0 | $1,695.2 |
| **Net Cash Flow** | $1,139.1 | $115.6 | ($332.7) | $75.6 | $84.1 | $880.1 | $178.6 | ($196.6) |
| Beginning Cash | $197.7 | $115.6 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 |
| Minimum Cash Balance | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) |
| Revolver Borrowings | $0.0 | $0.0 | $332.7 | $0.0 | $0.0 | $0.0 | $0.0 | $196.6 |
| **Cash Available for Discretionary Prepayments** | $1,261.8 | $115.6 | $0.0 | $75.6 | $84.1 | $880.1 | $178.6 | $0.0 |



**TRIBUNE**

# VRC

Strong values.

17

CONFIDENTIAL

MD 002303A

# Sensitivity Case Debt Covenant Summary *($ in millions)*

| Covenant Analysis | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P |
|---|---|---|---|---|---|---|---|---|---|
| EBITDA | $1,191.4 | $1,145.0 | $1,093.7 | $1,086.5 | $1,030.1 | $1,022.6 | $1,015.3 | $1,008.6 | $1,002.4 |
| Covenant EBITDA | $1,371.3 | $1,307.7 | $1,271.4 | $1,289.2 | $1,255.2 | $1,265.9 | $1,252.8 | $1,238.2 | $1,234.5 |
| Guaranteed Debt | $10,167.5 | $9,101.2 | $8,918.8 | $9,184.9 | $9,042.7 | $8,892.2 | $7,995.8 | $7,893.1 | $8,042.7 |
| Projected Guaranteed Debt / Covenant EBITDA | 7.41x | 6.96x | 7.02x | 7.12x | 7.20x | 7.02x | 6.38x | 6.37x | 6.41x |
| Maximum Required Leverage Ratio | 9.00x | 9.00x | 8.75x | 8.50x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x |
| $ Slack in Covenant EBITDA | $241.6 | $296.1 | $253.1 | $259.1 | $150.1 | $188.1 | $285.6 | $228.4 | $273.7 |
| Projected Covenant EBITDA / Cash Interest | 3.87x | 3.41x | 3.30x | 3.39x | 3.34x | 3.36x | 3.37x | 3.39x | 3.41x |
| Minimum Required Interest Coverage Ratio | 1.10x | 1.15x | 1.20x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x |
| $ Cushion (Cash Interest) | $869.0 | $808.3 | $815.3 | $763.3 | $646.3 | $574.7 | $571.8 | $598.0 | $559.0 |



TRIBUNE



VRC

Strong values.

18

CONFIDENTIAL

MD 002304A





VRC
Strong values.

CONFIDENTIAL

MD 002305A

# Base Case vs. Downside Case Comparison ($ in millions)

**TRIBUNE**

| Consolidated Company Comparison | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | '07-'13E |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | |
| Base Case | $5,096.3 | $4,936.4 | $5,016.1 | $5,146.8 | $5,244.8 | $5,371.1 | $5,500.4 | $36,312.0 |
| Downside Case | $5,096.3 | $4,695.3 | $4,550.2 | $4,486.2 | $4,389.5 | $4,333.8 | $4,280.7 | $31,832.1 |
| $ Variance | $0.0 | ($241.1) | ($465.9) | ($660.6) | ($855.3) | ($1,037.2) | ($1,219.7) | ($4,479.9) |
| % Variance | 0.0% | -4.9% | -9.3% | -12.8% | -16.3% | -19.3% | -22.2% | -12.3% |
| **EBITDA** | | | | | | | | |
| Base Case | $1,191.4 | $1,193.3 | $1,246.8 | $1,282.1 | $1,298.6 | $1,348.8 | $1,382.7 | $8,053.0 |
| Downside Case | $1,191.4 | $1,145.0 | $1,093.7 | $1,086.5 | $1,030.1 | $1,022.6 | $1,015.3 | $7,584.7 |
| $ Variance | $0.0 | ($48.3) | ($143.2) | ($195.6) | ($268.5) | ($326.2) | ($367.4) | ($1,340.2) |
| % Variance | 0.0% | -4.0% | -11.6% | -15.3% | -20.7% | -24.2% | -26.6% | -15.1% |
| **Cash Available for Debt Repayment** | | | | | | | | |
| Base Case | $1,053.4 | $1,052.2 | $246.8 | $304.7 | $343.7 | $424.1 | $504.5 | $3,529.4 |
| Downside Case | $1,053.4 | $1,063.7 | $193.8 | $195.4 | $154.0 | $163.4 | $991.4 | $3,815.3 |
| $ Variance | ($0.0) | $11.4 | ($53.0) | ($109.3) | ($189.8) | ($260.7) | $487.0 | ($11.3) |
| % Variance | 0.0% | 1.1% | -21.5% | -35.9% | -55.2% | -61.5% | 96.5% | -2.3% |
| **Guaranteed Debt / Covenant EBITDA** | | | | | | | | |
| Base Case | 7.72x | 6.72x | 6.28x | 6.08x | 5.71x | 5.21x | 4.79x | |
| Downside Case | 7.41x | 6.96x | 7.02x | 7.12x | 7.20x | 7.02x | 6.38x | |
| Covenant | 9.00x | 9.00x | 8.75x | 8.50x | 8.25x | 8.25x | 8.25x | |
| **Covenant EBITDA / Cash Interest** | | | | | | | | |
| Base Case | 3.23x | 1.42x | 1.51x | 1.57x | 1.61x | 1.72x | 1.84x | |
| Downside Case | 3.37x | 1.41x | 1.39x | 1.39x | 1.34x | 1.35x | 1.35x | |
| Covenant | 1.10x | 1.15x | 1.20x | 1.25x | 1.25x | 1.25x | 1.25x | |
| **Total Debt** | | | | | | | | |
| Base Case | $13,188.1 | $11,996.9 | $11,774.1 | $11,493.9 | $11,175.4 | $10,777.3 | $10,299.5 | |
| Downside Case | $13,188.1 | $12,011.0 | $11,867.2 | $11,723.0 | $11,671.4 | $11,511.6 | $10,546.8 | |
| $ Variance | $0.0 | $14.1 | $93.2 | $229.0 | $445.9 | $734.3 | $247.3 | |
| % Variance | 0.0% | 0.1% | 0.8% | 2.0% | 4.0% | 6.8% | 2.4% | |

**VRC**

Strong values.

20

CONFIDENTIAL

MD 002306A

# Base Case vs. Downside Case Comparison *($ in millions) (continued)*



| Publishing Segment Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | |
| Base Case | $3,713.5 | $3,679.9 | $3,752.0 | $3,840.2 | $3,927.6 | $4,019.3 | $4,113.1 | $27,045.5 |
| Downside Case | $3,713.5 | $3,511.3 | $3,385.6 | $3,290.0 | $3,202.3 | $3,122.0 | $3,043.7 | $23,268.3 |
| $ Variance | $0.0 | ($168.6) | ($366.4) | ($550.2) | ($725.4) | ($897.3) | ($1,069.3) | ($3,777.3) |
| % Variance | 0.0% | -4.6% | -9.8% | -14.3% | -18.5% | -22.3% | -26.0% | -14.0% |
| **EBITDA** | | | | | | | | |
| Base Case | $817.8 | $786.1 | $814.2 | $844.2 | $874.8 | $906.3 | $927.5 | $5,971.0 |
| Downside Case | $817.8 | $745.8 | $691.9 | $666.3 | $644.6 | $628.6 | $613.5 | $4,808.3 |
| $ Variance | $0.0 | ($40.3) | ($122.3) | ($177.8) | ($230.2) | ($277.7) | ($314.0) | ($1,162.3) |
| % Variance | 0.0% | -5.1% | -15.0% | -21.1% | -26.3% | -30.6% | -33.9% | -19.5% |
| **Broadcasting Segment Comparison** | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
| **Revenue** | | | | | | | | |
| Base Case | $1,382.9 | $1,256.5 | $1,264.1 | $1,306.6 | $1,317.2 | $1,351.8 | $1,387.4 | $9,266.4 |
| Downside Case | $1,382.9 | $1,184.1 | $1,164.6 | $1,196.3 | $1,187.3 | $1,211.9 | $1,216.9 | $8,563.9 |
| $ Variance | $0.0 | ($72.5) | ($99.5) | ($110.4) | ($129.9) | ($140.0) | ($150.4) | ($702.6) |
| % Variance | 0.0% | -5.8% | -7.9% | -8.4% | -9.9% | -10.4% | -10.8% | -7.6% |
| **EBITDA** | | | | | | | | |
| Base Case | $415.2 | $448.5 | $463.9 | $479.3 | $465.0 | $483.8 | $496.5 | $3,252.1 |
| Downside Case | $415.2 | $385.5 | $388.0 | $406.5 | $371.8 | $380.3 | $388.1 | $2,735.4 |
| $ Variance | $0.0 | ($63.0) | ($75.9) | ($72.8) | ($93.3) | ($103.5) | ($108.4) | ($516.9) |
| % Variance | 0.0% | -14.1% | -16.4% | -15.2% | -20.1% | -21.4% | -21.8% | -15.9% |

* *(1) Includes financial results for radio.*

VRC
Strong values.

CONFIDENTIAL

MD 002307A







CONFIDENTIAL

MD 002308A

## VRC's Qualifications

※ Established in 1975, VRC is an independent, international financial advisory firm.

- ➢ *Eight domestic offices: New York, Princeton, Boston, Chicago, Cincinnati, Milwaukee, Tampa and San Francisco*
- ➢ *Eight global affiliates: Argentina, Australia, Brazil, Hong Kong, Mexico, Spain, United Kingdom and Venezuela*

※ Core services include financial opinions with respect to valuation, solvency, capital adequacy and fairness in connection with mergers, acquisitions, divestitures, leveraged buyouts, recapitalizations, financings and financial and tax reporting matters.

- ➢ VRC's core services provide its clients with strategic advisory, enhanced due diligence and sophisticated financial modeling
- ➢ Transactional: Valuation, Fairness, Solvency and Capital Adequacy Opinions
- ➢ Financial Reporting: Fair Value Reporting; Allocation of Purchase Price (SFAS 141); Goodwill Impairment (SFAS 142); Stock Based Compensation (SFAS 123-R)
- ➢ Tax Reporting: Deferred Compensation (IRC Sec 409A); Allocation of Purchase Cost (IRC Sec 1060 / 338); Valuation of Legal Entities

※ Full-service, in-house valuation capabilities include businesses, equity and debt securities, loans, derivative instruments, structured products, intangible assets, fixed assets and real estate.

※ *Significant experience with respect to M&A, leveraged finance and complex capital structures results from producing over 1,000 solvency, capital adequacy and fairness opinions in connection with a variety of transactions of all sizes covering all major industry groups.*

*Our client base includes some of the largest and most prestigious companies in the world*











VRC
Strong values.

23

CONFIDENTIAL

MD 002309A



CONFIDENTIAL

MD 002310A



## Disclaimer

- The accompanying material was compiled on a confidential basis for use solely by the Board of Directors of The Tribune Company as of December 4, 2007. This material is not intended to provide the sole basis for evaluating any transaction or event, does not purport to contain all information that may be required and should not be considered a recommendation with respect to any transaction or event. This material was prepared for a specific use by specific persons as of a specific date and was not prepared to conform with any disclosure standards under securities laws or otherwise. Neither VRC nor any of its officers, directors, employees, affiliates, advisors, agents or representatives warrants the accuracy or completeness of any of the material set forth herein. Nothing contained in the accompanying material should be relied upon as a promise or representation as to the past, the present or the future. This material must not be copied, reproduced, distributed or passed to others at any time without the prior written consent of VRC.

- It should be understood that any estimates, forecasts or projections contained in the accompanying material were prepared or derived from information supplied by the Company and public sources have been assumed by VRC to be correct and representative of the operations of Tribune without independent verification thereof. Accordingly, no representation or warranty can be or is made by VRC as to the accuracy or achievability of any such valuations, estimates, forecasts or projections and VRC expressly disclaims any and all liability relating to or resulting from the use of this material. Actual results may vary from such estimates, valuations, forecasts or projections and such variations may be material. Subsequent events may impact the analyses and conclusions set forth in the accompanying material and VRC does not assume any responsibility to update or revise the accompanying material for any events subsequent to the specified date set forth herein.



TRIBUNE

25



VRC

Strong values.

CONFIDENTIAL

MD 002311A