*Draft*

### Tribune Co. — Step 2 Solvency Valuation Questions

*Reference is made to (1) the draft preliminary presentation to the Board of Directors of Tribune Company ("Tribune") dated December 4, 2007 prepared by Valuation Research Corporation ("VRC") (the "Presentation") and (2) the written response of Valuation Research Corporation to questions dated December 7, 2007 posed on behalf of JPMorgan, Merrill Lynch, Citi and Bank of America (the "Banks") concerning the solvency analysis for Step 2 of the Tribune transaction (the "Response"; together with the Presentation, the "Materials").*

*The following are additional questions based upon a review of the Materials. The Banks request an opportunity to receive written responses to these questions as soon as possible or to discuss the answers to these questions on a due diligence telephone call as soon as possible. It is likely that the Banks will have further questions and a telephonic discussion will be necessary. In addition, the Banks request a separate opportunity to discuss with management of Tribune the Materials and the certificate required of Tribune management concerning solvency that is a condition to the Banks' financing commitments.*

1) Please respond to the following questions concerning the S-Corp ESOP tax savings and structure:

   A) Are there any relevant precedent transactions which VRC considered in determining to ascribe value to the S-Corp ESOP tax savings or in assuming it as the buy-side structure in its Fair Value and Present Fair Saleable Value analyses?

   B) The equity discount rate used to value the S-Corp ESOP tax savings (9.0% to 11.0%) appears to be based upon the market capital structure approach as opposed to the actual Tribune capital structure. Is this correct and, if so, did VRC consider the using the actual Tribune capital structure?

   C) In assuming the S-Corp ESOP tax structure as the buy-side structure in the Fair Value and Present Fair Saleable Value analyses, did VRC consider whether to discount that probability and its effect on the universe of potential buyers (i.e., private equity looking at public exits and public companies) and the potential for changes in tax laws permitting the employment of this structure going forward?

   D) To what extent did the tax consequences of planned or possible asset sales (whether as part of the sensitivity analyses or otherwise) factor into the valuation of the S-Corp ESOP tax savings?

   E) Please note Tribune's previous valuation of the S-Corp ESOP tax benefits at $1 billion in materials delivered to prospective lenders in Step 1. Please reconcile this with the present valuation and discuss its relevance to the solvency opinion exercise.

   F) Please confirm our understanding from VRC's answer to Question 12 in the Response that the ranges of equity cushions would be unacceptable for opinion purposes but for the value ascribed to the S-Corp ESOP tax savings. If that is the case, at what valuation of the S-Corp ESOP tax savings would VRC be unwilling to deliver a solvency opinion?

CONFIDENTIAL                                                                MD 002467A

2) Reference is made to VRC's answer to Question 18 in the Response in which VRC indicates that it is relying, in part, on a representation from Tribune which states that based upon recent discussions with Morgan Stanley, the Company would be able to refinance debt in its downside forecasts without the need for additional assets sales. Did VRC meet with someone from Morgan Stanley and does VRC know whether Morgan Stanley understands that Tribune is relying upon its view? Did VRC discuss this assumption with other financial institutions? To what extent did VRC consider current market conditions relevant to this analysis?

3) We note that the comparable transactions list is largely made up of transactions that preceded significant changes in the market for securities of comparable companies. Why did this not merit giving lesser weight to the comparable transactions analyses?

4) Regarding the discount rates for DCF and S-Corp ESOP tax savings, has VRC considered the current capital structure (instead of the 40%/60% debt/equity structure) and market rates of debt, particularly in light of the unique character of the structure and the impact on leverage? In addition, what is the Beta used in the calculation of the WACC?

5) To what extent are the current trading values for Tribune's debt and credit default swaps relevant to the solvency analyses and the assumptions, capitalization and methodologies employed by VRC? In particular, what would these trading levels imply about appropriate equity discount rates and refinancing risks?

6) Please provide information concerning the $784 million of asset sales in 2013 under the sensitivity case cash flow test and why it does not appear to impact cash flow in subsequent periods? Has the impact of this been considered in the valuation of the S-Corp ESOP tax savings?

7) Please provide a copy of any representation letter delivered by Tribune or its management to VRC.

CONFIDENTIAL                                                              MD 002468A