OCTOBER 3, 2007

# TRIBUNE

## FOLLOW-UP DILIGENCE QUESTIONS

STRICTLY PRIVATE AND CONFIDENTIAL

CONFIDENTIAL

MD 002029A

# Follow-up diligence questions

## Business performance

1) Provide details behind structural, cyclical and execution % change for retail, national and classified
   - By "impact factor"
2) Provide volume and per unit pricing for each daily newspaper, preprint, targeted print and interactive advertising category
   - Compare with pricing of other advertising mediums (e.g., outdoors, TV, radio, etc.)
   - How much advertising revenue migrated from print to interactive
3) Provide volume and per unit pricing for each of top 25 advertisers by segment (i.e., daily newspapers, preprint, targeted print, interactive) for the last 8 quarters
   - How much advertising revenue has migrated from daily newspaper to other mediums
4) Provide market share data of major daily newspapers for the last 8 quarters
5) Provide more details on equity investments
   - Volume, per unit pricing, funding requirement, profitability

## Projections

6) Discuss the process of preparing the projection models
   - April model
   - September model
7) Provide quarterly projections through 2009
8) Provide volume and per unit pricing assumptions for each advertising category
9) Provide more details on classified revenue
   - In particular, real estate and employment assumptions
   - Roll-offs in the previous recessions
10) Provide more details on interactive growth
    - Operational and financial metrics of key newspaper-affiliated sites (traffic trends)
    - Organic growth vs. growth through acquisitions
    - Growth of equity investments
    - Maintenance vs. new project capital expenditure requirements
    - In the downside case, can investments be cut by 50% and still support interactive revenue growth of 15% per year
11) Provide more detailed breakdown of other cash expenses for publishing segment
12) Provide more detailed breakdown of corporate and other expenses
    - How much is bonus and salary in the base model (scope of $30 million cut in downside plan)
    - Breakdown of $20 million public company savings
    - Breakdown of other expense savings in publishing in cash expense roll forward schedule provided on October 1
13) Provide benchmarking of compensation (bonus and salary) at other major newspapers
    - What is potential for further cost cutting in the base case

JPMorgan

2

14) As part of the staff reduction process, what is the forecast for severance for 2H 2007 and 2008?
    - Headcount reduction details
15) Discuss depreciation and amortization in relation to capital expenditures in the outer years

## New initiatives

16) Provide any data demonstrating results of the new initiatives
    - What has been the recent performance at selected newspapers where new initiatives have been implemented, monthly and/or weekly trend
    - What are best in class metrics for new initiatives that are being implemented?
    - How do the new initiatives impact 2008 plan?
    - Provide any case studies demonstrating recent success at Tribune newspapers or newspapers operated by peers
    - Provide data to support the cross-selling effort between mediums

## Additional asset sales

17) Are there any additional real estate sales or leaseback opportunities in addition to the list that was provided on September 26 outlining potential real estate opportunities?
18) What are other assets that could be monetized and estimated after-tax proceeds (e.g., CareerBuilder, Food Network, etc)

## Other

19) Who is included in the peer group when the Company compares performance?
20) What is the discount rate of S-Corp tax savings
21) Provide an update on union requests for employee representation on the board, in light of comments made at the recent shareholder meeting
22) Breakdown of any significant liabilities and claims at the subsidiary level ahead of Senior Secured Credit Facilities

FOLLOW-UP DILIGENCE QUESTIONS

JPMorgan

3

CONFIDENTIAL

MD 002031A