# Discussion points

- One of the closing conditions of Step 2 is that the CFO of Tribune must provide a certification of solvency of the Borrower pro forma for Step 2
  - Tribune has asked Valuation Research Corporation ("VRC"), who provided a solvency opinion for Step 1, to provide a solvency opinion for Step 2
  - A variety of valuation methods are used by VRC, including DCF, sum-of-the-parts, comparable companies and comparable transactions. All analysis are based on projections provided by the Company management
  - JPMorgan deal team's analysis indicates that the Company will potentially fail the solvency tests pro forma for Step 2
- The Plan of Merger contains a Material Adverse Effect ("MAE") clause that would prevent the closing of Step 2 if such an effect were to occur
  - The definition of MAE contains "disproportionate" language, essentially dictating that a MAE could only be claimed if the Company significantly underperforms its industry and geographic peers
  - JPMorgan deal team's peer analysis indicates that although Tribune's publishing segment has underperformed its peers in the recent quarters, the entire industry is experiencing very difficult operating environment and deteriorating performance
- Since the closing of Step 1, equity research analyst and S&P have issued reports suggesting the Company is over levered and liquidation value of the Company would only cover senior secured debt