**JPMorgan** — *Highly Confidential* — **INTERNAL DISTRIBUTION ONLY**

Date: September 10, 2007
Re: Tribune Company financing

**TRIBUNE**

| Leveraged Finance | | Investment Banking Coverage | |
|---|---|---|---|
| Raj Kapadia | 6 x 5510 | Brit Bartter | 312-541-4216 |
| Darryl Jacobson | 6 x 0329 | Peter Cohen | 2 x 9855 |
| Sheila Kahyaoglu | 6 x 1959 | Joachim Sonne | 2 x 2333 |
| Tesla Sommer | 6 x 5411 | Tony Grimminck | 2 x 9799 |
| | | Gretchen Tonnesen | 2 x 9941 |

## Executive summary

- On April 2, 2007, Tribune announced a going-private transaction for $34 per share. Sam Zell is supporting the transaction with a $315 million investment
- Step 1 of the transaction was closed in May 2007, in which approximately half of the public shares was repurchased for $4.3 billion and $2.8 billion of existing debt was refinanced. JPMorgan led $8.0 billion of new debt raise, consisted of: 1) a 750 million Revolving Credit Facility, 2) a $1.5 billion Term Loan X due in 18 months, 3) a $5.5 billion Term Loan B, and a $263 million Delayed Drawn Term Loan
- Step 2 of the transaction will repurchase the remaining shares outstanding for $4.3 billion. The Company will become privately held by an Employee Stock Ownership Plan ("ESOP"). The Zell Entity will hold a subordinated note and a warrant entitling it to acquire approximately 40% of the Company for $500 million in the future. Sam Zell will become Chairman of the Board upon closing of Step 2
  - Company plans to raise a $2,105 million Incremental Credit Facility and $2,100 million Senior Notes
  - Post Step 2, the Company will elect to become a S Corporation to achieve substantial tax savings
- Since the closing of Step 1, Tribune has experienced larger than expected deterioration in operating performance. Revised management projection provided in July showed that FY 2007E Adjusted EBITDA is expected be $1,282 million vs. $1,414 million in April projection (9.3% lower)
- Term Loan B was issued at $99.25 on 5/17/07, but has traded down significantly to around $90, underperforming the overall market and other large media issues
- Sam Zell and Tribune continue to indicate to the market their intent to close Step 2 of the transaction in the fourth quarter of 2007. Shareholder meeting held on August 21st approved the transaction. FCC approval expected for October and closing within a couple of days thereafter
- JPMorgan is leading the Senior Secured Credit Facilities (30% commitment), while Merrill Lynch is leading the Senior Notes (30% commitment), along with Citigroup (25% commitment) and Bank of America (15% commitment) as Bookrunners
- Underwriters will meet Tribune management on September 26 to conduct in-depth diligence, at which time, a revised 5-year projection will be presented

## Tribune business overview

**Publishing (70% of total EBITDA)** | **Broadcasting & Entertainment (30% of total EBITDA)** | **Equity Investments**

| Metro | Community | Television | Radio/Entertainment | |
|---|---|---|---|---|

Content categories:
- Los Angeles Times, Chicago Tribune, Hartford Courant, courant.com
- el Sentinel, Hoy, Newsday
-   kla5 
-  

Equity Investments:
- careerbuilder — ~41% stake
- food — ~31% stake
- comcast — ~25% stake
- topix.net — ~34% stake
-  shopLocal — ~43% stake

Key statistics:
- 2nd largest US Newspaper co in terms of revenue
  - 11 newspapers reaching 14 million adults per week
  - Readership - 8 million for Daily and 11 million for Sunday
  - Has operations in 25 major markets nationwide
  - More than 130 targeted niche publications—Community newspapers, lifestyle magazines
- Tribune Media Services - distributes news, information, and entertainment content via print, online, and on-screen media
- CLTV - 24-hour cable news channel

- Largest TV group not owned by a network
  - Present in Top 3 markets and 9 of top 10
  - Anchored by Superstation WGN that has a 66 million US household reach
  - 23 stations—14 CW, 6 FOX, 2 MyNetworkTV, 1 ABC
- WGN Cable programming is delivered by cable or satellite outside of the Chicago area

- WGN-AM, Chicago is the only radio station owned by the company
  - Avg. audience share of 5.7%
- Ownership of Chicago Cubs and Wrigley Field
- Tribune Entertainment
  - Syndication and ad sales of film libraries
  - Owner of Tribune Studios

## Key terms and flex

| | |
|---|---|
| Borrower: | Tribune Company |
| Amount and Tenor: | - $750 million 6-year Revolving Credit Facility ("RC")<br>- $5,515 million 7-year Term Loan B ("TLB")<br>- $1,500 million 2-year Term Loan X ("TLX") ($750 million due in 18 months)<br>- $263 million 7-year Delayed Draw Term Loan ("DDTL") |
| Pricing: | - R/C, TLB, DDTL: L+300 bps (RC: 50 bps, DDTL: 75 bps undrawn)<br>- TLX: L+250 bps after Step 1; L+275 bps after Step 2 |
| Incremental | Up to $2,105 million in connection with Step 2 of transaction only |
| Covenants: | - Minimum Interest Coverage of 1.75x (post Step 1); 1.1x (post Step 2), with step-ups<br>- Maximum Total Guaranteed Debt Leverage of 6.25x (post Step 1); 9.00x (post Step 2), with step-downs |
| Security: | All of the capital stock of Tribune Finance LLC and Tribune Broadcasting Holdco LLC |
| Guaranteed: | Senior guarantees from publishing and broadcasting subsidiaries |

- All mandatory prepayments, including from asset sales will be applied first to Term Loan X
- $2,100 million High Yield Notes cap is 12.5%
- Market Flex
  - Pricing flex of 50 bps or 4-year OID equivalent (cap at L+300 bps)
  - Ability to reallocate up to $1,400 million of the Incremental Facility to the Senior Bridge Facility or Senior Notes
  - Ability to secure Senior Notes on a second lien basis

## Pro forma capitalization for Step 2 ($ millions)

| | No Asset Sale | X EBITDA[1] | w/ Asset Sale | X EBITDA[2] |
|---|---|---|---|---|
| Revolver ($750mm) | $0 | | $0 | |
| Term Loan B | 7,620 | 5.6x | 7,620 | 5.8x |
| Term Loan X | 1,350 | 1.0x | 250 | 0.2x |
| **1st Priority Guaranteed Debt** | **$8,970** | **6.6x** | **$7,870** | **6.0x** |
| New Senior Notes/Bridge | 2,100 | 1.6x | 2,100 | 1.6x |
| **Guaranteed Debt** | **$11,070** | **8.2x** | **$9,970** | **7.6x** |
| Medium Term Notes/DDTL | $263 | | $263 | |
| Existing Notes | 1,166 | | 1,166 | |
| Capitalized Real Estate Obligation | 36 | | 36 | |
| Swap and Other Obligations | 43 | | 43 | |
| **Senior Debt** | **$12,578** | **9.3x** | **$11,478** | **8.7x** |
| PHONES | 930 | | 930 | |
| **Total Debt** | **$13,508** | **10.0x** | **$12,408** | **9.4x** |
| Zell investment | $315 | | $315 | |
| ESOP equity (borrowed from Tribune) | 250 | | 250 | |
| **Total Equity** | **$565** | **0.4x** | **$565** | **0.4x** |
| **Total Capitalization** | **$14,073** | **10.4x** | **$12,973** | **9.9x** |

[1] Based on LTM 9/30/07 Adjusted EBITDA of $1,351 million, pro forma for $60mm of 401(k) cash savings
[2] Based on LTM 9/30/07 Adjusted EBITDA of $1,314 million, assumes paydown of Term Loan X through sale of Cubs/Comcast SportsNet, Bender IRS settlement proceeds, A/R securitization and sale of other real estate assets

Highly Confidential - Attorneys' Eyes Only

JPM_00504331

 **JPMorgan** — *Highly Confidential* — **[DRAFT]** **INTERNAL DISTRIBUTION ONLY**

### JPMorgan holds, commitments and fees ($ millions)

| Step 1 | | Step 2 | |
|---|---|---|---|
| **Current holds** | | **Commitments** | |
| Revolving Credit Facility | $100 | Incremental Facility | $606 |
| Delay Drawn Term Loan | $79 | Senior Bridge | $630 (Gross)/$387(Net) |
| **Fees** | | **Fees** | |
| Gross fees | $35 | Gross fees | $25 |
| Net fees | $23 | | |

### Step 1 and Step 2 credit ratings

| | Step 1 | | Step 2 | |
|---|---|---|---|---|
| | Moody's | S&P | Moody's | S&P |
| Corporate/Issuer Ratings | Ba3 | B+ | B2 | B |
| Senior Secured[1] | Ba2 | BB | B1 | BB- |
| Existing Notes | B2 | B- | Caa1 | CCC+ |
| Outlook | Review for Downgrade | Negative Watch | Stable | Negative |

[1] Credit Facilities have a recovery rating of "1" (8/22/07)

### Step 2 Conditions Precedent and outs

- Step 2 Underwriter CP's / Outs:
  - Maximum Total Guaranteed Debt Leverage of ≤ 9.0x, pro forma for Step 2
  - Certification as to the solvency of the Borrower immediately after giving effect to Step 2
  - Delivery of audits, OM, management participation in marketing
- Step 2 Zell CP's / Outs:
  - Tribune shareholder approval and Tribune board makes appropriate recommendations (shareholders approved the transaction on 8/21/07)
  - Zell elected as Chairman
  - Regulatory approvals (FCC/Major League Baseball)
- Drop-dead date: May 31, 2008
- Break-up fee is $25mm for each party, if the other party breaches the agreement (e.g., if Reps/Warranties untrue)
- The transaction could also be terminated by mutual written consent by Tribune and Zell Entity

### Tribune TLB vs. LCDX levels ($)



Tribune TLB was priced at $99.25

Current Tribune trading levels:
TLB: $90.50
TLX: $97.50
R/C: $89.00

### CDS levels (bps)



### Existing bond trading levels

| Issuer | Issue Date | Issue Type | Principal | Coupon | Maturity | Ratings | Price | YTW | STW | W-Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Tribune Co | 10/1/98 | Nts | $167.9 | 5.500% | 10/6/08 | B2/B- | 94.00 | 11.64% | 749 | 10/6/08 |
| Tribune Co | 12/3/98 | Nts | $69.6 | 5.670% | 12/8/08 | B2/B- | 92.00 | 12.85% | 875 | 12/8/08 |
| Tribune Co | 1/15/95 | Debs | $148.2 | 7.250% | 3/1/13 | B2/B- | 86.62 | 10.53% | 646 | 3/1/13 |
| Tribune Co | 11/7/96 | Debs | $148.0 | 7.250% | 11/15/96 | B2/B- | 60.66 | 11.95% | 630 | 11/15/96 |
| Tribune Co | 8/10/05 | Sr Nts | $450.0 | 4.875% | 8/15/10 | B2/B- | 81.98 | 12.40% | 847 | 8/15/10 |
| Tribune Co | 8/10/05 | Sr Nts | $330.0 | 5.250% | 8/15/15 | B2/B- | 71.50 | 10.67% | 643 | 8/15/15 |

### Summary of public research

- Lehman report (8/14/07)
  - Tribune is significantly over-levered after Step 1 and should not incur any additional debt
  - Sum-of-the-parts analysis estimates fair value for the stock at $4 to $5, or $9 to $10 based on 15% 2008E FCF yield
  - Liquidation value post taxes and netting debt is negative ($747) million after Step 1, or negative ($4.95) billion after Step 2
- S&P report (8/22/07)
  - Debt other than Credit Facilities have very low recovery of 0% to 10%
  - Valuation at default of $8.85 billion, 40% lower than the LBO value (equivalent to EBITDA multiple of 7.8x)
  - Years to default is 2.5 years, i.e., at the end of 2009

### Solvency opinion

- One of the closing conditions of Step 2 is that the CFO of Tribune must provide a certification of solvency of the Borrower pro forma for Step 2
- Tribune has asked Valuation Research Corporation ("VRC"), who provided a solvency opinion for Step 1, to provide a solvency opinion for Step 2
- The solvency opinion focuses on three tests:
  - Value of assets exceeds liabilities
  - The Borrower does not have unreasonably small capital
  - The Borrower will be able to pay its debt going forward
- A variety of valuation methods are used, including DCF, sum-of-the-parts, comparable companies and comparable transactions. All analysis are based on projections provided by the Company management
- JPMorgan deal team's DCF and sum-of the parts analysis based on revised July projection indicate that the current valuation of Tribune is approximately $[10] to $[13] billion, potentially failing the solvency tests (i.e., debt amount exceeds the value of Borrower)

### Initiatives to pay down TLX (approximately $1.5 billion)

- As of July 2007, $100 million TLX repaid from cash flow since closing
- Sale of Cubs/Comcast - $600-1,000 million (Q4 2007/Q1 2008)
- Bender proceeds - $375 million (September 2007)
- Accounts receivables securitization (Asset-backed commercial paper) (September/October 2007)
  - $300-400 million of proceeds
  - 6-6.5% interest rate - about 1.5% less than bank loan interest rate
- KTLA lot/TMCT property (September 2007)
  - KTLA lot could be worth up to $100-125 million
  - Tax efficient swap with TMCT option (Sell lot/exercise TMCT purchase option)
- SCNI newspapers - $75 million (Q1 2008)
- Sale leaseback (2008)
  - 31 properties
  - 7-7.5% rental rate - about 1% less than current bank loan interest rate

### Material Adverse Effect

- The Plan of Merger contains a Material Adverse Effect ("MAE") clause that would prevent the closing of Step 2 if such an effect were to occur
- The definition of MAE contains "disproportionate" language, essentially dictating that a MAE could only be claimed if the Company significantly underperforms its industry and geographic peers
- JPMorgan deal team's peer analysis indicates that although Tribune's publishing segment has underperformed its peers in the recent quarters, the entire industry is experiencing very difficult operating environment and deteriorating performance

Highly Confidential - Attorneys' Eyes Only