From: CN=Rajesh Kapadia/O=JPMCHASE
Date: 12/18/2007 10:28:16 AM
To: CN=Peter Cohen/O=JPMCHASE@JPMCHASE
Subject: Fw: Solvency Analysis Follow-up Questions

---

Sent from my BlackBerry Wireless Handheld
    Inactive hide details for Rajesh KapadiaRajesh Kapadia

----- Original Message -----
    **From:** Rajesh Kapadia
    **Sent:** 12/17/2007 09:45 PM CST
    **To:** "Crane (Tribune) Kenney" <ckenney@tribune.com>; "Chandler (Tribune Group) Bigelow" <cbigelow@tribune.com>
    **Cc:** Yang Chen; Matthew Slovitt; "Todd (Merrill Lynch) Kaplan" <todd_kaplan@ml.com>; "David (Merrill Lynch) Tuvlin" <david_tuvlin@ml.com>; "Julie (Citigroup) Persily" <julie.persily@citigroup.com>; "Tim (Citigroup) Dilworth" <timothy.p.dilworth@citigroup.com>; "Bill (Bank America) Bowen" <bill.a.bowen@bankofamerica.com>; "Dan (BankAmerica) Kelly" <daniel.kelly@bofasecurities.com>; "Jonathan (Cahill) Schaffzin" <jschaffzin@cahill.com>; "Doug (Cahill) Horowitz" <dhorowitz@cahill.com>
    **Subject:** Solvency Analysis Follow-up Questions

Crane,
Following-up from our discussions earlier today, please find below 4 follow-up questions for VRC. Please let us know if you have any questions.
1. Please confirm that the changes between the December 4 and December 18 draft solvency opinion arose from VRCs ongoing independent analysis and were not influenced by others, including the Company, its Board of Directors or their respective advisors.
2. Please confirm that the form and format of the solvency opinion that is to be delivered on December 18 (including the qualifications, assumptions or exceptions thereto) will be in substantially the same form and format as the opinion delivered in connection with the first step transaction.
3. Would VRC's opinion reach the same solvency conclusion if the PHONES liability was considered at face value instead of market value as described in the draft December 18th presentation?
4. If VRC's opinion would reach the same solvency conclusion if the PHONES liability was considered at face value, would VRC's opinion reach the same solvency conclusion if the PHONES liability was considered at

Highly Confidential - Attorneys' Eyes Only

JPM_00288883

face value and the discount rate applied to the ESOP Tax Savings was changed to match EGI/Zell's implied IRR of approximately 41%?

---------------------------

Sent from my BlackBerry Wireless Handheld

Highly Confidential - Attorneys' Eyes Only

JPM_00288884