| | |
|---|---|
| Received: | from NYWEXMB21.msad.ms.com ([205.228.46.102]) by NYWEXJN92.msad.ms.com with Microsoft SMTPSVC(6.0.3790.211); Wed, 8 Nov 2006 17:49:45 -0500 |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain;charset="us-ascii" |
| Content-Transfer-Encoding: | quoted-printable |
| Content-class: | urn:content-classes:message |
| Return-Path: | <> |
| X-MimeOLE: | Produced By Microsoft Exchange V6.5 |
| x-originalarrivaltime: | 08 Nov 2006 22:49:45.0118 (UTC) FILETIME=[2F874BE0:01C70388] |
| Subject: | RE: Consolidated Tower Model (2-Nov-06) GCM3.xls |
| Received(Date): | Wed, 8 Nov 2006 17:49:44 -0500 |
| Message-ID: | <A7CB8D6513E1C1479F21442732289FDF01A690C3@NYWEXMB21.msad.ms.com> |
| In-Reply-To: | <8CCF18CD16F9DC4FBE03C3B0EE7D512301A46363@NYWEXMB32.msad.ms.com> |
| Thread-Topic: | Consolidated Tower Model (2-Nov-06) GCM3.xls |
| Thread-Index: | Acb/pb7zEFAcdr9+SiiIBZKNjxjmMACPIatAADjusiAAL+DA8AAANTuA |
| From: | "Williams, Steven D \(IBD\)" <Steven.D.Williams@morganstanley.com> |
| To: | "Ghosh, Subhalakshmi \(GCM\)" <Subhalakshmi.Ghosh@morganstanley.com> |
| Cc: | "Kvorning, Thomas \(IBD\)" <Thomas.Kvorning@morganstanley.com>,"Graham, William \(GCM\)" <W.Graham@morganstanley.com> |

This is perfect. Thanks for the help.

Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

———

From: Ghosh, Subhalakshmi (GCM)
Sent: Wednesday, November 08, 2006 5:49 PM
To: Williams, Steven D (IBD)
Cc: Kvorning, Thomas (IBD); Graham, William (GCM)
Subject: RE: Consolidated Tower Model (2-Nov-06) GCM3.xls

Steve,
For Tribune below is what you can show:
Publishing business takes on the rollover debt (secured) and PHONES
Publishing
LBO Scenario:

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MS_173565

7.25x total leverage (excluding PHONES)
4.5x bank at L + 250
1.75x sr nts at 8.50%
1.00x sr sub nts at 10.0%

Recap scenario:
6.25x total leverage (excluding PHONES)
4.5x bank at L + 250
1.25x sr nts at 8.50%
0.5x sr sub nts at 10.0%

Broadcasting
LBO Scenario:
7.75x total leverage
5.0x bank at L + 250
1.75x sr nts at 8.25%
1.00x sr sub nts at 9.75%

Recap scenario:
7.0x total leverage
5.0x bank at L + 250
1.5x sr nts at 8.25%
0.5x sr sub nts at 9.75%

Let us know if you have questions.

Regards,


Subhalakshmi Ghosh
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-5218
Fax: +1 212 507-0393
Subhalakshmi.Ghosh@morganstanley.com



-----

From: Williams, Steven D (IBD)
Sent: Tuesday, November 07, 2006 6:59 PM
To: Ghosh, Subhalakshmi (GCM)
Cc: Kvorning, Thomas (IBD)
Subject: RE: Consolidated Tower Model (2-Nov-06) GCM3.xls


Subah,

I have attached an updated Tower model that should addresses the concerns you had. We are no longer including PHONES in the leverage calculation, but we are including them as both a source and use of cash. Also, the leverage numbers (ex phones) should tie on the LBO segment page and on the segment sources and uses page.

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                         MS_173566

In terms of valuation, as discussed, the Broadcasting business should trade at 9.0x publicly, and 10.0x on a private-market basis. Publishing should trade at 8.0x publicly, and 9.0x on a private-market basis. Also remember, you can change the case by using 'ctrl+[' in cell G6 on the Segment Sources and Uses page.

Thank you, and please give me a call at your leisure to discuss.

Steve

Steven D. Williams
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 34
New York, NY 10036
Phone: +1 212 761-7646
Fax: +1 212 507-1026
Steven.D.Williams@morganstanley.com

———

From: Ghosh, Subhalakshmi (GCM)
Sent: Monday, November 06, 2006 3:46 PM
To: Williams, Steven D (IBD)
Subject: RE: Consolidated Tower Model (2-Nov-06) GCM2.xls

Steve,
Still have issues with this model. Can we look at leverage excluding Phones. Phones is sub debt so it doesn't make sense to include it in the bank debt section. In the sources and uses we can show the phones rolling to it shows up as a source and use of cash. But the 6.5x leverage you are calculating should not include the phones. Also the leverage and debt numbers on the sources and uses page and segment lbo page don't tie. So not sure what the disconnect is.

Subhalakshmi Ghosh
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-5218
Fax: +1 212 507-0393
Subhalakshmi.Ghosh@morganstanley.com

———

From: Williams, Steven D (IBD)
Sent: Friday, November 03, 2006 7:11 PM
To: Ghosh, Subhalakshmi (GCM)
Subject: Consolidated Tower Model (2-Nov-06) GCM2.xls

updated model

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                       MS_173567