**From:** Chris Hochschild [CHochschild@egii.com]
**Sent:** Monday, November 12, 2007 4:58 PM
**To:** Bill Pate; Mark Sotir
**Subject:** P10 Brown Book - Publishing Only

**Attachments:** pub-per10.pdf
The full period 10 brown book should be available tomorrow...here is publishing only.

---

**From:** Knapp, Peter [mailto:PKnapp@tribune.com]
**Sent:** Monday, November 12, 2007 4:18 PM
**To:** Chris Hochschild
**Cc:** Amsden, Harry
**Subject:** FW: final P10 brown book in PDF

Chris:

Not sure if Harry sent you this or not or if you heard back from Litman, but here is the final Publishing Section of the Brown Book for P10.

Pete

CONFIDENTIAL                                                                                                                    EGI-LAW 00158501