From: Nils Larsen [NLarsen@egii.com]
Sent: Tuesday, December 18, 2007 11:49 AM
To: Bigelow, Chandler
Subject: RE: CT newspapers

Good thought.

-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Tuesday, December 18, 2007 11:28 AM
To: Nils Larsen
Cc: Eldersveld, David
Subject: RE: CT newspapers

I told him to mention the asset backed CP program in the sentence as well.

-----Original Message-----
From: Nils Larsen [mailto:NLarsen@egii.com]
Sent: Tuesday, December 18, 2007 10:20 AM
To: Bigelow, Chandler
Cc: Eldersveld, David
Subject: RE: CT newspapers

Works for me. I can live with the concept of expected asset sales.

-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Tuesday, December 18, 2007 9:58 AM
To: Nils Larsen
Cc: Eldersveld, David
Subject: FW: CT newspapers

Hey. Here is the S&P draft of their release. Please let me know if you have any comments. Thanks, CB

-----Original Message-----
From: Courtney, Emile [mailto:Emile_Courtney@standardandpoors.com]
Sent: Tuesday, December 18, 2007 9:01 AM
To: Bigelow, Chandler
Subject: RE: CT newspapers

Hi Chandler, you will notice in the draft a reference to $1 billion in asset sale and other transaction proceeds. The current rating relies upon the elimination of term loan X by June 2009, and therefore, given existing cash balances are being used to lower borrowings rather than prepay term loan X today, we need to get across to investors we expect Tribune to receive significant proceeds over the intermediate term. I believe Tribune has not publicly stated expected asset sale and other transaction proceeds. We are stating this in the press release as 'our expectation'. Let me know if you have questions. We will plan to publish this by 12 noon EST. Emile

-----Original Message-----
From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Tuesday, December 18, 2007 9:06 AM
To: Courtney, Emile
Subject: Re: CT newspapers

Thanks. That timing will work. I will review the draft and get back to

CONFIDENTIAL

EGI-LAW 00189249

you with comments. Thanks again, Chandler

----- Original Message -----
From: Courtney, Emile <Emile_Courtney@standardandpoors.com>
To: Bigelow, Chandler
Sent: Tue Dec 18 07:56:54 2007
Subject: RE: CT newspapers

Hi Chandler, we are working through our editorial process now. I have a 10am call. I am going to try to get you the draft before 10am, otherwise it may reach you after 11am. Emile

---

From: Bigelow, Chandler [mailto:CBigelow@tribune.com]
Sent: Tuesday, December 18, 2007 7:29 AM
To: Courtney, Emile
Subject: RE: CT newspapers

Thanks Emile. Appreciate your help. If you can place the rating out this morning that would be great. Can I take a look prior to public dissemination? Many thanks, Chandler

---

From: Courtney, Emile
[mailto:Emile_Courtney@standardandpoors.com]
Sent: Monday, December 17, 2007 12:28 PM
To: Bigelow, Chandler
Subject: RE: CT newspapers

Please forget and forgive the question below, given that Tribune sold the papers to Hearst for $63 million on Nov. 1. Emile

---

From: Courtney, Emile
Sent: Monday, December 17, 2007 1:25 PM
To: 'cbigelow@tribune.com'
Subject: CT newspapers

Hi Chandler, one additional question: has there been progress finding a buyer for Southern Connecticut Newspapers? If you prefer to speak quickly by phone, I understand. Emile

Emile Courtney
Director
S&P Corporate Ratings
212-438-7824
emile_courtney@sandp.com

CONFIDENTIAL

EGI-LAW 00189250

The information contained in this message is intended only for the recipient, and may be a confidential attorney-client communication or may otherwise be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by replying to the message and deleting it from your computer. The McGraw-Hill Companies, Inc. reserves the right, subject to applicable local law, to monitor and review the content of any electronic message or information sent to or from McGraw-Hill employee e-mail addresses without informing the sender or recipient of the message.

_____

CONFIDENTIAL

EGI-LAW 00189251

From: Nils Larsen [NLarsen@egii.com]
Sent: Tuesday, December 18, 2007 10:19 AM
To: rcread@vegas.com
Subject: FW: Moody's press release
Moody's release

Moody's Lowers Tribune's CFR to B1, Ratings Remain on Review for Downgrade

Approximately $10.6 billion of debt instruments affected

Moody's Investors Service downgraded Tribune Company's ("Tribune") Corporate Family rating to B1 from Ba3, Probability of Default rating to B1 from Ba3 and associated debt ratings as detailed below. The downgrade reflects Moody's estimate that projected advertising revenue, EBITDA and cash flow generation will be lower than previously anticipated in 2008 and 2009 as a result of the ongoing challenges associated with a difficult revenue environment facing the newspaper industry including a soft residential real estate market and heightened competition from alternative advertising channels such as the Internet. The rating agency stated that debt protection measures will be meaningfully weaker than anticipated on April 23, 2007, the date of the prior rating action. Specifically, debt-to-EBITDA and free cash flow-to-debt in 2009 are likely to be in the range of 6.5x and 3%, respectively, notwithstanding tax settlement and asset sale proceeds in excess of Moody's prior projections. The rating action is unrelated to Tribune's plan to go private in a transaction led by Sam Zell (the "Zell-ESOP transaction") and all ratings remain on review for downgrade due the transaction.

Downgrades:
..Issuer: Tribune Company
....Corporate Family Rating, Downgraded to B1 from Ba3
....Probability of Default Rating, Downgraded to B1 from Ba3
....Issuer Rating, Downgraded to B3 from B2
....Senior Secured Bank Credit Facility, Downgraded to Ba3, LGD3-36% from Ba2, LGD3-37%
....Senior Unsecured Regular Bond/Debenture, Downgraded to B3, LGD5-84% from B2, LGD5-84%
....Senior Unsecured Medium-Term Note Program, Downgraded to B3 from B2
....Subordinate notes (PHONES), Downgraded to B3, LGD6-93% from B2, LGD6-93%
....Multiple Seniority Shelf, Downgraded to (P)B3 from (P)B2

Moody's also indicated that completion of the Zell-ESOP transaction would result in a further downgrade of the CFR to B3 with a stable rating outlook. This is one notch lower than Moody's earlier expectation for a B2 CFR upon completion of the privatization plan. Moody's believes the aforementioned reduction in earnings through 2009 will lead to debt-to-EBITDA in an 8.5-9.5x range for 2009 and EBITDA less capital expenditures to interest in a 1-1.2x range. These metrics are weaker than the levels Moody's had previously anticipated at the B2 CFR rating, including debt-to-EBITDA of 8.25x or lower by 2009 and EBITDA less capital expenditures to interest sustained above 1.2x. Tribune's shareholders approved the privatization plan in August 2007 and Tribune plans to close the transaction by the end of 2007 pending receipt of necessary FCC cross ownership waivers.

If the Zell-ESOP transaction is not completed, Moody's expects to confirm the B1 CFR with a stable rating outlook.

Tribune Company, headquartered in Chicago, Illinois, is a leading media company with revenue of approximately $5.2 billion from continued operations, is the second largest U.S. newspaper publisher, and also operates television and radio broadcasting and interactive services. The company owns 23 television stations including a VHF station in each of the top three metro markets, and TV-newspaper duopolies in New York, Los Angeles, Chicago, Miami, and Hartford. In addition, Tribune owns equity interests in a variety of media enterprises including CareerBuilder and the Food Network.

The information contained in this e-mail message, and any attachment thereto, is confidential and may not be disclosed without our express permission. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution or copying of this message, or any attachment thereto, in whole or in part, is strictly prohibited. If you have received this message in error, please immediately notify us by telephone, fax or e-mail and delete the message and all of its attachments. Thank you. Every effort is made to keep our network free from viruses. You should, however, review this e-mail message, as well as any attachment thereto, for viruses. We take no responsibility and have no liability for any computer virus which may be transferred via this e-mail message.

CONFIDENTIAL

EGI-LAW 00189253