**Subject:**        December 17, 2007

**Attachments:** Grimminck.Notes.12.17.07.pdf; EEE-008.pdf

---

**From:** Nastasi , Nicholas J. [mailto:NNastasi@saul.com]
**Sent:** Monday, July 12, 2010 2:58 PM
**To:** Polkes, Jonathan
**Cc:** Monk, II, Charles O.; Lee R. Bogdanoff
**Subject:** December 17, 2007

Dear Jonathan:  Per our telephone call this afternoon, please inquire with Morgan Stanley to determine if anyone from Morgan Stanley was asked to attend a conference call (or meeting) between Tribune and the Arranger Banks on December 17, 2007 relating to VRC's solvency opinion and the questions posed to VRC by the Arranger Banks.

Similarly, please ask if any Morgan Stanley employees recall attending such a call or meeting on or about that date.

Finally, please review the attached notes (which we understand were taken during that meeting/conference call). These notes are subject to the Court's Depository Order (relating to confidentiality), so please be sure to use the notes in conformance with the Court's Depository Order.  We would like you to ask Morgan Stanley if it believes that the statements in the notes relating to Morgan Stanley are consistent or inconsistent with Morgan Stanley's engagement with the Special Committee in or around December 2007.  For example, in EEE8, the notes state "Co. has used Morgan Stanley as solvency advisory".  Is this statement, consistent or inconsistent with Morgan Stanley's understanding of its role at the time, and was Tribune made aware of Morgan Stanley's limited role at the time?

It would be helpful to have Morgan Stanley's responses in writing in the form of a letter.  If you are agreeable, please provide the Examiner with your written response as soon as possible keeping in mind that the final deadline is upon us.  Thank you for your cooperation in this regard.

Nick

p.s. the notes in the "Grimminck" attachment appear to be dated 12/17/2006.  It is my understanding that the party who produced the notes is claiming that the notes are, in fact, from a 12/17/2007 meeting and the date on the notes is simply incorrect.  For the purposes of your responses to this e-mail, please assume that the correct date is 12/17/2007 -- not 2006.  (note that it states "Mon 12/17/2006" -- December 17th was a Sunday in 2006 and a Monday in 2007)

Nicholas J. Nastasi, Jr., Esquire
Saul Ewing LLP
Centre Square West
1500 Market Street
Philadelphia, PA  19102-2186
nnastasi@saul.com

Phone:  215-972-8445
Fax:     215-972-4170

"Saul Ewing LLP <saul.com>" made the following annotations:

~~~~~~~~~~~~~~~~~~~~~~~~

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

THIS E-MAIL MAY CONTAIN PRIVILEGED, CONFIDENTIAL, COPYRIGHTED, OR OTHER LEGALLY PROTECTED INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT (EVEN IF THE E-MAIL ADDRESS ABOVE IS YOURS), YOU MAY NOT USE, COPY, OR RETRANSMIT IT. IF YOU HAVE RECEIVED THIS BY MISTAKE PLEASE NOTIFY US BY RETURN E-MAIL, THEN DELETE. THANK YOU. SAUL EWING'S WEB SITE IS WWW.SAUL.COM.

~~~~~~~~~~~~~~~~~~~~~~~

7/19/2010

Mon    12/17/2006.

All Hands Call

Wachtell
Sidley          } TRB law team.
Quinn Emart    }

TRB team.

Citi, Merril, JPM, BofA., Counsel.

1. Review of Fin Projections.
Per 10 &11 results
→ Dec finish as planned.
    - movies and other categories doing well.
↗ $4m down In OCF in Oct & Nov.
Some shortfall made up in Dec.

Q4    within a few $m of projections.
    down ~$4m on Oct & Nov
    but made up on equity income line.

No period 12 reconciliation.

" close " on cash to projections
    for Q4 & 2008.

Highly Confidential - Attorneys' Eyes Only

2. VRC report & solvency analysis.

VRC is independent.
& Morgan Stanley to review solvency

"Accurate & complete" – VRC report.
"MS assumptions, & recommendations
fair & reasonable" in light of fairness
opinion".

"Corp, Pub, Bdcast senior mgt believe
company is solvent & can meet debt
obligations going fwd".

5ᵗʰ method – 11 year sealed company (step up
of tax basis).

Trading        Pub        6.2 – 7.1x  }  weighted based of }
               TV.        8.2x – 11.4x }              cash flows)

               10 year median  6.7x – 15.0x OCF
                         median.  10.2x

Transaction
               10.4x pub median.  } MS
               13.8x B/E median  }

DCF            2017      7.25x  8.25x  OCF
               close to MS fairness opion mid 7.7x

               7.5% – 8.5%  WACC.

Highly Confidential - Attorneys' Eyes Only

JPM_00499993

8.0% discount rate from MS fairness
& still ~~company~~ comfortable.

looked at sensitivities.

→ blended OCF multiple 8.6x

• $60m non-cash deducted from
eso (pension currently in numbers.

Tax saves ⎤ 2018 assumes exercise warrant.
+ adj. retirement
+ cash flows.

"liquidation value".
$9-10 bn. range.

downside $2-3 bn range.

**Equity Inv.**

$3.417 bn.

$2.386 bn equity.
$.849 bn cubs.
$.185 bn other + RE

TV food network.
$3.679 bn EV. ⌒ 14.0x multiple
Career Builder
$1.82 bn EV. ⌒ 3.3x Revs.
GAAP Rev +10% YoY 06.

Highly Confidential - Attorneys' Eyes Only

JPM_00499994

Cubs
7 groups submitted & cleared to MLB
$600m team
$250m comcAst
$250m wrigley.

tax structure tested.
→ to be sold ISFA.
$500 - $600m negotiated.
certainty next few weeks
1H08 → complete transaction (all).

RE          $180m
          ≃ 50% Times Mirror Square.
          $50m TRB tower.

Sale & Lease back $0 in URC.

Tax Saves
→ 2017    +    5yrs extrapolated.
16% discount.
perp. gr. 1% growth.
30% terminal value.

→ @ cost of equity

Debt    Incl. phones @ market.
        otherwise as projected.

→ $60m in 08 and beyond non cash retirement
benefits in #'s.

Highly Confidential - Attorneys' Eyes Only

Not included → $300m surplus
pension assets.

@ election ~$7bn deferred taxes eliminated

Chandler   "Conservative approach from VRC"
           ┌ add'l haircut of ~40% assuming.
           │ Coy pays Sam's taxes.
           └→ In core.

WACC        — Use "as funded" cost of debt.

_____       — MS will be @ board mtg to answer.
              questions.

_____       7-8x exit }  2017 exit.
            up to 20% WACC }

_____

Two Saves   previous  market cost equity
            current   trib  cost equity.

Highly Confidential - Attorneys' Eyes Only

## PHONES

$800m    — option on AOL
$800m    — deep discount bond

deferred tax ⇒ 30-40% related to Phones.

→ cancellation of indebtness income is considered income ∴ not taxable.

[ 270-590 ]

Redacted

Citi    S-Corp savings  } WRONG    but still +ve.
       Phones

Notes    — following DD
↳ charge debt as per 12/18/07.  }
↳ charge RE opportunities.

(- 1%) terminal gr.

Highly Confidential - Attorneys' Eyes Only

TRIBUNE    MGT. CALL
12/17/07          ①

- $3.5 OUT. OF BELOW
  4.2 EQUITY PRC. ABOVE

- PERIOD 12
  - MID-WEST, N.E. RETAIL SALES DOWN
    WHICH COULD HELP AD PLACEMENT

- TELECOM & PHARMA WEAK Y-O-Y
  OTHERS STRONG.

- REVENUE OUTLOOK FOR DECEMBER IS VERY
  GOOD.

- POLITICAL ADV. POTENTIAL LOOKS PROMISING.

- IF TOP LINE IS OFF CAN DO MORE
  HEADCOUNT REDN. REDUCING SIZE OF
  PAPER INT. COST, ELIMINATE BONUSES,
  PIK PHONES INTEREST

- CO. HAS USED MORGAN STANLEY
  AS SOLVENCY ADVISORY.

- MGT. BELIEVES COMPANY IS SOLVENT
  & CAN SERVICE DEBT

CONFIDENTIAL

MD 000550A

(16%)   (4)

\* — COST OF E 15% - 17% PER VRC

E/$80   E 8% EQUITY
E/$50   DEBT ↑
        WACC 8.5% ??
     THEY USED A WACC OF 6.5% - 8.5%
        ON P. 9.

— PENSION SURPLUS $300 MIL. NOT
  CONSIDERED

— VRC PERP. CALC. OF S-CORP. TAX
  TOOK 40% HAIRCUT TO SAVINGS

\* — S CORP. CHANGE VRC WENT
     FROM A MARKET COST
     OF EQUITY TO TRIBUNE
     SPECIFIC

        \* TRIBUNE COST OF EQUITY
          WOULD BE MUCH HIGHER
          THAN 16% GIVEN LITTLE
          EQUITY.

— BUYER WOULD GET STEP-UP
  IN YR. 10. AFTER YR. 10 CAN
  SELL ASSETS WITH NO CAP. GAINS.

CONFIDENTIAL

MD 000551A

③

- 14X ON FOOD NETWORK

- OXYGEN 22X

- WHAT ARE GROWTH STAGES OF ABOVE

- CAREERBUILDER $1.8 B.C.
  - REV. UP 40% Y-O-Y
  - 3.3X REV. (ABOUT 500 MIL REV)
  - MARGINS?

- CUBS SALE
  - 7 INTERESTED GROUPS
    - $600 TEAM
    - 250 SPORTS NET
    - 250 STADIUM / R.E.
    - 1,100
    - 850 AFTER-TAX
  - SELL WR. WILLY FIELD TO STATE ORGANIZATION

- TRIBUNE TOWER $50 MIL

- S-CORP TAX SAVINGS
  - DISCOUNTING 16% FOR 15 YR.
    VALUING INTO PERPETUITY
    1% GROWTH

CONFIDENTIAL

MD 000552A

②

- 6.7 - 15x    MED 10.2x    10 YR. MULTIPLE
                                    History PER
- 10.4x PUB }  M.S. COMP.        M.S.
  8.8x BRD }   TRANS. MULT!

* - 10 yR. MAY NOT BE RELEVANT
     GIVEN INDUSTRY CHANGES. WHAT
(RISK/GROWTH)  WERE ASSOCIATED GROWTH RATES FOR 10 yRS
     - DCF  7.5% GROWTH?
LTM, 07     7.25x - 8.25x  CONSOLIDATED EBIT
08  F'cst!                        MULT
          10.2x 10yR. MEDIAN PER M.S.

* ASSUMES PROJ. ARE ACHIEVABLE

- 8.5% DISCT. RATE USED BASED
  ON AVG. CAP. STRUCTURE

- 8.3
  9.6
  8.6      8.6% BLENDED

- EQUITY INVESTMENTS CURVE
  - CUBS   849
  - R.E.
  - OTHER   182
  - EQUITY INVTS 2,907    TV FOOD NETWORK
                              & CAREER BUILDER
           ————
           3,917

CONFIDENTIAL

MD 000553A

(5)

- TENDER FOR PLANTS. M/V UTPPED
- JOMR
- WHERE WILL CASH
CONK FROM

- PHONE #1. 216 EIL. CLAIM

CONFIDENTIAL

MD 000554A