## WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE
NEW YORK, NY 10153
(212) 310-8000
FAX: (212) 310-8007

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.

JONATHAN D. POLKES
DIRECT LINE (212) 310-8881
E-MAIL: jonathan.polkes@weil.com

July 19, 2010

**BY E-MAIL**

Nicholas J. Nastasi, Esq.
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Re:   **In re Tribune (Case No. 08-1341)**

Dear Mr. Nastasi:

      I am writing on behalf of our client, Morgan Stanley & Co. Incorporated ("Morgan Stanley"), in response to your July 12, 2010 email inquiring as to (i) Morgan Stanley's knowledge of a December 17, 2007 conference call or meeting held between Tribune and the Arranger Banks relating to VRC's solvency opinion, and (ii) Morgan Stanley's understanding of its role in or around December 2007 as it related to providing advice regarding Tribune's solvency.

      Mr. Whayne has no recollection of ever being invited to that conference call or meeting, nor was he aware at the time that such a conference call or meeting was going to take place. As such, given that Mr. Whayne was not a participant at the meeting, he cannot confirm the accuracy or substance of the handwritten notes attached to your December 17 email.

Sincerely,

Jonathan D. Polkes

US_ACTIVE:\43447621\03\99980.0025

WEIL, GOTSHAL & MANGES LLP

Nicholas J. Nastasi, Esq.
July 19, 2010
Page 2


cc:     Mathew Morningstar, Esq.