Confidential Discussion Materials Prepared for:

## Committee of Independent Directors of the Board of Directors of Tribune

October 31, 2006







CONFIDENTIAL

CONFIDENTIAL                                                                ML-TRIB-0073780

# Update on Process and Alternatives

CONFIDENTIAL

# Update on Process and Alternatives

## Overview

- Company and its advisors actively exploring strategic alternatives
  - Coordinating with independent committee and its financial and legal advisors
- Focus on any potential ways to enhance current two-step "whole company" process
- Develop alternatives to "whole company" sale process

## Potential Enhancements to Process

| Separate Sale of Vanity/Strategic Assets | Rewards | Risks |
|---|---|---|
| ■ Los Angeles Times<br>■ Cubs<br>■ Major Broadcast properties | ■ Capture vanity multiples<br>■ Potentially higher after-tax values | ■ Delay/complicate ongoing process<br>■ Adversely impact value of remaining business<br>■ Lose benefit of very favorable debt markets |

## Alternatives to Two-Step, Whole Company Sale Process

- Focus on leveraged recapitalization of Tribune
  - As currently configured
  - As currently configured with asset sales
  - With spin-off of Broadcasting
- Attempt to duplicate "private equity" economics for benefit of Tribune shareholders

## Developments Affecting Process

- Clear Channel pursuing strategic alternatives
  - Accelerated timetable
  - Approaching same financial sponsors as Tribune
- Stable to improving debt / equity markets
- Continued mixed operating environment


citigroup
Corporate and
Investment Banking

**CONFIDENTIAL**

1

ML-TRIB-0073782

# Summary of Process to Date

## Strategic / Vanity

| | Confidentiality Agreement | | Data Package Sent | Preliminary Indications Received |
|---|---|---|---|---|
| | Sent | Executed | | |
| Eli Broad / Ron Burkle | ✔ | ✔ | ✔ | Requested Extension |
| Comcast | ✔ | | | Expressed "Chicago" only |
| David Geffen | ✔ | | | Unknown |
| GANNETT | ✔ | ✔ | ✔ | ✔ |
| News Corp. | ✔ | ✔ | ✔ | Expressed No Interest |

## Financial Sponsors

| | Sent | Executed | Data Package Sent | Preliminary Indications Received |
|---|---|---|---|---|
| BainCapital  Centerbridge | ✔ | ✔ | ✔ | ✔ |
| THE CARLYLE GROUP | ✔ | ✔ | ✔ | ✔ |
| | ✔ | ✔ | ✔ | ✔ |
| TEXAS PACIFIC GROUP | ✔ | ✔ | ✔ | ✔ |
| The Blackstone Group | ✔ | ✔ | ✔ | Expressed No Interest |
| KKR | ✔ | ✔ | ✔ | Expressed No Interest |
| MDP  PROVIDENCE EQUITY | ✔ | ✔ | ✔ | ✔ |
| HELLMAN & FRIEDMAN | ✔ | ✔ | ✔ | Expressed No Interest |
| **Total** | **19** | **17** | **17** | **6** |



**CONFIDENTIAL**

2

CONFIDENTIAL

ML-TRIB-0073783

# Review of Indications of Interest Received

- Total of six indications received

- At least one (Quadrangle) requires substantial equity from other partners

- Risks going forward
  - Certain bidders partner
  - One or more bidders drop after winning Clear Channel
  - Certain large shareholder preference for liquidity over value

| Bidder | Fund Size | Indication per Share | Implied 2006E EBITDA Multiple | Leverage | Other Comments |
|--------|-----------|----------------------|-------------------------------|----------|----------------|
| BainCapital  Centerbridge | $8.0B / $3.0B | $32.50 — $34.00 | 9.9x – 10.2x | 8.25x $11.8B | ■ May seek other private equity partners ■ No attributable interests in other newspapers or broadcasting properties |
| THE CARLYLE GROUP | 7.9B | Approximating Tribune's Current Market Price ($33.47) | 10.1x | 8.25x $11.8B | ■ Will seek at least one other private equity partner ■ No attributable interests in other newspapers or broadcasting properties ■ Provided diligence list |
| GANNETT | - - | Range of $33.00 | 10.0x | 5.1x (All-Cash Consideration) | ■ All-cash offer; open to stock-for-stock or mixed cash / stock transaction ■ Value affected by regulatory constraints and possible divestiture with adverse tax impact ■ Need to address regulatory issues / potential impact ■ Seek permission to talk to third parties ■ Requests exclusivity if proposal selected |
| MDP  PROVIDENCE EQUITY | 6.5B / 10.1B / 8.0B | TBD | | | ■ Indicated will bid on Monday |
| Quadrangle | 1.8B | $30.00 — $34.00 | 9.4x – 10.2x | 8.25x $11.8B | ■ Expressed interest in joining a group at indicated purchase price ■ Would actively explore using stapled financing or achieve similar financing levels with other institutions |
| TEXAS PACIFIC GROUP | 14.3B / 9.0B / 8.5B | $31.00 — $34.00 | 9.6x – 10.2x | - - | ■ Understand regulatory issues and believe have workable solutions to any issues ■ Welcome an equity ownership interest from the current owners of the business as well as other senior managers |



citigroup
corporate and
investment banking

**CONFIDENTIAL**

3

ML-TRIB-0073784

# Process Timeline

| | October | | | | | | |
|---|---|---|---|---|---|---|
| **S** | **M** | **T** | **W** | **T** | **F** | **S** |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | **13** | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | **27** | 28 |
| 29 | 30 | 31 | | | | |

| | November | | | | | | |
|---|---|---|---|---|---|---|
| **S** | **M** | **T** | **W** | **T** | **F** | **S** |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | **29** | 30 | | |

| | December | | | | | | |
|---|---|---|---|---|---|---|
| **S** | **M** | **T** | **W** | **T** | **F** | **S** |
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

| Week Of: | Event |
|---|---|
| ■ 10/23/06 | ■ First Round preliminary proposals due — October 27th |
| ■ 10/30/06 – 11/06/06 | ■ Identify serious consortia and any strategic buyers and invite to participate in Second Round process<br>■ Data room access<br>■ Management presentations |
| ■ 11/13/06 – 11/20/06 | ■ Distribute draft merger agreements<br>■ Continued due diligence; receive draft merger agreement mark-ups<br>■ Assist in financing / structuring |
| ■ 11/27/06 – 12/04/06 | ■ Finalize due diligence process<br>■ **Final Round bids due (Bid with firm financing and full merger agreement mark-up) — November 29th**<br>■ Negotiate and sign definitive agreements<br>■ Announce transaction |


citigroup
corporate and
investment banking

**CONFIDENTIAL**

4

CONFIDENTIAL

# Comments on Other Bidders Who Remain Active

| Potential Bidder | Other Comments |
|---|---|
| Eli Broad / Ron Burkle (Yucaipa) | ■ Sought extension of time to submit bid<br>■ Granted permission to partner with each other<br>■ Granted permission to talk to other financing sources<br>■ Requested but not granted permission to talk to Carlyle or potential buyers of Newsday / Baltimore Sun |
|  | ■ Finalizing Confidentiality Agreement<br>■ Interest in certain "Chicago" assets only excluding newspapers |
| David Geffen | ■ Several Confidentiality Agreement issues remain outstanding<br>■ Gathering information on process / bidders |

## Individual Assets Targeted by Select "One-off" Bidders

- Baltimore Sun
- Chicago Cubs
- Hartford Courant
- Newsday
- Publishing

citigroup
corporate and
investment banking

**CONFIDENTIAL**

5

CONFIDENTIAL



# Indications of Interest Compared to September Valuation Analysis

- Indications of interest: $30.00 to $34.00

- 7% to 21% Premium to Unaffected Stock Price of $28.00

- 9.4x – 10.2x 2006E EBITDA

- Recent comparable acquisition multiples
  - Knight Ridder: 10.5x EBITDA
  - Univision: 16.3x EBITDA
  - Clear Channel: 11.4x EBITDA (at current market)

**Execute Operating Plan**

**Separate Broadcasting and Publishing**

**Pursue Transaction for All of Tribune**

| | Operating Plan | Broadcasting Separation | Broadcasting Separation Followed by Sale of Tribune | Private Equity Transaction for All of Tribune | Tribune Strategic Combination with Gannett | Private Market Sum-of-the-Parts |
|---|---|---|---|---|---|---|
| High | $34.75 | $35.25 | $39.50 | $37.00 | $38.00 | $37.75 |
| Low | $26.25 | $28.75 | $28.00 | $33.00 | $33.00 | $25.00 |

High Initial Indication of Interest $34.00

Low Initial Indication of Interest $30.00

- Operating Plan: *Requires Execution of Operating Plan*
- Broadcasting Separation: *Higher Values Dependent on a Third Party*
- Broadcasting Separation Followed by Sale of Tribune: *Two to three years to achieve value; Higher values dependent on multiple 3rd party transactions*
- Private Equity Transaction for All of Tribune: *Conducive Market Conditions Counteracted by Recent Operating Performance*
- Tribune Strategic Combination with Gannett: *Considerable Synergy Potential*
- Private Market Sum-of-the-Parts: *Higher Values Dependent on Multiple Third Parties Paying Vanity / Strategic Premium*

citigroup
corporate and
investment banking

CONFIDENTIAL

6

ML-TRIB-0073787

# Potential Enhancements to Process

CONFIDENTIAL

CONFIDENTIAL

ML-TRIB-0073788



## Potential Enhancements to Process – Target Vanity / Strategic Buyers

- Analyzed scenarios to enhance strategic alternatives process
- Focus on capturing "vanity" multiples solely for Tribune shareholders
  - Assumes no value leakage in overall Tribune sale from
    – Reduced Publishing scale and Broadcasting footprint
    – Loss of major markets / vanity assets
    – Potential separation costs
- Potential upside of up to ~7% from successfully executed sales to vanity / strategic buyers

**Going Private @ $34/share**
- IRR: 23% at 9.0x EBITDA Exit Multiple
- Purchase price: 9.0x Adjusted EBITDA [1]
- Assumes Cubs valued at $450mm

$34.00

$0.81 — Sale of Cubs $750M (32.0x EBITDA)

$1.17 — Sale of L.A. Times $3.5B (14.4x EBITDA)

**$36.34** — $0.37 — Sale of Major TV Markets + Superstation $2.9B (13.0x EBITDA)

Incremental Value from Vanity / Strategic Buyers

Base Case "Going Private"

■ Cash    ▨ Incremental Cash from Asset Sales

(1)  *Value and EBITDA adjusted for Cubs and Radio.*

citigroup
corporate and
investment banking

**CONFIDENTIAL**

7

CONFIDENTIAL

ML-TRIB-0073789

# Targeting Vanity / Strategic Buyers – Summary Scenarios

**Scenario I: Sale Preceded by Sale of *Los Angeles Times* and Chicago Cubs**

- Simultaneous with closing of sale transaction, sale of *Los Angeles Times* and Chicago Cubs to vanity buyers

| | Pre-tax Value | Pre-tax EBITDA Multiple | Incremental Value / (Loss) Per Share |
|---|---|---|---|
| Cubs Proceeds | $0.5B - $0.8B | 21.4x - 32.0x | $0.13 - $0.81 |
| L.A. Times Proceeds | $2.5B - $3.5B | 10.3x - 14.4x | ($1.53) - $1.17 |
| Total Pre-tax Proceeds | $3.0B - $4.3B | 11.3x - 15.9x | - - |
| **Total After-tax Proceeds** | **$2.2B - $3.0B** | **8.1x - 11.2x** | **($1.39) - $1.97** |

**Scenario II: Sale Preceded by Sale of Major Market Broadcasting (New York / Los Angeles / Chicago / WGN Superstation)**

- Simultaneous with closing of sale transaction, sale of Major Market Broadcasting properties (New York / Los Angeles / Chicago /WGN Superstation)

| | Pre-tax Value | Pre-tax EBITDA Multiple | Incremental Value / (Loss) Per Share |
|---|---|---|---|
| Pre-tax Proceeds | $2.5B - $2.9B | 11.0x - 13.0x | - - |
| **After-tax Proceeds** | **$1.8B - $2.1B** | **8.1x - 9.4x** | **($0.84) - $0.37** |

- CBS expression of interest only in NY / Chicago / WGN Superstation at midpoint of range
- No obvious strategic buyer to
  - Compete with CBS
  - Purchase Los Angeles
- WGN Superstation value highly dependent on extension of Cubs broadcast rights

**Scenario III: Scenario I + Scenario II**

| Incremental Value / (Loss) Per Share | ($2.23) - $2.34 |
|---|---|



citigroup
corporate and
investment banking

**CONFIDENTIAL**

8

ML-TRIB-0073790

# Targeting Vanity / Strategic Buyers – Sensitivity Analysis

## Risk / Reward Analysis

- **Achieving Scenarios I and II**

  - **Requires at least 4 separate transactions**

  - **Dependent on vanity and strategic buyers**

  - **Interest of vanity and strategic buyers easily tested**

## Rewards Analysis

| Scenario I / II | Embedded Base Case Value $ | Per Share | Sensitivity | Value Sensitivity / Tribune Share |
|---|---|---|---|---|
| Cubs | $450 | $1.87 | + $250 Value (+ 10.7x EBITDA Multiple) | + $0.67 |
| L.A. Times | $2,193 | $9.09 | + $500 Value (+ 2.1x EBITDA Multiple) | + $1.35 |
| Major Market Broadcasting (with and without L.A.) | $2,020 | $8.37 | + 1.0x EBITDA Multiple | + $0.47 - $0.60 |

## Risks Analysis

| Identified Risks | Value Sensitivity / Tribune Share |
|---|---|
| Debt Market Volatility (+100 basis points) | ($0.45) |
| Present Value Loss Due to Process Delay (Assumed 6 months) | ($0.75) |
| Gain / (Loss) of one competing consortia to another media property | ($0.50) |


citigroup
corporate and
investment banking

CONFIDENTIAL

9

# Targeting Vanity / Strategic Buyers - Potential Separation Costs

## *Los Angeles Times* Disposition

- Shared common billing and editorial systems
- Shared purchasing of newsprint
- Benefits from participation in CareerBuilder, Classified Ventures and other internet businesses

| 2006E EBITDA | $243.1 |
|---|---|

| | Potential Separation Costs | |
|---|---|---|
| Source of Separation Costs | Low | High |
| Revenue Erosion at Tribune Media Services | $4.0 | $6.0 |
| Impact to Interactive Businesses (CareerBuilder / Classified Ventures Revenue Erosion / Incremental Expenses) | 9.0 | 11.0 |
| Incremental Overhead Given Reduced Scale | 3.0 | 5.0 |
| Incremental Editorial Expenses | 0.0 | 1.0 |
| Incremental Newsprint Expense | 4.0 | 7.0 |
| Total Separation Costs | $20.0 | $30.0 |
| Value Loss / Tribune Share @ 8.0x-14.0x Multiple | ($0.66) | ($1.74) |

| Implied EBITDA Multiple at $3.5 Billion | | |
|---|---|---|
| Pre-Erosion | 14.4x | |
| Post-Erosion | 15.7x | 16.4x |

## Cubs Disposition

- Current agreement with WGN for Cubs carriage of 78 games which terminates upon sale of Cubs
  - Superstation carriage agreement expires in 2009
- WGN-Chicago cash flow highly dependent on ability to broadcast Cubs
- Distribution of Superstation highly dependent on ability to broadcast Cubs
- Other recent baseball team transaction included unfettered broadcast rights and/or new stadium
  - Boston Red Sox ($660 million)
  - Washington Nationals ($450 million)

| 2006E Cubs EBITDA | $23.4 |
|---|---|
| 2006E Superstation EBITDA | 86.9 |
| 2006E WGN-Chicago EBITDA | 27.0 |
| 2006E Comcast SportsNet Cash Flow | 9.0 |
| Total "Chicago" Cash Flow | $146.3 |

- Expected MLB approval process of potential sale transaction: [6-8] months

citigroup

CONFIDENTIAL

10

 ML-TRIB-0073792

# Summary of Total Tribune Recapitalization

- **Revisited substantial return of capital to Tribune shareholders through whole company recapitalization**
  - **Raise leverage at or near "private equity" levels**
    - Incremental debt of $4.4B - $6.2B
  - **Allows pursuit of vanity multiples for benefit of remaining shareholders**
  - **Potentially cashes out disaffected shareholders**
- **Values highly dependant on market focus on P/E rather than EBITDA**
- **Financial flexibility reduced**
  - **Shortfalls in operating performance magnified**
  - **Equity more volatile**



| Valuation Multiples (2006 EBITDA) | Leverage: 7.0x | | Leverage: 8.25x | |
|---|---|---|---|---|
| | Tribune Implied All-In Multiples | | Tribune Implied All-In Multiples | |
| | Low | High | Low | High |
| Adj. EBITDA | 8.4x | 9.4x | 9.2x | 9.4x |
| EBITDA | 9.6x | 10.9x | 10.5x | 10.9x |
| P/E Multiple | 8.0x | 13.1x | 8.0x | 10.4x |
| After-tax FCF Yield | 15.0% | 9.2% | 16.0% | 12.3% |

**Comparables**

| Publishing: | P/E | 2006 EBITDA Multiple |
|---|---|---|
| Lee | 15.0x | 8.7x |
| GCI: | 12.3x | 7.9x |
| McClatchy: | 14.2x | 10.0x |
| Broadcasting: | Avg: 20.4x | Avg: 9.8x |



| Total Tribune Recapitalization | Sensitivity | Value Sensitivity / Tribune Share |
|---|---|---|
| Tribune | +/- 0.5x EBITDA Multiple | +/- $1.70 |
| Borrowing Costs | +/- 100 Basis Points | +/- $1.28 |

 citigroup

**CONFIDENTIAL**

11

ML-TRIB-0073793

# Recapitalized Tribune Financial Profile
## Debt / Adjusted EBITDA Over Time

**7.0x Leverage**



**8.25x Leverage**





*Note: Analysis assumes sale of Comcast SportsNet in 2007.*

**CONFIDENTIAL**

12

ML-TRIB-0073794

*[Apollo / MDP /
Providence Language to be
Added Monday]*

# Appendix

CONFIDENTIAL

ML-TRIB-0073795

# Overview of Sponsor Groups

| Bidder | Overview of Bidder | Key Contacts |
|---|---|---|
| **BainCapital** | ■ Bain Capital has been working with management teams to acquire and grow companies for over 20 years.  Bain has completed over 300 transactions since its founding in 1984, and has completed or announced in the past year alone 15 transactions with an aggregate purchase price of over $15 billion.  Relevant examples of past / current media investments include: ProSiebenSat1, Houghton-Mifflin, SEAT, Cumulus Media Partners, DoubleClick, Lowes/AMC, Warner Music Group, Epsilon/DMDA and Gartner. | ■ Stephen Pagliuca<br>*Managing Director*<br><br>■ Ian Loring<br>*Managing Director* |
| Centerbridge | ■ Founded in 2006, Centerbridge has approximately $3.2 billion in committed capital as a multi-strategy private investment fund primarily focused on traditional private equity investments.  Centerbridge has highly relevant media and broadcasting experience, with several members of the Centerbridge team having spent much of their careers investing in the communications and media industries including newspapers and broadcasting.  Mr. Gallogly was a Board member of Freedom Communications from May 2004 to March 2006. | ■ Mark Gallogly<br>*Managing Principal*<br><br>■ Steven Price<br>*Managing Director* |
| THE CARLYLE GROUP | ■ The Carlyle Group is a global private equity fund with $44.3 billion under management.  Media and telecommunications is a long-standing area of focus for Carlyle – since 2001, Carlyle has committed over $4 billion of equity in telecom and media investments.  In the United States, Carlyle's Media and Telecom group is anchored by 15 investment professionals primarily focused on completing leveraged acquisitions in partnership with strong management teams.  Carlyle's commitment to investing in the media industry is highlighted by the recent acquisitions of VNU, Loews Entertainment (now AMC), Insight Communications and Dex Media. | ■ James A. Attwood, Jr.<br>*Managing Director*<br><br>■ Michael J. Connelly<br>*Managing Director*<br><br>■ William E. Kennard<br>*Managing Director*<br><br>■ Norman Pearlstine<br>*Senior Advisor* |

citigroup
corporate and
investment banking

**CONFIDENTIAL**

13

ML-TRIB-0073796

# Overview of Sponsor Groups

| Bidder | Overview of Bidder | Key Contacts |
|---|---|---|
| Quadrangle | ■ Quadrangle manages $1.8 billion invested exclusively in the media .and communications industries.  The Company has extensive experience investing in a variety of media and communications companies and specifically has explored and invested in several companies in the publishing and broadcasting sectors. Quadrangle has completed over 20 investments, including Bresnan Communications (cable television systems), Cablevision, Cinemark (movie theatres), MGM Studios and ProSiebenSat.1. | ■ Peter Ezersky *Managing Principal* <br> ■ Henry Ormond *Vice President* <br> ■ John Bingaman *Associate* |
| Goldman Sachs | ■ Since 1986, Goldman Sachs Capital Partners Goldman has invested over $17 billion of equity in over 500 companies globally. The Company seeks long-term capital appreciation by committing equity to high-quality companies with superior management in a variety of situations, including LBOs, recapitalizations, and growth investments to fund acquisition or expansion. | ■ Gerry Cardinale *Managing Director* |
| TEXAS PACIFIC GROUP | ■ Founded in 1993, Texas Pacific Group has taken lead responsibility for over 50 investments, committing over $15 billion of equity capital.  Key elements of TPG's investment strategy include: a thematic focus on industries undergoing change; the adaptation of investment tactics to changes in business and industry cycles; and the pursuit of structurally complex transactions.  TPG has recently made significant investments in the technology, telecommunications, branded consumer products and healthcare industries. Stages of interest include growth capital, middle market, buyout, recapitalization, industry consolidation, mature, turnaround and PIPES. | ■ Karl Peterson *Partner* <br> ■ Jeff Rhodes |
| THL | ■ Founded in 1974, Thomas H. Lee focuses on mid-cap growth companies, emphasizing both internal growth and growth through acquisitions. T.H. Lee invests in a wide range of industries, though the firm also has two joint ventures, with Putnam Investments (T.H. Lee Putnam Ventures), and both Putnam Investments and Groupe Arnault (T.H. Lee Groupe Arnault Partners) that specialize in technology investments and European investments, respectively. | ■ Scott M. Sperling *Co-President* <br> ■ Seth Lawry *Managing Director* |

*The above sponsors highlighted the following recent media and publishing transactions: Cablecom, Cequel Communications, Eutelsat, Findexa, Houghton Mifflin Company, Kabel Deutschland, MGM, ProSievebSat.1 Media AG, TransWestern Publishing, Univision Communications, Village Voice Media, VNU, Warner Music Group, the YES Network and 21st Century Newspapers.*

citigroup

**CONFIDENTIAL**

14

# Disclaimers

Merrill Lynch prohibits (a) employees from, directly or indirectly, offering a favorable research rating or specific price target, or offering to change such rating or price target, as consideration or inducement for the receipt of business or for compensation, and (b) Research Analysts from being compensated for involvement in investment banking transactions except to the extent that such participation is intended to benefit investor clients.

This presentation is confidential, for your private use only, and may not be shared with others without Merrill Lynch's written permission, except that you (and each of your employees, representatives or other agents) may disclose to any and all persons, without limitation of any kind, the tax treatment and tax structure of the matters within and all materials of any kind (including opinions or other tax analyses) that are provided to you relating to such tax treatment and tax structure. For purposes of the preceding sentence, tax refers to U.S. federal and state tax. This presentation is for discussion purposes only. Merrill Lynch is not an expert on, and does not render opinions regarding, legal, accounting, regulatory or tax matters. You should consult with your advisors concerning these matters before undertaking any of the matters contemplated within.

Any terms set forth herein are intended for discussion purposes only and are subject to the final terms as set forth in separate definitive written agreements. This presentation is not a commitment to lend, syndicate a financing, underwrite or purchase securities, or commit capital nor does it obligate us to enter into such a commitment, nor are we acting as a fiduciary to you. By accepting this presentation, subject to applicable law or regulation, you agree to keep confidential the existence of and proposed terms for any transaction contemplated hereby (a "Transaction").

Prior to entering into any Transaction, you should determine, without reliance upon us or our affiliates, the economic risks and merits (and independently determine that you are able to assume these risks) as well as the legal, tax and accounting characterizations and consequences of any such Transaction. In this regard, by accepting this presentation, you acknowledge that (a) we are not in the business of providing (and you are not relying on us for) legal, tax or accounting advice, (b) there may be legal, tax or accounting risks associated with any Transaction, (c) you should receive (and rely on) separate and qualified legal, tax and accounting advice and (d) you should apprise senior management in your organization as to such legal, tax and accounting advice (and any risks associated with any Transaction) and our disclaimer as to these matters. By acceptance of these materials, you and we hereby agree that from the commencement of discussions with respect to any Transaction, and notwithstanding any other provision in this presentation, we hereby confirm that no participant in any Transaction shall be limited from disclosing the U.S. tax treatment or U.S. tax structure of such Transaction.

IRS Circular 230 Disclosure: Citigroup Inc. and its affiliates do not provide tax or legal advice. Any discussion of tax matters in these materials (i) is not intended or written to be used, and cannot be used or relied upon, by you for the purpose of avoiding any tax penalties and (ii) may have been written in connection with the "promotion or marketing" of the Transaction. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

We are required to obtain, verify and record certain information that identifies each entity that enters into a formal business relationship with us. We will ask for your complete name, street address, and taxpayer ID number. We may also request corporate formation documents, or other forms of identification, to verify information provided.

Any prices or levels contained herein are preliminary and indicative only and do not represent bids or offers. These indications are provided solely for your information and consideration, are subject to change at any time without notice and are not intended as a solicitation with respect to the purchase or sale of any instrument. The information contained in this presentation may include results of analyses from a quantitative model which represent potential future events that may or may not be realized, and is not a complete analysis of every material fact representing any product. Any estimates included herein constitute our judgment as of the date hereof and are subject to change without any notice. We and/or our affiliates may make a market in these instruments for our customers and for our own account. Accordingly, we may have a position in any such instrument at any time.

Although this material may contain publicly available information about Citigroup corporate bond research or economic and market analysis, Citigroup policy (i) prohibits employees from offering, directly or indirectly, a favorable or negative research opinion or offering to change an opinion as consideration or inducement for the receipt of business or for compensation; and (ii) prohibits analysts from being compensated for specific recommendations or views contained in research reports. So as to reduce the potential for conflicts of interest, as well as to reduce any appearance of conflicts of interest, Citigroup has enacted policies and procedures designed to limit communications between its investment banking and research personnel to specifically prescribed circumstances.

 citigroup
corporate and
investment banking

**CONFIDENTIAL**

15