From: Steven.D.Williams@morganstanley.com
Sent: Friday, December 14, 2007 10:46 AM
To: thomas.whayne@morganstanley.com

15:45:59 <Steven.D.Williams@morganstanley.com> tom, i am stuck on a long conf call
15:46:09 <Steven.D.Williams@morganstanley.com> will call you back post
15:46:21 <thomas.whayne@morganstanley.com> OK -- have some follow up on TRB
15:46:36 <Steven.D.Williams@morganstanley.com> ok, we have done the WACC analysis as discussed last night
15:46:55 <Steven.D.Williams@morganstanley.com> just so you know
15:47:01 <Steven.D.Williams@morganstanley.com> did not want to send via email
15:47:06 <Steven.D.Williams@morganstanley.com> will print out and bring to you
15:47:54 <thomas.whayne@morganstanley.com> Great, will need a comparison of VRC multiples vs our multiples, as well as a comparison of values for respective businesses and equity investments
15:49:07 <Steven.D.Williams@morganstanley.com> Are the banks challenging Morgan Stanley's valuation analysis along with VRC's?
15:49:17 <Steven.D.Williams@morganstanley.com> Or are we just providing support for VRC?
15:50:41 <thomas.whayne@morganstanley.com> No - it is simply because Chip will ask me to comment on VRC's presentation. Just need rough views, but not presentation style and with no updates. Call me and we can discuss -- I want to make this as little work as possible.
15:54:30 <Steven.D.Williams@morganstanley.com> We can pull this together, no problem. Let me circle up with James and Irina and we will bring you something before this afternoon.

1

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        MS_112311