# Historical Publishing Expenses and Profitability as a % of Sales

| | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Avg. 03-06 | Avg. 97-06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Expenses** | | | | | | | | | | | | |
| Cash Compensation | 28.4% | 28.4% | 29.1% | 32.5% | 33.4% | 32.5% | 32.6% | 33.1% | 33.4% | 32.8% | 33.0% | 31.6% |
| *% Change* | nm | 0.2% | 2.6% | 11.0% | 2.6% | 2.7% | 0.3% | 1.7% | 0.7% | 1.6% | | |
| *% of 5-Yr Average* | 86.2% | 86.0% | 88.2% | 98.7% | 101.3% | 98.5% | 98.8% | 100.5% | 101.2% | 99.6% | | |
| Stock Compensation | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.4% | 0.1% | 0.0% |
| *% Change* | nm | nm | nm | nm | nm | nm | nm | nm | nm | nm | | |
| *% of 5-Yr Average* | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 600.0% | | |
| Newsprint and Ink | 14.5% | 14.8% | 12.6% | 13.4% | 14.3% | 10.8% | 10.9% | 11.5% | 12.0% | 12.4% | 12.0% | 12.7% |
| *% Change* | nm | 2.4% | -15.2% | 6.0% | 6.4% | -24.6% | 1.4% | 5.6% | 3.0% | 3.6% | | |
| *% of 5-Yr Average* | 120.7% | 121.7% | 104.8% | 112.0% | 119.2% | 89.9% | 91.1% | 96.2% | 100.0% | 103.5% | | |
| Other Operating | 28.0% | 27.1% | 28.5% | 28.3% | 31.0% | 30.7% | 30.2% | 30.2% | 30.6% | 31.2% | 30.7% | 29.6% |
| *% Change* | nm | -3.4% | 5.1% | -0.8% | 9.8% | -1.0% | -1.7% | 0.1% | 1.1% | 2.0% | | |
| *% of 5-Yr Average* | 91.5% | 88.4% | 92.0% | 97.2% | 101.7% | 100.2% | 98.5% | 98.6% | 99.7% | 101.7% | | |
| Depreciation | 4.8% | 4.8% | 5.0% | 4.1% | 4.0% | 4.2% | 4.2% | 4.2% | 4.1% | 4.1% | 4.1% | 4.3% |
| *% Change* | nm | 1.4% | 3.2% | 18.2% | 2.5% | 6.3% | 1.3% | 0.0% | 1.6% | 0.8% | | |
| *% of 5-Yr Average* | 110.0% | 117.6% | 121.4% | 99.4% | 96.9% | 103.0% | 101.7% | 100.8% | 99.2% | 98.4% | | |
| Amortization | 0.3% | 0.3% | 0.5% | 3.1% | 4.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.9% | 0.9% |
| *% Change* | nm | 6.7% | 59.4% | 469.6% | 37.7% | -40.4% | 1.2% | 7.3% | -1.9% | 14.3% | | |
| *% of 5-Yr Average* | 37.0% | 39.5% | 63.0% | 358.6% | 491.6% | 20.3% | 20.6% | 21.1% | 20.7% | 21.7% | | |
| **Total Expenses** | 75.9% | 75.5% | 75.7% | 81.4% | 86.9% | 78.4% | 78.1% | 79.2% | 80.2% | 81.1% | 80.6% | 79.2% |
| *% Change* | nm | -0.6% | 0.3% | 7.6% | 6.8% | -9.8% | -0.4% | 1.5% | 1.2% | 1.1% | | |
| *% of 5-Yr Average* | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| **Operating Profit** | 24.1% | 24.5% | 24.3% | 18.6% | 13.1% | 21.6% | 21.9% | 20.8% | 19.8% | 18.9% | 19.4% | 20.8% |
| *% Change* | nm | 1.9% | -0.9% | -23.5% | -29.7% | 65.2% | 1.5% | -5.3% | -4.6% | -4.4% | | |
| *% of 5-Yr Average* | 124.4% | 126.8% | 125.7% | 96.1% | 67.6% | 111.6% | 113.3% | 107.3% | 102.3% | 97.8% | | |
| **EBITDA** | 29.2% | 29.7% | 29.9% | 25.8% | 21.3% | 26.0% | 26.3% | 25.1% | 24.1% | 23.2% | 24.3% | 26.0% |
| *% Change* | nm | 1.9% | 0.4% | -13.6% | -17.4% | 22.3% | 1.0% | -4.6% | -4.1% | -3.7% | | |
| *% of 5-Yr Average* | 119.9% | 122.3% | 122.8% | 105.9% | 87.5% | 107.0% | 100.1% | 103.1% | 99.0% | 95.3% | | |

*Internal Review Document*

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Historical Broadcasting Expenses and Profitability as a % of Sales

| | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Avg. 01-05 | Avg. 97-06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Expenses** | | | | | | | | | | | | |
| Amortization of Broadcast Rights | 30.2% | 30.7% | 28.5% | 27.5% | 31.0% | 29.0% | 28.1% | 26.1% | 28.8% | 30.0% | 28.9% | 29.0% |
| *% Change* | nm | 1.5% | -7.1% | -3.5% | 12.8% | -6.4% | -3.3% | -6.8% | 10.1% | 4.0% | | |
| *% of 5-Yr Average* | 104.8% | 106.3% | 98.3% | 95.3% | 107.5% | 100.6% | 97.2% | 90.6% | 100.0% | 104.0% | | |
| Total Cash Compensation | 16.7% | 16.6% | 16.3% | 17.1% | 17.9% | 17.2% | 17.9% | 18.5% | 20.3% | 20.1% | 18.6% | 17.9% |
| *% Change* | nm | -0.6% | -2.1% | 4.8% | 4.8% | -3.8% | 3.8% | 3.6% | 9.6% | -0.6% | | |
| *% of 5-Yr Average* | 89.8% | 89.3% | 87.4% | 91.5% | 95.9% | 92.3% | 93.8% | 99.2% | 103.7% | 108.1% | | |
| Stock Compensation | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.3% | 0.0% | 0.0% |
| *% Change* | nm | nm | nm | nm | nm | nm | nm | nm | nm | nm | | |
| *% of 5-Yr Average* | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 600.0% | | |
| Other | 14.5% | 14.3% | 14.0% | 13.9% | 14.8% | 14.3% | 14.1% | 14.0% | 14.9% | 15.8% | 14.7% | 14.5% |
| *% Change* | nm | -1.7% | -2.1% | -0.8% | 6.8% | -3.7% | -1.1% | -0.7% | 6.5% | 6.2% | | |
| *% of 5-Yr Average* | 99.1% | 97.4% | 95.3% | 94.6% | 101.0% | 97.3% | 95.2% | 95.5% | 101.8% | 108.3% | | |
| Depreciation | 2.3% | 2.4% | 2.7% | 2.8% | 3.0% | 2.9% | 2.7% | 2.5% | 2.5% | 2.7% | 2.7% | 2.7% |
| *% Change* | nm | 3.9% | 10.7% | 3.9% | 8.6% | -2.1% | -8.1% | -7.8% | 1.7% | 7.3% | | |
| *% of 5-Yr Average* | 84.6% | 88.0% | 97.4% | 101.2% | 109.9% | 107.6% | 99.0% | 91.2% | 92.8% | 99.5% | | |
| Amortization of Intangibles | 4.9% | 5.4% | 5.4% | 5.4% | 6.2% | 0.3% | 0.4% | 0.8% | 0.9% | 0.9% | 1.6% | 3.1% |
| *% Change* | nm | 8.9% | 1.4% | -1.2% | 15.7% | -95.4% | 40.7% | 108.1% | 11.4% | -0.6% | | |
| *% of 5-Yr Average* | 307.7% | 335.1% | 339.9% | 315.9% | 388.6% | 17.7% | 24.9% | 51.8% | 58.7% | 58.4% | | |
| **Total Operating Expenses** | 68.7% | 69.3% | 66.9% | 66.6% | 72.9% | 63.7% | 63.1% | 62.0% | 67.5% | 69.9% | 66.5% | 67.1% |
| *% Change* | nm | 0.9% | -3.6% | -0.4% | 9.5% | -12.6% | -0.9% | -1.8% | 9.0% | 3.6% | | |
| *% of 5-Yr Average* | 103.3% | 104.2% | 100.5% | 100.1% | 109.6% | 95.8% | 94.9% | 93.1% | 101.5% | 105.1% | | |
| **Operating Profit** | 31.3% | 30.7% | 33.1% | 33.4% | 27.1% | 36.3% | 36.9% | 38.0% | 32.5% | 30.1% | 33.5% | 32.9% |
| *% Change* | nm | -2.0% | 8.1% | 0.9% | -19.0% | 34.0% | 1.6% | 3.1% | -14.6% | -7.4% | | |
| *% of 5-Yr Average* | 95.4% | 91.6% | 99.0% | 99.9% | 80.9% | 108.4% | 110.2% | 113.6% | 97.1% | 89.6% | | |
| **EBITDA** | 38.5% | 38.4% | 41.2% | 41.6% | 36.3% | 39.5% | 40.0% | 41.4% | 36.0% | 33.7% | 37.8% | 38.7% |
| *% Change* | nm | -0.3% | 7.4% | 0.8% | -12.7% | 8.8% | 1.2% | 3.4% | -13.0% | -6.2% | | |
| *% of 5-Yr Average* | 101.9% | 101.6% | 109.1% | 110.0% | 96.1% | 104.5% | 105.8% | 109.4% | 95.1% | 89.7% | | |

Internal Review Document

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SECTION X
# COMPARABLE COMPANIES DATA

VRC
Strong Values.

*Internal Review Document*

TRIBUNE

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY MS_110829

# Comparable Companies

**Publishing**

| Company | Sales Growth | | EBITDA Growth | | EBITDA Margin | | |
|---|---|---|---|---|---|---|---|
| | CFY | NFY | CFY | NFY | LTM | CFY | NFY |
| Gannett Company Inc | -5.5% | -0.8% | -8.9% | -0.7% | 28.1% | 27.3% | 27.3% |
| Washington Post | 6.8% | 8.8% | -10.6% | 15.7% | 17.7% | 15.9% | 16.9% |
| McClatchy Co Holding | -7.9% | -5.4% | -7.9% | -12.4% | 26.4% | 25.4% | 23.5% |
| New York Times Co | -2.3% | -1.1% | -3.9% | -2.8% | 16.0% | 15.6% | 15.3% |
| Lee Enterprises | -2.8% | -1.7% | -5.5% | -6.0% | 23.5% | 22.9% | 21.8% |
| Max | 6.8% | 8.8% | -3.9% | 15.7% | 28.1% | 27.3% | 27.3% |
| Min | -7.9% | -5.4% | -10.6% | -12.4% | 16.0% | 15.6% | 15.3% |
| Mean | -2.3% | -0.1% | -7.3% | -1.4% | 22.3% | 21.4% | 20.9% |
| Median | -2.8% | -1.1% | -7.9% | -2.8% | 23.5% | 22.9% | 21.8% |

**Broadcasting**

| Company | Sales Growth | | EBITDA Growth | | EBITDA Margin | | |
|---|---|---|---|---|---|---|---|
| | CFY | NFY | CFY | NFY | LTM | CFY | NFY |
| Hearst Argyle Television | -4.2% | 12.0% | -19.4% | 25.9% | 33.7% | 31.6% | 35.5% |
| Sinclair Broadcast G | -0.3% | 8.1% | -1.8% | 16.1% | 32.3% | 33.3% | 35.8% |
| Lin Tv Corp | -7.7% | 14.2% | -17.4% | 31.7% | 35.9% | 30.3% | 35.0% |
| Gray Television Inc | -7.7% | 18.8% | -26.4% | 42.2% | 33.8% | 30.3% | 36.3% |
| Nexstar Broadcasting Group Inc | 0.2% | 13.7% | -5.6% | 32.7% | 33.2% | 31.5% | 36.7% |
| Max | 0.2% | 18.8% | -1.8% | 42.2% | 35.9% | 33.3% | 36.7% |
| Min | -7.7% | 8.1% | -26.4% | 16.1% | 32.3% | 30.3% | 35.0% |
| Mean | -3.9% | 13.4% | -14.1% | 29.7% | 33.4% | 31.4% | 35.8% |
| Median | -4.2% | 13.7% | -17.4% | 31.7% | 33.7% | 31.5% | 35.8% |

Internal Review Document

MORGAN STANLEY – HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# SECTION XI
# WACC INFORMATION

Internal Review Document

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Consolidated: WACC *($ in millions)*

| Comparable Public Companies | Raw Beta | Adjusted Beta[1] | Net Debt & Pref. | Market Cap. | Debt / Capital | Tax Rate | Unlevered Beta |
|---|---|---|---|---|---|---|---|
| Ew Scripps Co | 0.51 | 0.70 | $546.9 | $7,254.9 | 7.0% | 31.9% | 0.66 |
| Mcclatchy Co Holding | 0.57 | 0.73 | $2,554.4 | $1,137.9 | 69.2% | 35.0% | 0.30 |
| New York Times Co | 0.81 | 0.89 | $971.2 | $2,408.1 | 28.7% | 39.6% | 0.71 |
| Belo Corp. | 1.05 | 1.04 | $1,188.9 | $1,771.9 | 40.2% | 35.7% | 0.73 |
| Media General Inc | 1.01 | 1.01 | $928.1 | $555.9 | 62.5% | 36.2% | 0.49 |
| Averages | 0.79 | 0.87 | | | 41.5% | 35.9% | 0.58 |

| CAPM | |
|---|---|
| Unlevered beta (average of indications) | 0.58 |
| Relevered beta[2] | 0.85 |
| Risk-free rate[3] | 4.5% |
| Equity risk premium[4] | 5.5% |
| Other premium | 1.0% |
| Cost of equity | 10.1% |

| WACC | |
|---|---|
| Debt | 41.5% |
| Equity | 58.5% |
| Tax rate | 35.0% |
| Cost of equity | 10.1% |
| Cost of debt[5] | 7.1% |
| WACC | 7.8% |
| Concluded WACC | 8.0% |

- *(1) Source: Bloomberg*
- *(2) Relevered beta based on the average industry capital structure.*
- *(3) Source: Federal Reserve. Yield to maturity on 20-year US treasury bond.*
- *(4) Source: 2007 SBBI Valuation 2007 Yearbook.*
- *(5) Cost of debt equals the rounded average spread between the 10-year LIBOR and the cost of debt for BB and BBB rated companies.*

VRC
Strong Values.

*Internal Review Document*

TRIBUNE

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# *Publishing: WACC* *($ in millions)*

| Comparable Public Companies | Raw Beta | Adjusted Beta[1] | Net Debt & Pref | Market Cap. | Debt / Capital | Tax Rate | Unlevered Beta |
|---|---|---|---|---|---|---|---|
| Gannett Company Inc | 0.82 | 0.89 | $4,327.8 | $8,579.6 | 33.5% | 32.2% | 0.66 |
| Washington Post | 0.38 | 0.61 | $42.5 | $7,607.2 | 0.6% | 38.9% | 0.61 |
| Mcclatchy Co Holding | 0.57 | 0.73 | $2,554.4 | $1,137.9 | 69.2% | 35.0% | 0.30 |
| New York Times Co | 0.81 | 0.89 | $971.2 | $2,408.1 | 28.7% | 39.6% | 0.71 |
| Lee Enterprises | 0.94 | 0.97 | $1,432.5 | $654.3 | 68.6% | 29.4% | 0.38 |
| Averages | 0.70 | 0.82 | | | 40.1% | 35.0% | 0.53 |

| CAPM | |
|---|---|
| Unlevered beta (average of indications) | 0.53 |
| Relevered beta[2] | 0.76 |
| Risk-free rate[3] | 4.5% |
| Equity risk premium[4] | 5.5% |
| Other premium[5] | 1.0% |
| Cost of equity | 9.7% |

| WACC | |
|---|---|
| Debt | 40.1% |
| Equity | 59.9% |
| Tax rate | 35.0% |
| Cost of equity | 9.7% |
| Cost of debt[6] | 7.1% |
| WACC | 7.6% |
| Concluded WACC | 8.0% |

- *(1) Source: Bloomberg*
- *(2) Relevered beta based on the average industry capital structure.*
- *(3) Source: Federal Reserve. Yield to maturity on 20-year US treasury bond.*
- *(4) Source: 2007 SBBI Valuation 2007 Yearbook.*
- *(5) 100 basis points was added to the cost of equity in order to adjust the cost of equity more in line with MorningStar.*
- *(6) Cost of debt equals the rounded average spread between the 10-year LIBOR and the cost of debt for BB and BBB rated companies.*

VRC
Strong Values.

TRIBUNE

MS_110833

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Broadcasting: WACC *($ in millions)*

| Comparable Public Companies | Raw Beta | Adjusted Beta[1] | Net Debt & Pref. | Market Cap | Debt / Capital | Tax Rate | Unlevered Beta |
|---|---|---|---|---|---|---|---|
| Hearst Argyle Television | 0.80 | 0.88 | $945.6 | $1,817.5 | 34.2% | 38.1% | 0.67 |
| Sinclair Broadcast Grp CS | 1.09 | 1.06 | $1,343.9 | $907.2 | 59.7% | 41.6% | 0.57 |
| Lin Tv Corp | 1.35 | 1.23 | $833.7 | $565.1 | 59.6% | 65.5% | 0.81 |
| Gray Television Inc | 1.44 | 1.28 | $923.8 | $382.6 | 70.7% | 36.0% | 0.50 |
| Nexstar Broadcasting Group Inc | 0.83 | 0.90 | $673.1 | $257.6 | 72.3% | 35.0% | 0.33 |
| Averages | 1.10 | 1.07 | | | 59.3% | 45.3% | 0.58 |

| CAPM | |
|---|---|
| Unlevered beta (average of indications) | 0.58 |
| Relevered beta[2] | 1.12 |
| Risk-free rate[3] | 4.5% |
| Equity risk premium[4] | 5.5% |
| Other premium | 0.0% |
| Cost of equity | 10.6% |

| WACC | |
|---|---|
| Debt | 59.3% |
| Equity | 40.7% |
| Tax rate | 35.0% |
| Cost of equity | 10.6% |
| Cost of debt[5] | 7.1% |
| WACC | 7.1% |
| Concluded WACC | 7.0% |

- *(1) Source: Bloomberg*
- *(2) Relevered beta based on the average industry capital structure.*
- *(3) Source: Federal Reserve. Yield to maturity on 20-year US treasury bond.*
- *(4) Source: 2007 SBBI Valuation 2007 Yearbook.*
- *(5) Cost of debt equals the rounded average spread between the 10-year LIBOR and the cost of debt for BB and BBB rated companies.*

*Internal Review Document*

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY