```
                IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF DELAWARE



                                    )
IN RE:                              ) Chapter 11
                                    )
TRIBUNE COMPANY, et al.,            ) Case No. 08-13141 (KJC)
                                    )
                                    ) Courtroom 5
                                    ) 824 Market Street
_____Debtors._____ )  Wilmington, Delaware

                                     August 17, 2010
                                     5:01 p.m.


                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE KEVIN J. CAREY
                 UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:


For Debtors:                     Sidley Austin LLP
                                 BY: JAMES F. CONLAN, ESQ.
                                 BY: KEVIN LANTRY, ESQ.
                                 BY: JAMES BENDERNAGEL, JR., ESQ.
                                 BY: JESSICA C.K. BOELTER, ESQ.
                                 One South Dearborn
                                 Chicago, IL 60603
                                 (213) 896-6022

                                 Cole, Schotz, Meisel, Forman &
                                 Leonard, PA
                                 BY:  NORMAN PERNICK, ESQ.
                                 1000 North West Street
                                 Suite 1200
                                 Wilmington, DE 19801
                                 (302) 652-3131


ECRO:                            AL LUGANO

Transcription Service:           DIAZ DATA SERVICES
                                 331 Schuylkill Street
                                 Harrisburg, Pennsylvania 17110
                                 (717) 233-6664


Proceedings recorded by electronic sound recording; transcript
produced by transcription service
```

APPEARANCES:
(Continued)

For The Creditors Committee:   Landis Rath & Cobb
                               BY:  MATTHEW MCGUIRE, ESQ.
                               919 Market Street Suite 1800
                               P.O. Box 2087
                               Wilmington, DE 19899
                               (302) 467-4400


                               Chadbourne & Park LLP
                               BY:  DAVID LEMAY, ESQ.
                               30 Rockefeller Plaza
                               New York, NY 10112
                               (212) 408-5100


For U.S. Trustee:              Office of the U.S. Trustee
                               BY:  DAVID KLAUDER, ESQ.
                               844 King Street, Suite 2207
                               Lockbox 35
                               Wilmington, DE 19801
                               (302) 573-6491


For JP Morgan Chase:           Richards Layton & Finger
                               BY:  DREW SLOAN, ESQ.
                               One Rodney King Square
                               920 North King Street
                               Wilmington, DE 19801
                               (302) 651-7612


                               Davis Polk & Wardwell
                               BY:  MICHAEL J. RUSSANO, ESQ.
                               450 Lexington Avenue
                               New York, NY 10017
                               (212) 450-4000

For Morgan Stanley:            Barnes & Thornburg LLP
                               BY:  DAVID POWLEN, ESQ.
                               Suite 1200
                               1000 N. West Street
                               Wilmington, DE 19801-1058
                               (302) 888-4536


For Centerbridge:              Akin Gump Strauss Hauer & Feld
                               BY:  DANIEL H. GOLDEN, ESQ.
                               One Bryant Park
                               New York, NY 10036
                               (212) 872-1000

APPEARANCES:
(Continued)

For Law Debenture Trust          Bifferato Gentilotti
Company of New York:             BY:  GARVAN F. MCDANIEL, ESQ.
                                 800 North King Street
                                 Plaza Level
                                 Wilmington, DE 19801
                                 (302) 429-1900


                                 Kasowitz Benson Torres &
                                 Friedman LLP
                                 BY:  ANDREW GLENN, ESQ.
                                 1633 Broadway
                                 New York, NY 10019
                                 (212) 506-1700


For Merrill Lynch:               Potter Anderson & Corroon LLP
                                 BY: LAURIE SELBER SILVERSTEIN
                                 Hercules Plaza
                                 1313 North Market Street
                                 6th Floor
                                 Wilmington, DE 19801
                                 (302) 984-6000


For Wilmington Trust:            Brown Rudnick
                                 BY:  ROBERT J. STARK, ESQ.
                                 BY:  MARTIN SIEGEL, ESQ.
                                 Seven Times Square
                                 New York, NY 10036
                                 (212) 209-4800


                                 Benesch
                                 BY:  RAYMOND H. LEMISCH, ESQ.
                                 222 Delaware Avenue Suite 801
                                 Wilmington, DE 19801
                                 (302) 442-7010


For Wells Fargo:                 White & Case LLP
                                 BY:  THOMAS E. LAURIA, ESQ.
                                 BY:  ANDREW W. HAMMOND, ESQ.
                                 1155 Avenue of the Americas
                                 New York, NY 10036-2787
                                 (212) 819-8200


                                 Fox Rothschild LLP
                                 BY:  JEFFREY M. SCHLERF, ESQ.
                                 Citizens Bank Center
                                 919 North Market Street
                                 Suite 1300
                                 P.O. Box 2323
                                 Wilmington, DE 19899-2323
                                 (302) 654-7444

APPEARANCES:
(Continued)

For Great Banc:                    Womble Carlyle
                                   BY:  THOMAS M. HORAN, ESQ.
                                   222 Delaware Avenue
                                   Wilmington, DE 19801
                                   (302) 252-4320

For Aurelius Capital               Ashby & Geddes, P.A.
Management LP:                     BY:  WILLIAM P. BOWDEN, ESQ.
                                   500 Delaware Avenue
                                   P.O. Box 1150
                                   Wilmington, DE 19899-1150
                                   (302) 654-1888

                                   Friedman Kaplan Seiler & Adelman
                                   BY: EDWARD A. FRIEDMAN, ESQ.
                                   BY: WILLIAM P. WEINTRAUB, ESQ.
                                   1633 Broadway
                                   New York, NY 10019-6708
                                   (212) 833-1109

TELEPHONIC APPEARANCES:

For SuttonBrook Capital            BY:  CAROL L. BALE
Management LP:                     (212) 588-6640

For Oaktree Capital                Hennigan Bennett & Dorman LLP
Management:                        BY:  BRUCE BENNETT, ESQ.
                                   (213) 694-1012

For Debtor:                        Tribune Company
                                   BY:  CHANDLER BIGELOW
                                   BY:  DAVID ELDERSVEID
                                   BY:  DON LIEBENTRITT
                                   BY:  MICHAEL D. O'NEAL
                                   (312) 853-7778

                                   Sidley Austin
                                   BY:  CANDICE KLINE, ESQ.
                                   BY:  JILLIAN LUDWIG, ESQ.
                                   BY:  GARY WEITMAN, ESQ.
                                   BY:  D'LISIA BERGERON, ESQ.
                                   BY:  KEN KANSA, ESQ.
                                   BY:  BRIAN KRAKAUER, ESQ.
                                   BY:  JONATHAN D. LOTSOFF, ESQ.
                                   BY:  ALISON TRIGGS, ESQ.
                                   (312) 853-7030

TELEPHONIC APPEARANCES:
(Continued)

For Solus LP:                     BY:  STEPHEN BLAUNER
                                  (212) 373-1562

For Bank of America:              O'Melveny & Myers
                                  BY:  DANIEL CANTOR, ESQ.
                                  BY:  EVAN JONES, ESQ.
                                  (212) 326-2000

                                  Bank of America
                                  BY:  ESTHER CHUNG
                                  (646) 855-6705

For Wilmington Trust              Brown Rudnick LLP
Company:                          BY:  ANDREW DASH, ESQ.
                                  BY:  JARED ELLIAS, ESQ.
                                  BY:  WILLIAM DOLAN, ESQ.
                                  (212) 209-4811

For The Creditors Committee:      Chadbourne & Park LLP
                                  BY:  DOUGLAS DEUTSCH, ESQ.
                                  BY:  MARC ROITMAN, ESQ.
                                  BY:  HOWARD SEIFE, ESQ.
                                  (212) 408-5169

For UBS Investment Bank:          UBS Securities LLC
                                  BY:  NEEL DOSHI
                                  (203) 719-8723

For Perry Capital:                BY:  JAMES FREEMAN, ESQ.
                                  (212) 583-4000

For Arrowgrass Management:        BY:  ARIF GANGAT
                                  (212) 372-8938

For U.S. Department of            BY:  LEONARD GERSON
Labor:                            (202) 693-5615

For Angelo Gordon & Company:      Wilmer Cutler Pickering Hale &
                                  Dorr
                                  BY:  ANDREW N. GOLDMAN, ESQ.
                                  (212) 230-8836

For Dennis A. Prieto:             Aurelius Capital Management
                                  BY:  DENNIS A. PRIETO
                                  (646) 445-6516

```
TELEPHONIC APPEARANCES:
(Continued)

For Citigroup:              Paul Weiss Rifkind Wharton &
                            Garrison LLP
                            BY:  ANDREW GORDON, ESQ.
                            BY:  ANDREW LEVY, ESQ.
                            BY:  AMY DIETRICH, ESQ.
                            BY:  OKSANA LASHKO
                            (212) 373-3543

For Anna Kalenchits:        BY:  ANNA KALENCHITS
                            (212) 723-1808

For JPMorgan Chase Bank:    BY:  KEVIN C. KELLEY
                            BY:  SHACHAR MINKOVE
                            (212) 648-0427

                            Davis Polk & Wardwell LLP
                            BY:  DONALD S. BERNSTEIN, ESQ.
                            (212) 450-4092

For Morgan Stanley:         Weil Gotshal & Manges LLP
                            BY:  EVAN LEDERMAN, ESQ.
                            (212) 310-8948

For Merrill Lynch:          Kaye Scholer LLP
                            BY:  MADLYN G. PRIMOFF, ESQ.
                            (212) 836-7042

For EOS Partners:           BY:  MIKE J. SCHOTT
                            (212) 593-4046

For Barclays:               Mayer Brown LLP
                            BY:  MICHAEL L. SIMES, ESQ.
                            BY:  AMIT K. TREHAN, ESQ.
                            BY:  JEAN-MARIE ATAMIAN, ESQ.
                            (212) 506-2607

                            Edwards Angell Palmer Dodge LLP
                            BY:  ROBERT CRAIG MARTIN
                            (302) 425-7116

For Contrarian Capital      BY:  JOSHUA TRUMP
Management:                 (203) 862-8299

For Alvarez & Marsal:       BY:  BRIAN WHITTMAN
                            (312) 601-4227

For Matthew A. Zloto:       BY:  MATTHEW A. ZLOTO, PRO SE
                            (646) 445-6518
```

```
TELEPHONIC APPEARANCES:
(Continued)

For Centerbridge:              BY:  SAMIRE ARORA
                               BY:  VIVEK MELWANI
                               (212) 672-4622

For Arrowhawk Capital          BY:  ANDREW GU
Partners:                      (203) 413-7246

For Neil S. Losquadro:         BY:  NEIL S. LOSQUADRO, PRO SE
                               (212) 745-9758

For Levine Leichtman           BY:  JASON D. SCHAUER
Capital Partners:              (310) 275-5335


For Seneca Capital:            BY:  USMAN TAHIR
                               (212) 527-8137


For David Thompson:            Gruss & Company LLC
                               BY:  DAVID B. THOMPSON
                               (212) 688-7526

For CRT Capital Group:         BY:  LANCE VITANZA
                               (203) 569-4337

For Macquarie Capital:         BY:  RUSHABH VORA
                               (212) 231-6311

For Smith Management:          BY:  JENNIFER WILD
                               (212) 418-6877

For Michael D. Adamski:        One East Partners
                               BY:  MICHAEL D. ADAMSKI
                               (212) 230-4513

For Merrill Lynch Capital      Kaye Scholer LLP
Corporation:                   BY:  JONATHAN AGUDELO, ESQ.
                               (212) 836-8369

For Jon Berke:                 DebtWire
                               BY:  JON BERKE
                               (212) 686-2741

For Kramer Levin:              BY:  DAVID E. BLABEY, JR., ESQ.
                               (212) 715-9100

For Dow Jones & Company:       BY:  PEG BRICKLEY
                               (215) 462-0953
```

TELEPHONIC APPEARANCES:
(Continued)

For Goldman Sachs & Company:    BY:  SCOTT BYNUM
                                (212) 902-8060

For Credit Lenders:             Young Conaway Stargatt & Taylor
                                BY:  ROBERT S. BRADY, ESQ.
                                BY:  BLAKE CLEARY, ESQ.
                                (302) 571-5713

                                Hennigan Bennett & Dorman LLP
                                BY:  JAMES O. JOHNSTON, ESQ.
                                (213) 694-1030

For Michael Ching:              Allen & Company
                                BY:  MICHAEL CHING
                                (212) 339-2431

For Aurelius Capital            Friedman Kaplan Seiler & Adelman
Management:                     BY:  GREGORY W. FOX, ESQ.
                                BY:  KIZZY L. JARSHOW, ESQ.
                                BY:  HAL NEIER, ESQ.
                                BY:  EAMONN O'HAGAN, ESQ.
                                (212) 833-1115

For Law Debenture Trust         Kasowitz Benson Torres &
Company of New York:            Friedman
                                BY:  ANDREW GLENN, ESQ.
                                BY:  SHERON KORPUS, ESQ.
                                BY:  MATTHEW STEIN, ESQ.
                                (212) 506-1717

For Wells Fargo:                White & Case LLP
                                BY:  SCOTT GREISSMAN, ESQ.
                                BY:  DAVID HILLE, ESQ.
                                (212) 819-8357

                                Pryor Cashman LLP
                                BY:  SETH H. LIEBERMAN, ESQ.
                                (212) 326-0819

For Nealesh Jhaveri:            Citadel Investment Group
                                BY:  NEALESH JHAVERI
                                (212) 651-7636

For Creditors:                  Arkin Kaplan LLP (New York)
                                BY:  HOWARD J. KAPLAN, ESQ.
                                (212) 333-0200

For Symphony Assets             BY:  JAMES S. KIM
Management:                     (415) 676-4094

TELEPHONIC APPEARANCES:
(Continued)

For Corre Partners:               BY:  STEPHEN LAM
                                  (646) 863-7157

For Crain's Chicago:              BY:  LYNNE MAREK
                                  (312) 649-5328

For Latigo Partners:              BY:  SCOTT T. MCCABE
                                  (212) 754-1613

For JP Morgan Proprietary:        BY:  SAQUIB R. MIRZA
                                  (212) 270-6000

For Royal Bank of Scotland:       BY:  COURTNEY ROGERS
                                  (203) 897-4815

For TPG Credit Management:        BY:  JONATHAN T. ROITER
                                  (612) 851-3014

For Aaron Rosen:                  BY:  AARON ROSEN, PRO SE
                                  (212) 728-2528

For Laura I. Rotter:              BY:  LAURA I. ROTTER
                                  (203) 930-7277

For Canyon Partners:              BY:  CHANEY M. SHAFFIELD
                                  (310) 272-1062

For EGI-TRB:                      Jenner & Block LLP
                                  BY: DOUGLAS A. SONDGEROTH, ESQ.
                                  (312) 222-9350

For Citi:                         BY:  REBECCA SONG
                                  (212) 559-9933

For Carval Investors:             BY:  TECK WONG
                                  (952) 984-3292

For Cetus Capital:                BY:  GENTRY KLEIN
                                  (203) 552-3542

1    WILMINGTON, DELAWARE, MONDAY, AUGUST 17, 2010, 5:01 P.M.

2              THE CLERK:  All rise.

3              Be seated, please.

4              THE COURT:  Good afternoon, everyone.

5              MR. CONLAN:  Good late afternoon, Your Honor. Jim

6    Conlan on behalf of the debtor.  First, thank you for

7    accommodating us, particularly at this late hour and on short

8    notice.  We very much appreciate it.

9              Your Honor, we'll be back before you Friday, which

10   obviously is just a few days away --

11             THE COURT:  And before we go, I would like to -- but

12   at the end, just go through the direct agenda that I asked be

13   sent to get the latest on where everybody stands with those

14   matters that are tentatively listed for Friday.

15             MR. CONLAN:  Certainly, Your Honor.  Your Honor,

16   what we'd like to do today is to merely provide that the plan

17   dates, other than confirmation, float, that the contours

18   hearing, as we call it, not go forward Friday.  And what we

19   would propose to do is come back to you Friday with a more

20   specific proposal as to those dates.  Just let them -- it's

21   essentially almost the equivalent of bridging to Friday until

22   we have a more specific proposal.  We're in the middle of

23   discussions with a variety of parties.

24             THE COURT:  Okay.  Let me -- before I make a

25   comment, let me first ask a question.  Under the order

1    scheduling this motion for a hearing today, I indicated that

2    objections could be made at the time of hearing.  Are there any

3    objections to the relief that the debtor has requested here?

4            I hear no response.  Okay.  I will say the request,

5    in light of the time in which it arises, is an unusual one.

6    And while I certainly understand and endorse the parties

7    apparent continuing efforts to discuss plan terms, which may

8    resolve some or all of the allocation of value issues, I'll

9    call them, you know, to not suspend exactly, but to put into

10   limbo in the middle of the plan voting process the voting

11   deadline, and we've already extended it once, gives me some

12   pause.

13           Now having said that, I'll probably, in the absence

14   of objection, say okay, but hold my hand a little bit here, Mr.

15   Conlan.

16           MR. CONLAN:  Your Honor, I believe that on Friday we

17   will be asking us -- asking you to give us new dates.  I don't

18   want to imply pessimism or optimism with respect to whether

19   those dates will be merely holding dates that we'll revisit

20   again or whether they will be reflective of enhanced consensus.

21   So I don't want to upset the delicate balance that exists in

22   our discussions, but I also don't want you to think that I'm

23   coming back with a peace treaty on Friday.

24           THE COURT:  No, I -- well, let's put it this way.  I

25   would certainly accept that, but I'm not planning on it.  But

1    having heard what you just said, it just seems to me, you know,

2    there are -- I'm sure people have voted, although nobody has

3    given me that report.

4              MR. CONLAN:  A few have.

5              THE COURT:  And maybe the rest of them, in light of

6    the notice of this present motion, don't know what the heck to

7    do and you'll leave here from the courtroom today and they

8    won't know -- still won't know what to do, although I'm sure

9    the relief, at least as it's proposed in the form of order that

10   accompanied the motion will tell them that the Friday deadline

11   is off.  So there's some certainty to that, but I truly do not

12   want to lurch from extension to extension in the middle of the

13   voting process.  I think that invites confusion and I -- you

14   know it's the balance and I know the parties are aware of this,

15   between allowing time to the parties to try to work through as

16   many issues as they can, all of which are important, and yet

17   not -- I don't mean to put it plainly, make a mess of the

18   voting procedures.  You understand my concern?

19             MR. CONLAN:  I do.  We have the very same concern

20   between a short leash and continuing to move, move, move, move.

21             THE COURT:  But in any event, what you're telling me

22   at least as of today, you do not anticipate further extending

23   the time for confirmation?

24             MR. CONLAN:  Your Honor, I can't say that.

25             THE COURT:  Okay.  Does anyone else wish to be

1  heard?

2          MR. FRIEDMAN:  May it please the Court, I am Edward

3  Friedman with the firm of Friedman Kaplan Seiler and Adelman.

4  We are representing Aurelius Capital Management and funds

5  managed by Aurelius.  We are co-counsel with the firm of Ashby

6  and Geddes.  And I don't have anything, Your Honor, to argue

7  about today.  I understand --

8          THE COURT:  You seem disappointed by that.

9          MR. FRIEDMAN:  Not at all.  I understand from what

10  Mr. Conlan has said, and from what Your Honor has said, that

11  the dates at this time are very much up in the air, including

12  specifically the voting deadline.  I know that in prior

13  hearings there has been discussion and ruling by Your Honor

14  with respect to the record date.  And again, I'm not here to

15  argue that today. I would simply like to note that with the

16  voting deadline being moved, we, and I'm sure other interested

17  parties, will want to reserve their rights with respect to a

18  resetting of the record date.

19          It does seem likely, but again it's not an issue for

20  today, but it does seem likely with the voting deadline being

21  moved out and at this time we don't even know what the deadline

22  will be, there likely will be good reasons to move the record

23  date so that it will be closer to the actual voting deadline.

24  And I just -- since there is talk today about dates moving I

25  did want to note that with respect to the record date, Your

1  Honor.

2           THE COURT:  All right.  Thank you.  Does anyone else

3  wish to be heard?

4           MR. GOLDEN:  Good afternoon, Your Honor.  Daniel

5  Golden, Akin Gump Strauss Hauer and Feld, counsel for

6  Centerbridge.  I also don't rise to argue, but I guess what I'd

7  ask the Court -- the Court's indulgence for a five minute

8  adjournment.  I do think that it's important that the Court be

9  understanding of the current plan process.  Mr. Conlan, I

10 think, has attempted to walk a tightrope trying to not upset an

11 apple cart that may be still is on the rails, but that's not

12 clear to the parties at this juncture.

13          Centerbridge has, based upon developments, it's not

14 at all clear that the plan that's currently filed that's out

15 for solicitation is ever going to be the subject of a

16 confirmation hearing.  And I don't -- I just don't -- I'm

17 uncomfortable leaving the Court with a misimpression.  So what

18 I'd like to do, Your Honor, with your indulgence, is ask for a

19 five minute adjournment, let the parties speak and then see if

20 we can enlighten the Court any further.

21          THE COURT:  Okay.  The tightrope the Court sometimes

22 walks is how far it wants to open the door on information some

23 of the parties may wish to share during delicate negotiations.

24 I -- today is Tuesday.  It doesn't trouble me to be up in the

25 air until Friday, but I will give you the five minutes if you'd

1   like it provided what you will tell me doesn't start the line

2   at the podium --

3              MR. GOLDEN:  Yeah, actually --

4              THE COURT:  -- because people will feel compelled to

5   respond.

6              MR. GOLDEN:  I think that's fair, Your Honor.  And

7   actually my suggestion will be is that Mr. Conlan will -- not

8   me, Mr. Conlan will add more or will just simply wait until

9   Friday.

10             THE COURT:  Okay.  Thank you.  We'll take a five

11  minute recess.

12         (Recess taken from 5:10 p.m. to 5:16 p.m.)

13             THE CLERK:  All rise.

14             MR. CONLAN:  Good afternoon, Your Honor.  Again, Jim

15  Conlan on behalf of the debtor.  Your Honor, we're in the same

16  place.  I do want to emphasize that if it were not just a --

17  essentially a bridging to Friday, we undoubtedly would have

18  people who would be commenting on a variety of things to you,

19  which is part of the logic behind bridging to Friday.  We

20  recognize that when we come back Friday that we will have new

21  dates to give you.  I don't want to prejudice those discussions

22  by saying what those dates would be and I'm not -- I do not

23  want to suggest to you that those will be dates that are in a

24  particular direction or represent a particular consensus.  I do

25  not want to represent that to you, knowing full well that if I

1  do, people will be on their feet now.

2          THE COURT:  I know.  Never have I learned so much

3  and really so little at the same time.

4       (Laughter)

5          MR. CONLAN:  Your Honor, that was my objective,

6  thank you.

7          THE COURT:  Well, speaking of dates, let me just

8  give you something to mull over, and that's not to suggest that

9  the parties ought to be moving one way or the other, but to the

10  extent the debtor ends up with -- in consultation with others

11  deciding that it wishes to put confirmation out farther, I'll

12  just let you know that a week in November did open up for me

13  just recently, and it's the week of November 8th.

14          Now, there is Veteran's Day on that Thursday and

15  depending on what happens, if we need it, I might decide to sit

16  on that day, but that's not a promise.  But I will hold that

17  week open until Friday and see where things go there.

18          Okay.  Does anyone else wish to be heard in

19  connection with the debtors' motion?  Okay.  No one in the

20  courtroom; anyone on the phone?  All right.  I hear no further

21  response.

22          Let's just turn a moment to the debtors proposed

23  form of order and I'll ask first, what date the debtor is

24  asking that I fill in on Page 2 in the blank?

25          MR. CONLAN:  Your Honor, if possible we'd like to

1  address that Friday?

2            THE COURT:  Okay.  Anyone have any other comment

3  about the form of order, at least as it was presented with the

4  motion and are there any other revisions that the debtor is

5  requesting?  Nothing further.

6            All right.  Do you want to cross that paragraph off

7  and hand up the form of order?

8            MR. CONLAN:  Yes.

9            THE COURT:  And so that I'm clear, that means that

10  the contours motion is definitely off?

11            MR. CONLAN:  That's correct.

12            THE COURT:  Okay.

13            MR. CONLAN:  And we'll address the rescheduling of

14  it on Friday.

15            THE COURT:  Okay.  All right.  Well, while that's

16  being made can I -- can we just page through the draft agenda.

17  I know others may not have it, but I did ask ahead of time that

18  I be provided with a draft, just so that I could try to get a

19  handle on what's going to happen on Friday.  And all you need

20  to do is address the matters that start with Number 10,

21  contested matters going forward.  Again, this is just

22  tentative.

23            MR. LANTRY:  Your Honor, Kevin Lantry on behalf of

24  the debtors.  Number 10, we believe this will be continued.

25  We've been in dialogue today with the Movants and this matter,

1   as you can see, has been continuously extended under the

2   stipulation that we had before.  We're continuing discovery

3   that can ultimately lead to a settlement and they're, I think,

4   happy with that, but we need to confer further with them, but I

5   believe that will be continued.

6            THE COURT:  Okay.  Number 11, the management

7   incentive plan motion.

8            MR. LANTRY:  Your Honor, before the hearing we met

9   with David Klauder to talk about how the U.S. Trustee is

10  evaluating this issue and we're still in back-and-forth

11  discussions with him, but we've also reached out and tried to

12  keep the other objector, the Bridge, aware of how those

13  discussions are going with the U.S. Trustee and are happy to

14  meet with him afterwards to describe where that's at.  We've

15  also been in dialogue with the committee, who had another

16  thought on that yet today.  So at this point it's going forward

17  but we're still in dialogue about that.

18            THE COURT:  All right.  Number 12?

19            MR. LANTRY:  Your Honor, I believe the Movant is

20  here, so I hate to suggest anything other than I think you

21  have, yourself, sort of indicated where this will ultimately

22  land, but I defer to the Movant if they want to address that.

23            THE COURT:  This is the bridge -- the motion of

24  Bridge Agent for entry of orders establishing procedures for

25  adjudicating debtors' objections to the Bridge loan claims.

1            MR. LAURIA:  Your Honor, I think at this -- Tom

2   Lauria for Wells Fargo, Bridge Agent.  Your Honor, I think at

3   this point we're content to have this adjourned until we see

4   where things are headed.

5            THE COURT:  All right.  Thank you.

6            MR. LANTRY:  With regard to Number 13, Your Honor,

7   this individual represents himself and we've had some

8   challenges trying to dialogue and he seems intent on moving

9   forward with this.  I don't know if he'll be here.  I know he's

10  -- I believe even contacted your Judge's clerk on this, so --

11           THE COURT:  Well, in inappropriate ways, I will add,

12  and I'm following up on that from my end, but as far as we know

13  that's still on.  Okay.  Number 14?

14           MR. LANTRY:  This is our contours cross-motion in

15  response to the Bridge --

16           THE COURT:  Okay.

17           MR. LANTRY:  -- so we're continuing that.

18           THE COURT:  Okay.

19           MR. LANTRY:  All right.  Number 15 is the Examiner'

20  motion for discharge.  I don't know if his counsel is here

21  today.  The debtors are the only one that objected to that, and

22  we objected it on to similar grounds as I think you

23  articulated, so.

24           THE COURT:  Well now, I read the papers and I did

25  express concerns and I see my own words have been used again

1   and I've also read the Examiner's reply.  So I take it we're

2   still -- the game is still on, on that one?

3           MR. LANTRY:  I think that would be going forward on

4   Friday, Your Honor.

5           THE COURT:  Okay.  All right.  And I guess 16 is

6   wrapped into what may or may not happen on Friday?

7           MR. LANTRY:  Correct.

8           THE COURT:  Okay.  Do you have a form of order for

9   me on the motion?

10          MR. CONLAN:  May I approach?

11          THE COURT:  Yes.  Thank you.  All right.  I will see

12  that this order is docketed tonight.  Hopefully that will be

13  helpful to some.  Is there anything further for today?

14          MR. CONLAN:  No, Your Honor, except a thank you

15  again and we'll see you Friday.

16          THE COURT:  You're very welcome.  Good luck to you.

17  See you then.

18          MR. CONLAN:  Thank you.

19          THE COURT:  Court is adjourned.

20      (Whereupon at 5:25 p.m., the hearing was adjourned)

21

22

23

24

25

1                          <u>CERTIFICATION</u>

2              I   certify   that   the   foregoing   is   a   correct

3    transcript   from   the   electronic   sound   recording   of   the

4    proceedings in the above-entitled matter.

5

6


7    _____          August 18, 2010

8    Stephanie McMeel

9    AAERT Cert. No. 452

10   Certified Court Transcriptionist

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|------|-----------|------|-----------|------|-----------|------|-----------|
| _____debtors.\_\_ | 1:13 | arora(1) 7:4 | | capital(15) 4:10 4:28 4:31 5:32 5:46 6:46 7:8 7:15 7:18 7:26 7:29 7:39 8:20 9:41 13:4 | | court(39) 1:1 10:4 10:11 10:24 11:24 12:5 12:21 12:25 13:2 13:8 14:2 14:7 14:8 14:17 14:20 14:21 14:21 15:4 15:10 16:2 16:7 17:2 17:9 17:12 17:15 18:6 18:18 18:23 19:5 19:11 19:16 19:18 19:24 20:5 20:8 20:11 20:16 20:19 20:19 |
| aaron(2) 9:22 9:22 | | arrowgrass(1) 5:35 | | carey(1) 1:20 | | |
| about(5) 13:7 13:24 17:3 18:9 18:17 | | arrowhawk(1) 7:8 | | carlyle(1) 4:4 | | |
| above-entitled(1) 21:4 | | articulated(1) 19:23 | | carol(1) 4:28 | | |
| absence(1) 11:13 | | ashby(2) 4:10 13:5 | | cart(1) 14:11 | | |
| accept(1) 11:25 | | ask(5) 10:25 14:7 14:18 16:23 17:17 | | carval(1) 9:38 | | court's(1) 14:7 |
| accommodating(1) 10:7 | | asked(1) 10:12 | | case(3) 1:9 3:39 8:34 | | courtney(1) 9:16 |
| accompanied(1) 12:10 | | asking(3) 11:17 11:17 16:24 | | cashman(1) 8:39 | | courtroom(3) 1:11 12:7 16:20 |
| actual(1) 13:23 | | assets(1) 8:51 | | center(1) 3:48 | | craig(1) 6:43 |
| actually(2) 15:3 15:7 | | atamian(1) 6:39 | | centerbridge(4) 2:46 7:4 14:6 14:13 | | crain's(1) 9:7 |
| adamski(2) 7:35 7:36 | | attempted(1) 14:10 | | cert(1) 21:9 | | credit(2) 8:7 9:19 |
| add(2) 15:8 19:11 | | august(3) 1:15 10:1 21:7 | | certainly(3) 10:15 11:6 11:25 | | creditors(3) 2:4 5:22 8:47 |
| address(4) 17:1 17:13 17:20 18:22 | | aurelius(5) 4:10 5:46 8:20 13:4 13:5 | | certainty(1) 12:11 | | cross(1) 17:6 |
| adelman(3) 4:17 8:20 13:3 | | austin(1) 1:26 4:43 | | certification(1) 21:1 | | cross-motion(1) 19:14 |
| adjourned(3) 19:3 20:19 20:20 | | avenue(5) 2:35 3:35 3:42 4:6 4:12 | | certify(1) 21:2 | | crt(1) 7:26 |
| adjournment(2) 14:8 14:19 | | aware(2) 12:14 18:12 | | cetus(1) 9:41 | | current(1) 14:9 |
| adjudicating(1) 18:25 | | away(1) 10:10 | | chadbourne(2) 2:11 5:22 | | currently(1) 14:14 |
| aert(1) 21:9 | | back(4) 10:9 10:19 11:23 15:20 | | challenges(1) 19:8 | | cutler(1) 5:41 |
| afternoon(4) 10:4 10:5 14:4 15:14 | | back-and-forth(1) 18:10 | | chandler(1) 4:37 | | d'lisia(1) 4:47 |
| afterwards(1) 18:14 | | balance(2) 11:21 12:14 | | chaney(1) 9:28 | | daniel(3) 2:47 5:8 14:4 |
| again(7) 11:20 13:14 13:19 15:14 17:21 19:25 20:15 | | bale(1) 4:28 | | chapter(1) 1:7 | | dash(1) 5:17 |
| | | banc(1) 4:4 | | chase(2) 2:26 6:15 | | data(1) 1:46 |
| | | bank(6) 3:48 5:7 5:12 5:28 6:15 9:16 | | chicago(2) 1:32 9:7 | | date(3) 13:14 13:18 13:23 13:25 16:23 |
| agenda(2) 10:12 17:16 | | bankruptcy(2) 1:1 1:21 | | ching(3) 8:16 8:17 | | dates(11) 10:17 10:20 11:17 11:19 11:19 13:11 13:24 15:21 15:22 15:23 16:7 |
| agent(2) 18:24 19:2 | | barclays(1) 6:36 | | chung(1) 5:13 | | |
| agudelo(1) 7:40 | | barnes(1) 2:39 | | citadel(1) 8:43 | | |
| ahead(1) 17:17 | | based(1) 14:13 | | citi(1) 9:35 | | david(9) 2:12 2:19 2:40 4:38 7:22 7:23 7:47 8:36 18:9 |
| air(2) 13:11 14:25 | | because(1) 15:4 | | citigroup(1) 6:4 | | |
| akin(2) 2:46 14:5 | | been(5) 13:13 17:25 18:1 18:15 19:25 | | citizens(1) 3:48 | | |
| alison(1) 4:51 | | before(1:20 10:9 10:11 10:24 18:2 18:8 | | claims(1) 18:25 | | davis(2) 2:33 6:19 |
| all(52) 10:2 10:2 11:8 12:16 13:9 14:2 14:14 15:13 16:20 17:6 17:15 17:19 18:18 19:5 19:19 20:5 20:11 | | behalf(3) 10:6 15:15 17:23 | | clear(3) 14:12 14:14 17:9 | | day(2) 16:14 16:16 |
| | | behind(1) 15:19 | | cleary(1) 8:9 | | days(1) 10:10 |
| | | being(3) 13:16 13:20 17:16 | | clerk(3) 10:2 15:13 19:10 | | deadline(7) 11:11 12:10 13:12 13:16 13:20 13:21 13:23 |
| allen(1) 8:16 | | believe(5) 11:16 17:24 18:5 18:19 19:10 | | closer(1) 13:23 | | |
| allocation(1) 11:8 | | bendernagel(1) 1:29 | | co-counsel(1) 13:5 | | |
| allowing(1) 12:15 | | benesch(1) 3:33 | | cobb(1) 3:2 | | dearborn(1) 1:31 |
| almost(1) 10:21 | | bennett(3) 4:31 4:32 8:12 | | cole(1) 1:35 | | debenture(2) 3:4 8:27 |
| already(1) 11:11 | | benson(2) 3:11 8:27 | | come(2) 10:19 15:20 | | debtor(7) 4:36 10:6 11:3 15:15 16:10 16:23 17:4 |
| also(5) 11:22 14:6 18:11 18:15 20:1 | | bergeron(1) 4:47 | | coming(1) 11:23 | | |
| although(2) 12:2 12:8 | | berke(2) 7:43 7:44 | | comment(2) 10:25 17:2 | | |
| alvarez(1) 6:49 | | bernstein(1) 6:20 | | commenting(1) 15:18 | | debtors(6) 1:26 16:19 16:22 17:24 18:25 19:21 |
| america(2) 5:7 5:12 | | between(2) 12:15 12:20 | | committee(3) 2:4 5:22 18:15 | | |
| americas(1) 3:42 | | bifferato(1) 3:4 | | company(10) 1:9 3:5 4:36 5:17 5:41 7:22 7:50 8:4 8:16 8:20 8:26 | | |
| amit(1) 6:38 | | bigelow(1) 4:37 | | | | debtwire(1) 7:43 |
| amy(1) 6:8 | | bit(1) 11:14 | | | | decide(1) 6:15 |
| and(53) 10:7 10:11 10:18 11:6 11:6 11:11 12:5 12:7 12:7 12:12 12:14 12:16 12:20 13:3 13:4 13:6 13:6 13:10 13:13 13:14 13:16 13:21 13:24 14:5 14:14 14:16 14:19 15:6 15:22 16:3 16:8 16:13 16:14 16:17 16:23 17:4 17:7 17:9 17:13 17:19 17:25 18:3 18:10 18:11 18:13 19:7 19:8 19:12 19:21 19:24 19:25 20:1 20:5 20:15 | | blabey(1) 7:47 | | compelled(1) 15:4 | | deciding(1) 16:11 |
| | | blake(1) 8:9 | | conaway(1) 8:7 | | defer(1) 18:22 |
| | | blank(1) 16:24 | | concern(2) 12:18 12:19 | | definitely(1) 17:10 |
| | | blauner(1) 5:4 | | concerns(1) 19:25 | | delaware(5) 1:2 1:13 3:35 4:6 4:12 10:1 |
| | | block(1) 9:31 | | confer(1) 18:4 | | delicate(2) 11:21 14:23 |
| | | boelter(1) 1:30 | | confirmation(4) 10:17 12:23 14:16 16:11 | | dennis(2) 5:46 5:47 |
| | | bowden(1) 4:11 | | confusion(1) 12:13 | | department(1) 5:38 |
| | | box(3) 2:7 3:51 4:13 | | conlan(23) 1:27 10:5 10:6 10:15 11:15 11:16 12:4 12:19 12:24 13:10 14:9 15:7 15:8 15:14 15:15 16:5 16:25 17:8 17:11 17:13 20:10 20:14 20:18 | | depending(1) 16:15 |
| anderson(1) 3:18 | | brady(1) 8:8 | | | | describe(1) 18:14 |
| andrew(8) 3:13 3:41 5:17 5:43 6:6 6:7 7:8 8:29 | | brian(2) 4:49 6:49 | | | | deutsch(1) 5:23 |
| | | brickley(1) 7:50 | | | | developments(1) 14:13 |
| | | bridge(6) 18:12 18:23 18:24 18:25 19:2 19:15 | | connection(1) 16:19 | | dialogue(4) 17:25 18:15 18:17 19:8 |
| angell(1) 6:42 | | | | consensus(2) 11:20 15:24 | | diaz(1) 1:46 |
| angelo(1) 5:41 | | | | consultation(1) 16:10 | | did(4) 13:25 16:12 17:17 19:24 |
| anna(2) 6:12 6:12 | | bridging(3) 10:21 15:17 15:19 | | contacted(1) 19:10 | | dietrich(1) 6:8 |
| another(1) 18:15 | | broadway(2) 3:14 4:20 | | content(1) 19:3 | | direct(1) 10:12 |
| anticipate(1) 12:22 | | brown(3) 3:26 5:16 6:36 | | contested(1) 17:21 | | direction(1) 15:24 |
| any(5) 11:2 12:21 14:20 17:2 17:4 | | bruce(1) 4:32 | | continued(10) 2:2 3:2 4:2 5:2 6:2 7:2 8:2 9:2 17:24 18:5 | | disappointed(1) 13:8 |
| anyone(5) 12:25 14:2 16:18 16:20 17:2 | | bryant(1) 2:48 | | | | discharge(1) 19:20 |
| anything(3) 13:6 18:20 20:13 | | but(23) 10:11 11:9 11:14 11:22 11:25 11:25 12:21 12:21 13:19 13:20 14:6 14:1 14:25 16:9 16:16 16:16 17:17 18:4 18:4 18:11 18:17 18:22 19:12 | | | | discovery(1) 18:2 |
| apparent(1) 14:11 | | | | continuing(4) 11:7 12:20 18:2 19:17 | | discuss(1) 11:7 |
| appearances(6) 4:25 5:1 6:1 7:1 8:1 9:1 | | | | continuously(1) 18:1 | | discussion(1) 13:13 |
| apple(1) 14:11 | | | | contours(3) 10:17 17:10 19:14 | | discussions(5) 10:23 11:22 15:21 18:11 18:13 |
| appreciate(1) 10:8 | | bynum(1) 8:4 | | contrarian(1) 6:46 | | |
| approach(1) 20:10 | | c.k(1) 1:30 | | corporation(1) 7:40 | | |
| are(14) 10:14 11:2 12:2 12:14 12:16 13:4 13:5 13:11 15:23 17:4 18:13 18:13 19:4 19:21 | | call(2) 10:18 11:9 | | corre(1) 9:4 | | district(1) 1:2 |
| | | can(6) 12:16 14:20 17:16 17:16 18:1 18:3 | | correct(3) 17:11 20:7 21:2 | | docketed(1) 20:12 |
| | | can't(1) 12:24 | | corroon(1) 3:18 | | dodge(1) 6:42 |
| argue(3) 13:6 13:15 14:6 | | candice(1) 4:44 | | could(2) 11:2 17:18 | | does(5) 12:25 13:19 13:20 14:2 16:18 |
| arif(1) 5:35 | | cantor(1) 5:8 | | counsel(2) 14:5 19:20 | | doesn't(2) 14:24 15:1 |
| arises(1) 11:5 | | canyon(1) 9:28 | | | | dolan(1) 5:19 |
| arkin(1) 8:47 | | | | | | don(1) 4:39 |

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|

**Word / Page:Line (Column 1)**

don't(13) 11:17 11:21 11:22 12:6 12:17 13:6 13:21 14:6 14:16 14:16 15:21 19:9 19:20
donald(1) 6:20
door(1) 14:22
dorman(2) 4:31 8:12
dorr(1) 5:42
doshi(1) 5:29
douglas(2) 5:23 9:32
dow(1) 7:50
draft(2) 17:16 17:18
drew(1) 2:27
during(1) 14:23
eamonn(1) 8:24
east(1) 7:35
ecro(1) 1:44
edward(2) 4:18 13:2
edwards(1) 6:42
efforts(1) 11:7
egi-trb(1) 9:31
eldersveid(1) 4:38
electronic(2) 1:52 21:3
ellias(1) 5:10
else(3) 12:25 14:2 16:18
emphasize(1) 15:16
end(2) 10:12 19:12
endorse(1) 11:6
ends(1) 16:10
enhanced(1) 11:20
enlighten(1) 14:20
entry(1) 18:24
eos(1) 6:33
equivalent(1) 10:21
esq(69) 1:27 1:28 1:29 1:30 1:37 2:5 2:12 2:19 2:27 2:34 2:40 2:47 3:5 3:13 3:27 3:28 3:34 3:40 3:41 3:47 4:5 4:11 4:18 4:19 4:32 4:44 4:45 4:46 4:47 4:48 4:49 4:50 4:51 5:8 5:9 5:17 5:18 5:19 5:23 5:24 5:25 5:32 5:43 6:6 6:7 6:8 6:20 6:23 6:30 6:37 6:38 6:39 7:40 7:47 8:8 8:9 8:13 8:21 8:24 8:27 8:34 8:29 8:30 8:31 8:35 8:36 8:40 8:48 9:32
essentially(2) 10:21 15:17
establishing(1) 18:24
esther(1) 5:13
evaluating(1) 18:10
evan(2) 5:9 6:25
even(2) 13:21 19:10
event(1) 12:21
ever(1) 14:15
everybody(1) 10:13
everyone(1) 10:4
exactly(1) 11:9
examiner(1) 19:19
examiner's(1) 20:1
except(1) 20:14
exists(1) 11:21
express(1) 19:25
extended(2) 11:11 18:1
extending(1) 12:22
extension(2) 12:12 12:12
extent(1) 16:10
fair(1) 15:6
far(2) 14:22 19:12
fargo(3) 3:39 8:34 19:2
farther(1) 16:11
feel(1) 15:7
feet(1) 16:1
feld(2) 2:46 14:5
few(2) 10:12 12:4
filed(1) 14:14
fill(1) 16:24
finger(1) 2:26
firm(2) 13:3 13:5
first(3) 10:6 10:25 16:23
five(4) 14:7 14:9 14:19 14:25 15:10
float(1) 10:17
floor(1) 3:22

**Word / Page:Line (Column 2)**

following(1) 19:12
for(88) 1:2 1:26 2:4 2:18 2:26 2:39 2:46 3:4 3:18 3:26 3:39 4:4 4:10 4:28 4:31 4:36 5:4 5:7 5:16 5:22 5:28 5:32 5:35 5:38 5:41 5:46 6:4 6:12 6:15 6:24 6:29 6:33 6:36 6:46 6:49 6:52 7:4 7:8 7:11 7:14 7:18 7:22 7:26 7:29 7:32 7:35 7:39 7:43 7:47 7:50 8:4 8:7 8:16 8:20 8:27 8:34 8:43 8:47 8:51 9:4 9:7 9:10 9:13 9:16 9:19 9:22 9:25 9:28 9:31 9:35 9:38 9:41 10:6 10:14 11:1 12:23 13:19 14:5 14:7 14:15 14:18 16:12 18:24 18:24 19:2 19:20 20:8 20:13
foregoing(1) 21:2
form(5) 12:9 16:23 17:3 17:7 20:8
foreman(1) 1:35
forward(5) 10:18 17:21 18:16 19:9 20:3
fox(2) 3:46 8:21
freeman(1) 5:32
friday(20) 10:9 10:14 10:18 10:19 10:21 11:16 11:23 12:10 14:25 15:9 15:17 15:19 15:20 16:17 17:1 17:14 17:19 20:4 20:6 20:15
friedman(9) 3:12 4:17 4:18 8:20 8:28 13:2 13:3 13:3 13:9
from(7) 12:7 12:12 13:9 13:10 15:12 19:12 21:3
full(1) 15:25
funds(1) 13:4
further(6) 12:22 14:20 16:20 17:5 18:4 20:13
game(1) 20:2
gangat(1) 5:35
garrison(1) 6:5
garvan(1) 3:5
gary(1) 4:46
geddes(2) 4:10 13:6
gentilotti(1) 3:4
gentry(1) 9:41
gerson(1) 5:38
get(2) 10:13 17:18
give(4) 11:17 14:25 15:21 16:8
given(1) 12:3
gives(1) 11:11
glenn(2) 3:13 8:29
going(6) 14:15 17:19 17:21 18:13 18:16 20:3
golden(5) 2:47 14:4 14:5 15:3 15:6
goldman(2) 5:43 8:4
good(6) 10:4 10:5 13:22 14:4 15:14 20:16
gordon(2) 5:41 6:6
gotshal(1) 6:24
great(1) 4:4
gregory(1) 8:21
greissman(1) 8:35
grounds(1) 19:22
group(2) 7:26 8:43
gruss(1) 7:22
guess(1) 14:6 20:5
gump(2) 2:46 14:5
had(3) 18:2 18:15 19:7
hal(1) 8:23
hale(1) 5:41
hammond(1) 3:41
hand(2) 11:14 17:7
handle(1) 17:19
happen(2) 17:19 20:6
happens(1) 16:15
happy(2) 18:4 18:13
harrisburg(1) 1:48
has(8) 11:3 12:2 13:10 13:10 13:13 14:10 14:13 18:1
hate(1) 18:20

**Word / Page:Line (Column 3)**

hauer(2) 2:46 14:5
have(14) 10:22 12:2 12:4 12:19 13:6 15:17 15:20 16:2 17:2 17:17 18:21 19:3 19:25 20:8
having(2) 11:13 12:1
he'll(1) 19:9
he's(1) 19:9
headed(1) 19:4
hear(2) 11:4 16:20
heard(4) 12:1 13:1 14:3 16:18
hearing(6) 10:18 11:1 11:2 14:16 18:8 20:20
hearings(1) 13:13
heck(1) 12:6
helpful(1) 20:13
hennigan(2) 4:31 8:12
hercules(1) 3:20
here(7) 11:3 11:14 12:7 13:14 18:20 19:9 19:20
hille(1) 8:36
him(2) 18:11 18:14
himself(1) 19:7
his(1) 19:20
hold(1) 11:14 16:16
holding(1) 11:19
honor(25) 10:5 10:9 10:15 10:15 11:16 12:24 13:6 13:10 13:13 14:1 14:4 14:18 15:6 15:14 15:15 16:5 16:25 17:23 18:8 18:19 19:1 19:2 19:6 20:4 20:14
honorable(1) 1:20
hopefully(1) 20:12
horan(1) 4:5
hour(1) 10:7
how(3) 14:22 18:9 18:12
howard(2) 5:25 8:48
i'd(2) 14:6 14:18
i'll(4) 11:8 11:13 16:11 16:23
i'm(10) 11:22 11:25 12:2 12:8 13:14 13:16 14:16 15:22 17:9 19:12
i've(1) 20:1
imply(1) 11:18
important(2) 12:16 14:8
inappropriate(1) 19:11
incentive(1) 18:7
including(1) 13:11
indicated(2) 11:1 18:21
individual(1) 19:7
indulgence(2) 14:7 14:18
information(1) 14:22
intent(1) 19:8
interested(1) 13:16
into(1) 11:9 20:6
investment(2) 5:28 8:43
investors(1) 9:38
invites(1) 12:13
issue(2) 13:19 18:10
issues(1) 11:8 12:16
it's(8) 10:20 12:9 12:14 13:19 14:8 14:13 16:13 18:16
james(5) 1:27 1:29 5:32 8:13 8:51
jared(1) 5:18
jarshow(1) 8:22
jason(1) 7:14
jean-marie(1) 6:39
jeffrey(1) 3:47
jenner(1) 9:31
jennifer(1) 7:32
jessica(1) 1:30
jhaveri(2) 8:43 8:44
jillian(1) 4:45
jim(2) 10:5 15:14
johnston(1) 8:13
jon(2) 7:43 7:44
jonathan(3) 4:50 7:40 9:19

**Word / Page:Line (Column 4)**

jones(2) 5:9 7:50
joshua(1) 6:46
jpmorgan(1) 6:15
judge(1) 1:21
judge's(1) 19:10
juncture(1) 14:12
just(16) 10:10 10:12 10:20 12:1 12:1 13:24 14:16 15:8 15:16 16:7 16:12 16:13 16:22 17:16 17:18 17:21
kalenchits(2) 6:12 6:12
kansa(1) 4:48
kaplan(5) 4:17 8:20 8:47 8:48 13:3
kasowitz(2) 3:11 8:27
kaye(2) 6:29 7:39
keep(1) 18:12
kelley(1) 6:15
ken(1) 4:48
kevin(4) 1:20 1:28 6:15 17:23
kim(1) 8:51
king(4) 2:20 2:28 2:29 3:6
kizzy(1) 8:22
kjc(1) 1:9
klauder(2) 2:19 18:9
klein(1) 9:41
kline(1) 4:44
know(16) 11:9 12:1 12:6 12:8 12:8 12:14 12:14 13:12 13:21 16:2 16:12 17:17 19:9 19:9 19:12 19:20
knowing(1) 15:25
korpus(1) 8:30
krakauer(1) 4:49
kramer(1) 7:47
labor(1) 5:39
lam(1) 9:4
lance(1) 7:26
land(1) 18:22
landis(1) 2:4
lantry(11) 1:28 17:23 17:23 18:8 18:19 19:6 19:14 19:17 19:19 20:3 20:7
lashko(1) 6:9
late(2) 10:5 10:7
latest(1) 10:13
latigo(1) 9:10
laughter(1) 16:4
laura(2) 9:25 9:25
lauria(3) 3:40 19:1 19:2
laurie(1) 3:19
law(2) 3:4 8:27
layton(1) 2:26
lead(1) 18:3
learned(1) 16:2
leash(1) 12:20
least(3) 12:9 12:22 17:3
leave(1) 12:7
leaving(1) 14:17
lederman(1) 6:25
leichtman(1) 7:14
lemay(1) 2:12
lemisch(1) 3:34
lenders(1) 8:7
leonard(2) 1:36 5:38
let(6) 10:20 10:24 10:25 14:19 16:7 16:12
let's(2) 11:24 16:22
level(1) 3:7
levin(1) 7:47
levine(1) 7:14
levy(1) 6:7
lexington(1) 2:35
liebentritt(1) 4:39
lieberman(1) 8:40
light(2) 11:5 12:5
like(6) 10:11 10:16 13:15 14:18 15:1 16:25
likely(3) 13:19 13:20 13:22
limbo(1) 11:10
line(1) 15:1
listed(1) 10:14

| Word | Page:Line |
|------|-----------|

little(2) 11:14  16:3
llc(2) 5:28  7:22
llp(22) 1:26  2:11  2:39  3:12  3:18  3:39  3:46
4:31  5:16  5:22  6:5  6:19  6:24  6:29  6:36
6:42  7:39  8:12  8:34  8:39  8:47  9:31

loan(1) 18:25
lockbox(1) 2:21
logic(1) 15:19
losquadro(2) 7:11  7:11
lotsoff(1) 4:50
luck(1) 20:16
ludwig(1) 4:45
lugano(1) 1:44
lurch(1) 12:12
lynch(3) 3:18  6:29  7:39
lynne(1) 9:7
macquarie(1) 7:29
made(2) 11:2  17:16
madlyn(1) 6:30
make(2) 10:24  12:17
managed(1) 13:5
management(12) 4:11  4:29  4:32  5:35  5:46
6:47  7:32  8:21  8:52  9:19  13:4  18:6

manges(1) 6:24
many(1) 12:16
marc(1) 5:24
marek(1) 9:7
market(4) 1:12  2:6  3:21  3:49
marsal(1) 6:49
martin(2) 3:28  6:43
matter(2) 17:25  21:4
matters(3) 10:14  17:20  17:21
matthew(4) 2:5  6:52  6:52  8:31
may(8) 11:7  13:2  14:11  14:23  17:17  20:6
20:6  20:10

maybe(1) 12:5
mayer(1) 6:36
mccabe(1) 9:10
mcdaniel(1) 3:5
mcguire(1) 2:5
mcmeel(1) 21:8
mean(1) 12:17
means(1) 17:9
meet(1) 18:14
meisel(1) 1:35
melwani(1) 7:5
merely(2) 10:16  11:19
merrill(3) 3:18  6:29  7:39
mess(1) 12:17
met(1) 18:8
michael(7) 2:34  4:40  6:37  7:35  7:36  8:16
8:17

middle(3) 10:22  11:10  12:12
might(1) 16:15
mike(1) 6:33
minkove(1) 6:16
minute(3) 14:7  14:19  15:11
minutes(1) 14:25
mirza(1) 9:13
misimpression(1) 14:17
moment(1) 16:22
monday(1) 10:1
more(3) 10:19  10:22  15:8
morgan(4) 2:26  2:39  6:24  9:13
motion(10) 11:1  12:6  12:10  16:19  17:4
17:10  18:7  18:23  19:20  20:9

movant(2) 18:19  18:22
movants(1) 17:25
move(5) 12:20  12:20  12:20  12:20  13:22
moved(2) 13:16  13:21
moving(3) 13:24  16:9  19:8
much(3) 10:8  13:11  16:2
mull(1) 16:8
myers(1) 5:7

nealesh(2) 8:43  8:44
need(3) 16:15  17:19  18:4
neel(1) 5:29
negotiations(1) 14:23
neier(1) 8:23
neil(2) 7:11  7:11
never(1) 16:2
new(12) 2:14  2:36  2:49  3:5  3:15  3:30
3:43  4:21  8:28  8:47  11:17  15:20

nobody(1) 12:2
norman(1) 1:37
north(5) 1:38  2:29  3:6  3:21  3:49
not(21) 10:18  11:9  11:25  12:11  12:17
12:22  13:9  13:14  13:19  14:11  14:15
15:7  15:16  15:22  15:22  15:25  16:8  16:16
17:17  20:6

note(2) 13:15  13:25
nothing(1) 17:5
notice(1) 10:8  12:6
november(2) 16:12  16:13
now(4) 11:13  16:1  16:14  19:24
number(7) 17:20  17:24  18:6  18:18  19:6
19:13  19:19

o'hagan(1) 8:24
o'melveny(1) 5:7
o'neal(1) 4:40
oaktree(1) 4:31
objected(2) 19:21  19:22
objection(1) 11:14
objections(3) 11:2  11:3  18:25
objective(1) 16:5
objector(1) 18:12
obviously(1) 10:10
off(3) 12:11  17:6  17:10
office(1) 2:18
okay(17) 10:24  11:4  11:14  12:25  14:21
15:10  16:18  16:19  17:2  17:12  17:15  18:6
19:13  19:16  19:18  20:5  20:8

oksana(1) 6:9
once(1) 11:11
one(9) 1:31  2:28  2:48  7:35  11:5  16:9
16:19  19:21  20:2

only(1) 19:21
open(3) 14:22  16:12  16:17
optimism(1) 11:18
order(7) 10:25  12:9  16:23  17:3  17:7  20:8
20:12

orders(1) 18:24
other(7) 10:17  13:16  16:9  17:2  17:4  18:12
18:20

others(2) 16:10  17:17
ought(1) 16:9
our(2) 11:22  19:14
out(4) 13:21  14:14  16:11  18:11
over(1) 16:8
own(1) 19:25
p.a(1) 4:10
p.m(3) 1:16  10:1  15:12  15:12  20:20
p.o(3) 2:7  3:51  4:13
page(2) 16:24  17:16
palmer(1) 6:42
papers(1) 19:24
paragraph(1) 17:6
park(3) 2:11  2:48  5:22
part(1) 15:19
particular(2) 15:24  15:24
particularly(1) 10:7
parties(9) 10:23  11:6  12:14  12:15  13:15
14:12  14:19  14:23  16:9

partners(7) 6:33  7:9  7:15  7:35  9:4  9:10
9:28

paul(1) 6:4
pause(1) 11:12
peace(1) 11:23
peg(1) 7:50
pennsylvania(1) 1:48
people(4) 12:2  15:4  15:18  16:1
pernick(1) 1:37
perry(1) 5:32
pessimism(1) 11:18
phone(1) 16:20
pickering(1) 5:41
place(1) 15:16
plainly(1) 12:17
plan(6) 10:16  11:7  11:10  14:9  14:14  18:7
planning(1) 11:25
plaza(2) 2:13  3:7  3:20
please(2) 10:3  13:2
podium(1) 15:2
point(2) 18:16  19:3
polk(2) 2:33  6:19
possible(1) 16:25
potter(1) 3:18
powlen(1) 2:40
ppearances(4) 1:23  2:1  3:1  4:1
prejudice(1) 15:21
present(1) 12:6
presented(1) 17:3
prieto(2) 5:46  5:47
primoff(1) 6:30
prior(1) 13:12
pro(3) 6:52  7:11  9:22
probably(1) 11:13
procedures(2) 12:18  18:24
proceedings(3) 1:19  1:52  21:4
process(3) 11:10  12:13  14:9
produced(1) 1:53
promise(1) 16:16
proposal(2) 10:20  10:22
propose(1) 10:19
proposed(2) 12:9  16:22
proprietary(1) 9:13
provide(1) 10:16
provided(2) 15:1  17:18
pryor(1) 8:39
put(4) 11:9  11:24  12:17  16:11
question(1) 10:25
rails(1) 14:11
rath(1) 2:4
raymond(1) 3:34
reached(1) 18:11
read(2) 19:24  20:1
really(1) 16:3
reasons(1) 13:22
rebecca(1) 9:35
recently(1) 16:13
recognize(1) 15:20
record(4) 13:14  13:18  13:22  13:25
recorded(1) 1:52
recording(2) 1:52  21:3
reflective(1) 11:20
regard(1) 19:6
relief(2) 11:3  12:9
reply(1) 20:1
report(1) 12:3
represent(2) 15:24  15:25
representing(1) 13:4
represents(1) 19:7
request(1) 11:4
requested(1) 11:3
requesting(1) 17:5
rescheduling(1) 17:13
reserve(1) 13:17
resetting(1) 13:18
resolve(1) 11:8

respect(4) 11:18  13:14  13:17  13:25
respond(1) 15:5
response(3) 11:4  16:21  19:15
rest(1) 12:5
revisions(1) 17:4
revisit(1) 11:19
richards(1) 2:26
rifkind(1) 6:4
right(9) 14:2  16:20  17:6  17:15  18:18  19:5
19:19  20:5  20:11

rights(1) 13:17
rise(3) 10:2  14:6  15:13
robert(3) 3:27  6:43  8:8
rockefeller(1) 2:13
rodney(1) 2:28
rogers(1) 9:16
roiter(1) 9:19
roitman(1) 5:24
rosen(2) 9:22  9:22
rothschild(1) 3:46
rotter(2) 9:25  9:25
royal(1) 9:16
rudnick(3) 3:26  5:16
ruling(1) 13:13
rushabh(1) 7:29
russano(1) 2:34
sachs(1) 8:4
said(4) 11:13  12:1  13:10  13:10
same(3) 12:19  15:15  16:3
samire(1) 7:4
saquib(1) 9:13
say(3) 11:4  11:14  12:24
saying(1) 15:22
schauer(1) 7:14
scheduling(1) 11:1
schlerf(1) 3:47
scholer(2) 6:29  7:39
schott(1) 6:33
schotz(1) 1:35
schuylkill(1) 1:47
scotland(1) 9:16
scott(3) 8:4  8:35  9:10
seated(1) 10:3
securities(1) 5:28
see(8) 14:19  16:17  18:1  19:3  19:25  20:11
20:15  20:17

seem(3) 13:8  13:19  13:20
seems(2) 12:1  19:8
seife(1) 5:25
seiler(3) 4:17  8:20  13:3
selber(1) 3:19
seneca(1) 7:18
sent(1) 10:13
service(2) 1:46  1:53
services(1) 1:46
seth(1) 8:40
settlement(1) 18:3
seven(1) 3:29
shachar(1) 6:16
shaffield(1) 9:28
share(1) 14:23
sheron(1) 8:30
short(2) 10:7  12:20
sidley(2) 1:26  4:43
siegel(1) 3:28
silverstein(1) 3:19
simes(1) 6:37
similar(1) 19:22
simply(2) 13:15  15:8
since(1) 13:24
sit(1) 16:15
sloan(1) 2:27
smith(1) 7:32
solicitation(1) 14:15
solus(1) 5:4
some(6) 11:8  11:11  12:11  14:22  19:7

| Word | Page:Line | Word | Page:Line | Word | Page:Line | Word | Page:Line |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

something(1) 16:8
sometime(1) 14:21
songderoth(1) 9:32
song(1) 9:35
sort(1) 18:21
sound(2) 1:52 21:3
south(1) 1:31
speak(1) 14:19
speaking(1) 16:7
specific(2) 10:20 10:22
specifically(1) 13:12
square(2) 2:28 3:29
stands(1) 10:13
stanley(2) 2:39 6:24
stargatt(1) 8:7
stark(1) 3:27
start(2) 15:1 17:20
states(2) 1:1 1:21
stein(1) 8:31
stephanie(1) 21:8
stephen(2) 5:4 9:4
still(7) 12:8 14:11 18:10 18:17 19:13 20:2 20:2

stipulation(1) 18:2
strauss(2) 2:46 14:5
street(10) 1:12 1:38 1:47 2:6 2:20 2:29 2:42 3:6 3:21 3:49

subject(1) 14:15
suggest(3) 15:23 16:8 18:20
suggestion(1) 15:7
suite(6) 1:39 2:6 2:20 2:41 3:35 3:50
sure(3) 12:2 12:8 3:16
suspend(1) 11:9
suttonbrook(1) 4:28
symphony(1) 8:51
tahir(1) 7:18
take(2) 15:10 20:1
taken(1) 15:12
talk(2) 13:24 18:9
taylor(1) 8:7
teck(1) 9:38
telephonic(6) 4:25 5:1 6:1 7:1 8:1 9:1
tell(2) 12:10 15:1
telling(1) 12:21
tentative(1) 17:22
tentatively(1) 10:14
terms(1) 11:7
than(2) 10:17 18:20
thank(8) 10:6 14:2 15:10 16:6 19:5 20:11 20:14 20:18

that(70) 10:12 10:14 10:16 10:17 11:1 11:3 11:13 11:16 11:19 11:21 11:22 11:25 12:3 12:9 12:10 12:11 12:21 12:24 13:8 13:10 13:12 13:15 13:15 13:23 13:25 14:8 14:8 14:11 14:14 14:14 15:7 15:16 15:20 15:20 15:23 15:23 15:25 15:25 16:5 16:8 16:11 16:12 16:14 16:16 16:16 16:24 17:1 17:4 17:6 17:9 17:9 17:9 17:17 17:18 17:20 18:2 18:3 18:4 18:5 18:16 18:17 18:22 19:12 19:17 19:21 19:21 20:2 20:3 20:12 20:12 21:2

that's(10) 14:11 14:14 14:14 15:6 16:8 16:16 17:11 17:15 18:14 19:13

the(161) 1:1 1:2 1:20 2:4 2:18 3:42 5:22 10:2 10:4 10:6 10:11 10:12 10:12 10:13 10:16 10:17 10:21 10:22 10:24 10:25 11:2 11:3 11:3 11:4 11:5 11:6 11:8 11:10 11:10 11:10 11:13 11:21 11:24 12:5 12:5 12:6 12:6 12:7 12:9 12:9 12:10 12:10 12:12 12:12 12:14 12:14 12:15 12:17 12:19 12:21 12:23 12:25 13:2 13:3 13:5 13:8 13:11 13:11 13:12 13:14 13:15 13:18 13:20 13:21 13:22 13:23 13:25 14:2 14:7 14:7 14:8 14:9 14:11 14:12 14:14 14:15 14:17 14:19 14:20 14:21 14:21 14:21 14:22 14:23 14:24 14:25 15:1 15:2 15:4 15:10 15:13 15:15 15:15 15:19 16:2 16:3 16:7 16:9 16:9 16:9 16:10 16:13 16:19 16:19 16:20 16:22 16:23 16:24 17:2 17:3 17:3 17:4 17:7 17:9 17:10 17:12 17:13 17:15 17:16 17:20 17:24 17:25 18:1 18:6 18:6 18:8 18:9 18:12 18:12 18:13 18:15 18:18 18:19 18:22 18:23 18:23 18:25 18:25 19:5 19:11 19:15 19:16 19:18 19:19 19:21 19:21 19:24 19:24 20:1 20:2 20:5 20:8 20:9 20:11 20:16 20:19 20:20 21:2 21:3 21:3 21:4

their(2) 13:17 16:1
them(5) 10:20 11:9 12:5 12:10 18:4
then(2) 14:19 20:17
there(9) 11:2 12:2 13:13 13:22 13:24 16:14 16:17 17:4 20:13

there's(2) 12:11
they(4) 11:20 12:7 12:16 18:22
they're(1) 18:3
things(3) 15:18 16:17 19:4
think(11) 11:22 12:13 14:8 14:10 15:6 18:3 18:20 19:1 19:2 19:22 20:3

this(23) 10:7 11:1 11:24 12:6 12:14 13:11 13:21 14:12 17:21 17:24 17:25 18:10 18:16 18:21 18:23 19:1 19:3 19:3 19:7 19:9 19:10 19:14 20:12

thomas(2) 3:40 4:5
thompson(2) 7:22 7:23
thornburg(1) 2:39
those(7) 10:13 10:20 11:19 15:21 15:22 15:23 18:12

thought(1) 18:16
through(3) 10:12 12:15 17:16
thursday(1) 16:14
tightrope(2) 14:10 14:21
time(8) 11:2 11:5 12:15 12:23 13:11 13:24 16:3 17:17

times(1) 3:29
today(13) 10:16 11:1 12:7 12:22 13:7 13:15 13:20 13:24 14:24 17:25 18:16 19:21 20:13

tom(1) 19:1
tonight(1) 20:12
tpg(1) 9:19
transcript(2) 1:19 1:52 21:3
transcription(2) 1:46 1:53
treaty(1) 11:23
trehan(1) 6:38
tribune(1) 1:9 4:36
tried(1) 18:11
triggs(1) 4:51
trouble(1) 14:24
truly(1) 12:11
trump(1) 6:46
trust(4) 3:4 3:26 5:16 8:27
trustee(4) 2:18 2:18 18:9 18:13
try(2) 12:15 17:18
trying(2) 14:10 19:8
tuesday(1) 14:24
turn(1) 16:22

u.s(5) 2:18 2:18 5:38 18:9 18:13
ubs(2) 5:28 5:28
ultimately(2) 18:3 18:21
uncomfortable(1) 14:17
under(2) 10:25 18:1
understand(4) 11:6 12:18 13:7 13:9
understanding(1) 14:9
undoubtedly(1) 15:17
united(2) 1:1 1:21
until(5) 10:21 14:25 15:8 16:17 19:3
unusual(1) 11:5
upon(1) 14:13
upset(2) 11:21 14:10
used(1) 19:25
usman(1) 7:18
value(1) 11:8
variety(2) 10:23 15:18
very(4) 10:8 12:19 13:11 20:16
veteran's(1) 16:14
vitanza(1) 7:26
vivek(1) 7:5
vora(1) 7:29
voted(1) 12:2
voting(8) 11:10 11:10 12:13 12:18 13:12 13:16 13:20 13:23

wait(1) 15:8
walk(1) 14:10
walks(1) 14:22
want(12) 11:18 11:21 11:22 12:12 13:17 13:25 15:16 15:21 15:23 15:25 17:6 18:22

wants(1) 14:22
wardwell(2) 2:33 6:19
was(3) 16:5 17:3 20:20
way(2) 11:24 16:9
ways(1) 19:11
we'd(2) 10:16 16:25
we'll(5) 10:9 11:19 15:10 17:13 20:15
we're(8) 10:22 11:15 18:2 18:10 18:17 19:3 19:7 20:1

we've(5) 11:11 17:25 18:11 18:14 19:7
week(3) 16:12 16:13 16:17
weil(1) 6:24
weintraub(1) 4:19
weiss(1) 6:4
weitman(1) 4:46
welcome(1) 20:16
well(6) 11:24 15:25 16:7 17:15 19:11
wells(3) 3:39 8:34 19:2
were(1) 15:16
west(2) 1:38 2:42
wharton(1) 6:4
what(16) 10:16 10:18 12:1 12:6 12:8 12:21 13:9 13:10 13:24 14:6 14:17 15:1 15:22 16:15 16:23 20:6

what's(1) 17:19
when(1) 15:20
where(5) 10:13 16:17 18:14 18:21 19:4
whereupon(1) 20:20
whether(2) 11:18 11:20
which(5) 10:9 11:5 11:7 12:16 15:19
while(1) 11:6 17:15
white(2) 3:39 8:34
whittman(1) 6:49
who(2) 15:18 18:15
wild(1) 7:32
will(26) 11:4 11:11 11:19 11:20 12:10 13:17 13:22 13:22 13:23 14:25 15:1 15:4 15:7 15:7 15:8 15:8 15:20 15:23 16:1 16:16 17:24 18:5 18:21 19:11 20:11 20:12

william(3) 4:11 4:19 5:19
wilmer(1) 5:41
wilmington(15) 1:13 1:40 2:8 2:22 2:30 2:43 3:8 3:23 3:26 3:36 3:52 4:7 4:14 5:16 10:1

wish(4) 12:25 14:3 14:23 16:18
wishes(1) 16:11
with(30) 10:13 10:19 10:23 11:18 11:23 13:3 13:5 13:14 13:15 13:17 13:20 13:25 14:17 14:18 16:10 16:10 16:19 17:3 17:18 17:20 17:25 18:4 18:4 18:9 18:11 18:13 18:14 18:15 19:6 19:9

womble(1) 4:4
won't(2) 12:8 12:8
wong(1) 9:38
words(1) 19:25
work(1) 12:15
would(8) 10:11 10:19 11:25 13:15 15:17 15:18 15:22 20:3

wrapped(1) 20:6
yeah(1) 15:3
yes(2) 17:8 20:11
yet(2) 12:16 18:16
york(10) 2:14 2:36 2:49 3:5 3:15 3:30 3:43 4:21 8:28 8:47

you(36) 10:6 10:9 10:19 11:9 11:17 11:22 12:1 12:1 12:13 12:18 12:22 13:8 14:2 14:25 15:1 15:10 15:18 15:21 15:23 15:25 16:6 16:8 16:12 17:6 17:19 18:1 18:20 19:5 19:22 20:8 20:11 20:14 20:15 20:16 20:17 20:18

you'd(1) 14:25
you'll(1) 12:7
you're(2) 12:12 20:16
young(1) 8:7
your(27) 10:5 10:9 10:15 10:15 11:16 12:24 13:6 13:10 13:13 13:25 14:4 14:18 14:18 15:6 15:14 15:15 16:5 16:25 17:23 18:8 18:19 19:1 19:2 19:6 19:10 20:4 20:14

yourself(1) 18:21
zloto(2) 6:52 6:52