# EXHIBIT A

# Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et al.,

Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

## DECLARATION OF CHRISTOPHER L. MEAZELL

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Fourteenth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period July 1, 2010 through July 31, 2010 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Fourteenth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.

5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 23d day of August, 2010.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## JULY 1 - JULY 31, 2010

| Name of Professional | Position (Number of Years in Position); Area of Expertise;  Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 22.7 | 5,675.00 |
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 530 | 46.4 | 24,592.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 725 | 52.0 | 37,700.00 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 340 | | 0.00 |
| Michael D. Hays | Member (since 1988); Litigation; 1977 (DC) & 1991 (MD) | 665 | 3.6 | 2,394.00 |
| Kevin P. Latek | Member (since 2005); Communications; 1997 (DC) | 550 | | 0.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 70.5 | 45,825.00 |
| Gary S. Lutzker | Member (since 2003); Communications; 1994 (NY) & 1997 (DC) | 530 | 1.5 | 795.00 |
| Laurie J. McCarthy | Communications Specialist (since 2010); n/a | 275 | 87.6 | 24,090.00 |
| Christopher L. Meazell | Senior Counsel (since 2009); Litigation & Bankruptcy; 2001 (GA); | 400 | 13.5 | 5,400.00 |
| Allyson E. Mejia | Cable Specialist (since 1996); Communications; n/a | 240 | 5.5 | 1,320.00 |
| Scott S. Patrick | Member (since 2005); Communications; 1990 (DC) & 1996 | 540 | 0.2 | 108.00 |
| Jason E. Rademacher | Associate (since 2000): Communications;  2000 (DC) & 2000 (WI) | 440 | 16.4 | 7,216.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 625 | 48.4 | 30,250.00 |

**TOTALS**                                                                                   368.3          185,365.00
**BLENDED RATE**                                                                                            503.2989411

[1]   The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2010 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $725 per hour.

### COMPENSATION BY PROJECT CATEGORY
### FOR THE PERIOD FROM
### JULY 1 - JULY 31, 2010

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 354.8 | 179,965.00 |
| Fee Applications 08656.0101 | 13.5 | 5,400.00 |
| Travel Time  08656.0102 (with 50% discount) | 0 | 0 |
| **TOTAL** | **368.3** | **185,365.00** |

# ☿ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC  |  Atlanta, GA

T  202.776.2000  F  202.776.2222

August 25, 2010                                                              Page 1

Tribune Company                                                      Invoice 528637
Don Liebentritt, Esq.
General Counsel
2 Park Avenue
Suite 1850
New York, NY   10016

Our File # 08656.0100          For Services Through July 31, 2010
FCC/Broadcast Matters

| | | |
|---|---|---|
| 07/01/10 | Telephone conference with D. Liebentritt re FCC waivers and processing (0.3); telephone conference with lenders' counsel re status of FCC applications (0.4); work on amendments to pending FCC applications (0.6); research and prepare memorandum re LMA and Trustee options (0.7). | |
| | J. Feore | 2.00 hrs. |
| 07/01/10 | Review status of parent company ownership review by outside counsel. | |
| | L. McCarty (Practice Group Professional) | 0.50 hrs. |
| 07/01/10 | Telephone conference with W. Lake (FCC) re FCC's Third Circuit litigation strategy (0.2); review re need to request additional Form 323's information from KL Gates (0.2); email E. Washburn re W. Lake telephone conference (0.2); telephone conference with K. Thompson (FCC) and A. Brett (FCC) re Tribune need to file Form 323 (0.2); email exchange with E. Washburn and J. Roberts re same (0.2); email P. Denton (KL Gates) re need for Form 323 information (0.1). | |
| | M. Swanson | 1.10 hrs. |
| 07/01/10 | Work on ownership report. | |
| | S. Anderson (Practice Group Professional) | 0.50 hrs. |
| 07/02/10 | Telephone conference with FCC re review of FCC applications and waivers (0.4); review amendments to applications and timing issues (0.4); work on option proposal re pre-FCC appeal operations (1.7). | |
| | J. Feore | 2.50 hrs. |
| 07/02/10 | Exchange emails with P. Denton (KL Gates) re Form 323 information (0.1); review re Form 323s (0.2). | |

Tribune Company

|  |  |  |
|---|---|---|
|  | M. Swanson | 0.30 hrs. |
| 07/03/10 | Research re FCC grant of temporary waivers for cross-ownership (1.3); follow-up to FCC proposal re waiver pending FCC rulemaking (0.7); work on update to draft amendment (0.4). | |
|  | J. Feore | 2.40 hrs. |
| 07/03/10 | Preparation of draft ownership reports for parent entities. | |
|  | L. McCarty (Practice Group Professional) | 3.10 hrs. |
| 07/04/10 | Prepare draft ownership reports for licensee subsidiary parent companies. | |
|  | L. McCarty (Practice Group Professional) | 4.80 hrs. |
| 07/04/10 | Edit ownership reports (0.5); review materials for spreadsheets re same (1.0); prepare draft spreadsheet re same (0.5). | |
|  | S. Anderson (Practice Group Professional) | 2.00 hrs. |
| 07/06/10 | Research FCC decisions and finalize memorandum re pre-FCC approval options and operating issues (1.0); telephone conference with counsel for lenders re ownership certifications (0.2); review foreign certifications and timing issues (0.6). | |
|  | J. Feore | 1.80 hrs. |
| 07/06/10 | Review charts from J. Boelter re stock distribution. | |
|  | J. Logan | 0.30 hrs. |
| 07/06/10 | Prepare ownership reports for parent entities (9.1); edit same based on information provided by KL Gates (3.2). | |
|  | L. McCarty (Practice Group Professional) | 12.30 hrs. |
| 07/06/10 | Telephone conference with E. Washburn and J. Roberts re Form 323 issues (0.4); review revisions to same (0.5). | |
|  | M. Swanson | 0.90 hrs. |
| 07/06/10 | Conference call with L. Washburn regarding preparation of ownership reports and spreadsheets (0.5); review and revise spreadsheets (4.8). | |
|  | S. Anderson (Practice Group Professional) | 5.30 hrs. |
| 07/07/10 | File FCC Form 323 biennial parent company ownership reports for GreatBanc Trust Company (1.5); file FCC Form 323 parent company ownership reports for US Fiduciary Services, Inc. (1.5). | |
|  | A. Mejia (Practice Group Professional) | 3.00 hrs. |
| 07/07/10 | Review issues re media ownership certifications (0.4); correspondence with Sidley re same (0.3); review issues re distributions of stock and warrants (0.9); telephone conference with Sidley and Alvarez re same (1.1); review FCC filings (2.4). | |
|  | C. Burrow | 5.10 hrs. |
| 07/07/10 | Review of revised draft corporate agreements for reorganized tribune re possible FCC issues (0.8); finalize and update memorandum re alternative operating status (1.0). | |

August 25, 2010                                                    Page 3

Tribune Company                                          Invoice 528637

|  | J. Feore | 1.80 hrs. |

| 07/07/10 | Review and analyze ownership reporting issues in connection with submission of biennial reports (0.4); prepare for telephone conference with J. Boelter and representatives of Alvarez group re development of stock allotment model to achieve FCC foreign ownership compliance and media ownership compliance (0.4); telephone conference with J. Boelter and representatives of Alvarez group re development of stock allotment model to achieve FCC foreign ownership compliance and media ownership compliance (0.8); revise memorandum to N. Larsen, et al. re trust alternatives in the event of a delayed emergence from bankruptcy following plan confirmation (0.3); review correspondence from J. Langdon re articles, bylaws and warrant drafts (0.4); review certification issues in connection with submission of ESOP biennial ownership reports for Tribune biennial ownership requirement (0.4); revise memorandum to N. Larsen, et al. re trust alternatives in the event of a delayed emergence from bankruptcy following plan confirmation (0.5). |  |
|  | J. Logan | 3.20 hrs. |

| 07/07/10 | Review and reply to emails from J. Roberts and P. Denton relating to information required for ownership filings (3.2); finalize draft Form 323s for parent entities (3.4); submit parent company reports (3.5). |  |
|  | L. McCarty (Practice Group Professional) | 10.10 hrs. |

| 07/07/10 | Email M. Martin (KL Gates) and P. Denton (KL Gates) re need for information for Form 323(0.1); review re Form 323 issues (0.4); revise exhibit re KL Gates information (0.1). |  |
|  | M. Swanson | 0.60 hrs. |

| 07/07/10 | Work on spreadsheets for biennial ownership reports for Tribune Co., DIP parent entities (4.7); review forms for Tribune parent entities (3.0); draft language for J. Roberts as signatory to Greatbanc/US Fiduciary reports (0.5); file Sam Investments Trust reports (1.4); file Chai Trust Company reports (1.4). |  |
|  | S. Anderson (Practice Group Professional) | 11.00 hrs. |

| 07/08/10 | Finalize and file FCC Form 323 parent company ownership reports for U.S. Fiduciary Services ESOP. |  |
|  | A. Mejia (Practice Group Professional) | 2.50 hrs. |

| 07/08/10 | Review issues re allocation of stock and warrants (0.4); telephone conference with Alvarez re same (0.6); correspondence with Sidley and Alvarez re same (0.4); revise warrant agreement (1.1); revise certificate of incorporation (1.2); telephone conference with Sidley re same (0.9). |  |
|  | C. Burrow | 4.60 hrs. |

| 07/08/10 | Finalize memo and research re structure options (0.5); review revised corporate documents and updates (0.4); review programming change options in Miami market and impact on pending waiver |  |

August 25, 2010                                                      Page 4

Tribune Company                                            Invoice 528637

|  | requests (0.9). | |
|---|---|---|
|  | J. Feore | 1.80 hrs. |

| 07/08/10 | Telephone conference with S. Kaufman (Alvarez) re operation of FCC foreign ownership policies (0.4); prepare correspondence to J. Langdon (Sidley) re revised articles, bylaws and warrants (0.1); follow-up telephone conference with S. Kaufman (Alvarez) re foreign ownership issues in connection with stock distribution model (0.3); review draft articles of incorporation, bylaws and warrant re FCC comments (1.4); telephone conference with C. Kreuger (Sidley) re comments on articles, bylaws and warrant and re Sidley FCC-related questions (0.5); prepare correspondence to C. Kreuger (Sidley) re inserts to draft articles and warrant (0.4); review issues in connection with ownership report filing and K&L Gates comments (0.3). | |
|  | J. Logan | 3.40 hrs. |

| 07/08/10 | Submit remaining parent entity ownership reports (3.4); review and reply to email from K. Gates regarding additional ownership information (0.7). | |
|  | L. McCarty (Practice Group Professional) | 4.10 hrs. |

| 07/08/10 | Review ownership notice of inquiry and 2006 filing in preparation for call with client (1.9); telephone conference with E. Washburn and J. Benz (Walker Benz) re notice of inquiry comments (0.8); review and revise client draft (6.3); email exchange with M. Martin (KL Gates) re Form 323 timing (0.1); review re final Form 323 issues (0.5); review re WSFL news issue (1.0). | |
|  | M. Swanson | 10.60 hrs. |

| 07/08/10 | Review and analyze issues regarding Miami news (0.6); telephone conference with L. Washington regarding same (0.3). | |
|  | M. Hays | 0.90 hrs. |

| 07/08/10 | Revise and file ownership reports for EGI-TRB, LLC. | |
|  | S. Anderson (Practice Group Professional) | 2.00 hrs. |

| 07/09/10 | Review foreign ownership memorandum for Alvarez (0.5); correspondence with Sidley and Alvarez re same (0.4); review Davis Polk proposal for foreign ownership certification process (0.5); review issues re post-emergence organization documents (0.7). | |
|  | C. Burrow | 2.10 hrs. |

| 07/09/10 | Prepare comments regarding FCC quadrennial media ownership notice of inquiry (8.0); correspondence with E. Washburn regarding same (0.3). | |
|  | J. Rademacher | 8.30 hrs. |

| 07/09/10 | Research re cross-ownership waiver issues raised by FCC applications and FCC's ownership inquiry (1.0); review stock and warrant agreements re reorganized Tribune (0.7); review loan spreadsheet re ownership certifications (0.8). | |
|  | J. Feore | 2.50 hrs. |

Tribune Company

| | | |
|---|---|---|
| 07/09/10 | Prepare memorandum for Alvarez analysis re FCC foreign ownership restrictions (0.9); review correspondence from J. Langdon re modifications to corporate organizational documents for post-emergence Tribune (1.4). | |
| | J. Logan | 2.30 hrs. |
| 07/09/10 | Review emails from J. Roberts relating to submission of biennial ownership reports. | |
| | L. McCarty (Practice Group Professional) | 0.30 hrs. |
| 07/09/10 | Review, revise and edit notice of inquiry ownership comments. | |
| | M. Swanson | 10.70 hrs. |
| 07/09/10 | Prepare constitutional and administrative law section for notice of inquiry ownership comments. | |
| | M. Hays | 1.60 hrs. |
| 07/10/10 | Review draft ownership certifications re compliance with FCC requirements (0.7); update alternative stations memorandum re pre-FCC approval operating options and FCC compliance (0.7). | |
| | J. Feore | 1.40 hrs. |
| 07/10/10 | Review and revise notice of inquiry ownership comments (0.9); email to E. Washburn re changes (0.1). | |
| | M. Swanson | 1.00 hrs. |
| 07/11/10 | Email notice of inquiry comment changes to client (0.2); email Pritchard study to client (0.2). | |
| | M. Swanson | 0.40 hrs. |
| 07/12/10 | Review FCC reply filings (1.6); review revised post-emergence organizational documents (1.5); telephone conference with Sidley, N. Larsen, D. Eldersveld and D. Liebentritt re same (1.1). | |
| | C. Burrow | 4.20 hrs. |
| 07/12/10 | Review reply to opposition of the International Brotherhood of Teamsters regarding petition to deny Tribune's applications for assignment of FCC broadcast licenses in bankruptcy (0.4); review reply to opposition of Free Press, et al. regarding same (0.7). | |
| | J. Rademacher | 1.10 hrs. |
| 07/12/10 | Review proposal for ownership certification (0.8); review reply filings at FCC by Teamsters and public interest groups (1.8); review FCC filing with court re cross-ownership and Tribune appeals (0.7). | |
| | J. Feore | 3.30 hrs. |
| 07/12/10 | Telephone conference with J. Stenger (counsel to unsecured creditors' committee) re reply date for petitioners (0.3); prepare correspondence to J. Stenger re amendments to Tribune applications (0.3); review revised articles, bylaws and warrants from C. Kreuger (Sidley) (1.4); prepare for telephone conference with C. Kreuger (Sidley), D. Eldersveld (Tribune), N. Larsen (Tribune) and D. Liebentritt (Tribune) re company positions on stock conversion | |

rights, sunset on Class B and other rights related to articles and bylaws (0.9); telephone conference with C. Kreuger (Sidley) D. Eldersveld (Tribune), N. Larsen (Tribune) and D. Liebentritt (Tribune) re company positions on stock conversion rights, sunset or Class B, and other rights related to articles and bylaws (0.9); review reply pleading from Teamsters (0.4).
J. Logan                                         4.20 hrs.

07/12/10          Review email from J. Roberts regarding public file copies of ownership reports (0.1); download copies of ownership reports for distribution to stations for public files (4.1).
L. McCarty (Practice Group Professional)          4.20 hrs.

07/12/10          Review re replies to Tribune opposition.
M. Swanson                                       0.20 hrs.

07/12/10          Review and edit notice of inquiry ownership comments.
M. Hays                                          1.10 hrs.

07/13/10          Review FCC reply filings (1.3); review revisions to certificate of incorporation (0.8).
C. Burrow                                        2.10 hrs.

07/13/10          Prepare amendments regarding WTIC and WCCT applications to assign broadcast licenses in bankruptcy (3.6); correspondence with E. Washburn regarding same (0.3).
J. Rademacher                                    3.90 hrs.

07/13/10          Review additional reply pleadings of Wilmington Trust and public interest groups (0.9); research re stock and warrant issues and FCC precedent (0.7); work on FCC amendments (0.4).
J. Feore                                         2.00 hrs.

07/13/10          Review reply of Teamsters, Wilmington Trust and public interest groups re bankruptcy process and application issues (1.6); telephone conference with J. Langdon (Sidley) re FCC issues in connection with corporate articles, bylaws and warrants for reorganized Tribune (0.6); prepare correspondence to J. Boelter (Sidley) re replies to oppositions to petitions to deny (0.4); prepare correspondence to J. Stenger (FCC counsel to Committee of Unsecured Creditors) re replies to oppositions (0.3); review correspondence from J. Langdon re additional proposed language for articles of incorporation (0.6); prepare correspondence to J. Langdon (Sidley) re FCC implications of additional proposed language for articles of incorporation (0.7); analyze form and structure of applications for restructuring transaction (1.2).
J. Logan                                         5.40 hrs.

07/13/10          Download copies of ownership reports for distribution to stations for inclusion in public file.
L. McCarty (Practice Group Professional)          3.20 hrs.

07/13/10          Telephone conference with D. Roberts (FCC) re number of reply

|  |  |  |
|---|---|---|
|  | filings (0.1); finalize and file Hartford amendment (0.9); email replies to E. Washburn (0.1); review Second Circuit decision re effect on "scarcity" argument (0.3); email client re same (0.1). |  |
|  | M. Swanson | 1.50 hrs. |
| 07/13/10 | Prepare and file amendments to Connecticut station application to supplement failing station waiver requests for WTIC (0.8) and WCCT-TV (0.8). |  |
|  | S. Anderson (Practice Group Professional) | 1.60 hrs. |
| 07/13/10 | Exchange correspondence with W. Vanduynhoven re channel change options. |  |
|  | S. Patrick | 0.20 hrs. |
| 07/14/10 | Review revised language for certificate of incorporation (0.6); telephone conference with lenders' FCC counsel re FCC issues (0.7). |  |
|  | C. Burrow | 1.30 hrs. |
| 07/14/10 | Correspondence with lenders' counsel regarding amendment to Hartford FCC applications to transfer broadcast licenses in bankruptcy. |  |
|  | J. Rademacher | 0.30 hrs. |
| 07/14/10 | Review revised certificate for reorganized Tribune and updates re timing on certification and FCC filings (1.5); telephone conference with S. Sheehan re timing and issues for FCC and Hill lobbying (0.3); telephone conference with counsel for lenders re FCC applications (0.3). |  |
|  | J. Feore | 2.10 hrs. |
| 07/14/10 | Telephone conference with J. Langdon re response to Wiley firm re restructuring transactions memorandum and draft corporate articles, bylaws and warrants (0.3); prepare for telephone conference with Wiley firm re replies and possible responses (0.3); review replies to opposition from public interest groups, Teamsters and Wilmington Trust (0.6); telephone conference with R. Wiley, W. Johnsen and M. Heller (FCC counsel to secured lenders) re replies to oppositions to petitions to deny and timing and effect on FCC proceedings of upcoming events in bankruptcy proceeding (0.7); review correspondence from J. Langdon re additional sections to draft articles (0.8); review, analyze and revise additional proposed language to article of incorporation and prepare correspondence to J. Langdon (Sidley) re same (0.6); prepare correspondence to J. Stenger (FCC counsel to unsecured creditors' committee) re replies to oppositions to petitions to deny (0.2); review issues in connection with amended Form 323 filings for ESOP-related entities (0.3). |  |
|  | J. Logan | 3.80 hrs. |
| 07/14/10 | Research re factual statements in public interest reply (1.4); review ownership materials to identify information needed to amend various parent company reports (0.7); prepare email to J. Roberts and KL Gates re same (0.4). |  |

Tribune Company

|  |  |  |
|---|---|---|
|  | L. McCarty (Practice Group Professional) | 2.50 hrs. |
| 07/14/10 | Email E. Washburn re notice of inquiry comments and focus on cross-ownership/Tribune (0.2); preparation for and telephone conference with Wiley lawyers re FCC application and "next steps" (1.8); review notice of inquiry comments (0.3). |  |
|  | M. Swanson | 2.30 hrs. |
| 07/15/10 | Preparation of correspondence with counsel for petitions to deny regarding amendment to FCC applications to transfer broadcast licenses in bankruptcy. |  |
|  | J. Rademacher | 0.40 hrs. |
| 07/15/10 | Review revised articles, by-laws and warrants re reorganized Tribune (0.8); conference with FCC staff re status of FCC applications (0.3); telephone conference with lenders' counsel (0.2); update FCC procedures for restructuring applications (0.4). |  |
|  | J. Feore | 1.70 hrs. |
| 07/15/10 | Analyze proposed restructuring transaction memorandum re FCC Form 316 applications (1.6); prepare draft sections of comprehensive agreement for proposed Form 316 applications for consent to implement restructuring transactions (1.6); telephone conference with J. Boelter re status of hearing on scheduling for bankruptcy (0.5); review issues re amendment to Form 323 biennial reports (0.5). |  |
|  | J. Logan | 4.20 hrs. |
| 07/15/10 | Prepare draft amendment of parent ownership reports for review by J. Roberts and K.L. Gates. |  |
|  | L. McCarty (Practice Group Professional) | 5.20 hrs. |
| 07/15/10 | Telephone conference with D. Roberts (FCC) re status (0.1); review re bankruptcy timing (0.2); telephone conference with D. Roberts re same (0.1); telephone conference with E. Washburn and notice of inquiry replies (0.2); review notice of inquiry initial comments (1.0); email Hartford amendment to petitioners' counsel (0.1); email comment chart to E. Washburn (0.1). |  |
|  | M. Swanson | 1.80 hrs. |
| 07/16/10 | Review FCC issues re restructuring transactions (0.8); review issues re FCC provisions in corporate organizational documents (0.7). |  |
|  | C. Burrow | 1.50 hrs. |
| 07/16/10 | Work on restructuring outline and potential FCC applications (0.6); work on update re timing with court and FCC (0.3); telephone conference with FCC staff re same (0.1). |  |
|  | J. Feore | 1.00 hrs. |
| 07/16/10 | Review and revise summary of various restructuring transactions for FCC Form 316 applications and analyze FCC application requirements (1.7); telephone conference with J. Boelter re results of bankruptcy hearing, status of foreign ownership distribution analysis |  |

and procedural motion (0.4); prepare memorandum re bankruptcy status and effect on FCC timing and approach (0.6); prepare correspondence to J. Langdon (Sidley) re restructuring transactions (0.4); draft sections of proposed comprehensive exhibit for Form 316 application (1.4); review versions of articles, bylaws and warrants in package sent by Sidley to Davis Polk in preparation for call to Wiley firm re FCC issues in drafts (0.4); telephone conference with W. Johnsen (Wiley) re draft corporate articles, bylaws and warrants, restructuring transactions and proposed changes to foreign ownership certification (0.4); prepare correspondence to E. Washburn re corporate name change (0.1).
J. Logan                                                 5.40 hrs.

| | | |
|---|---|---|
| 07/16/10 | Draft amendments for parent licensee ownership reports.<br>L. McCarty (Practice Group Professional) | 7.10 hrs. |
| 07/16/10 | Email revised notice of inquiry comment chart to E. Washburn (0.2); review re addition of news to WGN-TV (0.2); exchange emails with E. Washburn re preparation of reply comments (0.2).<br>M. Swanson | 0.60 hrs. |
| 07/16/10 | Review chart of restructuring transactions.<br>S. Anderson (Practice Group Professional) | 0.30 hrs. |
| 07/17/10 | Research and update re FCC issues on application amendment, certification re Section 310 and reporting directors (0.8); review draft agreements and proposed changes (0.5).<br>J. Feore | 1.30 hrs. |
| 07/19/10 | Review revised foreign ownership certification and proposals (0.5); telephone conference with lenders' counsel re FCC applications and status (0.3).<br>J. Feore | 0.80 hrs. |
| 07/19/10 | Revise draft comprehensive exhibit for restructuring applications (1.9); review revised foreign ownership certification and timeline from FCC counsel to senior lenders in connection with proposed motion to bankruptcy court (0.8); prepare correspondence to J. Boelter (Sidley) re revised foreign ownership certification from senior lenders' FCC counsel (0.3).<br>J. Logan | 3.00 hrs. |
| 07/19/10 | Email to KL Gates re approval to file amended ownership reports (0.1); prepare amended ownership reports for Greatbanc Trust Company (7.1).<br>L. McCarty (Practice Group Professional) | 7.20 hrs. |
| 07/20/10 | Review NBP set-top box recommendations and All-Vid notice of inquiry re potential rulemaking comments (0.4); telephone conference with S. Karottki and L. Washburne re impact of same on Tribune EPG information business (0.7); analyze issues re same (0.4).<br>G. Lutzker | 1.50 hrs. |

Tribune Company

| | | |
|---|---|---|
| 07/20/10 | Analysis of issues regarding Tribune compliance with national ownership cap and UHF Discount regarding reply comments in FCC media ownership notice of inquiry proceeding. | |
| | J. Rademacher | 1.70 hrs. |
| 07/20/10 | Telephone conference with FCC re status of Tribune applications (0.2); review restructuring applications and timing of filing (0.7); review revised certification re FCC ownership compliance (0.4). | |
| | J. Feore | 1.30 hrs. |
| 07/20/10 | Telephone conference with FCC counsel to senior lenders re modifications to foreign ownership certification (0.4); review revised draft of foreign ownership certification from senior lenders' FCC counsel (1.2); review revised timeline for foreign ownership determinations from senior lenders' FCC counsel (0.4); prepare correspondence to J. Boelter re revised drafts from senior lenders' counsel for foreign ownership timeline, assessments and surveys, foreign ownership certification, and possible survey of affiliates for purposes of Class A/Class B allotments (0.4). | |
| | J. Logan | 2.40 hrs. |
| 07/20/10 | Prepare and submit amended ownership reports for Sam Investment Trust (3.5); prepare amended ownership reports for GGI-TRB (3.7). | |
| | L. McCarty (Practice Group Professional) | 7.20 hrs. |
| 07/20/10 | Review notice of inquiry comments to advise re replies (0.8); telephone conference with E. Washburn and J. Benz (Waller Benz) re same (0.9); exchange emails with E. Washburn re video device competition dockets (0.1); review re same (0.4); telephone conference with E. Washburn and S. Karottki re same (1.0); email same re materials for docket (0.2). | |
| | M. Swanson | 3.40 hrs. |
| 07/21/10 | Telephone conference with R. Wiley and S. Sheehan re FCC lobbying efforts, meetings and timing (1.0); review issues for ownership waivers and outline approach to FCC and Hill (0.7). | |
| | J. Feore | 1.70 hrs. |
| 07/21/10 | Review and analyze FCC procedural issues in connection with proposed revised timeline from FCC counsel to senior lenders (0.7); review lender and bond interests in connection with FCC foreign ownership assessment (0.8); review correspondence from L. Washburn re corporate name change for proposed amendment (0.1); review correspondence from J. Langdon re comments from senior lenders' counsel to articles and bylaws for reorganized Tribune (0.9); review restructuring transactions and revise comprehensive exhibit for Form 316 (0.8). | |
| | J. Logan | 3.30 hrs. |
| 07/21/10 | Prepare and submit amended ownership reports for US Fiduciary Services (3.6) and US Fiduciary ESOP (3.7). | |
| | L. McCarty (Practice Group Professional) | 7.30 hrs. |

Tribune Company

| | | |
|---|---|---|
| 07/21/10 | Review FCC 3d Circuit brief re effect on pending waiver arguments (0.3); email same to E. Washburn (0.1); review chart re application actions and deadlines (0.1). | |
| | M. Swanson | 0.50 hrs. |
| 07/22/10 | Review and revise bankruptcy court exhibit re restructuring transactions (0.9); review and revise FCC exhibit re restructuring transactions (1.1); revise foreign ownership solicitation materials (1.2); prepare correspondence to Sidley firm re same (0.4). | |
| | C. Burrow | 3.60 hrs. |
| 07/22/10 | Telephone conference with R. Wiley and lenders' counsel re waiver requests at FCC (0.4); schedule follow-up meetings (0.2); review updates on reorganization documents re FCC (0.9). | |
| | J. Feore | 1.50 hrs. |
| 07/22/10 | Review proposed exhibit to Plan supplement relating to restructuring transactions (0.6); review conformity of Plan supplement exhibit to license list and anticipated transactions (1.1); prepare revisions to proposed exhibits to Plan supplement re restructuring transactions (0.4); prepare correspondence to J. Langdon (Sidley) re proposed changes to Plan supplement exhibit (0.3); revise draft Form 316 comprehensive exhibit to seek FCC consent for restructuring transactions (0.7); review and analyze proposed revisions to articles re FCC compliance issues (1.7). | |
| | J. Logan | 4.80 hrs. |
| 07/22/10 | Prepare instructions to station management regarding placement of ownership reports to station's public inspection file for KCPQ (0.3), KDAF (0.3), KIAH (0.3), KMYQ (0.3), KPLR (0.3), KRCW (0.3), KSWB (0.3), KTLA (0.3), KTWB (0.3), KWGN (0.3), WCCT (0.3), WDCW (0.3), WGN(AM) (0.3), WGN-TV (0.3), WGNO/WNOL (0.3), WPHL (0.3), WPIX (0.3), WPMT (0.3), WSFL (0.3), WTIC (0.3), WTTV/WTTK (0.3), WXIN (0.3) and WXMI (0.3). | |
| | L. McCarty (Practice Group Professional) | 6.90 hrs. |
| 07/22/10 | Review re WPIX news expansion (0.2); email exchange with E. Washburn re FCC's Third Circuit brief (0.2); finalize "tracking" chart (0.3); email same to E. Washburn (0.1); review notice of inquiry comments (1.3). | |
| | M. Swanson | 2.10 hrs. |
| 07/23/10 | Review revised bylaws (1.1); review revised certificate of incorporation (1.2); prepare correspondence to Sidley firm re same (0.6). | |
| | C. Burrow | 2.90 hrs. |
| 07/23/10 | Review updated corporate documents, FCC issues re same and comments of lenders (1.6); telephone conference with lenders' counsel re FCC meetings and waiver requests (0.5); review court filings re permanent cross-ownership waivers for Tribune (0.9). | |

Tribune Company

|          | J. Feore | 3.00 hrs. |

| 07/23/10 | Prepare memorandum to J. Langdon re FCC-related issues raised by proposed changes from senior lenders' counsel (2.1); review proposed changes to non-broadcast authorizations and licensees in proposed restructuring transactions (0.6); revise draft exhibit on proposed changes to non-broadcast authorizations and licensees in proposed restructuring transactions (0.6); review issues re set-up of electronic forms for proposed amendments to include plan supplement (0.3). |
| | J. Logan | 3.60 hrs. |

| 07/23/10 | Email exchanges with E. Washburn re notice of inquiry comments (0.1); review same (0.2). |
| | M. Swanson | 0.30 hrs. |

| 07/24/10 | Review correspondence from J. Langdon re Davis Polk comments on revised warrant agreement (0.2); review and analyze warrant agreement (0.6). |
| | J. Logan | 0.80 hrs. |

| 07/25/10 | Review revised warrant agreement. |
| | C. Burrow | 0.90 hrs. |

| 07/25/10 | Revise draft reply comments for FCC ownership notice of inquiry proceeding. |
| | M. Swanson | 1.30 hrs. |

| 07/26/10 | Revise issues list re changes to charter and bylaws (0.7); telephone conference with D. Liebentritt, D. Eldersveld and Sidley re same (0.6); review revisions to FCC provisions of corporate documents (0.8); telephone conference with lenders' FCC counsel re same (0.6); correspondence with Sidley and lenders' FCC counsel re same (1.9). |
| | C. Burrow | 4.60 hrs. |

| 07/26/10 | Telephone conference with S. Sheehan and counsel for creditors committee re examiner report and issues raised for FCC (1.2); telephone conference with lenders' counsel re FCC update and meeting (0.4); review revised corporate documents and FCC amendments re ownership issues (1.9). |
| | J. Feore | 3.50 hrs. |

| 07/26/10 | Review issues list from J. Langdon re draft corporate documents (1.2);  telephone conference with J. Langdon (Sidley), D. Liebentritt, and D. Eldersveld (Tribune) re changes in corporate documents for reorganized Tribune (0.9); telephone conference with W. Johnsen (JP Morgan FCC counsel) to identify issues for call with corporate counsel (0.7); prepare alternate language to insert in version of certificate from lenders' counsel (0.9); prepare correspondence to J. Langdon re comments on corporate documents (0.3); review examiner's report re potential FCC issues (1.2). |
| | J. Logan | 5.20 hrs. |

Tribune Company                                                          Invoice 528637

| 07/26/10 | Revise draft reply comments for FCC ownership notice of inquiry proceeding (2.3); exchange emails with J. Benz (Walker Benz) and E. Washburn re same (0.1); email NAB comments to client (0.1). | |
|---|---|---|
| | M. Swanson | 2.50 hrs. |
| 07/27/10 | Review revised charter (0.4); telephone conference with lenders' FCC counsel, Davis Polk and Sidley re FCC issues in charter and warrant agreement (1.8); revise charter per agreement reached on telephone conference (0.7); review examiner's report for impact on FCC process (1.2). | |
| | C. Burrow | 4.10 hrs. |
| 07/27/10 | Review summary of examiner's report regarding fraudulent conveyance allegation regarding FCC applications for assignment of licenses in bankruptcy. | |
| | J. Rademacher | 0.70 hrs. |
| 07/27/10 | Review report of examiner re Tribune and impact on FCC applications and processing (0.9); work on possible handout re FCC meetings and waiver requests on cross-ownership (1.1). | |
| | J. Feore | 2.00 hrs. |
| 07/27/10 | Conduct complete review of examiner's report re potential FCC issues in connection with Wilmington Trust petition (0.8); review correspondence from D. Eldersveld (Tribune) re questions on FCC-related provisions of corporate documents (0.2); prepare response to D. Eldersveld (Tribune) re FCC-related provisions of corporate documents (0.4); telephone conference with J. Langdon re contested FCC-related provisions in corporate documents (0.4); prepare for telephone conference with FCC counsel to lenders re corporate documents (0.9); telephone conference with FCC counsel to JP Morgan, Angelo Gordon, and Oaktree re provisions of corporate documents (0.8); telephone conference with J. Langdon re terms of revised documents (0.3); revise certificate of incorporation in connection with FCC-related changes (0.7); prepare correspondence to J. Langdon re FCC-related matters in connection with warrant draft (0.1). | |
| | J. Logan | 4.60 hrs. |
| 07/27/10 | Draft amendment to pending assignment applications in CDBS for TTNW (0.1), TTC (0.1), KIAH (0.1), TTHI (0.1), KPLR (0.1), TBHI (0.1), KSWB (0.1), KTLA (0.1), Channel 40 (0.1), KWGN (0.1), WDCW (0.1), WGN (0.1), TTNO (0.1), WPIX (0.1), Channel 39 (0.1) and WCCT (0.1). | |
| | L. McCarty (Practice Group Professional) | 1.60 hrs. |
| 07/27/10 | Review re examiner's report for effect on FCC application. | |
| | M. Swanson | 0.40 hrs. |
| 07/28/10 | Review Alvarez equity allocation flow chart (0.7); review revisions to charter and bylaws (0.9); correspondence with Sidley re same (1.2). | |

Tribune Company

|  | C. Burrow | 2.80 hrs. |
|---|---|---|

| 07/28/10 | Conference with S. Sheehan re FCC and Hill meetings re applications and processing (0.8); telephone conference with lenders' counsel re FCC applications and issues (0.3); review revised FCC amendments (0.4); review corporate documents re non-attributable interests (0.6); work on structure and application for supplemental changes at FCC (0.9). | |
|---|---|---|
|  | J. Feore | 3.00 hrs. |

| 07/28/10 | Review revised draft of certificate of incorporation and bylaws from J. Langdon re FCC matters (0.6); prepare correspondence to D. Eldersveld (Tribune) re FCC points in connection with certificate of incorporation and information rights (0.6); review correspondence from S. Kaufman (Alvarez) re approach to allotment model (0.3); review FCC issues in connection with warrant agreement and correspondence from J. Langdon re same (1.2); review correspondence from A. Delia (FCC counsel to lenders) re bylaw changes (0.3). | |
|---|---|---|
|  | J. Logan | 3.00 hrs. |

| 07/28/10 | Review re reply comments filed in notice of inquiry ownership proceeding (2.7); email E. Washburn re same (0.1); review re Hill and FCC strategy (0.8); email opposition to public interest petition to S. Sheehan (0.1); review re annual FCC regulatory fee issues (0.2). | |
|---|---|---|
|  | M. Swanson | 3.90 hrs. |

| 07/29/10 | Revise warrant agreement (1.3); telephone conference with Sidley and Davis Polk firms re same (0.6); review revised charter (0.7); prepare email to Sidley re corporate documents (1.7). | |
|---|---|---|
|  | C. Burrow | 4.30 hrs. |

| 07/29/10 | Telephone conference with lenders' counsel (0.2); prepare for FCC meeting re waivers (0.6); review FCC amendment (0.4); review revised warrants and conversion process re FCC issues (0.9). | |
|---|---|---|
|  | J. Feore | 2.10 hrs. |

| 07/29/10 | Review draft warrant agreement from J. Langdon (Sidley) re FCC-related issues (1.3); prepare correspondence to J. Langdon re warrant agreement draft (0.3); review revised articles of incorporation from C. Krueger (Sidley) re FCC matters (0.7); prepare correspondence to C. Kreuger and J. Bolton (Sidley) re articles of incorporation (0.2); review correspondence from A. Delia (Davis Polk) re senior lender changes to warrant agreement (1.1); review and analyze proposed system for stock allocation from Alvarez (0.9). | |
|---|---|---|
|  | J. Logan | 4.50 hrs. |

| 07/29/10 | Email E. Washburn re annual FCC regulatory fees (0.2); telephone conference with E. Washburn re FCC annual regulatory fees, set-top box issues, WSFL news and academic's interest in Tribune news and operational issues (0.5); email E. Washburn re academic studies (0.5). | |
|---|---|---|

|  |  |  |
|---|---|---|
|  | M. Swanson | 1.20 hrs. |
| 07/30/10 | Review Alvarez draft flow chart of FCC foreign ownership and media ownership (1.2); telephone conference with Sidley and Alvarez re same (1.1). | |
|  | C. Burrow | 2.30 hrs. |
| 07/30/10 | Telephone conference with lender's counsel re FCC meeting regarding application (0.3); review and revise talking points and back-up material for meeting (0.9); review Plan supplement re FCC amendment and FCC issues raised (1.5). | |
|  | J. Feore | 2.70 hrs. |
| 07/30/10 | Review and analyze procedural chart from Alvarez re determinations for proposed share and warrant allotment (1.1); telephone conference with S. Kaufman (Alvarez) and J. Boelter (Sidley) re Alvarez approach to share and warrant allotment (0.8); prepare memorandum re status of Alvarez analysis of stock allotment method (0.3); review issues re proposed amendment to FCC applications to reflect Plan supplement (0.6); review proposed presentation points for anticipated meeting with FCC staff re application (0.3). | |
|  | J. Logan | 3.10 hrs. |
| 07/30/10 | Email E. Washburn re notice of inquiry reply comments (0.1); review and revise talking points for FCC meetings (0.7). | |
|  | M. Swanson | 0.80 hrs. |
| 07/31/10 | Review petitions filed with FCC and replies re issues regarding applications (1.5); prepare material for meetings at FCC and with Media Bureau (1.3). | |
|  | J. Feore | 2.80 hrs. |

## BILLING SUMMARY

| | Hours |
|---|---|
| BURROW | 46.40 |
| FEORE | 52.00 |
| HAYS | 3.60 |
| LOGAN | 70.50 |
| LUTZKER | 1.50 |
| PATRICK | 0.20 |
| SWANSON | 48.40 |
| RADEMACHER | 16.40 |
| ANDERSON | 22.70 |
| MCCARTY | 87.60 |
| MEJIA | 5.50 |
| TOTAL | 354.80 |

August 25, 2010                                                          Page 16

Tribune Company                                                          Invoice 528637

     Fees for Professional Services ........................................................ $        179,965.00

|  |  |  |  |
|---|---|---|---|
|  | CONFERENCE CALL (SOUNDPATH) | $ | 24.02 |
|  | COURIER SERVICE | $ | 318.91 |
|  | OVERTIME - SECRETARIAL | $ | 898.96 |
|  | REPRODUCTION | $ | 375.10 |
|  | TELEPHONE | $ | 40.20 |
| 04/30/10 | VENDOR: Copper Conferencing; INVOICE#: 331316; DATE: 4/30/2010 - Teleconference among various counsel regarding Tribune project status. | $ | 11.65 |
| 05/31/10 | VENDOR: Copper Conferencing; INVOICE#: 343948; DATE: 5/31/2010 - Teleconference among various counsel regarding Tribune project status. | $ | 9.48 |
| 06/16/10 | Client work | $ | 93.77 |
| 07/12/10 | T. Foxwell inv#PCTAL071210 - T. Foxwell - Worked OT from 6pm, 7/9/10 through 12:30 am, 7/10/10 re Tribune NOI comments | $ | 18.00 |

     Total Reimbursable Costs .......................................................... $        1,790.09

     Total Current Billing for This File................................................ $        181,755.09

Our File # 08656.0101            For Services Through July 31, 2010
Retention and Fee Applications

| 07/02/10 | Preparation of 4th interim fee application. C. Meazell | 0.70 hrs. |
|---|---|---|
| 07/07/10 | Preparation of 13th monthly fee application. C. Meazell | 3.40 hrs. |
| 07/08/10 | Preparation of 13th monthly fee application. C. Meazell | 1.40 hrs. |
| 07/09/10 | Preparation of 13th monthly fee application. C. Meazell | 1.60 hrs. |
| 07/13/10 | Finalize 4th interim fee application (1.3); preparation of correspondence to Delaware counsel regarding same (0.4). C. Meazell | 1.70 hrs. |
| 07/15/10 | Correspondence with Fee Examiner regarding 4th interim fee application. C. Meazell | 0.20 hrs. |
| 07/21/10 | Preparation of 13th monthly fee application. |  |

August 25, 2010                                                   Page 17

Tribune Company                                          Invoice 528637

|         |             | C. Meazell | 2.10 hrs. |
|---------|-------------|

07/22/10    Preparation of 13th monthly fee application (1.4); correspondence
            with DE counsel regarding same (0.2); research regarding status of
            12th monthly fee application (0.2).
            C. Meazell                                    1.80 hrs.

07/23/10    Preparation of correspondence to fee examiner regarding 13th
            monthly fee application.
            C. Meazell                                    0.20 hrs.

07/30/10    Research regarding updates to retention and payment records.
            C. Meazell                                    0.40 hrs.

BILLING SUMMARY

|           | Hours |
|-----------|-------|
| MEAZELL   | 13.50 |
| TOTAL     | 13.50 |

Fees for Professional Services ...................................................... $        5,400.00
Total Current Billing for This File................................................ $        5,400.00

Total Current Billing for This Invoice........................................... $      187,155.09

# ☿ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law
Washington, DC  |  Atlanta, GA

T  202.776.2000  F  202.776.2222

## DUE UPON RECEIPT
**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

August 25, 2010

Tribune Company
Don Liebentritt, Esq.
General Counsel
2 Park Avenue
Suite 1850
New York, NY   10016

Invoice 528637

Our File # 08656.0100          For Services Through July 31, 2010
FCC/Broadcast Matters
    Total Current Billing for This Invoice ............................................................$          181,755.09

Our File # 08656.0101          For Services Through July 31, 2010
Retention and Fee Applications
    Total Current Billing for This Invoice ............................................................$            5,400.00

    Total Current Billing for This Invoice ............................................................$          187,155.09

# REMITTANCE COPY

# EXHIBIT C

## Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## JULY 1 - JULY 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 375.10 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 318.91 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.00 |
| Search Services | Pacer | 0.00 |
| Secretarial Overtime | | 916.96 |
| Telephone Conferencing Services | Copper Conferencing | 21.13 |
| Telephone Conferencing Services | Soundpath | 24.02 |
| Telephone Tolls | | 133.97 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |

**Total**      **1,790.09**

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

(2) Charges for computer-assisted research are set at a rate that realizes no more than Dow Lohnes' actual cost.