| | |
|---|---|
| **From:** | Canmann, Michael S [CIB-GBKG] |
| **Sent:** | Tuesday, April 03, 2007 01:16 AM |
| **To:** | Mohr, Christina [CIB-GBKG] |
| **Subject:** | Re: T |
| **Importance:** | Low |

But what can we give?  I am reluctant to have someone place an outgoing call because it is like we are conceding. I will try to talk to Chandler.
-----Original Message-----
From: Mohr, Christina [CIB-GBKG]
To: Canmann, Michael S [CIB-GBKG]
Sent: Mon Apr 02 21:05:02 2007
Subject: Re: T
Sam needs a way out of his tree. He thought that we had been a voice against his deal, then he was told that it was not us. We need to find a way for him to back down with grace.  Lunch with Lou or JMS?
-----Original Message-----
From: Canmann, Michael S [CIB-GBKG]
To: Chen, Robert [CIB-GFI]; Mohr, Christina [CIB-GBKG]; Schell, J Michael [CIB-GBKG]; Susman, Louis B [CIB-GBKG]
CC: Persily, Julie [CIB-GFI]
Sent: Mon Apr 02 19:52:25 2007
Subject: RE: T
I spoke to Nils again as well.  He called and wanted to see if I had any thoughts.  I reiterated that we had done an outstanding job, committed for 33% and that was where we remained.
He mentioned the idea of a senior call.  I said that Sam should feel free to call Lou.  I don't see what having an out going call to Sam will achieve, since they are asking us for something that is without precedent.


Michael S. Canmann
Managing Director
Investment Banking
Citigroup Global Markets Inc.
8700 Sears Tower
Chicago, IL 60606
Tel (312) 876 - 8830
Fax (312) 281 - 9059
michael.s.canmann@citigroup.com
-----Original Message-----
From: Chen, Robert [CIB-GFI]
Sent: Monday, April 02, 2007 6:05 PM
To: Canmann, Michael S [CIB-GBKG]
Cc: Persily, Julie [CIB-GFI]
Subject: T
Michael,
Nils just called me.  Mainly wanted to let me know that their decision has nothing to do with how Julie or I performed, but rather that it's simply one of relationship history.  He has no problems having Sam call Lou, which he already passed on to Sam, so Lou will probably get a call tomorrow morning.  You should give him a heads up.  He also asked whether there is a more appropriate senior individual that Sam should be calling, and said that he asked you that question as well.  We owe him an answer on this.
Julie, fyi, Zell wants to cut our economics in half to bring in BofA (and not take away from ML or JPM).  Sole reason is relationship, doesn't know us, etc.  We certainly have a strong contractual argument in the papers that prevents this from happening, but they are pushing hard.

CONFIDENTIAL

CITI-TRIB-CC 00026116