| | |
|---|---|
| From: | Kazan, Daniel G |
| Sent: | Wednesday, February 21, 2007 11:09 PM (GMT) |
| To: | Bigelow, Chandler <CBigelow@tribune.com> |
| Subject: | FW: Publishing Quarterly Splits |
| Attach: | Publishing Quarterly Projections.xls |

==If I'm reading this correctly, our plan has us being $47 million below 2006 for the first half. I don't know what the bankers will base their threshold number on, but it suggests we really need to get to the bottom of that. Otherwise, we are already half-way towards not being able to meet that covenant (which enables us to do the spin).==

-----Original Message-----
From: Knapp, Peter
Sent: Wednesday, February 21, 2007 5:02 PM
To: Litman, Brian F; Bigelow, Chandler; Kazan, Daniel G
Cc: Amsden, Harry
Subject: Publishing Quarterly Splits

Folks:

Please find the attached schedule which is our consolidated summary by quarter which ties to the 2007 Op Plan just approved by the Board. Please note this schedule EXCLUDES stock based compensation. Thanks.

Pete

Professionals' Eyes Only

TRB0047811

**TRIBUNE PUBLISHING CONSOLIDATED**
**2007 OPERATING PLAN**
**QUARTERLY PROJECTIONS**
($ 000's)

| | FIRST QUARTER | | | SECOND QUARTER | | | |
|---|---|---|---|---|---|---|---|
| | 2006 Actual | 2007 Plan | % Change | 2006 Actual | 2007 Plan | % Change | 2006 Actual |
| **REVENUE** | | | | | | | |
| Advertising | | | | | | | |
| Retail | $ 297,634 | $ 295,860 | -0.6% | $ 334,167 | $ 336,317 | 0.6% | $ 631,801 |
| National | 183,552 | 185,059 | 0.8% | 177,218 | 164,995 | -6.9% | 360,770 |
| Classified | | | | | | | |
| Recruitment | 96,898 | 92,278 | -4.8% | 91,945 | 93,048 | 1.2% | 188,843 |
| Auto | 70,991 | 62,814 | -11.5% | 70,155 | 68,169 | -2.8% | 141,146 |
| Real Estate | 99,193 | 92,652 | -6.6% | 105,340 | 103,758 | -1.5% | 204,532 |
| Other | 39,449 | 37,346 | -5.3% | 44,119 | 43,519 | -1.4% | 83,569 |
| Total Classified | 306,532 | 285,090 | -7.0% | 311,558 | 308,493 | -1.0% | 618,090 |
| Total Ad Revenue | 787,718 | 766,008 | -2.8% | 822,943 | 809,805 | -1.6% | 1,610,661 |
| Circulation | 146,369 | 139,040 | -5.0% | 142,620 | 133,871 | -6.1% | 288,989 |
| Other | 62,443 | 66,868 | 7.1% | 62,756 | 62,935 | 0.3% | 125,199 |
| Total Revenue | $ 996,530 | $ 971,916 | -2.5% | $ 1,028,320 | $ 1,006,612 | -2.1% | $ 2,024,850 |
| **EXPENSES** | | | | | | | |
| Direct Pay | $ 262,293 | $ 264,716 | 0.9% | $ 267,581 | $ 265,399 | -0.8% | 529,874 |
| Benefits | 69,819 | 69,810 | 0.0% | 66,276 | 63,944 | -3.5% | 136,095 |
| Newsprint & Ink | 124,871 | 117,177 | -6.2% | 127,549 | 116,359 | -8.8% | 252,420 |
| TMC Postage | 25,936 | 31,925 | 23.1% | 29,571 | 34,439 | 16.5% | 55,506 |
| Other | 277,091 | 281,844 | 1.7% | 283,159 | 289,597 | 2.3% | 560,251 |
| Total Cash Expenses | $ 760,010 | $ 765,471 | 0.7% | $ 774,137 | $ 769,737 | -0.6% | $ 1,534,146 |
| OPERATING CASH FLOW | $ 236,521 | $ 206,445 | -12.7% | $ 254,183 | $ 236,874 | -6.8% | $ 490,704 |
| Depreciation & Amortization | $ 42,611 | $ 47,421 | 11.3% | $ 42,444 | $ 47,391 | 11.7% | $ 85,055 |
| OPERATING PROFIT | $ 193,910 | $ 159,024 | -18.0% | $ 211,739 | $ 189,484 | -10.5% | $ 405,649 |
| OCF MARGIN % | 23.7% | 21.2% | | 24.7% | 23.5% | | 24.2% |
| OPERATING PROFIT MARGIN % | 19.5% | 16.4% | | 20.6% | 18.8% | | 20.0% |
| FTEs | 17,421 | 17,159 | -1.5% | 17,361 | 17,187 | -1.0% | 17,391 |
| Direct Pay per Employee | 15 | 15 | 2.5% | 15 | 15 | 0.2% | 30 |

Professionals' Eyes Only

TRB0047812

TRB0047813

Professionals' Eyes Only

| O | P | Q | R | S | T | U | V | W | X |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | FIRST HALF | | | | | | | | |
| 8 | 2007 Plan | | % Change | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | $ 632,176 | | 0.1% | | | | | | |
| 12 | 350,054 | | -3.0% | | | | | | |
| 13 | | | | | | | | | |
| 14 | 185,326 | | -1.9% | | | | | | |
| 15 | 130,983 | | -7.2% | | | | | | |
| 16 | 196,410 | | -4.0% | | | | | | |
| 17 | 80,865 | | -3.2% | | | | | | |
| 18 | 593,584 | | -4.0% | | | | | | |
| 19 | 1,575,814 | | -2.2% | | | 113.0 | | 1,575,926.8 | |
| 20 | 272,911 | | -5.6% | | | | | | |
| 21 | 129,803 | | 3.7% | | | | | | |
| 22 | $ 1,978,528 | | -2.3% | | | (1,964.7) | | 1,976,563.4 | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | 530,115 | | 0.0% | | | | | | |
| 26 | 133,753 | | -1.7% | | | | | | |
| 27 | 233,536 | | -7.5% | | | | | | |
| 28 | 66,364 | | 19.6% | | | | | | |
| 29 | 571,440 | | 2.0% | | | | | | |
| 30 | $ 1,535,209 | | 0.1% | | | (1,941.7) | | 1,533,266.9 | |
| 31 | | | | | | | | | |
| 32 | $ 443,319 | | -9.7% | | | (22.9) | | 443,296.5 | |
| 33 | | | | | | | | | |
| 34 | $ 94,812 | | 11.5% | | | | | | |
| 35 | | | | | | | | | |
| 36 | $ 348,508 | | -14.1% | | | | | | |
| 37 | | | | | | | | | |
| 38 | 22.4% | | | | | | | | |
| 39 | | | | | | | | | |
| 40 | 17.6% | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | 17,173 | | -1.3% | | | | | | |
| 43 | 31 | | 1.3% | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | THIRD QUARTER | | | | FOURTH QUARTER | | | | | | |
| | | 2006 Actual | | 2007 Plan | | % Change | | 52 Week 2006 Actual | | 2007 Plan | | % Change | | 52 Week 2006 Actual |
| 44 | Newsprint | | | | | | | | | | | | | |
| 46 | Total Tons | 176,248 | | 164,978 | | -6.4% | | 173,891 | | 165,590 | | -4.8% | | 350,139 |
| 47 | Average Price per Ton | 611 | | 609 | | -0.3% | | 624 | | 601 | | -3.7% | | 617 |
| 52 | REVENUE | | | | | | | | | | | | | |
| 53 | Advertising | | | | | | | | | | | | | |
| 55 | Retail | $ 306,696 | | $ 311,016 | | 1.4% | | $ 382,692 | | $ 393,055 | | 2.7% | | $ 1,321,189 |
| 56 | National | 157,553 | | 154,949 | | -1.7% | | 199,968 | | 195,376 | | -2.3% | | 718,291 |
| 57 | Classified | | | | | | | | | | | | | |
| 58 | Recruitment | 86,216 | | 80,649 | | -6.5% | | 73,710 | | 70,046 | | -5.0% | | 348,770 |
| 59 | Auto | 66,726 | | 67,748 | | 1.5% | | 61,609 | | 64,432 | | 4.6% | | 269,481 |
| 60 | Real Estate | 97,561 | | 94,857 | | -2.8% | | 79,019 | | 85,267 | | 7.9% | | 381,113 |
| 61 | Other | 41,421 | | 39,586 | | -4.4% | | 41,681 | | 39,259 | | -5.8% | | 166,670 |
| 62 | Total Classified | 291,923 | | 282,841 | | -3.1% | | 256,020 | | 259,004 | | 1.2% | | 1,166,033 |
| 63 | Total Ad Revenue | 756,172 | | 748,806 | | -1.0% | | 838,680 | | 847,434 | | 1.0% | | 3,205,513 |
| 64 | Circulation | 138,367 | | 133,297 | | -3.7% | | 139,632 | | 135,800 | | -2.7% | | 566,989 |
| 65 | Other | 61,931 | | 69,182 | | 11.7% | | 65,386 | | 71,185 | | 8.9% | | 252,517 |
| 66 | Total Revenue | $ 956,470 | | $ 951,285 | | -0.5% | | $ 1,043,699 | | $ 1,054,420 | | 1.0% | | $ 4,025,018 |
| 68 | EXPENSES | | | | | | | | | | | | | |
| 69 | Direct Pay | $ 261,818 | | $ 263,310 | | 0.6% | | $ 262,596 | | $ 268,559 | | 2.3% | | $ 1,054,288 |
| 70 | Benefits | 68,304 | | 63,318 | | -7.3% | | 61,752 | | 62,229 | | 0.8% | | 266,151 |
| 71 | Newsprint & Ink | 122,144 | | 111,732 | | -8.5% | | 124,974 | | 113,941 | | -8.8% | | 499,537 |
| 72 | TMC Postage | 29,746 | | 33,263 | | 11.8% | | 34,903 | | 37,214 | | 6.6% | | 120,155 |
| 73 | Other | 286,709 | | 279,082 | | -2.7% | | 293,030 | | 280,617 | | -4.2% | | 1,139,990 |
| 74 | Total Cash Expenses | $ 768,721 | | $ 750,706 | | -2.3% | | $ 777,255 | | $ 762,559 | | -1.9% | | $ 3,080,122 |
| 76 | OPERATING CASH FLOW | $ 187,749 | | $ 200,579 | | 6.8% | | $ 266,444 | | $ 291,860 | | 9.5% | | $ 944,897 |
| 78 | Depreciation & Amortization | $ 43,512 | | $ 47,604 | | 9.4% | | $ 47,657 | | $ 48,100 | | 0.9% | | $ 176,224 |
| 80 | OPERATING PROFIT | $ 144,237 | | $ 152,975 | | 6.1% | | $ 218,787 | | $ 243,760 | | 11.4% | | $ 768,672 |
| 82 | OCF MARGIN % | 19.6% | | 21.1% | | | | 25.5% | | 27.7% | | | | 23.5% |
| 84 | OPERATING PROFIT MARGIN % | 15.1% | | 16.1% | | | | 21.0% | | 23.1% | | | | 19.1% |
| 86 | FTEs | 17,410 | | 17,254 | | -0.9% | | 17,479 | | 17,321 | | -0.9% | | 17,418 |

Professionals' Eyes Only

TRB0047814

| O | P | Q | R | S | T | U | V | W | X |
|---|---|---|---|---|---|---|---|---|---|
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | 330,568 | | -5.6% | | | | | | |
| 47 | 605 | | -2.0% | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | FULL YEAR | | | | | | | | |
| 51 | | | | | | | | | |
| 52 | 2007 Plan | | % Change | | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 55 | $ 1,336,247 | | 1.1% | | | | | | |
| 56 | 700,379 | | -2.5% | | | | | | |
| 57 | | | | | | | | | |
| 58 | 336,021 | | -3.7% | | | | | | |
| 59 | 263,163 | | -2.3% | | | | | | |
| 60 | 376,534 | | -1.2% | | | | | | |
| 61 | 159,710 | | -4.2% | | | | | | |
| 62 | 1,135,428 | | -2.6% | | | | | | |
| 63 | 3,172,054 | | -1.0% | | | | | | |
| 64 | 542,008 | | -4.4% | | | | | | |
| 65 | 270,170 | | 7.0% | | | | | | |
| 66 | $ 3,984,233 | | -1.0% | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |
| 69 | $ 1,061,984 | | 0.7% | | | | | | |
| 70 | 259,301 | | -2.6% | | | | | | |
| 71 | 459,209 | | -8.1% | | | | | | |
| 72 | 136,841 | | 13.9% | | | | | | |
| 73 | 1,131,139 | | -0.8% | | | | | | |
| 74 | $ 3,048,474 | | -1.0% | | | | | | |
| 75 | | | | | | | | | |
| 76 | $ 935,759 | | -1.0% | | | | | | |
| 77 | | | | | | | | | |
| 78 | $ 190,515 | | 8.1% | | | | | | |
| 79 | | | | | | | | | |
| 80 | $ 745,243 | | -3.0% | | | | | | |
| 81 | | | | | | | | | |
| 82 | 23.5% | | | | | | | | |
| 83 | | | | | | | | | |
| 84 | 18.7% | | | | | | | | |
| 85 | | | | | | | | | |
| 86 | 17,230 | | -1.1% | | | | | | |

Professionals' Eyes Only

TRB0047815

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87 | Direct Pay per Employee | 15 | | 15 | | 1.5% | | 15 | | 16 | | 3.2% | | 61 |
| 88 | | | | | | | | | | | | | | |
| 89 | Newsprint | | | | | | | | | | | | | |
| 90 | Total Tons | 164,506 | | 159,295 | | -3.2% | | 170,078 | | 165,868 | | -2.5% | | 684,723 |
| 91 | Average Price per Ton | 632 | | 597 | | -5.6% | | 637 | | 587 | | -7.9% | | 625 |
| 92 | | | | | | | | | | | | | | |
| 93 | | | | | | | | | | | | | | |
| 94 | | 17,267.4 | | 16,717.1 | | | | 19,074.9 | | 16,907.0 | | | | 617 |
| 95 | | 18,169.5 | | 16,697.0 | | | | 16,562.8 | | 16,529.5 | | | | 626 |

TRB0047816

Professionals' Eyes Only

TRB0047817

Professionals' Eyes Only

| O | P | Q | R | S | T | U | V | W | X |
|---|---|---|---|---|---|---|---|---|---|
| 87 | 62 |  | 1.8% |  |  |  |  |  |  |
| 88 |  |  |  |  |  |  |  |  |  |
| 89 |  |  |  |  |  |  |  |  |  |
| 90 | 655,730 |  | -4.2% |  |  |  |  |  |  |
| 91 | 598 |  | -4.4% |  |  |  |  |  |  |
| 92 |  |  |  |  |  |  |  |  |  |
| 93 |  |  |  |  |  |  |  |  |  |
| 94 | 605 |  |  |  |  |  |  |  |  |
| 95 | 598 |  |  |  |  |  |  |  |  |