| | | |
|---|---|---|
| From: | Kaplan, Todd (GMI Leveraged Finance). | Sent:8/17/2007 8:34 AM. |
| To: | Costa, Michael (IBK-NY). | |
| Cc: | . | |
| Bcc: | Costa, Michael (IBK-NY). | |
| Subject: | Re: TRB. | |

Don't know - think so - test is ability to service debt, so I think that's a logical piece of that analysis

Todd Kaplan
Senior Vice President
Chairman of Global Leveraged Finance
(312) 869-6213
todd_kaplan@ml.com

-----Original Message-----
From: Costa, Michael (IBK-NY)
To: Kaplan, Todd (GMI Leveraged Finance)
Sent: Fri Aug 17 08:28:32 2007
Subject: Re: TRB

Good idea. But don't they also have to test covenant future compliance to determine if company can pay debts when due?
Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Kaplan, Todd (GMI Leveraged Finance)
To: Marcus, Mitchell (IBK-CHI); O'Grady, Michael G. (IBK - CHI); Costa, Michael (IBK-NY)
Sent: Fri Aug 17 08:24:29 2007
Subject: TRB

Think that we should pull out the letters from Valuation Research this spring and try to replicate the type of analysis they did

Seems largely like a valuation exercise that focuses on comps

Have copies of VRC letters if the rest of the group needs them

Let me know what you think

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0395566

Todd Kaplan
Senior Vice President
Chairman of Global Leveraged Finance
(312) 869-6213
todd_kaplan@ml.com

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    **ML-TRIB-0395567**