| From: | Hwang, Harris (IBK-NY). | Sent:8/21/2007 10:18 PM. |
|---|---|---|
| To: | Kaplan, Todd (GMI Leveraged Finance). | |
| Cc: | O'Grady, Michael G. (IBK - CHI); Tuvlin, David (IBK-NY); Harrison, John (IBK-NY); Dahlback, Henrik (IBK-NY); Kim, Caroline (IBK-NY); Reynolds, James (IBK-NY); Hoffman, Richard (IBK-NY). | |
| Bcc: | Kaplan, Todd (GMI Leveraged Finance); O'Grady, Michael G. (IBK - CHI); Tuvlin, David (IBK-NY); Harrison, John (IBK-NY); Dahlback, Henrik (IBK-NY); Kim, Caroline (IBK-NY); Reynolds, James (IBK-NY); Hoffman, Richard (IBK-NY). | |
| Subject: | Valuation and Covenant Analysis - Tribune. | |

Todd-

Attached please find our Valuation / Covenant Analysis for Tribune.

Regards,

_____

Harris Hwang

Merrill Lynch & Co.

Investment Banking, Telecom & Media

4 World Financial Center, 28th Floor

New York, New York 10080

212-449-1419 (office)

646-867-1121 (fax)

harris_hwang@ml.com

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**          **ML-TRIB-0582616**



Internal Discussion Materials Regarding:

## Valuation Analysis of Tribune Company

August 22, 2007



Global Markets & Investment Banking Group

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0582617



# Valuation Analysis

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0582618

## Valuation Analysis
### Overview / Key Assumptions

- Methodologies
    - Comparable trading multiples
        - 2007E EBITDA multiple range of 8.25x-9.25x based on peer group trading levels
    - Sum-of-the-parts analysis
        - Private market values
        - Pre-tax and after-tax analysis
    - [DCF pending receipt of new projection set]
- Financial metrics
    - EBITDA based on current 2007 management plan
        - Add-backs include stock-based compensation of $41mm and 401(k)-related cost savings of $60mm
    - Equity investment valuation of $2.2bn based on Wall Street research estimates and the current market valuation of the TWX shares underlying the PHONES
        - Investments include: TV Food Network ($880mm), Classified Ventures stake ($63mm), Career Builder stake ($537mm), Comcast Sports Net stake ($225mm), other various assets ($163mm) and TWX shares ($332mm)
    - Year-end 2007 debt balance of $13.2bn includes PHONES and Zell note, per management expectations
        - Adjusted for expected proceeds from KTLA and Bender monetization transactions
- Asset sale scenarios
    - Cubs
        - $600mm gross proceeds, $450mm net proceeds
        - Sold along with high-basis Recycler property to offset low basis in Cubs
    - Comcast Sports Net
        - $225mm gross proceeds, $143mm net proceeds



1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0582619

## Valuation Analysis
### Blended EBITDA Multiple Assumption

| | % of 2007E EBITDA | Multiple Range | | Wtd. Avg. Multiple | |
|---|---|---|---|---|---|
| | | Low | High | Low | High |
| Publishing | 66% | 7.0x | 8.0x | 4.6x | 5.3x |
| Broadcasting | 32% | 10.0x | 12.0x | 3.2x | 3.8x |
| Entertainment and Other | 2% | 10.0x | 10.0x | 0.2x | 0.2x |
| | | | | 8.0x | 9.3x |



2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0582620



**Valuation Analysis**
Newspaper Public Trading Comparables

**Operating EV / 2007E EBITDA**

Multiple as of 5/1/2007
Multiple as of 8/20/2007

Avg. Change in Multiple: (0.7x)
Avg. % Change: (8.1%)

WPO: 10.6x / 8.9x
SSP: 10.8x / 10.0x
JRN: 9.3x / 8.1x
NYT: 8.6x / 8.0x
BLC: 8.9x / 7.8x
LEE: 8.4x / 7.1x
GCI: 8.2x / 7.0x
MNI: 8.0x / 6.8x

| % EBITDA from: | WPO | SSP | JRN | NYT | BLC | LEE | GCI | MNI | | TRB |
|---|---|---|---|---|---|---|---|---|---|---|
| Newspapers / Publishing | 17% | 18% | 40% | 91% | 33% | 100% | 83% | 100% | | 66% |
| Broadcasting | 50% | 9% | 52% | 0% | 67% | 0% | 17% | 0% | | 32% |
| Other | 32% | 73% | 7% | 9% | 0% | 0% | 0% | 0% | | 2% |

3

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

ML-TRIB-0582621



## Valuation Analysis
### Television Broadcasting Public Trading Comparables

**EV / 2007E EBITDA**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0582622

## Valuation Analysis
Comparable Trading Multiple Analysis

**Step 2 Financing**

|  | Metric | Step 2 Financing | | |
|---|---|---|---|---|
|  |  | Low | Mid | High |
| 2007E Operating EBITDA Multiple |  | 8.25x | 8.75x | 9.25x |
| Operating Enterprise Value | $1,244 [1] | $10,265 | $10,887 | $11,509 |
| + Equity Investments |  | 2,200 | 2,200 | 2,200 |
| + NPV PHONES tax savings [2] |  | - | - | - |
| Adjusted Enterprise Value |  | $12,465 | $13,087 | $13,709 |
| + Cash (as of 7/1/07) |  | 262 | 262 | 262 |
| + Proceeds from KTLA Lot / Other |  | 125 | 125 | 125 |
| + Proceeds from Bender |  | 375 | 375 | 375 |
| + Proceeds from Cubs |  | - | - | - |
| + Proceeds from Comcast |  | - | - | - |
| - "Guaranteed Debt" |  | (11,070) | (11,070) | (11,070) |
| - Existing Bonds |  | (1,505) | (1,505) | (1,505) |
| - Zell Note |  | (225) | (225) | (225) |
| - PHONES |  | (930) | (930) | (930) |
| - Identified Contingent Liabilities |  | (97) | (97) | (97) |
| Implied Equity Value |  | ($601) | $21 | $643 |
| *Equity Value as a % of Adj. Enterprise Value* |  | *(4.8%)* | *0.2%* | *4.7%* |



*Source: Company presentations, VRC Step 1 Solvency Opinion Analysis, Wall Street Equity Research, ML IBK assumptions*
*(1)   EBITDA excludes stock-based compensation of $41mm and includes 401(k)-related cost savings of $60mm*
*(2)   Assumes Company converts to S-Corp.*

5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0582623

## Valuation Analysis
### Comparable Trading Multiple Analysis

**Step 2 Financing + Cubs Sale**

| | Metric | Step 2 Financing + Cubs Sale | | |
| --- | --- | --- | --- | --- |
| | | Low | Mid | High |
| 2007E Operating EBITDA Multiple | | 8.25x | 8.75x | 9.25x |
| Operating Enterprise Value | $1,221 [1] | $10,265 | $10,887 | $11,509 |
| + Equity Investments | | 2,200 | 2,200 | 2,200 |
| + NPV PHONES tax savings [2] | | - | - | - |
| Adjusted Enterprise Value | | $12,465 | $13,087 | $13,709 |
| + Cash (as of 7/1/07) | | 262 | 262 | 262 |
| + Proceeds from KTLA Lot / Other | | 125 | 125 | 125 |
| + Proceeds from Bender | | 375 | 375 | 375 |
| + Proceeds from Cubs | | 450 | 450 | 450 |
| + Proceeds from Comcast | | - | - | - |
| - "Guaranteed Debt" | | (11,070) | (11,070) | (11,070) |
| - Existing Bonds | | (1,505) | (1,505) | (1,505) |
| - Zell Note | | (225) | (225) | (225) |
| - PHONES | | (930) | (930) | (930) |
| - Identified Contingent Liabilities | | (97) | (97) | (97) |
| Implied Equity Value | | ($151) | $471 | $1,093 |
| *Equity Value as a % of Adj. Enterprise Value* | | *(1.2%)* | *3.6%* | *8.0%* |



Source: Company presentations, VRC Step 1 Solvency Opinion Analysis, Wall Street Equity Research, ML IBK assumptions
(1)   EBITDA excludes stock-based compensation of $41mm and Cubs EBITDA of $24mm. EBITDA includes 401(k)-related cost savings of $60mm.
(2)   Assumes Company converts to S-Corp.

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0582624

## Valuation Analysis
### Comparable Trading Multiple Analysis

**Step 2 Financing + Cubs Sale + Comcast Sale**

| | Metric | Step 2 Financing + Cubs Sale + Comcast Sale | | |
| --- | --- | --- | --- | --- |
| | | Low | Mid | High |
| 2007E Operating EBITDA Multiple | | 8.25x | 8.75x | 9.25x |
| Operating Enterprise Value | $1,221 [1] | $10,265 | $10,887 | $11,509 |
| + Equity Investments | | 1,975 | 1,975 | 1,975 |
| + NPV PHONES tax savings [2] | | - | - | - |
| Adjusted Enterprise Value | | $12,240 | $12,862 | $13,484 |
| + Cash (as of 7/1/07) | | 262 | 262 | 262 |
| + Proceeds from KTLA Lot / Other | | 125 | 125 | 125 |
| + Proceeds from Bender | | 375 | 375 | 375 |
| + Proceeds from Cubs | | 450 | 450 | 450 |
| + Proceeds from Comcast | | 143 | 143 | 143 |
| - "Guaranteed Debt" | | (11,070) | (11,070) | (11,070) |
| - Existing Bonds | | (1,505) | (1,505) | (1,505) |
| - Zell Note | | (225) | (225) | (225) |
| - PHONES | | (930) | (930) | (930) |
| - Identified Contingent Liabilities | | (97) | (97) | (97) |
| Implied Equity Value | | ($232) | $389 | $1,011 |
| *Equity Value as a % of Adj. Enterprise Value* | | *(1.9%)* | *3.0%* | *7.5%* |



Source: Company presentations, VRC Step 1 Solvency Opinion Analysis, Wall Street Equity Research, ML IBK assumptions
(1)   EBITDA excludes stock-based compensation of $41mm and Cubs EBITDA of $24mm.  EBITDA includes 401(k)-related cost savings of $60mm
(2)   Assumes Company converts to S-Corp.

7

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    ML-TRIB-0582625

## Valuation Analysis
### Sum-of-the-Parts Valuation

**Broadcasting Sum-of-the-Parts**

| Market | Calls | Rank | Market Affiliation | 2007E Revenue | OCF | Margin | OCF Multiple Range Low | High | Implied Value Low | Midpoint | High | Tax Basis Asset | Stock | After-Tax Value [1] Asset | Stock |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New York, NY | WPIX | 1 | CW | $189 | $68 | 36.1% | 11.0x | 12.0x | $750 | $784 | $818 | $16 | $48 | $515 | $527 |
| Los Angeles, CA | KTLA-TV | 2 | CW | 209 | 75 | 35.7% | 11.0x | 12.0x | 442 | 462 | 482 | 53 | 434 | 319 | 452 |
| Chicago, IL | WGN-TV | 3 | CW | 139 | 25 | 19.0% | 11.0x | 12.0x | 278 | 291 | 308 | 30 | 30 | 201 | 291 |
| Philadelphia, PA | WPHL-TV | 4 | My Network TV | 72 | 23 | 31.9% | 11.0x | 12.0x | 131 | 137 | 143 | 6 | 6 | 90 | 137 |
| Dallas-Ft. Worth, TX | KDAF | 7 | CW | 58 | 14 | 23.4% | 11.0x | 12.0x | 252 | 263 | 275 | 20 | 20 | 181 | 171 |
| Washington, DC | WDCW | 8 | CW | 56 | 14 | 38.1% | 11.0x | 12.0x | 150 | 158 | 165 | 20 | 20 | 181 | 181 |
| Houston, TX | KHOU | 10 | CW | 59 | 15 | 22.7% | 11.0x | 12.0x | 142 | 148 | 155 | 57 | 57 | 116 | 116 |
| Seattle-Tacoma, WA | KMYQ/KCPQ | 13 | My Network TV/WFOX | 53 | 13 | 26.4% | 11.0x | 12.0x | 168 | 176 | 184 | 42 | 42 | 128 | 129 |
| Miami - Ft. Lauderdale, FL | WSFL | 17 | CW | 34 | 12 | 35.7% | 11.0x | 12.0x | 151 | 158 | 164 | 4 | 33 | 105 | 114 |
| Denver, CO | KWGN-TV | 19 | CW | 26 | 3 | 11.0% | 11.0x | 11.0x | 26 | 28 | 29 | 1 | 1 | 19 | 20 |
| Sacramento-Stockton-Modesto, CA | KTXL | 19 | FOX | 40 | 3 | 11.5% | 11.0x | 12.0x | 138 | 144 | 150 | 4 | 17 | 98 | 99 |
| St. Louis, MO | KPLR-TV | 22 | CW | 28 | 3 | 13.9% | 10.0x | 11.0x | 30 | 32 | 35 | 32 | 32 | 35 | 35 |
| Portland, OR | KRCW | 23 | CW | 12 | 1 | 2.9% | NA | NA | 56 | 58 | 60 | 3 | 3 | 38 | 38 |
| Indianapolis, IN | WTTV/WXIN | 25 | FOX/CW | 40 | 8 | 18.8% | 10.0x | 11.0x | 75 | 79 | 83 | 55 | 29 | 28 | 61 |
| San Diego, CA | KSWB-TV | 26 | CW | 19 | 0 | 2.1% | NA | NA | 30 | 30 | 40 | 24 | 24 | 38 | 47 |
| Hartford-New Haven, CT | WTIC/WTXX | 28 | FOX/CW | 35 | 3 | 10.5% | 10.0x | 11.0x | 99 | 104 | 109 | 23 | 6 | 18 | 70 |
| Grand Rapids-Kalamazoo-Battle Creek, MI | WXMI | 39 | FOX | 13 | 3 | 18.8% | 10.0x | 11.0x | 58 | 59 | 62 | 29 | 29 | 49 | 49 |
| Harrisburg-Lancaster-Lebanon-York, PA | WPMT | 41 | FOX | 13 | 3 | 18.8% | 10.0x | 11.0x | 25 | 26 | 28 | 3 | 3 | 18 | 17 |
| New Orleans, LA | WNOL/WGNO | 45 | CW/ABC | 17 | 1 | NA | NA | NA | 15 | 15 | 16 | 8 | 8 | 19 | 19 |
| **Total TV** | | | | **$961** | **$271** | **27.6%** | | | **$2,992** | **$3,148** | **$3,306** | **$513** | **$1,132** | **$2,235** | **$2,442** |
| Tower Entertainment | | | | 101 | 29 | 65.2% | 10.0x | 11.0x | 290 | 300 | 337 | 334 | 33 | 33 | 230 |
| Superstation | | | | 101 | 29 | 65.2% | 12.0x | 13.0x | 639 | 288 | 337 | 334 | 107 | 490 | 490 |
| WGN Radio | | | | 30 | 12 | 30.6% | 14.0x | 15.0x | 162 | 169 | 174 | 1 | 1 | 112 | 112 |
| **Total Broadcasting** | | | | **$1,102** | **$275** | **32.7%** | | | **$4,123** | **$4,285** | **$4,573** | **$855** | **$1,279** | **$3,036** | **$3,273** |

**Publishing Sum-of-the-Parts**

| Market | Paper | 2007E Revenue | OCF | Margin | OCF Multiple Range Low | High | Implied Value Low | Midpoint | High | Tax Basis Asset | Stock | After-Tax Value [2] Asset | Stock |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Los Angeles, CA | Los Angeles Times | $1,027 | $190 | 18.5% | 9.0x | 10.0x | $1,706 | $1,800 | $1,895 | $300 | $566 | $1,278 | $1,360 |
| Chicago, IL | Chicago Tribune | 638 | 150 | 23.9% | 9.0x | 10.0x | 1,800 | 1,900 | 2,000 | 200 | 290 | 1,337 | 1,337 |
| New York, NY | Newsday | 510 | 95 | 19.0% | 8.0x | 9.0x | 762 | 809 | 857 | 99 | 290 | 560 | 613 |
| Miami - Ft. Lauderdale, FL | South Florida Sun-Sentinel | 345 | 90 | 27.7% | 8.5x | 9.5x | 531 | 538 | 570 | 110 | 138 | 606 | 606 |
| Orlando-Daytona Beach-Melbourne, FL | Orlando Sentinel, The | 245 | 50 | 24.3% | 8.5x | 9.5x | 390 | 400 | 425 | 50 | 50 | 395 | 395 |
| Baltimore, MD | Baltimore Sun, The | 202 | 40 | 17.9% | 8.0x | 9.0x | 448 | 473 | 501 | 95 | 163 | 341 | 366 |
| Other | | 260 | 37 | 17.0% | 8.0x | 9.0x | 565 | 598 | 630 | | | | |
| **Total Publishing** | | **$3,227** | **$652** | **21.0%** | | | **$6,324** | **$7,115** | **$7,436** | **$1,068** | **$1,098** | **$5,020** | **$5,279** |

**Other Assets**

| Asset | % TRB Ownership | Wall Street Valuation | Tax Basis Asset | Stock | After-Tax Value Asset | Stock |
|---|---|---|---|---|---|---|
| TWX (16mm Shares) | 100.0% | $332 | | | $216 | $216 |
| TV Food Network | 100.0% | 880 | 132 | 132 | 586 | 586 |
| Classified Ventures | 28.0% | 83 | 132 | 132 | 60 | 60 |
| CareerBuilder | 30.0% | 533 | 133 | 133 | 355 | 355 |
| Chicago Cubs | 100.0% | 600 | | | 405 | 405 |
| Comcast | | 325 | 15 | 15 | | |
| Other Investments | | 163 | | | 100 | 100 |
| **Total Other** | | **$2,600** | **$407** | **$409** | **$1,608** | **$1,906** |

| | Low | Midpoint | High | Total After-Tax Value Asset | Stock |
|---|---|---|---|---|---|
| Adjusted Enterprise Value | $13,647 | $14,266 | $14,884 | $9,905 | $10,362 |
| Implied Equity Value [3] | 678 | 1,297 | 1,916 | (3,053.1) | (2,806.0) |
| Equity Value as a % of Adjusted Enterprise Value | 5.0% | 9.1% | 12.9% | (30.9%) | (25.1%) |

(1)  Assumes a capital gains tax rate of 35% and midpoint of valuation range.
(2)  Assumes tax basis of $0 for TWX Shares and Other Investments and capital gains tax rate of 35%.
(3)  Based on estimated year-end debt of $13.2bn per management estimates and cash of $262mm as of Q2/2007.  Debt balance does not reflect sale of Cubs or Comcast.



8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0582626



# Covenant Analysis

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

## Covenant Analysis
Tribune Company

### Management Projections

**Total Guaranteed Debt Covenant**

|  | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E |
|---|---|---|---|---|---|---|---|
| Pro forma Adjusted EBITDA (adjusted for cost savings) | $1,408 | $1,452 | $1,507 | $1,531 | $1,574 | $1,600 | $1,629 |
| Total Guaranteed Debt | $10,363 | $10,012 | $10,256 | $10,013 | $9,709 | $9,440 | $9,027 |
| Total Guaranteed Debt / Adjusted EBITDA | 7.36x | 6.89x | 6.81x | 6.54x | 6.17x | 5.90x | 5.54x |
| Maximum Total Guaranteed Debt / Adjusted EBITDA Covenant | 9.00x | 8.75x | 8.50x | 8.25x | 8.25x | 8.25x | 8.25x |
| EBITDA Cushion | 18.2% | 21.2% | 19.9% | 20.7% | 25.2% | 28.5% | 32.8% |

**Interest Coverage Covenants**

|  | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E |
|---|---|---|---|---|---|---|---|
| Pro forma Adjusted EBITDA (adjusted for cost savings) | $1,408 | $1,452 | $1,507 | $1,531 | $1,574 | $1,600 | $1,629 |
| Cash Interest Expense | $1,061 | $1,052 | $1,048 | $1,033 | $1,010 | $986 | $947 |
| Adjusted EBITDA / Cash Interest Expense | 1.33x | 1.38x | 1.44x | 1.48x | 1.56x | 1.62x | 1.72x |
| Minimum Adjusted EBITDA / Cash Interest Expense Covenant | 1.15x | 1.20x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x |
| EBITDA Cushion | 13.4% | 13.0% | 13.1% | 15.7% | 19.8% | 23.0% | 27.3% |
| Cash Interest Expense Cushion | 15.4% | 15.0% | 15.0% | 18.6% | 24.7% | 29.8% | 37.5% |

### Flat EBITDA Case

**Total Guaranteed Debt Covenant**

|  | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E |
|---|---|---|---|---|---|---|---|
| Pro forma Adjusted EBITDA (adjusted for cost savings) | $1,282 | $1,282 | $1,282 | $1,282 | $1,282 | $1,282 | $1,282 |
| Total Guaranteed Debt | $10,494 | $10,330 | $10,830 | $10,889 | $10,954 | $11,110 | $11,184 |
| Total Guaranteed Debt / Adjusted EBITDA | 8.19x | 8.06x | 8.45x | 8.49x | 8.54x | 8.67x | 8.72x |
| Maximum Total Guaranteed Debt / Adjusted EBITDA Covenant | 9.00x | 8.75x | 8.50x | 8.25x | 8.25x | 8.25x | 8.25x |
| EBITDA Cushion | 9.0% | 7.9% | 0.6% | (3.0%) | (3.6%) | (5.0%) | (5.7%) |

**Interest Coverage Covenants**

|  | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E |
|---|---|---|---|---|---|---|---|
| Pro forma Adjusted EBITDA (adjusted for cost savings) | $1,282 | $1,282 | $1,282 | $1,282 | $1,282 | $1,282 | $1,282 |
| Cash Interest Expense | $1,066 | $1,070 | $1,083 | $1,091 | $1,094 | $1,102 | $1,100 |
| Adjusted EBITDA / Cash Interest Expense | 1.20x | 1.20x | 1.18x | 1.18x | 1.17x | 1.16x | 1.16x |
| Minimum Adjusted EBITDA / Cash Interest Expense Covenant | 1.15x | 1.20x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x |
| EBITDA Cushion | 4.4% | (0.1%) | (5.6%) | (6.3%) | (6.7%) | (7.5%) | (7.3%) |
| Cash Interest Expense Cushion | 4.6% | (0.1%) | (5.3%) | (6.0%) | (6.2%) | (6.9%) | (6.8%) |



9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0582628



# Trading and Acquisition Comparables

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0582629

## Trading and Acquisition Comparables
### Newspaper Public Trading Comparables

| | Share Price 8/20/07 | % of 52-Week High | Equity Value | Adjusted Enterprise Value | Adj Enterprise Value to: EBITDA | | Equity Value to: FCF | | Dividend Yield |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | '07 | '08 | '07 | '08 | |
| Belo | $18.96 | 74.0% | $1,735 | $2,957 | 7.8x | 7.0x | 13.1x | 10.4x | 2.9% |
| E.W. Scripps | 38.32 | 71.8% | 6,291 | 7,943 | 10.0x | 9.2x | 12.8x | 11.3x | 1.5% |
| Gannett | 46.84 | 73.8% | 10,912 | 14,513 | 7.0x | 6.8x | 9.4x | 9.0x | 2.6% |
| GateHouse Media | 13.98 | 62.8% | 809 | 2,290 | 13.9x | 12.5x | NA | NA | 10.6% |
| Journal Communications | 10.82 | 77.3% | 726 | 842 | 8.1x | 7.6x | 37.0x | 19.6x | 2.8% |
| Journal Register | 2.62 | 30.5% | 103 | 749 | 8.2x | 8.8x | 4.3x | 3.9x | 3.1% |
| Lee Enterprises | 18.07 | 50.7% | 835 | 1,952 | 7.1x | 7.5x | 7.3x | 7.8x | 4.0% |
| Media General | 27.98 | 63.7% | 633 | 1,593 | 8.4x | 7.8x | 7.3x | 5.6x | 3.3% |
| McClatchy | 22.21 | 49.4% | 1,823 | 3,976 | 6.8x | 7.2x | 10.9x | 9.1x | 3.2% |
| New York Times | 21.91 | 81.4% | 3,160 | 4,067 | 8.0x | 7.0x | 12.1x | 11.0x | 4.2% |
| Tribune | 27.02 | 67.6% | 5,107 | 11,444 | 10.4x | 10.7x | 21.5x | NA | 2.7% |
| Washington Post | 790.90 | 89.3% | 7,535 | 7,278 | 10.6x | 9.6x | 37.3x | 24.1x | 1.0% |

| Summary Multiples | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Mean | | | 8.9x | 8.5x | 15.7x | 11.2x | 3.5% |
| | | Median | | | 8.1x | 7.7x | 12.1x | 9.7x | 3.0% |
| | | Maximum | | | 13.9x | 12.5x | 37.3x | 24.1x | 10.6% |
| | | Minimum | | | 6.8x | 6.8x | 4.3x | 3.5x | 1.0% |



10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0582630

# Trading and Acquisition Comparables
## Television Public Trading Comparables

| | 8/20/07 Price | % of 52 Week High | Equity Value | Enterprise Value | Enterprise Value / EBITDA | | P/E Multiple | | Equity Value / FCF | | Long-Term EPS Growth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2007E | 2008E | 2007E | 2008E | 2007E | 2008E | |
| Belo Corp. | $16.98 | 74.0% | $1,735 | $2,957 | 7.8x | 7.0x | 15.7x | 12.9x | 13.1x | 10.4x | 6.6% |
| Entravision Communication Corp. | 8.74 | 77.7% | 917 | 1,280 | 13.0x | 11.1x | NM | 45.1x | 19.9x | 17.3x | 22.1% |
| Gray Television Inc. | 8.54 | 75.4% | 410 | 1,335 | 13.3x | 10.4x | NM | 23.9x | NM | 19.3x | 10.6% |
| Hearst - Argyle Television Inc. | 20.37 | 72.3% | 1,914 | 2,741 | 11.6x | 10.3x | 29.6x | 18.7x | 27.9x | 16.1x | 6.2% |
| Lin TV Corp. | 13.07 | 64.6% | 664 | 1,537 | 13.1x | 10.1x | NM | 17.9x | 25.5x | 7.2x | 10.0% |
| Nexstar Broadcasting Group | 8.29 | 53.8% | 236 | 909 | 11.1x | 8.3x | NM | 40.4x | 15.3x | 6.6x | NM |
| Sinclair Broadcast Group, Inc. | 11.55 | 65.4% | 1,010 | 2,339 | 9.9x | 9.0x | 26.4x | 15.1x | 9.9x | 8.8x | 5.5% |
| Summary Multiples: | Mean | | | | 11.4x | 9.5x | 23.9x | 24.9x | 18.6x | 12.2x | 10.2% |
| | Median | | | | 11.6x | 10.1x | 26.4x | 18.7x | 17.6x | 10.4x | 8.3% |
| | Maximum | | | | 13.3x | 11.1x | 29.6x | 45.1x | 27.9x | 19.3x | 22.1% |
| | Minimum | | | | 7.8x | 7.0x | 15.7x | 12.9x | 9.9x | 6.6x | 5.5% |



11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0582631

## Trading and Acquisition Comparables
### Radio Public Trading Comparables

| | 8/20/07 Price | % of 52 Week High | Equity Value | Adjusted Enterprise Value | Total Debt/ '07 EBITDA | TEV/EBITDA | | Equity Value/FCF | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 2007E | 2008E | 2007E | 2008E |
| Beasley | $7.10 | 73.7% | $169 | $358 | 6.6x | 12.2x | 11.9x | 11.4x | 11.4x |
| Citadel PF ABC | 4.17 | 37.9% | 1,101 | 3,395 | 6.3x | 8.9x | 8.6x | 6.4x | 5.0x |
| Cox Radio | 13.23 | 75.7% | 1,266 | 1,598 | 2.1x | 9.9x | 9.2x | 14.4x | 12.8x |
| Cumulus [1] | 9.54 | 81.3% | 417 | 1,156 | 7.1x | 11.1x | 10.8x | 10.8x | 8.1x |
| Emmis [2] | 6.36 | 69.0% | 240 | 865 | 8.4x | 10.7x | 12.3x | 17.6x | 6.6x |
| Entercom | 21.41 | 68.6% | 833 | 1,552 | 4.4x | 9.3x | 8.7x | 7.4x | 8.2x |
| Radio One | 3.83 | 49.8% | 379 | 1,188 | 7.7x | 9.8x | 9.1x | 9.6x | 8.1x |
| Salem | 8.99 | 64.0% | 214 | 562 | 5.9x | 9.6x | 9.1x | 12.1x | 12.0x |
| Spanish Broadcasting | 2.88 | 55.4% | 210 | 589 | 9.7x | 13.3x | 11.7x | 23.3x | 15.0x |
| Mean: | | | | | | 10.7x | 10.3x | 12.6x | 9.7x |
| High: | | | | | | 13.3x | 12.3x | 23.3x | 15.0x |
| Low: | | | | | | 8.9x | 8.6x | 6.4x | 5.0x |



12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Trading and Acquisition Comparables
### Recent Private Market Newspaper Transactions

($ in Millions)



| | Gannett/ Gatehouse Media | Tribune/ Zell | Copley Press/ Gatehouse Media | Journal Register – Mass Prop/ Gatehouse | Dow Jones & newspapers/ Community Newspaper | McClatchy West Coast/ MediaNews/ Hearst | McClatchy Philadelphia/ Phil. Media | McClatchy Akron/ Sound Publishing | McClatchy Wilkes-Barre Publ. Mkt Cap. | McClatchy Aberdeen/ Schurz Comm | McClatchy Grand Forks/ Forum Comm | McClatchy/ The Nutting Co. | McClatchy Ft. Wayne/ Forum Comm | Knight Ridder/ McClatchy | Pulitzer/ Lee Enterprises | 21st Century Newspapers/ Journal Register | Merced Sun-Star/ McClatchy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Value | 11.0x | 9.3x | 10.7x | 9.2x | 11.3x | 11.5x | 7.6x | 8.3x | 8.1x | 9.3x | 13.0x | 6.2x | 8.8x | 10.1x | 13.5x | 11.9x | 16.2x |
| Date: | 4/07 | 4/07 | 4/07 | 13/06 | 10/06 | 6/06 | 9/06 | 6/06 | 6/06 | 6/06 | 6/06 | 6/06 | 6/06 | 9/06 | 5/05 | 9/04 | 1/04 |
| TV: | $410 | $12,141 | $380 | $72 | $283 | $1,000 | $162 | $165 | $65 | $26 | $65 | $33 | $70 | $6,161 | $1,460 | $415 | $41 |

Source: Wall Street research and public filings.

13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ML-TRIB-0582633

# Trading and Acquisition Comparables
## Recent Private Market Television Comparables

**($ in Millions)**



| | New Vision/ Montecito | Prov. Equity/ Clear Channel | Cerberus /CBS | NY Times/ Oak Hill Capital | MDP/Prov. Equity/TPG/ THL/SCG/ Univision | Hearst-Argyle/ Emmis (WKCF-TV) | Media General/ NBC | Blackstone/ SJL Broadcast Group/ Emmis | Raycom Media/ Liberty Corp. | Gray TV/ Emmis | Lin TV/ Emmis | Journal Comm./ Emmis | Lin TV/ Viacom | Viacom (KOVR) | Granite/ New Vision (Wise) | Hearst-Argyle (WMTW) | Nexstar/ Quorum | Gray TV/ Benedek | Tribune/ Sinclair (Indianapolis WTTV) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Multiple | 14.3x | ~15x | 15.0x | 14.5x[1] | 16.5x | 11.5x | 14.0x | 14.8x | 11.2x | 16.1x | 14.5x | 16.1x | 12.1x | 15.0x | 11.6x | 20.0x | 10.8x | 10.5x | 21.0x |
| Date | 7/07 | 4/07 | 2/07 | 1/07 | 7/06 | 5/06 | 4/06 | 9/05 | 8/05 | 8/05 | 8/05 | 6/05 | 2/05 | 12/04 | 4/04 | 1/04 | 12/03 | 8/02 | 7/02 |
| TV | $330 | $1,200 | $185 | $575 | $13,700 | $218 | $600 | $259 | $987 | $186 | $260 | $235 | $85 | $285 | $44 | $134 | $223 | $500 | $125 |

Sources: Company filings and Wall Street Research. Wall Street equity research / Merrill Lynch IBK.
(1)    Estimated blended multiple assumes average of 2006E and 2007E EBITDA of ~$40 million.

14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0582634

## Disclaimers

Merrill Lynch prohibits (a) employees from, directly or indirectly, offering a favorable research rating or specific price target, or offering to change such rating or price target, as consideration or inducement for the receipt of business or for compensation, and (b) Research Analysts from being compensated for involvement in investment banking transactions except to the extent that such participation is intended to benefit investor clients.

This proposal is confidential, for your private use only, and may not be shared with others (other than your advisors) without Merrill Lynch's written permission, except that you (and each of your employees, representatives or other agents) may disclose to any and all persons, without limitation of any kind, the tax treatment and tax structure of the proposal and all materials of any kind (including opinions or other tax analyses) that are provided to you relating to such tax treatment and tax structure. For purposes of the preceding sentence, tax refers to U.S. federal and state tax. This proposal is for discussion purposes only. Merrill Lynch is not an expert on, and does not render opinions regarding, legal, accounting, regulatory or tax matters. You should consult with your advisors concerning these matters before undertaking the proposed transaction.



15

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    ML-TRIB-0582635