| From: | Harrison, John (IBK-NY). | Sent:1/8/2008 9:22 AM. |
|---|---|---|
| To: | Braun, Ben (IBK-NY). | |
| Cc: | . | |
| Bcc: | Braun, Ben (IBK-NY). | |
| Subject: | TRB.Valuation.Analysis.vFINAL.pdf. | |

This is final version with summarized sotp.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0487160

Internal Discussion Materials Regarding:

# Valuation Analysis of Tribune Company

December 16, 2007



**Merrill Lynch**

Global Markets & Investment Banking Group

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

# Valuation Analysis of Tribune Company
## Overview / Key Assumptions

## Key Assumptions

- Methodologies
  - Comparable trading multiples
  - Sum-of-the-parts analysis
  - Discounted cash flow
- Financial metrics
  - EBITDA based on current 2007 management plan
  - Equity investment valuation of $1.7bn based on Wall Street research estimates
    - Investments include: TV Food Network ($851mm), Classified Ventures stake ($63mm), Career Builder stake ($537mm), and other various assets ($259mm)
  - 9/30/07 net debt of $13.2bn includes PHONES and Zell note
    - Post sale of Cubs and Comcast SportsNet, net debt is $12.4bn
- Asset sale scenarios
  - Cubs
    - $850mm gross proceeds, $610mm net proceeds
    - Sold along with high-basis Recycler property value taxes
  - Comcast Sports Net
    - $375mm gross proceeds, $239mm net proceeds

## Summary

| Valuation Method | Low | Mid | High |
|---|---|---|---|
| Comparable Companies | $8,431 | $9,636 | $10,840 |
| Sum-of-the-Parts (Pre-tax) | 9,921 | 11,120 | 12,320 |
| Discounted Cash Flow | 7,636 | 9,006 | 10,544 |
| Average Operating Enterprise Value | $8,663 | $9,921 | $11,234 |
| + Equity Investments | 1,710 | 1,710 | 1,710 |
| + NPV of S-Corp Tax Savings [1] | 469 | 469 | 469 |
| Adjusted Enterprise Value | $10,842 | $12,100 | $13,413 |
| - Net Debt (9/30/07) | (13,235) | (13,235) | (13,235) |
| + Cubs Proceeds | 610 | 610 | 610 |
| + Comcast SportsNet Proceeds | 239 | 239 | 239 |
| Equity Value | ($1,545) | ($287) | $1,027 |

[1]  Assumes midpoint of PV analysis (through 2017).



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0487162

## Valuation Analysis of Tribune Company
Blended EBITDA Multiple Assumption

| | % of 2007E EBITDA | Multiple Range | | Wtd. Avg. Multiple | |
|---|---|---|---|---|---|
| | | Low | High | Low | High |
| Publishing | 66% | 5.50x | 7.00x | 3.63x | 4.62x |
| Broadcasting | 32% | 10.00x | 13.00x | 3.16x | 4.11x |
| Entertainment and Other | 2% | 10.00x | 10.00x | 0.24x | 0.24x |
| | | | | 7.03x | 8.97x |

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Valuation Analysis of Tribune Company
### Newspaper Public Trading Comparables

**Operating EV / 2007E EBITDA**

Legend:
- Multiple as of 4/2/2007
- Multiple as of 12/14/2007

| | SSP | WPO | BLC | MEG | NYT | LEE | GCI | MNI | TRB |
|---|---|---|---|---|---|---|---|---|---|
| 4/2/2007 | 11.3x | 10.4x | 8.6x | 8.5x | 8.3x | 8.8x | 8.0x | 8.2x | |
| 12/14/2007 | 11.1x | 8.8x | 8.4x | 7.6x | 6.4x | 6.4x | 5.7x | 5.5x | |

| % EBITDA from: | SSP | WPO | BLC | MEG | NYT | LEE | GCI | MNI | TRB |
|---|---|---|---|---|---|---|---|---|---|
| Newspapers / Publishing | 18% | 17% | 33% | 53% | 91% | 100% | 83% | 100% | 66% |
| Broadcasting | 9% | 50% | 67% | 47% | 0% | 0% | 17% | 0% | 32% |
| Other | 73% | 32% | 0% | 0% | 9% | 0% | 0% | 0% | 2% |

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0487164



**Valuation Analysis of Tribune Company**
Television Broadcasting Public Trading Comparables

EV / 2007E EBITDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0487165

# Valuation Analysis of Tribune Company
## Comparable Trading Multiple Analysis

### Step 2 Financing + Cubs Sale + Comcast SportsNet Sale

| | Metric | Step 2 Financing + Cubs Sale + Comcast Sale | | |
|---|---|---|---|---|
| | | 7.00x | 8.00x | 9.00x |
| 2007E Operating EBITDA Multiple | | | | |
| Operating Enterprise Value | $1,204[1] | $8,431 | $9,636 | $10,840 |
| + Equity Investments | | 1,710 | 1,710 | 1,710 |
| + NPV Tax Savings - ESOP S-Corp | | 469 | 469 | 469 |
| Adjusted Enterprise Value | | $10,610 | $11,814 | $13,019 |
| + Cash (9/30/07) | | 227 | 227 | 227 |
| - "Guaranteed Debt" [2] | | (9,757) | (9,757) | (9,757) |
| - Existing Bonds | | (1,556) | (1,556) | (1,556) |
| - Zell Note | | (225) | (225) | (225) |
| - PHONES | | (989) | (989) | (989) |
| - Contingent Liabilities | | (87) | (87) | (87) |
| Implied Equity Value | | ($1,776) | ($572) | $633 |
| Equity Value as a % of Adj. Enterprise Value | | (16.7%) | (4.8%) | 4.9% |

Source: Company presentations, Wall Street Equity Research, ML IBK assumptions.
(1) EBITDA excludes stock-based compensation of $41mm and Cubs EBITDA of $27mm. EBITDA includes 401(k)-related cost savings of $40mm.
(2) Guaranteed debt balance pro forma for sale of Cubs and Comcast SportsNet.

5



# Valuation Analysis of Tribune Company
## Private Market Sum-of-the-Parts Valuation

### Broadcasting / Publishing

| Market | Revenue | 2007E OCF | Margin | OCF Multiple Range Low | Midpoint | High | Implied Value Low | Midpoint | High |
|---|---|---|---|---|---|---|---|---|---|
| Broadcasting | $1,161 | $381 | 32.8% | 11.0x | 12.0x | 13.0x | $4,196 | $4,578 | $4,959 |
| Publishing | 3,713 | 818 | 22.0% | 7.0x | 8.0x | 9.0x | 5,725 | 6,543 | 7,360 |
| Total Broadcasting / Publishing | | | | | | | $9,921 | $11,120 | $12,320 |

### Other Assets

| Asset | Wall Street Valuation |
|---|---|
| TV Food Network | $851 |
| Classified Ventures | 63 |
| CareerBuilder | 537 |
| Chicago Cubs / Recycler | 850 |
| Comcast | 375 |
| Other Investments | 259 |
| Total Other | $2,935 |

| Total | $12,856 | $14,055 | $15,254 |
|---|---|---|---|

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0487167

6

7

# Valuation Analysis of Tribune Company
## DCF Analysis - Summary

*(Reflects Cubs and Comcast SportsNet Sale)*

| | 2008E | 2009E | 2010E | 2011E | 2012E |
|---|---|---|---|---|---|
| EBITDA (Excl. Cash Equity Income) | $1,193 | $1,237 | $1,282 | $1,298 | $1,349 |
| Plus: Expense Reduction from 401(K) Elimination | 60 | 60 | 60 | 60 | 60 |
| Less: Severance | (10) | (10) | (10) | (10) | (10) |
| Adj. EBITDA | $1,243 | $1,287 | $1,332 | $1,348 | $1,399 |
| Less: Depreciation & Amortization | (234) | (238) | (238) | (238) | (238) |
| EBIT | $1,009 | $1,049 | $1,094 | $1,111 | $1,161 |
| Less: Cash Taxes (@ 37.0%) | (373) | (388) | (405) | (411) | (430) |
| Tax-effected EBIT | $636 | $661 | $688 | $700 | $731 |
| Plus: Depreciation & Amortization | 234 | 238 | 238 | 238 | 238 |
| Less: Capital Expenditures | (132) | (128) | (128) | (128) | (128) |
| Less: Investments | (100) | (100) | (100) | (100) | (100) |
| Unlevered Free Cash Flow | $637 | $670 | $699 | $709 | $741 |

| Discount Rate | Discounted Cash Flows ('08 - '12) | PV of Terminal Value using a Forward Yr. Exit Multiple | | |
|---|---|---|---|---|
| | | 6.0x | 7.0x | 8.0x |
| 8.00% | $2,744 | $5,849 | $6,824 | $7,799 |
| 8.50% | 2,708 | 5,716 | 6,668 | 7,621 |
| 9.00% | 2,672 | 5,586 | 6,517 | 7,448 |
| 9.50% | 2,637 | 5,460 | 6,369 | 7,279 |
| 10.00% | 2,602 | 5,337 | 6,226 | 7,115 |
| 10.50% | 2,569 | 5,217 | 6,086 | 6,956 |
| 11.00% | 2,535 | 5,100 | 5,951 | 6,801 |

| Discount Rate | Plus: Equity Investments | Plus: NPV of S-Corp Tax Savings | Less: Net Debt (9/30) | Equity Value | | |
|---|---|---|---|---|---|---|
| | | | | 6.0x | 7.0x | 8.0x |
| 8.00% | $1,710 | $469 | ($12,386) | ($1,614) | ($639) | $336 |
| 8.50% | 1,710 | 469 | (12,386) | (1,784) | (831) | 121 |
| 9.00% | 1,710 | 469 | (12,386) | (1,950) | (1,019) | (88) |
| 9.50% | 1,710 | 469 | (12,386) | (2,111) | (1,201) | (291) |
| 10.00% | 1,710 | 469 | (12,386) | (2,269) | (1,379) | (490) |
| 10.50% | 1,710 | 469 | (12,386) | (2,422) | (1,553) | (683) |
| 11.00% | 1,710 | 469 | (12,386) | (2,572) | (1,721) | (871) |

| Discount Rate | Enterprise Value | | | Implied Terminal Growth Rate | | |
|---|---|---|---|---|---|---|
| | 6.0x | 7.0x | 8.0x | 6.0x | 7.0x | 8.0x |
| 8.00% | $8,594 | $9,599 | $10,544 | (0.6%) | 0.6% | 1.4% |
| 8.50% | 8,424 | 9,376 | 10,329 | (0.1%) | 1.0% | 1.9% |
| 9.00% | 8,258 | 9,189 | 10,120 | 0.4% | 1.5% | 2.4% |
| 9.50% | 8,096 | 9,006 | 9,916 | 0.8% | 2.0% | 2.9% |
| 10.00% | 7,939 | 8,828 | 9,718 | 1.3% | 2.4% | 3.3% |
| 10.50% | 7,785 | 8,655 | 9,524 | 1.7% | 2.9% | 3.8% |
| 11.00% | 7,636 | 8,486 | 9,336 | 2.2% | 3.4% | 4.3% |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Valuation Analysis of Tribune Company
## WACC Calculation

| Date | 12/14/2007 | 10-Yr Treas. | US10YR | | |
|---|---|---|---|---|---|
| | Beta[1] | | R² of | Equity | |
| Comparables | Levered | Unlevered | Lev. Beta | Mkt. Cap | |
| Gannett Company (GCI) | 0.78 | 0.59 | 0.25 | $8,195 | |
| Washington Post (WPO) | 0.74 | 0.73 | 0.18 | 7,400 | |
| McClatchy Co (MNI) | 0.71 | 0.28 | 0.11 | 1,050 | |
| New York Times Co (NYT) | 0.80 | 0.63 | 0.18 | 2,378 | |
| Lee Enterprises (LEE) | 0.87 | 0.37 | 0.18 | 653 | |
| Gray Television Inc (GTN) | 1.24 | 0.51 | 0.21 | 403 | |
| Nextstar Broadcasting (NXST) | 0.94 | 0.34 | 0.04 | 236 | |
| Sinclair Broadcasting (SBGI) | 1.02 | 0.50 | 0.15 | 808 | |
| Lin TV (TVL) | 0.95 | 0.50 | 0.13 | 576 | |
| Hearst-Argyle (HTV) | 0.87 | 0.68 | 0.20 | 2,050 | |
| EW Scripps (SSP) | 0.73 | 0.64 | 0.15 | 7,182 | |
| Belo Corp. (BLC) | 1.00 | 0.70 | 0.30 | 1,698 | |
| Media General (MEG) | 0.91 | 0.40 | 0.19 | 471 | |
| Average | 0.89 | 0.53 | 0.17 | $2,546 | |

### WACC Analysis

| Cost of Equity | |
|---|---|
| Risk Free Rate [2] | 4.17% |
| Unlevered Beta [3] | 0.53 |
| Levered Beta | 0.70 |
| Size / Jurisdictional Premium | 1.03% |
| Historical Risk Premium [4] | 7.10% |
| Cost of Equity | 10.1% |
| | |
| Cost of Debt | |
| Pre-tax Cost of Debt | 12.50% |
| Tax Rate | 37.0% |
| After-Tax Cost of Debt | 7.88% |
| | |
| Target Debt/Total Capital | 50.0% |
| WACC [5] | 9.01% |

| Comparables | Marginal Tax Rate | Net Debt | Equity Mkt. Cap |
|---|---|---|---|
| Gannett Company (GCI) | 37.0% | $4,349 | $8,195 |
| Washington Post (WPO) | 37.0% | 42 | 7,400 |
| McClatchy Co (MNI) | 37.0% | 2,554 | 1,050 |
| New York Times Co (NYT) | 37.0% | 977 | 2,378 |
| Lee Enterprises (LEE) | 37.0% | 1,416 | 653 |
| Gray Television Inc (GTN) | 37.0% | 924 | 403 |
| Nextstar Broadcasting (NXST) | 37.0% | 674 | 236 |
| Sinclair Broadcasting (SBGI) | 37.0% | 1,323 | 808 |
| Lin TV (TVL) | 37.0% | 801 | 576 |
| Hearst-Argyle (HTV) | 37.0% | 946 | 2,050 |
| EW Scripps (SSP) | 37.0% | 1,619 | 7,182 |
| Belo Corp. (BLC) | 37.0% | 1,189 | 1,698 |
| Media General (MEG) | 37.0% | 928 | 471 |
| Average | 37.0% | $1,365 | $2,546 |

(1) 60-month adjusted Beta. Source: Bloomberg
(2) 10-year U.S. Government Bond Yield as of December 14, 2007.
(3) Unlevered Beta equals (Levered Beta/(1 - Tax Rate) * Debt/Equity)). Assumes Beta of debt equals zero.
(4) Historical spread between the long bond and the S&P 500. Source: Ibbotson Associates 2007 Yearbook.
(5) WACC equals (Net Debt/Capitalization * (Cost of Debt * (1 - Tax Rate)) + (Equity/Capitalization * Levered Cost of Equity). Tax rate used based on average tax rate of public comparables

8



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0487169

# Valuation Analysis of Tribune Company
## DCF Sensitivities

## WACC

| Target Debt / Total Capital | Pre-tax Cost of Debt | | | | |
|---|---|---|---|---|---|
| | 12.50% | 13.50% | 14.50% | 15.50% | 16.50% |
| 40.0% | 9.09% | 9.34% | 9.59% | 9.85% | 10.10% |
| 50.0% | 9.01% | 9.32% | 9.64% | 9.95% | 10.27% |
| 60.0% | 8.87% | 9.25% | 9.63% | 10.01% | 10.39% |
| 70.0% | 8.70% | 9.14% | 9.58% | 10.02% | 10.46% |
| 80.0% | 8.47% | 8.97% | 9.48% | 9.98% | 10.49% |

## Enterprise Value [1]
### (Dollars in Millions)

| Target Debt / Total Capital | Pre-tax Cost of Debt | | | | |
|---|---|---|---|---|---|
| | 12.50% | 13.50% | 14.50% | 15.50% | 16.50% |
| 40.0% | $9,155.3 | $9,063.1 | $8,972.1 | $8,882.3 | $8,793.7 |
| 50.0% | 9,186.4 | 9,070.8 | 8,957.2 | 8,845.4 | 8,735.4 |
| 60.0% | 9,235.3 | 9,095.9 | 8,959.2 | 8,825.2 | 8,693.8 |
| 70.0% | 9,302.2 | 9,138.3 | 8,978.2 | 8,821.7 | 8,668.7 |
| 80.0% | 9,387.8 | 9,198.6 | 9,014.3 | 8,834.8 | 8,659.9 |

(1) Enterprise value before adjustment for value of equity investments and PV of S-Corp-ESOP tax savings. Assumes 7.0x forward year exit multiple on terminal value.



9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0487170

10

# Valuation Analysis of Tribune Company
## NPV of S-Corp Tax Savings

| | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E | Perp Growth | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Tax Income | $107 | $210 | $276 | $326 | $420 | $509 | $608 | $717 | $844 | $996 | $1,175 | $1,387 | $1,637 | $1,931 | $2,279 | | |
| % Growth | | 95.5% | 31.4% | 18.3% | 28.7% | 21.3% | 19.4% | 17.8% | 17.7% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | | |
| PHONES Interest | ($146) | ($158) | ($171) | ($184) | ($198) | ($211) | ($224) | ($237) | ($250) | ($264) | ($264) | ($264) | ($264) | ($264) | ($264) | | |
| PHONES Interest Disallowance | 56 | 60 | 64 | 68 | 73 | 77 | 82 | 86 | 90 | 95 | 95 | 95 | 95 | 95 | 95 | | |
| ESOP Loan Principal Payments | (48) | (16) | (7) | (4) | (2) | (2) | (2) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | | |
| Depreciation | 75 | 69 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | | |
| Amortization | (43) | (43) | (43) | (43) | (43) | (43) | (43) | (43) | (43) | (43) | (43) | (43) | (43) | (43) | (43) | | |
| Other | (8) | (11) | (11) | (12) | (15) | (18) | (21) | (24) | (28) | (33) | (33) | (33) | (33) | (33) | (33) | | |
| Taxable State Income | ($56) | $111 | $168 | $211 | $295 | $373 | $460 | $556 | $670 | $808 | $988 | $1,199 | $1,449 | $1,744 | $2,091 | | |
| State Taxes | 0 | 2 | 3 | 4 | 6 | 7 | 9 | 11 | 13 | 16 | 20 | 24 | 29 | 35 | 42 | | |
| Taxable Federal Income | ($56) | $109 | $165 | $207 | $289 | $365 | $450 | $545 | $656 | $792 | $968 | $1,175 | $1,420 | $1,709 | $2,049 | | |
| Federal Taxes Saved | $0 | $38 | $58 | $73 | $101 | $128 | $158 | $191 | $230 | $277 | $339 | $411 | $497 | $598 | $717 | $430 | $4,245 |
| **Cumulative PV of Taxes Saved** | | | | | | | | | | | | | | | | | |
| 10.0% Discount Rate | $0 | $31 | $75 | $124 | $187 | $259 | $340 | $429 | $527 | $633 | $752 | $883 | $1,027 | $1,185 | $1,356 | $937 | $2,293 |
| 15.0% Discount Rate | 0 | 29 | 67 | 108 | 158 | 214 | 273 | 335 | 401 | 489 | 542 | 619 | 700 | 784 | 872 | 307 | 1,179 |
| 20.0% Discount Rate | 0 | 26 | 60 | 95 | 135 | 178 | 222 | 267 | 311 | 366 | 401 | 448 | 494 | 541 | 587 | 116 | 704 |
| 25.0% Discount Rate | 0 | 24 | 54 | 84 | 117 | 150 | 183 | 215 | 246 | 276 | 305 | 333 | 361 | 387 | 412 | 48 | 461 |

*Source: Management base case projections from October 12, 2007 model. ML/IBK estimates from 2018 - 2022.*

| PV of Taxes Saved | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10.0% Discount Rate | $0 | $31 | $43 | $50 | $63 | $72 | $81 | $89 | $97 | $107 | $119 | $131 | $144 | $157 | $172 | $937 | $2,293 |
| 15.0% Discount Rate | 0 | 29 | 38 | 41 | 50 | 55 | 59 | 62 | 65 | 69 | 73 | 77 | 81 | 85 | 88 | 307 | 1,179 |
| 20.0% Discount Rate | 0 | 26 | 33 | 35 | 41 | 43 | 44 | 44 | 45 | 45 | 46 | 46 | 46 | 47 | 47 | 116 | 704 |
| 25.0% Discount Rate | 0 | 24 | 30 | 30 | 33 | 34 | 33 | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 48 | 461 |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Valuation Analysis of Tribune Company
## VRC DCF Analysis

| | 2008E | 2009E | 2010E | 2011E | 2012E |
|---|---|---|---|---|---|
| EBITDA (Excl. Cash Equity Income) | $1,193 | $1,237 | $1,282 | $1,298 | $1,349 |
| Plus: Expense Reduction from 401(k) Elimination | 60 | 60 | 60 | 60 | 60 |
| Less: Severance | (10) | (10) | (10) | (10) | (10) |
| Adj. EBITDA | $1,243 | $1,287 | $1,332 | $1,348 | $1,399 |
| Less: Depreciation & Amortization | (234) | (238) | (238) | (236) | (238) |
| EBIT | $1,009 | $1,049 | $1,094 | $1,111 | $1,161 |
| Less: Cash Taxes (@ 37.0%) | (373) | (388) | (405) | (411) | (430) |
| Tax-effected EBIT | $636 | $661 | $689 | $700 | $731 |
| Plus: Depreciation & Amortization | 234 | 238 | 238 | 238 | 238 |
| Less: Capital Expenditures | (132) | (128) | (128) | (128) | (128) |
| Less: Investments | (100) | (100) | (100) | (100) | (100) |
| Unlevered Free Cash Flow | $637 | $670 | $699 | $709 | $741 |

| Discount Rate | Discounted Cash Flows ('08 - '12) | PV of Terminal Value using a Forward Yr. Exit Multiple | | |
|---|---|---|---|---|
| | | 6.5x | 7.5x | 8.5x |
| 6.50% | $2,859 | $6,796 | $7,841 | $8,887 |
| 7.00% | 2,820 | 6,639 | 7,660 | 8,681 |
| 7.50% | 2,782 | 6,486 | 7,483 | 8,481 |
| 8.00% | 2,744 | 6,337 | 7,312 | 8,287 |
| 8.50% | 2,708 | 6,192 | 7,145 | 8,097 |

| | Enterprise Value | | |
|---|---|---|---|
| | 6.5x | 7.5x | 8.5x |
| 6.50% | $9,655 | $10,701 | $11,746 |
| 7.00% | 9,459 | 10,480 | 11,501 |
| 7.50% | 9,267 | 10,265 | 11,263 |
| 8.00% | 9,081 | 10,056 | 11,031 |
| 8.50% | 8,900 | 9,853 | 10,805 |

| Discount Rate | Plus: Equity Investments | Plus: NPV of S-Corp Tax Savings | Less: Net Debt (9/30) |
|---|---|---|---|
| 6.50% | $3,312 | $2,025 | ($13,077) |
| 7.00% | 3,312 | 2,025 | (13,077) |
| 7.50% | 3,312 | 2,025 | (13,077) |
| 8.00% | 3,312 | 2,025 | (13,077) |
| 8.50% | 3,312 | 2,025 | (13,077) |

| | Equity Value | | |
|---|---|---|---|
| | 6.5x | 7.5x | 8.5x |
| 6.50% | $1,915 | $2,960 | $4,006 |
| 7.00% | 1,718 | 2,740 | 3,761 |
| 7.50% | 1,527 | 2,525 | 3,523 |
| 8.00% | 1,341 | 2,316 | 3,291 |
| 8.50% | 1,159 | 2,112 | 3,065 |

| | Implied Terminal Growth Rate | | |
|---|---|---|---|
| | 6.5x | 7.5x | 8.5x |
| 6.50% | (1.3%) | (0.4%) | 0.4% |
| 7.00% | (0.9%) | 0.1% | 0.9% |
| 7.50% | (0.4%) | 0.6% | 1.3% |
| 8.00% | 0.0% | 1.0% | 1.8% |
| 8.50% | 0.5% | 1.5% | 2.3% |

11



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          ML-TRIB-0487172

# Valuation Analysis of Tribune Company
## VRC WACC Calculation

| Date 12/14/2007 | US 10YR | | | |
|---|---|---|---|---|
| | 10-Yr Treas. | | | |
| | Beta [1] | | R² of | Equity |
| Comparables | Levered | Unlevered | Lev. Beta | Mkt Cap |
| Gannett Company (GC) | 0.78 | 0.59 | 0.25 | $8,195 |
| Washington Post (WPO) | 0.74 | 0.73 | 0.18 | 7,400 |
| McClatchy Co (MNI) | 0.71 | 0.28 | 0.11 | 1,050 |
| New York Times Co (NYT) | 0.80 | 0.63 | 0.18 | 2,378 |
| Lee Enterprises (LEE) | 0.87 | 0.37 | 0.18 | 653 |
| Gray Television Inc (GTN) | 1.24 | 0.51 | 0.21 | 403 |
| Nexstar Broadcasting (NXST) | 0.94 | 0.34 | 0.04 | 236 |
| Sinclair Broadcasting (SBGI) | 1.02 | 0.50 | 0.15 | 808 |
| Lin TV (TVL) | 0.95 | 0.50 | 0.13 | 576 |
| Hearst-Argyle (HTV) | 0.87 | 0.68 | 0.20 | 2,050 |
| EW Scripps (SSP) | 0.73 | 0.64 | 0.15 | 7,182 |
| Belo Corp. (BLC) | 1.00 | 0.70 | 0.30 | 1,698 |
| Media General (MEG) | 0.91 | 0.40 | 0.19 | 471 |
| **Average** | **0.89** | **0.53** | **0.17** | **$2,546** |

### WACC Analysis

| Cost of Equity | | | Marginal Tax Rate | Net Debt | Equity Mkt Cap |
|---|---|---|---|---|---|
| Risk Free Rate [2] | 4.17% | Gannett Company (GC) | 37.0% | 4,349 | $8,195 |
| Unlevered Beta [3] | 0.53 | Washington Post (WPO) | 37.0% | 42 | 7,400 |
| Levered Beta | 0.70 | McClatchy Co (MNI) | 37.0% | 2,554 | 1,050 |
| Size / Jurisdictional Premium [4] | 1.03% | New York Times Co (NYT) | 37.0% | 977 | 2,378 |
| Historical Risk Premium [4] | 7.10% | Lee Enterprises (LEE) | 37.0% | 1,416 | 653 |
| Cost of Equity | 10.1% | Gray Television Inc (GTN) | 37.0% | 924 | 403 |
| | | Nexstar Broadcasting (NXST) | 37.0% | 674 | 236 |
| Cost of Debt | | Sinclair Broadcasting (SBGI) | 37.0% | 1,323 | 808 |
| Pre-tax Cost of Debt | 7.10% | Lin TV (TVL) | 37.0% | 801 | 576 |
| Tax Rate | 37.0% | Hearst-Argyle (HTV) | 37.0% | 946 | 2,050 |
| After-Tax Cost of Debt | 4.47% | EW Scripps (SSP) | 37.0% | 1,619 | 7,182 |
| | | Belo Corp. (BLC) | 37.0% | 1,189 | 1,698 |
| Target Debt/Total Capital | 50.0% | Media General (MEG) | 37.0% | 928 | 471 |
| **WACC [5]** | **7.31%** | **Average** | **37.0%** | **$1,365** | **$2,546** |

(1) 60-month adjusted Beta. Source: Bloomberg.
(2) 10-year U.S. Government Bond Yield as of December 14, 2007.
(3) Unlevered Beta equals (Levered Beta/(1 + (1 - Tax Rate) * Debt/Equity)). Assumes Beta of debt equals zero.
(4) Historical spread between the long bond and the S&P 500. Source: Ibbotson Associates 2007 Yearbook.
(5) WACC equals ((Net Debt/Capitalization) * (Cost of Debt * (1 - Tax Rate)) + (Equity/Capitalization) * Levered Cost of Equity)). Tax rate used based on average tax rate of public comparables.

12



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          ML-TRIB-0487173

13

# Valuation Analysis of Tribune Company
## Newspaper Public Trading Comparables

| | Share Price 12/14/07 | % of 52-Week High | Equity Value | Adjusted Enterprise Value | Adj Enterprise Value to: EBITDA '07 | '08 | Equity Value to: FCF '07 | '08 | Dividend Yield |
|---|---|---|---|---|---|---|---|---|---|
| Belo | $16.61 | 72.4% | $1,698 | $2,887 | 8.4x | 7.3x | 13.9x | 10.5x | 3.0% |
| E.W. Scripps | 43.66 | 81.8% | 7,182 | 8,717 | 11.3x | 10.9x | 16.8x | 16.1x | 1.3% |
| Gannett | 35.30 | 55.6% | 8,195 | 11,743 | 5.7x | 5.8x | 7.1x | 7.1x | 4.5% |
| GateHouse Media | 8.47 | 38.2% | 490 | 1,576 | 12.6x | 8.2x | 7.9x | 4.5x | 18.9% |
| Journal Communications | 8.51 | 60.8% | 529 | 671 | 6.1x | 5.7x | 18.0x | 14.5x | 3.5% |
| Journal Register | 2.25 | 28.7% | 88 | 726 | 7.8x | 8.5x | 5.3x | 4.6x | 3.6% |
| Lee Enterprises | 14.13 | 39.6% | 653 | 1,788 | 6.4x | 6.9x | 5.3x | 5.7x | 5.4% |
| Media General | 20.84 | 47.4% | 471 | 1,399 | 7.6x | 7.1x | 6.3x | 4.4x | 4.4% |
| McClatchy | 12.78 | 29.2% | 1,050 | 3,192 | 5.5x | 6.2x | 5.2x | 5.2x | 5.6% |
| New York Times | 16.53 | 61.4% | 2,378 | 3,105 | 6.4x | 6.6x | 9.7x | 10.8x | 5.6% |
| Tribune | 32.57 | 67.6% | 4,209 | 10,721 | 9.8x | 10.9x | 20.3x | NA | 2.2% |
| Washington Post | 776.30 | 87.7% | 7,400 | 7,048 | 10.4x | 9.1x | 36.5x | 25.0x | 1.1% |
| **Summary Multiples:** | | | | | | | | | |
| Mean | | | | | 8.2x | 7.8x | 12.7x | 9.8x | 4.9% |
| Median | | | | | 7.7x | 7.2x | 8.8x | 7.1x | 4.0% |
| Maximum | | | | | 12.6x | 10.9x | 36.5x | 25.0x | 18.9% |
| Minimum | | | | | 5.5x | 5.7x | 5.2x | 4.4x | 1.1% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0487174

## Valuation Analysis of Tribune Company
### Television Public Trading Comparables

| | 12/14/07 Price | % of 52 Week High | Equity Value | Enterprise Value | Enterprise Value / EBITDA | | P/E Multiple | | Equity Value / FCF | | Long-Term EPS Growth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2007E | 2008E | 2007E | 2008E | 2007E | 2008E | |
| Belo Corp. | $16.61 | 72.4% | $1,698 | $2,887 | 8.4x | 7.3x | 16.0x | 12.9x | 13.0x | 9.0x | 6.4% |
| Entravision Communication Corp. | 7.25 | 64.4% | 723 | 1,114 | 12.2x | 10.8x | NM | 42.8x | 22.0x | 15.2x | 27.2% |
| Gray Television Inc. | 8.37 | 73.9% | 403 | 1,327 | 14.2x | 9.3x | NM | 23.9x | 21.0x | 8.8x | 10.6% |
| Hearst - Argyle Television Inc. | 21.80 | 77.4% | 2,050 | 2,996 | 12.4x | 10.1x | 33.8x | 19.8x | 31.4x | 19.0x | 6.0% |
| Lin TV Corp. | 11.33 | 56.0% | 576 | 1,387 | 11.3x | 8.1x | NM | 15.6x | 20.2x | 9.0x | 10.0% |
| Nexstar Broadcasting Group | 8.30 | 53.9% | 236 | 910 | 11.1x | 7.8x | NM | 34.6x | 17.5x | 12.5x | NM |
| Sinclair Broadcast Group, Inc. | 9.25 | 52.3% | 808 | 2,131 | 9.0x | 8.1x | 18.8x | 11.8x | 7.8x | 6.8x | 5.5% |
| **Summary Multiples:** | | | | | | | | | | | |
| Mean | | | | | 11.2x | 8.8x | 22.9x | 23.1x | 19.0x | 11.5x | 11.0% |
| Median | | | | | 11.3x | 8.1x | 18.8x | 19.8x | 20.2x | 9.0x | 8.2% |
| Maximum | | | | | 14.2x | 10.8x | 33.8x | 42.8x | 31.4x | 19.0x | 27.2% |
| Minimum | | | | | 8.4x | 7.3x | 16.0x | 11.8x | 7.8x | 6.8x | 5.5% |

14



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0487175

# Valuation Analysis of Tribune Company
## Radio Public Trading Comparables

| | 12/14/07 Price | % of 52 Week High | Equity Value | Adjusted Enterprise Value | Total Debt/ '07 EBITDA | TEV/EBITDA | | Equity Value/FCF | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 2007E | 2008E | 2007E | 2008E |
| Beasley | $6.75 | 70.1% | $161 | $348 | 6.6x | 11.8x | 11.6x | 10.9x | 10.8x |
| Citadel PF ABC | 2.05 | 18.6% | 541 | 2,892 | 7.6x | 8.9x | 8.0x | 3.7x | 3.5x |
| Cox Radio | 11.45 | 68.4% | 1,073 | 1,399 | 2.1x | 8.9x | 9.1x | 11.4x | 13.4x |
| Emmis | 4.46 | 65.0% | 158 | 801 | 9.9x | 11.9x | 13.2x | 14.7x | 19.6x |
| Entercom | 14.50 | 46.4% | 562 | 1,489 | 5.7x | 9.1x | 8.6x | 5.6x | 5.5x |
| Radio One | 2.12 | 27.6% | 210 | 1,012 | 7.0x | 8.4x | 8.0x | 6.2x | 4.3x |
| Salem | 6.70 | 47.9% | 159 | 524 | 6.0x | 8.5x | 8.2x | 9.0x | 8.9x |
| Spanish Broadcasting | 1.85 | 37.4% | 135 | 504 | 9.8x | 11.4x | 10.0x | 15.0x | 9.6x |
| Mean: | | | | | 6.8x | 9.9x | 9.6x | 9.5x | 9.4x |
| High: | | | | | 9.9x | 11.9x | 13.2x | 15.0x | 19.6x |
| Low: | | | | | 2.1x | 8.4x | 8.0x | 3.7x | 3.5x |

15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0487176



## Valuation Analysis of Tribune Company
### Recent Private Market Newspaper Transactions

($ in Millions)

| | Garnett/ GateHouse Media | Tribune/ Zell | Copley Press/ GateHouse Media | Journal Register/ Mass Prop/ GateHouse | Dow Jones & newspaper/ Community Newspaper | McClatchy West Coast/ MediaNews/ Hearst | McClatchy Philadelphia/ Phil. Media | McClatchy Akron/ Sound Publishing | McClatchy Wilkes-Barre Pub/ HM Cap. | McClatchy Aberdeen/ Schurz Comm. | McClatchy Grand Forks/ Forum Comm. | McClatchy/ The Notting Co. | McClatchy/ FL Wayne/ Forum Comm. | Knight Ridder/ McClatchy | Pulitzer/ Lee Enterprises | 21st Century Newspapers/ Journal Register | Merced Sun-Star/ McClatchy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TV/EBITDA: | 11.0x | 9.3x | 10.7x | 9.2x | 11.3x | 11.5x | 7.6x | 8.3x | 8.1x | 9.3x | 13.0x | 6.2x | 8.8x | 10.1x | 13.5x | 11.9x | 16.2x |
| Date: | 4/07 | 4/07 | 4/07 | 12/06 | 10/06 | 6/06 | 6/06 | 6/06 | 6/06 | 6/06 | 6/06 | 6/06 | 6/06 | 9/06 | 9/06 | 9/04 | 1/04 |
| TV: | $410 | $12,141 | $380 | $72 | $283 | $1,000 | $562 | $165 | $65 | $28 | $65 | $93 | $70 | $6,161 | $1,460 | $415 | $41 |

*Source: Wall Street research and public filings.*

16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0487177



# Valuation Analysis of Tribune Company
## Recent Private Market Television Comparables

($ in Millions)

Sources: Company filings and Wall Street Research; Wall Street equity research / Merrill Lynch IBK.
(1) Estimated blended multiple assumes average of 2006E and 2007E EBITDA of $40 million.

17

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0487178

## Disclaimers

Merrill Lynch prohibits (a) employees from, directly or indirectly, offering a favorable research rating or specific price target, or offering to change such rating or price target, as consideration or inducement for the receipt of business or for compensation, and (b) Research Analysts from being compensated for involvement in investment banking transactions except to the extent that such participation is intended to benefit investor clients.

This proposal is confidential, for your private use only, and may not be shared with others (other than your advisors) without Merrill Lynch's written permission, except that you (and each of your employees, representatives or other agents) may disclose to any and all persons, without limitation of any kind, the tax treatment and tax structure of the proposal and all materials of any kind (including opinions or other tax analyses) that are provided to you relating to such tax treatment and tax structure. For purposes of the preceding sentence, tax refers to U.S. federal and state tax. This proposal is for discussion purposes only. Merrill Lynch is not an expert on, and does not render opinions regarding, legal, accounting, regulatory or tax matters. You should consult with your advisors concerning these matters before undertaking the proposed transaction.

18



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0487179