| From: | Reynolds, James (IBK-NY). | Sent:12/14/2007 2:08 PM. |
|-------|---------------------------|--------------------------|
| To: | Kaplan, Todd (GMI Leveraged Finance); Marcus, Mitchell (IBK-CHI). | |
| Cc: | O'Grady, Michael G. (IBK - CHI); Margolies, Greg (IBK-NY); Tuvlin, David (IBK-NY); Harrison, John (IBK-NY); Hwang, Harris (IBK-NY). | |
| Bcc: | Kaplan, Todd (GMI Leveraged Finance); Marcus, Mitchell (IBK-CHI); O'Grady, Michael G. (IBK - CHI); Margolies, Greg (IBK-NY); Tuvlin, David (IBK-NY); Harrison, John (IBK-NY); Hwang, Harris (IBK-NY). | |
| Subject: | RE: . | |

Team,

Attached please find latest draft of valuation materials.

Best,
Jay

——Original Message——
From: Harrison, John (IBK-NY)
Sent: Friday, December 14, 2007 2:03 PM
To: Kaplan, Todd (GMI Leveraged Finance); Marcus, Mitchell (IBK-CHI)
Cc: O'Grady, Michael G. (IBK - CHI); Margolies, Greg (IBK-NY); Tuvlin, David (IBK-NY); Hwang, Harris (IBK-NY); Reynolds, James (IBK-NY)
Subject: Re:

Harris / Jay, please shoot around latest val deck to this group. Thanks.


John W. Harrison
Director
Merrill Lynch & Co.
Tel: (212) 449-2001
Fax: (212) 449-1642
john_harrison@ml.com

——Original Message——
From: Kaplan, Todd (GMI Leveraged Finance)
To: Harrison, John (IBK-NY); Marcus, Mitchell (IBK-CHI)
CC: O'Grady, Michael G. (IBK - CHI); Margolies, Greg (IBK-NY); Tuvlin, David (IBK-NY)
Sent: Fri Dec 14 14:00:07 2007
Subject:

John, Mitch

can you send around the draft of the analytics - also, would like a brief call later in the afternoon - 15 min

thanks

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**           **ML-TRIB-0486699**

Internal Discussion Materials Regarding:

# Valuation Analysis of Tribune Company

December [13], 2007



**Merrill Lynch**

Global Markets & Investment Banking Group

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

ML-TRIB-0486700

# Valuation Analysis of Tribune Company

## Table of Contents

1. Merrill Lynch Analysis

2. VRC Re-engineering

3. Trading and Acquisition Comparables

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0486701

Merrill Lynch Analysis



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

ML-TRIB-0486702

# Merrill Lynch Analysis
## Overview / Key Assumptions

## Key Assumptions

- **Methodologies**
  - Comparable trading multiples
    - EBITDA multiple range of 6x-8x based on peer group trading levels
  - Sum-of-the-parts analysis
    - Private market values (pre-tax and after-tax)
  - Discounted cash flow
- **Financial metrics**
  - EBITDA based on current 2007 management plan
  - Equity investment valuation of $2.4bn based on Wall Street research estimates (and internal view on private market value of Comcast Sports Net) and the current market valuation of the TWX shares underlying the PHONES
    - Investments include: TV Food Network ($851mm), Classified Ventures stake ($63mm), Career Builder stake ($537mm), Comcast Sports Net stake ($375mm), other various assets ($259mm) and TWX shares ($275mm)
  - 9/30/07 net debt of $13.2bn includes PHONES and Zell note
    - Adjusted for Bender proceeds and real estate transactions
- **Asset sale scenarios**
  - Cubs
    - $850mm gross proceeds, $610mm net proceeds
    - Sold along with high-basis Recycler property value taxes
  - Comcast Sports Net
    - $375mm gross proceeds, $239mm net proceeds

## Summary

| Valuation Method | Low | Mid | High |
|---|---|---|---|
| Comparable Companies | $7,227 | $8,431 | $9,636 |
| Sum-of-the-Parts (Pre-tax) | 10,382 | 11,022 | 11,660 |
| Discounted Cash Flow | 7,636 | 8,828 | 10,120 |
| **Average Operating Enterprise Value** | **$8,415** | **$9,427** | **$10,472** |
| + Equity Investments | 2,360 | 2,360 | 2,360 |
| + NPV of S-Corp Tax Savings [1] | 469 | 469 | 469 |
| **Adjusted Enterprise Value** | **$11,244** | **$12,256** | **$13,301** |
| - Net Debt (9/30/07) | (13,235) | (13,235) | (13,235) |
| + Cubs Proceeds | 610 | 610 | 610 |
| **Equity Value** | **($1,381)** | **($369)** | **$676** |

(1)  *Assumes midpoint of PV analysis (through 2017).*



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

ML-TRIB-0486703

2

## Merrill Lynch Analysis
### Blended EBITDA Multiple Assumption

| | % of 2007E EBITDA | Multiple Range | | Wtd. Avg. Multiple | |
|---|---|---|---|---|---|
| | | Low | High | Low | High |
| Publishing | 66% | 5.00x | 6.00x | 3.30x | 3.96x |
| Broadcasting | 32% | 10.00x | 12.00x | 3.16x | 3.79x |
| Entertainment and Other | 2% | 10.00x | 10.00x | 0.24x | 0.24x |
| | | | | 6.70x | 7.99x |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0486704



## Merrill Lynch Analysis
### Newspaper Public Trading Comparables

Operating EV / 2007E EBITDA

Average Change in Multiple: (1.9x) / (23.1%)

| % EBITDA from: | SSP | WPO | BLC | MEG | NYT | LEE | GCI | MNI | TRB |
|---|---|---|---|---|---|---|---|---|---|
| Newspapers / Publishing | 18% | 17% | 33% | 53% | 91% | 100% | 83% | 100% | 66% |
| Broadcasting | 9% | 50% | 67% | 47% | 0% | 0% | 17% | 0% | 32% |
| Other | 73% | 32% | 0% | 0% | 9% | 0% | 0% | 0% | 2% |

SSP: 11.2x / 10.8x
WPO: 10.8x / 8.9x
BLC: 8.9x / 8.3x
MEG: 8.4x / 7.7x
NYT: 8.6x / 6.5x
LEE: 8.4x / 6.4x
GCI: 8.2x / 5.7x
MNI: 8.0x / 5.6x

ML-TRIB-0486705



**Merrill Lynch Analysis**
Television Broadcasting Public Trading Comparables

EV / 2007E EBITDA

Avg. Change in Multiple: (1.0x)
Avg. % Change: (8.3%)

Multiple as of 5/1/2007
Multiple as of 12/4/2007

| Company | 5/1/2007 | 12/4/2007 |
|---------|----------|-----------|
| GTN | 13.8x | 13.7x |
| HTV | 13.3x | 11.5x |
| NXST | 12.2x | 11.2x |
| SSP | 11.2x | 10.8x |
| TVL | 13.1x | 11.0x |
| SBGI | 11.0x | 9.2x |
| BLC | 8.9x | 8.3x |
| MEG | 8.4x | 7.7x |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0486706

## Merrill Lynch Analysis
### Comparable Trading Multiple Analysis

**Step 2 Financing**

| | Metric | Step 2 Financing | | |
| --- | --- | --- | --- | --- |
| | | Low | Mid | High |
| 2007E Operating EBITDA Multiple | | 6.00x | 7.00x | 8.00x |
| Operating Enterprise Value | $1,231 [1] | $7,389 | $8,620 | $9,852 |
| + Equity Investments | | 2,360 | 2,360 | 2,360 |
| + NPV Tax Savings - ESOP S-Corp | | 469 | 469 | 469 |
| Adjusted Enterprise Value | | $10,218 | $11,449 | $12,681 |
| + Cash (9/30/07) | | 227 | 227 | 227 |
| - "Guaranteed Debt" | | (10,606) | (10,606) | (10,606) |
| - Existing Bonds | | (1,556) | (1,556) | (1,556) |
| - Zell Note | | (225) | (225) | (225) |
| - PHONES | | (989) | (989) | (989) |
| - Contingent Liabilities | | (87) | (87) | (87) |
| Implied Equity Value | | ($3,017) | ($1,786) | ($555) |
| Equity Value as a % of Adj. Enterprise Value | | (29.5%) | (15.6%) | (4.4%) |

Source: Company presentations, Wall Street Equity Research, ML/IBK assumptions.
(1) EBITDA excludes stock-based compensation of $41mm and includes 401(k)-related cost savings of $40mm.

5

## Merrill Lynch Analysis
### Comparable Trading Multiple Analysis (Cont'd)

## Step 2 Financing + Cubs Sale

| | Metric | Step 2 Financing + Cubs Sale | | |
| --- | --- | --- | --- | --- |
| | | Low | Mid | High |
| | | 6.00x | 7.00x | 8.00x |
| 2007E Operating EBITDA Multiple | | | | |
| Operating Enterprise Value | $1,204[1] | $7,227 | $8,431 | $9,636 |
| + Equity Investments | | 2,360 | 2,360 | 2,360 |
| + NPV Tax Savings - ESOP S-Corp | | 469 | 469 | 469 |
| Adjusted Enterprise Value | | $10,056 | $11,260 | $12,465 |
| + Cash (9/30/07) | | 227 | 227 | 227 |
| - "Guaranteed Debt" | | (9,996) | (9,996) | (9,996) |
| - Existing Bonds | | (1,556) | (1,556) | (1,556) |
| - Zell Note | | (225) | (225) | (225) |
| - PHONES | | (989) | (989) | (989) |
| - Contingent Liabilities | | (87) | (87) | (87) |
| Implied Equity Value | | ($2,569) | ($1,365) | ($161) |
| Equity Value as a % of Adj. Enterprise Value | | (25.6%) | (12.1%) | (1.3%) |

Source: Company presentations, Wall Street Equity Research, ML IBK assumptions.
(1)  EBITDA excludes stock-based compensation of $41mm and Cubs EBITDA of $27mm.  EBITDA includes 401(k)-related cost savings of $40mm.



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

ML-TRIB-0486708

# Merrill Lynch Analysis
## Comparable Trading Multiple Analysis (Cont'd)

### Step 2 Financing + Cubs Sale + Comcast Sale

| | Metric | Step 2 Financing + Cubs Sale + Comcast Sale | | |
| --- | --- | --- | --- | --- |
| | | Low | Mid | High |
| 2007E Operating EBITDA Multiple | | 6.00x | 7.00x | 8.00x |
| Operating Enterprise Value | $1,204 [1] | $7,227 | $8,431 | $9,636 |
| + Equity Investments | | 1,985 | 1,985 | 1,985 |
| + NPV Tax Savings - ESOP S-Corp | | 469 | 469 | 469 |
| Adjusted Enterprise Value | | $9,681 | $10,885 | $12,090 |
| + Proceeds from Comcast | | 239 | 239 | 239 |
| - "Guaranteed Debt" | | (9,757) | (9,757) | (9,757) |
| - Existing Bonds | | (1,556) | (1,556) | (1,556) |
| - Zell Note | | (225) | (225) | (225) |
| - PHONES | | (989) | (989) | (989) |
| - Contingent Liabilities | | (87) | (87) | (87) |
| Implied Equity Value | | ($2,705) | ($1,501) | ($297) |
| Equity Value as a % of Adj. Enterprise Value | | (27.9%) | (13.8%) | (2.5%) |

Source: Company presentations, Wall Street Equity Research, ML IBK assumptions.
(1)  EBITDA excludes stock-based compensation of $41mm and Cubs EBITDA of $27mm. EBITDA includes 401(k)-related cost savings of $40mm.

7



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0486709

# Merrill Lynch Analysis
## Private Market Sum-of-the-Parts Valuation

### Broadcasting Sum-of-the-Parts

| Market | Rank | Calls | Market Affiliation | Revenue | 2007E OCF | Margin | OCF Mult. Low | OCF Mult. High | Implied Low | Implied Midpoint | Implied High | Tax Basis Asset | Tax Basis Stock | After-Tax Value (1) Asset | After-Tax Value (1) Stock |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New York, NY | 1 | WPIX | CW | $190 | $70 | 36.8% | 10.0x | 12.0x | $708 | $801 | $838 | $18 | $48 | $528 | $538 |
| Los Angeles, CA | 2 | KTLA-TV | CW | 149 | 40 | 27.0% | 11.0x | 12.0x | 441 | 462 | 482 | 53 | 434 | 519 | 452 |
| Chicago, IL | 3 | WGN-TV | CW | 130 | 27 | 21.0% | 11.0x | 12.0x | 300 | 314 | 327 | 30 | 30 | 214 | 214 |
| Philadelphia, PA | 4 | WPHL-TV | My Network TV | 41 | 11 | 27.0% | 11.0x | 12.0x | 124 | 135 | 135 | 3 | 0 | 44 | 44 |
| Dallas-Ft. Worth, TX | 7 | KDAF | CW | 57 | 23 | 40.7% | 11.0x | 12.0x | 254 | 265 | 277 | 27 | 0 | 182 | 172 |
| Washington, DC | 8 | WDCW | CW | 35 | 13 | 38.1% | 12.0x | 12.0x | 148 | 155 | 161 | 85 | 85 | 130 | 130 |
| Houston, TX | 10 | KHCW | CW | 40 | 14 | 34.3% | 12.0x | 12.0x | 152 | 158 | 166 | 57 | 57 | 123 | 123 |
| Seattle-Tacoma, WA | 13 | KMYQ/KCPQ | My Network TV/FOX | 60 | 17 | 28.8% | 12.0x | 12.0x | 188 | 198 | 205 | 42 | 42 | 142 | 142 |
| Miami-Ft. Lauderdale, FL | 17 | WSFL | CW | 38 | 14 | 36.9% | 12.0x | 12.0x | 152 | 159 | 166 | 8 | 33 | 108 | 115 |
| Denver, CO | 18 | KWGN-TV | CW | 27 | 3 | 10.0% | 11.0x | 12.0x | 30 | 32 | 33 | 7 | 7 | 23 | 23 |
| Sacramento-Stockton-Modesto, CA | 19 | KTXL | FOX | 38 | 12 | 30.5% | 11.0x | 12.0x | 128 | 134 | 140 | 4 | 17 | 63 | 69 |
| St. Louis, MO | 21 | KPLR-TV | CW | 38 | 1 | 3.1% | 11.0x | NA | 30 | 31 | 31 | 4 | 21 | 21 | 36 |
| Portland, OR | 23 | KRCW | CW | 40 | 8 | 19.3% | 10.0x | 11.0x | 78 | 80 | 84 | 55 | 55 | 62 | 62 |
| Indianapolis, IN | 25 | WTTV/WXIN | FOX/CW | 35 | 10 | 26.6% | 11.0x | 11.0x | 106 | 108 | 110 | 24 | 24 | 48 | 47 |
| San Diego, CA | 26 | KSWB-TV | CW | 17 | 6 | 32.1% | 10.0x | 11.0x | 55 | 58 | 61 | 29 | 29 | 48 | 70 |
| Hartford-New Haven, CT | 28 | WTIC/WTXX | FOX/CW | 42 | 2 | 19.4% | 11.0x | NA | 24 | 25 | 27 | 29 | 29 | 46 | 46 |
| Grand Rapids-Kalamazoo-Battle Creek, MI | 39 | WXMI | FOX | 13 | 2 | 18.3% | 10.0x | NA | 25 | 25 | 25 | 27 | 27 | 18 | 18 |
| Harrisburg-Lancaster-Lebanon-York, PA | 41 | WPMT | FOX | 17 | 2 | NM | NA | NA | | | | | | | 19 |
| New Orleans, LA | 43 | WGNO/WNOL | CW/ABC | 17 | 2 | NM | NA | NA | | | | | | | |
| **Total TV** | | | | **$1,161** | **$181** | **32.6%** | | | **$3,918** | **$3,958** | **$3,978** | **$519** | **$1,532** | **$2,287** | **$2,415** |
| Tower Distribution | | | | 42 | 38 | 88.6% | 8.0x | 10.0x | 301 | 338 | 376 | 33 | 33 | 231 | 231 |
| Superstation | | | | 101 | 55 | 55.7% | 8.0x | 12.0x | 673 | 701 | 729 | 107 | 107 | 493 | 493 |
| WGN Radio | | | | 38 | 12 | 31.0% | 14.0x | | 165 | 177 | 171 | 7 | 7 | 113 | 113 |
| **Total Broadcasting** | | | | **$1,161** | | **32.6%** | | | **$5,176** | **$5,007** | **$5,371** | | **$1,273** | **$3,038** | **$3,312** |

### Publishing Sum-of-the-Parts

| Market | Paper | % TRB Ownership | Revenue | 2007E OCF | Margin | OCF Mult. Low | OCF Mult. High | Implied Low | Implied Midpoint | Implied High | Tax Basis Asset | Tax Basis Stock | After-Tax Value (1) Asset | After-Tax Value (1) Stock |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Los Angeles, CA | Los Angeles Times | 100.0% | $1,028 | $197 | 19.2% | 8.0x | 8.0x | $1,576 | $1,674 | $1,773 | $309 | $568 | $1,196 | $1,207 |
| Chicago, IL | Chicago Tribune | 31.0% | 835 | 205 | 24.6% | 8.0x | 8.5x | 1,642 | 1,745 | 1,848 | 290 | 290 | 1,238 | 1,236 |
| New York, NY | Newsday | 26.0% | 502 | 96 | 19.2% | 8.0x | 8.5x | 727 | 775 | 823 | 117 | 138 | 545 | 552 |
| Miami-Ft. Lauderdale, FL | South Florida Sun-Sentinel | 40.6% | 344 | 81 | 24.9% | 7.5x | 8.5x | 455 | 486 | 516 | 82 | 82 | 337 | 337 |
| Orlando-Daytona Beach-Melbourne, FL | Orlando Sentinel, The | 100.0% | 244 | 61 | 24.9% | 7.5x | 8.5x | 373 | 402 | 429 | 96 | 163 | 286 | 319 |
| Baltimore, MD | Baltimore Sun, The | | 277 | 54 | 22.3% | 7.0x | 8.0x | 755 | 812 | 867 | 213 | 397 | 603 | 607 |
| **Sub Total** | | | **$3,213** | **$693** | **22.0%** | | | **$10,347** | **$10,922** | **$11,660** | | **$1,838** | **$4,205** | **$4,266** |

| Other Assets | | % TRB Ownership | | | | | | Well Street Valuation | | | | After-Tax Value (2) Asset | After-Tax Value (2) Stock |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TVIX (16mm Shares) | | | | | | | | $275 | | | | $179 | $179 |
| TV Food Network | | | | | | | | 63 | | | | 580 | 580 |
| Classified Ventures | | | | | | | | | | | | 87 | 87 |
| CareerBuilder | | | | | | | | 537 | | | | 366 | 366 |
| Chicago (Cubs) / Recycler | | | | | | | | 850 | | | | 610 | 610 |
| Comcast | | | | | | | | 375 | | | | 236 | 239 |
| Other Investments | | | | | | | | 259 | | | | 168 | 168 |
| **Total Other** | | | | | | | | **$3,244** | | | | **$2,289** | **$2,299** |
| **Total** | | | | | | | | **$13,922** | | | | **$11,010** | **$11,020** |

(1) Assumes a capital gains tax rate of 35% and midpoint of valuation range.
(2) Assumes tax basis of $0 for TVIX Shares and Other Investments and capital gains tax rate of 35% – 38%.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

8



## Merrill Lynch Analysis
## DCF Analysis - Summary

*(Reflects Cubs Sale)*

9

|  | 2008E | 2009E | 2010E | 2011E | 2012E |
|---|---|---|---|---|---|
| EBITDA (Excl. Cash Equity Income) | $1,193 | $1,237 | $1,282 | $1,298 | $1,349 |
| Plus: Expense Reduction from 401(k) Elimination | 60 | 60 | 60 | 60 | 60 |
| Less: Severance | (10) | (10) | (10) | (10) | (10) |
| Adj. EBITDA | $1,243 | $1,287 | $1,332 | $1,348 | $1,399 |
| Less: Depreciation & Amortization | (234) | (238) | (238) | (238) | (238) |
| EBIT | $1,009 | $1,049 | $1,094 | $1,111 | $1,161 |
| Less: Cash Taxes (@ 37.0%) | (373) | (388) | (405) | (411) | (430) |
| Tax-effected EBIT | $636 | $661 | $689 | $700 | $731 |
| Plus: Depreciation & Amortization | 234 | 238 | 238 | 238 | 238 |
| Less: Capital Expenditures | (132) | (128) | (128) | (128) | (128) |
| Less: Investments | (100) | (100) | (100) | (100) | (100) |
| Unlevered Free Cash Flow | $637 | $670 | $699 | $709 | $741 |

**Discounted Cash Flows ['08 – '12]**

VRC: 5.7x – 10.5x

| Discount Rate | Discounted Cash Flows ['08 – '12] | PV of Terminal Value using a Forward Yr. Exit Multiple | | |
|---|---|---|---|---|
| | | 6.0x | 7.0x | 8.0x |
| 9.00% | $2,672 | $5,586 | $6,517 | $7,448 |
| 9.50% | 2,637 | 5,460 | 6,369 | 7,279 |
| 10.00% | 2,602 | 5,337 | 6,226 | 7,115 |
| 10.50% | 2,569 | 5,217 | 6,086 | 6,956 |
| 11.00% | 2,535 | 5,100 | 5,951 | 6,801 |

**Enterprise Value**

| Discount Rate | 6.0x | 7.0x | 8.0x |
|---|---|---|---|
| 9.00% | $8,258 | $9,189 | $10,120 |
| 9.50% | 8,096 | 9,006 | 9,916 |
| 10.00% | 7,939 | 8,828 | 9,718 |
| 10.50% | 7,785 | 8,655 | 9,524 |
| 11.00% | 7,636 | 8,486 | 9,336 |

**Equity Value**

| Discount Rate | Less: Net Debt (9/30)[1] | 6.0x | 7.0x | 8.0x |
|---|---|---|---|---|
| 9.00% | ($12,625) | ($1,538) | ($607) | $324 |
| 9.50% | (12,625) | (1,700) | (790) | 120 |
| 10.00% | (12,625) | (1,857) | (968) | (78) |
| 10.50% | (12,625) | (2,011) | (1,141) | (272) |
| 11.00% | (12,625) | (2,160) | (1,310) | (460) |

**Plus: NPV of S-Corp Tax Savings**

| | |
|---|---|
| 9.00% | $469 |
| 9.50% | 469 |
| 10.00% | 469 |
| 10.50% | 469 |
| 11.00% | 469 |

Midpoint of PV Analysis (through 2017)

**Plus: Equity Investments**

| Discount Rate | |
|---|---|
| 9.00% | $2,360 |
| 9.50% | 2,360 |
| 10.00% | 2,360 |
| 10.50% | 2,360 |
| 11.00% | 2,360 |

VRC: 6.50% – 8.50%

**Implied Terminal Growth Rate**

| Discount Rate | 6.0x | 7.0x | 8.0x |
|---|---|---|---|
| 9.00% | 0.4% | 1.5% | 2.4% |
| 9.50% | 0.8% | 2.0% | 2.9% |
| 10.00% | 1.3% | 2.4% | 3.3% |
| 10.50% | 1.7% | 2.9% | 3.8% |
| 11.00% | 2.2% | 3.4% | 4.3% |

VRC: (1.3%) – 1.9%

(1) Assumes after-tax proceeds from Cubs sale of $610 million.

# Merrill Lynch Analysis
## WACC Calculation



| Date | 12/10/2007 | 10-Yr. Treas. | US10YR | |
| --- | --- | --- | --- | --- |

| Comparables | Beta [1] Levered | Unlevered | R² of Lev. Beta | Equity Mkt. Cap |
| --- | --- | --- | --- | --- |
| Gannett Company (GCI) | 0.78 | 0.59 | 0.25 | $8,299 |
| Washington Post (WPO) | 0.74 | 0.73 | 0.18 | 7,628 |
| McClatchy Co (MNI) | 0.71 | 0.29 | 0.11 | 1,104 |
| New York Times Co (NYT) | 0.80 | 0.64 | 0.18 | 2,438 |
| Lee Enterprises (LEE) | 0.87 | 0.37 | 0.18 | 649 |
| Gray Television Inc (GTN) | 1.24 | 0.48 | 0.21 | 362 |
| Nexstar Broadcasting (NXST) | 0.94 | 0.35 | 0.04 | 247 |
| Sinclair Broadcasting (SBG) | 1.02 | 0.52 | 0.15 | 858 |
| Lin TV (TVL) | 0.95 | 0.49 | 0.13 | 540 |
| Hearst-Argyle (HTV) | 0.87 | 0.66 | 0.20 | 1,817 |
| EW Scripps (SSP) | 0.73 | 0.64 | 0.15 | 7,094 |
| Belo Corp. (BLC) | 1.00 | 0.69 | 0.30 | 1,674 |
| Media General (MEG) | 0.91 | 0.42 | 0.19 | 498 |
| Average | 0.89 | 0.53 | 0.17 | $2,554 |

### WACC Analysis

| Cost of Equity | | VRC |
| --- | --- | --- |
| Risk Free Rate [2] | 4.12% | |
| Unlevered Beta [3] | 0.53 | |
| Levered Beta | 0.69 | |
| Size / Jurisdictional Premium [4] | 1.03% | |
| Historical Risk Premium [4] | 7.10% | |
| Cost of Equity | 10.1% | VRC: 9.7% - 10.6% |
| | | |
| Cost of Debt | | |
| Pre-Tax Cost of Debt | 15.00% | VRC: L + 200 |
| Tax Rate | 37.0% | |
| After-Tax Cost of Debt | 9.45% | |
| | | |
| Target Debt/Total Capital | 50.0% | VRC: 40.1% - 59.3% |
| WACC [5] | 9.76% | VRC: 6.50% - 8.50% |

| | Marginal Tax Rate | Net Debt | Equity Mkt. Cap |
| --- | --- | --- | --- |
| Gannett Company (GCI) | 37.0% | 4,349 | $8,299 |
| Washington Post (WPO) | 37.0% | 42 | 7,628 |
| McClatchy Co (MNI) | 37.0% | 2,554 | 1,104 |
| New York Times Co (NYT) | 37.0% | 977 | 2,438 |
| Lee Enterprises (LEE) | 37.0% | 1,416 | 649 |
| Gray Television Inc (GTN) | 37.0% | 924 | 362 |
| Nexstar Broadcasting (NXST) | 37.0% | 674 | 247 |
| Sinclair Broadcasting (SBG) | 37.0% | 1,323 | 858 |
| Lin TV (TVL) | 37.0% | 801 | 540 |
| Hearst-Argyle (HTV) | 37.0% | 946 | 1,817 |
| EW Scripps (SSP) | 37.0% | 1,619 | 7,094 |
| Belo Corp. (BLC) | 37.0% | 1,189 | 1,674 |
| Media General (MEG) | 37.0% | 928 | 498 |
| Average | 37.0% | $1,265 | $2,554 |

[1] 60-month adjusted Beta. Source: Bloomberg
[2] 10-year U.S. Government Bond Yield as of December 10, 2007
[3] Unlevered Beta equals Levered Beta/(1 + (1 - Tax Rate) * Debt/Equity)). Assumes Beta of debt equals zero.
[4] Historical spread between the long bond and the S&P 500. Source: Ibbotson Associates 2007 Yearbook
[5] WACC equals ((Net Debt/Capitalization * Cost of Debt * (1 - Tax Rate)) + (Equity/Capitalization * Levered Cost of Equity)). Tax rate used based on average tax rate of public comparables

10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0486712

# Merrill Lynch Analysis
## DCF Sensitivities



### WACC

| Target Debt / Total Capital | Pre-tax Cost of Debt | | | | |
|---|---|---|---|---|---|
| | VRC: 40.1% - 59.3% / 7.10% | 9.10% | VRC: 7.10% (L+200) / 11.10% | 13.10% | 15.10% |
| 40.0% | 7.69% | 8.19% | 8.70% | 9.20% | 9.71% |
| 50.0% | 7.27% | 7.90% | 8.53% | 9.16% | 9.79% |
| 60.0% | 6.81% | 7.56% | 8.32% | 9.07% | 9.83% |
| 70.0% | 6.29% | 7.18% | 8.06% | 8.94% | 9.82% |
| 80.0% | 5.73% | 6.74% | 7.75% | 8.76% | 9.77% |

### Enterprise Value (1)
*(Dollars in Millions)*

| Target Debt / Total Capital | Pre-tax Cost of Debt | | | | |
|---|---|---|---|---|---|
| | VRC: 40.1% - 59.3% / 7.10% | 9.10% | VRC: 7.10% (L+200) / 11.10% | 13.10% | 15.10% |
| 40.0% | $9,690.4 | $9,493.1 | $9,301.1 | $9,114.2 | $8,932.1 |
| 50.0% | 9,858.1 | 9,606.9 | 9,363.9 | 9,128.9 | 8,901.6 |
| 60.0% | 10,049.2 | 9,741.2 | 9,445.4 | 9,161.1 | 8,887.9 |
| 70.0% | 10,265.4 | 9,897.2 | 9,546.1 | 9,210.9 | 8,891.0 |
| 80.0% | 10,508.3 | 10,076.1 | 9,666.8 | 9,278.8 | 8,910.8 |

(1)  Enterprise value before adjustment for value of equity investments and PV of S-Corp-ESOP tax savings.  Assumes 7.0x forward year exit multiple on terminal value.

11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0486713

# Merrill Lynch Analysis
## NPV of S-Corp Tax Savings

| | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E | Perp Growth | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Tax Income | $107 | $210 | $276 | $326 | $420 | $509 | $608 | $717 | $844 | $996 | $1,175 | $1,387 | $1,637 | $1,931 | $2,279 | | |
| % Growth | 95.5% | 31.4% | 18.3% | 28.7% | 21.3% | 19.4% | 17.8% | 17.7% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | | |
| | | | | | | | | | | | | | | | | | |
| PHONES Interest | ($146) | ($158) | ($171) | ($184) | ($198) | ($211) | ($224) | ($237) | ($250) | ($264) | ($264) | ($264) | ($264) | ($264) | ($264) | | |
| PHONES Interest Disallowance | 56 | 60 | 64 | 68 | 73 | 77 | 82 | 86 | 90 | 95 | 95 | 95 | 95 | 95 | 95 | | |
| ESOP Loan Principal Payments | (48) | (16) | (4) | (2) | (2) | (2) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | | |
| Depreciation | 75 | 69 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | | |
| Amortization | (43) | (43) | (43) | (43) | (43) | (43) | (43) | (43) | (43) | (43) | (43) | (43) | (43) | (43) | (43) | | |
| Other | (8) | (11) | (11) | (12) | (15) | (18) | (21) | (24) | (28) | (33) | (33) | (33) | (33) | (33) | (33) | | |
| Taxable State Income | ($6) | $111 | $168 | $211 | $295 | $373 | $460 | $556 | $670 | $808 | $988 | $1,199 | $1,449 | $1,743 | $2,091 | | |
| | | | | | | | | | | | | | | | | | |
| State Taxes | 0 | 2 | 3 | 4 | 6 | 7 | 9 | 11 | 13 | 16 | 20 | 24 | 29 | 35 | 42 | | |
| Taxable Federal Income | ($6) | $109 | $165 | $207 | $289 | $365 | $450 | $545 | $656 | $792 | $968 | $1,175 | $1,420 | $1,709 | $2,049 | | |
| | | | | | | | | | | | | | | | | | |
| Federal Taxes Saved | $0 | $38 | $58 | $73 | $101 | $128 | $158 | $191 | $230 | $277 | $339 | $411 | $497 | $598 | $717 | $430 | $4,245 |
| | | | | | | | | | | | | | | | | | |
| **Cumulative PV of Taxes Saved** | | | | | | | | | | | | | | | | | |
| 9.0% Discount Rate | $0 | $32 | $77 | $128 | $194 | $270 | $356 | $452 | $558 | $675 | $806 | $952 | $1,114 | $1,293 | $1,490 | $1,204 | $2,694 |
| 11.0% Discount Rate | 0 | 31 | 73 | 121 | 181 | 249 | 325 | 408 | 498 | 595 | 703 | 820 | 948 | 1,087 | 1,237 | 737 | 1,974 |
| 13.0% Discount Rate | 0 | 30 | 70 | 114 | 169 | 231 | 288 | 369 | 446 | 527 | 616 | 711 | 812 | 920 | 1,035 | 468 | 1,503 |
| 15.0% Discount Rate | 0 | 29 | 67 | 108 | 158 | 214 | 273 | 335 | 401 | 469 | 542 | 619 | 700 | 784 | 872 | 307 | 1,179 |
| 17.0% Discount Rate | 0 | 28 | 64 | 103 | 149 | 198 | 251 | 305 | 361 | 419 | 479 | 542 | 606 | 673 | 741 | 205 | 946 |
| 19.0% Discount Rate | 0 | 27 | 61 | 97 | 140 | 185 | 231 | 279 | 327 | 376 | 425 | 476 | 528 | 581 | 633 | 240 | 873 |

Used in ML Analysis

Source: Management base case projections from October 12, 2007 model; ML IBK estimates from 2018 - 2022.

| PV of Taxes Saved | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E | 2018E | 2019E | 2020E | 2021E | 2022E | Perp Growth | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9.0% Discount Rate | $0 | $32 | $45 | $51 | $66 | $76 | $86 | $96 | $106 | $117 | $131 | $146 | $162 | $179 | $197 | $1,204 | $2,694 |
| 11.0% Discount Rate | 0 | 31 | 42 | 48 | 60 | 68 | 76 | 83 | 90 | 98 | 107 | 118 | 128 | 139 | 150 | 737 | 1,974 |
| 13.0% Discount Rate | 0 | 30 | 40 | 44 | 55 | 61 | 67 | 72 | 76 | 82 | 88 | 95 | 101 | 108 | 115 | 468 | 1,503 |
| 15.0% Discount Rate | 0 | 29 | 38 | 41 | 50 | 55 | 59 | 62 | 65 | 69 | 73 | 77 | 81 | 85 | 88 | 307 | 1,179 |
| 17.0% Discount Rate | 0 | 28 | 36 | 39 | 46 | 50 | 53 | 54 | 56 | 58 | 60 | 63 | 65 | 66 | 68 | 205 | 946 |
| 19.0% Discount Rate | 0 | 27 | 34 | 36 | 42 | 45 | 47 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 53 | 240 | 873 |

12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**VRC Re-engineering**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0486715

13

# Merrill Lynch Analysis
## DCF Analysis - Summary



|  | 2008E | 2009E | 2010E | 2011E | 2012E |
|---|---|---|---|---|---|
| EBITDA (Excl. Cash Equity Income) | $1,193 | $1,237 | $1,282 | $1,298 | $1,349 |
| Plus: Expense Reduction from 401(k) Elimination | 60 | 60 | 60 | 60 | 60 |
| Less: Severance | (10) | (10) | (10) | (10) | (10) |
| Adj. EBITDA | $1,243 | $1,287 | $1,332 | $1,348 | $1,399 |
| Less: Depreciation & Amortization | (234) | (238) | (238) | (238) | (238) |
| EBIT | $1,009 | $1,049 | $1,094 | $1,111 | $1,161 |
| Less: Cash Taxes (@ 37.0%) | (373) | (388) | (405) | (411) | (430) |
| Tax-effected EBIT | $636 | $661 | $689 | $700 | $731 |
| Plus: Depreciation & Amortization | 234 | 238 | 238 | 238 | 238 |
| Less: Capital Expenditures | (132) | (128) | (128) | (128) | (128) |
| Less: Investments | (100) | (100) | (100) | (100) | (100) |
| Unlevered Free Cash Flow | $637 | $670 | $699 | $709 | $741 |

| Discount Rate | Discounted Cash Flows ('08 -'12) | PV of Terminal Value using a Forward Yr. Exit Multiple | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
|  |  | 6.5x | 7.5x | 8.5x | 6.5x | 7.5x | 8.5x |
| 6.50% | $2,859 | $6,796 | $7,841 | $8,887 | $9,655 | $10,701 | $11,746 |
| 7.00% | 2,820 | 6,639 | 7,660 | 8,681 | 9,459 | 10,480 | 11,501 |
| 7.50% | 2,782 | 6,486 | 7,483 | 8,481 | 9,267 | 10,265 | 11,263 |
| 8.00% | 2,744 | 6,337 | 7,312 | 8,287 | 9,081 | 10,056 | 11,031 |
| 8.50% | 2,708 | 6,192 | 7,145 | 8,097 | 8,900 | 9,853 | 10,805 |

VRC: 6.7x - 10.6x

| Discount Rate | Plus: Equity Investments | Plus: NPV of S-Corp Tax Savings | Less: Net Debt (9/30) | Equity Value | | | Implied Terminal Growth Rate | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | 6.5x | 7.5x | 8.5x | 6.5x | 7.5x | 8.5x |
| 6.50% | $3,210 | $469 | ($13,235) | $99 | $1,144 | $2,190 | (1.3%) | (0.4%) | 0.4% |
| 7.00% | 3,210 | 469 | (13,235) | (98) | 924 | 1,945 | (0.9%) | 0.1% | 0.9% |
| 7.50% | 3,210 | 469 | (13,235) | (289) | 709 | 1,707 | (0.4%) | 0.6% | 1.3% |
| 8.00% | 3,210 | 469 | (13,235) | (475) | 500 | 1,475 | 0.0% | 1.0% | 1.8% |
| 8.50% | 3,210 | 469 | (13,235) | (656) | 296 | 1,249 | 0.5% | 1.5% | 2.3% |

VRC: 6.50% - 8.50%

VRC: (1.3%) - 1.9%

Midpoint of PV Analysis (through 2017)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0486716

# Merrill Lynch Analysis
## WACC Calculation



| Date | 12/10/2007 | 10-Yr Treas. | US10YR | | | Marginal Tax Rate | Net Debt | Equity Mkt. Cap |
|---|---|---|---|---|---|---|---|---|
| | **Beta [1]** | | **R² of Lev. Beta** | **Equity Mkt. Cap** | | | | |
| **Comparables** | Levered | Unlevered | | | | | | |
| Gannett Company (GCI) | 0.78 | 0.59 | 0.25 | $8,299 | Gannett Company (GCI) | 37.0% | $4,349 | $8,299 |
| Washington Post (WPO) | 0.74 | 0.73 | 0.18 | 7,628 | Washington Post (WPO) | 37.0% | 42 | 7,628 |
| McClatchy Co (MNI) | 0.71 | 0.29 | 0.11 | 1,104 | McClatchy Co (MNI) | 37.0% | 2,554 | 1,104 |
| New York Times Co (NYT) | 0.80 | 0.64 | 0.18 | 2,438 | New York Times Co (NYT) | 37.0% | 977 | 2,438 |
| Lee Enterprises (LEE) | 0.87 | 0.37 | 0.18 | 649 | Lee Enterprises (LEE) | 37.0% | 1,416 | 649 |
| Gray Television Inc (GTN) | 1.24 | 0.48 | 0.21 | 362 | Gray Television Inc (GTN) | 37.0% | 924 | 362 |
| Nextstar Broadcasting (NXST) | 0.94 | 0.35 | 0.04 | 247 | Nextstar Broadcasting (NXST) | 37.0% | 674 | 247 |
| Sinclair Broadcasting (SBGI) | 1.02 | 0.52 | 0.15 | 858 | Sinclair Broadcasting (SBGI) | 37.0% | 1,323 | 858 |
| Lin TV (TVL) | 0.95 | 0.49 | 0.13 | 540 | Lin TV (TVL) | 37.0% | 801 | 540 |
| Hearst-Argyle (HTV) | 0.87 | 0.66 | 0.20 | 1,817 | Hearst-Argyle (HTV) | 37.0% | 946 | 1,817 |
| EW Scripps (SSP) | 0.73 | 0.64 | 0.15 | 7,094 | EW Scripps (SSP) | 37.0% | 1,619 | 7,094 |
| Belo Corp. (BLC) | 1.00 | 0.69 | 0.30 | 1,674 | Belo Corp. (BLC) | 37.0% | 1,189 | 1,674 |
| Media General (MEG) | 0.91 | 0.42 | 0.19 | 498 | Media General (MEG) | 37.0% | 928 | 498 |
| **Average** | 0.89 | 0.53 | 0.17 | $2,554 | **Average** | 37.0% | $1,365 | $2,554 |

### WACC Analysis

**Cost of Equity**

| | |
|---|---|
| Risk Free Rate [2] | 4.12% |
| Unlevered Beta [3] | 0.53 |
| Levered Beta | 0.69 |
| Size / Jurisdictional Premium | 1.03% |
| Historical Risk Premium [4] | 7.10% |
| **Cost of Equity** | **10.1%** |

**Cost of Debt**

| | |
|---|---|
| Pre-tax Cost of Debt | 7.10% |
| Tax Rate | 37.0% |
| After-Tax Cost of Debt | 4.47% |
| **Target Debt/Total Capital** | **50.0%** |
| **WACC [5]** | **7.27%** |

VRC: 9.7% - 10.6%

VRC: L + 200

VRC: 6.50% - 8.50%

VRC: 40.1% - 59.3%

(1)  60-month adjusted Beta. Source: Bloomberg.
(2)  10-year U.S. Government Bond Yield as of December 10, 2007.
(3)  Unlevered Beta equals (Levered Beta/(1 + (1 - Tax Rate) * Debt/Equity)). Assumes Beta of debt equals zero.
(4)  Historical spread between the long bond and the S&P 500. Source: Ibbottson Associates 2007 Yearbook.
(5)  WACC equals (Net Debt/Capitalization * Cost of Debt * (1 - Tax Rate)) + (Equity/Capitalization * Levered Cost of Equity)). Tax rate used based on average tax rate of public comparables.

14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0486717

# Trading and Acquisition Comparables



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

## Trading and Acquisition Comparables
### Newspaper Public Trading Comparables

| | Share Price 12/4/07 | % of 52-Week High | Equity Value | Adjusted Enterprise Value | Adj Enterprise Value to: EBITDA | | Equity Value to: FCF | | Dividend Yield |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | '07 | '08 | '07 | '08 | |
| Belo | $16.37 | 71.4% | $1,674 | $2,863 | 8.3x | 7.3x | 13.7x | 10.3x | 3.1% |
| E.W. Scripps | 43.14 | 80.8% | 7,094 | 8,628 | 11.2x | 10.8x | 16.6x | 15.9x | 1.3% |
| Gannett | 35.75 | 56.3% | 8,299 | 11,848 | 5.7x | 5.9x | 7.2x | 7.2x | 4.5% |
| GateHouse Media | 7.81 | 35.2% | 452 | 1,538 | 12.3x | 8.0x | 7.3x | 4.1x | 20.5% |
| Journal Communications | 8.60 | 61.4% | 534 | 677 | 6.1x | 5.8x | 18.2x | 14.6x | 3.5% |
| Journal Register | 1.98 | 24.3% | 78 | 716 | 7.7x | 8.4x | 4.6x | 4.0x | 4.0% |
| Lee Enterprises | 14.05 | 39.4% | 649 | 1,784 | 6.4x | 6.9x | 5.3x | 5.7x | 5.4% |
| Media General | 22.02 | 50.1% | 498 | 1,426 | 7.7x | 7.3x | 6.6x | 4.6x | 4.2% |
| McClatchy | 13.44 | 30.8% | 1,104 | 3,247 | 5.6x | 6.3x | 5.5x | 5.5x | 5.4% |
| New York Times | 16.95 | 63.0% | 2,438 | 3,165 | 6.5x | 6.7x | 10.0x | 11.1x | 5.4% |
| Tribune | 29.60 | 67.5% | 3,813 | 10,325 | 9.5x | 10.5x | 18.4x | NA | 2.4% |
| Washington Post | 800.00 | 90.4% | 7,628 | 7,275 | 10.8x | 9.4x | 37.6x | 25.8x | 1.0% |
| Summary Multiples: | | | | | | | | | |
| Mean | | | | | 8.2x | 7.8x | 12.6x | 9.9x | 5.1% |
| Median | | | | | 7.7x | 7.5x | 8.6x | 7.2x | 4.1% |
| Maximum | | | | | 12.3x | 10.8x | 37.6x | 25.8x | 20.5% |
| Minimum | | | | | 5.6x | 5.6x | 4.6x | 4.0x | 1.0% |

15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0486719

## Trading and Acquisition Comparables
### Television Public Trading Comparables

| | 12/24/07 Price | % of 52 Week High | Equity Value | Enterprise Value | Enterprise Value / EBITDA | | P/E Multiple | | Equity Value / FCF | | Long-Term EPS Growth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2007E | 2008E | 2007E | 2008E | 2007E | 2008E | |
| Belo Corp. | $16.37 | 71.4% | $1,674 | $2,863 | 8.3x | 7.3x | 15.9x | 12.7x | 12.8x | 8.9x | 6.4% |
| Entravision Communication Corp. | 7.26 | 64.5% | 724 | 1,115 | 12.2x | 10.8x | NM | 42.9x | 22.0x | 15.3x | 26.3% |
| Gray Television Inc. | 7.53 | 66.5% | 362 | 1,286 | 13.7x | 9.0x | NM | 21.5x | 18.9x | 7.9x | 10.6% |
| Hearst - Argyle Television Inc. | 19.37 | 68.8% | 1,817 | 2,763 | 11.5x | 9.3x | 29.6x | 17.6x | 27.8x | 16.9x | 5.9% |
| Lin TV Corp. | 10.63 | 52.5% | 540 | 1,351 | 11.0x | 7.9x | 48.3x | 14.6x | 18.9x | 8.5x | 10.0% |
| Nexstar Broadcasting Group | 8.67 | 56.3% | 247 | 920 | 11.2x | 7.9x | NM | 36.1x | 18.3x | 13.1x | NM |
| Sinclair Broadcast Group, Inc. | 9.82 | 55.6% | 858 | 2,182 | 9.2x | 8.3x | 19.9x | 12.5x | 8.3x | 7.2x | 5.5% |
| **Summary Multiples:** | | | | | | | | | | | |
| Mean | | | | | 11.0x | 8.7x | 23.4x | 22.6x | 18.1x | 11.1x | 10.8% |
| Median | | | | | 11.2x | 8.3x | 24.7x | 17.6x | 18.9x | 8.9x | 8.2% |
| Maximum | | | | | 13.7x | 10.8x | 48.3x | 42.9x | 27.8x | 16.9x | 26.3% |
| Minimum | | | | | 8.3x | 7.3x | 15.9x | 12.5x | 8.3x | 7.2x | 5.5% |

16



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0486720

## Trading and Acquisition Comparables
## Radio Public Trading Comparables

| | 12/4/07 Price | % of 52 Week High | Equity Value | Adjusted Enterprise Value | Total Debt/ '07 EBITDA | TEV/EBITDA 2007E | 2008E | Equity Value/FCF 2007E | 2008E |
|---|---|---|---|---|---|---|---|---|---|
| Beasley | $6.74 | 70.0% | $160 | $348 | 6.6x | 11.8x | 11.6x | 10.8x | 10.8x |
| Citadel PF ABC | 2.08 | 18.9% | 549 | 2,899 | 7.6x | 9.0x | 8.1x | 3.7x | 3.6x |
| Cox Radio | 11.98 | 70.9% | 1,122 | 1,449 | 2.1x | 9.2x | 9.4x | 11.9x | 14.0x |
| Emmis | 4.42 | 64.4% | 157 | 800 | 9.9x | 11.9x | 13.1x | 14.5x | 19.4x |
| Entercom | 16.34 | 52.3% | 633 | 1,561 | 5.7x | 9.5x | 9.1x | 6.3x | 6.2x |
| Radio One | 1.86 | 24.2% | 184 | 986 | 7.0x | 8.2x | 7.8x | 5.4x | 3.8x |
| Salem | 7.08 | 50.6% | 168 | 533 | 6.0x | 8.7x | 8.3x | 9.5x | 9.4x |
| Spanish Broadcasting | 1.69 | 34.1% | 123 | 493 | 9.8x | 11.1x | 9.8x | 13.7x | 8.8x |
| Mean: | | | | | 6.8x | 9.9x | 9.6x | 9.5x | 9.5x |
| High: | | | | | 9.9x | 11.9x | 13.1x | 14.5x | 19.4x |
| Low: | | | | | 2.1x | 8.2x | 7.8x | 3.7x | 3.6x |

17

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0486721