

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0486722



# Trading and Acquisition Comparables
## Recent Private Market Television Comparables

($ in Millions)

| | New Vision/ Montecito | Prov. Equity/ Clear Channel | Cerberus /CBS | NY Times/ Oak Hill Capital | MDP/Prov. Equity/TPG/ THL/SCG/ Univision | Hearst- Argyle/ Emmis (WKCF-TV) | Media General/ NBC | Blackstone/ SJL Broadcast Group/ Emmis | Raycom Media/ Liberty Corp. | Gray TV/ Emmis | Lin TV/ Emmis | Journal Comm./ Emmis | Lin TV/ Viacom | Viacom (KOVR) | Granite/ New Vision (Wise) | Hearst- Argyle (WMTW) | Nexstar/ Quorum | Gray TV/ Benedek | Tribune/ Sinclair (Indianapolis WTTV) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Multiple | 14.3x | ~15x | 15.0x | 14.5x[1] | 16.5x | 11.5x | 14.0x | 14.8x | 11.2x | 16.1x | 14.5x | 16.1x | 12.1x | 15.0x | 11.6x | 20.0x | 10.8x | 10.5x | 21.0x |
| Date: | 7/07 | 4/07 | 2/07 | 1/07 | 7/06 | 5/06 | 4/06 | 9/05 | 8/05 | 8/05 | 8/05 | 8/05 | 2/05 | 12/04 | 4/04 | 1/04 | 12/03 | 8/02 | 7/02 |
| TV: | $330 | $1,200 | $185 | $575 | $13,700 | $218 | $600 | $259 | $987 | $186 | $260 | $235 | $85 | $285 | $44 | $134 | $223 | $500 | $125 |

Sources: Company filings and Wall Street Research. Wall Street equity research / Merrill Lynch IBK.
(1) Estimated blended multiple assumes average of 2006E and 2007E EBITDA of ~$40 million.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          ML-TRIB-0486723

## Disclaimers

Merrill Lynch prohibits (a) employees from, directly or indirectly, offering a favorable research rating or specific price target, or offering to change such rating or price target, as consideration or inducement for the receipt of business or for compensation, and (b) Research Analysts from being compensated for involvement in investment banking transactions except to the extent that such participation is intended to benefit investor clients.

This proposal is confidential, for your private use only, and may not be shared with others (other than your advisors) without Merrill Lynch's written permission, except that you (and each of your employees, representatives or other agents) may disclose to any and all persons, without limitation of any kind, the tax treatment and tax structure of the proposal and all materials of any kind (including opinions or other tax analyses) that are provided to you relating to such tax treatment and tax structure. For purposes of the preceding sentence, tax refers to U.S. federal and state tax. This proposal is for discussion purposes only. Merrill Lynch is not an expert on, and does not render opinions regarding, legal, accounting, regulatory or tax matters. You should consult with your advisors concerning these matters before undertaking the proposed transaction.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0486724

20