| From: | Kaplan, Todd (GMI Leveraged Finance). | Sent:1/26/2007 11:42 AM. |
|---|---|---|
| To: | michael.r.costa@verizon.net. | |
| Cc: | . | |
| Bcc: | michael.r.costa@verizon.net. | |
| Subject: | RE:. | |

Just talked to Sam 10 min ago

He reiterated interest of $500 mm investment with $24 dividend - I can have him call you to repeat that if helpful

Also, ran through directors - the one person that he knows well is Bill Osborne

let me know how you'd like to progress - I can have Bill Pate call too, but leaned toward Sam as he has been calling directly on this

-----Original Message-----
From: Costa, Michael (IBK-NY)
Sent: Fri 1/26/07 10:23 AM
To: Kaplan, Todd (GMI Leveraged Finance)
Cc:
Subject:

Can we get more forceful/formal expression of interest from Zell two ways to do: he signals to board member his interest level or pate can call or email me to outline their interest on Sam's behalf. Need it before tomorrow's call

Michael R. Costa
Managing Director
Mergers & Acquisitions
Merrill Lynch & Co.
4 World Financial Center
New York, NY 10080
212.449.8533
212.738.1074 (fax)
914.715.8355 (mobile)

Sent from my BlackBerry Wireless Handheld

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ML-TRIB-0381221