

STANDARD & POOR'S

RATINGSDIRECT

May 18, 2007

# Tribune Co. Secured Loan Rating Remains BB-/Watch Neg (Recovery Rating: 2) After Deal Change

**Primary Credit Analyst:**
Peggy Hwan Hebard, CFA, CPA, New York (1) 212-438-2319; peggy_hebard@standardandpoors.com

**Secondary Credit Analyst:**
Emile Courtney, CFA, New York (1) 212-438-7824; emile_courtney@standardandpoors.com

NEW YORK (Standard & Poor's) May 18, 2007--Standard & Poor's Ratings Services stated that its loan and recovery ratings on Chicago, Ill.-based Tribune Co.'s proposed approximate $10.1 billion secured credit facilities remain unchanged following a revision in the deal's structure. The loan rating remains at 'BB-' (at the same level as the 'BB-' corporate credit rating on Tribune) with a recovery rating of '2', indicating the expectation for substantial (80%-100%) recovery of principal in the event of a payment default. (For the complete recovery analysis, see Standard & Poor's recovery report on Tribune Co.'s secured financing, to be published on RatingsDirect immediately following the release of this report.)
    The credit ratings on Tribune remain on CreditWatch with negative implications as the company completes its LBO transaction valued at just under $14.5 billion, incorporating the assumption or repayment of approximately $5.7 billion of debt (including the principal amount of the company's PHONES). Furthermore, based on our analysis of the proposed capital structure, we have determined that if shareholders approve the transaction as outlined, we would lower the corporate credit rating to 'B', with a stable outlook. Under these circumstances, the bank loan rating would also be lowered to 'B'.
    Since initially rating the secured financing on April 19, 2007, Tribune has changed the deal structure to shift $1.50 billion from term loan B to a

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.    579167 | 301204283

SP 000030

*Tribune Co. Secured Loan Rating Remains BB-/Watch Neg (Recovery Rating: 2) After Deal Change*

new term loan X tranche. Term loan X will require mandatory principal repayments of $750 million within 18 months, and the remaining $750 million within two years. Despite the change in structure, we left the loan and recovery ratings unchanged given our assessment that Tribune has sufficient noncore assets, including the Chicago Cubs, that can be sold within the prepayment time frame to help meet the increased amortization requirement. The expectation for lower than previously anticipated debt levels over the next 24 months will reduce the company's interest burden somewhat, pushing our simulated default to 2010 from 2009, but will not change our recovery rating as a result of the corresponding reduction in assets and the additional business deterioration needed to trigger a payment default.

Standard & Poor's currently rates Tribune's existing unsecured notes 'BB-'. Upon the close of the proposed bank transaction, we will lower the rating on this unsecured debt to 'B'. The notes will then remain on CreditWatch with negative implications and would subsequently be lowered to 'CCC+' if shareholder approval for the LBO transaction is obtained. While these notes will benefit from the same security package as the proposed bank facility due to negative pledge covenants in existing bond indentures, they will not benefit from upstream guarantees from the company's operating subsidiaries as is the case with the bank facility, which will benefit from a senior guarantee. Also, given the amount of priority debt ahead of these notes, upon close of the proposed bank transaction, we will assign a recovery rating of '5', indicating prospects for negligible recovery (0%-25%) of principal in the event of a payment default.

Proceeds from the new credit facilities (other than the revolver), the expected $2.1 billion unrated bridge facility (or senior unsecured notes), combined with $315 million of cash from Sam Zell and $215 million option proceeds, would be used, among other things, to repurchase the outstanding public shares of Tribune, repay existing bank debt, and for related fees and expenses. The $263 million delayed draw term loan B would be available to help repay maturing medium-term notes in 2008.

Ratings List

Tribune Co.
  Corporate Credit Rating      BB-/Watch Neg/--
  $10.1B Secured               BB-/Watch Neg (Recov Rtg: 2)


Complete ratings information is available to subscribers of RatingsDirect, the real-time Web-based source for Standard & Poor's credit ratings, research, and risk analysis, at www.ratingsdirect.com. All ratings referenced herein can be found on Standard & Poor's public Web site at www.standardandpoors.com; under Credit Ratings in the left navigation bar, select Find a Rating, then Credit Ratings Search.

Standard & Poor's. All rights reserved. No reprint or dissemination without S&P's permission. See Terms of Use/Disclaimer on the last page.         579167 | 301204289

SP 000031

Copyright © 2009 by Standard & Poors Financial Services LLC (S&P), a subsidiary of The McGraw-Hill Companies, Inc. All rights reserved. No part of this information may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of S&P. S&P, its affiliates, and/or their third-party providers have exclusive proprietary rights in the information, including ratings, credit-related analyses and data, provided herein. This information shall not be used for any unlawful or unauthorized purposes. Neither S&P, nor its affiliates, nor their third-party providers guarantee the accuracy, completeness, timeliness or availability of any information. S&P, its affiliates or their third-party providers and their directors, officers, shareholders, employees or agents are not responsible for any errors or omissions, regardless of the cause, or for the results obtained from the use of such information. S&P, ITS AFFILIATES AND THEIR THIRD-PARTY PROVIDERS DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE. In no event shall S&P, its affiliates or their third-party providers and their directors, officers, shareholders, employees or agents be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs) in connection with any use of the information contained herein even if advised of the possibility of such damages.

The ratings and credit-related analyses of S&P and its affiliates and the observations contained herein are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or make any investment decisions. S&P assumes no obligation to update any information following publication. Users of the information contained herein should not rely on any of it in making any investment decision. S&P's opinions and analyses do not address the suitability of any security. S&P does not act as a fiduciary or an investment advisor. While S&P has obtained information from sources it believes to be reliable, S&P does not perform an audit and undertakes no duty of due diligence or independent verification of any information it receives. S&P keeps certain activities of its business units separate from each other in order to preserve the independence and objectivity of each of these activities. As a result, certain business units of S&P may have information that is not available to other S&P business units. S&P has established policies and procedures to maintain the confidentiality of certain non-public information received in connection with each analytical process.

S&P's Ratings Services business may receive compensation for its ratings and credit-related analyses, normally from issuers or underwriters of securities or from obligors. S&P reserves the right to disseminate its opinions and analyses. S&P's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge) and www.ratingsdirect.com (subscription), and may be distributed through other means, including via S&P publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.

Any Passwords/user IDs issued by S&P to users are single user-dedicated and may ONLY be used by the individual to whom they have been assigned. No sharing of passwords/user IDs and no simultaneous access via the same password/user ID is permitted. To reprint, translate, or use the data or information other than as provided herein, contact Client Services, 55 Water Street, New York, NY 10041; (1)212.438.7280 or by e-mail to: research_request@standardandpoors.com.

Copyright © 1994-2009 by Standard & Poors Financial Services LLC, a subsidiary of The McGraw-Hill Companies, Inc. All Rights Reserved.