FEBRUARY 2007

PROJECT TOWER

**JPMorgan**

STRICTLY PRIVATE AND CONFIDENTIAL

JPM_00428104

Highly Confidential - Attorneys' Eyes Only

# Tribune timeline

## 2006

- **5/30/2006:** TRB announced a 75 million share repurchase offer consisting of up to 53 million shares from a "Dutch Auction" tender at a price range of $28.00 to $32.50, 10 million shares from the McCormick/Cantigny Foundations and up to 12 million shares through open market repurchases

- **6/26/2006:** TRB successfully executed and repurchased 45 million shares of common stock in the "Dutch Auction" tender and 10 million shares from McCormick/Cantigny Foundations at the tender price of $32.50 and 11.1 million shares repurchased in the open market, in the third quarter, at a weighted average cost of $29.94 per share

  - ☒ **5/30/2006:** TRB announced a $500 million asset disposal program and $200 million cost savings over 2 years

  - ☒ Asset disposals announced include Atlanta, Albany and Boston TV stations, real estate, Time Warner stock, BrassRing stake and company plane

  - ☒ Leverage increased to pro forma 3.7x resulting in credit rating downgrades by Moody's and S&P to Ba1 and BB+ respectively

  - ☒ **8/1/2006:** TRB and Gannett agreed with McClatchy to increase their ownership stakes in Careerbuilder, Shoplocal and Topix.net

- None of these events helped in limiting public dissent either by shareholders and some Board members

  - ☒ Three board representatives of Chandler Trusts publicly criticized management strategy and demanded far reaching actions such as break-up or sale of company

  - ☒ **Q206:** In addition, activist shareholders, Nelson Peltz and Davidson Kempner Capital Management, acquired a 1.2% and 1.5% stake respectively

**JPMorgan** 🟠

PROJECT TOWER    1

Highly C    ial – Attorneys' Eyes Only    _00428105

# Tribune review (continued)

<u>2006</u>

- September 21, 2006: TRB announced its board of directors has established an independent special committee to explore alternatives for creating additional value for shareholders. The process was expected to be concluded by the end of 2006

- Management presentations were held in November

- Initial bids for Tribune were in the low $30 range, near or below the recent $32.50 tender price

<u>2007</u>

- TRB received three bids at the close of the final auction date (January 17, 2007):

   ▪ The Chandler family submitted a bid of $31.70, below last year's repurchase price of $32.50. The Chandlers offered $19.30 in cash for every TRB share they do not own, as well as stock in TRB's broadcasting business, which would be spun off, valued at $12.40 per share or 11x EBITDA

      — Working with News Corp, Centerbridge Partners and Evercore

   ▪ A consortium including Ron Burkle and Eli Broad submitted a bid for a leverage recapitalization that valued the company at $34.00.  TRB would increase leverage by $10.5 billion, receive $500 million in equity from Burkle/Broad and offer shareholders $27 per share in cash and $7 per share of equity value. Burkle/Broad's $500 million equity infusion would result in 34% equity control of TRB

   ▪ Carlyle submitted a bid for the company's broadcast stations only

   ▪ Sam Zell has been a rumored new player; David Geffen also active

- The Chandlers had threatened a proxy fight to remove two current directors

   ▪ Filing deadline passed without incident, indicating that the company and the Chandlers may be again negotiating an exit

**JPMorgan** ○

Highly Confidential – Attorneys' Eyes Only

# Overview

**Key Highlights from Sponsor from conference calls**

## Background

- Equity Group Investments ("EGI" or "Sponsor") plan to bid $33/share (EV = $14 B) for Tribune ("TRB")
- Sponsor believe that there is a strong desire for a Chicago based deal
- Merrill Lynch and Citigroup are part of the financing group; JPM was invited after Jamie Dimon's call to Sam Zell

## Structure

- Pursuing an ESOP/S-corp structure
  - ESOP equity of $825 mm (TRB issues new HY to loan to ESOP)
  - Sam Zell equity of $225 mm
- ESOP makes an S-corp structure in Jan. 2008
  - Not a tax payer (flow through structure)
- Sponsor has retained three law firms and Duff & Phelps to design structure

## Asset sales

- Plan to sell Cubs ($600 mm) and Comcast Sportsnet ($150 mm)
  - Net after tax proceeds of approx. $475 mm
- Other assets with value include:
  - 31.3% stake in TV Food Network (worth approx. $630 mm, net of tax)
  - 42.5% stake in Career Builder (worth approx. $1.1 bn, net of tax)

## Labor savings

- Sponsor estimates $100 mm in labor savings
  - $60 mm - redirect 401k company match to service debt
  - $20 mm - shrink the $40 mm bonus pool for management
  - $20 mm - private company savings, insurance, other

## Diligence

- Sponsor has been conducting diligence for the past three weeks
  - Access to management in publishing and broadcasting

## Key model assumptions

- Modeled a 2-3% decline in publishing
- In broadcasting, assumed increases in election years in out years
- Capex declines from 4% to approx. 2.5%
  - Final spend to transition to digital
  - Removing overlapping offices (e.g. Jerusalem), systems, etc.
- Includes Equity in income from other assets, excluding Comcast Sportsnet
  - Agreement to distribute cash annually to TRB
  - Food Network and Career Builder constitute majority
- Deal close date = 12/31/07

## Timing

- Sponsor will present summary proposal to board on a special committee meeting on Saturday, Feb. 24
- Definitive agreement for ESOP structure will be by end-March
- Expect six months of on regulatory timing

**JPMorgan**

PROJECT TOWER    3

PROJECT TOWER

Highly Co    fial - Attorneys' Eyes Only

00428107

Placeholder for 270 output

Sources and Uses

Capital Structure

Paydown Schedule

**JPMorgan**

JPM_00428108

PROJECT TOWER

Highly Confidential - Attorneys' Eyes Only

## Sponsor PF 2007E EBITDA build

PROJECT TOWER. 5

JPMorgan

Highly C.    .ial - Attorneys' Eyes Only

00428109

# Side-by-side analysis

**$ millions**

| | 2006 | 2007 | 2008 | 2009 | 2010 | |
|---|---|---|---|---|---|---|
| **Publishing revenue** | | | | | | |
| Management case | $4,042 | $4,149 | $4,221 | $4,306 | $4,392 | 2.1% |
| Sponsor case | 4,025 | 3,984 | 3,991 | 4,005 | 4,036 | 0.1% |
| Sponsor/mgmt variance—$ | (17.0) | (165.0) | (229.8) | (300.6) | (356.2) | |
| Sponsor/mgmt variance—% | (0.4%) | (4.0%) | (5.4%) | (7.0%) | (8.1%) | |
| **Publishing EBITDA** | | | | | | |
| Management case | 808 | 922 | 934 | 951 | 966 | 1.8% |
| Sponsor case | 925 | 904 | 972 | 972 | 983 | 1.6% |
| Sponsor/mgmt variance—$ | 26.4 | (18.2) | 37.3 | 20.5 | 17.6 | |
| Sponsor/mgmt variance—% | 2.9% | (2.0%) | 4.0% | 2.2% | 1.8% | |
| **B&E Revenue** | | | | | | |
| Management case | 1,390 | 1,398 | 1,438 | 1,449 | 1,486 | 1.7% |
| Sponsor case | 1,408 | 1,401 | 1,480 | 1,487 | 1,531 | 2.1% |
| Sponsor/mgmt variance—$ | 18.0 | 3.2 | 42.3 | 37.9 | 45.0 | |
| Sponsor/mgmt variance—% | 1.3% | 0.2% | 2.9% | 2.6% | 3.0% | |
| **B&E EBITDA** | | | | | | |
| Management case | 392 | 385 | 395 | 405 | 410 | 1.1% |
| Sponsor case | 435 | 410 | 495 | 507 | 523 | 4.7% |
| Sponsor/mgmt variance—$ | 42.6 | 24.6 | 100.2 | 102.5 | 112.3 | |
| Sponsor/mgmt variance—% | 10.9% | 6.4% | 25.4% | 25.3% | 27.4% | |
| **Total revenue** | | | | | | |
| Management case | 5,432 | 5,547 | 5,659 | 5,755 | 5,878 | 2.0% |
| Sponsor case | 5,433 | 5,385 | 5,471 | 5,492 | 5,567 | 0.6% |
| Sponsor/mgmt variance—$ | | | | | | |
| Sponsor/mgmt variance—% | | | | | | |
| **Total EBITDA** | | | | | | |
| Management case | 1,291 | 1,307 | 1,329 | 1,356 | 1,376 | 1.6% |
| Sponsor case | 1,360 | 1,313 | 1,466 | 1,479 | 1,506 | 2.6% |
| Sponsor/mgmt variance—$ | | | | | | |
| Sponsor/mgmt variance—% | | | | | | |

Source: Management presentation and sponsor model
Note: Management and Sponsor forecasts adjusted to a comparable basis. Management numbers adjusted to reflect no pension or stock based compensation costs; sponsor numbers adjusted to include CUBS revenue & EBITDA

**JPMorgan**

PROJECT TOWER

# Tribune overview



PROJECT TOWER

Source: Company filings and Wall Street research; 2006 results from 8-K filing of Feb 8, 2007; 2006 results adjusted pro-rata for 52 week year
Note: Market data as of 12/12/06
[1] Other investments include: Adstar, California Independent Postal Systems–50%, Bandle/Consumer Networks–17%, Classified Ventures–28%, Legacy.com–33%
[2] Excludes Corporate of $56mm

JPMorgan

# Business mix



2006E revenue breakdown by group ($ millions)

2006E OCF breakdown by group[1] ($ millions)

PROJECT TOWER

[1] OCF excludes non-operating items, special charges and stock-based compensation. OCF by group also excludes corporate expenses
[2] Certain sales, marketing, content and other costs are recorded 100% in print and are not allocated to interactive

Source: Management presentations

**JPMorgan**

PROJECT TOWER    8

JPM_00428112

Highly Confidential – Attorneys' Eyes Only

# Diversified across markets



**2006E revenue breakdown by market[1] ($ millions)**

**2006E OCF breakdown by market[1] ($ millions)**

[1] OCF excludes non-operating items, special charges and stock-based compensation. OCF by market also excludes corporate expenses

[2] Includes Tribune Entertainment

[3] Includes Superstation and CLTV

Source: Management presentations

**JPMorgan**

PROJECT TOWER    9

Highly C:    .ial – Attorneys' Eyes Only

_00428113

# Tribune historical revenue and EBITDA quarterly figures

## ($ millions)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Publishing** | | | | | | | | |
| Advertising | | | | | | | | |
| Retail | 304 | 332 | 307 | 381 | 298 | 334 | 307 | 406 |
| National | 201 | 190 | 172 | 211 | 184 | 177 | 157 | 218 |
| Classified | 283 | 301 | 294 | 268 | 306 | 312 | 292 | 269 |
| Subtotal | 788 | 823 | 773 | 860 | 788 | 823 | 756 | 893 |
| Circulation | 152 | 150 | 146 | 148 | 146 | 142 | 138 | 149 |
| Other | 66 | 66 | 61 | 64 | 63 | 63 | 62 | 68 |
| **Total Publishing** | 1,006 | 1,039 | 980 | 1,072 | 997 | 1,028 | 956 | 1,111 |
| **Broadcasting & Entertainment** | | | | | | | | |
| Television | 290 | 324 | 288 | 348 | 284 | 320 | 278 | 325 |
| Radio/Entertainment | 20 | 89 | 116 | 24 | 18 | 84 | 115 | 30 |
| Total Broadcasting & Entertainment | 310 | 413 | 404 | 372 | 302 | 404 | 393 | 355 |
| **Total Revenues** | 1,316 | 1,452 | 1,384 | 1,444 | 1,299 | 1,432 | 1,349 | 1,467 |
| Publishing | 263 | 263 | 212 | 233 | 217 | 250 | 185 | 225 |
| Margin (%) | 24.2% | 25.3% | 21.6% | 21.7% | 21.8% | 24.3% | 19.4% | 20.3% |
| Broadcasting & Entertainment (YoY%) | 80 | 143 | 139 | 125 | 82 | 125 | 121 | 106 |
| Margin % | 25.8% | 34.6% | 34.4% | 33.6% | 27.2% | 30.9% | 30.8% | 29.8% |
| Corporate | (13) | (13) | (13) | (8) | (20) | (14) | (14) | (9) |
| **Total EBITDA** | 310 | 394 | 339 | 351 | 279 | 362 | 263 | 322 |
| Margin (%) | 23.6% | 27.1% | 24.5% | 24.3% | 21.5% | 25.2% | 21.7% | 21.9% |

## (YoY percent change)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Publishing** | | | | | | | | |
| Advertising | | | | | | | | |
| Retail | 1.8% | 0.6% | 2.1% | (2.3)% | 0.0% | 0.6% | (2.2)% | 6.6% |
| National | 3.1 | (1.2) | 1.0 | (3.8) | (2.0) | 0.0 | 0.0 | 3.3 |
| Classified | (2.9) | (4.0) | (3.4) | (4.1) | (8.5) | (6.8) | (8.7) | 0.4 |
| Subtotal | 4.0 | 6.0 | 6.9 | 1.5 | 8.1 | 3.7 | (0.7) | 3.8 |
| Circulation | (8.4) | (9.1) | (7.6) | (4.5) | (3.9) | (5.3) | (5.5) | 0.7 |
| Other | 4.8 | 4.8 | (9.0) | 0.0 | (4.5) | (4.5) | 1.6 | 6.3 |
| **Total Publishing** | 0.3 | (0.7) | 0.2 | (2.5) | (0.9) | (1.1) | (2.4) | 3.6 |
| **Broadcasting and entertainment** | | | | | | | | |
| Television | (5.5) | (12.0) | (11.9) | (0.9) | (2.1) | (1.2) | (3.5) | (6.6) |
| Radio/Entertainment | (9.1) | 8.5 | 10.5 | (29.4) | (10.0) | (5.6) | (0.9) | 25.0 |
| Total Broadcasting and entertainment | (5.8) | (8.2) | (6.5) | (3.4) | (2.6) | (2.2) | (2.7) | (4.6) |
| **Total Revenues** | (1.2)% | (2.9)% | (2.1)% | (2.7)% | (1.3)% | (1.4)% | (2.5)% | 1.6% |
| Publishing | 3.8 | 21.2 | 21.1 | (16.5) | (10.7) | (4.9) | (12.7) | (3.4) |
| Broadcasting & Entertainment | (27.3) | (17.3) | (7.9) | (22.8) | 2.5 | (12.6) | (12.9) | (15.3) |
| Corporate | 6.3 | 18.2 | 8.3 | (46.7) | 53.8 | 7.7 | 7.7 | 12.2 |
| **Total EBITDA** | (6.6)% | 3.7% | 7.6% | (17.8)% | (8.1)% | (8.1)% | (13.6)% | (8.3)% |

Source: Company Filings

**JPMorgan**

Highly Confidential – Attorneys' Eyes Only

JPM_00428114

# Publishing revenue and OCF by market

## 2006E revenue by market[1] — ($ millions)



Los Angeles $1,098

Chicago $850

TMS $107

Other[3] $51

Newsday $529

Other newspaper markets $773

Florida markets $704

Total publishing revenue = $4,062

## 2006E OCF by market ($ millions)

| Business | Revenue | Comm. | OCF | % margin | Comp. |
|---|---|---|---|---|---|
| LA Times, LA | $1,098 | 27.0% | $246 | 22% | 25.5% |
| Chicago Tribune, IL | 850 | 20.9 | 221 | 26 | 22.9 |
| Newsday, NY | 529 | 13.0 | 95 | 18 | 9.8 |
| Sun Sentinel, (South FL) | 407 | 10.0 | 142 | 35 | 14.7 |
| Orlando Sentinel, FL | 297 | 7.3 | 93 | 32 | 9.6 |
| The Sun, MD | 296 | 7.3 | 66 | 22 | 6.8 |
| Hartford Courant, CT | 204 | 5.0 | 47 | 23 | 4.9 |
| Morning Call, PA | 106 | 2.6 | 28 | 26 | 2.9 |
| Daily Press, VA | 79 | 1.9 | 20 | 25 | 2.1 |
| Advocate/Greenwich Time, VA | 38 | 0.9 | 7 | 17 | 0.7 |
| Tribune Media Services | 107 | 2.6 | 22 | 21 | 2.3 |
| Other[3] | 51 | 1.3 | (21) | N/M | (2.2) |
| Total | $4,062 | | 966 | 0.24 | |

[1] Excludes eliminations
[2] Includes CLTV, Spanish Language and ForSaleByOwner.com
[3] Includes CLTV, Spanish Language, ForSaleByOwner.com, Publishing Group Office, Interactive Group and eliminations

Source: Management presentations

JPMorgan

PROJECT TOWER    11

PROJECT TOWER

Highly C    ... ial – Attorneys' Eyes Only

_00428115

# Publishing advertising revenues



2003–2007E total advertising revenue ($ millions)

2006E advertising revenues ($ millions)

Source: Management presentations

**JPMorgan**

JPM_00428116

Highly Confidential – Attorneys' Eyes Only

# Revenue growth by publication



Highly c    ial – Attorneys' Eyes Only

PROJECT TOWER    13

JPMorgan

t_00428117

# Publishing circulation trends



2003–2006E daily circulation—Circulation in thousands

2003–2006E Sunday circulation—Circulation in thousands

Source: Management presentations

**JPMorgan**

PROJECT TOWER    14

PROJECT TOWER

JPM_00428118

Highly Confidential – Attorneys' Eyes Only

# Circulation growth by publication (units)

| 03–06E CAGR | Circ Growth | Home Delivery | Single Copy | Other | |
|---|---|---|---|---|---|
| Los Angeles, LA | $1,189 | | | | |
| Chicago, IL | 945 | | | | |
| Long Island, NY | 474 | | | | |
| S. Florida, FL | 318 | | | | |
| Orlando, FL | 326 | | | | |
| Baltimore, MD | 381 | | | | |
| Hartford, CT | 264 | | | | |
| Allentown, PA | 149 | | | | |
| Newport, VA | 108 | | | | |

Note: ¹Represents growth in units

JPMorgan

Highly C    dial – Attorneys' Eyes Only

' 00428119

## Rapid growth of Interactive



Interactive revenue: 2000–2010E ($ millions)

Source: Management presentations

**JPMorgan**

Highly Confidential – Attorneys' Eyes Only

JPM_00428120

# Interactive audience



**Leading online news brands in top markets—Unique visitors in thousands**

Source: comScore Media Metric for August 2006
[1] Includes local market visitors to Tribune newspaper websites

**JPMorgan**

00428121

Highly Confidential – Attorneys' Eyes Only

# Television advertising market



Source: Robert J. Coen Universal McCann

JPMorgan

Highly Confidential – Attorneys' Eyes Only

PROJECT TOWER    18

JPM_00428122

# Television group financial snapshot

## 2006E revenue ($ millions)



| | | % of total |
|---|---|---|
| NY/LA/CHI | $467 | 41% |
| Fox stations | 181 | 16 |
| All other TV | 359 | 31 |
| Superstation WGN | 139 | 12 |
| Total TV group revenue[1] | $1,147 | 100% |

## 2006E Operating Cash Flow (OCF) ($ millions)



| | | Margin | % of total |
|---|---|---|---|
| NY/LA/CHI | $138 | 29.6% | 36% |
| All other TV | 154 | 28.5 | 41 |
| Superstation WGN | 87 | 62.3 | 23 |
| Total TV group OCF[1] | $379 | 33.1% | 100% |

Source: Management presentations

[1] Revenue and Operating Cash Flow exclude one-time, non-recurring items and stock based compensation and are pro forma to exclude divested TV stations (Albany, Atlanta and Boston). Operating Cash Flow defined as revenues less cash expenses/including non-cash pension expenses

JPMorgan

PROJECT TOWER    19

Highly Co        ial – Attorneys' Eyes Only        00428123

# Diversified across markets and affiliations

**$ millions**

| DMA Market rank | Market | Station | Affiliation | 2006E / 2006 Estimated revenues advertising | Estimated market revenue share |
|---|---|---|---|---|---|
| 1 | New York | WPIX | CW | $193 | 14.3% |
| 2 | Los Angeles | KTLA | CW | 174 | 11.5 |
| 3 | Chicago | WGN | CW | 132 | 16.7 |
| 6 | Dallas | KDAF | CW | 61 | 9.7 |
| 8 | Washington, DC | WDCW | CW | 41 | 7.0 |
| 10 | Houston | KHCW | CW | 41 | 8.6 |
| 16 | Miami | WSFL | CW | 47 | 11.8 |
| 18 | Denver | KWGN | CW | 32 | 11.0 |
| 21 | St. Louis | KPLR | CW | 29 | 13.6 |
| 23 | Portland, OR | KRCW | CW | 15 | 8.8 |
| 27 | San Diego | KSWB | CW | 21 | 7.6 |
| 14 | Seattle | KCPQ/KMYQ | FOX/MNTV | $67 | 22.3% |
| 25 | Indianapolis | WXIN/WTTV | FOX/CW | 47 | 23.7 |
| 28 | Hartford | WTIC/WTXX | FOX/CW | 42 | 23.2 |
| 54 | New Orleans | WGNO/WNOL | ABC/CW | 16 | 18.0 |
| 20 | Sacramento | KTXL | FOX | $48 | 17.4% |
| 39 | Grand Rapids | WXMI | FOX | 21 | 19.4 |
| 41 | Harrisburg | WPMT | FOX | 16 | 18.2 |
| 4 | Philadelphia | WPHL | MNTV | 45 | 7.6% |
| | | | Total TV stations | $1,089 | 12.8% |
| — | Cable network | WGN Superstation | | $105 | — |
| | | | Total TV group | $1,194 | — |

Source: Management presentations

**JPMorgan**

PROJECT TOWER    20

Highly Confidential – Attorneys' Eyes Only

JPM_00428124

# Recent TRB trading performance

## TRB stock performance



07/13/2006 Announces 2Q earnings at diluted EPS of $0.53 compared with $.72 in 2Q FY'05.

10/13/2005: Reported 3Q earnings at diluted EPS of $0.07

02/01/2006: Reported 4Q earnings at diluted EPS of $0.43 down from $0.67 last year. Full year EPS was flat at $1.67.

01/24/2006: Agreed to affiliate 16 of its TV stations with The CW, a new broadcast network by Warner Bros. CBS Corporation

05/30/2006: Announces 75mm share repurchase valued at $2.0bn.

07/21/2006: Announced TMCT I & II unwind and forms Special Committee to explore strategic alternatives.

10/19/2006: Reported 3Q earnings at diluted EPS of $0.65

02/06/2007: Reported 4Q earnings with 2006 diluted EPS of $2.39

## PMO ($ mm, except per share data)

| | |
|---|---|
| **Public market overview** | |
| Closing share price (02/20/2007) | $30.77 |
| % of 52-week high | 89.8% |
| Fully diluted shares outstanding[1] | 241.0 |
| **Equity value** | **$7,615** |
| Less: Cash[2] | 294 |
| Add: Debt[3] | 4,951 |
| Net debt | $4,657 |
| Add: Preferred stock and minority interest | 0 |
| **Firm value** | **$12,272** |
| Less: Unconsolidated investments[4] | 1,746 |
| **Adjusted firm value** | **$10,525** |

## Statistics ($ mm, except per share data)

| | Metric | Multiple |
|---|---|---|
| FV/07E EBITDA | $1,270 | 9.5x |
| FV/08E EBITDA | $1,282 | 9.4x |
| | | |
| AFV/07E EBITDA | $1,270 | 8.1x |
| AFV/08E EBITDA | $1,282 | 8.1x |
| | | |
| CY07E P/E | $2.01 | 15.3x |
| CY08E P/E | $2.11 | 14.6x |
| | | |
| Net Debt/LTM EBITDA | $1,312 | 3.5x |
| Net Debt excl. PHONES/LTM EBITDA | $1,312 | 3.1x |

Source: Bloomberg, Company filings, Wall Street research and PowerData
Note: Newspaper index includes BLC, DJ, GCI, JRC, LEE, MEG, NYT, WPO; market data as of 02/20/2007
[1] Fully diluted shares per the treasury stock method
[2] Cash balance of $238mm as of 9/24/06 plus net proceeds from sale of real estate assets, company plane, Brassring shares and increased stake in Topix.net
[3] Stated debt from 8-K filing plus market value of PHONES of $551m (as of Q3 2006)
[4] Estimated market value of public and private investments per Wall Street estimates adjusted for 20% holdings discount

**JPMorgan**

Highly C....ial – Attorneys' Eyes Only

[_00428.25

PROJECT TOWER

# Public and private market sum-of-the-parts analysis

**Public market sum-of-the-parts valuation (preliminary, for discussion purposes only ($ billions))**



**Private market sum-of-the-parts valuation (preliminary, for discussion purposes only ($ billions))**



Note: EBITDA values adjusted for corporate expenses
Source: Wall Street research, JPMorgan estimates, and sponsor estimates
[1] Net debt balance as of 12/31/06, pro forma for sale of company plane, real estate, BrassRing stake & increased stake in Topix.net; includes value of PHONES at $551m; excludes potential tax liability of $334mm

[2] Assumes fully diluted share count of 241.0mm using the treasury stock method
[3] Assumes 35% capital gain on all assets except Newspapers; assumes tax base of $2.1bn for TV

PROJECT TOWER    22

JPMorgan

Highly Confidential – Attorneys' Eyes Only

JPM_00428126

# Sum-of-the-parts DCF valuation



($ millions)

Source: Sponsor model
Note: 241.0m shares assumed outstanding based on treasury stock method
1 Mid point valuation assumes 0% perpetuity growth
2 Assumed market value for unconsolidated equity investments excludes Time Warner Shares, underlying PHONES; Chicago Cubs value estimate by Sponsor, supported by Wall Street estimates
3 $100m in annual savings ($60mm in pension contributions, $20m in management compensation, $20m in public company costs and other) valued at 9.0x

**JPMorgan**

PROJECT TOWER    23

00426127

Highly Co...al - Attorneys' Eyes Only

JPM_00428128

# Preliminary discounted cash flow analysis of Major Newspapers

*Major newspapers include: Chicago Tribune, Los Angeles Times and New York Newsday*

**Projected cash flows ($ millions)**

| | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | Terminal Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $2,449 | $2,453 | $2,462 | $2,481 | $2,507 | $2,542 | $2,583 | $2,631 | $2,681 | $2,733 | $2,733 |
| % growth | (0.8%) | 0.2% | 0.4% | 0.8% | 1.1% | 1.4% | 1.6% | 1.8% | 1.9% | 1.9% | 0.0% |
| EBITDA | $522 | $526 | $530 | $541 | $555 | $565 | $575 | $588 | $603 | $619 | $619 |
| % margin | 21.3% | 21.5% | 21.5% | 21.8% | 22.1% | 22.2% | 22.3% | 22.4% | 22.5% | 22.7% | 22.7% |
| Less: D&A | (110) | (109) | (109) | (109) | (109) | (109) | (109) | (109) | (109) | (109) | (109) |
| EBIT | $412 | $417 | $421 | $431 | $446 | $456 | $466 | $479 | $494 | $510 | $510 |
| Less: cash taxes[1] | (165) | (167) | (168) | (173) | (178) | (182) | (186) | (192) | (198) | (204) | (204) |
| Plus: D&A | 110 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 |
| Less: Capex | (93) | (80) | (60) | (60) | (60) | (61) | (63) | (64) | (65) | (66) | (66) |
| Less: Acquisitions and Investments | (58) | (102) | 0 | 0 | (15) | (15) | (15) | (15) | (15) | (15) | (15) |
| Plus: Change in NWI | (0) | (9) | (1) | (2) | (1) | (2) | (2) | (2) | (2) | (2) | (2) |
| Free Cash Flow | $206 | $168 | $300 | $306 | $301 | $305 | $310 | $316 | $322 | $332 | $332 |
| Cumulative Free Cash Flow | $206 | $374 | $674 | $979 | $1,280 | $1,585 | $1,896 | $2,212 | $2,536 | $2,868 | |

| WACC | PV of DCF (2007–2016) |
|---|---|
| 7.4% | $1,991 |
| 7.9% | 1,946 |
| 8.4% | 1,904 |

\+

**PV of TV at perpetuity growth rate of**

| | (0.5%) | 0.0% | 0.5% |
|---|---|---|---|
| 7.4% | $2,293 | $2,472 | $2,679 |
| 7.9% | 2,054 | 2,205 | 2,377 |
| 8.4% | 1,849 | 1,976 | 2,120 |

=

**Firm value**

| | (0.5%) | 0.0% | 0.5% |
|---|---|---|---|
| 7.4% | $4,283 | $4,463 | $4,670 |
| 7.9% | 4,001 | 4,151 | 4,323 |
| 8.4% | 3,752 | 3,880 | 4,024 |

**Firm value / 2007E EBITDA**

| | (0.5%) | 0.0% | 0.5% |
|---|---|---|---|
| 7.4% | 8.2x | 8.5x | 8.9x |
| 7.9% | 7.7 | 7.9 | 8.3 |
| 8.4% | 7.2 | 7.4 | 7.7 |

Source: Sponsor model
Note: Valuation date as of 12/31/06, mid year convention used for discounting
[1] Assumes 40% tax rate

**JPMorgan**

PROJECT TOWER                24

PROJECT TOWER

Highly Confidential – Attorneys' Eyes Only

# Preliminary discounted cash flow analysis of Other Publishing

*Other publishing assets include (amongst others): Baltimore Sun, Orlando Sentinel, South Florida Sun-Sentinel*

## Projected cash flows ($ millions)

| FY 12/31 | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | Terminal Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $1,535 | $1,538 | $1,543 | $1,555 | $1,571 | $1,593 | $1,619 | $1,649 | $1,680 | $1,713 | $1,713 |
| % growth | (1.4%) | 0.2% | 0.4% | 0.8% | 1.1% | 1.4% | 1.6% | 1.8% | 1.9% | 1.9% | 0.0% |
| EBITDA | $380 | $385 | $388 | $396 | $407 | $414 | $421 | $431 | $441 | $453 | $453 |
| % margin | 24.8% | 25.1% | 25.1% | 25.5% | 25.9% | 26.0% | 26.0% | 26.1% | 26.3% | 26.4% | 26.4% |
| Less: D&A | (82) | (82) | (86) | (86) | (86) | (86) | (86) | (86) | (86) | (86) | (86) |
| EBIT | $298 | $304 | $302 | $310 | $321 | $329 | $336 | $345 | $356 | $367 | $367 |
| Less: cash taxes[1] | (119) | (121) | (121) | (124) | (129) | (131) | (134) | (138) | (142) | (147) | (147) |
| Plus: D&A | 82 | 82 | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 86 |
| Less: Capex | (81) | (69) | (45) | (45) | (45) | (46) | (47) | (48) | (49) | (50) | (50) |
| Less: Acquisitions and investments | (42) | (73) | 0 | 0 | (10) | (10) | (10) | (10) | (10) | (10) | (10) |
| Plus: Change in NWI | (0) | (7) | (1) | (2) | (1) | (1) | (1) | (1) | (2) | (2) | (2) |
| Free Cash Flow | $139 | $116 | $221 | $225 | $222 | $225 | $229 | $239 | $239 | $244 | $244 |
| Cumulative Free Cash Flow | $139 | $241 | $475 | $700 | $923 | $1,148 | $1,372 | $1,610 | $1,849 | $2,093 | |

| WACC | PV of DCF (2007-2016) | | PV of TV at perpetuity growth rate of | | | | Firm value | | | | Firm value / 2007E EBITDA | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.0% | 0.5% | 1.0% | | 0.0% | 0.5% | 1.0% | | 0.0% | 0.5% | 1.0% |
| 6.9% | $1,481 | + | $1,887 | $2,045 | $2,230 | = | $3,368 | $3,526 | $3,711 | | 8.9x | 9.3x | 9.8x |
| 7.4% | 1,447 | | 1,683 | 1,814 | 1,966 | | 3,130 | 3,261 | 3,413 | | 8.2 | 8.6 | 9.0 |
| 7.9% | 1,415 | | 1,508 | 1,618 | 1,745 | | 2,923 | 3,033 | 3,159 | | 7.7 | 8.0 | 8.3 |

Source: Sponsor model
Note: Valuation date as of 12/31/06, mid year convention used for discounting
[1] Assumes 40% tax rate

**JPMorgan**

PROJECT TOWER

25

00428129

Highly Co... ial – Attorneys' Eyes Only

# Preliminary discounted cash flow analysis of Broadcast and Entertainment

### Projected cash flows ($ millions)

| FYE 12/31 | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | 2013E | 2014E | 2015E | 2016E | Terminal period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $1,401 | $1,277 | $1,281 | $1,322 | $1,328 | $1,359 | $1,390 | $1,422 | $1,455 | $1,488 | $1,488 |
| % growth | (0.5%) | (8.8%) | 0.3% | 3.2% | 0.5% | 2.3% | 2.3% | 2.3% | 2.3% | 2.3% | 0.0% |
| EBITDA | $407 | $437 | $453 | $470 | $459 | $469 | $478 | $488 | $498 | $508 | $508 |
| % margin | 29.0% | 34.2% | 35.3% | 35.6% | 34.6% | 34.5% | 34.4% | 34.3% | 34.2% | 34.1% | 34.1% |
| Less: D&A | (47) | (47) | (47) | (47) | (47) | (47) | (47) | (47) | (47) | (47) | (47) |
| EBIT | $360 | $391 | $406 | $423 | $413 | $422 | $431 | $441 | $451 | $461 | $461 |
| Less: cash taxes[1] | (144) | (156) | (162) | (169) | (165) | (169) | (173) | (176) | (180) | (185) | (185) |
| Plus: D&A | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 |
| Less: Capex | (26) | (23) | (21) | (19) | (19) | (20) | (20) | (20) | (21) | (21) | (21) |
| Plus: Change in NWI | (0) | (8) | (1) | (2) | (1) | (1) | (1) | (2) | (2) | (2) | (2) |
| Free Cash Flow | $237 | $251 | $268 | $280 | $274 | $279 | $284 | $290 | $295 | $300 | $300 |
| Cumulative Free Cash Flow | $237 | $487 | $755 | $1,035 | $1,309 | $1,588 | $1,872 | $2,162 | $2,457 | $2,757 | |

| WACC | PV of DCF 2007-2016E | | PV of TV at perpetuity growth rate of | | |
|---|---|---|---|---|---|
| | | | 0.0% | 0.5% | 1.0% |
| 6.9% | $1,988 | + | $2,321 | $2,516 | $2,743 |
| 7.4% | 1,946 | | 2,070 | 2,232 | 2,419 |
| 7.9% | 1,905 | | 1,855 | 1,991 | 2,146 |

=

| Firm value | | |
|---|---|---|
| 0.0% | 0.5% | 1.0% |
| $4,310 | $4,504 | $4,732 |
| 4,016 | 4,178 | 4,364 |
| 3,760 | 3,896 | 4,051 |

| Firm value / 2007E EBITDA | | |
|---|---|---|
| 0.0% | 0.5% | 1.0% |
| 10.6x | 11.1x | 11.6x |
| 9.9 | 10.3 | 10.7 |
| 9.2 | 9.6 | 10.0 |

Sources: Sponsor model
Note: Valuation date as of 12/31/06, mid year convention used for discounting
[1] Assumes 40% tax rate

**JPMorgan**

JPM_00428130

Highly Confidential – Attorneys' Eyes Only

# Valuation of Tribune's non-consolidated investments - public market value

| $ millions | Tribune ownership stake | Valuation methodology | Metric | Estimated value |
|---|---|---|---|---|
| *StarStar* | 3.4mm shares | Market value | $2.55 share price | 9 |
| | 42.5% | Purchase price to MNI | NA | 659 |
| CareerBuilder* | 50.0% | | | 10 |
| Classified Ventures / Portal & Internet | 28.0% | 1x revenue | $550mm | 14 |
| Ventures | 25.0% | Estimated | NA | 600 |
| Comcast | | | | |
| Consumer Networks | 17.0% | NA | NA | NA |
| TopCoat | 40.5% | | | |
| bebo.com | 40.0% | Estimated | NA | 10 |
| | 10.0% | | $505 | 46 |
| | 33.5% | Purchase price to MNI | NA | 29 |
| Net Portfolio | 5.0% | Book Value adjusted for unwind | NA | 24 |
| TMCT II Portfolio | 5.0% | Book Value adjusted for unwind | NA | 48 |
| TimeWarner[1] | 16.0mm shares | Market value | $21.74 share price | 348 |
| Total | | | | $2,183 |

Source: Company filings and Wall Street research estimates
Note: Market data as of 2/20/2007
[1] Shares underlying PHONES

**JPMorgan**

00428131

PROJECT TOWER

Highly Cc        tial – Attorneys' Eyes Only

# Comparable newspaper public companies

**$ millions**

| Company | Price | % of 52 Wk High | Equity Value | Firm Value | Adjusted Firm Value | CY07 | CORE | CY07 | CORE | CY07 EBITDA | CORE EBITDA | Growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Large markets** | | | | | | | | | | | | |
| Dow Jones | 37.21 | 89.9% | $3,108 | $3,540 | $3,513 | 24.5x | 20.9% | 1.7x | 1.6x | 10.5x | 9.8x | 4.2% |
| Gannett Inc | 62.87 | 98.9 | 14,762 | 20,149 | 19,649 | 13.3 | 12.3 | 2.5 | 2.4 | 8.9 | 8.7 | 2.2 |
| New York Times | 26.19 | 90.4 | 3,769 | 5,102 | 4,955 | 22.6 | 20.8 | 1.5 | 1.5 | 9.9 | 10.0 | 1.8 |
| Washington Post | 793.86 | 97.4 | 7,653 | 7,701 | 7,633 | 20.9 | 18.9 | 1.8 | 1.8 | 9.4 | 8.9 | (1.1) |
| **Medium & small markets** | | | | | | | | | | | | |
| Belo Corp | $18.79 | 86.4% | $1,904 | $3,158 | $3,158 | 17.6x | 13.9% | 2.0x | 1.9x | 8.6x | 7.5x | 6.7% |
| Journal Register | 7.41 | 54.5 | 290 | 1,026 | 1,026 | 8.9 | 9.5 | 2.0 | 2.0 | 8.9 | 9.1 | (1.4) |
| Lee Enterprises | 34.40 | 96.0 | 1,585 | 3,009 | 2,786 | 17.6 | NM | 2.4 | 2.4 | 9.3 | 9.4 | 0.1 |
| Media Gen Inc | 43.93 | 85.2 | 1,059 | 1,964 | 1,874 | 18.8 | 14.3 | 1.8 | 1.7 | 8.4 | 7.4 | 7.4 |
| McClatchy Co | 38.42 | 67.9 | 3,145 | 6,304 | 5,741 | 14.9 | 14.5 | 2.2 | 2.2 | 8.4 | 8.5 | (2.2) |
| Scripps E W Co | 49.33 | 92.4 | 8,183 | 9,215 | 8,983 | 20.1 | 17.2 | 3.4 | 3.1 | 10.2 | 9.1 | 9.1 |

Source: SEC filings and Wall Street research

**JPMorgan**

PROJECT TOWER    28

Highly Confidential – Attorneys' Eyes Only

PROJECT TOWER

JPM_00428132