# Comparable TV broadcaster public companies

**$ millions**

| Company | Price / Share 02/20/09 | % of 52-week high | Equity value | Firm value | Firm value | EV/EBITDA 2008E | EV/EBITDA 2009E | EV/EBITDA less capex 2008E | EV/EBITDA less capex 2009E | P/E 2008E | P/E 2009E | EBITDA growth '07-'08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Television broadcasting** | | | | | | | | | | | | |
| Hearst-Argyle TV | $26.24 | 99.5 | $2,595 | $3,471 | $3,471 | 34.3x | 20.8x | 4.6x | 4.2x | 13.9x | 11.2x | 11.0% |
| Belo Corp | 18.79 | 86.4 | 1,904 | 3,158 | 3,158 | 17.6 | 13.9 | 2.0 | 1.9 | 8.6 | 7.5 | 6.7 |
| Sinclair Broad | 14.70 | 100.0 | 1,268 | 2,644 | 2,644 | 48.5 | 22.9 | 3.8 | 3.5 | 11.8 | 9.9 | 7.2 |
| Entravision Comm | 8.76 | 95.6 | 926 | 1,409 | 1,409 | 49.6 | 33.7 | 4.6 | 4.3 | 13.1 | 12.2 | 7.8 |
| LIN TV | 14.40 | 100.0 | 732 | 1,560 | 1,560 | 65.3 | 28.2 | 3.8 | 3.5 | 13.3 | 11.2 | 8.8 |
| Gray Television | 9.07 | 99.8 | 438 | 1,328 | 1,328 | 151.2 | 18.1 | 4.1 | 3.6 | 11.7 | 9.2 | 14.2 |
| Mean | | | | | | 49.0 | 21.9 | 3.8 | 3.5 | 12.1 | 10.0 | 9.3 |
| Median | | | | | | 49.0 | 21.9 | 3.9 | 3.6 | 12.4 | 10.0 | 8.3 |

Source: SEC filings and Wall Street research

**JPMorgan**

Highly Confidential – Attorneys' Eyes Only

PROJECT TOWER    29

PROJECT TOWER

_00428133

# Precedent Radio and TV transaction benchmarks

## Selected radio station groups transaction ($ millions)

| Date | Acquirer | Target | Transaction value | EV/EBITDA multiple |
|---|---|---|---|---|
| Feb-06 | Citadel | ABC Radio | 52,700 | 14.6x |
| Oct-05 | Cumulus Media | Susquehanna Pfaltzgraff | 1,200 | 15.3x |
| May-03 | Citadel | Wilks Broadcasting stations | 133 | 19.0x |
| Feb-01 | Radio One | Blue Chip Broadcasting | 190 | 16.0x |
| Jan-01 | Forstmann Little | Citadel | 1,942 | 19.7x |
| Oct-00 | Viacom | Infinity | 39,900 | 23.5x |
| Jun-00 | Cox | Midwestern | 280 | 20.0x |
| Mar-00 | Radio One | Clear Channel | 1,300 | 20.0x |
| Mar-00 | Infinity | Clear Channel | 1,400 | 21.5x |
| Oct-99 | Clear Channel Comm. | AMFM | 22,630 | 25.0x |
| Oct-98 | Clear Channel Comm. | Jacor | 4,345 | 18.9x |
| Aug-98 | Chancellor | Capstar | 4,644 | 21.4x |
| Sep-97 | Chancellor | Viacom | 1,075 | 18.0x |
| Sep-97 | CBS Corp. | American Radio Systems Corp. | 2,685 | 14.9x |

- - - - Median = 19.0x
———— Mean = 19.1x

## Selected TV station group transactions ($ millions)

| Date | Acquirer | Target | Transaction value | EV/EBITDA multiple |
|---|---|---|---|---|
| Jan-07 | Oak Hill Capital | NYT Broadcast Media Gp | $575 | 14.1x |
| Jun-06 | Media General, Inc | NBC Universal | 600 | 14.0x |
| Sep-05 | Blackstone Group | Emmis Communications | 259 | 14.8x |
| Aug-05 | Raycom Media, Inc. | Liberty Corp. | 987 | 13.9x |
| Aug-05 | LIN TV Corp. | Emmis Communications | 260 | 14.5x |
| Aug-05 | Gray Television, Inc. | Emmis Communications | 186 | 16.1x |
| Aug-05 | Journal Comm., Inc. | Emmis Communications | 235 | 16.2x |
| Sep-03 | Nexstar | Quorum | 272 | 15.0x |
| Apr-02 | Gray Comm. | Benedek | 500 | 9.5x |
| May-00 | Emmis Broadcasting | Lee Enterprises | 563 | 13.4x |
| Dec-97 | Sinclair | Max Media (TV and Radio) | 255 | 11.6x |
| Jul-97 | Sinclair | Heritage | 570 | 11.9x |
| May-97 | Paxson | ITT/Dow | 258 | 9.9x |
| Mar-97 | Hearst | Argyle | 524 | 11.2x |
| Jan-97 | Meredith | First Media | 375 | 10.0x |
| Apr-96 | Sinclair | River City (TV only) | 960 | 12.0x |

- - - - Median = 13.7x
———— Mean = 13.0x

Source: Company filings, press releases and equity research

JPMorgan

Highly confidential – Attorneys' Eyes Only

JPM_00428134

PROJECT TOWER

# Selected transaction multiples of metro newspaper sales

## Selected metro newspaper transactions ($ millions)

Median = 11.4x  Mean = 11.7x

| Date | Acquirer | Target | Transaction value | Multiple |
|---|---|---|---|---|
| Apr-06 | MediaNews | McClatchy | $1,000 | 11.5x |
| Mar-05 | McClatchy | Knight Ridder | 6,055 | 10.0x |
| Jan-05 | Lee Enterprises | Pulitzer Inc. | 1,460 | 12.5x |
| Oct-03 | Family Consortium | Freedom Comm. | 2,050 | 11.3x |
| Feb-02 | Lee Enterprises | Howard Publications | 694 | 14.8x |
| Jun-00 | Gannett | Central Newspapers | 2,646 | 11.2x |
| Jun-00 | Pulitzer | Greater St. Louis | 165 | 12.9x |
| May-00 | Pulitzer | St. Louis Post Dispatch | 306 | 10.6x |
| Mar-00 | Tribune Co. | Times Mirror | 7,880 | 10.5x |
| Oct-99 | New York Times Co. | Worcester Telegram & Gazette | 295 | 10.9x |
| Nov-97 | McClatchy Newspapers | Cowles Media Co. | 1,350 | 11.5x |
| May-97 | E.W. Scripps | Harte-Hanks (six dailies) | 700 | 15.8x |
| Apr-97 | Tele Communications | Kearns Tribune Corp. | 731 | 8.6x |
| Apr-97 | Knight Ridder | Disney's Newspaper Division | 1,650 | 10.5x |
| Sep-96 | A.H. Belo | Providence Journal Co.[1] | 270 | 12.5x |
| Aug-95 | Knight Ridder | Lesher Communications | 360 | 14.4x |
| Jul-95 | Gannett | Multimedia Inc. | 1,713 | 9.0x |
| Feb-95 | Economic Newspaper | Knight Ridder | 115 | 13.0x |
| Feb-94 | American Publishing | Sun Timers Co. | 180 | 9.7x |
| Jun-93 | New York Times Co. | Affiliated Publications Inc. | 1,028 | 12.4x |

Source: Company filings, press releases and Wall Street research estimates
[1] Represents consideration paid for newspaper division only

**JPMorgan**

PROJECT TOWER

Highly C    ial – Attorneys' Eyes Only

00428135

# Selected transaction multiples of community newspaper sales

## Selected community newspaper transactions ($ millions)

| Date announced | Acquirer | Target | Transaction value | Transaction value / forward EBITDA |
|---|---|---|---|---|
| | | | | Median = 11.3x   Mean = 11.3x |
| Oct-06 | Community Newspaper Holdings | Dow Jones Community Media Div. | $283 | 11.3x |
| May-05 | Fortress Investment | Liberty Group Publishing | $530 | 10.2x |
| Nov-04 | Gannett | HomeTown Communications | NA | 15.0x[1] |
| Dec-04 | Spire Capital | American Community Newspapers | 85 | 9.5x |
| Jul-04 | Journal Register | 21st Century Newspapers | 415 | 11.6x |
| Apr-03 | Dow Jones (Ottaway Newspapers) | Stockton Record | 144 | 12.0x |
| Jul-02 | Lee Enterprises | Sioux City Journal (Hagadone) | 60 | 11.5x |
| Apr-02 | Eagle-Tribune Publishing | DJ (Ottaway Newspapers) | 70 | 8.1x |
| Feb-02 | Community Newspaper Holdings | DJ (Ottaway Newspapers) | 182 | 12.0x |
| Jun-00 | Gannett | Thomson Newspapers | 1,125 | 12.1x |
| Jun-00 | Media General | Thomson Newspapers (five deals) | 237 | 15.0x |
| Dec-98 | Community Newspaper Holdings | Hollinger International U.S. | 472 | 13.2x |
| Dec-98 | Quebecor | Sun Media | 935 | 11.5x |
| Jul-98 | Media News Group | Charleston Daily Mail | 78 | 9.0x |
| May-98 | Journal Register Co. | Goodson Newspapers | 300 | 11.0x |
| Jan-98 | Liberty | Certain assets of Hollinger | 307 | 10.2x |
| Jul-96 | Media General | Park Communications | 710 | 9.9x |
| Jan-96 | A.H. Belo | Owenboro & Bryan-Collage Eagle | 89 | 10.7x |
| Sep-95 | Media General | Worrell Enterprises' Virginia Papers | 230 | 9.8x |
| Oct-94 | D. Tomlin, G. Knapp & Investors | Park Communications | 587 | 10.9x |
| Jul-95 | Morris Communications | Stauffer Communications | 275 | 12.3x |

Source: Company filings, press releases and Wall Street research estimates
[1] JPMorgan estimates

**JPMorgan**

PROJECT TOWER    32

PROJECT TOWER

JPM_00428136

Highly Confidential – Attorneys' Eyes Only

# Wall Street commentary

## Brokers' commentary

"The most noteworthy takeaway from the quarter was the company's ability to manage costs in this difficult environment, and we have increased confidence it can execute on the cost initiatives it outlined in early 2006. Cash costs in the quarter were down 3% excluding the extra week, which was better than our estimate of flat. We believe this cost improvement potentially takes some pressure off management in completing the strategic review."

Rating: Outperform
Target Price: $34

February 8, 2007
Credit Suisse

"Newspapers ended the year on a weak note with ad revenue down 2.5% in December excluding the extra week and 2007 is off to a sluggish start - as we've heard from most newspapers companies. In addition, circulation revenue trends remain among the worst in the industry at down 6% in 4Q and TV is pacing down "slightly" in 1Q. One noteworthy positive is the improvement in the important movie studio category which reported growth in both November and December at the LA Times."

Rating: NA
Target Price: NA

February 9, 2007
Morgan Stanley

"Reported revenue and operating profit beat our estimates in 4Q. However, our forecasts did not include the additional week in the quarter. Without this extra week, both revenues and operating profit, excluding one-time items, would have trailed our 4Q estimates.

With the operating environment remaining challenging in both the newspaper and broadcasting space, we expect both revenues and profits to decline in 2007. We believe the company will continue to focus on controlling costs. However, we do not believe this will be sufficient to offset the secular issues facing the company."

Rating: Neutral
Target Price: $34

February 9, 2007
UBS

"Tribune also expects to book >$100m of their $200m of expected cost cuts in '07, adding to the contained-cost picture. The main risk is classified ad revs which were down 9% in December and will be down more in 1H07. Classified trends (now '07E at -8% versus -3.5% previously) took most of the $75m (1.4%) off our company wide revenue estimate in '07. That said, we are still raising '07 EBITDA versus our previous expectations due to lower costs."

Rating: Hold
Target Price: $31

February 8, 2007
Deutsche Bank

Source: Wall Street research

**JPMorgan** 🟦

PROJECT TOWER    33

Highly Co... al - Attorneys' Eyes Only

_00428137

# Tribune 2006 Q4 Results

## Key Highlights

- The Company stated that it had ended 2006 on a positive note with "solid cash flow performance in the 4th quarter. Key factors were improved results in broadcasting, strong interactive revenue growth, and excellent expenses control"

- For the 4th quarter of 2006, an additional week (14 week quarter) increased consolidated operating revenues and expenses by approx 6%, OCF by 7% and operating profit by approx 9%

- Cash operating expenses included 57mm of severance changes for the elimination of approx 400 positions at publishing, a 54mm charge for the deposition of a press at the LA Times, and 57mm gain from the sale of the corporate airplane

- Sale of the Atlanta TV station closed in August 2006 and in September 2006 an agreement was reached to sell the Boston TV station. Transaction closed in December 2006.

### Publishing

- Classified advertising revenues were down 3% without the additional week

- Retail revenues increased by 7%, national advertising revenues by 3%, classified was flat

- Interactive revenues were up 31% to 561m, mainly due to strength across all classified categories

- Circulation revenues were down 6% for the quarter without the additional week

### Broadcasting and Entertainment

- Station revenue in LA, NY and Chicago all showed improvement. Gains in political, movies, telecom and education were partially offset by a decline in the retail category

- Radio/entertainment revenues reflected higher revs for the Chicago Cubs and WGN Radio

**JPMorgan** Source: Company press release

## Financial summary ($ millions)

| | | | |
|---|---|---|---|
| **Revenue** | | | |
| Publishing | $1,111 | $1,072 | 3.6% |
| **Broadcasting & Entertainment** | | | |
| Television | 325 | 296 | 9.9 |
| Radio/ Entertainment | 30 | 24 | 28.2 |
| Total Broadcasting & Entertainment | 356 | 320 | 11.3 |
| **Operating Cash Flow** | | | |
| Publishing | $271 | $233 | 16.4% |
| **Broadcasting & Entertainment** | | | |
| Television | 119 | 106 | 12.4 |
| Radio/ Entertainment | 0 | 6 | (95.3) |
| Total Broadcasting & Entertainment | 390 | 344 | 13.4 |
| Corporate Expenses | (8) | (9) | (18.9) |
| **Diluted Earnings per share** | | | |
| Continuing Operations | $0.96 | $0.42 | NM |
| After Discontinued Operations | $0.03 | $0.01 | NM |
| **Breakdown of Publishing Revenue** | | | |
| **Advertising** | | | |
| Retail | $406 | $380 | 6.6% |
| National | 218 | 211 | 3.3 |
| Classified | 269 | 268 | 0.2 |
| Sub Total | 893 | 860 | 3.8 |
| Circulation | 150 | 148 | 1.0 |
| Other | 68 | 64 | 7.1 |

Highly Confidential – Attorneys' Eyes Only

JPM_00428138

# Existing bond indenture limitations

■ No provisions that would provide protection to bondholders in the event of a change of control of Tribune or in the event of a highly leveraged transaction

| **General** | **$450mm 4.875% Notes and $330mm 5.25% Notes** | **$82mm 7.25% Debentures and $99mm 7.5% Notes** | **$85mm 6.61% Debentures and $148mm 7.25% Debentures** |
|---|---|---|---|
| **Pledge of collateral** | ■ Neither Tribune nor any Restricted Subsidiary (defined as each subsidiary as of the date of the Indenture and each subsidiary thereafter created or acquired) will place a lien on any asset of Tribune unless Tribune secures the Notes equally and ratably with such secured indebtedness<br><br>■ An amount up to 10% of the consolidated net tangible assets may be secured without triggering the equal and ratable provisions | ■ Neither Tribune nor any Restricted Subsidiary (defined as any subsidiary that owns or leases a Principal Property) will place a lien on any Principal Property (any material manufacturing plant or facility located within the U.S.) or on any stock or indebtedness unless Tribune secures the Notes equally and ratably with such secured indebtedness<br><br>■ An amount up to 10% of the shareholders' equity may be secured without triggering the equal and ratable provisions | ■ If the 7.5% Notes or the 7.25% Notes become secured by Principal Property or any stock or indebtedness, then the Notes will become equally and ratably secured with the 7.5% and 7.25% Notes<br><br>■ If 7.5% and 7.25% Notes cease to be outstanding, then this provision falls away |



Highly C        ial – Attorneys' Eyes Only

C_00428139

# Tribune existing capital structure snapshot

($ 000s, except as indicated)

| Debt Type | Maturity | S&P Rating | Principal Outstanding | Reported Balance | Price (09/22/06) | YTM (%) |
|---|---|---|---|---|---|---|
| $1.5bn Senior Credit Facility (effective int rate of 6.125%)[1] | 2011 | BB+ | 1,500,000[2] | 1,500,000[2] | | |
| $2.15bn Senior Bridge Facility (effective interest rate of 6.118%) | 2007 | BB+ | 1,600,000[2] | 1,600,000[2] | | |
| Commercial Paper (Wtd average interest rate of 5.3%) | | BB+ | 97,019 | 97,019 | | |
| Medium term notes (weighted average interest rate of 6.2%) | 2005-2008 | BB+ | 262,585 | 262,585 | | |
| Property financing obligation (effective interest rate of 7.7%) | 2009 | BB+ | 60,333 | 60,333 | | |
| 4.875% notes due 2010 | 8/15/2010 | BB+ | 450,000 | 449,397 | 95.13 | 6.35 |
| 7.25% debentures due 2013 | 3/1/2013 | BB+ | 82,083 | 79,861 | 100.00 | 7.25 |
| 5.25% notes due 2015 | 8/15/2015 | BB+ | 330,000 | 328,599 | 86.31 | 7.39 |
| 7.5% debentures due 2023 | 7/1/2023 | BB+ | 98,750 | 94,722 | 99.00 | 7.61 |
| 6.61% debentures due 2027 | 9/15/2027 | BB+ | 84,960 | 82,733 | 85.55 | 8.05 |
| 7.25% debentures due 2096 | 11/15/2096 | BB+ | 148,000 | 129,837 | 107.04 | 6.77 |
| Interest rate swaps | | | 21,079 | 21,079 | | |
| Other notes and obligations | Various | N/A | 17,596 | 17,596 | | |
| 2% PHONES debt related to Time Warner stock | 2029 | BB- | 1,253,600[4] | 551,200[4] | | |
| Total Debt | | | 6,306,005 | 5,074,961 | | |
| PF Debt | | | 316,136 | 316,136 | 15/23/761 | |
| | | | | 900,000[5] | | |

Note: Data as of 10/11/2006, unless specified otherwise
Source: 10Q for 9/24/2006, Bloomberg
[1] Includes $250 million carve-out to refinance MTNs maturing 11/1/06, $750 million revolving credit facility
[2] Proceeds were used to buy back stock, refinance outstandings under the old Credit Facility and repay commercial paper outstandings
[3] Based on 8.0 million PHONES valued at $156.70 per PHONES
[4] Market value of PHONES on 09/24/06 was $518.4mm
[5] Net amount of principal outstanding after market value of TWX shares
[6] Cash balance of $238mm as of 9/24/06 plus net proceeds from sale of real estate assets, company plane, BrassRing shares and increased stake in Topix.net

{- - - - - - - - - - - -} Debt that could stay in place post LBO

PROJECT TOWER    36

JPMorgan

PROJECT TOWER

JPM_00428140

# Capital structure snapshot

| Debt type | Notes |
|---|---|
| Medium term notes (weighted average interest rate of 6.2%) | ■ May not be redeemed by company prior to maturity<br>■ Intends to refinance $250mm of medium-term notes scheduled to mature on November 1, 2006 |
| Property financing obligation (effective interest rate of 7.7%) | ■ The Company leases the Real Properties from TMCT I and accounts for the lease as a property financing obligation in its consolidated balance sheet.<br>■ On Aug. 8, 2009, the end of the lease term, the Company has the option to purchase all of the Real Properties for their fair market value. If the Real Properties are not purchased by the Company, they will remain the assets of TMCT I and may, as provided for under the terms of the lease agreement, be leased by the Company at fair market value rent.<br>■ The agreement provides for two additional 12-year lease terms with fair market value purchase options at the end of each term. |

Highly C:    ial – Attorneys' Eyes Only

00428141



JPM_0042B142

Highly Confidential - Attorneys' Eyes Only



## Tribune timeline

**2006**

- 5/30/2006: TRB announced a 75 million share repurchase after exercising of up to 53 million shares from a "Dutch Auction" tender at a price range of $28.00 to $32.50; 10 million shares from the McCormick/Cantigny Foundations and up to 12 million shares through open market repurchases
- 6/26/2006: TRB successfully executed and repurchased 45 million shares of common stock in the "Dutch Auction" tender and 10 million shares from McCormick/Cantigny Foundations at the tender price of $32.50 and 11.3 million shares repurchased in the open market, at a weighted average cost of $31.74 per share
- 5/30/2006: TRB announced a $500 million asset disposal program and $500 million net savings over 2 years
- Assets disposal announced include Atlanta, Albany and Boston TV stations, real estate, Time Warner stock, broadcasting plane and company plane
- Leverage increased by pro forma 3.7x resulting in credit rating downgrades by Moody's and S&P to BB and BB- respectively
- 8/7/2006: TRB and Gannett agreed with McClatchy to increase their ownership stakes in CareerBuilder, ShopLocal and Topix.net
- None of these events helped in limiting public dissent either by shareholders and some Board members
  - Three board representatives of Chandler Trusts publicly criticized management strategy and demanded for reaching activist role as break-up or sale of company
  - GOAL: In addition, activist shareholders, Nelson Peltz and Davidson Kempner Capital Management, acquired a 1.2% and 1.5% stake respectively

_00428143

'Highly C...ial – Attorneys' Eyes Only

JPM_00428144

## Tribune review (continued)

**2006**

- September 21, 2006, TRB announced its board of directors has established an independent special committee to explore alternatives for creating additional value for shareholders. The process was expected to be concluded by the end of 2006
- Management presentation were held in November
- Initial bids for Tribune were in the low $30 range, near or below the recent $32.50 tender price

**2007**

- 108 received three bids at the close of the first auction date (January 17, 2007)

   1. The Chandler family published a bid of $31.70, below last year's repurchase price of $32.50. The Chandlers offered $19.38 in cash for every 780 share they do not own, as well as stock in TRB's broadcasting business, which would be spun off, valued at $12.40 per share or 5½x EBITDA
      — Working with Jaret Corp., Cambridge Partners and Overseas

   2. A consortium including Ron Burkle and Eli Broad submitted a bid for a leverage recapitalization that valued the company at $34.00. TRB would increase leverage by $10.55 billion, receive $500 million in equity from Burkle/Broad and offer shareholders $27 per share in cash and $27 per share of equity value. Burkle/Broad's $500 million equity infusion would result in 34% equity control of TRB

   3. Carlyle submitted a bid for the company's broadcast business only

   - Sam Zell has been a rumored interested party; David Geffen also active

- The Chandlers had threatened a proxy fight to remove two current directors

   1. FitzsSimons posted without incident, indicating that the company and the Chandlers may be again negotiating an exit

Highly Confidential -- Attorneys' Eyes Only

# Overview

**Key Highlights from Sponsor from conference calls**

### Background

- Equity Group Investments ("EGI" or "Sponsor") plan to bid $33/share (\$-- $14 B) for Tribune ("TRB")
- Sponsor believe that there is a strong desire for a Chicago based deal
- Merrill Lynch and Citigroup are part of the financing group; JPM was invited after Jamie Dimon's call to Sam Zell

### Structure

- Pursuing an ESOP/S corp structure
  - ESOP equity of $825 mm (TRB loans from PF to loan to ESOP)
  - Sam Zell equity of $225 mm
- ESOP makes an S corp structure in Jan. 2008
  - Not a tax payer (flow through structure)
- Sponsor has retained three law firms and Duff & Phelps to design the structure

### Asset sales

- Plan to sell Cubs ($600 mm) and Comcast Sportsnet ($150 mm)
  - Net after tax proceeds of approx. $475 mm
- Other assets with value include:
  - 31.3% stake in TV Food Network (worth approx. $530 mm, net of tax)
  - 42.5% stake in Career Builder (worth approx. $1.1 bn, net of tax)

### Labor savings

- Sponsor estimates $100 mm in labor savings
  - $50 mm - redirect 401k company match to service debt
  - $20 mm - shrink the $40 mm bonus pool for management
  - $30 mm - private company savings, insurance, other

### Diligence

- Sponsor has been conducting diligence for the past three weeks
  - Access to management in publishing and broadcasting

### Key model assumptions

- Modeled a 2-3% decline in publishing
- In broadcasting, assumed increases in election years in out years
- Capex declines from 4% to approx. 2.5%
  - Final spend to transition to digital
  - Rationalizing overlapping offices (e.g. [illegible]), systems, etc.
- Includes Equity in Income from other assets, excluding Comcast Sportsnet
  - Agreement to distribute cash annually to TRB
  - Food Network and Career Builder constitute majority
- Base case date = 12/31/07

### Timing

- Sponsor will present summary proposal to board on a special committee meeting on Saturday, Feb. 24
- Definitive agreement for ESOP structure will be by end-March
- Expect six months of an regulatory timing

JPMorgan

Highly Confidential - Attorneys' Eyes Only

_00428145

JPM_00428146



Highly Confidential – Attorneys' Eyes Only

· 0042B147



Sponsor PF 2007E EBITDA build

Highly Cc        .al – Attorneys' Eyes Only

JPM_00428148



Highly Confidential - Attorneys' Eyes Only



00428149

.al – Attorneys' Eyes Only

Highly Cc

JPM_00428150



Highly Confidential – Attorneys' Eyes Only



004ZB151

Highly Cc          .al – Attorneys' Eyes Only



Tribune historical revenue and EBITDA quarterly figures

JPM_00428152

Highly Confidential - Attorneys' Eyes Only



00428153

JPM_00428154



Highly Confidential – Attorneys' Eyes Only

00428155



Revenue growth by publication

Highly Confidential – Attorneys' Eyes Only



JPM_00428156

Highly Confidential – Attorneys' Eyes Only



00428157

Highly Cx    .al - Attorneys' Eyes Only

JPM_00428158



Highly Confidential – Attorneys' Eyes Only



_00428159

Highly C.    .al - Attorneys' Eyes Only



JPM_0042B160

Highly Confidential – Attorneys' Eyes Only



00428161_



JFM_00428162

Highly Confidential - Attorneys' Eyes Only



00428163

Highly Cc       .al – Attorneys' Eyes Only

JPM_00428164



Highly Confidential – Attorneys' Eyes Only

00428165



Sum-of-the-parts DCF valuation

Highly C(  .al – Attorneys' Eyes Only



Preliminary discounted cash flow analysis of Major Newspapers

*Major newspapers include Chicago Tribune, Los Angeles Times and New York Newsday*

JPM_00428166

Highly Confidential – Attorneys' Eyes Only



_00428167

Highly C          ial – Attorneys' Eyes Only



Preliminary discounted cash flow analysis of Broadcast and Entertainment

JPM_00428168

Highly Confidential – Attorneys' Eyes Only



_00428169

Highly C       ial - Attorneys' Eyes Only

JPM_00428170



Comparable newspaper public companies

Highly Confidential – Attorneys' Eyes Only



00428171

Highly Cc     .al – Attorneys' Eyes Only

JPM_00428172



Precedent Radio and TV transaction benchmarks

Highly Confidential – Attorneys' Eyes Only

00428173



Selected transaction multiples of metro newspaper sales

Highly Cc    .al - Attorneys' Eyes Only

Selected transaction multiples of community newspaper sales

Highly Confidential - Attorneys' Eyes Only

JPM_00428174

_00428175

Highly C¤    ial – Attorneys' Eyes Only

## Wall Street commentary

JPM_00428176

Tribune 2006 Q4 Results



Highly Confidential – Attorneys' Eyes Only



Highly C        ial – Attorneys' Eyes Only

JPM_00428178

Object titles are difficult to line up exactly to the table width, due to removal of sliver of space. On these examples, the border on the object title has been taken off.

Highly Confidential - Attorneys' Eyes Only

Object titles are difficult to line up exactly to the table width, due to removal of sliver of space. On these examples, the border on the object title has been taken off.

Highly C    ial – Attorneys' Eyes Only

'_00428179