

Project Spice
**Presentation to the
Board of Directors**
May 23, 2007

BLACKSTONE051263

**Confidential**

Project Spice
# Presentation to the
# Board of Directors
May 23, 2007

The Blackstone Group®

**BLACKSTONE051264**

 **Disclaimer**

A VALUATION IS COMPLEX AND IS NOT NECESSARILY SUSCEPTIBLE TO A PARTIAL ANALYSIS OR SUMMARY DESCRIPTION.  IN PERFORMING ITS VALUATION, THE BLACKSTONE GROUP L.P. ("BLACKSTONE") HAS CONSIDERED THE RESULTS OF ALL OF ITS ANALYSES AS A WHOLE AND DID NOT NECESSARILY ATTRIBUTE ANY PARTICULAR WEIGHT TO ANY ANALYSIS OR FACTOR CONSIDERED.    FURTHERMORE, SELECTING ANY PORTION OF BLACKSTONE'S ANALYSES, WITHOUT CONSIDERING ALL ANALYSES, WOULD CREATE AN INCOMPLETE VIEW OF THE PROCESS UNDERLYING THIS VALUATION.  BLACKSTONE MAY HAVE DEEMED VARIOUS ASSUMPTIONS MORE OR LESS PROBABLE THAN OTHER ASSUMPTIONS, SO THE RANGES OF VALUATIONS RESULTING FROM ANY PARTICLUAR ANALYSIS DESCRIBED HEREIN SHOULD NOT BE TAKEN TO BE BLACKSTONE'S VIEW OF THE ACTUAL VALUE OF TRIBUNE COMPANY ("TRIBUNE", "TRB", OR THE "COMPANY").

The  Group*

**BLACKSTONE051265**

# Blackstone

Table of
Contents

**BLACKSTONE051266**

Project Spice
Table of Contents

| I. | Situation Overview | 3 |
| II. | Overview of Tribune | 12 |
| III. | Summary of Tender Offer | 26 |
| IV. | Valuation Analysis | 33 |
| V. | Form of Fairness Opinion Letter | 42 |
| | Appendix | 46 |
| A. | Overview of the Foundation | 47 |
| B. | Tribune Financial Comparison | 53 |
| C. | Valuation of Equity Investments | 57 |
| D. | Overview of Matthew Bender and Mosby Tax Litigation | 63 |
| E. | Publicly Traded Comparables Analysis | 65 |
| F. | Precedent Transactions Analysis | 68 |
| G. | Weighted Average Cost of Capital Analysis | 74 |
| H. | Supplemental Discounted Cash Flow Analyses | 76 |
| | History of Tribune Prices | 80 |

Confidential

The Blackstone Group®

BLACKSTONE051267

| FORM 4 |
|---|

Check this box if no longer
subject to Section 16. Form 4 or
Form 5 obligations may continue.
*See Instruction 1(b).*

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility
Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number:        3235-0287
Expires:        January 31, 2008
Estimated    average    burden
hours per response. . . . . . . .0.5

(Print or Type Responses)

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| ROBERT R. MCCORMICK TRIBUNE FOUNDATION | TRIBUNE COMPANY [TRB] | Director _____  X  10% Owner _____ |
| (Last)          (First)          (Middle) | 3. Date of Earliest Transaction Required to be Reported (Month/Day/Year)  5/25/2007 | Officer (give title below) _____   Other (specify below) _____ |
| 435 NORTH MICHIGAN AVENUE, SUITE 770 (Street) | | |
| CHICAGO, IL 60611 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)  X  Form filed by One Reporting Person |
| (City)          (State)          (Zip) | | _____ Form filed by More than One Reporting Person |

### Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Trans-action Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Trans-action Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Bene-ficial Owner-ship (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 5/25/2007 | 28,023,788 | S[1] | | See Footnote 1 | D | $34.00 | See Footnote 1 | D | N/A |

**Explanation of Responses:**
1. The transaction was the tender of all of the Issuer Common Stock beneficially owned by the Reporting Person pursuant to the Tender Offer by the Issuer, which expires on May 25, 2007.  Pursuant to the terms of the Tender Offer, the Issuer will purchase up to 126,000,000 shares of Issuer Common Stock on a pro rata basis, and the Reporting Person expects that its tender will be cut back based on the number of shares tendered to the Issuer.  Upon notification by the Issuer as to the actual number of shares purchased in the Tender Offer, the Reporting Person will file an amendment to this Form 4.

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained
in this form are not required to respond unless the form displays
a currently valid OMB control number.

BLACKSTONE051268

Form 4 Continued

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2.Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

Signature:

By: _____

Lou Marsico, Jr., Senior Vice President of Operations and Treasurer, on behalf of the Robert R. McCormick Tribune Foundation

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*If the form is filed by more than one reporting person, see Instruction 4(b)(v).

**Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

BLACKSTONE051269

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## SCHEDULE 13D

Under the Securities Exchange Act of 1934
(Amendment No. 14)*

## TRIBUNE COMPANY

(Name of Issuer)

Common Stock (Par Value $.01)

(Title of Class of Securities)

896047 107

(CUSIP Number)

Thomas E. Chomicz, Esq.
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
(312) 715-5000

(Name, Address and Telephone Number of Person
Authorized to Receive Notices and Communications)

May 23, 2007

(Date of Event which Requires Filing of this Statement)

If the filing person has previously filed a statement on Schedule 13G to report the acquisition that is the subject of this
Schedule 13D, and is filing this schedule because of §§240.13d-1(e), 240.13d-1(f) or 240.13d-1(g), check the following box.
[ ]

Note: Schedules filed in paper format shall include a signed original and five copies of the schedule, including all exhibits.
See §240.13d-7 for other parties to whom copies are to be sent.

* The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the
subject class of securities, and for any subsequent amendment containing information which would alter disclosures provided
in a prior cover page.

The information required on the remainder of this cover page shall not be deemed to be "filed" for the purpose of Section 18
of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be
subject to all other provisions of the Act (however, see the Notes).

6056344_4

BLACKSTONE051270

1. Names of Reporting Persons. I.R.S. Identification Nos. of above persons (entities only).

Robert R. McCormick Tribune Foundation

I.R.S. Identification No. 36-3689171

2. Check the Appropriate Box if a Member of a Group (See Instructions)

   (a)

   (b)

3. SEC Use Only

4. Source of Funds (See Instructions)

5. Check if Disclosure of Legal Proceedings Is Required Pursuant to Items 2(d) or 2(e)

6. Citizenship or Place of Organization    Illinois

| Number of Shares Beneficially Owned by Each Reporting Person With | | |
|---|---|---|
| 7. | Sole Voting Power | 28,023,788 |
| 8. | Shared Voting Power | 0 |
| 9. | Sole Dispositive Power | 28,023,788 |
| 10. | Shared Dispositive Power | 0 |

11. Aggregate Amount Beneficially Owned by Each Reporting Person

28,023,788

12. Check if the Aggregate Amount in Row (11) Excludes Certain Shares (See Instructions)

13. Percent of Class Represented by Amount in Row (11)    11.6%

14. Type of Reporting Person (See Instructions)    CO

BLACKSTONE051271

6606394.4

SCHEDULE 13D

AMENDMENT NO. 14 TO SCHEDULE 13D

This Amendment No. 14 to the Schedule 13D originally filed with the Securities and Exchange Commission by the Robert R. McCormick Tribune Foundation (the "Foundation") on November 20, 1990, is being filed to report the tender by the Foundation of its shares of Tribune Company (the "Issuer") common stock (the "Issuer Common Stock") in the tender offer made by the Issuer on April 25, 2007 and expiring on May 24, 2007 (the "Tender Offer"). The Tender Offer is part of a plan of reorganization under which the anticipated final result is for the Tribune Employee Stock Ownership Plan (the "ESOP") to acquire entire equity ownership of the Issuer (the "Privatization Plan").

Item 4.        Purpose of Transaction

The Foundation continues to evaluate the Issuer's financial conditions, operations and prospects, course of future developments, other business and investment opportunities, economic conditions and conditions in domestic and foreign stock, money, exchange and other markets as well as the Foundation's financial condition, operations and long- and short-term financial needs to carry out its exempt purposes as an Illinois not-for-profit corporation.

The Foundation's Board of Directors (the "Foundation Board") previously disclosed that it had established an advisory committee (the "Advisory Committee") consisting of the two directors who are not employed by the Issuer to analyze and evaluate the course of action that the Foundation should take with respect to its shares of Issuer Common Stock. The Advisory Committee engaged the Blackstone Group, L.P. (the "Blackstone Group") as its financial advisor to assist in analyzing and evaluating the course of action that the Foundation should take with respect to its shares of the Issuer Common stock, including the prudence of the Foundation's participation in the Tender Offer and Privatization Plan.

After evaluating the risks and benefits of the Privatization Plan, and based upon the guidance and recommendations of the Blackstone Group and legal counsel, the Advisory Committee and the Foundation Board have decided to tender into the Tender Offer all of the shares held by the Foundation.

Tribune published the Tender Offer as part of the Privatization Plan, under which Tribune is offering to purchase up to 126,000,000 shares of the Issuer Common Stock at a price of $34.00 per share, net to the seller in cash, less any applicable withholding taxes and without interest, upon the terms described in the Offer to Purchase and related Letter of Transmittal. The 126,000,000 shares represent approximately 52% of the outstanding shares of the Issuer Common Stock. The Tender Offer is made in connection with the planned merger (the "Merger") as set forth in the Agreement and Plan of Merger, dated April 1, 2007 by and between the Issuer, GreatBanc Trust Company, the ESOP, Tesop Corporation, and EGI-TRB (the "Merger Agreement").

If more than 126,000,000 shares are tendered, the Issuer will purchase shares in the following order: 1) from holders of all "odd lots" of fewer than 100 shares who properly tendered, 2) from all other stockholders who properly tendered on a pro rata basis; and 3) from holders who have tendered shares conditional by random lot, to the extent feasible, only if necessary to permit the Issuer to purchase 126,000,000 shares. Upon expiration of the Tender Offer, the Issuer shall calculate the shares that shall be purchased by the Issuer as part of the Tender Offer. The tendering parties have full right to terminate their tender until the expiration of

BLACKSTONE051272

6892014.4

the Tender Offer on May 24, 2007 or the date of the expiration of the Tender Offer if amended by the Issuer.

The Foundation anticipates that the shares of Issuer Common Stock tendered by it will be prorated by the Issuer pursuant to the terms of the Tender Offer as described above, and the Foundation will amend its Schedule 13D to reflect actual number of shares purchased by the Issuer.

Assuming the conditions to the Merger are met and the Issuer closes on the Merger, all remaining shares of Issuer Common Stock, other than shares held by the ESOP and dissenting shares will be converted into the right to receive $34.00 per share in cash according to the Merger Agreement. In the event a closing does not occur by December 31, 2007, stockholders will also receive annualized 8% "ticking" fee from January 1, 2008 until the Merger closes.

At the conclusion of the Tender Offer, the Foundation will continue to evaluate its investment in the Issuer, and the Foundation reserves the right to take such actions as it deems appropriate in light of the circumstances existing at the time, including, without limitation, making additional purchases of Issuer Common Stock or disposing of its shares of Issuer Common Stock in the open market, block trades, privately negotiated transactions or otherwise.

Except as set forth herein, the Foundation has no present plans or proposals that would result in or relate to any of the transactions or changes listed in items 4(a) through 4(i).

Item 5.                    Interest in Securities of the Issuer

(a) As of the date hereof, the Foundation beneficially owns 28,023,788 shares of Common Stock, which represents approximately 11.6% of the 240,196,000 outstanding shares of Common Stock according to the Form 10K filed by the Issuer on February 26, 2007. The total outstanding shares of Issuer Common Stock does not include 60,683,388 shares of Common Stock held by subsidiaries of the Issuer.

To the best knowledge of the Foundation, Schedule A attached hereto, and incorporated herein, sets forth the number and percentage of shares of Common Stock beneficially owned by each executive officer or director of the Foundation.

(b) The Foundation has the sole voting and dispositive power over the 28,023,788 shares of Common Stock the Foundation beneficially owns.

(c) The Foundation has tendered all of its shares in the Tender Offer as described above. Following the expiration of the Tender Offer, the Issuer shall calculate the number of shares to be purchased by the Issuer from the Foundation based on the mechanics described above.

To the best knowledge of the Foundation, Schedule B attached hereto, and incorporated herein, sets forth the transactions in shares of Issuer Common Stock by each executive officer or director of the Foundation.

Item 6.                    Contracts, Arrangements, Understandings or Relationships with Respect to Securities
                              of the Issuer

As described under Item 4, the Foundation has tendered all of its shares of Issuer Common Stock to the Issuer in the Tender Offer.

6695244_4

**BLACKSTONE051273**

## Signature

After reasonable inquiry and to the best of its knowledge and belief, the undersigned certify that the information set forth in this statement is true, complete and correct.

Dated this 23rd day of May, 2007

ROBERT R. McCORMICK TRIBUNE
FOUNDATION

By: _____

David L. Grange

BLACKSTONE051274

6950394.4

## SCHEDULE A

### BENEFICIAL OWNERSHIP OF SHARES
### OF ISSUER COMMON STOCK BY EXECUTIVE OFFICERS
### AND DIRECTORS OF THE FOUNDATION

| Name | Aggregate Number of Shares of Common Stock Beneficially Owned (1)(2) | Percent of Class | Sole Power to Vote | Shared Power to Vote | Sole Power to Dispose | Shared Power to Dispose |
|---|---|---|---|---|---|---|
| Donald Cooke | 0 | * | 0 | 0 | 0 | 0 |
| Victoria Shire Digges | 0 | * | 0 | 0 | 0 | 0 |
| James C. Dowdle | 2,271 (3) | ** | 2,271 | 0 | 2,271 | 0 |
| Dennis J. FitzSimons | 2,059,855 (4)(5) | ** | 2,059,855 | 0 | 2,059,855 | 0 |
| David L. Grange | 0 | * | 0 | 0 | 0 | 0 |
| David D. Hiller | 846,547 (4)(6) | ** | 846,547 | 0 | 846,547 | 0 |
| John W. Madigan | 1,140,517 (7) | ** | 1,140,517 | 0 | 1,140,517 | 0 |
| Louis J. Marsico, Jr. | 635 (8) | * | 635 | 0 | 635 | 0 |
| Scott C. Smith | 802,667 (4) (9) | ** | 802,667 | 0 | 802,667 | 0 |

\* Less than 1%

(1) Any fractional shares have been rounded.

(2) The number of shares shown in these columns includes the rights to acquire shares pursuant to stock options which are included in the aggregate number of shares beneficially owned by such executive officer or director.

(3) Includes shares of Issuer Common Stock held in a revocable trust.

(4) Includes shares of Issuer Common Stock beneficially owned by this individual under the Tribune Company 401(k) Savings Plan. These individuals have the right to direct the voting of shares allocated to their accounts.

(5) Includes rights to acquire 1,560,556 shares of Issuer Common Stock pursuant to stock options which are available for exercise within 60 days. Excludes 4,965 shares owned by family members of Mr. FitzSimons.

(6) Includes rights to acquire 623,135 shares of Issuer Common Stock pursuant to stock options which are available for exercise within 60 days.

(7) Includes rights to acquire 977,212 shares of Issuer Common Stock pursuant to stock options which are available for exercise within 60 days.

(8) Voting power is shared with Louis J. Marsico, III, pursuant to the Illinois Transfer to Minors Act.

(9) Includes rights to acquire 577,094 shares of Issuer Common Stock pursuant to stock options which are available for exercise within 60 days. Excludes 800 shares owned by Mr. Smith's wife.

Each of the persons listed above who beneficially own Issuer Common Stock intend to tender all of their Issuer Common Stock in the Tender Offer.

BLACKSTONE051275

## SCHEDULE B

### TRANSACTIONS IN SHARES OF ISSUER COMMON STOCK EFFECTED DURING THE PAST 60 DAYS BY EXECUTIVE OFFICERS AND DIRECTORS OF THE FOUNDATION

1. On May 22, 2007, John W. Madigan sold 12,963 shares of Issuer Common Stock.

BLACKSTONE051276

# Blackstone

BLACKSTONE051277



I    Situation Overview

Confidential

BLACKSTONE051278



**Introduction**

The independent Advisory Committee of the Robert R. McCormick Tribune Foundation ("MTF" or the "Foundation") has asked Blackstone Advisory Services L.P. ("Blackstone") to opine as to the fairness, from a financial point of view, of the value of the consideration being offered by Tribune Company ("Tribune" or the "Company") to the Foundation through a tender offer commenced on April 25, 2007 (the "Tender Offer").

**MTF hired Blackstone as a financial advisor in December 2006 to advise the Foundation with respect to its shareholdings in Tribune in light of the Company's ongoing strategic review process**

- ▶ Currently, MTF holds 28.0 million shares of Tribune, representing 11.5% of the Company's basic shares outstanding[1], and is the Company's second largest shareholder

- ▶ The Chandler Trusts I and II and affiliates of the Chandler family (the "Chandlers") are collectively the largest shareholders of Tribune (holding an aggregate 48.7 million shares, representing 20.1% of basic shares outstanding[1]) and are largely responsible for the Company's strategic review process

**After conducting an extended auction process involving numerous potential counterparties, Tribune announced an agreement on April 2, 2007 to be taken private by EGI-TRB L.L.C. ("Zell LLC") and a newly-formed Employee Stock Option Plan ("ESOP") in a two-step transaction (the "Zell Proposal")**

- ▶ As a first step in the Zell Proposal, Tribune has offered to repurchase up to 126 million common shares (52% of share capital[1]) at $34.00 per share via the Tender Offer, which expires on May 24, 2007

- ▶ Following the Tender Offer, the ESOP will merge into Tribune (the "Merger") and all outstanding common stock will be cashed out at $34.00 per share plus an 8% annualized "ticking fee" from January 1, 2008 through closing

  - ■ Completion of the Merger is subject to several closing conditions

---

[1] Excludes shares held in treasury and shares owned by the ESOP.

The Blackstone Group®

**BLACKSTONE051279**

 **Introduction (cont'd)**

---

**Within the context of the Zell Proposal, Blackstone has been asked by the Foundation's independent Advisory Committee to opine as to the fairness of the consideration being offered to the Foundation as part of the Tender Offer**

▶ Assuming MTF participates in the Tender Offer on a pro-rata basis[1], the Foundation will receive aggregate cash proceeds of $497.4 million and retain 11.5% basic ownership in Tribune

  ■ The Foundation's asset mix post-tender would change from 75% TRB / 25% other assets to roughly 36% / 64%

▶ However, if the Foundation does not participate in the Tender Offer, MTF's pro forma equity ownership will increase to 24.0%[1]

**Blackstone has based its analysis on public sources as well as internal information provided by Tribune management through March 25, 2007**

▶ Blackstone has further relied on input from the Advisory Committee of the Foundation

▶ While the Company has not furnished Blackstone with any non-public information or analyses subsequent to March 25, 2007, the financial forecasts filed publicly in connection with the Tender Offer and Zell Proposal are consistent (in aggregate) with the projections provided to Blackstone

---

[1]  Assumes all shareholders, except Zell LLC and the ESOP, tender their holdings on a pro-rata basis unless otherwise noted.
**Confidential**                                                                 5                                    The  Group®

**BLACKSTONE051280**



**Overview and Steps of Zell Proposal**
*Step 1:  Tender Offer*





**BLACKSTONE051281**

Project Spice
1.  Situation Overview

**Overview and Steps of Zell Proposal**
*Step 2:  Merger*

| Step 2: Description | Overview |
|---|---|





Confidential

7

The Blackstone Group®

**BLACKSTONE051282**



**Merger Conditions**

As part of the Zell Proposal, the Merger is subject to the following closing conditions.

▶ **Affirmative TRB shareholder vote**
▶ **Required approvals:**
  ■ Announced receipt of Hart-Scott-Rodino ("HSR") regulatory approval on April 23, 2007
  ■ Federal Communications Commission ("FCC") approval
    ● Company currently operates under temporary waivers from newspaper / television cross-ownership restrictions in NY, LA, Ft. Lauderdale, and Hartford; ownership of media properties in Chicago is grandfathered but subject to review on transfer
    ● Merger requires new FCC waivers in all five cross-ownership markets
      - NY, LA and Chicago require a waiver subject to rulemaking
      - Ft. Lauderdale and Hartford only require a waiver subject to divestiture
  ■ Major League Baseball ("MLB") approval
    ● Sam Zell currently owns a stake in the Chicago White Sox
▶ **Bring-down solvency opinion**
▶ **Receipt of financing on substantially the same terms as commitment letters**
▶ **No Material Adverse Change ("MAC") in business** (conforming language in Merger agreement and financing commitments)
  ■ Relates to any facts, circumstances, events or changes that are materially adverse to the business, assets, financial condition, results of ongoing operations for Company as a whole or that have a material adverse effect on TRB's ability to consummate the Merger
  ■ Provides exceptions for:
    ● Changes in general economic and political conditions, financial markets, and relevant industries, unless such changes disproportionately impact TRB relative to peers/competitors
    ● Changes in business / operations as a result of announcing or consummating the Merger
    ● Any decline in the stock price or any failure to meet internal or published projections, though the underlying causes will be considered
▶ **No-shop provision with fiduciary out**
▶ **Reciprocal $25 million termination fee between Zell LLC and TRB**
▶ **Termination Date:  May 31, 2008**

**Confidential**                                                                8                                                    The Blackstone Group®

BLACKSTONE051283



**Timeline for Zell Proposal**

The Tender Offer expires on May 24, 2007, and the subsequent Merger is expected to close no later than May 31, 2008 (the "Termination Date").





■ Denotes key dates.

▶ **April 2007**
  ■ April 1st: Signed Merger and other agreements
  ■ April 1st: ESOP established; invested $250mm in TRB common equity
  ■ April 2nd: Public announcement of acceptance of Zell Proposal
  ■ April 23rd: Zell Proposal received HSR clearance
  ■ April 24rd: Zell LLC invested $250mm in TRB
  ■ April 25th: Commenced Tender Offer
▶ **May 2007**
  ■ May 24th: Expiration of Tender Offer
▶ **Q3 2007**
  ■ Shareholders expected to vote on Merger
▶ **May 31, 2008:** Termination date

The █████ Group•

**BLACKSTONE051284**

Project Spice
I.    Situation Overview                          **Scope of Blackstone's Work**

---

In arriving at its opinion, Blackstone has, among other things:

▶ Reviewed certain publicly-available information concerning the business, financial condition, and operations of Tribune and its affiliates that we believe to be relevant to our inquiry

▶ Reviewed certain non-public information made available to us prior to March 25, 2007 concerning the business, financial condition, and operations of Tribune and its affiliates that we believe to be relevant

▶ Reviewed certain non-public financial analyses relating to Tribune, prepared and furnished to us by the management of Tribune prior to March 25, 2007

▶ Reviewed certain non-public estimates and forecasts relating to Tribune, prepared and furnished to us by the management of Tribune prior to March 25, 2007

▶ Reviewed the audited financial statements of Tribune for the years ended December 31, 2004, December 31, 2005 and December 31, 2006 and discussed such financials and the accounting policies described therein with Tribune's internal and external auditors

▶ Reviewed the unaudited financial statements of Tribune for the three months ended March 31, 2007

▶ Reviewed the non-public preliminary financial results of Tribune for the months ended January 31, 2007 and February 28, 2007, furnished to us by the management of Tribune prior to March 25, 2007 and discussed such financial results with the management of Tribune

▶ Reviewed the publicly-available preliminary financial results for Tribune for the months ended March 31, 2007 and April 30, 2007

▶ Held discussions prior to March 25, 2007 with members of management of Tribune concerning Tribune's business, operating and regulatory environment, financial condition, prospects, and strategic objectives

▶ Reviewed the historical market prices and trading activity for Tribune common stock

▶ Compared certain financial information for Tribune with similar information for certain other newspaper and broadcasting companies, the securities of which are publicly traded where applicable                    *(Cont'd...)*

**Confidential**                                     10                              The Blackstone Group*

BLACKSTONE051285



**Scope of Blackstone's Work (cont'd)**

In addition, Blackstone has also:

► Reviewed the financial terms of certain recent business combinations in the newspaper and broadcasting industries

► Performed a discounted cash flow analysis on the financial projections of Tribune and its affiliates

► Considered the pro forma financial effects of the Tender Offer on Tribune and the Foundation

► Reviewed publicly-filed copies of the Offer to Purchase and the Letter of Transmittal dated April 25, 2007 and the Agreement and Plan of Merger, dated as of April 1, 2007, among GreatBanc Trust Company, solely as trustee of the Tribune Employee Stock Ownership Trust, which forms a part of the Tribune Employee Stock Ownership Plan, Tesop Corporation, Tribune, and EGI-TRB, L.L.C. and other related agreements

► Performed such other studies and analyses, and took into account such other matters, as we deemed appropriate

In arriving at its opinion, Blackstone did not:

► Assume responsibility for the independent verification of, and did not independently verify, any information, whether publicly available or furnished to us, concerning Tribune or the Foundation, including, without limitation, any financial information, forecasts or projections, considered in connection with the rendering of our opinion

► Conduct a physical inspection of any of the properties or assets, and did not prepare or obtain any independent evaluation or appraisal of any of the assets or liabilities of Tribune or the Foundation

► Independently verify the accuracy or completeness of third-party research or data utilized in analyzing the Tender Offer or the Zell Proposal

► Review any non-public financial, business, or strategic information relating to Tribune since March 25, 2007

 The Blackstone Group®

BLACKSTONE051286

# Blackstone

II

BLACKSTONE051287



II. Overview of Tribune

Confidential

**BLACKSTONE051288**



## Overview of Tribune

---

## Business Description

- ▶ Founded in 1847, Tribune is headquartered in Chicago and employs over 20,000 people
- ▶ Tribune engages in newspaper publishing ("Publishing"), television and radio broadcasting, and entertainment businesses
  - ■ Reaches over 80% of US homes through its various media
- ▶ Publishing statistics:
  - ■ *11 daily newspapers, including papers in the top 3 markets*
  - ■ *8 million daily readership, 11 million on Sundays*
  - ■ *100 Pulitzer Prizes*
  - ■ *Over 50 websites serving 14 million unique visitors per month*
- ▶ Broadcasting and Entertainment ("B&E") statistics:
  - ■ *23 stations – 14 CW affiliates; 6 Fox; 2 MyNetwork; 1 ABC*
  - ■ *Stations in each of Top 3 markets and seven of the Top 10*
  - ■ *Superstation WGN reaches nearly 70 million U.S. households*
  - ■ *39 local Emmy Awards for news in 2006*
  - ■ *Owns the Chicago Cubs, a 25% interest in Chicago Regional Sports Network (SportsNet), and a 31% interest in the Food Network*

Note: Operating figures and statistics include SCNI and Hoy NY.
(1) As per Tribune management forecasts.
(2) Denotes current Foundation Board Members.
(3) Denotes current Chandler Trust affiliates.

**Confidential**

## 2007E Revenue Mix[1]





## Key Management

- ▶ Dennis FitzSimons[2] — Chairman, President and CEO
- ▶ Scott Smith[2] — President, Tribune Publishing
- ▶ John Reardon — President, Tribune Broadcasting
- ▶ David Hiller[2] — President, Publisher & CEO, LA Times
- ▶ Don Grenesko — SVP, Finance & Administration

## Board of Directors

- ▶ Dennis FitzSimons[2] — Chairman, President and CEO
- ▶ Sam Zell — Investor; head of Zell LLC
- ▶ Jeffrey Chandler[3] — CEO, Chandler Ranch Co.
- ▶ Roger Goodan[3] — Consultant, Schlumberger Limited
- ▶ Enrique Hernandez, Jr. — CEO, Inter-Con Security Systems.
- ▶ Betsy Holden — Global Marketing Head, Kraft Foods
- ▶ Robert Morrison — Vice Chairman, PepsiCo
- ▶ William Osborn — CEO, Northern Trust
- ▶ J. Christopher Reyes — Chairman, Reyes Holdings
- ▶ William Stinehart, Jr.[3] — Partner, Gibson, Dunn & Crutcher
- ▶ Dudley Taft — President, Taft Broadcasting
- ▶ Miles White — CEO, Abbott Laboratories

13

The Blackstone Group®

BLACKSTONE051289

Project Spice
II. Overview of Tribune

## Overview of Tribune (cont'd)

Tribune is a diversified media company with newspaper, television, radio, cable and various other assets spanning 18 U.S. states and the District of Columbia.

**Newspapers**
- The Advocate – Stamford, CT[1]
- The Baltimore Sun – Baltimore, MD
- Chicago Tribune – Chicago, IL
- Daily Press – Newport News, VA
- Greenwich Time – Greenwich, CT[1]
- The Hartford Courant – Hartford, CT
- Hoy – Chicago, IL; Los Angeles, CA
- Los Angeles Times – Los Angeles, CA
- The Morning Call – Allentown, PA
- Newsday – New York, NY
- The Orlando Sentinel – Orlando, FL
- South Florida Sun-Sentinel – Ft. Lauderdale, FL
- am New York – New York, NY
- Red Eye – Chicago, IL
- El Sentinel – Orlando, FL

**Radio**
- WGN-AM – Chicago, IL

**Other**
- Chicago Cubs
- CareerBuilder (43%)
- Chicagosports.com (site for Chicago sports fans)
- Classified Ventures (28%)
- Topix.net (34%, news monitoring)
- Comcast SportsNet (25%)
- ShopLocal.com (43%)

**Cable**
- Superstation WGN
- TV Food Network (31%)
- CLTV News

**Television**
- WGNO-TV (ABC) – New Orleans, LA
- KDAF-TV (CW) – Dallas, TX
- KHCW-TV (CW) – Houston, TX
- KPLR-TV (CW) – St. Louis, MO
- KSWB-TV (CW) – San Diego, CA
- KTLA-TV (CW) – Los Angeles, CA
- KWGN-TV (CW) – Denver, CO
- KRCW-TV (CW) – Portland, OR
- WDCW-TV (CW) – Washington, DC
- WSFL-TV (CW) – South Florida, FL
- WGN-TV (CW) – Chicago, IL
- WNOL-TV (CW) – New Orleans, LA
- WPIX-TV (CW) – New York, NY
- WTTV-TV (CW) – Indianapolis, IN
- WTXX-TV (CW) – Hartford, CT
- KCPQ-TV (FOX) – Seattle, WA
- KTXL-TV (FOX) – Sacramento, CA
- WPMT-TV (FOX) – Harrisburg, PA
- WTIC-TV (FOX) – Hartford, CT
- WXIN-TV (FOX) – Indianapolis, IN
- WXMI-TV (FOX) – Grand Rapids, MI
- KMYQ-TV (MYN) – Seattle, WA
- WPHL-TV (MYN) – Philadelphia, PA



[1]   Denotes properties pending sale.  Analysis contained herein assumes the successful sale of The Advocate to Gannett despite ongoing labor contract negotiations.

**Confidential**

14

The Blackstone Group*

BLACKSTONE051290

Project Spice
III - Overview of Tribune

**Newspaper Industry Backdrop**

In the wake of rising competition from online and offline media, newspapers continue to battle for audience and advertising share

| Strengths | Challenges |
|---|---|

The Blackstone Group®

BLACKSTONE051291



**Television Industry Backdrop**

Despite the challenges of audience erosion and rising media competition, television broadcasters continue to witness increased revenues and attractive cash flow margins

| Strengths | Challenges |
|---|---|

The Blackstone Group®

BLACKSTONE051292



## Tribune Capitalization

### Market Capitalization
($ in millions, except per share amounts)

| | Current[1] |
|---|---|
| Current Share Price | $33.05 |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ |
| Tribune Equity Value | $8,138 |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ |
| Debt excluding PHONES | $4,344 |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ |
| Total Debt | $4,956 |
| Cash | ($182) |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ |
| Total Enterprise Value | $11,018 |

### Current Valuation Multiples
($ in millions)

| | 2006A | 2007E |
|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓ | $5,233 | $5,190 |
| EBITDA ▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| margin % | 25.1% | 24.9% |
| EBITDA ▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| margin % | 24.5% | 24.1% |
| Total Enterprise Value / | | |
| ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| EBITDA (pre-SBC) | 9.9x | 9.9x |
| EBITDA (post-SBC) | 8.6x | 8.8x |
| Indicated Dividend Yield | 2.3% | — |

### Current Leverage

| | 2006A | 2007E |
|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Pre / Post Strategic Review | |
| Moody's | Baa1 / B2 (Neg Review) | |
| ▓▓▓▓ | ▓▓▓ / ▓▓▓ (Neg Watch) | |
| Fitch | BBB- / B+ (Neg Watch) | |

[1] Closing share price as of 5/18/07.
[2] Includes PHONES at book value.
[3] Includes the Cubs and ForSaleByOwner.
[4] Metrics are prior to the pending sale of SCNI and Hoy, but exclude Cubs, which is independently valued as part of equity investments.
[5] Estimates are based on Tribune management's forecast.
[6] Credit ratings reflect potential for incremental indebtedness related to the Zell Proposal.

Confidential

17

The Blackstone Group*

BLACKSTONE051293



**Stock Price Performance Since January 2006**

Since January 2006, Tribune stock has traded between $27.00 and $34.00 per share



The Blackstone Group*

**BLACKSTONE051294**

**Project Spices**
**II - Overview of Tribune**

### Relative Trading History Since January 2006

Newspaper companies[1] have underperformed the market since Jan. 2006, while broadcast companies[2] have performed exceptionally well over the past 5 months. Tribune's share price performance has been roughly flat, though fairly volatile and trending upwards following the announcement of the Zell Proposal.



[1] Newspaper Index is equally-weighted and comprised of Gannett, McClatchy, New York Times, EW Scripps, Belo, Journal Comm., Journal Register, Lee Enterprises, Media General and Washington Post.
[2] Broadcast Index is equally-weighted and comprised of Gray Television, Sinclair, Young Broadcasting, Hearst-Argyle, LIN TV and Nexstar.

**Confidential**                                        19                                        The Blackstone Group*

**BLACKSTONE051295**

**Project Subco**
**II.  Overview of Tribune**

## 2007E Financial Drivers

Based on the most recent set of Company-provided projections, which are consistent (in aggregate) with publicly-filed Tender Offer documents, TRB's Publishing business is expected to experience secular decline in 2007, which may be partially offset by growth in retail advertising and lower newsprint costs. Broadcast revenue is expected to remain flat due to the absence of political revenue, while margins are projected to decline due to higher compensation expenses.

### Revenues
*($ in millions)*

| Publishing | 2006A | 2007E | % Growth |
|---|---|---|---|
| Advertising | | | |
| Retail | $1,321 | $1,336 | 1.1% |
| National | 718 | 701 | (2.4%) |
| Classified | 1,166 | 1,135 | (2.7%) |
| Total Advertising | $3,205 | $3,172 | (1.0%) |
| Circulation | | | |
| Other | 255 | 270 | 5.9% |
| Total Publishing Revenue | $3,985 | $3,981 | |

| Broadcasting & Entertainment | 2006A | 2007E | % Growth |
|---|---|---|---|
| Television | | | |
| Advertising | $1,114 | $1,108 | (0.5%) |
| Subscriber Fees | 40 | 42 | 3.3% |
| Copyright Royalties & Other | | | |
| Total Television | $1,161 | $1,158 | (0.3%) |
| Radio | | | |
| Entertainment | 20 | 23 | 17.3% |
| Eliminations & Other | (16) | (15) | 11.2% |
| Total B&E Revenue | $1,408 | $1,404 | (0.3%) |

| Consolidated | 2006A | 2007E | % Growth |
|---|---|---|---|
| Total Revenue | $5,433 | $5,385 | (0.9%) |

### Operating Expenses
*($ in millions)*

| Publishing | 2006A | 2007E | % Growth |
|---|---|---|---|
| Newsprint & Ink | $500 | $459 | (8.2%) |
| Compensation | 1,335 | 1,341 | 0.4% |
| Other Cash Expenses | 1,259 | 1,269 | 0.8% |
| Total Publishing OpEx | $3,094 | $3,069 | (0.8%) |

| Broadcasting & Entertainment | 2006A | 2007E | % Growth |
|---|---|---|---|
| Broadcast Rights Amortization | $355 | $353 | (0.6%) |
| Compensation | 242 | 252 | 4.1% |
| Other Cash Expenses | 167 | 175 | 4.8% |
| Total Television | $764 | $779 | 2.0% |
| Radio | 27 | 26 | (3.7%) |
| Chicago Cubs | 177 | 175 | (0.8%) |
| Total B&E OpEx | $970 | $984 | 1.5% |

| Consolidated | 2006A | 2007E | % Growth |
|---|---|---|---|
| Total Operating Expenses | $4,064 | $4,053 | (0.3%) |

Note: 2006 numbers are on a 52-week basis and are based on Tribune estimates.  Figures include the deduction of stock-based compensation expense.

**Confidential**                                    20                                    The Blackstone Group®

BLACKSTONE051296

**Project Spice**
**II - Overview of Tribune**

## Tribune Year-to-Date Revenue Performance

Tribune's internal projections for Publishing revenue reflect a 1.0% decline in 2007; however, year-to-date, the division is down 6.2% year-over-year. YTD Broadcast revenues have grown by 2.6% year-over-year, which is above management's full-year projection for a 0.5% decline.

($ in millions)

| | Jan 2007 | Feb 2007 | Mar 2007 | Apr 2007 | Total YTD | 2007E Forecast |
|---|---|---|---|---|---|---|
| **Revenue** | | | | | | |
| Publishing | $305 | $294 | $354 | $361 | $1,214 | $5,094 |
| % y-o-y growth | (6.0%) | (5.1%) | (5.2%) | (8.6%) | (6.2%) | (1.0%) |
| Broadcast | | | | | | |
| % y-o-y growth | (1.4%) | 2.4% | (1.9%) | 10.2% | 2.6% | (0.5%) |
| Consolidated | $442 | $385 | $392 | $398 | $1,618 | $5,885 |
| % y-o-y growth | (5.0%) | (3.4%) | (4.4%) | (3.6%) | (4.2%) | (0.9%) |

· BLACKSTONE051297

**Project Spice**
**II. Overview of Tribune**

## Summary of Base Case Financials

Based on Tribune's internal forecast and information gathered during the due diligence process, Blackstone, with the MTF Advisory Committee's approval, has prepared an independent set of financial projections for Tribune (the "Base Case")

▶ Based on management's forecast for 2007E

▶ Assumes 0% Revenue and EBITDA growth for Publishing beyond 2007E

▶ Maintains Tribune internal estimates for B&E in all forecast periods

▶ Maintains management forecast for acquisitions & investments and CapEx

| ($ in millions) | 2004A[1] | 2005A[2] | 2006A[3] | 2007E | 2008E | 2009E | 2010E | 2011E | '07 - '11 CAGR |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | |
| % Growth | 2.3% | (0.8%) | (1.8%) | (1.0%) | (0.0%) | 0.0% | 0.0% | 0.0% | |
| % Growth | 3.1% | (5.9%) | (0.5%) | (0.5%) | 5.7% | 0.5% | 3.0% | 0.4% | |
| % Growth | 2.5% | (2.1%) | (1.4%) | (0.9%) | 1.5% | 0.1% | 0.8% | 0.1% | 0.8% |
| **OCF (Pre-SBC)** | | | | | | | | | |
| % Margin | 25.1% | 24.1% | 23.5% | 23.5% | 23.5% | 23.5% | 23.5% | 23.5% | |
| % Margin | 37.6% | 33.0% | 31.4% | 30.3% | 32.4% | 33.4% | 33.7% | 32.9% | |
| % Growth | (0.1%) | (9.2%) | (4.3%) | (2.0%) | 4.1% | 1.2% | 1.4% | (0.8%) | |
| Corporate | (51) | (50) | (61) | (61) | (65) | (66) | (69) | (71) | 3.9% |
| **EBITDA (Post-SBC)** | | | | | | | | | |
| % Growth | (0.1%) | (9.4%) | (5.8%) | (2.8%) | 3.4% | 1.1% | 1.0% | (1.1%) | |

Note: Financials reflect exclusion of non-recurring items (see below), and are pro forma for the divestitures of TV stations (Albany, Atlanta and Boston) and the Denver radio station.
(1) Adjusted to exclude $41mm of severance costs and $90mm from the anticipated settlement with advertisers in connection with misstated circulation numbers at Newsday.
(2) Adjusted to exclude $45mm of severance costs, $18mm pension curtailment gain, $6mm of operating costs (excl. D&A) and $16mm of accelerated D&A from the closing of the San Fernando Valley printing facility.
(3) Excludes 2006 additional week; a 53rd week occurs every six years in the Company's fiscal cycle, which end on the last Sunday of each calendar year.
(4) Broadcasting and Entertainment financials include the Cubs.

BLACKSTONE051298

**Summary of Sensitivity Case Financials**

Project Suice
II  Overview of Tribune

Based on the challenges and risks facing the Company, Blackstone has developed an additional set of financial projections (the "Sensitivity Case"), which are more conservative than the Base Case.

- ► Consistently uses management's forecast for 2007E as a base year
- ► Assumes a 2% decline in annual Revenue and EBITDA growth for Publishing after 2007E
- ► Maintains Tribune internal estimates for B&E in all forecast periods
- ► Reduces management forecast for acquisitions & investments and CapEx

| ($ in millions) | 2004A[1] | 2005A[2] | 2006A[2] | 2007E | 2008E | 2009E | 2010E | 2011E | '07 -'11 CAGR |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | |
| % Growth | 2.3% | (0.6%) | (1.8%) | (1.0%) | (2.0%) | (2.0%) | (2.0%) | (2.0%) | |
| % Growth | 3.1% | (5.9%) | (0.5%) | (0.5%) | 5.7% | 0.5% | 3.0% | 0.4% | |
| Total Revenue | | | | | | | | | |
| % Growth | 2.5% | (2.1%) | (1.4%) | (0.9%) | (0.0%) | (1.3%) | (0.6%) | (1.3%) | |
| **OCF (Pre-SBC)** | | | | | | | | | |
| % Margin | 25.1% | 24.1% | 23.5% | 23.5% | 23.5% | 23.5% | 23.5% | 23.5% | |
| % Margin | 37.5% | 33.0% | 31.4% | 30.3% | 32.4% | 33.4% | 33.7% | 32.9% | |
| Total OCF | | | | | | | | | |
| % Growth | (0.1%) | (9.2%) | (4.3%) | (2.0%) | 2.7% | (0.1%) | 0.1% | (2.1%) | |
| Stock Based Comp. | NA | NA | | | | (30) | | | |
| Corporate | (51) | (50) | (61) | (61) | (65) | (66) | (69) | (71) | 3.8% |
| Total EBITDA (Post-SBC) | | | | | | | | | |
| % Growth | (0.1%) | (9.4%) | (6.8%) | (2.6%) | 1.9% | (0.3%) | (0.4%) | (2.5%) | |
| CapEx, Acqs & Invest | | | | | | | | | |

Note: Financials reflect exclusion of non-recurring items (see below), and are pro forma for the divestitures of TV stations (Albany, Atlanta and Boston) and the Denver radio station.
(1) Adjusted to exclude $41mm of severance costs and $90mm from the anticipated settlement with advertisers in connection with misstated circulation numbers at Newsday.
(2) Adjusted to exclude $45mm of severance costs, $18mm pension curtailment gain, $6mm of operating costs (excl. D&A) and $16mm of accelerated D&A from the closing of the San Fernando Valley printing facility.
(3) Excludes 2006 additional week; a 53rd week occurs every six years in the Company's fiscal cycle, which ends on the last Sunday of each calendar year.
(4) Broadcasting and Entertainment financials include the Cubs.

**Confidential**                                           23                                           The Blackstone Group®

BLACKSTONE051299



**Summary Financial Comparison**
*Consolidated Company*

Management's projections for Tribune are in line with Wall Street expectations for 2007E.

However, research analysts are more conservative with respect to the Company's longer-term growth prospects.

($ in millions)

| | 2007E | 2008E | 2009E | 2010E | 2011E | '07 - '11E CAGR |
|---|---|---|---|---|---|---|
| **Consolidated Operating Financials** | | | | | | |
| **Revenue** | | | | | | |
| Base Case | $5,385 | $5,464 | $5,471 | $5,515 | $5,521 | 0.6% |
| Management Forecast | 5,385 | 5,487 | 5,523 | 5,594 | 5,630 | 1.1% |
| Sensitivity Case | | | | | | (0.8%) |
| Wall Street Average | 5,299 | 5,321 | 5,129 | 5,102 | 5,093 | (1.0%) |
| | | | | | | |
| **Operating Cash Flow** | | | | | | |
| Base Case | $1,331 | $1,378 | $1,394 | $1,410 | $1,398 | 1.2% |
| Management Forecast | 1,331 | 1,409 | 1,431 | 1,460 | 1,459 | 2.3% |
| Sensitivity Case | 1,331 | 1,360 | 1,357 | 1,355 | 1,326 | (0.1%) |
| Wall Street Average | | | | | | |
| Wall Street Max | 1,341 | 1,418 | 1,244 | 1,263 | 1,275 | (1.2%) |

Note: Financials reflect the inclusion of the Cubs.
(1) OCF reflects the deduction of stock based compensation expense. OCF is prior to the deduction of corporate overhead.

**Confidential**

The Blackstone Group°

**BLACKSTONE051300**

# Blackstone

III

BLACKSTONE051301



III. Summary of Tender Offer

Confidential

BLACKSTONE051302

Project Spice
III: Summary of Tender Offer

## Terms of Tender Offer

In connection with the Zell Proposal, the terms of the Tender Offer are outlined below.

| | |
|---|---|
| Tender Amount | ▶ Up to 126.0 million common shares<br>■ Represents 52% of basic outstanding share capital (excluding treasury shares and shares held by the ESOP)<br>▶ If more than 126.0 million shares are tendered, Company will purchase shares on a pro-rata basis |
| Timeline | ▶ Commenced on April 25, 2007<br>▶ Expires on May 24, 2007 at 5:00pm EDT<br>■ Deadline extendable at Company's option |
| Closing Conditions | ▶ Completion of Zell LLC's initial $250 million investment (completed April 23rd)<br>▶ Receipt of a solvency opinion (filed with the SEC on May 11th)<br>▶ Receipt of financing (secured as of May 17th)<br>▶ Zell Proposal agreements remain in full effect |

**BLACKSTONE051303**

**Project Spice**
**III Summary of Tender Offer**

## Sources & Uses of Tender Offer

Following the completion of the Tender Offer, Tribune will be levered at 7.0x 2007E Adj. EBITDA[1].  The interest rates on the Company's new term loans, as disclosed in the credit agreements dated May 17, 2007, are approximately 50bps higher than originally anticipated.

*(amounts in millions)*

| Sources of Funds | | Mult of Adj '07 EBITDA[1] | % Total |
|---|---|---|---|
| New Term Loan Facilities | $7,159 | 5.1x | 72.7% |
| Rollover Existing Debt | | | |
| PHONES | 914 | 0.7x | 9.3% |
| Zell/EGI Exchangeable Note | | | |
| Subtotal: Total Debt | $9,794 | 7.0x | 99.5% |
| Zell/EGI Equity Investment | | | |
| Total Sources | $9,844 | 7.1x | 100.0% |

| Uses of Funds | | Mult of Adj '07 EBITDA[1] | % Total |
|---|---|---|---|
| Share Repurchase | $4,284 | 3.1x | 43.5% |
| Refinance Existing Debt | | | |
| Rollover Existing Debt | 1,459 | 1.1x | 14.9% |
| | | | |
| PHONES | 914 | 0.7x | 9.3% |
| Financing and Other Fees | | | |
| Total Uses | $9,844 | 7.1x | 100.0% |

| Share Repurchase | |
|---|---|
| Total Share Repurchase Amount | $4,284 |
| Repurchase Price Per Share | $34.00 |
| No. of Shares Repurchased | 126.0 |
| Pro Forma Basic Shares Outstanding | 116.8 |

Note:  Basic share count excludes shares held in treasury, backed by convertible instruments, and held by ESOP.
      Analysis does not reflect committed but undrawn revolver facility.
[1]  Publishing and B&E 2007E EBITDA prior to the deduction of stock based compensation expense ($936mm and $425mm, respectively), plus
      real cash flow from equity investments ($86mm) and less corporate expenses ($49mm).  Sale of SCNI and Hoy reduce EBITDA by $4mm.

The Blackstone Group*

**BLACKSTONE051304**

**Project Suice**
**III.  Summary of Tender Offer**

## Illustrative Pro Forma Credit Analysis
### Base Case

**Assumptions**
($ in millions)

| | Mult '07E EBITDA |
| --- | --- |
| **Excluding SCNI & Hoy:** | |
| **Including PHONES:** | |
| Existing Leverage [2] | 3.84x    5,348 |
| Total Leverage | |
| **Excluding PHONES:** | |
| Existing Leverage | 3.18x    4,434 |
| Total Leverage | |

| | 2007E | 2008E | 2009E | 2010E | 2011E | '07 - '11 CAGR |
| --- | --- | --- | --- | --- | --- | --- |
| Revenue | $5,338 | $5,417 | $5,425 | $5,468 | $5,474 | 0.6% |
| EBITDA (Post-SBC, Excl. Eq Inc.) | 1,265 | 1,308 | 1,323 | 1,336 | 1,322 | 1.1% |
| Stock Based Compensation Expense | 41 | 51 | 53 | 58 | 60 | |
| Adj. EBITDA (Pre-SBC, Incl. Eq Inc.) | 1,393 | 1,470 | 1,506 | 1,553 | 1,573 | 3.1% |
| Cash Flow for Debt Paydown / (Revolver Drawdown) | $331 | $205 | $409 | $448 | $494 | |
| % Adj. EBITDA | 23% | 13% | 27% | 28% | 31% | |
| **Leverage Multiples:** | | | | | | |
| Total Debt / EBITDA (Pre-SBC, Excl Eq Inc.) | 7.25x | 6.63x | 6.26x | 5.85x | 5.55x | |
| **Interest Coverage:** | | | | | | |
| EBITDA (Pre-SBC) / Interest Expense | 1.93x | 2.06x | 2.20x | 2.36x | 2.50x | |
| **Fixed Charge Coverage Ratio:** | | | | | | |
| CapEx | 199 | 174 | 129 | 129 | 129 | |
| Dividends Paid | 0 | 0 | 0 | 0 | 0 | |

Note:   Assumes transaction as of 12/31/2006.  Proceeds from sale of SCNI and Hoy ($55mm) are used to pay down debt. Assumes Zell LLC exchangeable note is redeemed/exchanged prior to year-end 2007.  Does not assume sale of Cubs or SportsNet.
[1]  Publishing and B&E 2007E EBITDA prior to the deduction of stock based compensation expense ($52.6mm and $425mm, respectively), plus real cash flow from equity investments ($36mm) and less corporate expense ($49mm).  Sale of SCNI and Hoy reduces EBITDA by $4mm.
[2]  Includes PHONES at $914mm per Tribune guidance.  Assumes PHONES turn PIK pay.  Assumes Zell LLC exchangeable note is redeemed/exchanged prior to year-end 2007.
[3]  May be subject to alternate, separate financing.
[4]  Fixed Charge Coverage Ratio defined as (EBITDA prior to deduction of stock-based compensation expense + income from equity investments) / (cash int exp + capex + cash taxes + dividends paid).

**Confidential**

28

The Blackstone Group

BLACKSTONE051305

## Illustrative Pro Forma Credit Analysis
*Sensitivity Case*

### Assumptions
($ in millions)

| | Mult '07E EBITDA |
|---|---|
| **Excluding SCNI & Hoy:** | |
| **Including PHONES:** | |
| Existing Leverage [2] | 3.84x  5,348 |
| **Excluding PHONES:** | |
| Existing Leverage | 3.18x  4,434 |
| Total Leverage | 6.08x  8,888 |

| | 2007E | 2008E | 2009E | 2010E | 2011E | '07 - '11 CAGR |
|---|---|---|---|---|---|---|
| Revenue | $5,338 | $5,338 | $5,266 | $5,236 | $5,168 | (0.8%) |
| EBITDA (Post-SBC, Excl. Eq Inc.) | 1,265 | 1,290 | 1,287 | 1,282 | 1,250 | (0.3%) |
| Stock Based Compensation Expense | 41 | 51 | 52 | 57 | 59 | |
| Adj. EBITDA (Pre-SBC, Incl. Eq Inc.) | 1,393 | 1,451 | 1,469 | 1,496 | 1,500 | 1.9% |
| Cash Flow for Debt Paydown / (Revolver Drawdown) | ($398) | $209 | ($415) | $459 | $493 | |
| % of EBITDA | 23.7x | 14.4% | 18.1% | 30.6% | 32.9% | |
| **Leverage Multiples:** | | | | | | |
| Total Debt / EBITDA (Pre-SBC, Excl Eq Inc.) | 7.25x | 6.72x | 6.42x | 6.06x | 5.84x | |
| **Interest Coverage:** | | | | | | |
| EBITDA (Pre-SBC) / Interest Expense | 1.93x | 2.04x | 2.15x | 2.27x | 2.38x | |
| **Fixed Charge Coverage Ratio:** | | | | | | |
| CapEx | 199 | 174 | 129 | 129 | 129 | |
| Dividends Paid | 0 | 0 | 0 | 0 | 0 | |

Note: Assumes transaction as of 12/31/2006. Proceeds from sale of SCNI and Hoy ($55mm) are used to pay down debt. Assume Zell LLC exchangeable note is redeemed/exchanged prior to year-end 2007. Does not assume sale of Cubs or SportsNet.
(1) Publishing and B&E 2007E EBITDA prior to the deduction of stock based compensation expense ($93mm and $425mm, respectively), plus real cash flow from equity investments ($86mm) and less corporate expenses ($49mm). Sale of SCNI and Hoy reduces EBITDA by $4mm.
(2) Includes PHONES at $91/term per Tribune guidance. Assume PHONES turn 21K pay. Assumes Zell LLC exchangeable note is redeemed/exchanged prior to year-end 2007.
(3) May be subject to alternate, separate financing.
(4) Fixed Charge Coverage Ratio defined as (EBITDA prior to deduction of stock-based compensation expense + income from equity investments) / (cash int exp + capex + cash taxes + dividends paid).



The Blackstone Group®

BLACKSTONE051306

### Pro Forma Tribune Ownership

Currently, MTF represents 11.5% of Tribune's basic shareholdings, second only to the Chandlers.

If the Foundation does not participate in the Tender Offer, its TRB ownership would increase to 24.0% of the remaining equity[(1)], making MTF the single largest public shareholder.

| (amounts in millions) | Current | | Assuming MTF Tenders[(1)] | Assuming MTF Does Not Tender |
|---|---|---|---|---|
| | Basic Shares | % Held | % Held | % Held |
| Chandler Trusts[(2)] | 48.7 | 20.1% | 19.9% | 17.1% |
| Subtotal | 76.7 | 31.6% | 31.4% | 41.1% |
| T. Rowe Price Associates, Inc. | 17.7 | 7.3% | 7.2% | 6.2% |
| Ariel Capital Management, LLC | 14.6 | 6.0% | 6.0% | 5.1% |
| Tweedy, Browne Company LLC | 10.9 | 4.5% | 4.4% | 3.8% |
| The Vanguard Group, Inc. | 5.7 | 2.4% | 2.3% | 2.0% |
| Morgan Stanley Investment Management Inc. | 5.4 | 2.2% | 2.2% | 1.9% |
| Barclays Global Investors | 5.3 | 2.2% | 2.2% | 1.8% |
| State Street Global Advisors, Inc. | 5.0 | 2.1% | 2.1% | 1.8% |
| LSV Asset Management | 4.8 | 2.0% | 2.0% | 1.7% |
| Northern Trust Investments, Inc. | 4.0 | 1.6% | 1.6% | 1.4% |
| GAMCO Asset Management, Inc. | 3.3 | 1.3% | 1.3% | 1.1% |
| Trian Fund Management | 2.8 | 1.2% | 1.2% | 1.0% |
| Dimensional Fund Advisors, Inc. | 2.6 | 1.1% | 1.1% | 0.9% |
| Fidelity Investments | 2.5 | 1.0% | 1.0% | 0.9% |
| Tofray Corp. | 2.1 | 0.9% | 0.9% | 0.7% |
| Northern Trust Global Investments | 1.9 | 0.8% | 0.8% | 0.7% |
| Lord, Abbett & Co. LLC | 1.6 | 0.6% | 0.6% | 0.6% |
| Eaton Vance Management, Inc. | 1.7 | 0.7% | 0.7% | 0.6% |
| EGI-TRB, L.L.C. ("Zell LLC") | 1.5 | 0.6% | 1.3% | 1.3% |
| Other | 69.3 | 28.5% | 28.4% | 24.3% |
| Total Basic Shares (excluding ESOP) | 242.8 | 100.0% | 100.0% | 100.0% |

(1)   Assumes all shareholders, excluding Zell LLC, participate in Tender Offer on a pro-rata basis, unless otherwise noted.
(2)   Includes Chandler Trusts I and II along with associated individual holdings.
Note:  Basic share count excludes shares held in treasury, backed by convertible instruments, and held by ESOP.
Source:  SEC filings, Company reports and Thomson One Analytics.

The Blackstone Group®

BLACKSTONE051307

Project Spice
III. Summary of Tender Offer

**Impact of Tender Offer on Foundation**

Assuming MTF were to participate in the Tender Offer on a pro-rata basis, its investment portfolio would be significantly more diversified and Tribune stock comprise only 36% of assets.



| MTF Year-End 2006 Investments and Cash[1][2] |
| MTF Post-Tender Offer Investments and Cash[1][3] |

■ Operating Cash  ░ Bonds  ■ TRB Stock  ░ Index Funds  ■ Bloff Endowment

Note: Assumes all shareholders, except Zell LLC and the ESOP, tender their holdings on a pro-rata basis.
[1] Utilizes market value as of 12/14/06 for bonds, index funds and mutual funds.
[2] Assumes TRB share price of $32.00.
[3] Assumes TRB share price of $34.00, per the Tender Offer. Also assumes Tender Offer proceeds remain as operating cash.

**Confidential**                                      31

The Blackstone Group®

**BLACKSTONE051308**

Project Splice,
III.  Summary of Tender Offer

**Impact on MTF's Public Charity Status**

The nature of the Tender Offer may impact MTF's current status as a public charity and, consequently, its operating and financial requirements

| Tender Offer Impact on Public Charity Status | Implications of Becoming a Private Foundation |
|---|---|

The Blackstone Group®

BLACKSTONE051309

# Blackstone

IV

**BLACKSTONE051310**



IV. Valuation Analysis

Confidential

BLACKSTONE051311

Confidential

 **Overview**

In performing its valuation of Tribune, Blackstone performed the following analyses:

- ▶ **Discounted Cash Flow Analysis**

- ▶ **Sum-of-the-Parts Analysis**

- ▶ **Publicly-Traded Comparable Companies Analysis**

- ▶ **Precedent Transactions Analysis**

**BLACKSTONE051312**



**Standalone Valuation Summary**

The chart below illustrates the implied per share value of Tribune for each methodology used by Blackstone.



Note: EBITDA multiples shown based on 2007E EBITDA after the deduction of stock-based compensation expense and excluding the Cubs, Hoy and SCNI.
Multiples assume $4,719mm of Q1'07 net debt (reflecting PHONES at book value of $612mm and including $55mm in proceeds from sale of Hoy and SCNI) and implied valuation of equity investments worth $1,895mm (including the Cubs). Per share values calculated using fully diluted shares outstanding of 245.3mm.
(1) Values includes range of approximately $0.00 – $2.46 per share for a possible settlement of the Bender / Mosby appeal (see Appendix for detail).
(2) As of 5/18/07.
(3) Management Case defined as 2007 Tribune budget with management Publishing and B&E revenue growth rates from '08 – '11.
(4) Base Case defined as 2007 Tribune budget with 0% Publishing revenue growth and 23.5% EBITDA margins and Management B&E revenue growth rates and EBITDA margins from '08 – '11.
(5) Sensitivity Case defined as 2007 Tribune budget with –2% Publishing revenue growth and 23.5% EBITDA margins and Management B&E revenue growth rates and EBITDA margins from '08 – '11.
(6) Analysis does not include tax implications nor the time value of money between now, and the spin-off and sale of businesses.

**Confidential**                                                                 35                                                        The Blackstone Group°

BLACKSTONE051313

Project Spice
IV. Valuation Analysis

**Valuation Matrix**

($ in millions, except per share amounts)

| | | | | | | Current[1] | Tender Offer | |
|---|---|---|---|---|---|---|---|---|
| TRB Share Price | $28.00 | $29.00 | $30.00 | $31.00 | $32.00 | $33.05 | $34.00 | $35.00 |
| % Premium to Current Price | (15%) | (12%) | (9%) | (6%) | (3%) | | 3% | 6% |
| Fully Diluted Shares Outstanding | 245.5 | 245.7 | 245.8 | 246.0 | 246.1 | | | |
| TRB Equity Value | $6,874 | $7,125 | $7,375 | $7,625 | $7,876 | $8,138 | $8,376 | $8,631 |
| Plus: Net Debt[2] | 4,719 | 4,719 | 4,719 | 4,719 | 4,719 | 4,719 | 4,719 | 4,719 |
| Less: Equity Method Investments | (1,895) | (1,895) | (1,895) | (1,895) | (1,895) | (1,895) | (1,895) | (1,895) |
| TRB Total Enterprise Value | $9,699 | $9,949 | $10,199 | $10,450 | $10,700 | $10,963 | $11,201 | $11,456 |

| | | | | | | | | | | Mean Comparables[5] | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Newspaper | | Television | |
| Total Enterprise Value / | Metric[4] | | | | | | | | | Trading Precedents | Trading Precedents | | |
| 2006E Sales | $5,233 | 1.9x | 1.9x | 1.9x | 2.0x | 2.0x | 2.1x | 2.1x | 2.2x | 1.8x | 3.1x | 3.4x | -- |
| 2007E Sales | | | | | | | | | | | | | |
| 2006E EBITDA (pre-SBC) | $1,307 | 7.4 | 7.6 | 7.8 | 8.0 | 8.2 | 8.4 | 8.6 | 8.8 | 8.1x | 10.8 | 12.1x | 13.1x[6] |
| 2007E EBITDA (pre-SBC) | 1,286 | 7.5 | 7.7 | 7.9 | 8.1 | 8.3 | 8.5 | 8.7 | 8.9 | 8.5 | 10.9 | 12.4 | 13.5x[6] |
| 2006E EBITDA (post-SBC) | $1,284 | 7.6x | 7.7x | 7.9x | 8.1x | 8.3x | 8.5x | 8.7x | 8.9x | 8.2x | -- | 11.0x | -- |
| 2007E EBITDA (post-SBC) | | | | | | | | | | | | | |

[1]  Based on Tribune share price as of 5/18/07.
[2]  Includes PHONES valued at book value of $612mm; includes $55mm in proceeds from sale of Hoy and SCNI.
[3]  Includes the Cubs and ForSaleByOwner.com.
[4]  Based on Base Case estimates; excludes the Cubs. 2007E excludes Hoy and SCNI.
[5]  Newspaper trading comparables mean based on large cap newspapers excluding EW Scripps; newspaper precedents mean based on mean of all relevant transactions since March 2000, excluding Dow Jones / News Corp.  Television trading comparables mean based on full TV broadcasters group (including CBS); television precedents mean based on all relevant broadcasting TV station transactions since October 2001.
[6]  Multiple is based on Broadcasting Cash Flow, not EBITDA.

**Confidential**                                                                 36

The Blackstone Group®

BLACKSTONE051314



**Summary Equity Investment Valuations**

The chart below illustrates a summary of the valuations Blackstone has assumed for Tribune's other assets, including its equity investments. Blackstone estimates a range for these assets of $1,851 million to $1,938 million.

*($ in millions)*

| Investment | Ownership | Implied Valuation of TRB Stake | | Methodology |
|---|---|---|---|---|
| | | Low - | High | |
| Cubs[1] | 100.0% | $456 - | $456 | ► Represents after-tax value based on third-party indications[1] |
| Comcast SportsNet | | | | |
| Food Network | 31.0% | 700 - | 700 | ► After-tax value based on research, public and private market comparables |
| CareerBuilder | | | | |
| ShopLocal.com | 42.5% | 36 - | 36 | ► Implied from recent MNI transaction |
| | | | | ► Implied from recent MNI transaction |
| TWX ex-PHONES[2] | 300k Shares | 6 - | 6 | ► Public market value |
| AOL | | | | |
| All Other Investments[3] | | 63 - | 63 | ► As per Wall Street research and TRB guidance |
| **Total Other Investments** | | **$1,851 -** | **$1,938** | |

[1] Based on discussions with the Company and its advisors.
[2] Public market values as of 5/18/07.
[3] Includes Classified Ventures (28%), Legacy.com (40%), Consumer Networks (17%), TMCT (5%), ForSaleByOwner (100%) and others.

**Confidential**                                     37                                     The Blackstone Group®

BLACKSTONE051315



## Discounted Cash Flow Analysis
*Base Case Estimates*

| ($ in millions) | 2007E | 2008E | 2009E | 2010E | 2011E | '07 - '11 CAGR |
|---|---|---|---|---|---|---|
| **Free Cash Flow Calculation** | | | | | | |
| Revenue | $5,144 | $5,214 | $5,219 | $5,259 | $5,262 | 0.6% |
| EBITDA | | | | | | 1.0% |
| Plus: Non-Cash Pension (FAS 87) Expense / (Income) | 20 | 3 | (8) | (18) | (28) | |
| Less: Acquisitions and Investments | (100) | (225) | (100) | (100) | (100) | |
| Less: Taxes | (376) | (394) | (397) | (402) | (396) | |
| **Free Cash Flow** | **$627** | **$488** | **$664** | **$664** | **$653** | **1.0%** |

| | | | | |
|---|---|---|---|---|
| EBITDA Multiple[1] | 8.9x | Plus: Equity Investments[2] | 1,895 | |
| PV of Terminal Value | $8,511 | Plus: Tax Settlement[4] | 300 | |
| | | Equity Value Per Share[4] | $32.59 | |

**Implied Equity Value Per Share[4]**

| | | Weighted Average Cost of Capital | | | | |
|---|---|---|---|---|---|---|
| | | 7.0% | 7.5% | 8.0% | 8.5% | 9.0% |
| **2010 Exit EBITDA Multiple** | 7.0x | $26.33 | $25.73 | $25.14 | $24.57 | $24.01 |
| | 7.5x | | 29.68 | 29.02 | 28.37 | 27.74 |
| | 8.0x | 30.35 | | | | |
| | 8.5x | 34.37 | 33.62 | 32.89 | 32.18 | 31.48 |
| | 9.0x | | | | | |

**Implied Perpetuity Growth Rate[4]**

| | | Weighted Average Cost of Capital | | | | |
|---|---|---|---|---|---|---|
| | | 7.0% | 7.5% | 8.0% | 8.5% | 9.0% |
| **2010 Exit EBITDA Multiple** | 7.0x | (0.3%) | 0.2% | 0.6% | 1.1% | 1.6% |
| | 7.5x | | | | | 2.5% |
| | 8.0x | 0.6% | 1.0% | 1.5% | 2.0% | |
| | 8.5x | 0.9% | 1.2% | 1.7% | 2.2% | 2.7% | 3.1% |
| | 9.0x | | | | | |

[1] Weighted multiple using average of most comparable companies 2008 post-stock-based compensation EBITDA multiples for Publishing and B&E, respectively.
[2] Consists of ShopLocal and Topix.net values implied from MNI transaction; internal Tribune estimates for CV, CN, Legacy and TMCT; and public market valuations for TWX shares (ex-PHONES) and AdStar as of 5/18/07; FN and CB valuation as per Tribune and research guidance; Cubs and SN values after-tax as per third-party bids received.
[3] Includes PHONES at $512 million per Tribune guidance. Proceeds from asset sales (Hoy and SCNI) included within free cash flow (2007E).
[4] Assumes midpoint of Blackstone estimated range for Bender tax settlement of $0 - $600mm. See Appendix for detail.
[5] Assumes fully-diluted share count of 246.2mm.

**Confidential**

38

The Blackstone Group®

BLACKSTONE051316

Project Spice
IV.  Valuation Analysis

## Tribune Sum-of-the-Parts Valuation

A sum-of-the-parts valuation of Tribune yields a per share valuation range of $27.35 to $33.42.

*($ in millions)*

| Asset | Metric | | Multiple | | Implied Valuation | | | Methodology |
|---|---|---|---|---|---|---|---|---|
| | | | Low | - High | Low | - | High | |
| Publishing | $848 | (1) | 7.25x | - 7.75x | $6,155 | - | $6,580 | ▶ 2007E Base Case EBITDA multiple; deducts Corporate overhead |
| B&E | 383 | (2) | 9.00x | - 10.00x | 3,447 | - | 3,830 | ▶ 2007E Base Case EBITDA multiple; deducts Corporate overhead |
| | | | **Implied TEV (Before Equity Investments)** | | $9,602 | - | $10,410 | |
| | | | Equity-Method Investments | | $1,851 | - | $1,938 | ▶ See page 37 and Appendix for additional detail |
| | | | Plus: Resolution of Bender / Mosby Tax Litigation | | 0 | - | 600 | ▶ See Appendix for additional detail |
| | | | Less: Net Debt | | (4,719) | - | (4,719) | ▶ TRB Q1 2007; PHONES at market value ($812 mm); PF for asset sale proceeds |
| | | | **Implied Equity Value** | | $6,734 | - | $8,229 | |
| | | | **Implied Equity Value per Share** (3) | | $27.35 | - | $33.42 | ▶ Assumes 246mm fully-diluted shares (based on Treasury Stock Method) |
| | | | *Premium / Discount to Current* (3) | | *(16.9%)* | - | *1.5%* | |

---

(1) Base Case estimates for 2007 Publishing EBITDA (excluding ($3mm) loss from Hoy and $7mm from SCNI) after deducting Corporate expenses of $61mm and stock based compensation expense.
(2) Base Case estimates for B&E 2007 EBITDA (excluding $20mm for Cubs) after deducting Corporate expenses of $13mm and stock based compensation expense.
(3) Public market values as of 5/18/07.

**Confidential**                                          39                                          The Blackstone Group®

BLACKSTONE051317



**Public Market Valuation Summary**

A public market multiple valuation of Tribune yields a range of $26.31 to $34.16 per share.

### Selected Comparable Companies

*Newspaper Industry*

| Company | TEV / Post-SBC EBITDA | |
|---|---|---|
| | 2006A | 2007E |
| Gannett Co. Inc. | 8.0x | 8.4x |
| McClatchy Co. | | |
| Belo Corp. | 8.3 | 9.0 |
| Media General | | |
| **Mean** | **7.8x** | **8.3x** |
| **Median** | **7.9** | **8.4** |

*Broadcasting Industry*

| Company | Adj. TEV / Post-SBC EBITDA | |
|---|---|---|
| | 2006A | 2007E |
| Hearst Argyle | 11.7x | 14.0x |
| LIN TV Corp. | | |
| CBS Corporation | 9.0 | 9.0 |
| **Mean** | **11.0x** | **12.1x** |
| **Median** | **11.7** | **13.4** |

### Implied Value Based on Comparable Company Trading Metrics

*($ in millions, except per share amount)*

| | Low | - | High |
|---|---|---|---|
| | | | |
| 2007E EBITDA Multiple | 7.50x | - | 8.50x |
| 2007E EBITDA | $9,345.7 | - | $10,593.9 |
| Plus: Equity Investments [4] | 1,851.0 | - | 1,938.1 |
| Implied Enterprise Value | | | |
| Less: Net Debt [5] | (4,719.1) | - | (4,719.1) |
| Implied Equity Value | $6,477 | - | $8,410.8 |
| Implied Per Share Equity Value [6] | $26.31 | - | $34.16 |

Note: Based on Comparable Companies Analysis located in the Appendix.
[1]   Net debt includes $400M of pension and employee benefit liabilities primarily assumed as part of the Knight Ridder acquisition. Balance sheet information pro forma for sale of land in Miami and Minneapolis Star Tribune for $118M and $330M in proceeds. 2006 and 2007 estimates pro forma for sale of Minneapolis Star Tribune, assuming flat sales and EBITDA of $360M and $72M, respectively, for the newspaper.
[2]   The share price for LIN TV is as of 5/17/07 and is unaffected by the company's announcement regarding exploration of strategic alternatives.
[3]   2007E EBITDA after the deduction of stock-based compensation; excludes ($3mm) loss from Hoy, $7mm from SCNI and $26mm from the Cubs.
[4]   Includes the Cubs and Comcast SportsNet at after-tax value of $500mm, as per indicative proposals received.
[5]   Q1 2007 net debt; includes PHONES at book value ($612 mm); includes $55mm in proceeds from sale of Hoy and SCNI.
[6]   Assumes 246.2mm fully-diluted shares outstanding.

**Confidential**

40

The Blackstone Group®

BLACKSTONE051318



**Project Spice**
**IV.   Valuation Analysis**

## Private Market Valuation Summary

Pro forma for a change-in-control transaction, a private market multiple valuation of Tribune yields a range of $31.63 to $40.39 per share.

### Selected Precedent Transactions

*Newspaper Industry*

| ($ in millions) | | | TEV / EBITDA | |
|---|---|---|---|---|
| Date | Target | Acquiror | LTM | FWD |
| Nov-06 | | | | |
| Dec-06 | Star Tribune (McClatchy) | Avista Capital | 7.0x | 7.4x |
| Jun-06 | The Times Leader (McClatchy) | | | |
| Jun-06 | McClatchy (5 newspapers) | Schurz, Forum, Ogden | 8.8x | NA |
| | | Newspapers & Sound Publishing | | |
| May-06 | | | | |
| Apr-06 | McClatchy (4 newspapers) | Hearst Corp & Medianews Group | 11.5x | NA |
| Mar-06 | Knight Ridder | McClatchy | | |
| | | **Median** | **9.2x** | **8.5x** |

*Broadcasting Industry — TV Stations*

| ($ in millions) | | | | Adj. TEV / Forward BCF | |
|---|---|---|---|---|---|
| Date | Acquiror | Target | Market | Standalone | Pro Forma |
| Apr-07 | Providence | Clear Channel TV | -- | 15.0x [1] | -- |
| Sep-06 | Sunbeam | | | | |
| Jul-06 | LIN TV | KASA (Raycom) | Albuquerque | 11.2x | 7.4x |
| Jun-06 | Fox | | | | |
| May-06 | Hearst Argyle | WKCF (Emmis) | Orlando | 13.2x | 10.0x |
| | | | **Median** | **13.2x** | **9.0x** |

### Implied Value Based on Precedent Transactions Metrics

*($ in millions, except per share amount)*

| | Low | - | High |
|---|---|---|---|
| **Publishing** | | | |
| 2007E EBITDA [2] | $881.7 | - | $881.7 |
| 2007E Multiple | 8.00x | - | 8.25x |
| **Broadcasting & Entertainment** | | | |
| 2007E BCF [3] | $400.6 | - | $400.6 |
| 2007E BCF Multiple | 10.00x | - | 12.00x |
| Implied Whole Co. TEV | $10,652.2 | - | $12,127.7 |
| Plus: Equity Investments [4] | 1,851.0 | - | 1,938.1 |
| Plus: Private Equity Settlement | | | |
| Less: Net Debt [5] | (4,719.1) | - | (4,719.1) |
| Implied Post-Spin Equity Value [7] | $7,784.1 | - | $9,346.7 |
| Implied Post-Spin Per Share Value [7] | $31.63 | - | $40.39 |

[1]   Represents multiple of forward EBITDA.
[2]   Base Case estimates for 2007 Publishing EBITDA (excluding $3mm) less from Hoy and $7mm from SCNI) after deducting Corporate expenses of $40mm and before the deduction of stock-based compensation expense.
[3]   Base Case estimated for 2007 B&E BCF (excluding $28mm for Cubs) before the deduction of stock-based compensation expense and Corporate expenses.
[4]   Includes the Cubs and Comcast SportsNet at after-tax value of $506mm, as per indicative proposals received.
[5]   Q1 2007 net debt; includes PHONES at book value ($612 mm); includes $55mm in proceeds from sale of Hoy and SCNI.
[6]   Assumes 246.2mm fully-diluted shares outstanding.  Values Publishing and B&E as discrete businesses; does not reflect the tax implications of a break-up nor the time value accrual until completion of a break-up.

The Blackstone Group®

**BLACKSTONE051319**

# Blackstone

**BLACKSTONE051320**

V. Form of Fairness Opinion Letter

Confidential

BLACKSTONE051321

# Blackstone Advisory Services L.P.

May 23, 2007

The Advisory Committee of Independent Directors
of the Board of Directors
Robert R. McCormick Tribune Foundation
435 North Michigan Avenue, Suite 770
Chicago, IL 60611

Gentlemen:

Pursuant to the Offer to Purchase dated April 25, 2007 (the "Offer to Purchase") and the related Letter of Transmittal dated April 25, 2007 (the "Letter of Transmittal"), we understand that Tribune Company ("Tribune" or the "Company") is offering to purchase by way of tender offer (the "Tender Offer") up to 126,000,000 shares of the Company's issued and outstanding common stock, par value $0.01 per share ("Tribune Common Stock"), at a price of $34.00 per share in cash less any applicable withholding taxes and without interest (the "Consideration"). The terms and conditions of the Tender Offer are fully set forth in the Offer to Purchase and Letter of Transmittal (which together constitute the "Offer Documents").

You have asked us whether, in our opinion, the Consideration offered in the Tender Offer to the Robert R. McCormick Tribune Foundation (the "Foundation"), as a holder of Tribune Common Stock, is fair to the Foundation from a financial point of view.

In arriving at the opinion set forth below, we have, among other things:

- Reviewed certain publicly-available information concerning the business, financial condition, and operations of Tribune and its affiliates that we believe to be relevant to our inquiry;

- Reviewed certain non-public information made available to us prior to March 25, 2007 concerning the business, financial condition, and operations of Tribune and its affiliates that we believe to be relevant;

- Reviewed certain non-public financial analyses relating to Tribune, prepared and furnished to us by the management of Tribune prior to March 25, 2007;

- Reviewed certain non-public estimates and forecasts relating to Tribune, prepared and furnished to us by the management of Tribune prior to March 25, 2007;

- Reviewed the audited financial statements of Tribune for the years ended December 31, 2004, December 31, 2005 and December 31, 2006 and discussed such financials and the accounting policies described therein with Tribune's internal and external auditors;

- Reviewed the unaudited financial statements of Tribune for the three months ended March 31, 2007;

- Reviewed the non-public preliminary financial results of Tribune for the months ended January 31, 2007 and February 28, 2007, furnished to us by the management of Tribune

BLACKSTONE051322

- Reviewed the publicly-available preliminary financial results for Tribune for the months ended March 31, 2007 and April 30, 2007;

- Held discussions prior to March 25, 2007 with members of management of Tribune concerning Tribune's business, operating and regulatory environment, financial condition, prospects, and strategic objectives;

- Reviewed the historical market prices and trading activity for Tribune Common Stock;

- Compared certain financial information for Tribune with similar information for certain other newspaper and broadcasting companies, the securities of which are publicly traded where applicable;

- Reviewed the financial terms of certain recent business combinations in the newspaper and broadcasting industries;

- Performed a discounted cash flow analysis on the financial projections of Tribune and its affiliates;

- Considered the pro forma financial effects of the Tender Offer on Tribune and the Foundation;

- Reviewed publicly-filed copies of the Offer to Purchase, the Letter of Transmittal, the Agreement and Plan of Merger, dated as of April 1, 2007, among GreatBanc Trust Company, solely as trustee of the Tribune Employee Stock Ownership Trust, which forms a part of the Tribune Employee Stock Ownership Plan, Tesop Corporation, Tribune, and EGI-TRB, L.L.C. and other related agreements; and

- Performed such other studies and analyses, and took into account such other matters, as we deemed appropriate.

In preparing this opinion, we have relied, without independent verification, upon the accuracy and completeness of all financial and other information that is available from public sources and all projections and other information provided to us by the management of Tribune, the management of the Foundation, the Advisory Committee of Independent Directors of the Board of Directors of the Foundation (the "Advisory Committee"), or otherwise reviewed by us with respect to Tribune or the Foundation. We have assumed that the financial and other projections for Tribune supplied by the management of Tribune and the assumptions underlying those projections, including the amounts and the timing of all financial and other performance data, were reasonably prepared and represented management's reasonable estimates as of the date of their preparation. We have further relied upon the assurances of the management of Tribune, the management of the Foundation and the Advisory Committee that they are not aware of any facts that would make the information and projections pertaining to Tribune provided by them inaccurate, incomplete or misleading as of the date of their preparation.

We have not prepared or obtained any independent evaluation or appraisal of any of the assets or liabilities of Tribune or the Foundation. We also have not performed due diligence or conducted any physical inspection of any of the properties or assets of Tribune or the Foundation. We have not considered, in reaching the conclusions set forth in this opinion, the relative merits of the Tender Offer as compared to any other business plan or opportunity that might be available to the Foundation with respect to its Tribune Common Stock holdings. We have not

2

**BLACKSTONE051323**

been provided by the management of Tribune any internal business projections, analyses or other non-public information related to Tribune since March 25, 2007.

We have assumed that the Tender Offer contemplated by the Offer Documents will be consummated on substantially the terms and conditions set forth therein. Our opinion is necessarily based upon economic, market, monetary, regulatory and other conditions as they exist and can be evaluated, and the information made available to us, as of the date hereof. Furthermore, we express no opinion as to the prices or trading ranges at which Tribune Common Stock will trade at any time. We have assumed that in the course of obtaining the necessary regulatory or other consents or approvals (contractual or otherwise) for the Tender Offer, no restrictions or requirements will be imposed that will have an adverse effect on the contemplated benefits of the Tender Offer.

This opinion does not constitute a recommendation to any stockholder as to how such stockholder should act with respect to the Tender Offer or any other matter, and should not be relied upon by any stockholder as such. We assume no responsibility for updating or revising our opinion based on circumstances or events occurring after the date hereof.

It is understood that this letter is for the information and assistance of the Board of Directors of the Foundation and the Advisory Committee only and, without our prior written consent, is not to be quoted, summarized, paraphrased or excerpted, in whole or in part, in any registration statement, prospectus or proxy statement, or in any other report, document, release or other written or oral communication prepared, issued or transmitted.

We have acted as financial advisor to the Advisory Committee with respect to the proposed Transaction and will receive a fee from the Advisory Committee for our services. The Advisory Committee has further agreed to reimburse us for out-of-pocket expenses and to indemnify us for certain liabilities arising out of the performance of such services (including, the rendering of this opinion). The Blackstone Group L.P. and its affiliates, excluding Blackstone Advisory Services L.P., may actively trade in the debt and equity securities of Tribune or any of its affiliates for its own account and for the accounts of its customers and, accordingly, may at any time hold a long or short position in such securities.

Based on the foregoing and subject to the qualifications set forth herein, we are of the opinion that, as of the date hereof, the Consideration offered to the Foundation, as a holder of Tribune Common Stock, in the Tender Offer is fair to the Foundation from a financial point of view.

Very truly yours,

BLACKSTONE ADVISORY SERVICES L.P.

3

BLACKSTONE051324

# Blackstone

Appendix

BLACKSTONE051325



Appendix

Confidential

BLACKSTONE051326

# Blackstone

A

BLACKSTONE051327



A.    Overview of the Foundation

Confidential

BLACKSTONE051328

Project Spice
A – Overview of the Foundation                    **Overview of the Foundations**

---

MTF and its predecessor entities were founded in 1955 through a bequest from Col. Robert R. McCormick, editor and publisher of the Tribune from 1912 to 1955.  Col. McCormick's shareholdings comprise the basis for the foundations' ownership stake in Tribune.

▶ **Established as a charitable trust in 1955 by Col. McCormick's Last Will and Testament**

  ■ Assets transferred from charitable trust to an Illinois not-for-profit corporation in 1989

  ■ Became a public charity in 1998

▶ **Supports the vision and legacy of its founder through grant-making and other endeavors in journalism, communities, citizenship, education and certain special initiatives**

  ■ Col. McCormick's will stated that MTF funds be used for "religious, scientific, literary or educational purposes or for the prevention of cruelty to children or animals"

▶ **Col. McCormick principally endowed MTF with Tribune shares, and those shares still compose the majority of MTF's assets**

  ■ Notwithstanding its significant Tribune stock ownership, MTF is a separate, nonprofit organization, independent from Tribune

  ■ MTF currently holds 28.0 million shares of Tribune (11.5% of Tribune basic shares outstanding[1])

▶ **Supports McCormick Tribune Freedom Museum, which was opened in 2006 to celebrate and protect national freedoms, particularly those guaranteed by the First Amendment**

---

[1]  Excludes shares held in treasury and shares owned by the ESOP.

The Blackstone Group®

BLACKSTONE051329



## Overview of the Foundations' Governance

The Foundation created an independent Advisory Committee consisting of the directors who are currently unaffiliated with Tribune.

**Board of Directors**

| | | |
|---|---|---|
| ▶ | Dennis FitzSimons | Chairman; Chairman & CEO, Tribune |
| ▶ | *John W. Madigan* | *Independent Director; Former Chairman & CEO, Tribune* |
| ▶ | *James Dowdle* | *Independent Director; Former President, Tribune Broadcasting* |
| ▶ | David Hiller | Director; President, Publisher & CEO, Los Angeles Times |
| ▶ | Scott Smith | Director; President, Tribune Publishing |

**Officers**

| | | |
|---|---|---|
| ▶ | David Grange | President & CEO |
| ▶ | Donald Cooke | SVP, Philanthropy |
| ▶ | Victoria Shire Dinges | VP, External Affairs |
| ▶ | Louis Marsico, Jr. | SVP, Operations |

Note: Bold and italics indicate members of the independent Advisory Committees.

Confidential

49

The Blackstone Group*

**BLACKSTONE051330**

**Project Spice**
**Overview of the Foundation**

## Overview of the Foundation's Financial Position

Tribune stock currently represents approximately 75% of the aggregate investment asset value of MTF[1][2]

▶ In connection with the Company's tender offer in June 2006, the foundations sold a total of 10 million shares (9 million by MTF and 1 million by Cantigny) of TRB stock at $32.50 per share (a total of $325 million in proceeds)

▶ Prior to the June tender, substantially all of the assets of the foundations were shares of Tribune

**Year-End 2006 Foundations' Consolidated Assets[1]**
*($ in millions)*

| | MTF | % Total |
|---|---|---|
| Operating Cash | $6.0 | 0.5% |
| TRB Stock[3] | 896.8 | 75.1% |
| Mutual Funds[2] | 0.0 | 0.0% |
| Total Investments & Cash | $1,192.5 | 99.8% |
| Net PPE | 0.8 | 0.1% |
| Other Assets | 1.0 | 0.1% |



**MTF Year-End 2006 Investments & Cash: $1,192.5 million**

1%

75%

- ■ Operating Cash
- ■ TRB Stock
- ■ Mutual Funds
- ⊠ Bonds
- ■ Index Funds
- ■ Bloff Endowment

(1)  Excludes McCormick Tribune Freedom Museum and Castigny First Division Museum.
(2)  Market value as of 12/1/06.
(3)  Assumes TRB share price of $32.00, as per foundations' assumptions, for a total of 28.0mm basic shares for MTF.

The Blackstone Group®

BLACKSTONE051331

**Financial Parameters for a Public Charity**

Since 1998, MTF has been a public charity, a classification which provides substantial economic benefits. According to Quarles & Brady, LLP, the Foundation's counsel with respect to foundation law, the following summarizes the financial framework for a public charity.



| Public Charity Requirements | Financial Parameters |
|---|---|

The Blackstone Group®

**BLACKSTONE051332**

Project Spice
A. Overview of the Foundation

## MTF Article Provisions Regarding Sale of TRB Stock

According to Quarles & Brady, MTF may consider the following guidelines in evaluating the Zell Proposal in addition to general standards for prudent investors.

**With consent from a majority of its directors, MTF is empowered by its Articles of Incorporation to:**

► Invest capital in a way that directors deem "wise", without regard to whether such investment may be disproportionate in amount

  ■ MTF is specifically empowered to invest in TRB securities under this standard

► Enter into a voting agreement with other TRB stockholders in order to further the "unified and stable control of Tribune"

► Consent to a reorganization or re-adjustment of TRB capital structure and hold securities

**Any disposition of shares must be deemed "suitable, fair, just and proper"**

  ■ Decision shall not be based solely on price, but must also consider the other terms and qualifications of the purchasers

  ■ May consider whether a purchaser understands and values the ideals and principles of Col. McCormick

  ■ Terms of sale may be "fair but liberal as to credit and security"

The Blackstone Group®

BLACKSTONE051333

# Blackstone

B

BLACKSTONE051334

**B. Tribune Financial Comparison**

Confidential

BLACKSTONE051335

Project Silica
B. Tribune Financial Comparison

## Summary Financial Comparison
*Publishing Division*

The Base Case for
Publishing is inline
with Management
forecasts and more
optimistic than Wall
Street estimates in
profitability.

($ in millions)

| | 2007E | 2008E | 2009E | 2010E | 2011E | '07 - '11E CAGR |
|---|---|---|---|---|---|---|
| **Publishing Financials** | | | | | | |
| Revenue | | | | | | |
| Base Case | $3,984 | $3,984 | $3,984 | $3,984 | $3,984 | 0.0% |
| Management Forecast | 3,984 | 4,007 | 4,036 | 4,063 | 4,093 | 0.7% |
| Sensitivity Case | | | | | | (2.0%) |
| Wall Street Average | 3,899 | 3,874 | 3,664 | 3,623 | 3,583 | (2.1%) |
| Wall Street Max | | | | | | (0.3%) |
| | | | | | | |
| **Operating Cash Flow** | | | | | | |
| Base Case | $916 | $910 | $911 | $909 | $909 | (0.2%) |
| Management Forecast | 915 | 935 | 947 | 959 | 970 | 1.5% |
| Sensitivity Case | 915 | 892 | 874 | 854 | 837 | (2.2%) |
| Wall Street Average | | | | 727 | 715 | (4.2%) |
| Wall Street Max | 911 | 962 | 783 | 785 | 781 | (3.8%) |

---

(1)    OCF reflects the deduction of stock based compensation expense.

**Confidential**                                            54                            The Blackstone Group®

BLACKSTONE051336



**Summary Financial Comparison**
*Broadcasting & Entertainment Division*

The Base Case for
Broadcasting is more
conservative than both
management
projections and Wall
Street estimates.

($ in millions)

| Broadcasting & Entertainment Financials | 2007E | 2008E | 2009E | 2010E | 2011E | '07 - '11E CAGR |
|---|---|---|---|---|---|---|
| **Revenue** | | | | | | |
| Base Case | $1,400 | $1,480 | $1,487 | $1,531 | $1,537 | 2.3% |
| Management Forecast | 1,400 | 1,480 | 1,487 | 1,531 | 1,537 | 2.3% |
| Sensitivity Case | | | | | | |
| Wall Street Average | 1,400 | 1,447 | 1,464 | 1,479 | 1,510 | 1.9% |
| Wall Street Max | | | | | | |
| **Operating Cash Flow** | | | | | | |
| Base Case | $416 | $468 | $484 | $501 | $489 | 4.1% |
| Management Forecast | 416 | 468 | 484 | 501 | 489 | 4.1% |
| Sensitivity Case | 416 | 468 | 484 | 501 | 489 | 4.1% |
| Wall Street Average | | | | | | |
| Wall Street Max | 429 | 456 | 461 | 478 | 494 | 3.6% |

(1)  Includes Cubs.
(2)  OCF reflects the deduction of stock based compensation expense.

**Confidential**                                          55                                    The  Group*

**BLACKSTONE051337**



**Summary Wall Street Estimates:**
*Publishing*

($ in millions)

| | Revenue | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2006E | 2007E | 2008E | 2009E | 2010E | 2011E |
| CSFB | $4,093 | $3,997 | $4,054 | -- | -- | -- |
| Lehman Brothers | | | | | | |
| Bear Stearns | 4,093 | 4,004 | 3,969 | | -- | -- |
| Wachovia | | | | | | |
| Morgan Stanley | 4,047 | 3,804 | 3,762 | 3,745 | 3,728 | 3,711 |
| Mean | | | | | | |
| Median | 4,093 | 3,894 | 3,928 | 3,664 | 3,623 | 3,583 |

| | EBITDA | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2006E | 2007E | 2008E | 2009E | 2010E | 2011E |
| CSFB | $946 | $911 | $962 | -- | -- | -- |
| Lehman Brothers | | | | | | |
| Bear Stearns | 935 | 906 | 871 | | -- | -- |
| Wachovia | | | | | | |
| Morgan Stanley | 939 | 796 | 781 | 783 | 785 | 781 |
| Mean | | | | | | |
| Median | 943 | 851 | 826 | 736 | 727 | 715 |

Note: EBITDA estimates reflect EBITDA after deducting stock based compensation expenses.

The Blackstone Group®

BLACKSTONE051338



**Summary Wall Street Estimates:**
*B&E*

($ in millions)

| | Revenue | | | | | |
|---|---|---|---|---|---|---|
| | 2006E | 2007E | 2008E | 2009E | 2010E | 2011E |
| CSFB | $1,454 | $1,420 | $1,475 | -- | -- | -- |
| | | | | | | |
| Bear Stearns | 1,454 | 1,379 | 1,431 | -- | -- | -- |
| | | | | | | |
| Morgan Stanley | 1,427 | 1,421 | 1,461 | 1,501 | 1,538 | 1,606 |
| | | | | | | |
| Median | 1,454 | 1,408 | 1,435 | 1,464 | 1,479 | 1,510 |

| | EBITDA | | | | | |
|---|---|---|---|---|---|---|
| | 2006E | 2007E | 2008E | 2009E | 2010E | 2011E |
| CSFB | $447 | $429 | $456 | -- | -- | -- |
| | | | | | | |
| Bear Stearns | 447 | 425 | 450 | -- | -- | -- |
| | | | | | | |
| Morgan Stanley | 443 | 428 | 445 | 461 | 476 | 494 |
| | | | | | | |
| Median | 445 | 426 | 448 | 436 | 443 | 449 |

Note: EBITDA estimates reflect EBITDA after deducting stock based compensation expenses.

The  Group®

**BLACKSTONE051339**

# Blackstone

c

BLACKSTONE051340



C. Valuation of Equity Investments

Confidential

BLACKSTONE051341

Project Suico
C.  Valuation of Equity Investments

## CareerBuilder Discounted Cash Flow Analysis

Blackstone performed a DCF of CareerBuilder which incorporates the projections provided by TRB management and assumes a 12.0% WACC and a 5.0% perpetuity growth rate.

| ($ in millions) | 2007E | 2008E | 2009E | 2010E | 2011E | Terminal |
|---|---|---|---|---|---|---|
| % Growth | 20.1% | 15.5% | 13.9% | 12.7% | 12.7% | 12.7% |
| GAAP Revenue | | | | | | |
| % Growth | 31.9% | 25.4% | 22.4% | 20.9% | 20.1% | 20.1% |
| EBITDA | | | | | | |
| % Margin | 4.9% | 9.3% | 12.0% | 15.6% | 18.1% | 18.1% |
| Less: Non Operating Expense (D&A) | | | | | | |
| Pre-Tax EBIT | 4.0 | 34.3 | 72.0 | 114.4 | 164.1 | 164.1 |
| Cash Taxes (@ 30%) | | | | | | |
| Tax-Affected EBIT | 2.6 | 22.3 | 46.8 | 74.4 | 106.7 | 106.7 |
| Plus: D&A | | | | | | |
| Less: Increase in Capex | (8.0) | (8.4) | (9.3) | (10.2) | (12.3) | (12.3) |
| Less: Increase in NWC | | | | | | |
| Unlevered Free Cash Flow | ($1.8) | $18.5 | $39.9 | $67.8 | $101.5 | $101.5 |

| Implied DCF Valuation Assuming a Terminal CF Multiple of | | | | | |
|---|---|---|---|---|---|
| | 13.0x | 14.0x | 15.0x | 16.0x | 17.0x |
| 10.0% | | | | | |
| 11.0% | 980.2 | 1,043.7 | 1,107.2 | 1,170.6 | 1,234.1 |
| WACC 12.0% | | | | | 1,185.5 |
| 13.0% | 907.0 | 965.6 | 1,024.2 | 1,082.7 | 1,141.3 |
| 14.0% | | | | | |

| Implied Perpetuity Growth Rate Assuming a Terminal CF Multiple of | | | | | |
|---|---|---|---|---|---|
| | 13.0x | 14.0x | 15.0x | 16.0x | 17.0x |
| 10.0% | | | | | |
| 11.0% | 3.1% | 3.6% | 4.1% | 4.5% | 4.8% |
| WACC 12.0% | | | | | |
| 13.0% | 4.9% | 5.5% | 5.9% | 6.4% | 6.7% |
| 14.0% | | | | | |

| Valuation Summary | |
|---|---|
| PV FCF | 150.4 |
| Total Enterprise Value | $1,064.7 |
| Implied Perpetuity Growth Rate | 5.0% |

| Key Assumptions | |
|---|---|
| Terminal CF Multiple | 15.0x |
| Inc NWC as % of Change in Revenue | 7.0% |
| | 5.0% |

**Confidential**

The Blackstone Group®

BLACKSTONE051342

Project Spice
C.  Valuation of Equity Investments

## Food Network Valuation
*Precedent Transactions and Comparable Companies*

### Precedent Transactions
($ in millions)

| Date Annc'd | Target | Acquiror | % Acq. | Enterprise Value | TEV / EBITDA LTM | NTM |
|---|---|---|---|---|---|---|
| 04/30/07 | Fox Sports Bay Area, New England | Comcast | 65% | 1,036 | NA | NA |
| 05/12/06 | Court TV | Time Warner | 50% | 1,470 | 28.0x | 22.6x |
| 10/09/04 | Great American Country | The E.W. Scripps Co. | 100% | 140 | NA | NA |
| 06/30/03 | AMC, IFC, WE | Cablevision | 20% | 2,535 | 19.8 | 14.8x |
| 11/04/02 | Bravo Entertainment Network | NBC | 100% | 1,250 | 22.5 | 19.5 |
| 02/01/01 | Bravo, AMC, IFC, WE | MGM | 20% | 4,125 | 33.0 | 27.7 |
| 03/15/98 | BET Holdings | Liberty Media | 42% | 1,180 | 17.2 | NA |
| 10/20/07 | Universal Television | HSN, Inc. | 100% | 4,075 | NA | 18.1 |
| 06/11/97 | International Family Enter. | Fox Kids Worldwide, Inc. | 100% | 1,830 | 26.3 | 22.1 |

| | | | | | Max | 35.3x | 27.7x |
| | | | | | Median | 25.2 | 19.8 |
| | | | | | Mean | 25.3 | 20.7 |
| | | | | | Min | 16.0 | 13.2 |

### Comparable Companies
($ in millions)

| Company | Price As of 5/18/07 | % of 52-Week High | Equity Value | Enterprise Value | Enterprise Multiples Revenue 2006E | 2007E | Pre-SBC EBITDA 2006E | 2007E | Post-SBC EBITDA 2006E | 2007E | Price / Earnings 2006E | 2007E | I/B/E/S Long-Term EPS Growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Note: "LTM" refers to last twelve months and "NTM" refers to next twelve months.
(1)  Includes 50% of Revenue and EBITDA from Discover Communications.

The Blackstone Group®

BLACKSTONE051343

Project Silico:
C. Valuation of Equity Investments

## Food Network Valuation

*($ in millions)*

### Food Network: Consensus Financials [1]

| | 2005A | 2006A | 2007E | 2008E |
|---|---|---|---|---|
| Revenue | | | | |
| growth % | -- | 19.7% | 12.6% | 7.3% |
| Expenses | | | | |
| EBITDA | $212.8 | $269.8 | $306.5 | $331.3 |
| margin % | | | | |

### Food Network: Estimated Valuation

| | Public Market Multiple | Private Market Multiple | Valuation Range | |
|---|---|---|---|---|
| | | | Low | High |
| 2007E EBITDA | | | $3,831 | $4,598 |
| Valuation | | | $3,831 | $4,598 |
| Tribune Ownership | | | 31.0% | 31.0% |
| Value of Tribune's Stake | | | $1,188 | $1,425 |
| Tax Basis [2] | | | $100 | $100 |
| Gain on Sale | | | 1,088 | 1,325 |
| Taxes Paid @ 37.6% | | | ($408) | ($497) |
| After-Tax Valuation | | | $780 | $928 |

[1]  Estimates are from Lehman Brothers and Morgan Stanley research.
[2]  Tax basis estimated based on conversations with Tribune.

**Confidential**    61    The Blackstone Group

BLACKSTONE051344

**Project Juice
C.   Valuation of Equity Investments**      ## Food Network Valuation (cont'd)

($ in millions)

Food Network: Wall Street Valuation

| Firm | Date | Valuation Range Low | - | High | Methodology |
|---|---|---|---|---|---|
| Lehman Brothers | 12/12/2006 | 2,596 | | 3,421 | 11.0x -14.5x 2007E EBITDA |
| Credit Suisse | 9/22/2006 | 3,070 | | 3,070 | No disclosure |
| | | | | | |
| Average Valuation | | $2,659 | | $2,938 | |
| Tribune Ownership | | 31.0% | | 31.0% | |
| | | | | | |
| | | | | | |
| Gain on Sale | | 724 | | 811 | |
| | | | | | |
| After-Tax Valuation | | $553 | | $607 | |

(1)    Tax basis estimated based on conversations with Tribune.

**Confidential**                    62                    The Blackstone Group*

BLACKSTONE051345

# Blackstone

D

**BLACKSTONE051346**

D.   Overview of Matthew Bender and Mosby Tax Litigation

Confidential

BLACKSTONE051347



# Matthew Bender and Mosby Tax Litigation Overview

- ► In 1998, Times Mirror, which was acquired by Tribune in 2000, engaged in two transactions to dispose of its Matthew Bender ("MB") and Mosby subsidiaries
- ► These transactions were structured to qualify as tax-free reorganizations, and Times Mirror and Tribune believe that they were completed as such
- ► The IRS audited the transactions, formally disagreeing with their tax-free classification in 2001
- ► In November 2002, Tribune filed a petition contesting the position of the IRS
- ► The US Tax Court issued an opinion against the Company, ruling in September 2005 and January 2006 that the Matthew Bender and Mosby transactions, respectively, were taxable sales
- ► Taxes and related interest for both transactions total approximately $1 billion; in September 2005, Tribune paid the IRS $880 million
- ► Tribune has since appealed the Tax Court ruling, seeking a refund of the taxes and interest paid
  - ■ In 2006, the Company was offered a settlement of $250 million by the IRS
  - ■ The Company declined the settlement, believing that it could receive a more favorable outcome from the appeal
- ► As part of the Matthew Bender and Mosby transactions, Eagle New Media Investments, LLC and Eagle Publishing Investments, LLC were established
  - ■ Initially these LLCs held the cash from the disposition of the Matthew Bender and Mosby businesses
  - ■ The Eagles have since used this cash to make investments, including purchasing $1 billion of Times Mirror (now Tribune) stock, which equates to approximately 60 million shares in aggregate
- ► MB Parent and Mosby Parent are the sole members of Eagle New Media Investments, LLC and Eagle Publishing Investments, LLC, respectively
  - ■ Tribune owns 100% of the common shares with 20% of the voting control of these entities
  - ■ Reed Elsevier owns the preferred shares with 80% of the voting control
  - ■ Contractual agreements between Tribune and the parent companies give Tribune management absolute control over the Eagles' investments
- ► The assets and income of the Eagles are consolidated in Tribune's financial statements; the shares of Tribune common and preferred stock owned by the LLCs are reported as treasury shares in Tribune's consolidated financial statements; any cash held by the Eagles cannot be used for general corporate purposes, rather it is used to make equity investments
- ► As part of the Merger, the Eagles' TRB common shares and Series D Preferred Stock will be exchanged entirely into Series E Preferred Stock

The ███████ Group*

BLACKSTONE051348

# Blackstone

E

BLACKSTONE051349

E.  Comparable Companies Analysis

Confidential

BLACKSTONE051350



## Comparable Companies Analysis:
*Newspaper Industry*

($ in millions, except per share amounts)

| Company | Price As of 5/18/2007 | % of 52-Week High | Equity Value | Enterprise Value | Revenue 2006A | 2007E | Pre-SBC EBITDA 2006A | 2007E | Post-SBC EBITDA 2006A | 2007E | Price / Earnings 2006A | 2007E | IBES Long-Term EPS Growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Large Cap** | | | | | | | | | | | | | |
| Gannett | | | | | | | | | | | | | |
| * Tribune Co. (1) | 33.05 | 98.4% | 8,138 | 11,018 | 2.0 | 2.1 | 8.2 | 8.9 | 8.3 | 8.9 | 16.5 | 16.7 | 6.8% |
| | | | | | | | | | | | | | |
| Washington Post | 767.49 | 94.4% | 7,335 | 7,032 | 1.8 | 1.7 | 9.4 | 9.7 | 9.6 | 10.0 | 22.4 | 25.1 | 9.7% |
| New York Times (2) | | | | | | | | | | | | | |
| * McClatchy Co. (3) | 29.16 | 61.1% | 2,390 | 4,372 | 1.8 | 1.9 | 6.9 | 7.4 | 7.0 | 7.3 | 10.2 | 16.2 | 6.3% |
| | | | Mean | | 2.0x | 2.0x | 8.1x | 8.5x | 8.3x | 8.7x | 16.3x | 19.0x | 7.7% |
| | | | Median | | 1.9x | 2.0x | 8.1x | 8.5x | 8.3x | 8.7x | 17.0x | 18.8x | 6.9% |
| | | | Mean Excl. EW Scripps | | 1.8x | 1.9x | 8.1x | 8.5x | 8.2x | 8.6x | 15.8x | 18.6x | 7.2% |
| | | | Median Excl. EW Scripps | | 1.8x | 1.9x | 8.0x | 8.3x | 6.3x | 8.4x | 16.5x | 16.7x | 6.7% |
| **Small and Mid Cap** | | | | | | | | | | | | | |
| Dow Jones (4) | | | | | | | | | | | | | |
| * Belo Corp. | 20.16 | 97.6% | 2,074 | 3,305 | 2.1 | 2.1 | 8.0 | 8.8 | 8.3 | 9.0 | 16.1 | 20.5 | 7.9% |
| Lee Enterprises | | | | | | | | | | | | | |
| * Media General Inc. | 37.53 | 85.0% | 849 | 1,681 | 1.7 | 1.7 | 7.7 | 8.2 | 7.9 | 8.4 | 13.4 | 27.4 | NA |
| Journal Register | | | | | | | | | | | | | |
| Journal Communications Inc. | 13.74 | 98.1% | 937 | 1,040 | 1.5 | 1.6 | 7.6 | 9.1 | 7.9 | 9.3 | 22.2 | 16.8 | 5.2% |
| | | | Mean | | 1.9x | 1.9x | 8.6x | 8.9x | 9.0x | 9.2x | 18.2x | 19.2x | 7.4% |
| | | | Median | | 1.8x | 1.8x | 8.0x | 8.6x | 8.2x | 9.0x | 15.0x | 19.6x | 6.6% |

* Indicates the most comparable companies.
Note: Estimates shown are post-stock based compensation.  Outstanding options used to calculate equity and enterprise values.
(1) PHONES debt included in net debt at book value ($612M, as per Tribune estimates).  Balance sheet information pro forma for announced and completed divestitures of SCNI and HOY for $55mm in net proceeds.  Estimates based Wall Street consensus.
(2) Balance sheet information pro forma for sale of broadcasting division for $335M in proceeds.
(3) Net debt includes $400M of pension and employee benefit liabilities primarily assumed as part of the Knight Ridder acquisition.  Balance sheet information pro forms for sale of Minneapolis Star Tribune for $530M in proceeds.  2006 and 2007 estimates pro forma for sale of Minneapolis Star Tribune, assuming flat sales and EBITDA of $360M and $72M, respectively, for the newspaper.
(4) The share price used for Dow Jones is as of 4/30/07 which is unaffected by News Corp's bid to acquire the company.

**Confidential**

The Blackstone Group®

BLACKSTONE051351

**Comparable Companies Analysis:**
*Broadcasting Industry*

($ in millions)

| Company | Stock Price | 52-Week Low | 52-Week High | Market Cap. | Enterprise Value | Adjusted Enterprise Value | Adj. TEV / Sales 2006A | Adj. TEV / Sales 2007E | Adj. TEV / BCF 2006A | Adj. TEV / BCF 2007E | Adj. TEV / EBITDA (Pre-SBC) 2006A | Adj. TEV / EBITDA (Pre-SBC) 2007E | Adj. TEV / EBITDA 2006A | Adj. TEV / EBITDA 2007E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gray Television Inc. | $10.22 | $5.15 | $11.33 | $492.0 | $1,400.8 | $1,387.2 | 4.2x | 4.4x | 9.7x | 11.7x | 10.7x | 13.2x | 10.9x | 13.3x |
| * LIN TV Corp.    (1) | 16.71 | 6.12 | 17.36 | 852.7 | 1,734.6 | 1,673.3 | 3.9 | 4.2 | 10.0 | 11.7 | 11.7 | 13.4 | 12.2 | 13.4 |
| Sinclair Broadcast Group Inc. | 15.58 | 7.45 | 17.67 | 1,368.7 | 2,701.2 | 2,701.2 | 3.8 | 3.8 | 10.3 | 10.5 | 11.3 | 11.7 | 11.4 | 11.8 |

**TV Broadcasters Without CBS**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean | | | | | | | 3.6 | 3.8 | 9.4 | 11.1 | 10.9 | 13.0 | 11.4 | 13.6 |
| Median | | | | | | | 3.8 | 4.0 | 9.8 | 13.2 | 10.9 | 13.3 | 11.4 | 13.4 |

| * CBS Corporation | | | | | | | | | | | | | | |

**Full TV Broadcasters Group Including CBS**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Max | | | | | | | 4.2x | 4.5x | 10.3x | 12.1x | 11.7x | 14.2x | 12.2x | 16.5x |
| Mean | | | | | | | 3.4 | 3.8 | 9.3 | 10.7 | 10.6 | 12.4 | 11.0 | 12.9 |
| Median | | | | | | | 3.8 | 3.8 | 9.7 | 10.7 | 10.7 | 13.2 | 11.4 | 13.3 |
| Min | | | | | | | 1.9 | 1.9 | 7.3 | 8.4 | 8.8 | 8.7 | 9.0 | 9.0 |

* Indicates the most comparable companies.
Note: Market information as of 5/18/07. Utilized treasury stock method. Estimates shown are post-stock based compensation.
Source: Bloomberg, Capital IQ, company filings and Wall Street Equity research.
(1)    The share price used for LIN TV is as of 5/17/08 and is unaffected by the company's announcement regarding exploration of strategic alternatives.
(2)    The share price used for Nexstar Broadcasting is as of 5/16/08 and is unaffected by the company's announcement regarding exploration of strategic alternatives.

BLACKSTONE051352

# Blackstone

F

BLACKSTONE051353



E.  Precedent Transactions Analysis

Confidential

BLACKSTONE051354

**Project Spice**
**Precedent Transactions Analysis**

## Precedent Transaction Analysis:
*Newspaper Industry*

($ in millions)

| | | | | TEV / | | |
|---|---|---|---|---|---|---|
| Date | Target | Acquiror | Value | LTM Revenues | LTM EBITDA | Forward EBITDA |
| * Mar-07 | Southern Connecticut Newspapers (Tribune) | Gannett | 73 [1] | 1.8x | 11.4x | 10.7x |
| * Oct-06 | Dow Jones (6 community papers) | Community Newspaper Holdings | 283 | 2.9 | 11.3 | NA |
| * Jun-06 | McClatchy (5 newspapers) | Schurz, Forum, Ogden Newspapers & Sound Publishing | 450 | NA | 8.8 | NA |
| * Apr-06 | McClatchy (4 newspapers) | Hearst Corporation & MadNews Group | 1,000 | NA | 11.5 | NA |
| May-05 | Liberty Group Publishing | Fortress Investment Group | 530 | 2.7 | 10.4 | NA |
| Jul-04 | 21st Century Newspapers | Journal Register | 415 | 2.7 | 11.5 | 11.5 |
| Dec-03 | Merced Sun Star | McClatchy | 41 | 3.1 | 13.5 | 10.5 |
| Dec-02 | SMG Publishing Division | Gannett | 346 | NA | NA | 10.7 |
| Feb-02 | Howard Publications | Lee | 694 | 3.3 | 11.9 | 11.5 |
| Jun-00 | Suburban Journals of Greater St. Louis (JRC) | Pulitzer | 165 | 3.7 | 12.9 | NA |
| Jun-00 | Thomson Newspapers (5 dailies) | Media General | 237 | 4.7 | 15.0 | NA |
| Mar-00 | Times Mirror | Tribune | 7,880 | 3.1 | 12.8 | 11.5 |

|  | | | | Mean | 3.0x | 12.0x | 11.2x |
|  | | | | Median | 3.1x | 11.5x | 11.5x |

\* Indicates the most comparable transactions.
Note: EBITDA multiples reflect EBITDA after the deduction of stock based compensation expense.
[1] Value does not include $160mm tax benefit due to sale.

**Confidential**                                69                            The  Group*

BLACKSTONE051355

**Project Spice**
**F.  Precedent Transactions Analysis**

## Precedent Transaction Analysis:
*Broadcasting Industry – In-Market TV Stations*

($ in millions)

| Date Annc'd | Acquiror | Target | Market | Adjusted TEV | Adj. TEV / Forward BCF Standalone | Pro Forma | Implied Synergies | % of Pro Forma BCF |
|---|---|---|---|---|---|---|---|---|
| * 07/06 | LIN.TV. | KASA (Raycom) | Albuquerque | 55.0 | 11.2x | 7.4x | $2.5 | 34% |
| 06/06 | Gannett | WATL (Tribune) | Atlanta | 180.0 | 12.0x | 9.0x | 5.0 | 28% |
| 04/06 | Sun Bdcst. | WTVK (ACME) | Ft. Myers | 45.0 | NM | — | — | — |
| 02/05 | LIN TV | WNDY – WWHO (Viacom) | Indianapolis / Columbus | 85.0 | 28.3x | 10.0x | 5.5 | 65% |
| 08/02 | Fox | WPWR (Newsweb) | Chicago | 425.0 | 21.3x | 15.0x | 8.3 | 29% |
| 02/02 | Viacom | KCAL (Young) | Los Angeles | 650.0 | 20.3x | 12.0x | 20.0 | 37% |
| | | | Max | | 28.3x | 15.0x | 20.0x | 65% |
| | | | Mean | | 17.5x | 10.8x | 7.1x | 36% |
| | | | Median | | 15.0x | 10.5x | 5.3x | 32% |
| | | | Min | | 11.2x | 7.4x | 2.5x | 21% |

* Indicates the most comparable transactions.
Source:  Company filings, news and Wall Street Equity research.
(1)   Multiple based on estimated LTM BCF.

**Confidential**

70



The Blackstone Group®

BLACKSTONE051356

**Precedent Transaction Analysis:**
*Broadcasting Industry – TV Stations*

($ in millions)

| Date Annc'd | Acquiror | Target | Adjusted TEV | Purchase Price as Multiple of Forward BCF |
|---|---|---|---|---|
| * 03/07 | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| * 02/07 | Cerberus Capital | CBS (Austin, Salt Lake City, Providence, W. Palm Beach) | 185.0 | 15.0x |
| ▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| 11/07 | DiamondCastle | Bluestone Television | 230.0 | 13.0x |
| ▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| 08/06 | New Vision Group | Media General ( Birmingham, AL and Mason City, IA) | 35.0 | NA |
| ▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| 05/06 | CP Media | Pegasus | 55.5 | NM |
| ▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| 03/06 | Barrington Broadcasting Corp | Raycom Media | 262.0 | 11.5x |
| 08/05 | ▓▓▓ Broadcast ▓▓▓ | KPTH - Portland, KFONE - Hawaii, KSNW - Wichita, and KSNT-Topeka (Emmis) | ▓▓▓ | ▓▓▓ |
| 08/05 | Raycom Media, Inc. | Liberty | 987.0 | 12.3x |
| ▓▓▓▓ | ▓▓▓▓▓▓▓ | WSAZ - Charleston (Emmis) | 180.0 | ▓▓▓ |
| 08/05 | Journal Communications | WFTX - Ft. Myers, KMTV - Omaha, and KGUN - Tucson (Emmis) | 235.0 | 14.6x |
| 08/05 | LIN TV | KRGE - Albuquerque, WALA - Mobile, WLUK - Green Bay, WTHI - Terre Haute (Emmis) | 260.0 | ▓▓▓ |
| 09/03 | Nexstar | Quorum | 272.0 | 15.0x |
| ▓▓▓▓ | ▓▓▓▓▓▓▓ | KPTH - St. Louis, WBAY - Portland ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 04/02 | Gray | Benedek | 500.0 | 10.8x |
| ▓▓▓▓ | ▓▓▓▓▓▓▓ | KNTV - San Jose (Granite) | 230.0 | ▓▓▓ |
| 10/01 | Clear Channel | Ackerley | 776.4 | 12.6x |

| | | | Mean | 13.5x |
| | | | Median | 13.5x |

* Indicates the most comparable transactions.
Source: Company filings, news and Wall Street Equity research.
(1)    Represents multiple of forward EBITDA.

**Confidential**

The Blackstone Group*

BLACKSTONE051357

# Blackstone

G

BLACKSTONE051358



G.  Weighted Average Cost of Capital Analysis

Confidential

BLACKSTONE051359

Project Suite
G:    Weighted Average Cost of Capital
Analysis

## WACC Analysis:
*Newspaper Industry*

($ in millions)

| | Bloomberg Beta | Debt & Preferred | Market Value of Equity | Debt / Equity | Debt / Total Cap | Unlevered Beta |
|---|---|---|---|---|---|---|
| Gannett | 0.67 | $5,115.8 | $14,028.4 | 36.5% | 26.7% | 0.71 |
| Tribune (2) | | 4,771.1 | | | | 0.73 |
| EW Scripps | 0.67 | 801.2 | 5,800.4 | 13.8% | 12.1% | 0.62 |
| Washington Post | | | | | | |
| New York Times | 0.91 | 722.6 | 3,572.0 | 20.2% | 16.8% | 0.81 |
| Dow Jones | 0.67 | | | | | 0.58 |
| Belo | 0.67 | 1,230.9 | 2,074.3 | 59.3% | 37.2% | 0.63 |
| Lee Enterprises | | | | | | |
| McClatchy | 0.55 | 2,746.2 | 2,390.4 | 114.9% | 53.5% | 0.32 |
| Media General | | | | | | |
| Journal Register | 0.82 | 699.7 | 229.7 | 300.2% | 75.0% | 0.29 |
| Journal Communications | | | | | | |
| | | | | | | |
| Mean | | | | 55.1% | 30.5% | 0.61 |
| Median | | | | 47.6% | 31.8% | 0.63 |

| | Debt / Total Cap | Debt / Equity | Equity / Total Cap | Unlevered Beta | Levered Beta | Cost of Equity | WACC |
|---|---|---|---|---|---|---|---|
| Industry Average | 31.2% | 45.4% | 68.8% | 0.61 | 0.78 | 8.8% | 7.84% |
| | 10.0% | 11.1% | 90.0% | 0.61 | 0.65 | 8.1% | 7.86% |
| | 20.0% | 25.0% | 80.0% | 0.61 | 0.70 | 8.4% | 7.86% |
| | 30.0% | 42.9% | 70.0% | 0.61 | 0.77 | 8.8% | 7.84% |
| | 40.0% | 66.7% | 60.0% | 0.61 | 0.86 | 9.3% | 7.83% |

| Assumptions | |
|---|---|
| Tax Rate | 37.5% |
| Risk-Free Rate (1) | 4.9% |
| Market Risk Premium (2) | 5.5% |
| Average Unlevered Beta | 0.61 |
| Illustrative Pre-Tax Cost of Debt | 9.0% |
| After-Tax Cost of Debt | |

(1)   US 20-year Treasury Bill yield as of 3/12/07.
(2)   2006 Ibbotson Report using the geometric mean.

**Confidential**

73

The  Group*

BLACKSTONE051360



**WACC Analysis:**
*Broadcasting Industry*

*($ in millions)*

| | Bloomberg Beta | Debt & Preferred | Market Value of Equity | Debt / Equity | Debt / Total Cap | Unlevered Beta |
|---|---|---|---|---|---|---|
| Hearst-Argyle Television Inc. | 0.65 | 1,001.2 | 2,442.7 | 41.0% | 29.1% | 0.52 |
| Nexstar Broadcasting Group Inc. | 0.25 | 683.5 | 317.8 | 215.0% | 68.3% | 0.11 |
| Young Broadcasting Inc. | 0.76 | 831.9 | 91.8 | 906.6% | 90.1% | 0.11 |
| Mean | | | | 225.1% | 53.8% | 0.43 |
| Median | | | | 105.4% | 51.3% | 0.46 |
| Mean Excl. Young Broadcasting | | | | 127.4% | 52.4% | 0.42 |
| Median Excl. Young Broadcasting | | | | 105.4% | 51.3% | 0.48 |

| | Debt / Total Cap | Debt / Equity | Equity / Total Cap | Unlevered Beta | Levered Beta | Cost of Equity | WACC |
|---|---|---|---|---|---|---|---|
| Industry Average Excl. Young Broadcasting | 50.8% | 103.2% | 49.2% | 0.43 | 0.71 | 8.7% | 7.14% |
| | 10.0% | 11.1% | 90.0% | 0.43 | 0.46 | 7.3% | 7.17% |
| | 20.0% | 25.0% | 80.0% | 0.43 | 0.50 | 7.5% | 7.16% |
| | 30.0% | 42.9% | 70.0% | 0.43 | 0.55 | 7.8% | 7.15% |
| | 40.0% | 66.7% | 60.0% | 0.43 | 0.61 | 8.2% | 7.14% |

| Assumptions | |
|---|---|
| Tax Rate | 37.5% |
| Market Risk Premium [2] | 5.5% |
| Indicative Pre-Tax Cost of Debt | 9.0% |

[1]  US 20-year Treasury Bill yield as of 3/12/07.
[2]  2006 Ibbotson Report using the geometric mean.

**Confidential**

74

The Blackstone Group®

BLACKSTONE051361

Project Saint
G. Weighted Average Cost of Capital
Analysis

**Wall Street WACC Summary**

Research analysts generally use a weighted average cost of capital of 9%-10% when valuing Tribune using a discounted cash flow methodology.

| Firm | Weighted Average Cost of Capital |
|---|---|
| Citigroup | 10.0% |
| Morgan Stanley | |
| Lehman Brothers | 10.0% |
| Goldman Sachs | |
| Deutsche Bank | 8.1% |
| Mean | 9.4% |
| *Standard Deviation* | 0.8% |

The Blackstone Group*

BLACKSTONE051362

# Blackstone

H

BLACKSTONE051363

**Supplemental Discounted Cash Flow Analyses**

Confidential

BLACKSTONE051364