**Project Spice**
**H. Supplemental Discounted Cash Flow Analyses**

## Discounted Cash Flow Analysis
*Management Case Estimates – 2007 Budget with Management Publishing and B&E Revenue Growth Rates*

| ($ in millions) | 2007E | 2008E | 2009E | 2010E | 2011E | '07-'11 CAGR |
|---|---|---|---|---|---|---|
| **Free Cash Flow Calculation** | | | | | | |
| Revenue | $5,144 | $5,237 | $5,269 | $5,336 | $5,366 | 1.1% |
| EBITDA PLSSB9 (Excl. Equity (Subsidiary) & CCNI) | | | | | | |
| Plus: Non-Cash Pension (FAS 87) Expense / (Income) | 20 | 3 | (8) | (18) | (28) | |
| Less: CapEx | | | | | | |
| Less: Acquisitions and Investments | (100) | (225) | (100) | (100) | (100) | |
| Less: Net Increase in Working Capital | | | | | | |
| Less: Taxes | (378) | (403) | (410) | (420) | (418) | |
| Plus: Proceeds from Asset Sales | | | | | | |
| **Free Cash Flow** | **$627** | **$497** | **$684** | **$692** | **$688** | **2.4%** |

| WACC | | EBITDA Multiple[1] | 8.9x | Total Enterprise Value | $11,033 |
|---|---|---|---|---|---|
| | | | | Plus: Equity Investments[2] | 1,895 |
| PV of FCF | | 2011 Terminal Value | | Less: 07 Net Debt[3] | (4,774) |
| | | PV of Terminal Value | $8,894 | Plus: Tax Settlement[4] | 300 |
| | | Implied Perpetuity Growth | 2.2% | Equity Value | $8,454 |
| | | | | Equity Value Per Share[5] | $34.33 |

**Implied Equity Value Per Share[4]**

| | | Weighted Average Cost of Capital | | | | |
|---|---|---|---|---|---|---|
| | | 7.0% | 7.5% | 8.0% | 8.5% | 9.0% |
| | 7.0x | $27.79 | $27.18 | $26.55 | $25.95 | $25.37 |
| 2010 Exit | 7.5x | | | | | |
| EBITDA | 8.0x | 31.99 | 31.29 | 30.60 | 29.93 | 29.27 |
| Multiple | 8.5x | | | | | |
| | 9.0x | 36.19 | 35.41 | 34.65 | 33.90 | 33.17 |

**Implied Perpetuity Growth Rate[4]**

| | | Weighted Average Cost of Capital | | | | |
|---|---|---|---|---|---|---|
| | | 7.0% | 7.5% | 8.0% | 8.5% | 9.0% |
| | 7.0x | (0.3%) | 0.2% | 0.7% | 1.1% | 1.6% |
| 2010 Exit | 7.5x | | | | | |
| EBITDA | 8.0x | 0.6% | 1.1% | 1.5% | 2.0% | 2.5% |
| Multiple | 8.5x | | | | | |
| | 9.0x | 1.3% | 1.7% | 2.2% | 2.7% | 3.2% |

[1] Weighted multiple using average of most comparable companies 2006 post-stock-based compensation EBITDA multiples for Publishing and B&E, respectively.
[2] Consists of ShopLocal and Topix.net values implied from MNI transaction; internal Tribune estimates for CV, CN, Legacy and TMCT; and public market valuations for TWX shares (ex-PHONES) and AdStar as of 5/18/07; FN and CB valuation as per Tribune and research guidance; Cubs and SN values after-tax as per third-party bids received.
[3] Includes PHONES at $612 million per Tribune guidance. Proceeds from asset sales (Hoy and SCNI) included within free cash flow (2007E).
[4] Assumes midpoint of Blackstone estimated range for Bender tax settlement of $0 - $600mm. See Appendix for detail.
[5] Assumes fully-diluted share count of 246.2mm.

BLACKSTONE051365

**Project Spice**
**II. Supplemental Discounted Cash Flow Analyses**

## Discounted Cash Flow Analysis
*Sensitivity Case Estimates – 2007 Budget with -2% Publishing and Management B&E Revenue Growth Rates*

| ($ in millions) | 2007E | 2008E | 2009E | 2010E | 2011E | '07 - '11 CAGR |
|---|---|---|---|---|---|---|
| **Free Cash Flow Calculation** | | | | | | |
| Revenue | $5,144 | $5,135 | $5,062 | $5,027 | $4,956 | (0.9%) |
| EBITDA (Post-SBC Expense, incl. Equity Inc.) | | | | | | (0.4%) |
| Plus: Non-Cash Pension (FAS 87) Expense / (Income) | 20 | 3 | (8) | (18) | (26) | |
| Less: CapEx | | | | | | |
| Less: Acquisitions and Investments | (100) | (212) | (73) | (60) | (60) | |
| Less: Net Increase in Working Capital | | | | | | |
| Less: Taxes | (378) | (387) | (384) | (382) | (369) | |
| Plus: Proceeds from Asset Sales | | | | | | |
| Free Cash Flow | $627 | $492 | $670 | $673 | $651 | 1.0% |

| | | | |
|---|---|---|---|
| WACC | | 2011 EBITDA | | Total Enterprise Value | $10,151 |
| | EBITDA Multiple[1] | 8.9x | Plus: Equity Investments[2] | 1,895 |
| PV of FCF | $2,109 | PV of Terminal Value | $8,043 | Less: Proceeds from PHONES[3] | |
| | | | Plus: Tax Settlement[4] | 300 |
| | | Implied Perpetuity Growth | | Equity Value | $7,572 |
| | | | Equity Value Per Share[5] | $30.75 |

**Implied Equity Value Per Share[4]**

| | | Weighted Average Cost of Capital | | | | |
|---|---|---|---|---|---|---|
| | | 7.0% | 7.5% | 8.0% | 8.5% | 9.0% |
| 2010 Exit EBITDA Multiple | 7.0x | $24.85 | $24.27 | $23.72 | $23.17 | $22.63 |
| | 7.5x | | | | | |
| | 8.0x | 28.65 | 28.00 | 27.38 | 26.76 | 26.16 |
| | 8.5x | | | | | |
| | 9.0x | 32.45 | 31.73 | 31.04 | 30.36 | 29.69 |

**Implied Perpetuity Growth Rate[4]**

| | | Weighted Average Cost of Capital | | | | |
|---|---|---|---|---|---|---|
| | | 7.0% | 7.5% | 8.0% | 8.5% | 9.0% |
| 2010 Exit EBITDA Multiple | 7.0x | (0.8%) | (0.3%) | 0.2% | 0.6% | 1.1% |
| | 7.5x | | | | | |
| | 8.0x | 0.1% | 0.6% | 1.1% | 1.5% | 2.0% |
| | 8.5x | | | | | |
| | 9.0x | 0.9% | 1.3% | 1.8% | 2.3% | 2.7% |

[1] Weighted multiple using average of most comparable companies 2006 post-stock-based compensation EBITDA multiples for Publishing and B&E, respectively.
[2] Consists of ShopLocal and Topix.net values implied from MNI transaction; internal Tribune estimates for CV, CN, Legacy and TMCT; and public market valuations for TWX shares (ex-PHONES) and AdStar as of 5/18/07; FN and CB valuation as per Tribune and research guidance; Cubs and SN values after-tax as per third-party bids received.
[3] Includes PHONES at $612 million per Tribune guidance. Proceeds from asset sales (Hoy and SCNI) included within free cash flow (2007E).
[4] Assumes midpoint of Blackstone estimated range for Bender tax settlement of $0 - $600mm. See Appendix for detail.
[5] Assumes fully-diluted share count of 246.2mm.

BLACKSTONE051366

# Blackstone

BLACKSTONE051367



## I. History of Tribune Process

**Confidential**

BLACKSTONE051368

**History of Tribune Process**

**The Zell Proposal represents the culmination of a lengthy process that began in March 2006.**

- **Spring 2006**
    - March 30 – Following lower-than-expected February financial results, equity analyst downgrades and credit agency reviews, an article is published in the Wall Street Journal indicating that Tribune may be forced to sell assets as key shareholders, including the Chandlers and Ariel Capital Management, grow impatient with a stagnant market valuation
    - May 30 – Tribune announces plans to repurchase up to 75 million shares of common stock; 53 million shares of which are to be repurchased via a Dutch auction at a price of $28.00 to $32.50, with the remainder to be derived from open-market and negotiated transactions. Subsequently, Tribune will pursue at least $500 million in asset sales to fund the pay down of incremental debt
- **Summer 2006**
    - June 5 – Tribune announces the sale of WATL-TV, its Atlanta affiliate for $180 million
    - June 6 – Tribune's Board of Directors approves a Dutch tender offer process despite opposition from three Directors, all of whom are related to the Chandlers
    - June 14 – The Chandlers write a publicly-filed letter to the Tribune Board of Directors that opposes the share repurchase plan and instead suggests a break-up of the Company in order to maximize shareholder value
    - June 30 – The Dutch tender offer is completed at $32.50 per share with 45 million shares successfully tendered
    - July 12 – Tribune repurchases 10 million shares from the foundations at $32.50 per share. Subsequently, an additional 11.1 million shares are repurchased in the open market at a weighted average price of $29.94
    - July 13 – During the Q2'06 earnings call, CEO Dennis FitzSimons comments that Tribune may pursue additional asset sales to those previously contemplated in an ongoing effort to maximize shareholder value
    - July 29 – Certain investors, including Eli Broad, David Geffen and Ron Burkle, are reported to be interested in buying Tribune assets, particularly the Los Angeles Times
    - August 14 – Nelson Peltz's Trian fund discloses a 1.2% ownership stake in Tribune
    - September 14 – Tribune announces the sale of WLVI-TV, its Boston affiliate for $114 million

BLACKSTONE051369

**Project Suice**
**History of Tribune Process**

## History of Tribune Process (cont'd)

- **Fall 2006**
  - September 21 – In the wake of ongoing shareholder unrest, Tribune announces that it will explore strategic alternatives including a possible sale of the Company
  - October 27 – Tribune reportedly receives several preliminary bids from private equity-backed consortiums
  - November 9 – Eli Broad and Ron Burkle submit a joint bid to signal their initial indication of interest in acquiring all of Tribune
  - November 28 – Tribune announces that it will be extending the deadline for final bid submissions as part of its review process
  - December 13 – As an outright sale of Tribune begins to look less likely, the Chandlers express interest in teaming up with a partner to facilitate a potential transaction
  - December 14 – With respect to the TRB situation, MTF and Cantigny form independent Advisory Committees
- **Winter 2006 / 2007**
  - December 22 – Blackstone begins preliminary work with MTF and Cantigny foundations
  - January 4 – MTF publicly discloses the retention of Blackstone as a financial advisor with respect to the Tribune situation
  - January 5 – MTF writes a letter to Tribune indicating interest in a "sponsored split-off" transaction subject to further due diligence
  - January 9 – Blackstone and the foundations conduct due diligence meetings with Tribune management in Chicago
  - January 17 – Tribune receives three definitive proposals for all or part of the company: (i) a split-off of B&E and an LBO of Publishing assets sponsored by the Chandlers, (ii) a leveraged recapitalization sponsored by Eli Broad and Ron Burkle, and (iii) an acquisition of Broadcasting assets by The Carlyle Group
  - January 17 – MTF writes a letter to Tribune indicating a desire to continue reviewing strategic alternatives while also potentially advocating a separation of the Publishing and Broadcasting businesses via a pro-rata spin
  - January 29 – Blackstone presents a preliminary view of Tribune valuation to the foundations
  - February 2 – MTF writes a letter to Tribune advocating a "self-help" plan
  - February 9 – Based on initial year-end 2006 and January 2007 results, Tribune revises its 5 year forecast
  - February 12 – The press reports that Tribune is likely to pursue a "self-help" plan rather than a third-party transaction
  - February 20 – Tribune, the Chandlers and MTF agree on headline terms of a transaction in conjunction with Tribune "self-help" plan
  - February 23 – Tribune Board decides to review Zell proposal

BLACKSTONE051370



**History of Tribune Process (cont'd)**

- Winter 2006 / 2007 (cont'd)
    - March 23 – Sam Zell offers $33 per share for all of Tribune in conjunction with ESOP proposal
    - March 29 – Eli Broad and Ron Burkle offer $34 per share for all of Tribune
    - April 1 – Sam Zell offers $34 per share for all of Tribune in conjunction with ESOP proposal
    - April 1 – Tribune Board approval of Zell Proposal, followed by signing of merger and other ESOP agreements and ESOP establishment
    - April 2 – Zell Proposal announced
    - April 25 – Tribune filed Tender Offer Statement, commencing tender offer for 126.0 million shares at $34 per share
    - May 9 – Sam Zell elected to Tribune Board
    - May 15 – Tribune completes sale of Hoy New York, a Spanish-language daily newspaper
    - May 24 – Scheduled expiration of Tribune Tender Offer