DUFF &PHELPS

# Tribune Company

ESOP Analysis
Preliminary Draft

April 1, 2007

# TRIBUNE

CONFIDENTIAL

# TRIBUNE

# Engagement Overview

*   Duff & Phelps, LLC ("Duff & Phelps") has been retained as independent financial adviser to GreatBanc Trust Company, not in its individual or corporate capacity, but solely as Trustee (the "Trustee") of the Tribune Company Employee Stock Ownership Trust (the "ESOP") in connection with a proposed transaction in which the Trust will purchase shares of common stock of the Tribune Company (the "Company") for $250 million. The Trust will purchase the shares with the proceeds of a loan from the Company ("ESOP Loan"). The purchase of stock and borrowing are referred to herein as the "ESOP Purchase."

*   In particular, Duff & Phelps has been engaged to provide a written opinion ("Opinion") and supporting analysis to the Trustee as to whether (i) the consideration to be paid for the shares of the Company's common stock in the ESOP Purchase is not greater than fair market value (as such term is used in determining "adequate consideration" under Section 3(18) of the Employee Income Retirement Security Act of 1974, as amended), (ii) each interest rate payable by the ESOP under any loan made to the ESOP in connection with the ESOP Purchase (collectively, the "ESOP Loan") is not in excess of a reasonable rate of interest, (iii) the terms of the ESOP Loan are at least as favorable to the ESOP as would be the terms of a comparable extension of credit resulting from arm's-length negotiations between independent parties; and (iv) the terms and conditions of the Proposed Transaction (herein after defined on page 3) are fair and reasonable to the ESOP from a financial point of view.

*   Duff & Phelps is engaged by and responsible to the Trustee in connection with the Proposed Transaction.

*   Duff & Phelps understands that the Opinion is intended solely for the information of the Trustee and no other party may rely on it.

DUFF&PHELPS

2

CONFIDENTIAL

D&P_TR076230

# TRIBUNE

## Description of the Proposed Transaction

As currently contemplated, the Company will enter into a number of simultaneous and consecutive transactions with the ESOP, EGI-TRB, L.L.C., and Company shareholders (collectively, the "Proposed Transaction").

1.  The Trustee will enter into the ESOP Purchase Agreement in which the Trust will purchase 8,928,571.4 newly issued unregistered common shares for $250,000,000 from the Company, or $28.00 per share. This purchase will be funded with the ESOP Loan. In conjunction with the ESOP Purchase, the Trustee will agree to the Merger, and to exchange its shares of common stock into common stock in the Merger Subsidiary (hereafter defined).

2.  Per the terms of the [Acquirer Purchase Agreement], EGI-TRB, L.L.C. (a Delaware limited liability company with Sam Zell, individually, as its sole member, (the "Acquirer")) will purchase from the Company an exchangeable note ("Exchangeable Note") with a face value of $212 million and [1,117,647] newly issued shares for $34.00 per share for an aggregate purchase price of $38 million (the Acquirer Purchase"). The total amount paid by EGI-TRB, L.L.C. for the two securities is $250 million. The Exchangeable Note pays interest of 5% per annum, payable in kind in additional notes, and is payable immediately prior to consummation of the Merger (hereinafter defined). At the option of the Company, the Exchangeable Note is exchangeable for such number of shares of the Company's common stock equal to the unpaid principal amount of the Exchangeable Note (including accrued and unpaid interest) divided by the Merger Consideration of $34.00 per share, subject to certain anti-dilution adjustments.

3.  The Company will tender for up to [125.3] million shares of the Company's outstanding common stock at a purchase price of [$34.00] per share (the "Share Repurchase"). The Share Repurchase will be funded through new borrowings. Neither the Acquirer nor the ESOP will participate in the Share Repurchase.

4.  According to the Merger Agreement, the ESOP will acquire all of the Company's outstanding common stock pursuant to a merger of a newly formed Delaware corporation that is wholly owned by the ESOP (the "Merger Subsidiary") with and into the Company (the "Merger"). The Company will be the surviving entity following consummation of the Merger. Specifically, the Company, the ESOP and the Merger Subsidiary will enter into an agreement and plan of merger (the "Merger Agreement"), which will provide, among other things, that each holder of the Company's outstanding common stock (including vested options, restricted stock and other equity equivalents under the Company's equity incentive plans but excluding treasury shares and shares held by the ESOP) will receive an amount equal to $34.00 per share (the "Merger Consideration") until December 31, 2007. After January 1, 2008, Merger Consideration will increase at an 8% annual rate to the day of close, accruing daily.

DUFF&PHELPS

# TRIBUNE

## Description of the Proposed Transaction

5.  The Merger Agreement will be approved by the boards of directors of the Company and the Merger Subsidiary, and the Trustee on behalf of the ESOP. The Merger Agreement will be submitted for the requisite approval by the stockholders of the Company.

6.  [Concurrent with the execution and delivery of the Merger Agreement, each of the Robert R. McCormick Tribune Foundation, the Cantigny Foundation and the Chandler Trusts (and any affiliated stockholders, as appropriate) will enter into a voting agreement pursuant to which the Robert R. McCormick Tribune Foundation, the Cantigny Foundation and the Chandler Trusts (and any affiliated stockholders, as appropriate) will agree to, among other things, vote in favor of the Merger Agreement and the Merger and take other actions generally designed to ensure approval of the Merger Agreement and the Merger (collectively, the "Voting Agreements").]

7.  Immediately following the consummation of the Merger, per the terms of the [Acquirer Purchase Agreement], the Company will sell a note (the "Subordinated Note") and a warrant (the "Warrant") to EGI-TRB, L.L.C. The Subordinated Note bears an interest rate of 4.72% compounded quarterly, has a term of eleven years, and interest is payable in kind, in additional notes, unless allowed by lenders to the Company. Principal payments of $250,000 per quarter are due if allowed by Company lenders. The Warrant is exercisable until 2027 for [    ] shares, equivalent to [40%] of the Company's fully diluted stock at the closing of the Merger.

8.  Certain members of management will receive phantom stock representing 3% of the Company's fully diluted shares in lieu of a $37 million bonus on consummation of the Proposed Transaction.

9.  The Company will establish a new management incentive plan which will replace existing plans. Per the terms of the new management incentive plan, management will be entitled to receive up to 5% of the fully diluted equity of Company. Phantom shares vest in equal amounts over the initial three years after the closing of the Proposed Transaction.

*   The charts on the following pages summarize the Proposed Transaction.

4

## DUFF&PHELPS

CONFIDENTIAL

# Description of the Proposed Transaction

**TRIBUNE**

DUFF&PHELPS

## ESOP Purchase and Acquirer Purchase



ESOP Loan for $250 MM

8.9 Million Shares of Common Stock

$250 MM Cash

Exchangeable Note and 1,117.65 shares of Common Stock

## Share Repurchase (Tender)



New $7.0 billion Facility

$7.0 billion Cash

$4.3 billion or $34.00 per share

126.3 Shares of Common Stock

$2.8 billion Cash

$2.8 billion Existing Debt

5

CONFIDENTIAL

D&P_TR076233

# TRIBUNE

## Description of the Proposed Transaction

### Sources and Uses for Share Repurchase and Acquirer Purchase

| Tribune Company LBO - USD Bond | |
| --- | --- |
| Sources and Uses - Share Repurchase | |
| ($ in Millions, Except Per Share Value) | |

| | |
| --- | --- |
| Shares Repurchased | 125.31 |
| Repurchase Price Per Share | $ 34.00 |
| Total Value of Share Repurchase | $ 4,261 |
| Remaining Shares Outstanding | 126.80 |

| Uses: | | | Sources: | | Capital |
| --- | --- | --- | --- | --- | --- |
| Purchase Price - Common | $ 4,261 | | New Term Loan B | $ 7,025 | 72.6% |
| Transaction Expenses | 153 | | Zell Investment | 225 | 2.3% |
| Refinance LTD | 2,837 | | | | |
| | | | Total Sources | 7,250 | 75.0% |
| Total Uses | 7,250 | | | | |
| | | | Non-Refinanced Debt | | |
| Non-Refinanced Debt | | | Phones | 900 | 9.3% |
| Phones | 900 | | Existing Fixed | 1,521 | 15.7% |
| Existing Fixed | 1,521 | | | | |
| | | | Total Capital | $ 9,671 | 100.0% |
| Total Capital | $ 9,671 | | | | |

6

## DUFF & PHELPS

CONFIDENTIAL

D&P_TR076234

# TRIBUNE

## Description of the Proposed Transaction

**Merger**



CONFIDENTIAL

# Description of the Proposed Transaction

## Merger

**TRIBUNE**

**DUFF&PHELPS**

Tribune Company - BuyESOP Final
Sources and Uses ($ in Millions)
Assumes Close of 12/31/07

| Remaining Shares Outstanding | 126.80 |
| --- | --- |
| Purchase Price Per Share | $ 34.00 |
| Total Value of Purchase | $ 4,311 |

### Uses

| | |
| --- | --- |
| Purchase Equity | $ 4,311 |
| Less: Options Proceeds | (217) |
| Purchase Price - Common | 4,094 |
| Transaction Expenses | 104 |
| Total Purchase Price | $ 4,198 |
| Refinance LTD | - |
| Medium Term Notes | 141 |
| Change of Control Payments | - |
| Excess Cash for W.C. | - |
| Total Uses | 4,339 |
| Non-Refinanced Debt | |
| Existing Term B | 6,712 |
| Existing Medium Term Notes | 263 |
| Phones | 900 |
| Existing Fixed | 1,244 |
| Total Capital | $ 13,458 |

### Sources

| | | % of Capital | Initial Cash Coupon | Cum. Mult. 2007 EBITDA | Cum. Mult. 2008 EBITDA |
| --- | --- | --- | --- | --- | --- |
| Excess Cash in Company | $ - | 0.0% | | | |
| Revolver | - | 0.0% | | (0.1x) | (0.1x) |
| EGI-TRB, LLC Incremental Investm | 90 | 0.7% | 4.8% | (0.1x) | (0.1x) |
| Term B | 2,140 | 15.9% | 7.1% | 1.6x | 1.4x |
| Medium Term Notes | - | 0.0% | | 1.6x | 1.4x |
| New Senior Notes | 2,100 | 15.6% | 10.0% | 3.3x | 2.9x |
| Common | - | 0.0% | | 3.3x | 2.9x |
| Total Sources | $4,330 | 32.2% | | | |
| Non-Refinanced Debt | | | | | |
| Existing Term B | 6,712 | 49.9% | 7.1% | 8.6x | 7.6x |
| Existing Medium Term Notes | 263 | 2.0% | 8.3% | 8.8x | 7.7x |
| Phones | 900 | 6.7% | 2.8% | 9.5x | 8.4x |
| Existing Fixed | 1,244 | 9.3% | 7.4% | 10.5x | 9.2x |
| Total Capital | $ 13,448 | 100.0% | | | |

Note: Source and uses has not been finalized, as such as currently presented sources do not balance

8

CONFIDENTIAL

# Description of the Proposed Transaction

TRIBUNE

## Transaction Capitalization

| | Projected 3/31/2007 | Recap Adjustments | Pro Forma 3/31/2007 | Projected 12/31/2007 | Acquisition Adjustments | Pro Forma 12/31/2007 | Sale of Cubs/Comcast | Pro Forma 12/31/2007 |
|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | $185 | $0 | $185 | $175 | $0 | $175 | | $175 |
| Revolving Credit Facility | - | - | - | - | - | - | - | - |
| New Term Loan B | - | 7,025 | 7,025 | 6,712 | 2,140 | 8,852 | (602) | 8,250 |
| New 2nd Lien Term Loan | - | - | - | - | - | - | - | - |
| New Senior Notes | - | - | - | - | 2,100 | 2,100 | | 2,100 |
| Guaranteed Debt | - | 7,025 | 7,025 | 6,712 | | 10,952 | | 10,350 |
| Commercial Paper | 97 | (97) | - | - | - | - | | - |
| Term Loan A | 1,500 | (1,500) | - | - | - | - | | - |
| Bridge Loan | 1,240 | (1,240) | - | - | - | - | | - |
| Medium Term Notes | 263 | - | 263 | 263 | - | 263 | | 263 |
| $148.2 million 7.25% debentures due 3/1/13 | 80 | - | 80 | 80 | - | 80 | | 80 |
| $88.75 million 7.5% debentures due 7/1/23 | 95 | - | 95 | 95 | - | 95 | | 95 |
| $250 million 6.61% debentures due 9/15/27 | 83 | - | 83 | 83 | - | 83 | | 83 |
| $148 million 7.22% debentures due 11/15/96 | 130 | - | 130 | 130 | - | 130 | | 130 |
| $450 million 4.875% note due 8/15/10 | 449 | - | 449 | 450 | - | 450 | | 450 |
| $330 million 5.25% note due 8/15/15 | 329 | - | 329 | 329 | - | 329 | | 329 |
| Capitalized Real Estate Obligation | 51 | - | 51 | 36 | - | 36 | | 36 |
| Swaps and Other Obligations | 42 | - | 42 | 43 | - | 43 | | 43 |
| Senior Debt | 4,357 | - | 8,546 | 8,218 | - | 12,458 | | 11,857 |
| Zell PIK Notes | - | - | - | - | - | - | | - |
| PHONES | 900 | - | 900 | 900 | - | 900 | | 900 |
| Total Debt | $5,257 | $0 | $9,446 | $9,118 | $0 | $13,358 | | $12,757 |

DUFF & PHELPS

CONFIDENTIAL

D&P_TR076237

# TRIBUNE

# Description of the Proposed Transaction

## Ownership

**Tribune Company - 1143 - ESOP Buyout**
Projected Equity Ownership After Merger

| | Equity Bought At Closing | Management Comp Plan | Fully Diluted Equity |
|---|---|---|---|
| Percent Attributable to EGI-TRB, LLC ............... | 42.1% | 0.0% | 40.0% |
| Percent Attributable to ESOP ............................ | 54.7% | 0.0% | 52.0% |
| Percent Attributable to Management ................... | 3.2% | 0.0% | 3.0% |
| Percent Attributable to Management Incentive ..... | 0.0% | 5.0% | 5.0% |
| Total Equity ...................................................... | 100.0% | 5.0% | 100.0% |

DUFF&PHELPS

10

CONFIDENTIAL

# TRIBUNE

## Scope of Analysis

Duff & Phelps undertook a number of investigations, analyses and due diligence efforts that we deemed appropriate, including the following:

* Discussed with senior management the history, current operations, and probable future outlook of Tribune, Broadcasting and Publishing, and the operating and financing plans for Tribune, Broadcasting and Publishing, as well as the financial projections;

* Reviewed Company filings with Securities and Exchange Commission ("SEC"), including:
  - 10-K for the years ended on or about December 31, 2004 to 2006, including annual reports and audited financial statements;
  - 10-Q for the quarters ended on or about:
    - March 31 2006
    - June 30, 2006
    - September 30, 2006;
  - Miscellaneous additional Company filings;

* Reviewed presentations to the Committee of Independent Directors of Board of Directors of Tribune prepared by Merrill Lynch and Citigroup, dated:
  - October 31, 2006
  - November 17, 2006
  - November 27, 2006
  - December 12, 2006
  - January 12, 2007
  - January 20, 2007
  - January 27, 2007
  - February 3, 2007
  - February 12, 2007
  - February 24, 2007
  - March 21, 2007;

DUFF&PHELPS

11

CONFIDENTIAL

D&P_TR076239

# TRIBUNE

## Scope of Analysis – Continued

\* Reviewed presentations to the Committee of Independent Directors of Board of Directors of Tribune prepared by Morgan Stanley, dated:

   ∷ October 31, 2006
   ∷ January 12, 2007
   ∷ February 3, 2007
   ∷ February 12, 2007
   ∷ March 21, 2007;

\* Reviewed financial projections and models for the Company (and/or its separate businesses) for the years ending on or about December 31, 2007 to 2011, prepared by management as presented by Citigroup in financial models, dated:

   ∷ February 20, 2007
   ∷ February 22, 2007
   ∷ March 9, 2007
   ∷ March 13, 2007
   ∷ March 20, 2007
   ∷ March 23, 2007
   ∷ March 31, 2007;

\* Reviewed the financial models created by Equity Group, Inc, dated:

   ∷ February 16, 2007
   ∷ February 22, 2007;

\* Reviewed the presentation to Tribune Board of Directors prepared by The Boston Consulting Group, dated October 1, 2005;

\* Reviewed the presentation by The Boston Consulting Group dated October 18th and 19th, 2005 on Capital Markets, Interactive Business Overview, and Strategy Perspective.

DUFF&PHELPS

CONFIDENTIAL

12

CONFIDENTIAL

TRIBUNE

## Scope of Analysis – Continued

* Reviewed various securities analyst reports regarding the Company, including but not limited to those by:

  - A.G. Edwards

  - Bear Stearns

  - Credit Suisse

  - Deutsche Bank

  - Lehman Brothers

  - Prudential

  - Wachovia;

* Reviewed Audit Bureau of Circulations reports for the Chicago Tribune for the past two years, and the Los Angeles Times over the past four years;

* Reviewed the Audit Bureau of Circulations' *Top 200 Newspapers by Largest Reported Circulation*;

* Reviewed newspaper articles from various print and interactive publications with regard to the Tribune, selected public companies, and industry related topics;

* Reviewed other information contained in the Company's data room including, but not limited to:

  - 2007 Operating Plan for Tribune Publishing, Broadcasting, and consolidated

  - Financial statements for CareerBuilder, LLC and Classified Ventures, LLC for the years ended December 31, 2004-2006

  - Tribune Company Significant Litigation Summary dated October 21, 2006

  - Eagle New Media Investments, LLC & Eagle Publishing Investment, LLC ownership summary

  - PHONES overview and summary

  - Tribune Company Equity Income breakdown for years 2003 through 2010

  - Retiree Medical Plans and coverage information, Non-qualified pension plans, and Human resources Presentation dated November 2006;

DUFF&PHELPS

13

CONFIDENTIAL

D&P_TR076241



# TRIBUNE

## Scope of Analysis – Continued

* Reviewed the Tribune Rating Agency Presentation dated March 2007;

* Received information from certain officers of Tribune who have responsibility for legal affairs of Tribune to the effect that, to the best of their knowledge, there is no litigation to which Tribune is currently a party nor any claims or causes of action that are probable of legal assertion against Tribune and that would be reasonably likely to have a material adverse effect on the assets, financial condition, business or prospects of Tribune on a consolidated basis;

* Reviewed Standard & Poor's Industry Survey on Publishing dated September 7, 2006;

* Reviewed Morgan Stanley's *The Publishing Handbook: January 2007*;

* Reviewed information on public companies in the Company's industry including, but not limited to:

  – Securities analyst reports

  ∷ News stories

  – SEC filings

  ∷ Publicly available management presentations

* Analyzed publicly available information on transactions in the Company's industries;

* Reviewed certain other relevant, publicly available information, including economic, industry, and investment information; and

* Such other documents, investment and financial studies, and analyses deemed appropriate by Duff & Phelps.

DUFF&PHELPS

14

CONFIDENTIAL

D&P_TR076242

# TRIBUNE

## Review of Transaction Documents

* Reviewed drafts of documents related to the Proposed Transaction, including:

  ... ESOP Purchase Agreement by and between Tribune Company and GreatBanc Trust Company, as trustee of the Tribune Employee Stock Ownership Trust;

  ... ESOP Loan Agreement by and between Tribune Company and GreatBanc Trust Company, as trustee of the Tribune Employee Stock Ownership Trust;

  ... ESOP Pledge Agreement by and between Tribune Company and GreatBanc Trust Company, as trustee of the Tribune Employee Stock Ownership Trust;

  ... ESOP Note by GreatBanc Trust Company, as trustee of the Tribune Employee Stock Ownership Trust, to Tribune Company;

  ... Agreement and Plan of Merger by and among GreatBanc Trust Company, as trustee of the Tribune Employee Stock Ownership Trust, Tesop, Tribune Company, and EGI-TRB, L.L.C.;

  ... Voting and Proxy Agreement by and among each of [the Robert R. McCormick Tribune Foundation and the Cantigny Foundation], [Chandler Trust No. 1 and Chandler Trust No. 2];

  ... Securities Purchase Agreement by and between Tribune Company and EGI-TRB, LLC;

  ... Subordinated Exchange Promissory Note between Tribune Company and EGI-TRB, L.L.C.;

  ‒ Registration Rights Agreement between Tribune Company; EGI-TRB, L.L.C., and GreatBanc Trust Company, as trustee of the Tribune Employee Stock Ownership Plan;

  ... Investor Rights Agreement by and among Tribune Company, EGI-TRB, L.L.C., and GreatBanc Trust Company, solely as trustee of the Tribune Employee Stock Ownership Plan;

  ... Subordinated Promissory Note between Tribune Company and EGI-TRB, L.L.C.;

  ‒ Warrant to Purchase Shares of Common Stock in the Tribune Company;

  ‒ Certificate of Incorporation of Tesop; and

  ... Bylaws of Tesop

## DUFF&PHELPS

CONFIDENTIAL

CONFIDENTIAL

D&P_TR076243

# TRIBUNE

# Transaction Background

## Transaction Background

▪ On September 21, 2006, the Company announced it had formed a special committee to review strategic alternatives for the Company. The stock price for the Company closed on September 20, 2006 at $30.69 and had a thirty-day average of $31.12.

## Review of Historical Stock Trading



Tribune Co.

DUFF&PHELPS

CONFIDENTIAL

# TRIBUNE

## Transaction Background

### Relative Stock Performance

**Market Comparison through March 26, 2007**

| | Indexed Values | | | | | Percentage Change | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 3/26/2007 | 12/26/2006 | 9/26/2006 | 6/26/2006 | 3/26/2006 | 3 Month | 6 Month | 9 Month | 12 Month |
| Tribune Co. | 111.8 | 114.0 | 118.4 | 111.0 | 100.0 | (2.0%) | (5.6%) | 0.7% | 11.8% |
| Dow Jones Industrial | 110.8 | 110.3 | 103.7 | 98.2 | 100.0 | 0.5% | 6.9% | 12.9% | 10.8% |
| S&P 500 | 110.4 | 108.9 | 102.7 | 96.1 | 100.0 | 1.5% | 7.6% | 14.9% | 10.4% |
| Broadcasting Comps Index(1) | 137.9 | 112.2 | 95.5 | 93.3 | 100.0 | 22.9% | 44.4% | 47.8% | 37.9% |
| Publishing Comps Index(1) | 95.3 | 102.3 | 96.4 | 92.6 | 100.0 | (6.8%) | (1.2%) | 2.9% | (4.7%) |

*(1) Indices based upon performance of comparable companies*

Duff&Phelps

CONFIDENTIAL

CONFIDENTIAL

D&P_TR076245

# TRIBUNE

## Transaction Background

**Review of Strategic Alternatives**

**Latest Bids**

* The chart on the left was excerpted from the February 12, 2007 presentation to the Committee of Independent Directors of the Board of Directors of Tribune by Citigroup and Merrill Lynch. It summarizes the latest terms of the three proposals being considered by the committee.

**Self-Help**

* In addition to pursuing a potential sale of the Company, the committee reviewed a variety of actions the Company could undertake in order to return value to its shareholders.

* During the past week, Broad/Yucaipa have indicated interest in the ESOP structure. The price of their bid, which was viewed by the Company's board of directors as an invitation to negotiate, was $34.00 per share.

### Update on Potential Transactions (since 2/3/07)

**Third Party Proposals**

|  | Chandler Trusts | Broad / Yucaipa | Equity Group Investments (Zell) |
|---|---|---|---|
| **Latest Proposals** | ■ Sale of Publishing to Chandler Trusts/Sponsor ■ Includes TMCt, Cubs and Comcast SportsNet ■ Two-free spin-off of Broadcasting ■ $24.55 per share cash returned to non-Chandler shareholders | ■ Leveraged recapitalization of Whole Company with new equity investment by Broad/Yucaipa ■ $27 per share cash returned to shareholders ■ Maximum Broad / Yucaipa ownership capped at 39.9% ▪ Warrants for 15% | ■ $30 per share cash returned to shareholders ■ EGII and ESOP acquire 100% of Tribune common stock ■ Tribune Co. makes S-Corp. election |
| **Revisions to Proposals** | ■ $24 per share cash returned to non-Chandler shareholders ($18 per share post receipt of separate audited financial statements/ at least $6 per share upon transaction close) ■ All equity partners need additional due diligence to confirm values in proposal ■ Potential purchase price adjustment for declining OCF | ■ $23 per share cash returned to shareholders ■ No change to warrant package ■ CVR for proceeds of Chandler litigation ($3-4 per share) | ■ $33 per share cash returned to shareholders |

15

CONFIDENTIAL

18

DUFF&PHELPS

TRIBUNE

DUFF & PHELPS

# Transaction Premium

## Implied Premium for the Merger

| Announced | Target | Acquirer | Enterprise Value (1) | Acquisition Price Per Share | Equity Premium | | | | EV Premium | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1st* Indicated | 1 Month Prior | 1 Week Prior | 1 Day Prior | 1 Month Prior | 1 Week Prior | 1 Day Prior |
| 02/20/2007 | Tribune Co | ESOP and EGI-TRB, LLC | $12,507.7 | $32.00 | 4.3% | 3.4% | 6.5% | 6.9% | 2.1% | 3.9% | 4.1% |
| | | | $12,747.9 | $33.00 | 7.5% | 6.6% | 9.8% | 10.3% | 4.0% | 5.9% | 6.1% |
| | | | $12,988.1 | $34.00 | 10.8% | 9.9% | 13.1% | 13.6% | 6.0% | 7.9% | 8.1% |
| | | | $13,228.3 | $35.00 | 14.0% | 13.1% | 16.5% | 16.9% | 7.9% | 9.9% | 10.1% |

Analysis of Media Industry Transactions Announced Since 9/2005

| | | | | 18.2% | 18.2% | 12.5% | 12.8% | 19.8% | 0.9% | 10.9% |
| | | | | 17.2% | 23.0% | 12.0% | 14.0% | 19.7% | 14.4% | 13.3% |

* Offer premiums calculated from stock prices 1 day prior to first indication of strategic alternatives - 9/21/2006

(1) Enterprise Value is with capital structure as of December 31, 2006 and the listed stock price

CONFIDENTIAL

D&P_TR076247

# TRIBUNE

## Transaction Premiums

### Premiums Paid in the Media Industry for Announced Transactions in Public Companies

| Announced | Target | Acquiror | Enterprise Value | \*52-wk (Indexed) | Stock Premium 1 Month Prior | 3 Weeks Prior | 2 Weeks Prior | 1 Day Prior | Enterprise Value Premium 1 Month Prior | 2 Weeks Prior | 1 Week Prior | 1-Day Prior |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/20/2007 | Chelsea Marketing Corp. | ValueAct Capital Master Fund, L.P., ValueAct Capital, LLC | $1,572.6 | 32.1% | 15.3% | 12.4% | 14.8% | 14.4% | 11.7% | 13.3% |
| 02/19/2007 | XM Satellite Radio Holdings Inc. | Sirius Satellite Radio Inc. | 6,345.0 | 18.9 | 8.3 | 30.6 | 21.7 | 19.8 | 38.8 | 31.4 |
| 01/14/2007 | Armstrong Income Fund | Bell Aliant Regional Communications Income Fund | 119.3 | 15.6 | 18.2 | 16.1 | 15.6 | 13.9 | 12.4 | 12.0 |
| 01/10/2007 | Alliance Atlantis Communications Inc | CanWest Global Communications Corp, Goldman Sachs Group, Merchant Banking Division | 2,578.4 | 24.7 | 50.7 | 6.0 | -0.9 | 24.4 | 4.7 | -1.1 |
| 12/24/2006 | Cadmus Communications Corp | Cenveo Inc. | 438.9 | 18.1 | 51.8 | 24.2 | 18.1 | 26.3 | 15.8 | 12.0 |
| 11/16/2006 | Reader's Digest Association Inc | Consortium of Private Equity Groups | 2,736.6 | 9.6 | 24.5 | 11.6 | 9.6 | 19.7 | 7.6 | 6.3 |
| 11/16/2006 | Clear Channel Communications Inc. | Bain Capital LLC, Thomas H. Lee Partners, L.P. | 27,005.6 | 18.3 | 22.8 | 8.5 | 10.2 | 15.9 | 5.8 | 7.3 |
| 11/04/2006 | Moscow CableCom Corp. | Columbus Nova | 160.5 | 8.1 | 21.9 | 10.8 | 8.1 | 23.3 | 3.5 | 1.3 |
| 10/31/2006 | Banta Corp. | R.R.Donnelley & Sons Co. | 1,179.5 | 25.8 | 15.5 | 22.7 | 25.8 | 11.3 | 14.3 | 18.4 |
| 10/09/2006 | Cablevision Systems Corp. | Charles F. and James L. Dolan | 20,831.1 | 12.6 | 14.8 | 18.9 | 12.8 | 27.6 | 18.9 | 8.9 |
| 07/24/2006 | Chris Ltd. | CTVglobemedia Inc. | 1,642.6 | 12.6 | 79.2 | 12.3 | 12.3 | 47.3 | 3.3 | 3.1 |
| 07/26/2006 | ADVO Inc. | Valassis Communications Inc. | 1,147.5 | 53.8 | 44.0 | 54.8 | 53.8 | 28.0 | 37.5 | 35.0 |
| 06/26/2006 | Univision Communications Inc. | Consortium of Private Equity Groups | 13,535.9 | 18.7 | 0.4 | 1.5 | 10.0 | 9.2 | 10.2 | 18.3 |
| 03/20/2006 | Outlook Group Corp. | Mjkraner Partners | 55.3 | 18.2 | 28.6 | 22.2 | 18.2 | 36.9 | 30.8 | 27.0 |
| 03/19/2006 | Knight-Ridder Inc. | McClatchy Co. | 6,680.4 | 15.9 | 5.8 | 7.8 | 3.5 | 0.2 | 1.6 | 3.5 |
| 02/20/2006 | Thomas Nelson Inc. | InterMedia Advisors LLP | 459.1 | 21.0 | 11.7 | 24.6 | 21.0 | 22.2 | 33.7 | 30.4 |
| 01/14/2006 | The Nielsen Company | Consortium of Private Equity Groups | 8,924.6 | 5.1 | -0.4 | 0.0 | 0.9 | 0.2 | -1.2 | 1.3 |
| 10/03/2005 | Dex Media Inc. | R.H Donnelley Corp. | 9,535.5 | -2.2 | 9.0 | 0.0 | -0.6 | 2.4 | 0.6 | -1.6 |
| 09/22/2005 | FUN Technologies, Inc. | Liberty Media Corp. | 172.5 | 27.5 | 33.8 | 35.4 | 27.5 | 31.6 | 33.1 | 25.9 |
| | | Mean | | 18.5% | 23.0% | 17.3% | 12.8% | 19.9% | 16.6% | 12.6% |
| | | Median | | 18.3% | 21.0% | 14.0% | 12.3% | 19.3% | 13.4% | 13.3% |

\* Offer premiums calculated from stock prices 1 day prior to last indication of strategic alternatives

## DUFF&PHELPS

CONFIDENTIAL

# TRIBUNE

# ESOP Purchase

## Discount to Current Trading Price

* In the Proposed Transaction the ESOP is purchasing 8,928,571 shares of unregistered common stock of the Company. This block would represent approximately 3.6% of the shares outstanding immediately post-purchase and 7.3% of the shares outstanding after the Company repurchases 128.5 million shares.

| | Total Shares Outstanding | Shares Owned by ESOP | Percent of Shares |
|---|---|---|---|
| Shares Outstanding Prior to Purchase | 243,469 | 8,929 | 3.7% |
| Shares Outstanding Post Purchase | 252,397 | 8,929 | 3.5% |
| Shares Outstanding Post Buyback | 123,861 | 8,929 | 7.2% |

Shares issued to EGI-TRB, LLC and through option exercises are not included in this table.

* The shares being purchased are unregistered, have registration rights, and represent a large block of stock. The fair market value of the shares would be discounted to current trading values because they would need to be registered prior to being sold and would be sold in smaller quantities in order to prevent a market disruption. The proposed purchase price represents a discount to the latest closing price of 12.8% and a discount to seven day average of 10.8%. D&P estimated the cost to eliminate the risk that the value of the investment would decline below its current market value by analyzing the trading volume, the time it would take to sell the block of stock, and the cost of put options to provide downside protection. This analysis indicates that a discount to current trading value of 8% would be reasonable.

| | Closing Price | Volume | Proposed Price | Discount to Closing |
|---|---|---|---|---|
| Close on 3/20/07 | $32.11 | 2,887,200 | $28.00 | (12.8%) |
| 7-Day Average | $31.40 | 2,613,353 | $28.00 | (10.8%) |
| 20-Day Average | $30.22 | 1,926,703 | $28.00 | (7.4%) |
| 60-Day Average | $30.45 | 1,538,673 | $28.00 | (8.0%) |

* In addition, the discount to the market provides protection to the ESOP in the event the Merger doesn't occur and the price of the Company's shares decline.

DUFF&PHELPS

CONFIDENTIAL

# TRIBUNE

DUFF&PHELPS

## Valuation

### Summary of Tribune Company Enterprise Value

**Tribune Company - FSOP ESOP Based**
**Current Enterprise Value**
*(Dollars in millions)*

| | Low | High |
|---|---|---|
| Enterprise Value - Operations | $10,600 | $11,800 |
| | | |
| Other Assets | | |
| CareerBuilder, LLC Tribune Company 42.5% Equity Investment (Pre-tax) | 530 | 620 |
| Television Food Network, GP Tribune Company 31.3% Equity Investment (Pre-Tax) | 720 | 810 |
| Cubs After-tax Proceeds | 360 | 490 |
| Tax Benefit from Sale of Recycler | 70 | 70 |
| Comcast Sports Net After-tax Proceeds | 150 | 170 |
| Interactive / Other | 190 | 250 |
| Total Other Assets | 2,020 | 2,410 |
| **Total Company Enterprise Value** | **$12,600** | **$14,200** |

22

CONFIDENTIAL

D&P_TR076250

# TRIBUNE

## Valuation

### Estimated Equity Value Pre-Transaction

| | Low $12,600 | High $14,200 |
|---|---|---|
| Total Company Enterprise Value | $12,600 | $14,200 |
| Less: Net Debt | | |
| Commercial Paper | 97.0 | 97.0 |
| Term Loan A | 1,500.0 | 1,500.0 |
| Bridge Loan | 1,310.0 | 1,310.0 |
| Medium Term Notes | 262.6 | 262.6 |
| $148.2 million 7.25% debentures due 3/1/13 | 79.9 | 79.9 |
| $98.75 million 7.5% debentures due 7/1/23 | 94.8 | 94.8 |
| $250 million 6.61% debentures due 9/15/27 | 82.8 | 82.8 |
| $148 million 7.25% debentures due 11/1/96 | 129.9 | 129.9 |
| $450 million 4.875% note due 8/15/10 | 449.4 | 449.4 |
| $330 million 5.25% note due 8/15/15 | 328.6 | 328.6 |
| Capitalized Real Estate Obligation | 55.7 | 55.7 |
| Swaps and Other Obligations | 41.5 | 41.5 |
| PHONES[1] | 900.0 | 900.0 |
| Cash | (174.7) | (174.7) |
| Net Debt | (5,158) | (5,158) |
| | | |
| Equity Value | 7,442 | 9,042 |
| Proceed From Option Exercise | 143 | 236 |
| Total Equity Value | $7,586 | $9,279 |
| | | |
| Basic Shares Outstanding | 242.3 | 242.3 |
| In The Money Options | 6.3 | 9.2 |
| Fully Diluted Shares Outstanding | 248.6 | 251.6 |
| **Price Per Share (Fully Diluted)** | **$30.51** | **$36.88** |

[1] PHONES included at book value

| | Low $12,600 | High $14,200 |
|---|---|---|
| Total Company Enterprise Value | $12,600 | $14,200 |
| Less: Net Debt | | |
| Commercial Paper | 97.0 | 97.0 |
| Term Loan A | 1,500.0 | 1,500.0 |
| Bridge Loan | 1,310.0 | 1,310.0 |
| Medium Term Notes | 262.6 | 262.6 |
| $148.2 million 7.25% debentures due 3/1/13 | 79.9 | 79.9 |
| $98.75 million 7.5% debentures due 7/1/23 | 94.8 | 94.8 |
| $250 million 6.61% debentures due 9/15/27 | 82.8 | 82.8 |
| $148 million 7.25% debentures due 11/1/96 | 129.9 | 129.9 |
| $450 million 4.875% note due 8/15/10 | 449.4 | 449.4 |
| $330 million 5.25% note due 8/15/15 | 328.6 | 328.6 |
| Capitalized Real Estate Obligation | 55.7 | 55.7 |
| Swaps and Other Obligations | 41.5 | 41.5 |
| PHONES[1] | 568.1 | 568.1 |
| Cash | (174.7) | (174.7) |
| Net Debt | (4,826) | (4,826) |
| | | |
| Equity Value | 7,774 | 9,374 |
| Proceed From Option Exercise | 204 | 290 |
| Total Equity Value | $7,978 | $9,664 |
| | | |
| Basic Shares Outstanding | 242.3 | 242.3 |
| In The Money Options | 8.2 | 10.7 |
| Fully Diluted Shares Outstanding | 250.6 | 253.0 |
| **Price Per Share (Fully Diluted)** | **$31.84** | **$38.20** |

[1] PHONES Quoted Fair Market Value as of 3/23/07

# DUFF&PHELPS

23

CONFIDENTIAL

D&P_TR076251

# TRIBUNE

## Valuation

Implied Enterprise from Repurchase and Merger, before considering ESOP and Acquirer Investments

| Tribune Company - Total ESOP Equity Implied Enterprise Value from Phased Transaction ($millions, except Per Share Data) | | | |
|---|---|---|---|
| | Fully Diluted Shares Outstanding | Price Per Share [1] | Equity Value |
| Repurchase | 125.3 | $34.00 | $4,261 |
| Merger | 126.8 | $34.00 | 4,311 |
| Total Equity Value | | | 8,572 |
| Less: Options Exercise Proceeds | | | (217) |
| **Equity Value** | | | **8,355** |
| Pre-Transaction Debt | | | 5,257 |
| **Total Implied Enterprise Value** | | | **$13,613** |

[1] For purposes of analysis, assumes the Merger takes place by 12/31/07 and therefore no ticking fee is triggered

DUFF&PHELPS

24

CONFIDENTIAL

D&P_TR076252

TRIBUNE

DUFF&PHELPS

## Valuation

### Equity Value Post Transaction Based on Implied Transaction Value

Tribune Company - ESOP & S-Corp Structure
Estimated Values Post Transaction
($ in millions)

| | |
|---|---:|
| Total Implied Enterprise Value | $13,613 |
| | |
| Less: | |
| Pre-Trans Debt | (5,257) |
| Repurchase Debt | (4,413) |
| Merger Debt | (4,240) |
| Plus: | |
| EGI-TRB, LLC Investment | 315 |
| Cash Flows Generated from Operations | 327 |
| | |
| Equity Value | 344 |
| Plus: | |
| 1  Net Present Value of Benefit Replacement and Cost Savings | 322 |
| 2  Net Present Value of Tax Savings from ESOP Loan Principal | 24 |
| Total Adjusted Equity Value | $690 |

1   Based upon ten years of cost savings. See appendix for details on calculation.
2   Based upon the NPV of the tax savings for ESOP principal repayment. See appendix for details on calculation.

25

CONFIDENTIAL

D&P_TR076253

# Valuation

## Range of Equity Value Post-Transaction

**Tribune Company Pro ESOP Based**
Estimated Value Post-Transaction
($ in millions)

| | Low $12,600 | High $14,200 | Implied Transaction Pricing $13,613 |
|---|---|---|---|
| Total Implied Enterprise Value | | | |
| Less: | | | |
| Pre-Trans Debt | (5,257) | (5,257) | (5,257) |
| Repurchase | (4,413) | (4,413) | (4,413) |
| Merger Debt | (4,240) | (4,240) | (4,240) |
| Plus: | | | |
| EGI-TRB, LLC Investment | 315 | 315 | 315 |
| Cash Flows Generated from Operations | 327 | 327 | 327 |
| Equity Value | (669) | 931 | 344 |
| Net Present Value of Benefit Replacement and Cost Savings | 322 | 322 | 322 |
| Net Present Value of Tax Savings from ESOP Loan Principal | 24 | 24 | 24 |
| Total Adjusted Equity Value [1] | ($322) | $1,278 | $690 |

[1] If valued as an option on enterprise value with debt as the exercise price, the implied equity value is substantially higher.

TRIBUNE

DUFF&PHELPS

26

CONFIDENTIAL

D&P_TR076254

# TRIBUNE

DUFF & PHELPS

## Valuation

### Equity Value

※ Because the Company will be so highly leveraged post-transaction, the equity can be valued as a call option on the Company's enterprise value, with the call exercise price equal to the face amount of the debt incurred in the Proposed Transaction. Total equity values, and the portion attributable to the ESOP's fully diluted percentage ownership, are shown below. As shown, the ESOP's value is significantly higher than its initial investment, and values indicated by the methodologies on the prior page.

**Tribune Company ESOP Transaction**
**Analysis of Equity as an Option on Enterprise Value**
**Fully Diluted Black-Scholes Option Pricing Price**
(in millions)

| Years to Expiration | Enterprise Value | | |
|---|---|---|---|
| | Low $12,600 | High $14,200 | Implied Transaction Price $13,613 |
| 1 | 713 | 1,919 | 1,422 |
| 3 | 1,734 | 3,033 | 2,592 |
| 5 | 2,622 | 3,992 | 3,471 |

| Years to Expiration | ESOP Value based upon fully diluted ownership | | |
|---|---|---|---|
| | Low | High | Implied Transaction Price |
| 1 | $371 | $997 | $739 |
| 3 | 901 | 1,576 | 1,347 |
| 5 | 1,362 | 2,075 | 1,804 |

CONFIDENTIAL

CONFIDENTIAL

D&P_TR076255

# Valuation

## Allocation of Equity Value

* The following table illustrates the implied dilution or accretion to the ESOP's equity value post-transaction compared to its value pre-transaction.  For ease of illustration, the percent owned by the ESOP is fully-diluted assuming no exercise price on the warrants.

| Tribune Company - LBO ESOP Payout Allocation of Equity Value ($ in millions) | Low | High | Deal |
|---|---|---|---|
| Total Equity Value | NA | $1,277.5 | $690.1 |
| Percent of Common Owned by ESOP Fully Diluted | | 52.0% | 52.0% |
| Value of ESOP's Equity | | 663.9 | 358.6 |
| ESOP Original Investment | $250.0 | $250.0 | $250.0 |
| Value Dilution as Result of Merger | (100.0%) | 165.5% | 43.4% |

28

TRIBUNE

DUFF&PHELPS

CONFIDENTIAL

D&P_TR076256

# TRIBUNE

## Valuation

### Allocation of Equity Value

* The following graph illustrates the value attributable to the participants as the equity values of the Company grow. For illustration purposes, this graph only looks at the allocation of the first $1.5 billion in value and treats the subordinated note as equity



* EGI-TRB, LLC with 40.0% of fully diluted equity  * ESOP with 52.0% of fully diluted equity  * Management with 8.0% of fully diluted equity

DUFF&PHELPS

29

# TRIBUNE

## Relative Returns

D&P analyzed the returns to the various participants in the Proposed Transaction.

To calculate the returns to the ESOP, D&P analyzed the IRRs based upon three difference approaches:

* The first approach assumes that the ESOP makes a direct investment totaling $250 million at the close of the Proposed Transaction. Returns are based upon cash flows to ESOP participants as shares are repurchased and the value of the ESOP's terminal equity.

* The second approach assumes that the ESOP's equity ownership is the result of, or purchased with, the benefit give-up of its participants totaling $60 million per year. Therefore, the investment equals $60 million each year, and the return is based upon the cash received and the value of the ESOP's pro rata share of the terminal equity value.

* The third approach is the equivalent of an asset based returns analysis, and the ESOP's initial investment is equivalent to the $250 million purchase. Returns include ESOP contributions, the value of shares as they are allocated, and the value of any remaining unallocated shares at the end of the analyzed period. Because this is a return on assets, however, it does not consider the repayment of the ESOP Loan.

    * In each of the ESOP scenarios, the ESOP's ownership position is reduced by the estimated number of shares repurchased from terminated participants [1]. In the first and second approaches, the cash flows from the shares repurchased are included in the returns analysis when received. However, cash flows due to repurchases are not included in the third approach because returns occur when the shares are allocated and are not based on cash received.

* The returns to the Acquirer are based upon an investment of $315 million comprised of a warrant with an exercise price of $350 million plus $185 million growing at a 4.8% compound annual rate, and a $185 million PIK [2] note due in 11 years.

* The returns to management are based upon an investment of $37 million.

[1] Turnover of 7% per year is assumed based upon discussions with management.
[2] Interest on the note can not be paid in cash if allowed by the Intercreditor Agreement

30

DUFF&PHELPS

# Relative Returns

TRIBUNE

## Estimation of Equity Valuation

* In order to calculate returns, D&P first estimated the future equity value of the Company. Value is based on management's operating and financing projections. Exercise of the Acquirer warrant is assumed when it is "in-the-money."

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|
| Operating Cash Flow (EBITDA) | $1,440 | $1,468 | $1,498 | $1,495 | $1,501 | $1,507 | $1,531 |
| Multiple | 8.0x | 8.0x | 8.0x | 8.0x | 8.0x | 8.0x | 8.0x |
| Operating Enterprise Value | $11,523 | $11,748 | $11,988 | $11,961 | $12,008 | $12,055 ⟹ | $12,248 |
| Less: | | | | | | | |
| Net Debt | 12,795 | 12,451 | 12,069 | 11,636 | 11,147 | 10,611 ⟹ | 7,827 |
| Plus: | | | | | | | |
| [1] Plus: Other Investments | 231 | 243 | 255 | 267 | 281 | 295 | 358 |
| [1] Plus: Food Network | 803 | 843 | 886 | 930 | 976 | 1,025 | 1,246 |
| [1] Plus: Value of Career Builder | 604 | 634 | 666 | 699 | 734 | 771 | 937 |
| Equity Value | 366 | 1,016 | 1,725 | 2,221 | 2,852 | 3,534 ⟹ | 6,963 |
| [2] Cash from Warrant Exercise | 0 | 0 | 609 | 621 | 634 | 648 ⟹ | 710 |
| Adjusted Equity Value | 366 | 1,016 | 2,334 | 2,842 | 3,486 | 4,183 ⟹ | 7,672 |
| Equity Value Allocation | | | | | | | |
| ESOP | 317 | 880 | 1,209 | 1,468 | 1,794 | 2,142 ⟹ | 3,825 |
| Management Direct | 19 | 52 | 71 | 87 | 107 | 129 ⟹ | 243 |
| Management Incentive | 30 | 85 | 117 | 143 | 176 | 212 ⟹ | 400 |
| [3] EGI-TRB, LLC | $0 | $0 | $327 | $523 | $775 | $1,051 ⟹ | $2,494 |
| [3] Fully Diluted Ownership | | | | | | | |
| Percent Attributable to ESOP | 52.0% | 51.9% | 51.8% | 51.7% | 51.5% | 51.2% ⟹ | 49.9% |
| Management Direct | 3.0% | 3.0% | 3.0% | 3.1% | 3.1% | 3.1% ⟹ | 3.2% |
| Management Incentive | 5.0% | 5.0% | 5.0% | 5.0% | 5.1% | 5.1% ⟹ | 5.2% |
| [2] Percent Attributable to EGI-TRB, LLC | 40.0% | 40.0% | 40.1% | 40.2% | 40.4% | 40.6% ⟹ | 41.8% |

[1] Value of non-core assets are assumed to grow at 5.0% per year
[2] Warrant is valued at its intrinsic value and with exercise price of $350MM plus $185MM increasing 4.8% per annum
[3] It is assumed that the turnover within the ESOP is 7.0% based upon discussions with management, therefore the ownership position of the ESOP is reduced as these shares are put to the Company

DUFF&PHELPS

31

# TRIBUNE

## Relative Returns

### Calculation of Returns

* The following chart illustrates the calculation of the returns assuming an exit in 2017, ten years from closing of the Proposed Transaction.

| | Investment 4/1/2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ESOP Returns** | | | | | | | | | | | |
| **Approach 1** (IRR 30.5%, % Owned 50%) | | | | | | | | | | | |
| Repurchases | | - | 2 | 5 | 9 | 14 | 21 | 29 | 38 | 49 | 62 |
| Common Equity Owned | (250) | | | | | | | | | | 3,833 |
| Total Cash Flows | (250) | - | 2 | 5 | 9 | 14 | 21 | 29 | 38 | 49 | 3,895 |
| **Approach 2** (IRR 41.2%, % Owned 50%) | | | | | | | | | | | |
| Repurchases | | - | 2 | 5 | 9 | 14 | 21 | 29 | 38 | 49 | 62 |
| Benefit Give Up | | (60) | (60) | (60) | (60) | (60) | (60) | (60) | (60) | (60) | (60) |
| Common Equity Owned | (0.0) | | | | | | | | | | 3,833 |
| Total Cash Flows | (0.0) | (60) | (58) | (55) | (51) | (46) | (39) | (31) | (22) | (11) | 3,835 |
| **Approach 3** (IRR 32.1%, % Owned 50%) | | | | | | | | | | | |
| Contributions | | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 4 |
| Repurchases | | | | | | | | | | | |
| Value of Shares Released | | 15 | 25 | 36 | 44 | 54 | 65 | 77 | 91 | 106 | 122 |
| PoV of Unallocated Shares | | | | | | | | | | | 2,947 |
| Total Cash Flows | (250) | 18 | 28 | 39 | 47 | 57 | 69 | 81 | 95 | 110 | 3,074 |
| **EGI, TRB, LLC Blended Returns** (IRR 25.6%, % Owned 42%) | | | | | | | | | | | |
| Cash Interest Income | | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 |
| Principal Repayments | | - | - | - | - | - | - | - | - | - | 225 |
| Principal Balance Outstanding | | - | - | - | - | - | - | - | - | - | (710) |
| Total Exercise For Warrant | | - | - | - | - | - | - | - | - | - | 3,211 |
| Common Equity Owned | (315) | | | | | | | | | | |
| Total Cash Flows | (315) | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 2,726 |
| **Management Blended Returns** (IRR 21.7%, % Owned 3%) | | | | | | | | | | | |
| Total Exercise For Warrant | | - | - | - | - | - | - | - | - | - | 244 |
| Common Equity Owned | (37) | | | | | | | | | | 244 |
| Total Cash Flows | (37) | - | - | - | - | - | - | - | - | - | 244 |

Remaining 52% of equity is owned by Management through Incentive Compensation Plan

32

DUFF&PHELPS

CONFIDENTIAL

D&P_TR076260

# TRIBUNE

# Relative Returns

## Summary of Relative Returns

» The following chart and table illustrates the estimated relative returns to the different participants during the forecasted periods. Note: the returns presented on this page will not tie to previous returns presented due to timing of the original investment.



EGI-TRB, LLC - $90.0 Warrant Purchase and $225.0 Mezzanine Investment
ESOP - Returns based upon initial investment of $250.0
ESOP - Give-Up of $60.0MM per yr.
ESOP - Asset Returns Basis - $250.0 investment at closing with returns through contributions, allocations and unallocated at end of period
Management - $37.0 Purchase of Synthetic Equity

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| **ESOP** | | | | | | | | | | |
| Approach 1 | 100.2% | 83.9% | 69.8% | 56.4% | 49.2% | 44.0% | 40.2% | 37.2% | 34.9% | 33.0% |
| Approach 2 | 734.1% | 1209.3% | 293.9% | 149.0% | 100.3% | 76.0% | 61.8% | 52.4% | 45.9% | 41.2% |
| Approach 3 | 101.3% | 85.1% | 71.1% | 58.2% | 51.2% | 46.2% | 42.6% | 39.8% | 37.5% | 35.8% |
| EGI-TRB, LLC Blended Returns | NA | -2.4% | 23.8% | 26.9% | 28.4% | 28.4% | 27.9% | 27.2% | 26.4% | 25.7% |
| Management Blended Returns | -20.9% | 15.6% | 24.6% | 24.0% | 23.8% | 23.2% | 22.6% | 21.9% | 21.3% | 20.8% |

DUFF&PHELPS

CONFIDENTIAL

# TRIBUNE

## Description of ESOP Loan

### Terms

※ The ESOP will borrow $250 million from the Company. Terms of the ESOP Loan, which are more fully described in the ESOP Loan Agreement, and the associated ESOP Note and ESOP Pledge Agreement, are:

  ∷ 30-year term

  ∷ Equal payment of $15,342,301 per annum including principal and interest, with a balloon payment at maturity in 2037 of $62.5 million

  ∷ Fixed rate 5.00% per annum

  ∷ No prepayment penalty

  ∷ Secured by unallocated shares

※ The Company has agreed to make contributions to the ESOP sufficient to service the ESOP Loan.

DUFF&PHELPS

34

CONFIDENTIAL

# TRIBUNE

## Description of ESOP Loan

### Interest Rate Analysis

※ Duff & Phelps analyzed the yields on treasuries and bonds of companies with similar credit ratings.

※ The analysis indicates that the interest rate of 5.00% for the ESOP Loan is less than interest rates at which the Company would borrow for a similar loan. As a result, the proposed rate is not in excess of a reasonable rate.

※ Furthermore, the Company conducted an auction for the debt to finance the Proposed Transaction, and is paying interest rates varying between 7.0% and 9.25 %.

※ This analysis is summarized in the graph below as of March 8, 2007.



Bloomberg USD Industrial Indices &
United States Treasury
vs. Esop Loan

The ESOP Loan Interest Rate is 290 Basis Points Lower than the Bloomberg B+ Industrial Index

35

**DUFF&PHELPS**

# TRIBUNE

## Other Considerations

### Present Value of Future Tax Savings

* The following chart illustrates the estimated tax savings associated with the S-Corp ESOP structure based upon managements forecasts and the value allocation of the savings based upon the respective investor group's fully diluted equity ownership.



| Sensitivity Analysis | |
|---|---|
| Discount Rate | Total Tax Savings Through 2018 |
| 7.0% | 1,167 |
| 7.5% | 1,132 |
| 8.0% | 1,098 |
| 8.5% | 1,066 |
| 9.0% | 1,035 |
| 9.5% | 1,006 |
| 10.0% | 977 |

DUFF&PHELPS

CONFIDENTIAL

CONFIDENTIAL

D&P_TR076264

# TRIBUNE

# Conclusions

## Summary of Conclusions

* Based upon the terms of our Engagement Letter dated March 8, 2007 and assuming the accuracy and completeness of the information provided to us, it is D&P's opinion that:

··· The consideration to be paid for the shares of the Company's common stock in the ESOP Purchase is not greater than fair market value (as such term is used in determining "adequate consideration" under Section 3(18) of the Employee Income Retirement Security Act of 1974, as amended);

··· The interest rate payable by the ESOP under the ESOP Note and associated ESOP Loan Agreement in connection with the ESOP Purchase is not in excess of a reasonable rate of interest;

··· The terms of the ESOP Loan are at least as favorable to the ESOP as would be the terms of a comparable extension of credit resulting from arm's-length negotiations between independent parties;

··· The terms and conditions of the Proposed Transaction are fair and reasonable to the ESOP from a financial point of view.

DUFF&PHELPS

CONFIDENTIAL

CONFIDENTIAL

D&P_TR076265

# Appendix

DUFF&PHELPS

CONFIDENTIAL

# TRIBUNE

## Appendix

### Calculation of In the Money Options Pre-Transaction and Related Exercise Price Proceeds

Tribune Company – EPO / ESOP Based Calculation of Options Outstanding and Pre-Tax Exercises (in millions)

| Options | Shares | Strike | Price Per Share of $30.51 In The Money | Proceeds | Price Per Share of $34.00 In The Money | Proceeds | Price Per Share of $36.88 In The Money | Proceeds |
|---|---|---|---|---|---|---|---|---|
| Tranche 1 | 0.3 | $18.65 | 0.3 | $6 | 0.3 | $6 | 0.3 | $6 |
| Tranche 2 | 5.7 | 22.81 | 5.7 | 130 | 5.7 | 130 | 5.7 | 130 |
| Tranche 3 | 0.3 | 26.12 | 0.3 | 7 | 0.3 | 7 | 0.3 | 7 |
| Tranche 4 | 1.9 | 31.16 | 0.0 | 0 | 1.9 | 61 | 1.9 | 61 |
| Tranche 5 | 0.4 | 32.13 | 0.0 | 0 | 0.4 | 13 | 0.4 | 13 |
| Tranche 6 | 0.6 | 34.26 | 0.0 | 0 | 0.0 | 0 | 0.6 | 20 |
| Tranche 7 | 1.4 | 37.36 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 |
| Tranche 8 | 1.3 | 38.65 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 |
| Tranche 9 | 12.2 | 40.46 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 |
| Tranche 10 | 1.4 | 43.35 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 |
| Tranche 11 | 14.7 | 48.79 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 |
| Total | 40.3 | | 6.3 | $143 | 8.7 | $217 | 9.2 | $236 |

DUFF&PHELPS

CONFIDENTIAL

CONFIDENTIAL

D&P_TR076267

# TRIBUNE

## Appendix

### NPV of Benefit Replacement and Cost Savings

**Tribune Company (TRB - KSOP Plans)**
**Net Present Value of Benefit Replacement and Cost Savings**
($ in millions)

| Fiscal | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| Value of Benefit Replacement | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 |
| C-Corporation Taxes @ 40.0% | (24.0) | (24.0) | (24.0) | (24.0) | (24.0) | (24.0) | (24.0) | (24.0) | (24.0) | (24.0) |
| After Tax Cost Savings | 36.0 | 36.0 | 36.0 | 36.0 | 36.0 | 36.0 | 36.0 | 36.0 | 36.0 | 36.0 |
| Discount Factor based upon WACC of 8.5% | 0.92 | 0.85 | 0.78 | 0.72 | 0.67 | 0.61 | 0.56 | 0.52 | 0.48 | 0.44 |
| Discounted Value | $33.2 | $30.6 | $28.2 | $26.0 | $23.9 | $22.1 | $20.3 | $18.7 | $17.3 | $15.9 |
| **Net Present Value of Benefit Replacement:** | **$236.2** | | | | | | | | | |
| Value of Other Cost Savings | $20.0 | $20.0 | $20.0 | $20.0 | $20.0 | $20.0 | $20.0 | $20.0 | $20.0 | $20.0 |
| C-Corporation Taxes @ 40.0% | (8.0) | (8.0) | (8.0) | (8.0) | (8.0) | (8.0) | (8.0) | (8.0) | (8.0) | (8.0) |
| After Tax Cost Savings | 12.0 | 12.0 | 12.0 | 12.0 | 12.0 | 12.0 | 12.0 | 12.0 | 12.0 | 12.0 |
| Discount Factor based upon WACC of 8.5% | 0.92 | 0.85 | 0.78 | 0.72 | 0.67 | 0.61 | 0.56 | 0.52 | 0.48 | 0.44 |
| Discounted Value | $11.1 | $10.2 | $9.4 | $8.7 | $8.0 | $7.4 | $6.8 | $6.2 | $5.8 | $5.3 |
| **Net Present Value of Other Savings:** | **$78.7** | | | | | | | | | |

**Sensitivity Table (For 10 Years of Savings)**

| | WACC Rate | | |
|---|---|---|---|
| | 7.5% | 8.5% | 9.5% |
| NPV of Benefit Replacement | $247.1 | $236.2 | $226.0 |
| NPV of Other Cost Savings | $82.4 | $78.7 | $75.3 |

(1) Net Present Value of Benefit Savings for 20 Years is equal to $340.7
(2) Net Present Value of Other Savings for 20 Years is equal to $113.6

DUFF & PHELPS

40

CONFIDENTIAL

D&P_TR076268

# TRIBUNE

## Appendix

### FMV of Subordinated Note

**Terms Summary - FMV of Sub Note**
**PV of Subordinated Note**
($ in millions)

**Terms of Subordinated Note**

| Face Amount | 225.0 | Cash Pay |
|---|---|---|
| Interest Rate | 4.8% | Fully Subordinated |

| | Fiscal | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | $225.0 | $225.0 | $225.0 | $225.0 | $225.0 | $225.0 | $225.0 | $225.0 | $225.0 | $225.0 | $225.0 |
| Interest Expense | | 10.8 | 10.8 | 10.8 | 10.8 | 10.8 | 10.8 | 10.8 | 10.8 | 10.8 | 10.8 | 10.8 |
| Accretion | | - | - | - | - | - | - | - | - | - | - | - |
| Mandatory Repayment | | - | - | - | - | - | - | - | - | - | - | - |
| Optional Repayment | | - | - | - | - | - | - | - | - | - | - | - |
| Ending Balance | | $225.0 | $225.0 | $225.0 | $225.0 | $225.0 | $225.0 | $225.0 | $225.0 | $225.0 | $225.0 | $225.0 |
| Total Cash Flows | | 10.8 | 10.8 | 10.8 | 10.8 | 10.8 | 10.8 | 10.8 | 10.8 | 10.8 | 10.8 | 235.8 |
| Discount Factor based upon discount rate @ 12.0% | | 0.9 | 0.8 | 0.7 | 0.6 | 0.6 | 0.5 | 0.5 | 0.4 | 0.4 | 0.3 | 0.3 |
| Discounted Value | | 9.6 | 8.6 | 7.7 | 6.9 | 6.1 | 5.5 | 4.9 | 4.4 | 3.9 | 3.5 | 67.8 |

**Net Present Value of Subordinated Note**    $128.8

DUFF&PHELPS

# TRIBUNE

**DUFF&PHELPS**

## Appendix

### NPV of ESOP Tax Savings

**Tribune Company - ESOP Tax Savings**
Net Present Value of Tax Savings from NOL from Principal

Terms of Internal ESOP Loan
Face Amount     250.0
Interest Rate    5.0%     Term    30.0

| Fiscal: | 2008 | 2009 | 2010 | 2011 | | 2035 | 2036 |
|---|---|---|---|---|---|---|---|
| Principal Contribution | $2.8 | $3.0 | $3.1 | $3.3 | ==> | $11.1 | $74.1 |
| C-Corporation Taxes @ 40.0% | 1.1 | 1.2 | 1.2 | 1.3 | ==> | 4.4 | 29.7 |
| Total Tax Savings | 1.1 | 1.2 | 1.2 | 1.3 | ==> | 4.4 | 29.7 |
| Discount Factor based upon WACC of 8.5% | 0.9 | 0.8 | 0.8 | 0.7 | | 0.1 | 0.1 |
| Discounted Value | $1.0 | $1.0 | $1.0 | $0.9 | ==> | $0.4 | $2.6 |

NPV of Tax Savings from Contributions    $22.3

**Sensitivity Table (for 10 Years of Savings)**

| | WACC Rate | | |
|---|---|---|---|
| | 7.5% | 8.5% | 9.5% |
| NPV of Benefit Replacement | $25.7 | $22.3 | $19.6 |

42

CONFIDENTIAL

D&P_TR076270

# Comparison of Historical Industry Multiples



# DUFF&PHELPS

# Financing Analysis
## of Proposed Zell/ESOP Transaction

April 1, 2007

# TRIBUNE

## DRAFT

CONFIDENTIAL

# TRIBUNE

## Executive Summary

**Cash Flow Reconciliation**

**Tribune Company**
**Cash Flow Comparison**
($ in millions)

| | | | |
|---|---:|---:|---:|
| Company-Projected 2008 EBITDA | $ 1,360 | $ 1,360 | $ - |
| Cash Distributions from Equity Investments | 84 | 84 | - |
| 401(k) Cost Savings | - | 60 | 60 |
| Management & Public Company Cost Savings | - | 20 | 20 |
| Adjusted 2008 EBITDA | $ 1,445 | $ 1,525 | $ 80 |
| Cash Taxes | (102) | (15) | 87 |
| (Increase) / Decrease in Working Capital | (39) | (39) | - |
| Capital Expenditures | (172) | (172) | - |
| Investments | (275) | (275) | - |
| Cash Available for Debt Service | $ 857 | $ 1,024 | $ 167 |

DUFF & PHELPS

2

CONFIDENTIAL **DRAFT**

# TRIBUNE

## Executive Summary

**Implied Financial Leverage**

Tribune Company
Implied Leverage Comparison
($ in millions)

| | | | |
|---|---:|---:|---:|
| Debt at Close | $ | 13,333 | |
| Less: Proceeds from Sale of Cubs/Comcast | | (602) | |
| Pro Forma Debt at Close | $ | 12,731 | |
| | | | |
| Company-Projected 2008 EBITDA | $ | 1,360 | 9.8x |
| Cash Distributions from Equity Investments | | 84 | |
| 401(k) Cost Savings | | 60 | |
| Management & Public Company Cost Savings | | 20 | |
| EBITDAE | $ | 1,525 | 8.7x |
| Anticipated Cash Tax Savings | | 87 | |
| EBITDAE with Tax Savings | $ | 1,631 | 8.2x |
| 2008 Cubs/Comcast Earnings | | (34) | |
| EBITDAE with Tax Savings less Cubs/Comcast | $ | 1,597 | 8.0x |

DUFF&PHELPS

CONFIDENTIAL  **DRAFT**

Confidential

D&P_TR120182

# TRIBUNE

# Executive Summary

Enterprise Value Summary – Tribune Company

| | Tribune Company Enterprise Value Summary ($ in millions) | |
|---|---|---|
| **Publishing** | | |
| Public Company / Transaction Analysis | $ 7,300 | $ 8,200 |
| DCF Analysis | 6,761 | 7,715 |
| **Publishing: Enterprise Value Conclusion** | $ 7,100 | $ 8,000 |
| **Broadcasting** | | |
| Public Company / Transaction Analysis | $ 3,700 | $ 3,900 |
| DCF Analysis | 3,232 | 3,654 |
| **Broadcasting: Enterprise Value Conclusion** | 3,500 | 3,800 |
| Other Investments[1] | | |
| CareerBuilder (pre-tax) | 530 | 620 |
| TV Food (pre-tax) | 720 | 810 |
| Cubs (after-tax) | 360 | 490 |
| ComcastSportsNet (after-tax) | 150 | 170 |
| Interactive/Other (pre-tax) | 190 | 250 |
| Recycler - Tax Benefit from Loss (after-tax) | 70 | 70 |
| **Total Enterprise Value** | $ 12,620 | $ 14,210 |

[1] Based on Duff & Phelps' independent valuation with the exception of Cubs and Recycler. Cubs valuation is not unreasonable based on precedent transactions.

DUFF&PHELPS

CONFIDENTIAL  **DRAFT**

4

# TRIBUNE

# Executive Summary

**Balance Sheet Test Conclusions**

- Duff & Phelps estimated the value of Tribune on an enterprise value basis (shown in the accompanying table) and compared the enterprise value conclusions to the liabilities, including all contingent and other liabilities, as of the date of the Proposed Transaction and immediately following consummation of the Proposed Transaction.

- The present value of tax benefits reflects the next ten years of tax benefits, discounted at 12.0% (the equity cost of capital for Tribune Company). The present value of other cost savings reflects the elimination of certain management costs, public company costs, and 401(k) contributions. These costs have also been discounted at a rate of 12.0% per annum.

**Tribune Company**
**Balance Sheet Test Analysis Summary**
**($ in millions)**

| | | |
|---|---:|---:|
| Enterprise Value Conclusion | $ 12,620 | $ 14,210 |
| PV of Tax Benefits | 913 | 913 |
| PV of Other Cost Savings | 271 | 271 |
| Cash & Equivalents | 175 | 175 |
| Debt | (13,333) | (13,333) |
| Subtotal | 646 | 2,236 |
| Contingent Liabilities [1] | (160) | (160) |
| Net Asset Value | $ 486 | $ 2,076 |

[1] $35 million related to the Matthew Bender and Mosby tax liability, $86 million related to Eagle tax liability.

A maximum of $33 million related to the earn-outs for PoolSafely.com and Hand-Metro Publications.

$6 million related to the put and call on Topix.

Other Contingent Liabilities are not material, as represented by management in the Listing of Material Contingent Liabilities Letter signed and dated [   ], 2007.

# DUFF&PHELPS

5

# TRIBUNE

# DUFF&PHELPS

## Executive Summary

### Management Projections: Capital Adequacy / Cash Flow Test Summary

**Tribune Company**
**Cash Flow Analysis**
**Base Case**
*($ in millions)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ 5,345 | $ 5,262 | $ 5,295 | $ 5,364 | $ 5,392 | $ 5,421 | $ 5,449 | $ 5,478 | $ 5,508 | $ 5,537 |
| *Growth* | | (1.6%) | 0.6% | 1.3% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% |
| EBITDAE | 1,392 | 1,440 | 1,468 | 1,498 | 1,495 | 1,501 | 1,508 | 1,514 | 1,521 | 1,528 |
| *Growth* | | 3.5% | 1.9% | 2.0% | (0.2%) | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| *Margin* | 26.0% | 27.4% | 27.7% | 27.9% | 27.7% | 27.7% | 27.7% | 27.6% | 27.6% | 27.6% |
| | | | | | | | | | | |
| EBITDAE | $ | 1,440 | 1,468 | 1,498 | 1,495 | 1,501 | 1,508 | 1,514 | 1,521 | 1,528 |
| Cash Taxes [1] | | (14) | (16) | (19) | (21) | (23) | (27) | (30) | (33) | (35) |
| Other Income / Expenses | | (2) | (1) | (2) | (0) | (2) | (2) | (2) | (2) | (0) |
| (Increase) / Decrease in Working Capital | | (39) | (51) | (63) | (58) | (61) | (61) | (63) | (63) | (63) |
| Capital Expenditures | | (172) | (128) | (128) | (128) | (129) | (120) | (130) | (131) | (130) |
| Payment of Contingent and Other Liabilities | | (68) | (0) | (6) | (0) | - | - | - | - | - |
| Investments | | (275) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) |
| Cash Distributions from Equity Investments | | 84 | 117 | 146 | 173 | 210 | 210 | 210 | 210 | 210 |
| Proceeds from Sale of Cubs/Comcast | | | | | | | | | | |
| ESOP Repurchase Obligation | | | (0) | (1) | (3) | (6) | (10) | (15) | (22) | (30) |
| Cash Flow Available for Debt Service | | 956 | 1,289 | 1,325 | 1,358 | 1,391 | 1,389 | 1,385 | 1,382 | 1,378 |
| Interest Expense | | (945) | (944) | (939) | (920) | (893) | (866) | (825) | (800) | (749) |
| Mandatory Amortization of Debt | | (125) | (95) | (93) | (93) | (94) | (176) | (94) | (423) | (94) |
| | | | | | | | | | | |
| Revolver Draw / (Retirement) | | 114 | (114) | 158 | (158) | (403) | (346) | (466) | (159) | (524) |
| Optional Prepayment | | | (136) | | (187) | | | | | |
| | | | | | | | | | | |
| Leverage & Coverage Ratios | | | | | | | | | | |

[1] State taxes per management.
[2] (Total Debt less Cash) / (EBITDAE + Cash Distributions from Equity Investments)
[3] (Total Debt less Cash) / (EBITDAE + Cash Distributions from Equity Investments + Tax Savings)
[4] (EBITDAE + Cash Distributions from Equity Investments) / Cash Interest
[5] (EBITDAE + Cash Distributions from Equity Investments) / (Cash Interest + Mandatory Debt Amortization + Investments)

CONFIDENTIAL DRAFT

6

Confidential

# TRIBUNE

**DUFF & PHELPS**

# Executive Summary

## Sensitivity Analysis: Projection Comparison

- Duff & Phelps further adjusted the management downside case for development of our sensitivity analysis. The Base Case was adjusted to also show a delay in sale of Cubs/Comcast and a delay in S-Corp election. Both downside scenarios also reflect management's expectation that annual investments would be reduced to $50 million from a projected $100 million.

**Tribune Company**
**Cash Flow Analysis - Sensitivity Analysis**
**($ in millions)**

| | | | | | |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Base Case | $ 5,262 | $ 5,295 | $ 5,364 | $ 5,392 | $ 5,421 |
| Base Case (Delayed Sale & S-Corp) | 5,262 | 5,295 | 5,364 | 5,392 | 5,421 |
| Management Downside | 5,063 | 4,974 | 4,924 | 4,867 | 4,896 |
| D&P Downside Sensitivity | 5,023 | 4,936 | 4,861 | 4,789 | 4,817 |
| **Revenue Growth** | | | | | |
| Base Case | (1.0%) | 0.6% | 1.3% | 0.5% | 0.5% |
| Base Case (Delayed Sale & S-Corp) | (1.6%) | 0.6% | 1.3% | 0.5% | 0.5% |
| Management Downside | (4.5%) | (1.7%) | (1.0%) | (1.1%) | 0.6% |
| D&P Downside Sensitivity | (5.2%) | (1.7%) | (1.5%) | (1.5%) | 0.6% |
| **EBITDA** | | | | | |
| Base Case | $ 1,440 | $ 1,468 | $ 1,498 | $ 1,495 | $ 1,501 |
| Base Case (Delayed Sale & S-Corp) | 1,440 | 1,468 | 1,498 | 1,495 | 1,501 |
| Management Downside | 1,280 | 1,239 | 1,197 | 1,136 | 1,141 |
| D&P Downside Sensitivity | 1,225 | 1,206 | 1,174 | 1,116 | 1,120 |
| **EBITDA Growth** | | | | | |
| Base Case | 3.5% | 1.9% | 2.0% | (0.2%) | 0.4% |
| Base Case (Delayed Sale & S-Corp) | 3.5% | 1.9% | 2.0% | (0.2%) | 0.4% |
| Management Downside | (4.8%) | (3.2%) | (3.4%) | (5.1%) | 0.4% |
| D&P Downside Sensitivity | (8.9%) | (1.5%) | (2.7%) | (5.0%) | 0.4% |
| **EBITDA Margin** | | | | | |
| Base Case | 27.4% | 27.7% | 27.9% | 27.7% | 27.7% |
| Base Case (Delayed Sale & S-Corp) | 27.4% | 27.7% | 27.9% | 27.7% | 27.7% |
| Management Downside | 25.3% | 24.9% | 24.3% | 23.3% | 23.3% |
| D&P Downside Sensitivity | 24.4% | 24.4% | 24.2% | 23.3% | 23.3% |
| **Cash Interest** | | | | | |
| Base Case | $ 945 | $ 944 | $ 939 | $ 920 | $ 893 |
| Base Case (Delayed Sale & S-Corp) | 971 | 954 | 951 | 932 | 907 |
| Management Downside | 948 | 938 | 970 | 974 | 975 |
| D&P Downside Sensitivity | 974 | 967 | 983 | 989 | 994 |

7

**CONFIDENTIAL DRAFT**

D&P_TR120186

# Executive Summary

TRIBUNE

## Sensitivity Analysis – Management Projections (Delayed Sale and S-Corp): Capital Adequacy / Cash Flow Test Summary

**Tribune Company**
**Cash Flow Analysis**
Base Case (Delayed Sale of Cubs/Contract and Delayed S-Corp Election)
($ in millions)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | $ 5,345 | $ 5,262 | $ 5,295 | $ 5,364 | $ 5,392 | $ 5,421 | $ 5,449 | $ 5,478 | $ 5,508 $ 5,537 |
| *Growth* | 26.0% | (1.6%) | 0.6% | 1.3% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% 0.5% |
| **EBITDAE** | 1,392 | 1,440 | 1,468 | 1,498 | 1,495 | 1,501 | 1,508 | 1,514 | 1,521 1,528 |
| *Growth* | | 3.5% | 1.9% | 2.0% | (0.2%) | 0.4% | 0.6% | 0.4% | 0.4% 0.4% |
| *Margin* | 26.0% | 27.4% | 27.7% | 27.9% | 27.7% | 27.7% | 27.7% | 27.6% | 27.6% 27.6% |
| **EBITDAE** | $ | 1,440 | 1,468 | 1,498 | 1,495 | 1,501 | 1,508 | 1,514 | 1,521 $ 1,523 |
| Cash Taxes[1] | | (128) | (16) | (18) | (20) | (23) | (26) | (29) | (32) (34) |
| Other Income / Expenses | | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) (2) |
| (Increase) / Decrease in Working Capital | | (39) | (51) | (63) | (58) | (61) | (63) | (67) | (62) (63) |
| Capital Expenditures | | (172) | (128) | (128) | (128) | (139) | (129) | (130) | (131) (132) |
| Payment of Contingent and Other Liabilities | | (68) | – | 6 | – | – | – | – | – – |
| Investments | | (275) | (100) | (100) | (100) | (100) | (100) | (100) | (100) (100) |
| Cash Distributions from Equity Investments | | 84 | 117 | 146 | 173 | 210 | 210 | 210 | 210 210 |
| Proceeds from Sale of Cubs/Contract | | 602 | – | – | – | – | – | – | – – |
| ESOP Repurchase Obligation | | – | (2) | (1) | (6) | (6) | (10) | (15) | (21) (29) |
| **Cash Flow Available for Debt Service** | | 1,444 | 1,289 | 1,325 | 1,359 | 1,392 | 1,390 | 1,387 | 1,384 1,380 |
| Interest Expense | | (977) | (956) | (951) | (932) | (907) | (881) | (841) | (818) (769) |
| Mandatory Amortization of Debt | | (113) | (100) | (550) | (100) | (101) | (183) | (101) | (430) (101) |
| Revolver Draw / (Retirement) | | (360) | (234) | 176 | (176) | (151) | | (444) | (15) (510) |

**Leverage & Coverage Ratios**

[1] State taxes per management.
[2] (Total Debt less Cash) / (EBITDAE + Cash Distributions from Equity Investments)
[3] (Total Debt less Cash) / (EBITDAE + Cash Distributions from Equity Investments + Tax Savings)
[4] (EBITDAE + Cash Distributions from Equity Investments) / Cash Interest
[5] (EBITDAE + Cash Distributions from Equity Investments) / (Cash Interest + Mandatory Debt Amortization + Investments)

CONFIDENTIAL DRAFT
8

DUFF&PHELPS

D&P_TR120187

# TRIBUNE

**DUFF&PHELPS**

## Executive Summary

### Sensitivity Analysis – Management Downside: Capital Adequacy / Cash Flow Test Summary

**Tribune Company**
**Cash Flow Analysis**
**Management Downside**
*($ in millions)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ 5,299 | $ 5,063 | $ 4,574 | $ 4,524 | $ 4,867 | $ 4,886 | $ 4,924 | $ 4,953 | $ 4,982 | $ 5,012 |
| *Growth* | (4.5%) | (1.7%) | (1.0%) | (1.5%) | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% |
| EBITDAE | 1,344 | 1,280 | 1,239 | 1,197 | 1,136 | 1,141 | 1,147 | 1,152 | 1,158 | 1,163 |
| *Growth* | (4.8%) | (3.3%) | (3.4%) | (5.1%) | 0.4% | 0.5% | 0.5% | 0.5% | 0.5% | 0.5% |
| *Margin* | 25.4% | 25.3% | 24.9% | 24.3% | 23.3% | 23.3% | 23.3% | 23.3% | 23.2% | 23.2% |
| | | | | | | | | | | |
| EBITDAE | $ 1,280 | $ 1,239 | $ 1,197 | $ 1,136 | $ 1,141 | $ 1,147 | $ 1,152 | $ 1,158 | $ 1,163 | |
| Cash Taxes[1] | (7) | (7) | (9) | (9) | (6) | (8) | (9) | (10) | (12) | |
| Other Income / Expenses | (2) | 0 | 0 | 3 | 3 | 2 | 2 | 2 | 5 | |
| (Increase) / Decrease in Working Capital | (48) | (56) | (68) | (61) | (60) | (60) | (61) | (62) | (62) | |
| Capital Expenditures | (152) | (128) | (128) | (128) | (129) | (129) | (130) | (131) | (134) | |
| Payment of Contingent and Other Liabilities | (68) | 0 | 0 | | | | | | | |
| Investments | (225) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | |
| Cash Distributions from Equity Investments | 94 | 117 | 146 | 173 | 210 | 210 | 210 | 210 | 210 | |
| Proceeds from Sale of Cubs/Comcast | | | | | | | | | | |
| ESOP Repurchase Obligation | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Cash Flow Available for Debt Service | 863 | 1,115 | 1,084 | 1,069 | 1,110 | 1,112 | 1,114 | 1,117 | 1,122 | |
| Interest Expense | (948) | (958) | (970) | (974) | (975) | (978) | (969) | (980) | (966) | |
| Mandatory Amortization of Debt | (125) | (95) | (544) | (93) | (94) | (176) | (94) | (423) | (94) | |
| Revolver Draw / (Retirement) | 211 | (62) | 430 | (1) | (40) | 43 | (51) | 286 | (64) | |
| Optional Repayment | | | | | | | | | | |
| **Leverage & Coverage Ratios** | | | | | | | | | | |

---

[1] State taxes per management.

[2] (Total Debt less Cash) / (EBITDAE + Cash Distributions from Equity Investments)

[3] (Total Debt less Cash) / (EBITDAE + Cash Distributions from Equity Investments + Tax Swing)

[4] (EBITDAE + Cash Distributions from Equity Investments) / Cash Interest

[5] (EBITDAE + Cash Distributions from Equity Investments) / (Cash Interest + Mandatory Debt Amortization + Investments)

CONFIDENTIAL    **DRAFT**

9

# Executive Summary

**TRIBUNE**

**DUFF&PHELPS**

## Sensitivity Analysis – Duff & Phelps Downside: Capital Adequacy / Cash Flow Test Summary

Tribune Company
Cash Flow Analysis
D&P Downside Sensitivity
($ in millions)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $ 5,259 | $ 5,023 | 4,936 | 4,861 | 4,789 | 4,817 | 4,845 | 4,874 | 4,902 | $ 4,931 |
| *Growth* | 25.4% | (5.2%) | (1.7%) | (1.5%) | (1.5%) | 0.6% | 0.6% | 0.6% | 0.6% | 0.6% |
| EBITDAE | 1,344 | 1,225 | 1,206 | 1,174 | 1,116 | 1,120 | 1,126 | 1,131 | 1,137 | 1,142 |
| *Growth* | | (8.9%) | (1.5%) | (2.7%) | (5.0%) | 0.4% | 0.5% | 0.5% | 0.5% | 0.5% |
| *Margin* | 25.4% | 24.4% | 24.4% | 24.2% | 23.3% | 23.3% | 23.2% | 23.2% | 23.2% | 23.2% |
| | | | | | | | | | | |
| EBITDAE | | $ 1,225 | 1,206 | 1,174 | 1,116 | 1,120 | 1,126 | 1,131 | 1,137 | 1,142 |
| Cash Taxes [1] | | (40) | (2) | (6) | (2) | (2) | (6) | (8) | (3) | (10) |
| Other Income / Expenses | | (50) | (50) | (2) | 2 | 2 | 2 | 3 | 3 | 5 |
| (Increase) / Decrease in Working Capital | | (50) | (50) | (69) | (63) | (30) | (60) | (61) | (62) | (62) |
| Capital Expenditures | | (150) | (127) | (126) | (126) | (126) | (127) | (128) | (129) | (129) |
| Payment of Contingent and Other Liabilities | | (8) | (6) | (6) | | | | | | |
| Investments | | (22) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) |
| Cash Distributions from Equity Investments | | 84 | 117 | 146 | 173 | 210 | 210 | 210 | 210 | 210 |
| Proceeds from Sale of Cubs/Comcast | | 602 | | | | | | | | |
| ESOP Repurchase Obligation | | | | (0) | (0) | (0) | (0) | (0) | (0) | (0) |
| Cash Flow Available for Debt Service | | 1,377 | 1,084 | 1,063 | 1,050 | 1,092 | 1,095 | 1,097 | 1,101 | 1,107 |
| Interest Expense | | (974) | (967) | (983) | (989) | (994) | (1,000) | (994) | (1,009) | (990) |
| Mandatory Amortization of Debt | | (113) | (100) | (550) | (100) | (101) | (183) | (101) | (430) | (101) |
| Revolver Draw / (Retirement) | | (250) | (17) | 470 | 39 | 3 | 88 | (2) | 338 | (7) |
| Optional Repayment | | | | | | | | | | |
| Leverage & Coverage Ratios | | | | | | | | | | |

[1] State taxes per management.

[2] (Total Debt less Cash) / (EBITDAE + Cash Distributions from Equity Investments)

[3] (Total Debt less Cash) / (EBITDAE + Cash Distributions from Equity Investments + Tax Savings)

[4] (EBITDAE + Cash Distributions from Equity Investments) / Cash Interest

[5] (EBITDAE + Cash Distributions from Equity Investments) / (Cash Interest + Mandatory Debt Amortization + Investments)

CONFIDENTIAL DRAFT

10

# TRIBUNE

## Executive Summary

Covenant Analysis



Tribune Company
Covenant Analysis

- Per Tribune debt agreements, "Guaranteed Debt" (or "New Debt") consists of Term Loan B, Senior Notes, and Revolving Credit Facility. Guaranteed Debt does not include any existing debt (i.e. PHONES, long-term notes) that would be rolled over to effect the Proposed Transaction.

DUFF&PHELPS

CONFIDENTIAL **DRAFT**

11

D&P_TR120190

# TRIBUNE

## Executive Summary

Covenant Sensitivity Analysis



Tribune Company
Covenant Sensitivity Analysis

DUFF&PHELPS

12

CONFIDENTIAL DRAFT

Confidential