*Mergerstat Control Premium Study*
*4th Quarter 2007*

# About The Control Premium Study

A control premium is defined as the additional consideration that an investor would pay over a marketable minority equity value (i.e., current, publicly traded stock prices) in order to own a controlling interest in the common stock of a company. In this study, the premium is expressed as a percentage of the unaffected marketable minority price per share or the "Mergerstat™ Unaffected Price." This is the price just prior to the point of change in the representative normal pricing of a given security.

Mergerstat examines transactions whereby 50.01 percent or more of a company was acquired. A controlling interest is considered to have greater value than a minority interest because of the purchaser's ability to effect changes in the overall business structure and to influence business policies. Control premiums can vary greatly. Factors affecting the magnitude of a given control premium include:

- The nature and magnitude of nonoperating assets.
- The nature and magnitude of discretionary expenses.
- The perceived quality of existing management.
- The nature and magnitude of business opportunities which are not currently being exploited.
- The ability to integrate the acquiree into the acquirer's business or distribution channels.

In order to obtain unbiased and accurate pricing information, the scope of this study has been narrowed to completed transactions where the target company was publicly traded. For domestic transactions, Premiums ranged from -54.0% for Digital Angel Corp. to 129.9% for Solectron Corp.. For international transactions, Premiums ranged from -43.8% for Sources Minérales Henniez SA to 117.4% for Frigstad Discoverer Invest Ltd.. Mergerstat does not include negative premiums in calculating average and median statistics. If negative premiums had been included in the calculations for the 4th Quarter 2007, the results would have been as follows:

|  | **Including Negative Premiums** | | **Excluding Negative Premiums** | |
|---|---|---|---|---|
|  | # of Deals | Premium | # of Deals | Premium |
| Domestic Average | 99 | 24.5% | 91 | 27.6% |
| Domestic Median | 99 | 18.4% | 91 | 19.6% |
| International Average | 113 | 22.1% | 97 | 29.4% |
| International Median | 113 | 15.9% | 97 | 20.7% |
| Overall Average | 212 | 23.2% | 188 | 28.5% |
| Overall Median | 212 | 18.1% | 188 | 20.3% |

Throughout the Control Premium Study, negative premiums are indicated by an "*" for your reference.

Anna Berthelius
Senior Research Analyst
(310) 315-3113
aberthelius@factset.com

Jennifer Harikrishin
Research Analyst
(973) 849-2419
jharikrishin@factset.com

Bing Yeh
Research Analyst
(310) 315-3137
byeh@factset.com

*Copyright © 2008, FactSet Mergerstat, LLC. All rights reserved.*                                                                                                                  ii

# Control Premium Analytics *

## Overall

## Domestic

## International

## 4Q07

## Latest Twelve Months

** Average & median calculations exclude negative premiums*

*Copyright © 2008, FactSet Mergerstat, LLC. All rights reserved.*

*Mergerstat Control Premium Study*
*4th Quarter 2007*

# Control Premium Study Results *



**MERGERSTAT CONTROL PREMIUM STUDY COMPARATIVE RESULTS**

| | 4Q04 | 1Q05 | 2Q05 | 3Q05 | 4Q05 | 1Q06 | 2Q06 | 3Q06 | 4Q06 | 1Q07 | 2Q07 | 3Q07 | 4Q07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-Month Median | 26% | 24% | 24% | 23% | 24% | 22% | 22% | 22% | 21% | 21% | 21% | 21% | 21% |
| 3-Month Median | 27% | 20% | 23% | 22% | 30% | 20% | 25% | 21% | 19% | 21% | 21% | 22% | 20% |
| Transactions | 142 | 115 | 127 | 121 | 150 | 150 | 110 | 134 | 172 | 164 | 194 | 203 | 212 |

*Percentages are rounded.*

* *Median calculations exclude negative premiums*

*Copyright © 2008, FactSet Mergerstat, LLC. All rights reserved.*   2

*Mergerstat Control Premium Study*
*4th Quarter 2007*

# 12-Month Median Premiums by Industry*



**MERGERSTAT**
**CONTROL PREMIUM STUDY**
**12-MONTH MEDIAN PREMIUMS BY INDUSTRY**

|  | Agri | Mining | Const | Mfg | Trans | Comm | Elec & Gas | Whsle | Retail | Fin Svs | Services |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Median Premium | 11% | 27% | 21% | 20% | 27% | 17% | 16% | 16% | 22% | 20% | 21% |
| No. of Transactions | 8 | 70 | 10 | 228 | 24 | 28 | 12 | 19 | 40 | 171 | 160 |

*For the 12 months ended Dec. 31, 2007.*

|  | 2007 | | | 2006 | | | 2005 | | |
|---|---|---|---|---|---|---|---|---|---|
| Quarter | 3-Month Median Premium | No. of Trans. | 12-Month Median Premium | 3-Month Median Premium | No. of Trans. | 12-Month Median Premium | 3-Month Median Premium | No. of Trans. | 12-Month Median Premium |
| First | 20.9% | 164 | 20.8% | 19.7% | 150 | 22.3% | 20.2% | 115 | 24.4% |
| Second | 20.8% | 194 | 20.5% | 25.2% | 110 | 22.4% | 23.3% | 127 | 24.1% |
| Third | 21.9% | 203 | 20.7% | 20.5% | 134 | 22.2% | 21.6% | 121 | 23.0% |
| Fourth | 20.4% | 212 | 20.7% | 19.5% | 172 | 20.6% | 30.2% | 150 | 24.4% |

*The 12-month median premiums were gathered from transactions occurring within a trailing 12-month period, whereas the 3-month median premiums represent similar analyses for a 3-month period.*

\* *Median calculations exclude negative premiums.*

*Copyright © 2008, FactSet Mergerstat, LLC. All rights reserved.*    3

*Mergerstat Control Premium Study*
*4th Quarter 2007*

# Premiums vs. S&P 500 Index *



| | 4Q04 | 1Q05 | 2Q05 | 3Q05 | 4Q05 | 1Q06 | 2Q06 | 3Q06 | 4Q06 | 1Q07 | 2Q07 | 3Q07 | 4Q07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S&P 500 Index | 1211.9 | 1180.6 | 1191.3 | 1228.8 | 1248.3 | 1418.3 | 1420.9 | 1420.9 | 1418.3 | 1420.9 | 1503.4 | 1526.8 | 1468.4 |
| 12-Month Median | 26% | 24% | 24% | 23% | 24% | 22% | 22% | 22% | 21% | 21% | 21% | 21% | 21% |

*\* Excludes negative premiums.*

*Copyright © 2008, FactSet Mergerstat, LLC. All rights reserved.*      4

*Mergerstat Control Premium Study*
*4th Quarter 2007*

# Summary Statistics

## 4TH QUARTER 2007

### Domestic Transactions

| | |
|---|---|
| Number of Transactions | 99 |
| Range | -54.0% to 129.9% |
| Median* | 19.6% |
| Average* | 27.6% |

### International Transactions

| | |
|---|---|
| Number of Transactions | 113 |
| Range | -43.8% to 117.4% |
| Median* | 20.7% |
| Average* | 29.4% |

### Domestic and International Transactions

| | |
|---|---|
| Number of Transactions | 212 |
| Range | -54.0% to 129.9% |
| Median* | 20.3% |
| Average* | 28.5% |

## 12-MONTH SUMMARY FIGURES (01/01/07 TO 12/31/07)

| | |
|---|---|
| Number of Transactions | 773 |
| Range | -89.7% to 175.7% |
| Median* | 20.7% |
| Average* | 27.4% |

*\* Excludes negative premiums.*

*Copyright © 2008, FactSet Mergerstat, LLC. All rights reserved.*                                                                                 5