**Calculation of implied Price of TRB stock - post step 1**

**From the Merger Agreement - as of 5/31/2007**

| | Price per share | | # of shares being tendered | | Value of offer |
|---|---|---|---|---|---|
| $ | 34.00 | | 218,132,000 | $ | 7,416,488,000.00 |

**From the Q1 10-Q filed with the SEC on 5/9/2007**

| # of shares being tendered | # of shares outstanding as of 4/27/07 | Percent of Shares Tendered |
|---|---|---|
| 218,132,000 | 242,833,053 | 90% |

**Calculations**

| # of shares outstanding as of 4/27/07 | % of Shares O/S Repurchased | # of Shares Repurchased |
|---|---|---|
| 242,833,053 | 52% | 125,738,955 |

| # of shares outstanding as of 4/27/07 | % of Shares O/S Remaining | # of Shares Remaining |
|---|---|---|
| 242,833,053 | 48% | 117,094,098 |

| | Price per share | | % of Shares O/S Repurchased | | |
|---|---|---|---|---|---|
| $ | 34.00 | | 52% | $ | 17.61 |