**TRIBUNE PUBLISHING**
**COMPARISONS OF INTERACTIVE MODELS**
**INTERACTIVE REVENUES**
**STEP 1 VS. STEP 2 IN 2007**
(Dollars in millions)

| | | 52 Week 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Comments |
|---|---|---|---|---|---|---|---|---|
| **Interactive Revenues:** | | | | | | | | |
| Step 2 Model | A | $227 | $262 | $314 | $404 | $504 | $600 | |
| Change in Interactive Revenues from Step 2 reconciliation sheet | | | (9) | (4) | 32 | 73 | 105 | |
| Implied Step 1 Model | B | | $271 | $318 | $372 | $431 | $495 | |
| Step 1 Model revenues | C | | 273 | 322 | 376 | 435 | 500 | From April 2007 presentation |
| Differences between implied and model | | | ($2) | ($4) | ($4) | ($4) | ($5) | Assume that difference is due to Zap2it.com reported as part of TMS |
| 12/7/06 Late 2006 Interactive model | D | 226 | 287 | 330 | 387 | 443 | 499 | Not final - prepared before the 2007 operating plan was finalized |
| Differences between 12/7/06 model and Step 1 model | D-C | | $14 | $8 | $11 | $8 | ($1) | 12/7/06 model was updated once 2007 operating plan was final in late January 2007 |

**TRIBUNE PUBLISHING**
**COMPARISONS OF INTERACTIVE MODELS**
**INTERACTIVE REVENUE DETAIL**
**STEP 1 VS. STEP 2 IN 2007**
(Dollars in millions)

|  |  | 2007 | 2008 | 2009 | 2010 | 2011 | Comments |
|---|---|---|---|---|---|---|---|
| **Interactive Revenues:** |  |  |  |  |  |  |  |
| **Step 1 Model detail:** |  |  |  |  |  |  | 12/7/06 Late 2006 Interactive model |
| Core revenue | A | $273 | $311 | $353 | $391 | $424 |  |
| Investment revenue | B | 8 | 19 | 34 | 52 | 75 |  |
| Total interactive revenues | C | $281 | $330 | $387 | $443 | $499 |  |
| **Step 2 Model detail:** |  |  |  |  |  |  |  |
| Existing Business | D | $262 | $278 | $310 | $343 | $381 |  |
| Internal Development | E | 0 | 31 | 75 | 123 | 157 |  |
| Acquisitions | F | 0 | 5 | 19 | 38 | 62 |  |
| Total interactive revenues | G | $262 | $314 | $404 | $504 | $600 |  |
| Less: Internal Development |  | $0 | ($31) | ($75) | ($123) | ($157) |  |
| Adjusted interactive revenues |  | $262 | $283 | $329 | $381 | $443 |  |
| **Differences between models:** |  |  |  |  |  |  |  |
| Core/existing business line | D-A | ($11) | ($33) | ($43) | ($48) | ($43) |  |
| Investment/acquisition line | F-B | ($8) | ($14) | ($15) | ($14) | ($13) |  |
| Internal Development | E | $0 | $31 | $75 | $123 | $157 |  |
| Differences in revenue between models |  | ($19) | ($16) | $17 | $61 | $101 |  |

**TRIBUNE PUBLISHING**
**COMPARISONS OF INTERACTIVE MODELS**
**INTERACTIVE OPERATING CASH FLOW**
**STEP 1 VS. STEP 2 IN 2007**
**(Dollars in millions)**

| Interactive Operating Cash Flow | 52 Week 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Comments |
|---|---|---|---|---|---|---|---|
| **Step 1 Model** | $124 | $145 | $161 | $190 | $218 | $247 | 12/7/06 Late 2006 Interactive model |
| **Step 2 Model** | 126 | 121 | 125 | 159 | 202 | 241 | |
| **Differences between OCF for models** | $2 | ($24) | ($36) | ($31) | ($16) | ($6) | |

**TRIBUNE PUBLISHING**
**COMPARISONS OF INTERACTIVE MODELS**
**INTERACTIVE CAPITAL REQUIREMENTS**
**STEP 1 VS. STEP 2 IN 2007**
**(Dollars in millions)**

| Interactive Capital | 2007 | 2008 | 2009 | 2010 | 2011 | Comments |
|---|---|---|---|---|---|---|
| **Step 1 Model :** | | | | | | 12/7/06 Late 2006 Interactive model |
| Joint Venture Funding | $33 | $33 | $33 | $33 | $33 | Any income from these would appear not appear in operating cash flow, but rather in equity income/loss |
| Investments (Owned) | 50 | 50 | 50 | 50 | 50 | |
| Total Capital Requirements | $83 | $83 | $83 | $83 | $83 | |
| **Step 2 Model :** | | | | | | |
| Joint Venture Funding | $24 | $4 | $6 | $2 | $0 | |
| Internal development | 9 | 20 | 25 | 30 | 35 | Strategy change from Step 1 due to Transformational Change work and decision to do more development |
| Business as usual capital | 10 | 10 | 10 | 10 | 10 | |
| Acquisitions | 0 | 50 | 50 | 50 | 50 | |
| Total Capital requirements | $43 | $84 | $91 | $92 | $95 | |