Browning #14

| | |
|---|---|
| **From:** | Alpesh Patel <Apatel@valuationresearch.com> |
| **Sent:** | Wednesday, December 5, 2007 6:52 PM |
| **To:** | Bryan Browning <BBROWNIN@valuationresearch.com> |
| **Subject:** | Re: Tribune and Triarc |

Any cream or milk?

Regards,

Alpesh Patel
Senior Analyst | VRC/Valuation Research Corp.
500 Fifth Ave., Suite 3900 | New York, NY 10110 | 917.338.5624
apatel@valuationresearch.com | www.valuationresearch.com


-----Original Message-----
From: Bryan Browning <BBROWNIN@valuationresearch.com>
To: Alpesh Patel <Apatel@valuationresearch.com>
Sent: Tue Dec 04 14:01:24 2007
Subject: Re: Tribune and Triarc

Of course


Bryan H. Browning
Senior Vice President
Phone: 414-221-6249
Cell:   414-688-6756
Fax:   414-271-2294


-----Original Message-----
From: Alpesh Patel <Apatel@valuationresearch.com>
To: Bryan Browning <BBROWNIN@valuationresearch.com>
Sent: Tue Dec 04 13:57:35 2007
Subject: RE: Tribune and Triarc

My judgment for time is as accurate as CareerBuilder's value.  haha

Alpesh B. Patel
Senior Analyst | VRC/Valuation Research Corp.
500 Fifth Ave., Suite 3900 | New York, NY 10110 | 5 917.338.5624
9 apatel@valuationresearch.com | www.valuationresearch.com


-----Original Message-----
From: Bryan Browning
Sent: Tuesday, December 04, 2007 2:56 PM
To: Alpesh Patel
Subject: Re: Tribune and Triarc

How do you know it was 30 seconds?


Bryan H. Browning
Senior Vice President
Phone: 414-221-6249
Cell:   414-688-6756
Fax:   414-271-2294

VRC0060290

-----Original Message-----
From: Alpesh Patel <Apatel@valuationresearch.com>
To: Bryan Browning <BBROWNIN@valuationresearch.com>
Sent: Tue Dec 04 13:51:09 2007
Subject: RE: Tribune and Triarc

Bryan, you got cut off. I didn"t hear the last 30 secs of what you said.

Alpesh B. Patel
Senior Analyst | VRC/Valuation Research Corp.
500 Fifth Ave., Suite 3900 | New York, NY 10110 | 5 917.338.5624
9 apatel@valuationresearch.com | www.valuationresearch.com


-----Original Message-----
From: Bryan Browning
Sent: Tuesday, December 04, 2007 2:25 PM
To: Alpesh Patel
Subject: Re: Tribune and Triarc

Good and I'm not sure. I will call you in a little while.


Bryan H. Browning
Senior Vice President
Phone: 414-221-6249
Cell:   414-688-6756
Fax:   414-271-2294


-----Original Message-----
From: Alpesh Patel <Apatel@valuationresearch.com>
To: Bryan Browning <BBROWNIN@valuationresearch.com>
Sent: Tue Dec 04 12:52:18 2007
Subject: Tribune and Triarc

Bryan, how"d the meeting go?


Question regarding Deerfield☐has the deal closed?


Alpesh B. Patel
Senior Analyst | VRC/Valuation Research Corp.
500 Fifth Ave., Suite 3900 | New York, NY 10110 | ( 917.338.5624

* apatel@valuationresearch.com <mailto:apatel@valuationresearch.com> | www.valuationresearch.com