| OPERATING CASH FLOW | Quarter Ended, | | | | |
|---|---|---|---|---|---|
| (Dollars in Millions) | 1Q 2007 | 2Q 2007 | 3Q 2007 | 4Q 2007 | 2007E |
| **Publishing Operating Cash Flow** | | | | | |
| Los Angeles | $50.1 | $42.6 | $38.8 | $65.4 | $197.0 |
| Chicago | 44.9 | 50.3 | 45.7 | 64.4 | 205.3 |
| New York | 19.3 | 28.5 | 17.1 | 31.2 | 96.1 |
| Fort Lauderdale | 29.4 | 22.0 | 17.2 | 28.3 | 96.9 |
| Baltimore | 10.6 | 13.3 | 11.6 | 18.1 | 53.6 |
| Orlando | 14.6 | 15.8 | 14.1 | 16.1 | 60.7 |
| Hartford | 9.3 | 12.1 | 9.2 | 12.8 | 43.4 |
| Newport News | 5.0 | 4.9 | 4.9 | 6.0 | 20.8 |
| Allentown | 5.7 | 7.8 | 6.2 | 7.9 | 27.7 |
| SCNI | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Spanish Language | 0.1 | 0.0 | 0.0 | 0.0 | 0.2 |
| Tribune Media Services | 6.2 | 6.7 | 6.6 | 7.0 | 26.6 |
| CLTV Group | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| TPC Group Office | (2.8) | (2.2) | (2.1) | (2.1) | (9.1) |
| Interactive Central/FSBO | (5.9) | (5.8) | (8.4) | (11.1) | (31.2) |
| Eliminations | 5.7 | 5.4 | 12.3 | 6.7 | 30.1 |
| Publishing Contingency | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Publishing OCF** | **$192.3** | **$201.5** | **$173.4** | **$250.6** | **$817.8** |
| | | | | | TRUE |
| **Broadcasting Operating Cash Flow** | | | | | |
| New York | $13.4 | $18.8 | $12.7 | $24.8 | $69.7 |
| Los Angeles | 8.5 | 7.0 | 4.5 | 20.2 | 40.1 |
| Chicago | 3.7 | 9.3 | 7.4 | 6.8 | 27.3 |
| Seattle | 4.4 | 4.5 | 4.1 | 4.1 | 17.1 |
| Indianapolis | 2.2 | 2.7 | 1.7 | 1.1 | 7.6 |
| Hartford | 2.2 | 2.9 | 2.1 | 2.8 | 10.0 |
| New Orleans | 0.8 | 1.1 | 0.1 | 0.4 | 2.4 |
| Philadelphia | 3.1 | 3.8 | 2.6 | 1.8 | 11.3 |
| Dallas | 4.8 | 6.6 | 5.7 | 5.9 | 23.0 |
| Washington, D.C. | 3.2 | 3.4 | 3.4 | 3.4 | 13.4 |
| Houston | 2.5 | 4.1 | 3.1 | 4.1 | 13.8 |
| Miami | 3.3 | 3.2 | 2.8 | 4.5 | 13.8 |
| Denver | 0.0 | 0.6 | 0.9 | 1.3 | 2.8 |
| Sacramento | 3.2 | 3.1 | 2.5 | 3.0 | 11.7 |
| St. Louis | 0.5 | 0.8 | 0.4 | 1.2 | 2.9 |
| Portland | 0.2 | 0.2 | 0.0 | 0.2 | 0.7 |
| San Diego | (0.0) | 0.1 | (0.3) | 0.8 | 0.6 |
| Grand Rapids | 1.1 | 1.5 | 1.3 | 1.6 | 5.5 |
| Harrisburg | 0.5 | 1.1 | 0.4 | 0.5 | 2.4 |
| Chicago Cable | 13.6 | 16.9 | 12.6 | 13.0 | 56.1 |
| Tower Distribution | 8.7 | 9.0 | 10.2 | 9.7 | 37.6 |
| TBC Group | 0.9 | 0.4 | 0.3 | 0.3 | 1.9 |
| Radio | 1.5 | 3.5 | 3.6 | 3.2 | 11.8 |
| Tribune Entertainment | 1.6 | 0.3 | 2.0 | 0.5 | 4.3 |
| Cubs | (6.4) | 16.8 | 25.7 | (8.8) | 27.2 |
| Cubs Eliminations | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| TV Contingency / Other Eliminations | (0.3) | 0.4 | 0.2 | 0.1 | 0.3 |
| **Broadcasting OCF** | **$76.7** | **$122.1** | **$110.0** | **$106.5** | **$415.2** |
| | | | | | |
| **Corporate** | **($11.2)** | **($9.7)** | **($10.6)** | **($10.1)** | **($41.6)** |
| | | | | | |
| **Total OCF** | **$257.9** | **$313.9** | **$272.7** | **$347.0** | **$1,191.4** |