**DEBTORS' ANALYSIS OF RECOVERY SCENARIOS**

As part of its due diligence, Debtors analyzed creditor recoveries making different assumptions regarding potential outcomes of the LBO-related causes of actions.  The results of that analysis, as well as notes setting forth the assumptions used in each recovery scenario are set forth below.

**Assumptions Relating to Recovery Scenarios**

**General Notes**

- All scenarios assume the intercompany balances related to Tribune , Tribune Finance Service Center, and Tribune Publishing are combined.

- Immediately prior to the Petition Date, Tribune transferred approximately $368.8 million in cash from its concentration and investment accounts at JPMorgan Chase Bank, N.A. and Bank of America, N.A. to new investment accounts at Fidelity Investments Institutional Services Company held by (i) Chicago Tribune Company and WGN Continental Broadcasting Company (which became Filed Subsidiary Debtors on December 8, 2008), (ii) Tribune CNLBC (which became a Filed Subsidiary Debtor on October 12, 2009), and (iii) Tribune Interactive, Inc. (which is a Guarantor Non-Debtor).  These transfers were done in order to implement certain business objectives, including the preservation of liquidity and the continued availability of funding for subsidiary operations.  These intercompany transfers were appropriately accounted for on the books and records of Tribune and its subsidiaries. For purposes of calculating distributions to Holders of Allowed Claims against and Interests in  Debtors, the aforementioned $368.8 million is deemed to have been returned to Tribune.

- Intercompany Claims.   Debtors and their advisors have reviewed the Intercompany Claims as reflected in their books and records at the Petition Date in order to determine an appropriate estimate of Allowed Intercompany Claims.  The Intercompany Claims are comprised of hundreds of thousands of individual transactions over the history of  Debtors.  The review of these claims included a focus on (i) the most significant portion of these amounts which arose in the seven years preceding the Petition Date and (ii) amounts related to large, "one time" transactions.  In addition, due to the prepetition debt structure which creates distinctions between Guarantor Subsidiary Debtors (and Guarantor Subsidiary Non-Debtors), Non-Guarantor Subsidiary Debtors, and Tribune, the review also focused on claims amongst these groups.  The review resulted in the identification of certain categories of transactions, which were then assessed from both a financial and legal perspective.  Based on that work, an assessment was then made of likely Allowed Intercompany Claims.

**The Recovery Scenarios**

**Case 1 (Base Case – No fraudulent conveyance claim)**

**Case 2 (Step Two Fraudulent Conveyance – Parent Only)**

Case 2 assumes the consolidated company was insolvent at Step Two of the LBO Transaction but the subsidiaries were solvent. Both the consolidated company and the subsidiaries are assumed to be solvent at Step One. The following changes are made vs. the base case:

- Senior Claim at Tribune is reduced by the principal associated with Step Two of the LBO ($2,105mm)
- Senior Claim at Guarantor Subsidiaries is increased by the assumed disgorgement of principal and interest related to Step Two debt ($133.5mm)
- Bridge Claim at Tribune is reduced by the principal associated with Step Two of the LBO ($1,619.5mm including accrued interest at petition date)
- Bridge Claim at Guarantor Subsidiaries is increased by the assumed disgorgement of principal and interest related to Step Two debt ($114.5mm)
- Disgorgement for Step Two includes principal and interest payments associated with Step Two debt and an illustrative amount representing potential recovery of other third party payments.

**Case 3 (Step Two Fraudulent Conveyance – Parent & Subsidiary)**

Case 3 assumes the consolidated company and the guarantor subsidiaries were insolvent at Step Two of the LBO Transaction but solvent at Step One. The following changes are made vs. case 2:

- Senior Claim at Guarantor Subsidiaries is reduced by the principal associated with Step Two of the LBO ($2,105mm)
- Bridge Claim at Guarantor Subsidiaries is reduced by the principal associated with Step Two of the LBO ($1,619.5mm including accrued interest at petition date)

**Case 4 (Step One & Two Fraudulent Conveyance – Parent Only)**

Case 4 assumes the consolidated company was insolvent at both Step One & Two of the LBO Transaction but the subsidiaries were solvent. The following changes are made vs. the base case:

- Senior Claim at Tribune is reduced by the principal associated with both Step One and Two less proceeds used to refinance existing debt or fund operations ($5,810.7mm)
- Senior Claim at Guarantor is increased by the assumed disgorgement of principal and interest related to Step One & Two debt ($1,096.4mm)
- Bridge Claim at Tribune is reduced by the principal associated with both Step One and Two ($1,619.5mm including accrued interest at petition date)

- Bridge Claim at Guarantor Subsidiaries is increased by the assumed disgorgement of principal and interest related to Step One & Two debt ($114.5mm)
- Disgorgement for Step One & Two includes principal and interest payments associated with Step One & Two debt and an illustrative amount representing potential recovery of other third party payments.
- Intercompany Balances for TFLLC are eliminated as this entity was set up as a part of Step One of the LBO transaction.

**Case 5 (Step One Fraudulent Conveyance at Parent Only; Step Two Fraudulent Conveyance at Parent & Subsidiary)**

Case 5 assumes the consolidated company was insolvent at both Step One & Two of the LBO Transaction and the subsidiary were insolvent at Step Two but not at Step One. The following changes are made vs. Case 4:

- Senior Claim at Guarantor Subsidiaries is reduced by $2,238.5mm ($2,105mm from principal and the balance due to previously added disgorgement claims)
- Bridge Claim at Guarantor Subsidiaries is eliminated.

**Case 6 (Step Two Fraudulent Conveyance – Parent & Subsidiary)**

Case 6 assumes the consolidated company and the guarantor subsidiaries were insolvent at Steps One and Two of the LBO Transaction. The following changes are made vs. case 4:

- Senior Claim at Guarantor Subsidiaries is eliminated with the exception of $150.9 million related to the Barclays Swap Claim.
- Bridge Claim at Guarantor Subsidiaries is eliminated.

**Case Comparisons**

**Illustrative Outcome Tree**  Confidential
($ in millions)

| | | No Fraudulent Conveyance | | Step Two Fraudulent Conveyance | | | | Step One & Two Fraudulent Conveyance | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Guarantees Pierced | | | | Subs Solvent Step One/Insolvent Step Two | | Guarantees Pierced | |
| | | Case 1 | | Case 2 | | Case 3 | | Case 4 | | Case 5 | | Case 6 | |
| | | Low | High | Low | High | Low | High | Low | High | Low | High | Low | High |
| **CLAIMS:** | | | | | | | | | | | | | |
| Senior Lender Claims at Tribune | $ | 8,722.1 | 8,722.1 | 6,617.1 | 6,617.1 | 6,617.1 | 6,617.1 | 3,214.4 | 3,214.4 | 3,214.4 | 3,214.4 | 3,214.4 | 3,214.4 |
| Senior Lender Claims at Subs | | 8,722.1 | 8,722.1 | 8,722.1 | 8,722.1 | 6,617.1 | 6,617.1 | 8,722.1 | 8,722.1 | 6,617.1 | 6,617.1 | 150.9 | 150.9 |
| Bridge Claims at Tribune | | 1,619.5 | 1,619.5 | - | - | - | - | - | - | - | - | - | - |
| Bridge Claims at Subs | | 1,619.5 | 1,619.5 | 1,619.5 | 1,619.5 | - | - | 1,619.5 | 1,619.5 | - | - | - | - |
| Bonds Claims at Tribune | | 1,283.1 | 1,283.1 | 1,283.1 | 1,283.1 | 1,283.1 | 1,283.1 | 1,283.1 | 1,283.1 | 1,283.1 | 1,283.1 | 1,283.1 | 1,283.1 |
| Subordinated Claims at Tribune | | 994.2 | 994.2 | 994.2 | 994.2 | 994.2 | 994.2 | 994.2 | 994.2 | 994.2 | 994.2 | 994.2 | 994.2 |
| Total GUC at Tribune | | 113.8 | 113.8 | 113.8 | 113.8 | 113.8 | 113.8 | 113.8 | 113.8 | 113.8 | 113.8 | 113.8 | 113.8 |
| Total GUC at Subs | | 120.0 | 120.0 | 120.0 | 120.0 | 120.0 | 120.0 | 120.0 | 120.0 | 120.0 | 120.0 | 120.0 | 120.0 |
| **DISGORGEMENT:** | | | | | | | | | | | | | |
| Senior Lender Disgorgement | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Bridge Lender Disgorgement | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other 3rd Party Disgorgement | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Disgorgement | | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **RECOVERIES:** | | | | | | | | | | | | | |
| Total Distributable Value at Tribune | $ | 874.3 | $ 870.0 | $ 875.6 | $ 871.0 | $ 888.0 | $ 880.9 | $ 877.6 | $ 872.5 | $ 890.6 | $ 882.8 | $ 5,829.1 | $ 5,829.1 |
| Senior Lender | | 5,911.0 | 5,925.2 | 5,971.9 | 5,982.3 | 5,970.0 | 5,980.7 | 5,935.5 | 5,953.5 | 5,932.9 | 5,951.5 | 3,589.0 | 3,589.0 |
| Bridge | | 81.7 | 74.0 | - | - | - | - | - | - | - | - | - | - |
| Bonds | | 64.7 | 58.7 | 83.7 | 74.2 | 84.9 | 75.1 | 117.2 | 100.7 | 119.0 | 101.9 | 1,283.1 | 1,283.1 |
| Subordinated | | - | - | - | - | - | - | - | - | - | - | 994.2 | 994.2 |
| GUC at Tribune | | 5.7 | 5.2 | 7.4 | 6.6 | 7.5 | 6.7 | 10.4 | 8.9 | 10.6 | 9.0 | 113.8 | 113.8 |
| GUC at Subs (Model Recovery) | | 1.9 | 1.9 | 1.9 | 1.9 | 2.6 | 2.6 | 1.9 | 1.9 | 2.6 | 2.6 | 85.0 | 85.0 |
| GUC at Subs (Est. Cure Cost) | | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 |
| GUC at Subs (True Up) | | - | - | - | - | - | - | - | - | - | - | - | - |
| Total GUC at Subs | | 36.9 | 36.9 | 36.9 | 36.9 | 37.6 | 37.6 | 36.9 | 36.9 | 37.6 | 37.6 | 120.0 | 120.0 |
| Total GUC (Tribune + Subs) | | 42.6 | 42.1 | 44.3 | 43.5 | 45.1 | 44.2 | 47.3 | 45.8 | 48.2 | 46.7 | 233.8 | 233.8 |
| Grand Total | $ | 6,100.0 | $ 6,100.0 | $ 6,100.0 | $ 6,100.0 | $ 6,100.0 | $ 6,100.0 | $ 6,100.0 | $ 6,100.0 | $ 6,100.0 | $ 6,100.0 | $ 6,100.0 | $ 6,100.0 |
| **DEBT ADJUSTMENTS** | | | | | | | | | | | | | |
| Senior Lender Guarantee Claim: | | | | | | | | | | | | | |
| Unadjusted | $ | 8,722.1 | $ 8,722.1 | $ 8,722.1 | $ 8,722.1 | $ 8,722.1 | $ 8,722.1 | $ 8,722.1 | $ 8,722.1 | $ 8,722.1 | $ 8,722.1 | $ 8,722.1 | $ 8,722.1 |
| Fradulent Conveyance Adj | | - | - | - | - | (2,105.0) | (2,105.0) | - | - | (2,105.0) | (2,105.0) | (8,571.2) | (8,571.2) |
| Step Two P&I Adj | | | | | | | | | | | | | |
| Principal | | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Step Two Adj | | - | - | - | - | - | - | - | - | - | - | - | - |
| Step One P&I Adj | | | | | | | | | | | | | |
| Principal | | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal (Offset) | | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest (Offset) | | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Step One Adj | | - | - | - | - | - | - | - | - | - | - | - | - |
| Adj Senior Lender Guarantee Claim | $ | 8,722.1 | $ 8,722.1 | $ 8,722.1 | $ 8,722.1 | $ 6,617.1 | $ 6,617.1 | $ 8,722.1 | $ 8,722.1 | $ 6,617.1 | $ 6,617.1 | $ 150.9 | $ 150.9 |
| Bridge Guarantee Claim: | | | | | | | | | | | | | |
| Unadjusted | $ | 1,619.5 | $ 1,619.5 | $ 1,619.5 | $ 1,619.5 | $ 1,619.5 | $ 1,619.5 | $ 1,619.5 | $ 1,619.5 | $ 1,619.5 | $ 1,619.5 | $ 1,619.5 | $ 1,619.5 |
| Step Two F.C. Adj | | - | - | - | - | (1,619.5) | (1,619.5) | - | - | (1,619.5) | (1,619.5) | (1,619.5) | (1,619.5) |
| Step Two Adj | | | | | | | | | | | | | |
| Principal | | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Step Two Adj | | - | - | - | - | - | - | - | - | - | - | - | - |
| Adj Bridge Guarantee Claim | $ | 1,619.5 | $ 1,619.5 | $ 1,619.5 | $ 1,619.5 | $ - | $ - | $ 1,619.5 | $ 1,619.5 | $ - | $ - | $ - | $ - |

## Case Comparisons

**Illustrative Outcome Tree**
($ in millions)

| | No Fraudulent Conveyance | | With Disgorgement | | | | | | | | | |
| | | | Step Two Fraudulent Conveyance | | | | Step One & Two Fraudulent Conveyance | | | | | |
| | | | | | Guarantees Pierced | | | | Subs Solvent Step One/Insolvent Step Two | | Guarantees Pierced | |
| | Case 1 | | Case 2 | | Case 3 | | Case 4 | | Case 5 | | Case 6 | |
| | Low | High | Low | High | Low | High | Low | High | Low | High | Low | High |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS:** | | | | | | | | | | | | |
| Senior Lender Claims at Tribune | $ 8,722.1 | $ 8,722.1 | $ 6,617.1 | $ 6,617.1 | $ 6,617.1 | $ 6,617.1 | $ 2,911.4 | $ 2,911.4 | $ 2,911.4 | $ 2,911.4 | $ 2,911.4 | $ 2,911.4 |
| Senior Lender Claims at Subs | 8,722.1 | 8,722.1 | 8,855.6 | 8,855.6 | 6,617.1 | 6,617.1 | 9,818.6 | 9,818.6 | 7,580.1 | 7,580.1 | 150.9 | 150.9 |
| Bridge Claims at Tribune | 1,619.5 | 1,619.5 | - | - | - | - | - | - | - | - | - | - |
| Bridge Claims at Subs | 1,619.5 | 1,619.5 | 1,734.0 | 1,734.0 | - | - | 1,734.0 | 1,734.0 | - | - | - | - |
| Bonds Claims at Tribune | 1,283.1 | 1,283.1 | 1,283.1 | 1,283.1 | 1,283.1 | 1,283.1 | 1,283.1 | 1,283.1 | 1,283.1 | 1,283.1 | 1,283.1 | 1,283.1 |
| Subordinated Claims at Tribune | 994.2 | 994.2 | 994.2 | 994.2 | 994.2 | 994.2 | 994.2 | 994.2 | 994.2 | 994.2 | 994.2 | 994.2 |
| Total GUC at Tribune | 113.8 | 113.8 | 113.8 | 113.8 | 113.8 | 113.8 | 113.8 | 113.8 | 113.8 | 113.8 | 113.8 | 113.8 |
| Total GUC at Subs | 120.0 | 120.0 | 120.0 | 120.0 | 120.0 | 120.0 | 120.0 | 120.0 | 120.0 | 120.0 | 120.0 | 120.0 |
| **DISGORGEMENT:** | | | | | | | | | | | | |
| Senior Lender Disgorgement | $0.0 | $0.0 | $200.0 | $200.0 | $200.0 | $200.0 | $1,100.0 | $1,100.0 | $1,100.0 | $1,100.0 | $1,100.0 | $1,100.0 |
| Bridge Lender Disgorgement | 0.0 | 0.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Other 3rd Party Disgorgement | 0.0 | 0.0 | 300.0 | 300.0 | 300.0 | 300.0 | 500.0 | 500.0 | 500.0 | 500.0 | 500.0 | 500.0 |
| Total Disgorgement | $0.0 | $0.0 | $600.0 | $600.0 | $600.0 | $600.0 | $1,700.0 | $1,700.0 | $1,700.0 | $1,700.0 | $1,700.0 | $1,700.0 |
| **RECOVERIES:** | | | | | | | | | | | | |
| Total Distributable Value at Tribune | $ 874.3 | $ 870.0 | $ 1,479.5 | $ 1,474.3 | $ 1,493.0 | $ 1,485.1 | $ 2,592.0 | $ 2,584.4 | $ 2,603.4 | $ 2,593.9 | $ 7,529.1 | $ 7,529.1 |
| Senior Lender | 5,911.0 | 5,925.2 | 6,509.1 | 6,526.3 | 6,506.9 | 6,524.6 | 7,371.3 | 7,426.9 | 7,368.8 | 7,425.0 | 5,289.0 | 5,289.0 |
| Bridge | 81.7 | 74.0 | - | - | - | - | - | - | - | - | - | - |
| Bonds | 64.7 | 58.7 | 141.5 | 125.7 | 142.8 | 126.6 | 359.9 | 308.9 | 361.6 | 310.0 | 1,283.1 | 1,283.1 |
| Subordinated | - | - | - | - | - | - | - | - | - | - | 994.2 | 994.2 |
| GUC at Tribune | 5.7 | 5.2 | 12.6 | 11.1 | 12.7 | 11.2 | 31.9 | 27.4 | 32.1 | 27.5 | 113.8 | 113.8 |
| GUC at Subs (Model Recovery) | 1.9 | 1.9 | 1.9 | 1.9 | 2.6 | 2.6 | 1.9 | 1.8 | 2.5 | 2.5 | 85.0 | 85.0 |
| GUC at Subs (Est. Cure Cost) | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 | 35.0 |
| GUC at Subs (True Up) | - | - | - | - | - | - | - | - | - | - | - | - |
| Total GUC at Subs | 36.9 | 36.9 | 36.9 | 36.9 | 37.6 | 37.6 | 36.9 | 36.8 | 37.5 | 37.5 | 120.0 | 120.0 |
| Total GUC (Tribune + Subs) | 42.6 | 42.1 | 49.4 | 48.0 | 50.3 | 48.8 | 68.8 | 64.2 | 69.6 | 65.0 | 233.8 | 233.8 |
| Grand Total | $ 6,100.0 | $ 6,100.0 | $ 6,700.0 | $ 6,700.0 | $ 6,700.0 | $ 6,700.0 | $ 7,800.0 | $ 7,800.0 | $ 7,800.0 | $ 7,800.0 | $ 7,800.0 | $ 7,800.0 |
| **DEBT ADJUSTMENTS** | | | | | | | | | | | | |
| Senior Lender Guarantee Claim: | | | | | | | | | | | | |
| Unadjusted | $ 8,722.1 | $ 8,722.1 | 8,722.1 | 8,722.1 | 8,722.1 | 8,722.1 | $ 8,722.1 | $ 8,722.1 | 8,722.1 | 8,722.1 | $ 8,722.1 | $ 8,722.1 |
| Fradulent Conveyance Adj | - | - | - | - | (2,105.0) | (2,105.0) | - | - | (2,105.0) | (2,105.0) | (8,571.2) | (8,571.2) |
| Step Two P&I Adj | | | | | | | | | | | | |
| Principal | - | - | 21.1 | 21.1 | - | - | 21.1 | 21.1 | - | - | - | - |
| Interest | - | - | 112.4 | 112.4 | - | - | 112.4 | 112.4 | - | - | - | - |
| Total Step Two Adj | - | - | 133.5 | 133.5 | - | - | 133.5 | 133.5 | - | - | - | - |
| Step One P&I Adj | | | | | | | | | | | | |
| Principal | - | - | - | - | - | - | 838.6 | 838.6 | 838.6 | 838.6 | - | - |
| Principal (Offset) | - | - | - | - | - | - | (303.0) | (303.0) | (303.0) | (303.0) | - | - |
| Interest | - | - | - | - | - | - | 669.1 | 669.1 | 669.1 | 669.1 | - | - |
| Interest (Offset) | - | - | - | - | - | - | (241.7) | (241.7) | (241.7) | (241.7) | - | - |
| Total Step One Adj | - | - | - | - | - | - | 963.0 | 963.0 | 963.0 | 963.0 | - | - |
| Adj Senior Lender Guarantee Claim | $ 8,722.1 | $ 8,722.1 | $ 8,855.6 | $ 8,855.6 | $ 6,617.1 | $ 6,617.1 | $ 9,818.6 | $ 9,818.6 | $ 7,580.1 | $ 7,580.1 | $ 150.9 | $ 150.9 |
| Bridge Guarantee Claim: | | | | | | | | | | | | |
| Unadjusted | $ 1,619.5 | $ 1,619.5 | $ 1,619.5 | $ 1,619.5 | $ 1,619.5 | $ 1,619.5 | $ 1,619.5 | $ 1,619.5 | $ 1,619.5 | $ 1,619.5 | $ 1,619.5 | $ 1,619.5 |
| Step Two F.C. Adj | - | - | - | - | (1,619.5) | (1,619.5) | - | - | (1,619.5) | (1,619.5) | (1,619.5) | (1,619.5) |
| Step Two Adj | | | | | | | | | | | | |
| Principal | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | - | - | 114.5 | 114.5 | - | - | 114.5 | 114.5 | - | - | - | - |
| Total Step Two Adj | - | - | 114.5 | 114.5 | - | - | 114.5 | 114.5 | - | - | - | - |
| Adj Bridge Guarantee Claim | $ 1,619.5 | $ 1,619.5 | $ 1,734.0 | $ 1,734.0 | $ - | $ - | $ 1,734.0 | $ 1,734.0 | $ - | $ - | $ - | $ - |