**Tribune Publishing Consolidated**
**Summary of Operations - Target Case (excludes Stock Based Compensation)**
**2005-2011**
($ in millions)

| | | 2005 Actual | 2006 Proj (52 wks) | 2007 | 2008 | 2009 | 2010 | 2011 | '05-'06 | '06-'07 | '07-'08 | '08-'09 | '09-'10 | '10-'11 | '06 - '10 CAGR | '06 - '11 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Operating Revenues** | | | | | | | | | | | | | | | |
| | Advertising | | | | | | | | | | | | | | | |
| 1 | Print | $ 3,067 | $ 2,979 | $ 3,003 | $ 3,036 | $ 3,065 | $ 3,095 | $ 3,126 | -2.9% | 0.8% | 1.1% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |
| 2 | Interactive | 178 | 226 | 287 | 330 | 387 | 443 | 499 | 27.2% | 27.0% | 15.0% | 17.2% | 14.6% | 12.6% | 18.3% | 17.2% |
| 3 | Subtotal | 3,244 | 3,205 | 3,290 | 3,366 | 3,452 | 3,538 | 3,625 | -1.2% | 2.7% | 2.3% | 2.5% | 2.5% | 2.5% | 2.5% | 2.5% |
| 4 | Circulation | 596 | 565 | 549 | 533 | 517 | 501 | 486 | -5.2% | -2.8% | -3.0% | -3.0% | -3.0% | -3.0% | -2.9% | -3.0% |
| 5 | Other | 257 | 252 | 284 | 295 | 310 | 325 | 342 | -1.7% | 12.6% | 3.9% | 5.0% | 5.0% | 5.0% | 6.6% | 6.3% |
| 6 | **Total Revenues** | **4,097** | **4,022** | **4,123** | **4,194** | **4,278** | **4,364** | **4,453** | **-1.8%** | **2.5%** | **1.7%** | **2.0%** | **2.0%** | **2.0%** | **2.1%** | **2.1%** |
| | **Cash Expenses** | | | | | | | | | | | | | | | |
| 7 | Print | 3,030 | 2,965 | 2,978 | 2,987 | 3,016 | 3,046 | 3,096 | -2.1% | 0.4% | 0.3% | 1.0% | 1.0% | 1.6% | 0.7% | 0.9% |
| 8 | Interactive | 81 | 102 | 142 | 169 | 197 | 225 | 252 | 27.2% | 38.2% | 19.1% | 16.7% | 14.4% | 12.2% | 21.8% | 19.8% |
| 9 | **Total Cash Expenses** | **3,111** | **3,067** | **3,120** | **3,156** | **3,213** | **3,271** | **3,348** | **-1.4%** | **1.7%** | **1.2%** | **1.8%** | **1.8%** | **2.4%** | **1.6%** | **1.8%** |
| 10 | **Operating Cash Flow** | $ 986 | $ 955 | $ 1,004 | $ 1,038 | $ 1,066 | $ 1,093 | $ 1,104 | -3.2% | 5.1% | 3.4% | 2.6% | 2.6% | 1.0% | 3.5% | 3.0% |
| 11 | % Margin | 24.1% | 23.7% | 24.3% | 24.8% | 24.9% | 25.1% | 24.8% | | | | | | | | |
| 12 | **TI Operating Cash Flow** | $ 97 | $ 124 | $ 145 | $ 161 | $ 190 | $ 218 | $ 247 | 27.2% | 17.7% | 11.0% | 17.7% | 14.8% | 13.1% | 15.3% | 14.8% |
| 13 | % Margin | 54.7% | 54.7% | 50.7% | 48.9% | 49.1% | 49.2% | 49.4% | | | | | | | | |
| 14 | **Print Operating Cash Flow** | $ 889 | $ 831 | $ 858 | $ 877 | $ 876 | $ 875 | $ 858 | -6.5% | 3.3% | 2.2% | -0.2% | 0.0% | -2.0% | 1.3% | 0.6% |
| 15 | % Margin | 22.7% | 21.9% | 22.4% | 22.7% | 22.5% | 22.3% | 21.7% | | | | | | | | |
| | **Equity income/(loss)** | | | | | | | | | | | | | | | |
| 16 | CareerBuilder | (15) | (8) | 4 | 11 | 21 | 32 | 43 | -44.7% | NM | 150.0% | 100.0% | 50.0% | 33.3% | NM | NM |
| 17 | Classified Ventures | (2) | 0 | 1 | 6 | 8 | 11 | 14 | -100.7% | NM | 566.7% | 50.0% | 33.3% | 25.0% | NM | NM |
| 18 | ShopLocal | (5) | (11) | (9) | (6) | - | 4 | 6 | 114.8% | -12.3% | -31.8% | NM | NM | 50.0% | NM | NM |
| 19 | Topix.com | (1) | (2) | (3) | (1) | - | 1 | 2 | 295.2% | 43.4% | -62.5% | NM | NM | 66.7% | NM | NM |
| 20 | Open Networks | - | - | (3) | (4) | (1) | 2 | 3 | NM | NM | 20.1% | -66.7% | NM | 100.2% | NM | NM |
| 21 | Other [1] | (1) | 1 | 0 | 1 | 2 | 4 | 9 | -192.0% | -43.5% | 123.8% | 138.3% | 145.1% | 111.0% | 64.8% | 73.2% |
| 22 | Subtotal | (22) | (21) | (11) | 5 | 30 | 54 | 77 | -8.2% | -48.1% | -149.4% | NM | 81.6% | 41.9% | NM | NM |
| 23 | **Operating Cash Flow + Equity** | $ 964 | $ 934 | $ 993 | $ 1,044 | $ 1,096 | $ 1,148 | $ 1,182 | -3.1% | 6.3% | 5.1% | 5.0% | 4.8% | 2.9% | 5.3% | 4.8% |

[1] - Other includes BrassRing, Consumer Networks, LAT/WP News Service, LAT CIPS, TMS Newscom/Presslink and TMS KRTN and additional investments.

**Tribune Publishing Consolidated**
**Equity Investment Supplemental Information**
**2005-2011**
($ in millions)

| | | 2005 Actual | 2006 Proj (52 wks) | 2007 | 2008 | 2009 | 2010 | 2011 | '05-'06 | '06-'07 | '07-'08 | '08-'09 | '09-'10 | '10-'11 | '06 - '10 CAGR | '06 - '11 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *Entity Revenues* | | | | | | | | | | | | | | | |
| 1 | CareerBuilder | 234 | 365 | 444 | 495 | 565 | 650 | 748 | 56.1% | 21.6% | 11.5% | 14.2% | 15.0% | 15.0% | 15.5% | 15.4% |
| 2 | Classified Ventures | 147 | 209 | 267 | 339 | 422 | 485 | 558 | 42.3% | 27.7% | 27.0% | 24.5% | 15.0% | 15.0% | 23.4% | 21.7% |
| 3 | Sho . | 11 | 17 | 22 | 35 | 60 | 100 | 150 | 51.6% | 29.5% | 59.1% | 71.4% | 66.7% | 50.0% | 55.8% | 54.6% |
| 4 | Topix.com | 1 | 1 | 7 | 15 | 20 | 25 | 35 | 5.0% | 455.6% | 114.3% | 33.3% | 25.0% | 40.0% | 111.1% | 94.4% |
| 5 | Open Networks | - | - | 1 | 8 | 22 | 33 | 40 | NM | NM | 700.0% | 175.0% | 50.0% | 21.2% | NM | NM |
| 6 | Other | - | - | - | 25 | 56 | 94 | 143 | NM | NM | NM | 125.0% | 69.4% | 51.2% | NM | NM |
| 7 | Subtotal | 393 | 593 | 741 | 917 | 1,145 | 1,388 | 1,674 | 50.6% | 25.0% | 23.7% | 24.9% | 21.2% | 20.6% | 23.7% | 23.1% |
| | *Entity Profit* | | | | | | | | | | | | | | | |
| 8 | CareerBuilder | (44) | (13) | 10 | 25 | 50 | 75 | 100 | -69.8% | -175.2% | 150.0% | 100.0% | 50.0% | 33.3% | NM | NM |
| 9 | Classified Ventures | (3) | 0 | 3 | 20 | 30 | 40 | 50 | -104.2% | 2677.8% | 566.7% | 50.0% | 33.3% | 25.0% | #NUM! | NM |
| 10 | ShopLocal | (13) | (29) | (22) | (15) | - | 10 | 15 | 126.7% | -24.1% | -31.8% | -100.0% | NM | 50.0% | NM | NM |
| 11 | Topix.com | (1) | (7) | (8) | (3) | - | 3 | 5 | 384.4% | 14.3% | -62.5% | -100.0% | NM | 66.7% | NM | NM |
| 12 | Open Networks | - | - | (10) | (12) | (4) | 5 | 10 | NM | NM | 20.0% | -66.7% | NM | 100.0% | NM | NM |
| 13 | Other | - | (2) | 1 | 2 | 5 | 13 | 28 | NM | -150.0% | 123.8% | 138.3% | 145.1% | 111.0% | #NUM! | #NUM! |
| 14 | Subtotal | (61) | (51) | (26) | 17 | 81 | 146 | 208 | -15.8% | -49.2% | -166.3% | 371.8% | 79.6% | 42.1% | NM | NM |
| | *TRB Share of Entity Profit* | | | | | | | | | | | | | | | |
| 15 | CareerBuilder | (15) | (8) | 4 | 11 | 21 | 32 | 43 | -44.7% | -152.4% | 150.0% | 100.0% | 50.0% | 33.3% | NM | NM |
| 16 | Classified Ventures | (2) | 0 | 1 | 6 | 8 | 11 | 14 | -100.7% | 7481.8% | 566.7% | 50.0% | 33.3% | 25.0% | NM | NM |
| 17 | ShopLocal | (5) | (11) | (9) | (6) | - | 4 | 6 | 114.8% | -12.3% | -31.8% | -100.0% | NM | 50.0% | NM | NM |
| 18 | Topix.com | (1) | (2) | (3) | (1) | - | 1 | 2 | 295.2% | 43.4% | -62.5% | -100.0% | NM | 66.7% | NM | NM |
| 18 | Open Networks | - | - | (3) | (4) | (1) | 2 | 3 | NM | NM | 20.1% | -66.7% | NM | 100.2% | NM | NM |
| 19 | Other | (1) | 1 | 0 | 1 | 2 | 4 | 9 | -192.0% | -43.5% | 123.8% | 138.3% | 145.1% | 111.0% | 64.8% | 73.2% |
| 20 | Subtotal | (22) | (21) | (11) | 5 | 30 | 54 | 77 | -8.2% | -48.1% | -149.4% | 469.2% | 81.6% | 41.9% | NM | NM |

All ownership percentages consistent with 2006 current ownership.
Open Networks assumed to be 1/3 owned.
Brassring assumed to be sold in 2006.
Other is assumed to be owned 1/3.

|  |  | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|
| Capital to invest |  | 100 | 100 | 100 | 100 | 100 |
| **Investments** |  |  |  |  |  |  |
| % Invested in JVs | 33% | 33 | 33 | 33 | 33 | 33 |
| Revenue Multiple | 4.00 | 8.25 | 8.25 | 8.25 | 8.25 | 8.25 |
|  | Growth |  |  |  |  |  |
| Investment revenue #1 | 20% | OPEN NETWORKS |  |  |  |  |
| Investment revenue #2 | 25% |  | 25 | 31 | 39 | 48 |
| Investment revenue #3 | 25% |  | - | 25 | 31 | 39 |
| Investment revenue #4 | 25% |  | - | - | 25 | 31 |
| Investment revenue #5 | 25% |  | - | - | - | 25 |
| Total revenue |  | - | 25 | 56 | 94 | 143 |
|  |  |  |  |  |  |  |
| TI core expenses |  |  |  |  |  |  |
| Investment Expenses #1 |  | OPEN NETWORKS |  |  |  |  |
| Investment Expenses #2 |  |  | 23.5125 | 27.84375 | 30.9375 | 33.83789 |
| Investment Expenses #3 |  |  |  | 23.5125 | 27.84375 | 30.9375 |
| Investment Expenses #4 |  |  |  |  | 23.5125 | 27.84375 |
| Investment Expenses #5 |  |  |  |  |  | 23.5125 |
| Total expenses |  |  | 0 | 24 | 51 | 82 | 116 |
| Net income |  |  | 0 | 1 | 4 | 12 | 27 |
|  |  |  |  |  |  |  |
| Margin |  |  |  | 5% | 8% | 13% | 19% |

| Investment Margins | Margin | Expenses |
|---|---|---|
| year 1 | 5% | 95% |
| year 2 | 10% | 90% |
| year 3 | 20% | 80% |
| year 4 | 30% | 70% |
| year 5 | 40% | 60% |

**O&Os**

|  |  | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|
| % to invest in O&Os | 50% | 50 | 50 | 50 | 50 | 50 |
| Revenue Multiple | 5.00 | 8.00 | 10.00 | 10.00 | 10.00 | 10.00 |
|  | Growth |  |  |  |  |  |
| TI core revenue | 12% | 273 | 311 | 353 | 391 | 424 |
| Investment revenue #1 | 25% | 8 | 9 | 11 | 14 | 17 |
| Investment revenue #2 | 25% |  | 10 | 13 | 16 | 20 |
| Investment revenue #3 | 25% |  | - | 10 | 13 | 16 |
| Investment revenue #4 | 25% |  | - | - | 10 | 13 |
| Investment revenue #5 | 25% |  | - | - | - | 10 |
| Total revenue |  | 281 | 330 | 387 | 443 | 499 |
|  |  |  | 17% | 17% | 15% | 13% |
|  |  |  |  |  |  |  |
| Expense growth |  |  | 11% | 11% | 9% | 7% |
| TI core expenses |  | 136 | 151 | 167 | 182 | 195 |
| Investment Expenses #1 |  | 8 | 8 | 9 | 10 | 10 |
| Investment Expenses #2 |  |  | 9.5 | 11.25 | 12.5 | 13.67188 |
| Investment Expenses #3 |  |  |  | 9.5 | 11.25 | 12.5 |
| Investment Expenses #4 |  |  |  |  | 9.5 | 11.25 |
| Investment Expenses #5 |  |  |  |  |  | 9.5 |
| Total expenses |  | 144 | 169 | 197 | 225 | 252 |
|  |  |  |  |  |  |  |
| Margin |  | 49% | 49% | 49% | 49% | 49% |

| Investment Margins | Margin | Expenses |
|---|---|---|
| year 1 | 5% | 95% |
| year 2 | 10% | 90% |
| year 3 | 20% | 80% |
| year 4 | 30% | 70% |
| year 5 | 40% | 60% |