

TRIBUNE

April 2007

# Publishing
# Financial Projections

($ in millions)

| | 2007PF | 2008E | 2009E | 2010E | 2011E | '07E-'11E CAGR |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| Print Advertising | $2,868 | $2,853 | $2,832 | $2,807 | $2,775 | (0.8%) |
| Interactive Advertising | 273 | 322 | 376 | 435 | 500 | 16.3 |
| Circulation | 536 | 514 | 496 | 478 | 461 | (3.7) |
| Other | 269 | 280 | 294 | 305 | 318 | 4.3 |
| **Total Revenues** | **$3,946** | **$3,969** | **$3,998** | **$4,025** | **$4,054** | **0.7%** |
| Cash Expenses | 3,017 | 3,016 | 3,031 | 3,045 | 3,064 | 0.4 |
| **Operating Cash Flow** [1] | **$929** | **$954** | **$967** | **$979** | **$990** | **1.6%** |
| % Margin | 24% | 24% | 24% | 24% | 24% | |
| Cash from Equity Investments | 4 | 18 | 32 | 55 | 78 | |
| **Adj. EBITDA** [2] | **$933** | **$971** | **$999** | **$1,035** | **$1,068** | **3.4%** |

Note: All projections shown pro forma for the sale of SCNI.
(1) Before stock-based compensation.
(2) Operating cash flow before stock-based compensation plus cash from equity investments.

21