

CONFIDENTIAL

Confidential Discussion Materials Prepared for:

# Committee of Independent Directors of the Board of Directors of Tribune

January 12, 2007



CONFIDENTIAL

**Merrill Lynch**

# Process Update



**citigroup**
corporate and
investment banking

# Process Update

## Summary of Active Bidders

- Two bidders for whole company remain active
- Each of Chandlers and Foundation pursuing Publishing only transaction
- Carlyle focused on all-cash bid for Broadcasting

### Whole Company






Eli Broad /
Ron Burkle (Yucaipa)

### Publishing Only

- Chandler Trusts plus
  - Evercore
  - Elevation Partners
  - Hellman & Friedman
  - David Geffen (?)
- McCormick Foundation plus
  - Quadrangle
  - Access Industries

### Broadcasting Only

THE CARLYLE GROUP

---

## BainCapital



**Bidders Who Declined Since December 12th Meeting**

*Potential Partners for
Chandler Trusts and / or
McCormick Foundation*







CONFIDENTIAL



citigroup
CONFIDENTIAL

## Spectrum of Potential Process Outcomes

- Five potential scenarios
- Scenarios 1 and 2 create negotiating leverage for Tribune
- If unacceptable offer for all of Tribune (Scenarios 3-5)
  - Separate Broadcasting
  - Complete private market test of sale of B&E
  - Explore increased borrowings / asset sales to return substantial capital to shareholders

**Timing / Complexities of Separation**

| | Scenario 1 | Scenario 2 | Scenario 3 | Scenario 4 | Scenario 5 |
|---|---|---|---|---|---|
| **Whole Company Proposals** | 2 | 1 | 1 | 0 | 0 |
| **Value** | $28-$32 | $28-$32 | <$28.00 | -- | -- |
| **Publishing Proposal & B&E Spin** | Chandlers and Foundation | Chandlers and Foundation | Chandlers and Foundation | Chandlers or Foundation | -- |
| **Value** | >$32 | $28-$32 | $30-$32 | $28-$30 | -- |
| **B&E Only Proposal** | -- | -- | Carlyle | Carlyle | -- |
| **Value** | -- | -- | >10.5x | <10.5x | -- |

Scenarios 1–2:
- Further develop whole company proposal(s)
- Determine maximum value / certainty for whole company transaction
- Definitive Agreement: 1-2 weeks

Scenarios 3–5:
- Proceed with separation of Broadcasting and Publishing
- Fully develop Publishing and Broadcasting only bids
- Determine appropriate capital structure / return of capital
- Definitive Agreement: 8+ weeks

2

CONFIDENTIAL

**Merrill Lynch**

# Overview of Potential Transactions



citigroup
corporate and
investment banking

# Overview of Potential Transactions

## Separation Transactions

| Whole Company Transaction | Tax-Efficient Restructuring | Sale in Multiple Steps | Spin /Recapitalization / Asset Dispositions |
|---|---|---|---|

**Whole Company Transaction**

- Sale to financial sponsor / vanity buyer for cash

- Apollo / Madison Dearborn / Providence ("AMP")

- Broad / Yucaipa

**Tax-Efficient Restructuring**

- Sale of Publishing
  - "Old & Cold" / sponsor(s)
  - Chandler Trusts
    - McCormick / Cantigny Foundation

- Spin-off of Broadcasting

**Sale in Multiple Steps**

- Sale of Publishing
  - Financial sponsor(s)
  - "Old & Cold" shareholder
    - Chandler Trusts
    - McCormick / Cantigny Foundation

- Sale of B&E
  - Carlyle

**Spin /Recapitalization / Asset Dispositions**

- Leveraged spin-off of Broadcasting

- Recapitalization of Publishing

- Asset dispositions
  - Broadcasting
    - All
    - Superstation
    - Comcast SportsNet
  - Cubs
  - TVFood

- Whole Company recapitalization

- Share repurchase

- Special dividend

- Asset dispositions




citigroup

CONFIDENTIAL

3

# Potential Transactions

| | Advantages | Considerations |
|---|---|---|
| **Whole Company Transaction** | ■ Straightforward transaction<br>■ Maximizes cash proceeds<br>■ Timing<br>■ No corporate tax leakage<br>■ Relative certainty of consummation / simplicity of execution | ■ Ability to obtain desired valuation<br>■ Potential regulatory uncertainty around cross-ownership |
| **Tax-Efficient Restructuring** | ■ Minimizes tax leakage to improve value to Tribune shareholders<br>■ Potentially higher values for individual businesses in the future<br>■ Utilize leverage to increase cash to shareholders<br>■ Ability to combine different buyers/sources of equity | ■ Timing / closing certainty<br>  ■ 80% vote requirement<br>■ Complex transaction |
| **Sale in Multiple Steps** | ■ Allows buyer to transact for each desired entity without overhang of other business<br>■ Resolves cross-ownership regulatory uncertainty | ■ Timing / closing certainty<br>■ Increased operation risk while restructuring is taking place<br>■ Net tax leakage from sale of B&E<br>■ Lack of identifiable purchasers for Publishing |
| **Spin / Recapitalization / Asset Dispositions** | ■ Self-help solution<br>■ Timing<br>■ Substantial return of capital to shareholders<br>  ■ ~30% of equity value "monetized" in Leveraged Broadcasting spin-off / Publishing recapitalization<br>  ■ ~50% of equity value "monetized" in straight recapitalization | ■ Exacerbates impact of potential operating shortfalls<br>■ Recapitalization may need to be accompanied by select asset dispositions<br>  ■ Potential impact on remaining business if major market/attractive properties sold<br>■ No substantial change to shareholder composition |




CONFIDENTIAL

4



# Overview of Transactions

| | Separation Transactions | | | Recapitalization / Asset Dispositions |
|---|---|---|---|---|

Price Per Tribune Share

| | Whole Company Going Private | | Sale in Multiple Steps | Tax-Efficient Restructuring | Broadcasting Spin and Recapitalization | Broadcasting Sale and Recapitalization | Whole Co. Recapitalization |

Bar chart values:
- Whole Company Going Private: $30.00
- Sale in Multiple Steps: $32.00 | $29.25 | $34.75
- Tax-Efficient Restructuring: $20.50 / $8.00 = $28.50 | $25.75 / $9.00 = $34.75
- Broadcasting Spin and Recapitalization: $10.25 / $13.00 / $8.25 = $31.50
- Broadcasting Sale and Recapitalization: $19.50 / $13.00 = $32.50
- Whole Co. Recapitalization: $14.00 / $15.50 = $29.50

Legend: Publishing Equity ■ Broadcasting Equity ■ Cash ■ Tribune Equity

**Implied Multiples**

| Whole Company | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2006 EBITDA | 8.1x | 8.5x | -- | -- | 8.0x | -- | -- | 8.0x |
| 2007 EBITDA | 15.6 | 16.6 | -- | -- | 14.8 | -- | -- | 15.3 |
| **2007** | | | | | | | | |
| EBITDA | 7.9x | 8.2x | -- | -- | 7.7x | 8.9x | -- | 7.8x |
| EPS | 13.2 | 14.1 | -- | -- | 12.6 | 15.3 | -- | 13.0 |
| **Publishing** | | | | | | | | |
| 2006 EBITDA | -- | -- | 7.5x | 8.5x | 7.5x | 9.0x | 8.25x | -- |
| 2007 EBITDA | -- | -- | 7.2 | 8.1 | 7.2 | 8.6 | 7.9 | -- |
| **Broadcasting** | | | | | | | | |
| 2006 EBITDA | -- | -- | 9.0x | 10.5x | 9.0x | 9.5x | 9.25x | -- |
| 2007 EBITDA | -- | -- | 9.1 | 10.6 | 9.1 | 9.6 | 9.4 | -- |

Note: Values rounded to nearest $0.25.

citigroup
CONFIDENTIAL

5



CONFIDENTIAL

# Valuation Perspectives





# Tribune Projected 2006 Performance vs. June Expectations

## More Difficult Publishing Environment

- **Publishing**
  - Unanticipated decline in Publishing Revenue and EBITDA versus Tribune plan at self-tender
    - –$77mm or 2% of 2006E Revenue
    - –$70mm or 7% of 2006E EBITDA

- **B&E**
  - Higher than expected revenues and strict cost controls resulted in higher B&E EBITDA than initially anticipated
    - +$10mm or 1% of 2006E Revenue
    - +$21mm or 5% of 2006E EBITDA

### Publishing/Corporate Revenue

| | Self-Tender (June) | Financial Data Package (October) | Updated Financial Projections (December) |
|---|---|---|---|
| | $4,099 | $4,042 | $4,022 |

### Publishing/Corporate EBITDA

| | Self-Tender (June) | Financial Data Package (October) | Updated Financial Projections (December) |
|---|---|---|---|
| | $974 | $914 | $904 |

### B&E Revenue

| | Self-Tender (June) | Financial Data Package (October) | Updated Financial Projections (December) |
|---|---|---|---|
| | $1,389 | $1,390 | $1,399 |

### B&E EBITDA

| | Self-Tender (June) | Financial Data Package (October) | Updated Financial Projections (December) |
|---|---|---|---|
| | $413 | $421 | $434 |

*Note: Represents projected 52-week financials. B&E pro forma for divested stations.*

CONFIDENTIAL

citigroup

6

CONFIDENTIAL

citigroup

# Projection Comparison – Management vs. Research

- Current Tribune Management projections generally more aggressive than Wall Street research
- Above consensus for Revenues and EBITDA through 2008
- 2008 considerably higher than even most aggressive Wall Street estimate
- Positive management growth trajectory versus Wall Street projected modest Revenue & EBITDA decline (~2%)
- Majority of differential in Publishing

## Revenue – Management vs. Research Estimates

|  | 2006 | | | 2007 | | | 2008 | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Mgmt. | Mean | High | Mgmt. | Mean | High | Mgmt. | Mean | High |
| Total | $5,421 | $5,500 | $5,615 | $5,486 | $5,472 | $5,636 | $5,636 | $5,410 | $5,551 |
| (top segment) | $1,399 | $1,415 | $1,445 | $1,401 | $1,431 | $1,474 | $1,480 | $1,423 | $1,461 |
| (bottom segment) | $4,022 | $4,085 | $4,170 | $4,085 | $4,041 | $4,162 | $4,156 | $3,997 | $4,090 |

## EBITDA – Management vs. Research Estimates

|  | 2006 | | | 2007 | | | 2008 | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Mgmt. | Mean | High | Mgmt. | Mean | High | Mgmt. | Mean | High |
| Total | $1,362 | $1,298 | $1,340 | $1,372 | $1,282 | $1,411 | $1,462 | $1,259 | $1,374 |
| (top segment) | $448 | $441 | $455 | $425 | $433 | $477 | $482 | $444 | $484 |
| (bottom segment) | $914 | $857 | $885 | $947 | $849 | $934 | $980 | $815 | $890 |

Legend: ■ Management Publishing   ■ Management B&E   ■ Publishing (Research)   ■ B&E (Research)

Note: 52-week actual results for 2006. EBITDA for both Management and Research includes stock-based compensation and excludes cash from equity investments.

7

# Analysis of Tribune Unaffected Stock Price

- Difficult 2nd half operating environment affecting newspaper equities
- Strategic and capital structure activity not rewarded by investors
- Current Tribune stock price reflects ~$2-$3 in event speculation

## Indexed Stock Price Performance
*Since January 1, 2006*



130.0
110.0
90.0
70.0
50.0
Jan-06        Jul-06        Jan-07

(9.9%)

—— Tribune    —— Gannett    —— McClatchy    —— New York Times

## Implied Event Premium

| | Stock Price Performance Since | |
| --- | --- | --- |
| | Pre-Tender Ann. | Pre-Chandler Dissent |
| Gannett | 10.5% | 11.3% |
| McClatchy | (11.4) | (8.4) |
| NY Times | (2.5) | (1.0) |
| Tribune | 10.5 | 1.7 |
| Sector Adj. TRB Price | $27.57 | $30.49 |
| Sector Adj. TRB Price ex. MNI | 29.00 | 31.86 |

## Valuation – Then and Now

**GANNETT** — **THE McCLATCHY COMPANY** — **The New York Times Company** — **TRIBUNE**

| | GANNETT | | | THE McCLATCHY COMPANY | | | The New York Times Company | | | TRIBUNE | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | June 2006 | Sept. 2006 | Today | June 2006 | Sept. 2006 | Today | June 2006 | Sept. 2006 | Today | June 2006 | Sept. 2006 | Today |
| Forward P/E Multiples | 10.4x | 11.0x | 12.4x | 14.5x | 14.3x | 14.3x | 14.8x | 14.8x | 20.3x | 13.4x | 14.8x | 14.0x |
| Forward EBITDA Multiples | 7.5x | 7.5x | 8.2x | 8.1x | 8.0x | 7.9x | 8.4x | 8.9x | 9.0x | 8.0x | 8.7x | 8.4x |

citigroup

CONFIDENTIAL

8



**CONFIDENTIAL**

# Valuation Perspectives: Large vs. Small Market Newspapers

- Public and private markets increasingly penalizing large market newspapers

- Public market also rewarding prospect / commitment to substantial return of capital

| | Small Markets Plus High Return of Capital | | Large Markets | | |
|---|---|---|---|---|---|
| | Gannett | Gatehouse | McClatchy (Public) | Minneapolis Star Tribune (Private) | Philadelphia Inquirer / News (Private) |
| EBITDA Multiple | 8.2x | 15.0x | 7.9x | ~7.3x | ~8.3x |
| Dividend Yield | 2.1% | 5.3% | 1.8% | -- | -- |
| Expected / Announced Return of Capital | Ongoing $1bn stock buyback; Expectation of more substantial buyback /dividend increase | High Dividend | -- | -- | -- |
| Debt / EBITDA | 2.4x | 7.0x | 4.8x | -- | -- |

9

CONFIDENTIAL

citigroup

# Public and Private Comparables

## Publishing

| | Recent Transactions | % OBSA (of mkt cap) | FV / 2007 EBITDA | FV / 2006 EBITDA |
|---|---|---|---|---|
| Tribune | 25% | | 8.2x | 8.4x |
| Gannett | 6% | | 8.3x | 8.2x |
| McClatchy | 30% | | 8.0x | 7.9x |
| New York Times | 7% | | 8.7x | 9.0x |
| Lee | 15% | | 8.9x | 9.0x |
| Media General | 10% | | 7.2x | 7.2x |
| Journal Comm. | -- | | 7.5x | 7.2x |
| Journal Register | 1% | | 8.4x | 8.3x |

FV / 2007 EBITDA — Median EBITDA Multiple: 8.3x
FV / 2006 EBITDA — Median EBITDA Multiple: 8.2x

Recent Transactions:
- Avista Capital Partners / Minneapolis Star Tribune (McClatchy): ~7.3x EBITDA
- Philadelphia Media Holdings / Philadelphia Inquirer: ~8.3x EBITDA

## Broadcasting

| | Recent Transactions | % OBSA (of mkt cap) | FV / 2007 EBITDA | FV / 2006 EBITDA |
|---|---|---|---|---|
| Hearst Argyle | 2% | | 12.9x | 11.7x |
| Belo | -- | | 8.4x | 8.1x |
| Sinclair | -- | | 9.6x | 9.1x |
| Lin TV | 12% | | 11.5x | 9.7x |
| Gray | 4% | | 11.2x | 9.7x |
| Nexstar | -- | | 12.9x | 9.7x |

FV / 2007 EBITDA — Median EBITDA Multiple: 11.4x
FV / 2006 EBITDA — Median EBITDA Multiple: 9.7x

Recent Transactions:
- Oak Hill Capital Partners / New York Times Broadcast Media Group (9 stations):: ~10.5x '06 BCF

Note: Tribune multiples based on management estimates; multiples based on consensus research estimates are approximately 8.4x 2006 EBITDA and 8.6x 2007 EBITDA

# Implied Tribune Share Prices — Multiples Valuation

## Based on 2006 EBITDA (1)

### Implied Stock Price (2)

| Assumed Publishing Multiple | Assumed Broadcasting Multiple of: | | | |
|---|---|---|---|---|
| | 8.0x | 8.5x | 9.0x | 9.5x |
| 7.25x | $26.75 | $27.57 | $28.40 | $29.22 |
| 7.75 | 28.57 | 29.39 | 30.21 | 31.03 |
| 8.25 | 30.38 | 31.20 | 32.02 | 32.83 |
| 8.75 | 32.18 | 33.00 | 33.81 | 34.62 |

### Off-Balance Sheet Sensitivities

| Assumed Publishing Multiple | Assumed Broadcasting Multiple | Implied Stock Price With Value of Off-Balance Sheet Assets of: | | | |
|---|---|---|---|---|---|
| | | $1,250 | $1,500 | $1,893 | $2,000 |
| 7.25x | 8.00x | $24.17 | $25.18 | $26.75 | $27.18 |
| 7.75 | 8.25 | 26.40 | 27.40 | 28.98 | 29.41 |
| 8.25 | 8.50 | 28.62 | 29.62 | 31.20 | 31.63 |
| 8.75 | 9.00 | 31.26 | 32.25 | 33.81 | 34.24 |

## Based on 2007 EBITDA (3)

### Implied Stock Price (2)

| Assumed Publishing Multiple | Assumed Broadcasting Multiple of: | | | |
|---|---|---|---|---|
| | 8.0x | 8.5x | 9.0x | 9.5x |
| 7.25x | $27.85 | $28.66 | $29.47 | $30.29 |
| 7.75 | 29.75 | 30.56 | 31.37 | 32.18 |
| 8.25 | 31.64 | 32.45 | 33.25 | 34.06 |
| 8.75 | 33.53 | 34.33 | 35.13 | 35.94 |

### Off-Balance Sheet Sensitivities

| Assumed Publishing Multiple | Assumed Broadcasting Multiple | Implied Stock Price With Value of Off-Balance Sheet Assets of: | | | |
|---|---|---|---|---|---|
| | | $1,250 | $1,500 | $1,893 | $2,000 |
| 7.25x | 8.00x | $25.27 | $26.27 | $27.85 | $28.28 |
| 7.75 | 8.25 | 27.58 | 28.58 | 30.15 | 30.58 |
| 8.25 | 8.50 | 29.88 | 30.88 | 32.45 | 32.87 |
| 8.75 | 9.00 | 32.58 | 33.57 | 35.13 | 35.56 |

- *Utilizing 2007 versus 2006 Estimates Generates Comparable Values (~$1-$2 Differential)*
- *Utilizing Street Estimates Would Result in ~$1-$2 Lower Near-Term Value per Tribune Share*

(1) Analysis assumes $410mm in B&E EBITDA (excluding Cubs) and $904mm in Publishing EBITDA (including Corporate). EBITDA multiples exclude stock-based compensation.

(2) Value of "Off-Balance sheet assets" of $1,893mm. B&E "off-balance sheet assets" include Cubs ($597mm after-tax) and Comcast SportsNet ($516mm after-tax). Publishing "off-balance sheet assets" include CareerBuilder ($659mm), TVFood ($559mm after-tax) and Other Interactive investments ($136mm).

(3) Analysis assumes $405mm in B&E EBITDA (excluding Cubs) and $947mm in Publishing EBITDA (including Corporate). EBITDA multiples exclude stock-based compensation.

citigroup
CONFIDENTIAL

# Previous Valuation Analyses

## Previous Board Meetings

Price Per Tribune Share

$42.50
37.50
32.50
27.50

| | Public Comparables | Sum-of-the-Parts Valuation | Discounted Cash Flow Analysis | Public Comparables | Sum-of-the-Parts Valuation | Discounted Cash Flow Analysis |
|---|---|---|---|---|---|---|
| High | $36.00 | $36.50 | $37.50 | $34.75 | $36.25 | $35.50 |
| Low | $32.00 | $32.50 | $30.50 | $30.25 | $30.75 | $30.50 |

December 13, 2005 | May 26, 2006

## September 21, 2006 Board Meeting

Price Per Tribune Share

$47.50
42.50
37.50
32.50
27.50
22.50

Transaction Driven Valuations

| | Operating Plan | Broadcasting Separation | Broadcasting Separation Followed by Sale of Tribune | Private Equity Transaction for All of Tribune | Tribune Strategic Combination with Gannett | Public | Private |
|---|---|---|---|---|---|---|---|
| High | $34.75 | $35.25 | $39.50 | $37.00 | $38.00 | $34.75 | $37.75 |
| Low | $26.25 | $28.75 | $28.00 | $33.00 | $33.00 | $26.25 | $25.00 |

After-tax Sum-of-the-Parts Valuation

citigroup
CONFIDENTIAL



# Valuation Summary

*Utilizing Street Estimates Would Result in ~$2-$4 Lower Long-Term Value per Tribune Share*

| | 52-Week High / Low | Public Comparables | Discounted Cash Flow Analysis | After-tax Sum-of-the-Parts Valuation |
|---|---|---|---|---|
| High | $33.99 | $34.50 | $34.50 | $33.25 |
| Low | $27.18 | $26.75 | $28.50 | $27.75 |

Current Price: $30.83

Unaffected Share Price: $27.00

Continued Secular Concerns Contracting Valuations; Valuation Levels Across Companies Sensitive to Portfolio Composition →

Requires Execution of Operating Plan →

Higher Values Dependent on Third Party →

*Note: Values rounded to nearest $0.25 except 52-week high/low.*

CONFIDENTIAL

13





citigroup
CONFIDENTIAL

# Private Equity Summary Returns for Whole Company

## Management Case (3% Publishing EBITDA CAGR)

**Offer Price per Share** | Year 5 Adjusted Exit Multiple

| Offer Price per Share | 8.0x | 8.5x | 9.0x |
|---|---|---|---|
| $28.00 | 29.2% | 31.7% | 34.1% |
| $30.00 | 26.3% | 28.9% | 31.3% |
| $32.00 | 23.2% | 26.0% | 28.5% |
| $34.00 | 20.0% | 23.0% | 25.6% |

Per Share
$30.00 – $34.00

## Flat Publishing EBITDA

| Offer Price per Share | Year 5 Adjusted Exit Multiple | | |
|---|---|---|---|
| | 8.0x | 8.5x | 9.0x |
| $28.00 | 23.1% | 25.8% | 28.3% |
| $30.00 | 19.8% | 22.6% | 25.3% |
| $32.00 | 16.2% | 19.3% | 22.1% |
| $34.00 | 12.5% | 15.8% | 18.9% |

Per Share
$28.00 – $32.00

## 2% Publishing EBITDA Decline / Similar to Wall Street Expectations

| Offer Price per Share | Year 5 Adjusted Exit Multiple | | |
|---|---|---|---|
| | 8.0x | 8.5x | 9.0x |
| $28.00 | 19.1% | 22.0% | 24.6% |
| $30.00 | 15.5% | 18.6% | 21.4% |
| $32.00 | 11.5% | 14.9% | 18.0% |
| $34.00 | 7.2% | 11.0% | 14.3% |

Per Share
$27.00 – $30.00

■ Investors in highly leveraged investments likely to target returns in 20% range

■ Operating shortfalls at Publishing reduce price private equity investor can afford to pay

Note: Analysis assumes 17.5% minimum equity requirement. Returns analysis assumes 10% annual appreciation in value of off-balance sheet assets. Grey shading represents returns in excess of 20%. All scenarios utilize Management estimates for BSE EBITDA.

14

**Merrill Lynch**

CONFIDENTIAL

# Sale in Multiple Steps



citigroup
corporate and
investment banking

# Sale of Tribune in Multiple Steps

*Absent tax leakage, sale of Tribune in multiple steps is equivalent to whole company transaction*

## Tribune Today



- Newspapers
- CareerBuilder
- TVFood
- Other Interactive assets
- Cash/Debt

- TV Stations
- Superstation
- Cubs
- Comcast SportsNet
- Chicago: Radio

## Illustrative Potential Buyers



GANNETT

News Corp.

THE CARLYLE GROUP

McCormick / Cantigny Foundation

Chandler Trusts

CERBERUS CAPITAL MANAGEMENT, L.P.

citigroup

CONFIDENTIAL

## Illustrative Two-Step Sale Transaction



| | Low | | High | |
|---|---|---|---|---|
| | $ | Per Share | $ | Per Share |
| Carlyle Acquires B&E (9.0x-10.5x) | $4,512 | $18.49 | $5,127 | $20.92 |
| Less: Taxes (Incl. Cubs) | (574) | (2.35) | (758) | (3.09) |
| Net Proceeds to Tribune | $3,938 | $16.13 | $4,369 | $17.83 |
| Publishing Buyer Acquires Publishing (7.5x-8.5x) | $3,221 | $13.20 | $4,125 | $16.83 |
| Total After-tax Value | $7,159 | $29.33 | $8,494 | $34.66 |

Note: B&E "off-balance sheet assets" include Cubs ($600mm) and Comcast SportsNet ($225mm). Publishing "off-balance sheet assets" include CareerBuilder ($639mm); TVFood ($850mm) and Other Interactive investments ($138mm).

Tax-Efficient Restructuring

CONFIDENTIAL

Merrill Lynch



citigroup
corporate and
investment banking

# Analysis of McCormick Foundation / Chandler Trusts Proposals

## Example: Chandler Trusts Structure

- Spin-Off of Tribune B&E
  - Chandler Trusts do not participate in spin off of B&E

| Asset / Debt | EBITDA [1] | Multiple | Value |
|---|---|---|---|
| B&E | $390 | 9.25x [2] | $3,605 |
| Cubs/TV/Food/Comcast SportsNet | -- | -- | 1,098 |
| Incremental Net Debt [3] | -- | 6.5x | (3,034) |
| **Equity Value** | | | **$1,669** |

- Tribune B&E is a publicly traded company, 100% owned by non-Chandler Trusts Tribune Shareholders

- Acquisition of Remaining Tribune by Trusts and a Sponsor
  - Assumes Chandler Trusts stake worth approximately $1.5B

| Asset / Debt | EBITDA [4] | Multiple | Value |
|---|---|---|---|
| Publishing | $904 | 8.25x | $7,458 |
| Equity Investments | -- | -- | 795 |
| Existing & Incremental Net Debt [3] | -- | 8.0x | (7,180) |
| **Equity Value** | | | **$1,073** |

- Chandler Trusts exchange ~$550mm of their Tribune stake for 51% of Publishing
- Chandler Trusts bring in co-investor(s) who contribute(s) ~$525mm in cash for 49% stake

Note: For illustrative purposes, analysis depicted represents Chandler Trust proposal.
(1) Excludes stock-based compensation and includes $20mm of PublicCo expenses.
(2) Midpoint of Chandler Trusts B&E valuation.
(3) Assumes leverage as per Chandler Trust proposal.
(4) Excludes stock-based compensation.

## Resulting Ownership





## Consideration Received by Tribune Shareholders



*For each 0.5x Publishing multiple, ~$1.75 more in cash / value to TRB shareholders*



citigroup
CONFIDENTIAL

16

CONFIDENTIAL



# Illustrative Recapitalization / Asset Disposition Alternatives

# Leveraged B&E Spin-off / Publishing Recapitalization Alternative

## Transaction Scenario

- Tribune B&E
  - Leveraged to 5.0x Debt / EBITDA with proceeds returned to Tribune shareholders
  - Tribune B&E subsequently spun-off to Tribune shareholders
    - Assumed public market valuation of 8.50x to 10.00x

- Remaining Tribune (Publishing + Investments)
  - Assumed public market valuation of 7.25x to 8.25x
  - Leveraged to 6.0x Debt / EBITDA with proceeds returned to Tribune shareholders



**Value to Tribune Shareholders**

Publishing Value of 7.25x

| B&E '06 EBITDA Multiple | 8.50x | 9.25x | 10.00x |
|---|---|---|---|
| % Cash | 38.3% | 36.7% | 35.2% |

Totals: $26.86, $28.05, $29.25

Publishing Value of 8.25x

| | 8.50x | 9.25x | 10.00x |
|---|---|---|---|
| | 33.7% | 32.4% | 31.3% |

Totals: $30.51, $31.71, $32.90

Legend: Publishing Equity Value | B&E Equity Value | Special Dividend – Leverage

CONFIDENTIAL

17

# Leveraged B&E Spin-off / Publishing Recapitalization Alternative

## Leverage Profile Over Time

### Publishing Total Leverage



| | 2006E | 2007E | 2008E | 2009E | 2010E |
|---|---|---|---|---|---|
| Leverage | 6.00x | 5.44x | 5.08x | 4.53x | 3.93x |
| Total Debt | $5,755 | $5,473 | $5,323 | $4,941 | $4,496 |

### B&E Total Leverage

| | 2006E | 2007E | 2008E | 2009E | 2010E |
|---|---|---|---|---|---|
| Leverage | 5.00x | 4.70x | 3.72x | 3.13x | 2.52x |
| Total Debt | $2,114 | $1,950 | $1,751 | $1,529 | $1,282 |

citigroup
CONFIDENTIAL

# Taxable Sale of B&E / Publishing Recapitalization Alternative

## Transaction Scenario

- Net proceeds of asset sales and additional leverage used to distribute cash to shareholders through a special dividend
- A buyer purchases all of B&E (excl. Cubs / Comcast SportsNet) in a taxable transaction for cash
  - Assuming 9.0x-10.5x EBITDA transaction multiple plus 50% of the value of the step-up
- A buyer separately purchases Cubs / Comcast SportsNet in a taxable transaction for cash
  - $600mm Cubs / $225mm Comcast SportsNet gross values results in $539mm of after-tax proceeds
- Remaining Tribune (Publishing + Investments) leverages to 5.0x-6.0x Adj. '06 EBITDA



Value to Tribune Shareholders

Legend: Publishing Equity Value | Special Dividend – Leverage | Special Dividend – B&E Sale

### 5.0x Leverage Case [1]

| | | | |
|---|---|---|---|
| | $27.21 | $29.37 | $32.55 |
| Publishing Equity Value | $14.45 | $14.76 | $16.15 |
| Special Dividend | $12.76 | $14.62 | $16.40 |
| Pub '06 EBITDA Multiple | 7.25x | 7.75x | 8.25x |
| B&E '06 EBITDA Multiple | 9.00x | 9.25x | 10.50x |
| % Cash | 53.1% | 50.2% | 49.6% |

### 6.0x Leverage Case

| | | | |
|---|---|---|---|
| | $27.21 | $29.37 | $32.55 |
| | $16.13 | $16.44 | $17.83 |
| | $1.62 | $1.62 | $1.62 |
| | $9.45 | $11.31 | $13.11 |
| Pub '06 EBITDA Multiple | 7.25x | 7.75x | 8.25x |
| B&E '06 EBITDA Multiple | 9.00x | 9.25x | 10.50x |
| % Cash | 65.3% | 61.5% | 59.7% |

(1) Special dividend from B&E sale proceeds shown net of any proceeds used to retire existing debt.

citigroup
Corporate and
Investment Banking

CONFIDENTIAL

# Whole Company Recapitalization / Select Asset Sale Alternative

## Transaction Scenario

- Transaction scenario assumes $539mm of after-tax proceeds from Cubs / Comcast SportsNet sale

- Incremental net proceeds from leverage of Publishing and B&E (5.0x and 6.0x Adj. '06 EBITDA shown below) and from Cubs / Comcast SportsNet sale used to pay special dividend to shareholders

- Recap assumes higher leverage will require refinancing of the May '06 re-cap debt (8% interest cost)



## Value to Tribune Shareholders

Legend: Equity Value | Special Dividend - Leverage | Special Dividend – Cubs Sale

### 5.0x Leverage Case

| | | | |
|---|---|---|---|
| | $25.45 | $29.49 | $33.53 |
| | $2.22 | $2.22 | $2.22 |
| | $6.09 | $6.09 | $6.09 |
| | $17.16 | $21.20 | $25.24 |
| '06 EBITDA Multiple | 7.25x | 8.00x | 8.75x |
| PF '07 P/E | 10.5x | 12.9x | 15.4x |
| PF '07 P/FCF | 9.0 | 11.1 | 13.3 |
| % Cash | 32.6% | 28.1% | 24.7% |

### 6.0x Leverage Case

| | | | |
|---|---|---|---|
| | $25.45 | $29.49 | $33.53 |
| | $2.22 | $2.22 | $2.22 |
| | $11.70 | $11.70 | $11.70 |
| | $11.55 | $15.59 | $19.63 |
| '06 EBITDA Multiple | 7.25x | 8.00x | 8.75x |
| PF '07 P/E | 8.5x | 11.4x | 14.4x |
| PF '07 P/FCF | 7.1 | 9.6 | 12.1 |
| % Cash | 54.6% | 47.1% | 41.5% |

citigroup
CORPORATE AND
INVESTMENT BANKING
CONFIDENTIAL

20



citigroup
CORPORATE AND
INVESTMENT BANKING
CONFIDENTIAL

# Taxable Sale of B&E / Publishing Recapitalization & Whole Company Recapitalization / Select Asset Sale

## Leverage Profile Over Time



### Taxable Sale of B&E / Publishing Recapitalization

| | 2006E | 2007E | 2008E | 2009E | 2010E |
|---|---|---|---|---|---|
| 5.0x Leverage Case | 5.44x | 5.08x | 4.53x | 3.93x | 2.89x |
| 6.0x Leverage Case | 4.44x | 4.06x | 3.49x | | |

**Total Debt**

| | 2006E | 2007E | 2008E | 2009E | 2010E |
|---|---|---|---|---|---|
| 5.0x Leverage Case | $4,796 | $4,459 | $4,255 | $3,816 | $3,310 |
| 6.0x Leverage Case | 5,755 | 5,473 | 5,323 | 4,941 | 4,496 |

### Whole Company Recapitalization / Select Asset Sale

| | 2006E | 2007E | 2008E | 2009E | 2010E |
|---|---|---|---|---|---|
| 5.0x Leverage Case | 5.41x | 4.87x | 4.33x | 3.75x | 2.73x |
| 6.0x Leverage Case | 4.40x | 3.88x | 3.32x | | |

**Total Debt**

| | 2006E | 2007E | 2008E | 2009E | 2010E |
|---|---|---|---|---|---|
| 5.0x Leverage Case | $6,844 | $6,346 | $5,952 | $5,303 | $4,561 |
| 6.0x Leverage Case | 8,213 | 7,793 | 7,477 | 6,910 | 6,255 |

21

# Disclaimers

Merrill Lynch prohibits (a) employees from, directly or indirectly, offering a favorable research rating or specific price target, or offering to change such rating or price target, as consideration or inducement for the receipt of business or for compensation, and (b) Research Analysts from being compensated for involvement in investment banking transactions except to the extent that such participation is intended to benefit investor clients.

This presentation is confidential, for your private use only, and may not be shared with others without Merrill Lynch's written permission, except that you (and each of your employees, representatives or other agents) may disclose to any and all persons, without limitation of any kind, the tax treatment and tax structure of the matters within and all materials of any kind (including opinions or other tax analyses) that are provided to you relating to such tax treatment and tax structure. For purposes of the preceding sentence, tax refers to U.S. federal and state tax. This presentation is for discussion purposes only. Merrill Lynch is not an expert on, and does not render opinions regarding, legal, accounting, regulatory or tax matters. You should consult with your advisors concerning these matters before undertaking any of the matters contemplated within.

Any terms set forth herein are for discussion purposes only and are subject to the final terms as set forth in separate definitive written agreements. This presentation is not a commitment to lend, syndicate a financing, underwrite or purchase securities, or commit capital nor does it obligate us to enter into such a commitment, nor are we acting as a fiduciary to you. By accepting this presentation, subject to applicable law or regulation, you agree to keep confidential the existence of and proposed terms for any transaction contemplated hereby (a "Transaction").

Prior to entering into any Transaction, you should determine, without reliance upon us or our affiliates, the economic risks and merits (and independently determine that you are able to assume these risks) as well as the legal, tax and accounting characterizations and consequences of any such Transaction. In this regard, by accepting this presentation, you acknowledge that (a) we are not in the business of providing (and you are not relying on us for) legal, tax or accounting advice, (b) there may be legal, tax or accounting risks associated with any Transaction, (c) you should receive (and rely on) separate and qualified legal, tax and accounting advice and (d) you should apprise senior management in your organization as to such legal, tax and accounting advice and any risks associated with any Transaction) and our disclaimer as to these matters. By acceptance of these materials, you and we hereby agree that from the commencement of discussions with respect to any Transaction, and notwithstanding any other provision in this presentation, we hereby confirm that no participant in any Transaction shall be limited from disclosing the U.S. tax treatment or U.S. tax structure of such Transaction.

IRS Circular 230 Disclosure: Citigroup Inc. and its affiliates do not provide tax or legal advice. Any discussion of tax matters in these materials (i) is not intended or written to be used, and cannot be used or relied upon, by you for the purpose of avoiding any tax penalties and (ii) may have been written in connection with the "promotion or marketing" of the Transaction. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

We are required to obtain, verify and record certain information that identifies each entity that enters into a formal business relationship with us. We will ask for your complete name, street address, and taxpayer ID number. We may also request corporate formation documents, or other forms of identification, to verify information provided.

Any prices or levels contained herein are preliminary and indicative only and do not represent bids or offers. These indications are provided solely for your information and consideration, are subject to change at any time without notice and are not intended as a solicitation with respect to the purchase or sale of any instrument. The information contained in this presentation may include results of analyses from a quantitative model which represent potential future events that may or may not be realized, and is not a complete analysis of every material fact representing any product. Any estimates included herein constitute our judgment as of the date hereof and are subject to change without any notice. We and/or our affiliates may make a market in these instruments for our customers and for our own account. Accordingly, we may have a position in any such instrument at any time.

Although this material may contain publicly available information about Citigroup corporate bond research or economic and market analysis, Citigroup policy (i) prohibits employees from offering, directly or indirectly, a favorable or negative research opinion or offering to change an opinion as consideration or inducement for the receipt of business or for compensation; and (ii) prohibits analysts from being compensated for specific recommendations or views contained in research reports. So as to reduce the potential for conflicts of interest, as well as to reduce any appearance of conflicts of interest, Citigroup has enacted policies and procedures designed to limit communications between its investment banking and research personnel to specifically prescribed circumstances.




citigroup
corporate and
investment banking

CONFIDENTIAL

22