From: CN=Rajesh Kapadia/O=JPMCHASE
Date: 07/26/2007 11:12:01 PM
To: CN=Darryl M Jacobson/O=JPMCHASE; CN=Yang X Chen/O=JPMCHASE; "Sheila Kahyaoglu" <sheila.k.kahyaoglu@jpmorgan.com>; "Robert Anastasio" <robert.anastasio@jpmorgan.com>; "Jeff Sell" <jeff.sell@jpmorgan.com>; "Timothy Storms" <timothy.storms@jpmorgan.com>; "Christian Walsh" <christian.walsh@jpmorgan.com>; CN=John Kowalczuk/O=JPMCHASE; CN=Joachim X Sonne/O=JPMCHASE@JPMCHASE
Subject: Fw: Sam zell

Fyi
------------------------
Sent from my BlackBerry Wireless Handheld
    Inactive hide details for James B. LeeJames B. Lee

        From: James B. Lee
        Sent: 07/26/2007 03:37 PM CDT
        To: Patricia Deans; Rajesh Kapadia
        Cc: Brit Bartter; Peter Cohen; andrew.j.o'brien@jpmorgan; jpcasey" <jpcasey@jpmorgan.com>; Chris Linneman
        Subject: Sam zell

Met with sam today and told him all the issues around selling the remainder of his acquisition debt....ie it couldnt be done. To his credit, he said he would do what was necessary to help us. We discussed him selling more assets, improving the yield, etc etc. I also raised it would probably be helpful for him to be involved in the operations of the company to the extent permitted given the softness in the space and our need to have a strong story to sell.
He couldn't have been more understanding of all the issues and willing to help.
We should be brainstorming around additional asset sales to be discussed with sam and his team first.
James B. Lee, Jr.
Vice Chairman
J.P.Morgan Chase & Co.
    Inactive hide details for Patricia DeansPatricia Deans

        From: Patricia Deans
        Sent: 07/26/2007 09:47 AM EDT
        To: Rajesh Kapadia
        Cc: Brit Bartter; James Lee; Peter Cohen; andrew.j.o'brien@jpmorgan; jpcasey@jpmorgan.com; Chris Linneman
        Subject: Re: Tribune

Jimmy - Stage two is not scheduled to happen for several months - could happen this fall. We have underwritten 30% of the $2.0 billion incremental term loan and $2.0 billion

Highly Confidential - Attorneys' Eyes Only

JPM_00269776

bond bridge. The existing $5.5 TL B is now trading around 93 so it is obvious that we are totally underwater on this underwrite. The company is posting terrible operating results which is hurting us tremedously and the deal is now underequitized and underpriced. There is no doubt we are going to need to ask Zell for his help here to find a clearing deal.
Inactive hide details for Rajesh Kapadia/JPMCHASERajesh Kapadia/JPMCHASE

| | | |
|---|---|---|
| **Rajesh Kapadia/JPMCHASE** <br><br> 07/26/2007 09:30 AM | [IMAGE] <br><br> [IMAGE] <br><br> [IMAGE] <br> Subjct | To [IMAGE] James B. Lee/JPMCHASE@JPMCHASE <br> [IMAGE] patricia.deans@jpmorgan.com, <br> cc brit.j.bartler@jpmorgan.com, Peter Cohen/JPMCHASE@JPMCHASE <br> [IMAGE] Tribune |

[IMAGE]            [IMAGE]

Jimmy, for your meetings today with Sam Zell and Dennis Fitzsimmons, attached is an update and background on Tribune. Please call any of us if you would like to discuss.
Current Performance:
- Stock Price: $28.00 (vs. $34 offer price)
- $5.5BN L+300 TLB: $93.25
- $1.5BN L+250 TLX: $98.375
- Credit Default Swap: 790 bps
- Company reported weak results last quarter (newspaper ad rev down 11% yoy, circulation rev down 6%, and TV rev down 7%, EBITDA declined 14%)
Key Themes in the Market regarding Tribune
- Will Step 2 happen given stock price, company performance, covenants
- What is Company doing to address revenue declines (cost custs, capex, asset sales)
- How will Step 2 get executed ($2.1BN loan, $2.1BN bonds) given where paper is trading and company performance
Step 2 Underwriter CP's / Outs:
- Pro forma financial covenant compliance (i.e., Maximum Total Guaranteed Debt Leverage of 9.0x, Minimum Interest Coverage of 1.1x)
- Consummation of Acquisition by Zell entity
- Zell makes equity commitment to invest up to $100 million in Junior Capital if Tribune has not made the S Corp election by March 15, 2008
- Drop-dead date: May 31, 2008
- Other standard CP's, such as delivery of audits, management participation in marketing, etc.
Step 2 Zell CP's / Outs:
- Tribune shareholder approval (meeting scheduled for 8/21/07), and Tribune board makes appropriate recommendations
- Zell elected as Chairman
- Regulatory approvals (FCC/Major League Baseball), FCC approval process on track,

Highly Confidential - Attorneys' Eyes Only 

JPM_00269777

JPM_00269778

expected to receive approval in October
- Drop-dead date: May 31, 2008
- Break-up fee is $25mm for each party, if the other party breaches the agreement (if Reps/Warranties untrue)
- The Acquisition could also be terminated by mutual written consent by Tribune and Zell entity

<u>JPMorgan current hold</u>
- Step 1: R/C - $100 million, DDTL - $79 million
- Step 2: Incremental Facility - $606 million, Senior Bridge - $387 million

Highly Confidential - Attorneys' Eyes Only