

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0223166



# THE WORD IS

*Gossip Girl* is the talk of the town, ranking among the top network vehicles in all key young women and adult demos! *Gossip Girl* ranked #2 or #3 out of 16 programs with W18-34, F12-24 and F12-17. *Gossip Girl* ranked #4 with A18-34 and #6 with W18-49! *Gossip Girl* has also brought year-to-year growth to the time period in most demos!

Wednesday, September 26, 2007

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CW11 TOP MODEL | 4.6 | 4.7 | 4.6 | 7.8 | 14.6 | 2.9 | 3.1 |
| CW11 GOSSIP GIRL | 3.9 | 3.4 | 2.8 | 6.2 | 9.5 | 2.5 | 2.2 |

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0223167





# The CW11 Takes The Lead At 10pm!

Since the return of first-run CW network prime on Tuesday, September 18th, The CW11 News At Ten has benefited from its lead-in to rank as New York's top-rated 10pm news in most key demos. Additionally, The CW11 News At Ten ranks #2 against ALL late news in the market in both A18-49 and M18-49!

<u>Tuesday-Tuesday, 9/18-9/25/07</u>

|  |  | RW18-49 | RW25-54 | RA18-49 | RA25-54 | RM18-49 | RM25-54 |
|---|---|---|---|---|---|---|---|
| **WPIX** | **CW11 NEWS AT TEN** | 1.6 | 1.5 | 1.4 | 1.4 | 1.1 | 1.2 |
|  | **RANK VS. 10PM NEWS** | #1 | #1 (t) | #1 | #1 (t) | #1 (t) | #3 |
|  | **RANK VS. ALL NEWS** | #3 (t) | #4 (t) | #2 | #4 (t) | #2 (t) | #5 |
|  |  |  |  |  |  |  |  |
| **WABC** | 11P EYEWITNESS NEWS | 2.5 | 3.1 | 2.0 | 2.5 | 1.5 | 1.9 |
| **WNYW** | FOX 5 NEWS AT TEN | 1.3 | 1.5 | 1.2 | 1.4 | 1.1 | 1.4 |
| **WNBC** | NEWSCHANNEL 4 @ 11 | 1.7 | 1.8 | 1.3 | 1.6 | 0.9 | 1.5 |
| **WCBS** | CBS2 NEWS AT 11P | 1.6 | 2.1 | 1.2 | 1.6 | 0.7 | 1.1 |
| **WWOR** | MY 9 NEWS | 0.8 | 1.0 | 1.0 | 1.1 | 1.1 | 1.4 |

Source: NSI, as dated.

18

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**



# The CW11 News At 10 Is The Lead Story In New York!

Year-to-date, The CW11 News At Ten is the ONLY late news to experience year-to-year growth in the majority of key demos and is the only station that has not experienced any declines.

1/1/06 – 9/25/06 Vs. 1/1/07-9/25/07 -- M-Su/Late News Comparison



| | | | RW18-49 | RW25-54 | RA18-49 | RA25-54 | RM18-49 | RM25-54 |
|---|---|---|---|---|---|---|---|---|
| 2006* | WPX | WB11 NEWS AT TEN | 1.1 | 1.1 | 1.0 | 1.0 | 0.9 | 0.9 |
| 2007* | WPX | CW11 NEWS AT TEN | 1.5 | 1.4 | 1.2 | 1.2 | 0.9 | 1.0 |
| | | % CHANGE: | +36% | +27% | +20% | +20% | N/C | +11% |
| 2006* | WNYW | FOX5 NEWS AT TEN | 2.2 | 2.2 | 2.0 | 2.1 | 1.8 | 2.1 |
| 2007* | WNYW | FOX5 NEWS AT TEN | 2.0 | 2.3 | 1.8 | 2.1 | 1.5 | 1.9 |
| | | % CHANGE: | -9% | +5% | -10% | N/C | -17% | -10% |
| 2006* | WWOR | UPN 9 NEWS | 1.2 | 1.1 | 1.0 | 1.0 | 0.8 | 0.9 |
| 2007* | WWOR | MY 9 NEWS | 1.0 | 1.0 | 0.7 | 0.8 | 0.5 | 0.6 |
| | | % CHANGE: | -17% | -9% | -30% | -20% | -38% | -33% |
| 2006* | WABC | 11P EYEWITNESS NEWS | 3.3 | 4.2 | 2.8 | 3.5 | 2.2 | 2.7 |
| 2007* | WABC | 11P EYEWITNESS NEWS | 2.7 | 3.2 | 2.1 | 2.7 | 1.6 | 2.1 |
| | | % CHANGE: | -18% | -24% | -25% | -23% | -27% | -22% |
| 2006* | WCBS | CBS2 NEWS AT 11P | 1.8 | 2.3 | 1.4 | 2.0 | 1.1 | 1.7 |
| 2007* | WCBS | CBS2 NEWS AT 11P | 1.5 | 1.8 | 1.3 | 1.8 | 1.1 | 1.7 |
| | | % CHANGE: | -17% | -22% | -7% | -10% | N/C | N/C |
| 2006* | WNBC | NEWSCHANNEL 4 @ 11 | 2.5 | 3.3 | 2.0 | 2.8 | 1.6 | 2.3 |
| 2007* | WNBC | NEWSCHANNEL 4 @ 11 | 2.2 | 2.6 | 1.7 | 2.3 | 1.3 | 2.0 |
| | | % CHANGE: | -12% | -21% | -15% | -18% | -19% | -13% |

Source: NSI, as dated.    * 1/1/06-9/25/06, 1/1/07-9/25/07.

19

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only



# The CW11 Shines In The Morning!

Year-to-date, The CW11 Morning News has experienced year-to-year increases in most key demos, while most competition has suffered significant demographic erosion:

1/1/06 – 9/25/06 Vs. 1/1/07-9/25/07 – M-F/6-9am

| | | | RW18-49 | RW25-54 | RA18-49 | RA25-54 | RM18-49 | RM25-54 |
|---|---|---|---|---|---|---|---|---|
| 2006* | WPX | WB11 MORNING NEWS | 0.9 | 0.9 | 0.8 | 0.8 | 0.7 | 0.6 |
| 2007* | WPX | CW11 MORNING NEWS | 1.1 | 1.2 | 1.0 | 0.9 | 0.8 | 0.6 |
| | | % CHANGE: | +22% | +33% | +25% | +13% | +14% | N/C |
| 2006* | WNYW | GOOD DAY NEW YORK | 1.2 | 1.1 | 1.0 | 1.0 | 0.7 | 0.8 |
| 2007* | WNYW | GOOD DAY NEW YORK | 1.2 | 1.4 | 0.9 | 1.0 | 0.6 | 0.7 |
| | | % CHANGE: | N/C | +27% | -10% | N/C | -14% | -13% |
| 2006* | WABC | EYEWITNESS NEWS/GMA | 1.8 | 2.0 | 1.4 | 1.7 | 1.0 | 1.3 |
| 2007* | WABC | EYEWITNESS NEWS/GMA | 1.8 | 2.2 | 1.2 | 1.6 | 0.7 | 0.9 |
| | | % CHANGE: | N/C | +10% | -14% | -6% | -30% | -31% |
| 2006* | WCBS | CBS2 NEWS/EARLY SHOW | 0.6 | 0.7 | 0.4 | 0.6 | 0.3 | 0.4 |
| 2007* | WCBS | CBS2 NEWS/EARLY SHOW | 0.5 | 0.8 | 0.5 | 0.6 | 0.4 | 0.4 |
| | | % CHANGE: | -17% | +14% | +25% | N/C | +33% | N/C |
| 2006* | WNBC | TODAY IN NY/TODAY SHOW | 1.6 | 1.9 | 1.3 | 1.6 | 0.9 | 1.3 |
| 2007* | WNBC | TODAY IN NY/TODAY SHOW | 1.7 | 1.9 | 1.2 | 1.5 | 0.7 | 1.1 |
| | | % CHANGE: | +6% | N/C | -8% | -6% | -22% | -15% |

Source: NSI, as dated.   * 1/1/06-9/25/06, 1/1/07-9/25/07.



20

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only



# CW11 ACCESS is a 'GUY THING!



Through the first 3 weeks of the new season, The CW11's *Family Guy* and *Two & A Half Men* rank among the most popular access programs in the market with men and adults!  Since premiere week, **The CW11's** access comedies have experienced double-digit % growth in most key men and adults!

### Monday-Friday, September 10-14, 2007

|  | RM18-34 | RM18-49 | RM25-54 | RA18-34 | RA18-49 | RA25-54 |
|---|---|---|---|---|---|---|
| CW11 FAMILY GUY/TWO & A HALF MEN | 1.1 #1 (t) | 1.3 #1 | 1.2 #3 (t) | 1.0 #1 | 1.1 #2 (t) | 1.2 #3 (t) |
| FOX5 SIMPSONS/SEINFELD | 1.1 | 0.7 | 0.7 | 0.9 | 0.7 | 0.7 |
| MY9 NY NITELY NEWS/ACC HOLLYWD | 0.9 | 1.1 | 1.2 | 0.9 | 1.1 | 1.2 |
| WABC JEOPARDY/WHEEL | 0.8 | 1.1 | 1.5 | 0.7 | 1.3 | 1.7 |
| WCBS KING OF QUEENS HOUR | 0.6 | 1.2 | 1.4 | 0.6 | 1.0 | 1.0 |
| WNBC INSIDE/E.T. | 0.1 | 0.6 | 0.8 | 0.7 | 1.1 | 1.4 |

### Monday-Friday, September 17-21, 2007

|  | RM18-34 | RM18-49 | RM25-54 | RA18-34 | RA18-49 | RA25-54 |
|---|---|---|---|---|---|---|
| CW11 FAMILY GUY/TWO & A HALF MEN | 0.9 #1 (t) | 1.1 #2 (t) | 1.2 #2 | 0.9 #1 | 1.2 #4 | 1.3 #3 (t) |
| WCBS INSIDE/E.T. | 0.8 | 1.1 | 1.2 | 0.9 | 1.3 | 1.6 |
| MY9 KING OF QUEENS HOUR | 0.8 | 1.0 | 1.1 | 0.8 | 1.3 | 1.3 |
| FOX5 SIMPSONS/SEINFELD | 0.7 | 0.7 | 0.8 | 0.6 | 0.8 | 0.8 |
| WABC JEOPARDY/WHEEL | 0.4 | 1.3 | 1.7 | 0.6 | 1.6 | 2.0 |
| WNBC NY NITELY NEWS/ACC HOLLYWD | 0.4 | 0.7 | 0.9 | 0.7 | 1.1 | 1.3 |

### Monday-Tuesday, September 24-25, 2007

|  | RM18-34 | RM18-49 | RM25-54 | RA18-34 | RA18-49 | RA25-54 |
|---|---|---|---|---|---|---|
| CW11 FAMILY GUY/TWO & A HALF MEN | 1.5 #2 | 1.5 #2 | 1.9 #3 (t) | 1.4 #2 | 1.8 #3 | 1.3 #5 |
| MY9 KING OF QUEENS HOUR | 2.4 | 1.7 | 1.9 | 1.8 | 1.8 | 1.9 |
| FOX5 SIMPSONS/SEINFELD | 1.2 | 1.2 | 1.1 | 1.0 | 1.1 | 1.1 |
| WABC JEOPARDY/WHEEL | 0.8 | 1.3 | 1.8 | 0.6 | 1.4 | 2.0 |
| WCBS INSIDE/E.T. | 0.7 | 1.0 | 1.2 | 0.9 | 1.2 | 1.5 |
| WNBC NY NITELY NEWS/ACC HOLLYWD | 0.5 | 1.0 | 1.1 | 0.7 | 1.2 | 1.4 |

**Up wk1-to-wk2**
M25-54 (+8%)
A18-49 (+9%)
A25-54 (+8%)

**Up wk1-to-wk3**
M18-34 (+36%)   A18-49 (+18%)
M18-49 (+15%)   A25-54 (+8%)
A18-34 (+40%)






Source: NSI, as dated.

21

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

# GW11
### WPIX · New York

# M-F/7-8P – A25-54

| | | 9/10-9/25/07 | | NOVEMBER 2006 | | OCTOBER 2006 | |
|---|---|---|---|---|---|---|---|
| | | RA25-54 | % OF DYPT | RA25-54 | % OF DYPT | RA25-54 | % OF DYPT |
| **WPIX** | | | | | | | |
| M-F 7p | TWO & A HALF MEN | 1.3 | 8.2% | 1.1 | 5.2% | 0.9 | 4.6% |
| M-F 730p | FAMILY GUY | 1.3 | 8.2% | 1.5 | 7.1% | 1.2 | 6.1% |
| | | | 16.4% | | 12.3% | | 10.7% |
| **WNYW** | | | | | | | |
| M-F 7p | THE SIMPSONS | 0.8 | 5.0% | 1.5 | 7.1% | 1.5 | 7.6% |
| M-F 730p | SEINFELD | 0.8 | 5.0% | 1.2 | 5.7% | 1.7 | 8.6% |
| | | | 10.1% | | 12.8% | | 16.2% |
| **WWOR** | | | | | | | |
| M-F 7p | THE KING OF QUEENS | 1.2 | 7.5% | 1.1 | 5.2% | 1.1 | 5.6% |
| M-F 730p | THE KING OF QUEENS B | 1.4 | 8.8% | 1.2 | 5.7% | 1.3 | 6.6% |
| | | | 16.4% | | 10.9% | | 12.2% |
| **WNBC** | | | | | | | |
| M-F 7p | NY NITELY NEWS | 1.0 | 6.3% | 1.9 | 9.0% | 1.8 | 9.1% |
| M-F 730p | ACCESS HOLLYWOOD | 1.4 | 8.8% | 2.1 | 10.0% | 1.7 | 8.6% |
| | | | 15.1% | | 19.0% | | 17.8% |
| **WCBS** | | | | | | | |
| M-F 7p | THE INSIDER | 1.3 | 8.2% | 1.9 | 9.0% | 1.3 | 6.6% |
| M-F 730p | E.T. | 1.7 | 10.7% | 2.2 | 10.4% | 2.0 | 10.2% |
| | | | 18.9% | | 19.4% | | 16.8% |
| **WABC** | | | | | | | |
| M-F 7p | JEOPARDY | 1.9 | 11.9% | 2.9 | 13.7% | 2.6 | 13.2% |
| M-F 730p | WHEEL OF FORTUNE | 1.8 | 11.3% | 2.5 | 11.8% | 2.6 | 13.2% |
| | | | 23.3% | | 25.6% | | 26.4% |
| **TOTAL** | | 15.9 | | 21.1 | | 19.7 | |

Source: NSI, as dated.

22

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0223172

**CW11** WPIX - New York

# M-F/11P-12M – A25-54 (W/News)

| | | | 9/10-9/25/07 | | NOVEMBER 2006 | | OCTOBER 2006 | |
|---|---|---|---|---|---|---|---|---|
| | | | RA25-54 | % OF DYPT | RA25-54 | % OF DYPT | RA25-54 | % OF DYPT |
| **WPIX** | | | | | | | | |
| M-F 11p | TWO & A HALF MEN | | 1.0 | 6.4% | 1.1 | 5.2% | 1.3 | 6.5% |
| M-F 1130p | FAMILY GUY | | 1.2 | 7.6% | 1.1 | 5.2% | 1.0 | 5.0% |
| | | | | 14.0% | | 10.5% | | 11.4% |
| **WNYW** | | | | | | | | |
| M-F 11p | SEINFELD | | 1.7 | 10.8% | 1.4 | 6.7% | 1.2 | 6.0% |
| M-F 1130p | SCRUBS | | 0.9 | 5.7% | 1.4 | 6.7% | 1.3 | 6.5% |
| | | | | 16.6% | | 13.3% | | 12.4% |
| **WWOR** | | | | | | | | |
| M-F 11p | LAW & ORDER: CI | | 0.8 | 5.1% | 0.5 | 2.4% | 0.7 | 3.5% |
| M-F 1130p | LAW & ORDER: CI | | 0.8 | 5.1% | 0.5 | 2.4% | 0.8 | 4.0% |
| | | | | 10.2% | | 4.8% | | 7.5% |
| **WNBC** | | | | | | | | |
| M-F 11p | NEWSCHANNEL 4 @ 11 | | 1.7 | 10.8% | 3.0 | 14.3% | 2.9 | 14.4% |
| M-F 1130p | THE TONIGHT SHOW | | 1.3 | 8.3% | 2.0 | 9.5% | 2.0 | 10.0% |
| | | | | 19.1% | | 23.8% | | 24.4% |
| **WCBS** | | | | | | | | |
| M-F 11p | CBS 2 NEWS @ 11P | | 1.6 | 10.2% | 2.6 | 12.4% | 2.3 | 11.4% |
| M-F 1130p | DAVID LETTERMAN | | 1.1 | 7.0% | 1.7 | 8.1% | 1.6 | 8.0% |
| | | | | 17.2% | | 20.5% | | 19.4% |
| **WABC** | | | | | | | | |
| M-F 11p | 11PM EYEWITNESS NEWS | | 2.2 | 14.0% | 3.4 | 16.2% | 3.1 | 15.4% |
| M-F 1130p | NIGHTLINE | | 1.4 | 8.9% | 2.3 | 11.0% | 1.9 | 9.5% |
| | | | | 22.9% | | 27.1% | | 24.9% |
| **TOTAL** | | | 15.7 | | 21.0 | | 20.1 | |

Source: NSI, as dated.

23

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0223173

## TV Station Pacing Revenue Forecast
($ in 000's)

**WPIX**

| | 2004 Actual | 2005 Actual | 2006 Act PF** | 2007 Proj | GROWTH RATE | | | 2008 Fcst | 08 vs 07 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | '05-'04 Act-Act | '06-'05 Act-Act | '07-'06 Proj-Act | | |
| **MARKET PACING REVENUE (52 WEEKS)** | | | | | | | | | |
| BASE MARKET incl. Olympics | $ 1,442,007 | $ 1,331,151 | $ 1,349,133 | $ 1,351,630 | -7.7% | 1.4% | 0.2% | $ 1,393,080 | 3.1% |
| POLITICAL-LOCAL/NATIONAL | 13,018 | 74,657 | 52,713 | 25,000 | | | | 22,000 | |
| TOTAL MARKET PACING REVENUE | $1,455,025 | $1,405,808 | $1,401,846 | $1,376,630 | -3.4% | -0.3% | -1.8% | $1,415,080 | 2.8% |
| **STATION PACING REVENUE (52 WEEKS)** | | | | | | | | | |
| BASE MARKET | 239,152 | 205,266 | 191,302 | 200,334 | -14.2% | -6.8% | 4.7% | 218,915 | 9.3% |
| POLITICAL-LOCAL/NATIONAL | 662 | 3,322 | $2,093 | $1,375 | | | | 1,760 | |
| TOTAL STATION PACING REVENUE | $239,814 | $208,588 | $193,395 | $201,709 | -13.0% | -7.3% | 4.3% | $220,675 | 9.4% |
| **MARKET SHARE:** | | | | | | | | | |
| BASE MARKET excl. Olympics | 16.9% | 15.4% | 14.4% | 14.8% | -1.4% | -1.0% | 0.4% | 16.0% | 1.2% |
| BASE MARKET incl. Olympics | 16.6% | 15.4% | 14.2% | 14.8% | -1.2% | -1.2% | 0.6% | 15.7% | 0.9% |
| POLITICAL-LOCAL/NATIONAL | 5.1% | 4.4% | 4.0% | 5.5% | -0.6% | -0.5% | 1.5% | 8.0% | 2.5% |
| TOTAL MARKET SHARE (%) | 16.5% | 14.8% | 13.8% | 14.7% | -1.6% | -1.0% | 0.9% | 15.6% | 0.9% |

Sen NY/NJ
Gov NY

Sen NJ

GROSS (PACING BASIS, BEFORE SALES ALLOWANCES) AND EXCLUDES TRADE AND BARTER REVENUE

* Growth rate is absolute change
** 2006 is shown pro-forma on a 52 week basis

24

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0223174

## WPIX
### Gross Pacing Revenue by Daypart
($ in 000)

| | 2006 Act | 2007 Proj | 2008 Est | % of Total 2006 Act | % of Total 2007 Proj | % of Total 2008 Est | '07 vs '06 | '08 vs '07 |
|---|---|---|---|---|---|---|---|---|
| Prime | $ 24,822 | $ 32,911 | $ 36,060 | 12.8% | 16.3% | 16.3% | 33% | 10% |
| News | 27,108 | 31,663 | 35,108 | 14.0% | 15.7% | 15.9% | 17% | 11% |
| Early Fringe/Access | 41,955 | 38,849 | 44,700 | 21.7% | 19.3% | 20.3% | -7% | 15% |
| Late Fringe | 35,955 | 33,973 | 37,300 | 18.6% | 16.8% | 16.9% | -6% | 10% |
| Daytime | 30,688 | 29,957 | 31,200 | 15.9% | 14.9% | 14.1% | -2% | 4% |
| Weekends | 11,508 | 10,859 | 11,750 | 6.0% | 5.4% | 5.3% | -6% | 8% |
| Sports | 12,523 | 14,391 | 14,500 | 6.5% | 7.1% | 6.6% | 15% | 1% |
| Paid Programming | 6,539 | 6,632 | 7,550 | 3.4% | 3.3% | 3.4% | 1% | 14% |
| Kids | 556 | 854 | 854 | 0.3% | 0.4% | 0.4% | 54% | 0% |
| Other | 1,741 | 1,620 | 1,653 | 0.9% | 0.8% | 0.7% | -7% | 2% |
| **Total** | $ 193,395 | $ 201,709 | $ 220,675 | | | | 4% | 9% |

* 2006 shown pro forma on a 52-week basis

25

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0223175

**WPIX New York**
**Station Revenue**
**($000)**

| | 2004A | 2005A | 2006A | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | CAGR '07-'12 |
|---|---|---|---|---|---|---|---|---|---|---|
| Non-Political | $ 238,697 | $ 203,896 | $ 191,633 | $ 200,334 | $ 218,915 | $ 223,192 | $ 227,001 | $ 231,530 | $ 234,695 | 3.2% |
| Political | 662 | 3,322 | 2,093 | 1,375 | 1,760 | 3,000 | 2,212 | 1,575 | 1,120 | -4.0% |
| Total Pacing Revenue | 239,359 | 207,218 | 193,726 | 201,709 | 220,675 | 226,192 | 229,213 | 233,105 | 235,815 | 3.2% |
| Sales Allowances | (246) | (294) | (462) | (238) | (221) | (226) | (229) | (233) | (236) | -0.2% |
| Gross Ad Sales | 239,113 | 206,925 | 193,263 | 201,471 | 220,454 | 225,966 | 228,984 | 232,872 | 235,579 | 3.2% |
| Barter / Trade | 10,042 | 10,576 | 11,801 | 14,969 | 14,621 | 12,073 | 12,883 | 13,388 | 13,388 | -2.2% |
| Cable Copyright | - | 326 | 162 | 1,754 | 150 | 155 | 159 | 164 | 169 | -37.4% |
| All Other | 579 | 580 | 576 | 1,699 | 2,500 | 2,563 | 2,627 | 5,000 | 5,000 | 24.1% |
| Total Gross Revenue | 249,734 | 218,407 | 205,803 | 219,893 | 237,726 | 240,756 | 244,652 | 251,423 | 254,136 | 2.9% |
| Agency Commission | (35,852) | (31,071) | (29,054) | (30,371) | (33,068) | (33,895) | (34,348) | (34,931) | (35,337) | 3.1% |
| NET REVENUE | $ 213,882 | $ 187,337 | $ 176,748 | $ 189,522 | $ 204,658 | $ 206,861 | $ 210,305 | $ 216,493 | $ 218,799 | 2.9% |
| Revenue Share | 16.5% | 14.7% | 13.8% | 14.7% | 15.6% | 15.7% | 15.6% | 15.9% | 15.8% | |
| Revenue Share Ex-Political | 16.6% | 15.3% | 14.2% | 14.8% | 15.7% | 16.1% | 15.9% | 16.2% | 16.0% | |

Note: All years are Tribune fiscal calendar, 52 weeks.
      Home market share is trailing 3-book average.

25

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0223176

**WPIX New York**
**Forecast Cash Flow**
**($000)**

| | 2004A | 2005A | 2006A | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | CAGR '07-'12 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Net Revenue** | $ 213,882 | $ 187,337 | $ 176,748 | $ 189,522 | $ 204,658 | $ 206,861 | $ 210,305 | $ 216,493 | $ 218,799 | 2.9% |
| **Expenses** | | | | | | | | | | |
| Broadcast Rights | 61,410 | 59,985 | 58,006 | 60,747 | 63,296 | 61,103 | 68,311 | 73,852 | 75,068 | 4.3% |
| Compensation | 32,137 | 32,063 | 32,117 | 33,594 | 34,789 | 35,926 | 37,103 | 38,320 | 39,578 | 3.3% |
| All Other | 23,014 | 25,442 | 25,429 | 25,511 | 26,128 | 26,653 | 27,108 | 27,557 | 28,002 | 1.9% |
| **Total Expenses** | 116,561 | 117,490 | 115,551 | 119,851 | 124,213 | 123,682 | 132,522 | 139,729 | 142,648 | 3.5% |
| **Operating Cash Flow** | $ 97,321 | $ 69,847 | $ 61,197 | $ 69,671 | $ 80,445 | $ 83,179 | $ 77,782 | $ 76,764 | $ 76,151 | 1.8% |
| **OCF Margin** | 46% | 37% | 35% | 37% | 39% | 40% | 37% | 35% | 35% | |

*Note: All years are Tribune fiscal calendar, 52 weeks.*
*Stock-based compensation is excluded.*

27

**Professionals' Eyes Only**
**Highly Confidential – Attorneys' Eyes Only**

TRB0223177



# Two & A Half Men
M-F/6p-6:30p

**Two & A Half Men is Growing in Access over *According to Jim's* delivery in Oct and Nov 2006.**

| | HH | A1849 | A2554 | M1849 | M2554 | W1849 | W2554 |
|---|---|---|---|---|---|---|---|
| Oct '06 | 2.6 | 1.1 | 1.0 | 0.6 | 0.6 | 1.6 | 1.5 |
| % Change | +38% | +55% | +100% | +133% | +217% | +19% | +40% |
| Nov '06 | 2.5 | 1.0 | 1.1 | 0.6 | 0.8 | 1.3 | 1.3 |
| % Change | +44% | +70% | +82% | +133% | +138% | +46% | +62% |

Source: NSI Chicago Season-To-Date (9/10/07-9/26/07)

WGN9CW

28

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**



# Family Guy
## M-F/6:30p-7p

Family Guy Ranks #1 among W18-34 and #2 among Adults & Men 18-34.

| | | A18-34 | M18-34 | W18-34 |
|---|---|---|---|---|
| | | 1.4 | | |
| WFLD | Seinfeld | M-F/630p | 1.3 | 1.2 |
| WLS | Wheel-Fortune | M-F/630p | 0.7 | 0.7 | 0.7 |
| WMAQ | Access Hollywood | M-F/630p | 0.6 | 0.4 | 0.8 |
| WCIU | King of Queens | M-F/630p | 0.8 | 0.6 | 1.0 |
| WBBM | Ent Tonight | M-F/630p | 0.4 | 0.5 | 0.3 |
| WPWR | TMZ | M-F/630p | 0.3 | 0.2 | 0.4 |

### Family Guy is Growing in Access compared to last year Oct and Nov Sweeps (Everybody Loves Raymond)

| | Oct '06 | % Chg | Nov '06 | % Chg |
|---|---|---|---|---|
| A1834 | 1.0 | +20% | 0.8 | +50% |
| A1849 | 1.0 | +20% | 1.1 | +9% |
| M1834 | 0.7 | +14% | 0.5 | +60% |
| M1849 | 0.7 | +57% | 0.7 | +57% |
| M2554 | 0.7 | +57% | 0.9 | +22% |
| W1834 | 1.3 | +15% | 1.2 | +25% |

Source: NSI Chicago Season-To-Date (9/10/07-9/26/07)

WGN9 CW

29

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# WGN 9CW

# M-F/6-7P – A18-49

| | | SEASON-TO-DATE 2007 9/10-9/26/07 | | NOVEMBER 2006 | | OCTOBER 2006 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | RA18-49 | % OF DYPT | RA18-49 | % OF DYPT | RA18-49 | % OF DYPT |
| **WGN** | | | | | | | |
| M-F 6p | TWO A HALF MEN | 1.7 | 10.8% | 1.0 | 5.5% | 1.1 | 6.5% |
| M-F 630p | FAMILY GUY | 1.2 | 7.6% | 1.1 | 6.0% | 1.0 | 6.0% |
| | | | 18.5% | | 11.5% | | 12.5% |
| **WFLD** | | | | | | | |
| M-F 6p | THE SIMPSONS | 1.4 | 8.9% | 2.1 | 11.5% | 1.9 | 11.3% |
| M-F 630p | SEINFELD | 1.5 | 9.6% | 2.1 | 11.5% | 1.7 | 10.1% |
| | | | 18.5% | | 23.0% | | 21.4% |
| **WBBM** | | | | | | | |
| M-F 6p | CBS2 NEWS 6P | 0.5 | 3.2% | 0.5 | 2.7% | 0.5 | 3.0% |
| M-F 630p | ENT TONIGHT | 1.0 | 6.4% | 1.1 | 6.0% | 0.9 | 5.4% |
| | | | 9.6% | | 8.7% | | 8.3% |
| **WMAQ** | | | | | | | |
| M-F 6p | NBC5 NEWS 6P | 1.1 | 7.0% | 1.3 | 7.1% | 1.1 | 6.5% |
| M-F 630p | ACCESS HOLLYWOOD | 1.6 | 10.2% | 1.7 | 9.3% | 1.5 | 8.9% |
| | | | 17.2% | | 16.4% | | 15.5% |
| **WLS** | | | | | | | |
| M-F 6p | ABC7 NEWS 6P | 1.6 | 10.2% | 2.3 | 12.6% | 2.0 | 11.9% |
| M-F 630p | WHEEL OF FORTUNE | 1.8 | 11.5% | 2.5 | 13.7% | 2.8 | 16.7% |
| | | | 21.7% | | 26.2% | | 28.6% |
| **WPWR** | | | | | | | |
| M-F 6p | SCRUBS | 0.2 | 1.3% | 0.5 | 2.7% | 0.4 | 2.4% |
| M-F 630p | TMZ | 0.3 | 1.9% | 0.5 | 2.7% | 0.5 | 3.0% |
| | | | 3.2% | | 5.5% | | 5.4% |
| **WCIU** | | | | | | | |
| M-F 6p | GEORGE LOPEZ | 0.8 | 5.1% | 0.8 | 4.4% | 0.7 | 4.2% |
| M-F 630p | KING-QUEENS | 1.0 | 6.4% | 0.8 | 4.4% | 0.7 | 4.2% |
| | | | 11.5% | | 8.7% | | 8.3% |
| **TOTAL** | | 15.7 | | 18.3 | | 16.8 | |

Source: NSI, as dated.

30

Professionals' Eyes Only
Highly Confidential – Attorneys' Eyes Only

TRB0223180



# Family Guy
## M-F/10p-1030p

**Family Guy Ranks #1 among HH's and ALL the key demos!**

|      | HH | A1834 | A1849 | A2554 | M1834 | M1849 | M2554 | W1834 | W1849 | W2554 |
|------|----|----|----|----|----|----|----|----|----|----|
| WCIU King of Queens M-F/10p | 2.4 | 0.8 | 1.3 | 1.6 | 0.7 | 1.3 | 1.5 | 0.9 | 1.2 | 1.6 |
| WPWR Law & Order: CI M-F/10p | 0.9 | 0.4 | 0.4 | 0.6 | 0.2 | 0.2 | 0.3 | 0.5 | 0.6 | 0.8 |

**Family Guy is Growing in Late Fringe especially among the key Men Demos over Sex & the City's delivery in Oct and Nov 2006.**

|          | A1834 | A1849 | A2554 | M1834 | M1849 | M2554 |
|----------|----|----|----|----|----|----|
| Oct '06  | 1.8 | 1.8 | 1.8 | 0.5 | 0.7 | 0.8 |
| % Change | +22% | +6% | +6% | +300% | +186% | +138% |
| Nov '06  | 1.5 | 1.6 | 1.7 | 0.6 | 1.0 | 1.2 |
| % Change | +47% | +19% | +12% | +233% | +100% | +58% |

Source: NSI Chicago Premiere Week (9/10/07-9/26/07); Does not include Late News at 10pm in the market

WGN⁹CW

31

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0223181



# WGN 9 CW    M-F/10-11P – A18-49

## With News

| | | SEASON-TO-DATE 2007 9/10-9/26/07 | | NOVEMBER 2006 | | OCTOBER 2006 | |
|---|---|---|---|---|---|---|---|
| | | RA18-49 | % OF DYPT | RA18-49 | % OF DYPT | RA18-49 | % OF DYPT |
| **WGN** | | | | | | | |
| M-F 10p | FAMILY GUY | 1.9 | 8.7% | 1.1 | 4.5% | 1.2 | 5.3% |
| M-F 1030p | TWO & HALF MEN | 1.8 | 8.2% | 1.6 | 6.5% | 1.8 | 8.0% |
| | | | 16.9% | | 11.0% | | 13.3% |
| **WFLD** | | | | | | | |
| M-F 10p | FOX NEWS CHICAGO | 0.9 | 4.1% | 1.6 | 6.5% | 1.2 | 5.3% |
| M-F 1030p | SIMPSONS | 1.1 | 5.0% | 2.0 | 8.1% | 1.8 | 8.0% |
| | | | 9.1% | | 14.6% | | 13.3% |
| **WBBM** | | | | | | | |
| M-F 10p | CBS2 NEWS 10P | 1.3 | 5.9% | 1.6 | 6.5% | 1.2 | 5.3% |
| M-F 1030p | DAVID LETTERMAN | 0.9 | 4.1% | 1.9 | 7.7% | 1.5 | 6.6% |
| | | | 10.0% | | 14.2% | | 11.9% |
| **WMAQ** | | | | | | | |
| M-F 10p | NBC5 NEWS 10P | 3.4 | 15.5% | 2.0 | 8.1% | 1.9 | 8.4% |
| M-F 1030p | TONITE SHOW | 1.9 | 8.7% | 3.5 | 14.2% | 3.2 | 14.2% |
| | | | 24.2% | | 22.4% | | 22.6% |
| **WLS** | | | | | | | |
| M-F 10p | ABC7 NEWS 10P | 3.5 | 16.0% | 1.9 | 7.7% | 2.0 | 8.8% |
| M-F 1030p | ABC NITELINE | 1.6 | 7.3% | 3.5 | 14.2% | 3.6 | 15.9% |
| | | | 23.3% | | 22.0% | | 24.8% |
| **WPWR** | | | | | | | |
| M-F 10p | SCRUBS | 0.6 | 2.7% | 0.4 | 1.6% | 0.5 | 2.2% |
| M-F 1030p | KING OF HILL | 0.3 | 1.4% | 0.5 | 2.0% | 0.5 | 2.2% |
| | | | 4.1% | | 3.7% | | 4.4% |
| **WCIU** | | | | | | | |
| M-F 10p | KING OF QUEENS | 1.4 | 6.4% | 1.5 | 6.1% | 1.1 | 4.9% |
| M-F 1030p | GEORGE LOPEZ | 1.3 | 5.9% | 1.5 | 6.1% | 1.1 | 4.9% |
| | | | 12.3% | | 12.2% | | 9.7% |
| **TOTAL** | | 21.9 | | 24.6 | | 22.6 | |

Source: NSI, as dated.

33

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only



Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

# The Cubs Season is HEATING UP!!

## ...*And* September Ratings on WGN/WCIU are HUGE!

|          | HH Rating | Adults 18-49 | Adults 25-54 |
|----------|-----------|--------------|--------------|
| May 2007 | 5.0       | 2.0          | 2.0          |
| Jun 2007 | 6.2       | 2.4          | 2.5          |
| Jul 2007 | 7.1       | 2.7          | 2.9          |
| Aug 2007 | 7.0       | 2.3          | 2.5          |

|                  | HH Rating | Adults 18-49 | Adults 25-54 |
|------------------|-----------|--------------|--------------|
| September-to-Date |          |              |              |
| Season Final 2006 | 4.5      | 1.4          | 1.6          |
| % Change          |          |              | +63%         |

Expect the Ratings to increase as the Cubs make a

## PUSH FOR THE PLAYOFFS!

Source: Nielsen Chicago Data * Season-to-Date ratings thru 9/23/07

35

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0223185



## WGN-TV Sep '07 Sweep Recap
### Morning News

**WGN Morning News** Takes on the National Morning News Competition at 7:00a, ranking #1 among the Adult & Women demos and #2 among HH's!

| M-F/7a-9a | | HH | RA18-49 | RA25-54 | RW25-54 |
|---|---|---|---|---|---|
| WLS | Good Morn America | 4.2 | 1.2 | 1.7 | 2.3 |
| WMAQ | Today Show | 2.5 | 1.1 | 1.4 | 1.8 |
| WFLD | Fox News Morning | 1.7 | 0.9 | 1.0 | 1.2 |
| WBBM | Early Show | 0.6 | 0.2 | 0.2 | 0.3 |

...And WGN Morning News 7a-9a grew year-to-year & book-to-book:

Source: NSI Chicago – Live Data

WGN<sub>9</sub>CW

36

wgntv.com

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**



WGN News at Nine is the

# #1 Prime News in Chicago!

...And outdelivers WFLD's and WBBM's 10pm News among HH's and the major demos!

| M-F 9p-10p | | HH Rtg | A1849 | A2554 | W2554 |
|---|---|---|---|---|---|
| WFLD | Fox News Chicago 9pm | 2.9 | 1.6 | 1.8 | 1.9 |
| WBBM | CBS2 News at 10pm | 3.4 | 1.2 | 1.6 | 1.7 |
| WFLD | Fox News Chicago 10pm | 1.8 | 0.9 | 0.9 | 0.9 |

...And **WGN News at Nine**
(M-F/9p) is growing
year-to-year and
book-to-book:

Source: NSI Chicago – Live Data

WGN9CW

wgntv.com

37

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0223187

## TV Station Pacing Revenue Forecast
($ in 000's)

### WGN-TV

| | 2004 Actual | 2005 Actual | 2006 Act PF** | 2007 Proj | GROWTH RATE | | | 2008 Frcst | 08 vs 07 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | '05-'04 Act-Act | '06-'05 Act-Act | '07-'06 Proj-Act | | |
| **MARKET PACING REVENUE (52 WEEKS)** | | | | | | | | | |
| BASE MARKET | $ 754,646 | $ 767,065 | $ 749,012 | $ 739,699 | 1.6% | -2.4% | -1.2% | $ 760,543 | 2.8% |
| POLITICAL-LOCAL/NATIONAL | 18,095 | 4,603 | 53,116 | 10,226 | | | | 20,000 | |
| TOTAL MARKET PACING REVENUE | $772,741 | $771,668 | $802,128 | $749,925 | -0.1% | 3.9% | -6.5% | $780,543 | 4.1% |
| **STATION PACING REVENUE (52 WEEKS)** | | | | | | | | | |
| BASE MARKET | 149,383 | 144,054 | 128,198 | 127,620 | -3.6% | -11.0% | -0.5% | 139,487 | 9.3% |
| POLITICAL-LOCAL/NATIONAL | 1,881 | 327 | 5,740 | 1,150 | | | | 2,400 | |
| TOTAL STATION PACING REVENUE | $151,264 | $144,381 | $133,938 | $128,769 | -4.6% | -7.2% | -3.9% | $141,887 | 10.2% |
| **MARKET SHARE:** | | | | | | | | | |
| BASE MARKET excl. Olympics | 20.1% | 18.8% | 17.4% | 17.3% * | -1.4% | -1.4% | -0.1% | 18.6% * | 1.4% |
| BASE MARKET incl. Olympics | 19.8% | 18.8% | 17.1% | 17.3% * | -1.0% | -1.7% | 0.1% | 18.3% * | 1.1% |
| POLITICAL-LOCAL/NATIONAL | 10.4% | 7.1% | 10.8% | 11.2% * | -3.3% | 3.7% | 0.4% | 12.0% * | 0.8% |
| TOTAL MARKET SHARE (%) | 19.6% | 18.7% | 16.7% | 17.2% * | -0.9% | -2.0% | 0.5% | 18.2% * | 1.0% |

Gov

Senator

GROSS (PACING BASIS, BEFORE SALES ALLOWANCES) AND EXCLUDES TRADE AND BARTER REVENUE

* Growth rate is absolute change
** 2006 is shown pro-forma on a 52 week basis

38

Professionals' Eyes Only
Highly Confidential – Attorneys' Eyes Only

TRB0223188

**WGN-TV Chicago**
**Station Revenue**
**($000)**

| | 2004A | 2005A | 2006A | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | CAGR '07-'12 |
|---|---|---|---|---|---|---|---|---|---|---|
| Non-Political | $ 148,630 | $ 144,054 | $ 128,198 | $ 127,620 | $ 139,487 | $ 142,863 | $ 144,766 | $ 147,085 | $ 149,046 | 3.2% |
| Political | 1,881 | 327 | 5,740 | 1,150 | 2,400 | 506 | 6,240 | 550 | 2,400 | 15.9% |
| Total Pacing Revenue | 150,511 | 144,381 | 133,938 | 128,769 | 141,887 | 143,369 | 151,006 | 147,635 | 151,446 | 3.3% |
| Sales Allowances | (266) | (1,082) | (961) | 605 | (426) | (430) | (453) | (443) | (454) | -194.4% |
| Gross Ad Sales | 150,245 | 143,299 | 132,977 | 129,375 | 141,462 | 142,939 | 150,553 | 147,192 | 150,992 | 3.1% |
| Barter / Trade | 6,740 | 7,022 | 7,662 | 8,441 | 8,332 | 7,150 | 7,183 | 8,187 | 8,187 | -0.6% |
| Cable Copyright | 3,249 | 2,100 | 2,116 | 2,100 | 2,163 | 2,228 | 2,295 | 2,364 | 2,434 | 3.0% |
| All Other | 10,498 | 10,798 | 12,240 | 10,116 | 10,369 | 10,628 | 10,894 | 13,500 | 13,838 | 6.5% |
| Total Gross Revenue | 170,732 | 163,220 | 154,996 | 150,032 | 162,326 | 162,946 | 170,925 | 171,243 | 175,450 | 3.2% |
| Agency Commission | (23,353) | (22,563) | (21,172) | (20,144) | (21,219) | (21,441) | (22,583) | (22,079) | (22,649) | 2.4% |
| NET REVENUE | $ 147,379 | $ 140,657 | $ 133,825 | $ 129,888 | $ 141,106 | $ 141,505 | $ 148,342 | $ 149,164 | $ 152,802 | 3.3% |
| Revenue Share | 19.5% | 18.7% | 16.7% | 17.2% | 18.2% | 18.8% | 18.1% | 18.8% | 18.4% | |
| Revenue Share Ex-Political | 20.0% | 18.8% | 17.4% | 17.3% | 18.3% | 18.8% | 18.5% | 18.9% | 18.6% | |

*Note: All years are Tribune fiscal calendar, 52 weeks.*
*Home market share is trailing 3-book average.*

39

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0223189

**WGN-TV Chicago**
**Forecast Cash Flow**
**($000)**

| | 2004A | 2005A | 2006A | 2007E | 2008E | 2009E | 2010E | 2011E | 2012E | CAGR '07-'12 |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Revenue | $ 147,379 | $ 140,657 | $ 133,825 | $ 129,888 | $ 141,106 | $ 141,505 | $ 148,342 | $ 149,164 | $ 152,802 | 3.3% |
| **Expenses** | | | | | | | | | | |
| Broadcast Rights | 46,649 | 48,264 | 49,204 | 46,792 | 47,164 | 46,604 | 48,154 | 50,737 | 50,926 | 1.7% |
| Compensation | 31,080 | 33,312 | 32,117 | 33,564 | 34,759 | 35,866 | 37,009 | 38,190 | 39,410 | 3.3% |
| All Other | 20,363 | 21,748 | 21,641 | 22,267 | 22,452 | 22,828 | 23,282 | 23,567 | 23,967 | 1.5% |
| **Total Expenses** | 98,093 | 103,323 | 102,962 | 102,622 | 104,375 | 105,297 | 108,445 | 112,493 | 114,303 | 2.2% |
| Operating Cash Flow | $ 49,286 | $ 37,334 | $ 30,863 | $ 27,266 | $ 36,732 | $ 36,207 | $ 39,897 | $ 36,670 | $ 38,499 | 7.1% |
| OCF Margin | 33% | 27% | 23% | 21% | 26% | 26% | 27% | 25% | 25% | |

*Note: All years are Tribune fiscal calendar, 52 weeks.*
*Stock-based compensation is excluded.*

40

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0223190

**Superstation WGN**
Updated Forecast-9/17/07
All numbers in ('000)s

| | 2005 Actual | 52 wk 2006 Actual | 2007 Estimate | 2008 Estimate | 2009 Estimate | 2010 Estimate | 2011 Estimate | 2012 Estimate | '07 - '12 CAGR |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | |
| Ad Sales | $ 114,757 | $ 107,617 | $ 105,565 | $ 106,946 | $ 108,500 | $ 109,500 | $ 110,000 | $ 110,000 | 0.8% |
| Distribution Revenue | 36,282 | 40,230 | 42,062 | 45,814 | 48,530 | 52,720 | 57,030 | 61,318 | 7.8% |
| Barter Revenue | 4,617 | 7,722 | 7,899 | 5,354 | 6,160 | 6,552 | 7,900 | 8,700 | 2.0% |
| Copyright Royalties | 2,101 | 2,116 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 2,100 | 0.0% |
| Miscellaneous Revenue | 186 | 508 | 251 | 68 | - | - | - | - | |
| Sales Allowance / Launch Support | (4,184) | (393) | (91) | (357) | (336) | (339) | (341) | (341) | |
| Total Gross Revenues | 153,759 | 157,799 | 157,786 | 159,925 | 164,954 | 170,533 | 176,689 | 181,777 | 2.9% |
| Agency Commissions | (15,562) | (14,204) | (14,042) | (14,545) | (14,756) | (14,892) | (14,960) | (14,960) | |
| Unearned Revenue | (1,733) | 1,820 | (698) | - | - | - | - | - | |
| **Total Operating Revenue** | $ 136,465 | $ 145,415 | $ 143,046 | $ 145,380 | $ 150,198 | $ 155,641 | $ 161,729 | $ 166,817 | 3.1% |
| **Cash Operating Expenses** | | | | | | | | | |
| Cash Rights | 23,136 | 22,459 | 19,352 | 27,025 | 27,932 | 29,649 | 31,047 | 31,047 | 9.9% |
| Barter Rights | 4,617 | 7,722 | 7,899 | 5,354 | 6,160 | 6,552 | 7,900 | 8,700 | 7.8% |
| Broadcast Rights Amort | 27,753 | 30,181 | 27,251 | 32,379 | 34,092 | 36,201 | 38,947 | 39,747 | 7.8% |
| Total Compensation | 10,707 | 10,554 | 10,771 | 11,188 | 11,555 | 11,935 | 12,327 | 12,733 | 3.4% |
| Other Cash Expenses | 9,376 | 11,588 | 11,363 | 10,575 | 10,750 | 10,960 | 11,180 | 11,400 | 0.1% |
| **Total Cash Expenses** | 47,836 | 52,323 | 49,385 | 54,142 | 56,397 | 59,096 | 62,454 | 63,880 | 5.3% |
| **Operating Cash Flow** | 88,629 | 93,091 | 93,661 | 91,238 | 93,800 | 96,545 | 99,275 | 102,937 | 1.9% |
| *Operating Cash Flow Margin (%)* | *64.9%* | *64.0%* | *65.5%* | *62.8%* | *62.5%* | *62.0%* | *61.4%* | *61.7%* | |

Excludes stock-based compensation

41

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0223191

**Tribune Broadcasting Company**
**Capital Spending by Business Unit 2006-2009**

| | 2006 Act | 2007 Proj | 2008 Fcst | 2009 Fcst |
|---|---|---|---|---|
| New York | $ 1,618 | $ 1,557 | $ 3,948 | $ 5,000 |
| Los Angeles | 2,939 | 2,432 | 2,753 | 2,650 |
| Chicago | 1,720 | 3,500 | 2,191 | 2,500 |
| Philadelphia | 225 | 828 | 634 | 590 |
| Dallas | 42 | 929 | 1,142 | 786 |
| Washington, D.C. | 74 | 415 | 382 | 260 |
| Houston | 102 | 1,022 | 570 | 650 |
| Seattle | 609 | 922 | 1,873 | 2,467 |
| Miami | 100 | 241 | 391 | 645 |
| Denver | 511 | 1,224 | 1,261 | 1,506 |
| Sacramento | 1,252 | 1,715 | 1,047 | 1,235 |
| St. Louis | 273 | 506 | 1,243 | 1,387 |
| Portland | 317 | 85 | 165 | 113 |
| Indianapolis | 3,218 | 916 | 1,689 | 3,046 |
| San Diego | 299 | 201 | 146 | 40 |
| Hartford | 2,279 | 2,042 | 646 | 655 |
| Grand Rapids | 343 | 981 | 450 | 1,302 |
| Harrisburg | 380 | 752 | 885 | 382 |
| New Orleans | 123 | 442 | 406 | 340 |
| Chicago Cable | 0 | 0 | 0 | 0 |
| Tower Distribution | 0 | 0 | 0 | 0 |
| Radio | 100 | 154 | 170 | 220 |
| Tribune Entertainment | 420 | 724 | 0 | 0 |
| TBC Group | 4,180 | 3,386 | 3,205 | 0 |
| Eliminations & Other | 0 | 0 | 0 | 0 |
| TV Contingency | 0 | 0 | 0 | 0 |
| **Broadcasting CapEx** | $ 21,124 | $ 24,974 | $ 25,197 | $ 25,774 |

42

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0223192

**Tribune Broadcasting Company**
**Capital Spending by Category 2007-2009**

| Category | 2007 Proj | | 2008 | | 2009 | | 3-Year Total | |
|---|---|---|---|---|---|---|---|---|
| Digital Transition/Transmission | $ 7,500 | 30.0% | $ 6,500 | 26.0% | $ 9,750 | 39.0% | $ 23,750 | 31.7% |
| News | 7,000 | 28.0% | 8,000 | 32.0% | 7,500 | 30.0% | 22,500 | 30.0% |
| Master Control | 4,500 | 18.0% | 3,500 | 14.0% | 800 | 3.2% | 8,800 | 11.7% |
| Building Infrastructure | 2,500 | 10.0% | 1,300 | 5.2% | 1,350 | 5.4% | 5,150 | 6.9% |
| Production | 750 | 3.0% | 3,500 | 14.0% | 4,200 | 16.8% | 8,450 | 11.3% |
| Computers | 650 | 2.6% | 500 | 2.0% | 600 | 2.4% | 1,750 | 2.3% |
| Creative Services | 600 | 2.4% | 1,200 | 4.8% | 100 | 0.4% | 1,900 | 2.5% |
| Other | 1,500 | 6.0% | 500 | 2.0% | 700 | 2.8% | 2,700 | 3.6% |
| Total* | $ 25,000 | 100% | $ 25,000 | 100% | $ 25,000 | 100% | $ 75,000 | 100% |
| **HD News:** | | | | | | | | |
| WPIX | $ 1,600 | | $ 1,250 | | $ 2,100 | | $ 4,950 | |
| KTLA | 1,200 | | 1,850 | | 500 | | 3,550 | |
| WGN TV | 2,200 | | 1,600 | | 500 | | 4,300 | |
| | 5,000 | | 4,700 | | 3,100 | | 12,800 | |

* Excludes Cubs capital spending

**Category Descriptions:**

| Digital Transition/Transmission | Multi-year project required due to the sunset of analog in February of 2009. Budget includes dollars for completing the digital buildout and maximation of our digital signals, adding redundancy to our digital operations for business continuity purposes, converting eight of our digital transmissions back to their current analog assignments and for studio equipment required in support of a full transition to digital broadcasting. |
|---|---|
| News | Replacement of 8 to 10 year old news cameras, vehicles and editing equipment. Phased transition of major market stations in NY, LA and Chicago to high definition in recognition of the sunset of analog broadcasting in 2009 along with competitive response to other stations in the market delivering their news product in HD. Supplementary equipment required to complete government mandated transition of news microwave transmitting equipment to digital. |
| Master Control | Replacement of older automation, playback and signal routing systems based at studio facilities. Existing systems are no longer supported. |
| Building Infrastructure | Ongoing maintenance of current facilities along with supporting infrastructure. Includes building repairs along with HVAC and telephone switch replacements. |
| Production | Miscellaneous replacement of worn out cameras, vehicles, microphones and recording devices. |
| Computers | Ongoing end of life replacements of existing servers, printers, desktops, laptops and networking hardware. |
| Creative Services | Transition of legacy tape based editing systems as well as replacement of early first generation non linear editing systems with current technology. Existing systems no longer supported. |
| Other | Includes internet encoding and streaming equipment in support on developing a video presence on the Web for all TBC stations as well as local Tribune newspapers in the market. Also includes miscellaneous spending for general replacement of office, studio and technical equipment under $25,000. |

43

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0223193

**Broadcasting & Entertainment (Excluding Cubs & SBC)**
**2006A - 2012 Forecast**
**Downside Case**

9/17/2007
*($ in millions)*

| | | 2007 | 2008 | 2009 | 2010 | 2011 | 52 wks 2012 | '07-'12 CAGR |
|---|---|---|---|---|---|---|---|---|
| **Operating Revenue** | | | | | | | | |
| 1 | TV Stations & Cable | $ 1,123 | $ 1,143 | $ 1,123 | $ 1,155 | $ 1,146 | $ 1,170 | 0.8% |
| 2 | All Other | 61 | 44 | 44 | 43 | 44 | 44 | -6.3% |
| 3 | Total Revenue | 1,185 | 1,186 | 1,167 | 1,199 | 1,190 | 1,214 | 0.5% |
| **Operating Expense** | | | | | | | | |
| 4 | TV Stations & Cable | 754 | 768 | 745 | 758 | 782 | 797 | 1.1% |
| 5 | All Other | 43 | 32 | 33 | 34 | 35 | 36 | -3.5% |
| 6 | Total Expense | 796 | 800 | 778 | 791 | 817 | 833 | 0.9% |
| **Operating Cash Flow** | | | | | | | | |
| 7 | TV Stations & Cable | 370 | 374 | 378 | 398 | 364 | 372 | 0.1% |
| 8 | All Other | 19 | 12 | 11 | 10 | 9 | 9 | -14.3% |
| 9 | Total OCF | $ 388 | 386 | 389 | 407 | 372 | 381 | -0.4% |
| | *OCF margin* | 32.8% | 32.6% | 33.3% | 34.0% | 31.3% | 31.4% | |
| | *variance from base case* | | $ (62) | $ (75) | $ (72) | $ (93) | $ (103) | |

**Assumption Changes:**

- Television spot market remains flat with 2007, except for incremental Olympic and political spending. Tribune's television markets up 5%-6% in even years and down 5%-6% in odd years.

- Tribune stations' do not grow base market share and the group's average revenue share drops to 12.6%.

- Superstation's revenues grow at an average rate of 2.7% as compared to 3.1% in the base case model.

- Cash broadcast rights reduced 6%, or $75 million over the term.

- Non-rights expenses reduced 3% over the term, primarily compensation and promotion/advertising.

44

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

**Broadcasting & Entertainment (Excluding Cubs & SBC)**
**2006A - 2012 Forecast**
**Upside Case**

9/17/2007
*($ in millions)*

| | | 2007 | 2008 | 2009 | 2010 | 2011 | 52 wks 2012 | '07-'12 CAGR |
|---|---|---|---|---|---|---|---|---|
| **Operating Revenue** | | | | | | | | |
| 1 | TV Stations & Cable | $ 1,123 | $ 1,220 | $ 1,247 | $ 1,294 | $ 1,305 | $ 1,354 | 3.8% |
| 2 | All Other | 61 | 44 | 44 | 43 | 44 | 44 | -6.3% |
| 3 | Total Revenue | 1,185 | 1,264 | 1,291 | 1,337 | 1,348 | 1,398 | 3.4% |
| **Operating Expense** | | | | | | | | |
| 4 | TV Stations & Cable | 754 | 775 | 765 | 794 | 817 | 833 | 2.0% |
| 5 | All Other | 43 | 32 | 33 | 34 | 35 | 36 | -3.5% |
| 6 | Total Expense | 796 | 807 | 798 | 827 | 852 | 868 | 1.7% |
| **Operating Cash Flow** | | | | | | | | |
| 7 | TV Stations & Cable | 370 | 445 | 482 | 500 | 488 | 521 | 7.1% |
| 8 | All Other | 19 | 12 | 11 | 10 | 9 | 9 | -14.3% |
| 9 | Total OCF | $ 388 | 457 | 493 | 510 | 496 | 530 | 6.4% |
| | *OCF margin* | 32.8% | 36.2% | 38.2% | 38.1% | 36.8% | 37.9% | |
| | *variance from base case* | | $ 9 | $ 29 | $ 30 | $ 31 | $ 46 | |

**Assumption Changes:**

- Television spot market grows at annual average rate of 2.4% as compared to 2.1% in base case model. Both base advertising and political spending are higher.

- Tribune stations' average market share improves to 13.9% on strength of CW and Fox prime, new syndicated programming and improved local news ratings.

- Healthier cable advertising market results in higher revenues for the Superstation.

- Higher variable selling expenses are off-set by one-year deferral of new daytime program acquisition.

45

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0223195