| | |
|---|---|
| From: | Kenney, Crane H |
| Sent: | Monday, December 17, 2007 2:52 PM (GMT) |
| To: | 'srosenblum@wrlk.com'; Barden, Larry A. <lbarden@Sidley.com>; 'Michael Carlinsky' <michaelcarlinsky@quinnemanuel.com> |
| Cc: | Eldersveld, David <DEldersveld@Tribune.com> |
| Subject: | Call today |

Today at 2:00 pm CST, we have a call with the four lead banks to discuss the VRC opinion and managment's solvency analysis. We just learned that the banks will have Cahill and Murray Devine, their solvency expert, on the line. I would like to have you on the phone as well and would like to do a pre-call at 1:00 CST. I will circulate the final VRC Board presentation and dial-in information shortly. Please let me know if you can make both calls. Thanks.

Crane H. Kenney
Senior Vice President, General Counsel
 & Secretary
Tribune Company
435 N. Michigan Ave.
Chicago, IL 60611
Tel # 312-222-2491
Fax # 312-222-4206
E-mail: ckenney@tribune.com

—This e-mail is sent by a lawyer and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify me immediately. —

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0287731