JPM_00506410

From: CN=James B. Lee/O=JPMCHASE
Date: 12/19/2007 12:58:13 PM
To: CN=Steven D. Black/O=JPMCHASE@JPMCHASE; "Mr. Donald H. McCree" <donald.mccree@jpmorgan.com>; CN=Chris Linneman/O=JPMCHASE@JPMCHASE; CN=Travis Epes/O=JPMCHASE@JPMCHASE
Subject: Fw: Zell highlights
Number of attachments: 1

Sam referenced this in my call. Apparently it is a speech he gave to the LATimes employees. Jimmy
James B. Lee, Jr.
Vice Chairman
J.P.Morgan Chase & Co.

----- Original Message -----
From: "Bill Pate" [BPate@egii.com]
Sent: 12/19/2007 10:56 AM CST
To: James Lee
Subject: Zell highlights
Trying again.

Highly Confidential - Attorneys' Eyes Only