# Morgan Stanley

MORGAN STANLEY RESEARCH
NORTH AMERICA

Morgan Stanley & Co. Incorporated

**Lisa N. Monaco, CFA**
Lisa.Monaco@morganstanley.com
+1 (1)212 761 3295

**Collis H. G. Boyce**
Collis.Boyce@morganstanley.com
+1 (1)212 761 6578

October 22, 2006

**Stock Rating**
**Equal-weight**

**Industry View**
**In-Line**

## Tribune

## Lowering Newspaper Projections

**Conclusion:** TRB's 3Q results were essentially in-line with our expectations with EPS down 14% from a yr-ago. Newspaper trends remain problematic (Sept. ad rev. was down 3.1% and circ. rev was down 6.0%) and there seems to be no improvement in sight. Per mgt., Oct. is "soft" so far. National remains weak (down 11.1% in Sept.) across most categories with particular weakness in movie studio advertising. Classified has also trended lower (Sept. down 2.2%) as growth in real estate has moderated, declines in help wanted have steepened, and double-digit declines continue in auto. Retail remains the "bright" spot (up 0.5% in Sept.) and mgt. expects a "good" 4Q for this category. If this does not turn out to be the case, 4Q ad trends could be materially worse than 3Q, in our view.

As far as TV goes, mgt. stated that 4Q pacings are up (vs. the 5.0% drop in Sept.), benefiting from political and some benefit from the CW launch. Mgt. believes that the CW is off to a "promising" start and late news on their CW affiliates is realizing gains as a result.

**What's New:** We are lowering our underlying assumptions for newspapers; however, this is offset by higher equity income, a lower tax rate, and modestly higher TV profits. For 4Q (excl. the extra week), we are now projecting a 3.1% decline in newspaper ad rev (vs. our prior 2.0% decline) and a 1.0% gain in TV (vs. flat). For 2007 (excl. the extra week in 2006), we are now assuming that newspaper ad rev. will be down 2.1% (vs. a 2.9% decline), circulation will be down 4.0% (vs. a 3.0% decline), and TV will be up 3.5% (vs. a gain of 4.0%). We expect that total co. expenses will be flat with newspaper expenses down 0.8%.

**Implications:** We remain Equal-weight as we believe the stock is discounting an outright sale of the co. Our new DCF value is $23, and our new sum-of-the-parts value is $26 on a public mkt basis and $35 on a pvt mkt basis. Our DCF reflects our assumption of continued secular pressures for newspapers over the long-term.

### Key Ratios and Statistics

**Reuters: TRB.N  Bloomberg: TRB US**
**Publishing** / United States of America

| | |
|---|---:|
| Shr price, close (Oct 20, 2006) | $32.31 |
| Price target | NA |
| 52-Week Range | $34.28-27.09 |
| Mkt cap, curr (mm) | $9,848 |
| EV, curr (mm) | $11,688 |
| Div yld (05) (%) | 2.4 |
| Sh out, dil, curr (mm) | 305 |
| Net debt/EBITDA (05) | 1.6 |

| Fiscal Year (Dec) | 2005 | 2006e | 2007e | 2008e |
|---|---:|---:|---:|---:|
| ModelWare EPS ($)* | 2.03 | 1.90 | 2.00 | 2.15 |
| Prior ModelWare EPS ($) | 2.04 | 1.90 | 2.00 | 2.24 |
| Consensus EPS ($) | 2.08 | 1.95 | 2.10 | 2.33 |
| P/E | 14.9 | 17.0 | 16.2 | 15.0 |
| EV/EBITDA | 8.0 | 8.8 | 9.1 | 8.7 |

\* = Please see explanation of Morgan Stanley ModelWare later in this report.
e = Morgan Stanley Research estimates

**Quarterly ModelWare EPS**

| | | 2005 | 2005 | 2006e | 2006e |
|---|---:|---:|---:|---:|---:|
| Quarter | 2004 | Prior | Current | Prior | Current |
| Q1 | 0.40 | 0.40 | 0.40 | 0.38a | 0.37a |
| Q2 | 0.62 | 0.59 | 0.59 | 0.55a | 0.54a |
| Q3 | 0.51 | 0.49 | 0.49 | 0.41 | 0.42 |
| Q4 | 0.71 | 0.55 | 0.55 | 0.58 | 0.58 |

a = Actual company reported data

Morgan Stanley does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Customers of Morgan Stanley in the U.S. can receive independent, third-party research on the company covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.morganstanley.com/equityresearch or can call 1-800-624-2063 to request a copy of this research.

**For analyst certification and other important disclosures, refer to the Disclosure Section.**

55

# Morgan Stanley

MORGAN STANLEY RESEARCH

**October 22, 2006**
**Tribune**

*Morgan Stanley & Co. Incorporated ("Morgan Stanley") is currently acting as financial advisor to the special committee (the "Committee") of the board of directors of Tribune Company ("Tribune") to assist the Committee in exploring strategic alternatives for Tribune.*

*Tribune has agreed to pay fees to Morgan Stanley for its financial services.*

*Please refer to the notes at the end of the report.*

**Valuation and Risks**

Our sum-of-the-parts analysis, which comes out at $26 (yr-end 2006), assumes: 1) a 7.8 multiple on our 2007 newspaper EBITDA estimate; 2) an 8.8 multiple on estimated 2007–08 blended broadcasting and entertainment EBITDA; 3) a downward valuation adjustment of $496 mil for corporate expenses; 4) a value of $325 million for the Chicago Cubs; 5) 2007E cash of $114 mil; 6) an estimated value of $1.6 bil for investments; 7) 2007E debt of $4.8 billion; and 8) other net liabilities of $527 mil.

Our DCF comes out at $23 (yr-end 2006) and is based on: 1) A WACC of 9.6%, 2) a long-term growth rate of 1.8, and 3) an exit terminal EBITDA multiple of 7.1 times.

Our DCF value has come down by $2 due to our estimate reductions.

Primary risks to TRB's valuation include: 1) The company fails to announce and execute additional restructuring actions; 2) proceeds from potential assets sales come in below expectations; 3) the company fails to show improvement in ad trends for both newspapers and TV stations; and 4) the C network does not live up to expectations.

**Company Description**

Tribune's newspapers (70-75% of revenues) include the L.A. Times, Chicago Tribune, Newsday (Long Island), Baltimore Sun, and Sun-Sentinel (Fort Lauderdale). TRB also owns 23 TV stations and one national cable station, the Chicago Cubs, 42.5% of CareerBuilder, and 31% of the Food Network.

**Industry View: In-Line**

In the absence of a meaningful pick-up in traditional media ad trends or additional restructurings, the Publishing group is likely to mark time with the S&P.

**GICS Sector: Consumer Discretionary**

Strategist's Recommended Weight: 6.5%
S&P 500 Weight: 10.3%

# Morgan Stanley

MORGAN STANLEY RESEARCH

**October 22, 2006**
Tribune

Exhibit 1
## Quarter Review (Dollars in millions, except per share data)

| | September 2005(A) | 2006(E) | 2006(A) | % chg(A) vs. '05 | Commentary |
|---|---|---|---|---|---|
| **Newspapers** | | | | | |
| Advertising | | | | | |
| Retail | 307.2 | 308.8 | 306.8 | -0.2% | Retail ad revenue up 0.5% in September vs. up 1.3% in Aug and down 2.0% in July |
| General | 171.9 | 154.7 | 157.5 | -8.4% | September national ad revenue down 11.1% vs. down 10.9% in August and down 3.8% in July |
| Classified | 294.2 | 291.3 | 291.9 | -0.8% | Classified ad rev. down 2.2% in Sept; For 3Q real estate was up 24%, help wanted down 10%, and auto down 15% |
| **Total Advertising** | **773.3** | **754.7** | **756.2** | **-2.2%** | **Total ad revenue was down 3.1% in September vs. down 2.3% in Aug and down 1.4% in July** |
| Circulation | 146.5 | 138.4 | 137.7 | -6.0% | Down 6.3% in Sept vs. down 6.2% in August |
| Other | 60.6 | 60.6 | 62.6 | 3.4% | |
| **Total Newspapers** | **980.4** | **953.7** | **956.5** | **-2.4%** | |
| **Broadcasting and Entertainment** | | | | | |
| Television | 287.5 | 287.9 | 277.5 | -3.5% | **Sept down 5.0%, Aug down 1.2%, and July down 4.1%** |
| Radio/Entertainment | 115.8 | 119.3 | 115.0 | -0.7% | |
| **Broadcasting and Entertainment** | **403.3** | **407.2** | **392.6** | **-2.7%** | |
| **Total Revenue** | **1,383.7** | **1,360.9** | **1,349.0** | **-2.5%** | |
| **EBITDA by Segment** | | | | | Newsprint expense was flattish with price up 9% and consumption down 8% |
| Newspaper Publishing | 212.0 | 190.7 | 186.7 | -11.9% | 3Q'06 includes $2.0 mil of stock comp but excl. $2.0 mil severance charge |
| Television | 100.8 | 86.4 | 85.9 | -14.8% | Stock comp for Television and Entertainment was $1.0 mil |
| Radio/Entertainment | 38.3 | 29.8 | 35.4 | -7.5% | |
| **Broadcasting and Entertainment** | **139.1** | **116.2** | **121.3** | **-12.8%** | |
| Corporate Expense | (12.7) | (14.0) | (13.4) | -- | Includes $1.0 mil for stock comp |
| **Total EBITDA** | **338.4** | **292.9** | **294.7** | **-12.9%** | |
| **EBITDA Margin (%)** | | | | | |
| Newspaper Publishing | 21.6% | 20.0% | 19.5% | -- | |
| Television | 35.1% | 30.0% | 31.0% | -- | Increases in postage, outside services and newsprint offset by 5% reduction in FTE's |
| Radio/Entertainment | 33.0% | 25.0% | 30.8% | -- | |
| **Broadcasting and Entertainment** | **34.5%** | **28.5%** | **30.9%** | -- | |
| Corporate Expense | -0.9% | -1.0% | -1.0% | -- | |
| **Total EBITDA** | **24.5%** | **21.5%** | **21.8%** | -- | |
| Depreciation and Amortization | 54.9 | 56.0 | 57.4 | 4.4% | Capex was $57 mil in 3Q vs. $40 mil in 2Q |
| **Operating Profit** | **283.5** | **236.9** | **237.3** | **-16.3%** | |
| Equity Investment Earnings/(Losses) | 8.1 | 15.0 | 18.7 | 132.8% | Increase due to operating improvements at TV Food Network and CareerBuilder, excludes losses from WB Network |
| Interest Income/(Expense) | (35.7) | (78.2) | (79.6) | 122.9% | Debt (excl. PHONES) was $4.7 bil at 3Q-end (vs. $2.6 bil 3 months ago and $2.0 bil a yr-ago) |
| Pretax Income | 255.8 | 173.8 | 176.4 | -31.0% | Excludes one-time items both years |
| Pretax Margin (%) | 18.5% | 12.8% | 13.1% | -- | |
| Income Taxes | 99.8 | 68.6 | 68.1 | -31.7% | Tax rates adjusted for one-time items both years |
| Tax Rate (%) | 39.0% | 39.5% | 38.6% | -- | |
| **Net Income before Pref. Dividends** | **156.0** | **105.1** | **108.3** | **-30.6%** | |
| Preferred Dividends | (2.1) | (2.1) | (2.1) | 0.6% | |
| **Net Income** | **154.0** | **103.0** | **106.2** | **-31.0%** | |
| **EPS incl. stock comp- diluted** | **0.49** | **0.41** | **0.42** | **-14.4%** | |
| Average Shares Outstanding (mil) - diluted | 313.8 | 250.0 | 252.8 | -19.4% | Repurchased 45 mil shares on 7/5/06, 10 mil shares form McCormick & Cantigny Foundations. on 7/12/06, and addt'l 11 mil shares in the open market in 3Q; shares outstanding at qtr-end were 239 mil vs. our 242.6 mil (E) |
| **EPS excl. stock comp- diluted** | **0.49** | **0.42** | **0.43** | **-12.3%** | |
| **Costs (excl. D&A)** | | | | | |
| Newspaper Publishing | 768.3 | 763.0 | 769.7 | 0.2% | |
| Television | 186.7 | 201.6 | 191.6 | 2.6% | |
| Radio/Entertainment | 77.5 | 89.5 | 79.6 | 2.7% | |
| **Broadcasting and Entertainment** | **264.3** | **291.0** | **271.3** | **2.6%** | |
| Corporate Expense | 12.7 | 14.0 | 13.4 | 5.3% | |
| **Total Costs (excl. D&A)** | **1,045.3** | **1,068.0** | **1,054.4** | **0.9%** | |

Source: Morgan Stanley Research    E = Morgan Stanley Research Estimates    A = Actual
Note: One-time items are excluded.
Assumes TMCT transactions occur on 9/30/06 but not adjusted for sale of the Boston station.

# Morgan Stanley

**MORGAN STANLEY RESEARCH**

**October 22, 2006**
Tribune

Exhibit 2
## Income Statement (Dollars in millions, except per share data)

| | 2005(A) | | | | | 2006(E) | | | | | 2007(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | March | June | Sept. | Dec. | Annual | March(A) | June(A) | Sept.(A) | Dec.(E) | Annual | Annual |
| **Newspapers** | | | | | | | | | | | |
| Advertising | | | | | | | | | | | |
| Retail | 304.2 | 331.6 | 307.2 | 380.5 | 1,323.5 | 297.6 | 334.1 | 306.8 | 395.1 | 1,333.6 | 1,334.1 |
| General | 200.5 | 190.3 | 171.9 | 211.4 | 774.1 | 183.6 | 177.3 | 157.5 | 202.7 | 721.0 | 660.0 |
| Classified | 282.8 | 301.0 | 294.2 | 268.5 | 1,146.5 | 306.5 | 311.6 | 291.9 | 268.7 | 1,178.7 | 1,137.9 |
| **Total Advertising** | **787.5** | **822.9** | **773.3** | **860.4** | **3,244.1** | **787.7** | **822.9** | **756.2** | **866.5** | **3,233.3** | **3,132.0** |
| Circulation | 151.7 | 149.9 | 146.5 | 148.1 | 596.2 | 145.9 | 142.0 | 137.7 | 145.6 | 571.1 | 542.8 |
| Other | 66.3 | 65.8 | 60.6 | 63.9 | 256.6 | 63.0 | 63.4 | 62.6 | 63.9 | 252.9 | 258.0 |
| **Total Newspapers** | **1,005.5** | **1,038.6** | **980.4** | **1,072.4** | **4,096.9** | **996.5** | **1,028.3** | **956.5** | **1,076.0** | **4,057.3** | **3,932.8** |
| **Broadcasting and Entertainment** | | | | | | | | | | | |
| Television | 273.1 | 324.4 | 287.5 | 298.9 | 1,184.0 | 267.6 | 312.3 | 277.5 | 301.9 | 1,159.4 | 1,199.9 |
| Radio/Entertainment | 20.1 | 88.9 | 115.8 | 23.7 | 248.6 | 18.3 | 83.3 | 115.0 | 23.7 | 240.3 | 242.7 |
| **Broadcasting and Entertainment** | **293.3** | **413.4** | **403.3** | **322.7** | **1,432.6** | **285.9** | **395.6** | **392.6** | **325.7** | **1,399.7** | **1,442.7** |
| **Total Revenue** | **1,298.8** | **1,452.0** | **1,384** | **1,395.0** | **5,529.5** | **1,282.5** | **1,423.9** | **1,349.0** | **1,401.7** | **5,457.0** | **5,375.4** |
| **EBITDA by Segment** | | | | | | | | | | | |
| Newspaper Publishing | 243.2 | 262.9 | 212.0 | 268.6 | 986.6 | 228.8 | 251.1 | 186.7 | 247.5 | 914.2 | 845.5 |
| Television | 94.3 | 127.1 | 100.8 | 106.2 | 428.4 | 81.1 | 114.7 | 85.9 | 99.6 | 381.3 | 393.0 |
| Radio/Entertainment | (19.3) | 14.3 | 38.3 | 0.2 | 33.4 | (3.9) | 8.2 | 35.4 | 0.8 | 40.5 | 38.8 |
| **Broadcasting and Entertainment** | **75.0** | **141.3** | **139.1** | **106.4** | **461.9** | **77.1** | **122.9** | **121.3** | **100.5** | **421.9** | **431.8** |
| Corporate Expense | (13.0) | (13.1) | (12.7) | (12.0) | (50.8) | (20.0) | (13.7) | (13.4) | (13.0) | (59.6) | (60.2) |
| **Total EBITDA** | **305.1** | **391.1** | **338.4** | **363.0** | **1,397.7** | **285.9** | **360.4** | **294.7** | **335.0** | **1,276.5** | **1,217.2** |
| **EBITDA Margin (%)** | | | | | | | | | | | |
| Newspaper Publishing | 24.2% | 25.3% | 21.6% | 25.0% | 24.1% | 23.0% | 24.4% | 19.5% | 23.0% | 22.5% | 21.5% |
| Television | 34.5% | 39.2% | 35.1% | 35.5% | 36.2% | 30.3% | 36.7% | 31.0% | 33.0% | 32.9% | 32.8% |
| Radio/Entertainment | -95.8% | 16.1% | 33.0% | 0.9% | 13.5% | -21.4% | 9.8% | 30.8% | 3.5% | 16.9% | 16.0% |
| **Broadcasting and Entertainment** | **25.6%** | **34.2%** | **34.5%** | **33.0%** | **32.2%** | **27.0%** | **31.1%** | **30.9%** | **30.9%** | **30.1%** | **29.9%** |
| Corporate Expense | -1.0% | -0.9% | -0.9% | -0.9% | -0.9% | -1.6% | -1.0% | -1.0% | -0.9% | -1.1% | -1.1% |
| **Total EBITDA** | **23.5%** | **26.9%** | **24.5%** | **26.0%** | **25.3%** | **22.3%** | **25.3%** | **21.8%** | **23.9%** | **23.4%** | **22.6%** |
| Depreciation and Amortization | 57.2 | 57.4 | 54.9 | 55.5 | 225.1 | 55.1 | 55.1 | 57.4 | 56.6 | 224.1 | 227.2 |
| **Operating Profit** | **247.9** | **333.7** | **283.5** | **307.5** | **1,172.7** | **230.9** | **305.2** | **237.3** | **278.4** | **1,052.3** | **990.0** |
| Equity Investment Earnings/(Losses) | 0.5 | 11.9 | 8.1 | 20.8 | 41.2 | 6.5 | 20.1 | 18.7 | 27.5 | 72.9 | 83.8 |
| Interest Income/(Expense) | (34.0) | (34.2) | (35.7) | (43.7) | (147.7) | (46.6) | (44.8) | (79.6) | (81.5) | (252.6) | (312.1) |
| Pretax Income | 214.4 | 311.4 | 255.8 | 284.6 | 1,066.2 | 190.8 | 280.6 | 176.4 | 224.4 | 872.7 | 761.8 |
| Pretax Margin (%) | 16.5% | 21.4% | 18.5% | 20.4% | 19.3% | 14.9% | 19.7% | 13.1% | 16.0% | 16.0% | 14.2% |
| Income Taxes | 83.6 | 121.5 | 99.8 | 113.0 | 417.8 | 74.4 | 112.8 | 68.1 | 87.5 | 342.8 | 297.1 |
| Tax Rate (%) | 39.0% | 39.0% | 39.0% | 39.7% | 39.2% | 39.0% | 40.2% | 38.6% | 39.0% | 39.3% | 39.0% |
| **Net Income before Pref. Dividends** | **130.8** | **190.0** | **156.0** | **171.6** | **648.4** | **116.4** | **167.8** | **108.3** | **136.9** | **529.8** | **464.7** |
| Preferred Dividends | (2.1) | (2.1) | (2.1) | (2.1) | (8.4) | (2.1) | (2.1) | (2.1) | 0.0 | (6.3) | 0.0 |
| **Net Income** | **128.7** | **187.9** | **154.0** | **169.5** | **640.0** | **114.3** | **165.7** | **106.2** | **136.9** | **523.5** | **464.7** |
| EPS incl. stock comp- diluted | -- | -- | -- | -- | -- | 0.37 | 0.54 | 0.42 | 0.58 | 1.90 | 2.00 |
| % Change | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 4.9% |
| Average Shares Outstanding (mil) - diluted | 320.4 | 318.0 | 313.8 | 309.3 | 315.3 | 306.0 | 304.5 | 252.8 | 236.6 | 275.0 | 232.7 |
| EPS excl. stock comp- diluted | **0.40** | **0.59** | **0.49** | **0.55** | **2.03** | **0.41** | **0.55** | **0.43** | **0.59** | **1.98** | **2.09** |
| % Change | 0.1% | -5.0% | -4.4% | -23.2% | -9.6% | 2.5% | -6.1% | -12.3% | 7.6% | -2.6% | 5.5% |
| **Revenue - % Change** | | | | | | | | | | | |
| Advertising | | | | | | | | | | | |
| Retail | 3.2% | -1.2% | 0.9% | -3.8% | -0.5% | -2.2% | 0.7% | -0.2% | 3.8% | 0.8% | 0.0% |
| General | -3.4% | -3.8% | -3.5% | -5.1% | -4.0% | -8.5% | -6.8% | -8.4% | -4.2% | -6.9% | -8.5% |
| Classified | 3.9% | 5.8% | 7.1% | 3.0% | 5.0% | 8.4% | 3.5% | -0.8% | 0.1% | 2.8% | -3.5% |
| **Total Advertising** | **1.6%** | **0.6%** | **2.1%** | **-2.1%** | **0.5%** | **0.0%** | **0.0%** | **-2.2%** | **0.7%** | **-0.3%** | **-3.1%** |
| Circulation | -8.6% | -9.1% | -7.5% | -4.3% | -7.4% | -3.9% | -5.3% | -6.0% | -1.7% | -4.2% | -5.0% |
| Other | 5.4% | 4.4% | -8.2% | -1.9% | -0.2% | -5.1% | -3.6% | 3.4% | 0.0% | -1.4% | 2.0% |
| **Total Newspapers** | **0.2%** | **-0.7%** | **-0.1%** | **-2.4%** | **-0.8%** | **-0.9%** | **-1.0%** | **-2.4%** | **0.3%** | **-1.0%** | **-3.1%** |
| **Broadcasting and Entertainment** | | | | | | | | | | | |
| Television | -10.9% | -11.8% | -12.0% | -15.2% | -12.5% | -2.0% | -3.8% | -3.5% | 1.0% | -2.1% | 3.5% |
| Radio/Entertainment | -9.7% | 8.3% | 9.7% | -27.6% | 2.4% | -9.1% | -6.3% | -0.7% | 0.0% | -3.3% | 1.0% |
| **Broadcasting and Entertainment** | **-10.8%** | **-8.2%** | **-6.7%** | **-16.2%** | **-10.3%** | **-2.5%** | **-4.3%** | **-2.7%** | **0.9%** | **-2.3%** | **3.1%** |
| **Total Revenue** | **-2.5%** | **-2.9%** | **-2.1%** | **-6.0%** | **-3.4%** | **-1.3%** | **-1.9%** | **-2.5%** | **0.5%** | **-1.3%** | **-1.5%** |

*Source: Morgan Stanley Research    E = Morgan Stanley Research Estimates    A = Actual*
*Note: One-time items are excluded.*
*In 2006, newspapers have 53 weeks vs. 52 weeks in 2005 and 2007 due to fiscal reporting. % change figures include the impact of the extra week which we assume to add 1% to full year growth and 4% to 4Q growth.*
*Adjusted for the divestitures of the Atlanta and Albany stations assuming a 1/1/05 close but not adjusted for sale of the Boston station.*
*Pro forma for the co.'s announced share buyback program of 75 mil shares -- assumes completion by 12/31/06 and TMCT transactions occur on 9/30/06.*

# Morgan Stanley

MORGAN STANLEY RESEARCH

**October 22, 2006**
Tribune

Exhibit 3
## Cash Flow Statement (Dollars in millions)

|  | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005(A) | 2006(E) | 2007(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sources of Cash** | | | | | | | | | | | |
| Net Income (before preferred dividends) | 324.5 | 350.8 | 373.2 | 418.0 | 447.3 | 639.5 | 718.7 | 742.8 | 648.4 | 492.3 | 464.7 |
| Depreciation/Amortization | 172.5 | 195.6 | 194.5 | 370.6 | 210.4 | 223.3 | 228.4 | 233.1 | 225.1 | 224.1 | 227.2 |
| Deferred Income Taxes | (14.0) | 25.4 | 711.9 | (44.0) | 61.2 | 92.5 | 252.5 | 40.0 | 93.1 | 0.0 | 0.0 |
| Equity Investments | 34.7 | 34.0 | 40.1 | 79.4 | 60.8 | 40.9 | (5.6) | (17.9) | (41.2) | (72.9) | (83.8) |
| Divestitures | 0.0 | 0.0 | 0.0 | 1,982.3 | 22.2 | 66.4 | 223.0 | 40.2 | 22.5 | 356.3 | 0.0 |
| Investments | 402.5 | 51.6 | 1,329.5 | 506.3 | 105.3 | 0.0 | 0.0 | 0.0 | 0.0 | 100.0 | 0.0 |
| Debt | 626.4 | 469.9 | 0.0 | 513.6 | 394.1 | 0.0 | 0.0 | 773.2 | 928.0 | 1,987.5 | 0.0 |
| Non-Cash Interest Expense | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.7 | 9.5 | 10.3 | 11.6 | 20.4 | 21.4 |
| Common Stock | 57.1 | 46.1 | 54.0 | 104.4 | 83.3 | 159.6 | 163.6 | 111.9 | 41.4 | 42.5 | 43.8 |
| Other | (69.0) | (220.7) | (555.3) | 63.5 | 68.7 | 62.3 | (19.3) | (96.6) | 14.3 | 25.0 | 0.0 |
| **Total Sources** | **1,534.7** | **952.6** | **2,147.8** | **3,994.1** | **1,453.3** | **1,293.2** | **1,570.9** | **1,837.1** | **1,943.1** | **3,175.2** | **673.2** |
| **Uses of Cash** | | | | | | | | | | | |
| Change in Working Capital | 57.7 | (28.5) | 166.3 | (183.4) | 92.0 | 164.6 | 25.6 | (33.1) | (69.8) | 26.2 | 20.9 |
| Capital Expenditures | 103.8 | 128.5 | 125.6 | 302.5 | 266.4 | 186.7 | 193.5 | 217.3 | 205.9 | 193.7 | 188.1 |
| Acquisitions | 1,239.6 | 98.4 | 189.5 | 2,904.8 | 229.1 | 37.6 | 237.5 | 0.6 | 4.2 | 155.0 | 0.0 |
| Investments | 48.3 | 40.2 | 556.1 | 234.0 | 141.2 | 39.9 | 25.7 | 48.8 | 78.1 | 0.0 | 0.0 |
| Debt | 55.4 | 335.7 | 183.0 | 187.4 | 351.7 | 634.9 | 427.3 | 832.0 | 203.6 | 0.0 | 200.0 |
| Common Stock | 140.0 | 330.1 | 204.6 | 923.1 | 264.9 | 32.1 | 358.5 | 731.6 | 440.1 | 2,570.7 | 64.6 |
| Dividends | 97.4 | 101.1 | 104.1 | 139.8 | 158.1 | 157.3 | 161.0 | 163.0 | 223.5 | 196.1 | 165.8 |
| Other | 0.0 | 0.8 | 0.0 | 1.2 | 0.0 | 0.0 | 0.0 | 0.0 | 830.7 | 104.8 | 0.0 |
| **Total Uses** | **1,742.3** | **1,006.8** | **1,529.2** | **4,509.3** | **1,503.3** | **1,253.1** | **1,429.2** | **1,960.3** | **1,916.4** | **3,246.5** | **639.4** |
| **Net Increase (Decrease) in Cash** | **(207.6)** | **(54.2)** | **618.6** | **(515.2)** | **(50.0)** | **40.1** | **141.7** | **(123.2)** | **26.7** | **(71.3)** | **33.8** |
| Year-end Debt (excl. PHONES debt) | 1,554.8 | 1,646.2 | 1,396.0 | 3,448.4 | 3,411.6 | 2,749.6 | 2,039.8 | 2,004.8 | 2,752.0 | 4,739.5 | 4,539.5 |
| Year-end Cash | 66.6 | 12.4 | 631.0 | 115.8 | 65.8 | 105.9 | 247.6 | 124.4 | 151.1 | 79.8 | 113.5 |

Source: Morgan Stanley Research     E = Morgan Stanley Research Estimates     A = Actual
Adjusted for the divestitures of the Atlanta and Albany stations assuming a 1/1/05 close but not adjusted for sale of the Boston station.
Pro forma for the co.'s announced share buyback program of 75 mil shares -- assumes completion by 12/31/06 and TMCT transactions occur on 9/30/06.

# Morgan Stanley

MORGAN STANLEY RESEARCH
**October 22, 2006**
**Tribune**

Exhibit 4
**Sum-of-the-Parts Analysis (Dollars in millions, except per share data)**

|  | 2007(E) EBITDA | EBITDA Multiples | Estimated Stock Market Value | | EBITDA Multiples | Estimated Private Market Value | |
|---|---|---|---|---|---|---|---|
|  |  |  | Total | Per Share |  | Total | Per Share |
| Newspapers | 845.5 | 7.8 | 6,553.0 | 28.32 | 9.5 | 8,032.7 | 34.55 |
| Broadcasting and Ent. (Adj.) | 435.2 | 8.8 | 3,807.9 | 16.46 | 10.8 | 4,678.2 | 20.12 |
| Corporate | (60.2) | 8.3 | (496.3) | (2.14) | 9.8 | (586.5) | (2.52) |
| Chicago Cubs | -- | -- | 325.0 | 1.40 | -- | 400.0 | 1.72 |
| **Total** | **1,220.6** | **8.3** | **10,189.6** | **44.04** | **10.3** | **12,524.4** | **53.87** |
| **2007(E) Year-End Values** | | | | | | | |
| Short Term Debt | | | (302.5) | (1.31) | | (302.5) | (1.30) |
| Long Term Debt | | | (4,237.1) | (18.31) | | (4,237.1) | (18.23) |
| Preferred Stock | | | 0.0 | 0.00 | | 0.0 | 0.00 |
| PHONES Debt - Market Value | | | (575.0) | (2.48) | | (718.8) | (3.09) |
| AOL Stock related to PHONES Debt | | | 290.1 | 1.25 | | 290.1 | 1.25 |
| Potential Tax Liability Related to PHONES Debt | | | (334.0) | (1.44) | | (334.0) | (1.44) |
| Cash and Short-term Securities | | | 113.5 | 0.49 | | 113.5 | 0.49 |
| Investments | | | 1,604.1 | 6.93 | | 1,604.1 | 6.90 |
| Other - Potential Cash Outlay for Unwinding of TMCTs | | | (192.8) | (0.83) | | (192.8) | (0.83) |
| **Equity Market Value - adjusted** | | | **6,556.0** | -- | | **8,747.1** | -- |
| Diluted Shares Outstanding (mil) | | | 231.4 | -- | | 232.5 | -- |
| **Potential Stock Price - Year-End 2007** | | | **$28.33** | | | **$37.63** | |
| % Change from Current Price | | | -13.9% | | | 14.4% | |
| **Potential Stock Price - Year-End 2006** | | | **$26.36** | | | **$35.00** | |
| % Change from Current Price | | | -19.9% | | | 6.4% | |

*Source: Morgan Stanley Research    E = Morgan Stanley Research Estimates*
*Note: Numbers are on a pre-tax basis.*
*Broadcasting EBITDA is adjusted to normalize for political advertising (uses average 2007E and 2008E EBITDA).*
*Broadcasting EBITDA is adjusted to exclude the contribution for the Cubs - the value for which is broken out separately.*
*Diluted share count is calculated using the treasury method and takes into account options that would be in the money based on the estimated value of the co.*
*Value of PHONES debt in public market value estimated based on current interest rates and private market value assumes the PHONES are redeemed at a 25% premium to current market value.*
*Pro forma for the co.'s announced share buyback program of 75 mil shares -- assumes completion by 12/31/06.*
*Pro forma for the TMCT resolution.*

# Morgan Stanley

MORGAN STANLEY RESEARCH
**October 22, 2006**
**Tribune**

Exhibit 5
## Comparative Valuation -- Newspaper Companies

| | Dow Jones | Gannett | McClatchy | New York Times | Scripps, E.W. | Tribune | Average |
|---|---|---|---|---|---|---|---|
| **Rating** | Equal-weight | Equal-weight | -- | Equal-weight | **Overweight** | Equal-weight | -- |
| **Recent Stock Price** | **33.58** | **56.73** | **43.50** | **22.74** | **48.95** | **32.31** | -- |
| 52-week High | 41.39 | 66.16 | 16.88 | 66.46 | 29.49 | 51.09 | |
| 52-week Low | 32.16 | 51.65 | 5.49 | 38.80 | 21.54 | 40.86 | |
| **Year-to-Date Stock Price Return** | **-5.4%** | **-6.3%** | **-26.4%** | **-14.0%** | **1.9%** | **6.8%** | **-7.2%** |
| **% Off 52-Week High** | **-18.9%** | **-14.3%** | **157.7%** | **-65.8%** | **66.0%** | **-36.8%** | **14.7%** |
| 12-month Price Target | -- | -- | -- | -- | 51.00 | -- | |
| Upside to Target | -- | -- | -- | -- | 4.2% | -- | |
| Dividend per Share | 1.00 | 1.24 | 0.72 | 0.70 | 0.48 | 0.72 | -- |
| Yield (%) | 3.0% | 2.2% | 1.7% | 3.1% | 1.0% | 2.2% | 2.2% |
| **Earnings per Share** | | | | | | | |
| 2006(E) | 0.92 | 4.88 | -- | 1.32 | 2.29 | 1.90 | -- |
| 2007(E) | 1.30 | 4.80 | -- | 1.35 | 2.52 | 2.00 | -- |
| 2008(E) | 1.62 | 5.28 | -- | 1.41 | 2.95 | 2.15 | -- |
| % Change 2007(E) vs. 2006(E) | 40.4 | -1.7 | -- | 1.6 | 10.1 | 4.9 | 11.0 |
| % Change 2008(E) vs. 2007(E) | 24.8 | 10.1 | -- | 4.8 | 17.1 | 7.9 | 12.9 |
| **Valuation Ratios** | | | | | | | |
| **P/E - 2006(E)** | **36.3** | **11.6** | -- | **17.2** | **21.4** | **17.0** | **20.7** |
| **P/E - 2007(E)** | **25.9** | **11.8** | -- | **16.9** | **19.4** | **16.2** | **18.0** |
| **P/E - 2008(E)** | **20.7** | **10.7** | -- | **16.1** | **16.6** | **15.0** | **15.8** |
| P/E Relative - 2006(E) | 2.29 | 0.73 | -- | 1.08 | 1.35 | 1.07 | 1.30 |
| P/E Relative - 2007(E) | 1.72 | 0.79 | -- | 1.12 | 1.29 | 1.08 | 1.20 |
| P/E Relative - 2008(E) | 1.48 | 0.77 | -- | 1.15 | 1.19 | 1.07 | 1.13 |
| **Enterprise Value/EBITDA** | | | | | | | |
| **2006(E)** | **12.69** | **7.82** | -- | **8.98** | **11.65** | **8.50** | **9.92** |
| **2007(E)** | **10.35** | **7.73** | -- | **9.05** | **10.53** | **8.63** | **9.26** |
| **2008(E)** | **9.04** | **6.97** | -- | **8.23** | **9.11** | **8.15** | **8.30** |
| **Free Cash Flow per Share** | | | | | | | |
| 2005(A) | 1.58 | 4.13 | 3.98 | 2.07 | 1.36 | 1.64 | -- |
| 2006(E) | 2.95 | 5.01 | -- | -0.05 | 2.16 | 1.52 | -- |
| 2007(E) | 1.07 | 4.94 | -- | 0.45 | 2.31 | 1.71 | -- |
| 2008(E) | 1.50 | 5.37 | -- | 1.90 | 2.68 | 1.87 | -- |
| **Adjusted Price/Free Cash Flow** | | | | | | | |
| **2005(A)** | **22.4** | **14.7** | **14.8** | **12.1** | **31.4** | **18.4** | **19.0** |
| **2006(E)** | **11.3** | **10.9** | -- | -- | **22.4** | **18.7** | **15.8** |
| **2007(E)** | **31.3** | **11.0** | -- | **46.4** | **21.1** | **16.1** | **25.2** |
| **2008(E)** | **22.3** | **10.2** | -- | **11.0** | **18.1** | **14.7** | **15.3** |
| **Financial Data ($ mil)** | | | | | | | |
| Revenue - 2006(E) | 1,766 | 7,980 | -- | 3,262 | 2,507 | 5,457 | -- |
| **EBITDA - 2006(E)** | **262** | **2,262** | -- | **501** | **841** | **1,276** | -- |
| EBITDA Margin (%) | 14.9% | 28.3% | -- | 15.4% | 33.5% | 23.4% | 23.1% |
| Revenue - 2007(E) | 2,124 | 7,955 | -- | 3,268 | 2,648 | 5,375 | -- |
| **EBITDA - 2007(E)** | **335** | **2,173** | -- | **499** | **899** | **1,217** | -- |
| EBITDA Margin (%) | 15.8% | 27.3% | -- | 15.3% | 33.9% | 22.6% | 23.0% |
| Revenue - 2008(E) | 2,224 | 8,145 | -- | 3,346 | 2,848 | 5,410 | -- |
| **EBITDA - 2008(E)** | **377** | **2,262** | -- | **529** | **995** | **1,262** | -- |
| EBITDA Margin (%) | 17.0% | 27.8% | -- | 15.8% | 34.9% | 23.3% | 23.8% |
| **Market Capitalization ($ mil)** | | | | | | | |
| Shares Outstanding (2006E) | 84 | 233 | -- | 132 | 166 | 233 | -- |
| **Equity Market Cap (2006E)** | **2,828** | **13,221** | -- | **3,011** | **8,114** | **7,531** | -- |
| Total Debt (2006E) | 644 | 5,221 | -- | 1,476 | 866 | 5,270 | -- |
| Preferred (2006E) | 0 | NA | -- | 0 | NA | 0 | -- |
| Cash and Equivalents (2006E) | 275 | 137 | -- | 37 | 23 | 80 | -- |
| Other (2006E) | 147 | -126 | -- | 98 | 23 | -782 | -- |
| **Net Debt** | **516** | **4,958** | -- | **1,537** | **866** | **4,408** | -- |
| Unconsolidated Assets (2006E) | 14 | 500 | -- | 238 | 67 | 1,094 | -- |
| Minority Interests (2006E) | 0 | 0 | -- | 189 | 881 | 0 | -- |
| **2006(E) Enterprise Value** | **3,330** | **17,679** | -- | **4,499** | **9,794** | **10,845** | -- |
| Debt-to-Capital (2006E) | 36.6% | 35.6% | -- | 46.6% | 24.2% | 47.4% | 38.1% |
| Total Debt/EBITDA (2006E) | 2.5 | 2.3 | -- | 2.9 | 1.0 | 4.1 | 2.6 |
| Net Debt/EBITDA (2006E) | 2.0 | 2.2 | -- | 3.1 | 1.0 | 3.5 | 2.4 |
| EPS CAGR (2005-07E) | 27.7% | -1.2% | -- | -8.8% | 11.3% | -0.8% | 5.6% |
| EBITDA CAGR (2005-07E) | 13.0% | -- | -- | -0.2% | 3.4% | -- | 5.4% |
| PEG (2007E) | 0.6 | -6.9 | -- | 10.6 | 1.9 | 3.3 | 1.9 |
| EPS CAGR (2006-08E) | 32.4% | 4.0% | -- | 3.2% | 13.5% | 6.4% | 11.9% |
| EBITDA CAGR (2006-08E) | 6.1% | -- | -- | 3.0% | 5.2% | -- | 4.8% |
| PEG (2008E) | 0.8 | 1.1 | -- | 3.4 | 1.0 | 1.9 | 1.6 |

E = Morgan Stanley Research Estimates    A = Actual    P = Pro forma
Source: Morgan Stanley Research
Free cash flow = Free Cash Flow from Operations - Debt Service - Tax Adjustment for Cash Flow - Net Cash Used (From) One-time Items.
Enterprise value = Adjusted Mkt. Cap. + Debt - Cash - Unconsolidated Assets + Minority Interest + Other Non-operating Assets or Liabilities.
Adjusted Price / FCF = Price - Unconsolidated Assets per Share / FCF per share
Differential between cash and non-cash taxes and cash and non-cash interest expense is estimated to not be material for the newspaper companies.
Pro forma 2005-06 revenue, EBITDA, and free cash flow numbers are not available for those companies which have made acquisitions or divestitures during 2005-06 due to the constraints of ModelWare. Dashes are shown for these companies.
Publishing industry view - In-Line - In the absence of a meaningful pick-up in traditional media ad trends or additional restructurings, the Publishing group is likely to mark time with the S&P.

# Morgan Stanley

**MORGAN STANLEY RESEARCH**
October 22, 2006
Tribune



**ModelWare is Morgan Stanley's new system for helping investors and analysts to uncover value, free from the distortions and ambiguities created by accounting data.** Morgan Stanley has dissected and fundamentally redefined the components of corporate valuation, giving clients more consistent definitions, more comparable data, and more flexible analytic tools. ModelWare makes investment insights easier by making value more visible.

**Past inconsistencies in financial reporting made it difficult to compare performance among companies and across sectors and regions**. Even within US GAAP, flexibility complicates comparisons. And accounting standards were developed to analyze historical data, not to facilitate projections. In response, Morgan Stanley analysts spent two years reviewing our entire coverage universe of company metrics. They defined more than 2,000 general and industry-specific metrics that eliminated inconsistencies stemming from regional differences, historical precedents and accounting conventions. The team applied these metrics across also all 1900+ companies we cover, and created flexible tools and services that let analysts redefine and use the data with maximum creativity. Because ModelWare provides complete transparency, users see every component of every calculation, to choose elements or recombine them as they wish.

**ModelWare EPS illustrates the approach.** It represents ModelWare EPS as ModelWare net income divided by average fully diluted shares outstanding. ModelWare net income sums net operating profit after tax (NOPAT), net financial income or expense (NFE) and other income or expense. ModelWare adjusts reported net income to improve comparability across companies, sectors and regions. Among these adjustments: We exclude goodwill amortization and items deemed by analysts to be "one-time" events; we capitalize operating leases where their use is significant (e.g., in transportation and retail); and we convert inventory to FIFO accounting when LIFO costing is used. For more information on these adjustments and others, as well as additional background, please see *Morgan Stanley ModelWare (ver. 1.0): A Road Map for Investors*, by Trevor Harris and team, August 2, 2004.

**Morgan Stanley**

MORGAN STANLEY RESEARCH

**October 22, 2006**
**Tribune**

# Disclosure Section

The information and opinions in this report were prepared by Morgan Stanley & Co. Incorporated and its affiliates (collectively, "Morgan Stanley").

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Lisa Monaco.

Unless otherwise stated, the individuals listed on the cover page of this report are research analysts.

## Global Research Conflict Management Policy

This research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies.

## Important US Regulatory Disclosures on Subject Companies

As of September 29, 2006, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in this report: Gannett, IHS Inc., McGraw-Hill, Monster Worldwide, Moody's, New York Times, Tribune.

As of September 29, 2006, Morgan Stanley held a net long or short position of US$1 million or more of the debt securities of the following issuers covered in this report (including where guarantor of the securities): E. W. Scripps, Gannett, Thomson, Tribune.

Within the last 12 months, Morgan Stanley managed or co-managed a public offering of securities of IHS Inc..

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from Dow Jones, FactSet Research Systems, IHS Inc., McClatchy, McGraw-Hill, Moody's, Thomson, Tribune.

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from Dow Jones, E. W. Scripps, FactSet Research Systems, Gannett, IHS Inc., Martha Stewart Living, McClatchy, McGraw-Hill, Monster Worldwide, Moody's, New York Times, R.H. Donnelley, Thomson, Tribune.

Within the last 12 months, Morgan Stanley & Co. Incorporated has received compensation for products and services other than investment banking services from Moody's, Tribune.

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following companies covered in this report: Dow Jones, E. W. Scripps, FactSet Research Systems, Gannett, IHS Inc., Martha Stewart Living, McClatchy, McGraw-Hill, Monster Worldwide, Moody's, New York Times, R.H. Donnelley, Thomson, Tribune.

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following companies covered in this report: Dow Jones, FactSet Research Systems, Martha Stewart Living, McGraw-Hill, Monster Worldwide, Moody's, New York Times, Tribune.

The research analysts, strategists, or research associates principally responsible for the preparation of this research report have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues.

Morgan Stanley & Co. Incorporated makes a market in the securities of Monster Worldwide.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

**STOCK RATINGS**
Different securities firms use a variety of rating terms as well as different rating systems to describe their recommendations. For example, Morgan Stanley uses a relative rating system including terms such as Overweight, Equal-weight or Underweight (see

# Morgan Stanley

**MORGAN STANLEY RESEARCH**

**October 22, 2006**
**Tribune**

definitions below). A rating system using terms such as buy, hold and sell is not equivalent to our rating system. Investors should carefully read the definitions of all ratings used in each research report. In addition, since the research report contains more complete information concerning the analyst's views, investors should carefully read the entire research report and not infer its contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

**Global Stock Ratings Distribution**
*(as of September 30, 2006)*

For disclosure purposes only (in accordance with NASD and NYSE requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Underweight to hold and sell recommendations, respectively.

| Stock Rating Category | Coverage Universe | | Investment Banking Clients (IBC) | | |
|---|---|---|---|---|---|
| | Count | % of Total | Count | % of Total IBC | % of Rating Category |
| Overweight/Buy | 783 | 38% | 305 | 44% | 39% |
| Equal-weight/Hold | 915 | 45% | 305 | 44% | 33% |
| Underweight/Sell | 336 | 17% | 79 | 11% | 24% |
| Total | 2,034 | | 689 | | |

Data include common stock and ADRs currently assigned ratings. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations. Investment Banking Clients are companies from whom Morgan Stanley or an affiliate received investment banking compensation in the last 12 months.

**Analyst Stock Ratings**

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

More volatile (V). We estimate that this stock has more than a 25% chance of a price move (up or down) of more than 25% in a month, based on a quantitative assessment of historical data, or in the analyst's view, it is likely to become materially more volatile over the next 1-12 months compared with the past three years. Stocks with less than one year of trading history are automatically rated as more volatile (unless otherwise noted). We note that securities that we do not currently consider "more volatile" can still perform in that manner.

Unless otherwise specified, the time frame for price targets included in this report is 12 to 18 months.

**Analyst Industry Views**

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.

In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.

**Morgan Stanley**

MORGAN STANLEY RESEARCH
October 22, 2006
Tribune

Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.

Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index.

*Stock price charts and rating histories for companies discussed in this report are available at www.morganstanley.com/companycharts or from your local investment representative. You may also request this information by writing to Morgan Stanley at 1585 Broadway, (Attention: Equity Research Management), New York, NY, 10036 USA.*

## Other Important Disclosures

For a discussion, if applicable, of the valuation methods used to determine the price targets included in this summary and the risks related to achieving these targets, please refer to the latest relevant published research on these stocks. Research is available through your sales representative or on Client Link at www.morganstanley.com and other electronic systems.

This report does not provide individually tailored investment advice. It has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The securities discussed in this report may not be suitable for all investors. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of a particular investment or strategy will depend on an investor's individual circumstances and objectives. The securities, instruments, or strategies discussed in this report may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them.

This report is not an offer to buy or sell or the solicitation of an offer to buy or sell any security or to participate in any particular trading strategy. The "Important US Regulatory Disclosures on Subject Companies" section lists all companies mentioned in this report where Morgan Stanley owns 1% or more of a class of common securities of the companies. For all other companies mentioned in this report, Morgan Stanley may have an investment of less than 1% in securities or derivatives of securities of companies mentioned in this report, and may trade them in ways different from those discussed in this report. Employees of Morgan Stanley not involved in the preparation of this report may have investments in securities or derivatives of securities of companies mentioned in this report, and may trade them in ways different from those discussed in this report. Derivatives may be issued by Morgan Stanley or associated persons.

Morgan Stanley and its affiliate companies do business that relates to companies covered in its research reports, including market making and specialized trading, risk arbitrage and other proprietary trading, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in its research reports on a principal basis.

With the exception of information regarding Morgan Stanley, reports prepared by Morgan Stanley research personnel are based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in this report change apart from when we intend to discontinue research coverage of a subject company. Facts and views presented in this report have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley research personnel conduct site visits from time to time but are prohibited from accepting payment or reimbursement by the company of travel expenses for such visits.

The value of and income from your investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in your securities transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. Unless otherwise stated, the cover page provides the closing price on the primary exchange for the subject company's securities.

**Morgan Stanley**

MORGAN STANLEY RESEARCH

**October 22, 2006**
**Tribune**

To our readers in Taiwan:  Information on securities that trade in Taiwan is distributed by Morgan Stanley & Co. International Limited, Taipei Branch (the "Branch").  Such information is for your reference only.  The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. This publication may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley.  Information on securities that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities.  The Branch may not execute transactions for clients in these securities.

To our readers in Hong Kong: Information is distributed in Hong Kong by and on behalf of, and is attributable to, Morgan Stanley Dean Witter Asia Limited as part of its regulated activities in Hong Kong. If you have any queries concerning this publication, please contact our Hong Kong sales representatives.

This publication is disseminated in Japan by Morgan Stanley Japan Securities Co., Ltd.; in Hong Kong by Morgan Stanley Dean Witter Asia Limited (which accepts responsibility for its contents); in Singapore by Morgan Stanley Dean Witter Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore, which accepts responsibility for its contents; in Australia by Morgan Stanley Dean Witter Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services licence No. 233742, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International Limited, Seoul Branch; in India by JM Morgan Stanley Securities Private Limited; in Canada by Morgan Stanley Canada Limited, which has approved of, and has agreed to take responsibility for, the contents of this publication in Canada; in Germany by Morgan Stanley Bank AG, Frankfurt am Main, regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin); in Spain by Morgan Stanley, S.V., S.A., a Morgan Stanley group company, which is supervised by the Spanish Securities Markets Commission (CNMV) and states that this document has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations; in the United States by Morgan Stanley & Co. Incorporated and Morgan Stanley DW Inc., which accept responsibility for its contents.  Morgan Stanley & Co. International Limited, authorized and regulated by Financial Services Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates.  Private U.K. investors should obtain the advice of their Morgan Stanley & Co. International Limited representative about the investments concerned. In Australia, this report, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages of any kind relating to such data.  The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property of MSCI and S&P.

This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

Morgan Stanley research is disseminated and available primarily electronically, and, in some cases, in printed form.

**Additional information on recommended securities is available on request.**

# Morgan Stanley

MORGAN STANLEY RESEARCH

| The Americas | Europe | Japan | Asia/Pacific |
|---|---|---|---|
| 1585 Broadway | 25 Cabot Square, Canary Wharf | 4-20-3 Ebisu, Shibuya-ku | Three Exchange Square |
| New York, NY 10036-8293 | London E14 4QA | Tokyo 150-6008 | Central |
| **United States** | **United Kingdom** | **Japan** | **Hong Kong** |
| Tel: +1 (1) 212 761 4000 | Tel: +44 (0) 20 7 425 8000 | Tel: +81 (0) 3 5424 5000 | Tel: +852 2848 5200 |

**Industry Coverage: Publishing**

| Company (Ticker) | Rating (as of) | Price (10/20/2006) |
|---|---|---|
| **Lisa N. Monaco, CFA** | | |
| Dow Jones (DJ.N) | E (07/13/2005) | $33.58 |
| E. W. Scripps (SSP.N) | O (07/13/2005) | $48.95 |
| FactSet Research Systems (FDS.N) | E (07/17/2006) | $50.17 |
| Gannett (GCI.N) | E (06/02/2006) | $56.73 |
| IHS Inc. (IHS.N) | E-V (12/22/2005) | $34.30 |
| Martha Stewart Living (MSO.N) | U (05/01/2003) | $20.96 |
| McClatchy (MNI.N) | NA (06/20/2006) | $43.50 |
| McGraw-Hill (MHP.N) | O (05/24/2005) | $63.10 |
| Monster Worldwide (MNST.O) | O (06/19/2006) | $38.70 |
| Moody's (MCO.N) | E (09/12/2005) | $65.17 |
| New York Times (NYT.N) | E (05/24/2005) | $22.74 |
| R.H. Donnelley (RHD.N) | O (07/08/2005) | $51.67 |
| Thomson (TOC.N) | E (05/24/2005) | $40.67 |
| Tribune (TRB.N) | E (06/02/2006) | $32.31 |

Stock Ratings are subject to change. Please see latest research for each company.

© 2006 Morgan Stanley