Prudential Equity Group, LLC

RESEARCH

# Tribune Company

COMPANY UPDATE

January 17, 2007

TRB (NYSE)— $30.34

## TRB: DOWNGRADING TO UNDERWEIGHT FROM OVERWEIGHT; NO ONE CAME TO THE PARTY

**Consumer Discretionary / Publishing & Information Services**

Steven N. Barlow • 212.778.4424 • steven_barlow@prusec.com

| | Current | Prior |
|---|---|---|
| Rating: | Underweight | Overweight |
| Target: | $30.00 | $38.00 |
| Risk: | Low | |
| Industry: | Neutral | |

All important disclosures and Regulation AC disclosure can be found at the end of this report, starting at page 4, under the section entitled Important Disclosures and Regulation AC Disclosure, respectively.

**Includes Option Expenses**

| | FY | Cons. | EPS | P/E | 1Q | 2Q | 3Q | 4Q |
|---|---|---|---|---|---|---|---|---|
| Actual | 12/05 | | $2.08A | 14.6X | $0.41A | $0.60A | $0.50A | $0.57A |
| **Current** | **12/06** | **$1.94E** | **$1.93E** | **15.7X** | **$0.39A** | **$0.55A** | **$0.43A** | **$0.59E** |
| Prior | | | | | | | | |
| **Current** | **12/07** | **$2.07E** | **$2.08E** | **14.6X** | | | | |
| Prior | | | $2.25E | 13.5X | | | | |

| | | |
|---|---|---|
| Avg. Volume: 1,200,000 | Div/Yield: 0.72/2.37% | EPS Growth: 12.00% |
| Market Cap: $7,247 m | 52w Range: 34.30-27.10 | P/E / Growth: 1.3x |
| Shares: 238.87 m | | |

## HIGHLIGHTS

- We are downgrading Tribune to Underweight from Overweight. The prime reason is the likelihood of a failed auction for the entire company. In addition, newspaper industry fundamentals are poor and with the "for sale" sign on Tribune we feel that a combination of its large market geography and less employee motivation to reach internal goals are likely going to nick our previous estimates.
- We upgraded TRB in May 2005 based upon the company's cost cutting initiatives and Dutch tender for the shares, which was completed at $32.50. The full scale auction of the company did push the stock higher but deteriorating fundamentals, uncertainty about how to escape paying massive taxes on asset sales, and MNI's unexpectedly discounted sale of the Minneapolis Star-Tribune all contribute to our decision.
- We lowered our 2007 EPS estimate to $2.08 from $2.25. The key driver was a decrease in our Publishing revenue growth estimate to 0.6% from 2.4% as well as a 1.0% change in our TV revenue assumption to 3.0%. We don't think the company has been totally idle in regard to its cost cutting initiatives but we would rather wait to see them than dream them, as lower revenue estimates could make any savings evaporate by the time they hit the bottom line.
- Our new price target is $30.





## DISCUSSION

**Our New Price Target Is $30 From $38.** Our price target is $30 on 2007 valuation. Our price target is derived from a 7.5 times multiple on our 2007 EBITDA estimate of $1,295.2 million versus $1,380.8 million previously. We are using a 7.5 times multiple, which is the target multiple we have also given to New York Times (NYT, $23.66, rated Underweight), as we feel this is appropriate given the secular headwinds in larger market national advertising, the challenges to the company's top line, and the ongoing circulation fallout.

**There Are Several Risks To Our Investment Thesis For Tribune.** We think investors have been slowly exiting TRB stock as the auction appears to have only the Chandler family interested. A decision by the Board to sell off some individual assets could drive the stock towards the mid-20s level, in our view. Further downside does exist should our assumptions regarding an advertising pushback at the company's larger markets prove wrong. With respect to our price target, it could be argued that a multiple of 8.0 times, though below the midpoint of Tribune's historical trading range, is not appropriate given the below-industry-average growth being generated and historically high level of risk surrounding this company.

**New York Times:**

**Our Price Target Is $17.** The group is currently trading at 8.6x EV/EBITDA multiple. Given the tough ad environment and the company's constant challenges in New England and recent weakness with the flagship New York Times, our target multiple is 7.5x. Based on this multiple and our 2007 EBITDA of $495.3 million, our price target for NYT shares is $17. In addition, we believe NYT will continue to grow newspaper-advertising revenue at a slower pace than the industry. The 7.5x multiple is below the group's historical average target multiple of 10.0x, but better accounts for the slower-than-anticipated earnings growth results being produced at this stage of the advertising recovery and the increased risk that we perceive with respect to our 2007 revenue and expense growth estimates.

**There Are Several Risks To Our Investment Thesis For NYT.** The primary risk to our estimates is advertising revenue growth at the company's flagship, The New York Times. Advertising revenue growth continues to be uneven from month to month. Further, a return to positive advertising trends in the New England region would provide a lift to the stock and put our Underweight thesis at risk.

## BUSINESS

*Tribune Company (TRB), is one of the country's largest media companies, operating businesses in broadcasting, publishing and on the Internet. It reaches more than 80 percent of U.S. households, and is the only media company with television stations, newspapers and Web sites in the nation's top three markets. Tribune also owns the Chicago Cubs.*

## CHARTS/MODELS





TRB Earnings Model:

| *(in $US millions except per share data)* | 1Q06 | 2Q06 | 3Q06E | 4Q06E | 2006E | 2007E |
|---|---|---|---|---|---|---|
| Operating Revenue | | | | | | |
| Broadcasting & Entertainment | 302.6 | 403.6 | 392.6 | 358.3 | 1,456.9 | 1,503.1 |
| Publishing | 996.5 | 1,028.3 | 956.5 | 1,063.0 | 4,044.3 | 4,067.2 |
| **Total Operating Revenue** | **$1,299.1** | **$1,431.9** | **$1,349.0** | **$1,421.3** | **$5,501.3** | **$5,570.3** |
| Operating Profits | | | | | | |
| Broadcasting & Entertainment | 69.0 | 111.8 | 107.8 | 111.6 | 400.2 | 410.6 |
| Publishing | 186.2 | 208.7 | 141.2 | 191.3 | 727.5 | 717.2 |
| Corporate Expense | (20.4) | (14.0) | (13.7) | (16.0) | (64.1) | (66.6) |
| **Total Operating Income** | **$234.9** | **$306.4** | **$235.3** | **$287.0** | **$1,063.6** | **$1,061.2** |
| **EBITDA** | **$290.6** | **$361.9** | **$292.7** | **$349.2** | **$1,294.3** | **$1,295.2** |
| Net Earnings (Loss) on Equity Invest | 6.5 | 20.1 | 18.7 | 20.0 | 65.4 | 70.0 |
| Interest Expense, net | (46.6) | (44.8) | (79.6) | (85.6) | (256.6) | (325.7) |
| Pretax Income from Continuing Ops before Non-Op Items | 194.8 | 281.8 | 174.4 | 221.4 | 872.3 | 805.5 |
| Taxes related to operations | 76.4 | 113.5 | 63.7 | 86.3 | 339.9 | 314.1 |
| Rate (%) | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| Minority Interest Expense related to continuing ops, net of tax | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Income from Continuing Operations** | **$118.4** | **$168.3** | **$110.8** | **$135.0** | **$532.4** | **$491.4** |
| Loss from Discontinued Operations | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net Income** | **$118.4** | **$168.3** | **$110.8** | **$135.0** | **$532.4** | **$491.4** |
| Adjustments to Net Income on Assumed Conversion | (2.1) | (2.1) | (2.1) | 0.0 | (6.3) | (11.0) |
| Net Income Attributable to Common Shares | 116.3 | 166.2 | 108.6 | 135.0 | 526.1 | 480.4 |
| **Earnings Per Share: Diluted (continuing ops)** | **$0.38** | **$0.55** | **$0.43** | **$0.59** | **$1.93** | **$2.08** |
| Average Diluted Shares Outstanding | 306.0 | 304.5 | 252.8 | 229.0 | 273.1 | 231.0 |

Source: Company reports; Prudential Equity Group, LLC estimates.

*To view charts associated with those stocks mentioned in this report, please visit http://cm1.prusec.com.*

## REGULATION AC DISCLOSURE

Steven N. Barlow is principally responsible for the analysis of any security or issuer included in this report and certifies that the views expressed accurately reflect such research analyst's personal views about subject securities or issuers and certifies that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendation or views contained in the research report.

## IMPORTANT DISCLOSURES

When we assign an **Overweight** rating, we mean that we expect that the stock's total return will exceed the average total return of all of the stocks covered by the analyst (or analyst team). Our investment time frame is 12-18 months except as otherwise specified by the analyst in the report.

When we assign a **Neutral** Weight rating, we mean that we expect that the stock's total return will be in line with the average total return of all of the stocks covered by the analyst (or analyst team). Our investment time frame is 12-18 months except as otherwise specified by the analyst in the report.

When we assign an **Underweight** rating, we mean that we expect that the stock's total return will be below the average total return of all of the stocks covered by the analyst (or analyst team). Our investment time frame is 12-18 months except as otherwise specified by the analyst in the report.

ANALYST UNIVERSE COVERAGE:
Steven N. Barlow: Dow Jones, Gannett Co., Valassis Communications, The New York Times Co., Washington Post, Scripps (E.W.), Tribune Company, Lee Enterprises, Scholastic Corp., The McGraw-Hill Companies, The McClatchy Company, The Interpublic Group of Companies, Omnicom Group, WPP Group, Monster Worldwide, Moody's Corporation, Apollo Group, Career Education, Harte-Hanks, Inc..

Rating Distribution

| **01/16/07** | **Firm** | **Firm's Investment Banking Clients** | **Sector** | **Sector's Investment Banking Clients** |
|---|---|---|---|---|
| Overweight(Buy)* | 35% | 0% | 35% | 0% |
| Neutral Weight(Hold)* | 41% | 0% | 32% | 0% |
| Underweight(Sell)* | 24% | 0% | 32% | 0% |

Excludes Closed End Funds

| **12/29/06** | **Firm** | **Firm's Investment Banking Clients** | **Sector** | **Sector's Investment Banking Clients** |
|---|---|---|---|---|
| Overweight(Buy)* | 36% | 0% | 37% | 0% |
| Neutral Weight(Hold)* | 41% | 0% | 28% | 0% |
| Underweight(Sell)* | 23% | 0% | 35% | 0% |

Excludes Closed End Funds

| 09/29/06 | Firm | Firm's Investment Banking Clients | Sector | Sector's Investment Banking Clients |
|---|---|---|---|---|
| Overweight(Buy)* | 36% | 0% | 35% | 0% |
| Neutral Weight(Hold)* | 43% | 0% | 40% | 0% |
| Underweight(Sell)* | 21% | 0% | 25% | 0% |

Excludes Closed End Funds

| 06/30/06 | Firm | Firm's Investment Banking Clients | Sector | Sector's Investment Banking Clients |
|---|---|---|---|---|
| Overweight(Buy)* | 35% | 0% | 36% | 0% |
| Neutral Weight(Hold)* | 46% | 0% | 43% | 0% |
| Underweight(Sell)* | 19% | 0% | 21% | 0% |

Excludes Closed End Funds

* In accordance with applicable rules and regulations, we note above parenthetically that our stock ratings of "Overweight," "Neutral Weight," and "Underweight" most closely correspond with the more traditional ratings of "Buy," "Hold," and "Sell," respectively; however, please note that their meanings are not the same. (See the definitions above.) We believe that an investor's decision to buy or sell a security should always take into account, among other things, that the investor's particular investment objectives and experience, risk tolerance, and financial circumstances. Rather than being based on an expected deviation from a given benchmark (as buy, hold and sell recommendations often are), our stock ratings are determined on a relative basis (see the foregoing definitions).

Prior to September 8, 2003 our rating definitions were Buy, Hold, Sell. They are defined as follows:

When we assign a **Buy** rating, we mean that we believe that a stock of average or below-average risk offers the potential for total return of 15% or more over the next 12 to 18 months. For higher-risk stocks, we may require a higher potential return to assign a Buy rating. When we reiterate a Buy rating, we are stating our belief that our price target is achievable over the next 12 to 18 months.

When we assign a **Sell** rating, we mean that we believe that a stock of average or above-average risk has the potential to decline 15% or more over the next 12 to 18 months. For lower-risk stocks, a lower potential decline may be sufficient to warrant a Sell rating. When we reiterate a Sell rating, we are stating our belief that our price target is achievable over the next 12 to 18 months.

A **Hold** rating signifies our belief that a stock does not present sufficient upside or downside potential to warrant a Buy or Sell rating, either because we view the stock as fairly valued or because we believe that there is too much uncertainty with regard to key variables for us to rate the stock a Buy or Sell.

When we assign an industry rating of Favorable, we mean that generally industry fundamentals/stock prospects are improving.

When we assign an industry rating of Neutral, we mean that generally industry fundamentals/stock prospects are stable.

When we assign an industry rating of Unfavorable, we mean that generally industry fundamentals/stock prospects are deteriorating.

Ratings History: TRB

| Rating Changes | | | | Target Price Changes | | | |
|---|---|---|---|---|---|---|---|
| Date | From | To | Analyst | Date | From | To | Analyst |
| 05/30/06 | NTRL | OVER | Barlow | 10/19/06 | 40.00 | 38.00 | Barlow |
| 09/15/04 | OVER | NTRL | Barlow | 09/28/06 | 45.00 | 40.00 | Barlow |
| | | | | 09/14/06 | 46.00 | 45.00 | Barlow |
| | | | | 07/13/06 | 37.00 | 46.00 | Barlow |
| | | | | 03/16/06 | 38.00 | 37.00 | Barlow |
| | | | | 11/15/05 | 39.00 | 38.00 | Barlow |
| | | | | 10/13/05 | 40.00 | 39.00 | Barlow |
| | | | | 09/28/05 | 46.00 | 40.00 | Barlow |
| | | | | 07/14/05 | 47.00 | 46.00 | Barlow |
| | | | | 06/22/05 | 44.00 | 47.00 | Barlow |
| | | | | 06/14/05 | 45.00 | 44.00 | Barlow |
| | | | | 01/28/05 | 46.00 | 45.00 | Barlow |
| | | | | 12/08/04 | 45.00 | 46.00 | Barlow |
| | | | | 09/15/04 | 57.00 | 45.00 | Barlow |
| | | | | 08/18/04 | 58.00 | 57.00 | Barlow |
| | | | | 07/15/04 | 60.00 | 58.00 | Barlow |
| | | | | 05/14/04 | 56.00 | 60.00 | Barlow |

## *Additional Information*

Price Target – Methods/Risks

The methods used to determine the price target generally are based on future earning estimates, product performance expectations, cash flow methodology, historical and/or relative valuation multiples. The risks associated with achieving the price target generally include customer spending, industry competition and overall market conditions.

Additional risk factors as they pertain to the analyst's specific investment thesis can be found within the report.

Price History: TRB



Source: Factset and Prudential Equity Group, LLC estimates.

When recommending the purchase or sale of a security, Prudential Equity Group, LLC is subject to a conflict of interest because should such advice be followed, and result in a transaction being executed through the firm, Prudential Equity Group, LLC may earn brokerage compensation on the transaction. In addition, any order placed with Prudential Equity Group, LLC may be executed on either an agency basis resulting in a commission payment to Prudential Equity Group, LLC or on a principal basis, versus Prudential Equity Group, LLC's proprietary account, resulting in a mark-up or mark-down by Prudential Equity Group, LLC.

Any OTC-traded securities or non-U.S. companies mentioned in this report may not be cleared for sale in all jurisdictions.
**Securities products and services are offered through Prudential Equity Group, LLC, a Prudential Financial company.**

**© Prudential Equity Group, LLC, 2007, all rights reserved. One New York Plaza, New York, NY 10292**

Information contained herein is based on data obtained from recognized statistical services, issuer reports or communications, or other sources, believed to be reliable. Any statements nonfactual in nature constitute only current opinions, which are subject to change.

There are risks inherent in international investments, which may make such investments unsuitable for certain clients. These include, for example, economic, political, currency exchange rate fluctuations, and limited availability of information on international securities. Prudential Equity Group LLC, and its affiliates, make no representation that the companies which issue securities that are the subject of their research reports are in compliance with certain informational reporting requirements imposed by the Securities Exchange Act of 1934. Sales of securities covered by this report may be made only in those jurisdictions where the security is qualified for sale. The contents of this publication have been approved for distribution by Bache Equities Limited, which is authorised and regulated by The Financial Services Authority. We recommend that you obtain the advice of your Registered Representative regarding this or other investments.

If you did not receive this research report directly from Prudential Equity Group, LLC ("PEG") or Bache Equities Ltd ("BEL"), your access to, and receipt of, this report does not by itself operate to establish a client-broker relationship between you and PEG or BEL, as the case may be. Accordingly, please direct any questions you may have regarding this report to the registered representative employed by the securities firm at which your account is held who is assigned to service your account, and not to PEG or any PEG analyst whose name appears above. Please note that PEG or BEL, as the case may be, bears no responsibility for any recommendation(s) or advice that such securities firm or its registered representatives may provide to you, regardless of whether any such recommendation or advice is based in whole or in part on this report.

Additional information on the securities discussed herein is available upon request**.** The applicable disclosures can be obtained by writing to: Prudential Equity Group, LLC, 1 New York Plaza – 17th floor, New York, New York, 10292 Attn: Equity Research.

Prudential Equity Group, LLC and Prudential Financial, Inc. of the United States are not affiliated with Prudential plc of the United Kingdom.