

**North America Equity Research**
26 March 2007

# Tribune Company

Zell Offer Back on the Table

**Neutral**

**$30.53**

23 March 2007

According to news reports over the weekend, Tribune's special board committee seems to favor a buyout offer from Sam Zell as the company winds down its strategic review.

**Publishing & Printing**

**Frederick Searby, CFA, FRM**[AC]
(1-212) 622-6593
fred.searby@jpmorgan.com

- **A bid near the tender offer is more attractive than self-help.** Our analysis of the self-help solution arrives at an intrinsic value below last summer's tender offer of $32.50. Our self-help solution includes a spin-off of the broadcast segment and a one-time dividend distribution.

**David Lewis, CPA**
(1-212) 622-6435
david.m.lewis@jpmorgan.com

**Price Performance**

- **Bid could be in range of the Chandler and Burkle bids.** The Chandler Trust proposed a $31.70 bid while Ron Burkle and Eli Broad proposed a $34 leveraged recap. However, subsequent January and February monthly revenue results have fallen an average of 6%, raising existing fears of an accelerating secular decline.



- **Current share price implies an 8x ltm EBITDA multiple.** This is below the 9.5x multiple in the Knight Ridder transaction.

|  | YTD | -1M | -3M | -12M |
|---|---|---|---|---|
| Absolute | -0.8% | -0.6% | -3.1% | 8.8% |

Source: RIMES, Reuters.

- **Obstacles remain.** Additional leverage is a primary concern given the existing $4.3 billion in debt coupled with the consistent monthly revenue declines. Notably, there are also regulatory issues. A new owner is not guaranteed regulatory exemption from the FCC to own TV and newspapers in the same markets.

**Tribune Company (TRB;TRB US)**

|  | 2006A | 2007E | 2008E |
|---|---|---|---|
| EPS ($) |  |  |  |
| Q1 (Mar) | 0.38 | 0.28 |  |
| Q2 (Jun) | 0.55 | 0.55 |  |
| Q3 (Sep) | 0.43 | 0.43 |  |
| Q4 (Dec) | 0.65 | 0.56 |  |
| FY | 2.01 | 1.82 | 1.77 |
| Consensus EPS CY ($) | 1.94 | 1.97 | 2.06 |
| Revenue CY ($ mn) | 5,557 | 5,323 | 5,252 |
| EBITDA CY ($ mn) | 1,328 | 1,165 | 1,095 |
| FV/EBITDA CY | 8.20 | 9.40 | 10.00 |
| P/E FY | 15.2 | 16.8 | 17.2 |

Source: Company data, Reuters, JPMorgan estimates.
** 2006 and 2007 EPS estimates include $0.07 in stock compensation expense required by FASB 123R.
** JPM's 2005 EPS estimate includes $0.09 in severance costs included in 4Q05.

**Company Data**

| Price ($) | 30.53 |
|---|---|
| Date Of Price | 23 Mar 07 |
| 52-week Range ($) | 34.28 - 27.09 |
| Mkt Cap ($ bn) | 7.30 |
| Fiscal Year End | Dec |
| Shares O/S (mn) | 239 |

**J.P. Morgan Securities Inc.**

See page 4 for analyst certification and important disclosures, including investment banking relationships.
JPMorgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Customers of JPMorgan in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.morganmarkets.com or can call 1-800-477-0406 toll free to request a copy of this research.

Frederick Searby, CFA, FRM
(1-212) 622-6593
fred.searby@jpmorgan.com

**North America Equity Research**
26 March 2007



- **Reiterate Neutral.** If an outside offer prevails we believe we could see modest upside to the shares. However, if the recourse is another self-help solution we believe the shares will trade off.

Frederick Searby, CFA, FRM
(1-212) 622-6593
fred.searby@jpmorgan.com

**North America Equity Research**
26 March 2007



### Rating and Valuation Analysis
TRB is trading at a firm value of 9.4x CY07E EBITDA, above peer averages, for a company that has historically traded at a slight premium. We think Tribune will realize EPS growth in 2007 in line with peers. Tribune is trading below trough average historical four-year EBITDA multiples but we see a number of potentially adverse developments on the horizon. Overexposure to movie advertising remains a concern with studios shifting dollars out of print. TRB's publishing assets are overexposed to competitive metro markets. As a result, we think the shares will perform in line with peers, consistent with our Neutral rating.

### Risks to Our Rating
Tribune shares could underperform if earnings lag expectations. This could happen if ad growth decelerates this year at Tribune's large metro markets, if broadcast continues to disappoint, if cost controls lag, or if there are additional instances of fraud. Tribune shares could outperform if the CW launches with successful programming or if the company is able to revive the LA Times newspaper. In addition, TRB shares could outperform if the company decides to sell some of its attractive media assets, including its 30% share in the Food Network.

Frederick Searby, CFA, FRM
(1-212) 622-6593
fred.searby@jpmorgan.com

**North America Equity Research**
26 March 2007



**Analyst Certification:**
The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report.

## Important Disclosures

- **Lead or Co-manager:** JPMSI or its affiliates acted as lead or co-manager in a public offering of equity and/or debt securities for Tribune Company within the past 12 months.
- **Client of the Firm:** Tribune Company is or was in the past 12 months a client of JPMSI; during the past 12 months, JPMSI provided to the company investment banking services, non-investment banking securities-related service and non-securities-related services.
- **Investment Banking (past 12 months):** JPMSI or its affiliates received in the past 12 months compensation for investment banking services from Tribune Company.
- **Investment Banking (next 3 months):** JPMSI or its affiliates expect to receive, or intend to seek, compensation for investment banking services in the next three months from Tribune Company.
- **Non-Investment Banking Compensation:** JPMSI has received compensation in the past 12 months for products or services other than investment banking from Tribune Company. An affiliate of JPMSI has received compensation in the past 12 months for products or services other than investment banking from Tribune Company.

**Tribune Company (TRB)  Price Chart**



| Date | Rating | Share Price ($) | Price Target ($) |
|---|---|---|---|
| 12-Oct-05 | N | 32.71 | - |

Source: Reuters and JPMorgan; price data adjusted for stock splits and dividends.
This chart shows JPMorgan's continuing coverage of this stock; the current analyst may or may not have covered it over the entire period.  As of Aug. 30, 2002, the firm discontinued price targets in all markets where they were used. They were reinstated at JPMSI as of May 19th, 2003, for Focus List (FL) and selected Latin stocks.  For non-JPMSI covered stocks, price targets are required for regional FL stocks and may be set for other stocks at analysts' discretion.
JPMorgan ratings: OW = Overweight, N = Neutral, UW = Underweight.

**Explanation of Equity Research Ratings and Analyst(s) Coverage Universe:**
JPMorgan uses the following rating system:  **Overweight** [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.]  **Neutral** [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.]  **Underweight** [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] The analyst or analyst's team's coverage universe is the sector and/or country shown on the cover of each publication.  See below for the specific stocks in the certifying analyst(s) coverage universe.

Coverage Universe: **Frederick Searby, CFA, FRM:** Acxiom (ACXM), Catalina Marketing (POS), ChoicePoint Inc. (CPS), D&B Corp. (DNB), Dow Jones & Co (DJ), E.W. Scripps (SSP), Equifax (EFX), Fair Isaac (FIC), Gannett Co., Inc. (GCI), Gartner Inc. (IT), Getty Images (GYI), Harte-Hanks, Inc (HHS), Interpublic Group (IPG), Moody's Corp. (MCO), Omnicom Group (OMC), R.H. Donnelley (RHD), Scholastic Corporation (SCHL), The McGraw-Hill Cos. (MHP), The New York Times Co. (NYT), The Thomson Corporation (TOC), Tribune Company (TRB), Valassis Communications Inc. (VCI)

4

Frederick Searby, CFA, FRM
(1-212) 622-6593
fred.searby@jpmorgan.com

**North America Equity Research**
26 March 2007



**JPMorgan Equity Research Ratings Distribution, as of December 29, 2006**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
| --- | --- | --- | --- |
| JPM Global Equity Research Coverage | 42% | 41% | 17% |
| IB clients* | 45% | 47% | 36% |
| JPMSI Equity Research Coverage | 37% | 48% | 15% |
| IB clients* | 63% | 57% | 47% |

*Percentage of investment banking clients in each rating category.
For purposes only of NASD/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category.

**Valuation and Risks:**  Please see the most recent JPMorgan research report for an analysis of valuation methodology and risks on any securities recommended herein. Research is available at http://www.morganmarkets.com , or you can contact the analyst named on the front of this note or your JPMorgan representative.

**Analysts' Compensation:**  The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues, which include revenues from, among other business units, Institutional Equities and Investment Banking.

## Other Disclosures

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your JPMorgan Representative or visit the OCC's website at http://www.optionsclearing.com/publications/risks/riskstoc.pdf.

**Legal Entities Disclosures**
**U.S.:** JPMSI is a member of NYSE, NASD and SIPC.  J.P. Morgan Futures Inc. is a member of the NFA. J.P. Morgan Chase Bank, N.A. is a member of FDIC and is authorized and regulated in the UK by the Financial Services Authority. **U.K.:** J.P. Morgan Securities Ltd. (JPMSL) is a member of the London Stock Exchange and is authorised and regulated by the Financial Services Authority. **South Africa:** J.P. Morgan Equities Limited is a member of the Johannesburg Securities Exchange and is regulated by the FSB. **Hong Kong:** J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong. **Korea:** J.P. Morgan Securities (Far East) Ltd, Seoul branch, is regulated by the Korea Financial Supervisory Service. **Australia:** J.P. Morgan Australia Limited (ABN 52 002 888 011/AFS Licence No: 238188) is regulated by ASIC and J.P. Morgan Securities Australia Limited (ABN 61 003 245 234/AFS Licence No: 238066) is a Market Participant with the ASX and regulated by ASIC. **Taiwan:** J.P.Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Commission. **India:** J.P. Morgan India Private Limited is a member of the National Stock Exchange of India Limited and The Stock Exchange, Mumbai and is regulated by the Securities and Exchange Board of India. **Thailand:** JPMorgan Securities (Thailand) Limited is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission. **Indonesia:** PT J.P. Morgan Securities Indonesia is a member of the Jakarta Stock Exchange and Surabaya Stock Exchange and is regulated by the BAPEPAM. **Philippines:** This report is distributed in the Philippines by J.P. Morgan Securities Philippines, Inc. **Brazil:** Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Japan:** This material is distributed in Japan by JPMorgan Securities Japan Co., Ltd., which is regulated by the Japan Financial Services Agency (FSA). **Singapore:** This material is issued and distributed in Singapore by J.P. Morgan Securities Singapore Private Limited (JPMSS) [mica (p) 069/09/2006 and Co. Reg. No.: 199405335R] which is a member of the Singapore Exchange Securities Trading Limited and is regulated by the Monetary Authority of Singapore (MAS) and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) which is regulated by the MAS. **Malaysia:** This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-x) which is a Participating Organization of Bursa Malaysia Securities Bhd and is licensed as a dealer by the Securities Commission in Malaysia. **Pakistan:** J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):**  Issued and approved for distribution in the U.K. and the EEA by JPMSL.  Investment research issued by JPMSL has been prepared in accordance with JPMSL's Policies for Managing Conflicts of Interest in Connection with Investment Research which can be found at http://www.jpmorgan.com/pdfdoc/research/ConflictManagementPolicy.pdf.  This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2001 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction **Germany:** This material is distributed in Germany by J.P. Morgan Securities Ltd. Frankfurt Branch and JPMorgan Chase Bank, N.A., Frankfurt Branch who are regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only.  JPMSAL does not issue or distribute this material to "retail clients."  The

5

Frederick Searby, CFA, FRM
(1-212) 622-6593
fred.searby@jpmorgan.com

**North America Equity Research**
26 March 2007



recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL.  For the purposes of this paragraph the terms "wholesale client" and "retail client" have the meanings given to them in section 761G of the Corporations Act 2001.  **Hong Kong:**  The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for persons licensed by or registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months' prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider for derivative warrants issued by J.P. Morgan International Derivatives Ltd and listed on The Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk/prod/dw/Lp.htm.  **Korea:**  This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Ltd, Seoul branch.  **Singapore:**  JPMSI and/or its affiliates may have a holding in any of the securities discussed in this report; for securities where the holding is 1% or greater, the specific holding is disclosed in the Legal Disclosures section above.  **India:**  For private circulation only not for sale.  **Pakistan:**  For private circulation only not for sale.  **New Zealand:**  This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL.

**General:**  Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively JPMorgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMSI and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMSI distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a JPMorgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

Revised January 30, 2007.

**Copyright 2007 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of JPMorgan.**

Frederick Searby, CFA, FRM
(1-212) 622-6593
fred.searby@jpmorgan.com

**North America Equity Research**
26 March 2007

