**APRIL 03, 2007**



# Tribune Company

**Publishing & Printing**

Equity Research Recent Development Report

**Analyst:** Michael A. Kupinski
314-955-3963

**Associate:**

## SELL/AGGRESSIVE

| | | | |
|---|---|---|---|
| Symbol: | **TRB** | Dividend: | **$0.00** |
| Exchange: | **NYSE** | Yield: | **0.0%** |
| Recent Price: | **$32.70** | Price Objective: | **NA** |

## Zell Prevails; Rating Lowered to Sell

- **After six months of strategic review, the Tribune Company announced that it will take itself private at $34 per share through an ESOP with additional financing of $315 million from Sam Zell.**

- **The take out price equates to an enterprise value to 2007 and 2008 estimated EBITDA multiple of 9.9 times and 9.6 times, respectively, modestly above the current peer group average of 8.7 and 8.1 times, respectively.**

- **The transaction will occur in two stages. The first is a $34 cash tender offer for 126 mil shares (52.5% of shares outst.) anticipated to occur in Q2. The remaining shares will be purchased at $34 per share after a merger between TRB and the ESOP closes in Q4 of 2007.**

- **Given the modest current discount of 3.5% that the shares trade to the $34 take out price, we have changed our rating from Hold to Sell as the shares are no longer trading based on fundamentals. We encourage investors to sell TRB shares to preserve the time value of money as the transaction is not expected to close until the end of 2007 and eliminate potential risks associated with completing the transaction.**

### FUNDAMENTAL DATA

Fiscal Year Ends Dec

| | 2006A | 2007E | 2008E |
|---|---|---|---|
| EBITDA: | $4.81 | $5.31 | $5.56 |
| P/EBITDA: | NA | 6.2X | 5.9X |
| EPS: | $2.04 | $1.84 | $2.02 |
| P/E: | NA | 17.8X | 16.2X |
| ROE: | NA | NA | NA |

| | |
|---|---|
| Est. 5-Year EBITDA CAGR | 4.0% |
| Est. 5-Year Div. CAGR | 5.0% |
| Book Value Per Share | $16.94 |
| Est. Asset Value Per Share | $40.00 |
| Long-Term Debt/Capital | 20.0% |
| Total Cap/EBITDA | 9.1X |
| Long-Term Debt ($mil.) | $3,576 |
| Total Cap ($mil.) | $11,032 |
| Shares Outstanding (mil.) | 228 |

**AGE Lists:**

**Disclosure Information:** Please refer to the last two pages of this report for important disclosure information and analyst certifications.



**Acceptance of Zell's Bid Ends Six Month Strategic Review**

After six months of strategic review, the Tribune Company announced that it has agreed to take itself private in a deal worth $34 per share through a newly established employee stock ownership plan (ESOP) with additional financing from Chicago investor Sam Zell. The offer is valued at 9.9 times enterprise value to our 2007 EBITDA estimate of $1,207 million and 9.6 times enterprise value to our 2008 EBITDA estimate of $1,246 million.  The take out multiples are premiums to the peer group current average off 2007 and 2008 estimates of 8.7 and 8.1 times, respectively.  Per our estimates we believe the 9.9 take out multiple off 2007 estimates implies a 9.2 EV/EBITDA multiple on the newspaper segment.  We believe the take out multiple applied to the newspaper group is below that of the McClatchy-Knight Ridder deal just over a year ago which was valued at 9.8 times 2006 EBITDA.  The low take out multiple, in our view, relative to the McClatchy-Knight Ridder deal reflects the secular challenges as well as the deteriorating fundamentals facing the newspaper industry in the current advertising environment.

The potential transaction is expected to occur in two stages.  The first stage is a cash tender offer for 126 million shares (52.5% of outstanding shares) which is expected to close in the second quarter of 2007 funded by an initial investment of $250 million from Zell as well as incremental debt of roughly $7 billion taken on by the newly established ESOP.  The company will use $4.2 billion of the new debt to complete the Q2 tender offer and the remaining $2.8 billion will be used to refinance existing bank credit facilities.  The second stage is a merger of the ESOP and Tribune expected to close in the fourth quarter of 2007 in which the remaining publicly-held shares (47.5%) will receive $34 per share.  This will be financed by an additional investment of $65 million from Zell and another $4.2 billion in debt.  If the merger takes place after January 1, 2008 then share holders will receive an additional amount of cash based on an 8% annualized "ticking fee".

The company stated that it intends to sell the Chicago Cubs and its 25% interest in Comcast SportsNet Chicago following the end of the 2007 baseball season.  The sale of the Cubs and SportsNet Chicago is expected to occur in the fourth quarter and is subject to the approval of Major League Baseball.  We expect the sale of these two assets to bring proceeds of near $650 million (based on similar sales of sports franchises) which the company will use to reduce its debt.

When the deal closes (expected to be late in Q4 2007), Tribune will be privately held with the ESOP holding all Tribune's stock and Zell holding a subordinated note and a warrant entitling him to acquire 40% of Tribune's stock. Zell will join the Board upon the completion of the first stage of the transaction, and will become Chairman once the deal closes.  Zell's strategy is based on being able to use pre tax dollars through the ESOP to pay down the mountain of debt incurred from tendering the shares.  The company will then be able to use the payment of interest as well as the principal of the debt to reduce the company's tax liability.

Up to the time of shareholder approval, Tribune's board of directors will be entitled to consider unsolicited alternative proposals that may lead to a superior proposal. In the event such a superior proposal is selected, the break-up fee to Zell would be $25 million.  We do not believe it is likely that a superior proposal will be offered but the Tribune is leaving the door open for entertaining offers given the small break up fee of only $25 million.

**Rating Changed from Hold to Sell**

Given the current modest discount of approximately 3.5% that the shares trade to the $34 take out price we have changed our rating from Hold to Sell as the shares are no longer trading based on the fundamentals.  We encourage investors to sell TRB shares to preserve the time value of money as the transaction is not expected to close until the end of 2007 and eliminate potential risks associated with completing the transaction.

**Valuation:**
Near current levels, we believe TRB shares trade at 9.7 times Enterprise Value to our estimated 2007 EBITDA of $1,207 million, at a slight discount to the implied take out multiple based on $34 per share of 9.9 times.  The 9.9 times take out multiple is at the low end of the 10-year average trading range of 9.0-13.1 times reflecting the secular issues and fundamental challenges facing the newspaper industry.  In our opinion, the prospect for multiple expansion based on fundamental improvement has been cut short given the sale of the company.  We encourage investors to sell TRB shares as the shares trade at a modest 3.5% discount to the take out price.  Selling the shares now would eliminate potential risks associated with the completion of the transaction and preserve the time value of money given that the deal is not expected to close until late in the fourth quarter of 2007.

**Risks to Valuation:**
**Competing Offer for Sale of the Company:** Other buyers could make a higher offer for the sale of the company, given the small break up fee in the contract of only $25 mil, thus increasing the take out price above $34 per share.

*Tribune Company • A.G. Edwards & Sons, Inc. • April 03, 2007*                                                                                                                          *Page 2*



**Circulation.**  Across the industry, newspapers have been hit by circulation declines.  A drop in circulation could negatively affect revenues and the company's ability to raise advertising rates

**Newsprint prices**.  Newsprint expenses represent roughly 13% of total operating expenses.  The company expects price increases in the range 11% to 13%.  A sustained increase in prices could adversely affect profitability.

**Company Description:**
(Chicago, Illinois) Tribune is a leading media company that operates in 23 major U.S. markets including 18 of the top 30.  Tribune Publishing is the third largest U.S. newspaper group in terms of circulation and it comprises 11 market-leading newspapers. The company owns and operates 26 major television stations, the *Chicago Tribune*, *The Los Angeles Times*, *Newsday*, and the Chicago Cubs baseball team.  Tribune also owns minority interests in several companies valued at nearly $1 billion, including 33% of Careerbuilder and 31% of the Food Network.



**SUMMARY OF EPS CHANGES**

| Fiscal Year Ends Dec | | | | | | | |
|---|---|---|---|---|---|---|---|
| EPS | 2006A | 2007E | Prior | 2008E | Prior | 2009E | Prior |
| Qtr1 | $0.38 | $0.27 | | | | | |
| Qtr2 | $0.55 | $0.56 | | | | | |
| Qtr3 | $0.43 | $0.41 | | | | | |
| Qtr4 | $0.68 | $0.60 | | | | | |
| Year | $2.04 | $1.84 | | $2.02 | | | |
| P/E | | 17.8X | | 16.2X | | | |

| EBITDA Per Share | 2006A | 2007E | 2008E | 2009E |
|---|---|---|---|---|
| Qtr1 | $0.97 | $1.07 | | |
| Qtr2 | $1.19 | $1.48 | | |
| Qtr3 | $1.10 | $1.24 | | |
| Qtr4 | $1.59 | $1.52 | | |
| Year | $4.81 | $5.31 | $5.56 | |
| P/EBITDA | | 6.2X | 5.9X | |

**SELECTED FINANCIAL STATISTICS**
*(DOLLARS IN MILLIONS EXCEPT PER SHARE)*

| Fiscal Year Ends Dec | 2002 | 2003 | 2004 | 2005 | 2006 | CAGR (%) | 2007E | 2008E | 2009E |
|---|---|---|---|---|---|---|---|---|---|
| Revenues | $5384 | $5595 | $5726 | $5595 | $5547 | | $5354 | $5411 | |
| EBITDA | 1499 | 1589 | 1582 | 1418 | 1321 | | 1207 | 1246 | |
| Pretax Income | 1030 | 1174 | 1217 | 1084 | 928 | | 700 | 755 | |
| Net Income | 622 | 706 | 732 | 658 | 559 | | 419 | 453 | |
| Shares Outstanding | 336 | 337 | 327 | 316 | 274 | | 228 | 224 | |
| EBITDA Per Share | 4.51 | 4.73 | 4.84 | 4.48 | 4.81 | | 5.31 | 5.56 | |
| Earnings Per Share | 1.87 | 2.09 | 2.24 | 2.08 | 2.04 | | 1.84 | 2.02 | |
| Dividends Per Share | 0.44 | 0.44 | 0.48 | 0.72 | 0.72 | | 0.72 | 0.72 | |
| Price Range (High) | 49 | 52 | 53 | 42 | 34 | | | | |
| Price Range (Low) | 36 | 42 | 39 | 30 | 27 | | | | |
| P/E Range (High) | 26 | 25 | 24 | 20 | 17 | | | | |
| P/E Range (Low) | 19 | 20 | 17 | 14 | 13 | | | | |
| P/EBITDA Range (High) | 11 | 11 | 11 | 9 | 7 | | | | |
| P/EBITDA Range (Low) | 8 | 9 | 8 | 7 | 6 | | | | |
| Return on Equity (%) | | | | | | | | | |

*CAGR – Compound Annual Growth Rate*
*EBITDA - Earnings Before Interest, Taxes, Depreciation, and Amortization*

**SELECTED BALANCE SHEET DATA**
*(DOLLARS IN THOUSANDS)*

| December 31, 2006 | | | |
|---|---|---|---|
| Cash and Investments | $174,686 | Accounts Payable | $151,601 |
| Accounts Receivable, Net | $765,871 | Short-term Debt/Current Maturities | $1,429,007 |
| Other Current Assets | $436,873 | Other Current Liabilities | $966,106 |
| **Total Current Assets** | **$1,377,430** | **Total Current Liabilities** | **$2,546,714** |
| Property, Plant, and Equipment, Net | $1,685,112 | Long-term Debt | $3,576,211 |
| Long-term Investments | $564,750 | Deferred Income Taxes | $1,974,672 |
| Intangible Assets, Net | $8,683,265 | Other Liabilities | $1,016,843 |
| Other Assets | $1,090,215 | Shareholders' Equity | $4,286,332 |
| **Total Assets** | **$13,400,772** | **Total Liabilities and Shareholders' Equity** | **$13,400,772** |



## IMPORTANT DISCLOSURES



Pricing sources: Factset and IDSI

Legend:
— Daily Closing Prices
△ Price Objective Changes
■ Rating/Suitability Changes
◆ Analyst Coverage Changes

### PRICE OBJECTIVE (PO) CHANGES *

| Date | Closing Price | PO | Date | Closing Price | PO | Date | Closing Price | PO |
|---|---|---|---|---|---|---|---|---|
| | | 53.00 | 07/27/2004 | 43.10 | 52.00 | 09/28/2005 | 34.22 | 48.00 |
| 06/08/2004 | 46.92 | NA | 12/09/2004 | 42.48 | 50.00 | 11/07/2006 | 31.62 | NA |

* NA: Positive rating removed; no price objective supplied.

### RATING/SUITABILITY CHANGES

| Date | Closing Price | Rating/Suitability | Date | Closing Price | Rating/Suitability |
|---|---|---|---|---|---|
| | | Strong Buy/Conservative | 11/07/2006 | 31.62 | Hold/Aggressive |
| 06/08/2004 | 46.92 | Hold/Conservative | 04/03/2007 | | Sell/Aggressive |
| 07/27/2004 | 43.10 | Buy/Conservative | | | |

### ANALYST COVERAGE CHANGES

| Analyst | From | To | Analyst | From | To |
|---|---|---|---|---|---|
| Michael A. Kupinski | 05/31/1988 | | | | |



## IMPORTANT DISCLOSURES

| Rating | Master List Companies | Current Rating Distribution | Past 12 months Investment Banking Clients | % of Investment Banking Clients * |
|---|---|---|---|---|
| Buy | 263 | 35% | 43 | 16% |
| Hold/Neutral | 467 | 62% | 44 | 9% |
| Sell | 26 | 3% | 1 | 4% |

\* Percentage of Investment Banking Clients on Master List by rating.

**OUR 3-TIER RATING SYSTEM** (12-18 month time horizon)

**Buy:** A total return is anticipated in excess of the market's long-term historic rate (approximately 10%). Total return expectations should be higher for stocks which possess greater risk.

**Hold:** Hold the shares, with neither a materially positive total return nor a materially negative total return is anticipated.

**Sell:** Stock should be sold, as a materially negative total return is anticipated.

**RISK SUITABILITY** (Relates to fundamental risk, including earnings predictability, balance sheet strength and price volatility)

**Conservative:** Fundamental risk approximates or is less than the market.
**Aggressive:** Fundamental risk is higher than the market.
**Speculative:** Fundamental risk is significantly higher than the market.

The suitability ratings assigned by A.G. Edwards industry analysts to individual securities should be reviewed by investors and their financial consultants to determine whether a particular security is suitable for their portfolio, with full consideration given to existing portfolio holdings.

**COMPANY SPECIFIC DISCLOSURES:**
Not applicable.

**Analyst Certification:** The views expressed in this research report accurately reflect the personal views of the research analyst primarily responsible for the content of this report about the subject company and its securities. The research analyst further certifies that he/she receives no compensation that is directly or indirectly related to the specific recommendations or views contained within this report.

AGE's research analysts receive no compensation in connection with the firm's investment banking business. Analysts may be eligible for annual bonus compensation based on the overall profitability of the firm, which takes into account revenues derived from all of the firm's business activities, including its investment banking business.

Price objectives and recommendations contained in this report are based on a time horizon of 12-18 months, but there is no guarantee the objective will be achieved within the specified time horizon. Price objectives are determined by a subjective review of fundamental and/or quantitative characteristics of the issuer and the security that is the subject of this report. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, peer group comparisons, sum of the parts and enterprise values. All securities are subject to market, interest rate and general economic risks. Specific information is provided in the text of our most recent research report.

**A.G. EDWARDS INFORMATION: Additional information available upon request.** With the exception of information about A.G. Edwards & Sons, Inc., the material contained herein has been prepared from sources and data we believe to be reliable but we make no guarantee as to its accuracy or completeness. This material is published solely for informational purposes and is not an offer to buy or sell or a solicitation of an offer to buy or sell any security or investment product. This material is not to be construed as providing investment services in any jurisdiction where such offers or solicitation would be illegal. Opinions and estimates are as of a certain date and subject to change without notice. You should be aware that investments can fluctuate in price, value and/or income, and you may get back less than you invested. Past performance is not necessarily a guide to future performance. Investments or investment services mentioned may not be suitable for you and if you have any doubts you should seek advice from your financial consultant. Where the purchase or sale of an investment requires a change from one currency to another, fluctuations in the exchange rate may have an adverse effect on the value, price or income of the investment. Certain investments may be mentioned that are not readily realizable. This means that it may be difficult to sell or realize the investment or obtain reliable information regarding its value. The levels and basis of taxation can change.

A.G. Edwards & Sons (U.K.) Ltd., Authorised and Regulated by the Financial Services Authority Limited. Registered in England No. 3587230. Registered office 41-44 Great Queen Street, 6th Floor London WC2B 5AA.

© 2007 A.G. Edwards & Sons, Inc.   • Member SIPC.                                      www.agedwards.com   _____