

A publication of
WACHOVIA CAPITAL MARKETS, LLC

*Equity Research*

December 24, 2007

## The NewsPAPER Trail
**Rough Year in '07; Doesn't Look Much Better for '08**

- **What's new?** The publishers had a rough year in 2007. We expect revenues for the group (ex. GHS) to finish down ~8%, EBITDA to finish down a greater 11%. Market cap (wtd. avg.) for the group through 12/21/07 is down 35% from the beginning of the year (vs. +4% for the S&P 500). From an operating perspective, we expect more of the same in 2008. '08 top line results will be pressured by cyclical and secular challenges, and we think there is less room to cut costs going forward, to help offset the revenue declines. However, we maintain our Market Weighting for the group, as we think the bad news is largely priced into the stocks and with the group trading at 6.7x '08 EBITDA the downside appears limited.

- **NYT print page counts:** Our counts imply Dec. linage is mixed for help wanted/real estate/movies/dept. stores/telco/tech (ROP): Help wanted and real estate are down in the high and mid 20's, respectively. Dept. stores are up high singles, movies up 8%, while telecom is up slightly (Verizon continues to promote FiOS/bundled offering) and tech is off ~20%. Financials are up strongly due to Fidelity, and Bank of America.

- **WSJ page counts:** Linage at the US WSJ in December is trending flat for the month, with color linage trending down in the high single digits.

- **Online Recruitment:** Both MNST and DHX remain volatile. Our checks suggest a continued slowing in y/y growth at MNST, both domestically and internationally. Moreover, our staffing counts have turned negative for the second consecutive week (on a y/y basis).

- **Scripps / Discovery Weekly Cable Ratings:** See pg. 4 for data on: The Discovery Channel, The Learning Channel, Animal Planet, The Food Network & HGTV.

- **Watchin' the gap:** The Wachovia mid/large cap radio stocks are trading at 9.7x FTM EV/EBITDA, 2.6 turns higher than our publishing universe.

- **Newspaper valuation:** On an EBITDA basis, our publishing universe of stocks is trading at a FTM EV/EBITDA multiple of 7.1x. On a P/E basis (ex. GHS) the universe of stocks is trading at 11.8x.

- **Ad agencies:** WPP's Mediaedge:cia has won the Sony Asian media planning and buying account following a review (est spending ~ $250M). Decisions are expected in Dec/Jan for the following accounts: Hyundai/Kia ($800M), Visa ($650M), Cadbury ($140M), Royal Caribbean ($90M), and Microsoft ($50M).

- **Agency valuations:** OMC and IPG are trading at 9.0x and 5.9x our '08 EBITDA estimates, vs. 9.0x and 6.1x, respectively, a week ago.

**Publishing & Advertising**

**John Janedis, CFA, Senior Analyst**
(212) 214-5027 / john.janedis@wachovia.com
**Jaime Neuman, CFA, CPA, Associate Analyst**
(212) 214-5015 / jaime.neuman@wachovia.com
**Brendan Metrano, CFA, Associate Analyst**
(212) 214-8064 / brendan.metrano@wachovia.com

**Please see page 6 for rating definitions, important disclosures and required analyst certifications.**

WCM does and seeks to do business with companies covered in its research reports.  As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report *and* investors should consider this report as only a single factor in making their investment decision.

## Publishing Valuation Charts

**Publishing & Broadcasting Forward 12-Month EBITDA Multiple**

Source: Wachovia Capital Markets LLC estimates

**Forward 12-Month Historical EV/EBITDA Multiples**

Source: Wachovia Capital Markets LLC estimates

**2007E EV/EBITDA Multiples vs. 2007E EBITDA Growth**

Source: Wachovia Capital Markets LLC estimates

**2007E P/E Multiples vs. 2007E EPS Growth**

Source: Wachovia Capital Markets LLC estimates

**Forward 12-Month P/E Valuation**

| P/E F12M: | GCI | JRC | LEE | MNI | NYT | SSP | S&P 500 | Average |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 9.1x | 7.2x | 11.3x | 9.7x | 16.3x | 17.3x | 15.1x | 11.8x |
| HIGH | 26.0x | 23.4x | 25.6x | 32.0x | 26.1x | 33.5x | 28.1x | 27.8x |
| LOW | 8.1x | 4.9x | 9.5x | 9.7x | 13.3x | 14.0x | 12.8x | 9.9x |
| AVG | 16.6x | 14.0x | 17.7x | 19.2x | 20.0x | 23.7x | 18.9x | 18.5x |
| MEDIAN | 16.7x | 14.5x | 17.6x | 19.1x | 20.0x | 23.8x | 17.7x | 18.6x |

Source: Wachovia Capital Markets LLC estimates



## Newspaper Page Count

***New York Times*** **Help Wanted Ad Pages and YoY % Change**

Source: Wachovia Capital Markets LLC

***New York Times*** **Real Estate Ad Pages and YoY % Change**

Source: Wachovia Capital Markets LLC

***Wall Street Journal*** **Total Ad Pages and YoY % Change**

Source: Wachovia Capital Markets LLC

## Scripps and Discovery Key Channel Weekly Ratings Data

| PrimeTime | Total Day |
|---|---|

(DISC) - Live+SD AA(000) - P2+ & P25-54

(DISC) - Live+SD AA(000) - P2+ & P25-54

(TLC) - Live+SD AA(000) - P2+ & P25-54

(TLC) - Live+SD AA(000) - P2+ & P25-54

(APL) - Live+SD AA(000) - P2+ & P25-54

(APL) - Live+SD AA(000) - P2+ & P25-54

(HGTV) - Live+SD AA(000) - P2+ & P25-54

(HGTV) - Live+SD AA(000) - P2+ & P25-54

(FOOD) - Live+SD AA(000) - P2+ & P25-54

(FOOD) - Live+SD AA(000) - P2+ & P25-54

Source: Nielsen and Wachovia Capital Markets, LLC

**The NewsPAPER Trail**

WACHOVIA CAPITAL MARKETS, LLC
EQUITY RESEARCH DEPARTMENT

## Publishing Universe

| 12/21/07 4:10 PM | Ticker | Price | YTD perf. | Revenues ($Ms) 2007E | 2008E | Growth '07/06E | 08/07E | EPS 2007E | First Call | 2008E | First Call | Growth '07/06E | 08/07E | EBITDA ($Ms) 2007E | 2008E | Growth '07/06E | 08/07E | FCF Per Share 2007E | 2008E | Growth '07/06E | 08/07E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Newspapers* | | | | | | | | | | | | | | | | | | | | | |
| Gannett Co. | GCI | $39.37 | -35% | $7,564 | $7,339 | -5.8% | -3.0% | $4.40 | $4.43 | $4.30 | $4.46 | -10.2% | -2.3% | $2,062 | $1,995 | -9.4% | -3.3% | $4.88 | $4.78 | -4.1% | -2.2% |
| GateHouse Media | GHS | $9.75 | -47% | $587 | $753 | 48.4% | 28.2% | $0.06 | $0.25 | $0.35 | $0.42 | NM | NM | $125 | $185 | 54.1% | 48.3% | $1.34 | $1.75 | 22.5% | 31.2% |
| Journal Register Co. | JRC | $2.10 | -71% | $465 | $440 | -13.1% | -5.4% | $0.44 | $0.45 | $0.28 | $0.36 | -48.2% | -35.7% | $94 | $83 | -20.4% | -12.6% | $0.18 | $0.42 | -65.4% | 133.4% |
| Lee Enterprises, Inc. | LEE | $15.29 | -51% | $1,128 | $1,088 | -0.1% | -3.5% | $1.65 | $1.65 | $1.36 | $1.36 | -11.6% | -17.9% | $277 | $248 | -5.5% | -10.3% | $2.96 | $2.70 | -6.9% | -8.9% |
| McClatchy Co. | MNI | $12.71 | -71% | $2,262 | $2,119 | -18.1% | -6.3% | $1.41 | $1.45 | $1.30 | $1.30 | -53.3% | -8.0% | $567 | $499 | -19.9% | -12.0% | $2.21 | $2.18 | -38.1% | -1.3% |
| New York Times Co. | NYT | $17.65 | -28% | $3,206 | $3,132 | -2.6% | -2.3% | $1.05 | $1.06 | $1.08 | $1.16 | -20.4% | 2.9% | $474 | $474 | -2.9% | 0.0% | ($0.20) | $1.10 | NM | NM |
| *Total Newspaper Group* | | | | | | 1.4% | 1.3% | | | | | -28.7% | -12.2% | | | -0.7% | 1.7% | | | -18.4% | 30.5% |
| *Advertising* | | | | | | | | | | | | | | | | | | | | | |
| Omnicom Group | OMC | $48.43 | -7% | $12,651 | $13,675 | 11.2% | 8.1% | $2.95 | $2.96 | $3.33 | $3.32 | 18.4% | 12.8% | $1,873 | $2,031 | 12.1% | 8.4% | $1.73 | $1.97 | 69.7% | 14.1% |
| Interpublic Group | IPG | $8.23 | -33% | $6,546 | $6,890 | 5.7% | 5.3% | $0.21 | $0.51 | $0.47 | $0.68 | NM | 120.0% | $614 | $829 | 56.7% | 35.1% | $0.41 | $0.67 | NM | 62.9% |
| *Total Advertising* | | | | | | 8.5% | 6.7% | | | | | 18.4% | 66.4% | | | 34.4% | 21.8% | | | 69.7% | 38.5% |
| *Select Internet Companies* | | | | | | | | | | | | | | | | | | | | | |
| Monster Worldwide Inc. | MNST | $33.98 | -27% | $1,348 | $1,538 | 20.8% | 14.0% | $1.39 | $1.40 | $1.78 | $1.83 | 10.4% | 28.2% | $337 | $412 | 12.1% | 22.3% | $1.33 | $1.77 | 3.5% | 33.2% |
| Dice Holdings Inc. | DHX | $8.05 | -38% | $143 | $172 | 71.0% | 20.2% | $0.20 | NA | $0.35 | NA | 63.6% | 74.2% | $54 | $68 | 71.8% | 26.4% | $0.55 | $0.68 | 58.4% | 24.6% |
| Google Inc. | GOOG | $696.69 | 51% | $11,709 | $16,547 | 10.4% | 41.3% | -- | $15.57 | -- | $20.69 | 82.4% | 47.2% | NA | NA | NA | NA | NA | NA | NA | NA |
| Yahoo Inc. | YHOO | $24.01 | -6% | $5,119 | $5,954 | -20.3% | 16.3% | -- | $0.43 | -- | $0.54 | -8.8% | -17.3% | NA | NA | NA | NA | NA | NA | NA | NA |
| *Total Select Internet Cos.* | | | | | | 20.4% | 23.0% | | | | | 36.9% | 33.1% | | | 42.0% | 24.4% | | | 30.9% | 28.9% |
| *Mid-Cap Media* | | | | | | | | | | | | | | | | | | | | | |
| Discovery Holding Co. (Discovery Communications) | DISCA | $25.79 | 60% | $2,839 | $2,933 | 5.3% | 3.3% | $0.47 | $0.46 | $0.50 | $0.53 | 777.0% | 6.4% | $573 | $704 | 12.2% | 22.9% | $1.51 | $1.20 | 64.7% | -20.5% |
| E.W. Scripps | SSP | $43.74 | -12% | $2,518 | $2,703 | 0.8% | 7.3% | $2.21 | $2.20 | $2.56 | $2.53 | -8.0% | 16.0% | $815 | $910 | -4.6% | 11.7% | $2.36 | $2.75 | 7.5% | 16.8% |
| *Total Mid-Cap Media* | | | | | | 3.0% | 5.3% | | | | | 384.5% | 11.2% | | | 3.8% | 17.3% | | | 36.1% | NA |
| S&P 500 | | $1,484 | 5% | | | | | -- | $92.08 | -- | $98.74 | 15.6% | 4.4% | | | | | | | | |
| NASDAQ | | $2,692 | 11% | | | | | | | | | | | | | | | | | | |

| | Ticker | Equity Cap ($Ms) | Less: Other ($Ms) | Enter. Value ($Ms) | P/E Multiple 2007E | 2008E | F12M | EBITDA Multiple 2007E | 2008E | F12M | P/FCF 2007E | 2008E | F12M | Debt/EBITDA 2007E | 2008E | FCF Yield 2007E | 2008E | Div. Yield 2007E | 2008E | Capex / Sales 2007E | 2008E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Newspapers* | | | | | | | | | | | | | | | | | | | | | |
| Gannett Co. | GCI | $9,161 | $828 | $12,661 | 8.9x | 9.2x | 9.1x | 6.1x | 6.3x | 6.3x | 8.1x | 8.2x | 8.2x | 2.1x | 1.7x | 12.4% | 12.1% | 3.4% | 4.1% | 2.3% | 2.4% |
| GateHouse Media | GHS | $564 | $70 | $1,614 | NA | 27.7x | NA | 12.9x | 8.7x | 9.1x | 7.3x | 5.6x | 5.7x | 9.0x | 6.1x | 13.7% | 18.0% | 16.1% | 16.4% | 1.2% | 1.6% |
| Journal Register Co. | JRC | $83 | $0 | $712 | 4.8x | 7.4x | 7.2x | 7.5x | 8.6x | 8.5x | 11.6x | 5.0x | 5.5x | 6.7x | 7.5x | 8.6% | 20.1% | 2.9% | 0.0% | 6.3% | 3.2% |
| Lee Enterprises, Inc. | LEE | $700 | $326 | $1,759 | 9.3x | 11.3x | 11.3x | 6.4x | 7.1x | 7.1x | 5.2x | 5.7x | 5.7x | 4.8x | 5.0x | 19.4% | 17.7% | 5.0% | 5.1% | 3.1% | 3.0% |
| McClatchy Co. | MNI | $1,048 | $505 | $2,329 | 9.0x | 9.8x | 9.7x | 4.1x | 4.7x | 4.6x | 5.8x | 5.8x | 5.8x | 4.4x | 3.6x | 17.4% | 17.1% | 5.7% | 5.7% | 2.7% | 2.3% |
| New York Times Co. | NYT | $2,544 | $870 | $2,638 | 16.7x | 16.3x | 16.3x | 5.6x | 5.6x | 5.6x | NA | 16.0x | NA | 2.0x | 2.0x | -1.1% | 6.2% | 4.9% | 5.2% | 11.6% | 5.3% |
| *Total Newspaper Group* | | | | | 9.7x | 10.8x | 10.7x | 5.9x | 6.8x | 6.9x | 7.6x | 8.1x | 6.3x | 4.8x | 4.3x | 11.7% | 15.2% | 6.3% | 6.1% | 4.5% | 3.0% |
| *Advertising* | | | | | | | | | | | | | | | | | | | | | |
| Omnicom Group | OMC | $15,992 | $0 | $18,268 | 16.4x | 14.5x | 14.7x | 9.8x | 9.0x | 9.1x | 28.0x | 24.6x | 24.9x | 1.6x | 1.5x | 3.6% | 4.1% | 1.2% | 1.4% | 1.6% | 1.6% |
| Interpublic Group | IPG | $4,721 | $250 | $4,926 | 38.7x | 17.6x | 19.3x | 8.0x | 5.9x | 6.1x | 20.1x | 12.4x | 13.0x | 3.4x | 2.3x | 5.0% | 8.1% | 0.0% | 0.0% | 2.3% | 2.2% |
| *Total Advertising* | | | | | 27.5x | 16.1x | 17.0x | 8.9x | 7.5x | 7.6x | 24.1x | 18.5x | 18.9x | 2.5x | 1.9x | 4.3% | 6.1% | 0.6% | 0.7% | 1.9% | 1.9% |
| *Select Internet Companies* | | | | | | | | | | | | | | | | | | | | | |
| Monster Worldwide Inc. | MNST | $4,443 | $70 | $3,746 | 24.4x | 19.0x | 19.5x | 11.1x | 9.1x | 9.3x | 25.6x | 19.2x | 19.7x | 0.0x | 0.0x | 3.9% | 5.2% | 0.0% | 0.0% | 5.2% | 4.5% |
| Dice Holdings Inc. | DHX | $539 | $0 | $497 | 39.6x | 22.7x | 24.1x | 11.4x | 9.1x | 9.3x | 14.7x | 11.8x | 12.0x | 1.3x | 0.7x | 6.8% | 8.5% | 0.0% | 0.0% | 2.5% | 3.1% |
| Google Inc. | GOOG | $217,337 | $0 | $204,249 | 44.7x | 33.7x | 34.6x | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 0.0% | 0.0% | 20.8% | 20.8% |
| Yahoo Inc. | YHOO | $31,935 | $9,620 | $20,852 | 55.8x | 44.5x | 45.4x | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 0.0% | 0.0% | 11.1% | 11.1% |
| *Total Select Internet Cos.* | | | | | 41.2x | 30.0x | 30.9x | 11.3x | 9.1x | 9.3x | 20.2x | 15.5x | 15.9x | 0.7x | 0.4x | 5.4% | 6.8% | 0.0% | 0.0% | 9.9% | 9.9% |
| *Mid-Cap Media* | | | | | | | | | | | | | | | | | | | | | |
| Discovery Holding Co. (Discovery Comm) | DISCA | $7,239 | $0 | $10,440 | 55.4x | 52.1x | 52.3x | 18.2x | 14.8x | 15.1x | 17.1x | 21.5x | 21.2x | 4.6x | 3.3x | 5.8% | 4.6% | 0.0% | 0.0% | 2.3% | 5.2% |
| E.W. Scripps | SSP | $7,180 | $267 | $7,518 | 19.8x | 17.1x | 17.3x | 9.2x | 8.3x | 8.3x | 18.6x | 15.9x | 16.1x | 0.6x | 0.5x | 5.4% | 6.3% | 1.2% | 1.3% | 4.4% | 3.5% |
| *Total Mid-Cap Media* | | | | | 37.6x | 34.6x | 34.8x | 13.7x | 11.5x | 11.7x | 17.8x | 18.7x | 18.6x | 2.6x | 1.9x | 5.6% | 5.5% | 0.6% | 0.6% | 3.3% | 4.4% |
| S&P 500 | | | | | 15.0x | 16.1x | 15.1x | | | | | | | | | | | 1.6% | 1.6% | | |

\* DISCA: revenue, debt, EBITDA, FCF, and capex data includes pro-rata portion of Discovery Communications
\* Out = Outperform, Market - Market Perform, Under - Underperform

Source: FactSet, Reuters, and Wachovia Capital Markets, LLC estimates

## Required Disclosures

*Additional Information Available Upon Request*

I certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and
2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

Wachovia Capital Markets, LLC does not compensate its research analysts based on specific investment banking transactions. WCM's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

*STOCK RATING*

**1 = Outperform:** The stock appears attractively valued, and we believe the stock's total return will exceed that of the market over the next 12 months. BUY

**2 = Market Perform:** The stock appears appropriately valued, and we believe the stock's total return will be in line with the market over the next 12 months. HOLD

**3 = Underperform:** The stock appears overvalued, and we believe the stock's total return will be below the market over the next 12 months. SELL

*SECTOR RATING*

**O = Overweight:** Industry expected to outperform the relevant broad market benchmark over the next 12 months.

**M = Market Weight:** Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.

**U = Underweight:** Industry expected to underperform the relevant broad market benchmark over the next 12 months.

*VOLATILITY RATING*

**V =** A stock is defined as volatile if the stock price has fluctuated by +/-20% or greater in at least 8 of the past 24 months or if the analyst expects significant volatility. All IPO stocks are automatically rated volatile within the first 24 months of trading.

As of: December 24, 2007

| | |
|---|---|
| 46% of companies covered by Wachovia Capital Markets, LLC Equity Research are rated Outperform. | Wachovia Capital Markets, LLC has provided investment banking services for 39% of its Equity Research Outperform-rated companies. |
| 52% of companies covered by Wachovia Capital Markets, LLC Equity Research are rated Market Perform. | Wachovia Capital Markets, LLC has provided investment banking services for 33% of its Equity Research Market Perform-rated companies. |
| 2% of companies covered by Wachovia Capital Markets, LLC Equity Research are rated Underperform. | Wachovia Capital Markets, LLC has provided investment banking services for 21% of its Equity Research Underperform-rated companies. |

## Additional Disclosures For International Clients

For additional disclosure information please go to: www.wachoviaresearch.com

The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For certain non-U.S. institutional readers (including readers in the EEA), this report is distributed by Wachovia Securities International Limited. For the purposes of Section 21 of the U.K. Financial Services and Markets Act 2000, this report has been approved by Wachovia Securities International Limited. This research is not intended for, and should not be relied on by, private customers. Please consult your Financial Advisor or the Wachovia Securities office in your area for additional information. U.S. residents are directed to wachovia.com for investment and related services.

For Wachovia Securities International Limited's policy for managing conflicts of interest in connection with research, please go to: www.wachoviaresearch.com/conflicts

## *Important Information for Japanese Recipients*

This material is distributed in Japan by Wachovia Securities (Japan) Co., Ltd., a foreign securities company registered with the Financial Services Agency in Japan.

## *Important Information for Australian Recipients*

Wachovia Capital Markets, LLC ("WCM") is exempt from the requirements to hold an Australian financial services license in respect of the financial services it provides to wholesale clients in Australia. WCM is a registered broker-dealer registered with the U.S. Securities and Exchange Commission, and a member of the New York Stock Exchange, the National Association of Securities Dealers, Inc. and the Securities Investor Protection Corp. WCM is regulated under U.S. laws which differ from Australian laws. Any offer or documentation provided to you by WCM in the course of providing the financial services will be prepared in accordance with the laws of the United States and not Australian laws.

## *Additional Disclosures*

WCM is a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of the New York Stock Exchange, the Financial Industry Regulatory Authority and the Securities Investor Protection Corp. Wachovia Securities International Limited is a U.K. incorporated investment firm authorized and regulated by the Financial Services Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in this report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information. The information in this report has been obtained or derived from sources believed by Wachovia Capital Markets, LLC, to be reliable, but Wachovia Capital Markets, LLC, does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of Wachovia Capital Markets, LLC, at this time, and are subject to change without notice. For the purposes of the U.K. Financial Services Authority's rules, this report constitutes impartial investment research. Each of Wachovia Capital Markets, LLC, and Wachovia Securities International Limited is a separate legal entity and distinct from affiliated banks. Copyright © 2007 Wachovia Capital Markets, LLC.

SECURITIES: NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE