

**WHERE KNOWLEDGE IS POWER**

IBISWorld Industry Report
December 04 2007

Newspaper Publishers in the US: 51111



DISCLAIMER

This product has been supplied by IBISWorld Inc. ('IBISWorld') solely for use by its authorized licenses strictly in accordance with their license agreements with IBISWorld. IBISWorld makes no representation to any other person with regard to the completeness or accuracy of the data or information contained herein, and it accepts no responsibility and disclaims all liability (save for liability which cannot be lawfully disclaimed) for loss or damage whatsoever suffered or incurred by any other person resulting from the use of, or reliance upon, the data or information contained herein. Copyright in this publication is owned by IBISWorld Inc. The publication is sold on the basis that the purchaser agrees not to copy the material contained within it for other than the purchasers own purposes. In the event that the purchaser uses or quotes from the material in this publication - in papers, reports, or opinions prepared for any other person - it is agreed that it will be sourced to: IBISWorld Inc.

# Contents

Industry Definition ...................................................................................................................................3
  ACTIVITIES (PRODUCTS AND SERVICES) ...................................................................................3
  SIMILAR INDUSTRIES .......................................................................................................................3
  DEMAND & SUPPLY INDUSTRIES ...................................................................................................3
Key Statistics ...........................................................................................................................................5
  CONSTANT PRICES ..........................................................................................................................5
  CURRENT PRICES .............................................................................................................................5
  REAL GROWTH ..................................................................................................................................6
  RATIO TABLE .....................................................................................................................................6
  GRAPHS .............................................................................................................................................6
Segmentation ..........................................................................................................................................8
  PRODUCTS AND SERVICE SEGMENTATION .................................................................................8
  MAJOR MARKET SEGMENTS ...........................................................................................................9
  INDUSTRY CONCENTRATION ........................................................................................................10
  GEOGRAPHIC SPREAD ..................................................................................................................11
Market Characteristics ..........................................................................................................................13
  MARKET SIZE ...................................................................................................................................13
  LINKAGES .........................................................................................................................................13
  DEMAND DETERMINANTS ..............................................................................................................14
  DOMESTIC AND INTERNATIONAL MARKETS ...............................................................................15
  BASIS OF COMPETITION ................................................................................................................15
  LIFE CYCLE ......................................................................................................................................16
Industry Conditions ...............................................................................................................................17
  BARRIERS TO ENTRY .....................................................................................................................17
  TAXATION .........................................................................................................................................17
  INDUSTRY ASSISTANCE .................................................................................................................17
  REGULATION AND DEREGULATION .............................................................................................18
  COST STRUCTURE ..........................................................................................................................19
  CAPITAL AND LABOR INTENSITY ..................................................................................................19
  TECHNOLOGY AND SYSTEMS ......................................................................................................20
  INDUSTRY VOLATILITY ...................................................................................................................20
  GLOBALIZATION ..............................................................................................................................20
Key Factors ...........................................................................................................................................22
  KEY SENSITIVITIES .........................................................................................................................22
  KEY SUCCESS FACTORS ...............................................................................................................22
Key Competitors ....................................................................................................................................24
  MAJOR PLAYERS ............................................................................................................................24
  PLAYER PERFORMANCE ................................................................................................................24
  OTHER PLAYERS ............................................................................................................................36
Industry Performance ............................................................................................................................38
  CURRENT PERFORMANCE .............................................................................................................38
  HISTORICAL PERFORMANCE ........................................................................................................41
Outlook ..................................................................................................................................................46

# Industry Definition

This US industry comprises establishments known as newspaper publishers. Establishments in this industry carry out operations necessary for producing and distributing newspapers, including gathering news; writing news columns, feature stories, and editorials; and selling and preparing advertisements. These establishments may publish newspapers in print or electronic form.

## ACTIVITIES (PRODUCTS AND SERVICES)

The primary activities of this industry are:
- Newspapers in print
- Newspapers in electronic form
- Newspaper publishers
- Publishers, newspapers

The major products and services in this industry are:
- Other newspapers published less than 4 times per week
- Sunday newspapers
- Morning daily Newspapers
- Evening daily newspapers

## SIMILAR INDUSTRIES

Industry: 51112 - Periodical Publishers in the US
Description:

Industry: 51113 - Book Publishers in the US
Description:

Industry: 51119 - Other Publishers in the US
Description:

Industry: 51311 - Radio Broadcasting in the US
Description:

Industry: 51312 - Television Broadcasting in the US
Description:

Industry: 51114 - Database and Directory Publishers in the US
Description:

## DEMAND & SUPPLY INDUSTRIES

32212 - Paper Mills in the US
32591 - Printing Ink Manufacturing in the US
33329a - Semiconductor Machinery Manufacturing in the US
33329b - Printing, Paper, Food, Textile and Other Industrial Machinery Manufacturing in the US

- 42292 - Book, Periodical and Newspaper Wholesalers in the US
- 45121 - Book Stores and News Dealers in the US
- 54181 - Advertising Agencies in the US
- 54183 - Media Buying Agencies in the US

© Copyright 2007, IBISWorld Inc.

# Key Statistics

## CONSTANT PRICES

|  | 2002 | 2003 | 2004 | 2005 | 2006 | |
|---|---|---|---|---|---|---|
| Industry Revenue | 51,681.9 | 51,788.5 | 51,290.3 | 51,174.5 | *49,536.9 | $Mill |
| Industry Gross Product | *25,190.5 | *26,826.4 | *27,416.6 | *27,252.1 | *26,205.6 | $Mill |
| Number of Establishments | 8,617 | *8,615 | *8,610 | 8,605 | *8,600 | Units |
| Number of Enterprises | N/A | N/A | N/A | N/A | N/A | |
| Employment | 400,692 | *400,000 | *398,000 | *394,000 | *386,120 | Units |
| Exports | N/A | N/A | 68.9 | 65.9 | N/A | $Mill |
| Imports | N/A | N/A | N/A | N/A | N/A | |
| Total Wages | *15,370.2 | *15,536.6 | *16,259.0 | *16,120.0 | *15,604.1 | $Mill |
| Domestic Demand | NC | NC | NC | NC | NC | $Mill |
| Circulation-Dailies | 55,186.0 | 55,185.0 | 54,626.0 | 53,345.0 | 52,329.0 | Thousands |

## CURRENT PRICES

|  | 2002 | 2003 | 2004 | 2005 | 2006 | |
|---|---|---|---|---|---|---|
| Industry Revenue | 46,402.0 | 47,443.0 | 48,366.0 | 49,717.0 | *49,536.9 | $Mill |
| Industry Gross Product | *22,617.0 | *24,575.4 | *25,853.5 | *26,475.9 | *26,205.6 | $Mill |
| Number of Establishments | 8,617 | *8,615 | *8,610 | *8,605 | *8,600 | Units |
| Number of Enterprises | N/A | N/A | N/A | N/A | N/A | |
| Employment | 400,692 | *400,000 | *398,000 | *394,000 | *386,120 | Units |
| Exports | N/A | N/A | 65.0 | 64.0 | N/A | $Mill |
| Imports | N/A | N/A | N/A | N/A | N/A | |
| Total Wages | *13,800.0 | *14,232.9 | *15,332.0 | *15,660.9 | *15,604.1 | $Mill |
| Domestic Demand | NC | NC | NC | NC | NC | $Mill |
| Circulation-Dailies | 55,186.0 | 55,185.0 | 54,626.0 | 53,345.0 | 52,329.0 | Thousands |

© Copyright 2007, IBISWorld Inc.

KEY STATISTICS
Newspaper Publishers in the US
December 04 2007

## REAL GROWTH

|  | 2002 | 2003 | 2004 | 2005 | 2006 |  |
|---|---|---|---|---|---|---|
| Industry Revenue | -0.9 | 0.2 | -1.0 | -0.2 | *-3.2 | % |
| Industry Gross Product | *-1.5 | *6.5 | *2.2 | *-0.6 | *-3.8 | % |
| Number of Establishments | 0.9 | *0.0 | *-0.1 | *-0.1 | *-0.1 | % |
| Number of Enterprises | N/A | N/A | N/A | N/A | N/A | % |
| Employment | -3.2 | *-0.2 | *-0.5 | *-1.0 | *-2.0 | % |
| Exports | N/A | N/A | N/A | -4.4 | N/A | % |
| Imports | N/A | N/A | N/A | N/A | N/A | % |
| Total Wages | *-5.0 | *1.1 | *4.6 | *-0.9 | *-3.2 | % |
| Domestic Demand | NC | NC | NC | NC | NC | % |

## RATIO TABLE

|  | 2002 | 2003 | 2004 | 2005 | 2006 |  |
|---|---|---|---|---|---|---|
| Imports share of domestic demand | N/A | N/A | N/A | N/A | N/A | % |
| Exports Share of Revenue | N/A | N/A | 0.13 | 0.13 | N/A | % |
| Average Revenue per Employee | 0.13 | *0.13 | *0.13 | *0.13 | *0.13 | $Mill |
| Wages and Salaries Share of Revenue | *29.74 | *30.00 | *31.70 | *31.50 | *31.50 | % |

## GRAPHS

Revenue



Revenue Growth Rate




KEY STATISTICS
Newspaper Publishers in the US
December 04 2007

Employment



Note: Unless specified, an asterisk (*) associated with a number in a table indicates an IBISWorld estimate and references to dollars are to US dollars.

© Copyright 2007, IBISWorld Inc.

# Segmentation

## PRODUCTS AND SERVICE SEGMENTATION



| Product/Services | Share |
|---|---|
| Other newspapers published less than 4 times per week | 70.7% |
| Sunday newspapers | 11.3% |
| Morning daily Newspapers | 10.1% |
| Evening daily newspapers | 7.9% |

The major product categories include:

- Mass circulation daily newspapers, comprising 833 morning and 614 evening daily newspapers in 2006.
- Non-daily newspapers - such as the Sunday newspapers, and suburban and industry specific weekly newspapers. In 2005, there were 6,659 weekly newspapers in the US (including 914 Sunday newspapers), which represented an estimated 82% of all newspapers in the United States. While daily newspapers accounted for only 18% of all newspapers, they dominate in terms of advertising and circulation revenue.

The major types of the mass circulation newspapers include:

- Tabloids.
- Specialized or `quality' press.
- Newspapers increasingly offer readers with online content and offer advertisers additional online advertising options.

The Census Bureau broke down industry revenue in 2005 as follows: printed newspapers accounting for 85.4% of industry revenue; online newspapers 4.2%; other media newspapers 0.9%; printing services 2.1%; distribution services 3.1%; and all other operating revenue 4.3%. Newspapers' online advertising revenue is growing at a rapid pace (around 30% per year), while newspapers print advertising revenue is languishing (and declined in 2006).

© Copyright 2007, IBISWorld Inc.

## MAJOR MARKET SEGMENTS



| Market Segment | Share |
|---|---|
| 45-54 years of age | 21.8% |
| 65 years of age and over | 21.1% |
| 35 to 44 years of age | 18.5% |
| 55 to 64 year of age | 16.8% |
| 25-34 years of age | 13.4% |
| 18 to 24 years | 8.4% |

- The markets for printed newspapers can be segmented by the characteristics of both readers and advertisers.
- Readers could then be segmented by age (refer to Table for 2006 data published by the Newspaper Association of America), occupation, income, ethnicity, gender. The readership market could also be segmented by type of sale and by newspaper distribution network - for example, direct mail subscription, news stands and retailers etc.
- The market for printed newspaper advertising could be segmented by the type of advertising. In 2006, national advertising accounted for 16.1% of total printed newspaper advertising, while retail advertising accounted for 47.5%, and classified advertising accounted for 36.4% (compared with 40.3% in 2000).
- The market for advertising could also be segmented by the industry of the end-advertiser and by the party placing advertisements. Advertising companies or agencies usually negotiate bulk rates for their customers. Major industry segments for retail advertising in printed newspapers include general merchandise (31.2% of retail advertising in 2005), computers/electronic goods (10.2%), financial (17.2%) and home supplies/furniture (15%). The major industry segments for classifieds in 2005 were recruitment (29.6%), real estate (26.8%) and auto (26.5%). The major industry segments for national advertising in 2005 included public service utilities/communications (19.6% of the total), transportation/travel (14.7%), coupon marketing organizations (14.3%), motion pictures (13.2%) and auto (11%).
- The major source of revenue is advertising, which is shown in the following table.

Source of Revenue for Newspaper Publishers, Newspapers Employer Firms, 2002 (current prices)

| | Million Dollars Revenue | Percentage % of Total |
|---|---|---|
| Newspapers, print | | |
| Subscriptions and sales | 10369 | 22.7 |
| Advertising | 30551 | 66.9 |
| Newspapers, Internet | 438 | 1.0 |
| Newspapers, other media | 375 | 0.8 |
| Printing for others | 925 | 2.0 |
| Distribution of flyers, inserts, samples, etc | 2082 | 4.6 |
| Other | 920 | 2.0 |
| Total | 45660 | 100.0 |

Source: Census Bureau

## INDUSTRY CONCENTRATION

Concentration in this industry is low

- Census Bureau data suggests that the top four industry players accounted for 32.2% of industry revenue in 2002, while the top eight players accounted for 44.6% of industry revenue.
- Concentration can, however, be very high in specific geographic markets (e.g., specifically in particular cities and towns) and in specific product markets (e.g., financial newspapers).
- Concentration is increasing. For example, The McClatchy Company completed the acquisition of Knight-Ridder Inc in June 2006 in a transaction valued at $6.5 billion. The McClatchy Company's subsequently divested some publications (mostly for strategic reasons although one publication was divested for antitrust reasons) with such divestitures principally made to existing players. The expanded McClatchy group had 32 daily newspapers and approximately 50 non-dailies after divestitures. On August 1, 2007, Dow Jones & Company and New Corporation entered into a definitive merger agreement in a transaction valued at $5.6 billion.
- In this industry, individual establishments tend to be small. Census Bureau data suggests that only 134 establishments out of a total of 8,435 establishments in this industry had 500 or more employees in 2004. The United States has around 9,000 community newspapers with fragmented ownership. Macquarie Media Group (MMG), headquartered in Australia, has identified a "significant opportunity for sector consolidation" and in March 2007 acquired 100% of American Consolidated Media (which had 42 papers serving local communities in Texas and Oklahoma). In June 2007, MMG announced that American Consolidated Media will acquire 100% of Superior Publishing Corporation (a publisher of 19 local newspapers in Minnesota, Wisconsin and Michigan).
- Federal Communications Commission (FCC) rules affect the level of common ownership or control of most communications media serving common market areas.

SEGMENTATION
Newspaper Publishers in the US
December 04 2007

## GEOGRAPHIC SPREAD

Year: 2007
Employment by Region



| Region | Percentage |
|---|---|
| South East | 24.5 |
| Mid East | 18.0 |
| Great Lakes | 16.5 |
| Far West | 14.0 |
| Plains | 8.5 |
| South West | 8.5 |
| New England | 6.5 |
| Rocky Mountains | 3.5 |

Establishments by Region



| Region | Percentage |
|---|---|
| South East | 23.0 |
| Mid East | 13.5 |
| Great Lakes | 15.5 |
| Far West | 12.5 |
| Plains | 14.5 |
| South West | 11.0 |
| New England | 5.5 |
| Rocky Mountains | 4.5 |

- The location of newspaper publishing establishments in the United States largely reflects the distribution and concentration of the population and economic activity. Other factors influencing location include historical developments (e.g., newspapers with a long and distinguished history), the location of capital markets and entertainment industries.
- The Census Bureau's "2004 County Business Patterns" publication suggests that the major regions are South East (accounting for 24.3% of industry employment in 2004), Mid East (18.2%), Great Lakes (16.6%) and Far West (14.1%).

- The South East region of the United States was also the largest region in terms of establishments (accounting for 23.1% of the national total in 2004). The Mid East region had the largest payroll (22.7% of the national total), due in part to high average payroll per employee (compared with other regions).
- Only one region experienced an increase in industry establishments between 1997 and 2005 - Mid East (up 59 establishments).
- The Mid East region registered the highest average number of employees per establishment in 2004, with 60.8 employees compared to the national average of 45.4.
- States with the most establishments in 2004 were California (accounting for 7.5% of the total number of establishments in the United States), Texas (7.3%) and New York (6%).
- Establishments in California generated over $5 billion in receipts in 1997 (12% of the industry total in 1997), followed by New York (8.8%), Florida (6.4%) and Texas (5.9%). Some establishments operate newspapers that have significant sales outside the State in which the establishment is located.

# Market Characteristics

## MARKET SIZE

IBISWorld forecasts that in the year ended December 31, 2007 the US Newspaper Publishers industry will:

- generate revenue of $46.6 billion (value expressed in constant 2006 prices), down 6% in real terms on estimated revenue in 2006. This represents around 17.5% of revenue generated by publishing industries in the United States.
- contribute approximately $24.5 billion to the US economy (value expressed in constant 2006 prices), accounting for an estimated 0.19% of US GDP.
- have an insignificant level of imports and exports.
- employ 368,745 people at employer establishments, down 4.5% on estimated employee numbers in 2006.
- have 8,595 employer establishments, down less than 0.1% on the number of establishments in 2006.
- pay employees payroll totaling $14.7 billion (value expressed in constant 2006 prices), down 5.7% in real terms on payroll in 2006.

According to the Newspaper Association of America, there were 1,437 daily newspapers in the United States in 2006 with a daily circulation of 52.2 million in 2006. There were 907 Sunday newspapers with a circulation of 53.2 million in 2006. There were 5,745 weekly newspapers in the United States in 2005.

Based on data published by the Newspaper Association of America, newspapers generated advertising revenue of $49.3 billion in 2006. Advertising in newspapers (including advertising on newspaper web sites) represented 18.2% of total US advertising in 2005 (compared with 19.2% in 2001 and 22% in 1996).

IBISWorld forecasts that industry revenue will decline at an average annualized real rate of 2.1% in the five years to December 31, 2007. Newspaper circulation volumes will decline. Newspapers will also encountered strong competition for the advertising dollar from other media, including the Internet, direct mail and cable TV. On the other hand, newspaper Internet sites will post strong growth in revenue and profitability. Newspaper advertising revenue in 2007 will be adversely affected by a soft housing market.

It should be noted that some establishments that publish newspapers may have another activity that is their principal activity (e.g., Periodical Publishing). The newspaper activities of these establishments are not included in the Key Statistics of this report.

## LINKAGES

### Demand Linkages

42292 - Book, Periodical and Newspaper Wholesalers in the US
This industry comprises establishments primarily engaged in wholesaling wrapping and other coarse paper, paperboard, converted paper (except stationery and office supplies), and/or related disposable plastics products.

45121 - Book Stores and News Dealers in the US
Retailing newspapers, magazines, and other periodicals via electronic home shopping, mail-order, or direct sale

54183 - Media Buying Agencies in the US
Establishments which selling time and/or space for media owners, as independent representatives

© Copyright 2007, IBISWorld Inc.

▤ 54181 - Advertising Agencies in the US
Establishments primarily engaged in creating direct mail advertising campaigns.

**Supply Linkages**
▤ 32212 - Paper Mills in the US
Establishments primarily engaged in wholesaling wrapping and other coarse paper, paperboard, converted paper (except stationery and office supplies), and/or related disposable plastics products.

▤ 32591 - Printing Ink Manufacturing in the US
Establishments primarily engaged in recycling inkjet cartridges.

▤ 33329b - Printing, Paper, Food, Textile and Other Industrial Machinery Manufacturing in the US
Manufacturing food and beverage packaging machinery- are classified in Industry 33399, All Other General Purpose Machinery Manufacturing

▤ 33329a - Semiconductor Machinery Manufacturing in the US
Manufacturing semiconductor testing instruments are classified in industry 334515, Instrument Manufacturing for Measuring and Testing Electricity and Electrical Signals

## DEMAND DETERMINANTS

The major determinants of demand for newspaper sales (or circulation) and for advertising space include:

- Price. The real price of newspapers has been falling globally. In order to turn around declining circulation and bolster demand, free dailies have emerged. Circulation levels and the price of advertising space in newspapers, relative to price of advertising in other media, affect demand for advertising.
- Household incomes. Those on higher incomes are more likely to purchase newspapers. Also, many advertisers tend to focus on media offering good exposure to higher spenders.
- The level of economic activity affects circulation and advertising levels. Advertising is very sensitive to economic conditions. Also, financial market conditions can affect paid subscriptions to financial newspapers, as well as advertising (e.g., for financial market participants and for floats).
- Trends in size and age distribution of the population. Advertisers tend to focus on population groups which are higher spenders.
- The prevalence of major government information dissemination programs and government tenders affect demand for advertising space.
- Layout and Content. Newspapers have increasingly incorporated color and magazine inserts to increase demand among subscribers and advertisers. Games and competitions can bolster circulation.
- Competition from substitute means of disseminating information and offering advertising (e.g., TV, radio, cinema, signs, the Internet and wireless devices). The Internet both compliments and is a major competitor. The internet has not as yet had a significant impact on circulation volumes and advertising revenues. Advertising demand is influenced by the perception among businesses and advertising agents of the impact of newspaper advertising relative to other media advertising. The Internet, magazines and data casting offer advertisers the ability to reach specific markets (rather than mass markets).
- The nature of commuter travel, as a growing proportion of the population uses private motor cars for the journey to and from work, fewer people buy newspapers to read on public transport, and there have also been problems in distribution, in getting newspapers to the outlying suburbs and regional centers early enough in the day.

© Copyright 2007, IBISWorld Inc.

## DOMESTIC AND INTERNATIONAL MARKETS

**Domestic and International Markets Exports**
Exports in this industry are low
Exports in this industry are steady

**Domestic and International Markets Imports**
Imports in this industry are low
Imports in this industry are steady

**Domestic and International Markets Analysis**

- Imports and exports are insignificant.
- Census Bureau data indicates that industry exports amounted to $64 million in 2005 (value expressed in current prices), and this represented about 0.1% of industry revenue.
- Newspapers are generally topical pertaining to localized interests/regions and therefore almost all requirements are satisfied by domestic producers. Major national and international newspapers, such as the Wall Street Journal, USATODAY and the International Herald Tribune (which is distributed in 185 countries), generate some export revenue.
- Over 80% of industry revenue is generated from advertising, and advertising is principally aimed at consumers and businesses in local markets.

## BASIS OF COMPETITION

Competition in this industry is medium
Competition in this industry is increasing

Newspapers compete for advertising revenue to varying degrees with magazines, telephone directories, radio, television and cable TV, as well as with direct mail and other advertising media (such as the Internet). Firms generally compete to maximize circulation and readership to generate income from publication sales and to attract advertisers on the basis of:

- Newspaper cover price, although less applicable to purchasers in the high income groups for whom the amounts involved are trivial.
- Content. It is important to identify the target market, to understand the needs of readers and to provide appropriately tailored content. Some advertisers prefer paying higher advertising rates to reach a selected audience in the quality press, because they are read by people on higher incomes and with greater purchasing power, rather than sheer numbers as achieved by the tabloid press.
- The value added to the product, for example, magazine inserts and supplements (which also generate advertising revenue), special competition or games, and online news and advertising content.
- Other initiatives to drive circulation. Direct marketing, including telemarketing, is a major driver of subscription sales. Single sales can be bolstered through improved point of sale-of-purchase displays and partnering initiatives with retailers.

In addition, newspaper operators compete for advertisers on the bases of:

- Advertising prices, affecting demand for advertising space and competitive factors. MediaNews Group Inc states that its newspapers "are generally positioned in markets with limited direct competition for local newspaper advertising".
- Breadth of offering. Some newspaper proprietors also own other media (e.g., TV, magazines and Internet sites) and are able to offer advertisers with a more comprehensive package.

© Copyright 2007, IBISWorld Inc.

## LIFE CYCLE

**Life Cycle Stage**
The life cycle stage is decline

**Life Cycle Reasons**
- The industry will grow at a slower rate than the economy
- Mergers and acquisitions
- Industry saturation
- Competition from other media
- Declining newspaper readership
- Electronic news

**Life Cycle Analysis**
- The industry is regarded as being in a phase of decline, with industry value added declining as a share of the economy.
- Newspapers have suffered a long term decline in their share of national advertising spending.
- Newspaper circulation and readership is in a phase of decline.
- There is growth in competition from other media.
- There have been several mergers and acquisitions in the industry over recent years.
- There is a degree of market saturation in some geographic markets.
- Major newspaper titles are now more likely to be owned by groups with interests in other media (e.g., magazines, TV and education).
- Newspapers are relying more on preprints and magazine inserts to supplement income.
- There are technological developments, such as classified advertising Internet domain sites, electronic newspapers and wireless devices. These mediums will be increasingly used to retrieve up to date information, although there are opportunities for newspaper groups to participate.

© Copyright 2007, IBISWorld Inc.

# Industry Conditions

## BARRIERS TO ENTRY

Barriers to entry in this industry are high
These barriers are steady

- Saturated market
- Established players
- High start-up costs
- Presence of economies of scale and scope.

Overall, the major barriers to the entry of new participants into the industry are:
- An overall saturated market (although niche opportunities can exist).
- The market power held by established large companies. These companies often benefit from economies of scale and scope, and can prevent expansion of new or smaller firms. Start-ups of new daily newspapers in metropolitan or suburban markets are rare. Economies of scale exist in newsprint purchases, in news collection and in developing Internet sites. Large operators that own metropolitan dailies are in a good position to win national advertising business. There can be resistance from incumbents when attempting to take a limited advertising cake. New players may be combated by incumbents introducing loss making publications. Incumbents that also own non-print media businesses are able to offer advertisers a more diverse platform.
- There can be high costs in attracting high profile journalists and writers; in distribution and marketing; and in acquiring technologically efficient printing and other equipment (although desk top publishing has allowed smaller operators to enter the industry, without significant capital expenditure).
- There are rules restricting firms owning newspaper and a radio or television station in the same market. The FCC promulgated new rules in June 2003 that liberalize rules affecting cross-media ownership (allowing firms to own newspaper and a radio or television station in the same market). However, it was announced in October 2003 that the Democrats would push for Congressional action on a Senate-passed measure to reverse the loosening of ownership rules.

## TAXATION

There are no specific taxation issues for this industry

- There are no material industry specific taxation issues.
- The National Newspaper Association (NNA) states that estate taxes are a significant impediment to the continuation of family-owned newspapers. The NNA supports elimination of the estate tax through a gradual phase-out in order to preserve family-owned businesses as reflected in the new law, and seeks to make the elimination permanent.

## INDUSTRY ASSISTANCE

The level of Industry Assistance is low
The trend of Industry Assistance is steady

There are no specific tariffs for this industry

- There is no significant government assistance to this industry, other than government advertising and notices placed in newspapers.
- The National Newspaper Association (NNA) is urging Congress to ensure that government entities and those regulated by the government continue to print public notices in U.S. newspapers. The NNA states that notices put on the Internet should complement and not replace publication in newspapers.

## REGULATION AND DEREGULATION

The level of Regulation is medium
The trend of Regulation is steady

Major regulation affecting this industry includes:

- Environmental laws. The use and disposal of inks, photographic materials, solvents and fuels may be regulated by federal, state and local agencies.
- Laws affecting the accuracy and type of content, such as copyright and libel laws.
- Rules and policies of the Federal Communications Commission (FCC) and Congress. On June 2, 2003, the FCC decided to relax the newspaper-broadcast cross-media ownership ban, subject to a 45% national audience cap for broadcasting companies. The Newspaper Association of America was hoping to a total repeal of cross-media rules. The FCC had introduced rules in 1975 restricting firms owning newspaper and a radio or television station in the same market (although grandfathering provisions and four permanent waivers resulted in there being 41 cross-owned properties). In September 2003, Congressional Republicans and the White House struck a deal in the omnibus appropriations measure establishing a permanent 39% national audience cap for broadcasting companies. However, as a result of several legal challenges to the new rules, newspapers are not able to purchase a broadcaster in their local market as the US Court of Appeal for the Third Circuit issued an order staying all of the new media ownership rules (not resolved by early June 2004).
- Newspaper Association of America (NAA) is a nonprofit organization representing the newspaper industry. NAA members account for nearly 90% of the daily circulation in the United States and a wide range of non-daily US newspapers. NAA also has many Canadian and International members. Educators, university newspapers, press associations and suppliers/vendors are also members. The Association focuses on six key strategic priorities that collectively affect the newspaper industry: marketing, public policy, diversity, industry development, newspaper operations and readership. NAA was formed on June 1, 1992, by the merger of seven associations serving the newspaper industry.
- Established in 1885, the National Newspaper Association (NNA) is the national voice of community newspapers. NNA represents owners, publishers, and editors of America's community newspapers and with 3,200 newspaper members. NNA states it is currently the largest newspaper association in the United States. The mission of the National Newspaper Association is to protect, promote and enhance America's community newspapers.
- The National Newspaper Publishers Association, also known as the Black Press of America, is a 62-year-old federation of more than 200 Black community newspapers from across the United States.

© Copyright 2007, IBISWorld Inc.

# COST STRUCTURE

Year: 2007



| Item | Cost % |
|---|---|
| Wages | 39.8%* |
| Newsprint and ink | 10.0%* |
| Depreciation | 4.1%* |
| Purchased printing | 2.4%* |
| Utilities | 0.7%* |
| Other | 25.4%* |
| Profit | 17.6%* |

- IBISWorld believes that the major costs in this industry comprise payroll (around 31.5% of industry revenue) and newsprint (paper), ink and other consumables (around 11% to 15% of revenue).
- Total labor costs, including employee benefits, are estimated to represent around 39.8% of industry revenue. Compensation expense represented 33.9% of Tribune Company's publishing segment operating revenue in 2006 (compared with 34.1% in 2005). Labor and employee benefits represented 41.3% of Knight-Ridder's operating revenue in 2005. Industry players will seek gains in through investments in new efficient presses and other equipment. Labor costs are influenced by the level of news and other content.
- The composition of material costs also varies considerably. Newsprint and ink represented 12.4% of Tribune Company's publishing segment operating revenue in 2006 (compared with 12% in 2005). As a general rule, paper commonly makes up about 80% of materials used in newspaper printing. Higher quality printing papers incorporating fillers (for example, clay based) and/or coatings are increasingly being used. Printing plates, blocks, ink, adhesives and photographic film make up the major part of the balance of material inputs.
- Some newspaper publishers outsource printing. Census Bureau data suggests that the cost of purchased printing services represented 2.4% of industry revenue in 2005.
- Due to the low unit price and the bulky nature of newspapers, distribution costs are significant in this industry. Circulation distribution expenses (including circulation-related promotion expenses) represented 11.8% of Tribune Company's publishing segment operating revenue in 2006.
- Capital costs have increased in recent years, with depreciation costs rising from around 2% of industry revenue to around 4% of industry revenue, due mainly to investments in new efficient color presses.
- Tribune Company's publishing segment incurred depreciation expense representing 4.1% of the segment's operating revenue in 2006. The segment's capital expenditures represented 4.2% of the company's operating revenue in 2006.

# CAPITAL AND LABOR INTENSITY

The level of Capital Intensity is low

- High labor costs, compared to other manufacturing industries.
- But, also rising and relatively high capital costs.
- Functions such as journalism, editing, advertising sales and distribution are labor intensive.

 © Copyright 2007, IBISWorld Inc. 19

- IBISWorld estimates that labor costs represent over 9.7 times capital costs (defined as depreciation and amortization charges), which indicates a low level of capital intensity.
- Functions such as journalism, editing, advertising sales and distribution are labor intensive.
- Capital intensity can vary between firms, and is influenced by whether printing is done in-house or outsourced.
- Capital intensity of the industry is on the increase (but varies markedly between firms) due to introduction of equipment to introduce efficiencies and improve print quality.

## TECHNOLOGY AND SYSTEMS

The level of Technology Change is medium

The major technological developments include:
- Communications technology, which uses computer and telephone lines for management and news collection and distribution can now enable firms with a spread of regional markets to print a range of publications at central locations.
- Computerized production systems using advanced input and photo-setting devices, which speed up production, and substantially reduce labor requirements (although many printers have had to upgrade their skills and trade qualifications which have been superseded by the equipment).
- Printing presses. New presses are often of a modern shaftless design capable of very high color. Individual press units in the new plant can be powered by direct drive motors that are independently controlled and synchronized by computers. New presses can also employ advanced cold-set technology that makes redundant the use of dryers to set color inks.
- Make-ready systems, and in-line delivery and finishing devices to complement environmentally acceptable presses (that is those with reduced operating noise levels and solvent emissions).
- Automatic Guided Vehicle Systems (AGVS) which are controlled by a centralized computer, automatically transport rolls of paper around the plant and deliver prepared rolls to the presses as required - they also remove empty cores and paper waste carts from the reel room and remove butt and reject rolls from the press room, and provide data collection, inventory tracking and report generation.
- Technology offering full color newspapers is particularly beneficial for advertisers, since it requires shorter deadlines (compared with preprints) and the cost is only 25% more than black and white prints.
- The Internet and wireless devices provide an alternative and cost efficient means to deliver information. Newspaper groups offer content and advertising on the Internet and are major players in online classified advertisements - the ability to offer advertisers both printed and online advertising represents a competitive advantage.

## INDUSTRY VOLATILITY

The level of volatility is medium

- Advertising is sensitive to economic conditions
- Competition can make pricing volatile
- Profitability affected by volatile paper prices
- Advertising revenue is seasonal
- Printed newspapers are coming under attack from online media

## GLOBALIZATION

© Copyright 2007, IBISWorld Inc.

INDUSTRY CONDITIONS
Newspaper Publishers in the US
December 04 2007

The level of Globalization is low
The trend of Globalization is increasing

- Globalization is low, due to low levels of exports and imports and relatively low levels of foreign investment.
- Nevertheless, there has been an increase in the level of foreign investment in this industry.
- In mid-1999, Gannett acquired Newsquest, one of the United Kingdom's largest newspaper groups.
- News Corporation, which recently moved its domicile from Australia to the US, owns newspaper interests in the US, Australia and the UK. On August 1, 2007, New Corporation announced that the company had entered into a definitive agreement to acquire Dow Jones & Company (which owns the Wall Street Journal); and News Corporation plans to invest more heavily in the Wall Street Journal's European and Asian markets.
- The United States has around 9,000 community newspapers with fragmented ownership. Macquarie Media Group (MMG), headquartered in Australia, has identified a "significant opportunity for sector consolidation" and in March 2007 acquired 100% of American Consolidated Media (which had 42 papers serving local communities in Texas and Oklahoma). In June 2007, MMG announced that American Consolidated Media will acquire 100% of Superior Publishing Corporation (a publisher of 19 local newspapers in Minnesota, Wisconsin and Michigan

# Key Factors

## KEY SENSITIVITIES

The key sensitivities affecting the performance of the Newspaper Publishers industry include:

### Age Group (25-54)

Advertisers tend to focus on age groups which are higher spenders.

### Competition from Substitutes - Radio and Television Services - Newspaper Publishers

Competition comes from substitute means of disseminating information and offering advertising (e.g. TV, radio, cinema, signs and the internet). Advertising demand is influenced by the perception among businesses and advertising agents of the impact of newspaper advertising relative to other media advertising.

### Per Capita Disposable Income
Description: The level of and/or movements in real per capita disposable income.

Household incomes influence household expenditures which, in turn, can influence the level of advertising by business; and can influence spending on newspapers (i.e. circulation).

### Real GDP Growth
Description: Real GDP (Gross Domestic Product) is a measure of general economic activity.

The level of economic activity affects advertising expenditure by business and demand for newspapers (i.e. circulation). Businesses tend to cut advertising expenditures during economic downturns.

### World Price - Manufactures - Newsprint

As a general rule, paper commonly makes up about 80% of the cost of materials used in newspaper printing. Changes in the cost of newsprint therefore represent a major sensitivity.

## KEY SUCCESS FACTORS

The key success factors in the Newspaper Publishers industry are:

- Access to niche markets
  Ability to service a niche market.

- Access to highly skilled workforce
  Access to skilled labor.

- Control of distribution arrangements
  Distribution networks.

- Ability to quickly adopt new technology
  Established sites, for classified advertisements on the World Wide Web, either under own mast-head or group sites.

- Optimum capacity utilization
  High capacity utilization.

- Having marketing expertise
  Marketing strengths.

- Effective cost controls
  Price competitiveness and access to steady supplies at reasonable prices.

- Guaranteed supply of key inputs
  Price competitiveness and access to steady supplies at reasonable prices.

- Production of premium goods/services
  Quality of product (paper, print and pictorial matter to attract advertising revenue).

- Prompt delivery to market
  Quality of product (paper, print and pictorial matter to attract advertising revenue).

- Provision of superior after sales service
  Quality of product (paper, print and pictorial matter to attract advertising revenue).

- Automation - reduces costs, particularly those associated with labor
  Technological efficiency, low labor intensity and high capacity utilization.

© Copyright 2007, IBISWorld Inc.

# Key Competitors

## MAJOR PLAYERS
### Market Share



| Major Player | Market Share Range |
|---|---|
| Gannett Co., Inc | 11.16% (2007) |
| Tribune Company | 8.26% (2007) |
| The New York Times Company | 6.46% (2007) |
| Advance Publications | 6.00% (2007) |
| The McClatchy Company | 4.95% (2007) |
| Dow Jones & Company, Inc. | 2.95% (2007) |
| Other | 60.22% (2007) |

## PLAYER PERFORMANCE
### Gannett Co., Inc.
Market Share: 11.16%

Gannett, based in Arlington Virginia, is the largest newspaper publisher in the US, publishing 90 US daily newspapers and nearly 1,000 non-daily local publications in the country. Gannett also holds equity interests in newspaper partnerships. Gannett's newspaper operations in the United Kingdom, operated as Newsquest (acquired by Gannett in 1999), publishes 17 paid-for daily newspapers and almost 300 non-daily publications. Gannett is also active in broadcasting with 23 TV stations that reach 20.1 million US homes. The company has a significant presence on the Internet, operating a number of websites.

Gannett's flagship publication USATODAY (2.3 million average circulation in 2006) is the top ranking US daily in terms of circulation.

Gannett has a shareholding in the online businesses of CareerBuilder.com, ShopLocal LLC.com and Topix.net. CareerBuilder is in the online recruitment and career development business. ShopLocal is a provider of Web-based marketing solutions for national and local retailers. In August 2006, Gannett and Tribune each increased their equity stakes in: CareerBuilder and ShopLocal to 42.5% (McClatchy has a 15% stake); and Topix.net (another online business) to 31.9% ((McClatchy has an 11.25% stake).

Gannett's consolidated statements showed that the group generated total operating revenue of $8 billion for the fiscal year ended December 31, 2006, which was up 5.7% on fiscal 2005. Gannet produced net income in fiscal 2006 of $1.16 billion, which was down 4.2% on net income in the 2005 fiscal year.

### Historical Backdrop of the Gannett's Newspaper Business

In the 52 weeks to December 29, 2002, the newspaper publishing segment generated net operating revenue of $5,650.9 million, which was up 0.2% on the corresponding period in 2001. Newsquest generated revenue exceeding $770 million in 2002. Net operating revenue from newspaper advertising was up 0.1% and from newspaper circulation was down 0.5%. In the 52 weeks to December 29, 2002, the newspaper publishing segment reported operating income (net of depreciation and amortization) of $1,615.7 million (up 15.4% on reported operating income in fiscal 2001, but up only 2% on a comparable accounting basis).

In March 2003, Gannet announced that the group had entered into an agreement with Independent News and Media Ltd (INM) to acquire, subject to relevant approvals, INM's Greater London regional publishing business for around US$94 million.

In the 52 weeks to December 28, 2003, Gannett's newspaper publishing segment generated net operating revenue of $5.99 billion, which was up 6% on the corresponding period in 2002. Net operating revenue from newspaper advertising was up 6.7% (to $4.4 billion). In the newspaper segment, local advertising revenue was up 5%, national advertising revenue was up 8%, and classifieds revenue was up 7.8%. Total pro forma advertising revenue, which assumes all newspaper properties owned at the end of 2003 were owned throughout the previous periods, grew by 5% in 2003.

In 2003, revenue from newspaper circulation was up 2.6% (to $1.21 billion). Net paid daily circulations were down 1.8% in 2003. Newspaper revenue from the Internet grew significantly (up 45%) as did revenue from non-dailies.

In fiscal 2003, the newspaper publishing segment produced an operating income of $1.71 billion (up 6%) and was positively affected by earnings from acquisitions, favorable foreign exchange rates and gains in advertising revenues. The margin of operating income to revenues was 28.6%. Depreciation and amortization expense amounted to $189.8 million (representing 3.2% of revenue). Capital expenditures amounted to $259.7 million.

In the 52 weeks ended December 26, 2004, Gannett's newspaper publishing segment generated net operating revenue of $6.56 billion, which was up 9.5% on the 2003 fiscal year. Net operating revenue from newspaper advertising was up 11.7% (to $4.91 billion) and revenue from circulation was up 2.1% (to $1.24 billion). The newspaper statistical report (which measures revenue in a different way compared to the accounts) indicates that local advertising revenue was up 6%, national advertising revenue was up 6.9%, and classifieds revenue was up 11.4%. Based on Gannett's 10K, the newspaper segment's operating income of $1,813.8 million was up 5.9% on operating income reported for fiscal 2003, and was positively affected by growth in revenue partly offset by increased newsprint, insurance and medical costs.

In March 2005, Gannett acquired the assets of Hometown Communications Network Inc, a community publishing company with one daily and 59 weekly and other publications in Michigan, Ohio and Kentucky. In addition, during the first six months of 2005, Gannett acquired several small non-daily publications in the US, as well as a company offering online technology and an equity interest in another company offering a content aggregation service. The aggregate purchase price for all acquisitions in the first-half of fiscal 2005 was $243 million.

Effective July 31, 2005, Knight Ridder Inc sold its newspaper interests in Detroit to Gannet and MediaNews Group and the two publishers formed the Detroit Newspaper Partnership LP. MediaNews Group acquired The Detroit News from Gannett and Gannett acquired the Detroit Free Press. Detroit's results were fully consolidated from August 1, 2005.

In August 2005, Gannett agreed to acquire Tallahassee Democrat (Florida) from Knight-Ridder in exchange for cash plus the sale of The (Boise) Idaho Statesman, and two newspapers in the state of Washington - The (Olympia) Olympian and The Bellingham Herald.

© Copyright 2007, IBISWorld Inc.

In December 2005, Gannett contributed its newspaper in Chambersburg, Pennsylvania into the Texas New Mexico Newspapers Partnership, while MediaNews Group contributed three other newspapers into the Partnership, resulting in Gannett's ownership interest in the Partnership falling from 66.2% to 40.6%.

Gannett's newspaper publishing segment generated revenue of $6,862.5 million in fiscal 2005, up 6.2% on fiscal 2004. On a consolidated basis, newspaper circulation revenue grew 3.7% and newspaper advertising revenue increased by 6.7%. The newspaper publishing segment's revenue was positively affected by acquisitions (with the Detroit transaction being the key driver, as the Partnership became fully consolidated by Gannet). On the assumption that Gannett owned the same newspapers in fiscal 2004 and 2005, total advertising revenue rose 1.6% for the year (despite advertising linage being down about 2%). Advertising revenue benefited from growth in the US in classified employment and real estate categories, including significant growth in online revenues. On the other hand, growth in advertising revenue was tempered by a softening advertising environment in the UK and by lower automotive revenues in both the US and UK. Growth in circulation revenue was primarily due to the Detroit transaction and improvement at USA Today (which posted a 9% increase in circulation revenues due to a price increase implemented in September 2004). Gannett reported that the average cost of newsprint consumed in 2005 increased 9% compared to the 2004 average cost. The newspaper publishing segment's operating profit was up 1.5% in fiscal 2005, compared with fiscal 2004. The company reported an expansion of non-daily products and profits.

Gannett reported that the company's Newspaper Publishing segment generated revenue of $7,178.5 million in the fifty-three weeks ended December 31, 2006, and was up 4.6% on segment revenue in the fifty-two weeks ended December 25, 2005. The increase in revenue reflects the full year impact of 2005 acquisitions (particularly Detroit and Tallahassee) and incremental revenue in the US from purchased and internally developed non-daily publications. Excluding the impact of acquisitions, advertising revenue in fiscal 2006 increased by 1% compared with adjusted fiscal 2005 advertising revenue, with advertising lineage down 1%. IBISWorld estimates that US-based newspaper publishing revenue amounted to $5.53 billion in fiscal 2006, up an estimated 4.8% on US-based newspaper publishing revenue in fiscal 2005. UK-based newspaper revenue in fiscal 2006 is estimated to be unchanged compared with UK-based newspaper revenue in fiscal 2005. The Newspaper Publishing segment's operating income in fiscal 2006 was down 5.8% on fiscal 2005, although operating income increased on a pro forma basis (i.e., assuming all properties owned at the end of 2006 were owned throughout 2006 and 2005). Newsprint prices increased in 2006, impacting profitability.

Gannett - Newspaper Segment Financial Data

| Y/E Dec | Million Dollars Advertising Revenue | Million Dollars Circulation Revenue | Million Dollars Total Revenue | Million Dollars Operating Income | Percentage Op. Income/ Revenue |
|---|---|---|---|---|---|
| 2000 | 3973 | 1083 | 5395 | 1522 | 28.2 |
| 2001 | 4120 | 1188 | 5637 | 1401 | 24.9 |
| 2002 | 4123 | 1182 | 5651 | 1616 | 28.6 |
| 2003 | 4397 | 1213 | 5991 | 1713 | 28.6 |
| 2004 | 4913 | 1238 | 6560 | 1814 | 27.7 |
| 2005 | 5161 | 1264 | 6862 | 1805 | 26.3 |
| 2006 | 5370 | 1306 | 7179 | 1700 | 23.7 |

Source: Annual Report

**Tribune Company**
Market Share: 8.26%

Tribune Company, which is currently listed on the New York Stock Exchange. In August, 2007, the company's shareholders approved a proposed leveraged acquisition of the company which would result in Tribune Company going private.

Tribune Company became the second-largest US newspaper publisher after its acquisition of Times Mirror in June 2000. The cost of the merger was $8.3 billion (including assumption of debt) with the acquisition of Times Mirror shares satisfied through payment of cash and issue of shares and options. Intangible assets and goodwill on the 2000 acquisition was $5.9 billion.

In addition to newspaper interests (including 11 daily metropolitan titles), Tribune also has broadcasting holdings including twenty-three TV stations and one radio station.

Tribune has a shareholding in the online businesses of CareerBuilder.com, ShopLocal LLC.com and Topix.net. CareerBuilder is in the online recruitment and career development business. ShopLocal is a provider of Web-based marketing solutions for national and local retailers. In August 2006, it was announced that Gannett and Tribune would each increase their equity stakes in: CareerBuilder and ShopLocal to 42.5% (McClatchy has a 15% stake); and Topix.net (another online business) to 31.9% ((McClatchy has an 11.25% stake).

In the year ended December 31, 2006, Tribune generated consolidated operating revenue of $5,517.7 million. In 2006, the publishing segment accounted for 74.2% of consolidated operating revenue, 63.5% of segment assets and around 85% of group employees. Retail advertising accounted for 32.8% of publishing revenue in 2006, national advertising 18%, classified advertising 28.8% (up from 25.9% in 2004), circulation 14.1%, and other sources 6.3%. The Los Angeles Times and related businesses accounted for 27.3% of publishing revenue in 2006, while the Chicago Tribune and related businesses accounted for 21.1% and Newsday and related businesses accounted for 13.2%.

Tribune Company's publishing segment consists mainly of 11 primary metropolitan daily newspapers. The group's newspaper subsidiaries produce a wide range of niche publications in addition to their flagship products. These include community newspapers, lifestyle magazines and numerous publications devoted to the major classified advertising categories. Direct marketing, commercial printing and related services are also performed by the company's newspaper subsidiaries. In 2006, the average net paid circulation of the company's daily newspapers was approximately 2.84 million daily copies (compared with 3.12 million in 2004), while the average net paid circulation of the company's Sunday newspapers was approximately 4.15 million for Sunday newspapers (compared with 4.53 million in 2004).

## Historical Backdrop

For the 52 weeks ended December 29, 2002, group operating revenue of $5,384 million was up 2.5% compared to the 52 weeks to December 30, 2001. Group operating profit before restructuring charges was $1,275.8 million, up 59% on fiscal 2001. In 2002, restructuring charges totaled $27.3 million (compared with $152 million in fiscal 2001). Consolidated net income in 2002 was $443 million, up 299% on 2001.

For the 52 weeks ended December 29, 2002, the publishing segment's revenue of $3,863.8 million was up 0.5% on the corresponding period in 2001. While in 2002 revenue from retail and national advertising grew by 3% and 4%, respectively, compared with 2001, revenue from classified advertising declined by 6%. Circulation revenue was up 1% in 2002. In fiscal 2002, the segment's operating profit before restructuring charges of $848.3 million was up 56.2% on fiscal 2001.

In December 2002, Tribune agreed to acquire two TV stations (in St Louise and Portland) for $275 million.

© Copyright 2007, IBISWorld Inc.

In August, Tribune announced that it will introduce a new Spanish-speaking daily newspaper in Chicago.

On September 16, 2003, Tribune announced that it is investing in a new free daily newspaper in New York City.

For the 52 weeks ended December 28, 2003, group operating revenue of $5.59 billion was up 3.9% compared to the 52 weeks ended December 29, 2002. Group operating profit before restructuring charges was $1.36 billion, up 6.6% on fiscal 2002. In 2003, there were no restructuring charges. Non operating items contributed an after tax gain of $172.7 million (compared to an after tax loss of $9.3 million in 2002). Consolidated net income in 2003 was $0.89 billion, up $0.45 billion, or 101.2%, on 2002.

For the 52 weeks ended December 28, 2003, the publishing segment's revenue of $4.04 billion was up 2.4% on the corresponding period in 2002. National advertising revenue grew by 7.5% in 2003. Retail advertising revenue grew by 2.4% due to strong growth in preprint revenues (up 9%). Revenue from classified advertising grew by only 0.1%, due to a 9% decline in help wanted, offset by increases in auto and real estate of 3% and 10%, respectively. Circulation revenue was down 1.1% in 2003 due to a decline in average circulations. Other publishing revenue was up 7.4%.

In fiscal 2003, the segment's operating profit before restructuring charges of $885 million was up 4% on the restated amount in fiscal 2002. This growth was stronger than the increase in revenue, despite relatively strong growth in compensation expense (3%), circulation expense (5%) and newsprint and ink (4%), due to low growth or negative in promotion expenses (down 14%), depreciation and amortization expense (up 1%) and other expenses (down 1%).

Group operating revenue in the year ended December 26, 2004 of $5,726.2 million was up 2.3% compared with operating revenue fiscal 2003. Operating profit of $1,218.3 million was down 10.5%. Consolidated net income of $555.5 million was down 37.7%. The publishing segment generated revenue of $4,129.9 million (up 2.3% - with advertising revenue up 3.9%, but circulation revenue down 3%) and produced an operating income of $726.2 million (down $159.1 million, or 18%). As a result of circulation misstatements for 2001 through 2004 (in respect of the Newsday and Hoy publications), Tribune recorded a pretax operating charge of $90 million. In addition, Tribune recorded a pretax charge of $41 million in relation to the elimination of 600 jobs in the publishing segment. The Publishing segment's operating profit was also adversely affected by higher retirement plan and other benefit expenses, an increase in newsprint and ink expense, and the impact of new publications.

In 2005, Tribune Company reduced its staff by approximately 900 positions, predominantly in the publishing segment. A printing facility was closed in the San Fernando Valley resulting in the elimination of 120 positions.

In the year ended December 25, 2005, Tribune's publishing segment generated revenue of $4,096.9 million, down 0.8% on fiscal 2004. Advertising revenue increased by 0.5% with a 4.7% increase in classified advertising revenue partially offset by a 0.6% decrease in retail advertising revenue and a 3.5% decrease in national advertising. Circulation revenue fell by 7.4%. The publishing segment produced an operating profit of $759.7 million, which was up $33.5 million, or 4.6%, on fiscal 2004. However, if pre-tax charges (or gains) related facility shutdown (2005), job eliminations (2004 and 2005), pension curtailment gain (2005) and settlements (2004) were added back (or subtracted), the adjusted operating profit in fiscal 2005 was $45.5 million, or 5.3%, lower compared with fiscal 2004.

Tribune reported that the company's Publishing segment generated revenue of $4,092.6 million in the fifty-three weeks ended December 31, 2006, down 0.1% on segment revenue in the fifty-two weeks ended December 25, 2005. Advertising revenue increased by up 0.5% with a 1.6% increase in retail advertising revenue and a 2.8% increase in classified advertising revenue partially offset by a 4.8% decrease in national advertising. Circulation revenue fell by 3.5%. Publishing segment produced an operating income of $749.2 million in fiscal 2006, down $11 million, or 1.4%, on fiscal

2005. For 2006, publishing operating profit included $15 million of stock-based compensation expense, a $20 million charge for severance and other payments associated with new union contracts at Newsday, a $9 million severance charge for the elimination of approximately 400 positions, a $4 million charge for the disposition of a press at a closed Los Angeles Times printing facility, and a $7 million gain related to real property sales.

## New York Times Company, The
Market Share: 6.46%

The New York Times Company, a public listed company, operates two segments. The News Media Group segment comprises: The New York Times Media Group, which includes The New York Times, NYTimes.com, the International Herald Tribune, IHT.com and a newspaper distributor in New York; The New England Media Group, which includes The Boston Globe, Boston.com, Worcestor Telegram & Gazette and its related Internet site; and the Regional Media Group, which includes fourteen smaller daily newspapers and related print and digital businesses. The other segment is About.com, which provides Internet sites offering users information and services. The New York Times Company also has joint venture interests in paper mills, the Metro Boston newspaper and various other businesses. In May 2007, The New York Times Company completed the sale of its Broadcast Media Group for $575 million.

For the year ended December 31, 2006, The New York Times Company generated consolidated revenue of $3.3 billion, of which 63% was derived from The New York Times Media Group, 19% was derived from New England Media Group, 15% was derived from the Regional Media Group, and 3% was derived from About.com.

The New York Times is one of three national newspapers in the United States. In 2003, The New York Times was on sale at more than 58,000 retail outlets nationwide, up from 38,000 outlets in 1998. In 2003, The New York Times was on sale in 250 markets nationally compared with 62 markets in 1997.

## Historical Financial and Other Information
The New York Times Company reported group revenue for the year to December 29, 2002 of $3,079 million (since restated), which was up by 2.1%, or $63 million, compared with group revenue reported for fiscal 2001. In 2002, operating costs and expenses fell 4.1% (or by $107.4 million). This decline was due mainly to a decline in newsprint expense. Group operating profit in fiscal 2002 of $544.9 million was up 45.5% on fiscal 2001. In fiscal 2002, The New York Times Company reported net income of $299.7 million.

In fiscal 2002, the newspaper segment generated revenue of $2,864.1 million, which was up 1.35% on the previous year. While newspaper circulation revenue was up 8.6% to $825.2 million, advertising revenues were down 1% to $1,854.5 million. Newspaper segment operating profit in fiscal 2002 of $531.6 million was up 36% on fiscal 2001.

In January 2003, The New York Times Company purchased the remaining 50% interest in International Herald Tribune (IHT) that it did not previously own. IHT accounted for revenues of $75.6 million in 2003.

The New York Times Company reported group revenue in fiscal 2003 of $3,227.2 million (since restated), which was up by 4.8%, compared with group revenue in fiscal 2002. In 2003, operating costs and expenses grew 6.1%. Group operating profit in fiscal 2003 of $538.6 million was down 1% on fiscal 2002. In fiscal 2003, The New York Times Company reported consolidated net income of $302.7 million (up 1%).

In fiscal 2003, the newspaper segment generated revenue of $3,007.5 million, which was up 5% on the previous year. Excluding the revenue from the International Herald Tribune (which was equity accounted in 2002), newspaper revenue grew by 2.4% (up 5% when including IHT). When excluding IHT, newspaper circulation revenue was up 2.6% (due to

higher volumes and prices), and advertising revenue grew by 2.6% (due primarily to higher advertising rates). Other newspaper revenue (excluding IHT) was up 7.2%. The major source of newspaper revenue in 2003 by segment comprised The New York Times ($1.84 billion), New England Newspaper Group ($0.66 billion) and Regional Newspapers ($0.44 billion) and IHT ($0.08 billion).

Newspaper segment operating profit in fiscal 2003 of $530.6 million was down 0.2 percent on fiscal 2002.

The New York Times Company reported group revenue in fiscal 2004 of $3,303.6 million (since restated), which was up by 2.4% on fiscal 2003. News Media Group segment revenue of $3,142.6 million was up only 2%. Consolidated operating costs and expenses grew 3.9%. Group operating profit of $510 million was down 5.5% on fiscal 2003 (News Media Group segment operating profit was down 6.7%, offset by higher earnings by the Broadcast and Digital segments). The New York Times Company reported consolidated net income of $292.6 million (down 3.3%).

In March 2005, The New York Times Company acquired About Inc, an online consumer information provider, for around $410 million.

Also in March 2005, The New York Times Company acquired a 49% interest in Metro Boston, which publishes a free daily newspaper in the Boston area.

The New York Times Company reported revenue in fiscal 2005 of $3,372.8 million (since restated), which was up by 2.1% on revenue in fiscal 2004. Beginning in fiscal 2005, The company's two New York radio stations were included in the New Media Group segment. This segment generated revenue amounting to $3,189.8 million in the December 25, 2005, which was up by 1% on segment revenue in fiscal 2004. While the News Media Group segment's advertising revenue rose (up 2.3%), circulation revenue fell (down 1.1%) as did "other" revenue (down 2.8%). News Media Group segment produced an operating profit of $373.6 million (down $147.2 million, or 28.3%).

The New York Times Company reported revenue in fiscal 2006 of $3,289.9 million, which was up by 1.8% on restated revenue for fiscal 2005. The company's News Media segment generated revenue of $3,209.7 million in the fifty-three weeks ended December 31, 2006, up 0.7% on restated segment revenue in the fifty-two weeks ended December 25, 2005 (with advertising revenue down 0.9%, circulation revenue up 1.8% and other revenue up 12.3%). Within the News Media Group, total revenue of The New York Times Media Group in 2006 increased by 2.1% compared with fiscal 2005; total revenue of New England Media Group declined by 5.9%; and total revenue of Regional Media Group increased by 4.2%.

The News Media segment produced an operating income before impairments of intangible assets of $317.2 million in fiscal 2006, down $43.5 million, or 12.1%, on operating income in fiscal 2005 primarily due to higher compensation-related expenses (despite staff reductions), higher depreciation and amortization expenses (due to accelerated depreciation of certain assets) and an increase in outside printing and distribution expense.

For the 2006 fiscal year, The New York Times Company wrote down the value of intangible assets of the New England Newspaper Group, through an $814.4 million ($735.9 million after tax) non-cash charge. The write-down mainly resulted from declines in current and projected operating results and cash flows of NEMG due to, among other factors, advertiser consolidations in the New England area and increased competition with online media.

The New York Times - Financial Data

| Y/E Dec | Million Dollars Revenue | Percent Growth | Million Dollars Net Income |
|---|---|---|---|
| 2002 (restated) | 2939.0 | N/C | 294.2 |
| 2003 (restated) | 3091.5 | 5.2% | 294.6 |
| 2004 (restated) | 3159.4 | 2.2% | 287.6 |
| 2005 (restated) | 3231.1 | 2.3% | 253.5 |
| 2006 | 3289.9 | 1.8% | -543.4 |

Source: Annual Report

## Advance Publications
Market Share: 6.00%

Advance Publications owns twenty-six daily newspapers in the US and is the second largest magazine publisher in the US Newspaper interests include The Star-Ledger (New Jersey) and The Cleveland Plain Dealer. It also owns Conde Nast Publications, Parade Publications, Fairchild Publications, American City Business Journals (40 weekly papers), the Golf Digest Companies. Advance also has stakes in cable-TV systems and Discovery Communications. Samuel "Si" Newhouse Jr. and his brother Donald own the company.

In the year to December 29, 2000, Advance Publications Inc generated revenue of $4.54 billion (up 7.4% on the previous year). The company had 23,000 employees (up 12.5%).

Revenue fell an estimated 7.5% in 2001 to be around $4.2 billion for the year. Employee numbers fell an estimated 1% in 2001 to be around 23,785 as of December 31, 2001. In 2001, the Advance group acquired Ideas Publishing Group (a Miami-based Spanish language publisher of US magazines); and four golf magazines from New York Times Company for $430 million. In 2002, the group acquired and Modern Bride magazine from Primedia for $52 million.

According to Hoovers.com, the company's revenue grew by 32.5% in 2002 to be $5.6 billion in 2002, and by 6.2% in 2003 to be $5.9 billion in 2003.

Hoovers.com has estimated that in 2005 Advance Publications Inc's generated revenue of $7.3 billion and had 30,000 employees.

## The McClatchy Company
Market Share: 4.95%

The McClatchy Company is headquartered in Sacramento, California. Following the proposed sale of The Minneapolis Star Tribune (refer below), The McClatchy Company will operate 31 newspapers in 29 markets in the United States. In the year ended December 31, 2006, The McClatchy Company generated net revenue of $1,675.2 million (up 107.5% on fiscal 2005 due primarily to the acquisition of Knight-Ridder newspapers) and produced net loss of $155.6 million.

Prior to the acquisition of Knight-Ridder Inc in June 2006 (refer below), The McClatchy Company owned 12 dailies (including The Minneapolis Star Tribune - although refer below on a proposed sale of this newspaper) and 17 non-daily newspapers.

© Copyright 2007, IBISWorld Inc.

On June 27, 2006, The McClatchy Company announced that it had completed the acquisition of Knight-Ridder Inc in a transaction valued at $6.5 billion. Upon announcing that it would acquire Knight-Ridder Inc, McClatchy announced it planned to sell 11 of the acquired newspapers that do not fit with the company's operating strategies and acquisition criteria. The company would also sell the St. Paul Pioneer Press due to anticipated antitrust concerns involving McClatchy's Minneapolis Star Tribune ((there was a subsequent agreement to sell this publication to Hearst Corporation). The largest Knight-Ridder newspapers to be sold were the Philadelphia Inquirer (there was a subsequent agreement to sell this publication to Philadelphia Media Holdings LLC for $562 million) and San Jose Mercury News (there was a subsequent agreement to sell this publication to MediaNews).

The expanded company would have 32 daily newspapers (with a combined circulation of 3.3 million) and approximately 50 non-dailies after the planned sale of 12 Knight-Ridder newspapers. This made The McClatchy Company the nation's second largest newspaper company measured by circulation. The McClatchy Company stated that it would have had 2005 pro forma revenue of $2.83 billion and combined pro forma EBITDA of $754 million assuming full year ownership of all retained papers, after the planned divestures which contribute $219 million EBITDA, and before cost synergies.

In December 2006, The McClatchy Company announced that it had reached a definitive agreement to sell The Minneapolis Star Tribune newspaper to Avista Capital Partners for $530 million. The McClatchy Company had acquired The Minneapolis Star Tribune from Cowles Media Company in 1998 for $1.2 billion (after taking into account McClatchy's concurrent sale of Cowles' magazine and book publishing businesses).

The McClatchy Company stated that on a pro forma basis, including all continuing operations of the newly combined company for the full years of both 2006 and 2005, and stating 2006 on a comparable 52-week basis to 2005, total revenue in 2006 would have been $2.45 billion, down 0.4%, including advertising revenue of $2.09 billion, up 0.5%, and circulation revenue of $290 million, down 4%.

### Knight-Ridder Inc
Prior to its acquisition by The McClatchy Company, Knight-Ridder Inc was the second-largest newspaper publisher in the United States. The company published a number of major daily newspapers, including Detroit Free Press, The Philadelphia Inquirer, and The Miami Herald. The company operated 32 daily and 65 non-daily newspapers across the United States, along with a network of Internet sites. Knight-Ridder had been involved in cable, radio, and specialized information services, but in recent years it had divested these non-core operations and returned its focus to newspapers. The company's newspapers had about 8.1 million daily readers and 11.5 million on Sundays.

In 2004, Knight-Ridder Inc's newspaper segment accounted for 96.2% of consolidated operating revenue.

Knight-Ridder had around 18,500 full-time equivalent employees.

Knight-Ridder owned 49.5% of the voting stock in The Seattle Times, which has as its flagship paper the Seattle Times Company, the largest daily in the state.

Historical financial and other information of Knight-Ridder follows:

In the year ended December 29, 2002, Knight-Ridder generated operating revenue of $2,841.6 million, down 2% on the corresponding period in 2001. Advertising revenue was down 2.1% to $2,206.9 million (an 8.6% fall in classified ad revenue was partly offset by growth in retail and general ad revenue). Circulation revenue fell 4.8% to $487.7 million. In fiscal 2002, operating income of $605.4 million was up 31.1% on the corresponding period in 2001. Operating costs fell in 2002 as a result of lower labor costs (due in part to a workforce reduction) and lower newsprint, ink and supplement costs

(due mainly to a decrease in the price per ton of newsprint and a decline in consumption). Income before tax was adversely affected by rise in the amount set aside for equity in losses of unconsolidated companies and joint ventures, rising from $16.1 million in 2001 to $62.2 million in 2002 (mainly due to a rise in losses in entities with newsprint mill operations). In fiscal 2002, net income was $257.4 million (up 39.3% on 2001).

In the year ended December 28, 2003, Knight-Ridder generated operating revenue of $2.9 billion, up 0.5% on the corresponding period in 2002. Advertising revenue of $2.2 billion was essentially flat compared with 2002. A fall in classified ad revenue (down 4% overall, with help wanted down 17.5%, auto down 1.2% and real estate up 7.3%) was offset by growth in revenue from retail (up 0.5%) and national (up 9.6%). Circulation revenue fell 3.5% to $470.4 million (even though daily circulation numbers were down only 0.4% and Sunday circulation was down only 0.1%). In 2003, online revenue was $79.4 million, 44.2% higher than in 2002. Revenue from weeklies, suburbans, shoppers, alternative newspapers and vertical niche publications (such as apartment and employment guides) was around $130 million.

In fiscal 2003, operating income of $567.6 million was down 6.2% on the corresponding period in 2002. In 2003, newspaper operating income was $591.9 million (down 9% on 2002); online operating income was $15.2 million (compared to a loss of $8.9 million in 2002); and the corporate operating loss was $39.5 million (2002 loss: $36 million). Consolidated operating costs were 2.4% higher in 2003 compared with 2002. In fiscal 2003, net income was $296.1 million (up 15% on 2002).

In the year ended December 26, 2004, Knight-Ridder generated operating revenue of $3.01 billion, up 2.3% on fiscal 2003. The Newspaper segment generated revenue of $2.9 billion, which was up 1.2% on fiscal 2003, and incurred operating expenses of $2.3 billion (up 1.3%). In the newspaper segment, advertising revenues grew by 1.7%, circulation revenues were down 2.7% and "other" revenues were up 11.2%. The company recorded consolidated operating income of $585.2 million (up 3.1%). Net income of $326.2 million was 10.2 percent higher.

Knight-Ridder Inc stated that it had a goal to increase operating margins to 25%. The company was looking to make niche acquisitions and to invest in the Internet.

In February 2005, Knight-Ridder announced the acquisition of 5 daily free-distribution newspapers in the Peninsular south of San Francisco.

In August 2005, Knight-Ridder sold Detroit Free Press to Gannett; and, in a separate transaction, agreed to sell Tallahassee Democrat (Florida) to Gannett in exchange for cash plus The (Boise) Idaho Statesman, and two newspapers in the state of Washington - The (Olympia) Olympian and The Bellingham Herald.

In October 2005, Knight-Ridder acquired Silicon Valley Community Newspapers, which published 8 weekly free-distribution newspapers in the South Bay area surrounding San Jose.

In November 2005, Knight-Ridder announced the acquisition of 3 free employment publications and one used-vehicle publication.

In November 2005, Knight-Ridder announced a decision to explore strategic alternatives to enhance shareholder value, including a possible sale of the company. According to an article in Economist magazine (November 17, 2005), Private Capital Management (PCM), which owns 19% of Knight-Ridder, has complained that Knight-Ridder has not addressed its thin profit margins and lacks a national newspaper which can perform on the Internet. According to the Economist, PCM "has demanded that the company be sold".

© Copyright 2007, IBISWorld Inc.

Knight-Ridder reported operating revenue of $3,004 million in the year ended December 25, 2005, which was up 2.1% compared with operating revenue in fiscal 2004. Revenue growth was partly due to acquisitions. Total advertising revenue grew 2.8% to $2,384.6 million and "other revenues" increased by 5.2% to $90.6 million. This was partly offset by lower circulation revenue (down 1.4% to $528.8 million). The company recorded consolidated operating income of $493.5 million, which was down 8.7%, due mainly to higher operating costs (up 2.1%). After including gains on sale of, and income from, the discontinued Detroit and Tallahassee operations amounting to $216.4 million net of tax, Knight-Ridder recorded a net income of $471.4 million.

**Dow Jones & Company, Incorporated**
Market Share: 2.95%

Dow Jones & Company Inc is the publisher of The Wall Street Journal (the number two newspaper in the US behind USATODAY), The Wall Street Journal Online (WSJ.com), international publications of the Wall Street Journal, the weekly Barron's magazine, The Far Eastern Economic Review, and community newspapers. The company also published the print and online editions of Dow Jones Newswires, Dow Jones Indexes and MarketWatch.com, and has a television joint venture with NBC. Dow Jones & Company also has a number of other media-related joint ventures and equity investments.

On August 1, 2007, Dow Jones & Company and New Corporation entered into a definitive merger agreement in a transaction valued at $5.6 billion.

**Background of the Print Publishing & Community Newspapers Segments**
In April 2002, Dow Jones & Company Inc introduced the enhanced Wall Street Journal (Today's Journal) which completed the final phase of its four year, $226 million project which tripled color print capacity (from 8 to 24 pages) and expanded overall print capacity (from 80 to 96 pages) at the Wall Street Journal.

In calendar 2002, Dow Jones' print publishing segment generated revenue of $948.9 million (down 14.3% on 2001) and produced an operating loss of $24.9 million (adversely affected by the costs associated with September 11 related items and costs related to the launch of Today's Journal). A 17% decline in US Publication advertising revenue was due to a 17.6% decline in advertising volumes. In 2002, the community newspaper segment generated revenue of $300.8 million (down 13.6%) and produced operating revenue of $79.3 million (down 6.9%). On a comparable basis (i.e., excluding divested and acquired businesses), the community newspaper segment increased revenues in fiscal 2002 by 1.5% and increased operating income by 12.3%, compared with fiscal 2001.

In 2002, five community newspapers were divested, providing proceeds of $235 million.

In 2003, the print publishing segment generated revenue of $915.5 million (down 3.5%, due mainly to another decline in advertising volumes - principally in public utility and financial advertising) and produced an operating income before restructuring and unusual charges of $8.1 million (compared with a loss of $8.1 million in 2002). In 2003, the community newspaper segment generated revenue of $311 million (up 3.4% on 2002) and produced operating revenue of $81 million (up 2.2%).

In September 2004, Dow Jones & Company announced the September 2005 launch of the Weekend Edition of The Wall Street Journal.

In the year ended December 31, 2004, the print publishing segment generated revenue of $948.8 million (3.6% higher than 2003) and produced an operating income before restructuring and unusual charges of $31.5 million (compared with

© Copyright 2007, IBISWorld Inc.

$8.1 million in 2003). US Print publication revenue grew 4% to $867 million, with advertising revenue growing by 6.4% (despite a 0.5% decline in advertising volumes), while circulation and other revenue declined by 1.1%. In 2004, the community newspaper segment generated revenue of $341.4 million (including $16 million in revenue from newly-acquired operations) and produced operating revenue of $89.1 million.

On January 21, 2005, Dow Jones & Company Inc acquired MarketWatch Inc, a provider of business news, financial information and analytical tools, for $538 million.

The print publishing segment generated revenue of $916.1 million in the year ended December, 2005 (down 3.4% on fiscal 2004), with US publications accounting for $840.5 million in revenue (down 3.1%). The segment produced an operating loss of $23.1 million (compared with an operating profit of $31.5 million previously). The print publishing segment suffered a decline in advertising volumes (due to softness in business-to-business advertising in the US and globally) and in advertising revenue. There was a 0.7% decline in advertising volumes at the US edition of The Wall Street Journal. In fiscal 2005, the community newspapers segment generated revenue of $346.7 million (up 1.5%, with advertising revenue up 2.4%, but circulation and other revenue down 0.9%) and produced operating income of $79.7 million (down 10.5%).

On December 5, 2006, Dow Jones & Company completed the sale of the non-real estate assets of six community newspapers representing approximately 30% of the revenue and profits of this business segment. The sale proceeds amounted to about $280 million.

On December 15, 2006, Dow Jones & Company completed the acquisition of the remaining 50% interest of Dow Jones Reuters Business Interactive LLC (Factiva) from Reuters Group Plc.

In the year ended December 31, 2006, Dow Jones & Company Inc generated revenue of $1,783.9 million (up 6.6% on restated revenue for fiscal 2005) and produced an operating income of $104.6 million (up $8.5 million, or 8.8%) and net income of $386.6 million (up $326.2 million). The increase in operating income came despite a $31.7 million increase in charges for restructuring and other items. The company stated that the fiscal 2006 operating performance was driven by organizational restructuring, Weekend Edition, print ad sales and circulation revitalization, international print repositioning, Dow Jones Online growth and aggressive cost management. Fiscal 2006 net income was bolstered by income from discontinued operations (which amounted to $233.4 million net of tax and included a profit on sale of 6 community newspapers) and the booking of a gain of $62.6 million before tax related to the settlement of a contract guarantee.

Segment revenue in fiscal 2006 was broken down into: Consumer Media (the Wall Street Journal and MarketWatch franchises), with revenue of $1,123.5 million (up 7.8% on fiscal 2005); Enterprise Media (i.e., Newswires, Indexes and Licensing) with revenue of $408.6 million (up 7.4%); and Local Media (community newspapers) with revenue of $252.2 million (up 0.9%). The company stated that the Consumer Media segment US advertising revenue increased by 9.8% on higher revenue at the US journal (up 8.8%) reflecting higher yield and volume and higher advertising revenue at Dow Jones Online (up 21%). The Local Media segment reported a 0.9% increase in revenue (with a 7.4% decrease in advertising lineage and a 2.4% decreased in average combined circulation) and a 11.6% decrease in operating income (primarily as a result of higher employee pensions and compensation and marketing expenses).

Dow Jones & Company - Consolidated Financial Information

| | Million Dollars Revenue | Million Dollars Operating | Million Dollars Net | Million Dollars Assets |
|---|---|---|---|---|
| | | Income | Income | |
| 2000 | 2202.6 | 498.2 | -119.0 | 1362.1 |
| 2001 | 1773.1 | 110.2 | 98.2 | 1298.3 |
| 2002 | 1559.2 | 75.1 | 201.5 | 1207.7 |
| 2003 | 1548.5 | 142.9 | 170.6 | 1304.2 |
| 2004 | 1671.5 | 162.2 | 99.5 | 1380.2 |
| 2005 (*restated) | 1672.9 | 96.1 | 60.4 | 1782.0 |
| 2006* | 1783.9 | 104.6 | 386.6 | 1955.6 |

Source: Annual Report

## OTHER PLAYERS

### Hearst Corporation (Estimated Market Share 2007: 4%)

Hearst Corporation, a family-owned company, is a major US media corporation with interests in newspaper, magazine, and business publishing; TV and radio; cable network programming; and online services. The company publishes fourteen weekly newspapers and twelve daily newspapers, including the San Francisco Chronicle (which Hearst acquired in 2000 after a lengthy antitrust inquiry that also resulted in the sale of rival paper San Francisco Examiner) and the Houston Chronicle; eighteen weeklies; sixteen US consumer magazines, including Cosmopolitan; stakes in cable TV networks, including A&E, Lifetime, and ESPN; TV and radio stations (through Hearst-Argyle Television); and business publishers. Hearst also owns about 30 percent of iVillage, the Web network aimed at women.

In April 2006, it was announced that Hearst would acquire the Monterey (CA) Herald and the St. Paul Pioneer Press from The McClatchy Company.

In November 2006, Hearst Corporation signed a 15-year contract with Transcontinental for Transcontinental to print the San Francisco Chronicle and related products, as well as provide complete post-press services. Transcontinental expects to begin production in spring 2009 in a new plant that Transcontinental will equip.

### Other Major Players

Other major players include:

- Lee Enterprises Inc directly, and through its ownership of associated companies, publishes 56 daily newspapers in 23 states and more than 300 weekly, classified and specialty publications, along with associated online sites. In 2002, Lee Enterprises acquired 15 daily newspapers and a 50% interest in the Sioux City, Iowa newspaper by purchasing Howard Publications Inc. In June 2005, Lee Enterprises acquired Pulitzer Inc. In the year ended September 30, 2005, Lee Enterprises Inc generated operating revenue of $818.9 million (up 27.3% compared with operating revenue in fiscal 2004 due principally to acquisitions, with same property operating revenue up 3.6%) and produced operating income of $158.3 million (up 12.3%) and net income of $76.9 million (down 8.9%). In fiscal 2006, the company generated operating revenue of $1,128.6 million (up 37.8% compared with operating revenue in fiscal 2005 due principally to acquisitions, with same property operating revenue up 1.1%) and produced operating income of $204 million (up 28.9%) and net income of $70.8 million (down 7.9% due primarily to higher interest expense).
- The Washington Post Company has interests in newspaper publishing (24.6% of group revenue in the year to December 31, 2006) and magazine publishing, TV broadcasting, cable TV, the Internet, and educational services.

© Copyright 2007, IBISWorld Inc.

Compared with 2001, the newspaper division's revenue in 2002 decreased slightly to $842 million, while operating income was up 29% to $109 million. In 2003, the newspaper division's revenue amounted to $872.8 million (up 3.7% on 2002), while operating income was up 23.1% to $134.2 million. In 2004, the newspaper division's revenue amounted to $938.7 million (up 7% on 2003), while operating income was up 6.6% to $143.1 million. In the 52 weeks to December 31, 2005, the newspaper division's revenue amounted to $957.1 million (up 2% on the 53 week period to December 31, 2004), while operating income amounted to $125.4 million, down 12.4% due mainly to higher newsprint, pension and payroll costs. In the year ended December 31, 2006, the newspaper division's revenue amounted to $961.9 million (up 0.5% on fiscal 2005), while operating income amounted to $63.4 million, down $62 million, or 49.4%, on operating income in fiscal 2005 due primarily to pre-tax charges associated with early retirement plan buyouts and a decrease in print advertising at The Post.

- Community Newspapers Holdings Inc, founded in 1997, owns more than 200 daily and weekly publications in about 25 states with a combined circulation of more than one million. In October 2006, Community Newspapers Holdings Inc paid $282.5 million to acquire 6 community newspapers from Dow Jones & Company Inc.
- Liberty Group Publishing is a major publisher of community newspapers with some 350 publications in sixteen states (the majority in Illinois and Missouri).
- MediaNews Group Inc is a privately owned company that owns and operates 54 daily newspapers in 12 States In California, and the Rocky Mountain and North East regions) with a combined daily and Sunday circulation of 2.6 million and 2.9 million respectively. The company also owns a TV station and operates radio stations. In the year ended June 30, 2006, MediaNews Group Inc generated total revenue of $835.9 million (before income from unconsolidated JOAs) and produced a net income of $1.1 million (down 97.3% on 2004-05, due to the impact of accelerated depreciation). Pro forma revenue, which includes Joint Operating Agencies using pro-rata consolidation, amounted to $1,132.4 million in 2005-06, up 4.7% on 2004-05. In April 2006, it was announced that MediaNews would acquire the San Jose Mercury News and Contra Costa Times from The McClatchy Company.
- EW Scripps Company, which operates daily and community newspapers in 18 markets in the US (including Memphis' Commercial Appeal and, under a joint ownership arrangement, Denver's Rocky Mountain News) and the Scripps Howard News Service. The company also operates TV stations and comic strip magazines. In 2006, the company's Newspapers segment generated revenue of $718.5 million (down 1.4% on 2005), accounting for approximately 29% of the company's consolidated revenue in 2006 (compared with 38% in 2004). The Newspaper segment produced an operating income of $195.6 million (down 12.2% on 2005).
- Sun-Times Media Group Inc (formerly known as Hollinger International) is a newspaper publisher with assets that include The Chicago Sun-Times and community newspapers in the Chicago region. The company reported revenue of $418.7 million and a net loss of $56.7 million for 2006.
- Landmark Communication's newspaper businesses include three metropolitan dailies and some fifty community newspapers.
- Pearson group, based in the United Kingdom, launched the Financial Times' US Edition in 1997. The US Edition of FT is distributed nationally, has a circulation of 125,000 and is staffed in North America by more than seventy journalists.

# Industry Performance

## CURRENT PERFORMANCE

IBISWorld forecasts that industry value added (IVA) will contract at an average annualized real rate of 0.6% in the five years ended December 31, 2007, while GDP will grow at an average annualized real rate of 2.8%. IVA will be held down by: a real decline in industry revenue (averaging 2.1% per year); pressure on printed newspaper profit margins; and employee reductions (reducing wages, which form a part of IVA). Newspaper circulation volumes and revenue will decline. Printed newspapers will encounter strong competition for the advertising dollar from other media, including the Internet in particular and direct mail and cable TV. On the other hand, newspaper Internet sites will post strong growth in both revenue and profitability.

Producer Price Index - Newspaper Publishers

| Year - annual index (exc May 2007 index) | Units Index | Percent Growth |
|---|---|---|
| 1997 | 317.7 | |
| | | |
| 2002 | 381.9 | N/C |
| 2003 | 395.7 | 3.6% |
| 2004 | 409.7 | 3.5% |
| 2005 | 426.2 | 4.0% |
| 2006 | 439.0 | 3.0% |
| 2007* | 450.0 | 2.5% |
| | | |
| Ave Growth (% pa) | | |
| 1997 to 2002 | | 3.7% |
| 2002 to 2006 | | 3.3% |

Source: Bureau of Labor Statistics
Note: * IBISWorld forecast

Overall, advertising revenue accounts for about 80% of industry revenue, although advertising can account for 100% of the revenue of some newspapers. Consolidation of major advertisers will negatively affect retail advertising volumes, including in newspapers, in the five years to 2007.

Economy-wide advertising spending in the US declined in 2002 (although strengthening in the second-half of the year). In 2003, there was a recovery in national and, to a lesser extent, retail advertising expenditures, but a further contraction in classified advertising (due mainly to weakness in help-wanted and, to a lesser extent, auto advertising, and partially offset by strong growth in real estate advertising). Retail advertising revenue was adversely affected in 2003 by a downturn in department store advertising, while preprints continued to be a source of growth. Knight-Ridder Inc pointed out that the newspaper industry generated only $4 billion from help-wanted advertising in 2003: down from $8.7 billion in 2002 (only a small part of this decrease is attributable to revenue gains from online help-wanted advertising sites). In 2004, growth in advertising revenue strengthened in all segments and, being a Presidential election year, was also aided by political advertising revenue. In 2005, advertising expenditures in newspapers were strong in the online segment and in the classified help-wanted and real estate segments. However, in 2005 there was only modest growth in retail newspaper

© Copyright 2007, IBISWorld Inc.

advertising expenditures (and these expenditures declined in real terms in 2005) and there were nominal declines in classified auto and national newspaper advertising expenditures.

The Newspaper Association of America's "Quarterly Newspaper Advertising Expenditures" publication indicates that newspaper print advertising expenditures in 2006 were down 1.7% compared with newspaper print advertising in 2005, and that newspaper print and online advertising expenditures in 2006 were down 0.3% compared with 2005. In 2006, there were declines in advertising expenditures on printed newspapers for national advertising (down 5.1% compared with 2005), retail (down 0.3%) and classified (down 1.9%), while the was a large increase in newspaper online advertising expenditures (up 31.5%).

Economy-wide advertising, including newspaper advertising, in 2007 will be adversely affected by a slowing US economy (with growth in both consumer spending and gross fixed investment being slower in 2007 compared with in 2006). A real estate downturn will have a slowing effect on real estate advertising expenditures, as well as on employment advertising and some categories of retail advertising (such as furniture).

Newspapers will lose classified advertising revenue to specialist online players in the five years to 2007. According to McKinsey & Co: "Between 2001 and 2004, online players such as craiglist, Monster and Realtor.com captured approximately 5% of newspapers' US market share - resulting in a loss of $2 billion of the $34 billion classified market" ("Classified ads: How the newspapers can fight back" The McKinsey Quarterly, January 2006).

Industry circulation revenue will decline in real terms in the five years to 2007, due to negative growth in circulation volumes and a real decline in circulation prices. There was a significant decline in circulation numbers of daily evening newspapers (which fell from 11.3 million in 1997 to 8.6 million in 2002 and to 7.7 million in 2004), although this was partly offset by a modest circulation gain by daily morning newspapers (with circulation rising from 45.4 million in 1997 to 46.6 million in 2002 and to 46.9 million in 2004).

A number of factors are negatively impacting overall newspaper circulation numbers, including: pressures on potential readers' time; and new media that also provides news content, including Internet sites and a larger range of magazine titles. More news and current affairs coverage on TV may also have adversely affected newspaper circulation and readership. Newspapers have sought to counter these factors by improving quality and introducing color (through large investments in state-of-the-art printing presses), introducing insert magazines targeting specific markets and introducing more tabloid content. Greater emphasis is being placed on high profile journalists. Direct advertising efforts seek to bolster subscriptions, while partnerships with, and point-of-purchase advertising at, retailers seek to boost single sales.

Readership Trends - Total Adults

|  | Thousands Daily | Percentage % of | Thousands Sunday | Percentage % of |
|---|---|---|---|---|
|  | Newspapers | Adults | Newspapers | Adults |
| 2002 | 79638 | 55.4 | 91378 | 63.6 |
| 2003 | 79094 | 54.1 | 91500 | 62.5 |
| 2004 | 78285 | 52.8 | 90795 | 61.2 |
| 2005 | 77673 | 51.6 | 89819 | 59.6 |
| 2006 | 76088 | 49.9 | 87263 | 57.2 |

Source: Various
Note: Source: Newspaper Association of America

© Copyright 2007, IBISWorld Inc.

There will be an overall decline in the number of daily newspapers published in the United States in the five years to 2007. Data from the Newspaper Association of America indicates that the total number of daily newspapers in the US fell from 1,457 in 2002 to 1,437 in 2006. While there was a decline in the number of evening dailies (down from 692 in 2002 to 614 in 2006), there was an increase in morning dailies (up from 777 to 833). The number of weekly newspapers decreased from 6,699 in 2002 to 6,659 in 2005.

### Profitability

In 2003 and 2004, profit margins responded positively to growth in industry revenue (which arose from a recovery in advertising markets). Online business margins improved. However, margins during this period were negatively affected by an increase in the cost of newsprint (up about 4% in 2003) and wages. In 2005 through 2007, margins will be adversely affected by a real decline in industry revenue. Profitability was also negatively affected by an increase in newsprint costs (due to higher average prices for newsprint), 2005 and 2006. Newsprint prices are expected to decline in 2007.

In 2003, labor costs grew at between 4% and 6% in nominal terms. Employee reductions will have a moderating effect on wage costs in 2004 through 2007.

### Other

The decrease in the number of daily newspapers, along with an increase in consolidation of sites, will contribute to a decline in the number of industry establishments in the five years to 2007. Merger and acquisition activity will also result in a consolidation of newspaper ownership and an increase in industry consolidation.

There will also be more cooperation between the major players. For example, in 2002 Gannett joined forces with Knight-Ridder and Tribune as equal forces in careerbuilder.com. In May 2004, it was announced that Gannett, Knight-Ridder and Tribune had jointly acquired Crossmedia Services, which is a provider of Web-based marketing solutions for national and local retailers. In March 2005, Gannett, Knight-Ridder and the Tribune Company jointly acquired a 75% interest in Topix.net, a content aggregation service that continuously monitors breaking news and categorizes news content.

Annual US Printed Newspaper Advertising Expenditures (current prices)

| Y/E Dec | Million Dollars National | Million Dollars Retail | Million Dollars Classified | Million Dollars Total | Percent Growth Total |
|---|---|---|---|---|---|
| 1991 | 3924 | 15839 | 10587 | 30349 | N/C |
| 1992 | 3834 | 16041 | 10764 | 30639 | 1.0% |
| 1993 | 3853 | 16859 | 11157 | 31869 | 4.0% |
| 1994 | 4149 | 17496 | 12464 | 34109 | 7.0% |
| 1995 | 4251 | 18099 | 13742 | 36092 | 5.8% |
| 1996 | 4667 | 18344 | 15065 | 38075 | 5.5% |
| 1997 | 5315 | 19242 | 16773 | 41330 | 8.5% |
| 1998 | 5721 | 20331 | 17873 | 43925 | 6.3% |
| 1999 | 6732 | 20907 | 18650 | 46289 | 5.4% |
| 2000 | 7653 | 21409 | 19608 | 48670 | 5.1% |
| 2001 | 7004 | 20679 | 16622 | 44305 | -9.0% |
| 2002 | 7210 | 20994 | 15898 | 44102 | -0.5% |
| 2003 | 7797 | 21341 | 15801 | 44939 | 1.9% |
| 2004 | 8083 | 22012 | 16608 | 46703 | 3.9% |
| 2005 | 7910 | 22187 | 17312 | 47409 | 1.5% |
| 2006 | 7495 | 22121 | 16986 | 46602 | -1.7% |

Source: Various
Note: Source: Newspaper Association of America.

Newspaper Online Revenue (current prices)

| Y/E Dec | Million Dollars | Percent Growth |
|---|---|---|
| 2003 | 1216 | N/C |
| 2004 | 1541 | 26.7% |
| 2005 | 2027 | 31.5% |
| 2006 | 2664 | 31.4% |

Source: Various
Note: Source: Newspaper Association of America.

## HISTORICAL PERFORMANCE

Data from the Census Bureau indicates that industry revenue grew at an average annualized real rate of 0.4% in the five years to 2002 (although data from other sources indicates that there may have been a real decrease in industry revenue over this period). Over the same period, the US economy grew at an average annualized real rate of 2.9%, indicating that the Newspaper industry contracted as a share of the economy.

Advertising expenditure accounts for around 80% of newspaper revenue. According the Newspaper Association of America, annual expenditure on newspaper advertising in the US grew from $41.3 billion in 1997 (value in current prices) to $44.1 billion in 2002 (current prices), representing average annual nominal growth of 1.3%. After adjusting for inflation (using the GDP deflator), annual expenditure on newspaper advertising in the US declined at an average annualized real rate of 0.5% in the five years to 2002. Newspapers lost market share to other advertising media, including to cable TV, radio and the Internet.

© Copyright 2007, IBISWorld Inc.

INDUSTRY PERFORMANCE
Newspaper Publishers in the US
December 04 2007

According the Newspaper Association of America, annual circulation revenue from daily and Sunday newspapers grew from $10.07 billion (current prices) in 1997 to $11.03 billion (current prices) in 2002. After adjusting for inflation, there was a decline in the combined circulation revenue of daily and Sunday newspapers over this period. Average weekday readership of daily newspapers has been in decline over many years, declining from 80.8% of the adult population in 1964 to 58.3% in 1997 and then to 55.4% in 2002. This had a dampening effect on circulation revenues, and also had adverse flow on effects on advertising demand.

The number of daily newspapers in the US declined from 1,745 in 1980 to 1,509 in 1997 and to 1,457 in 2002. There was, however, an increase in the number of weekly newspapers, although weekly newspapers generate, on average, low levels of revenue (i.e., when compared to dailies).

In the three years to 2000, total advertising expenditure in US grew in response to a strong economy. During this period, advertising expenditure was bolstered by, in addition to a growing economy, growth in a number of burgeoning service and technology industries, including mobile phones, cable and satellite and the Internet. Demand for classified advertisements in newspapers benefited from strong growth in employment and real estate markets, and from growth in motor vehicle sales. Demand for employment-related classified advertising benefited from employment growth (and labor shortages) and from high growth in white-collar employment compared to growth in total employment. Employers tend to spend more on advertising to attract white-collar employees (particularly at management level) relative to other types of employees.

Newspaper advertising revenue contracted significantly in 2001 and 2002 due to a weak economy and adverse conditions in the information technology sectors. These conditions saw the business sector cut back spending on advertising. Industry profit margins were adversely affected in 2001 by a decline in industry revenue, while newsprint costs and labor costs rose relative to revenue. In 2002, despite negative real growth in industry revenue, profit margins improved due mainly to a decline in newsprint costs and labor costs.

US Daily Newspapers - Circulation and Advertising Revenue (current prices)

|  | Million Dollars Circulation | Million Dollars Advertising |
|---|---|---|
| 1992 | 9164 | 30639 |
| 1993 | 9194 | 31869 |
| 1994 | 9443 | 34109 |
| 1995 | 9720 | 36092 |
| 1996 | 9969 | 38075 |
| 1997 | 10066 | 41330 |
| 1998 | 10267 | 43925 |
| 1999 | 10472 | 46289 |
| 2000 | 10541 | 48670 |
| 2001 | 10783 | 44305 |
| 2002 | 11025 | 44102 |
|  |  |  |
| Average growth (% pa) |  |  |
| 1992 to 1997 | 1.9% | 6.2% |
| 1997 to 2002 | 1.8% | 1.3% |

Source: Various
Note: 1. Source: NAA 2. Circulation revenue includes dailies and Sunday papers.

INDUSTRY PERFORMANCE
Newspaper Publishers in the US
December 04 2007

Nominal Average Annual Growth in Newspaper Advertising Expenditures, 1997 to 2002

|  | Percentage |
|---|---|
| National | 6.3 |
| Retail | 1.8 |
| Classified | -1.1 |
| Total | 1.3 |

Source: Various
Note: Source: Newspaper Association of America

Revenue

|  | Revenue $ Million | Growth % |
|---|---|---|
| 1992 | 45,379.1 | N/A |
| 1993 | 45,823.9 | 1.0 |
| 1994 | 47,179.8 | 3.0 |
| 1995 | 48,595.5 | 3.0 |
| 1996 | 50,053.4 | 3.0 |
| 1997 | 50,594.9 | 1.1 |
| 1998 | 53,462.2 | 5.7 |
| 1999 | 56,048.0 | 4.8 |
| 2000 | 58,357.5 | 4.1 |
| 2001 | 52,172.9 | -10.6 |
| 2002 | 51,681.9 | -0.9 |
| 2003 | 51,788.5 | 0.2 |
| 2004 | 51,290.3 | -1.0 |
| 2005 | 51,174.5 | -0.2 |
| 2006 | 49,536.9 | -3.2 |
| 2007 | 46,564.7 | -6.0 |

© Copyright 2007, IBISWorld Inc.

INDUSTRY PERFORMANCE
Newspaper Publishers in the US
December 04 2007

Revenue



Revenue Growth Rate



Gross Product

| | Gross Product $ Million | Growth % |
|---|---|---|
| 1997 | 26,528.2 | N/A |
| 1998 | 27,372.6 | 3.2 |
| 1999 | 29,817.5 | 8.9 |
| 2000 | 31,979.9 | 7.3 |
| 2001 | 25,564.7 | -20.1 |
| 2002 | 25,190.5 | -1.5 |
| 2003 | 26,826.4 | 6.5 |
| 2004 | 27,416.6 | 2.2 |
| 2005 | 27,252.1 | -0.6 |
| 2006 | 26,205.6 | -3.8 |
| 2007 | 24,476.1 | -6.6 |

© Copyright 2007, IBISWorld Inc.

INDUSTRY PERFORMANCE
Newspaper Publishers in the US
December 04 2007

Gross Product

Gross Product Growth Rate



© Copyright 2007, IBISWorld Inc.

# Outlook

Revenue

|  | Revenue $ Million | Growth % |
|---|---|---|
| 2007 | 46,564.7 | -6.0 |
| 2008 | 45,167.8 | -3.0 |
| 2009 | 44,264.4 | -2.0 |
| 2010 | 43,379.1 | -2.0 |
| 2011 | 42,511.5 | -2.0 |
| 2012 | 41,661.3 | -2.0 |

Revenue



Revenue Growth Rate



IBISWorld forecasts that industry value added (IVA) will contract at an average annualized real rate of 2.4% in the five years to December 31, 2012, while the economy will grow at an average annualized real rate of 2.6%. IVA will be decline in real terms over the outlook period due to: a real contraction in industry revenue (averaging 2.2% per year); competitive pressure on newspaper profit margins; and employee reductions.

The level of advertising expenditure in the US is sensitive to the level of economic activity. While IBISWorld forecasts low volatility in the US economy over the outlook period, IBISWorld does forecast that real growth in the US economy will slow in the five years to 2012 (to an average 2.6% per year) compared with real growth in the US economy in the five years to 2007 (forecast to average 2.8% per year).

IBISWorld also forecasts that real growth in economy-wide consumer spending will slow to an average annualized rate of 2.6% in the five years to 2012, compared with an average annualized rate of 3.1% in the five years to 2007. Slower real growth in consumer spending and high energy prices would, if sustained, adversely affect growth in discretionary expenditures on new and higher value goods (where retail and auto classified advertising tends to be concentrated). Slower economic growth and low inflation would, if realized, keep down growth in asset prices. This would impact the

© Copyright 2007, IBISWorld Inc.

finance sector (affecting financial advertising) and on real estate prices and sales volumes (which will adversely affect growth in real estate classified advertising as well as retail advertising).

IBISWorld is also forecasting a small increase in unemployment over the outlook period, which would, if realized, have a negative impact on help-wanted advertising.

There is also a risk of a continuing weakness in US housing prices during the outlook period, which would, if realized, also have a negative impact on consumer spending. The playing out of such a scenario would also, in turn, affect classified advertising revenue (particularly from real estate advertisements), and could also have flow on adverse effects on financial, retail and help-wanted advertising.

The proportion of the adult population in the United States that reads newspapers has been in long-term decline, and this has had a negative impact on the demand for printed newspaper advertising. An expected continuation of this trend would impact both newspaper circulation and advertising revenue going forward. On the other hand, there will be strong growth in access to, and advertising on, newspaper web-sites and this will represent a growing source of newspaper company advertising revenue (and profits).

Printed newspapers have lost share of the total advertising market. Over the full outlook period, there will be intense competition from substitute products and services, including from the Internet, magazines, TV, outdoor advertising, and from direct mail. Cable, satellite and Internet Protocol TV and cellphone operators will gain share in the advertising market. The Internet and magazines offer advertisers an ability to reach customers and specific niche markets (i.e., rather than mass markets) and these mediums are expected to gain market share.

The development of and growth in Internet-based market places (such as in the employment, auto and real estate space), will continue to erode newspapers' share of the classified advertisement market. On the other hand, newspaper proprietors point out that print will continue to offer a viable market place because it also offers advertisers (e.g., real estate brokers and auto dealers) a medium to promote their firm's capabilities.

The newspaper industry is responding to competition and newspaper readership trends through various strategies, including in some cases by reducing cover prices, reducing sheet size, improving print quality and introducing more color, incorporating magazine inserts and supplements (often aimed at target markets) and providing value added and stand-alone Internet-sites to readers and advertisers. Some metropolitan newspapers have added editions serving communities. In addition, some newspapers have targeted niche population groups, such as Hispanics and young people.

The newspapers' news and classified advertising Internet-sites are often considered necessary to offer advertisers and customers a full package and to also reduce the chance of leakage to specialist Internet operators. The online advertising market in America is estimated to have reached $17 billion in 2006. Newspapers generated online revenue of $2.7 billion in 2006, and was up 31.4% on newspaper online revenue in 2005 (Newspaper Association of America).

As newspaper companies' online revenue grows, so will online profit margins, albeit often at the expense of print margins. Newspaper operators must manage migration from print to online offerings in a way that maximizes profitability. Some operators are looking to fuse together print and online offerings to make them more indispensable, differentiated, and complementary so as to maximize the number of readers and advertisers captured as users of both channels.

One risk in the longer-term is the potential for improved software tools to allow 'newspapers' to be 'constructed' by readers according to their specific requirements. Moreover, it has become increasingly viable for high profile journalists and identities to by-pass print media and exclusively publish on their own web-sites.

In September 2007, it was announced that AP, Press Association of Britain, Canadian Press and Agence France-Presse had agreed to license news feeds to Google News. Search results would link to the agencies' customers (rather than the agencies themselves). However, according to an article attributed to Reuters and The New York Times ("Google ropes in news wires", September 4, 2007), Google's effort to reduce duplicate articles means that the original wire service article is likely to be featured in Google News instead of versions of the same article from newspaper customers, sapping ad revenue to those newspapers".

IBISWorld expects paper prices to decline in real terms over the full outlook period, resuming a long term trend.

Economic Indicators

| | Percentage Real Growth in GDP | Percentage Real Growth in Private Consumption | Percentage Unemployment Rate | Percentage Lending Interest Rate |
|---|---|---|---|---|
| 2008 | 2.1 | 1.6 | 4.7 | 8.1 |
| 2009 | 2.8 | 2.7 | 4.8 | 8.3 |
| 2010 | 2.7 | 2.7 | 4.7 | 8.3 |
| 2011 | 2.8 | 2.6 | 4.8 | 8.3 |
| 2012 | 2.8 | 2.9 | 4.4 | 8.3 |

Source: IBISWorld Estimates

In June 27, 2006, The McClatchy Company announced that it had completed the acquisition of Knight-Ridder Inc in a transaction valued at $6.5 billion. The McClatchy Company's subsequently divested some publications (mostly for strategic reasons although one publication was divested for antitrust reasons) principally to existing players.

On August 1, 2007, New Corporation announced that the company had entered into a definitive agreement to acquire Dow Jones & Company in a transaction valued at $5.6 billion. The Chairman of News Corporation stated that Dow Jones' has "got to be part of a bigger organization to be taken further".

IBISWorld believes that over the outlook period, there will be some further consolidation in the newspaper publishing industry. Larger operators can accrue economies of scale through lower unit costs in news acquisition, paper inputs, press production and online services. Large operators are better able to negotiate cost effective distribution arrangements and prominence in newspaper retailing outlets. They are also in a better position, relative to smaller operators, to negotiate lower prices from suppliers and can also spread the cost of news gathering and expensive state-of-the-art printing equipment over a larger revenue base.

There will be cooperation between the major players, particularly in the online space, as players seek to build leading national brands.

Owners of daily newspapers will seek to provide advertisers with more comprehensive offerings, which may see acquisitions of local weekly newspapers, magazines, and TV and radio stations. Similarly, magazine and broadcasting companies may acquire newspapers. On June 2, 2003, the FCC decided to relax the newspaper-broadcast cross-media ownership ban, subject to a 45% national audience cap for broadcasting companies. The Newspaper Association of America was hoping for a full repeal of cross-media ownership. The FCC had introduced rules in 1975 restricting firms owning newspaper and a radio or television station in the same market (although grandfathering provisions and four permanent waivers resulted in there being 41 cross-owned newspaper-broadcaster properties). In September 2003,

© Copyright 2007, IBISWorld Inc.

Congressional Republicans and the White House struck a deal in the omnibus appropriations measure establishing a permanent 39% national audience cap for broadcasting companies. However, as a result of several legal challenges to the new rules, newspapers are not able to purchase a broadcaster in their local market as the US Court of Appeal for the Third Circuit found the new rules unworkable. In October 2007, the head of the FCC circulated a plan to, within two months, relax media ownership laws, including repealing the rule that forbids a company to own both a newspaper and a TV or radio station in the same city.

If liberalization of the newspaper-broadcaster cross-media rules occurs, this is expected to result in an increase in cross-media acquisitions. This would offer opportunities for cross-owned properties to offer more compelling advertising packages and to accrue cost savings and quality enhancements in news gathering (although these cost and quality benefits are more likely to accrue to the broadcasting operation). According to testimony by William Singleton before the Senate Commerce Committee (May 13, 2003), there is "no evidence that existing combinations (i.e., cross-owned properties) have threatened competition in their local markets" and have not "demonstrate(d) a pattern of coordinated viewpoints on important political issues".

A rationalization of printing press locations, the introduction of new presses, along with cost containment initiatives, will each contribute toward a decline in industry employment over the outlook period. This would result in labor costs accounting for a lower percentage of revenue and value added. In addition, it is expected that more newspaper publishers will outsource printing, an initiative that will drive down labor costs. In November 2006, Transcontinental signed a 15-year contract with Hearst Corporation to print the San Francisco Chronicle and related products, as well as provide complete post-press services.

Among smaller publishers, survivors will be specialist publications that target niche markets offering high advertising rates and/or subscription prices. These publications will attract high profile journalists or writers, have high quality news content which is relevant to their readers, and will often have high quality print and/or content on Internet-sites.

© Copyright 2007, IBISWorld Inc.