*Tribune Base Case - Consolidated Comparable Companies and Transactions Method*

### COMPARABLE COMPANIES METHOD [1]

| Period | Financial Metric | Multiples | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| | EBITDA | Low | -- | High | Low | -- | High |
| **PF LTM** | $1,198.0 | 8.25x | -- | 8.75x | $9,883.5 | -- | $10,482.5 |
| **2007P** | $1,191.4 | 8.00x | -- | 8.50x | $9,531.6 | -- | $10,127.3 |
| **2008P** | $1,193.3 | 7.75x | -- | 8.25x | $9,248.1 | -- | $9,844.8 |

| *Operating Enterprise Value Range* | | | | | **$9,248.1** | **--** | **$10,482.5** |
|---|---|---|---|---|---|---|---|

### COMPARABLE TRANSACTIONS METHOD [2]

| Period | Financial Metric | Multiples | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| | EBITDA | Low | -- | High | Low | -- | High |
| **PF LTM** | $1,198.0 | 9.00x | -- | 9.50x | $10,782.0 | -- | $11,381.0 |

| *Operating Enterprise Value Range* | | | | | **$10,782.0** | **--** | **$11,381.0** |
|---|---|---|---|---|---|---|---|