**TRIBUNE COMPANY**
**SUMMARY OF REVENUES AND NEWSPAPER ADVERTISING VOLUME (Unaudited)**
**For Period 12 Ended December 30, 2007**
(In thousands)

| | Period 12 (A) | | | Fourth Quarter (A) | | | Year to Date (A) | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2007 | 2006 | % Change | 2007 | 2006 | % Change | 2007 | 2006 | % Change |
| **Publishing** (B) | | | | | | | | | |
| Advertising | | | | | | | | | |
|   Retail | $ 141,941 | $ 183,712 | (22.7) | $ 358,491 | $ 400,274 | (10.4) | $ 1,247,755 | $ 1,327,097 | (6.0) |
|   National | 75,577 | 99,276 | (23.9) | 192,882 | 216,704 | (11.0) | 686,549 | 730,038 | (6.0) |
|   Classified | 60,727 | 87,946 | (30.9) | 193,649 | 259,727 | (25.4) | 926,715 | 1,137,835 | (18.6) |
|   Sub-Total | 278,245 | 370,934 | (25.0) | 745,022 | 876,705 | (15.0) | 2,861,019 | 3,194,970 | (10.5) |
| Circulation | 49,958 | 62,669 | (20.3) | 130,518 | 147,881 | (11.7) | 526,529 | 567,326 | (7.2) |
| Other | 28,029 | 27,144 | 3.3 | 76,779 | 68,027 | 12.9 | 277,042 | 256,124 | 8.2 |
| Segment Total | 356,232 | 460,747 | (22.7) | 952,319 | 1,092,613 | (12.8) | 3,664,590 | 4,018,420 | (8.8) |
| **Broadcasting & Entertainment** | | | | | | | | | |
| Television (C) | 110,257 | 127,215 | (13.3) | 296,559 | 325,182 | (8.8) | 1,136,224 | 1,178,104 | (3.6) |
| Radio/Entertainment | 5,949 | 10,764 | (44.7) | 19,817 | 30,421 | (34.9) | 262,170 | 247,042 | 6.1 |
| Segment Total | 116,206 | 137,979 | (15.8) | 316,376 | 355,603 | (11.0) | 1,398,394 | 1,425,146 | (1.9) |
| **Consolidated Revenues** (B)(C) | $ 472,438 | $ 598,726 | (21.1) | $1,268,695 | $1,448,216 | (12.4) | $ 5,062,984 | $ 5,443,566 | (7.0) |
| **Total Advertising Inches** (B)(D) | | | | | | | | | |
| Full Run | | | | | | | | | |
|   Retail | 623 | 764 | (18.5) | 1,511 | 1,655 | (8.7) | 5,263 | 5,466 | (3.7) |
|   National | 319 | 407 | (21.6) | 785 | 880 | (10.8) | 2,798 | 3,132 | (10.7) |
|   Classified | 625 | 840 | (25.6) | 1,789 | 2,198 | (18.6) | 7,874 | 9,437 | (16.6) |
|   Sub-Total | 1,567 | 2,011 | (22.1) | 4,085 | 4,733 | (13.7) | 15,935 | 18,035 | (11.6) |
| Part Run | 1,482 | 2,060 | (28.1) | 4,221 | 5,450 | (22.6) | 18,134 | 21,217 | (14.5) |
| Total | 3,049 | 4,071 | (25.1) | 8,306 | 10,183 | (18.4) | 34,069 | 39,252 | (13.2) |
| **Preprint Pieces** (B)(D) | 1,609,922 | 2,019,676 | (20.3) | 4,090,589 | 4,449,323 | (8.1) | 14,500,271 | 14,814,093 | (2.1) |

(A) For 2007, Period 12, fourth quarter and year to date include five weeks, 13 weeks and 52 weeks, respectively.
    For 2006, Period 12, fourth quarter and year to date include six weeks, 14 weeks and 53 weeks, respectively.

(B) Operating results for Hoy New York, SCNI and Recycler are excluded herein and reported as discontinued operations in the
    Company's external financial statements.

(C) Excludes results from discontinued operations that were sold in 2006 (WATL-TV, Atlanta, WLVI-TV, Boston and WCWN-TV, Albany).

(D) Volume for 2006 has been modified to conform with the 2007 presentation. Volume includes only the daily newspapers and is based
    on preliminary internal data, which may be updated in subsequent reports.