MID 00345



**Banker Meeting**
**October 1, 2007**

# TRANSFORMING
## TRIBUNE PUBLISHING & INTERACTIVE

SEPTEMBER 2007

MID 00346

# Background

- We have long recognized the competitive challenges facing the newspaper industry.

- We've had some successes to date in meeting those challenges:

  □ Focus on interactive growth, both through joint ventures and through internal product development

  □ Investments in pre-print advertising capabilities and targeted print products

  □ Optimization of current operations (maximizing manufacturing productivity, increasing news-sharing efforts, consolidation of operations, outsourcing)

- We've decided that these approaches are sound, but we need to do more faster.

MD 00347

# Changing Our Culture

- By focusing on transforming our culture and the way we approach business, we will significantly improve our speed, execution and our ability to innovate and compete.

  □ Be more customer-centric than ever

  □ Do a better job of motivating and rewarding new ideas, innovation and smart risk-taking at all levels

  □ Accelerate our decision-making and bias toward action

  □ Make "change" a more pervasive and constant concept throughout Tribune

MD 00348

# Transformative Change

- Harvard Business School Professor John Kotter

- Leading expert on transformative change

- Author of best selling books
  - "*Leading Change*"
  - "*Our Iceberg is Melting*"

- Hired as advisor to Tribune Publishing & Interactive in April 2007

MD 00349

# Change Process Highlights

- "Guiding Team" of 35 oversees the process.
  - Dennis FitzSimons
  - All CEO/Publishers
  - Publishing/Interactive Group and Business Unit Executives

- Added 45 additional executives from the business units and formed subject teams to study and make recommendations.

- Worked together over the summer to re-write Tribune's vision and overarching strategies.

MD 00350

# Cultural Transformation & Overarching Strategies

## OVERARCHING GROWTH STRATEGIES

### TRANSFORM OUR BUSINESS MODEL

Reengineer our business model to fuel development of new products that serve highly segmented audiences.

### WIN IN THE DIGITAL WORLD

Aggressively build or partner to offer multiple digital information and advertising products locally and nationally.

### WIN AT HOME

Be the #1 print and digital source of locally relevant news, information and advertising.

## TRANSFORM OUR CULTURE AND APPROACH

To realize our vision, we must transform our company culture and the way we approach our business every day.

TRANSFORMING TRIBUNE PUBLISHING & INTERACTIVE

5

MD 00351

# So What's Different?

- Take advantage of our local print and distribution infrastructures wherever possible.

  - Chicago Tribune/Sun-Times distribution deal

  - Others under discussion

    - Los Angeles Times / LANG / Orange County Register                    REDACTED

    - Baltimore Sun / The Washington Post

    - Sun-Sentinel / Palm Beach Post / Miami Herald

- Zero-base our utilization of assets and resources.

  - Accelerate optimization and reengineering (newsroom, transportation, distribution end-to-end studies)

  - Outsource, regionalize, centralize (customer accounting in Costa Rica, circulation call center in Philippines, tech help desk to India) REDACTED

MID 00352

# So What's Different?

- Continue to diversify our portfolio of print products.
  - Create more targeted publications (Hispanic, families, working mothers, prep sports, etc.)
  - Start-up more free dailies (*Red Eye, am New York*, etc.)

- Heighten our focus on advertising revenue growth.
  - Digital and print product development = more inventory = more share of revenue
  - Optimize our sales efforts around our customers constantly changing needs
    - Local business units solely focused on growth opportunities in local sales and opportunities for market share gains.
    - National sales activities centralized.
  - Optimize all of our ad sales fundamentals (recruiting, training, comp programs, accountability)

- Ramp up our use of research to strengthen our position as the leading news and information provider in each of our markets.
  - Adopt specific audience and advertiser segmentation models
  - Implement audience development plans

**TRANSFORMING TRIBUNE PUBLISHING & INTERACTIVE**

7

MD 00353

# So What's Different?

- We are accelerating our efforts to grow in the interactive/digital world.

## National

- Develop more national footprint vertical category web businesses (Travel, Sports, Video News, etc.)

- Seek more strategic partnerships with other media and technology companies to speed development and product diversification

## Local

- Implement distributed product development approach:

- Chicago, Los Angeles, New York and T6 markets

- Develop local search and database capabilities

- Ramp-up development of mobile application

- Encourage development of user-generated content and hyper-local web sites

MD 00354

# So What's Different?

- Newspaper companies are coming to the realization that the best way to fight all the new forms of competition is to <u>fight together.</u>

  □ Recognize that most of our digital competitors have national scale

  □ As an industry, we need to rapidly "circle the wagons" and launch more national web businesses using the network/affiliate model that CareerBuilder has been so successful with

  □ Capitalize on the remaining opportunities to join forces in national advertising sales (print and digital)

  □ Most are in the midst of their own transformation process and we'll learn more, faster from each other

MID 00355

# QUESTIONS?





MD 00356

**Tribune Publishing**
**2006 to 2007 Cash Expense Rollforward**
($ in millions)

| | | |
|---|---|---|
| **2006 Cash Expenses (52 weeks)*** | $ | 3,004.8 |
| Add:  Print normal inflationary expense increases | | |
| Newsprint price decrease (-8.7%) | | (40.5) |
| Less: Newsprint consumption savings (-9.3%) | | (39.6) |
| Net change in Newsprint | | (80.1) |
| Print Compensation inflation (3%) | | 37.1 |
| Less:  Print Retirement Savings | | (48.8) |
| Less:  Print FTE savings (733 average FTEs at $73k per FTE) | | (53.5) |
| Less:  Other Compensation Savings | | (7.5) |
| Net Change in Print Compensation | | (72.4) |
| TMC postage | | 4.3 |
| Other cash expenses inflation (3.0%) | | 31.6 |
| Less:  Other cash expense savings | | (61.3) |
| Net Change in Print Other Cash Expenses | | (25.3) |
| Net print cash expense decrease | | (177.8) |
| Add:  Interactive increases | | |
| TI Central expense increases (mostly product development) | | 14.7 |
| TI Expense increases at the business units (mostly revenue based) | | 21.4 |
| Subtotal - Interactive increases | | 36.1 |
| Add:  New businesses | | |
| FSBO incremental expenses (half year) | | 4.5 |
| Incremental ADVO Expenses | | 6.8 |
| Subtotal - New businesses | | 11.3 |
| **2007 Projected Publishing Cash Expenses** | $ | 2,874.4 |

\* Excludes Stock Based Compensation, SCNI, Hoy NY and Recycler

MD 00357

**Tribune Publishing**
**2007 to 2008 Cash Expense Rollforward**
($ in millions)

| | | |
|---|---:|---:|
| **2007 Projected Cash Expenses*** | $ | **2,874.4** |
| | | |
| Add: Print normal inflationary expense increases | | |
| Newsprint price decrease (-2.5%) | | (9.6) |
| Less: Newsprint consumption savings (-6.5%) | | (26.5) |
| Net change in Newsprint | | (36.1) |
| | | |
| Print Compensation inflation (2.5%) | | 29.1 |
| Add: Print Retirement Increase | | 19.5 |
| Less: FTE savings (689 average FTEs at $76k per FTE) | | (52.4) |
| Add: Other Compensation Increases | | 15.1 |
| Net Change in Print Compensation | | 11.3 |
| | | |
| Change in TMC postage | | (4.9) |
| Other cash expenses inflation (3.0%) | | 30.9 |
| Less: Other cash expense savings | | (30.6) |
| Net Change in Print Other Cash Expenses | | (4.6) |
| | | |
| Net print cash expense decrease | | (29.4) |
| | | |
| Add: Interactive increases (mostly product development) | | 4.4 |
| TI Expense increases at the business units (mostly revenue based) | | 44.6 |
| Subtotal - Interactive increases | | 49.1 |
| | | |
| Add: New businesses | | |
| Incremental Expenses | | - |
| Incremental Expenses | | - |
| Subtotal – New businesses | | - |
| | | |
| **2008 Projected Publishing Cash Expenses** | $ | **2,894.0** |

* Excludes Stock Based Compensation, SCNI, Hoy NY and Recycler

MD 00358



# ADVERTISING SALES RECAP AND GROWTH INITIATIVES

Banker Meeting October 1, 2007

MD 00359

# Total Advertising Revenue Breakdown

| | 2007 % Total Ad Revenue | 2007 Projection | 2008 Projection |
|---|---|---|---|
| Retail | 44% | -3.4% | 1.3% |
| National | 23% | -4.0% | 1.2% |
| Classified | 33% | -15.6% | -7.0% |
| Total | 100% | -7.9% | -1.5% |

1

MID 00360

# 2007 Advertising Revenue Change Components

**Structural:** Due to significant changes in the client or media structure in which we do business

**Cyclical:** Due to temporary changes brought on by local and/or national economic conditions

**Execution:** Areas in which we can improve our performance, regardless of the above

MID 00361

# 2007 Estimated Ad Revenue Drivers

| | % 2007 Change | Impact Factors |
|---|---|---|
| **Structural** | -3.0% | • Shift to Interactive<br>• Net paid circulation declines<br>• General ad spending cutbacks<br>• Smaller preprints |
| **Cyclical** | -3.0% | • Real estate declines in California and Florida, which impact other classified categories |
| **Execution** | -2.0% | • TMN National<br>• Web order entry needed |
| TOTAL: | -7.9% | |

ADVERTISING SALES RECAP AND GROWTH INITIATIVES

3

MD 00362

# 2007 Retail Estimated Ad Revenue Drivers

| | % 2007 Change | Impact Factors |
|---|---|---|
| **Structural** | -1.6% | • Ad spending cutbacks as cost savings measures<br>• Smaller preprints and reduced frequency<br>• Consolidations and store closings<br>• Circulation losses |
| **Cyclical** | -0.8% | • Housing market declines |
| **Execution** | -1.0% | • Not organized optimally |
| TOTAL: | -3.4% | |

ADVERTISING SALES RECAP AND GROWTH INITIATIVES

4

MD 00363

REDACTED    Retail 2008 – Major Impact Factors

1) Advertising reorganizati (+$10 million) REDACTED

- Recent establishment of TMN Retail, a centralized sales group handling our top national retailers, comprising approximately $270 million in annual revenue. REDACTED

- Concentrates best practices, promotes greater access to decision makers, allows for more client focus and quicker decision-making.

- Frees up time and resources for business unit Ad VP's and Publishers to focus on local sales.

2) Direct Delivery Plus (+$8-$10 million)

- Innovative new way for direct marketers to begin using newspapers as a delivery vehicle for their preprints rather than USPS.

- Huge potential savings for them and high revenue potential for us.

MD 00364

# Retail 2008 – Major Impact Factors (cont.)

3) Growth in Targeted Print

- Additional channel for ROP and Preprint dollars
- RedEye expansion in Chicago
- Hoy, amNY
- Ramp up development across group
- Image section in LA, generating $12 million in new revenue from a new bucket of advertising dollars
- Triblocal in Chicago, to enhance access to local dollars

4) Google partnership

- Opportunity to acquire new revenue stream

REDACTED

MID 00365

# Retail 2008 – Major Impact Factors (cont.)

5) Enhanced training/use of technology

- Implementation of group-wide sales training, focusing first on two key issues: Interactive and competitive media (i.e. stealing share)

- Group-wide implementation of salesforce.com, to improve accountability and visibility

- Looking also at presentation enhancement/sharing system

- Rapid introduction of web order entry for both classified and local retail customers, facilitating ad order and creative execution

MD 00366

# 2007 National Estimated Ad Revenue Drivers

| | % 2007 Change | Impact Factors |
|---|---|---|
| **Structural** | -1.0% | • Ad spending cutbacks<br>• Consolidation<br>• Auto industry |
| **Cyclical** | -0.5% | • Financial<br>• Auto industry |
| **Execution** | -2.5% | • TMN performance |
| TOTAL: | -4.0% | |

MID 00367

# National 2008 – Major Impact Factors

1) Innovation ($15M+ incremental)
   - Institution of premium ad positions
   - Section front ads
   - Unique size ads
   - Post-it notes across group
   - GM Showroom (Blockbuster)

2) New pricing models
   - CPM based – compete directly against all media
   - Optimum pricing to drive financial results

3) TMN reorganization
   - Major overhaul of personnel, bringing in significant new talent
   - Intensify our sales approach
   - More aggressive sales culture

REDACTED

ADVERTISING SALES RECAP AND GROWTH INITIATIVES

9

MID 00368

# National 2008 – Major Impact Factors (cont.)

4) Sales development / new revenue channels

- Success in direct response

5) Consolidations moderating

- No major impact consolidations pending

10

MID 00369

# Classified Revenue Breakdown

| | 2007 % Total Ad Revenue | 2007 Projection | 2008 Projection |
|---|---|---|---|
| Recruitment | 31% | -14% | -7% |
| Real Estate | 31% | -20% | -12% |
| Automotive | 24% | -12% | -3% |
| Other | 14% | -13% | -2% |
| Total | 100% | REDACTED -16% REDACTED | REDACTED -7% REDACTED |

## '07 to '08 Highlights

- Cyclical impact will moderate
- Online is a bigger piece of the business
- We will get better going to market
- Overall slope of the decline moderates

11

MD 00370

# Recruitment 2007 Revenue Drivers

| | % 2007 Change | Impact Factors |
|---|---|---|
| **Structural** | -6% | • Shift in ad spend from print to online<br>• Decrease in print listing volume impacts online growth rate<br>• Company websites to post job listings |
| **Cyclical** | -6% | • Hiring levels have slowed<br>• Housing impact in Florida and Los Angeles |
| **Execution** | -2% | • Ad system issues impact print agate<br>• Pricing not optimized<br>• Need consistent e-commerce platform across all Publishing |
| TOTAL: | -14% | |

12

MID 00371

# Real Estate 2007 Revenue Drivers

| | % 2007 Change | Impact Factors |
|---|---|---|
| **Structural** | -4% | • Listings moving online<br>• Realtor-owned websites |
| **Cyclical** | -14% | • Sharp drop in new construction<br>• Slowdown in the resale market |
| **Execution** | -2% | • Ad system issues impact print agate<br>• Need consistent e-commerce platform across all Publishing |
| TOTAL: | -20% | |

13

MID 00372

# Automotive 2007 Revenue Drivers

| | % 2007 Change | Impact Factors |
|---|---|---|
| **Structural** | -5% | • Dealerships closing/consolidating<br>• Domestic "Big 3" losing share to foreign<br>• Dealers/manufacturers shifting ad spend from print to online<br>• Private party advertisers using internet |
| **Cyclical** | -5% | • Poor real estate market<br>• Rising interest rates<br>• High gas prices |
| **Execution** | -2% | • Ad system issues impact print agate<br>• Pricing not optimized<br>• Need consistent e-commerce platform across all Publishing |
| **TOTAL:** | -12% | |

44

MID 00373

# Classified 2008 – Major Impact Factors

1) Across all classified categories
   - Cyclical recovery in 2nd half of 2008
     - Real estate begins to turn in Florida & Los Angeles
     - New auto model launches help dealer business
     - Recruitment follows
   - Print classified redesign
     - New innovative ad positions
     - Color premiums
   - Resolve ad system issues
     - Better service, less dropped calls
   - New e-commerce platform
   - Market research solution
   - Sales compensation structure

15

MD 00374

# Classified 2008 – Major Impact Factors (cont.)

2) Recruitment

- Lead generation system and customer segmentation strategy
- Optimize print & online pricing and packages
- Expand share of hourly wage and blue collar listings

3) Real Estate

- New online products with Classified Ventures marketing support
  - Homescape site and openhouses.com

4) Automotive

- New online products with cars.com marketing support
- Online pricing increases

MD 00375

**Tribune Publishing**
**5-Year Model Assumptions**

Overall
- Consolidated group model and business unit models
  o Group model prepared by group with business unit input
  o Top 6 business units did their own models for 2008-2010
    ▪ Some common key assumptions provided by group
    ▪ Group did 2011-2012 for those units
  o Interactive did their model for 2008-2012
  o 2007 projection was updated in September for all units
- Models exclude the following:
  o Southern Connecticut Newspapers (SCNI), Hoy NY and Recycler in all years.
  o Stock-based compensation expense in all years.
  o Any impact of any proposed sales/leaseback transactions.
  o Any impact from proposed TMCT transactions.
  o Severance and other one-time gains or losses. Estimates of severance and other cash charges are included in the consolidated cash flow model.

**Ad Revenue by Channel**
- Mix of ad revenue from 2007-2012 moves more towards interactive and target print as shown on graphs and model as we transform the company to a new business model.
- Newspaper ROP down 6.3% in 2008 as print classified, especially real estate, is still sluggish and then recovers to a more modest decline in 2009-2012.
- Preprint revenue is down slightly in 2008 and grows slightly in 2009 – 2012 as more targeting programs gain market share and help to offset ongoing circulation declines. Also, current year preprint program spending declines (smaller insert sizes, no longer using fringe circulation) by key preprint advertisers cycles in 2008.
- Targeted print ramps up in 2008 and beyond as we address declines at Star and take on aggressive new product development in 2008-2012.
- Interactive shows 22% CAGR from 2008-2012. Recruitment volume declines tied to print up sells will be mostly offset by growth in online retail and national and the rollout of interactive real estate and aggressive development, at both TI Central and in L.A. and rollout of other new products. Acquisitions impact included also.

**Ad Revenue by Category**
- Retail will recover in 2008 and experience low single digit growth through 2012
  o TMN Retail will hold accounts flat in 2008 and grow slightly in 2009-2012. Trend tied to preprint growth and circulation declines.
  o Local Retail should be slightly positive in 2008-2012.
  o Interactive Retail will grow 30+% in 2008-2012
- National will be up slightly in 2008 and grow moderately 2009-2012
  o TMN National will be down 2% in 2008, flatten in 2009 and grow slightly in 2010-2012

MD 00376

- o Local sold National should be slightly positive in 2008-2012
- o Interactive National will be up 30+% in 2008-2012
- Classified will be down 7% in 2008 as print declines in recruitment, real estate and auto will continue with a modest recovery in real estate assumed in 2009 and 2010, mostly in Florida. Moderate growth, all coming from online, through 2012.

**Circulation Revenue**
- Net paid copies decline 2.4% per year, consistent with 2007 trend.
- Revenue declines by 3.2% due to turnover from full price to discount subscribers and the 2.4% volume decline.

**Other Revenue**
- Growth of nearly 17% in 2008 goes to 7% in 2009 and slowly tapers down to growth of 6% by 2012 due to new commercial delivery agreements, direct mail, and commercial printing initiatives and growth in TMS.

**Cash Expenses**
- Compensation
  - FTEs will continue to decline every year. Reduction of about 500 in 2008 and 250-300 per year thereafter. MIP bonus targets reset to 100% in 2008.
  - Assume 2.5% merit increases every year.
  - Benefits excluding retirement will be managed to grow at a rate of 2.5%. No significant changes to other benefit plans.
  - Retirement expenses are included as follows for 2008-2012 in the 5-year model:
    - 3% of compensation expense for the new cash balance plan and 5% for the new ESOP for a total contribution of 8%. This compares to just a 4% 401(k) contribution in 2007.
    - Non-cash pension credit of $5 million, flat to 2007.
- Newsprint and Ink
  - o Average newsprint pricing is down 2.5% in 2008 with price increases assumed in the later half of 2008 causing 2009 to be up 5%. 5% average price increases are also assumed in the out years due to the newsprint industry continuing to remove capacity and gains in pricing power due to Abitibi/Bowater merger.
  - o 2008 includes a 6.5% total reduction in consumption due to the web width reductions in addition to volume declines in circulation and advertising. Consumption declines of 3.2% in 2009 and about 2% thereafter represents ROP and circulation volume declines, offset in part by growth in targeted print.
- Outside services increases moderately through 2012 due to continued outsourcing of certain functions and increases in interactive, partially offset by cost reductions.
- TMC Postage decreases 4% in 2008 and is relatively flat thereafter due to decreases in TMC preprint volumes.
- Other circulation expenses increase due to new commercial delivery agreements, partially offset by continued declines in net paid circulation.

- Promotion expenses increase slightly in 2008 and continue to increase through 2012 due to interactive.
- Other cash expenses increase due to interactive and are partially offset by additional cost reductions.

**Operating Cash Flow**

- Down 4% 2008 and about 3.6% growth per year thereafter all coming from interactive and targeted print.

MD 00378



Tribune Publishing Revenue

2002 — $3.8 Billion

2007 — $3.7 Billion

2012 — $4.0 Billion

Legend:
- Daily Newspaper (excl. Preprint)
- Preprint
- Targeted Print (excl. Preprint)
- Interactive
- Other

2002: 75%, 14%, 4%, 2%, 5%

2007: 62%, 18%, 6%, 7%, 7%

2012: 47%, 17%, 8%, REDACTED 18% REDACTED, 10%

MD 00379



Tribune Publishing
Operating Cash Flow

2002 — 1%
99%
$1.0 Billion

2007 — 14%
86%
$0.8 Billion

2012 — 31%
69%
$0.9 Billion

■ Print & Unallocated
■ Interactive

MD 00380

**TRIBUNE COMPANY**
**Underwriters Due Diligence**
*October 1, 2007*

**University of Chicago / Gleacher Center – 3rd Floor (Room 308)**
450 North CityFront Plaza Drive
Chicago, Illinois 60611
(T) 312-464-8787

**Teleconference information:**
Dial-in (888) 830-6260
Passcode: 372736

**Continental breakfast begins at 7:30 a.m.**

**Introduction**

| | |
|---|---|
| 8:00 – 8:10 | Introductions and opening comments (FitzSimons) |

**Publishing/Interactive Session**

| | |
|---|---|
| 8:10 – 9:00 | Overall model assumptions (Smith/Amsden) |
| 9:00 – 9:15 | Transformative Change (Gremillion) |
| 9:15 – 10:15 | Advertising revenue |
| |   • Retail (Thomas) |
| |   • National (DePaola) |
| |   • Classified (DePaola) |
| 10:15 – 10:25 | Break |
| 10:25 – 10:45 | Circulation (Casanova) |
| |   • Revenue and not paid |
| |   • Commercial delivery and infrastructure opportunities |
| 10:45 – 11:30 | Interactive (Landon/B. Kenney) |
| 11:30 – Noon | Lunch break |

MD 00381

**Noon – 1:50** Top 5 business units (Hiller/Smith/Knight/Greenberg/Waltz)
  • Financial projections/assumptions for each market

**1:50 – 2:20** Discussion of operating plan sensitivities (Smith/Amsden)

**Break** 2:20 – 2:30

<u>Broadcasting & Entertainment Session</u>

**2:30 – 2:40** Opening Remarks (Reardon)

**2:40 – 3:05** Revenue drivers (Hendricks)
  • Daypart Analysis
  • CW and Fox Prime
  • New Syndicated Programming
  • September -- December Outlook

**3:05 – 3:25** Overall model assumptions (Mazzaferri)
  • Global Revenue Assumptions -- market and station
  • Expense Forecast – rights, compensation, other

**3:25 – 4:20** Individual market overview
  • WPIX (Berlamino)
  • WGN-TV / Superstation (Vilanovec)
  • Other Key Markets

**4:20 – 4:30** Capital Planning (Poelking)

**4:30 – 4:45** Discussion of operating plan sensitivities (Reardon/Mazzaferri)

<u>Discussion of Operating Plan Sensitivities</u>

**4:45 – 5:30** Consolidated operating plan sensitivities (FitzSimons/Grenesko)
  • Base case
  • Upside
  • Downside

MD 00382

**Attendees (total 58)**

Tribune Company (9)
- Dennis FitzSimons, Chairman, Chief Executive Officer & President
- Don Grenesko, Senior Vice President/Finance and Administration
- Crane Kenney, Senior Vice President/General Counsel
- Tom Leach, Senior Vice President/Development
- Chandler Bigelow, Treasurer
- Dan Kazan, Vice President/Development
- Brian Litman, Assistant Controller
- Dave Eldersveld, Senior Counsel
- Naomi Sachs, Director/Investments

Tribune Publishing Company (12)
- Scott Smith, Tribune Publishing, President & *Chicago Tribune*, Publisher
- Bob Gremillion, Tribune Publishing, Executive Vice President
- Harry Amsden, Tribune Publishing, Vice President/Finance
- Ken DePaola, Tribune Media Net, President
- Doug Thomas, Tribune Publishing, Senior Vice President/Sales
- Vince Casanova, Tribune Publishing, Vice President/Circulation
- Tim Landon, Tribune Interactive, President
- Brigid Kenney, Tribune Interactive, Senior Vice President/Network Operations
- David Hiller, *Los Angeles Times*, Publisher
- Tim Knight, *Newsday*, Publisher
- Howard Greenberg, *South Florida Sun-Sentinel*, Publisher
- Kathy Waltz, *Orlando Sentinel*, Publisher

Tribune Broadcasting Company (7)
- John Reardon, Tribune Broadcasting, President
- John Vitanovec, Tribune Broadcasting, Executive Vice President
- Marc Schacher, Senior Vice President/Programming & Development
- Gina Mazzaferri, Tribune Broadcasting, Vice President/Strategy & Administration
- John Poelking, Tribune Broadcasting, Vice President/Finance
- John Hendricks, Tribune Broadcasting, Vice President/Sales
- Betty Ellen Berlamino, WPIX-TV, Vice President/General Manager

Equity Group (2)
- Chris Hochschild
- Bill Pate

Bank of America (4)
- Dan Petrik
- Jon Lindvall
- William "Hutch" Pegler

- Raju Patel

Citigroup (3)
- Christina Mohr
- Michael Canmann
- Rosie Kurmaniak

JPMorgan (11)
- Brit Bartter
- Peter Cohen
- Joachim Sonne
- Tony Grimminck
- Gretchen Tonnesen
- Trish Deans
- Raj Kapadia
- Darryl Jacobson
- Yang Chen
- Chris Walsh
- John Kowalczuk

Merrill Lynch (8)
- Todd Kaplan
- Mike O'Grady
- Mitch Marcus
- Dave Lewicki
- Dave Tuvlin
- Henrik Dahlback
- John Harrison
- Stephanie Vallillo

Sidley Austin (1)
- Larry Barden

Cahill (1)
- William Miller

MD 00384

## TRIBUNE COMPANY
## PERIOD II 2007 OPERATING RESULTS
### (In Millions)

### PERIOD II

| | | Actual | Projection | 2006 | % Chg. Compared to Proj. | % Chg. Compared to 2006 |
|---|---|---|---|---|---|---|
| | Operating Revenues | | | | | |
| | Publishing | | | | | |
| 1 | Retail | $119.7 | $117.2 | $111.5 | 2% | 7% |
| 2 | National | 62.9 | 60.9 | 61.7 | 3% | 2% |
| 3 | Classified | 61.9 | 66.0 | 83.8 | -6% | -26% |
| 4 | Total Advertising | 244.4 | 244.1 | 257.0 | 0% | -5% |
| 5 | Circulation | 40.6 | 40.8 | 42.6 | 0% | -5% |
| 6 | Other | 24.4 | 24.5 | 21.2 | 0% | 15% |
| 7 | Total | 309.4 | 309.4 | 320.8 | 0% | -4% |
| | Broadcasting & Entertainment | | | | | |
| 8 | TV | REDACTED 96.7 | 101.8 | 101.5 | -5% | -5% |
| 9 | Radio/Entertainment | 7.3 | 4.8 | 5.3 | 53% | 38% |
| 10 | Total | 104.0 | 106.6 | 106.8 | -2% | -3% |
| 11 | **Total Revenues** | $413.4 | $416.0 | $427.6 | -1% | -3% |
| | Operating Cash Expenses | | | | | |
| | Publishing | | | | | |
| 12 | Newsprint & Ink | $31.9 | $31.7 | $40.1 | 1% | -20% |
| 13 | Compensation | 96.5 | 98.1 | 98.2 | -2% | -2% |
| 14 | Other Cash | 100.4 | 100.5 | 101.6 | 0% | -1% |
| 15 | Total | 228.7 | 230.3 | 239.9 | -1% | -5% |
| | Broadcasting & Entertainment | | | | | |
| 16 | Broadcast Rights | 28.7 | 28.3 | 26.9 | 1% | 7% |
| 17 | Compensation | 23.2 | 21.5 | 24.5 | 8% | -5% |
| 18 | Other Cash | 17.1 | 18.0 | 19.6 | -5% | -13% |
| 19 | Total | 68.9 | 67.8 | 71.0 | 2% | -3% |
| 20 | Corporate | 3.0 | 3.9 | 4.3 | -23% | -30% |
| 21 | Total Cash Expenses | $300.7 | $302.0 | $315.2 | 0% | -5% |
| | Operating Cash Flow | | | | | |
| 22 | Publishing | $80.7 | $79.1 | $80.9 | 2% | 0% |
| 23 | Broadcasting & Entertainment | 35.1 | 38.8 | 35.8 | -10% | -2% |
| 24 | Corporate | (3.0) | (3.9) | (4.3) | -23% | -30% |
| 25 | Total Operating Cash Flow | 112.7 | 114.0 | 112.4 | -1% | 0% |
| 26 | Equity Income | REDACTED 11.3 | 9.7 | 8.0 | 16% | 41% |
| 27 | OCF plus Equity Income | 124.0 | 123.7 | 120.4 | 0% | 3% |
| 28 | Net Interest Expense | (54.5) | (54.5) | (26.0) | 0% | 110% |

MD 00385

2

## TRIBUNE COMPANY
### PERIOD 10 & 11 2007 OPERATING RESULTS
(In Millions)

| | PERIOD 10 & 11 | | | % Chg. Compared to | |
|---|---|---|---|---|---|
| | Actual | Projection | 2006 | Proj. | 2006 |
| **Operating Revenues** | | | | | |
| **Publishing** | | | | | |
| 1 Retail | $216.6 | $216.2 | $216.6 | 0% | 0% |
| 2 National | 117.5 | 117.4 | 117.3 | 0% | 0% |
| 3 Classified | REDACTED | 141.9 | 171.8 | -6% | -23% |
| 4 Total Advertising | 466.8 | 475.5 | 505.8 | -2% | -8% |
| 5 Circulation | 80.6 | 81.4 | 85.3 | -1% | -6% |
| 6 Other | 48.8 | 47.7 | 40.8 | 2% | 19% |
| 7 Total | 596.1 | 604.6 | 631.9 | -1% | -6% |
| **Broadcasting & Entertainment** | | | | | |
| 8 TV | 186.3 | 191.3 | 197.9 | -3% | -6% |
| 9 Radio/Entertainment | 15.9 | 12.5 | 19.7 | 11% | -30% |
| 10 Total | 202.2 | 203.8 | 217.6 | -2% | -8% |
| 11 Total Revenues | $796.3 | $808.4 | $849.5 | -2% | -6% |
| **Operating Cash Expenses** | | | | | |
| **Publishing** | | | | | |
| 12 Newsprint & Ink | $62.6 | $63.1 | $79.2 | -1% | -21% |
| 13 Compensation | 187.0 | 195.0 | 199.7 | -4% | -6% |
| 14 Other Cash | 202.3 | 202.7 | 203.0 | 0% | 0% |
| 15 Total | 451.9 | 460.8 | 481.9 | -2% | -6% |
| **Broadcasting & Entertainment** | | | | | |
| 16 Broadcast Rights | 55.7 | 55.4 | 53.9 | 1% | 3% |
| 17 Compensation | 45.0 | 43.8 | 49.5 | 3% | -9% |
| 18 Other Cash | 33.7 | 34.3 | 35.7 | -2% | -5% |
| 19 Total | 134.5 | 133.5 | 139.0 | 1% | -3% |
| 20 Corporate | 6.6 | 7.3 | 8.3 | -9% | -20% |
| 21 Total Cash Expenses | $592.9 | $601.6 | $629.2 | -1% | -6% |
| **Operating Cash Flow** | | | | | |
| 22 Publishing | $144.2 | $143.8 | $150.0 | 0% | -4% |
| 23 Broadcasting & Entertainment | 65.3 | 70.3 | 78.6 | -7% | -16% |
| 24 Corporate | (6.6) | (7.3) | (8.3) | -9% | -20% |
| 25 Total Operating Cash Flow | 203.3 | 206.8 | 220.3 | -2% | -8% |
| 26 Equity Income | 20.1 | 15.8 | 18.8 | 27% | 7% |
| 27 OCF plus Equity Income | 223.4 | 222.7 | 239.1 | 0% | -7% |
| 28 Net Interest Expense | (109.1) | (109.4) | (52.5) | 0% | 108% |

# TRIBUNE COMPANY
## 2007 PROJECTION
**Excluding Special Items, Non-Operating Items and Discontinued Operations**
(In Millions, Except Per Share Amounts)

| | FOURTH QUARTER | | | FULL YEAR | | |
|---|---|---|---|---|---|---|
| | 2007 Proj. | 2006 13-Wk Actual | % Chg. | 2007 Proj. | 2006 52-Wk Actual | % Chg. |
| **Operating Revenues** | | | | | | |
| 1 Publishing | $ 980.2 | $ 1,026.0 | (4.5) % | $ 3,692.6 | $ 3,951.8 | (6.6) % |
| 2 Broadcasting & Entertainment | 321.1 | 338.4 | (5.1) | 1,401.0 | 1,408.0 | (0.5) |
| 3 **Total Revenues** | $ 1,301.3 | $ 1,364.4 | (4.6) | $ 5,093.6 | $ 5,359.8 | (5.0) |
| **Operating Cash Expenses** | | | | | | |
| 4 Publishing | $ 733.8 | $ 762.6 | (3.8) | $ 2,896.5 | $ 3,020.1 | (4.1) |
| 5 Broadcasting & Entertainment | 216.1 | 224.5 | (3.7) | 974.8 | 970.5 | 0.4 |
| 6 Corporate | 11.2 | 14.1 | (20.6) | 53.1 | 61.1 | (13.2) |
| 7 **Total Cash Expenses** | $ 961.1 | $ 1,001.1 | (4.0) | $ 3,924.4 | $ 4,051.7 | (3.1) |
| **Operating Cash Flow** | | | | | | |
| 8 Publishing | $ 246.4 | $ 263.4 | (6.5) | $ 796.1 | $ 931.7 | (14.5) |
| 9 Broadcasting & Entertainment | 104.9 | 113.9 | (7.9) | 426.1 | 437.5 | (2.6) |
| 10 Corporate | (11.2) | (14.1) | (20.6) | (53.1) | (61.1) | (13.2) |
| 11 **Total Operating Cash Flow** | $ 340.2 | $ 363.3 | (6.4) | $ 1,169.2 | $ 1,308.0 | (10.6) |
| 12 Depreciation and amortization | (62.0) | (58.8) | 5.4 | (233.5) | (224.2) | 4.1 |
| 13 **Operating Profit** | $ 278.2 | $ 304.5 | (8.6) | $ 935.7 | $ 1,083.8 | (13.7) |
| 14 Equity income | 23.9 | 29.5 | (18.8) | 85.4 | 74.9 | 14.0 |
| 15 Interest and dividend income | 10.9 | 4.5 | | 22.7 | 13.8 | |
| 16 Interest expense | (192.8) | (86.5) | 122.9 | (578.8) | (266.9) | 116.9 |
| 17 Income before income taxes | 120.2 | 252.0 | (52.3) | 465.0 | 905.7 | (48.7) |
| 18 Income taxes | (48.8) | (97.8) | | (188.8) | (356.3) | |
| 19 **Net Income** | $ 71.4 | $ 154.2 | (53.7) | $ 276.2 | $ 549.4 | (49.7) |
| 20 Diluted earnings per share | $ 0.60 | $ 0.64 | (6.3) | $ 1.61 | $ 1.98 | (18.7) |
| 21 Weighted avg. shares outstanding | 118.4 | 241.4 | | 171.9 | 274.4 | |

REDACTED

REDACTED

REDACTED

MD 00386