

# MEMORANDUM

**TO:** FILE

**FROM:** RON EWING

**SUBJECT:** BROADCAST MANAGEMENT INTERVIEW 4/17/2007

**DATE:** { DATE \* MERGEFORMAT }

**CC:**

This memorandum will summarize the broadcast management interview of 4/17/2007. An agenda had been provided prior to the discussion, which took place via telephone from 10:30 am to approximately 12:00. Participants on the call included Gina Mazzaferri, John Hendrix (sp?), and Tom Leach (sp?) from Tribune, and Bryan Browning, Chad Rucker, Doug Peterson, Bill Hughes, and Ron Ewing from VRC.

General

1. In the face of current industry trends toward more competition from emerging / alternate media, Tribune is continuously looking for ways to get new **local** business (emphasis on local, not national). In addition, Tribune is upgrading their Internet presence by adding video capability, bringing more ads to their web sites. Additional initiatives for the digital spectrum include:

    a. Inserting a Youtube-like network;

    b. Delivering content via wireless phones

    c. Shoring up their stations and adding alternatives

2. With respect to efforts to replace lost revenue, their feeling is that the biggest portion of the shift to the Internet is behind them, and that most advertising dollars that are currently going to the Internet are being cannibalized from other sources.

    a. Tribune acknowledges that they are behind the competition in being able to monetize their Internet presence, but the good news for them is that they are catching up now.

3. Tribune management believes that switching to the CW network (which began operations in September 2006), is a positive development. They make the following observations:

    a. The pure ratings for CW versus the WB network are basically flat on a HH (total household) basis year-over-year. This is considered a win because the CW name and brand are so new.

    b. For purposes of comparison: ABC is down 14%, NBC is down 9%, CBS is down 5%, the new My network is down 70% versus the UPN stations (Tribune has two My network stations, in Philadelphia and Seattle), and FOX is up year over year (Tribune has six FOX affiliates).

    c. In the large markets (NY, LA, Chicago), CW ratings are actually up 6% year over year for the A18-34 demographic.

    d. Tribune stations are doing a little better than the national average for CW stations; the big stations (stations in large DMA markets) are the best.

    e. WB network had been in decline.

    f. CW network, in order to launch quickly, brought back some older programming, and some shows in the 2006-2007 season are considered to be on their last legs.

    g. Current spending for programming in this coming fall season is greater than historical development for a new season.

    h. CW is still trying to bring new "reality" shows (ex: America's Next Top Model), which Tribune believes have the following favorable attributes:

        i. Better access to the new stars, particularly in the large markets, contributing to more "buzz".

        ii. Advertisers want these shows – they can increase ad sales by packaging other shows with them – it especially helps in prime-time viewing hours.

        iii. Despite flat ratings, prime time revenues are up significantly, because there is one less supplier in the market. Fourth quarter prime time revenues are up 7%, and first quarter up 17%, even with flat ratings.

            1. America's Next Top Model has achieved more diverse audience appeal.

            2. Supernatural, Gilmore Girls, etc., are also successful.

        iv. Tribune is looking forward to the upfront markets in May.

4. The disposal of the three stations should not make a difference in the forecasts that Tribune has provided; those discontinued operations were removed from the results and forecasts that are in the model. The disposal of these stations (Atlanta, Boston, Albany) has not harmed the profitability of the remaining stations.

VRC0037560

5. Risks to achieving the projections were discussed. Tribune has assumed that the spot market revenues will increase between 1.0% and 1.5% annually, which they assess as not overly aggressive. They breakout their projections by day part.

   a. For fall of 2007, they have acquired two shows for syndication in their first year of syndication – Two and a Half Men and Family Guy. They expect these additions to the lineup will boost revenues. They report they are currently receiving favorable early sales for the fall rights.

   b. Their main competitors do not have such new product in their respective lineups, which should help the Tribune's competitive position.

   c. Every other year (even years) are political, and they expect a slight gain in revenues. Tribune has not projected much revenue gain for 2007 as it is an odd year; however, as more states are moving their presidential primary date up to February of 2008, they believe that political ad buys in 4Q07 may have a positive impact on their results for the year. Having a competitive 2008 presidential race will also help.

FCC

1. We noted that 17 of 23 television stations have their FCC Licenses up for renewal. Tribune management indicates that this is "not abnormal for recent years" and commented that the Commission has been slow owing to the following reasons:

   a. Commission is not fully staffed;

   b. Commission is dealing with several issues;

   c. Some licenses have recently been granted.

   d. Tribune noted that although the Atlanta station FCC License has not renewed, they were still able to close their deal and transfer the (pending) license renewal.

   e. Tribune noted that the Washington DC market has not been released for renewal yet – and commented that there was one FOX show that was being investigated.

2. Relating to the conversion to digital television (DTV), Tribune notes that all stations are transmitting on DTV. They have long-term retransmission consent contracts in place with Comcast – with most markets – that run through 2012.

Advertising

1. In non-political years, the national market is weaker than the local market.

   a. Tribune's political contribution hit 4% last year – it is normally a 2% contribution for them.

VRC0037561

    b. Other network affiliates generally get a bigger swing in their revenues in political years, because they receive more political ad dollars.

    c. As a result, in odd years, Tribune market share gets a bump.

2. The Superstation is strong in the national scatter market.

    a. Currently up 4% in the second quarter of 2007 – which had not been expected.

    b. Other networks are fully subscribed – which means that further advertising dollars tend to "trickle down" to the superstation.

3. For the television broadcast market, everyone predicted that the spot market would be down in 2007 due to the relative lack of political ad buys.

4. Tribune expects explosive growth for 2008 due to the presidential political race.

5. In the current market, domestic auto ad buys are down because fewer cars are shipping, which leads to lower ad budgets at the Big Three (currently down 10% this year over last year). Foreign auto (Toyota, Honda, and Nissan) ad buys are up this year over last, as are some European auto makers.

    a. Several new domestic model launches are expected this year, which should help the category revenues to rebound.

    b. Tribune believes that their audience demographics slant to the younger crowd – and they do better with imports relative to their competitors. ABC, NBC, CBS typically get more ad dollars from the domestic auto makers.

    c. The ad buys for auto generally come from local auto dealer association groups; Tribune maintains good relationships with them.

6. Telecom ad revenues are currently hot, with Verizon gearing up to compete with Cable providers.

7. Entertainment ad revenues are also currently hot, up 20% over last year.

8. Media ad revenues (like Comcast) are expected to rise, as they fight back against the telecoms (like Verizon).

9. Movie ad revenues have stabilized.

    a. Tribune successfully reached out to Sony and Warner; their winning point was their younger demographic, which made a good fit for these studios. There had been a shift of revenues from the spot market to the national market, but Tribune was able to get some of these dollars back.

VRC0037562

    b. For Tribune, this category is their second biggest category.

    c. ABC and CBS get fewer ad buys from the movies – which aren't in the top ten for these networks.

10. Retail revenues were hit 4Q06 through 3Q07 by the Macy acquisition, but they believe that most of the damage in this category is behind them.

Projections

1. Tribune has disciplined procedures in place to support preparation of its financial forecasts.

    a. Tribune's stations participate in local audits within their respective DMA. Participating stations (generally the large network affiliated stations participate) provide their respective financial results to an auditing firm. The auditing firm then generates a market report for each participant. It permits the participants to track their market share relative to the other participants and gives Tribune additional information to work with, especially relative to the BIA forecasts. Typically, the audits include only broadcast stations, and do not include cable or Hispanic television.

    b. As a result of using this historical audit data, Tribune believes their market forecasts are more accurate than BIA market forecasts. Tribune believes that BIA brings more national trends to the local market forecasts – and their forecasts are more tailored to the local market conditions.

    c. Revenue projections are prepared by market, taking into account local, national, political / Olympic conditions. They also project cable and other media revenues.

    d. Tribune noted that the rollout of Local People Meters (LPMs) impacted their ratings (and therefore their revenues) negatively. They take into account the LPM rollout schedule in their forecasts.

        i. LPMs have been associated with a loss of about 3% of revenues, based on their experience.

        ii. They attribute this result to their demographic – a generally younger audience – that is less inclined to perform the tasks needed to get properly accounted for actual viewership. (The LPM requires the viewer to input channel watched, number of people viewing, ages, etc., for each segment – or it is not registered.)

        iii. Houston shifted to LPM this year, and preliminary data suggest that the loss has not been as severe as expected; Dallas has also recently shifted, with similar results (i.e., loss not as great).

VRC0037563

       iv. 2005 and 2006 were down years as LPM rolled out in the large markets (New York, LA, Chicago, Boston, etc.) – the LPM effect really hammered their results.

       v. Their forecast through fall 2007 takes into account that their shows have gotten somewhat late in life and less competitive.

       vi. Their forecast for 2010 shows a slight drop – while it is a political year, Tribune competitors will gain more than Tribune does, and Tribune shows will be getting older by then.

       vii. Looking at base revenue (excluding politics), Tribune averaged about a 15% market share for 2002-2003 with Everybody Loves Raymond and Friends. Their share was approximately 14% in 2005, and about 13% in 2006. They expect up to 14.3% with their new shows in late 2007.

   e. Tribune was able to get syndication rights for their new shows –Two and a Half Men and Family Guy – by developing a winning strategy. FOX was their main competitor. Their strength was their coverage in New York, Los Angeles and Chicago. FOX made a decision to expand their local news coverage.

       i. When Raymond was up for bid the second time, Tribune felt the cost was too high; FOX won the bidding for that show.

       ii. Tribune became interested in Two and a Half Men and bid through a third party, and won the bid. FOX apparently submitted a lowball bid.

       iii. Two and a Half Men was no. 1 in New York for the 18-34 demographics.

2. Program rights typically comprise about 45% of expenses for television. Tribune builds its schedule hour by hour, quarter by quarter, and station by station. They are comfortable with their process, which they describe as disciplined.

3. Tribune projections for (show rights (?)) uses an accelerated (160% of double-declining) depreciation. As the shows get old, the rights decline, then spike as new shows are added due to the accelerated method.

4. The 2008 projections show extra growth, which is explained by the combination of the political year and of reaching a first full-year impact of their show lineup (which includes the two new shows).

5. The 2009 decline in cash / barter revenues reflects that they are deeper into the run of new shows.

6. Capital expenditures for 2007 include 1.2 million for HDTV. They are using a phased approach; 2009 – 2010 spending on digital for backup transmitters, etc. WGN and the Superstation are budgeted for cablehead improvements in 2007 and 2008.

VRC0037564

7.  Operating Cash Flow (OCF) projections for non-cash expenses are projected using the accelerated depreciation discussed earlier. The actual cash payments are more straight-line. There will be a "gap" between the (actual) straight-line and the (projected) accelerated figure; this gap bounces around but is not considered to be significant. For 2009 – 2010, this gap may be a little larger than normal (with expenses being less). For the first part of an acquisition, the expenses are higher than the cash paid.

8.  Tribune projections do not assume a recession. During such periods, there are some variable costs that they can reduce (such as commissions). Considering recent experiences with economic slowdowns (the 2000 dot-com bust, the 1996 auto-related slowdown, early 1900s computer initiated slowdown that began with DEC and Wang in the Northeast and rolled across the country), Tom Leach offered the following observations:

    a.  Revenue can be expected to drop from 3% to 5%; some of the lost revenue can be offset in cost.

    b.  Tribune will adjust what they pay for programming.

    c.  Historically – they've bounced back when demand returns, at which time they can raise rates to recover.

    d.  Again historically – looking at these periods, you would see a dip but not a shift in the long-term trend.

    e.  A 3% dip in revenue converts to about a 10% to 15% dip in cash flow;

    f.  They have forecast a 1% to 1.5% revenue gain in the market; historically, their experience is a bit more than 3% (plus the occasional recession).

    g.  They view their projections as very conservative – the main risk they see is that the new shows don't contribute the revenues that they expect. Based on the reaction of the ad buys for 4Q07 upfront – they're achieving rates greater than planned in terms of cost per point.

Superstation

1.  The Superstation generates revenues of about $70 million annually. It is different from (and predates) a basic cable network. It started in the early days of cable, as an additional program offering that local cable providers could use to entice viewers to subscribe to cable. Later, the cable networks were developed.

2.  The primary difference between the Superstation and a cable network is that the cable operator needs to acquire a copyright license. For basic CNN or TBS, the channel is responsible for getting a copyright, and buys a license.

3.  There once were eight superstations that were grandfathered in the mid-90s. The Superstation is the last remaining national superstation.

VRC0037565

4. Superstation buys less expensive, 2nd tier programming. The cable operator must carry the signal in its entirety; the cable operator doesn't insert his own commercials.

5. Superstation is interesting to cable operators because of the sports programming that is offered – which drives retention.

6. Historically, they offered 150 Cubs games per season; currently they carry 70 Cubs games, 30 White Sox games, and 25 Bulls games.

7. Superstation gets about $0.04 per household per month from cable operators. Most cable networks get from $0.10 to $0.40 per household per month. Superstation has lower costs than the cable networks and higher margins.

8. Superstation has lower ratings but is able to sell time at a profit.

9. Superstation plans to increase its costs slightly, improving ratings, holding revenues steady, and gaining efficiencies.

10. Superstation expects to achieve gains from distribution – primarily through increased fees (there are annual escalator clauses in the contracts).

11. Superstation expects to gain distribution in the Northeast.

WGN Radio

1. WGN Radio is a strong station – all local – and number 1 in Chicago am for the 12+ audience. It is normally number 1 in revenue in the market. It carries all Cubs games.

2. Baseball accounts for about 30% of revenues.

3. Other offerings include sports, news, and local content.

4. WGN Radio is not impacted by satellite encroachment, primarily due to its strong local content.

5. Other revenue for 2007 was somewhat lower due to the Chicago home and garden show. Tribune used to sponsor the show for between $1.0 and $1.5 million; their revenues were generally a bit less than their costs.

6. Rights (what they pay for the Cubs) are also somewhat lower – this is based on market rates by comparison with White Sox rates which were also down.

VRC0037566