CONFIDENTIAL



---

# MEMORANDUM

---

**TO:** FILE

**FROM:** DOUG PETERSON

**SUBJECT:** BROADCASTING PROJECTIONS REVIEW AND COMMENT

**DATE:** { DATE \* MERGEFORMAT }

**CC:**

---

Based on our review of data provided in the data room as well as our industry research and discussions with Tribune Broadcasting management held on Tuesday, April 17, we provide the following observations concerning the projections in the Tribune's transaction model. In addition, a summary of our industry research and review of Wall Street analyst sentiment concerning Broadcasting performance and outlook is provided.

Observations of Broadcasting Projections

1. Overall market revenue projections developed by Tribune ("Tribune Market") are different from market estimates provided in the BIA publication ("BIA Market") on both absolute $ and relative growth bases. Average growth of Tribune Market varies from -5.8% in 2007 to 7.4% in 2010, whereas average growth of TV stations in BIA Market varies from -1.5% in 2007 to 8.8% in 2008. Generally, the variance (delta) between Tribune Market and BIA Market is negative (both including political spend), especially in non-political years, thereby indicating that Tribune's market growth expectations are more conservative than BIA. The following table shows the variance between Tribune Market projections and BIA Market projections.

   *As discussed in detail in IV.1.a. of the Broadcasting management interview memo (the "Interview Memo"), management believes their market projections are more accurate than BIA given the audit process and specific local TV station input instead of estimations from broad market trends as BIA conducts.*

   *Management believes their market forecasting techniques are rigorous and disciplined. As a result, they have a high degree of confidence in their forecasting ability. Historically, their forecasting has been more accurate then general industry sources. Based on above comparisons, it appears Tribune has a more conservative forecast for market revenue, which it then uses to build its station-by-station forecasts.*

2. Revenue growth projections by Tribune TV station are generally more optimistic than the Tribune Market projections. Delta between station and Tribune Market projections are negative in non-political years and positive in political years.

   *Tribune management attributes these favorable projections to the following:*

- *While ratings for the CW network were flat, this compares favorably to all networks except FOX.*

- *CW network will generate superior ratings performance and advertising than the WB given stronger programming and the elimination of a broadcast network, the latter of which will result in a decline in supply of broadcast TV advertising options.*

- *Purchase of Two and a Half Men and Family Guy syndicated programs will significantly enhance the network's Fall programming schedule. Advertiser interest in the new programming schedule is strong.*

- *CW will continue to build on its launch of relatively successful reality TV shows that the WB network did not have previously. These programs generate strong viewer interest and provide a platform to promote other original and syndicated programming to attract or increase viewership.*

3. Relative to historical performance, Broadcasting revenue projections are optimistic.

   *Review of historical performance may be misleading for a number of reasons:*

   - *Historical performance did not include the CW network, but rather the WB network which, according to Tribune management, had stale programming and had increased competition from UPN. Combining the best programming of WB and UPN provides a stronger platform.*

   - *Local People Meters (LPMs) were introduced by Nielsen over the last several years that had a significant negative impact on ratings, particularly in major markets such as NYC, LA, and Chicago. LPMs have been attributed to about a 3% loss in revenues after introduction to a market. Their strongest demographic – 18 to 34 or younger – are less inclined to perform the tasks needed to be properly accounted for actual viewership. As a result, ratings measures were impacted significantly.*

   - *While growth projections appear optimistic, this is only in relation to the declines shown in recent years. Sales are projected to grow at a 3.0% CAGR from 2006 to 2010. This does not appear unreasonable when factoring in political and Olympic years.*

4. Projected revenue share gains appear optimistic. Revenue share declined in 2005 and 2006, and is expected to increase in 2007 through 2009 before declining again in 2010.

   *Projected revenue share gains are expected to be driven by the same factors expected to influence sales growth in 2007 to 2009. As a point of reference, management mentioned that the Tribune TV stations had a collective revenue share of approximately 15% in 2002 and 2003 after the addition of Everybody Loves Raymond and Friends. Projections show revenue share reaching 14.3%, so revenue share projections are not reaching levels that haven't been achieved in the recent past. Decline in 2010 is expected to be the result of a huge local political ad spending year, where competitors are expected to take a larger market share. Competitive networks typically take a larger share of political ad spending, while CW affiliates typically generate a large share from Movie ad spending, which is targeted at a younger audience.*

5. Operating cash flow (OCF) projections appear to be improving rapidly in 2008 through 2010.

   *Tribune builds its schedule hour by hour, quarter by quarter, and station by station, and detailed expense plans are developed through this period. According to management, their expense projections have closely tracked actual performance in years past. As a result, they have a high degree of confidence in their expense projections which, coupled with their detailed revenue projections, give them a high degree of confidence in their*

VRC0037568

*OCF projections. Tribune management explains the expected OCF improvement is due to the amortization methods (with accelerated amortization, as shows get older, amortization is lower) and the introduction of the two new programs as well as the expected bump in sales from the political years. 2007 is expected to get some benefit from the early primary season of the presidential election, which is expected to draw political advertising in late 2007.*

6. Certain individual stations exhibit lumpy sales and OCF projections at certain points in the projections.

    *Projections for certain markets consider specific factors such as the introduction of LPMs and local political ad spending.*

7. There is a significant projected increase in capital expenditures in 2009. Detailed breakout of capital expenditures indicates that the primary reason for this increase is related to the digital transition.

    *Management confirmed that the increase in capital expenditures relates to the digital transition. Tribune is using a phased approach to the digital transition; however, bulk of expense comes in 2009 when expenditures will include digital backup transmitters. Additionally, Superstation capital expenditures will increase in 2007 and 2008 related to cablehead improvements.*

8. WGN Radio projections show 2007 declines in "Other Revenue", "Total Rights", and "Other Expenses".

    *Other revenue was is projected to be lower in 2007 due to discontinuation of sponsorship of the Chicago Home and Garden Show. Rights expenses are lower because Cubs programming decreased primarily as a result of market decline in White Sox programming. Other expenses declined as a result of discontinuation of sponsorship of the Chicago Home and Garden Show.*

*Tribune management views their projections as very conservative. The main risk they see is that the new shows don't contribute the revenues that they expect. Based on interest in upfront ad buys for the 4Q07, preliminary indications are that revenue goals should be achieved at greater profitability than expected.*

Industry Observations

1. "For traditional local media operators, we believe a new mantra has emerged: innovate or die" (S&P).
2. Increased broadband penetration in households and wireless substitution has caused the need for television content to be available through the Internet, mobile phones, MP3 players, game consoles and other portable media devices.
3. Several leading media companies are streaming free, ad-supported, full episodes of hit prime-time shows across various media platforms.
4. Operating profit margins on incremental online advertising are high and will contribute nicely to profitability once operational infrastructure costs of online platforms are covered.

5. The 2006-2007 upfront selling season for the major networks – ABC, CBS, FOX, NBC, UPN and WB (UPN and WB became CW in Sept. 2006) – finished with combined sales down 1% to 2% versus the prior year. This marked the third consecutive year-to-year decline in upfront advertising sales.
    a. Cable rose 3% to 4%.
    b. A major TV advertiser – J&J – decided to sit out the upfront selling season negotiations.
6. With the continuation of media fragmentation, a greater portion of traditional ad budgets is expected to shift to the Internet and other emerging platforms. Broadcast networks are including multi-platform pitches.
7. CBS's UPN network and Time Warner's WB network merged on September 18, 2006, to launch the CW network. By combining their schedules and program lineups, the new network is expected to become a stronger network with greater market coverage and audience size. This is expected to increase the network's pull with advertisers.
8. News Corp. launched My Network TV, but this network has not done well.
9. The mature television and radio broadcasting subsector faces disruptive technologies and increased regulatory surveillance.
    a. Digital video recorders (DVRs) are changing TV dynamics. They allow viewers to skip commercials. However, there are also opportunities with DVR users as they are the heaviest TV viewers.
    b. The Digital Transition and Public Safety Act of 2005 set a digital TV (DTV) transition hard date of February 17, 2009, requiring television stations to cease over-the-air analog broadcasts, surrendering analog spectrum to the government. Since there are more than 20 million households that still rely on analog broadcasting, it is not clear whether the subsidies the government will provide for qualifying households to convert to the digital spectrum will include all of these households.

Analyst Comments

Note: Analyst coverage concentrated on the Tribune's Publishing business lines since the bulk of the Company's revenue is derived from this area. These are observations and recurring themes concerning the Broadcasting business, the discussion of which was more limited.

1. Morgan Stanley (2/9/07) – Domestic auto advertising category continues to be weak, but five of their top ad categories are pacing ahead of 2006, led by entertainment and media. Management expects programming costs to be relatively flat in Fall 2007 despite the addition of *Family Guy* and *Two and a Half Men*. CW primetime revenues are tracking higher in 1Q07.
2. UBS (2/9/07) – Operating environment was expected to remain challenging in the broadcasting space as both revenue and profits were expected to decline in 2007. The Tribune is expected to be impacted negatively by the disposal of their Atlanta, Albany, and

VRC0037570

Boston stations. However, this is primarily seen as a negative for year-over-year comparisons.

3. Deutsche Bank (2/9/07) – CW affiliates are benefiting from the difficulties at MyNetworkTV, and the new shows purchased for the Fall will help the Broadcasting business grow in 4Q2007 and 2008.

   Fourth quarter 2006 performance was strong and likely came from the launch of the CW network plus the expensive purchases of *Sex in the City* and *Everybody Loves Raymond*.

   Early and late fringe are the biggest trouble spots for the Broadcasting segment, which accounts for an estimated 40% of TV revenue. Tribune has 78% revenue exposure to 15 CW stations and 16% to FOX affiliates.

4. Credit Suisse (2/8/07) – TV business has been spotty with weak Auto performance; although management is optimistic will turn around in February 2007. Revenue increase in the 4Q 2006 was encouraging despite disappointing ratings performance at the CW network.

5. Wachovia (2/8/07) – Movie category for broadcasting advertising revenue is improving given the timing of movie releases. Analyst observed that Tribune management commented that CW prime time revenues are up in the mid-single digits to date in 1Q, though total revenues are pacing down in the low single digits.

6. Citigroup (2/8/07) – Most advertising categories were up in the quarter with the exception of auto and retail. TV growth driven by strong performance in the NY, LA, and Chicago markets.

   - Broadcast assets should be valued in a similar range to industry valuations (9.2x to 12.4x 2007 EBITDA). Citigroup believed 10.5x EV/EBITDA was appropriate.

   - Citigroup believes solid management in the Broadcasting segment warrants a valuation multiple near the median of the comp group, despite somewhat lagging growth.

VRC0037571