|  |  | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|
| Capital to invest |  | 100 | 100 | 100 | 100 | 100 |
| **Investments** |  |  |  |  |  |  |
| % Invested in JVs | 33% | 33 | 33 | 33 | 33 | 33 |
| Revenue Multiple | 4.00 | 8.25 | 8.25 | 8.25 | 8.25 | 8.25 |
|  | Growth |  |  |  |  |  |
| Investment revenue #1 | 20% | OPEN NETWORKS |  |  |  |  |
| Investment revenue #2 | 25% |  | 25 | 31 | 39 | 48 |
| Investment revenue #3 | 25% |  | - | 25 | 31 | 39 |
| Investment revenue #4 | 25% |  | - | - | 25 | 31 |
| Investment revenue #5 | 25% |  | - | - | - | 25 |
| Total revenue |  | - | 25 | 56 | 94 | 143 |
|  |  |  |  |  |  |  |
| TI core expenses |  |  |  |  |  |  |
| Investment Expenses #1 |  | OPEN NETWORKS |  |  |  |  |
| Investment Expenses #2 |  |  | 23.5125 | 27.84375 | 30.9375 | 33.83789 |
| Investment Expenses #3 |  |  |  | 23.5125 | 27.84375 | 30.9375 |
| Investment Expenses #4 |  |  |  |  | 23.5125 | 27.84375 |
| Investment Expenses #5 |  |  |  |  |  | 23.5125 |
| Total expenses |  |  | 0 | 24 | 51 | 82 | 116 |
| Net income |  |  | 0 | 1 | 4 | 12 | 27 |
|  |  |  |  |  |  |  |
| Margin |  |  |  | 5% | 8% | 13% | 19% |

| Investment Margins | Margin | Expenses |
|---|---|---|
| year 1 | 5% | 95% |
| year 2 | 10% | 90% |
| year 3 | 20% | 80% |
| year 4 | 30% | 70% |
| year 5 | 40% | 60% |

**O&Os**

|  |  | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|
| % to invest in O&Os | 50% | 50 | 50 | 50 | 50 | 50 |
| Revenue Multiple | 5.00 | 8.00 | 10.00 | 10.00 | 10.00 | 10.00 |
|  | Growth |  |  |  |  |  |
| TI core revenue | 12% | 273 | 311 | 353 | 391 | 424 |
| Investment revenue #1 | 25% | 8 | 9 | 11 | 14 | 17 |
| Investment revenue #2 | 25% |  | 10 | 13 | 16 | 20 |
| Investment revenue #3 | 25% |  | - | 10 | 13 | 16 |
| Investment revenue #4 | 25% |  | - | - | 10 | 13 |
| Investment revenue #5 | 25% |  | - | - | - | 10 |
| Total revenue |  | 281 | 330 | 387 | 443 | 499 |
|  |  |  | 17% | 17% | 15% | 13% |
|  |  |  |  |  |  |  |
| Expense growth |  |  | 11% | 11% | 9% | 7% |
| TI core expenses |  | 136 | 151 | 167 | 182 | 195 |
| Investment Expenses #1 |  | 8 | 8 | 9 | 10 | 10 |
| Investment Expenses #2 |  |  | 9.5 | 11.25 | 12.5 | 13.67188 |
| Investment Expenses #3 |  |  |  | 9.5 | 11.25 | 12.5 |
| Investment Expenses #4 |  |  |  |  | 9.5 | 11.25 |
| Investment Expenses #5 |  |  |  |  |  | 9.5 |
| Total expenses |  | 144 | 169 | 197 | 225 | 252 |
|  |  |  |  |  |  |  |
| Margin |  |  | 49% | 49% | 49% | 49% | 49% |

| Investment Margins | Margin | Expenses |
|---|---|---|
| year 1 | 5% | 95% |
| year 2 | 10% | 90% |
| year 3 | 20% | 80% |
| year 4 | 30% | 70% |
| year 5 | 40% | 60% |