CONFIDENTIAL

*TV Food Network Valuation Summary*

| | Valuation Summary | | |
|---|---|---|---|
| | *Low* | *Mid* | *High* |
| Comparable Transactions | $3,532.3 | $3,974.8 | $4,417.3 |
| Discounted Cash Flow | $2,814.6 | $3,100.0 | $3,385.3 |
| **Average Enterprise Value** | **$3,173.5** | **$3,537.4** | **$3,901.3** |
| + Cash | $134.8 | $134.8 | $134.8 |
| + Investment in JV | $6.4 | $6.4 | $6.4 |
| - Debt | $0.0 | $0.0 | $0.0 |
| **Equity Value** | **$3,314.6** | **$3,678.5** | **$4,042.5** |
| % of Enterprise Value | 104.4% | 104.0% | 103.6% |

Implied Enterprise Value Multiples

| LTM EBITDA | $252.4 | 12.6x | 14.0x | 15.5x |
|---|---|---|---|---|
| CFY EBITA | $260.6 | 12.2x | 13.6x | 15.0x |
| NFY EBITA | $288.3 | 11.0x | 12.3x | 13.5x |

| LTM Sales | $452.2 | 6.9x | 7.7x | 8.4x |
|---|---|---|---|---|
| CFY Sales | $471.0 | 6.7x | 7.5x | 8.3x |
| NFY Sales | $522.2 | 6.1x | 6.8x | 7.5x |

Data for Chart

| Method | Low | Mid | High |
|---|---|---|---|
| Average Enterprise Value | $3,173.5 | $727.9 | $3,901.3 |
| Discounted Cash Flow | $2,814.6 | $570.7 | $3,385.3 |
| Comparable Transactions | $3,532.3 | $885.1 | $4,417.3 |
| Acquisition Price | $0.0 | | |

Comparable Transactions — $3,532.3 / $3,974.8 / $4,417.3
Discounted Cash Flow — $2,814.6 / $3,100.0 / $3,385.3
Average Enterprise Value — $3,173.5 / $3,537.4 / $3,901.3

Notes:
Exit multiple based on implied residual growth of approximately 3%, which is in line with long-term growth rate.
If we use their cash flows, the DCF value is ~$3.7 billion.

*Handwritten annotation:* LTM EBITDA Growth 4.5%. Sales by 5%.

ValSum (FN)

VRC0022170

CONFIDENTIAL

*TV Food Network Valuation Overview*

|  | Comparable Transactions | | | Discounted Cash Flow | | |
|---|---|---|---|---|---|---|
|  | *Low* | *Mid* | *High* | *Low* | *Mid* | *High* |
| **Enterprise Value** | $3,532.3 | $3,974.8 | $4,417.3 | $2,814.6 | $3,100.0 | $3,385.3 |
| + Cash | $134.8 | $134.8 | $134.8 | $0.0 | $0.0 | $0.0 |
| + Investment in JV | $6.4 | $6.4 | $6.4 | $0.0 | $0.0 | $0.0 |
| - Debt | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Equity Value** | $3,673.4 | $4,115.9 | $4,558.5 | $2,814.6 | $3,100.0 | $3,385.3 |
| % of Enterprise Value | 104.0% | 103.6% | 103.2% | 100.0% | 100.0% | 100.0% |

**Implied Enterprise Value Multiples**

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| LTM EBITDA | $252.4 |  | 14.0x | 15.7x | 17.5x | 11.2x | 12.3x | 13.4x |
| CFY EBITDA | $260.6 |  | 13.6x | 15.3x | 17.0x | 10.8x | 11.9x | 13.0x |
| NFY EBITDA | $288.3 |  | 12.3x | 13.8x | 15.3x | 9.8x | 10.8x | 11.7x |
| LTM Sales | $462.2 |  | 7.6x | 8.6x | 9.6x | 6.1x | 6.7x | 7.3x |
| CFY Sales | $471.0 |  | 7.5x | 8.4x | 9.4x | 6.0x | 6.6x | 7.2x |
| NFY Sales | $522.2 |  | 6.8x | 7.6x | 8.5x | 5.4x | 5.9x | 6.5x |

ValOverview (FN)

VRC0022171

## Strategic Transactions

| Buyer | Target | Unit | Announce Date | Closing Date | Enterprise Value | LTM Sales | LTM EBITDA | EBITDA Margin | EV Value / LTM Revenues | EV Value / LTM EBITDA | FCF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Discovery Communications, Inc. | Cox Enterprises | | 3/29/2007 | Pending | $11,642.5 | $3,013.0 | $784.6 | 26.0% | 3.9x | 14.8x | n/a |
| Time Warner, Inc. | Liberty Media Corp. | Courtroom Television Network LLC | 05/12/2006 | 5/12/2006 | $1,470.0 | $280.0 | $53.0 | 18.9% | 5.3x | 27.7x | n/a |
| Comcast Corp. | The Walt Disney Co. | E! Entertainment Television, Inc. | 11/21/2006 | 11/21/2006 | $3,113.9 | $366.0 | $168.7 | 46.1% | 8.5x | 18.5x | -2.7x |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Max | | | | | | 46.1% | 8.5x | 27.7x | -2.7x |
| Min | | | | | | 18.9% | 3.9x | 14.8x | -2.7x |
| Mean | | | | | | 30.4% | 5.9x | 20.3x | -2.7x |
| Median | | | | | | 26.0% | 5.3x | 18.5x | -2.7x |

[1] Discovery EV is midpoint of value to buyer and value to seller. Source: Bear Stearns analyst report dated March 30, 2007.
[2] Court TV LTM data based on analyst estimate.

*TV Food Network TRANSACTION MULTIPLE METHOD*

| Period | Financials | Multiples | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| Actual | Adjusted EBITA | Low | -- | High | Low | -- | High |
| LTM | $252.4 | 16.00x | -- | 17.50x | $4,038.7 | -- | $4,417.3 |
| CFY | $260.6 | 15.00x | -- | 16.50x | $3,908.3 | -- | $4,299.2 |
| NFY | $288.3 | 13.50x | -- | 15.00x | $3,891.9 | -- | $4,324.4 |

*Enterprise Value Range*   $3,891.9 -- $4,417.3

$4,154.6

*lower leg .5+* (handwritten annotation pointing to 17.50x)

| Period | Financials | Multiples | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| Actual | Sales | Low | -- | High | Low | -- | High |
| LTM | $462.2 | 8.00x | -- | 9.00x | $3,697.6 | -- | $4,159.8 |
| CFY | $471.0 | 7.50x | -- | 8.50x | $3,532.3 | -- | $4,003.2 |
| NFY | $522.2 | 7.00x | -- | 8.00x | $3,655.4 | -- | $4,177.6 |

*Enterprise Value Range*   $3,532.3 -- $4,177.6

$3,854.9

Revenue multiple based on E! transaction. Profitability of E! close to Food Network.

MM (FN)

VRC0022173



Market Capitalization

Debt 25%
Equity 75%

| Comparable Public Companies | Raw Beta | Adjusted Beta | Net Debt & Pref. | Market Cap. | Debt / Capital | Tax Rate | Unlevered Beta |
|---|---|---|---|---|---|---|---|
| Discovery Holding Co. (Class A) | 0.88 | 0.93 | $3,839.5 | $11,125.3 | 25.7% | 78.0% | 0.87 |
| Crown Media | 0.70 | 0.82 | $1,014.7 | $838.3 | 54.8% | 35.0% | 0.46 |
| New Frontier Media Inc | 0.44 | 0.65 | $0.0 | $150.5 | 0.0% | 39.0% | 0.65 |
| NTN Buzztime Inc | 0.70 | 0.81 | $0.0 | $50.1 | 0.0% | 35.0% | 0.81 |
| Outdoor Channel Holdings Inc | 0.89 | 0.94 | $0.0 | $236.7 | 0.0% | 35.0% | 0.94 |
| Averages | 0.72 | #VALUE! | | | 16.1% | 58.8% | 0.74 |

**CAPM**

| | |
|---|---|
| Unlevered beta (average of indications) | 0.83 |
| Relevered beta[2] | 1.07 |
| Risk-free rate[3] | 5.0% |
| Equity risk premium[4] | 5.5% |
| Other premium[5] | 1.0% |
| **Cost of equity** | **11.9%** |

**WACC**

| | |
|---|---|
| Debt | 25.0% |
| Equity | 75.0% |
| Tax rate | 35.0% |
| Cost of equity | 11.9% |
| Cost of debt[1] | 7.6% |
| WACC | 10.1% |
| **Concluded WACC** | **10.00%** |



[1] Cost of debt based on range of cost of debt of Discovery Communications, Inc. (6.01%-8.37%) and Merrill Lynch Index for BB rated Bonds below (7.612% YTM).

*TV Food Network Discounted Cash Flow Method*

|  | 0.13 | 1.13 | 2.13 | 3.13 | 4.13 | 5.13 | Fiscal Year End |
|---|---|---|---|---|---|---|---|
| End-Year Period | 0.06 | 0.63 | 1.63 | 2.63 | 3.63 | 4.63 | Transaction Closing |
| Mid-Year Period | 2007P | 2008P | Fiscal Years Ended December 31 | | | | |
| | | | 2009P | 2010P | 2011P | 2012P | |
| Revenue | $559.4 | $522.2 | $566.7 | $624.0 | $657.2 | $697.4 | |
| % growth | — | nm | 8.9% | 8.0% | 7.0% | 6.1% | |
| Adjusted EBITDA | $32.8 | $273.1 | $303.1 | $327.4 | $350.4 | $371.9 | |
| % growth | — | nm | 11.0% | 8.0% | 7.0% | 6.1% | |
| % margin | 55.3% | 52.3% | 53.3% | 53.3% | 53.3% | 53.3% | |
| **Adjusted EBITDA** | **$12.8** | **$273.1** | **$303.1** | **$327.4** | **$350.4** | **$371.9** | |
| Amortization | ($0.1) | ($1.1) | ($1.1) | $0.0 | $0.0 | $0.0 | |
| Management Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | |
| Net Change in Working Capital | ($2.1) | ($19.4) | ($17.6) | ($17.1) | ($16.3) | ($15.2) | |
| 38% Cash Taxes | ($12.5) | ($104.0) | ($115.5) | ($125.2) | ($134.0) | ($142.2) | |
| Capital Expenditures | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | |
| Other | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | |
| **Enterprise Cash Flow (ECF)** | **$18.3** | **$149.7** | **$170.1** | **$185.0** | **$200.1** | **$214.4** | |
| Mid-Year Discount Factor | 99.4% | 94.2% | 85.6% | 77.9% | 70.8% | 64.3% | |
| Discounted ECF | $18.1 | $141.0 | $145.7 | $144.1 | $141.6 | $138.0 | |

**PV of ECF · PV of Terminal Value =     Enterprise Value**

| Discount Rate | 9.5% | 10.0% | 11.0% | 12.0% | 10.0x | 11.0x | 12.0x | Discount Rate |
|---|---|---|---|---|---|---|---|---|
| | $737.0 | $2,206.9 | $2,427.6 | $2,648.3 | $2,943.9 | $3,164.6 | $3,385.3 | 9.5% |
| 10.0% | $728.5 | $2,149.8 | $2,364.8 | $2,579.8 | $2,878.3 | $3,093.3 | $3,308.3 | 10.0% |
| 10.5% | $720.1 | $2,094.5 | $2,304.0 | $2,513.4 | $2,814.6 | $3,024.1 | $3,233.6 | 10.5% |

**Enterprise Value Range**

| LFY Adjusted EBITDA | $232.4 | 11.2x | — | 13.4x |
| CFY Adjusted EBITDA | $260.6 | 10.8x | — | 13.0x |
| NFY Adjusted EBITDA | $288.3 | 9.8x | — | 11.7x |
|  | Low | | High |
|  | $2,814.6 | | $3,305.3 |

**Enterprise Value Calculation**

| Total Discounted ECF | $728.5 |
| Discounted Terminal Value | $2,364.8 |
| Enterprise Value | $3,093.3 |

**Enterprise Value Distribution**

| Total Discounted ECF | 24% |
| Discounted Terminal Value | 76% |
| Enterprise Value | 100% |

**Macro Assumptions**

| Discount Rate | 10.0% |
| Terminal Multiple | 11.0x |
| Implied Residual Growth Rate | 4.0% |

**Terminal Value Calculation**

| | EBITDA | FCF |
|---|---|---|
| Terminal EBITDA / FCF | $371.9 | $223.0 |
| Terminal Multiple | 11.0x | 16.7x |
| Terminal Value | $4,090.8 | $3,716.9 |
| End Mid-Year DF | 57.8% | 64.3% |
| Discounted Terminal Value | $2,364.8 | $2,391.7 |

*Enterprise Value Sensitivity (Discount Rate / Exit Multiple)*

| | 9.0% | 9.5% | 10.0% | 10.5% | 11.0% |
|---|---|---|---|---|---|
| 12.0x | $3,464.6 | $3,385.3 | $3,273.6 | $3,232.3 | $3,161.0 |
| 11.5x | $3,351.3 | $3,275.0 | $3,200.8 | $3,128.7 | $3,058.9 |
| 11.0x | $3,238.0 | $3,164.6 | $3,093.3 | $3,024.1 | $2,956.9 |
| 10.5x | $3,124.8 | $3,054.3 | $2,985.8 | $2,919.4 | $2,854.8 |
| 10.0x | $3,011.5 | $2,943.9 | $2,878.3 | $2,814.6 | $2,752.8 |
|  | Low | | | | High |
|  | $2,819.4 | | | | $3,275.0 |



DCF (FN)

VRC0022175

| Balance Sheet | TV Food Network | | | | Common Size | | | |
|---|---|---|---|---|---|---|---|---|
| | 2004 | 2005 | 2006 | 2007 | 2004 | 2005 | 2006 | 2007 |
| **ASSETS** | | | | | | | | |
| Current Assets: | | | | | | | | |
| Cash and cash equivalents | $ 513 | $ 1,683 | $ 5 | | 0.2% | 0.4% | 0.0% | |
| Accounts Receivable | 83,587 | 105,598 | 124,898 | | 26.6% | 28.2% | 27.4% | |
| Receivable from The E.W. Scripps Company | 32,446 | 87,557 | 134,777 | | 10.3% | 23.4% | 29.6% | |
| Programs and program licenses | 58,672 | 50,991 | 54,843 | | 18.7% | 13.6% | 12.0% | |
| Inventories | 633 | 261 | 1,961 | | 0.2% | 0.1% | 0.4% | |
| Miscellaneous | 82 | 468 | 1,661 | | 0.0% | 0.1% | 0.4% | |
| Total Current Assets | 175,933 | 246,558 | 318,145 | | 56.0% | 65.9% | 69.8% | |
| Investment in Food Network Canada | 4,356 | 5,650 | 6,360 | | 1.4% | 1.5% | 1.4% | |
| Goodwill | 10,235 | 10,235 | 12,235 | | 3.3% | 2.7% | 2.7% | |
| Other Assets: | | | | | | | | |
| Unamortized network distribution incentives | 78,635 | 67,122 | 58,686 | | 25.0% | 17.9% | 12.9% | |
| Programs and program licenses (less current) | 39,126 | 38,693 | 56,186 | | 12.4% | 10.3% | 12.3% | |
| Must-carry rights asset | 5,236 | 4,152 | 3,069 | | 1.7% | 1.1% | 0.7% | |
| Miscellaneous | 933 | 1,611 | 1,074 | | 0.3% | 0.4% | 0.2% | |
| Total Other Assets | 123,930 | 111,578 | 119,015 | | 39.4% | 29.8% | 26.1% | |
| **Total Assets** | 314,424 | 374,021 | 455,755 | | 100.0% | 100.0% | 100.0% | |
| **LIABILITIES AND PARTNERS' EQUITY** | | | | | | | | |
| Current Liabilities: | | | | | | | | |
| Accounts Payable | 1,686 | 241 | 104 | | 0.5% | 0.1% | 0.0% | |
| Must-carry rights payable | 1,250 | 1,300 | 6,502 | | 0.4% | 0.3% | 1.4% | |
| Program rights payable | 7,708 | 4,770 | 1,300 | | 2.5% | 1.3% | 0.3% | |
| Unearned revenue | 1,659 | 1,187 | 3,548 | | 0.5% | 0.3% | 0.8% | |
| Accrued liabilities | | | | | 0.0% | 0.0% | 0.0% | |
| Network distribution incentives | 8,146 | 3,060 | 3,755 | | 2.6% | 0.8% | 0.8% | |
| Employee compensation and benefits | 1,506 | 2,220 | 1,647 | | 0.5% | 0.6% | 0.4% | |
| Miscellaneous | 4,357 | 5,293 | 4,915 | | 1.4% | 1.4% | 1.1% | |
| Total Current Liabilities | 26,312 | 18,071 | 21,771 | | 8.4% | 4.8% | 4.8% | |
| Other Liabilities: | | | | | | | | |
| Network distribution incentives | 14,317 | 12,502 | 10,529 | | 4.6% | 3.3% | 2.3% | |
| Must-carry rights payable | 3,326 | 2,255 | 1,130 | | 1.1% | 0.6% | 0.2% | |
| Partners' Equity: | | | | | | | | |
| Partners' Capital | 269,754 | 340,181 | 419,660 | | 85.8% | 91.0% | 92.1% | |
| Foreign currency translation adjustment | 715 | 1,012 | 665 | | 0.2% | 0.3% | 0.1% | |
| Total Partners' equity | 270,469 | 341,193 | 420,325 | | 86.0% | 91.3% | 92.2% | |
| **TOTAL LIABILITIES AND PARTNERS' EQ** | 314,424 | 374,021 | 453,755 | | 100.0% | 100.0% | 99.6% | |
| Working Capital | 116,662 | 139,247 | 161,592 | 178,055 | 214,997 | 232,121 | 248,436 | 263,560 |
| % of Sales | 39.7% | 39.0% | 37.8% | 37.8% | 37.8% | 37.8% | 37.8% | 37.8% |
| Change in WC | | 22,585 | 22,345 | 16,463 | 17,577 | 17,124 | 16,335 | 15,204 |
| Change as a % of Total Revenues | | 6.3% | 5.2% | 3.8% | 3.1% | 2.8% | 2.3% | 1.2% |

FSs (FN)

VRC0022176

CONFIDENTIAL

FSs (FN)

| Income Statement | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 5 YR CAGR | Stub Period Stub | PYTD | YTD | LTM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Advertising | $ 245,028 | $ 307,741 | $ 360,689 | $ 401,971 | $ 446,187 | $ 486,344 | $ 525,252 | $ 562,019 | $ 595,740 | | $ 115,641 | $ 256,858 | $ 286,329 | $ 390,160 |
| Affiliate fees | 39,855 | 44,030 | 50,566 | 54,622 | 60,192 | 65,736 | 71,292 | 76,860 | 82,440 | | 11,658 | 38,082 | 42,964 | 55,448 |
| Other | 8,672 | 5,272 | 16,170 | 14,377 | 15,815 | 16,605 | 17,436 | 18,307 | 19,223 | | 3,880 | 10,077 | 10,497 | 16,590 |
| Total Revenues | 293,555 | 357,043 | 427,425 | 470,970 | 522,194 | 568,686 | 613,979 | 657,187 | 697,403 | | 131,179 | 305,017 | 339,790 | 462,198 |
| % Growth | | 21.6% | 19.7% | 10.2% | 10.9% | 8.9% | 8.0% | 7.0% | 6.1% | 8.2% | | | 11.4% | |
| | | | | | | | | | | | | | | |
| Employee Compensation and benefits | 19,169 | 20,625 | 23,009 | | | | | | | | 20,550 | 54,442 | 58,049 | 74,126 |
| Programs and program licenses | 65,226 | 76,561 | 70,520 | 78,599 | | | | | | | 6,734 | 21,295 | 15,461 | 19,590 |
| Marketing and promotion | 14,735 | 17,934 | 24,423 | 23,195 | | | | | | | 10,260 | 31,712 | 32,766 | 38,102 |
| Allocated costs | 24,484 | 31,541 | 37,108 | 42,967 | | | | | | | 13,629 | 40,301 | 52,025 | 46,529 |
| Other costs and expenses[1] | 31,633 | 28,968 | 34,805 | 65,654 | | | | | | | | | | |
| Allocated depreciation | 5,150 | 6,589 | 8,423 | | | | | | | | 271 | 813 | 813 | 1,084 |
| Amortization of must-carry cost | 1,084 | 1,084 | 1,084 | 1,084 | | | | | | | | | | |
| Total expenses | 161,481 | 183,302 | 199,372 | 211,499 | 234,987 | 255,908 | 276,291 | 295,734 | 313,831 | | 51,445 | 148,563 | 160,054 | 210,863 |
| % Growth | | 13.5% | 8.8% | 6.1% | 11.1% | 8.9% | 8.0% | 7.0% | 6.1% | 8.2% | | | 7.7% | |
| | | | | | | | | | | | | | | |
| Equity in earnings of JV | 793 | 1,004 | 1,056 | 1,420 | 1,420 | 1,420 | 1,420 | 1,420 | 1,421 | | (238) | 817 | 1,659 | 1,898 |
| | | | | | | | | | | | | | | |
| Operating income | 132,874 | 175,741 | 228,053 | 259,471 | 287,207 | 312,777 | 317,689 | 361,453 | 383,572 | | 79,735 | 156,454 | 179,736 | 251,315 |
| % Margin | 45.0% | 48.7% | 53.4% | 55.1% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | | 60.8% | 51.3% | 52.9% | 54.4% |
| % Growth | | 31.5% | 31.3% | 13.8% | 10.7% | 8.9% | 8.0% | 7.0% | 6.1% | | | | 14.9% | |
| | | | | | | | | | | | | | | |
| Amortization only | 1,084 | 1,084 | 1,084 | 1,084 | 1,084 | 1,084 | | | | | 271 | 813 | 813 | 1,084 |
| | | | | | | | | | | | | | | |
| EBITA | 133,158 | 174,825 | 229,137 | 260,555 | 288,291 | 313,861 | 337,689 | 361,453 | 383,572 | | 80,006 | 157,267 | 180,549 | 252,419 |
| % Margin | 45.4% | 49.0% | 53.6% | 55.3% | 55.2% | 55.2% | 55.0% | 55.0% | 55.0% | | 61.0% | 51.6% | 53.1% | 54.6% |
| % Growth | | 31.3% | 31.1% | 13.7% | 10.6% | 8.9% | 7.6% | 7.0% | 6.1% | 8.5% | | | 14.8% | |
| | | | | | | | | | | | | | | |
| Adjusted Revenues | 304,205 | 368,470 | 439,224 | 482,970 | 535,499 | 583,175 | 629,625 | 673,931 | 715,173 | | 80,006 | | | |
| Adjusted EBITA | 120,717 | 185,164 | 216,399 | 245,956 | 273,105 | 303,251 | 327,404 | 350,444 | 371,890 | | | | | |
| % of Unadjusted Revenues | 41.1% | 51.9% | 50.6% | 52.2% | 52.3% | 53.3% | 53.3% | 53.3% | 53.3% | | | | | |

Assumptions
| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|
| Subscribers | | | | 91.1 | 91.2 | 91.3 | 91.4 | 91.5 | 91.6 |
| Net Subscriber Fee (Monthly) | | | | $ 0.0463 | $ 0.0550 | $ 0.0600 | $ 0.0650 | $ 0.0700 | $ 0.0750 |
| Net Subscriber Fee (Annual) | | | | 0.56 | 0.66 | 0.72 | 0.78 | 0.84 | 0.90 |
| Advertising Growth | na | 25.6% | 17.2% | 11.4% | 11.0% | 9.0% | 8.0% | 7.0% | 6.0% |
| Affiliate Fees Growth | na | 10.5% | 14.8% | 8.0% | 10.2% | 9.2% | 8.5% | 7.8% | 7.3% |
| Other Growth | na | -39.2% | 206.7% | -11.1% | 10.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| | | | | | | | | | |
| Expenses Margin | 55.0% | 51.3% | 46.6% | 44.9% | 45.0% | 45.0% | 45.0% | 45.0% | 45.0% |
| Adjusted EBITDA Margin | 39.7% | 50.3% | 49.2% | 50.9% | 51.0% | 52.0% | 52.0% | 52.0% | 52.0% |
| Allocated Depreciation Margin | 1.8% | 1.8% | 2.0% | | | | | | |
| Working Capital | | | | | | | | | |

Notes:
Based on what was given. All expenses that could not be classified into proper categories are included in here for 2006 and 2007.
Revenues include the capitalized launch incentive amortization (i.e. revenue net of these)
Financials reflect stand-alone basis as represented by allocated charges
Depreciation is allocated from Scripps. It is an actual charge.

| | | Per Subscriber fee analysis | | Average |
| --- | --- | --- | --- | --- |
| | | Annual | Monthly vs. | |
| | | Per-subscriber fee | | |
| Subscribers as of 12/31/2006 (millions) | 92.5 | | | |
| Discovery is number 1 | 91.1 | 0.56 | 0.05 | |
| Food Network is number 19 | | | | |

Advertising analysis
| | 2004 | 2005 | 2006 |
|---|---|---|---|
| DCI Ad Revenue | 1,134 | 1,188 | 1,134 |
| DCI Ad Cost | 170 | 209 | 208 |
| % of revenue | 15.0% | 17.6% | 18.3% |

VRC0022177