*CareerBuilder MARKET MULTIPLE METHOD*

| Period | Financials | Multiples | | | Enterprise Value | | | | Discounts | | Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Actual | Revenue | Low | -- | High | Low | -- | High | | Low | High | Growth |
| LTM | $461.1 | 3.70x | -- | 4.20x | $1,706.2 | -- | $1,936.7 | 14% | | | |
| CFY | $506.4 | 3.52x | -- | 3.95x | $1,779.9 | -- | $1,999.2 | 12% | -5% | -6% | 10% |
| NFY | $595.8 | 2.99x | -- | 3.36x | $1,780.0 | -- | $1,999.2 | 12% | -15% | -15% | 18% |
| *Enterprise Value Range* | | | | | *$1,706.2* | *--* | *$1,999.2* | 17% | | | |
| | | | | | | $1,852.7 | | | | | |

Multiples lower compared to prior valuation (half a turn on low end and full for high end) since monster is down from 4.6x times to 3.4x. We realize our company is better than MNST in terms of business model, but still our company's normalized expected EBITDA margins are quite lower than MNST. Also lower multiple is justified by the % of overall value increase.

MM (CB)