CONFIDENTIAL



## Equity Investment Valuation

| Description | | Tribune Ownership | Valuation Range | | | Ownership Adjusted Range | | |
|---|---|---|---|---|---|---|---|---|
| | | | Low | Mid | High | Low | Mid | High |
| CUBS[1] | Major League Baseball team | 100.0% | $600 | $675 | $750 | $377 | $422 | $467 |
| TV Food Network | 24 hour cable/satellite TV network focusing on food and entertainment | 31.3% | $3,370 | $3,743 | $4,115 | $1,055 | $1,171 | $1,288 |
| CareerBuilder | On-line recruiting | 42.5% | $1,428 | $1,615 | $1,801 | $607 | $686 | $766 |
| Classified Ventures | Network of automotive and real estate classified advertising websites | 27.8% | $243 | $272 | $302 | $67 | $76 | $84 |
| Comcast SportsNet Chicago[1] | 24 hour cable/satellite TV network focusing on Chicago Sports teams | 25.3% | $886 | $961 | $1,036 | $142 | $154 | $165 |
| ShopLocal | Transforms traditionally print-based promotions into search-based interactive formats | 42.5% | $82 | $97 | $113 | $35 | $41 | $48 |
| Topix.net | Online news and information aggregation website that groups news by topics | 33.7% | $75 | $80 | $85 | $25 | $27 | $29 |
| Legacy.com[2] | Online resource for obituaries and guest books | 40.0% | $10 | $13 | $16 | $4 | $5 | $7 |
| Recycler | Value represents credit for tax basis of $180MM | | $72 | $72 | $72 | $72 | $72 | $72 |
| AdStar (3.4mm shares @ $2.25/share) | Publicly traded AdStar shares | | -- | -- | -- | $8 | $8 | $8 |
| TWX | Publicly traded Time Warner shares in addition to PHONES | | -- | -- | -- | $6 | $6 | $6 |
| Consumer Networks | Business expected to be liquidated | | $0 | $0 | $0 | $0 | $0 | $0 |
| Quetzel / Chase[3] | Media Investment Fund | 3.0% | $42 | $42 | $42 | $1 | $1 | $1 |
| Low Income Housing Credits | Low value based on recent bid received | 100.0% | $12 | $17 | $21 | $12 | $17 | $21 |
| **Total Investments** | | | | $7,587 | | $2,412 | $2,686 | $2,961 |



VRC
Strong Values.

1

PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC0024348

CONFIDENTIAL




PRELIMINARY DRAFT
SUBJECT TO REVISION



VRC0024349

# Valuation Summary ($ in millions)

**Valuation Summary**

| | Low | Mid | High |
|---|---|---|---|
| Comparable Transactions | $3,527.5 | $3,978.5 | $4,429.4 |
| Discounted Cash Flow | $2,929.6 | $3,224.4 | $3,519.2 |
| **Average Enterprise Value** | **$3,228.6** | **$3,601.5** | **$3,974.3** |
| + Cash | $134.8 | $134.8 | $134.8 |
| + Investment in JV | $6.4 | $6.4 | $6.4 |
| − Debt | $0.0 | $0.0 | $0.0 |
| **Equity Value** | **$3,369.7** | **$3,742.6** | **$4,115.5** |
| % of Enterprise Value | 104.4% | 103.9% | 103.6% |

**Implied Enterprise Value Multiples**

| | | Low | Mid | High |
|---|---|---|---|---|
| LTM EBITDA | $241.4 | 13.4x | 14.9x | 16.5x |
| CFY EBITDA | $260.6 | 12.4x | 13.8x | 15.3x |
| NFY EBITDA | $288.3 | 11.2x | 12.5x | 13.8x |
| LTM Sales | $440.9 | 7.3x | 8.2x | 9.0x |
| CFY Sales | $471.0 | 6.9x | 7.6x | 8.4x |
| NFY Sales | $522.2 | 6.2x | 6.9x | 7.6x |

Comparable Transactions: $3,527.5 — $3,978.5 — $4,429.4

Discounted Cash Flow: $2,929.6 — $3,224.4 — $3,519.2

Average Enterprise Value: $3,228.6 — $3,601.5 — $3,974.3

(Scale: $2,000 — $2,500 — $3,000 — $3,500 — $4,000 — $4,500 — $5,000)

■ *Adjusted EBIT*



**VRC** — Strong Values.
TRIBUNE

3

PRELIMINARY DRAFT
SUBJECT TO REVISION

CONFIDENTIAL

## Weighted Average Cost of Capital



Market Capitalization: Debt 20%, Equity 80%

| Comparable Public Companies | Raw Beta | Adjusted Beta[1] | Net Debt & Pref. | Market Cap. | Debt / Capital | Tax Rate | Unlevered Beta |
|---|---|---|---|---|---|---|---|
| Discovery Holding Co. (Class A) | 0.88 | 0.93 | $2,442.0 | $11,618.1 | 17.4% | 35.0% | 0.82 |
| Crown Media | 0.58 | 0.74 | $961.7 | $615.1 | 61.0% | 35.0% | 0.37 |
| New Frontier Media Inc | 0.67 | 0.80 | $0.0 | $218.3 | 0.0% | 35.4% | 0.80 |
| NTN Buzztime Inc | 1.61 | 1.39 | $0.0 | $68.4 | 0.0% | 35.0% | 1.39 |
| Outdoor Channel Holdings Inc | 0.84 | 0.91 | $0.0 | $273.2 | 0.0% | 35.0% | 0.91 |
| Averages | 0.92 | #VALUE! | | | 15.7% | 35.4% | 0.86 |

**CAPM**

| | |
|---|---|
| Unlevered beta (average of indications) | 0.86 |
| Relevered beta[2] | 1.00 |
| Risk-free rate[3] | 5.0% |
| Equity risk premium[4] | 5.5% |
| Other premium[5] | 0.0% |
| **Cost of equity** | **10.5%** |

**WACC**

| | |
|---|---|
| Debt | 20.0% |
| Equity | 80.0% |
| Tax rate | 35.0% |
| Cost of equity | 10.5% |
| Cost of debt[1] | 7.0% |
| WACC | 9.3% |
| **Concluded WACC** | **9.50%** |





VRC — Strong Values.

[1] Cost of debt based on range of cost of debt of Discovery Communications, Inc. (6.01%–8.37%) and Merrill Lynch Index for BB rated Bonds (6.895% as of 4/12).

4

PRELIMINARY DRAFT
SUBJECT TO REVISION

# Discounted Cash Flow Method



|  | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
|---|---|---|---|---|---|---|
| **Fiscal Years Ended, December 31** | | | | | | |
| Revenue | $363.6 | $522.2 | $568.7 | $614.0 | $657.2 | $697.4 |
| % growth | -- | 43.6% | 8.9% | 8.0% | 7.0% | 6.1% |
| Adjusted EBITDA | $203.8 | $273.1 | $303.3 | $327.4 | $350.4 | $371.9 |
| % growth | -- | 34.0% | 11.0% | 8.0% | 7.0% | 6.1% |
| % margin | 56.0% | 52.3% | 53.3% | 53.3% | 53.3% | 53.3% |
| *Adjusted EBITDA* | *$203.8* | *$273.1* | *$303.3* | *$327.4* | *$350.4* | *$371.9* |
| Management Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Net Change in Working Capital | ($11.4) | ($19.4) | ($17.6) | ($17.1) | ($16.3) | ($15.2) |
| Cash Taxes | ($77.6) | ($104.0) | ($115.6) | ($125.2) | ($134.0) | ($142.2) |
| Capital Expenditures | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| *Enterprise Cash Flow (ECF)* | *$114.7* | *$149.7* | *$170.1* | *$185.0* | *$200.1* | *$214.4* |

| Discount Rate | PV of ECF + | PV of Terminal Value = | | | Enterprise Value | | | Discount Rate |
|---|---|---|---|---|---|---|---|---|
|  |  | 10.00x | 11.00x | 12.00x | 10.00x | 11.00x | 12.00x |  |
| 9.0% | $800.3 | $2,265.7 | $2,492.3 | $2,718.9 | $3,066.1 | $3,292.7 | $3,519.2 | 9.0% |
| 9.5% | $790.0 | $2,206.9 | $2,427.6 | $2,648.3 | $2,996.9 | $3,217.6 | $3,438.2 | 9.5% |
| 10.0% | $779.8 | $2,149.8 | $2,364.8 | $2,579.8 | $2,929.6 | $3,144.6 | $3,359.6 | 10.0% |
| **Enterprise Value Range** | | | | | **Low** $2,929.6 | | **High** $3,519.2 | |



5

PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC0024352

# Discounted Cash Flow Method (cont'd)

### Enterprise Value Calculation

| | |
|---|---|
| Total Discounted ECF | $790.0 |
| Discounted Terminal Value | $2,427.6 |
| **Enterprise Value** | **$3,217.6** |

### Enterprise Value Distribution

| | |
|---|---|
| Total Discounted ECF | 25% |
| Discounted Terminal Value | 75% |
| Enterprise Value | 100% |

### Macro Assumptions

| | |
|---|---|
| Discount Rate | 9.5% |
| Terminal Multiple | 11.0x |
| Implied Residual Growth Rate | 3.8% |

### Terminal Value Calculation

| | EBITDA | FCF |
|---|---|---|
| Terminal EBITDA / FCF | $371.9 | $222.5 |
| Terminal Multiple | 11.0x | 17.4x |
| Terminal Value | $4,090.8 | $3,869.2 |
| End / Mid-Year DF | 59.3% | 62.1% |
| Discounted Terminal Value | $2,427.6 | $2,401.9 |

### Enterprise Value Sensitivity (Discount Rate / Exit Multiple)

| | 8.5% | 9.0% | 9.5% | 10.0% | 10.5% |
|---|---|---|---|---|---|
| 12.0x | $3,602.7 | $3,519.2 | $3,438.2 | $3,359.5 | $3,283.3 |
| 11.5x | $3,486.4 | $3,405.9 | $3,327.9 | $3,252.1 | $3,178.5 |
| 11.0x | $3,370.0 | $3,292.7 | $3,217.6 | $3,144.6 | $3,073.8 |
| 10.5x | $3,253.7 | $3,179.4 | $3,107.2 | $3,037.1 | $2,969.1 |
| 10.0x | $3,137.4 | $3,066.1 | $2,996.9 | $2,929.6 | $2,864.4 |

| Low | High |
|---|---|
| $3,037.1 | $3,405.9 |




## Comparable Transactions ($ in millions)

**Strategic Transactions**

| Buyer | Target | Announce Date | Closing Date | Enterprise Value | FTE Subscribers | LTM Sales | LTM EBITDA | EBITDA Margin | FV Value / Revenues | FV Value / LTM EBITDA | FV / Subscribers |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Comcast Corp. | Cablevision (Bay Area and New England RS | 4/30/2007 | Pending | $1,010.0 | n/a | n/a | $63.0-$55.0 | n/a | n/a | 16.0x - 18.4x | n/a |
| Discovery Communications Inc. | Cox Enterprises | 3/29/2007 | Pending | $11,642.5 | n/a | $1,013.0 | $683.2 | 22.7% | 3.9x | 17.0x | n/a |
| Time Warner, Inc. | Liberty Media Corp. (Court TV) | 05/12/2006 | 5/12/2006 | $1,470.0 | n/a | $280.0 | $53.0 | 18.9% | 5.3x | 27.7x | n/a |
| Comcast Corp. | The Walt Disney Co. (E! Entertainment) | 11/21/2006 | 11/21/2006 | $3,113.9 | 81 | $356.0 | $168.7 | 46.1% | 8.5x | 18.5x | 38.4x |
| Viacom, Inc. | MTV Japan, Inc | 08/29/2006 | Pending | $132.6 | 6 | n/a | n/a | n/a | n/a | n/a | 21.0x |
| News Corp. Ltd | Turner South | 02/23/2006 | Pending | $375.0 | 8 | n/a | n/a | n/a | n/a | n/a | 45.2x |
| Viacom, Inc. /Old/ | CSTV Networks, Inc. | 11/03/2005 | 1/5/2005 | $325.0 | 15 | n/a | n/a | n/a | n/a | n/a | 22.1x |
| Liberty Media Corp. | QVC UK Ltd. | 07/03/2003 | 9/17/2003 | $13,864.9 | n/a | $4,400.0 | $1,012.0 | 23.0% | 3.2x | 13.7x | n/a |
| Cablevision Systems Corp. | Metro-Goldwyn-Mayer, Inc. | 06/30/2003 | 7/18/2003 | $2,500.0 | 143 | n/a | n/a | n/a | n/a | 16.3x | 17.5x |
| Viacom, Inc. /Old/ | Comedy Central | 04/22/2003 | 5/22/2003 | $2,450.0 | 82 | n/a | n/a | n/a | n/a | n/a | 30.0x |
| NBC | Bravo | 11/04/2002 | 12/9/2002 | $1,250.0 | 68 | n/a | n/a | n/a | n/a | 22.2x | 18.3x |
| Vivendi SA | USA Network | 12/17/2001 | 5/7/2002 | $11,075.0 | 176 | n/a | $605.2 | n/a | n/a | 18.3x | 63.1x |
| The New York Times Co. | Discovery Communications, Inc. | 04/05/2002 | 4/5/2002 | $200.0 | 14 | n/a | n/a | n/a | n/a | n/a | 14.3x |
| Comcast Holdings Corp. | Outdoor Life | 05/22/2001 | 10/31/2001 | $615.0 | 36 | n/a | n/a | n/a | n/a | n/a | 17.1x |
| The Walt Disney Co. | Fox Family | 07/23/2001 | 10/24/2001 | $5,200.0 | 116 | n/a | $196.2 | n/a | n/a | 26.5x | 45.0x |
| Comcast Holdings Corp. | The Golf Channel | 05/22/2001 | 6/11/2001 | $1,177.4 | 35 | n/a | $35.4 | n/a | n/a | 33.3x | 34.1x |
| Metro-Goldwyn-Mayer, Inc. | Rainbow Media (AMC, Bravo, IFC, WE) | 02/01/2001 | 4/3/2001 | $4,125.0 | 149 | n/a | $121.7 | n/a | n/a | 33.9x | 27.7x |
| Viacom, Inc. /Old/ | BET Holdings, Inc. | 11/03/2000 | 1/23/2001 | $3,000.0 | 71 | $225.0 | $98.7 | 43.9% | 13.3x | 30.4x | 42.4x |

| | | |
|---|---|---|
| Max | 46.1% | 13.3x | 35.9% | 63.1x |
| Min | 18.9% | 3.2x | 13.7x | 14.3x |
| Mean | 30.2% | 6.8x | 23.4x | 31.2x |
| Median | 46.1% | 21.6x | 26.5x | 28.8x |

■ *Focused Primarily on the most recent four transactions.*



7

PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC
Strong Values.