CONFIDENTIAL

## Transaction Valuation Analysis

| Period | Financials | Multiples | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| Actual | Adjusted EBITDA | Low | -- | High | Low | -- | High |
| LTM | $241.4 | 16.00x | -- | 18.00x | $3,863.1 | -- | $4,346.0 |
| CFY | $260.6 | 15.00x | -- | 17.00x | $3,908.3 | -- | $4,429.4 |
| NFY | $288.3 | 13.50x | -- | 15.25x | $3,891.9 | -- | $4,396.4 |

Enterprise Value Range: $3,863.1 -- $4,429.4

| Period | Financials | Multiples | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| Actual | Sales | Low | -- | High | Low | -- | High |
| LTM | $440.9 | 8.00x | -- | 9.00x | $3,527.5 | -- | $3,968.4 |
| CFY | $471.0 | 7.50x | -- | 8.50x | $3,532.3 | -- | $4,003.2 |
| NFY | $522.2 | 7.00x | -- | 8.00x | $3,655.4 | -- | $4,177.6 |

Enterprise Value Range: $3,527.5 -- $4,177.6

■ *Revenue multiple based on E! transaction. Profitability of E! close to Food Network.*

8

PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC
Strong Values.

TRIBUNE



VRC0024355

# Financials ($ in millions)



CONFIDENTIAL

9

PRELIMINARY DRAFT
SUBJECT TO REVISION



VRC
Strong Values.





PRELIMINARY DRAFT
SUBJECT TO REVISION



# Valuation Summary ($ in millions)

*Valuation Summary*

|  | Low | Mid | High |
|---|---|---|---|
| Comparable Transactions | $955.5 | $1,032.9 | $1,110.4 |
| Discounted Cash Flow | $789.2 | $861.7 | $934.3 |
| **Average Enterprise Value** | **$872.3** | **$947.3** | **$1,022.3** |
| + Cash | $13.3 | $13.3 | $13.3 |
| + Investment in JV | $0.0 | $0.0 | $0.0 |
| − Debt | $0.0 | $0.0 | $0.0 |
| **Equity Value** | **$885.7** | **$960.6** | **$1,035.6** |
| % of Enterprise Value | 101.5% | 101.4% | 101.3% |

**Implied Enterprise Value Multiples**

| | | | | |
|---|---|---|---|---|
| LTM EBITDA | $56.4 | 15.5x | 16.8x | 18.1x |
| CFY EBITDA | $59.7 | 14.6x | 15.9x | 17.1x |
| NFY EBITDA | $64.6 | 13.5x | 14.7x | 15.8x |
| LTM Sales | $177.0 | 4.9x | 5.4x | 5.8x |
| CFY Sales | $190.3 | 4.6x | 5.0x | 5.4x |
| NFY Sales | $205.6 | 4.2x | 4.6x | 5.0x |

Comparable Transactions: $955.5 — $1,032.9 — $1,110.4
Discounted Cash Flow: $789.2 — $861.7 — $934.3
Average Enterprise Value: $872.3 — $947.3 — $1,022.3

(Scale: $500 $600 $700 $800 $900 $1,000 $1,100 $1,200 $1,300 $1,400 $1,500)




11

PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC — Strong Values.

VRC0024358

## Weighted Average Cost of Capital

| Comparable Public Companies | Raw Beta | Adjusted Beta¹ | Net Debt & Pref. | Market Cap. | Debt / Capital | Tax Rate | Unlevered Beta |
|---|---|---|---|---|---|---|---|
| Discovery Holding Co. (Class A) | 0.88 | 0.93 | $2,442.0 | $11,618.1 | 17.4% | 35.0% | 0.82 |
| Crown Media | 0.58 | 0.74 | $961.7 | $615.1 | 61.0% | 35.0% | 0.37 |
| New Frontier Media Inc | 0.67 | 0.80 | $0.0 | $218.3 | 0.0% | 35.4% | 0.80 |
| NTN Buzztime Inc | 1.61 | 1.39 | $0.0 | $68.4 | 0.0% | 35.0% | 1.39 |
| Outdoor Channel Holdings Inc | 0.84 | 0.91 | $0.0 | $273.2 | 0.0% | 35.0% | 0.91 |
| Averages | 0.92 | #VALUE! | | | 15.7% | 35.1% | 0.86 |

### CAPM

| | |
|---|---|
| Unlevered beta (average of indications) | 0.86 |
| Relevered beta² | 1.00 |
| Risk-free rate³ | 5.0% |
| Equity risk premium⁴ | 5.5% |
| Other premium⁵ | -2.0% |
| **Cost of equity** | **8.5%** |

### WACC

| | |
|---|---|
| Debt | 20.0% |
| Equity | 80.0% |
| Tax rate | 35.0% |
| Cost of equity | 8.5% |
| Cost of debt¹ | 7.0% |
| WACC | 7.7% |
| **Concluded WACC** | **7.50%** |



Market Capitalization

Debt 20%
Equity 80%

¹ Cost of debt based on range of cost of debt of Discovery Communications, Inc. (6.01%-8.37%) and Merrill Lynch Index for BB rated Bonds (6.895% as of 4/12).
⁵ Other premium considers the low volatility of earnings due to the long-term contracts in place both on revenue and expense side.



VRC
Strong Values.



TRIBUNE

12

PRELIMINARY DRAFT
SUBJECT TO REVISION

## Discounted Cash Flow Method

| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
|---|---|---|---|---|---|---|
| **Fiscal Years Ended December 31** | | | | | | |
| Revenue | $95.1 | $205.6 | $217.4 | $227.9 | $238.5 | $249.1 |
| % growth | -- | 116.2% | 5.8% | 4.8% | 4.6% | 4.5% |
| Adjusted EBITDA | $29.9 | $64.6 | $68.5 | $71.8 | $75.1 | $78.5 |
| % growth | -- | 116.2% | 6.1% | 4.8% | 4.6% | 4.5% |
| % margin | 31.4% | 31.4% | 31.5% | 31.5% | 31.5% | 31.5% |
| **Adjusted EBITDA** | **$29.9** | **$64.6** | **$68.5** | **$71.8** | **$75.1** | **$78.5** |
| Depreciation & Amortization | ($0.7) | ($1.3) | ($1.2) | ($1.0) | ($0.8) | ($0.6) |
| Management Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Net Change in Working Capital | ($6.7) | ($4.5) | ($3.4) | ($3.0) | ($3.1) | ($3.1) |
| Cash Taxes | ($11.1) | ($24.2) | ($25.7) | ($27.1) | ($28.4) | ($29.8) |
| Capital Expenditures | ($0.2) | ($0.5) | ($0.5) | ($0.6) | ($0.6) | ($0.6) |
| **Enterprise Cash Flow (ECF)** | **$11.8** | **$35.4** | **$38.8** | **$41.1** | **$43.0** | **$45.0** |
| Mid-Year Discount Factor | 98.2% | 93.0% | 86.5% | 80.5% | 74.9% | 69.7% |
| Discounted ECF | $11.6 | $32.9 | $33.6 | $33.1 | $32.2 | $31.3 |

| Discount Rate | PV of ECF + | PV of Terminal Value = | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| | | 12.00x | 13.00x | 14.00x | 12.00x | 13.00x | 14.00x |
| 7.0% | $177.1 | $649.0 | $703.1 | $757.2 | $826.1 | $880.2 | $934.3 |
| 7.5% | $174.8 | $632.6 | $685.3 | $738.1 | $807.4 | $860.1 | $912.8 |
| 8.0% | $172.5 | $616.7 | $668.1 | $719.5 | $789.2 | $840.6 | $892.0 |

| Enterprise Value Range | Low | High | Discount Rate |
|---|---|---|---|
| | $789.2 | $934.3 | 7.0% / 7.5% / 8.0% |





13

PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC0024360

## Discounted Cash Flow Method (cont'd)

**Macro Assumptions**

| | |
|---|---|
| Discount Rate | 7.5% |
| Terminal Multiple | 13.0x |
| Implied Residual Growth Rate | 2.7% |

**Terminal Value Calculation**

| | EBITDA | FCF |
|---|---|---|
| Terminal EBITDA / FCF | $78.5 | $46.2 |
| Terminal Multiple | 13.0x | 20.8x |
| Terminal Value | $1,020.1 | $962.4 |
| End / Mid-Year DF | 67.2% | 69.7% |
| Discounted Terminal Value | $685.3 | $670.4 |

**Enterprise Value Calculation**

| | |
|---|---|
| Total Discounted ECF | $174.8 |
| Discounted Terminal Value | $685.3 |
| Enterprise Value | $860.1 |

**Enterprise Value Distribution**

| | |
|---|---|
| Total Discounted ECF | 20% |
| Discounted Terminal Value | 80% |
| Enterprise Value | 100% |

**Enterprise Value Sensitivity (Discount Rate / Exit Multiple)**

| | 6.5% | 7.0% | 7.5% | 8.0% | 8.5% |
|---|---|---|---|---|---|
| 14.0x | $956.4 | $934.3 | $912.8 | $892.0 | $871.7 |
| 13.5x | $928.6 | $907.2 | $886.5 | $866.3 | $846.7 |
| 13.0x | $900.9 | $880.2 | $860.1 | $840.6 | $821.6 |
| 12.5x | $873.1 | $853.1 | $833.7 | $814.9 | $796.6 |
| 12.0x | $845.4 | $826.1 | $807.4 | $789.2 | $771.5 |

| Low | High |
|---|---|
| $814.9 | $907.2 |



VRC
Strong Values.

14

PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC0024361