# Comparable Transactions ($ in millions)

**Strategic Transactions**

| Buyer | Target | Announce Date | Closing Date | Enterprise Value | FTE Subscribers | LTM Sales | LTM EBITDA | EBITDA Margin | EV Value / LTM Revenues | EV Value / LTM EBITDA | EV Subscribers |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Comcast Corp. | Cablevision (Bay Area and New England RS | 4/30/2007 | Pending | $1,010.0 | n/a | n/a | $53.0-$55.0 | n/a | n/a | 16.0x - 18.4x | n/a |
| Discovery Communications Inc. | Cox Enterprises | 3/29/2007 | Pending | $11,642.5 | n/a | $3,013.0 | $683.2 | 22.7% | 3.9x | 17.0x | n/a |
| Time Warner, Inc. | Liberty Media Corp. (Court TV) | 05/12/2006 | 5/12/2006 | $1,470.0 | n/a | $280.0 | $53.0 | 18.9% | 5.3x | 27.7x | n/a |
| Comcast Corp. | The Walt Disney Co. (E! Entertainment) | 11/21/2006 | 11/21/2006 | $3,113.9 | 81 | $366.0 | $168.7 | 46.1% | 8.5x | 18.5x | 38.4x |
| Viacom, Inc. | MTV Japan, Inc. | 08/29/2006 | Pending | $132.6 | 6 | n/a | n/a | n/a | n/a | n/a | 21.0x |
| News Corp. Ltd. | Turner South | 02/23/2006 | Pending | $375.0 | 8 | n/a | n/a | n/a | n/a | n/a | 45.2x |
| Viacom, Inc. /Old/ | CSTV Networks, Inc. | 11/03/2005 | 1/5/2006 | $325.0 | 15 | n/a | n/a | n/a | n/a | n/a | 22.1x |
| Liberty Media Corp. | QVC UK Ltd | 07/03/2003 | 9/17/2003 | $13,864.9 | n/a | $4,400.0 | $1,012.0 | 23.0% | 3.2x | 13.7x | n/a |
| Cablevision Systems Corp. | Metro-Goldwyn-Mayer, Inc. | 06/30/2003 | 7/18/2003 | $2,500.0 | 143 | n/a | n/a | n/a | n/a | 16.3x | 17.5x |
| Viacom, Inc. /Old/ | Comedy Central | 04/22/2003 | 5/22/2003 | $2,450.0 | 82 | n/a | n/a | n/a | n/a | n/a | 30.0x |
| NBC | Bravo | 11/04/2002 | 12/9/2002 | $1,250.0 | 58 | n/a | n/a | n/a | n/a | 22.2x | 18.3x |
| Vivendi SA | USA Network | 12/17/2001 | 5/7/2002 | $11,075.0 | 176 | n/a | $605.2 | n/a | n/a | 18.3x | 63.1x |
| The New York Times Co. | Discovery Communications, Inc. | 04/05/2002 | 4/5/2002 | $200.0 | 14 | n/a | n/a | n/a | n/a | n/a | 14.3x |
| Comcast Holdings Corp. | Outdoor Life | 05/22/2001 | 10/31/2001 | $615.0 | 36 | n/a | n/a | n/a | n/a | n/a | 17.1x |
| The Walt Disney Co. | Fox Family | 07/23/2001 | 10/24/2001 | $5,200.0 | 116 | n/a | $196.2 | n/a | n/a | 26.5x | 45.0x |
| Comcast Holdings Corp. | The Golf Channel | 05/22/2001 | 6/11/2001 | $1,177.4 | 35 | n/a | $35.4 | n/a | n/a | 33.3x | 34.1x |
| Metro-Goldwyn-Mayer, Inc. | Rainbow Media (AMC, Bravo, IFC, WE) | 02/01/2001 | 4/3/2001 | $4,125.0 | 149 | n/a | $121.7 | n/a | n/a | 33.9x | 27.7x |
| Viacom, Inc. /Old/ | BET Holdings, Inc. | 11/03/2000 | 1/23/2001 | $3,000.0 | 71 | $225.0 | $98.7 | 43.9% | 13.3x | 30.4x | 42.4x |
| | | | | | | | **Max** | 46.1% | 13.3x | 33.9% | 63.1x |
| | | | | | | | **Min** | 18.9% | 3.2x | 13.7% | 14.3x |
| | | | | | | | **Mean** | 30.9% | 6.8x | 23.4% | 31.2x |
| | | | | | | | **Median** | 46.1% | 21.6x | 26.5% | 28.8x |



- *Focused Primarily on the most recent four transactions.*


VRC
Strong Values.

15

PRELIMINARY DRAFT
SUBJECT TO REVISION

## Transaction Valuation Analysis



| Period | Financials | Multiples | | | Enterprise Value | |
|---|---|---|---|---|---|---|
| Actual | Adjusted EBITDA | Low | | High | Low | High |
| LTM | $56.4 | 17.00x | -- | 19.00x | $959.4 | $1,072.3 |
| CFY | $59.7 | 16.00x | -- | 18.00x | $955.5 | $1,074.9 |
| NFY | $64.6 | 15.00x | -- | 17.00x | $968.5 | $1,097.6 |

| Enterprise Value Range | | | | | $955.5 | $1,097.6 |

| Period | Financials | Multiples | | | Enterprise Value | |
|---|---|---|---|---|---|---|
| Actual | Sales | Low | | High | Low | High |
| LTM | $177.0 | 5.50x | -- | 6.00x | $973.3 | $1,061.8 |
| CFY | $190.3 | 5.25x | -- | 5.70x | $998.8 | $1,084.4 |
| NFY | $205.6 | 5.00x | -- | 5.40x | $1,028.1 | $1,110.4 |

| Enterprise Value Range | | | | | $973.3 | $1,110.4 |

- *The average EBITDA margin for three transaction (discovery, E!, and Court TV) is 29.2%. The average sales multiple for same transactions is 5.9x.*



16

PRELIMINARY DRAFT
SUBJECT TO REVISION

CONFIDENTIAL





PRELIMINARY DRAFT
SUBJECT TO REVISION



VRC0024364

# Valuation Summary ($ in millions)



|  |  | Valuation Summary | |  |
|---|---|---|---|---|
|  |  | Low | Mid | High |
| Comparable Companies |  | $1,489.4 | $1,737.9 | $1,986.5 |
| Discounted Cash Flow |  | $1,313.0 | $1,437.4 | $1,561.8 |
| **Average Enterprise Value** |  | **$1,401.2** | **$1,587.6** | **$1,774.1** |
| + Cash |  | $27.2 | $27.2 | $27.2 |
| + Investment in JV |  | $0.0 | $0.0 | $0.0 |
| - Debt |  | $0.0 | $0.0 | $0.0 |
| **Equity Value** |  | **$1,428.3** | **$1,614.8** | **$1,801.3** |
| % of Enterprise Value |  | 101.9% | 101.7% | 101.5% |
| **Implied Enterprise Value Multiples** |  |  |  |  |
| LTM EBITDA | ($10.2) | -137.0x | -155.2x | -173.4x |
| CFY EBITDA | $23.3 | 60.1x | 68.1x | 76.1x |
| NFY EBITDA | $55.5 | 25.3x | 28.6x | 32.0x |
| LTM Sales | $361.2 | 3.9x | 4.4x | 4.9x |
| CFY Sales | $475.1 | 2.9x | 3.3x | 3.7x |
| NFY Sales | $595.8 | 2.4x | 2.7x | 3.0x |





VRC
Strong Values.

18

PRELIMINARY DRAFT
SUBJECT TO REVISION

## Weighted Average Cost of Capital

| Comparable Public Companies | Raw Beta | Adjusted Beta | Net Debt & Pref. | Market Cap. | Debt / Capital | Tax Rate | Unlevered Beta |
|---|---|---|---|---|---|---|---|
| Amazon Com | 1.63 | 1.41 | $0.0 | $19,074.4 | 0.0% | 49.6% | 1.41 |
| Ebay Inc | 1.67 | 1.43 | $0.0 | $49,236.5 | 0.0% | 27.2% | 1.43 |
| Google Inc | 1.34 | 1.22 | $0.0 | $148,664.2 | 0.0% | 23.3% | 1.22 |
| IAC/InterActiveCorp. | 1.76 | 1.49 | $0.0 | $11,853.1 | 0.0% | 41.8% | 1.49 |
| Monster Worldwide Inc | 2.37 | 1.88 | $0.0 | $5,823.1 | 0.0% | 35.3% | 1.88 |
| Yahoo | 1.77 | 1.49 | $0.0 | $44,859.1 | 0.0% | 42.0% | 1.49 |
| **Averages** | 1.76 | 1.49 | | | 0.0% | 36.5% | 1.49 |

**Market Capitalization**

Debt 0%
Equity 100%

### CAPM

| | |
|---|---|
| Unlevered beta (average of indications) | 1.55 |
| Relevered beta[2] | 1.65 |
| Risk-free rate[3] | 5.0% |
| Equity risk premium[4] | 5.5% |
| Other premium[5] | 0.0% |
| **Cost of equity** | **14.1%** |

### WACC

| | |
|---|---|
| Debt | 0.0% |
| Equity | 100.0% |
| Tax rate | 35.0% |
| Cost of equity | 14.1% |
| Cost of debt | 6.0% |
| WACC | 14.1% |
| **Concluded WACC** | **14.0%** |

▪ *The beta is approximate average of average (1.49) and Monster beta (1.88).*



.95
1.43
1.315
2.025
1.28

VRC
Strong Values.

19

TRIBUNE

PRELIMINARY DRAFT
SUBJECT TO REVISION

## Discounted Cash Flow Method

**TRIBUNE**

| | \multicolumn{5}{c}{Fiscal Years Ended December 31} |
|---|---|---|---|---|---|
| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| Revenue | $358.0 | $595.8 | $729.0 | $874.8 | $1,049.8 | $1,207.2 |
| % growth | -- | 66.4% | 22.4% | 20.0% | 20.0% | 15.0% |
| Adjusted EBITDA | $17.6 | $55.5 | $91.8 | $131.2 | $168.0 | $193.2 |
| % growth | -- | 215.7% | 65.5% | 43.0% | 28.0% | 15.0% |
| % margin | 4.9% | 9.3% | 12.6% | 15.0% | 16.0% | 16.0% |
| **Adjusted EBITDA** | **$17.6** | **$55.5** | **$91.8** | **$131.2** | **$168.0** | **$193.2** |
| Management Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Net Change in Working Capital | $17.7 | $18.1 | $20.0 | $21.9 | $26.2 | $23.6 |
| Cash Taxes | ($1.7) | ($13.1) | ($27.6) | ($40.1) | ($52.2) | ($60.0) |
| Capital Expenditures | ($14.3) | ($23.8) | ($29.2) | ($35.0) | ($42.0) | ($48.3) |
| **Enterprise Cash Flow (ECF)** | **$19.3** | **$36.6** | **$55.0** | **$77.9** | **$100.0** | **$108.5** |

| Discount Rate | PV of ECF + | \multicolumn{3}{c}{PV of Terminal Value =} | \multicolumn{3}{c}{Enterprise Value} | Discount Rate |
|---|---|---|---|---|---|---|---|---|
| | | 12.00x | 13.00x | 14.00x | 12.00x | 13.00x | 14.00x | |
| 13.5% | $256.7 | $1,118.6 | $1,211.8 | $1,305.0 | $1,375.3 | $1,468.5 | $1,561.8 | 13.5% |
| 14.0% | $253.0 | $1,090.7 | $1,181.6 | $1,272.4 | $1,343.7 | $1,434.6 | $1,525.5 | 14.0% |
| 14.5% | $249.4 | $1,063.5 | $1,152.2 | $1,240.8 | $1,313.0 | $1,401.6 | $1,490.2 | 14.5% |
| Enterprise Value Range | | | | | Low $1,313.0 | — | High $1,561.8 | |

*Projections provided by management.*

– website 3–5 yrs.
– Contents

20

PRELIMINARY DRAFT
SUBJECT TO REVISION

**VRC**
Strong Values.

# Discounted Cash Flow Method (cont'd)

### Enterprise Value Calculation

| | |
|---|---|
| Total Discounted ECF | $253.0 |
| Discounted Terminal Value | $1,181.6 |
| **Enterprise Value** | **$1,434.6** |

### Enterprise Value Distribution

| | |
|---|---|
| Total Discounted ECF | 18% |
| Discounted Terminal Value | 82% |
| **Enterprise Value** | **100%** |

### Macro Assumptions

| | |
|---|---|
| Discount Rate | 14.0% |
| Terminal Multiple | 13.0x |
| Implied Residual Growth Rate | 9.0% |

### Terminal Value Calculation

| | EBITDA | FCF |
|---|---|---|
| Terminal EBITDA / FCF | $193.2 | $118.2 |
| Terminal Multiple | 13.0x | 20.0x |
| Terminal Value | $2,511.0 | $2,364.4 |
| End / Mid-Year DF | 47.1% | 50.2% |
| Discounted Terminal Value | $1,181.6 | $1,187.9 |

### Enterprise Value Sensitivity (Discount Rate / Exit Multiple)

| | 13.0% | 13.5% | 14.0% | 14.5% | 15.0% |
|---|---|---|---|---|---|
| 14.0x | $1,599.1 | $1,561.8 | $1,525.5 | $1,490.2 | $1,456.0 |
| 13.5x | $1,551.3 | $1,515.1 | $1,480.0 | $1,445.9 | $1,412.7 |
| 13.0x | $1,503.5 | $1,468.5 | $1,434.6 | $1,401.6 | $1,369.5 |
| 12.5x | $1,455.7 | $1,421.9 | $1,389.1 | $1,357.3 | $1,326.3 |
| 12.0x | $1,407.9 | $1,375.3 | $1,343.7 | $1,313.0 | $1,283.1 |

| Low | | | High | |
|---|---|---|---|---|
| $1,357.3 | | | $1,516.1 | |



21

PRELIMINARY DRAFT
SUBJECT TO REVISION


VRC
Strong Values.