CONFIDENTIAL

## Comparable Companies Data ($ in millions)

| Company | Ticker | 52W High | 52W Low | 4/16/07 Price | % of 52WH | 52W Return | Equity Value | Enterprise Value | LTM Sales | LTM EBITDA | Capex | FCF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amazon Com | AMZN | $45.30 | $25.76 | $45.20 | 99.8% | 23.4% | $19,074.4 | $18,373.4 | $10,711.0 | $705.0 | $216.0 | $489.0 |
| Ebay Inc | EBAY | $40.82 | $22.83 | $35.10 | 86.0% | -9.0% | $49,236.5 | $44,429.4 | $5,969.7 | $2,234.9 | $515.4 | $1,769.5 |
| Google Inc | GOOG | $513.00 | $360.57 | $474.27 | 92.5% | 17.9% | $148,664.2 | $136,458.5 | $10,604.9 | $4,590.8 | $1,902.8 | $2,688.0 |
| IAC/InterActiveCorp. | IACI | $40.99 | $23.54 | $38.36 | 93.6% | 30.0% | $11,853.1 | $10,571.4 | $5,277.6 | $888.0 | $251.4 | $636.5 |
| Monster Worldwide Inc | MNST | $59.99 | $34.75 | $44.38 | 74.0% | -10.7% | $5,823.1 | $5,190.5 | $1,116.7 | $295.6 | $55.6 | $240.0 |
| Yahoo | YHOO | $34.09 | $22.65 | $31.61 | 92.7% | 1.5% | $44,859.1 | $41,257.3 | $6,425.7 | $1,905.9 | $689.1 | $1,216.8 |

| Company | Sales Growth | | | EBITDA Growth | | | EBITDA Margin | | | FCF Margin | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LFY | CFY | NFY | LFY | CFY | NFY | LFY | LTM | CFY | NFY | LFY | LTM | CFY | NFY |
| Amazon Com | 26.2% | 22.5% | 20.7% | 2.6% | 18.7% | 34.8% | 6.6% | 6.6% | 6.4% | 7.1% | 4.6% | 4.6% | 5.5% | 6.4% |
| Ebay Inc | 31.1% | 22.8% | 17.8% | 15.4% | 25.6% | 17.7% | 38.3% | 38.3% | 39.2% | 39.1% | 29.6% | 29.6% | 34.7% | 35.3% |
| Google Inc | 72.8% | 11.9% | 39.1% | 75.0% | 48.3% | 36.3% | 43.3% | 43.3% | 57.4% | 56.2% | 25.3% | 25.3% | 51.8% | 52.2% |
| IAC/InterActiveCorp. | 15.9% | 9.0% | 7.2% | -7.9% | 14.8% | 8.5% | 14.1% | 14.1% | 14.9% | 15.1% | 10.1% | 10.1% | 12.0% | 12.4% |
| Monster Worldwide Inc | 36.5% | 23.8% | 19.3% | 44.2% | 24.6% | 24.9% | 26.5% | 26.5% | 26.6% | 27.9% | 21.5% | 21.5% | 24.2% | 25.8% |
| Yahoo | 22.2% | -16.2% | 18.5% | 22.4% | 11.1% | 20.3% | 29.7% | 29.7% | 39.3% | 39.9% | 18.9% | 18.9% | 33.7% | 35.2% |
| Max | 72.8% | 23.8% | 39.1% | 75.0% | 48.3% | 36.3% | 43.3% | 43.3% | 57.4% | 56.2% | 29.6% | 29.6% | 51.8% | 52.2% |
| Min | 15.9% | -16.2% | 7.2% | -7.9% | 11.1% | 8.5% | 6.6% | 6.6% | 6.4% | 7.1% | 4.6% | 4.6% | 5.5% | 6.4% |
| Mean | 34.1% | 12.3% | 20.5% | 25.3% | 23.9% | 23.7% | 26.4% | 26.4% | 30.6% | 30.9% | 18.4% | 18.4% | 27.0% | 27.9% |
| Median | 28.6% | 17.2% | 18.9% | 18.9% | 21.7% | 22.6% | 28.1% | 28.1% | 32.9% | 33.5% | 20.2% | 20.2% | 28.9% | 30.5% |





- *Focused primarily on the Monster.com.*

PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC
Strong Values.

VRC0024369

## Comparable Companies Data ($ in millions)

| Company | EV/Revenue LTM | CFY | NFY | EV/EBITDA LTM | CFY | NFY | EV/FCF LTM | CFY | NFY | EV/BVIC | FCF ROIC | EBITDA Assets |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amazon Com | 1.7x | 1.4x | 1.2x | 26.1x | 22.0x | 16.3x | 37.6x | 25.6x | 18.2x | -68.0x | -181.1% | 30.1% |
| Ebay Inc | 7.4x | 6.1x | 5.1x | 19.4x | 15.5x | 13.2x | 25.1x | 17.5x | 14.6x | 6.4x | 25.6% | 26.3% |
| Google Inc | 12.9x | 11.5x | 8.3x | 29.7x | 20.0x | 14.7x | 50.8x | 22.2x | 15.8x | 23.5x | 46.4% | 73.2% |
| IAC/InterActiveCorp. | 1.7x | 1.5x | 1.4x | 11.9x | 10.4x | 9.6x | 16.6x | 12.8x | 11.6x | 1.4x | 8.3% | 8.3% |
| Monster Worldwide Inc | 4.6x | 3.8x | 3.1x | 17.6x | 14.1x | 11.3x | 21.6x | 15.5x | 12.2x | 9.7x | 44.7% | 22.5% |
| Yahoo | 6.4x | 7.7x | 6.5x | 21.6x | 19.5x | 16.2x | 33.9x | 22.7x | 18.4x | 5.6x | 16.6% | 26.6% |
| Max | 12.9x | 11.5x | 8.3x | 29.7x | 22.0x | 16.3x | 50.8x | 25.6x | 18.4x | 23.5x | 46.4% | 73.2% |
| Min | 1.7x | 1.4x | 1.2x | 11.9x | 10.4x | 9.6x | 16.6x | 12.8x | 11.6x | -68.0x | -181.1% | 8.3% |
| Mean | 5.8x | 5.3x | 4.3x | 21.1x | 16.9x | 13.5x | 30.9x | 19.4x | 15.1x | -3.6x | -6.6% | 31.2% |
| Median | 5.5x | 4.9x | 4.1x | 20.5x | 17.5x | 13.9x | 29.5x | 19.8x | 15.2x | 6.0x | 21.1% | 26.5% |

- *Focused primarily on the Monster.com.*



VRC
Strong Values.

23

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

## Transaction Valuation Analysis

| Period | Financials | Multiples | | Enterprise Value | |
|---|---|---|---|---|---|
| Actual | Revenue | Low | High | Low | High |
| LTM | $361.2 | 4.50x | 5.50x | $1,625.3 | $1,986.5 |
| CFY | $475.1 | 3.25x | 4.00x | $1,544.1 | $1,900.4 |
| NFY | $595.8 | 2.50x | 3.25x | $1,489.4 | $1,936.2 |
| Enterprise Value Range | | | | $1,489.4 | $1,986.5 |

■ *The average EBITDA margin for three transaction (discovery, E!, and Court TV) is 29.2%. The average sales multiple for same transactions is 5.9x.*

**VRC**
Strong Values.

**TRIBUNE**

24

PRELIMINARY DRAFT
SUBJECT TO REVISION





PRELIMINARY DRAFT
SUBJECT TO REVISION



VRC
Strong Values.

CONFIDENTIAL

# Valuation Summary ($ in millions)



|  | Valuation Summary | | |
|---|---|---|---|
|  | Low | Mid | High |
| Comparable Companies | $229.2 | $265.5 | $301.8 |
| Discounted Cash Flow | $188.3 | $211.2 | $234.2 |
| **Average Enterprise Value** | **$208.7** | **$238.4** | **$268.0** |
| + Cash | $34.1 | $34.1 | $34.1 |
| + Investment in JV | $0.0 | $0.0 | $0.0 |
| - Debt | $0.0 | $0.0 | $0.0 |
| **Equity Value** | **$242.8** | **$272.4** | **$302.1** |
| % of Enterprise Value | 116.3% | 114.3% | 112.7% |

**Implied Enterprise Value Multiples**

|  |  | Low | Mid | High |
|---|---|---|---|---|
| LTM EBITDA | $6.2 | 33.7x | 38.4x | 43.2x |
| CFY EBITDA | $3.8 | 54.8x | 62.6x | 70.3x |
| NFY EBITDA | $10.1 | 20.6x | 23.5x | 26.4x |
| LTM Sales | $208.4 | 1.0x | 1.1x | 1.3x |
| CFY Sales | $261.3 | 0.8x | 0.9x | 1.0x |
| NFY Sales | $287.5 | 0.7x | 0.8x | 0.9x |

Comparable Companies: $229.2 — $265.5 — $301.8
Discounted Cash Flow: $188.3 — $211.2 — $234.2
Average Enterprise Value: $208.7 — $238.4 — $268.0

(Chart scale: $100 – $500)



TRIBUNE

VRC — Strong Values.

26

PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC0024373

## Weighted Average Cost of Capital

| Comparable Public Companies | Raw Beta | Adjusted Beta[1] | Net Debt & Pref. | Market Cap. | Debt/Capital | Tax Rate | Unlevered Beta |
|---|---|---|---|---|---|---|---|
| Autobytel Com Inc | 1.38 | 1.25 | $0.0 | $148.5 | 0.0% | 35.0% | 1.25 |
| Cnet Networks | 1.94 | 1.60 | $16.6 | $1,348.6 | 1.2% | 16.3% | 1.59 |
| Housevalues Inc | 0.87 | 0.92 | $0.0 | $120.7 | 0.0% | 35.0% | 0.92 |
| Infospace Inc | 1.76 | 1.49 | $0.0 | $895.3 | 0.0% | 35.0% | 1.49 |
| MIVA Inc | 1.52 | 1.34 | $0.0 | $143.1 | 0.0% | 35.0% | 1.34 |
| Move Inc. | 2.58 | 2.01 | $0.0 | $856.8 | 0.0% | 42.0% | 2.01 |
| Zip Realty Inc | 0.70 | 0.81 | $0.0 | $151.1 | 0.0% | 35.0% | 0.81 |
| Averages | 1.54 | 1.35 | | | 0.2% | 29.1% | 1.34 |

**Market Capitalization**



Debt: 0%
Equity: 100%

### CAPM

| | |
|---|---|
| Unlevered beta (average of indications) | 1.34 |
| Relevered beta[2] | 1.34 |
| Risk-free rate[3] | 5.0% |
| Equity risk premium[4] | 5.5% |
| Other premium[5] | 5.0% |
| **Cost of equity** | **17.4%** |

### WACC

| | |
|---|---|
| Debt | 0.2% |
| Equity | 99.8% |
| Tax rate | 35.0% |
| Cost of equity | 17.4% |
| Cost of debt | 6.1% |
| WACC | 17.4% |
| **Concluded WACC** | **17.5%** |

VRC — Strong Values.

TRIBUNE

27

PRELIMINARY DRAFT
SUBJECT TO REVISION

CONFIDENTIAL

# Discounted Cash Flow Method



| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
|---|---|---|---|---|---|---|
| | | | Fiscal Years Ended December 31 | | | |
| Revenue | $196.9 | $287.5 | $316.2 | $347.8 | $382.6 | $420.9 |
| % growth | -- | 46.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| Adjusted EBITDA | $11.3 | $22.4 | $26.9 | $34.8 | $40.2 | $46.3 |
| % growth | -- | 98.8% | 19.9% | 29.4% | 15.5% | 15.2% |
| % margin | 5.7% | 7.8% | 8.5% | 10.0% | 10.5% | 11.0% |
| Adjusted EBITDA | $11.3 | $22.4 | $26.9 | $34.8 | $40.2 | $46.3 |
| Management Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Net Change in Working Capital | ($1.4) | ($1.3) | ($1.4) | ($1.6) | ($1.7) | ($1.9) |
| Cash Taxes | ($1.0) | ($3.6) | ($4.7) | ($7.0) | ($8.3) | ($9.9) |
| Capital Expenditures | ($5.9) | ($8.6) | ($9.5) | ($10.4) | ($11.5) | ($12.6) |
| Enterprise Cash Flow (ECF) | $2.9 | $8.9 | $11.3 | $15.8 | $18.6 | $21.8 |

| Discount Rate | PV of ECF + PV of Terminal Value = | | | Enterprise Value | | |
|---|---|---|---|---|---|---|
| | 8.00x | 9.00x | 10.00x | 8.00x | 9.00x | 10.00x |
| 17.0% | $46.6 | $150.1 | $168.8 | $187.6 | $196.7 | $215.5 | $234.2 |
| 17.5% | $46.0 | $146.4 | $164.7 | $183.0 | $192.4 | $210.7 | $229.0 |
| 18.0% | $45.4 | $142.9 | $160.8 | $178.6 | $188.3 | $206.1 | $224.0 |

| Enterprise Value Range | Low | -- | High |
|---|---|---|---|
| | $188.3 | -- | $234.2 |

| Discount Rate |
|---|
| 17.0% |
| 17.5% |
| 18.0% |



28

PRELIMINARY DRAFT
SUBJECT TO REVISION


VRC
Strong Values.