# Discounted Cash Flow Method (cont'd)



### Enterprise Values Calculation

| | |
|---|---|
| Total Discounted ECF | $46.0 |
| Discounted Terminal Value | $164.7 |
| Enterprise Value | $210.7 |

### Enterprise Value Distribution

| | |
|---|---|
| Total Discounted ECF | 22% |
| Discounted Terminal Value | 78% |
| Enterprise Value | 100% |

### Macro Assumptions

| | |
|---|---|
| Discount Rate | 17.5% |
| Terminal Multiple | 9.0x |
| Implied Residual Growth Rate | 11.0% |

### Terminal Value Calculation

| | EBITDA | FCF |
|---|---|---|
| Terminal EBITDA / FCF | $46.3 | $24.2 |
| Terminal Multiple | 9.0x | 15.4x |
| Terminal Value | $416.6 | $373.0 |
| End / Mid-Year DF | 39.5% | 42.9% |
| Discounted Terminal Value | $164.7 | $159.9 |

### Enterprise Value Sensitivity (Discount Rate / Exit Multiple)

| | 16.5% | 17.0% | 17.5% | 18.0% | 18.5% |
|---|---|---|---|---|---|
| 10.0x | $239.5 | $234.2 | $229.0 | $224.0 | $219.1 |
| 9.5x | $229.9 | $224.3 | $219.0 | $215.1 | $210.4 |
| 9.0x | $220.3 | $215.3 | $210.7 | $206.1 | $201.7 |
| 8.5x | $210.7 | $206.1 | $201.6 | $197.2 | $192.9 |
| 8.0x | $201.1 | $196.7 | $192.4 | $188.3 | $184.2 |

| Low | High |
|---|---|
| $197.2 | $224.8 |



29

PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC0024376

CONFIDENTIAL

## Comparable Companies Data ($ in millions)

| Company | Ticker | 52W High | 52W Low | 4/7/08 Price | % of 52W H | 52W Return | Equity Value | Enterprise Value | LTM Sales | LTM EBITDA | Capex | FCF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Autobytel Com Inc | ABTL | $4.65 | $2.55 | $3.45 | 74.2% | -20.5% | $148.5 | $122.9 | $111.1 | ($14.8) | $5.3 | ($20.0) |
| Cnet Networks | CNET | $14.12 | $7.07 | $8.84 | 62.6% | -35.7% | $1,148.6 | $1,351.4 | $387.4 | $79.7 | $32.8 | $46.9 |
| Housevalues Inc | SOLD | $12.05 | $4.37 | $4.94 | 41.0% | -37.2% | $120.7 | $44.7 | $98.2 | $7.7 | $7.7 | ($0.0) |
| Infospace Inc | INSP | $28.00 | $17.28 | $27.05 | 96.6% | -0.1% | $895.3 | $493.3 | $371.7 | $36.7 | $22.6 | $14.1 |
| MIVA Inc | MIVA | $4.67 | $2.02 | $4.33 | 92.7% | 19.6% | $143.1 | $114.8 | $172.6 | ($2.4) | $6.7 | ($9.1) |
| Move Inc | MOVE | $7.08 | $3.73 | $5.17 | 73.0% | -20.0% | $856.8 | $799.2 | $290.4 | $26.7 | $12.9 | $13.8 |
| Zip Realty Inc | ZIPR | $10.08 | $5.81 | $7.23 | 71.7% | -14.4% | $161.1 | $72.3 | $95.4 | ($1.7) | $1.9 | ($3.7) |

| Company | Sales Growth | | | EBITDA Growth | | | EBITDA Margin | | | | FCF Margin | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LFY | CFY | NFY | LFY | CFY | NFY | LFY | LTM | CFY | NFY | LFY | LTM | CFY | NFY |
| Autobytel Com Inc | -9.1% | -1.2% | 10.0% | 924.1% | 71.4% | -40.7% | -13.3% | -13.3% | -23.0% | -12.4% | -18.0% | -18.0% | -25.3% | -14.4% |
| Cnet Networks | 14.6% | 13.2% | 11.5% | 4.9% | 26.8% | 20.8% | 20.6% | 20.6% | 23.1% | 25.0% | 12.1% | 12.1% | 18.4% | 20.9% |
| Housevalues Inc | 13.3% | -7.2% | -3.4% | -65.6% | 49.1% | -35.0% | 7.8% | 7.8% | 12.6% | 8.5% | 0.0% | 0.0% | 8.3% | 4.0% |
| Infospace Inc | 9.3% | -24.4% | -3.7% | -8.2% | -33.0% | 48.0% | 9.9% | 9.9% | 8.7% | 13.4% | 3.8% | 3.8% | 4.5% | 9.1% |
| MIVA Inc | -11.3% | 3.9% | 7.9% | -110.9% | -203.2% | 561.2% | -1.4% | -1.4% | -1.4% | 8.3% | -5.3% | -5.3% | -1.8% | 5.4% |
| Move Inc | 14.9% | 16.8% | 16.2% | 6.9% | 82.5% | 60.3% | 9.2% | 9.2% | 14.4% | 19.8% | 4.7% | 4.7% | 12.0% | 17.8% |
| Zip Realty Inc | 2.1% | 13.2% | 33.3% | -125.3% | 370.0% | -146.0% | -1.8% | -1.8% | -7.5% | 2.6% | -6.0% | -3.8% | -9.3% | -1.3% |
| Max | 14.9% | 16.8% | 33.3% | 924.1% | 370.0% | 561.2% | 20.6% | 20.6% | 23.1% | 25.0% | 18.4% | 12.1% | 18.4% | 20.9% |
| Min | -11.3% | -24.4% | -3.7% | -125.3% | -203.2% | -146.0% | -13.3% | -13.3% | -23.0% | -12.4% | -18.0% | -18.0% | -25.3% | -14.4% |
| Mean | 4.8% | 2.0% | 10.2% | 83.7% | 51.9% | 67.0% | 4.3% | 4.3% | 4.2% | 8.7% | -1.2% | -0.9% | 1.0% | 6.3% |
| Median | 9.3% | 3.9% | 10.0% | -8.2% | 49.1% | 20.8% | 7.8% | 7.8% | 8.7% | 8.5% | 0.9% | 0.0% | -4.5% | 5.4% |

◼ Autobytel is a good comp as it own major competitor websites (Autobytel.com, Autoweb.com, Carsmart.com, Car.com and AutoSite.com)



30

PRELIMINARY DRAFT
SUBJECT TO REVISION

**VRC**
Strong Values.

VRC0024377

CONFIDENTIAL

## Comparable Companies Data ($ in millions)

| Company | EV / Revenue | | | EV / EBITDA | | | EV / FCF | | | EV / BVIC | FCF ROIC | EBITDA Assets |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LTM | CFY | NFY | LTM | CFY | NFY | LTM | CFY | NFY | | | |
| Autobytel Com Inc | 1.1x | 1.1x | 1.0x | -8.3x | -4.9x | -8.2x | 0.0x | 0.0x | 0.0x | 1.5x | -24.0% | -14.3% |
| Chet Networks | 3.5x | 3.1x | 2.8x | 17.0x | 13.4x | 11.1x | 28.8x | 16.7x | 13.3x | 4.8x | 16.7% | 22.3% |
| Housevalues Inc | 0.5x | 0.5x | 0.5x | 5.8x | 3.9x | 6.0x | 0.0x | 5.9x | 12.6x | 4.6x | -0.3% | 32.7% |
| Infospace Inc | 1.3x | 1.8x | 1.8x | 13.5x | 20.1x | 13.6x | 35.1x | 38.8x | 20.1x | 1.8x | 5.1% | 10.1% |
| MIVA Inc | 0.7x | 0.6x | 0.5x | -48.6x | 47.1x | 7.1x | 0.0x | 0.0x | 11.0x | 2.7x | -21.3% | -3.1% |
| Move Inc | 2.8x | 2.4x | 2.0x | 29.9x | 16.4x | 10.2x | 58.0x | 19.7x | 11.4x | 18.2x | 31.4% | 20.8% |
| Zip Realty Inc | 0.8x | 0.7x | 0.5x | -41.7x | -8.9x | 19.3x | 0.0x | 0.0x | 39.5x | -77.0x | 389.4% | -18.2% |
| Max | 3.5x | 3.1x | 2.8x | 29.9x | 47.1x | 13.6x | 58.0x | 38.8x | 20.1x | 18.2x | 31.4% | 32.7% |
| Min | 0.5x | 0.5x | 0.5x | -48.6x | -4.9x | -8.2x | 28.8x | 5.9x | 11.0x | 1.5x | -24.0% | -14.3% |
| Mean | 1.6x | 1.6x | 1.3x | -1.5x | 16.0x | 6.6x | 40.6x | 20.3x | 13.7x | 5.6x | 1.3% | 11.4% |
| Median | 1.2x | 1.3x | 1.4x | 9.6x | 14.9x | 8.7x | 35.1x | 18.2x | 12.6x | 3.7x | 2.4% | 15.5% |





VRC
Strong Values.

31

PRELIMINARY DRAFT
SUBJECT TO REVISION

▪ Focused primarily on Autobytel as approximately 60% of the revenues for CV come from Cars.com.

CONFIDENTIAL

# Transaction Valuation Analysis



| Period | Financials | Multiples | | Enterprise Value | |
| --- | --- | --- | --- | --- | --- |
| Actual | Revenue | Low | High | Low | High |
| LTM | $208.4 | 1.10x | 1.40x | $229.2 | $291.7 |
| CFY | $261.3 | 0.90x | 1.15x | $235.2 | $300.5 |
| NFY | $287.5 | 0.80x | 1.05x | $230.0 | $301.8 |
| Enterprise Value Range | | | | $229.2 | $301.8 |





32

PRELIMINARY DRAFT
SUBJECT TO REVISION

CONFIDENTIAL



**ShopLocal**

**TRIBUNE**

PRELIMINARY DRAFT
SUBJECT TO REVISION



VRC
Strong Values.

VRC0024380

CONFIDENTIAL

# Valuation Summary *($ in millions)*

| | Valuation Summary | | |
| --- | --- | --- | --- |
| | Low | Mid | High |
| Comparable Companies | $86.7 | $95.4 | $104.1 |
| Comparable Transactions | $77.2 | $99.3 | $121.4 |
| Average Enterprise Value | $82.0 | $97.3 | $112.7 |
| + Cash | $0.0 | $0.0 | $0.0 |
| + Investment in JV | $0.0 | $0.0 | $0.0 |
| - Debt | $0.0 | $0.0 | $0.0 |
| Equity Value | $82.0 | $97.3 | $112.7 |
| % of Enterprise Value | 100.0% | 100.0% | 100.0% |

**Implied Enterprise Value Multiples**

| | | | |
| --- | --- | --- | --- |
| LTM Sales | $17.3 | 4.7x | 5.6x | 6.5x |



Comparable Companies $86.7 — $95.4 — $104.1

Comparable Transactions $77.2 — $99.3 — $121.4

Average Enterprise Value $82.0 — $97.3 — $112.7

$50 $60 $70 $80 $90 $100 $110 $120 $130 $140 $150

34

PRELIMINARY DRAFT
SUBJECT TO REVISION



VRC
Strong Values.

VRC0024381