CONFIDENTIAL

# Comparable Companies Data ($ in millions)

| Company | Ticker | 52W High | 52W Low | 4/16/07 Price | % of 52WH | 52W Return | Equity Value | Enterprise Value | LTM Sales | LTM EBITDA | Capex | FCF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amazon Com | AMZN | $45.30 | $25.76 | $45.20 | 99.8% | 23.4% | $19,074.4 | $18,373.4 | $10,711.0 | $705.0 | $216.0 | $489.0 |
| Ebay Inc | EBAY | $40.82 | $22.83 | $35.10 | 86.0% | -9.0% | $49,226.5 | $44,429.4 | $5,969.7 | $2,384.9 | $515.4 | $1,769.5 |
| Google Inc | GOOG | $513.00 | $360.57 | $474.27 | 92.5% | 17.9% | $148,664.2 | $136,458.5 | $10,604.9 | $4,590.8 | $1,902.8 | $2,688.0 |
| IAC/InterActiveCorp | IACI | $40.99 | $23.54 | $38.36 | 93.6% | 30.0% | $11,853.1 | $10,571.4 | $6,277.6 | $888.0 | $251.4 | $636.5 |
| Monster Worldwide Inc | MNST | $59.99 | $34.75 | $44.38 | 74.0% | -10.7% | $5,823.1 | $5,190.5 | $1,116.7 | $295.6 | $55.6 | $240.0 |
| Yahoo | YHOO | $34.09 | $22.65 | $31.61 | 92.7% | 1.5% | $44,859.1 | $41,257.3 | $6,425.7 | $1,905.9 | $689.1 | $1,216.8 |

| Company | Sales Growth | | | EBITDA Growth | | | EBITDA Margin | | | | FCF Margin | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LFY | CFY | NFY | LFY | CFY | NFY | LFY | LTM | CFY | NFY | LFY | LTM | CFY | NFY |
| Amazon Com | 26.2% | 22.5% | 20.7% | 2.6% | 18.7% | 34.8% | 6.6% | 6.6% | 6.4% | 7.1% | 4.6% | 4.6% | 5.5% | 6.4% |
| Ebay Inc | 31.1% | 22.8% | 17.8% | 15.4% | 25.5% | 17.7% | 38.3% | 38.3% | 39.2% | 39.1% | 29.6% | 29.6% | 34.7% | 35.3% |
| Google Inc | 72.8% | 11.9% | 39.1% | 75.0% | -8.3% | 36.3% | 43.3% | 43.3% | 57.4% | 56.2% | 25.3% | 25.3% | 51.8% | 52.2% |
| IAC/InterActiveCorp | 15.9% | 9.0% | 7.2% | -7.9% | 14.8% | 8.5% | 14.1% | 14.1% | 14.9% | 15.1% | 10.1% | 10.1% | 12.0% | 12.4% |
| Monster Worldwide Inc | 36.5% | 23.8% | 19.3% | 44.2% | 24.6% | 24.9% | 25.5% | 26.5% | 26.6% | 27.9% | 21.5% | 21.5% | 24.2% | 25.8% |
| Yahoo | 22.2% | -16.2% | 18.5% | 22.4% | 11.1% | 20.3% | 29.7% | 29.7% | 39.3% | 39.9% | 18.9% | 18.9% | 33.7% | 35.2% |
| Max | 72.8% | 23.8% | 39.1% | 75.0% | 48.3% | 36.3% | 43.3% | 43.3% | 57.4% | 56.2% | 29.6% | 29.6% | 51.8% | 52.2% |
| Min | 15.9% | -16.2% | 7.2% | -7.9% | 11.1% | 8.5% | 6.6% | 6.6% | 6.4% | 7.1% | 4.6% | 4.6% | 5.5% | 6.4% |
| Mean | 34.1% | 12.3% | 20.6% | 25.3% | 23.9% | 23.7% | 26.4% | 26.4% | 30.6% | 30.9% | 18.4% | 18.4% | 27.0% | 27.9% |
| Median | 28.6% | 17.2% | 18.9% | 18.9% | 21.2% | 22.6% | 28.1% | 28.1% | 32.9% | 33.5% | 20.2% | 20.2% | 28.9% | 30.5% |

■  *Focused primarily on the Monster.com.*



VRC
Strong Values.

35

PRELIMINARY DRAFT
SUBJECT TO REVISION

TRIBUNE

VRC0024382

CONFIDENTIAL

## Comparable Companies Data ($ in millions)

| Company | EV/Revenue | | | EV/EBITDA | | | EV/FCF | | | EV/BV/IC | FCF/ROIC | EBITDA/Assets |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LTM | CFY | NFY | LTM | CFY | NFY | LTM | CFY | NFY | | | |
| Amazon.Com. | 1.7x | 1.4x | 1.2x | 26.1x | 22.0x | 16.3x | 37.6x | 25.6x | 18.2x | -68.0x | -181.1% | 30.1% |
| Ebay Inc | 7.4x | 6.1x | 5.1x | 19.4x | 15.5x | 13.2x | 25.1x | 17.5x | 14.6x | 6.4x | 25.6% | 26.3% |
| Google Inc | 12.9x | 11.5x | 8.3x | 29.7x | 20.0x | 14.7x | 50.8x | 22.2x | 15.8x | 23.5x | 46.4% | 73.2% |
| IAC/InterActiveCorp. | 1.7x | 1.5x | 1.4x | 11.9x | 10.4x | 9.6x | 16.6x | 12.8x | 11.6x | 1.4x | 8.3% | 8.3% |
| Monster Worldwide Inc | 4.6x | 3.8x | 3.1x | 17.6x | 14.1x | 11.3x | 21.6x | 15.5x | 12.2x | 9.7x | 44.7% | 22.5% |
| Yahoo | 6.4x | 7.7x | 6.5x | 21.6x | 19.5x | 16.2x | 33.9x | 22.7x | 18.4x | 5.8x | 16.6% | 26.6% |
| Max | 12.9x | 11.5x | 8.3x | 29.7x | 22.0x | 16.3x | 50.8x | 25.6x | 18.4x | 23.5x | 46.4% | 73.2% |
| Min | 1.7x | 1.4x | 1.2x | 11.9x | 10.4x | 9.6x | 16.6x | 12.8x | 11.6x | -68.0x | -181.1% | 8.3% |
| Mean | 5.8x | 5.3x | 4.3x | 21.0x | 16.9x | 13.5x | 30.9x | 19.4x | 15.1x | -3.6x | -6.6% | 31.2% |
| Median | 5.5x | 4.9x | 4.1x | 20.5x | 17.5x | 13.9x | 29.5x | 19.8x | 15.2x | 6.0x | 21.1% | 26.5% |

= Focused primarily on the Monster.com.



TRIBUNE

36

PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC
Strong Values.

VRC0024383

CONFIDENTIAL

## Comparable Companies Valuation Analysis

| Period | Financials | Multiples | | Enterprise Value | |
|---|---|---|---|---|---|
| Actual | Sales | Low | High | Low | High |
| LTM | $17.3 | 5.00x | -- | 6.00x | $86.7 | -- | $104.1 |

| | | | | | |
|---|---|---|---|---|---|
| *Enterprise Value Range* | | | | *$86.7* | -- | *$104.1* |



TRIBUNE

VRC
*Strong Values.*

37

PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC0024384

CONFIDENTIAL

# Comparable Transactions *($ in millions)*

| Buyer | Target | Announce Date | Closing Date | Enterprise Value | Unique Visitors | LTM Sales | LTM EBITDA | EBITDA Margin | EV Value LTM Revenue | EV Value LTM EBITDA |
|---|---|---|---|---|---|---|---|---|---|---|
| Microsoft Corp | Telme Networks, Inc. | 03/14/2007 | Pending | $800.0 | | n/a | n/a | n/a | 8.0x | n/a |
| VeaGroup Bv | NetRatings, Inc. | 10/05/2006 | Pending | $698.4 | | $72.7 | $4.9 | 6.7% | 9.6x | n/a |
| eBay, Inc | StubHub, Inc. | 01/10/2007 | 2/13/2007 | $307.0 | | $46.9 | n/a | n/a | 6.6x | n/a |
| Google, Inc. | YouTube, Inc. | 10/09/2006 | 11/14/2006 | $1,547.7 | 2.1 | n/a | n/a | n/a | n/a | n/a |
| Tribune Co. | ForSaleByOwner.com Corp. | 04/22/2006 | 5/22/2006 | $42.5 | 20.0 | $9.1 | $0.6 | 6.7% | 4.7x | n/a |
| NBC Universal, Inc | iVillage Inc. | 03/06/2006 | 5/15/2006 | $562.4 | 15.2 | $91.1 | $18.6 | 20.4% | 6.2x | 30.2x |
| **GUS PLC** | **PriceGrabber.com LLC** | **12/14/2005** | **12/14/2005** | **$485.0** | | **$60.0** | **n/a** | **n/a** | **8.1x** | **n/a** |
| Viacom, Inc. /Old/ | iFilm Corp. | 10/17/2005 | 10/17/2005 | $49.0 | 3.3 | n/a | n/a | n/a | n/a | n/a |
| Time Warner, Inc | Weblogs, Inc. | 10/05/2005 | 10/6/2005 | $25.0 | 1.2 | $1.0 | n/a | n/a | 23.0x | n/a |
| News Corp. Ltd | IGN Entertainment | 09/08/2005 | 10/4/2005 | $646.5 | 28.0 | $42.9 | n/a | n/a | 15.1x | n/a |
| News Corp. Ltd | Intermix Media, Inc. | 07/18/2005 | 9/30/2005 | $580.0 | 27.3 | $88.9 | n/a | n/a | 6.5x | n/a |
| ValueClick, Inc. | Fastclick Inc | 08/11/2005 | 9/30/2005 | $253.4 | | $66.7 | $8.6 | 12.8% | 3.8x | 29.6x |
| **eBay, Inc.** | **Shopping.com Ltd.** | **06/01/2005** | **8/31/2005** | **$575.8** | **16.5** | **$106.8** | **$18.3** | **17.1%** | **5.4x** | **31.4x** |
| LAGInteractiveCorp | Improve.Net Inc | 06/23/2005 | 8/10/2005 | $6.4 | | $3.2 | n/a | n/a | 2.0x | n/a |
| CNET Networks, Inc. | Metacritic, Inc | 08/08/2005 | 8/8/2005 | $5.0 | 0.2 | n/a | n/a | n/a | n/a | n/a |
| News Corp. Ltd | Scour Media, Inc | 08/04/2005 | 8/4/2005 | $60.0 | 2.4 | n/a | n/a | n/a | n/a | n/a |
| Marchex, Inc | IndustryBrains, Inc. | 07/27/2005 | 7/27/2005 | $29.8 | | $9.5 | $2.0 | 20.7% | 3.1x | 15.1x |
| LAGInteractiveCorp | Ask Jeeves, Inc | 03/21/2005 | 7/19/2005 | $1,961.1 | 42.0 | $261.3 | $83.5 | 32.7% | 7.5x | 23.0x |
| Priceline.com, Inc | bookings.com | 07/14/2005 | 7/14/2005 | $134.6 | | $26.9 | $7.6 | 28.3% | 5.0x | 17.7x |
| The E.W. Scripps Co. | Shopzilla, Inc. | 06/06/2005 | 6/27/2005 | $560.0 | 16.7 | $98.2 | $20.5 | 20.9% | 5.7x | 27.3x |
| ValueClick, Inc | Web Marketing Holdings, Inc | 06/13/2005 | 6/27/2005 | $165.8 | | $64.3 | $8.5 | 13.4% | 2.6x | 19.2x |
| MTV Networks Co. | NeoPets, Inc | 06/19/2005 | 6/19/2005 | $160.0 | 3.5 | $10.0 | n/a | n/a | 16.0x | n/a |
| The New York Times Co. | About, Inc | 02/17/2005 | 3/18/2005 | $410.0 | 21.0 | $41.0 | $13.7 | 33.4% | 10.0x | 29.9x |
| Dow Jones & Co., Inc. | MarketWatch, Inc | 11/15/2004 | 1/24/2005 | $437.7 | 7.0 | $71.2 | $9.1 | 12.8% | 6.2x | 48.0x |
| Viacom, Inc. /Old/ | SportsLine.com, Inc. | 07/01/2004 | 12/13/2004 | $80.2 | 10.0 | $59.7 | n/a | n/a | 1.3x | n/a |
| United Online, Inc | Classmates Online, Inc | 10/25/2004 | 11/17/2004 | $100.0 | 16.0 | $70.0 | n/a | n/a | 1.4x | n/a |
| Time Warner, Inc | Advertising.com, Inc | 06/24/2004 | 8/2/2004 | $435.0 | | $132.0 | n/a | n/a | 3.3x | n/a |
| InfoSpace, Inc. | ePresence, Inc | 03/25/2004 | 6/3/2004 | $101.6 | | $15.2 | $3.5 | 23.1% | 6.7x | 28.9x |
| Ask Jeeves, Inc. | Interactive Search Holdings, Inc. | 03/04/2004 | 5/6/2004 | $501.1 | | $85.3 | $17.9 | 20.9% | 5.9x | 28.0x |
| Max | | | | | | | | 33.4% | 25.6x | 48.0x |
| Min | | | | | | | | 6.7% | 1.3x | 15.1x |
| Mean | | | | | | | | 19.2% | 7.0x | 27.4x |
| Median | | | | | | | | 20.6% | 6.2x | 28.5x |

■ *Focused on the bolded transactions.*



**TRIBUNE**

**VRC** Strong Values.

38

PRELIMINARY DRAFT
SUBJECT TO REVISION

CONFIDENTIAL

# *Transaction Valuation Analysis*



| Period | Financials | Multiples | | Enterprise Value | |
|---|---|---|---|---|---|
| Actual | Unique Visitors | Low | High | Low | High |
| LFY Monthly Average | 2.4 | $32.0 | $36.0 | $77.2 | $86.8 |
| December 2006 | 3.3 | $32.0 | $36.0 | $105.6 | $118.9 |

*Enterprise Value Range*    *$77.2* -- *$118.9*

| Period | Financials | Multiples | | Enterprise Value | |
|---|---|---|---|---|---|
| Actual | Sales | Low | High | Low | High |
| LTM | $17.3 | 6.00x | 7.00x | $104.1 | $121.4 |

*Enterprise Value Range*    *$104.1* -- *$121.4*



39

PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC0024386

CONFIDENTIAL





PRELIMINARY DRAFT
SUBJECT TO REVISION



*Topix*

VRC0024387

CONFIDENTIAL

# Valuation Summary ($ in millions)

| | Valuation Summary | | |
| --- | --- | --- | --- |
| | *Low* | *Mid* | *High* |
| Comparable Companies | $56.4 | $61.1 | $65.8 |
| Comparable Transactions | $65.8 | $70.5 | $75.2 |
| **Average Enterprise Value** | **$61.1** | **$65.8** | **$70.5** |
| + Cash | $14.3 | $14.3 | $14.3 |
| + Investment in JV | $0.0 | $0.0 | $0.0 |
| - Debt | $0.0 | $0.0 | $0.0 |
| **Equity Value** | **$75.4** | **$80.1** | **$84.8** |
| *% of Enterprise Value* | *123.4%* | *121.7%* | *120.3%* |

Implied Enterprise Value Multiples

| | Low | Mid | High |
| --- | --- | --- | --- |
| CFY Sales $9.4 | 6.5x | 7.6x | 7.5x |




Comparable Companies    $56.4    $61.1    $65.8

Comparable Transactions    $65.8    $70.5    $75.2

Average Enterprise Value    $61.1    $65.8    $70.5

$50  $55  $60  $65  $70  $75  $80  $85  $90

PRELIMINARY DRAFT
SUBJECT TO REVISION



VRC
Strong Values.

VRC0024388