## Comparable Companies Data ($ in millions)

| Company | Ticker | 52W High | 52W Low | 1/16/07 Price | % of 52WH | 52W Return | Equity Value | Enterprise Value | LTM Sales | LTM EBITDA | Capex | FCF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amazon Com | AMZN | $45.30 | $25.76 | $45.20 | 99.8% | 23.4% | $19,074.4 | $18,373.4 | $10,711.0 | $705.0 | $216.0 | $489.0 |
| Ebay Inc | EBAY | $40.82 | $22.83 | $35.10 | 86.0% | -9.0% | $49,236.5 | $44,429.4 | $5,969.7 | $2,284.9 | $515.4 | $1,769.5 |
| Google Inc | GOOG | $513.00 | $360.57 | $474.27 | 92.5% | 17.9% | $148,664.2 | $136,458.5 | $10,604.9 | $4,590.8 | $1,902.8 | $2,688.0 |
| IAC/InterActiveCorp. | IACI | $40.99 | $23.54 | $38.36 | 93.6% | 30.0% | $11,853.1 | $10,571.4 | $6,277.6 | $888.0 | $251.4 | $636.5 |
| Monster Worldwide Inc | MNST | $59.99 | $34.75 | $44.38 | 74.0% | -10.7% | $5,823.1 | $5,190.5 | $1,116.7 | $295.6 | $55.6 | $240.0 |
| Yahoo | YHOO | $34.09 | $22.65 | $31.61 | 92.7% | 1.5% | $44,859.1 | $41,257.3 | $6,425.7 | $1,905.9 | $689.1 | $1,216.8 |

| Company | Sales Growth | | | EBITDA Growth | | | EBITDA Margin | | | FCF Margin | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LFY | CFY | NFY | LFY | CFY | NFY | LFY | LTM | CFY | NFY | LFY | LTM | CFY | NFY |
| Amazon Com | 26.2% | 22.5% | 20.7% | 2.6% | 18.7% | 34.8% | 6.6% | 6.6% | 6.4% | 7.1% | 4.6% | 4.6% | 5.5% | 6.4% |
| Ebay Inc | 31.1% | 22.8% | 17.8% | 15.4% | 25.6% | 17.7% | 38.3% | 38.3% | 39.2% | 39.1% | 29.6% | 29.6% | 34.7% | 35.3% |
| Google Inc | 72.8% | 11.9% | 39.1% | 75.0% | 48.3% | 36.3% | 43.3% | 43.3% | 57.4% | 56.2% | 25.3% | 25.3% | 51.8% | 52.2% |
| IAC/InterActiveCorp. | 15.9% | 9.0% | 7.2% | -7.9% | 14.8% | 8.5% | 14.1% | 14.1% | 14.9% | 15.1% | 10.1% | 10.1% | 12.0% | 12.4% |
| Monster Worldwide Inc | 36.5% | 23.8% | 19.3% | 44.2% | 24.6% | 24.9% | 26.5% | 26.5% | 26.6% | 27.9% | 21.5% | 21.5% | 24.2% | 25.8% |
| Yahoo | 22.2% | -16.2% | 18.5% | 22.4% | 11.1% | 20.3% | 29.7% | 29.7% | 39.3% | 39.9% | 18.9% | 18.9% | 33.7% | 35.2% |
| Max | 72.8% | 23.8% | 39.1% | 75.0% | 48.3% | 36.3% | 43.3% | 43.3% | 57.4% | 56.2% | 29.6% | 29.6% | 51.8% | 52.2% |
| Min | 15.9% | -16.2% | 7.2% | -7.9% | 11.1% | 8.5% | 6.6% | 6.6% | 6.4% | 7.1% | 4.6% | 4.6% | 5.5% | 6.4% |
| Mean | 34.1% | 12.3% | 20.5% | 25.3% | 23.9% | 23.7% | 26.4% | 26.4% | 30.6% | 30.9% | 18.4% | 18.4% | 27.0% | 27.9% |
| Median | 28.6% | 17.2% | 18.9% | 18.9% | 21.7% | 22.6% | 28.1% | 28.1% | 32.9% | 33.5% | 20.2% | 20.2% | 28.9% | 30.5% |

- *Focused primarily on the Monster.com.*


VRC
Strong Values.

TRIBUNE

42

PRELIMINARY DRAFT
SUBJECT TO REVISION

## Comparable Companies Data ($ in millions)

| Company | EV / Revenue | | | EV / EBITDA | | | EV / FCF | | | EV / BV IC | FCF / ROIC | EBITDA / Assets |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LTM | CFY | NFY | LTM | CFY | NFY | LTM | CFY | NFY | | | |
| Amazon Com | 1.7x | 1.4x | 1.2x | 26.1x | 22.0x | 16.3x | 37.6x | 25.6x | 18.2x | -68.0x | -181.1% | 30.1% |
| Ebay Inc | 7.4x | 6.1x | 5.1x | 19.4x | 15.5x | 13.2x | 25.1x | 17.5x | 14.6x | 6.4x | 25.6% | 26.3% |
| Google Inc | 12.9x | 11.5x | 8.3x | 29.7x | 20.0x | 14.7x | 50.8x | 22.2x | 15.8x | 23.5x | 46.4% | 73.2% |
| IAC/InterActiveCorp. | 1.7x | 1.5x | 1.4x | 11.9x | 10.4x | 9.6x | 16.6x | 12.8x | 11.6x | 1.4x | 8.3% | 8.3% |
| Monster Worldwide Inc | 4.6x | 3.8x | 3.1x | 17.6x | 14.1x | 11.3x | 21.6x | 15.5x | 12.2x | 9.7x | 44.7% | 22.5% |
| Yahoo | 6.4x | 7.7x | 6.5x | 21.6x | 19.5x | 16.2x | 33.9x | 22.7x | 18.4x | 5.6x | 16.6% | 26.6% |
| Max | 12.9x | 11.5x | 8.3x | 29.7x | 22.0x | 16.3x | 50.8x | 25.6x | 18.4x | 23.5x | 46.4% | 73.2% |
| Min | 1.7x | 1.4x | 1.2x | 11.9x | 10.4x | 9.6x | 16.6x | 12.8x | 11.6x | -68.0x | -181.1% | 8.3% |
| Mean | 5.8x | 5.3x | 4.3x | 21.1x | 16.9x | 13.5x | 30.9x | 19.4x | 15.1x | -3.6x | -6.6% | 31.2% |
| Median | 5.5x | 4.9x | 4.1x | 20.5x | 17.5x | 13.9x | 29.5x | 19.8x | 15.2x | 6.0x | 21.1% | 26.5% |

▪ *Focused primarily on the Monster.com.*

**VRC**
Strong Values.

43

PRELIMINARY DRAFT
SUBJECT TO REVISION



VRC0024390



# Comparable Companies Valuation Analysis

| Period | Financials | Multiples | | Enterprise Value | |
|---|---|---|---|---|---|
| Actual | Sales | Low | High | Low | High |
| CFY | $9.4 | 6.00x | 7.00x | $56.4 | $65.8 |

| | | |
|---|---|---|
| *Enterprise Value Range* | $56.4 | $65.8 |



VRC
Strong Values.

44

PRELIMINARY DRAFT
SUBJECT TO REVISION

## Comparable Transactions ($ in millions)

| Buyer | Target | Announce Date | Closing Date | Enterprise Value | Unique Visitors | LTM Sales | LTM EBITDA | EBITDA Margin | EV Value / Revenues | EV Value / LTM EBITDA |
|---|---|---|---|---|---|---|---|---|---|---|
| Microsoft Corp. | Telme Networks, Inc | 05/14/2007 | Pending | $800.0 | | $100.0 | n/a | n/a | 8.0x | n/a |
| Vnu Group Bv | NetRatings, Inc. | 10/09/2006 | Pending | $693.4 | | $72.7 | $4.9 | 6.7% | 9.6x | n/a |
| eBay, Inc. | StubHub, Inc. | 01/10/2007 | 2/13/2007 | $307.0 | 2.1 | $46.9 | n/a | n/a | 6.6x | n/a |
| Google, Inc. | YouTube, Inc. | 10/09/2006 | 11/14/2006 | $1,547.7 | 20.0 | n/a | n/a | n/a | n/a | n/a |
| Tribune Co. | ForSaleByOwner.com Corp. | 05/22/2006 | 5/22/2006 | $42.5 | | $9.1 | $0.6 | 6.7% | 4.7x | n/a |
| NBC Universal, Inc. | iVillage, Inc | 03/06/2006 | 5/15/2006 | $562.4 | 15.2 | $91.1 | $18.6 | 20.4% | 6.2x | 30.2x |
| GUS PLC | PriceGrabber.com LLC | 12/14/2005 | 12/14/2005 | $485.0 | | $60.0 | n/a | n/a | 8.1x | n/a |
| Viacom, Inc. /Old/ | iFilm Corp. | 10/13/2005 | 10/13/2005 | $49.0 | 3.3 | n/a | n/a | n/a | n/a | n/a |
| Time Warner, Inc | Weblogs, Inc. | 10/5/2005 | 10/6/2005 | $25.0 | 1.2 | $1.0 | n/a | n/a | 25.0x | n/a |
| News Corp. Ltd. | IGN Entertainment | 09/08/2005 | 10/4/2005 | $646.5 | 28.0 | $42.9 | n/a | n/a | 15.1x | n/a |
| News Corp. Ltd. | Intermix Media, Inc. | 07/18/2005 | 9/30/2005 | $580.0 | 27.3 | $88.9 | n/a | n/a | 6.5x | n/a |
| ValueClick, Inc. | Fastclick Inc | 08/11/2005 | 9/30/2005 | $253.4 | | $66.7 | $8.6 | 12.8% | 3.8x | 29.6x |
| eBay, Inc. | Shopping.com Ltd. | 06/01/2005 | 8/31/2005 | $575.8 | 16.5 | $106.8 | $18.3 | 17.1% | 5.4x | 31.4x |
| IAC/InterActiveCorp. | ImproveNet, Inc | 06/23/2005 | 8/10/2005 | $6.4 | | $3.2 | n/a | n/a | 2.0x | n/a |
| CNET Networks, Inc. | Metacritic, Inc. | 08/08/2005 | 8/8/2005 | $5.0 | 0.2 | n/a | n/a | n/a | n/a | n/a |
| News Corp. Ltd. | Scout Media, Inc. | 08/04/2005 | 8/4/2005 | $60.0 | 2.4 | $9.5 | $2.0 | 20.7% | 3.1x | 15.1x |
| Marchex, Inc. | IndustryBrains, Inc. | 07/27/2005 | 7/27/2005 | $29.8 | | | | | | |
| IAC/InterActiveCorp. | Ask Jeeves, Inc. | 03/21/2005 | 7/19/2005 | $1,963.1 | 42.0 | $261.3 | $85.5 | 32.7% | 7.5x | 23.0x |
| Priceline.com, Inc. | bookings.com | 07/14/2005 | 7/14/2005 | $134.6 | | $26.9 | $7.6 | 28.3% | 5.0x | 17.7x |
| The E.W. Scripps Co. | Shopzilla, Inc. | 05/06/2005 | 6/27/2005 | $560.0 | 16.7 | $98.2 | $20.5 | 20.9% | 5.7x | 27.3x |
| ValueClick, Inc. | Web Marketing Holdings, Inc. | 06/13/2005 | 6/27/2005 | $165.8 | | $64.3 | $8.6 | 13.4% | 2.6x | 19.2x |
| MTV Networks Co. | NeoPets, Inc. | 06/19/2005 | 6/19/2005 | $160.0 | 3.5 | $10.0 | n/a | n/a | 16.0x | n/a |
| The New York Times Co. | About, Inc. | 02/17/2005 | 3/18/2005 | $410.0 | 21.0 | $41.0 | $13.7 | 33.4% | 10.0x | 29.9x |
| Dow Jones & Co., Inc. | MarketWatch, Inc. | 11/15/2004 | 1/24/2005 | $437.7 | 7.0 | $71.2 | $9.1 | 12.8% | 6.2x | 48.0x |
| Viacom, Inc. /Old/ | SportsLine.com, Inc. | 07/01/2004 | 12/13/2004 | $80.2 | 10.0 | $59.7 | n/a | n/a | 1.3x | n/a |
| United Online, Inc. | Classmates Online, Inc. | 10/25/2004 | 11/17/2004 | $100.0 | 16.0 | $70.0 | n/a | n/a | 1.4x | n/a |
| Time Warner, Inc. | Advertising.com, Inc. | 06/24/2004 | 8/2/2004 | $435.0 | | $132.0 | n/a | n/a | 3.3x | n/a |
| InfoSpace, Inc. | ePresence, Inc. | 05/26/2004 | 6/3/2004 | $101.6 | | $15.2 | $3.5 | 23.1% | 6.7x | 28.9x |
| Ask Jeeves, Inc. | Interactive Search Holdings, Inc. | 03/04/2004 | 5/6/2004 | $501.1 | | $85.3 | $17.9 | 20.9% | 5.9x | 28.0x |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Max | 33.4% | 25.0x | 48.0x |
| | | | | | | | Min | 6.7% | 1.3x | 15.1x |
| | | | | | | | Mean | 19.3% | 7.0x | 27.4x |
| | | | | | | | Median | 20.6% | 6.2x | 28.5x |

■ *Focused on statistics based on all transactions.*



**VRC**
Strong Values.

45

PRELIMINARY DRAFT
SUBJECT TO REVISION

## Transaction Valuation Analysis

| Period | Financials | Multiples | | Enterprise Value | |
|---|---|---|---|---|---|
| Actual | Sales | Low | High | Low | High |
| CFY | $9.4 | 7.00x | 8.00x | $65.8 | $75.2 |
| | | | | | |
| Enterprise Value Range | | | | $65.8 | $75.2 |

- *Focused on statistics based on all transactions. Range around mean and median.*



46

PRELIMINARY DRAFT
SUBJECT TO REVISION

**VRC**
Strong Values.

CONFIDENTIAL





# Valuation Summary ($ in millions)



| | Valuation Summary | | |
|---|---|---|---|
| | Low | Mid | High |
| Comparable Companies | $11.2 | $13.8 | $16.4 |
| Comparable Transactions | $9.2 | $14.8 | $20.4 |
| Discounted Cash Flow | $10.0 | $11.2 | $12.3 |
| **Average Enterprise Value** | **$10.2** | **$13.3** | **$16.4** |
| + Cash | $0.0 | $0.0 | $0.0 |
| + Investment in JV | $0.0 | $0.0 | $0.0 |
| - Debt | $0.0 | $0.0 | $0.0 |
| **Equity Value** | **$10.2** | **$13.3** | **$16.4** |
| % of Enterprise Value | 100.0% | 100.0% | 100.0% |

**Implied Enterprise Value Multiples**

| | | Low | Mid | High |
|---|---|---|---|---|
| LTM EBITDA | $1.2 | 8.1x | 10.6x | 13.1x |
| CFY EBITDA | $0.9 | 11.1x | 14.5x | 17.9x |
| NFY EBITDA | $1.4 | 7.1x | 9.2x | 11.4x |
| LTM Sales | $6.6 | 1.5x | 2.0x | 2.5x |
| CFY Sales | $8.5 | 1.2x | 1.5x | 1.9x |
| NFY Sales | $10.4 | 1.0x | 1.3x | 1.6x |



Discounted Cash Flow: $10.0 – $11.2 – $12.3
Comparable Companies: $11.2 – $13.8 – $16.4
Comparable Transactions: $9.2 – $14.8 – $20.4
Average Enterprise Value: $10.2 – $13.3 – $16.4

($2 – $7 – $12 – $17 – $22 – $27)



PRELIMINARY DRAFT
SUBJECT TO REVISION



VRC
Strong Values.

CONFIDENTIAL

VRC0024395