CONFIDENTIAL

# Weighted Average Cost of Capital

| Comparable Public Companies | Raw Beta | Adjusted Beta | Net Debt & Pref. | Market Cap. | Debt/Capital | Tax Rate | Unlevered Beta |
|---|---|---|---|---|---|---|---|
| Autobytel Com Inc | 1.38 | 1.25 | $0.0 | $148.5 | 0.0% | 35.0% | 1.25 |
| Cnet Networks | 1.94 | 1.60 | $16.6 | $1,348.6 | 1.2% | 16.3% | 1.59 |
| Housevalues Inc | 0.87 | 0.92 | $0.0 | $120.7 | 0.0% | 35.0% | 0.92 |
| Infospace Inc | 1.76 | 1.49 | $0.0 | $895.3 | 0.0% | 35.0% | 1.49 |
| MIVA Inc | 1.52 | 1.34 | $0.0 | $143.1 | 0.0% | 35.0% | 1.34 |
| Move Inc. | 2.58 | 2.01 | $0.0 | $856.8 | 0.0% | 42.0% | 2.01 |
| Zip Realty Inc | 0.70 | 0.81 | $0.0 | $161.1 | 0.0% | 35.0% | 0.81 |
| Averages | 1.54 | 1.35 | | | 0.2% | 29.1% | 1.34 |

### Market Capitalization



Debt 0%
Equity 100%

### CAPM

| | |
|---|---|
| Unlevered beta (average of indications) | 1.34 |
| Relevered beta[2] | 1.34 |
| Risk-free rate[3] | 5.0% |
| Equity risk premium[4] | 5.5% |
| Other premium[5] | 5.0% |
| **Cost of equity** | **17.4%** |

### WACC

| | |
|---|---|
| Debt | 0.2% |
| Equity | 99.8% |
| Tax rate | 35.0% |
| Cost of equity | 17.4% |
| Cost of debt | 6.1% |
| WACC | 17.4% |
| **Concluded WACC** | **17.5%** |



49

PRELIMINARY DRAFT
SUBJECT TO REVISION


VRC Strong Values.

VRC0024396



## Discounted Cash Flow Method

| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
|---|---|---|---|---|---|---|
| Revenue | $6.5 | $10.4 | $11.9 | $13.1 | $13.8 | $14.5 |
| % growth | -- | 20.0% | 15.0% | 10.0% | 5.0% | 5.0% |
| Adjusted EBITDA | $0.8 | $1.6 | $1.8 | $2.0 | $2.1 | $2.2 |
| % growth | -- | 52.9% | 15.0% | 10.0% | 5.0% | 5.0% |
| % margin | 11.8% | 15.0% | 15.0% | 15.0% | 15.0% | 15.0% |
| *Adjusted EBITDA* | *$0.8* | *$1.6* | *$1.8* | *$2.0* | *$2.1* | *$2.2* |
| Depreciation & Amortization | ($0.1) | ($0.1) | ($0.1) | ($0.2) | ($0.2) | ($0.2) |
| Management Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Net Change in Working Capital | ($0.0) | ($0.1) | ($0.1) | ($0.1) | ($0.0) | ($0.0) |
| Cash Taxes | ($0.3) | ($0.5) | ($0.6) | ($0.7) | ($0.7) | ($0.8) |
| Capital Expenditures | ($0.1) | ($0.1) | ($0.1) | ($0.2) | ($0.2) | ($0.2) |
| *Enterprise Cash Flow (ECF)* | *$0.4* | *$0.8* | *$0.9* | *$1.1* | *$1.1* | *$1.2* |

| Discount Rate | PV of ECF | PV of Terminal Value = | | | Enterprise Value | | | Discount Rate |
|---|---|---|---|---|---|---|---|---|
| | | 7.00x | 8.00x | 9.00x | 7.00x | 8.00x | 9.00x | |
| 17.0% | $3.4 | $6.9 | $7.9 | $8.9 | $10.4 | $11.4 | $12.3 | 17.0% |
| 17.5% | $3.4 | $6.8 | $7.8 | $8.7 | $10.2 | $11.1 | $12.1 | 17.5% |
| 18.0% | $3.3 | $6.6 | $7.6 | $8.5 | $10.0 | $10.9 | $11.9 | 18.0% |
| *Enterprise Value Range* | | | | | Low: $10.0 | | High: $12.3 | |



50

PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC
Strong Values.

# Discounted Cash Flow Method (cont'd)



### Enterprise Value Calculation

| | |
|---|---|
| Total Discounted ECF | $3.4 |
| Discounted Terminal Value | $7.8 |
| **Enterprise Value** | **$11.1** |

### Enterprise Value Distribution

| | |
|---|---|
| Total Discounted ECF | 30% |
| Discounted Terminal Value | 70% |
| **Enterprise Value** | **100%** |

### Macro Assumptions

| | |
|---|---|
| Discount Rate | 17.5% |
| Terminal Multiple | 8.0x |
| Implied Residual Growth Rate | 9.8% |

### Terminal Value Calculation

| | EBITDA | FCF |
|---|---|---|
| Terminal EBITDA / FCF | $2.2 | $1.3 |
| Terminal Multiple | 8.0x | 13.0x |
| Terminal Value | $17.4 | $17.1 |
| End / Mid-Year DF | 44.6% | 42.9% |
| Discounted Terminal Value | $7.8 | $7.3 |

### Enterprise Value Sensitivity (Discount Rate / Exit Multiple)

| | 16.5% | 17.0% | 17.5% | 18.0% | 18.5% |
|---|---|---|---|---|---|
| 9.0x | $12.6 | $12.3 | $12.1 | $11.9 | $11.7 |
| 8.5x | $12.1 | $11.8 | $11.6 | $11.4 | $11.2 |
| 8.0x | $11.6 | $11.4 | $11.1 | $10.9 | $10.7 |
| 7.5x | $11.1 | $10.9 | $10.7 | $10.5 | $10.3 |
| 7.0x | $10.6 | $10.4 | $10.2 | $10.0 | $9.8 |

| Low | | High |
|---|---|---|
| $10.5 | | $11.8 |

PRELIMINARY DRAFT SUBJECT TO REVISION




VRC
Strong Values.

VRC0024398

CONFIDENTIAL

## Comparable Companies Data ($ in millions)

| Company | Ticker | 52W High | 52W Low | 4/16/07 Price | % of 52WH | 52W Return | Equity Value | Enterprise Value | LTM Sales | LTM EBITDA | Capex | FCF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amazon Com | AMZN | $45.30 | $25.76 | $45.20 | 99.8% | 23.4% | $19,074.4 | $18,373.4 | $10,711.0 | $705.0 | $216.0 | $489.0 |
| Ebay Inc | EBAY | $40.82 | $22.83 | $35.10 | 86.0% | -9.0% | $49,236.5 | $44,429.4 | $5,969.7 | $2,284.9 | $515.4 | $1,769.5 |
| Google Inc | GOOG | $513.00 | $360.57 | $474.27 | 92.5% | 17.9% | $148,664.2 | $136,458.5 | $10,604.9 | $4,590.8 | $1,902.8 | $2,688.0 |
| IAC/InterActiveCorp. | IACI | $40.99 | $23.54 | $38.36 | 93.6% | 30.0% | $11,853.1 | $10,571.4 | $6,277.6 | $888.0 | $251.4 | $636.5 |
| Monster Worldwide Inc | MNST | $59.99 | $34.75 | $44.38 | 74.0% | -10.7% | $5,823.1 | $5,190.5 | $1,116.7 | $295.6 | $55.6 | $240.0 |
| Yahoo | YHOO | $34.09 | $22.65 | $31.61 | 92.7% | 1.5% | $44,859.1 | $41,257.3 | $6,425.7 | $1,905.9 | $689.1 | $1,216.8 |

| Company | Sales Growth | | | EBITDA Growth | | | EBITDA Margin | | | FCF Margin | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LFY | CFY | NFY | LFY | CFY | NFY | LFY | LTM | CFY | LFY | LTM | NFY |
| Amazon Com | 26.2% | 22.5% | 20.7% | 2.6% | 18.7% | 34.8% | 6.6% | 6.6% | 6.4% | 4.6% | 4.6% | 6.4% |
| Ebay Inc | 31.1% | 22.8% | 17.8% | 15.4% | 25.6% | 17.7% | 38.3% | 38.3% | 39.2% | 29.6% | 29.6% | 35.3% |
| Google Inc | 72.8% | 11.9% | 39.1% | 75.0% | 48.3% | 36.3% | 43.3% | 43.3% | 57.4% | 25.3% | 25.3% | 52.2% |
| IAC/InterActiveCorp. | 15.9% | 9.0% | 7.2% | -7.9% | 14.8% | 8.5% | 14.1% | 14.1% | 14.9% | 10.1% | 10.1% | 12.4% |
| Monster Worldwide Inc | 36.5% | 23.8% | 19.3% | 44.2% | 24.6% | 24.9% | 26.5% | 26.5% | 26.6% | 21.5% | 21.5% | 25.8% |
| Yahoo | 22.2% | -16.2% | 18.5% | 22.4% | 11.1% | 20.3% | 29.7% | 29.7% | 39.3% | 18.9% | 18.9% | 35.2% |
| Max | 72.8% | 23.8% | 39.1% | 75.0% | 48.3% | 36.3% | 43.3% | 43.3% | 57.4% | 29.6% | 29.6% | 52.2% |
| Min | 15.9% | -16.2% | 7.2% | -7.9% | 11.1% | 8.5% | 6.6% | 6.6% | 6.1% | 4.6% | 4.6% | 6.4% |
| Mean | 34.1% | 12.3% | 20.5% | 25.3% | 23.9% | 23.7% | 26.4% | 26.4% | 30.6% | 18.4% | 18.4% | 27.9% |
| Median | 28.6% | 17.2% | 18.9% | 18.9% | 21.7% | 22.6% | 28.1% | 28.1% | 32.9% | 20.2% | 20.2% | 30.5% |

▪ Focused primarily on the Monster.com.



52

PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC0024399

## Comparable Companies Data ($ in millions)

| Company | EV / Revenue | | | EV / EBITDA | | | EV / FCF | | | EV / BV IC | FCF / ROIC | EBITDA / Assets |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LTM | CFY | NFY | LTM | CFY | NFY | LTM | CFY | NFY | | | |
| Amazon Com | 1.7x | 1.4x | 1.2x | 26.1x | 22.0x | 16.3x | 37.6x | 25.6x | 18.2x | -68.0x | -181.1% | 30.1% |
| Ebay Inc | 7.4x | 6.1x | 5.1x | 19.4x | 15.5x | 13.2x | 25.1x | 17.5x | 14.6x | 6.4x | 25.6% | 26.3% |
| Google Inc | 12.9x | 11.5x | 8.3x | 29.7x | 20.0x | 14.7x | 50.8x | 22.2x | 15.8x | 23.5x | 46.4% | 73.2% |
| IAC/InterActiveCorp. | 1.7x | 1.5x | 1.4x | 11.9x | 10.4x | 9.6x | 16.6x | 12.8x | 11.6x | 1.4x | 8.3% | 8.3% |
| Monster Worldwide Inc | 4.6x | 3.8x | 3.1x | 17.6x | 14.1x | 11.3x | 21.6x | 15.5x | 12.2x | 9.7x | 44.7% | 22.5% |
| Yahoo | 6.4x | 7.7x | 6.5x | 21.6x | 19.5x | 16.2x | 33.9x | 22.7x | 18.4x | 5.6x | 16.6% | 26.6% |
| Max | 12.9x | 11.5x | 8.3x | 29.7x | 22.0x | 16.3x | 50.8x | 25.6x | 18.4x | 23.5x | 46.4% | 73.2% |
| Min | 1.7x | 1.4x | 1.2x | 11.9x | 10.4x | 9.6x | 16.6x | 12.8x | 11.6x | -68.0x | -181.1% | 8.3% |
| Mean | 5.8x | 5.3x | 4.3x | 21.1x | 16.9x | 13.5x | 30.9x | 19.4x | 15.1x | -3.6x | -6.6% | 31.2% |
| Median | 5.5x | 4.9x | 4.1x | 20.5x | 17.5x | 13.9x | 29.5x | 19.8x | 15.2x | 6.0x | 21.1% | 26.5% |





PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC0024400

## Comparable Companies Valuation Analysis

| Period | Financials | | Multiples | | Enterprise Value | |
|---|---|---|---|---|---|---|
| Actual | EBITDA | | Low | High | Low | High |
| LTM | $1.3 | | 11.0x | 12.0x | $14.5 | $15.8 |
| CFY | $1.3 | | 10.5x | 11.5x | $13.8 | $15.2 |
| Enterprise Value Range | | | | | $13.8 -- $15.8 | |

| Period | Financials | | Multiples | | Enterprise Value | |
|---|---|---|---|---|---|---|
| Actual | Sales | | Low | High | Low | High |
| LTM | $6.5 | | 1.70x | 2.00x | $11.2 | $13.2 |
| CFY | $8.6 | | 1.60x | 1.90x | $13.8 | $16.4 |
| Enterprise Value Range | | | | | $11.2 -- $16.4 | |



■ *IAC/interactive used as the guideline for multiples as the profitability and growth are similar.*

54

PRELIMINARY DRAFT
SUBJECT TO REVISION



VRC
Strong Values.