# Comparable Transactions ($ in millions)

| Buyer | Target | Announce Date | Closing Date | Enterprise Value | Unique Visitors | LTM Sales | LTM EBITDA | EBITDA Margin | EV Value / LTM Revenues | EV Value / LTM EBITDA |
|---|---|---|---|---|---|---|---|---|---|---|
| Microsoft Corp. | Tellme Networks, Inc. | 03/14/2007 | Pending | $800.0 | | $100.0 | n/a | n/a | 8.0x | n/a |
| Vnu Group Bv | NetRatings, Inc. | 10/09/2006 | Pending | $698.4 | | $72.7 | $4.9 | 6.7% | 9.6x | n/a |
| eBay, Inc. | StubHub, Inc. | 01/10/2007 | 2/13/2007 | $307.0 | | $46.9 | n/a | n/a | 6.6x | n/a |
| Google, Inc. | YouTube, Inc. | 10/09/2006 | 11/14/2006 | $1,547.7 | 20.0 | n/a | n/a | n/a | n/a | n/a |
| Tribune Co. | ForSaleByOwner.com Corp. | 05/22/2006 | 5/22/2006 | $42.5 | | $9.1 | $0.6 | 6.7% | 4.7x | n/a |
| NBC Universal, Inc. | iVillage, Inc. | 03/06/2006 | 5/15/2006 | $562.4 | 15.2 | $91.1 | $18.6 | 20.4% | 6.2x | 30.2x |
| GUS PLC | PriceGrabber.com LLC | 12/14/2005 | 12/14/2005 | $485.0 | | $60.0 | n/a | n/a | 8.1x | n/a |
| Viacom, Inc./Old/ | iFilm Corp. | 10/13/2005 | 10/13/2005 | $49.0 | 3.3 | $1.0 | n/a | n/a | n/a | n/a |
| Time Warner, Inc. | Weblogs, Inc. | 10/5/2005 | 10/6/2005 | $25.0 | 1.2 | $1.0 | n/a | n/a | 25.0x | n/a |
| News Corp. Ltd. | IGN Entertainment | 09/08/2005 | 10/4/2005 | $646.5 | 28.0 | $42.9 | n/a | n/a | 15.1x | n/a |
| News Corp. Ltd. | Intermix Media, Inc. | 07/18/2005 | 9/30/2005 | $580.0 | 27.3 | $88.9 | n/a | n/a | 6.5x | n/a |
| ValueClick, Inc. | Fastclick Inc | 08/11/2005 | 9/30/2005 | $253.4 | | $66.7 | $8.6 | 12.8% | 3.8x | 29.6x |
| eBay, Inc. | Shopping.com Ltd. | 06/01/2005 | 8/31/2005 | $575.8 | 16.5 | $106.8 | $18.3 | 17.1% | 5.4x | 31.4x |
| IAC/InterActiveCorp. | ImproveNet, Inc. | 06/23/2005 | 8/10/2005 | $6.4 | | $3.2 | n/a | n/a | 2.0x | n/a |
| CNET Networks, Inc. | Metacritic, Inc. | 08/08/2005 | 8/8/2005 | $5.0 | 0.2 | n/a | n/a | n/a | n/a | n/a |
| News Corp. Ltd | Scour Media, Inc. | 08/04/2005 | 8/4/2005 | $60.0 | 2.4 | n/a | n/a | n/a | n/a | n/a |
| Marchex, Inc | IndustryBrains, Inc. | 07/27/2005 | 7/27/2005 | $29.8 | | $9.5 | $2.0 | 20.7% | 3.1x | 15.1x |
| IAC/InterActiveCorp. | Ask Jeeves, Inc. | 03/21/2005 | 7/19/2005 | $1,963. | 42.0 | $261.3 | $85.5 | 32.7% | 7.5x | 23.0x |
| Priceline.com, Inc. | bookings.com | 07/14/2005 | 7/14/2005 | $134.6 | | $26.9 | $7.6 | 28.3% | 5.0x | 17.7x |
| The E.W. Scripps Co | Shopzilla, Inc. | 06/06/2005 | 5/27/2005 | $560.0 | 16.7 | $98.2 | $20.5 | 20.9% | 5.7x | 27.3x |
| ValueClick, Inc. | Web Marketing Holdings, Inc. | 06/13/2005 | 5/27/2005 | $165.8 | | $64.3 | $8.6 | 13.4% | 2.6x | 19.2x |
| MTV Networks Co. | NeoPets, Inc. | 06/19/2005 | 5/19/2005 | $160.0 | 3.5 | $10.0 | n/a | n/a | 16.0x | n/a |
| The New York Times Co. | About, Inc. | 02/17/2005 | 3/18/2005 | $410.0 | 21.0 | $41.0 | $13.7 | 33.4% | 10.0x | 29.9x |
| Dow Jones & Co., Inc. | MarketWatch, Inc. | 11/15/2004 | 1/24/2005 | $437.7 | 7.0 | $71.2 | $9.1 | 12.8% | 6.2x | 48.0x |
| Viacom, Inc./Old/ | SportsLine.com, Inc. | 07/01/2004 | 12/13/2004 | $80.2 | 10.0 | $59.7 | n/a | n/a | 1.3x | n/a |
| United Online, Inc. | Classmates Online, Inc. | 10/25/2004 | 11/17/2004 | $100.0 | 16.0 | $70.0 | n/a | n/a | 1.4x | n/a |
| Time Warner, Inc. | Advertising.com, Inc | 06/24/2004 | 8/2/2004 | $435.0 | | $132.0 | n/a | n/a | 3.3x | n/a |
| InfoSpace, Inc | ePresence, Inc | 03/26/2004 | 6/3/2004 | $101.6 | | $15.2 | $3.5 | 23.1% | 5.7x | 28.9x |
| Ask Jeeves, Inc. | Interactive Search Holdings, Inc. | 03/04/2004 | 5/6/2004 | $501.1 | | $85.3 | $17.9 | 20.9% | 5.9x | 28.0x |
| | | | | | | | Max | 33.4% | 25.0x | 48.0x |
| | | | | | | | Min | 6.7% | 1.3x | 15.1x |
| | | | | | | | Mean | 19.3% | 7.0x | 27.4x |
| | | | | | | | Median | 20.6% | 6.2x | 28.5x |

■ *Focused on statistics based on all transactions.*



VRC
Strong Values.

55

PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC0024402

CONFIDENTIAL

## Transaction Valuation Analysis

| Period | Financials | | Multiples | | Enterprise Value | |
|---|---|---|---|---|---|---|
| Actual | EBITDA | | Low | High | Low | High |
| LFY | 1.3 | | 14.5x | 15.5x | $19.1 | $20.4 |
| CFY | 1.3 | | 14.0x | 14.5x | $18.5 | $19.1 |
| Enterprise Value Range | | | | | $18.5 | $20.4 |

| Period | Financials | | Multiples | | Enterprise Value | |
|---|---|---|---|---|---|---|
| Actual | Sales | | Low | High | Low | High |
| LFY | $6.6 | | 1.40x | 2.00x | $9.2 | $13.2 |
| CFY | $8.6 | | 1.30x | 1.90x | $11.2 | $16.4 |
| Enterprise Value Range | | | | | $9.2 | $16.4 |

▪ *Multiples based on low end of the range. Sales low consistent with comparable classmatesonline.com multiple.*

**VRC**
Strong Values.



56

PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC0024403