*CareerBuilder Valuation Summary*

| | Valuation Summary | | |
|---|---|---|---|
| | Low | Mid | High |
| Comparable Companies | $1,706.2 | $1,852.7 | $1,999.2 |
| Discounted Cash Flow | $1,408.3 | $1,539.0 | $1,669.8 |
| Average Enterprise Value | $1,557.2 | $1,695.9 | $1,834.5 |
| + Cash | $125.1 | $125.1 | $125.1 |
| + Investment in JV | $0.0 | $0.0 | $0.0 |
| - Debt | $0.0 | $0.0 | $0.0 |
| Equity Value | $1,682.3 | $1,820.9 | $1,959.6 |
| % of Enterprise Value | 108.0% | 107.4% | 106.8% |

*Implied Enterprise Value Multiples*

| LTM EBITDA | $165 | 95.8x | 109.3x | 112.8x |
|---|---|---|---|---|
| CFY EBITDA | $22.3 | 69.4x | 76.0x | 82.1x |
| NFY EBITDA | $55.5 | 28.1x | 30.6x | 33.1x |

| LTM Sales | $461.1 | 3.4x | 3.7x | 4.0x |
|---|---|---|---|---|
| CFY Sales | $506.4 | 3.1x | 3.3x | 3.6x |
| NFY Sales | $595.8 | 2.6x | 2.8x | 3.1x |

Market Multiple: $1,706.2 — $1,852.7 — $1,999.2

Discounted Cash Flow: $1,408.3 — $1,539.0 — $1,669.8

Average Enterprise Value: $1,557.2 — $1,695.9 — $1,834.5

| Data for Chart | | | |
|---|---|---|---|
| Method | Low | Mid | High |
| Average Enterprise Value | $1,557.2 | $277.3 | $1,834.5 |
| Discounted Cash Flow | $1,408.3 | $261.6 | $1,659.8 |
| Market Multiple | $1,706.2 | $293.1 | $1,999.2 |
| Acquisition Price | $0.0 | | |

Chart axis: $1,000  $1,500  $2,000  $2,500  $3,000

Considerations:

1. The study: examined postings on four major job brands: CareerBuilder (http://www.careerbuilder.com), Craigslist (http://www.craigslist.org), Monster (http://www.monster.com), and Yahoo! HotJobs (http://hotjobs.yahoo.com) from April 1, 2006 to March 31, 2007. The 310 CareerBuilder advertisements brought a ratio of 82 job seekers per ad, with 341 Craigslist.org ads bringing in a ratio of 45 job seekers per advertisement. The 150 Monster.com advertisements brought a ratio of 4 job seekers per ad, and the 70 Yahoo! HotJobs advertisements brought a ratio of 2 job seekers per ad.
2. 30 day flex Ad average rates 2004-2007: $143.0   $256.0   $300.0   $525.0
3. slowdown in economy, specifically slowdown in job growth? Reflected in the higher than average beta for the group.
4. Online ad market expected to go from $5B to $50B by 2015.
5. Monster growth rate for sales expected are: 23.8%   19.3%   and EBITDA   26.4%   24.9% for CFY and NFY
6. According to PEW Internet and American Life Project survey conducted in 2004 and again in 2006, the number of americans that use the internet to make a decision regarding job change increased from 7 to 8 MM users.
7. Neilsen/Net Ratings, Feb 2007: CareerBuilder Network 16.7mm ranked 31, Monster.com 13.7MM ranked 48 and yahoo number 1 with 107.2MM unique audience.
8. AG Edwards analyst used 15x terminal EBITDA multiple with 13% discount rate for monster.com

Step 2 Reasonable check:

1. Monster index still near May levels overall although sectors may have shifted.
2. Online revenue still experiencing secular increase. (Microsoft yet again betting on this by paying a hefty sum for only 1.6% of Facebook on late October.)
3. Revenue expected for 2007 increases by 6.6% from prior valuation 2007E, although EBITDA margin slightly lower (4.5% vs. 4.9%)
4. Near-term advertising maybe impacted with declining GDP as it is so correlated to GDP. (discount rate unchanged due to offsetting higher 2007 expectation)

*Handwritten annotations:*
- "% Change from Prior Values: 6.6%, 7.1%, 6.8%" with values 1737.9, 1437.4, 1587.6
- "Lehman Analyst used 3.5x CFY Revenue"

*CareerBuilder Valuation Overview*

|  | Comparable Companies | | | Discounted Cash Flow | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Low | Mid | High | Low | Mid | High |
| **Enterprise Value** | $1,706.2 | $1,852.7 | $1,999.2 | $1,408.3 | $1,539.0 | $1,669.8 |
| + Cash | $125.1 | $125.1 | $125.1 | $0.0 | $0.0 | $0.0 |
| + Investment in JV | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| - Debt | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Equity Value** | $1,831.2 | $1,977.8 | $2,124.3 | $1,408.3 | $1,539.0 | $1,669.8 |
| % of Enterprise Value | 107.3% | 106.8% | 106.3% | 100.0% | 100.0% | 100.0% |

**Implied Enterprise Value Multiples**

|  |  | Low | Mid | High | Low | Mid | High |
| --- | --- | --- | --- | --- | --- | --- | --- |
| LTM EBITDA | $16.3 | 104.9x | 113.9x | 122.9x | 86.6x | 94.6x | 102.7x |
| CFY EBITDA | $22.3 | 76.5x | 83.0x | 89.6x | 63.1x | 69.0x | 74.8x |
| NFY EBITDA | $55.5 | 30.8x | 33.4x | 36.1x | 25.4x | 27.8x | 30.1x |
| LTM Sales | $461.1 | 3.7x | 4.0x | 4.3x | 3.1x | 3.3x | 3.6x |
| CFY Sales | $506.4 | 3.4x | 3.7x | 3.9x | 2.8x | 3.0x | 3.3x |
| NFY Sales | $595.8 | 2.9x | 3.1x | 3.4x | 2.4x | 2.6x | 2.8x |

CONFIDENTIAL

n/a

| Company | Ticker | 52W High | 52W Low | 10/23/07 Price | % of 52WH | 52W Return | Equity Value | Enterprise Value | LTM Sales | LTM EBITDA | LTM Capex | LTM FCF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amazon.Com | AMZN | $101.09 | $22.14 | $100.82 | 99.7% | 206.6% | $42,646.9 | $42,070.9 | $12,194.0 | $893.0 | $194.0 | $699.0 |
| Ebay Inc | EBAY | $40.73 | $28.60 | $35.94 | 88.2% | 13.2% | $48,822.8 | $45,029.1 | $7,211.6 | $2,582.4 | $422.6 | $2,159.8 |
| Google Inc | GOOG | $677.60 | $437.00 | $675.77 | 99.7% | 40.6% | $213,982.6 | $199,806.4 | $14,972.8 | $5,750.8 | $2,091.3 | $3,659.5 |
| IAC/InterActiveCorp. | IACI | $40.99 | $25.08 | $27.88 | 68.0% | -7.1% | $8,435.5 | $7,100.9 | $6,497.7 | $817.0 | $237.6 | $579.4 |
| Monster Worldwide Inc | MNST | $54.79 | $32.37 | $37.22 | 67.9% | -3.2% | $4,954.3 | $4,180.5 | $1,244.6 | $321.3 | $66.5 | $254.7 |
| Yahoo | YHOO | $33.61 | $22.27 | $30.64 | 91.2% | 31.1% | $42,744.5 | $38,567.2 | $6,839.7 | $1,951.4 | $541.4 | $1,410.0 |
| Dice Holdings Inc. | DHX-US | $14.98 | $7.67 | $11.23 | 75.0% | n/a | $695.8 | $867.7 | $131.4 | $48.3 | $2.1 | $46.2 |

VRC0022182

| Company | Sales Growth | | | EBITDA Growth | | | EBITDA Margin | | | FCF Margin | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LFY | CFY | NFY | LFY | CFY | NFY | LTM | CFY | NFY | LTM | CFY | NFY |
| Amazon.Com | 26.2% | 31.9% | 22.3% | 2.6% | 48.8% | 24.8% | 7.3% | 7.4% | 7.6% | 5.7% | 5.7% | 6.0% |
| Ebay Inc | 31.1% | 24.8% | 17.6% | 15.4% | 24.2% | 19.0% | 35.8% | 38.1% | 38.5% | 29.9% | 31.1% | 31.5% |
| Google Inc. | 72.8% | 8.3% | 35.4% | 75.0% | 50.3% | 36.5% | 38.4% | 60.1% | 60.6% | 24.4% | 38.9% | 41.3% |
| IAC/InterActiveCorp. | 15.9% | 3.0% | 7.2% | -7.9% | -1.9% | 15.4% | 12.6% | 13.5% | 14.5% | 8.9% | 9.8% | 11.0% |
| Monster Worldwide Inc | 36.5% | 20.9% | 17.3% | 44.2% | 11.5% | 31.6% | 25.8% | 24.4% | 27.4% | 20.5% | 18.9% | 21.5% |
| Yahoo | 22.2% | -21.3% | 16.0% | 22.4% | -2.5% | 18.6% | 28.5% | 36.8% | 37.6% | 20.6% | 24.0% | 24.9% |
| Dice Holdings Inc | 99.8% | 37.1% | 20.4% | 87.1% | 50.4% | 23.4% | 36.8% | 39.5% | 40.4% | 35.2% | 37.9% | 39.2% |
| Max | 99.8% | 37.1% | 35.4% | 87.1% | 50.4% | 36.5% | 38.4% | 60.1% | 60.6% | 35.2% | 38.9% | 41.3% |
| Min | 15.9% | -21.3% | 7.2% | -7.9% | -2.5% | 15.4% | 7.3% | 7.4% | 7.6% | 4.6% | 5.7% | 6.0% |
| Mean | 43.5% | 15.0% | 19.4% | 34.1% | 25.8% | 24.2% | 26.5% | 31.4% | 32.4% | 20.8% | 23.8% | 25.0% |
| Median | 31.1% | 20.9% | 17.6% | 22.4% | 24.2% | 23.4% | 28.5% | 36.8% | 37.6% | 20.6% | 24.0% | 24.9% |

n/a

VRC0022183

n/a

| Company | Beta | Wtd. Avg. Cost of Debt | Effective Tax Rate | Net Debt / EV | Net Debt / LTM EBITDA | Capex / EBITDA | Net Debt / LTM FCF | LTM EBITDA / Cash Int. | LTM FCF / Cash Int. |
|---|---|---|---|---|---|---|---|---|---|
| Amazon.Com | 0.99 | 5.3% | 36.5% | 0.0% | 0.0x | 21.7% | 0.0x | 13.3x | 10.4x |
| Ebay Inc | 1.40 | n/a | 70.9% | 0.0% | 0.0x | 16.4% | 0.0x | nm | nm |
| Google Inc | 1.15 | n/a | 23.3% | 0.0% | 0.0x | 36.4% | 0.0x | nm | nm |
| IAC/InterActiveCorp. | 1.40 | 7.2% | 38.4% | 0.0% | 0.0x | 29.1% | 0.0x | 11.9x | 8.4x |
| Monster Worldwide Inc | 1.95 | n/a | 35.3% | 0.0% | 0.0x | 20.7% | 0.0x | nm | nm |
| Yahoo | 1.27 | n/a | 42.0% | 0.0% | 0.0x | 27.7% | 0.0x | n/a | n/a |
| Dice Holdings Inc | nm | n/a | 26.8% | 19.7% | 3.5x | 4.4% | 3.7x | n/a | n/a |
| Max | 1.95 | 7.2% | 70.9% | 19.7% | 3.5x | 36.4% | 3.7x | 13.3x | 10.4x |
| Min | 0.99 | 5.3% | 23.3% | 19.7% | 0.0x | 4.4% | 3.7x | 11.9x | 8.4x |
| Mean | 1.36 | 6.2% | 39.0% | 19.7% | 0.5x | 22.3% | 3.7x | 12.6x | 9.4x |
| Median | 1.34 | 6.2% | 36.5% | 19.7% | 0.0x | 21.7% | 3.7x | 12.6x | 9.4x |

VRC0022184

n/a

| Company | EV / Revenue | | | EV / EBITDA | | | EV / FCF | | | EV / BVIC | FCF ROIC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | LTM | CFY | NFY | LTM | CFY | NFY | LTM | CFY | NFY | | |
| Amazon.Com | 3.5x | 3.0x | 2.4x | 47.1x | 40.1x | 32.1x | 60.2x | 52.1x | 40.7x | nm | nm |
| Ebay Inc | 6.2x | 6.0x | 5.1x | 17.4x | 15.9x | 13.3x | 20.8x | 19.4x | 16.3x | 6.2x | 29.8% |
| GoogleInc. | 13.3x | 17.4x | 12.8x | 34.7x | 29.0x | 21.2x | 54.6x | 44.7x | 31.1x | 25.1x | 46.0% |
| IAC/InterActiveCorp. | 1.1x | 1.1x | 1.0x | 8.7x | 8.2x | 7.1x | 12.3x | 11.2x | 9.3x | 0.8x | 6.9% |
| Monster Worldwide Inc | 3.4x | 3.1x | 2.6x | 13.0x | 12.7x | 9.6x | 16.4x | 16.4x | 12.3x | 7.8x | 47.3% |
| Yahoo | 5.6x | 7.6x | 6.6x | 19.8x | 20.8x | 17.5x | 27.4x | 31.8x | 26.4x | 5.5x | 19.9% |
| Dice Holdings Inc | 6.6x | 6.2x | 5.2x | 18.0x | 15.8x | 12.8x | 18.8x | 16.4x | 13.2x | 4.2x | 22.5% |
| Max | 13.3x | 17.4x | 12.8x | 47.1x | 40.1x | 32.1x | 60.2x | 52.1x | 40.7x | 25.1x | 47.3% |
| Min | 1.1x | 1.1x | 1.0x | 8.7x | 8.2x | 7.1x | 12.3x | 11.2x | 9.3x | 0.8x | 6.9% |
| Mean | 5.7x | 6.4x | 5.1x | 22.7x | 20.3x | 16.2x | 30.1x | 27.4x | 21.3x | 8.3x | 28.7% |
| Median | 5.6x | 6.0x | 5.1x | 18.0x | 15.9x | 13.3x | 20.8x | 19.4x | 16.3x | 5.8x | 26.1% |

*CareerBuilder MARKET MULTIPLE METHOD*

| Period | Financials | Multiples | | Enterprise Value | | Discounts | | Revenue |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Actual | Revenue | Low | High | Low | High | Low | High | Growth |
| LTM | $461.1 | 3.70x | 4.20x | $1,706.2 | $1,936.7 | | | 14% |
| CFY | $506.4 | 3.52x | 3.95x | $1,779.9 | $1,959.2 | -5% | -6% | 12% 10% |
| NFY | $595.8 | 2.99x | 3.36x | $1,780.0 | $1,959.2 | -15% | -15% | 12% 18% |

| Enterprise Value Range | $1,706.2 | – | $1,959.2 |
| --- | --- | --- | --- |

$1,852.7

Multiples lower compared to prior valuation (half a turn on low end and full for high end) since monster is down from 4.6x times to 3.4x. We realize our company is better than MNST in terms of business model, but still our company's normalized expected EBITDA margins are quite lower than MNST. Also lower multiple is justified by the % of overall value increase.

Median LTM adjusted for ~ 20% EBITDA margin is 3.95x.

MM (CB)

VRC0022186

handwritten: avg of most of Avg - (1.24 + 1.61) / 2

| Comparable Public Companies | Ticker | Pre-Tax Cost of Debt | Raw Beta | Adjusted Beta[1] | Net Debt & Pref. | Market Cap. | Debt/ Capital | Tax Rate | Unlevered Beta |
|---|---|---|---|---|---|---|---|---|---|
| Amazon.Com | AMZN | 5.3% | 0.99 | 1.00 | $0.0 | $42,646.9 | 0.0% | 36.5% | 1.00 |
| Ebay Inc | EBAY | n/a | 1.40 | 1.26 | $0.0 | $48,822.8 | 0.0% | 70.9% | 1.26 |
| Google, Inc | GOOG | n/a | 1.15 | 1.10 | $0.0 | $213,932.6 | 0.0% | 23.3% | 1.10 |
| IAC/InterActiveCorp. | IACI | 7.2% | 1.40 | 1.26 | $0.0 | $8,435.5 | 0.0% | 38.4% | 1.26 |
| Monster Worldwide Inc | MNST | n/a | 1.95 | 1.61 | $0.0 | $4,954.8 | 0.0% | 35.0% | 1.61 |
| Yahoo | YHOO | n/a | 1.27 | 1.18 | $0.0 | $42,744.5 | 0.0% | 42.0% | 1.18 |
| Averages | | 6.2% | 1.36 | 1.24 | | | 0.0% | 41.1% | 1.24 |

handwritten: Dice not included as it has very little trading history.

**CAPM**

| | |
|---|---|
| Unlevered beta (average of indication) | 1.42 |
| Relevered beta[2] | 1.42 |
| Risk-free rate[3] | 4.7% |
| Equity risk premium[4] | 5.5% |
| Other premium[5] | 1.0% |
| **Cost of equity** | **13.6%** |

**WACC**

| | |
|---|---|
| Debt | 0.0% |
| Equity | 100.0% |
| Tax rate | 35.0% |
| Cost of equity | 13.6% |
| Cost of debt | 6.2% |
| WACC | 13.6% |
| **Concluded WACC** | **14.0%** |

5. Subjective adjustment to cost of equity of 1.0% since for some reason beta drop significantly from prior valuation. The resulting drop in cost of equity is unjustified from overall market perspective as well as inconsistent with market multiples chosen.

*CareerBuilder Base Case Discounted Cash Flow Method*

| | | | | | | | | Fiscal Year End | 31-Dec-07 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| End-Year Period | 0.13 | 1.13 | 2.13 | 3.13 | 4.13 | 5.13 | | Transaction Closing | 15-Nov-07 |
| Mid-Year Period | 0.06 | 0.63 | 1.63 | 2.63 | 3.63 | 4.63 | | | |

| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| --- | --- | --- | --- | --- | --- | --- |
| *Revenue* | $65.8 | $595.5 | $729.0 | $874.8 | $1,049.8 | $1,207.2 |
| % growth | — | nm | 22.4% | 20.0% | 20.0% | 15.0% |
| *Adjusted EBITDA* | $2.8 | $55.5 | $91.8 | $131.2 | $168.0 | $193.2 |
| % growth | — | nm | 65.5% | 43.0% | 28.0% | 15.0% |
| % margin | 4.4% | 9.3% | 12.6% | 15.0% | 16.0% | 16.0% |
| *Adjusted EBITDA* | $2.8 | $55.5 | $91.8 | $131.2 | $168.0 | $193.2 |
| Depreciation & Amortization | ($2.7) | ($21.2) | ($19.7) | ($26.2) | ($31.5) | ($36.2) |
| Management Fees | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Net Change in Working Capital | $1.0 | $13.4 | $20.0 | $21.9 | $26.2 | $23.6 |
| 38% Cash Taxes | ($0.1) | ($13.1) | ($27.6) | ($40.1) | ($52.2) | ($60.0) |
| Capital Expenditures | ($2.6) | ($23.8) | ($29.2) | ($35.0) | ($42.0) | ($48.3) |
| Other | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| *Enterprise Cash Flow (ECF)* | $2.2 | $31.9 | $55.1 | $72.9 | $71.0 | $108.3 |
| Mid-Year Discount Factor | 99.2% | 92.1% | 80.8% | 70.9% | 62.2% | 54.5% |
| Discounted ECF | $1.2 | $29.4 | $44.5 | $55.2 | $62.2 | $59.2 |

| Discount Rate | PV of FCF | | | PV of Terminal Value | | | Enterprise Value | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 12.00x | 13.00x | 14.00x | 12.00x | 13.00x | 14.00x | 12.00x | 13.00x | 14.00x |
| 13.5% | $256.9 | $1,211.1 | $1,312.0 | $1,412.9 | $1,468.0 | $1,568.9 | $1,669.8 | | |
| 14.0% | $253.6 | $1,184.1 | $1,282.8 | $1,381.5 | $1,437.7 | $1,536.4 | $1,635.1 | | |
| 14.5% | $250.4 | $1,157.8 | $1,254.3 | $1,350.8 | $1,408.3 | $1,504.8 | $1,601.2 | | |

*Enterprise Value Range*

| | Low | | High |
| --- | --- | --- | --- |
| LTM Adjusted EBITDA | $16.3 | | $1,408.3 |
| CFY Adjusted EBITDA | $22.1 | 86.6x | 102.7x |
| NFY Adjusted EBITDA | $55.5 | 61.1x | 74.8x |
| | | 25.4x | 30.1x |

*Enterprise Value Calculation*

| | | |
| --- | --- | --- |
| Total Discounted FCF | $253.6 | 17% |
| Discounted Terminal Value | $1,282.8 | 83% |
| Enterprise Value | $1,536.4 | 100% |

*Major Assumptions*

| Discount Rate | 14.0% |
| --- | --- |
| Terminal Multiple | 13.0x |
| Implied Residual Growth Rate | 9.8% |

*Terminal Value Calculation*

| | EBITDA | FCF |
| --- | --- | --- |
| Terminal EBITDA / FCF | $193.2 | $118.2 |
| Terminal Multiple | 13.0x | 20.0x |
| Terminal Value | $2,511.0 | $2,364.4 |
| End / Mid-Year DF | 51.1% | 54.9% |
| Discounted Terminal Value | $1,282.8 | $1,299.7 |



*Enterprise Value Sensitivity (Discount Rate / Exit Multiple)*

| | 13.0% | 13.5% | 14.0% | 14.5% | 15.0% |
| --- | --- | --- | --- | --- | --- |
| 14.0x | $1,705.5 | $1,669.8 | $1,635.1 | $1,601.2 | $1,568.3 |
| 13.5x | $1,653.9 | $1,618.4 | $1,585.7 | $1,553.0 | $1,521.1 |
| 13.0x | $1,602.2 | $1,569.2 | $1,536.4 | $1,504.8 | $1,473.9 |
| 12.5x | $1,550.6 | $1,518.4 | $1,487.1 | $1,456.5 | $1,426.7 |
| 12.0x | $1,499.0 | $1,468.0 | $1,437.7 | $1,408.3 | $1,379.6 |

| | Low | High |
| --- | --- | --- |
| | $1,456.5 | $1,612.4 |

DCF (CB)

VRC0022188

**Careerbuilder**

| Balance Sheet | 2004 | 2005 | 2006 | 2007 | | 2004 | Common Size 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| Current Assets: | | | | | | | | |
| Cash and cash equivalents | $ 2,711 | $ 6,284 | $ 27,172 | - | | 0.9% | 1.9% | 7.4% |
| Restricted Cash | 150 | 113 | 118 | - | | 0.0% | 0.0% | 0.0% |
| Accounts Receivables | 17,160 | 33,028 | 43,248 | - | | 5.5% | 9.7% | 11.7% |
| Due from Related Parties | - | 2,451 | 1,795 | - | | 0.0% | 0.7% | 0.5% |
| Prepaids and Other current assets | 7,615 | 11,059 | 6,303 | - | | 2.5% | 3.3% | 1.8% |
| Miscellaneous | - | - | - | - | | 0.0% | 0.0% | 0.0% |
| Total Current Assets | 27,636 | 52,935 | 79,136 | - | | 8.9% | 15.6% | 21.4% |
| PP&E, net | 9,733 | 16,088 | 20,323 | - | | 3.1% | 4.7% | 5.5% |
| Goodwill | 258,484 | 258,484 | 258,484 | - | | 83.3% | 76.2% | 70.0% |
| Other Assets: | | | | | | | | |
| Other Intangibles, net | 13,227 | 10,284 | 7,570 | - | | 4.3% | 3.0% | 2.1% |
| Other noncurrent assets | 1,143 | 1,429 | 3,635 | - | | 0.4% | 0.4% | 1.0% |
| | - | - | - | - | | 0.0% | 0.0% | 0.0% |
| | - | - | - | - | | 0.0% | 0.0% | 0.0% |
| Total Other Assets | 14,370 | 11,713 | 11,205 | - | | 4.6% | 3.5% | 3.0% |
| Total Assets | 310,223 | 339,220 | 369,148 | - | | 100.0% | 100.0% | 100.0% |
| **LIABILITIES AND PARTNERS' EQUITY** | | | | | | | | |
| Current Liabilities: | | | | | | | | |
| Accounts Payable and licensing obligations | 2,332 | 2,629 | 2,619 | - | | 0.8% | 0.8% | 0.7% |
| Due to related parties, net | 89 | - | - | - | | 0.0% | 0.0% | 0.0% |
| Accrued expenses | 12,534 | 19,017 | 32,866 | - | | 4.0% | 5.6% | 8.9% |
| Accrued restructuring costs | 3,889 | 1,699 | 1,168 | - | | 1.3% | 0.5% | 0.3% |
| Deferred Revenue | 34,473 | 59,174 | 82,239 | - | | 11.1% | 17.4% | 22.3% |
| Total Current Liabilities | 53,317 | 82,519 | 118,892 | - | | 17.2% | 24.3% | 32.2% |
| Long-term Liabilities: | | | | | | | | |
| Income taxes payable | 13,077 | 13,077 | 2,000 | - | | 4.2% | 3.9% | 0.5% |
| Licensing obligation, less current | 600 | 732 | 2,255 | - | | 0.2% | 0.2% | 0.6% |
| Total Liabilities | 13,677 | 13,809 | 4,255 | - | | | | |
| Partners' Equity: | | | | | | | | |
| Total Members' Equity | 243,329 | 242,892 | 246,001 | - | | 78.4% | 71.6% | 66.6% |
| | - | - | - | - | | 0.0% | 0.0% | 0.0% |
| Total Partners' equity | 243,329 | 242,892 | 246,001 | - | | 78.4% | 71.6% | 66.6% |
| TOTAL LIABILITIES AND PARTNERS' EQ | 310,323 | 339,220 | 369,148 | - | | 100.0% | 100.0% | 100.0% |

| | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|
| Working Capital | (28,542) | (35,981) | (67,046) | (75,958) | (89,364) | (109,350) | (131,215) | (157,464) | (181,083) |
| *% of Sales* | *-22.1%* | *-15.5%* | *-18.0%* | *-15.0%* | *-15.0%* | *-15.0%* | *-15.0%* | *-15.0%* | *-15.0%* |
| Change in WC | | (7,439) | (31,065) | (8,912) | (13,406) | (19,986) | (21,865) | (26,249) | (23,620) |
| *Change as a % of Total Revenues* | | *-3.2%* | *-8.6%* | *-1.8%* | *-2.3%* | *-2.7%* | *-2.5%* | *-2.5%* | *-2.0%* |
| Amortization Intangibles | | (2,943) | (2,961) | | | | | | |
| Depreciation for the year | | 8,113 | 12,714 | | | | | | |
| | | *3.0%* | *3.5%* | | | | | | |
| Implied CapEx | 14,668 | 16,949 | 20,255 | 23,830 | 29,160 | 34,991 | 41,950 | 48,289 | |
| | *6.3%* | *4.7%* | *4.0%* | *4.0%* | *4.0%* | *4.0%* | *4.0%* | *4.0%* | |

Sjames:
(23.) To reflect only working capital needed for last 4 months of fiscal year.

Income Statement

Stub Period: Stub, PYTD, YTD, LTM

FS's (CB)

VRC0022189

| | | | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| CB Core Revenue | $ 124,760 | $ 226,328 | $ 355,533 | | $ 590,599 | $ 728,319 | 874,756 | 1,049,759 | 1,207,223 | $ 452,219 |
| Wholesale Revene-Founders | 15,574 | 23,490 | 26,751 | | 29,934 | 29,172 | | | | 30,015 |
| Ecommerce share Elim | (11,150) | (17,083) | (21,111) | | (24,776) | (28,492) | | | | (21,111) |
| Total Revenues | 129,184 | 232,735 | 361,173 | 506,385 | 595,757 | 728,999 | | | | $ (3,510) |
| %Growth | | 80.2% | 55.2% | 40.2% | 17.0% | 22.4% | 20.0% | 20.0% | 15.0% | 179,478 |
| | | | | | | | | | | 461,123 |
| Sjames: Based on revised 2007 forecast. Company has reached EBITDA profitability. | | | | | | | | | | 44.0% |
| Cost of Revenue: | | | | | | | | | | |
| CoBranding Fees | 14,443 | 26,576 | 34,554 | | 41,554 | 47,787 | 78,732 | 94,478 | 108,650 | 22,606 |
| Core Cost of Revenue | 5,323 | 8,216 | 12,403 | | 18,238 | 21,394 | | | | 7,925 |
| Total cost of revenues | 19,766 | 34,792 | 46,957 | 51,858 | 59,792 | 69,181 | | | | 33,743 |
| %Growth | | 76.0% | 35.0% | 10.4% | 15.3% | 15.7% | 13.8% | 20.0% | 15.0% | 3.5% |
| | | | | | | | | | | 48,096 |
| Gross Profit | 109,418 | 197,943 | 314,216 | 454,527 | 535,965 | 659,818 | 796,034 | 955,281 | 1,098,573 | 413,026 |
| %Margin | 84.7% | 85.1% | 87.0% | 89.8% | 90.0% | 90.5% | 91.0% | 91.0% | 91.0% | 89.7% |
| | | | | | | | | | | 293,164 |
| Operating Expenses | 151,170 | 230,766 | 324,447 | 432,217 | 480,510 | 568,059 | 664,847 | 787,319 | 905,417 | 281,598 |
| %Margin | 117.0% | 99.2% | 89.8% | 85.4% | 80.7% | 77.9% | 76.0% | 75.0% | 75.0% | 209,280 |
| | | | | | | | | | | |
| EBITDA | (41,752) | (32,823) | (10,231) | 22,310 | 55,455 | 91,759 | 131,187 | 167,962 | 193,156 | 15,252 |
| %Margin | -32.3% | -14.1% | -2.8% | 4.4% | 9.3% | 12.6% | 15.0% | 16.0% | 16.0% | 3.5% |
| %Growth | | -21.4% | -68.8% | -318.1% | 148.6% | 65.5% | 43.0% | 28.0% | 15.0% | 11,566 / nm |
| | | | | | | | | | | (14,926) / -6.8% |
| D&A | 9,728 | 11,256 | 15,675 | 21,138 | 21,163 | 19,715 | 26,244 | 31,493 | 36,217 | 19,782 |
| | 7.5% | 4.8% | 4.3% | 4.2% | 3.6% | 2.7% | 3.0% | 3.0% | 3.0% | 13,531 |
| | | | | | | | | | | 9,424 |
| EBIT | (51,480) | (44,079) | (25,906) | 1,172 | 34,292 | 72,044 | 104,943 | 136,469 | 156,939 | 4,694 |
| %Margin | -39.9% | -18.9% | -7.2% | 0.2% | 5.8% | 9.9% | 12.0% | 13.0% | 13.0% | 1.0% |
| %Growth | | -14.4% | -41.3% | -104.5% | 2826.2% | 110.1% | 45.7% | 30.0% | 15.0% | 25,098 |
| | | | | | | | | | | 7.7% |
| | | | | | | | | | | -556.2% |
| Adjusted Revenues | | | | | | | | | 193,156 | (5,502) |
| Adjusted EBITDA | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 16.0% | -2.4% |
| | | | | | | | | | | |
| Capital Expenditures | | | | | | | | | | |
| | | | | | | | | | | |
| *Assumptions* | | | | | | | | | | |
| Sales Growth | na | 80.2% | 55.2% | 40.2% | 17.6% | 22.4% | 20.0% | 20.0% | 15.0% | |
| | | | | | | | | | | |
| Expenses Margin | 132.3% | 114.1% | 102.8% | 95.6% | 90.7% | 87.4% | 85.0% | 84.0% | 84.0% | |
| EBITDA Margin | -32.3% | -14.1% | -2.8% | 4.4% | 9.3% | 12.6% | 15.0% | 16.0% | 16.0% | |
| CapEx Margin | | | | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% | |
| Working Capital | | | | -15.0% | -15.0% | -15.0% | -15.0% | -15.0% | -15.0% | |

Notes:
Projections provided through 2011.
For step 2, we have not changed them except reforecasted 2007, for which comparison is available above.
Total marketing for 2007 is 164.1MM or 32.4% of total revenue. MNST marketing for YTD through 6/30/07 is ~24% vs. 26% PYTD. Clearly marketing spend can be controlled to increase margins

FS's (C3)

VRC0022190