

PUBLISHING

Bear, Stearns & Co. Inc. – U.S. Equity Research

April 2, 2007

| Rating Information | |
|---|---|
| Sector Rating | Market Underweight |
| Target Price YE '08 | -- |
| Long-Term Growth | 8.95% |

| Trading Data | |
|---|---|
| 52-Wk Range | $27.09 - $34.28 |
| Market Cap. | $7,681 MM |
| Shares Out. | 239.2 MM |
| Dividend Yield | 2.2% |
| Avg Daily Vol. | 1,890,000 |
| Float | NA |
| Source: FactSet | |

| Fundamental Data | |
|---|---|
| EV/EBITDA | 9.9x* |
| Enterprise Value | $11,257.2 MM |
| LT Debt to Total Cap. | 45.3% |
| Book Value | $18.10 |
| Source: FactSet; * BSC Estimates | |

# Tribune Company
## (TRB-$32.11-Peer Perform)

### Zell Prevails In A Highly Levered Transaction; Shareholders Get $34 Per Share; Historically Low Transaction Multiple A Negative Sign for Industry

- Tribune finally announced a decision in its six month strategic review deciding to take the company private through an ESOP at $34 per share with a $315 million investment from Sam Zell. This suggests a 2007 EBITDA multiple of 10.3x or 9.8x accounting for hidden assets, well below the average historic transaction for this group of 11.6x.

- The company will first offer a cash tender for 126 million shares at $34 sometime in Q2 which will be funded by new debt as well as a $250 million initial investment by Zell. Before year end, the company will buy in the remaining shares outstanding also at $34 with Zell making an additional $65 million investment at that time.

- Tribune plans on raising $11.2 billion in debt in two tranches to execute this transaction, of which $2.8 billion will be used to pay down existing facilities. Upon the completion of the transaction the company will have close to $13.4b. in net debt. Tribune plans on selling the Chicago Cubs and its 25% interest in Comcast SportsNet to help pay down debt.

- There is a small break up fee of $25 million which would allow Tribune to pursue another offer (which we believe is unlikely) if it where presented.

- After an exhaustive six month review we believe this complicated and heavily levered transaction is another indication of the waning interest in the newspaper business given the ongoing secular challenges that are weighing on the fundamental outlook. While we believe TRB public shareholders have found a relatively decent exit strategy (in Q2 tender offer) we don't believe this transaction bodes well for the rest of the group and reiterate out underweight sector rating on the newspaper stocks under our coverage.

**Price Performance Chart**



Source: FactSet

Securities in this report priced as of:

March 30, 2007 16:00 ET

**Equity Research Analyst(s)**

**Alexia S. Quadrani**
212-272-2149
aquadrani@bear.com

**Sylvia Jasaroska**
212-272-3779
sjasaroska@bear.com

**Sector View:** We are cautious on the newspaper group given the challenging ad revenue and circulation outlook. Growth from online channels could mitigate declines in the longer term.

**Recurring Estimates Post Option Expense †(All values are in USD)**

| | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Year | P/E |
|---|---|---|---|---|---|---|
| 2005 | 0.37 | 0.44 | 0.48 | 0.49 | 1.78 | 18.0x |
| 2006 | 0.38 | 0.55 | 0.43 | 0.68 | 2.02 | 15.9x |
| 2007 | 0.34E | 0.58E | 0.43E | 0.64E | 1.99E | 16.1x |
| 2008 | | | | | 2.00E | 16.1x |

† All numbers are after stock-based compensation expense, normalized consistent with BSC option expense policy.

Bear Stearns does and seeks to do business with companies covered in its research reports. As a result investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Customers of Bear Stearns in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.bearstearns.com/ independent research or can call (800) 517-2327 to request a copy of this research. Investors should consider this report as only a single factor in making their investment decision.

**PLEASE REFER TO PAGE 2 OF THIS REPORT FOR IMPORTANT DISCLOSURES AND ANALYST CERTIFICATION**

**BEAR, STEARNS & CO. INC.** 383 MADISON AVENUE NEW YORK, NY 10179 (212) 272-2000 WWW.BEARSTEARNS.COM

**Important Disclosures**

The costs and expenses of Equity Research, including the compensation of the analyst(s) that prepared this report, are paid out of the Firm's total revenues, a portion of which is generated through investment banking activities.

This report has been prepared in accordance with the Firm's conflict management policies. Bear Stearns is unconditionally committed to the integrity, objectivity, and independence of its research. Bear Stearns research analysts and personnel report to the Director of Research and are not subject to the direct or indirect supervision or control of any other Firm department (or members of such department).

This publication and any recommendation contained herein speak only as of the date hereof and are subject to change without notice. Bear Stearns and its affiliated companies and employees shall have no obligation to update or amend any information or opinion contained herein, and the frequency of subsequent publications, if any, remain in the discretion of the author and the Firm.

Analyst Certification

The research analyst(s) primarily responsible for the preparation this research report hereby certify that all of the views expressed in this research report accurately reflect their personal views about any and all of the subject securities or issuers. The research analyst(s) also certify that no part of their compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.
Alexia Quadrani

Companies Analyzed

* Tribune Company (TRB) - $32.11 (as of March 30, 2007 16:00 ET) - Peer Perform



**Bear, Stearns & Co. Inc. Equity Research Rating System:**

Ratings for Stocks (vs. analyst coverage universe):
Outperform (O) - Stock is projected to outperform analyst's industry coverage universe over the next 12 months.
Peer Perform (P) - Stock is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months.
Underperform (U) - Stock is projected to underperform analyst's industry coverage universe over the next 12 months.

Ratings for Sectors (vs. regional broader market index):
Market Overweight (MO) - Expect the industry to perform better than the primary market index for the region (S&P 500 in the US) over the next 12 months.
Market Weight (MW) - Expect the industry to perform approximately in line with the primary market index for the region (S&P 500 in the US) over the next 12 months.
Market Underweight (MU) - Expect the industry to underperform the primary market index for the region (S&P 500 in the US) over the next 12 months.

**Bear, Stearns & Co. Inc. Ratings Distribution as of December 31, 2006:**
Percentage of BSC universe with this rating / Percentage of these companies which were BSC investment banking clients in the last 12 months.

Outperform (Buy):   41.0  / 8.3

Peer Perform (Neutral):   49.5 / 8.0

Underperform (Sell):   9.5 / 0.0


Securities covered by the author(s) of this report include:

Alexia Quadrani (Publishing): Gannett Company, Journal Register Company, New York Times Company, The E.W. Scripps Company, Tribune Company, Dow Jones & Co., Gatehouse Media

OTHER DISCLAIMERS

This report has been prepared by Bear, Stearns & Co. Inc., Bear, Stearns International Limited or Bear Stearns Asia Limited (together with their affiliates, "Bear Stearns"), as indicated on the cover page hereof. Responsibility for the content of this report has been accepted by Bear, Stearns & Co. Inc. for distribution in the United States. If you are a recipient of this publication in the United States, orders in any securities referred to herein should be placed with Bear, Stearns & Co. Inc. This report has been approved for publication in the United Kingdom by Bear, Stearns International Limited, which is authorized and regulated by the United Kingdom Financial Services Authority. Private Customers in the U.K. should contact their Bear, Stearns International Limited representatives about the investments concerned. This report is distributed in Hong Kong by Bear Stearns Asia Limited, which is regulated by the Securities and Futures Commission of Hong Kong. Recipients of this report from Bear Stearns Asia Limited should contact representatives of the latter in relation to any matter referred to herein. Additional information is available upon request.

Bear Stearns and its employees, officers, and directors deal as principal in transactions involving the securities referred to herein (or options or other instruments related thereto), including in transactions which may be contrary to any recommendations contained herein. Bear Stearns and its employees may also have engaged in transactions with issuers identified herein. Bear Stearns is affiliated with a specialist that may make a market in the securities of the issuers referred to in this document, and such specialist may have a position (long or short) and may be on the opposite side of public orders in such securities.

This publication does not constitute an offer or solicitation of any transaction in any securities referred to herein. Any recommendation contained herein may not be suitable for all investors. Although the information contained in the subject report (not including disclosures contained herein) has been obtained from sources we believe to be reliable, the accuracy and completeness of such information and the opinions expressed herein cannot be guaranteed. This publication and any recommendation contained herein speak only as of the date hereof and are subject to change without notice. Bear Stearns and its affiliated companies and employees shall have no obligation to update or amend any information or opinion contained herein.

This publication is being furnished to you for informational purposes only and on the condition that it will not form the sole basis for any investment decision. Each investor must make their own determination of the appropriateness of an investment in any securities referred to herein based on the tax, or other considerations applicable to such investor and its own investment strategy. By virtue of this publication, neither Bear Stearns nor any of its employees, nor any data provider or any of its employees shall be responsible for any investment decision. This report may not be reproduced, distributed, or published without the prior consent of Bear Stearns. ©2007. All rights reserved by Bear Stearns. Bear Stearns and its logo are registered trademarks of The Bear Stearns Companies Inc.

This report may discuss numerous securities, some of which may not be qualified for sale in certain states and may therefore not be offered to investors in such states. This document should not be construed as providing investment services. Investing in non-U.S. securities including ADRs involves significant risks such as fluctuation of exchange rates that may have adverse effects on the value or price of income derived from the security. Securities of some foreign companies may be less liquid and prices more volatile than securities of U.S. companies. Securities of non-U.S. issuers may not be registered with or subject to Securities and Exchange Commission reporting requirements; therefore, information regarding such issuers may be limited.

NOTE TO ACCOUNT EXECUTIVES: For securities that are not listed on the NYSE, AMEX, or Nasdaq National Market System, check the Compliance page of the Bear Stearns Intranet site for State Blue Sky data prior to soliciting or accepting orders from clients.

CIR 230 Disclaimer

Bear Stearns does not provide tax, legal or accounting advice. You should consult your own tax, legal and accounting advisors before engaging in any transaction.

In order for Bear Stearns to comply with Internal Revenue Service Circular 230 (if applicable), you are notified that any discussion of U.S. federal tax issues contained or referred to herein is not intended or written to be used, and cannot be used, for the purpose of: (A) avoiding penalties that may be imposed under the Internal Revenue Code; nor (B) promoting, marketing or recommending to another party any transaction or matter discussed herein.