**From:** Bryan Browning
**Sent:** Tuesday, May 15, 2007 2:20 PM
**To:** Chad Rucker <crucker@valuationresearch.com>
**Subject:** Re: Status of Model

Thanks.


Bryan H. Browning
Senior Vice President
Phone: 414-221-6249
Cell:   414-688-6756
Fax:   414-271-2294


-----Original Message-----
From: Chad Rucker
To: Bryan Browning
Sent: Tue May 15 13:19:25 2007
Subject: RE: Status of Model

We received it this morning and are going through it. On the surface the debt is essentially the same but projected EBITDA is lower. I am trying to determine the source of the lower EBITDA numbers. Part of it is that they have also projected lower revenues. I don't think it will have an impact on Step 1 but we have to see how close it is on Step 2. We should be fine still for Step 1. I will provide you with an update once we are complete.

Regards,

Chad Rucker

-----Original Message-----
From: Bryan Browning
Sent: Tuesday, May 15, 2007 2:15 PM
To: Chad Rucker
Subject: Re: Status of Model

How does the model look?


Bryan H. Browning
Senior Vice President
Phone: 414-221-6249
Cell:   414-688-6756
Fax:   414-271-2294


-----Original Message-----
From: Chad Rucker
To: cbigelow@tribune.com <cbigelow@tribune.com>
CC: Bryan Browning; Leonid Mednik
Sent: Mon May 14 18:20:55 2007
Subject: Status of Model

CONFIDENTIAL

Chandler, just checking on the status of the model?

Chad Rucker

Vice President

Valuation Research Corporation

500 Fifth Avenue, 39th Floor

New York, NY  10110

Phone: (917) 338-5613

Cell: (646) 209-2132

Fax: (212) 278-0675

crucker@valuationresearch.com

VRC0002407