CONFIDENTIAL



Private & Confidential

VRC
Strong Values.

Valuation Research Corporation

*Tribune Company*
*Solvency Opinion Analysis*
*May 17, 2007*

NEW YORK - PRINCETON - BOSTON - CHICAGO - CINCINNATI - MILWAUKEE - SAN FRANCISCO - TAMPA

VRC0039337

# *Discussion Outline*



△ **VRC's Qualifications and Highlighted Experience**

△ **Situation Overview**

△ **Solvency Process**

△ **Summary of Solvency Analyses**

△ **Conclusions**

△ **Questions**



2

# *VRC's Qualifications*

- Established in 1975, VRC is an independent, international financial advisory firm.

  - *Eight domestic offices: New York, Princeton, Boston, Chicago, Cincinnati, Milwaukee, Tampa and San Francisco*
  - *Nine global affiliates: Argentina, Australia, Brazil, Chile, Hong Kong, Mexico, Spain, United Kingdom and Venezuela*

- Core services include financial opinions with respect to valuation, solvency, capital adequacy and fairness in connection with mergers, acquisitions, divestitures, leveraged buyouts, recapitalizations, financings and financial and tax reporting matters.

  - VRC's core services provide its clients with strategic advisory, enhanced due diligence and sophisticated financial modeling
  - Transactional: Valuation, Fairness, Solvency and Capital Adequacy Opinions
  - Financial Reporting: Fair Value Reporting; Allocation of Purchase Price (SFAS 141); Goodwill Impairment (SFAS 142); Stock Based Compensation (SFAS 123-R)
  - Tax Reporting: Deferred Compensation (IRC Sec 409A); Allocation of Purchase Cost (IRC Sec 1060 / 338); Valuation of Legal Entities

- Full-service, in-house valuation capabilities include businesses, equity and debt securities, loans, derivative instruments, structured products, intangible assets, fixed assets and real estate.

- *Significant experience with respect to M&A, leveraged finance and complex capital structures results from producing over 1,000 solvency, capital adequacy and fairness opinions in connection with a variety of transactions of all sizes covering all major industry groups*.

*Our client base includes some of the largest and most prestigious companies in the world*

     





VRC0003339

CONFIDENTIAL

CONFIDENTIAL

# Highlighted Solvency Opinion Transaction Experience



TRIBUNE

**SOLVENCY OPINIONS**

$425,000,000 leveraged recapitalization
$157,500,000 dividend payment

US Oncology

We provided a solvency opinion to the board of directors of US Oncology

VRC

**SOLVENCY AND CAPITAL ADEQUACY OPINIONS**

Payment of a $2.4 billion dividend in connection with a $3.25 billion leveraged recapitalization transaction.

We provided solvency and capital adequacy opinions in connection with the recapitalization of Health Management Associates, Inc.

VRC

**SOLVENCY OPINIONS**



communications

$600 million "Dutch Auction" tender offer

We provided a solvency opinion to the Board of Directors of Emmis Communications Corporation.

VRC

**SOLVENCY OPINIONS**

The Board of Directors of Sorenson Communications, Inc. (a portfolio company of GTC Golder Rauner LLC) has authorized a $1.1 billion recapitalization of

Sorenson communications

led by

GTCR

We provided a solvency opinion to the Board of Directors of Sorenson Communications, Inc. in connection with the recapitalization

VRC

**SOLVENCY OPINIONS**



the world's largest Pizza Hut franchisee

has been acquired by **Merrill Lynch Global Private Equity**

We provided a solvency opinion to the board of directors of NPC International, Inc.

VRC

**SOLVENCY OPINIONS**

LAZARD

$1.9 billion recapitalization

We rendered a solvency opinion to the Board of Directors of **Lazard**

VRC

**SOLVENCY OPINIONS**

waterpik

has been acquired by

THE CARLYLE GROUP

and

for approximately $569 million

We provided a solvency opinion to the board of directors of Water Pik Technologies, Inc. and ING Capital LLC.

VRC

**SOLVENCY OPINIONS**



We provided a solvency opinion in support of the acquisition of MGM by:

SONY    PROVIDENCE EQUITY

TEXAS
PACIFIC
GROUP    Comcast

VRC

4

VRC

Strong Values.

VRC0039340

# *Situation Overview*

- In connection with the Step One Transactions relating to the first step of the acquisition of the Company by a new Employee Stock Ownership Plan and EGI TRB, L.L.C., a limited liability company owned by Samuel Zell, the Board of Directors has engaged VRC to provide its opinion, as to whether as of May 9, 2007 (with a bring down to be provided at the expiration of the tender offer period), immediately after and giving effect to the consummations of the Step One Transactions, the Company will be Solvent and will have Adequate Capital to conduct ongoing operations.

*Valuation and Capital Adequacy Tests:*

> *Immediately after and giving effect to the consummation of the Step One Common Stock Purchase, each of the Fair Value and Present Fair Saleable Value of the aggregate assets (including goodwill) of Tribune will exceed its liabilities (including the Stated Liabilities, the Identified Contingent Liabilities and the New Financing), and such excess is in an amount that is not less than the capital of the Company (as determined pursuant to Section 154 of the DGCL);*

*Cash Flow Test:*

> *As of the date hereof, immediately after and giving effect to the consummation of the Step One Transactions, Tribune will be able to pay its debts (including the Stated Liabilities, the Identified Contingent Liabilities and the New Financing), as such debts mature or otherwise become absolute or due; and*

*Capitalization Test:*

> *As of the date hereof, immediately after and giving effect to the consummation of the Step One Transactions, Tribune Does Not Have Unreasonably Small Capital.*



5



VRC0003941

CONFIDENTIAL

# *Situation Overview* *(continued)*

- The Board of Directors has also engaged VRC to provide its opinion, as to whether as of May 9, 2007 immediately before the consummation of the Step One Transactions, the Company meets the Capital Reduction Provisions of Section 244 of DGCL.

*Capital Reduction Test:*

> *Each of the Fair Value and Present Fair Saleable Value of the aggregate assets (including goodwill) of Tribune exceeds its liabilities (including Stated Liabilities and the Identified Contingent Liabilities) immediately before giving effect to the consummation of the Step One Transactions;*

**VRC's conclusions are qualified entirely by the full text of its written Opinion letter.**



6



VRC0003342

CONFIDENTIAL

CONFIDENTIAL

# Solvency Opinion Process

➤ Collected data relating to Tribune and pertinent industries; capital markets, competitors, and comparables;

➤ Held discussions with management of each operating division and appropriate corporate personnel of Tribune;

➤ Analyzed the data received and collected and reviewed the notes from our discussions with Tribune personnel;

➤ Conducted valuation and solvency opinion analyses;

➤ Conducted sensitivity and downside testing; and

➤ Concluded whether or not Tribune meets the proper tests of solvency for the Step One Transactions.





7

VRC0039343

CONFIDENTIAL

# *Summary of Solvency Analyses*

- Valuation and Capital Adequacy Tests

- Cash Flow Test

- Capitalization Tests

- Capital Reduction Test





VRC
Strong Values.

8

VRC0039344

CONFIDENTIAL





# VALUATION AND CAPITAL ADEQUACY TESTS



VRC0039345

# *Valuation and Capital Adequacy Tests* ($ in millions)

| Valuation Method | Valuation Summary | | |
| --- | --- | --- | --- |
| | Low | Mid | High |
| Comparable Companies | $11,335.8 | $12,497.6 | $13,659.4 |
| Comparable Transactions | $11,702.8 | $12,681.1 | $13,659.4 |
| Sum of Individual Assets | $11,430.1 | $12,709.7 | $13,989.3 |
| Discounted Cash Flow | $9,245.0 | $9,918.6 | $10,592.3 |
| **Average Operating Enterprise Value** | **$10,928.4** | **$11,951.8** | **$12,975.1** |
| + Equity Investments | $2,412.0 | $2,686.0 | $2,961.0 |
| + NPV of PHONES Tax Savings | $382.7 | $382.7 | $382.7 |
| **Adjusted Enterprise Value** | **$13,723.1** | **$15,020.4** | **$16,318.7** |
| + Cash | $188.0 | $188.0 | $188.0 |
| - Debt | ($9,463.8) | ($9,463.8) | ($9,463.8) |
| - Identified Contingent Liabilities | ($97.1) | ($97.1) | ($97.1) |
| **Equity Value** | **$4,350.2** | **$5,647.5** | **$6,945.8** |
| *% of Enterprise Value* | *31.7%* | *37.6%* | *42.6%* |
| Less: Par value of Capital Stock | *$3.9* | *$3.9* | *$3.9* |
| **Excess Capital** | **$4,346.3** | **$5,643.6** | **$6,942.0** |

**Operating Enterprise Value Multiples**

| | | Valuation Summary | | |
| --- | --- | --- | --- | --- |
| | | Low | Mid | High |
| LTM EBITDA (3/31/07) | $1,333.6 | 8.2x | 9.0x | 9.7x |
| CFY EBITDA (2007) | $1,365.9 | 8.0x | 8.7x | 9.5x |
| NFY EBITDA (2008) | $1,376.8 | 7.9x | 8.7x | 9.4x |

**Consolidated Enterprise Value Multiples**

| | | Low | Mid | High |
| --- | --- | --- | --- | --- |
| LTM EBITDA (3/31/07) | $1,437.4 | 9.5x | 10.4x | 11.4x |
| CFY EBITDA (2007) | $1,434.6 | 9.6x | 10.5x | 11.4x |
| NFY EBITDA (2008) | $1,476.0 | 9.3x | 10.2x | 11.1x |

- *EBITDA figures include $60 million of anticipated cost savings*
- *EBITDA figures used for Consolidated Enterprise Value multiples include cash received from equity investments.*
- *Cash and outstanding debt balances are pro forma for Step One as of 3/31/07.*





VRC0003946

CONFIDENTIAL

CONFIDENTIAL







VRC0039347

# *Base Case Cash Flow Test (\$ in millions)*

| Cash Flow Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| *Adjusted EBITDA* | *$1,305.9* | *$1,376.8* | *$1,364.4* | *$1,393.2* | *$1,388.6* | *$1,393.3* | *$1,398.1* |
| Cash Received from Equity Investments | $85.1 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| Cash Taxes | ($171.4) | ($198.5) | ($225.2) | ($253.6) | ($278.1) | ($305.7) | ($329.5) |
| Cash Interest Income | $5.3 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 |
| Cash Interest Expense | ($512.2) | ($557.3) | ($505.5) | ($483.7) | ($445.6) | ($399.9) | ($346.7) |
| Change in Working Capital | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) | ($28.2) | ($28.3) |
| *Operating Cash Flow* | *$692.8* | *$699.3* | *$730.5* | *$779.8* | *$815.8* | *$875.1* | *$930.1* |
| Capital Expenditures | ($174.5) | ($169.7) | ($124.0) | ($123.9) | ($123.9) | ($124.5) | ($125.2) |
| Other Investing Activities | ($96.7) | $658.9 | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| *Cash Flow Available for Debt Repayment* | *$421.6* | *$1,188.5* | *$506.5* | *$555.9* | *$591.9* | *$650.5* | *$705.0* |
| *Scheduled Debt Repayments* | *($143.9)* | *($90.9)* | *($57.8)* | *($507.7)* | *($57.8)* | *($57.8)* | *($139.8)* |
| *Other Financing Activities* | *($30.0)* | *($33.6)* | *($33.6)* | *$0.0* | *$0.0* | *$0.0* | *$0.0* |
| *Net Cash Flow* | *$247.6* | *$1,064.1* | *$415.2* | *$48.2* | *$534.1* | *$592.7* | *$565.2* |
| Beginning Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Minimum Cash Balance | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) |
| Revolver Borrowings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| *Cash Available for Discretionary Prepayments* | *$247.6* | *$1,064.1* | *$415.2* | *$48.2* | *$534.1* | *$592.7* | *$565.2* |

- *Adjusted EBITDA figures include \$60 million of anticipated cost savings*
- *Under the Company's revolver it has the ability to borrow up to \$750 million.*





VRC0039348

CONFIDENTIAL

# *Base Case Debt Covenant Summary* *($ in millions)*

| Credit Ratios | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| EBITDA | $1,305.9 | $1,316.8 | $1,304.4 | $1,333.2 | $1,328.6 | $1,333.3 | $1,338.1 |
| Cost Savings | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 |
| Cash Received from Equity Investments | $68.7 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| Other Adjustment | $0.0 | ($36.4) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Covenant EBITDA | $1,434.6 | $1,439.5 | $1,482.5 | $1,538.9 | $1,561.7 | $1,603.6 | $1,629.3 |
| Guaranteed Debt / Covenant EBITDA | 4.27x | 3.66x | 3.24x | 3.05x | 2.63x | 2.15x | 1.74x |
| *Maximum Guaranteed Leverage Ratio* | *6.25x* | *6.00x* | *5.75x* | *5.50x* | *5.25x* | *5.25x* | *5.25x* |
| *$ Cushion (EBITDA)* | *$454.0* | *$560.9* | *$648.0* | *$685.6* | *$780.6* | *$946.4* | *$1,090.8* |
| Covenant EBITDA / Cash Interest | 2.80x | 2.58x | 2.93x | 3.18x | 3.51x | 4.01x | 4.70x |
| *Minimum Interest Coverage* | *1.75x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* |
| *$ Cushion (EBITDA)* | *$538.3* | *$324.8* | *$471.5* | *$571.5* | *$670.6* | *$803.7* | *$936.0* |



13



VRC0039349

CONFIDENTIAL

CONFIDENTIAL



# CAPITALIZATION TESTS





VRC0039350

CONFIDENTIAL



# *Capitalization Tests*

➤ **Post-Transaction Relative Equity Value**

➤ **Sensitivity Tests**



VRC
Strong Values.

15

# *Post Transaction Relative Equity Value*

| Adjusted Enterprise Value | $13,723.1 | $15,020.4 | $16,318.7 |
|---|---|---|---|
| + Cash | $188.0 | $188.0 | $188.0 |
| - Debt | ($9,463.8) | ($9,463.8) | ($9,463.8) |
| - Identified Contingent Liabilities | ($97.1) | ($97.1) | ($97.1) |
| **Equity Value** | **$4,350.2** | **$5,647.5** | **$6,945.8** |
| *% of Enterprise Value* | *31.7%* | *37.6%* | *42.6%* |



16



VRC0039352

CONFIDENTIAL

# *Sensitivity Test Assumptions*

- ***Corporate:***

  1. *Discretionary acquisition expenditures are projected to be $50 million in fiscal years 2009 through 2013*

- ***Publishing:***

  1. *4.5% decline in revenues for fiscal years 2008 and 2009*
  2. *2.0% decline in revenues for fiscal years 2010 and beyond*
  3. *22.0% EBITDA margin in fiscal year 2008, 21.0% EBITDA margin in fiscal year 2009 and 22.0% EBITDA margin in fiscal year 2010*
  4. *24.0% EBITDA margin in fiscal years 2011*
  5. *24.4% EBITDA margin for fiscal years 2012 and beyond*

- ***Broadcasting:***

  1. *6.0% decline in revenues for fiscal years 2008 and 2009*
  2. *3.0% decline in revenues in fiscal year 2010*
  3. *2.0% decline in revenues for fiscal years 2011 and beyond*
  4. *33.0% EBITDA margin in fiscal year 2008, 33.5% EBITDA margin in fiscal year 2009, 33.5% EBITDA margin in fiscal year 2010 and 34.5% EBITDA margin in fiscal year 2011*
  5. *35.8% EBITDA margin for fiscal years 2012 and beyond*



17



VRC0039353

CONFIDENTIAL

# *Sensitivity Cash Flow Test* ($ in millions)

| Cash Flow Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| *Adjusted EBITDA* | *$1,305.9* | *$1,197.2* | *$1,106.1* | *$1,114.8* | *$1,171.7* | *$1,174.6* | *$1,150.6* |
| Cash Received from Equity Investments | $85.1 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| Cash Taxes | ($171.4) | ($129.2) | ($123.2) | ($140.3) | ($184.3) | ($207.7) | ($216.5) |
| Cash Interest Income | $5.3 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 |
| Cash Interest Expense | ($512.2) | ($559.7) | ($514.8) | ($502.4) | ($474.5) | ($438.1) | ($395.4) |
| Change in Working Capital | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) | ($28.2) | ($28.3) |
| *Operating Cash Flow* | *$692.8* | *$586.7* | *$564.9* | *$595.9* | *$663.6* | *$716.1* | *$746.8* |
| Capital Expenditures | ($174.5) | ($169.7) | ($124.0) | ($123.9) | ($123.9) | ($124.5) | ($125.2) |
| Other Investing Activities | ($96.7) | $708.9 | ($50.0) | ($50.0) | ($50.0) | ($50.0) | ($50.0) |
| *Cash Flow Available for Debt Repayment* | *$421.6* | *$1,125.9* | *$390.9* | *$422.0* | *$489.7* | *$541.6* | *$571.6* |
| | | | | | | | |
| *Scheduled Debt Repayments* | *($143.9)* | *($90.9)* | *($57.8)* | *($507.7)* | *($57.8)* | *($57.8)* | *($139.8)* |
| *Other Financing Activities* | *($30.0)* | *($33.6)* | *($33.6)* | *$0.0* | *$0.0* | *$0.0* | *$0.0* |
| | | | | | | | |
| *Net Cash Flow* | *$247.6* | *$1,001.5* | *$299.6* | *($85.6)* | *$431.9* | *$483.8* | *$431.9* |
| Beginning Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Minimum Cash Balance | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) |
| Revolver Borrowings | $0.0 | $0.0 | $0.0 | $85.6 | $0.0 | $0.0 | $0.0 |
| | | | | | | | |
| *Cash Available for Discretionary Prepayments* | *$247.6* | *$1,001.5* | *$299.6* | *$0.0* | *$431.9* | *$483.8* | *$431.9* |



Strong Values.



VRC0003354

CONFIDENTIAL

# *Sensitivity Case Debt Covenant Summary* (*$ in millions*)

| Credit Ratios | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| EBITDA | $1,305.9 | $1,137.2 | $1,046.1 | $1,054.8 | $1,111.7 | $1,114.6 | $1,090.6 |
| Cost Savings | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 |
| Cash Received from Equity Investments | $68.7 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| Other Adjustment | $0.0 | ($36.4) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Covenant EBITDA** | **$1,434.6** | **$1,260.0** | **$1,224.3** | **$1,260.5** | **$1,344.8** | **$1,384.9** | **$1,381.8** |
| **Guaranteed Debt / Covenant EBITDA** | **4.27x** | **4.23x** | **4.07x** | **3.97x** | **3.36x** | **2.87x** | **2.52x** |
| *Maximum Guaranteed Leverage Ratio* | *6.25x* | *6.00x* | *5.75x* | *5.50x* | *5.25x* | *5.25x* | *5.25x* |
| *$ Cushion (EBITDA)* | *$454.0* | *$370.9* | *$358.7* | *$350.5* | *$484.7* | *$628.0* | *$718.2* |

| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| **Covenant EBITDA / Cash Interest** | **2.80x** | **2.25x** | **2.38x** | **2.51x** | **2.83x** | **3.16x** | **3.49x** |
| *Minimum Interest Coverage* | *1.75x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* |
| *$ Cushion (EBITDA)* | *$538.3* | *$140.5* | *$194.6* | *$255.6* | *$395.7* | *$508.6* | *$591.0* |



19



VRC0039355

CONFIDENTIAL

CONFIDENTIAL



# CAPITAL REDUCTION TEST





# *Capital Reduction Test* *($ in millions)*

|  | Valuation Summary | | |
|---|---|---|---|
| | Low | Mid | High |
| *Valuation Method* | | | |
| Comparable Companies | $10,176.4 | *$11,917.9* | $13,659.4 |
| Comparable Transactions | $10,176.4 | *$11,917.9* | $13,659.4 |
| Sum of Individual Assets | $10,389.3 | *$12,189.3* | $13,989.3 |
| Discounted Cash Flow | $7,657.0 | *$8,222.4* | $8,787.8 |
| **Average Operating Enterprise Value** | **$9,599.8** | **$11,061.9** | **$12,524.0** |
| + Equity Investments | $2,412.0 | $2,686.0 | $2,961.0 |
| + NPV of PHONES Tax Savings | $382.7 | $382.7 | $382.7 |
| **Adjusted Enterprise Value** | **$12,394.5** | **$14,130.5** | **$15,867.6** |
| + Cash | $188.0 | $188.0 | $188.0 |
| - Debt | ($5,274.2) | ($5,274.2) | ($5,274.2) |
| - Identified Contingent Liabilities | ($97.1) | ($97.1) | ($97.1) |
| **Equity Value** | **$7,211.2** | **$8,947.3** | **$10,684.4** |
| *% of Enterprise Value* | *58.2%* | *63.3%* | *67.3%* |





VRC0039357

CONFIDENTIAL





*CASE COMPARISONS*



# *Base Case Comparisons ($ in millions)*

| Consolidated Company Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| *Revenue* | | | | | | | | |
| Current Base Case | $5,357.6 | $5,177.8 | $5,071.8 | $5,137.4 | $5,161.5 | $5,185.8 | $5,210.2 | $36,302.0 |
| Original Base Case | $5,357.6 | $5,262.2 | $5,295.1 | $5,363.7 | $5,392.0 | $5,420.6 | $5,449.4 | $37,540.7 |
| $ Variance | $0.0 | $84.4 | $223.4 | $226.4 | $230.6 | $234.8 | $239.2 | ($1,238.7) |
| % Variance | 0.0% | 1.6% | 4.4% | 4.4% | 4.5% | 4.5% | 4.6% | -3.3% |
| *EBITDA* | | | | | | | | |
| Current Base Case | $1,365.9 | $1,376.8 | $1,364.4 | $1,393.2 | $1,388.6 | $1,393.3 | $1,398.1 | $9,680.3 |
| Original Base Case | $1,305.9 | $1,420.4 | $1,448.4 | $1,478.5 | $1,475.1 | $1,481.0 | $1,486.9 | $10,096.2 |
| $ Variance | ($60.0) | $43.6 | $84.1 | $85.3 | $86.5 | $87.6 | $88.8 | ($415.9) |
| % Variance | -4.4% | 3.2% | 6.2% | 6.1% | 6.2% | 6.3% | 6.4% | -4.1% |
| *Cash Available for Debt Repayment* | | | | | | | | |
| Current Base Case | $247.6 | $1,064.1 | $415.2 | $48.2 | $534.1 | $592.7 | $565.2 | $3,467.2 |
| Original Base Case | $211.0 | $175.0 | $437.1 | $67.1 | $553.2 | $611.2 | $579.7 | $2,634.4 |
| $ Variance | ($36.7) | ($889.1) | $21.9 | $18.9 | $19.1 | $18.4 | $14.5 | $832.8 |
| % Variance | -14.8% | -83.6% | 5.3% | 39.2% | 3.6% | 3.1% | 2.6% | 31.6% |
| *Debt / EBITDA Covenant* | | | | | | | | |
| Current Base Case | 4.27x | 3.66x | 3.24x | 3.05x | 2.63x | 2.15x | 1.74x | |
| Original Base Case | 4.42x | 4.06x | 3.61x | 3.40x | 2.97x | 2.49x | 2.07x | |
| Covenant | 6.25x | 6.00x | 5.75x | 5.50x | 5.25x | 5.25x | 5.25x | |
| *EBITDA / Cash Interest Covenant* | | | | | | | | |
| Current Base Case | 2.80x | 2.58x | 2.93x | 3.18x | 3.51x | 4.01x | 4.70x | |
| Original Base Case | 2.49x | 2.67x | 2.85x | 3.08x | 3.37x | 3.80x | 4.31x | |
| Covenant | 6.25x | 6.00x | 5.75x | 5.50x | 5.25x | 5.25x | 5.25x | |
| *Total Debt* | | | | | | | | |
| Current Base Case | $8,565.4 | $7,412.5 | $6,940.7 | $6,385.9 | $5,794.9 | $5,144.4 | $4,439.5 | |
| Original Base Case | $8,590.8 | $8,312.0 | $7,803.2 | $7,214.5 | $6,589.4 | $5,905.5 | $5,171.0 | |
| $ Variance | $25.4 | $899.5 | $862.5 | $828.6 | $794.5 | $761.1 | $731.6 | |
| % Variance | 0.3% | 12.1% | 12.4% | 13.0% | 13.7% | 14.8% | 16.5% | |





VRC0003935S

CONFIDENTIAL

# *Base Cases Comparison* ($ in millions) (continued)

| Publishing Segment Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| *Revenue* | | | | | | | | |
| Current Base Case | $3,947.3 | $3,911.1 | $3,880.4 | $3,904.7 | $3,932.1 | $3,959.6 | $3,987.3 | $27,522.4 |
| Original Base Case | $3,947.3 | $3,969.2 | $3,997.9 | $4,024.7 | $4,054.4 | $4,084.3 | $4,114.5 | $28,192.3 |
| **$ Variance** | **$0.0** | **$58.1** | **$117.6** | **$119.9** | **$122.3** | **$124.8** | **$127.3** | **($669.9)** |
| **% Variance** | **0.0%** | **1.5%** | **3.0%** | **3.1%** | **3.1%** | **3.2%** | **3.2%** | **-2.4%** |
| *EBITDA* | | | | | | | | |
| Current Base Case | $928.5 | $939.5 | $937.9 | $950.0 | $960.2 | $966.9 | $973.6 | $6,656.5 |
| Original Base Case | $928.5 | $953.6 | $966.5 | $979.4 | $990.3 | $997.6 | $1,005.0 | $6,821.0 |
| **$ Variance** | **$0.0** | **$14.1** | **$28.7** | **$29.4** | **$30.2** | **$30.8** | **$31.4** | **($164.5)** |
| **% Variance** | **0.0%** | **1.5%** | **3.1%** | **3.1%** | **3.1%** | **3.2%** | **3.2%** | **-2.4%** |

| Broadcasting Segment Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| *Revenue* | | | | | | | | |
| Current Base Case | $1,181.8 | $1,225.7 | $1,149.4 | $1,189.6 | $1,185.4 | $1,181.2 | $1,176.8 | $8,290.0 |
| Original Base Case | $1,181.8 | $1,252.0 | $1,255.2 | $1,296.1 | $1,293.7 | $1,291.2 | $1,288.8 | $8,858.8 |
| **$ Variance** | **$0.0** | **$26.3** | **$105.8** | **$106.4** | **$108.2** | **$110.1** | **$112.0** | **($568.8)** |
| **% Variance** | **0.0%** | **2.1%** | **9.2%** | **8.9%** | **9.1%** | **9.3%** | **9.5%** | **-6.4%** |
| *EBITDA* | | | | | | | | |
| Current Base Case | $391.2 | $436.0 | $426.2 | $443.9 | $429.1 | $427.7 | $426.3 | $2,980.3 |
| Original Base Case | $391.2 | $443.5 | $459.6 | $477.8 | $463.4 | $462.5 | $461.7 | $3,159.7 |
| **$ Variance** | **$0.0** | **$7.5** | **$33.4** | **$33.9** | **$34.3** | **$34.9** | **$35.4** | **($179.4)** |
| **% Variance** | **0.0%** | **1.7%** | **7.8%** | **7.6%** | **8.0%** | **8.1%** | **8.3%** | **-5.7%** |





VRC0039360

CONFIDENTIAL

# *Base Case vs Sensitivity Comparison* *($ in millions)*

| Consolidated Company Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | |
| Current Base Case | $5,357.6 | $5,177.8 | $5,071.8 | $5,137.4 | $5,161.5 | $5,185.8 | $5,210.2 | $36,302.0 |
| Sensitivity Case | $5,357.6 | $4,921.6 | $4,686.3 | $4,584.0 | $4,494.2 | $4,406.2 | $4,320.0 | $32,769.8 |
| $ Variance | $0.0 | ($256.2) | ($385.5) | ($553.4) | ($667.3) | ($779.6) | ($890.2) | $3,532.1 |
| % Variance | 0.0% | -4.9% | -7.6% | -10.8% | -12.9% | -15.0% | -17.1% | 10.8% |
| **EBITDA** | | | | | | | | |
| Current Base Case | $1,365.9 | $1,376.8 | $1,364.4 | $1,393.2 | $1,388.6 | $1,393.3 | $1,398.1 | $9,680.3 |
| Sensitivity Case | $1,365.9 | $1,197.2 | $1,106.1 | $1,114.8 | $1,171.7 | $1,174.6 | $1,150.6 | $8,280.9 |
| $ Variance | $0.0 | ($179.6) | ($258.2) | ($278.4) | ($217.0) | ($218.7) | ($247.5) | $1,399.4 |
| % Variance | 0.0% | -13.0% | -18.9% | -20.0% | -15.6% | -15.7% | -17.7% | 16.9% |
| **Cash Available for Debt Repayment** | | | | | | | | |
| Current Base Case | $247.6 | $1,064.1 | $415.2 | $48.2 | $534.1 | $592.7 | $565.2 | $3,467.2 |
| Sensitivity Case | $247.6 | $1,001.5 | $299.6 | $0.0 | $431.9 | $483.8 | $431.9 | $2,896.3 |
| $ Variance | $0.0 | ($62.6) | ($115.6) | ($48.2) | ($102.2) | ($109.0) | ($133.3) | $570.9 |
| % Variance | 0.0% | -5.9% | -27.8% | -100.0% | -19.1% | -18.4% | -23.6% | 19.7% |
| **Debt / EBITDA Covenant** | | | | | | | | |
| Current Base Case | 4.27x | 3.66x | 3.24x | 3.05x | 2.63x | 2.15x | 1.74x | |
| Sensitivity Case | 4.27x | 4.23x | 4.07x | 3.97x | 3.36x | 2.87x | 2.52x | |
| Covenant | 6.25x | 6.00x | 5.75x | 5.50x | 5.25x | 5.25x | 5.25x | |
| **EBITDA / Cash Interest Covenant** | | | | | | | | |
| Current Base Case | 2.80x | 2.58x | 2.93x | 3.18x | 3.51x | 4.01x | 4.70x | |
| Sensitivity Case | 2.80x | 2.25x | 2.38x | 2.51x | 2.83x | 3.16x | 3.49x | |
| Covenant | 6.25x | 6.00x | 5.75x | 5.50x | 5.25x | 5.25x | 5.25x | |
| **Total Debt** | | | | | | | | |
| Current Base Case | $8,565.4 | $7,412.5 | $6,940.7 | $6,385.9 | $5,794.9 | $5,144.4 | $4,439.5 | |
| Sensitivity Case | $8,565.4 | $7,475.1 | $7,118.8 | $6,697.9 | $6,209.2 | $5,667.6 | $5,096.0 | |
| $ Variance | $0.0 | $62.6 | $178.2 | $312.1 | $414.2 | $523.2 | $656.5 | |
| % Variance | 0.0% | 0.8% | 2.6% | 4.9% | 7.1% | 10.2% | 14.8% | |





VRC0039361

CONFIDENTIAL

# *Base Case vs Sensitivity Comparison* ($ in millions) (continued)

| Publishing Segment Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| *Revenue* | | | | | | | | |
| Current Base Case | $3,947.3 | $3,911.1 | $3,880.4 | $3,904.7 | $3,932.1 | $3,959.6 | $3,987.3 | $27,522.4 |
| Sensitivity Case | $3,947.3 | $3,769.7 | $3,600.0 | $3,528.0 | $3,457.5 | $3,388.3 | $3,320.6 | $25,011.4 |
| **$ Variance** | **$0.0** | **($141.4)** | **($280.3)** | **($376.7)** | **($474.6)** | **($571.2)** | **($666.7)** | **$2,511.0** |
| **% Variance** | **0.0%** | **-3.6%** | **-7.2%** | **-9.6%** | **-12.1%** | **-14.4%** | **-16.7%** | **10.0%** |
| | | | | | | | | |
| *EBITDA* | | | | | | | | |
| Current Base Case | $928.5 | $939.5 | $937.9 | $950.0 | $960.2 | $966.9 | $973.6 | $6,656.5 |
| Sensitivity Case | $928.5 | $829.3 | $756.0 | $776.2 | $829.8 | $827.4 | $810.8 | $5,758.0 |
| **$ Variance** | **$0.0** | **($110.2)** | **($181.9)** | **($173.8)** | **($130.4)** | **($139.5)** | **($162.8)** | **$898.5** |
| **% Variance** | **0.0%** | **-11.7%** | **-19.4%** | **-18.3%** | **-13.6%** | **-14.4%** | **-16.7%** | **15.6%** |

| Broadcasting Segment Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| *Revenue* | | | | | | | | |
| Current Base Case | $1,181.8 | $1,225.7 | $1,149.4 | $1,189.6 | $1,185.4 | $1,181.2 | $1,176.8 | $8,290.0 |
| Sensitivity Case | $1,181.8 | $1,110.9 | $1,044.3 | $1,012.9 | $992.7 | $972.8 | $953.4 | $7,268.8 |
| **$ Variance** | **$0.0** | **($114.8)** | **($105.2)** | **($176.7)** | **($192.7)** | **($208.3)** | **($223.5)** | **$1,021.2** |
| **% Variance** | **0.0%** | **-9.4%** | **-9.1%** | **-14.9%** | **-16.3%** | **-17.6%** | **-19.0%** | **14.0%** |
| | | | | | | | | |
| *EBITDA* | | | | | | | | |
| Current Base Case | $391.2 | $436.0 | $426.2 | $443.9 | $429.1 | $427.7 | $426.3 | $2,980.3 |
| Sensitivity Case | $391.2 | $366.6 | $349.8 | $339.3 | $342.5 | $348.5 | $341.6 | $2,479.5 |
| **$ Variance** | **$0.0** | **($69.4)** | **($76.4)** | **($104.6)** | **($86.6)** | **($79.2)** | **($84.7)** | **$500.9** |
| **% Variance** | **0.0%** | **-15.9%** | **-17.9%** | **-23.6%** | **-20.2%** | **-18.5%** | **-19.9%** | **20.2%** |





VRC0039362

CONFIDENTIAL

# *Sensitivity Cases Comparison* *($ in millions)*

| Consolidated Company Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | |
| Current Sensitivity Case | $5,357.6 | $4,921.6 | $4,686.3 | $4,584.0 | $4,494.2 | $4,406.2 | $4,320.0 | $32,769.8 |
| Original Sensitivity Case | $5,357.6 | $4,992.6 | $4,822.6 | $4,717.3 | $4,635.2 | $4,554.6 | $4,475.6 | $33,555.7 |
| $ Variance | $0.0 | ($71.0) | ($136.3) | ($133.4) | ($141.0) | ($148.5) | ($155.6) | ($785.9) |
| % Variance | 0.0% | -1.4% | -2.8% | -2.8% | -3.0% | -3.3% | -3.5% | -2.3% |
| | | | | | | | | |
| **EBITDA** | | | | | | | | |
| Current Sensitivity Case | $1,365.9 | $1,197.2 | $1,106.1 | $1,114.8 | $1,171.7 | $1,174.6 | $1,150.6 | $8,280.9 |
| Original Sensitivity Case | $1,305.9 | $1,224.9 | $1,154.2 | $1,173.8 | $1,235.9 | $1,237.9 | $1,216.6 | $8,549.3 |
| $ Variance | $60.0 | ($27.7) | ($48.1) | ($59.0) | ($64.3) | ($63.2) | ($66.0) | ($268.3) |
| % Variance | 4.6% | -2.3% | -4.2% | -5.0% | -5.2% | -5.1% | -5.4% | -3.1% |
| | | | | | | | | |
| **Cash Available for Debt Repayment** | | | | | | | | |
| Current Sensitivity Case | $247.6 | $1,001.5 | $299.6 | $0.0 | $431.9 | $483.8 | $431.9 | $2,896.3 |
| Original Sensitivity Case | $211.0 | $56.8 | $300.8 | $0.0 | $437.2 | $486.4 | $431.1 | $1,923.3 |
| $ Variance | $36.7 | $944.7 | ($1.2) | $0.0 | ($5.3) | ($2.6) | $0.8 | $973.0 |
| % Variance | 17.4% | 1662.7% | -0.4% | nm | -1.2% | -0.5% | 0.2% | 50.6% |
| | | | | | | | | |
| **Debt / EBITDA Covenant** | | | | | | | | |
| Current Sensitivity Case | 4.27x | 4.23x | 4.07x | 3.97x | 3.36x | 2.87x | 2.52x | |
| Original Sensitivity Case | 4.42x | 4.75x | 4.65x | 4.49x | 3.84x | 3.35x | 3.01x | |
| Covenant | 6.25x | 6.00x | 5.75x | 5.50x | 5.25x | 5.25x | 5.25x | |
| | | | | | | | | |
| **EBITDA / Cash Interest Covenant** | | | | | | | | |
| Current Sensitivity Case | 2.80x | 2.25x | 2.38x | 2.51x | 2.83x | 3.16x | 3.49x | |
| Original Sensitivity Case | 2.49x | 2.31x | 2.26x | 2.39x | 2.69x | 2.96x | 3.19x | |
| Covenant | 6.25x | 6.00x | 5.75x | 5.50x | 5.25x | 5.25x | 5.25x | |
| | | | | | | | | |
| **Total Debt** | | | | | | | | |
| Current Sensitivity Case | $8,565.4 | $7,475.1 | $7,118.8 | $6,697.9 | $6,209.2 | $5,667.6 | $5,096.0 | |
| Original Sensitivity Case | $8,590.8 | $8,430.2 | $8,057.7 | $7,618.8 | $7,109.8 | $6,550.6 | $5,964.7 | |
| $ Variance | ($25.4) | ($955.1) | ($938.9) | ($920.8) | ($900.6) | ($883.0) | ($868.7) | |
| % Variance | -0.3% | -11.3% | -11.7% | -12.1% | -12.7% | -13.5% | -14.6% | |





VRC0039363

CONFIDENTIAL

# *Sensitivity Cases Comparison* ($ in millions) (continued)

| Publishing Segment Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| *Revenue* | | | | | | | | |
| Current Sensitivity Case | $3,947.3 | $3,769.7 | $3,600.0 | $3,528.0 | $3,457.5 | $3,388.3 | $3,320.6 | $25,011.4 |
| Original Sensitivity Case | $3,947.3 | $3,828.9 | $3,714.0 | $3,639.7 | $3,566.9 | $3,495.6 | $3,425.7 | $25,618.2 |
| $ Variance | $0.0 | ($59.2) | ($114.0) | ($111.7) | ($109.5) | ($107.3) | ($105.1) | ($606.8) |
| % Variance | 0.0% | -1.5% | -3.1% | -3.1% | -3.1% | -3.1% | -3.1% | -2.4% |
| *EBITDA* | | | | | | | | |
| Current Sensitivity Case | $928.5 | $829.3 | $756.0 | $776.2 | $829.8 | $827.4 | $810.8 | $5,758.0 |
| Original Sensitivity Case | $928.5 | $842.4 | $779.9 | $800.7 | $856.1 | $853.8 | $836.8 | $5,898.2 |
| $ Variance | $0.0 | ($13.0) | ($23.9) | ($24.6) | ($26.3) | ($26.5) | ($25.9) | ($140.2) |
| % Variance | 0.0% | -1.5% | -3.1% | -3.1% | -3.1% | -3.1% | -3.1% | -2.4% |

| Broadcasting Segment Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| *Revenue* | | | | | | | | |
| Current Sensitivity Case | $1,181.8 | $1,110.9 | $1,044.3 | $1,012.9 | $992.7 | $972.8 | $953.4 | $7,268.8 |
| Original Sensitivity Case | $1,181.8 | $1,122.7 | $1,066.6 | $1,034.6 | $1,024.3 | $1,014.0 | $1,003.9 | $7,447.9 |
| $ Variance | $0.0 | ($11.8) | ($22.3) | ($21.7) | ($31.6) | ($41.2) | ($50.5) | ($179.1) |
| % Variance | 0.0% | -1.1% | -2.1% | -2.1% | -3.1% | -4.1% | -5.0% | -2.4% |
| *EBITDA* | | | | | | | | |
| Current Sensitivity Case | $391.2 | $366.6 | $349.8 | $339.3 | $342.5 | $348.5 | $341.6 | $2,479.5 |
| Original Sensitivity Case | $391.2 | $359.3 | $352.0 | $351.8 | $358.5 | $363.2 | $359.6 | $2,535.6 |
| $ Variance | $0.0 | $7.3 | ($2.1) | ($12.4) | ($16.0) | ($14.8) | ($18.1) | ($56.1) |
| % Variance | 0.0% | 2.0% | -0.6% | -3.5% | -4.5% | -4.1% | -5.0% | -2.2% |





VRC0039364

CONFIDENTIAL

# *Disclaimer*

- *The accompanying material was compiled on a confidential basis for use solely by the Board of Directors of The Tribune Company as of May 17, 2007. This material is not intended to provide the sole basis for evaluating any transaction or event, does not purport to contain all information that may be required and should not be considered a recommendation with respect to any transaction or event. This material was prepared for a specific use by specific persons as of a specific date and was not prepared to conform with any disclosure standards under securities laws or otherwise. Neither Valuation Research Corporation ("VRC") nor any of its officers, directors, employees, affiliates, advisors, agents or representatives warrants the accuracy or completeness of any of the material set forth herein. Nothing contained in the accompanying material is, or shall be relied upon as, a promise or representation as to the past, the present or the future. This material must not be copied, reproduced, distributed or passed to others at any time without the prior written consent of VRC.*

- *It should be understood that any estimates, valuations, forecasts or projections contained in the accompanying material were prepared or derived from information supplied by the Company and public sources without the assumption by VRC of responsibility for any independent verification thereof. Accordingly, no representation or warranty can be or is made by VRC as to the accuracy or achievability of any such valuations, estimates, forecasts or projections and VRC expressly disclaims any and all liability relating to or resulting from the use of this material. Actual results may vary from such estimates, valuations, forecasts or projections and such variations may be material. Subsequent events may impact the analyses and conclusions set forth in the accompanying material and VRC does not assume any responsibility to update or revise the accompanying material for any events subsequent to the specified date set forth herein.*





VRC0003365

CONFIDENTIAL