**Chandler Bigelow**
Vice President/Treasurer
312/222-5578

# TRIBUNE

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611
fax: 312/222-3148
e-mail: cbigelow@tribune.com

March 28, 2007

*Via Facsimile and Email*

Duff & Phelps, LLC
311 South Wacker Drive
Suite 4200
Chicago, Illinois 60606

Attention:    Robert A. Bartell
              Managing Director

Dear Bob,

Following up on our telephone conversation of this morning, this letter will serve as our formal written notice of termination of the letter agreement dated February 13, 2007 regarding your engagement as independent financial advisor to the Company's Board of Directors. The termination is effective immediately.

We appreciate the good work you have done for us to date and would not hesitate to contact you for future projects.

Very truly yours,

*[signature]*

Chandler Bigelow

CB/sf

Professionals' Eyes Only

TRB0094437