# TRIBUNE

## 2007 OPERATING PLAN

CONFIDENTIAL                    FEBRUARY 2007

# 2007 Operating Plan
# Index

                                                                         Page

Operating Plan Overview ..................................................................    1

Summary of Operations

   •  Consolidated .............................................................    8

   •  Publishing ...............................................................    9

   •  Broadcasting & Entertainment...............................    10

Consolidated Cash Flow Summary.......................................    11

Capital Investments..............................................................    12

### TRIBUNE COMPANY
### 2007 OPERATING PLAN OVERVIEW

## 2007 FINANCIAL SUMMARY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Consolidated Financial Summary** | | | | | | | |
| ($ in millions, except per share amounts) | | | | | | | |
| | **2007 Plan** | **2006 Actual** | | **2005 Actual** | **2004 Actual** | **2003 Actual** | **2002 Actual** |
| | | **52-Weeks** | **53-Weeks** | | | | |
| Revenues | $ 5,385 | $5,433 | $5,518 | $5,511 | $5,631 | $5,494 | $5,285 |
| Cash Expenses | $ 4,115 | $4,125 | $4,187 | $4,110 | $4,083 | $3,945 | $3,822 |
| Op Cash Flow | $ 1,270 | $1,308 | $1,330 | $1,401 | $1,548 | $1,549 | $1,463 |
| Diluted EPS | $2.00 | $1.97 | $2.01 | $2.03 | $2.19 | $2.03 | $1.81 |

\* Excludes special items, non-operating items and discontinued operations (Albany, Atlanta and Boston TV stations).

Key highlights of the 2007 plan compared to 2006 on a comparable 52-week basis follows. Our operating plan does not reflect the implementation of any strategic actions currently under review by the Special Committee.

- Consolidated revenues decrease by $48 million, or 1%, with Publishing down $41 million (1%) and Broadcasting declining by $7 million (0.5%).
- Cash expenses decline by $10 million, or 0.2%, primarily due to lower newsprint expense, partially offset by increases in compensation expense and other cash expenses.
  - o Compensation expense will be up only slightly as merit increases and higher stock-based compensation expense will be largely offset by lower retirement expense and the impact of FTE reductions.
    - Stock-based compensation expense is projected at $42 million in 2007 compared to $32 million in 2006. The increase is due to the 2007 expense including the amortization of both the 2006 and 2007 equity grants. The 2006 expense consisted of primarily just the amortization of the 2006 grant as the 2003, 2004 and 2005 grants were early vested in 2005 prior to adopting the new accounting standard.
    - Pension expense is projected to decline by $25 million due to strong investment returns in 2006 and a higher discount rate. The 401(k) retirement expense will decline by $4 million due to reducing the target contribution rate to 6.5% from 7.0% in 2006.
- Consolidated operating cash flow decreases by $38 million, or 3%.
- Equity income decreases by $8 million to a total of $67 million in 2007 primarily due to equity losses from potential interactive investments and a lower share of TMCT equity income, partially offset by higher income from TV Food Network and improved results at CareerBuilder.
- Interest expense increases by $57 million, or 21%, due to the additional debt to finance the stock repurchases in 2006.

- Diluted earnings per share are projected to be up 3 cents to $2.00 as a decline in operating profit and equity income is more than offset by lower average shares outstanding and a more favorable effective tax rate. Average diluted shares outstanding will be down 12% to 242 million in 2007.

## PUBLISHING

### 53rd Week in 2006

The 53rd week in 2006 added approximately $68 million of revenue, $50 million of cash expenses and $18 million of operating cash flow to Publishing's results. The impact of the 53rd week increased growth rates by just under 2% for advertising revenues, operating revenues, cash expenses, operating cash flow and operating profit in 2006.

The 2007 comparisons to 2006 included in the following discussion are on a 52-week basis.

### Revenue

Publishing's operating revenues are expected to decrease by $41 million, or 1.0%, in 2007 due to the difficult advertising environment and structural changes facing the newspaper industry. Interactive, targeted print and preprint growth will be mostly offset by declines in print advertising and circulation revenue as the newspapers continue selective home delivery discounting in order to stabilize individually paid circulation.

The planned 1% decline in revenue is in the middle of the range of industry analysts' forecasts for publishing. Similar to our industry peers, the first half of 2007 will have more difficult comparables than the second half. We are projecting second half results to be better versus the second half of 2006, which was down 2%. We expect to perform at least as well as the industry due to many of the initiatives we have in place to improve top-line growth.

*Advertising*
- Advertising revenues are projected to decrease by $33 million, or 1.0%, primarily due to a $135 million, or 7%, decline in print advertising at the daily newspapers. This decline will be partially offset by a $49 million, or 22%, increase in Interactive revenues, a $41 million, or 6%, increase in preprints and a $12 million, or 4%, increase in targeted print revenues.
- Structural and cyclical advertising revenue declines will be partially offset by more color ads, as well as innovative and premium ad positions. Chicago and South Florida completed projects in the fourth quarter of 2006 to increase color capacity. Premium ad positions are projected to add approximately $15 million of incremental revenue in 2007.
- Retail advertising is projected to increase $15 million, or 1.1%, as preprint growth of $35 million, including $25 million of incremental revenue from the ADVO distribution agreement, is partially offset by declines in daily newspaper print advertising.
- Local retail categories represent approximately 60% of retail advertising and are the most impacted by local sales force pressure. Local retail was up 2% in 2006 and is projected to be up about the same in 2007. These increases will be mostly offset by declines in

2

national retailers in the department store, electronics and food and drug categories due to consolidations within those industries and greater competition from other national media.

- Total preprint growth of $41 million, or 6%, is primarily due to increases from the ADVO agreement in Los Angeles, Chicago's packaging expansion to provide sub-zip code level targeting and improved preprint results at Newsday. Newsday cycled through most of the $25 million in preprint losses as a result of terminating its relationship with its sales agent CBA (Harold Matzner) by the end of 2006. Newsday is working hard to win back additional accounts and is projecting a slight increase in preprint revenue in 2007.
- National is projected to decrease $17 million, or 2.4%. Many of the key national advertisers, including airlines, telecom, movie studios and auto manufacturers are facing cyclical issues within their own industries, which in turn, are putting downward pressure on advertising budgets as they seek to cut costs.
- Classified is projected to decrease $31 million, or 2.7%, as all three major classified categories face difficult trends in 2007. Online classified, which represents approximately 80% of total interactive revenues, will grow $36 million, or 19%.
    - o Real estate became the largest classified category in 2006 after growing $70 million. In 2007, it is projected to decrease $5 million, or 2%. Online growth of $14 million, including $10 million of incremental revenue from the full year of ForSaleByOwner.com, will be more than offset by print declines as the housing market has slowed, especially new home sales, and spending levels are not projected to be sustained at the record levels of 2006.
    - o Recruitment, which fell 3% in 2006, is projected to decrease $14 million, or 4%, in 2007. Online is projected to grow $10 million, or 9%. Declines in print listings will continue as more advertisers move to online only solutions. However, these declines should moderate somewhat as the price of an online posting approaches the price for an average sized print ad in a large market. The newspapers are also testing innovative print pricing models to improve advertiser returns on investment.
    - o Automotive classified advertising is projected to decline $8 million, or 2%, in 2007, an improvement in the trend over the past two years. Online is projected to grow $11 million, or 28%. In many markets, domestic auto dealers are struggling with lower profits and lower shared promotional dollars after the large manufacturer incentives ended in 2005. Additionally, dealership consolidation will continue but at a slower rate. As with recruitment, the newspapers are testing different pricing models to better partner with local dealers who are seeking ways to sell more cars.

*Circulation*
- Circulation revenues are projected to decrease $23 million, or 4%, as the newspapers continue to selectively discount home delivery in order to keep individually paid copies stable and manage subscriber acquisition expenses and churn.
- Daily and Sunday circulation is expected to decrease 1.1% and 1.2%, respectively, as the Group continues to reduce copies in the "other paid" category.
- Daily individually paid circulation is projected to decrease 0.6% in 2007. Home delivery will remain flat with single copy down 3%.

3

- Sunday individually paid circulation is projected to decrease 0.7%. Home delivery will be down 0.4% and single copy will be down 2%.
- These planned circulation results are expected to be better than the results for our newspaper peers in major metropolitan markets.

## Expenses

Cash expenses are projected to decrease $25 million, or 1%, in 2007. Cost savings from approximately 500 fewer FTEs, a reduction in both price and consumption for newsprint, continued outsourcing initiatives, and other structural changes are expected to save approximately $150 million in 2007. These savings will be partially offset by inflationary pressures and funding for continued development initiatives in higher growth interactive and targeted print opportunities. Cash expenses also reflect an increase of $26 million from a full year of ForSaleByOwner.com and the ADVO distribution agreement.

- Newsprint and ink expense is projected to decrease by $41 million, or 8%, in 2007 due to a 4% decrease in average newsprint price and a 5% decline in consumption. The consumption decline will come from initiatives to reduce pages and waste and the projected decrease in circulation. Additionally, throughout 2007 and the first half of 2008, press modifications will be made to reduce the web width at seven of the newspapers. Newsprint savings of $2 million are projected for 2007. Once fully implemented, the reduction in web width is projected to result in annual savings of approximately $11 million.
- Compensation expense is projected to be essentially flat in 2007, as merit increases, incentives at target levels and an increase in stock-based compensation will be largely offset by savings from about 500 fewer employees.
  - Benefits are projected to decrease by $6 million, or 2%, as lower retirement costs will more than offset increases in other fringe benefits.
  - Stock-based compensation is projected to be $5 million higher.
- Other cash expenses are projected to increase by $10 million, or 1%, in 2007, primarily due to increases in postage expense for mailed preprint products and growth in affiliate fees and promotion expenses related to interactive joint ventures and new products, partially offset by savings in other areas.
- The plan assumes the restructuring of Recycler in Los Angeles and the sale of the New York edition of *Hoy* in the first quarter of 2007. These actions improve targeted print operating cash flow by $8 million in 2007.

## Operating Cash Flow and Operating Profit

Publishing operating cash flow is expected to decrease 1.7% to $915 million. Operating cash flow growth in interactive and the targeted print businesses will be offset by modest declines at the daily newspapers. Operating cash flow margin will remain flat at 23%. Operating profit is projected to decrease $32 million, or 4.3%, to $725 million primarily due to a $17 million increase in deprecation expense mostly related to the common advertising, circulation and editorial system projects.

4

**Interactive Joint Ventures**

Publishing's interactive joint ventures represent investments that allow Tribune to exploit continued market shifts from print to online. Publishing's equity losses are planned to increase by $8 million to $23 million in 2007, primarily due to planned losses of $13 million for start-up losses related to new interactive investments and initiatives with other newspaper partners, including a national online advertising network and new niche content channels. In addition, equity losses at Topix.net will increase by $2 to $3 million in 2007 due to increased promotion and product development. The higher losses will be partially offset by improved results at CareerBuilder, which is projected to be profitable in 2007.

## BROADCASTING

### 53rd Week in 2006

The 53rd week in 2006 added approximately $17 million of revenue, $12 million of cash expenses and $5 million of operating cash flow. The impact of the 53rd week increased Broadcasting's growth rates by 1% for revenues, cash expenses, and operating cash flow in 2006.

The 2007 comparisons to 2006 included in the following discussion are on a 52-week basis.

### Revenue

Broadcasting's operating revenues are planned to decrease by $7 million, or 0.5%, in 2007. Television advertising revenues are projected to be down 1% in 2007 versus industry spot television revenue forecasts showing a decline of 3%. Excluding political revenue, our television advertising revenue is expected to increase 2% versus a non-political, non-Olympic spot market forecast of less than 1%. Our overall television revenue share is expected to increase 0.7% due to the loss of political revenue having a more significant impact on our competitors.

| Big Three Markets Advertising Revenue (Including Political) | | | |
|---|---|---|---|
| | 2007 Plan | 2006 52-Weeks | 2005 Actual |
| **New York** | | | |
| WPIX | +4.3% | -6.5% | -13.4% |
| Market | -2.1% | -3.4% | -3.4% |
| | | | |
| **Los Angeles** | | | |
| KTLA | -4.0% | +3.6% | -11.0% |
| Market | -8.6% | +7.5% | -2.0% |
| | | | |
| **Chicago** | | | |
| WGN | -6.1% | -7.2% | -4.1% |
| Market | -6.0% | +2.3% | -0.1% |

- Declining ratings in key dayparts (Early and Late Fringe) will continue to negatively impact revenue until the rollout of *Two And A Half Men* and *Family Guy* in September 2007. These declines will be partially offset by an increase in primetime revenue on our Fox and CW stations.
- Revenues are expected to decline 2% at our stations with local people meters (LPMs), remain flat at our Fox stations and increase 2% at all other CW stations. Advertising revenues at Superstation WGN are projected to be down 2%.
- Revenues at WGN Radio are expected to fall 2% due to no longer sponsoring the Chicago Flower and Garden Show.

5

- Tribune Entertainment revenues are expected to increase 17% as a result of a full year of *American Idol Rewind* barter advertising sales and the back-end sale of *Mutant X*.
- Chicago Cubs revenues will fall 4% due to lower planned attendance.

## Expenses

Cash expenses are expected to increase $15 million, or 2%, in 2007. Nielsen costs related to LPMs and the resumption of ratings in New Orleans and costs related to promoting key new shows are planned in 2007. Broadcasting's 2006 FTEs are projected to be down 1% in 2007 as a result of the planned third quarter outsourcing of news production at our Dallas, Houston and St. Louis stations.

- Broadcast rights expense is projected to fall by $2 million, or 1%, due to lower fees paid to The CW network and reduced sports amortization resulting from not renewing Cardinals baseball in St. Louis. These decreases will be partially offset by higher fourth quarter syndicated rights expense related to the premier in fall 2007 of *Two and a Half Men* and *Family Guy*.
- Television compensation is projected to increase 4% due to merit increases and higher stock-based compensation expense. Direct pay is planned up only 1%, as 3% merit increases for non-union personnel will be partially offset by FTE reductions. Stock-based compensation is projected to be $4 million higher.
- Other television cash expenses will increase by $8 million, or 4%, due primarily to the outsourcing of news in the three markets mentioned above ($2 million), increased Nielsen costs related to LPMs and the resumption of ratings in New Orleans ($2 million) and increased promotion costs necessary to build interest in key new shows ($2 million). Excluding these items, other television cash expenses are up 1%.
- Radio cash expenses are projected to fall by 4% due to the discontinuation of the Chicago Flower and Garden Show sponsorship.
- Tribune Entertainment cash expenses will rise 1% while Cubs cash expenses will fall 1%.

## Operating Cash Flow and Operating Profit

Broadcasting and Entertainment's operating cash flow will decrease by $21 million, or 5%, to $416 million. Television's operating cash flow margin is projected at 32.7%, a decline of 1.5 points. Operating profit is projected to decrease by $23 million, or 6%, to $363 million.

## Equity Investments

Income from equity investments is planned at $90 million in 2007, up $5 million, or 6%, due to higher income anticipated from TV Food Network.

## CORPORATE AND FINANCING

Corporate cash expenses are projected to be flat at $61 million, as merit increases and higher stock-based compensation expense will be offset by a full year of savings from the sale of the corporate airplane, lower retirement plan expense and other cost reductions.

Interest expense is expected to increase by $57 million, or 21%, in 2007 due to higher average debt levels as a result of financing the stock repurchases in the second half of 2006. Tribune's debt-to-operating cash flow ratio for 2007 is projected at 3.2x excluding the PHONES (3.6x including PHONES debt at book value). We have $100 million available for acquisitions. The annual dividend will be held flat at $0.72 per share.

# Consolidated
## Summary of Operations [1]
(Amounts in millions, except per share amounts)

| | 2007 Plan | 2006 Actual 52-Weeks | 2006 Actual 53-Weeks | 2005 Actual | % Change '06-'07 52-Wks | % Change '06-'07 53-Wks | % Change '05-'06 52-Wks | 2007 Comments vs. 2006 52-Weeks |
|---|---|---|---|---|---|---|---|---|
| **Operating Revenues** | | | | | | | | |
| 1  Publishing | $3,984 | $4,025 | $4,093 | $4,097 | -1.0% | -2.6% | -1.8% | ◆ Advertising -1%, Circulation -4%, Other +6% |
| 2  Broadcasting | 1,401 | 1,408 | 1,425 | 1,414 | -0.5% | -1.7% | -0.5% | ◆ Aging fringe programming offset by new shows in Q4 |
| 3     **Total Revenues** | $5,385 | $5,433 | $5,518 | $5,511 | -0.9% | -2.4% | -1.4% | and stronger prime |
| **Operating Cash Expenses** | | | | | | | | |
| 4  Publishing | $3,069 | $3,094 | $3,144 | $3,111 | -0.8% | -2.4% | -0.5% | ◆ Newsprint -8%, compensation flat, other cash +1% |
| 5  Broadcasting | 985 | 970 | 982 | 949 | 1.5% | 0.3% | 2.3% | ◆ More LPMs & promotion for new shows |
| 6  Corporate | 61 | 61 | 62 | 50 | -0.4% | -1.1% | 21.3% | ◆ Higher stock-based compensation offset by lower |
| 7     **Total Op. Cash Exp.** | $4,115 | $4,125 | $4,187 | $4,110 | -0.2% | -1.7% | 0.4% | pension & other cost-savings |
| **Operating Cash Flow** | | | | | | | | ◆ Includes stock-based compensation of $42M in '07 |
| 8  Publishing | $915 | $931 | $949 | $986 | -1.7% | -3.6% | -5.8% | and $32M in '06; none in '05 |
| 9  Broadcasting | 416 | 437 | 443 | 466 | -5.0% | -6.1% | -6.0% | ◆ Revenue decline partially offset by expense savings |
| 10  Corporate | (61) | (61) | (62) | (50) | 0.4% | 1.1% | -21.3% | ◆ Political in '06 and aging product partially offset by |
| 11    **Total Op. Cash Flow** | 1,270 | 1,308 | 1,330 | 1,401 | -2.9% | -4.5% | -6.7% | outsourced news savings |
| **Operating Profit** | | | | | | | | |
| 12  Publishing | $725 | $757 | $775 | $811 | -4.3% | -6.5% | -6.7% | ◆ Higher depreciation expense due to common |
| 13  Broadcasting | 363 | 386 | 391 | 417 | -5.9% | -7.2% | -7.4% | systems projects |
| 14  Corporate | (62) | (63) | (63) | (52) | 0.2% | 0.9% | -20.1% | |
| 15     **Total Op. Profit** | 1,026 | 1,081 | 1,103 | 1,177 | -5.1% | -7.0% | -8.2% | ◆ Includes depreciation & amortization of $244M in '07 |
| 16 **Equity Income** | 67 | 75 | 75 | 41 | -10.7% | -10.7% | 81.8% | and $227M in '06 |
| 17 Interest & dividend income | 13 | 14 | 14 | 8 | -6.2% | -8.1% | 83.6% | ◆ TVFN +$6M; CB +$9M; ShopLocal -$1M; |
| 18 Interest expense | (324) | (267) | (274) | (155) | 21.2% | 18.1% | 72.0% | add'l interactive investments -$14M; TMCT -$5M |
| 19 Income before taxes | 782 | 902 | 918 | 1,070 | -13.3% | -14.9% | -15.7% | ◆ Higher debt levels as a result of stock repurchases |
| 20 Income taxes | (299) | (356) | (362) | (421) | -16.0% | -17.3% | -15.4% | in 2006 |
| 21 **Net Income** | $483 | $546 | $557 | $649 | -11.6% | -13.3% | -15.9% | ◆ Tax rate 38.25% in '07; 39.5% in '06 |
| 22 Avg. diluted shares outstanding | 242 | 274 | 274 | 315 | -11.8% | -11.8% | -13.0% | ◆ Stock repurchases of $2.3B (70.7M shares) in '06 |
| **Diluted EPS** | | | | | | | | and $440M (12.2M shares) in '05 |
| 23 Tribune Company | $2.00 | $1.97 | $2.01 | $2.03 | 1.5% | -0.5% | -3.0% | |
| 24 Wall Street average | $2.02 | | | | | | | |
| 25  Range of Estimates | $1.87-2.15 | | | | | | | |

(1) Excludes special items, non-operating items and discontinued operations.

# Publishing
## Summary of Operations [1]
($ in millions)

| | 2007 Plan | 2006 52-Week Actual | 2005 Actual | % Chg (52-Wk) '06-'07 | '05-'06 | 2007 Comments vs. 2006 52-Weeks |
|---|---|---|---|---|---|---|
| **Operating Revenues** | | | | | | |
| Advertising | | | | | | |
| 1  Retail | $1,336 | $1,321 | $1,324 | 1.1% | -0.2% | ◆ Preprint +6%, Targeted +5%, ROP -6%, ADVO +$25M |
| 2  National | 701 | 718 | 774 | -2.4% | -7.2% | ◆ ROP -5%, preprint +6% |
| 3  Classified | 1,135 | 1,166 | 1,146 | -2.7% | 1.7% | ◆ Recruitment -4%, Real estate -2%, Auto -2% |
| 4    Total Advertising | 3,172 | 3,205 | 3,244 | -1.0% | -1.2% | ◆ ADVO adds $25M of growth |
| 5  Circulation | 542 | 565 | 596 | -4.0% | -5.3% | ◆ Continued discounting to stabilize individually paid circulation |
| 6  Other | 270 | 255 | 257 | 6.0% | -0.7% | ◆ TMS +4%, commercial delivery and national direct mail |
| 7    **Total Revenues** | $3,984 | $4,025 | $4,097 | -1.0% | -1.8% | |
| **Operating Cash Expenses** | | | | | | |
| 8  Newsprint & Ink | $459 | $500 | $491 | -8.2% | 1.7% | ◆ 5% lower consumption and 4% average price decrease |
| 9  Compensation | 1,341 | 1,335 | 1,367 | 0.4% | -2.3% | ◆ 490 FTE reduction, partially offset by merit increases |
| 10  Other Cash | 1,269 | 1,259 | 1,252 | 0.8% | 0.5% | ◆ Mailed preprint postage +$18M |
| 11    **Total Cash Expenses** | 3,069 | 3,094 | 3,111 | -0.8% | -0.5% | |
| 12 **Operating Cash Flow** | 915 | 931 | 986 | -1.7% | -5.6% | ◆ '06 down 4% excluding stock-based compensation |
| 13  Depreciation & Amortization | 191 | 174 | 175 | 9.3% | -0.3% | ◆ Color projects and new circ / ad systems |
| 14    **Total Operating Profit** | $725 | $757 | $811 | -4.3% | -6.7% | |
| **Equity Investments** | | | | | | |
| 15  CareerBuilder (43%) | $1 | ($8) | ($15) | NM | 45.0% | ◆ Higher revenues in 2007 |
| 16  Classified Ventures (28%) | 1 | 2 | (2) | -49.4% | NM | |
| 17  ShopLocal.com (43%) | (9) | (9) | (5) | -7.1% | -73.2% | ◆ Continued promotion and product development |
| 18  Topix.net (34%) | (3) | (1) | (1) | -163% | -71.3% | ◆ Promotion and product development |
| 19  Other | (13) | 1 | (1) | NM | NM | ◆ Start-up losses for interactive ad network and niche channels |
| 20    **Total Equity Loss** | ($23) | ($15) | ($22) | -52.4% | 33.6% | and additional investments |
| 21 Total Group Profit | $702 | $742 | $789 | -5.4% | -6.0% | |
| 22 **Operating Cash Flow Margin** | 23.0% | 23.1% | 24.1% | | | |
| **Newsprint and FTE information:** | | | | | | |
| 23  Avg. 28-lb. Newsprint Price/Ton | $606 | $631 | $576 | -4.0% | 9.5% | |
| 24  Tons Consumed (000's) | 704 | 737 | 814 | -4.5% | -9.5% | ◆ Fewer "other" copies printed and less pages |
| 25  Average FTEs | 17,300 | 17,789 | 18,834 | -2.7% | -5.5% | ◆ Savings from efficiency initiatives |

(1) Excludes special charges and property sales gains in 2006, special charges for severance, a plant shutdown and a one-time pension curtailment gain in 2005.

| Advertising Revenues | 2007 | % | 2006 | % |
|---|---|---|---|---|
| ROP | $1,898 | -7% | $2,033 | -4% |
| Preprints | 721 | 6% | 680 | -1% |
| Targeted Print | 278 | 4% | 266 | 1% |
| Interactive | 275 | 22% | 226 | 28% |
| Total | $3,172 | -1% | $3,205 | -1% |

| Classified Advertising Revenue | 2007 | % | 2006 | % |
|---|---|---|---|---|
| Recruitment | $ 336 | -4% | $ 350 | -3% |
| Real Estate | 377 | -2% | 382 | 22% |
| Auto | 263 | -2% | 271 | -12% |
| Other | 159 | -2% | 163 | -2% |
| Total | $1,135 | -3% | $1,166 | 2% |

9

# Broadcasting & Entertainment
## Summary of Operations [1]
### ($ in millions)

| | | 2007 Plan | 2006 52-Week Actual | 2005 Actual | % Chg (52-Wk) '06-'07 | % Chg (52-Wk) '05-'06 | 2007 Comments vs. 2006 52-Weeks |
|---|---|---|---|---|---|---|---|
| | **Operating Revenues** | | | | | | |
| | Television | | | | | | |
| 1 | Advertising | $1,108 | $1,114 | $1,126 | -0.5% | -1.0% | ◆ TV ad sales +2% excl. political |
| 2 | Subscriber Fees | 42 | 40 | 32 | 3.3% | 24.1% | ◆ Subscribers up to 70 million and key deals completed |
| 3 | Copyright Royalties & Other | 8 | 7 | 8 | 18.2% | -10.8% | ◆ '06 down due to $2M TV ratings reserve |
| 4 | Total Television | 1,158 | 1,161 | 1,166 | -0.3% | -0.4% | |
| 5 | Radio | 40 | 41 | 45 | -1.8% | -7.9% | ◆ Flower & Garden Show sponsorship dropped |
| 6 | Entertainment | 23 | 20 | 34 | 17.3% | -40.8% | ◆ FY *American Idol Rewind* ad sales; *Mutant X* distribution |
| 7 | Chicago Cubs | 194 | 202 | 189 | -3.9% | 7.0% | ◆ Lower attendance |
| 8 | Eliminations & Other | (15) | (17) | (19) | 11.2% | 10.9% | |
| 9 | **Total Revenues** | $1,401 | $1,408 | $1,414 | -0.5% | -0.5% | |
| | **Operating Cash Expenses** | | | | | | |
| | Television | | | | | | |
| 10 | Broadcast Rights Amortization | $353 | $355 | $335 | -0.6% | 5.8% | ◆ FY *According to Jim*, Q4 premier of *2 1/2 Men*, *Family Guy* offset by lower CW network fees (-$3M) and loss of Cardinals (-$4M) |
| 11 | Compensation | 252 | 242 | 243 | 4.3% | -0.3% | ◆ 3% avg merit increase offset by news outsourcing; favorable benefit adjustments of $5M in '06 |
| 12 | Other Cash | 175 | 167 | 162 | 4.3% | 3.2% | ◆ Outsourced news +$2M; promotion +$2M for key new shows; Nielsen +$2M LPMs, New Orleans back online; all other +1% |
| 13 | Total Television | 779 | 764 | 740 | 2.0% | 3.2% | |
| 14 | Radio | 26 | 27 | 29 | -3.7% | -5.2% | ◆ Flower & Garden Show discontinued |
| 15 | Entertainment | 19 | 19 | 25 | 1.2% | -26.2% | |
| 16 | Chicago Cubs | 175 | 177 | 174 | -0.8% | 1.6% | |
| 17 | Eliminations & Other | (15) | (17) | (20) | 10.4% | 16.4% | |
| 18 | **Total Cash Expenses** | 985 | 970 | 949 | 1.5% | 2.3% | |
| | **Operating Cash Flow** | | | | | | |
| 19 | NY / LA / CHI | $135 | $143 | $164 | -5.6% | -12.8% | ◆ Access/Late Fringe dayparts remain ratings challenged until Q4 |
| 20 | All Other TV Stations | 155 | 161 | 173 | -3.9% | -7.1% | ◆ Share gains in most markets offset by political revenue drop |
| 21 | Cable TV | 89 | 93 | 90 | -5.0% | 4.3% | ◆ Soft cable mkt; research up; digital distribution upgrade complete |
| 22 | Total Television | 378 | 397 | 427 | -4.8% | -6.9% | |
| 23 | Radio | 14 | 14 | 16 | 1.9% | -12.9% | ◆ Market firming |
| 24 | Entertainment | 5 | 1 | 8 | 263.3% | -85.2% | ◆ Back-end sale of *Mutant X* |
| 25 | Chicago Cubs | 19 | 25 | 15 | -25.2% | 71.7% | ◆ Lower attendance |
| 26 | **Total Operating Cash Flow** | 416 | 437 | 466 | -5.0% | -6.0% | |
| 27 | Depreciation & Amortization | 52 | 51 | 48 | 2.0% | 6.0% | |
| 28 | **Total Operating Profit** | $363 | $386 | $417 | -5.9% | -7.4% | |
| | **Equity Investments** | | | | | | |
| 29 | TV Food Network (31%) | 78 | 72 | 55 | 7.5% | 32.2% | ◆ Continued growth |
| 30 | Comcast SportsNet (25%) | 10 | 10 | 10 | 0.0% | 3.4% | |
| 31 | Other | 2 | 2 | (7) | -11.0% | NM | ◆ '05 includes final WB equity loss |
| 32 | **Total Equity Income** | $90 | $85 | $57 | 6.1% | 47.5% | |
| 33 | Total Group Profit | $453 | $471 | $474 | -3.7% | -0.8% | |
| | **Operating Cash Flow Margins:** | | | | | | ◆ Includes stock-based compensation expense in '06 & '07 |
| 34 | Total Television | 32.7% | 34.2% | 36.6% | | | |
| 35 | Total Group | 29.7% | 31.1% | 32.9% | | | |
| 36 | **Average FTEs** | 3,013 | 3,050 | 3,173 | -1.2% | -3.9% | |

(1) Excludes discontinued operations in all years, and special charges & non-operating items in 2006 & 2005.

10

# Consolidated Cash Flow Summary

($ in millions)

| | | 2007 Plan | 2006 Actual | 2005 Actual | % Change '06-'07 |
|---|---|---|---|---|---|
| | **Operating Cash Flow** [(1)] | | | | |
| 1 | Publishing | $915 | $949 | $986 | -3.6% |
| 2 | Broadcasting & Entertainment | 416 | 443 | 477 | -6.1% |
| 3 | Corporate | (61) | (62) | (50) | 1.1% |
| 4 | **Total Operating Cash Flow** | 1,270 | 1,330 | 1,401 | -4.5% |
| 5 | Net Cash Interest | (287) | (237) | (135) | 20.9% |
| 6 | Cash Taxes | (235) | (293) | (320) | -19.8% |
| 7 | Capital Expenditures | (200) | (222) | (206) | -9.9% |
| 8 | Cash Flow from Equity Investments | 90 | 65 | 49 | 37.8% |
| 9 | Stock-based Compensation | 42 | 32 | - | 33.1% |
| 10 | Working Capital and Other | (20) | (20) | (24) | 0.0% |
| 11 | **Free Cash Flow** | 660 | 655 | 765 | 0.8% |
| 12 | Tax Settlements | (13) | (5) | (800) | NM |
| 13 | Dividends | (173) | (201) | (233) | -13.9% |
| 14 | Stock Repurchases | 0 | (2,262) | (440) | -100.0% |
| 15 | Acquisitions and Investments | (100) | (222) | (82) | -55.0% |
| 16 | Proceeds from Asset Sales, Net of Tax | 70 | 407 | 23 | NM |
| 17 | Sale of Stock and Other | (14) | (52) | 20 | -72.8% |
| 18 | **Repayment (Issuance) of Debt** | $430 | ($1,680) | ($749) | NM |

(1) Excludes special items in all years.

## Key Financial Assumptions

(Dollar amounts in millions, except per share amounts)

| | | 2007 Plan | 2006 Actual | 2005 Actual | 2007 Comments |
|---|---|---|---|---|---|
| | **Debt** | | | | |
| | Year-end Debt | | | | |
| 19 | Variable Rate / CP | $2,500 | $2,907 | $ 924 | |
| 20 | Fixed Rate | 1,502 | 1,525 | 1,828 | |
| 21 | Debt (excluding PHONES) | $4,002 | $4,432 | $2,752 | • Debt/Total Capital ratio is 37% (41% in '06; 23% in '05). |
| 22 | PHONES at book value | $573 | $573 | $510 | |
| 23 | Debt (including PHONES) | $4,575 | $5,005 | $3,262 | |
| 24 | Debt (excl. PHONES) / OCF | 3.2x | 3.3x | 2.0x | |
| 25 | Debt (incl. PHONES) / OCF | 3.6x | 3.8x | 2.3x | |
| 26 | OCF / Interest Expense | 3.9x | 4.9x | 9.0x | • Includes PHONES |
| | Interest Rates on Debt | | | | |
| 27 | Variable Rate / CP | 6.3% | 6.2% | 4.4% | • End-of-year rates |
| 28 | New 10-Year Notes | 7.5% | 7.5% | 5.6% | • End-of-year rates |
| 29 | Existing Fixed Rate Debt | 6.6% | 5.8% | 5.8% | • End-of-year rates excluding PHONES |
| | **Stock Activity** | | | | |
| | Shares | | | | |
| 30 | Repurchases | 0.0 | (70.7) | (12.2) | |
| 31 | Issues | 1.6 | 3.2 | 1.8 | • Includes ESPP issuances, stock options and restricted |
| 32 | Net | 1.6 | (67.5) | (10.4) | |
| | Cost | | | | |
| 33 | Repurchases | $0 | $(2,262) | $(440) | |
| 34 | Issue Proceeds | 20 | 37 | 41 | |
| 35 | Net | $20 | $(2,225) | $(399) | |
| 36 | Common Dividends/Share | $.72 | $.72 | $.72 | • Diluted EPS payout ratios: 36% in '07 and '06 |

11

# Capital Investments

| Summary by Group | | | |
|---|---|---|---|
| ($ in millions) | 2007 Plan | 2006 Actual | 2005 Actual |
| Publishing | $165 | $173 | $163 |
| Broadcasting (1) | 28 | 42 | 37 |
| Corporate | 7 | 6 | 6 |
| Total | $200 | $222 | $206 |

(1) 2006 includes $5M of capital spending in New Orleans that was fully funded by insurance proceeds.

**Capital Investments as a % of Op. Cash Flow:**

| | 2007 Plan | 2006 Actual | 2005 Actual |
|---|---|---|---|
| Publishing | 18% | 18% | 17% |
| Broadcasting | 7% | 10% | 8% |
| Total | 16% | 17% | 15% |

**Capital Investments as a % of Depreciation:**

| | | | |
|---|---|---|---|
| Total | 90% | 106% | 99% |

## Consolidated

Capital investments are planned to total $200M in 2006. The chart to the right categorizes capital investments into two classifications. Class I projects are profit adding with a projected return on investment of at least 12%. Class II projects are profit maintaining investments.

| Capital Investment by Classification | | |
|---|---|---|
| ($ in millions) | 2007 Plan | 2006 Actual |
| **Class I Projects** | | |
| Packaging projects | $32 | $30 |
| Advertising systems | 29 | 22 |
| Circulation system | 10 | 13 |
| Web width reduction | 10 | 3 |
| Editorial system | 9 | 11 |
| Color press expansions | 1 | 17 |
| Cubs bleachers | | 9 |
| All other | 11 | 28 |
| Total | 102 | 133 |
| **Class II Projects** | 98 | 89 |
| Total | $200 | $222 |

## Publishing

Publishing plans to invest $165M in 2007. Major system replacement projects for all newspaper markets that continue in 2007 are the advertising billing system ($29M in 2007, $77M total), the common circulation system ($10M in 2007, $22M total) and the common editorial system ($9M in 2007, $33M total). Packaging projects to enable sub-zip code zoning continue in Chicago ($13M in 2007, $39M total) and will begin in 2007 in New York ($15M in 2007, $40M total). Web width reductions at seven of the newspaper markets continue in 2007 ($10M in 2007, $25M total). The remaining planned spending is for system and hardware replacements, refurbishing production equipment and technology enhancements across the Publishing group.

## Broadcasting

Broadcasting expects to spend $28M in 2007. Approximately $9M is planned spending for digital transmission and studio equipment projects, including $4M to continue the transition to high-definition news in the New York, Los Angeles and Chicago markets. The remaining planned spending includes news equipment and various smaller projects throughout the station group. The 2007 plan does not include anticipated spending at New Orleans to replace assets damaged by Hurricane Katrina, as this spending will be fully funded by insurance proceeds.

## Corporate

Corporate anticipates spending $7M in 2007 including structural repairs and improvements to Tribune Tower ($3M in 2007) and various software and hardware upgrades ($4M in 2007) at the technology and finance shared service centers.