# TRIBUNE COMPANY
## COMPENSATION AND ORGANIZATION COMMITTEE
## SPECIAL INCENTIVE AWARD

At the November Committee meeting, the Committee approved the creation of a cash incentive pool for senior management to maximize shareholder value in the strategic alternative review process. The Committee retained authority to make cash awards of up to $25 million to nine individuals. Individual awards were to be determined at the time transaction documents were signed, with payment at closing.

The six-month strategic alternative process has been exceptionally challenging, exacerbated by a difficult advertising environment for the entire newspaper industry. The management team's performance and dedication have been exceptional during this process, which has culminated in the Zell/ESOP transaction. This is a very favorable outcome for Tribune shareholders at a stock price about $5/share above Tribune's estimated, unaffected stock price absent the strategic review process. This equals to a $1+ billion increase in shareholder value.

Management recommends a cash bonus totaling $6.5 million be awarded to an expanded group of 32 individuals who have been critical to the strategic review process. This award would be paid at the close of the transaction.

The cost associated with this award has been worked into the cash flow models and has been approved by the Zell organization and GreatBanc, the trustee of the ESOP. Also, there are 175,000 of the 2,000,000 restricted stock units approved by the Committee in February 2007 that have not been awarded. These will be cancelled along with the CEO's discretionary pool of 100,000 RSUs.

The Zell organization and GreatBank, the trustee of the ESOP, have also agreed to provide an 8% phantom stock pool in the new company as a long-term incentive for the management team. This would replace the company's existing restricted stock and stock option plans. As shown on the attached schedule, a special grant of 3% of this pool would be awarded to 17 members of senior management who were directly involved with this transaction. The remaining 5% would be awarded to about 200 members of management.

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0650319

## Special Incentive Award Participants

|  | Cash Bonus (000) | 3% Equity Pool |
|---|---:|---:|
| Dennis FitzSimons | - | 0.35% |
| Scott Smith | $600 | 0.25 |
| Don Grenesko | 600 | 0.25 |
| Crane Kenney | 600 | 0.25 |
| Tom Leach | 400 | 0.20 |
| John Reardon | 350 | 0.20 |
| John Vitanovec | 350 | 0.15 |
| David Hiller | 300 | 0.25 |
| Tim Landon | 300 | 0.20 |
| Bob Gremillion | 250 | 0.20 |
| Tim Knight | 250 | 0.20 |
| Kathy Waltz | 250 | 0.15 |
| Dan Kazan | 350 | 0.10 |
| Chandler Bigelow | 400 | 0.10 |
| Betty Ellen Berlamino | - | 0.05 |
| Vinnie Malcolm | - | 0.05 |
| Tom Ehlman | - | 0.05 |
| 6 at $125 | 750 | - |
| 10 at $75 | 750 | - |
|  | $6,500 | 3.00% |

DCG
3/28/07

2

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0650320