Exhibit A

## Tribune Company
### 5% Phantom Stock Pool Participants

| Publishing | Name | Title | Basis Points | |
|---|---|---|---|---|
| Allentown | Kennedy, Timothy R | Publisher & CEO | 4 | |
| | Feher Jr, James F | VP/Advertising | 2 | |
| | Brown, Tom | VP/CFO | 1 | |
| | | Basis Points (Employees) | 7 | (3) |
| Baltimore | Ryan, Timothy E | Publisher & CEO/ Baltimore Sun | 6 | |
| | Hastings, Linda | VP/Advertising | 3 | |
| | Seidl, Stephen G | VP/Operations | 1 | |
| | Franklin, Timothy | SVP & Editor | 1 | |
| | Windsor, Tim | GM, Interactive | 1 | |
| | Smist, Erik | VP/CFO | 1 | |
| | Quimby Jr, Irving L | President | 1 | |
| | | Basis Points (Employees) | 14 | (7) |
| Chicago Tribune | Hunter, Tony | SVP/Circulation & Operations | 5 | |
| | Whisler, Jack | VP/Advertising | 5 | |
| | Lipinski, Ann Marie | SVP/Editor | 4 | |
| | Youngman, Owen | SVP/Strategy & Development | 4 | |
| | Doherty, Philip | VP/Finance & CFO | 2 | |
| | Scholly, Alison R | VP/GM, Chicago Trb interactive | 2 | |
| | Jacobs, Janice | VP/Human Resources | 2 | |
| | Brubaker, Rebecca M | VP/Operations | 2 | |
| | Dorsey, Jeffrey K | Dir, Production | 2 | |
| | Birmingham, John | VP/Marketing | 1 | |
| | Biedron, Theodore J | President/GM | 1 | |
| | Moore, Bradley | General Mgr, RedEye | 1 | |
| | Tazioli, Lou | President/GM | 1 | |
| | Berman, Judith | Dir, Consumer Mktg & Sales | 1 | |
| | Fleck, Robert P | Dir, Advertising | 1 | |
| | Farrell, Joseph | Dir, Sales - Interactive | 1 | |
| | Jacobs, Susan R | Dir, Major Accounts | 1 | |
| | Farber, Steve | General Manager | 1 | |
| | Posada, Julian G | General Mgr, Hoy | 1 | |
| | Hano, Randy | Publisher, Chicago Magazine | 1 | |
| | Manilla, Kathy | Dir. Advertising | 1 | |
| | | Basis Points (Employees) | 40 | (21) |
| Fort Lauderdale | Greenberg, Howard | President & CEO/Sun-Sentinel | 6 | |
| | Daley, Raymond | VP/Advertising | 4 | |
| | Nork, Thomas J | VP/Director Circulation | 2 | |
| | Maucker, Earl R | SVP/Editor | 1 | |
| | Bucknor, David A | VP/Director Tech & CTO | 1 | |
| | D'Orlando Jr, John W | Dir, Classified Advertising | 1 | |
| | Levine, Jeffrey S | VP/Director of Marketing | 1 | |
| | Scroggin, Douglas | Dir, National/Retail Adv | 1 | |
| | Motley, Robyn L | VP/Director Finance & CFO | 1 | |
| | | Basis Points (Employees) | 18 | (9) |

1

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0650321

Exhibit A

| Entity | Name | Title | Basis Points | |
|---|---|---|---|---|
| Hartford Courant | Carver, Stephen D | President/Publisher & CEO/THC | 4 | |
| | Meyer, Nancy A | VP/Advertising | 3 | |
| | Feeney, Richard S | VP/Chief Financial Officer | 2 | |
| | Anischik, Thomas J | VP/Operations & IT | 1 | |
| | Bennett, David A | VP/Circulation | 1 | |
| | | **Basis Points (Employees)** | **11** | (6) |
| Los Angeles Times | Murphy, David P | EVP/GM LA Times | 6 | |
| | O'Loughlin, John T | SVP/Marketing & Planning/Dev | 5 | |
| | Klunder, Jack D | SVP/Circulation | 4 | |
| | Palermini, Robert J | SVP/CTO LA Times | 4 | |
| | Newton, Russell J | SVP/Operations | 4 | |
| | Bellack, Bob | SVP/CFO | 3 | |
| | O'Shea, James | EVP/Editor | 3 | |
| | Barrett, Robert | VP/Interactive | 3 | |
| | Avetisian, Chris | Dir, Financial Plng & Anlys | 3 | |
| | Aidape, Javier J. | VP/AudDev, LAT:GM/Edtr, Hoy LA | 2 | |
| | Hasse, Ronald C | Dir, Circulation Sales | 2 | |
| | Oberlest, Jason C | Managing Dir, Prod Stratgy-Onl | 2 | |
| | Segall, Lynne A | VP/Entertainment | 2 | |
| | Jaoudi, Juliana | Managing Dir, Sales&Mktg-Onlin | 2 | |
| | Artley, Meredith | Asst Mng Ed & Exec Editor | 2 | |
| | Sullivan, Scott | VP - Tech | 2 | |
| | Stanton, Russ | Editor, Special Innovation | 2 | |
| | Murakami, Gwen P | VP/Human Resources | 1 | |
| | Xanders, Julie K | SVP/Legal | 1 | |
| | McCleary La France, Kim A | VP/Public Affairs | 1 | |
| | | **Basis Points (Employees)** | **54** | (20) |
| Newsday | Lawler, Mary K | SVP/Operations | 5 | |
| | Jimenez, Terry | VP/Finance & CFO | 4 | |
| | McCutcheon, Raymond J | SVP/Advertising | 3 | |
| | Kniffin, David | General Manager, Star | 3 | |
| | Mancini, John P | EVP/Editorial | 2 | |
| | Barbetta, Paul T | VP/Circulation | 2 | |
| | Howard, Christopher | VP/Interactive Strat & Devel | 2 | |
| | Krenek, Debby Ann | Managing Editor, News | 1 | |
| | | **Basis Points (Employees)** | **22** | (8) |
| Orlando Sentinel | Khahaifa, Avido Dikari | VP/General Manager | 3 | |
| | Stancampiano, Louis J | VP/Advertising | 3 | |
| | Hall, Charlotte H | VP/Editor | 1 | |
| | Slason, Michael D | VP/Administration | 1 | |
| | Ortiz, Norbert E | VP/Circulation | 1 | |
| | Schaible, Linda A | VP/Marketing | 1 | |
| | | **Basis Points (Employees)** | **10** | (6) |
| The Daily Press | Solomon, Digby A | President & CEO/Daily Press | 4 | |
| | Pedersen, Gregory C | VP/Advertising | 2 | |
| | O'Donovan, William | VP Editor & Publisher | 1 | |
| | Wilson, Ann | VP/Finance & CFO | 1 | |
| | | **Basis Points (Employees)** | **8** | (4) |

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0650322

Exhibit A

| | | | | |
|---|---|---|---|---|
| Tribune Interactive | Malone,Richard H | SVP/Local Market Operations | 6 | |
| | Hayes Jr,Dana C. | SVP/Sales | 6 | |
| | Kenney,Brigid E | SVP/Network Operations | 5 | |
| | Finke,Thomas S | VP/Strategy & Development | 5 | |
| | Anderson, Julie | VP/GM Orlando | 2 | |
| | Stokley, Donna | Managing Director/Interactive Sales | 1 | |
| | | **Basis Points(Employees)** | 25 | (6) |
| | | | | |
| Tribune Media Net | DePaola,Kenneth J | President/Tribune Media Net | 8 | |
| | Jones, Lee | SVP/Sales and Marketing | 5 | |
| | Haselden,William B | SVP/Retail Sales | 2 | |
| | | **Basis Points(Employees)** | 15 | (3) |
| | | | | |
| Tribune Media Services | Williams,David D | President & CEO/TMS | 5 | |
| | Fehnel,James D | VP/Entertainment Products | 3 | |
| | Gart,Michael | VP/Finance & CFO | 1 | |
| | Zelenka,John E | VP/Business Development | 1 | |
| | | **Basis Points(Employees)** | 10 | (4) |
| | | | | |
| Tribune Publishing | Casanova,Vincent | VP/Circulation | 5 | |
| | Thomas,Douglas | SVP/Sales Strategy Development | 5 | |
| | Kern,Gerould | VP/Editorial | 4 | |
| | Ellis,James L | VP/Brand Management | 3 | |
| | Amsden,Harry A | VP/Finance | 2.5 | |
| | Mitchell,Susan M | VP/Human Resources | 2 | |
| | Knapp,Peter A | Controller | 1 | |
| | Thomas,Mark F | Dir, Group Operations/Nwsprnt | 1 | |
| | | **Basis Points(Employees)** | 23.5 | (8) |
| | | | | |
| | | **Total Publishing Basis Points (Employees)** | 257.5 | (104) |

| Broadcasting | Name | Title | Basis Points |
|---|---|---|---|
| Chicago Cable | Shaw,William P | VP/General Manager, WGN Cable | 6 |
| Tribune Broadcasting | Schacher,Marc S | SVP/Programming & Development | 4 |
| Seattle | Pearson,Pamela S | VP/General Manager, KCPQ, Inc. | 4 |
| Indianapolis | Martin,Jerome P | VP/General Manager, WXIN-TV | 4 |
| Sacramento | Farrington,Audrey L | VP/General Manager, KTXL-TV | 4 |
| Philadelphia | Giannini,Vincent R | VP/General Manager, WPHL-TV | 4 |
| Tribune Broadcasting | Hendricks,John R | VP/Sales | 4 |
| Dallas | Young,Joseph A | VP/General Manager, KDAF-TV | 4 |
| Denver | Zerwekh,James D | VP/General Manager, KWGN-TV | 3 |
| Tribune Broadcasting | Mazzaferri,Gina M | VP/Strategy & Administration | 3 |
| Tribune Broadcasting | Goldstone,Ira | VP/CTO-TBC & Tech. Coord - TCO | 3 |
| Washington D.C. | Meyrowitz,Eric J | VP/General Manager, WDCW-TV | 2.5 |
| New Orleans | Delia,Lawrence | VP/General Manager, WGNO/WNOL | 2.5 |
| New York | Berlamino,Betty Ellen | VP/General Manager, WPIX-TV | 2 |
| Chicago Television | Ehlmann,Tom E | VP/General Manager, WGN-TV | 2 |
| Los Angeles | Malcolm,Vincent A | VP/General Manager, KTLA-TV | 2 |
| Chicago Radio | Engberg,Richard | VP/General Manager, WSFL-TV | 2 |
| Chicago Radio | Graziano,Richard J | VP/GM, WTIC-TV / WTXX-TV | 2 |
| Chicago Radio | Langmyer,Thomas E. | VP/General Manager, WGN-AM | 2 |
| Tribune Broadcasting | Ramirez,Myrna G | VP/HR Brdcst Group | 2 |

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0650323

Exhibit A

| | | | Basis Points | |
|---|---|---|---|---|
| Tribune Broadcasting News Ntwk | Ziskind,Ed | Dir, Group Sales & Marketing | 2 | |
| Houston | Bare,Roger A | VP/General Manager, KHCW-TV | 2 | |
| San Diego | Ramsey,Robert J | VP/General Manager, KSWB-TV | 2 | |
| New York | Marra,Robert E | Mgr, General Sales | 2 | |
| Chicago Television | Wilke,Martha M | Dir, Sales | 2 | |
| Los Angeles | Peppars,Gordon | Mgr, General Sales | 2 | |
| Seattle | Boe,Mark C | Station Manager, KCPQ/KMYQ | 2 | |
| Portland | Manzi,John M | VP/General Manager, KRCW-TV | 2 | |
| Los Angeles | Lopez-Nash,Barbara | Dir, Human Resources | 1.5 | |
| Tribune Broadcasting | Felty,Richard D | VP/Digital Media | 1.5 | |
| St. Louis | Lanesey,William A | VP/General Manager, KPLR-TV | 1.5 | |
| Grand Rapids | Kolb,Patricia A | VP/General Manager, WXMI | 1.5 | |
| San Diego | Heath,Scott | Mgr, General Sales | 1.5 | |
| Chicago Cable | Manning,Christopher | Mgr, General Sales | 1.5 | |
| Chicago Radio | Power,Wendi J | Dir, Sales | 1 | |
| Sacramento | Armstrong,Michael George | Dir, Sales | 1 | |
| Indianapolis | McNamara Jr,Timothy I | Dir, Sales | 1 | |
| Philadelphia | Loftus,Patrick T | Mgr, General Sales | 1 | |
| Denver | Mansi,Matthew M | Dir, Sales | 1 | |
| St. Louis | Callanan,Glen P | Mgr, General Sales | 1 | |
| Hartford | Oxton,Mark J | Dir, Sales | 1 | |
| Tribune Broadcasting | Grisanti, Toni | Dir, Broadcast Operations | 1 | |
| | | Total Broadcast Basis Points (Employees) | 95 | (42) |

| Corporate | Name | Title | Basis Points | |
|---|---|---|---|---|
| | Lewin,Luis E | SVP/Human Resources | 5 | |
| | Bigelow,Chandler | VP/Treasurer | 3 | |
| | Eldersveld,David P. | Counsel, Sr | 3 | |
| | Mallory,R Mark | VP/Controller | 2 | |
| | Weinstein,Howard G | VP/Labor & Employee Relations | 2 | |
| | Litman,Brian F | Assistant Controller | 2 | |
| | Shanahan,Patrick | VP/Tax | 2 | |
| | Caputo,Thomas | VP/Auditing | 2 | |
| | Bourgon,Michael G | Dir, Human Resources | 2 | |
| | Harris,Mark M | Dir, Compensation | 1.5 | |
| | Rodden,John B | Asst Treasurer | 1.5 | |
| | Sachs,Naomi B. | Dir, Investments | 1.5 | |
| | Fair,Timothy | Counsel, Labor Sr | 1 | |
| | David Bralow | Asst General Counsel | 1 | |
| | | Total Corporate Basis Points (Employees) | 29.5 | (14) |
| | | Grand Total Basis Points (Employees) | 382 | (160) |

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0650324

## Tribune Company
## 3% Phantom Stock Pool Participants

| Name | Title | Basis Points |
| --- | --- | --- |
| Dennis FitzSimons | Chairman/President & CEO | 35 |
| Don Grenesko | SVP/Finance & Administration | 25 |
| David Hiller | Publisher & CEO/LA Times | 25 |
| Crane Kenney | SVP/Gen Counsel & Corp Secy | 25 |
| Scott Smith | President/Tribune Publishing | 25 |
| Bob Gremillion | EVP/Tribune Publishing | 20 |
| Tim Knight | President & CEO/Newsday | 20 |
| Tim Landon | President/Tribune Interactive | 20 |
| Tom Leach | SVP/Development | 20 |
| John Reardon | President/Tribune Brdcst Co | 18 |
| John Vitanovec | EVP/Tribune Broadcasting | 15 |
| Chandler Bigelow | VP/Treasurer | 10 |
| Dan Kazan | VP/Development | 10 |
| Betty Ellen Berlamino | VP/General Manager, WPIX-TV | 8 |
| Tom Ehlman | VP/General Manager, WGN-TV | 8 |
| Vinnie Malcolm | VP/General Manager, KTLA-TV | 6 |
| Kathy Waltz | President & CEO/Sentinel | 5 |
| Harry Amsden | VP/Finance | 5 |
| **Total** | | **300** |

**Professionals' Eyes Only**
**Highly Confidential -- Attorneys' Eyes Only**

TRB0650325