Private & Confidential



# VRC
Strong Values.

**Valuation Research Corporation**

*The Tribune Company*
*Solvency Opinion Analysis*
*May 9, 2007*

NEW YORK - PRINCETON - BOSTON - CHICAGO - CINCINNATI - MILWAUKEE - SAN FRANCISCO - TAMPA

VRC0003826

CONFIDENTIAL

# *Discussion Outline*

➢ **VRC's Qualifications and Highlighted Experience**

➢ **Situation Overview**

➢ **Solvency Process**

➢ **Summary of Solvency Analyses**

➢ **Conclusions**



2

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038527

CONFIDENTIAL

# *VRC's Qualifications*

- Established in 1975, VRC is an independent, international financial advisory firm.

  - *Eight domestic offices: New York, Princeton, Boston, Chicago, Cincinnati, Milwaukee, Tampa and San Francisco*
  - *Nine global affiliates: Argentina, Australia, Brazil, Chile, Hong Kong, Mexico, Spain, United Kingdom and Venezuela*

- Core services include financial opinions with respect to valuation, solvency, capital adequacy and fairness in connection with mergers, acquisitions, divestitures, leveraged buyouts, recapitalizations, financings and financial and tax reporting matters.

  - VRC's core services provide its clients with strategic advisory, enhanced due diligence and sophisticated financial modeling
  - Transactional: Valuation, Fairness, Solvency and Capital Adequacy Opinions
  - Financial Reporting: Fair Value Reporting; Allocation of Purchase Price (SFAS 141); Goodwill Impairment (SFAS 142); Stock Based Compensation (SFAS 123-R)
  - Tax Reporting: Deferred Compensation (IRC Sec 409A); Allocation of Purchase Cost (IRC Sec 1060 / 338); Valuation of Legal Entities

- Full-service, in-house valuation capabilities include businesses, equity and debt securities, loans, derivative instruments, structured products, intangible assets, fixed assets and real estate.

- *Significant experience with respect to M&A, leveraged finance and complex capital structures results from producing over 1,000 solvency, capital adequacy and fairness opinions in connection with a variety of transactions of all sizes covering all major industry groups.*

*Our client base includes some of the largest and most prestigious companies in the world*

     



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038528

CONFIDENTIAL

# *Highlighted Solvency Opinion Transaction Experience*



**SOLVENCY OPINIONS**

$425,000,000 leveraged recapitalization
$157,300,000 dividend payment

**US Oncology**

We provided a solvency opinion to the board of directors of US Oncology.

VRC



**SOLVENCY OPINIONS**

communications

$400 million "Dutch Auction" tender offer

We provided a solvency opinion to the Board of Directors of Emmis Communications Corporation.

VRC



**SOLVENCY OPINIONS**

NPC INTERNATIONAL

the world's largest Pizza Hut franchisee

Pizza Hut

has been acquired by **Merrill Lynch Global Private Equity**.

We provided a solvency opinion to the board of directors of NPC International, Inc.

VRC



**SOLVENCY OPINIONS**

waterpik

Water Pik Technologies, Inc.

has been acquired by

THE CARLYLE GROUP

and

for approximately $369 million.

We provided a solvency opinion to the board of directors of Water Pik Technologies, Inc. and ING Capital LLC.

VRC



**SOLVENCY AND CAPITAL ADEQUACY OPINIONS**

Payment of a $2.4 billion dividend in connection with a $3.25 billion leveraged recapitalization transaction.

HMA

We provided solvency and capital adequacy opinions in connection with the recapitalization of **Health Management Associates, Inc.**

VRC



**SOLVENCY OPINIONS**

The Board of Directors of Sorenson Communications, Inc. (a portfolio company of GTC Golder Rauner LLC) has authorized a $1.1 billion recapitalization of

**sorenson communications**
Connecting You

led by

GTCR

We provided a solvency opinion to the Board of Directors of Sorenson Communications, Inc. in connection with the recapitalization.

VRC



**SOLVENCY OPINIONS**

LAZARD

$1.9 billion recapitalization

We rendered a solvency opinion to the Board of Directors of Lazard.

VRC



**SOLVENCY OPINIONS**

We provided a solvency opinion in support of the acquisition of MGM by:

SONY          PROVIDENCE EQUITY

TEXAS
PACIFIC          comcast
GROUP

DLJ
MERCHANT BANKING
PARTNERS

VRC



VRC
Strong Values.

**PRELIMINARY DRAFT
SUBJECT TO REVISION**



TRIBUNE

VRC0038529

CONFIDENTIAL

# *Situation Overview*

■ In connection with Step One of the acquisition of the Company by Sam Zell, the Board of Directors has engaged VRC to provide its opinion, as to whether as of May 9, 2007, immediately after and giving effect to the consummations of the Step One Transactions, the Company is Solvent and has Adequate Capital to conduct ongoing operations.

### *Valuation and Capital Adequacy Tests:*

> ➢ *Each of the Fair Value and Present Fair Saleable Value of the aggregate assets (including goodwill) of the Tribune exceeds its liabilities (including the Stated Liabilities, the Identified Contingent Liabilities and the New Financing), and such excess is in an amount that is not less than the capital of the Company (as determined pursuant to Section 154 of the DGCL);*

### *Cash Flow Test:*

> ➢ *Tribune will be able to pay its debts (including the Stated Liabilities, the Identified Contingent Liabilities and the New Financing), as such debts mature or otherwise become absolute or due; and*

### *Capitalization Test:*

> ➢ *Tribune Does Not Have Unreasonably Small Capital*

**VRC's conclusions are qualified entirely by the full text of its written Opinion letter.**



PRELIMINARY DRAFT
SUBJECT TO REVISION



VRC0003530

CONFIDENTIAL

# *Solvency Opinion Process*

➢ Collected data relating to the Tribune and pertinent industries, markets, competitors, and comparables;

➢ Held discussions with management of each operating division of the Company and appropriate corporate personnel;

➢ Analyzed the data received and collected and reviewed the notes from our meetings;

➢ Conducted valuation and solvency opinion analyses;

➢ Conducted sensitivity and downside testing; and

➢ Concluded whether or not Tribune meets the proper tests of solvency for the Step One Transactions.



6

PRELIMINARY DRAFT
SUBJECT TO REVISION



VRC0038531

CONFIDENTIAL

# *Summary of Solvency Analyses*

➢ **Valuation and Capital Adequacy Tests;**

➢ **Cash Flow Test;**

➢ **Capitalization Tests;**



PRELIMINARY DRAFT
SUBJECT TO REVISION



VRC0038532

CONFIDENTIAL

# *VALUATION AND CAPITAL ADEQUACY TESTS*



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038533

CONFIDENTIAL

# *Valuation and Capital Adequacy Tests* ($ in millions)

| Valuation Method (Weighting) | Valuation Summary | | |
|---|---|---|---|
| | *Low* | *Mid* | *High* |
| Comparable Companies (25%) | $11,335.8 | *$12,197.6* | $13,059.4 |
| Comparable Transactions (10%) | $11,563.4 | *$12,449.8* | $13,336.3 |
| Sum of Individual Assets (25%) | $11,479.5 | *$12,721.1* | $13,962.7 |
| Discounted Cash Flow (40%) | $9,380.8 | *$10,067.2* | $10,753.5 |
| **Average Operating Enterprise Value** | **$10,612.5** | **$11,501.5** | **$12,390.5** |
| + Equity Investments | $2,412.0 | $2,686.0 | $2,961.0 |
| + NPV of PHONES Tax Savings | $382.7 | $382.7 | $382.7 |
| **Adjusted Enterprise Value** | **$13,407.2** | **$14,570.2** | **$15,734.2** |
| + Cash | $182.1 | $182.1 | $182.1 |
| - Debt | ($9,463.8) | ($9,463.8) | ($9,463.8) |
| - Identified Contingent Liabilities | ($90.3) | ($90.3) | ($90.3) |
| **Equity Value** | **$4,035.1** | **$5,198.2** | **$6,362.2** |
| *% of Enterprise Value* | *30.1%* | *35.7%* | *40.4%* |
| Less: Par value of Capital Stock | | | |
| **Excess Capital** | | | |

**Operating Enterprise Value Multiples**

| | | Valuation Summary | | |
|---|---|---|---|---|
| | | *Low* | *Mid* | *High* |
| LTM EBITDA | $1,333.6 | *8.0x* | *8.6x* | *9.3x* |
| CFY EBITDA | $1,305.9 | *8.1x* | *8.8x* | *9.5x* |
| NFY EBITDA | $1,360.4 | *7.8x* | *8.5x* | *9.1x* |

**Consolidated Enterprise Value Multiples**

| | | | | |
|---|---|---|---|---|
| LTM EBITDA | $1,333.6 | *10.1x* | *10.9x* | *11.8x* |
| CFY EBITDA | $1,369.4 | *9.8x* | *10.6x* | *11.5x* |
| NFY EBITDA | $1,459.6 | *9.2x* | *10.0x* | *10.8x* |

- *EBITDA used for Consolidated Enterprise Value multiples includes equity income.*



**9**

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038534

CONFIDENTIAL

# *Summary of Valuation Methods* ($ in millions)



Midpoint Adjusted
Enterprise Value:
$14,570

Comparable Companies (25%): $12,198 | $2,686 | $383

Comparable Transactions (10%): $12,450 | $2,686 | $383

Sum of Individual Assets (25%): $12,721 | $2,686 | $383

Discounted Cash Flow (40%): $10,067 | $2,686 | $383

$8,000    $11,000    $14,000    $17,000    $20,000

■ Operating Enterprise Value  □ Equity Investments  □ PHONES Tax Savings



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038535

CONFIDENTIAL

# *CASH FLOW TEST*



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038536

CONFIDENTIAL

# *Base Case Cash Flow Test* ($ in millions)

| Cash Flow Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| *Adjusted EBITDA* | *$1,305.9* | *$1,360.4* | *$1,388.4* | *$1,418.5* | *$1,415.1* | *$1,421.0* | *$1,426.9* |
| Cash Equity Income | $84.8 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| Cash Taxes | ($134.7) | ($157.4) | ($187.7) | ($218.5) | ($242.2) | ($268.4) | ($288.8) |
| Cash Interest Income | $5.3 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 |
| Cash Interest Expense | ($557.0) | ($567.2) | ($549.6) | ($529.5) | ($493.4) | ($451.1) | ($406.5) |
| Change in Working Capital | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) | ($28.2) | ($28.3) |
| *Operating Cash Flow* | *$684.4* | *$714.1* | *$748.0* | *$794.3* | *$830.2* | *$888.8* | *$939.8* |
| Capital Expenditures | ($174.5) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) | ($129.5) |
| Other Investing Activities | ($96.7) | ($251.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| *Cash Flow Available for Debt Repayment* | *$413.1* | *$291.6* | *$520.2* | *$566.3* | *$602.2* | *$660.1* | *$710.4* |
| Scheduled Debt Repayments | ($155.2) | ($105.9) | ($72.8) | ($522.7) | ($72.8) | ($72.8) | ($154.8) |
| Other Financing Activities | ($30.0) | ($30.2) | ($30.2) | $0.0 | $0.0 | $0.0 | $0.0 |
| *Net Cash Flow* | *$228.0* | *$155.6* | *$417.3* | *$43.7* | *$529.4* | *$587.3* | *$555.6* |
| Beginning Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Minimum Cash Balance | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) |
| Revolver Borrowings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| *Cash Available for Discretionary Prepayments* | *$228.0* | *$155.6* | *$417.3* | *$43.7* | *$529.4* | *$587.3* | *$555.6* |

▪ *Under the Company's revolver it has the ability to borrow up to $750 million.*



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0003837

CONFIDENTIAL

# *Base Case Debt Covenant Summary* *($ in millions)*

| Credit Ratios | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| EBITDA | $1,305.9 | $1,360.4 | $1,388.4 | $1,418.5 | $1,415.1 | $1,421.0 | $1,426.9 |
| Cost Savings | $60.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Equity Income | $63.5 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| **Covenant EBITDA** | **$1,429.4** | **$1,459.6** | **$1,506.6** | **$1,564.2** | **$1,588.2** | **$1,631.2** | **$1,658.2** |
| **Guaranteed Debt / Covenant EBITDA** | **4.29x** | **4.23x** | **3.77x** | **3.56x** | **3.12x** | **2.64x** | **2.21x** |
| *Maximum Total Leverage Ratio* | *6.25x* | *6.00x* | *5.75x* | *5.50x* | *5.25x* | *5.25x* | *5.25x* |
| *x Cushion* | *1.96x* | *1.77x* | *1.98x* | *1.94x* | *2.13x* | *2.61x* | *3.04x* |
| *$ Cushion (EBITDA)* | *$409.5* | *$402.0* | *$478.2* | *$501.3* | *$573.2* | *$707.4* | *$825.0* |
| *% Cushion (EBITDA)* | *31.4%* | *29.6%* | *34.4%* | *35.3%* | *40.5%* | *49.8%* | *57.8%* |
| *Implied Required EBITDA* | *$1,343.2* | *$1,355.9* | *$1,329.8* | *$1,287.5* | *$1,234.3* | *$1,108.6* | *$973.2* |
| **Covenant EBITDA / Cash Interest** | **2.57x** | **2.57x** | **2.74x** | **2.95x** | **3.22x** | **3.62x** | **4.08x** |
| *Minimum Interest Coverage* | *1.75x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* |
| *Cushion* | *0.82x* | *0.57x* | *0.74x* | *0.95x* | *1.22x* | *1.62x* | *2.08x* |
| *$ Cushion (EBITDA)* | *$454.7* | *$325.1* | *$407.3* | *$505.1* | *$601.3* | *$728.9* | *$845.1* |
| *% Cushion (EBITDA)* | *34.8%* | *23.9%* | *29.3%* | *35.6%* | *42.5%* | *51.3%* | *59.2%* |
| *Implied Required EBITDA* | *$974.7* | *$1,134.5* | *$1,099.3* | *$1,059.1* | *$986.9* | *$902.3* | *$813.1* |



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0003538

CONFIDENTIAL

# *CAPITALIZATION TESTS*



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0003853

CONFIDENTIAL

# *Capitalization Tests*

➢ **Post-Transaction Relative Equity Value**

➢ **Sensitivity Tests**



**PRELIMINARY DRAFT
SUBJECT TO REVISION**



VRC0003854D

CONFIDENTIAL

# *Post Transaction Relative Equity Value*

| Adjusted Enterprise Value | $13,407.2 | $14,570.2 | $15,734.2 |
|---|---|---|---|
| + Cash | $182.1 | $182.1 | $182.1 |
| - Debt | ($9,463.8) | ($9,463.8) | ($9,463.8) |
| - Identified Contingent Liabilities | ($90.3) | ($90.3) | ($90.3) |
| **Equity Value** | **$4,035.1** | **$5,198.2** | **$6,362.2** |
| *% of Enterprise Value* | *30.1%* | *35.7%* | *40.4%* |



16



VRC0003854I

CONFIDENTIAL

# *Sensitivity Test Assumptions*

- **Publishing:**

  1. *3% decline in revenues for fiscal years 2008 and 2009*
  2. *2% decline in revenues in fiscal year 2010 and beyond*
  3. *22% EBITDA margin in fiscal year 2008, 21% EBITDA margin in fiscal year 2009, 22% EBITDA margin in fiscal year 2010 and 24% EBITDA margin in fiscal year in 2011*
  4. *24.4% EBITDA margin in fiscal year 2012 and beyond*

- **Broadcasting:**

  1. *5% decline in revenues for fiscal years 2008 and 2009*
  2. *3% decline in revenues in fiscal year 2010*
  3. *2% decline in revenues in fiscal year 2011 and beyond*
  4. *32% EBITDA margin in fiscal year 2008, 33% EBITDA margin in fiscal year 2009, 34% EBITDA margin in fiscal year 2010 and 35% EBITDA margin in fiscal year in 2011*
  5. *35.8% EBITDA margin in fiscal year 2012 and beyond*



17

PRELIMINARY DRAFT
SUBJECT TO REVISION



VRC0038542

CONFIDENTIAL

# *Sensitivity Cash Flow Test* (*$ in millions*)

| Cash Flow Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| *Adjusted EBITDA* | *$1,305.9* | *$1,164.9* | *$1,094.2* | *$1,113.8* | *$1,175.9* | *$1,177.9* | *$1,156.6* |
| Cash Equity Income | $84.8 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| Cash Taxes | ($134.7) | ($84.8) | ($74.9) | ($96.5) | ($138.1) | ($157.4) | ($161.7) |
| Cash Interest Income | $5.3 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 |
| Cash Interest Expense | ($557.0) | ($571.8) | ($566.1) | ($560.8) | ($540.9) | ($513.8) | ($486.3) |
| Change in Working Capital | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) | ($28.2) | ($28.3) |
| *Operating Cash Flow* | *$684.4* | *$586.7* | *$550.1* | *$580.4* | *$647.6* | *$694.0* | *$716.8* |
| Capital Expenditures | ($174.5) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) | ($129.5) |
| Other Investing Activities | ($96.7) | ($251.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| *Cash Flow Available for Debt Repayment* | *$413.1* | *$164.2* | *$322.3* | *$352.3* | *$419.6* | *$465.3* | *$487.3* |
| Scheduled Debt Repayments | ($155.2) | ($105.9) | ($72.8) | ($522.7) | ($72.8) | ($72.8) | ($154.8) |
| Other Financing Activities | ($30.0) | ($30.2) | ($30.2) | $0.0 | $0.0 | $0.0 | $0.0 |
| *Net Cash Flow* | *$228.0* | *$28.2* | *$219.4* | *($170.3)* | *$346.8* | *$392.5* | *$332.6* |
| Beginning Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Minimum Cash Balance | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) |
| Revolver Borrowings | $0.0 | $0.0 | $0.0 | $170.3 | $0.0 | $0.0 | $0.0 |
| *Cash Available for Discretionary Prepayments* | *$228.0* | *$28.2* | *$219.4* | *$0.0* | *$346.8* | *$392.5* | *$332.6* |



Strong Values.

**PRELIMINARY DRAFT
SUBJECT TO REVISION**



VRC0003543

CONFIDENTIAL

# *Sensitivity Case Debt Covenant Summary* (*$ in millions*)

| Credit Ratios | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| EBITDA | $1,305.9 | $1,164.9 | $1,094.2 | $1,113.8 | $1,175.9 | $1,177.9 | $1,156.6 |
| Cost Savings | $60.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Equity Income | $63.5 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| **Covenant EBITDA** | **$1,429.4** | **$1,264.1** | **$1,212.4** | **$1,259.5** | **$1,349.1** | **$1,388.1** | **$1,387.8** |
| **Guaranteed Debt / Covenant EBITDA** | **4.29x** | **4.98x** | **4.95x** | **4.84x** | **4.21x** | **3.76x** | **3.47x** |
| *Maximum Total Leverage Ratio* | *6.25x* | *6.00x* | *5.75x* | *5.50x* | *5.25x* | *5.25x* | *5.25x* |
| *x Cushion* | *1.96x* | *1.02x* | *0.80x* | *0.66x* | *1.04x* | *1.49x* | *1.78x* |
| *$ Cushion (EBITDA)* | *$409.5* | *$197.8* | *$151.7* | *$132.7* | *$232.5* | *$334.6* | *$392.8* |
| *% Cushion (EBITDA)* | *31.4%* | *17.0%* | *13.9%* | *11.9%* | *19.8%* | *28.4%* | *34.0%* |
| ***Implied Required EBITDA*** | ***$1,343.2*** | ***$1,377.1*** | ***$1,386.4*** | ***$1,385.5*** | ***$1,371.8*** | ***$1,283.2*** | ***$1,190.3*** |
| **Covenant EBITDA / Cash Interest** | **2.57x** | **2.21x** | **2.14x** | **2.25x** | **2.49x** | **2.70x** | **2.85x** |
| *Minimum Interest Coverage* | *1.75x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* | *2.00x* |
| *Cushion* | *0.82x* | *0.21x* | *0.14x* | *0.25x* | *0.49x* | *0.70x* | *0.85x* |
| *$ Cushion (EBITDA)* | *$454.7* | *$120.5* | *$80.2* | *$138.0* | *$267.2* | *$360.5* | *$415.2* |
| *% Cushion (EBITDA)* | *34.8%* | *10.3%* | *7.3%* | *12.4%* | *22.7%* | *30.6%* | *35.9%* |
| ***Implied Required EBITDA*** | ***$974.7*** | ***$1,143.5*** | ***$1,132.2*** | ***$1,121.5*** | ***$1,081.9*** | ***$1,027.6*** | ***$972.7*** |



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0003854
CONFIDENTIAL

# *Disclaimer*

- *The accompanying material was compiled on a confidential basis for use solely by the Board of Directors of The Tribune Company as of May 9, 2007. This material is not intended to provide the sole basis for evaluating any transaction or event, does not purport to contain all information that may be required and should not be considered a recommendation with respect to any transaction or event. This material was prepared for a specific use by specific persons as of a specific date and was not prepared with a view to public disclosure or to conform with any disclosure standards under securities laws or otherwise. Neither Valuation Research Corporation ("VRC") nor any of its officers, directors, employees, affiliates, advisors, agents or representatives warrants the accuracy or completeness of any of the material set forth herein. Nothing contained in the accompanying material is, or shall be relied upon as, a promise or representation as to the past, the present or the future. This material must not be copied, reproduced, distributed or passed to others at any time without the prior written consent of VRC.*

- *It should be understood that any estimates, valuations, forecasts or projections contained in the accompanying material were prepared or derived from information supplied by the Company and public sources without the assumption by VRC of responsibility for any independent verification thereof. Accordingly, no representation or warranty can be or is made by VRC as to the accuracy or achievability of any such valuations, estimates, forecasts or projections and VRC expressly disclaims any and all liability relating to or resulting from the use of this material. Actual results may vary from such estimates, valuations, forecasts or projections and such variations may be material. Subsequent events may impact the analyses and conclusions set forth in the accompanying material and VRC does not assume any responsibility to update or revise the accompanying material for any events subsequent to the specified date set forth herein.*



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038545

CONFIDENTIAL

# *APPENDICES*



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038546

CONFIDENTIAL

# *Appendix 1*
# *Comparable Companies Valuation Analysis*



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0003847

CONFIDENTIAL

# *Comparable Companies Valuation Analysis*

| Period | Financials | Multiples | | | Enterprise Value | | |
|--------|------------|-----------|---|------|------------------|---|------|
| Actual | Adjusted EBITDA | Low | -- | High | Low | -- | High |
| LTM | $1,333.6 | 8.50x | -- | 9.50x | $11,335.8 | -- | $12,669.4 |
| CFY | $1,305.9 | 9.00x | -- | 10.00x | $11,753.4 | -- | $13,059.4 |
| NFY | $1,360.4 | 8.50x | -- | 9.50x | $11,563.4 | -- | $12,923.8 |

| *Enterprise Value Range* | | | | | *$11,335.8* | *--* | *$13,059.4* |
|--------------------------|---|---|---|---|------------|-----|------------|



23

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038548

CONFIDENTIAL

# *Tribune Comparable Company Multiples*

| Company | EV / Revenue | | | EV / EBITDA | | | EV / FCF | | | EV / BVIC | FCF ROIC | EBITDA / Assets |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LTM | CFY | NFY | LTM | CFY | NFY | LTM | CFY | NFY | | | |
| Ew Scripps Co | 3.2x | 3.0x | 2.8x | 9.6x | 9.2x | 8.1x | 10.8x | 10.1x | 8.8x | 2.3x | 21.6% | 19.4% |
| Mcclatchy Co Holding | 2.3x | 2.3x | 2.3x | 8.7x | 8.8x | 8.6x | 9.6x | 9.7x | 9.5x | 0.9x | 9.3% | 8.1% |
| New York Times Co | 1.5x | 1.5x | 1.5x | 9.2x | 9.7x | 9.6x | 18.5x | 15.9x | 15.8x | 2.2x | 12.1% | 14.1% |
| Belo Corp. | 2.2x | 2.3x | 2.1x | 9.1x | 9.6x | 8.5x | 11.6x | 12.5x | 10.7x | 1.2x | 10.1% | 10.9% |
| Media General Inc | 1.8x | 1.8x | 1.7x | 8.4x | 9.3x | 7.8x | 11.3x | 12.8x | 10.2x | 1.0x | 8.7% | 8.6% |
| | | | | | | | | | | | | |
| Max | 3.2x | 3.0x | 2.8x | 9.6x | 9.7x | 9.6x | 18.5x | 15.9x | 15.8x | 2.3x | 21.6% | 19.4% |
| Min | 1.5x | 1.5x | 1.5x | 8.4x | 8.8x | 7.8x | 9.6x | 9.7x | 8.8x | 0.9x | 8.7% | 8.1% |
| Mean | 2.2x | 2.2x | 2.1x | 9.0x | 9.3x | 8.5x | 12.4x | 12.2x | 11.0x | 1.5x | 12.3% | 12.2% |
| Median | 2.2x | 2.3x | 2.1x | 9.1x | 9.3x | 8.5x | 11.3x | 12.5x | 10.2x | 1.2x | 10.1% | 10.9% |



Strong Values.

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0003549

CONFIDENTIAL

*Appendix 2*
*Transaction Valuation Analysis*



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038550

CONFIDENTIAL

# *Transaction Valuation Analysis*

| Period | Financials | Multiples | | | Enterprise Value | | |
|---|---|---|---|---|---|---|---|
| Actual | Adjusted EBITDA | Low | -- | High | Low | -- | High |
| LTM | $1,333.6 | 9.00x | -- | 10.00x | $12,002.6 | -- | $13,336.3 |
| CFY | $1,305.9 | 9.00x | -- | 10.00x | $11,753.4 | -- | $13,059.4 |
| NFY | $1,360.4 | 8.50x | -- | 9.50x | $11,563.4 | -- | $12,923.8 |
| *Enterprise Value Range* | | | | | *$11,563.4* | -- | *$13,336.3* |



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038551

CONFIDENTIAL