# *Tribune Comparable Transaction Multiples*

| Buyer | Target | Announce Date | Closing Date | Enterprise Value | LTM Sales | LTM EBITDA | EBITDA Margin | EV Value / LTM Revenues | EV Value / LTM EBITDA |
|---|---|---|---|---|---|---|---|---|---|
| Oak Hill Capital Partners | Broadcast Media Group (New York Times Co) | 1/4/2007 | pending | $575.0 | $154.7 | $43.0 | 27.8% | 3.7x | 13.4x |
| Consortium led by Thomas Lee and TPG | Univision Communications, Inc. | 6/27/2006 | 3/29/2007 | $13,352.2 | $2,166.7 | $791.0 | 36.5% | 6.2x | 16.9x |
| Wilkes-Barre Publishing Co., Inc. | The McClatchy Co. | 6/26/2006 | 7/28/2006 | $64.5 | $40.0 | $9.3 | 23.3% | 1.6x | 6.9x |
| Philadelphia Media Holdings LLC | The McClatchy Co. | 5/23/2006 | 6/29/2006 | $515.0 | $500.0 | $65.0 | 13.0% | 1.0x | 7.9x |
| Hearst-Argyle Television, Inc. | Emmis Communications Corp. (WKCF-TV) | 5/8/2006 | 8/31/2006 | $217.5 | $40.1 | $16.0 | 39.9% | 5.4x | 13.6x |
| MediaNews Group, Inc. / The Hearst Corp. | The McClatchy Co. | 4/20/2006 | 8/4/2006 | $1,000.0 | $554.0 | $87.0 | 15.7% | 1.8x | 11.5x |
| Media General, Inc. | NBC Universal, Inc. | 4/6/2006 | 6/26/2006 | $600.0 | $120.0 | $42.9 | 35.7% | 5.0x | 14.0x |
| The McClatchy Co. | Knight Ridder, Inc. | 3/13/2006 | 6/27/2006 | $6,213.9 | $3,004.0 | $631.3 | 21.0% | 2.1x | 9.8x |
| Raycom Media, Inc. | The Liberty Corp. | 8/25/2005 | 1/31/2006 | $923.9 | $216.0 | $64.9 | 30.1% | 4.3x | 14.2x |
| Lin Television Corp | Emmis Communications Corp. (5 Stations) | 8/22/2005 | 11/30/2005 | $260.0 | $57.6 | $20.0 | 34.7% | 4.5x | 13.0x |
| Journal Communications, Inc. | Emmis Communications Corp. (3 Stations) | 8/22/2005 | 2/6/2005 | $234.5 | $41.4 | $17.6 | 42.5% | 5.7x | 13.3x |
| Lee Enterprises, Inc. | Pulitzer, Inc. | 1/30/2005 | 6/3/2005 | $1,637.0 | $443.7 | $110.6 | 24.9% | 3.7x | 14.8x |
| Journal Register Co. | 21st Century Newspapers Inc | 7/6/2004 | 8/13/2004 | $507.7 | $148.1 | $30.9 | 20.9% | 3.4x | 16.4x |
| The McClatchy Co. | Pacific-Sierra Publishing | 12/4/2003 | 1/31/2004 | $40.5 | $13.0 | $2.5 | 19.2% | 3.1x | 16.2x |
| Dow Jones & Co., Inc. | The Record | 4/16/2003 | 5/5/2003 | $144.0 | $37.0 | $10.6 | 28.6% | 3.9x | 13.6x |

| | | | |
|---|---|---|---|
| Max | 42.5% | 6.2x | 16.9x |
| Min | 13.0% | 1.0x | 6.9x |
| Mean | 27.6% | 3.7x | 13.0x |
| Median | 27.8% | 3.7x | 13.6x |



Strong Values.

27

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038552

CONFIDENTIAL

# *Appendix 3*
# *Sum of Individual Assets Analysis*



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038553

CONFIDENTIAL

# *Sum of the Individual Operating Assets*

| Publishing Valuation Summary | | |
|---|---|---|
| Low | Mid | High |
| Comparable Companies Method | $7,422.4 | $8,201.2 | $8,980.0 |
| Comparable Transactions Method | $7,654.4 | $8,541.7 | $9,429.0 |
| Discounted Cash Flow Method | $6,215.7 | $7,023.0 | $7,830.4 |
| **Average Enterprise Value** | **$7,097.5** | **$7,922.0** | **$8,746.5** |

| Broadcasting Valuation Summary | | |
|---|---|---|
| Low | Mid | High |
| Comparable Companies Method | $4,223.1 | $4,694.1 | $5,165.1 |
| Comparable Transactions Method | $4,415.0 | $4,889.4 | $5,363.7 |
| Discounted Cash Flow Method | $3,982.7 | $4,251.3 | $4,519.8 |
| **Average Enterprise Value** | **$4,207.0** | **$4,611.6** | **$5,016.2** |

| Radio Valuation Summary | | |
|---|---|---|
| Low | Mid | High |
| Radio | $175.0 | $187.5 | $200.0 |
| **Average Enterprise Value** | **$175.0** | **$187.5** | **$200.0** |

| **Total Operating Enterprise Value** | **$11,479.5** | **$12,721.1** | **$13,962.7** |





**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038554

CONFIDENTIAL

# *Equity Investment Valuation*

| | Description | Tribune Ownership | Valuation Range Low | Valuation Range Mid | Valuation Range High | Ownership Adjusted Range Low | Ownership Adjusted Range Mid | Ownership Adjusted Range High |
|---|---|---|---|---|---|---|---|---|
| CUBS[1] | Major League Baseball team | 100.0% | $600 | $675 | $750 | $377 | $422 | $467 |
| TV Food Network | 24 hour cable/satellite TV network focusing on food and entertainment | 31.3% | $3,370 | $3,743 | $4,115 | $1,055 | $1,171 | $1,288 |
| CareerBuilder | On-line recruiting | 42.5% | $1,428 | $1,615 | $1,801 | $607 | $686 | $766 |
| Classified Ventures | Network of automotive and real estate classified advertising websites | 27.8% | $243 | $272 | $302 | $67 | $76 | $84 |
| Comcast SportsNet Chicago[1] | 24 hour cable/satellite TV network focusing on Chicago Sports teams | 25.3% | $886 | $961 | $1,036 | $142 | $154 | $165 |
| ShopLocal | Transforms traditionally print-based promotions into search-based interactive formats | 42.5% | $82 | $97 | $113 | $35 | $41 | $48 |
| Topix.net | Online news and information aggregation website that groups news by topics | 33.7% | $75 | $80 | $85 | $25 | $27 | $29 |
| Legacy.com[2] | Online resource for obituaries and guest books | 40.0% | $10 | $13 | $16 | $4 | $5 | $7 |
| Recycler | Value represents credit for tax basis of $180MM | | $72 | $72 | $72 | $72 | $72 | $72 |
| AdStar (3.4mm shares @ $2.25/share) | Publicly traded Adstar shares | | -- | -- | -- | $8 | $8 | $8 |
| TWX | Publicly traded Time Warner shares in addition to PHONES | | -- | -- | -- | $6 | $6 | $6 |
| Consumer Networks | Business expected to be liquidated | | $0 | $0 | $0 | $0 | $0 | $0 |
| Quetzel / Chase[3] | Media Investment Fund | 3.0% | $42 | $42 | $42 | $1 | $1 | $1 |
| Low Income Housing Credits | Low value based on recent bid received | 100.0% | $12 | $17 | $21 | $12 | $17 | $21 |
| ***Total Investments*** | | | | ***$7,587*** | | ***$2,412*** | ***$2,686*** | ***$2,961*** |



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038555

CONFIDENTIAL

# *Appendix 4*
# *Discounted Cash Flow Analysis*



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038556

CONFIDENTIAL

# *Discounted Cash Flow Method*

|  | Partial Period | Fiscal Years Ended, December 31 | | | | |
|---|---|---|---|---|---|---|
|  | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P |
| *Revenue* | *$4,132.5* | *$5,262.2* | *$5,295.1* | *$5,363.7* | *$5,392.0* | *$5,420.6* |
| *% growth* | -- | -1.8% | 0.6% | 1.3% | 0.5% | 0.5% |
| *Adjusted EBITDA* | *$1,047.8* | *$1,360.4* | *$1,388.4* | *$1,418.5* | *$1,415.1* | *$1,421.0* |
| *% growth* | -- | 4.2% | 2.1% | 2.2% | -0.2% | 0.4% |
| *% margin* | 25.4% | 25.9% | 26.2% | 26.4% | 26.2% | 26.2% |
| *Adjusted EBITDA* | *$1,047.8* | *$1,360.4* | *$1,388.4* | *$1,418.5* | *$1,415.1* | *$1,421.0* |
| Net Change in Working Capital | ($35.0) | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) |
| Cash Taxes | ($473.2) | ($612.3) | ($624.5) | ($636.0) | ($634.7) | ($638.5) |
| Capital Expenditures | ($153.7) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) |
| *Enterprise Cash Flow (ECF)* | *$385.9* | *$556.6* | *$610.1* | *$627.9* | *$625.3* | *$626.1* |

| Discount Rate | PV of ECF + | PV of Terminal Value = | | | Enterprise Value | | | Discount Rate |
|---|---|---|---|---|---|---|---|---|
|  |  | 7.50x | 8.00x | 8.50x | 7.50x | 8.00x | 8.50x |  |
| 7.5% | $2,786.4 | $7,029.8 | $7,498.4 | $7,967.1 | $9,816.2 | $10,284.9 | $10,753.5 | 7.5% |
| 8.0% | $2,750.7 | $6,844.6 | $7,300.9 | $7,757.2 | $9,595.3 | $10,051.6 | $10,507.9 | 8.0% |
| 8.5% | $2,715.7 | $6,665.1 | $7,109.4 | $7,553.8 | $9,380.8 | $9,825.2 | $10,269.5 | 8.5% |
|  |  |  |  |  | Low | | High |  |
| *Enterprise Value Range* |  |  |  |  | $9,380.8 | -- | $10,753.5 |  |



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038557

CONFIDENTIAL

# *Appendix 5*
# *PHONES Tax Savings*



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038558

CONFIDENTIAL

# PHONES Tax Savings

| Year | Tax over Book | Total Cumulative | Deferred Tax Effect @ 39% | Annual Deferred Tax Effect | Present Value Discount Factor | PV of Deferred Taxes |
|------|------|------|------|------|------|------|
| 2007 | $86.9 | $572.2 | $223.1 | $33.9 | 97.2% | $32.9 |
| 2008 | 94.8 | 667.0 | 260.1 | 37.0 | 90.8% | 33.6 |
| 2009 | 103.3 | 770.3 | 300.4 | 40.3 | 84.1% | 33.9 |
| 2010 | 112.5 | 882.8 | 344.3 | 43.9 | 77.9% | 34.2 |
| 2011 | 122.6 | 1,005.4 | 392.1 | 47.8 | 72.1% | 34.5 |
| 2012 | 133.4 | 1,138.8 | 444.1 | 52.0 | 66.8% | 34.7 |
| 2013 | 145.1 | 1,283.9 | 500.7 | 56.6 | 61.8% | 35.0 |
| 2014 | 157.9 | 1,441.8 | 562.3 | 61.6 | 57.2% | 35.2 |
| 2015 | 171.7 | 1,613.5 | 629.3 | 67.0 | 53.0% | 35.5 |
| 2016 | 186.6 | 1,800.1 | 702.1 | 72.8 | 49.1% | 35.7 |
| 2017 | 202.9 | 2,003.0 | 781.2 | 79.1 | 45.4% | 35.9 |
| 2018 | 220.4 | 2,223.4 | 867.1 | 86.0 | 42.1% | 36.2 |
| 2019 | 239.5 | 2,462.9 | 960.5 | 93.4 | 39.0% | 36.4 |
| 2020 | 260.1 | 2,723.0 | 1,062.0 | 101.4 | 36.1% | 36.6 |
| 2021 | 282.5 | 3,005.5 | 1,172.1 | 110.2 | 33.4% | 36.8 |
| 2022 | 306.7 | 3,312.2 | 1,291.8 | 119.6 | 30.9% | 37.0 |
| 2023 | 333.0 | 3,645.2 | 1,421.6 | 129.9 | 28.6% | 37.2 |
| 2024 | 361.4 | 4,006.6 | 1,562.6 | 141.0 | 26.5% | 37.4 |
| 2025 | 392.3 | 4,398.9 | 1,715.6 | 153.0 | 24.5% | 37.6 |
| 2026 | 425.7 | 4,824.7 | 1,881.6 | 166.0 | 22.7% | 37.7 |
| 2027 | 462.0 | 5,286.6 | 2,061.8 | 180.2 | 21.0% | 37.9 |
| 2028 | 501.3 | 5,787.9 | 2,257.3 | 195.5 | 19.5% | 38.1 |
| 2029 | 277.0 | 6,064.9 | 2,365.3 | 108.0 | 18.0% | 19.5 |

*$809.5 million*

| Total PV of Inflows | $809.5 |
|------|------|
| Total PV of Outflows | ($426.8) |
| Net Present Value | $382.7 |

- *Tax savings discounted at 8%, Tribune's estimated cost of capital.*



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038559

CONFIDENTIAL

# Appendix 6
# Cash Flow Test Support Data



PRELIMINARY DRAFT
SUBJECT TO REVISION



VRC0038560

CONFIDENTIAL

# *Base Case Financial Summary*

| Financial Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| **Revenues** | **$5,357.6** | **$5,262.2** | **$5,295.1** | **$5,363.7** | **$5,392.0** | **$5,420.6** | **$5,449.4** |
| *% Growth* | *n/a* | *-1.8%* | *0.6%* | *1.3%* | *0.5%* | *0.5%* | *0.5%* |
| **Adjusted EBITDA** | **$1,305.9** | **$1,360.4** | **$1,388.4** | **$1,418.5** | **$1,415.1** | **$1,421.0** | **$1,426.9** |
| *% Growth* | *n/a* | *4.2%* | *2.1%* | *2.2%* | *-0.2%* | *0.4%* | *0.4%* |
| *% Margin* | *24.4%* | *25.9%* | *26.2%* | *26.4%* | *26.2%* | *26.2%* | *26.2%* |
| **Operating Cash Flow (OCF)** | **$684.4** | **$714.1** | **$748.0** | **$794.3** | **$830.2** | **$888.8** | **$939.8** |
| *% Growth* | *n/a* | *4.3%* | *4.7%* | *6.2%* | *4.5%* | *7.1%* | *5.7%* |
| *% Margin* | *12.8%* | *13.6%* | *14.1%* | *14.8%* | *15.4%* | *16.4%* | *17.2%* |
| **Capital Expenditures (Capex)** | **$174.5** | **$171.5** | **$127.8** | **$128.0** | **$128.0** | **$128.7** | **$129.5** |
| *% Margin* | *3.3%* | *3.3%* | *2.4%* | *2.4%* | *2.4%* | *2.4%* | *2.4%* |
| **EBITDA - Capex** | **$1,131.4** | **$1,188.9** | **$1,260.6** | **$1,290.5** | **$1,287.1** | **$1,292.2** | **$1,297.5** |
| *% Margin* | *21.1%* | *22.6%* | *23.8%* | *24.1%* | *23.9%* | *23.8%* | *23.8%* |
| **OCF - Capex** | **$509.9** | **$542.6** | **$620.2** | **$666.3** | **$702.2** | **$760.1** | **$810.4** |
| *% Margin* | *9.5%* | *10.3%* | *11.7%* | *12.4%* | *13.0%* | *14.0%* | *14.9%* |
| Guaranteed Debt | $6,132.5 | $6,169.3 | $5,679.3 | $5,562.9 | $4,960.7 | $4,300.6 | $3,672.2 |
| Total Debt | $8,569.4 | $8,310.1 | $7,821.1 | $7,255.9 | $6,654.7 | $5,994.6 | $5,284.2 |
| Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Net Debt | $8,394.8 | $8,135.4 | $7,646.5 | $7,081.2 | $6,480.0 | $5,819.9 | $5,109.6 |
| Excess Cash | ($0.0) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Interest Expense | $592.0 | $619.0 | $602.4 | $583.3 | $548.2 | $507.0 | $463.5 |
| Cash Interest | $557.0 | $567.2 | $549.6 | $529.5 | $493.4 | $451.1 | $406.5 |
| Cash Taxes | $134.7 | $157.4 | $187.7 | $218.5 | $242.2 | $268.4 | $288.8 |



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038561

CONFIDENTIAL

# *Base Case Debt and Interest Expense Schedule*

| Debt Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| Revolving Credit Facility | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| New Term Loan B | $6,132.5 | $6,169.3 | $5,679.3 | $5,562.9 | $4,960.7 | $4,300.6 | $3,672.2 |
| New Senior Notes | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Guaranteed Debt** | **$6,132.5** | **$6,169.3** | **$5,679.3** | **$5,562.9** | **$4,960.7** | **$4,300.6** | **$3,672.2** |
| Medium Term Notes | $262.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Existing Debt | $2,174.4 | $2,140.7 | $2,141.9 | $1,693.1 | $1,694.0 | $1,694.0 | $1,612.0 |
| **Total Debt** | **$8,569.4** | **$8,310.1** | **$7,821.1** | **$7,255.9** | **$6,654.7** | **$5,994.6** | **$5,284.2** |
| Excess Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| **Net Debt** | **$8,394.8** | **$8,135.4** | **$7,646.5** | **$7,081.2** | **$6,480.0** | **$5,819.9** | **$5,109.6** |

| Interest Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| Revolving Credit Facility | $3.8 | $3.8 | $3.8 | $3.8 | $3.8 | $3.8 | $3.8 |
| New Term Loan B | $384.3 | $437.4 | $430.6 | $416.8 | $396.4 | $354.1 | $309.5 |
| New Senior Notes | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Medium Term Notes | $14.8 | $10.8 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Existing Debt | $114.1 | $115.3 | $115.3 | $109.0 | $93.3 | $93.3 | $93.3 |
| Retired Debt | $40.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Cash Interest Expense** | **$557.0** | **$567.2** | **$549.6** | **$529.5** | **$493.4** | **$451.1** | **$406.5** |
| Amortization of Financing Fees | $14.0 | $33.5 | $33.5 | $33.5 | $33.5 | $33.5 | $33.5 |
| Existing Amortization | $7.9 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 |
| PHONES (non-cash) | $13.1 | $14.1 | $15.1 | $16.1 | $17.1 | $18.2 | $19.3 |
| **Total Interest Expense** | **$592.0** | **$619.0** | **$602.4** | **$583.3** | **$548.2** | **$507.0** | **$463.5** |



PRELIMINARY DRAFT
SUBJECT TO REVISION



VRC0038562

CONFIDENTIAL

***Appendix 7***
***Sensitivity Test Support Data***



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038563

CONFIDENTIAL

# *Sensitivity Case Financial Summary*

| Financial Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| **Revenues** | **$5,357.6** | **$4,992.6** | **$4,822.6** | **$4,717.3** | **$4,635.2** | **$4,554.6** | **$4,475.6** |
| *% Growth* | *n/a* | *-6.8%* | *-3.4%* | *-2.2%* | *-1.7%* | *-1.7%* | *-1.7%* |
| **Adjusted EBITDA** | **$1,305.9** | **$1,164.9** | **$1,094.2** | **$1,113.8** | **$1,175.9** | **$1,177.9** | **$1,156.6** |
| *% Growth* | *n/a* | *-10.8%* | *-6.1%* | *1.8%* | *5.6%* | *0.2%* | *-1.8%* |
| *% Margin* | *24.4%* | *23.3%* | *22.7%* | *23.6%* | *25.4%* | *25.9%* | *25.8%* |
| **Operating Cash Flow (OCF)** | **$684.4** | **$586.7** | **$550.1** | **$580.4** | **$647.6** | **$694.0** | **$716.8** |
| *% Growth* | *n/a* | *-14.3%* | *-6.2%* | *5.5%* | *11.6%* | *7.2%* | *3.3%* |
| *% Margin* | *12.8%* | *11.8%* | *11.4%* | *12.3%* | *14.0%* | *15.2%* | *16.0%* |
| **Capital Expenditures (Capex)** | **$174.5** | **$171.5** | **$127.8** | **$128.0** | **$128.0** | **$128.7** | **$129.5** |
| *% Margin* | *3.3%* | *3.4%* | *2.7%* | *2.7%* | *2.8%* | *2.8%* | *2.9%* |
| **EBITDA - Capex** | **$1,131.4** | **$993.4** | **$966.4** | **$985.8** | **$1,047.9** | **$1,049.1** | **$1,027.1** |
| *% Margin* | *21.1%* | *19.9%* | *20.0%* | *20.9%* | *22.6%* | *23.0%* | *22.9%* |
| **OCF - Capex** | **$509.9** | **$415.2** | **$422.3** | **$452.3** | **$519.6** | **$565.3** | **$587.3** |
| *% Margin* | *9.5%* | *8.3%* | *8.8%* | *9.6%* | *11.2%* | *12.4%* | *13.1%* |
| Guaranteed Debt | $6,132.5 | $6,296.7 | $6,004.6 | $6,102.1 | $5,682.5 | $5,217.2 | $4,811.9 |
| Total Debt | $8,569.4 | $8,437.5 | $8,146.4 | $7,795.2 | $7,376.5 | $6,911.2 | $6,423.9 |
| Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Net Debt | $8,394.8 | $8,262.8 | $7,971.8 | $7,620.5 | $7,201.8 | $6,736.5 | $6,249.2 |
| Excess Cash | ($0.0) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Interest Expense | $592.0 | $623.5 | $618.8 | $614.5 | $595.7 | $569.6 | $543.3 |
| Cash Interest | $557.0 | $571.8 | $566.1 | $560.8 | $540.9 | $513.8 | $486.3 |
| Cash Taxes | $134.7 | $84.8 | $74.9 | $96.5 | $138.1 | $157.4 | $161.7 |



39

PRELIMINARY DRAFT
SUBJECT TO REVISION



VRC0038564

CONFIDENTIAL

# *Sensitivity Case Debt and Interest Expense Schedule*

| Debt Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| Revolving Credit Facility | $0.0 | $0.0 | $0.0 | $170.3 | $0.0 | $0.0 | $0.0 |
| New Term Loan B | $6,132.5 | $6,296.7 | $6,004.6 | $5,931.8 | $5,682.5 | $5,217.2 | $4,811.9 |
| New Senior Notes | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Guaranteed Debt** | **$6,132.5** | **$6,296.7** | **$6,004.6** | **$6,102.1** | **$5,682.5** | **$5,217.2** | **$4,811.9** |
| Medium Term Notes | $262.6 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Existing Debt | $2,174.4 | $2,140.7 | $2,141.9 | $1,693.1 | $1,694.0 | $1,694.0 | $1,612.0 |
| **Total Debt** | **$8,569.4** | **$8,437.5** | **$8,146.4** | **$7,795.2** | **$7,376.5** | **$6,911.2** | **$6,423.9** |
| Excess Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| **Net Debt** | **$8,394.8** | **$8,262.8** | **$7,971.8** | **$7,620.5** | **$7,201.8** | **$6,736.5** | **$6,249.2** |

| Interest Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| Revolving Credit Facility | $3.8 | $3.8 | $3.8 | $9.2 | $10.2 | $3.8 | $3.8 |
| New Term Loan B | $384.3 | $441.9 | $447.1 | $442.5 | $437.5 | $416.7 | $389.3 |
| New Senior Notes | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Medium Term Notes | $14.8 | $10.8 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Existing Debt | $114.1 | $115.3 | $115.3 | $109.0 | $93.3 | $93.3 | $93.3 |
| Retired Debt | $40.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **Total Cash Interest Expense** | **$557.0** | **$571.8** | **$566.1** | **$560.8** | **$540.9** | **$513.8** | **$486.3** |
| Amortization of Financing Fees | $14.0 | $33.5 | $33.5 | $33.5 | $33.5 | $33.5 | $33.5 |
| Existing Amortization | $7.9 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 | $4.1 |
| PHONES (non-cash) | $13.1 | $14.1 | $15.1 | $16.1 | $17.1 | $18.2 | $19.3 |
| **Total Interest Expense** | **$592.0** | **$623.5** | **$618.8** | **$614.5** | **$595.7** | **$569.6** | **$543.3** |





**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038565

CONFIDENTIAL

# *Sensitivity Case Test Analysis*

*Publishing Segment*

| Financial Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| **Revenues** | **$3,947.3** | **$3,828.9** | **$3,714.0** | **$3,639.7** | **$3,566.9** | **$3,495.6** | **$3,425.7** |
| *% Growth* | *-1.0%* | *-3.0%* | *-3.0%* | *-2.0%* | *-2.0%* | *-2.0%* | *-2.0%* |
| **Operating Expenses** | **$3,018.8** | **$2,986.5** | **$2,934.1** | **$2,839.0** | **$2,710.9** | **$2,641.8** | **$2,588.9** |
| *% Margin* | *76.5%* | *78.0%* | *79.0%* | *78.0%* | *76.0%* | *75.6%* | *75.6%* |
| **EBITDA** | **$928.5** | **$842.4** | **$779.9** | **$800.7** | **$856.1** | **$853.8** | **$836.8** |
| *% Growth* | *-1.2%* | *-9.3%* | *-7.4%* | *2.7%* | *6.9%* | *-0.3%* | *-2.0%* |
| *% Margin* | *23.5%* | *22.0%* | *21.0%* | *22.0%* | *24.0%* | *24.4%* | *24.4%* |

*B&E Segment*

| Financial Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| **Revenues** | **$1,181.8** | **$1,122.7** | **$1,066.6** | **$1,034.6** | **$1,024.3** | **$1,014.0** | **$1,003.9** |
| *% Growth* | *0.1%* | *-5.0%* | *-5.0%* | *-3.0%* | *-1.0%* | *-1.0%* | *-1.0%* |
| **Operating Expenses** | **$790.6** | **$763.5** | **$714.6** | **$682.8** | **$665.8** | **$650.8** | **$644.2** |
| *% Margin* | *66.9%* | *68.0%* | *67.0%* | *66.0%* | *65.0%* | *64.2%* | *64.2%* |
| **EBITDA** | **$391.2** | **$359.3** | **$352.0** | **$351.8** | **$358.5** | **$363.2** | **$359.6** |
| *% Growth* | *-2.9%* | *-8.2%* | *-2.0%* | *-0.1%* | *1.9%* | *1.3%* | *-1.0%* |
| *% Margin* | *33.1%* | *32.0%* | *33.0%* | *34.0%* | *35.0%* | *35.8%* | *35.8%* |



Strong Values.

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038566

CONFIDENTIAL

# *Base Case / Sensitivity Case Comparison* (continued) ($ in millions)

| Publishing Segment Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| *Revenue* | | | | | | | | |
| Base Case | $3,947.3 | $3,969.2 | $3,997.9 | $4,024.7 | $4,054.4 | $4,084.3 | $4,114.5 | $28,192.3 |
| Sensitivity Case | $3,947.3 | $3,828.9 | $3,714.0 | $3,639.7 | $3,566.9 | $3,495.6 | $3,425.7 | $25,618.2 |
| $ Variance | $0.0 | ($140.3) | ($283.9) | ($384.7) | ($487.4) | ($588.7) | ($688.8) | ($2,574.1) |
| % Variance | 0.0% | -3.5% | -7.1% | -9.6% | -12.0% | -14.4% | -16.7% | -9.1% |
| *EBITDA* | | | | | | | | |
| Base Case | $928.5 | $953.6 | $966.5 | $979.4 | $990.3 | $997.6 | $1,005.0 | $6,821.0 |
| Sensitivity Case | $928.5 | $842.4 | $779.9 | $800.7 | $856.1 | $853.8 | $836.8 | $5,898.2 |
| $ Variance | $0.0 | ($111.2) | ($186.6) | ($178.7) | ($134.3) | ($143.8) | ($168.3) | ($922.8) |
| % Variance | 0.0% | -11.7% | -19.3% | -18.2% | -13.6% | -14.4% | -16.7% | -13.5% |

| Broadcasting Segment Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| *Revenue* | | | | | | | | |
| Base Case | $1,181.8 | $1,252.0 | $1,255.2 | $1,296.1 | $1,293.7 | $1,291.2 | $1,288.8 | $8,858.8 |
| Sensitivity Case | $1,181.8 | $1,122.7 | $1,066.6 | $1,034.6 | $1,024.3 | $1,014.0 | $1,003.9 | $7,447.9 |
| $ Variance | $0.0 | ($129.3) | ($188.6) | ($261.5) | ($269.4) | ($277.2) | ($284.9) | ($1,410.9) |
| % Variance | 0.0% | -10.3% | -15.0% | -20.2% | -20.8% | -21.5% | -22.1% | -15.9% |
| *EBITDA* | | | | | | | | |
| Base Case | $391.2 | $443.5 | $459.6 | $477.8 | $463.4 | $462.5 | $461.7 | $3,159.7 |
| Sensitivity Case | $391.2 | $359.3 | $352.0 | $351.8 | $358.5 | $363.2 | $359.6 | $2,535.6 |
| $ Variance | $0.0 | ($84.2) | ($107.6) | ($126.0) | ($104.9) | ($99.3) | ($102.1) | ($624.1) |
| % Variance | 0.0% | -19.0% | -23.4% | -26.4% | -22.6% | -21.5% | -22.1% | -19.8% |





PRELIMINARY DRAFT
SUBJECT TO REVISION

VRC0038567

CONFIDENTIAL

# *Base Case / Sensitivity Case Comparison* (*$ in millions*)

| Consolidated Company Comparison | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| *Revenue* | | | | | | | | |
| Base Case | $5,357.6 | $5,262.2 | $5,295.1 | $5,363.7 | $5,392.0 | $5,420.6 | $5,449.4 | $37,540.7 |
| Sensitivity Case | $5,357.6 | $4,992.6 | $4,822.6 | $4,717.3 | $4,635.2 | $4,554.6 | $4,475.6 | $33,555.7 |
| $ Variance | $0.0 | ($269.6) | ($472.5) | ($646.4) | ($756.8) | ($866.0) | ($973.7) | ($3,985.0) |
| % Variance | 0.0% | -5.1% | -8.9% | -12.1% | -14.0% | -16.0% | -17.9% | -10.6% |
| *EBITDA* | | | | | | | | |
| Base Case | $1,305.9 | $1,360.4 | $1,388.4 | $1,418.5 | $1,415.1 | $1,421.0 | $1,426.9 | $9,736.2 |
| Sensitivity Case | $1,305.9 | $1,164.9 | $1,094.2 | $1,113.8 | $1,175.9 | $1,177.9 | $1,156.6 | $8,189.3 |
| $ Variance | $0.0 | ($195.5) | ($294.2) | ($304.7) | ($239.1) | ($243.1) | ($270.3) | ($1,547.0) |
| % Variance | 0.0% | -14.4% | -21.2% | -21.5% | -16.9% | -17.1% | -18.9% | -15.9% |
| *Cash Available for Debt Repayment* | | | | | | | | |
| Base Case | $228.0 | $155.6 | $417.3 | $43.7 | $529.4 | $587.3 | $555.6 | $2,516.8 |
| Sensitivity Case | $228.0 | $28.2 | $219.4 | $0.0 | $346.8 | $392.5 | $332.6 | $1,547.4 |
| $ Variance | $0.0 | ($127.4) | ($197.9) | ($43.7) | ($182.6) | ($194.8) | ($223.0) | ($969.4) |
| % Variance | 0.0% | -81.9% | -47.4% | -100.0% | -34.5% | -33.2% | -40.1% | -38.5% |



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038568

CONFIDENTIAL

# *Appendix 8*
# *Due Diligence*



**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038569

CONFIDENTIAL

# *Due Diligence*

***In rendering the Opinion, VRC conducted such reviews, analyses and inquiries deemed necessary and appropriate under the circumstances. Among other things, VRC:***

- Reviewed the Company's Form 10K for the period ended December 31, 2006;

- Reviewed the Company's Form 8K filed on April 05, 2007;

- Reviewed internal interim financial statements for the period ended [March 31], 2007;

- Reviewed the ESOP Transaction Model dated April __, 2007, titled "2/8/07 – 2007 Revised Operating Plan Case" (the "Base Forecast Model");

- Reviewed the ESOP Transaction Model dated April __, 2007, titled "2/8/07 – Pub Ad Rev -2% and B&E OCF Flat Case" (the "Downside Forecast Model");

- Reviewed the draft of the Confidential Information Memorandum for Public Investors, dated April 16, 2007;

- Reviewed the Draft of the Summary of Terms and Conditions of the Senior Secured Credit Facilities, the Incremental Credit Facility, and the Senior Unsecured Bridge Facility dated April 13, 2007;

- Reviewed the Company's Offer to Purchase, dated April 25, 2007, and the related Schedule TO dated the same date;

- Reviewed the Company's summary of the Participating Hybrid Option Note Exchangeable Securities ("PHONES");

- Reviewed the PHONES Debt Offering Prospectus dated March 31, 1999;

- Obtained a written representations from responsible officers of the Company that there are approximately [$__] million of Identified Contingent Liabilities;



Strong Values.

45

**PRELIMINARY DRAFT**
**SUBJECT TO REVISION**



VRC0038570

CONFIDENTIAL

# *Due Diligence (continued)*

- Obtained a written representations from responsible officers of the Company that there have not been any material adverse changes in the assets or liabilities of Tribune between [March 31], 2007 and the date hereof, that may materially affect, without limitation, Tribune's business operations or condition;

- Obtained a written representations from responsible officers of the Company that the Base Forecast Model provided to VRC reflect Management's best estimates, and are reasonable and obtainable based on Management's involvement and understanding of the business operations, its markets, the strategic vision, the competitive landscape, and regulatory and economic trends;

- Reviewed the presentation titled "Tribune April 2007", which was presented to VRC on April 5, 2007;

- Reviewed the Rating Agency presentation dated March 2007;

- Reviewed the presentation titled "Zell Proposal – Sources and Uses and PF Capitalization" dated April 1, 2007;

- Reviewed BIA Financial, "Investing in Television Market Report", 4th edition, 2006 for the Company's Broadcasting operations;

- Reviewed BIA Financial, "Investing in Radio Market Report", 3rd edition, 2006 for the Company's Broadcasting operations;

- Reviewed the NAB / BCFM Television Financial Report – 2006 edition for the Company's Broadcasting operations;

- Reviewed current research reports prepared by Thomson Financial and Morgan Stanley for the Company's Broadcasting operations;

- Reviewed current research reports prepared by Wachovia Capital, UBS, Bear Stearns, JPMorgan, Deutsche Bank, Citigroup, Credit Suisse, and Morgan Stanley for the Publishing Operations;

- Reviewed current Standard & Poor's Industry Surveys: Publishing Operations;





46

PRELIMINARY DRAFT
SUBJECT TO REVISION



VRC0003857I

CONFIDENTIAL