12/2/2007 Call w/ Chandler.

- Don Grenesko
- Chandler Bigelow
- Crane Kenney
- Chad Rocker
- Bryan Browning

1. Reasons for Refinance Debts in Downside Scenario

A. Talked through these points

① Talked to Morgan Stanley — they concur with them that they would be able to Refinance based that it considered the downside → upon Based.
②  still Refinanceable

③ B. Significant Benefit on the Horizon of Selling assets

④ C. Will Provide a letter

D. Banks have Made an assumption that they were Refinanceable. ⇒ IN The Beginning

CONFIDENTIAL

2. Sam Zell Warrants

→ 40% interest is it,

if He would exercise it early.

- 1. He wont do it because He would wait.

2. No contractual Agreement
   ⇨ But as chairman He may try to get $ from the company

The fiduciary Duty would Not allow it.
   ⇨ Example to look at viewed as conversion

→ Violations to do it —
would
⇨ Never will be.

VRC0025485

CONFIDENTIAL

Tribune will not ever pay the Taxes to Sam.
↳ Never will.

VRC0025486