CONFIDENTIAL

12/2/07 Call w/ Tribune relating to financing:

Don Grenesko
~~\[\]~~ Chandler Bigelow
Crane Kenney.

Discussions about the assumption that the Company can refinance the guaranteed debt in 2014 and 2015.

1. Tribune talked to Morgan Stanley and they looked at the downside case provided to VRC. ==MS said that they believe it would be refinanceable at the levels outlined in the downside case and that would be before any asset sales.==

2. They believed that the environment that we are currently in would refinance at those levels.

3. They said that all lenders when making these types of loans anticipate the loans being refinanced after the debt comes due

VRC0025806

Tribune also looked at the fact that 3 years after the guaranteed debt comes due at call, the lenders will be most likely considering the S-Corp structure and the significant benefit of waiting 3 more years to sell assets when they establish a new tax basis and no capital gains will be paid.

This will save the company significant cash flow and will give lending more cushion to be repaid in a timely fashion.

4. We asked Tribune (Chandler) to see if Morgan Stanley will provide documentation (leverage comps) to support their statement. They will get back to us.

5. Management will provide a letter of Representation that the Refinancing is a reasonable assumption.