| | |
|---|---|
| **From:** | Smalls, Cameron (GCM) [Cameron.Smalls@morganstanley.com] |
| **Sent:** | Monday, December 03, 2007 1:23 PM |
| **To:** | Fincher, James D (IBD); Fossati, Paul (GCM); Stewart, Charles (IBD); Williams, Steven D (IBD) |
| **Cc:** | Whayne, Thomas (IBD); Tunis, Jonathan (GCM) |
| **Subject:** | RE: |

**Attachments:**     Recent Newspaper & TV Deals.ppt



Recent Newspaper
& TV Deals.pp...

==Attached please find the requested slides.==  The source for most of the data is LCD.  The leverage metric is total leverage.  Please feel free to get in touch with us if you have questions or comments.

Thanks.

Cameron Smalls
Morgan Stanley | Leveraged & Acquisition Finance
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-2427
Fax: +1 347 468-3417
Cameron.Smalls@morganstanley.com


-----Original Message-----
From: Fincher, James D (IBD)
Sent: Monday, December 03, 2007 10:09 AM
To: Fossati, Paul (GCM); Stewart, Charles (IBD); Williams, Steven D (IBD)
Cc: Whayne, Thomas (IBD); Tunis, Jonathan (GCM); Smalls, Cameron (GCM)
Subject: RE:

Chandler asked for it this morning.

James D. Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com
-----Original Message-----
From: Fossati, Paul (GCM)
Sent: Monday, December 03, 2007 9:59 AM
To: Fincher, James D (IBD); Stewart, Charles (IBD); Williams, Steven D (IBD)
Cc: Whayne, Thomas (IBD); Tunis, Jonathan (GCM); Smalls, Cameron (GCM)
Subject: RE:


Cameron is a bit buried on something else right now.  By when does Chandler need this?

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    MS_97249

Paul Fossati - Managing Director
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-2047
Fax: +1 212 404-9363
Paul.Fossati@morganstanley.com

-----Original Message-----
From: Fincher, James D (IBD)
Sent: Monday, December 03, 2007 9:03 AM
To: Fossati, Paul (GCM); Stewart, Charles (IBD); Williams, Steven D
(IBD)
Cc: Whayne, Thomas (IBD); Tunis, Jonathan (GCM); Smalls, Cameron (GCM)
Subject: RE:

Just got off the phone with Jonathan - he and Cameron are working on
this and will have something mid-morning.

Based on that, we should be able to get back to Chandler later in the
morning with the precedents and with comments/questions on VRC's
analysis.

James D. Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com

-----Original Message-----
From: Fossati, Paul (GCM)
Sent: Sunday, December 02, 2007 8:11 PM
To: Fincher, James D (IBD); Stewart, Charles (IBD); Williams, Steven D
(IBD)
Cc: Whayne, Thomas (IBD); Tunis, Jonathan (GCM); Smalls, Cameron (GCM)
Subject: RE:


Cameron and Jonathan can help pull this together tomorrow.


Paul Fossati - Managing Director
Morgan Stanley | Global Capital Markets
1585 Broadway | Floor 02
New York, NY 10036
Phone: +1 212 761-2047
Fax: +1 212 404-9363
Paul.Fossati@morganstanley.com

-----Original Message-----
From: Fincher, James D (IBD)
Sent: Sunday, December 02, 2007 3:12 PM
To: Stewart, Charles (IBD); Fossati, Paul (GCM); Williams, Steven D
(IBD)
Cc: Whayne, Thomas (IBD)
Subject: RE:

Paul, does your team have a quick way of finding out which companies in
tv/newspaper universe have issued new debt in the last year?

2

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_97250

James D. Fincher - Vice President
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-6590
Fax: +1 646 290-2782
James.Fincher@morganstanley.com
-----Original Message-----
From: Stewart, Charles (IBD)
Sent: Sunday, December 02, 2007 2:49 PM
To: Fossati, Paul (GCM); Fincher, James D (IBD); Williams, Steven D (IBD)
Cc: Whayne, Thomas (IBD)
Subject: Fw:

James/Steve - can you pull this lists of debt issuance comps together. Should be tv/newspaper guys at 6-7x ballpark leverage who have issued in the last year or so.  Need leverage and issuance size/date.  Examples that come to mind for me in include mcclatchy when they bought knight ridder, gatehouse, univision lbo, local tv, and of course, the last trib recap itself!

Charles Stewart - Managing Director
Morgan Stanley | Investment Banking Division
1585 Broadway | Floor 36
New York, NY 10036
Phone: +1 212 761-8528
Fax: +1 212 507-2468
Charlie.Stewart@morganstanley.com

Sent from my Blackberry

----- Original Message -----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: Whayne, Thomas (IBD); Stewart, Charles (IBD)
Sent: Sun Dec 02 14:28:17 2007
Subject:

Heard back from VRC.  They have given us the green light.  Probably will not see a draft of the presentation until late tonight.  I will send it to you when I get it.

VRC has asked that we get them precedent debt issuance transactions of companies with the level of senior secured leverage that we will have in 2014.  VRCs calc of this sr secured leverage is in the 6.5x level.  Do you think you can come up with some precedent transactions that show companies issueing debt at these levels?  VRC additional has asked if Morgan Stanley would rep to our ability to refi in 2014.  I said I would ask you, but that I doubted it.  In any event, the important deliverable is to get precedent transactions to them, ideally by tomorrow sometime.

Many thanks, Chandler

3

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MS_97251

MS_97252

Morgan Stanley

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Morgan Stanley

MS_97253

MORGAN STANLEY ~ HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

MS_97254

MORGAN STANLEY - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY