| | |
|---|---|
| **From:** | Bigelow, Chandler <CBigelow@tribune.com> |
| **Sent:** | Tuesday, December 4, 2007 9:46 AM |
| **To:** | Chad Rucker <crucker@valuationresearch.com> |
| **Subject:** | RE: |

Yes, i will give you a copy when I see you shortly. Thanks, Chandler

---

**From:** Chad Rucker [mailto:crucker@valuationresearch.com]
**Sent:** Tuesday, December 04, 2007 8:35 AM
**To:** Bigelow, Chandler
**Subject:** RE:

Did you get any information on refinancing from Morgan Stanley.

---

**From:** Bigelow, Chandler [mailto:CBigelow@tribune.com]
**Sent:** Tue 12/4/2007 6:48 AM
**To:** Chad Rucker
**Subject:** RE:

did you get our mark up of the letters from Hianik last night? I will have hard copies of the mark up this morning for you in case you were not able to print those. see you at 9am. Thanks, Chandler

---

**From:** Chad Rucker [mailto:crucker@valuationresearch.com]
**Sent:** Tuesday, December 04, 2007 6:44 AM
**To:** Bigelow, Chandler
**Subject:** Re:

Ok. I will try to send the revised rep letters this morning
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: Chad Rucker <crucker@valuationresearch.com>
Sent: Tue Dec 04 05:31:52 2007
Subject: Re:

Yes. Many thanks. How was your flight? I will bring hard copies of the deck to the meeting. If you could be at Tribune Tower at 9am that would be great. Many thanks, Chandler

----- Original Message -----
From: Chad Rucker <crucker@valuationresearch.com>
To: Bigelow, Chandler
Sent: Mon Dec 03 22:27:59 2007
Subject: Re:

Dio you have everything you need
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: Leonid Mednik <lmednik@valuationresearch.com>
CC: Chad Rucker <crucker@valuationresearch.com>; Bryan Browning <BBROWNIN@valuationresearch.com>