**From:** Bryan Browning <BBROWNIN@valuationresearch.com>
**Sent:** Thursday, December 6, 2007 1:02 PM (GMT)
**To:** Bigelow, Chandler <CBigelow@tribune.com>
**Subject:** RE: letter to lenders

Yes. Hopefully both this morning

---

**From:** Bigelow, Chandler [mailto:CBigelow@tribune.com]
**Sent:** Thursday, December 06, 2007 7:42 AM
**To:** Bryan Browning
**Subject:** RE: letter to lenders

No problem Bryan. Thanks. Will you also be sending us the revised Board presentation today with the updated DCF values? I would like to get that to our management and the banks today if possible. Many thanks, Chandler

---

**From:** Bryan Browning [mailto:BBROWNIN@valuationresearch.com]
**Sent:** Wednesday, December 05, 2007 10:02 PM
**To:** Bigelow, Chandler
**Cc:** Chad Rucker
**Subject:** Re: letter to lenders

Chandler

I know I said I would send out the responses to the lenders this evening. However, I want to review it again tomorrow. I hope this isn't too much of an inconvenience.

Regards

Bryan


Bryan H. Browning
Senior Vice President
Phone: 414-221-6249
Cell:   414-688-6756
Fax:   414-271-2294


-----Original Message-----
From: Bigelow, Chandler <CBigelow@tribune.com>
To: Bryan Browning <BBROWNIN@valuationresearch.com>; Chad Rucker <crucker@valuationresearch.com>
Sent: Tue Dec 04 13:16:58 2007
Subject:

First of all, many, many thanks for all of your significant efforts on our behalf. The Board was very impressed with your work and I thought the presentation went very well. Thank you very much.

Chad - not sure if you got in touch with Hianik, but please follow-up with him if you'd like.

Also, let me know if the Morgan Stanley precedent transaction analysis makes sense.

Finally, we would like to send your preliminary analysis to the four lead banks along with your written responses to their questions. Realize that you are traveling today, but do you think we could try to do that tomorrow sometime?

Thanks again for all of your help. Chandler

Professionals' Eyes Only
Highly Confidential -- Attorneys' Eyes Only

TRB0274779