TRB0272807

Professionals' Eyes Only

EXHIBIT
Tab 74

PBGC/AD 600-001-0369



Tribune Company –
Draft Board of Directors
Presentation

Preliminary Solvency Analysis

December 4, 2007

VRC
Valuation
Research

Private & Confidential

TRB0272808

# Discussion Outline

- Situation Overview
- Solvency Opinion Process
- Key Assumptions
- Summary of Solvency Analyses
- Conclusions
- Questions
- VRC's Qualifications and Highlighted Experience

**VRC**
Strong values.

**TRIBUNE**

Professionals' Eyes Only
TRB0272809

**VRC**
Strong values.

**TRIBUNE**

## Situation Overview

* Tribune Company ("Tribune" or the "Company") is anticipating the closing of certain transactions which will include the purchase of the Company's remaining publicly traded common stock, the borrowing of additional debt to finance the purchase of the common stock, and the completion of the Merger (the "Step Two Transactions").

* The Board of Directors has engaged Valuation Research Corporation ("VRC") to provide its opinion, as to whether as of December 4, 2007, immediately after and giving effect to the consummations of the Step Two Transactions, the Company will be solvent and will have adequate capital to conduct ongoing operations.

*Valuation and Capital Adequacy Tests:*

  ➤ *Immediately after and giving effect to the consummation of the Step Two Transactions, each of the Fair Value and Present Fair Saleable Value of the aggregate assets (including goodwill) of Tribune will exceed its liabilities (including the Stated Liabilities, the Identified Contingent Liabilities and the New Financing);*

*Cash Flow Test:*

  ➤ *As of the date hereof, immediately after and giving effect to the consummation of the Step Two Transactions, Tribune will be able to pay its debts (including the Stated Liabilities, the Identified Contingent Liabilities and the New Financing) as such debts mature or otherwise become absolute or due; and*

*Capitalization Test:*

  ➤ *As of the date hereof, immediately after and giving effect to the consummation of the Step Two Transactions, Tribune Does Not Have Unreasonably Small Capital.*

3

Professionals' Eyes Only

TRB0272810

## Solvency Opinion Process

➤ Collected data from Tribune and other sources relating to Tribune and pertinent industries, capital markets, competitors, and comparable companies;

➤ Held discussions with Management of each operating division and appropriate corporate personnel of Tribune;

➤ Held numerous conference calls with corporate and operating personnel to discuss monthly and quarterly financial performance and expectations for the future;

➤ Analyzed the data received and reviewed the notes from our discussions with Tribune personnel;

➤ Conducted valuation and solvency opinion analyses;

➤ Conducted sensitivity and downside testing utilizing Management's downside projections; and

➤ Concluded whether or not Tribune meets the tests of solvency for the Step Two Transactions.

VRC
Strong values.

4

TRIBUNE

Professionals' Eyes Only

TRB0272811

## Key Assumptions

➢ The standards of value used for the solvency of the Step Two Transactions include Fair Value and Present Fair Saleable Value and have been modified for this opinion. The modification assumes that the buyer would have a structure similar to the structure contemplated in the Step Two Transactions (an S-Corporation, owned entirely by an ESOP, which receives federal income tax deferrals or another structure resulting in equivalent favorable federal income tax treatment to Tribune);

➢ VRC relied upon Management's Base Case and Downside Case projections for its opinion;

➢ VRC relied upon achieving S-Corp ESOP tax savings for Tribune which are determined using the Base Case forecast; and

➢ Assumes that the Company can refinance guaranteed debt after the expiration of the credit agreements.



VRC
Strong values.

TRIBUNE

5

Professionals' Eyes Only

TRB0272812

# Summary of Solvency Analyses

- Valuation Tests
- Comparison of Step One and Step Two Valuations
- Cash Flow Test
- Sensitivity Test
- Case Comparisons

VRC
Strong values.

TRIBUNE

Professionals' Eyes Only

# Valuation Tests ($ in millions)

| Valuation Method | Low | Mid | High |
|---|---|---|---|
| Comparable Companies | $9,248.1 | $9,865.3 | $10,482.5 |
| Comparable Transactions | $10,782.0 | $11,081.5 | $11,381.0 |
| Discounted Cash Flow | $8,398.6 | $9,084.2 | $9,769.8 |
| Sum of Business Segments[1] | $9,317.2 | $9,925.3 | $10,533.3 |
| Average Operating Enterprise Value | $9,496.5 | $9,989.1 | $10,541.6 |
| + Equity Investments and Other Assets | $3,066.4 | $3,312.1 | $3,557.1 |
| + NPV of S-Corp - ESOP Tax Savings | $1,733.3 | $2,024.7 | $2,316.2 |
| Adjusted Enterprise Value | $14,236.2 | $15,325.9 | $16,414.9 |
| + Cash | $197.7 | $197.7 | $197.7 |
| - Debt | ($13,188.1) | ($13,188.1) | ($13,188.1) |
| - Identified Contingent Liabilities | ($86.8) | ($86.8) | ($86.8) |
| Equity Value | $1,159.0 | $2,248.7 | $3,337.7 |
| [illegible] | [illegible] | [illegible] | [illegible] |

(The Low, Mid and High columns are headed "Valuation Summary".)

**Operating Enterprise Value Multiples**

| | | | | |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 2007P EBITDA | $1,191.4 | 7.9x | 8.4x | 8.8x |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

**Consolidated Enterprise Value Multiples**

| | | | | |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 2007P Adjusted EBITDA[2] | $1,276.3 | 11.2x | 12.0x | 12.9x |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

- [1] *Includes the value of radio.*
- [2] *Adjusted EBITDA includes cash from equity investments.*

VRC

Strong values.

TRIBUNE

TRB0272813

Professionals' Eyes Only

TRB0272814

# Comparison of Consolidated Valuations ($ in millions)

| Valuation Method | Step One Valuation Summary | Step Two Valuation Summary | Change: Increase/(Decrease) |
|---|---|---|---|
| Comparable Companies | $9,865.3 | | ($2,632.3) |
| Comparable Transactions | $12,681.1 | | ($1,599.6) |
| Discounted Cash Flow | $9,918.6 | $9,084.2 | ($834.5) |
| Sum of Business Segments[1] | $12,709.7 | $9,935.3 | ($2,784.4) |
| **Average Operating Enterprise Value** | $11,551.4 | $5,989.1 | ($5,562.7) |
| + Equity Investments and Other Assets[2] | $2,686.0 | $3,312.1 | $626.1 |
| + NPV of PHONES Tax Savings | $382.7 | – | ($382.7) |
| + NPV of S-Corp + ESOP Tax Savings | | $2,024.7 | $2,024.7 |
| **Adjusted Enterprise Value** | $55,020.4 | $55,315.9 | $705.5 |
| + Cash | $188.0 | $197.7 | $9.7 |
| - Debt | ($9,463.8) | ($13,188.1) | ($3,724.3) |
| - Identified Contingent Liabilities | ($597.1) | ($586.8) | $10.3 |
| **Equity Value** | $5,467.5 | $2,268.7 | ($3,598.8) |

(1) Includes the value of radio.
(2) Includes Tribune's latest estimate of the net proceeds from the sale of the Cubs and Comcast.
(3) Includes after tax value of certain real estate that can either be sold/capitalized into value.

**VRC**
Strong values.

**TRIBUNE**

Professionals' Eyes Only

# Comparison of Consolidated Valuation Metrics ($ in millions)

| | | Step One Valuation Summary | Step Two Valuation Summary | Change Increase / (Decrease) |
|---|---|---|---|---|
| **Operating Enterprise Value Multiples** | | | | |
| [redacted] | | | | |
| 2007P EBITDA | $1,191.4 | 8.7x | 8.4x | (0.4x) |
| [redacted] | | | | |
| **Consolidated Enterprise Value Multiples** | | | | |
| [redacted] | | | | |
| 2007P Adjusted EBITDA[1] | $1,276.3 | 10.5x | 12.0x | 1.5x |
| [redacted] | | | | |

- [1] *Adjusted EBITDA includes cash from equity investments*

VRC
Strong values.

TRIBUNE

TRB0272815

Professionals' Eyes Only

# Comparison of Publishing Valuation and Metrics ($ in millions)

| Valuation Method | | Step One Valuation Summary | Step Two Valuation Summary | Change Increase / (Decrease) |
|---|---|---|---|---|
| Comparable Companies | | $8,147.1 | $4,944.7 | ($3,202.4) |
| Comparable Transactions | | $8,485.9 | $6,438.2 | ($2,047.7) |
| Discounted Cash Flow | | $7,071.8 | $4,942.6 | ($2,129.2) |
| **Average Operating Enterprise Value** | | $7,901.6 | $5,441.3 | ($2,460.3) |
| **Implied Enterprise Value Multiples** | | | | |
| [redacted] | | | | |
| 2007P EBITDA | $776.4 | 8.7x | 7.0x | (1.7x) |
| [redacted] | | | | |

VRC
Strong values.

TRIBUNE

TRB0272816

Professionals' Eyes Only

TRB0272817

# Comparison of Broadcasting Valuation and Metrics ($ in millions)

| Valuation Method | Step One Valuation Summary | Step Two Valuation Summary | Change Increase/(Decrease) |
|---|---|---|---|
| Comparable Companies | $4,694.1 | $3,905.5 | (788.6) |
| Comparable Transactions | $4,888.4 | $4,412.8 | (475.5) |
| Discounted Cash Flow | $4,278.4 | $4,572.4 | $334.1 |
| Average Operating Enterprise Value[1] | $4,620.6 | $4,296.5 | ($324.1) |

Implied Enterprise Value Multiples

| | | | |
|---|---|---|---|
| 2009P EBITDA | 12.0x | 11.6x | (0.3x) |

VRC
Strong values.

(1) Excludes the value of radio.

TRIBUNE

11

Professionals' Eyes Only

TRB0272818



**VRC**
Strong values.

**CASH FLOW TEST**

**TRIBUNE**

Professionals' Eyes Only

# Base Case Cash Flow Test ($ in millions)

| Cash Flow Summary | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P |
|---|---|---|---|---|---|---|---|---|
| *Adjusted EBITDA* | *$1,193.5* | *$1,236.8* | *$1,282.1* | *$1,298.6* | *$1,348.8* | *$1,382.7* | *$1,417.4* | *$1,453.0* |
| Cash Received from Equity Investments | $98.6 | $115.4 | $140.3 | $162.9 | $181.1 | $202.1 | $226.6 | $255.1 |
| Equity Income Adjustment for Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Cash Taxes | $0.0 | $0.0 | ($1.1) | ($2.3) | ($3.7) | ($5.1) | ($6.7) | ($8.4) |
| ESOP Repurchase Obligation | $0.0 | ($0.1) | ($0.2) | ($0.5) | ($1.0) | ($1.7) | ($2.5) | ($3.4) |
| Expense Reduction from 401K Elimination | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 |
| Net Cash Interest Expense | ($950.5) | ($936.1) | ($945.9) | ($941.5) | ($922.7) | ($895.1) | ($859.8) | ($818.9) |
| Other | ($32.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) | ($10.0) |
| *Operating Cash Flow* | *$369.4* | *$466.1* | *$525.2* | *$567.2* | *$652.5* | *$733.0* | *$825.0* | *$927.3* |
| Capital Expenditures | ($132.2) | ($128.3) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) | ($128.5) |
| Other | $815.0 | ($91.0) | ($92.0) | ($95.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| *Cash Flow Available for Debt Repayment* | *$1,052.2* | *$246.8* | *$304.7* | *$343.7* | *$424.1* | *$504.5* | *$596.6* | *$698.8* |
| [redacted] | | | | | | | | |
| *Net Cash Flow* | *$1,127.6* | *$168.6* | *($223.4)* | *$265.3* | *$344.7* | *$343.1* | *$595.4* | *$306.4* |
| Beginning Cash | $197.7 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 |
| Minimum Cash Balance | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) |
| Revolver Borrowings | $0.0 | $0.0 | $223.4 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |

[redacted]

VRC
Strong values.

TRIBUNE

TRB0272819

Professionals' Eyes Only

TRB0272820

## Base Case Debt Covenant Summary ($ in millions)

| Covenant Analysis | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P |
|---|---|---|---|---|---|---|---|---|---|
| EBITDA | $1,191.4 | $1,193.3 | $1,236.6 | $1,282.1 | $1,286.6 | $1,348.8 | $1,382.7 | $1,417.4 | $1,453.0 |
| Covenant EBITDA | $1,316.3 | $1,356.0 | $1,414.5 | $1,486.7 | $1,533.7 | $1,592.1 | $1,640.1 | $1,706.3 | $1,770.3 |
| Guaranteed Debt | $10,167.5 | $9,112.7 | $8,877.3 | $9,034.1 | $8,702.3 | $8,291.1 | $7,861.8 | $7,360.3 | $7,000.6 |
| Maximum Required Leverage Ratio | 9.00x | 9.00x | 8.75x | 8.50x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x |
| Minimum Required Interest Coverage Ratio | 1.10x | 1.15x | 1.20x | 1.15x | 1.25x | 1.15x | 1.15x | 1.15x | 1.15x |

VRC
Strong values.

14

TRIBUNE

Professionals' Eyes Only

TRB0272821

**VRC**
Strong values.

**SENSITIVITY TEST**

**TRIBUNE**

Professionals' Eyes Only

TRB0272822

# Sensitivity Test Assumptions

- **Corporate:**

  1. Discretionary acquisition expenditures are projected to be $50 million in fiscal years 2008 through 2013

  2. Potential asset sales in 2013

- **Publishing:**

  Total Revenues: 4.9% decline in fiscal year 2008, 3.6% decline in 2009, 2.8% decline in 2010, 2.7% decline in 2011, and 2.5% decline for 2012 and beyond

  EBITDA Margins: 20.7% in fiscal year 2008, 19.8% in year 2009, 19.5% in year 2010, 19.4% in 2011, and 19.4% for 2012 and beyond

- **Broadcasting:**

  Total Revenues: 1.9% increase in fiscal year 2008, 1.6% decline in 2009, 2.7% increase in 2010, 0.8% decline in 2011, and 2.1% increase for 2012 and beyond

  EBITDA Margins: 32.6% in fiscal year 2008, 33.3% in 2009, 34.0% in 2010, 31.3% in 2011, and 31.4% for 2012 and beyond

**VRC**
Strong values.

16

**TRIBUNE**

Professionals' Eyes Only

TRB0272823

# Sensitivity Case Cash Flow Test ($ in millions)

| Cash Flow Summary | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P |
|---|---|---|---|---|---|---|---|---|
| Adjusted EBITDA | $1,141.0 | $1,081.7 | $1,046.5 | $1,020.1 | $1,022.6 | $1,016.5 | $1,001.6 | $1,002.4 |
| Cash Received from Equity Investments | $98.6 | $115.4 | $114.3 | $116.3 | $181.1 | $201.1 | $226.6 | $251.1 |
| Equity Income Adjustment for Asset Sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | ($27.0) | ($53.3) | ($55.2) |
| Cash Taxes | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| ESOP Repurchase Obligation | $0.0 | ($0.1) | ($0.2) | ($0.5) | ($1.0) | ($1.7) | ($3.1) | ($5.0) |
| Expense Reduction from 401K Elimination | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 |
| Net Cash Interest Expense | ($924.8) | ($911.2) | ($922.7) | ($935.3) | ($935.3) | ($924.1) | ($960.3) | ($888.4) |
| Other | ($33.0) | ($31.0) | ($31.0) | ($31.0) | ($31.0) | ($31.0) | ($31.0) | ($31.0) |
| Operating Cash Flow | $346.3 | $347.1 | $346.9 | $307.4 | $316.5 | $310.7 | $332.2 | $330.5 |
| Capital Expenditures | ($131.2) | ($103.3) | ($103.5) | ($103.5) | ($103.5) | ($103.5) | ($103.5) | ($103.5) |
| Other | $449.0 | ($50.0) | ($50.0) | ($50.0) | ($50.0) | ($50.0) | ($50.0) | ($50.0) |
| Cash Flow Available for Debt Repayment | $1,061.7 | $193.8 | $193.4 | $164.0 | $163.4 | $351.4 | $178.7 | $197.0 |
| | | | | | | | | |
| Net Cash Flow | $1,139.1 | $115.6 | ($332.7) | $75.6 | $84.1 | $801.1 | $178.6 | ($186.6) |
| Beginning Cash | $197.3 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 | $75.0 |
| Minimum Cash Balance | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) | ($75.0) |
| Revolver Borrowings | $0.0 | $0.0 | $332.7 | $0.0 | $0.0 | $0.0 | $0.0 | $196.6 |



VRC
Strong values.

TRIBUNE

Professionals' Eyes Only

TRB0272824

# Sensitivity Case Debt Covenant Summary ($ in millions)

| Covenant Analysis | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | 2014P | 2015P |
|---|---|---|---|---|---|---|---|---|---|
| EBITDA | $1,151.4 | $1,145.0 | $1,093.7 | $1,086.5 | $1,000.1 | $1,022.6 | $1,013.3 | $1,008.6 | $1,001.4 |
| Covenant EBITDA | $1,371.3 | $1,407.7 | $1,277.4 | $1,289.2 | $1,255.2 | $1,265.9 | $1,252.8 | $1,238.2 | $1,134.5 |
| Guaranteed Debt | $10,167.5 | $9,101.2 | $8,916.8 | $9,184.3 | $9,042.7 | $8,892.2 | $7,595.8 | $7,693.1 | $9,042.7 |
| Maximum Required Leverage Ratio | 9.00x | 9.00x | 8.75x | 8.50x | 8.25x | 8.25x | 8.25x | 8.25x | 8.25x |
| Minimum Required Interest Coverage Ratio | 1.10x | 1.15x | 1.20x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x | 1.25x |

VRC
Strong values.

TRIBUNE

Professionals' Eyes Only

TRB0272625

**VRC**
Strong values.



CASE COMPARISONS

**TRIBUNE**

Professionals' Eyes Only

TRB0272826

# Base Case vs. Downside Case Comparison ($ in millions)

**VRC** Strong Values.

**TRIBUNE**

## Consolidated Company Comparison

| | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | |
| Base Case | $5,109.3 | $4,936.4 | $5,016.1 | $5,146.8 | $5,244.8 | $5,371.1 | $5,500.6 | |
| Downside Case | $5,096.3 | $4,959.3 | $4,590.2 | $4,486.2 | $4,485.5 | $4,333.8 | $4,280.7 | |
| $ Variance | $0.0 | ($341.1) | ($466.5) | ($660.6) | ($855.7) | ($1,037.3) | ($1,219.9) | |
| % Variance | 0.0% | -6.9% | -9.3% | -12.8% | -16.3% | -19.3% | -22.2% | |
| **EBITDA** | | | | | | | | |
| Base Case | $1,191.4 | $1,190.3 | $1,226.8 | $1,262.1 | $1,298.4 | $1,346.8 | $1,392.7 | |
| Downside Case | $1,191.4 | $1,145.0 | $1,083.7 | $1,085.5 | $1,030.1 | $1,022.6 | $1,013.3 | |
| $ Variance | $0.0 | ($45.2) | ($143.2) | ($185.0) | ($268.3) | ($324.2) | ($379.4) | |
| % Variance | 0.0% | -4.0% | -11.6% | -14.8% | -20.7% | -24.1% | -26.6% | |
| **Cash Available for Debt Repayment** | | | | | | | | |
| Base Case | $1,053.4 | $1,032.2 | $466.8 | $334.7 | $447.7 | $424.1 | $504.3 | |
| Downside Case | $1,053.6 | $1,003.7 | $191.3 | $195.4 | $154.0 | $103.4 | $99.4 | |
| $ Variance | ($0.0) | ($114.4) | ($350.0) | ($199.3) | ($189.8) | ($360.7) | ($499.1) | |
| % Variance | 0.0% | 1.1% | -115.0% | -53.5% | -55.1% | -41.9% | 94.5% | |
| **Covenant EBITDA / Cash Interest** | | | | | | | | |
| Base Case | 7.72x | 6.72x | 7.42x | 6.08x | 5.71x | 5.31x | 4.79x | |
| Downside Case | 7.41x | 6.99x | 7.02x | 7.12x | 7.22x | 7.02x | 6.38x | |
| Covenant | 9.00x | 9.00x | 8.75x | 8.50x | 8.35x | 8.35x | 8.25x | |
| **Guaranteed Debt / Covenant EBITDA** | | | | | | | | |
| Base Case | 3.22x | 1.42x | 1.51x | 1.57x | 1.61x | 1.72x | 1.38x | |
| Downside Case | 3.22x | 1.41x | 1.39x | 1.39x | 1.34x | 1.35x | 1.34x | |
| Covenant | 1.10x | 1.15x | 1.20x | 1.35x | 1.35x | 1.35x | 1.35x | |
| **Total Debt** | | | | | | | | |
| Base Case | $13,181.1 | $11,966.9 | $11,774.1 | $11,493.9 | $11,175.4 | $10,772.3 | $10,299.5 | |
| Downside Case | $13,181.1 | $12,011.0 | $11,867.1 | $11,720.0 | $11,621.4 | $11,511.4 | $10,546.8 | |
| $ Variance | $0.0 | $44.1 | $93.2 | $226.0 | $446.9 | $739.0 | $247.3 | |
| % Variance | 0.0% | 0.1% | 0.8% | 2.0% | 4.0% | 6.9% | 2.4% | |

Professionals' Eyes Only

TRB0272827

# Base Case vs. Downside Case Comparison ($ in millions) (continued)

## Publishing Segment Comparison

| | 2007p | 2008p | 2009p | 2010p | 2011p | 2012p | 2013p | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | |
| Base Case | $3,713.5 | $3,679.9 | $3,752.0 | $3,840.2 | $3,927.6 | $4,019.3 | $4,113.1 | |
| Downside Case | $3,713.5 | $3,511.3 | $3,585.6 | $3,590.0 | $3,202.3 | $3,122.0 | $3,045.7 | |
| $ Variance | $0.0 | ($168.0) | ($166.4) | ($560.2) | ($725.4) | ($897.3) | ($1,069.3) | |
| % Variance | 0.0% | -4.6% | -0.8% | -14.3% | -18.5% | -22.3% | -26.0% | |
| **EBITDA** | | | | | | | | |
| Base Case | $817.8 | $786.1 | $814.2 | $844.2 | $874.8 | $906.3 | $921.5 | |
| Downside Case | $817.8 | $745.8 | $691.9 | $666.3 | $644.6 | $628.6 | $613.5 | |
| $ Variance | $0.0 | ($40.3) | ($122.3) | ($177.9) | ($230.2) | ($277.7) | ($344.0) | |
| % Variance | 0.0% | -5.1% | -15.0% | -21.1% | -26.3% | -30.6% | -28.9% | |

## Broadcasting Segment Comparison[1]

| | 2007p | 2008p | 2009p | 2010p | 2011p | 2012p | 2013p | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | |
| Base Case | $1,382.9 | $1,256.5 | $1,264.1 | $1,366.6 | $1,357.2 | $1,311.8 | $1,287.4 | |
| Downside Case | $1,382.9 | $1,184.1 | $1,164.6 | $1,196.3 | $1,187.3 | $1,211.9 | $1,236.9 | |
| $ Variance | $0.0 | ($72.4) | ($99.5) | ($170.4) | ($169.9) | ($140.0) | ($50.5) | |
| % Variance | 0.0% | -5.4% | -7.9% | -8.4% | -9.9% | -10.4% | -10.8% | |
| **EBITDA** | | | | | | | | |
| Base Case | $411.2 | $448.5 | $463.9 | $473.3 | $465.0 | $483.8 | $495.5 | |
| Downside Case | $411.2 | $385.5 | $382.0 | $406.5 | $371.8 | $380.3 | $381.1 | |
| $ Variance | $0.0 | ($50.0) | ($75.9) | ($72.8) | ($93.2) | ($100.9) | ($108.0) | |
| % Variance | 0.0% | -14.3% | -16.4% | -15.3% | -20.1% | -21.4% | -11.8% | |

(1) Includes financial results for radio.

VRC

Strong values.

TRIBUNE

21

Professionals' Eyes Only

TRB0272828

# VRC'S QUALIFICATIONS AND HIGHLIGHTED TRANSACTION EXPERIENCE

**VRC**
Strong values.

**TRIBUNE**

Professionals' Eyes Only

TRB0277829

# VRC's Qualifications

■ Established in 1975, VRC is an independent, international financial advisory firm.

> *Eight domestic offices: New York, Princeton, Boston, Chicago, Cincinnati, Milwaukee, Tampa and San Francisco*
> *Eight global affiliates: Argentina, Australia, Brazil, Hong Kong, Mexico, Spain, United Kingdom and Venezuela*

■ Core services include financial opinions with respect to valuation, solvency, capital adequacy and fairness in connection with mergers, acquisitions, divestitures, leveraged buyouts, recapitalizations, financings and financial and tax reporting matters.

> VRC's core services provide its clients with strategic advisory, enhanced due diligence and sophisticated financial modeling
> ✓ Transactional: Valuation, Fairness, Solvency and Capital Adequacy Opinions
> ✓ Financial Reporting: Fair Value Reporting, Allocation of Purchase Price (SFAS 141); Goodwill Impairment (SFAS 142); Stock Based Compensation (SFAS 123-R)
> ✓ Tax Reporting: Deferred Compensation (IRC Sec 409A); Allocation of Purchase Cost (IRC Sec 1060 / 338); Valuation of Legal Entities

■ Full-service, in-house valuation capabilities include businesses, equity and debt securities, loans, derivative instruments, structured products, intangible assets, fixed assets and real estate.

■ Significant experience with respect to M&A, leveraged finance and complex capital structures results from producing over 1,000 solvency, capital adequacy and fairness opinions in connection with a variety of transactions of all sizes covering all major industry groups.

*Our client base includes some of the largest and most prestigious companies in the world*



VRC
Strong values.



Altria    Bank of America     Cargill     The Carver Group

     PEPSICO    TRIBUNE

23.

Professionals' Eyes Only

TRB0272830

# Highlighted Solvency Opinion Transaction Experience

**SOLVENCY OPINIONS**

VRC

**SOLVENCY OPINIONS**

VRC

**SOLVENCY OPINIONS**

VRC

**SOLVENCY OPINIONS**

VRC

**SOLVENCY OPINIONS**

VRC

**SOLVENCY OPINIONS**

VRC

**SOLVENCY OPINIONS**

VRC

**SOLVENCY OPINIONS**

LAZARD

We rendered a solvency opinion to the Board of Directors of Lazard.

**SOLVENCY OPINIONS**

VRC

VRC
Strong values.

Professionals' Eyes Only

TRB0272831

# Disclaimer

- The accompanying material was compiled on a confidential basis for use solely by the Board of Directors of The Tribune Company as of December 4, 2007. This material is not intended to provide the sole basis for evaluating any transaction or event, does not purport to contain all information that may be required and should not be considered a recommendation with respect to any transaction or event. This material was prepared for a specific use by specific persons as of a specific date and was not prepared to conform with any disclosure standards under securities laws or otherwise. Neither VRC nor any of its officers, directors, employees, affiliates, advisors, agents or representatives warrants the accuracy or completeness of any of the material set forth herein. Nothing contained in the accompanying material should be relied upon as a promise or representation as to the past, the present or the future. This material must not be copied, reproduced, distributed or passed to others at anytime without the prior written consent of VRC.

- If it should be understood that any estimates, forecasts or projections contained in the accompanying material were prepared or derived from information supplied by the Company and public sources have been assumed by VRC to be correct and representative of the operations of Tribune without independent verification thereof. Accordingly, no representation or warranty can be or is made by VRC as to the accuracy or achievability of any such valuations, estimates, forecasts or projections and VRC expressly disclaims any and all liability relating to or resulting from the use of this material. Actual results may vary from such estimates, valuations, forecasts or projections and such variations may be material. Subsequent events may impact the analyses and conclusions set forth in the accompanying material and VRC does not assume any responsibility to update or revise the accompanying material for any events subsequent to the specified date set forth herein.



VRC

Strong values.

25

TRIBUNE