From: "Bigelow, Chandler" <CBigelow@tribune.com>
Date: 12/08/2007 08:39:28 AM
To: <todd_kaplan@ml.com>; <rajesh.kapadia@jpmorgan.com>; <julie.persily@citigroup.com>; <bill.a.bowen@bankofamerica.com>
CC: "Eldersveld, David" <DEldersveld@tribune.com>
Subject: Fw: Fwd: FW:
Number of attachments: 1

---

Attached are the VRC responses to your question. I am having PC trouble this morning at home, please let me know if you have trouble opening the attachment. Many thanks, Chandler

----- Original Message -----
From: PUMPKIN641 <PUMPKIN641@comcast.net>
To: Bigelow, Chandler
Sent: Sat Dec 08 07:26:44 2007
Subject: Fwd: FW:

Highly Confidential - Attorneys' Eyes Only
JPM 00340649

# VRC

---

**MEMORANDUM**

---

TO: CHANDLER BIGELOW

FROM: BRYAN BROWNING
CHAD RUCKER

SUBJECT: RESPONSE TO QUESTIONS FROM LENDERS

DATE: 12/7/2007

CC:



---

Valuation Research Corporation ("VRC") makes no representation or warranty express or implied as to the accuracy or completeness of any information provided in this memorandum, information received from Tribune Company ("Tribune" or the "Company"), or information obtained by any other source that is disclosed herein. The responses to the questions were prepared by VRC based on information provided to VRC by the Company. It is intended exclusively for the benefit and internal use of the Company, J.P. Morgan Securities Inc. ("JPMorgan"), JPMorgan Chase Bank, N.A. ("JPMCB"), Merrill Lynch Capital Corporation ("Merrill Lynch"), Citigroup Global Markets Inc. ("CGMI") on behalf of Citigroup, Bank of America, N.A. ("Bank of America") and Banc of America Securities LLC ("BAS"). This Memorandum is not intended to be a representation of Tribune's or any other company's solvency to JPMorgan, JPMCB, Merrill Lynch Capital Corporation, Merrill Lynch, CGMI on behalf of Citigroup, Bank of America, Banc of America Securities LLC ("BAS") or any other person. These responses may be based, in whole or in part, on projections or forecasts of future events. A forecast, by its nature, is speculative and includes estimates and assumptions which may differ. Actual results may, and frequently do, differ from those projected or forecast. Those differences may be material. Items which could impact actual results include, but are not limited to, unforeseen micro or macro economic developments, business or industry events, personnel changes, casualty losses, or the inability of the Company to implement plans or programs. These responses may contain certain statements which are or could be considered to be forward-looking statements. Such statements are not guarantees of future performance and involve risks and uncertainties which are not possible to predict. These responses are incomplete without reference to, and should be viewed solely in conjunction with VRC's final written Solvency Opinion ("Solvency Opinion" or the "Opinion"). The information in these responses reflects conditions and our views as of the date of this memorandum, all of which may be subject to change. We undertake no obligation to update or provide any revisions to these responses to reflect events, circumstances or changes that occur after the date these responses were prepared. In preparing these responses, VRC has relied upon and assumed, without independent verification, the accuracy and completeness of

Valuation Research Corporation   500 Fifth Avenue New York, NY 10110   Phone 212.953.3370   valuationresearch.com

Confidential

all information available from public sources, from the Company or which was otherwise provided to us. VRC did not audit or verify the data provided by the Company or any other data reviewed in connection with the preparation of these responses. VRC makes no representation or warranty regarding any actions the Company, JPMorgan, JPMCB, Merrill Lynch Capital Corporation, Merrill Lynch, CGMI on behalf of Citigroup, Bank of America' Banc of America Securities LLC ("BAS") or any other person may take in reliance on or in reference to matters presented in these responses. These responses may not be copied, reproduced, disseminated, quoted or referred to in any presentation, agreement or document without our prior written consent.



2

Confidential

JPM_00042087

### Tribune Co. — Step 2 Solvency Valuation Questions

1) *Summarize preliminary conclusions, nature of due diligence investigation and scope of review.*

VRC's preliminary conclusion is that immediately after and giving effect to the consummation of the second step ("Step Two") of the merger transaction (the "Step Two Transactions"), Tribune is solvent. More specifically, VRC's preliminary conclusions are (i) that immediately after and giving effect to the consummation of the Step Two Transactions, each of the Fair Value (as defined below) and Present Fair Saleable Value (as defined below) of the aggregate assets (including goodwill) of Tribune will exceed its liabilities (including the Stated Liabilities, the Identified Contingent Liabilities and the New Financing (as defined in VRC's Solvency Opinion), (ii) that immediately after and giving effect to the consummation of the Step Two Transactions, Tribune will be able to pay its debts (including the Stated Liabilities, the Identified Contingent Liabilities (as defined in VRC's Solvency Opinion), (iii) that immediately after and giving effect to the consummation of the Step Two Transactions, Tribune Does Not Have Unreasonably Small Capital (as defined in VRC's Solvency Opinion).

Fair Value and Present Fair Saleable Value have been modified to consider the tax benefits of the Company achieving S-Corp ESOP status. Fair Value is the amount at which the aggregate or total assets of Tribune (including goodwill) would change hands between a willing buyer and a willing seller, within a commercially reasonable period of time, each having reasonable knowledge of the relevant facts, neither being under any compulsion to act, and, for purposes of the Step Two Opinion (the "Opinion"), having structures similar to the structure contemplated in the Step Two Transactions by Tribune (an S-Corporation, owned entirely by an ESOP, which receives favorable federal income tax treatment or another structure resulting in equivalent favorable federal income tax treatment).

Present Fair Saleable Value is the amount that may be realized by a willing seller from a willing buyer if Tribune's aggregate or total assets (including goodwill) are sold with reasonable promptness, and, for purposes of the Opinion, having a structure similar to the structure contemplated in the Step Two Transactions by Tribune (an S-Corporation, owned entirely by an ESOP, which receives favorable federal income tax treatment or another structure resulting in equivalent favorable federal income tax treatment).

VRC performed due diligence and its scope of review used standards that were customary and based upon the specific facts and circumstances associated with providing the Solvency Opinion. VRC's due diligence and scope of review included but was not limited to the following: (i) multiple meetings with Tribune's senior management in which VRC and management discussed the company's historical and current financial performance and future prospects for

3

Tribune's businesses; (ii) review of the Company's financial forecast and assumptions underlying those forecasts; (iii) review of Wall Street research and industry reports for the company and its competitors; (iv) review of the Company's interim financial and operating results; and (v) review of the Company's filings with the Securities and Exchange Commission.

The Company did not place any restrictions on VRC's access to information that was necessary to complete the Opinion, and the Company did not place any restrictions on the scope of the analysis that VRC performed.

2) *Provide detail on the comparable transactions used in the analyses including:*
    a. *The underlying business and business mix of the target companies?*
    b. *Was the target public or private?*
    c. *What where the dates of the transactions?*

The attached Schedule A provides descriptions of the public companies considered. The attached Schedule B provides descriptions of transaction comparable companies.

3) *What comparable public companies were used in the analyses?*

See Schedule A.

4) *Explain the sum of individual assets method and underlying assumptions.*

In the sum of business segments analysis, VRC separately valued Tribune's publishing and broadcasting operating businesses individually. The operating units were valued using comparable company, comparable transaction, and discounted cash flow methodologies. Concluded multiples for Publishing's LTM to 2009 EBITDA ranged from 6.7x to 7.9x, and concluded multiples for Broadcasting's LTM to 2009 EBITDA ranged from 9.5x to 12.4x. The estimated enterprise value of each business segment were aggregated and then the capitalized value of corporate expenses was subtracted to compute the sum of business segment enterprise value ranges. The sum of business segment enterprise values ranged from $9.7 billion to $10.8 billion.

5) *Explain the weighting given to the different valuation approaches, if any. Was any weighting different as between Step 1 and Step 2?*

In its solvency analysis, VRC has weighted each of its valuation approaches (comparable companies, comparable transactions, and discounted cash flow, and sum of business segments) equally in both Step One and Step Two Opinion analyses.

4

6) *Discuss the methods and assumptions used in the discounted cash flow analysis:*
   a. *What is the discount rate (WACC) used?*

   VRC used weighted average cost of capital ("WACC") discount rates between 6.5% and 8.5% in its discounted cash flow ("DCF") valuation analyses. In the tax savings analysis, VRC used equity discount rates that ranged from 9.0% to 11.0%.

   b. *Are cash flows discounted at a single WACC or different discount rates for each year?*

   Cash flows are discounted at a single rate using mid-year conventions in all DCF analyses.

   c. *What is the assumed capital structure? What is the cost of debt (pre-tax or post-tax) assumed? Is the current market cost of debt considered in the analysis.*

   The following capital structure and interest rates were used in VRC's analysis to determine the WACC.

   In the DCF analyses, VRC used a market capital structure which were estimated as a percent of total capital. VRC used debt to total capital that ranged from 40.1% to 59.3% of total capital and equity to total capital that ranged from 40.7% to 59.9% of total capital.

   A pre-tax market cost of debt of Libor plus 200 bps was used in VRC's analysis. This estimate was based upon current market conditions.

   d. *What is the cost of equity? Please outline methodology, assumptions and sources for inputs.*

   The cost of equity was determined by using the capital asset pricing model. VRC estimated the beta by re-levering a composite of unlevered betas of comparable companies. These concluded results were compared to cost of equity estimates from Bloomberg and Morningstar. The cost of equity used in VRC's DCF analyses ranges from 9.7% to 10.6%.

   e. *Discuss methodology used to calculate terminal year value.*

   The terminal year values were determined using an exit multiple of EBITDA. The exit multiple was estimated from current multiples of

5

comparable companies and validated using the Gordon growth model. The multiples reflect potential growth from expected internal funded initiatives.

   f. *In the discounted cash flow analysis, what assumptions were used in the terminal value calculation (i.e., growth rate, capital structure, exit multiple, etc.) and support for the assumptions?*

   VRC used EBITDA exit multiples that ranged from 5.7x to 10.5x in its analyses which implies perpetuity growth rates of -1.3%% to 1.9% in its enterprise value DCF analyses. Current comparable company multiples, comparable transactions, and management forecasts provide support for the exit multiples in the DCF analyses.

7) *Discuss whether methods and principles employed in solvency analysis are consistent between Step 1 and Step 2. Discuss any general changes in assumptions and outlook that were considered in the Step 2 analysis as compared with the Step 1 analysis.*

The same general methodologies were applied in the Step One and Step Two analyses. Significant changes between Step One and Step Two analyses consisted of tax savings, the excess value of real estate which could be sold, and increase in the expected after-tax proceeds from selling the Cubs. The Step One tax savings related to the tax benefits associated with the PHONES liability. The Step Two tax savings related to the favorable S-Corp ESOP tax structure. The PHONES tax savings were excluded in the Step Two analysis to avoid double counting. The Cubs expected after-tax proceeds was increased to $850 million in Step Two.

8) *How are taxes treated in the analysis? As the Company will not be a federal taxpayer as a result of the S Corp election, does the discounted cash flow analysis take this into consideration, and if so, how?*

As part of the valuation tests, VRC considered that as an S-Corp ESOP, Tribune will not pay federal income taxes. The Company has provided VRC with an estimate of the future tax savings for through 2017. VRC has extrapolated these tax savings to 2022 by applying similar growth rates and margins that Tribune provided for 2017. These tax savings were discounted to present value. VRC assumed that in year fifteen and beyond, that the Company would receive 60% of the projected tax savings after EGI TRB, L.L.C ("Zell Group") exercises its warrants to acquire 40% of Tribune's equity interest. The net present value of the S-Corp ESOP tax savings are estimated to be $1.7 billion to $2.3 billion. The operating enterprise valuation DCF analyses did not consider the S-Corp ESOP tax savings.

6

9) *Have current market conditions and marketability of the Company's assets been considered in the analysis? How do market condition factors differ for analyses of Fair Value (commercially reasonable time period) and Present Fair Value (reasonable promptness)?*

VRC's analysis treats Fair Value and Present Fair Saleable Value (both as defined in VRC's Solvency Opinion) the same. As previously outlined, these value indications were developed using commonly accepted valuation methodology. See question 1.

The current market conditions have been considered in determining the operating enterprise values of both the Company and its business segments. The valuation multiples of comparable companies implicitly provide indications of current market conditions. The comparable transactions implicitly provide potential marketability of the Company's assets.

10) *Discuss the following issues concerning equity investments:*
   a. *Considering the Company has minority ownership in many of its equity investments, how has the marketability of these equity investments been considered?*

   VRC reviewed and valued each of the Company's equity investments. A relatively small number of the Company's principal equity investments comprise a substantial percentage of the aggregate value of Tribune's equity investments. The markets in which the principal equity investments operate are generally robust and would likely attract a larger number of potential buyers.

   VRC did not apply minority or marketability discounts to these equity investments because i) the principal equity investments are in attractive market segments that are growing, and VRC believes that there would be significant demand for the Company's minority interests in these investments; and ii) Tribune is generally able to elect board of director members for its principal equity investments. Microsoft's recent minority interest investment in Careerbuilder supports VRC's valuation conclusion for Tribune's interest.

   b. *Explain the methodology in valuing unconsolidated investments. Are these added to values calculated by the four stated valuation methods or already part of the calculation?*

   Generally, VRC used either cost, comparable companies, comparable transactions, or DCF analyses to value the equity investments. The methodology used was dependent upon the amount of information that

7

was made available to VRC. The estimated values of the equity investments are $1.9 billion to $2.3 billion.

The operating enterprise value estimates exclude the value of the equity investments and related investment income.

    c. *When adding back the equity investments to the operating values, was the related income from these investments excluded from the EBITDA?*

The operating income of the equity investments were excluded from EBITDA that was used to determine the operating enterprise value of Company.

    d. *Depending on how much is owned of the equity investments and whether they are public or private, are discounts for minority interest and marketability applicable?*

See answer to question 10.

11) *Was the value of any excess real estate considered in the valuation?*

Tribune provided VRC with an estimate of the value for excess real estate that could be potentially sold. VRC added the estimated after-tax value of the excess real estate to determine Tribune's adjusted enterprise value.

12) *What is considered the acceptable range of excess capital in the capitalization test? What is considered to be the acceptable range of equity cushion? Is book value of equity considered in the analysis?*

The first test of assets exceeding liabilities ranged from $1.4 billion to $3.6 billion. Next VRC considered other qualitative and quantitative factors including cash flow capacity and downside sensitivity testing to satisfy the test of adequate capital.

Considering all of these factors, VRC believes its conclusions reflect acceptable ranges of equity cushion. It is, however, dependent upon the benefits of the S-Corp ESOP tax savings.

13) *Was a company specific or market capital structure used to calculate the levered cost of equity? If a market capital structure was used, was a market cost of debt applicable for that capital structure used or was the Company's specific cost of debt used?*

See question 6.

8

14) *Has $1.4bn of tranche flex to bonds been considered in the analysis (cap rate at 12.5%)?*

With the new funding structure of the Step Two Transactions, interest rates and the debt capital structure changed and the $1.4 billion tranche of flex is no longer applicable. VRC's analysis assumed the following debt capital structure and associated rates.

| Tranche | Proceeds | Leverage[1] | Rate |
|---|---|---|---|
| Revolving Credit Facility ($750mm) | $0.0 | 0.0x | L+300 |
| Incremental Term Loan B | $2,105.0 | 1.6 | L+300 |
| Bridge Note | $1,600.1 | 1.2 | 15.250% |
| Existing Bank Debt | $6,462.4 | 4.9 | |
| Existing Notes | $1,798.9 | 1.4 | |
| PHONES | $996.7 | 0.8 | 2.000% |
| Total Debt | $12,963.1 | 9.8x | |
| Zell PIK Notes | $225.0 | 0.2 | 4.804% |
| Adjusted Total Debt | $13,188.1 | 10.0x | |

[1] Leverage ratios are based on pro forma 2007 projected EBITDA. The pro forma EBITDA includes cash equity income, the Cubs and Comcast, and excludes interest income and stock based compensation.

15) *How was the beta developed?*

See question 6.

16) *What was the market risk premium used in the calculation of the cost of equity? Was a size risk premium considered?*

Generally a 5.5% equity risk premium was used. This equity risk premium is supported by an equity risk premium study by Roger Grabowski. An additional 100 basis point premium was added to the consolidated company and publishing segment cost of equities based upon industry cost of capital analyses by Morningstar.

17) *How are guarantees and contingent liabilities taken into account in the analysis? How are the PHONES liabilities valued? How are other long-term liabilities, such as deferred taxes, analyzed?*

An estimate of $996.7 million of net PHONES liabilities are assumed in VRC's analysis. This amount reflects the total $1.2 billion PHONES liability less the equity value of the Time Warner stock that Tribune has set aside to settle the PHONES liability. This $996.7 million is held constant in VRC's analysis.

9

Confidential

Management has identified approximately $86.8 million of Identified Contingent Liabilities (as defined in VRC's Solvency Opinion).

The PHONES liability is included as debt for the company. Both the PHONES liability and Identified Contingent Liabilities are subtracted from adjusted enterprise value.

Also see question 7.

*18) What is the assumption for the Company's ability to refinance debts as they become due and how is the assumption established?*

VRC has assumed that the Company will be able to refinance its debts as they become due. This assumption is based upon a review of the forecasted total debt and guaranteed debt leverage ratios at the time of the required refinancing, recent leveraged debt multiples, and representation from the Company which states that based upon recent discussions with Morgan Stanley, the Company would be able to refinance debt in its downside forecasts without the need for additional asset sales.

*19) What downside cases were considered? What were the relevant assumptions to the downside case and how did it affect overall analyses?*

The downside case was provided by Tribune management. The principal assumptions of the downside case are:

- Key Corporate Assumptions:

  Discretionary acquisition expenditures are projected to be $50 million in fiscal years 2008 through 2013.

  Key Publishing Assumptions:

  Total Revenues: 4.9% decline in fiscal year 2008, 3.6% decline in 2009, 2.8% decline in 2010, 2.7% decline in 2011, and 2.5% decline for 2012 and beyond.

  EBITDA Margins: 20.7% in fiscal year 2008, 19.8% in year 2009, 19.5% in year 2010, 19.4% in 2011, and 19.4% for 2012 and beyond.

- Key Broadcasting Assumptions:

  Total Revenues: 1.9% increase in fiscal year 2008, 1.6% decline in 2009, 2.7% increase in 2010, 0.8% decline in 2011, and 2.1% increase for 2012 and beyond.

10

EBITDA Margins: 32.6% in fiscal year 2008, 33.3% in 2009, 34.0% in 2010, 31.3% in 2011, and 31.4% for 2012 and beyond.

   a. *Were financial covenants met in downside cases? If not, which ones were tripped?*

No financial covenants were tripped in the downside case.

   b. *In the downside cases, did the Company have revolver capacity to fund its operating capital needs?*

In the downside case the Company maintains adequate revolver capacity. The largest projected outstanding balances on the revolver in the downside case being approximately $333 million in 2010 and $197 million in 2015.

20) Discuss differences from recent research published by equity analysts and rating agency (Lehman, Deutsche Bank, Merrill, S&P)? Were these reports relevant to the analysis?

As part of its analysis both VRC and the Company reviewed recent Wall Street research reports. VRC compared the research reports with actual Tribune performance for the third quarter 2007. The Company's cash flow results were generally favorable relative to the expectations of research analyst.

The rating agency research has been considered but does not change the economics of the Transaction to Tribune.

11