**From:** Chris Hochschild [CHochschild@egii.com]
**Sent:** Tuesday, December 11, 2007 11:20 AM
**To:** Bill Pate; Nils Larsen; Randy Michaels; Gerry Spector
**Subject:** FW: Period 11 brown book

**Attachments:** Period 11 2007 eBrown Book.pdf

Attached is the Period 11 Brown Book (November results). P11 results were impacted by the Thanksgiving holiday shift (from P12 last year to P11 this year) and the receipt of $4.7M in cable royalty revenues (TRB has received $22.8M YTD), while political spending had a negative impact. From a publishing side, Retail and National revenues were up 7% and 2% respectively, while Classifieds were -26% y-o-y. On the Broadcast side, Local and National were both down, -3% and -27% respectively. Equity Investments continue to perform well, primarily driven by TVFN, CSN and CB, but offset by a loss at Metromix.

-----Original Message-----
From: Amsden, Harry [mailto:HAmsden@Tribune.com]
Sent: Tuesday, December 11, 2007 8:08 AM
To: Chris Hochschild; Mark Sotir
Subject: Period 11 brown book

Have been out of the office for a couple of days. Not sure if Pete or corporate has already sent these to you, but they are attached. The Thanksgiving holiday shift helped P11 ad revenues by probably 3 percentage points vs. last year. Also helped operating cash flow get to flat to last year for P11.

Harry
<<Period 11 2007 eBrown Book.pdf>>
<<ad-revenue-by-category-p11-2007.pdf>>

**CONFIDENTIAL**

**EGI-LAW 00177270**