IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |

## ORDER EXTENDING THE CLAIMS BAR DATE

Upon the Motion of Ivan J. Bates (the "Movant") for an Order to Extend the Claims Bar Date To File Claims Against The Debtors' Estates (the "Motion"); and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the deadline for Movant to file a contingent, unliquidated proof of claim for the Maryland Action (as defined in the Motion) shall be extended to August 31, 2010; and it is further

ORDERED that nothing contained in this Order prejudices, precludes and/or disposes of the claims of Movant against the Debtors; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order; and it is therefore

SO ORDERED this _____ day of _____, 2010.

_____
United States Bankruptcy Judge