# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |
| | **Ref. Docket No. 3653** |

## <u>AFFIDAVIT OF MAILING</u>

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757
     Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not
     a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.  On March 5, 2010, I caused to be served the:

    a)  Personalized Proof of Claim Form, annexed hereto as Exhibit A, and

    b)  "Notice of Amendment to Schedules of Assets and Liabilities," dated March 2, 2010 [Docket No. 3653],

by causing true and correct copies, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Konstantina Haidopoulos

Sworn to before me this
10th day of March, 2010

Notary Public

HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2013

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

# PROOF OF CLAIM

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| HOY, LLC | 08-13174 (KJC) |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

## THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

TRB (MERGE2.DBF,SCHED_NO) SCHEDULE #: 174000420*****
RAMIREZ, ANA MARIA
3092 35 ST APT 5E
ASTORIA, NY 77703

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(If known)

Filed on: _____

Your claim is scheduled by the Debtor as:
$0.00 UNSECURED

Telephone number:                Email Address:

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:                Email Address:

---

1. **Amount of Claim as of Date Case Filed:** $ _____

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

   ☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $ _____

2. **Basis for Claim:** _____
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____

   Value of Property: $ _____   Annual Interest Rate _____ %

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:

   $ _____   Basis for perfection: _____

   **Amount of Secured Claim:** $ _____   **Amount Unsecured:** $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

   Specify the priority of the claim:

   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(_____).

   **Amount entitled to priority:**

   $ _____

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

---

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the name of the debtor in the bankruptcy case and the bankruptcy case number. The full list of debtors is provided under the general information section on the Claims Agent's website http://chapter11.epiqsystems.com/tribune.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim. Also, check the appropriate box if all or a portion of your claim qualifies as an Administrative Expense priority under 11 U.S.C. § 503(b)(9) and provide the amount that is related to such priority.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

## _____ DEFINITIONS _____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at one of the following addresses:

*If by first-class mail:*
**Tribune Company Claims Processing Center
c/o Eplq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069**

*If by hand delivery or overnight mail:*
**Epiq Bankruptcy Solutions, LLC
Attn: Tribune Company Claims Processing Center
757 Third Avenue, 3rd Floor
New York, NY 10017**

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property

of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.
A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials

## _____ INFORMATION _____

of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's website: (http://chapter11.epiqsystems.com/tribune) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| 2121 CAPITAL ASSOCIATES LLC | C/O STOLADI PROPERTY GRP 1636 CONNECTICUT AVE NW 4TH FLR WASHINGTON DC 20009 |
| 393RD HARBOR MASTER OPERATION | BLDG 444 1 FORT EUSTIS VA 23604 |
| A & P FOOD MART OFFICE | 112 INDUSTRY AVENUE ATT:TOM KATSAFANAS SPRINGFIELD MA 01104 |
| A MARKETING RESOURCE | PO BOX 641 SOUTH SAINT PAUL MN 55075 |
| A&R AUTO INC | 1006 AEASTERN BLVD BALTIMORE MD 21221 |
| A.E.P. WALL | 17953 INDIANA COURT ORLAND PARK IL 60467 |
| AAA OFFICE SERVICES INC | 645 N MICHIGAN AVENUE SUITE 800 CHICAGO IL 60611 |
| ABC AUDIT BUREAU OF CIRCULATIONS | 2057 PAYSHERE CIRCLE CHICAGO IL 60674 |
| ABC AUDIT BUREAU OF CIRCULATIONS | 2057 PAYSHERE CIRCLE CHICAGO IL 60674 |
| ABC AUDIT BUREAU OF CIRCULATIONS | 2057 PAYSHERE CIRCLE CHICAGO IL 60674 |
| ABCO WELDING & INDUSTRIAL SUPPLY INC | PO BOX 620 WATERFORD CT 06385-0620 |
| ACG INC | 27 WHITE DEER LN WEST HAMPTON NY 10604 |
| ACI | FILE 51105 LOS ANGELES CA 90074-1105 |
| ACTIVE ELECTRICAL SUPPLY CO | 4240 W LAWRENCE AVENUE CHICAGO IL 60630 |
| ACXIOM CORPORATION | 4057 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| ACXIOM CORPORATION | 4057 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| ACXIOM CORPORATION | ACXIOM/ INFOBASE 4090 COLLECTION CENTER DRIVE CHICAGO IL 60693 |
| ACXIOM CORPORATION | 4057 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| ADAN,OMAAR E | 1325 S. VAN NESS LOS ANGELES CA 90019 |
| ADFARE.COM INC | 3541 OLD CONEJO RD NO.104 NEWSBURY PARK CA 91320 |
| ADLER, RICHARD | 255 LIMONEIRA AVE VENTURA CA 93003 |
| ADSTAR INC | PO BOX 60360 LOS ANGELES CA 90060-0360 |
| ADT SECURITY SERVICES | PO BOX 371967 PITTSBURGH PA 15250-7956 |
| ADT SECURITY SERVICES | PO BOX 371956 PITTSBURGH PA 15250-7956 |
| ADVANCED SYSTEMS INC | 1415 S 30TH AVENUE HOLLYWOOD FL 33020 |
| AFTRA | PENSION AND WELFARE FUNDS 261 MADISON AVE NEW YORK NY 10016-2495 |
| AGNELLO-DEAN,CHASE A | 1935 S. ARCHER AVE. APT. #522 CHICAGO IL 60616 |
| AGUILERA,DINORAH C | 6896 WOODMERE DR RIVERSIDE CA 92509 |
| AHMED,NABIL R | 4554 S. DREXEL APT. #2 CHICAGO IL 60653 |
| AIELLO, LEOLA N | 226 UNION AVE ISLIP NY 11751-4315 |
| AIREY, LISA M | 1222 CORBETT ROAD MONKTON MD 21111 |
| AIRGAS EAST INC | PO BOX 827049 PHILADELPHIA PA 19182-7049 |
| AIRGAS EAST INC | PO BOX 827049 PHILADELPHIA PA 19182-7049 |
| AKASHIC IMAGING INC | 505 W JOE ORR RD CHICAGO HEIGHTS IL 60411 |
| ALBA,MONICA L | POLE #229 LAKESIDE DRIVE BOX #165 HARVEY'S LAKE PA 18618 |
| ALESI, CHARLES | 47 HAVEMEYER LANE COMMACK NY 11725 |
| ALLEN, PAUL A | 150 NORTHWOOD WAY CAMILLUS NY 13031 |
| ALLIED GAGE | 8344 BELAIR RD NOTTINGHAM MD 21236 |
| ALPINE TOWER COMPANY | PO BOX 547 MONTVALE NJ 07645 |
| ALTAMIRANO,EDGAR | 6309 HOME AVENUE BELL CA 90201 |
| ALVAREZ, SOL MYRIAN | 98 WARREN STREET APT 1R STAMFORD CT 06902 |
| ALVAREZ,MICHAEL A | 3044 EAST CECELIA STREET WEST COVINA CA 91792 |
| AMADO, MARIA DEL CARMEN | 155 WASHINGTON STREET APT. 2 MAMARONECK NY 10543 |
| AMERICAN BUILDING MAINTENANCE | FILE 53120 LOS ANGELES CA 90074 |
| AMERICAN CHECKWRITER CO INC | 121 WEST 27 STREET SUITE 304 NEW YORK NY 10001 |
| AMERICAN EXPRESS | TRAVEL RELATED SERVICES CO INC PO BOX 360001 FT LAUDERDALE FL 33336-0001 |
| AMODIO, MICHAEL | DSA 25 DESHON RD MELVILLE NY 11747 |
| AMTER,CHARLIE | 350 N. ORANGE GROVE AVE APT #5 LOS ANGELES CA 90036 |
| AN HO | 2804 POLVADERO LN APT 102 ORLANDO FL 32835 |

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ANACACY, HANSIO | 429 LOCUST ST UNIONDALE NY 11553 |
| ANDERSON, ANGEL | 3019 N ELBRIDGE AVE CHICAGO IL 60618 |
| ANDERSON, JEROME C | 8655 S. KEELER CHICAGO IL 60652 |
| ANGELA, WILLIAM | NEWSDAY 235 PINELAWN ROAD MELVILLE NY 11747 |
| ANGONOA, JOSE ALBERTO | BAIGORRI 475 CIUDAD DE CORDOBA CP5001 CIUDAD DE CORDOBA |
| ANN SANDERS | 911 SUNNY DELL DR ORLANDO FL 32818-6929 |
| ANNIE FOSTER | 2211 BEATRICE DR ORLANDO FL 32810-4425 |
| ANNUNZIATA, SUSAN | 128 KOHR RD KINGS PARK NY 11754 |
| ANTONIO ORTIZ | 513 BROCKWAY AVE ORLANDO FL 32807-4825 |
| AOS INC | ATTN CHAD GATLIN 17817 DAVNEPORT RD  NO.225 DALLAS TX 75252 |
| APEX MEDIA | 11014 27TH ST SE EVERETT WA 98205 |
| ARAMARK CORPORATION | 2200 BERNICE ROAD LANSING IL 60438 |
| ARANGO, JUAN | 1500 WASHINGTON ST APT 7V HOBOKEN NJ 07030 |
| ARBORVIEW APARTMENTS | C/O GORN MANAGEMENT 1300 LIRIOPE COURT BELCAMP MD 21017 |
| ARCURI, CYNTHIA | 250 MILLER PL HICKSVILLE NY 11801 |
| ARDEN COURT | 5151 HAMILTON BLVD ALLENTOWN PA 18106 |
| ARNOLD COMMUNICATIONS | 101 HUNTINGTON AVE BOSTON MA 02110 |
| ARORA, CINDY | 520 S SANTA ANITA AVE    APT C ARACADIA CA 91006 |
| ARREGUIN, MARIA T | 318 S. 48TH AVENUE BELLWOOD IL 60104 |
| ARRIAGA, DOLORES | 14919 SHERMAN WAY #110 VAN NUYS CA 91405 |
| ARVIZU, MARK A | 9951 DELCO AVENUE CHATSWORTH CA 91311 |
| ASHWORTH MEDICAL | SUITE NO.107 495 S NOVA RD ORMOND BEACH FL 32174 |
| ASNE FOUNDATION | PO BOX 17370 C/O BETTY ANNE WILLIAMS ARLINGTON VA 22216 |
| ASSOCIATED BUILDING MANAGEMENT CORP | PO BOX 474 MEDFORD NJ 08055 |
| ASSOCIATES OF TRIANGLE | SUITE 2J 10220 S MICHIGAN AVE CHICAGO IL 60628-2000 |
| ATC MICROWAVE | 4606 MARGARET WALLACE RD MATTHEWS NC 28105 |
| ATHENS SERVICES | PO BOX 60009 CITY OF INDUSTRY CA 91716 |
| ATLANTIC FEATURE | 16 SLAYTON RD MELROSE MA 02176 |
| ATLANTIC FUNDING CORP | 1907 W FOSTER AVE CHICAGO IL 60640-1025 |
| ATRIA-BETHLEHEM | 1745 W MACADA RD BETHLEHEM PA 18017 |
| ATWELL, JASMINE | 9561 AEGEAN DR BOCA RATON FL 33496 |
| AWISCO NEW YORK CORP. | PO BOX 826212 PHILADELPHIA PA 19182-6212 |
| AXIS SMILE CENTER | 7801 20TH AVE BROOKLYN NY 11214 |
| AZADIAN, PATRICK | 510 N JACKSON ST    NO.4202 GLENDALE CA 91206 |
| AZULAYSEIDEN LAW GROUP | 205 N MICHIGAN AVE   40TH FLOOR CHICAGO IL 60601 |
| B-N-E PLASTIC PRODUCTS, INC. | 205 COLLIE RD CALHOURN LA 71225 |
| BAIN CAPITAL LLC | 111 HUNTINGTON BOSTON MA 02199 |
| BAKER, TANISHA | 5509 WEST PARKER CHICAGO IL 60639 |
| BAKITA, BRET J | 1970 BLUFFVIEW DRIVE BYRON CENTER MI 49315 |
| BALDWIN, PETE | 407 E MAGNOLIA ST KISSIMMEE FL 34744 |
| BALLIET, GEORGENE | 64 MAIN RD LEHIGHTON PA 18235 |
| BANKS JR, GRANTLIN | 6426 S. KENWOOD 2N CHICAGO IL 60637 |
| BANNISTER, HAROLD | 7638 FORBES RD GLOUCESTER VA 23061 |
| BAPTISTA, GREYZA | 69-28 43RD AVE    APT 3 WOODSIDE NY 11377 |
| BAQUET, DEAN P | 420 7TH STREET NW APT 217 WASHINGTON DC 20004 |
| BARBARA KOON | 4970 NOVA AVE SAINT CLOUD FL 34773-9272 |
| BARSUMIAN, BELINDA A | 320 NORTH PARK VISTA SPACE 137 ANAHEIM CA 92806 |
| BASBANES, NICHOLAS | 92 EAST STREET N GRAFTON MA 01536 |
| BATES, IVAN | C/O DAVID ELLIN, ESQ. THE LAW OFFICES OF DAVID ELLIN, P.C. 20 SOUTH CHARLES |

| Claim Name | Address Information |
|---|---|
| BATES, IVAN | STREET BALTIMORE MD 21201 |
| BATISTA, JOSE | 33-60 21ST ST APT 11B ASTORIA NY 11106 |
| BAUMANN, KYLE L. | 797 29TH AVENUE #2328 DENVER CO 80202 |
| BAY CITY PEST MANAGEMENT CO INC | 5846 BELAIR RD BALTIMORE MD 21206 |
| BAYHA, CHARLES R | 525 CROWN STREET MERIDEN CT 06450 |
| BAZILE, ERROL | C/O NEWSDAY 235 PINELAWN ROAD MELVILLE NY 11747 |
| BEASLEY, JEFFERY S | 5240 NW 55TH BLVD  APT 2-306 COCONUT CREEK FL 33073 |
| BELAY, LEMLEM G | 8555 E EVANS AVE DENVER CO 80231 |
| BELL DENTAL | C/O LAWRENCE BELL JR. DDS 3673 OFFUTT RD/RANDALLSTOWN PLZ RANDALLSTOWN MD 21133 |
| BELL SR, ROBERT L | 1201 MILL POND DRIVE SOUTH WINDSOR CT 06074 |
| BELTRAN, DAVID | 1902 W 21ST PL       2 CHICAGO IL 60608 |
| BENSON, RITA ZANELLA | 207 NORTH DIANTHUS ST MANHATTAN BEACH CA 90266 |
| BERGEN BASIN REALTY | 5817 AVE N BROOKLYN NY 11234 |
| BERKSHIRE WESTWOOD GRAPHICS GROUP INC | P O BOX 1399 HOLYOKE MA 01041-1399 |
| BERKSHIRE, DENISE | 359 S BURNSIDE AVE LOS ANGELES CA 90036 |
| BERLET, BRUCE E | 202 CARRIAGE DR GLASTONBURY CT 06033 |
| BERNSTEIN, JOANIE | 756-8TH AVENUE SOUTH NAPLES FL 34102 |
| BEVILACQUA, LICIA | 2530 MADISON AVE BETHLEHEM PA 18017-3871 |
| BEZELIK, DONNA | 22 MILBURN CIR PASADENA MD 21122-6102 |
| BHARATH, DEEPA S | 2740 ASSOCIATED ROAD APT. D22 FULLERTON CA 92835 |
| BIEHL & BIEHL INC | PO BOX 87410 CAROL STREAM IL 60188 |
| BIEHL & BIEHL INC | 325 EAST FULLERTON AVENUE CAROL STREAM IL 60188 |
| BIEHL & BIEHL INC | 325 EAST FULLERTON AVENUE CAROL STREAM IL 60188 |
| BIEHL & BIEHL INC | PO BOX 87410 CAROL STREAM IL 60188 |
| BIEHL & BIEHL INC | PO BOX 87410 CAROL STREAM IL 60188 |
| BIEHL & BIEHL INC | 325 EAST FULLERTON AVENUE CAROL STREAM IL 60188 |
| BIEHL & BIEHL INC | PO BOX 87410 CAROL STREAM IL 60188 |
| BIEHL & BIEHL INC | PO BOX 87410 CAROL STREAM IL 60188 |
| BIEHL & BIEHL INC | 325 EAST FULLERTON AVENUE CAROL STREAM IL 60188 |
| BIEHL & BIEHL INC | 325 EAST FULLERTON AVENUE CAROL STREAM IL 60188 |
| BIEHL & BIEHL INC | PO BOX 87410 CAROL STREAM IL 60188 |
| BIEHL & BIEHL INC | 325 EAST FULLERTON AVENUE CAROL STREAM IL 60188 |
| BIEHL & BIEHL INC | PO BOX 87410 CAROL STREAM IL 60188 |
| BIEL, ROBERT E | 25 A CEDAR DR STONY BROOK NY 11790 |
| BIG CHICAGO RECORDS | 35 EAST WACKER DRIVE SUITE 1750 CHICAGO IL 60601 |
| BILL SIMON EQUIPMENT | 459 E. BROADWAY ALTON IL 62002 |
| BLAISE, FRITZGERALD | 12686 GUILFORD CIRCLE WELLINGTON FL 33414 |
| BLAKE, CATHERINE S | 951 PENINSULA STREET VENTURA CA 93001 |
| BLASZKO, MATTHEW | 11    COOK AVE ENFIELD CT 06082 |
| BLATTHASENMILLERLEIBSKERMOORE | PO BOX 5463 CHICAGO IL 60680-4440 |
| BLAU, BELA | A-1 BOOKBINDING 1330 SOUTH BROADWAY LOS ANGELES CA 90015 |
| BLUE AND GRAY TRANSPORTATION | SUITE 121 778 FRONTAGE ROAD NORTHFIELD IL 60093 |
| BOARD OF COUNTY COMMISSIONERS | 115 SOUTH ANDREWS AVE ROOM 220 FORT LAUDERDALE FL 33301-1801 |
| BODEN, JAYNE | CIRCULATION 235 PINELAWN RD MELVILLE NY 11747 |
| BODKIN, DONNA | 54 FURMAN LN PATCHOGUE NY 11772 |
| BOLLEN SADLER INC | 21575 LAKE ROAD ROCKY RIVER OH 44116 |
| BOLTON, ANTWAN | 5527 SOUTH ASHLAND CHICAGO IL 60636 |
| BOLTON, PERRY J | P.O. BOX 136 BROOKLANDVILL MD 21022 |

| Claim Name | Address Information |
|---|---|
| BONAN, DAVID | 29 9TH AVENUE  APT 8 DANBURY CT 06810 |
| BONILLA, PABLO SANTIAGO | 27 SEVENTH ST. GARDEN CITY PARK NY 11040 |
| BORGOVAN, IOANA | 7 MARY LANE RIVERSIDE CT 06878 |
| BOSAK, HELEN | 1110 WARREN AVE     504 IL 60515 |
| BOSTWICK & JASSY LLP | 12400 WILSHIRE BLVD  SUITE 400 LOS ANGELES CA 90025 |
| BOUNAN, MICHAEL H | 15 SHERWOOD AVE. BALTIMORE MD 21208 |
| BOYD, CAREY B | 3004 W. 139 PLACE BLUE ISLAND IL 60406 |
| BRANDSMART USA | 855 NATURA BLVD. ATTN: MARK (APPLIANCES) DEERFIELD BEACH FL 33441 |
| BRANDSMART USA | 855 NATURA BLVD. ATTN: MARK (APPLIANCES) DEERFIELD BEACH FL 33441 |
| BRANN CHICAGO | 1300 20 W KINZIE ST CHICAGO IL 60610-6392 |
| BRETTHAUER, LAURI | 63 CARRIAGE DR SOUTHPORT CT 06890 |
| BRIGHT HOUSE NETWORKS LLC | PO BOX 31335 TAMPA FL 33631 |
| BROADCAST ELECTRONICS INC | 4100 N 24TH STREET PO BOX 3606 QUINCY IL 62305 |
| BRODEUR, AIMEE | 1333 1/2 LAVETA TERRACE LOS ANGELES CA 90026 |
| BROEKMAN GABLER, MARGARETHE | 2353 PURDUE DRIVE COSTA MESA CA 92626 |
| BROGA, DWIGHT | 127 N JEFFERSON ST STANTON VA 24401 |
| BROWARD COUNTY REVENUE | PO BOX 29009 FT LAUDERDALE FL 33302-9009 |
| BROWARD COUNTY REVENUE | PO BOX 29009 FT LAUDERDALE FL 33302-9009 |
| BROWN, TIM | 13415 OVERBROOK LN BOWIE MD 20715 |
| BROWN, TIMOTHY D | 2418 S LAW ST ALLENTOWN PA 18103 |
| BROWN, JEFFREY A | 105 GRAYRIGG DRIVE BUTLER PA 16002 |
| BROWNSON, JEAN MARIE K | 1305 S COURTLAND AVE PARK RIDGE IL 60068 |
| BUCCI, NICHOLAS I | 1037 MANHATTAN AVENUE HERMOSA BEACH CA 90254 |
| BURSZTYN, SYLVIA | 12031 BAMBI PLACE GRANADA HILLS CA 91344-2315 |
| BUSINESS SUCCESS MATTERS | PO BOX 355 HAZELWOOD MO 63042 |
| BUTLER, ARLEEN | 2985 QUENTIN RD BROOKLYN NY 11229 |
| BUTTS, BEVERLY | 7934 SW 8 CT NORTH LAUDERDALE FL 33068 |
| C R WILSON | TOPEKA KS 66617 |
| CADAVID-RUIZ, ESPERANZAT | C/O NEWSDAY 235 PINELAWN RD MELVILLE NY 11747 |
| CAINE & WEINER CO INC | PO BOX 5010 WOODLAND HILLS CA 91367 |
| CALIXTO, ANTONIO | 119 PARK AVE  APT 1 BROOKLYN NY 11205 |
| CALTRA CONSTRUCTION | 10639 S CENTRAL PARK AVE CHICAGO IL 60655-3203 |
| CAMACHO, ALVARO | 6155 PINE AVENUE MAYWOOD CA 90270 |
| CAMP, CHRISTINA L | 10100 WEST 119TH STREET SUITE 102 OVERLAND PARK KS 66213 |
| CAMPBELL, SHANNEL | 2820 NW 6TH ST POMPANO BEACH FL 33069 |
| CANADA, MARC ANTHONY | 2619 WESTPARK DR BALTIMORE MD 21207 |
| CANAL STREET MALT HOUSE LLC | 1820 LANCASTER ST B. REYNOLDS STE 120 BALTIMORE MD 21231 |
| CANO, RICARDO | 5045 NEWTOWN RD  NO.4D WOODSIDE NY 11377 |
| CAPLAN, DAVID E | 4155 TUJUNGA AVE  NO.2 STUDIO CITY CA 91604 |
| CARLEY, PATRICIA | 6 ELIZABETH PL CENTER MORICHES NY 11934 |
| CARLINO, DENISE | 638 IRENE STREET SOUTH HEMPSTEAD NY 11550 |
| CARLSON COMPANY | 521 S BOSTON TULSA OK 74103 |
| CARLSON, BILL | 13311 ROSEWOOD LN PLAINFIELD IL 60585 |
| CARLSON, MARGARET E | 3016 1/2 FANITA ST LOS ANGELES CA 90026 |
| CARMONA, JOSE | 147 CALLAN AVE     APT 3 CHICAGO IL 60202 |
| CAROLYN LINDEN | 155 RANDON TER LAKE MARY FL 32746 |
| CARR, CHELSEA B | 2004 MARDIC DR FOREST HILL MD 21050 |
| CARRILLO JR, REFUGIO | 6896 WOODMERE DR RIVERSIDE CA 92509 |
| CARRINGTON, DAISY | 329 UNION STREET APT 4C BROOKLYN NY 11231 |