IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                        )
In re:                                  )   Chapter 11
                                        )
TRIBUNE COMPANY, et al.,                )   Case No. 08-13141 (KJC)
                                        )
        Debtors.                        )   Jointly Administered
                                        )
                                        )   **Hearing Date and Time:** *(Expedited*
                                        )   *Consideration Requested)*
                                        )
                                        )   **Response Deadline:** *(Expedited*
                                        )   *Consideration Requested)*
---------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on August 24, 2010, Aurelius Capital Management, LP ("Aurelius") filed the *Motion of Depository Designee Aurelius Capital Management, LP for Access to Depository Documents of JPMorgan Chase Bank, N.A. and JPMorgan Securities, Inc.* (the "Access Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that concurrently with the filing of the Access Motion, Aurelius also filed the *Emergency Motion To Shorten Notice and for Expedited Consideration of the Motion of Depository Designee Aurelius Capital Management, LP for Access to Depository Documents of JPMorgan Chase Bank, N.A. and JPMorgan Securities, Inc.* (the "Motion to Shorten").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Motion to Shorten, Aurelius has requested that the Court enter an order scheduling a hearing on the Access Motion at the earliest possible convenience of the Court (the "Hearing"), and setting an objection deadline at the time of the Hearing. In accordance with the Local Rules of Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the Bankruptcy Court will rule on the Motion to Shorten without a hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable Kevin J. Carey, Chief Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

{00275570;v1}

Dated: Wilmington, Delaware
August 24, 2010

        ASHBY & GEDDES, P.A.

        */s/ Amanda Winfree*
        William P. Bowden (I.D. No. 2553)
        Amanda M. Winfree (I.D. No. 4615)
        500 Delaware Avenue
        P.O. Box 1150
        Wilmington, DE 19899
        (302) 654-1888

        - and -

        Edward A. Friedman
        William P. Weintraub
        Hal Neier
        **FRIEDMAN KAPLAN SEILER &**
          **ADELMAN LLP**
        1633 Broadway
        New York, NY 10019-6708
        (212) 833-1100

        *Attorneys for Aurelius Capital Management, LP*