# EXHIBIT A

## FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M. BERMAN
GERALD ADLER
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
MALA AHUJA HARKER
RICARDO SOLANO JR.

1633 BROADWAY
NEW YORK, NY 10019-6708
TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

WRITER'S DIRECT DIAL
(212) 833-1109

WRITER'S DIRECT FAX
(212) 373-7909
E-MAIL
WWEINTRAUB@FKLAW.COM

HARVEY WEISSBARD
NORMAN ALPERT
ANDREW A. QUARTNER
ASAF REINDEL
COUNSEL

JESSICA A. MURZYN
JEFFREY C. FOURMAUX
LISA S. GETSON
JOHN N. ORSINI
JEFFREY R. WANG
CHAD M. LEICHT
JASON C. RUBINSTEIN
MICHAEL A. GORDON
ROBERT S. LANDY
RICKIE M. SONPAL
STEVEN E. FRANKEL
L. REID SKIBELL
EAMONN O'HAGAN
DANIEL R. GREENBERG
SHEELA V. PAI
JESSICA RICHMAN SMITH
KEVIN L. OBERDORFER
ELLEN LONDON
TIMOTHY M. HAGGERTY
JOHN C. LIN
ANDREW S. PAK
PHILIP A. WELLNER
BETTY W. GEE
AMY K. PENN
ANDREW LEVINE
GREGORY W. FOX
RAHUL AGARWAL
CHRISTOPHER M. COLORADO
KENNETH N. EBIE
KIZZY L. JARASHOW
BENJAMIN S. HOLZER

August 12, 2010

BY ELECTRONIC TRANSMISSION AND FIRST CLASS MAIL

James Conlan, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603

Re:  Tribune Depository

Dear Mr. Conlan,

My firm, Friedman Kaplan Seiler & Adelman, LLP ("FKSA"), has been retained to represent Aurelius Capital Management, LP ("Aurelius"), in the Tribune Company ("Tribune") chapter 11 cases. On April 5, 2010, Aurelius and Tribune executed the attached Acknowledgment and Agreement (the "Aurelius Acknowledgment") to, among other things, allow Aurelius – a significant creditor of Tribune – access to discovery documents in the depository (the "Depository") established under the bankruptcy court's Order (I) Authorizing the Debtors to Establish a Document Depository and Directing the Committee to Deliver Certain Documents to the Depository Pursuant to Federal Rule of Bankruptcy Procedure 2004 and (II) Establishing Settlement Negotiation Protections Pursuant to 11 U.S.C. § 105(A), entered December 15, 2009 (the "Depository Order").[1]

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Depository Order.

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**

James Conlan, Esq. - 2 - August 12, 2010

Aurelius has informed us that certain Producing Parties affirmatively objected to Aurelius having access to certain documents in the Depository and that other parties failed to respond to the notice that the Debtors provided in connection with Aurelius becoming a Depository Designee. Under the terms of the Aurelius Acknowledgment, the non-response bars Aurelius from access to the Discovery Documents of the non-responding Producing Parties. Accordingly, as of this date, Aurelius and FKSA do not have complete access to the Depository.

We do not believe that there is a basis for any Producing Party to deny Aurelius its consent to access documents in the Depository. As such, we ask that you please resend a copy of the attached Aurelius Acknowledgment and this letter as soon as possible to the appropriate persons at the following Producing Parties:

> (i) Citigroup, (ii) JPMorgan Chase, (iii) Merrill Lynch, (iv) Chai Trust Company, (v) Chandler Trust No. 1/No. 2, (vi) EGI-TRB, L.L.C., Sam Investment Trust, Sam Zell, (vii) Goldman Sachs, (viii) Houlihan Lokey, (ix) Morgan Stanley, (x) Raymond James & Assocs., Inc., (xi) Standard & Poor's, (xii) Dennis FitzSimons, (xiii) J. Christopher Reyes, and (xiv) Miles D. White.

The foregoing are the parties listed in an email from Candice Kline at Sidley Austin LLP to my client on April 10, 2010, as Producing Parties that objected to or did not affirmatively consent to Aurelius having access to their Discovery Documents in the Depository. In addition to the above-listed parties, please also provide the same notice of the Aurelius Acknowledgment to any other Producing Parties that have not yet affirmatively consented to Aurelius' access to their Discovery Documents.

Please also advise such Producing Parties that, pursuant to the Aurelius Acknowledgment, they (i) need to provide affirmative consent in writing to Aurelius and its Designated Representatives having full access to the Discovery Documents in the Depository that they produced within three (3) days of receipt of your notice and (ii) that a failure provide such timely notice will result in Aurelius seeking expedited relief from the Bankruptcy Court compelling them to allow Aurelius access to their Discovery Documents. In furtherance of this request, as Designated Representatives of Aurelius, FKSA, including any of its partners, associates, employees, advisors, and experts, agree to be bound by the terms of the Depository Order and the Aurelius Acknowledgement. We do hope that, in light of the speed with which things are proceeding in these cases, cooler heads will prevail and we will not have to inconvenience the Court with having to deal with matters such as this in the present circumstances.

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**

James Conlan, Esq. - 3 - August 12, 2010

        Thank you and we look forward to working with you and your colleagues on this matter. Please do not hesitate to contact me with any questions or concerns.

Very truly yours,

William P. Weintraub

Attachment

cc:   Dan Gropper, Aurelius Capital Management, LP
       Candice Kline, Sidley Austin LLP