IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
                                          )
In re:                                    )   Chapter 11
                                          )
TRIBUNE COMPANY, et al.,                  )   Case No. 08-13141 (KJC)
                                          )
        Debtors.                          )   Jointly Administered
                                          )
                                              **Related Docket Nos. 2858, ____**
----------------------------------------------------------x

## ORDER

The Court having considered the *Expedited Motion of Depository Designee Aurelius Capital Management, LP for Access to Depository Documents of JPMorgan Chase Bank, N.A. and JPMorgan Securities, Inc.* (the "Access Motion"); [1] the Court having reviewed all pleadings related thereto; and the Court having determined that just cause exists for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Access Motion is GRANTED; and

2. Aurelius Capital Management, LP is hereby permitted full and immediate access to the documents in the Document Depository established under this Court's December 15, 2009 *Order (I) Authorizing the Debtors to Establish a Document Depository and Directing the Committee to Deliver Certain Documents to the Depository Pursuant to Federal Rule of Bankruptcy Procedure 2004 and (II) Establishing Settlement Negotiation Protections Pursuant to 11 U.S.C. § 105(a)* [Docket No. 2858]; and

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Access Motion.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: August ____, 2010

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE