## EXHIBIT A

**[Proposed Order]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                                           )
In re:                                                     )   Chapter 11
                                                           )
TRIBUNE COMPANY, et al.,                                   )   Case No. 08-13141 (KJC)
                                                           )
         Debtors.                                          )   Jointly Administered
                                                           )
                                                               Related Docket Nos._____
-----------------------------------------------------------x
```

## ORDER

The Court having considered the *Emergency Motion to Shorten Notice and for Expedited Consideration of the Motion of Depository Designee Aurelius Capital Management, LP for Access to Depository Documents of JPMorgan Chase Bank, N.A. and JPMorgan Securities, Inc.* (the "Motion to Shorten"); the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED; and

2. The Court shall convene a hearing to consider *Motion of Depository Designee Aurelius Capital Management, LP for Access to Depository Documents of JPMorgan Chase Bank, N.A. and JPMorgan Securities, Inc.* (the "Access Motion") on _____, 2010 at __:__ _.m. (prevailing Eastern Time) (the "Hearing"); and

3. All objections and responses to the Access Motion may be filed prior to or presented at the time of the Hearing.

Dated: August ____, 2010

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

911186.7