IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                  )
In re:                                          )   Chapter 11
                                                  )
TRIBUNE COMPANY, et al.,          )   Case No. 08-13141 (KJC)
                                                )
              Debtors.                  )   Jointly Administered
                                                )
                                                      **Ref Docket No. 5498, 5499**
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT** Aurelius Capital Management, LP ("Aurelius") hereby withdraws, without prejudice, (i) *Motion of Depository Designee Aurelius Capital Management, LP for Access to Depository Documents of JPMorgan Chase Bank, N.A. and JPMorgan Securities, Inc.* [Docket No. 5498], and (ii) *Emergency Motion To Shorten Notice and for Expedited Consideration of the Motion of Depository Designee Aurelius Capital Management, LP for Access to Depository Documents of JPMorgan Chase Bank, N.A. and JPMorgan Securities, Inc.* [Docket No. 5499].

Dated:  Wilmington, Delaware
           August 25, 2010                       **ASHBY & GEDDES, P.A.**

                                                           */s/ Amanda M. Winfree*
                                                    William P. Bowden (I.D. No. 2553)
                                                   Amanda M. Winfree (I.D. No. 4615)
                                                   500 Delaware Avenue
                                                 P.O. Box 1150
                                                 Wilmington, DE 19899
                                                 (302) 654-1888

                                                           - and -

909909.3

Edward A. Friedman
William P. Weintraub
Hal Neier
**FRIEDMAN KAPLAN SEILER &
  ADELMAN LLP**
1633 Broadway
New York, NY 10019-6708
(212) 833-1100

*Attorneys for Aurelius Capital Management, LP*