## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 4707** |

## CERTIFICATION OF PUBLICATION OF NOTICE OF CONFIRMATION HEARING

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors"),

hereby file this certification of publication pursuant to the Order (I) Approving Disclosure

Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or

Reject Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries; (III)

Establishing Deadline for Return of Media Ownership Certifications; (IV) Scheduling

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Confirmation Hearing; (V) Establishing Notice and Objection Procedures in Respect of Confirmation of Amended Joint Plan of Reorganization; and (VI) Granting Related Relief [D.I. 4707], entered on June 7, 2010.  The Debtors hereby submit that notice of the confirmation hearing was published as follows:

      1.      The National Edition of the *Chicago Tribune* on July 22, 2010.  True and correct copies of the Affidavit of Publication and published notice of confirmation hearing are attached hereto as <u>Exhibit A</u>.

      2.      The National Edition of the *Los Angeles Times* on July 22, 2010.  True and correct copies of the Affidavit of Publication and published notice of confirmation hearing are attached hereto as <u>Exhibit B</u>.

      3.      The National Edition of the *Wall Street Journal* on July 21, 2010.  True and correct copies of the Affidavit of Publication and published notice of confirmation hearing are attached hereto as <u>Exhibit C</u>.

      4.      The National Edition of *The New York Times* on July 21, 2010.  True and correct copies of the Affidavit of Publication and published notice of confirmation hearing are attached hereto as <u>Exhibit D</u>.

Dated: Wilmington, DE
      August 25, 2010

                SIDLEY AUSTIN LLP
                James F. Conlan
                Bryan Krakauer
                Kenneth P. Kansa
                D'Lisia E. Bergeron
                One South Dearborn Street
                Chicago, IL  60603
                Telephone:  (312) 507-0199
                Facsimile:  (312) 853-7036

                      -and-

                COLE, SCHOTZ, MEISEL,
                FORMAN & LEONARD, P.A.

                By: _____
                Norman L. Pernick (No. 2290)
                J. Kate Stickles (No. 2917)
                  Patrick J. Reilley (No. 4451)
                500 Delaware Avenue, Suite 1410
                Wilmington, DE  19801
                Telephone:  (302) 652-3131
                Facsimile:  (302) 652-3117

                ATTORNEYS FOR DEBTORS AND
                DEBTORS IN POSSESSION

# EXHIBIT A

# AFFIDAVIT OF PUBLICATION

In re Tribune Company et al.

STATE OF ILLINOIS      )
                                    ) ss:
COUNTY OF COOK      )


I, Randall Weissman, being duly sworn, hereby certify that (a) I am the News Administration Editor at *Chicago Tribune*, a daily national newspaper of general circulation; (b) the Notice attached to this Affidavit was published in the *Chicago Tribune* for national distribution for one insertion on July 22, 2010; and (c) the foregoing statements are true and correct to the best of my knowledge.


X _____
(Signature)

**News Administration Editor**
Title


Sworn to before me this _17_ day of _August_ 2010

_____
Notary Public

```
OFFICIAL SEAL
THOMAS W. FIELDS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-11-2014
```

THURSDAY, JULY 22, 2010 | SECTION 1 | CHICAGO TRIBUNE  **27**

# Black freed, has date in court

**By Ameet Sachdev**
TRIBUNE REPORTER

Conrad Black left a Florida prison Wednesday after a Chicago federal judge ordered his release on a $2 million bond pending a review of his 2007 fraud conviction.

U.S. District Judge Amy St. Eve ordered Black, who once mounted a media company that owned the Chicago Sun-Times, to appear in her courtroom at 12:30 p.m. Friday so she can tell him the conditions of his release.

Black was freed about two years into his 78-month sentence. He was convicted of defrauding shareholders of Hollinger International Inc. through bogus non-compete agreements that paid him and other executives millions of dollars from the sale of newspapers.

Black was forced out as Hollinger's chief executive in 2003 amid allegations of corrupt practices. Still, the Sun-Times and other suburban Chicago papers were controlled until 2008 by a Toronto company that Black used to run his newspaper empire. The Sun-Times Media Group Inc.

filed for bankruptcy a year later. An investor group led by Chicago businessman Jim Tyree bought the Sun-Times Media Group out of bankruptcy in October.

Black had appealed his conviction. Last month the U.S. Supreme Court weakened the "honest-services" fraud law that was used to convict Black. The court ruled that the law must include bribes or kickbacks in the description of honest services. The law had been used to prosecute public officials and corporate executives when there are not clear cut violations of bribes or kickbacks.

Because the jurors in the Black trial were given the option of convicting him on honest-services fraud, the Supreme Court found that the jury instructions were flawed. It ordered a federal appeals court in Chicago to review Black's conviction to see if the error was harmless or serious enough to warrant his conviction.

Black was found guilty of three counts of fraud and one count of obstruction of justice. The jury said he was not guilty of the bulk of the fraud charges against him.

After the Supreme Court

ruling, Black's lawyers had asked the 7th Circuit U.S. Court of Appeals to grant him bond, which the court did late Monday.

St. Eve is to set the terms of his release. The government's lawyers agreed in a filing late Monday that since Black now secure the bond with any assets, his lawyers said. His house in Palm Beach, Fla., is up for sale and Black resides only a convicted right to any equity remaining in the mansion, the lawyers said in court.

A friend of Black's, Roger Hertog, appeared in court to confirm that he has agreed to secure Black's bond. Hertog is a conservative philanthropist in New York who was the founding partner of investment firm Sanford C. Bernstein & Co.

The government did not grant Black's lawyers' request to let him immediately return to his home in Toronto, where his wife lives. St. Eve ordered Black to remain in the U.S. The judge said she will decide whether Black can leave the United States after the review his freedom.

asachdev@tribune.com

## Abbott's 2nd-quarter earnings flat

**By Bruce Japsen**
TRIBUNE REPORTER

Abbott Laboratories reported flat second-quarter earnings, as charges related to legal and research expenses and costs from acquisitions in the first year offset revenue gains.

The North Chicago-based medical-product giant reported earnings of $1.26 billion, or 81 cents a share, in the period ended June 30. That compares with $1.58 billion in the second quarter of 2009.

Revenue soared nearly 16 percent, to $8.8 billion. The company's drug, vascular device and nutrition products lines posted double-digit percentage sales increases, led by worldwide

pharmaceutical sales that were up 21.5 percent, to $4.9 billion.

"Abbott's diverse sources of earnings growth led to strong financial results again this quarter, continuing Abbott's steady reliable performance," Chairman and Chief Executive Miles White said in a statement.

Excluding special items, such as an after-tax charge of $155 million for in-process research and development of new experimental technologies, operating earnings jumped 13.5 percent and beat Wall Street's estimate by a penny at $1.05 per share compared with Reuters in the reported period.

Some analysts were impressed the company's

earnings exceeded expectations in the face of pricing pressure in certain international markets such as Europe, where several countries have financial issues.

Shares of Abbott rose 7.5 percent, or $1.21, to $48.93, on the New York Stock Exchange.

Abbott recorded an $83 million charge for costs of integrating Solvay Pharmaceuticals, a company it purchased in the first year. The company also recorded a $56 million charge as a $120 million reserve for an impending and projected litigation losses for marketing and to include investment an Abbott spokesman would not comment on the "legal matters."

bjapsen@tribune.com

# New era begins for Wall Street

Continued from Page 23

regulation's on complex financial securities known as derivatives, grants shareholders a nonbinding vote on executive compensation and gives the government authority to wind and dismantle teetering firms whose failure would pose a danger to the economy.

On Wednesday, Obama put the spotlight on consumers in a speech before the signing, lording charges that, for instance, en hidden fees in mortgages and examine more-transparent financial disclosures.

"All told, these reforms represent the strongest consumer financial protections in history," Obama said. "And these protections will be enforced by a new consumer watchdog with just one job: looking out for people — not big banks, not lenders, not investment houses."

Meanwhile, MoveOn.org and other liberal groups are eagerly backing Warren,

and Democrats in the House and Senate are expressing lots of support.

But she is not a favorite of the financial industry. Though not publicly criticizing Warren, business leaders have privately raised concerns about her consumer activism and lack of bureaucratic experience.

Sen. Christopher Dodd, D-Conn., said this week that there was "a serious question" about whether Warren could be confirmed by the Senate, where she would face an expected Republican filibuster.

Many Republicans opposed the agency's creation in the first place, out of fears it would lead to tighter credit. And now-view Warren as too much of a consumer activist to take the five-year position, which comes with broad power and little congressional oversight.

jpuzzanghera@tribune.com

## Former Daley aide to chair McPier

**By Kathy Bergen**
TRIBUNE REPORTER

David Mosena, a former chief of staff to Mayor Richard Daley and currently president and CEO of the Museum of Science and Industry, on Wednesday was elected chairman of the agency that owns and operates McCormick Place and Navy Pier

Mosena was selected unanimously by the Interim Board of the Metropolitan Pier and Exposition Authority, the authority agency known as McPier, which is being overhauled.

Before joining the museum in 1997, Mosena was president of the Chicago Transit Authority. He also has been the city's aviation commissioner and plan-ning commissioner.

His appointment to the unpaid McPier position completes the board, which includes three Daley appointees and three others named by Gov. Pat Quinn. This board will focus for 18 months as McCormick Place operations are restructured and pricing management is brought in.

During this period much of the decision-making will rest with Jim Reilly, who was named trustee as a result of a recently enacted state law aimed at making McCormick Place more competitive with lower cost convention centers elsewhere.

The new law also mandates a host of operational changes, and some of them will be in place by Aug. 1, McCormick Place General Manager David Causton told the board.

Exhibitors will be able to set up booths using power tools. They also will be able to serve their own and save to bring material in the center, and they will be able to afford some materials for their booths.

The time period for straight-time labor rates will be expanded, and crew sizes will be cut. McCormick Place workers will be paid $18 an hour for overtime will drop to $39.50. Prices for food bought at concession stands also drop by 10 percent. Current that attendees will be able to buy a full lunch for less

than $10, Causton said.

Prices also are coming down on the coffee, bottled water and Pepsi that exhibitors buy in bulk for their booths, and prices will be cheaper even in the city's main (the) facilities, Causton said.

The exact price changes were not available Wednesday.

McPier is restructuring before David Mosena the legislation, including a move to trim 20 percent of its work force, and its cutbacks related the operating deficit for the year ended June 30 to $19.3 million, according to preliminary year-number revised.

Wednesday. Before the cuts, the agency was projecting a deficit of $24.9 million.

But the agency experienced a worse-than-expected downfall in tourism-related travel used to pay its debt service, with a two-year total run down to $23.1 million. Early in the fiscal year, the agency had expected the figure to be $22.7 million, and later revised its projection to $25.15 million. The now are authorities McPier is restructure its debt, and that process is expected to begin in October.

kbergen@tribune.com



DISCOVER BARRINGTON

Greg Jarrett broadcasts live from McGonigal's in Barrington, on Friday, July 23rd from 5-9am.

Stop by for a complimentary continental breakfast.

Allstate    WGN720



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re                        Chapter 11
TRIBUNE COMPANY, et al.,     Case No. 08-13141 (KJC)
        Debtors.             Jointly Administered

NOTICE OF HEARING TO CONSIDER CONFIRMATION OF AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES AND VOTING AND OBJECTION DEADLINES RELATING TO THE PLAN

PLEASE TAKE NOTICE THAT on June 4, 2010, the Debtors in the above-captioned chapter 11 cases filed the Amended Joint Plan of Reorganization for Tribune Company and Its Subsidiaries (as may be amended, the "Plan").

# **EXHIBIT B**

# AFFIDAVIT OF PUBLICATION

In re Tribune Company et al.

STATE OF CALIFORNIA      )
                                  ) ss:
COUNTY OF LOS ANGELES  )

I, Angelina de Cordova, being duly sworn, hereby certify that (a) I am the Customer Service Representative at *Los Angeles Times*, a daily national newspaper of general circulation; (b) the Notice attached to this Affidavit was published in the *Los Angeles Times* for national distribution for one insertion on July 22, 2010; and (c) the foregoing statements are true and correct to the best of my knowledge.

X_____ 08-17-10
          (Signature)

Customer Service Representative
Title

Sworn to before me this 17th day of August, 2010

 17-10

Notary Public

DEBORAH L. BEAVERS
COMM. #1870011
Notary Public - California
San Bernardino County
My Comm. Expires Nov. 1, 2013

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:                                            Chapter 11

TRIBUNE COMPANY, et al.,                Case No. 08-13141 (KJC)

         Debtors.          Jointly Administered



Customer Service representative
Los Angeles Times
08-17-10

Notary Public 8-17-10

DEBORAH L. BEAVERS
COMM. #1878011
Notary Public - California
San Bernardino County
Comm. Expires Nov. 1, 2013

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF AMENDED JOINT PLAN OF
REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES AND VOTING AND
OBJECTION DEADLINES RELATING TO THE PLAN**

PLEASE TAKE NOTICE THAT on June 4, 2010, the Debtors in the above-captioned chapter 11 cases filed the Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries (as may be amended, the "Plan") and the Disclosure Statement related to the Plan (as may be amended, the "Disclosure Statement"). Capitalized terms not defined in this notice have the meanings given to them in the Plan.

PLEASE TAKE FURTHER NOTICE THAT:

1. Votes to accept or reject the Plan must be received by the Voting Agent on or postmarked by no later than August 6, 2010, unless such time is extended. Objections to the Plan must comply with the Solicitation Order and be filed by 4:00 p.m. Eastern Time on August 13, 2010. A hearing to consider confirmation of the Plan will be held on August 30, 2010 at 10:00 a.m. Eastern Time, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Fifth Floor, Courtroom No. 5, Wilmington, Delaware 19801. That hearing may be continued from time to time without further notice.

2. On June 7, 2010, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (the "Solicitation Order") approving the Disclosure Statement and the Debtors' procedures for providing notice to parties in interest of the Plan and the hearing to confirm the Plan, and approving procedures for soliciting votes on the Plan.

3. The Plan also constitutes a Prepackaged Plan of Reorganization (the "Prepackaged Plan") for any affiliates of Tribune Company that have executed guarantees of certain indebtedness of Tribune Company but have not yet commenced chapter 11 cases (the "Guarantor Non-Debtors"), including (i) Tribune National Marketing Company, (ii) Tribune ND, Inc., (iii) Tribune Interactive, Inc., and (iv) Tribune (FN) Cable Ventures, Inc. In the event any of such affiliates commences a chapter 11 case, additional notice and information will be provided to any parties holding claims against the relevant Guarantor Non-Debtor.

4. Any party in interest wishing to obtain copies of the Disclosure Statement, the Plan, the Solicitation Order or other information about the solicitation procedures, or with questions about their ballot, or inquiries on obtaining a ballot, may request such information or materials by contacting the Voting Agent (i) by first-class mail addressed to Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, PO Box 5014, New York, NY 10150-5014; (ii) by personal delivery or overnight courier to Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, Third Floor, New York, NY 10017; or (iii) by telephone at (646) 282-2400. Copies of the Disclosure Statement, the Plan and the Solicitation Order, as well as additional information concerning the matters described in this notice, are also available on the Internet free of charge at http://chapter11.epiqsystems.com/tribune.

Dated:   July 22, 2010

SIDLEY AUSTIN LLP
James F. Conlan, Bryan Krakauer, Janet E.
Henderson, Kenneth P. Kansa, D'Lisia E.
Bergeron  One South Dearborn Street,
Chicago, Illinois 60603, Tele: (312) 507-
0199, Fax: (312) 853-7036

COLE SCHOTZ MEISEL FORMAN
& LEONARD, P.A.
Norman L. Pernick (No. 2290), J. Kate Stickles (No. 2917),
Patrick J. Reilley (No. 4451), 500 Delaware Avenue, Suite
1410, Wilmington, Delaware 19801, Tele: (302) 652-3131,
Fax    (302) 652-3117

Counsel for Debtors and Debtors In Possession

# EXHIBIT C

## AFFIDAVIT

STATE OF TEXAS                    )
                                  ) ss:
CITY AND COUNTY OF DALLAS)

I, <u>Erin Ostenson</u>, being duly sworn, depose and say that I am the Advertising Clerk of the

Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general

circulation throughout the United States, and that the Notice attached to this Affidavit has

been regularly published in THE WALL STREET JOURNAL for national distribution

for <u>one</u> insertion(s) on the following date(s): <u>July 21, 2010</u>; pertaining to: <u>Tribune</u>

<u>Company, et al.</u>; and that the foregoing statements are true and correct to the best of my

knowledge.

_____

Sworn to before me this
<u>21st</u> day of <u>July, 2010</u>.

_____
Notary Public

ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

**B6** *Wednesday, July 21, 2010*

# LEGAL NOTICES

**GLOBAL, NATIONAL, REGIONAL**
TO ADVERTISE CALL 1.800.366.3975
FAX: 214.640.7900

WSJMEDIAKIT.COM

**BANKRUPTCIES**

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re:
TRIBUNE COMPANY et al.,
Debtors

Chapter 11
Case No. 08-13141 (KJC)
Jointly Administered

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Networks, Inc.
California Community News Corp.
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
forsalebyowner.com corp.
ForSaleByOwner.com Referral Serv. LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
JuliusAir Company, LLC
JuliusAir Company II, LLC
KIAH Inc.

KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.
Magic T Music Publishing Company
NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Co.
Patuxent Publishing Company
Publishers Forest Products Co. of Wash.
Sentinel Communications News Ventures, Inc.
Shepard's Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Co., Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company

Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc., n/k/a
Tribune Washington Bureau Inc.
Tribune California Properties, Inc.
Tribune CNLBC, LLC f/k/a Chicago National
League Ball Club, LLC
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Co.
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Hldgs, Inc
Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Hldgs, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WTXX Inc.

## NOTICE OF HEARING TO CONSIDER CONFIRMATION OF AMENDED JOINT PLAN OF REORGANIZATION FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES AND VOTING AND OBJECTION DEADLINES RELATING TO THE PLAN

PLEASE TAKE NOTICE THAT on June 4, 2010, the Debtors in the above-captioned chapter 11 cases filed the Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries (as may be amended, the "Plan") and the Disclosure Statement related to the Plan (as may be amended, the "Disclosure Statement"). Capitalized terms not defined in this notice have the meanings given to them in the Plan.

PLEASE TAKE FURTHER NOTICE THAT:
1. Votes to accept or reject the Plan must be received by the Voting Agent on or postmarked by no later than August 6, 2010, unless such time is extended. Objections to the Plan must comply with the Solicitation Order and be filed By 4:00 p.m. Eastern Time on August 13, 2010. A hearing to consider confirmation of the Plan will be held on August 30, 2010 at 10:00 a.m. Eastern Time, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Fifth Floor, Courtroom No. 5, Wilmington, Delaware 19801. That hearing may be continued from time to time without further notice.
2. On June 7, 2010, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (the "Solicitation Order") approving the Disclosure Statement and the Debtors' procedures for providing notice to parties in interest of the Plan and the hearing to confirm the Plan, and approving procedures for soliciting votes on the Plan.
3. The Plan also constitutes a Prepackaged Plan of Reorganization (the "Prepackaged Plan") for any affiliates of Tribune Company that have executed guarantees of certain indebtedness of Tribune Company but have not yet commenced chapter 11 cases (the "Guarantor Non-Debtors"), including (i) Tribune National Marketing Company,

(ii) Tribune ND, Inc., (iii) Tribune Interactive, Inc., and (iv) Tribune (FN) Cable Ventures, Inc. In the event any of such affiliate commences a chapter 11 case, additional notice and information will be provided to any parties holding claims against the relevant Guarantor Non-Debtor.
4. Any party in interest wishing to obtain copies of the Disclosure Statement, the Plan, the Solicitation Order or other information about the solicitation procedures, or with questions about their ballot, or inquiries on obtaining a ballot, may request such information or materials by contacting the Voting Agent (i) by first-class mail addressed to Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, PO Box 5014, New York, NY 10150 5014; (ii) by personal delivery or overnight courier to Tribune Company Ballot Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, Third Floor, New York, NY 10017; or (iii) by telephone at (646) 282-2400. Copies of the Disclosure Statement, the Plan and the Solicitation Order, as well as additional information concerning the matters described in this notice, are also available on the Internet free of charge at http://chapter11.epiqsystems.com/tribune.

Dated: July 22, 2010
SIDLEY AUSTIN LLP, James F. Conlan, Bryan Krakauer, Janet E. Henderson, Kenneth P. Kansa, D'Lisia E. Bergeron, One South Dearborn Street, Chicago, Illinois 60603, Tele: (312) 507-0199, Fax: (312) 853-7036. COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., Norman L. Pernick (No. 2290), J. Kate Stickles (No 2917), Patrick J. Reilley (No. 4451), 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Tele: (302) 652-3131, Fax: (302) 652-3117. Counsel to the Debtors and Debtors-in-Possession.

# EXHIBIT D

NYT **The New York Times**
620 8TH AVENUE • NEW YORK, NY 10018

SEC. B PG

| | | |
|---|---|---|
| bune Company | KPLR, Inc. | Towering T Music Publishing Company |
| 35 Production Company | KSWB Inc. | Tribune Broadcast Holdings, Inc. |
| 300 Sunset Productions Inc. | KTLA Inc. | Tribune Broadcasting Company |
| altimore Newspaper Networks, Inc. | KWGN Inc. | Tribune Broadcasting Holdco, LLC |
| alifornia Community News Corp. | Los Angeles Times Communications LLC | Tribune Broadcasting News Network, Inc., n/k/a |
| andle Holdings Corporation | Los Angeles Times International, Ltd | Tribune Washington Bureau Inc. |
| hannel 20, Inc | Los Angeles Times Newspapers, Inc. | Tribune California Properties, Inc. |
| hannel 39, Inc | Magic T Music Publishing Company | Tribune CNLBC, LLC f/k/a Chicago National |
| hannel 40, Inc. | KABF LLC | League Ball Club, LLC |
| hicago Avenue Construction Company | Neocomm, Inc. | Tribune Direct Marketing, Inc. |
| hicago River Production Company | New Mass. Media, Inc. | Tribune Entertainment Company |
| hicago Tribune Company | Newscom Services, Inc. | Tribune Entertainment Production Co. |
| hicago Tribune Newspapers, Inc. | Newspaper Readers Agency, Inc. | Tribune Finance, LLC |
| hicago Tribune Press Service, Inc. | North Michigan Production Company | Tribune Finance Service Center, Inc. |
| hicagoLand Microwave Licensee, Inc. | North Orange Avenue Properties, Inc. | Tribune License, Inc. |
| hicagoland Publishing Company | Oak Brook Productions, Inc. | Tribune Los Angeles, Inc. |
| hicagoland Television News, Inc. | Orlando Sentinel Communications Co. | Tribune Manhattan Newspaper Hldgs, Inc. |
| ourant Specialty Products, Inc. | Patuxent Publishing Company | Tribune Media Net, Inc. |
| irect Mail Associates, Inc. | Publishers Forest Products Co. of Wash | Tribune Media Services, Inc. |
| istribution Systems of America, Inc. | Sentinel Communications News Ventures, Inc. | Tribune Network Holdings Company |
| agle New Media Investments, LLC | Shepard's Inc. | Tribune New York Newspaper Hldgs, LLC |
| agle Publishing Investments, LLC | Signs of Distinction, Inc. | Tribune NM, Inc. |
| orsalebyowner.com corp. | Southern Connecticut Newspapers, Inc. | Tribune Publishing Company |
| orSaleByOwner.com Referral Serv, LLC | Star Community Publishing Group, LLC | Tribune Television Company |
| ortify Holdings Corporation | Stemweb, Inc. | Tribune Television Holdings, Inc. |
| orum Publishing Group, Inc. | Sun-Sentinel Company | Tribune Television New Orleans, Inc. |
| old Coast Publications, Inc. | The Baltimore Sun Company | Tribune Television Northwest, Inc. |
| reenCo, Inc. | The Daily Press, Inc. | ValuMail, Inc. |
| eart & Crown Advertising, Inc. | The Hartford Courant Company | Virginia Community Shoppers, LLC |
| omeowners Realty, Inc. | The Morning Call, Inc. | Virginia Gazette Companies, LLC |
| Homestead Publishing Co. | The Other Company LLC | WATL, LLC |
| Hoy, LLC | Times Mirror Land and Timber Company | WCWN LLC |
| Hoy Publications, LLC | Times Mirror Payroll Processing Co., Inc. | WDCW Broadcasting, Inc. |
| InsertCo, Inc. | Times Mirror Services Company, Inc. | WGN Continental Broadcasting Company |
| Internet Foreclosure Service, Inc. | TMLH 2, Inc. | WLVI Inc. |
| JuliusAir Company, LLC | TMLS I, Inc. | WPIX, Inc. |
| JuliusAir Company II, LLC | TMS Entertainment Guides, Inc. | WTXX Inc. |
| KIAH Inc. | Tower Distribution Company | |

NOTICE OF HEARING TO CONSIDER CONFIRMATION OF AMENDED JOINT PLAN OF REORGANIZATION
**FOR TRIBUNE COMPANY AND ITS SUBSIDIARIES AND VOTING AND OBJECTION DEADLINES RELATING TO THE PLAN**

PLEASE TAKE NOTICE THAT on June 4, 2010, the Debtors in the above captioned chapter 11 cases filed the Amended Joint Plan of Reorganization for Tribune Company and its Subsidiaries (as may be amended, the "Plan") and the Disclosure Statement relating to the Plan (as may be amended, the "Disclosure Statement"). Capitalized terms not defined in this notice have the meanings given to them in the Plan.

PLEASE TAKE FURTHER NOTICE THAT:

[illegible]

# CERTIFICATION OF PUBLICATION

JUL 21 2010 20

I, Alice Weber, in my capacity as a Principal Cl[illegible] of the Publisher of The New York Times a daily newspaper of gene[illegible] circulation printed and published in the City, County and State of N[illegible] York, hereby certify that the advertisement annexed hereto was publis[illegible] in the editions of The New York Times on the following date or dat[illegible] to wit on

JUL 21 2010 20

Alice Weber

Approved:

Maria Pannullo

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SE[illegible]