TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   11

| | | | |
|---|---|---|---|
| 07/09/10 | N. T. ZINK | Review emails re July 14 hearing issues (.1). | 0.10 hrs. |
| 07/09/10 | N. T. ZINK | Review and revise committee draft plan (5.6). | 5.60 hrs. |
| 07/10/10 | N. T. ZINK | Review and revise parts of committee draft plan (2.1). | 2.10 hrs. |
| 07/11/10 | N. T. ZINK | Review and revise committee draft plan (1.9). | 1.90 hrs. |
| 07/12/10 | N. T. ZINK | Review and revise Committee draft Plan (6.4). | 6.40 hrs. |
| 07/12/10 | H. SEIFE | Review of Committee plan and issues. | 1.10 hrs. |
| 07/12/10 | B. DYE | Researching and drafting summary of results on section 1122 issue (8.6); meeting with P. Kaminski to discuss memo on section 1126(e) and designation of claim (.5) | 9.10 hrs. |
| 07/12/10 | F. VAZQUEZ | Review Wilmington Trust's objections (.2); review Wells Fargo response to objections to Procedures motion (.2); review creditors' agreement and lenders' objection to cross-motion (.1) | 0.50 hrs. |
| 07/12/10 | F. VAZQUEZ | Conf w/Zink re revisions to plan (.5); review applicable applications and orders to research claims agent issue (.4); review and revise plan (2.4); update task list (.3); email to/from Zink and Gayda re open issues (.1); email to/from Zink and Rivera re creditor trust and litigation trust plan (.1); email to/from Zink re revisions to disclosure statement (.1); email to/from Zink re voting agent (.1). | 4.00 hrs. |
| 07/12/10 | D. BAVA | Review docket sheet re: claims agent retention application and order approving same (.60). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    August 23, 2010
435 N. MICHIGAN AVENUE                                          Invoice ******
CHICAGO, IL 60611                                               Page    12


| 07/12/10 | E. DAUCHER | Circulate final version of statement in support of Debtors' cross motion for filing. | 0.10 hrs. |
|---|---|---|---|
| 07/12/10 | C. L. RIVERA | Meeting with T. Zink re: objection to alternative plan (.4); reviewing prior arguments for objection (.7); confer with F. Vazquez re: summary of trusts for committee proposed disclosure statement (.2); review files re: same (0.3); review WTC response to debtors' scheduling motion (0.4); reviewing related cases and arguments (1.1). | 3.10 hrs. |
| 07/12/10 | D. E. DEUTSCH | Review draft proposed deposition exhibit for Committee and propose edits to same (.3); review material list for Wednesday's hearing and edit same (.2); further edits to revised Committee deposition exhibit (.1); review multiple e-mails from Marc Ashley re: plan confirmation matters (.2). | 0.80 hrs. |
| 07/12/10 | P. KAMINSKY | Researching case law on 1126(e) (2.8); draft memorandum on 1126(e) (1.50). | 4.30 hrs. |
| 07/12/10 | R. J. GAYDA | Research regarding Rule 9019 settlements and confirmation standards (5.7); draft memorandum re same (6.1); review responses of Wells Fargo, WTC, and the Credit Agreement Lenders to Debtors' Cross-Motion (1.1); discuss research w Y. Yoo re same (.8). | 13.70 hrs. |
| 07/12/10 | N. T. ZINK | Conference with C. Rivera re brief in opposition to competing lender plan (.4); review agenda for July 13, plan supporter call (.1). | 0.50 hrs. |
| 07/13/10 | R. J. GAYDA | Research regarding collective action issues in connection with confirmation (3.2); review and revise confirmation issues memorandum (7.4); review case docket (.2); discuss research with M. Roitman and Y. Yoo (.6). | 11.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   13


| | | | |
|---|---|---|---|
| 07/13/10 | P. KAMINSKY | Research and drafting memo on 1126(e) issue. | 6.10 hrs. |
| 07/13/10 | C. L. RIVERA | Reviewing cases (1.4) and related research of cases and analysis for response to due process arguments (2.4); drafting summaries of cases for H. Seife (1.3); meetings and correspondence with J. Schenck re: research on other contested plans (0.7); confer with B. Gayda re: pledge agreement and review files for same (0.3); drafting/revising hearing argument outline (1.2); confer with D. LeMay re: same (0.4); confer with H. Seife re: contested plans (0.1); confer with M. Roitman re: same and contacting Landis (0.2); | 8.00 hrs. |
| 07/13/10 | D. M. LeMAY | Attend planning call of settlement supporters (.6); work on memo re: 1126(e) issues (1.3). | 1.90 hrs. |
| 07/13/10 | D. M. LeMAY | Work on Committee Plan Structure. | 1.40 hrs. |
| 07/13/10 | M. ROITMAN | Correspond with C. Rivera re: confirmation hearings in complex ch. 11 cases (0.3); Call with M. McGuire re: same (0.1); | 0.40 hrs. |
| 07/13/10 | F. VAZQUEZ | Conf w/Zink re revisions to disclosure statement (.4); conf w/Gayda re open research issues (.3); review and revise disclosure statement (7.2); email to/from Zink re litigation trust recoveries (.1); email to/from Zink re definition changes in plan (.1); email to Zink re convenience claims election (.1). | 8.20 hrs. |
| 07/13/10 | B. DYE | Meeting with L. MacLeod to discuss case law update to equitable and contractual subordination memo (.2); reviewing research re same (.4) | 0.60 hrs. |
| 07/13/10 | L. MACLEOD | Cite check/context check for Tribune memo on subordination. | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   14

| | | | |
|---|---|---|---|
| 07/13/10 | H. SEIFE | Conference with T.Zink regarding Committee plan and disclsoure statement (.8); work on Committee plan (1.3). | 2.10 hrs. |
| 07/13/10 | N. T. ZINK | Review and revise committee plan and disclosure statement (3.8); conference with H.Seife re same (.7). | 4.50 hrs. |
| 07/13/10 | A. ROSENBLATT | Review cases on contested confirmation hearings to support rebuttal argument in Tribune case. | 0.50 hrs. |
| 07/13/10 | J. SCHENCK | Research re complex Chapter 11 bankruptcy cases confirmation hearing issues. | 4.10 hrs. |
| 07/14/10 | N. T. ZINK | Review Committee draft Plan and Disclosure Statement (3.2); meeting with F.Vazquez and R.Gayda re plan issues (1.1). | 4.30 hrs. |
| 07/14/10 | B. DYE | Reviewing P. Kaminski's memo re designation (1.2); meeting with P. Kaminski to discuss edits to memo (.4) | 1.60 hrs. |
| 07/14/10 | M. ROITMAN | Correspond with C. Rivera re: confirmation hearings issue (0.2); Call with M. McGuire re: same (0.1); Review May 20th hearing transcript re: separate classification of Bridge Loan Claims (0.2); Review draft Article IV of alternative Committee DS (0.5) | 1.00 hrs. |
| 07/14/10 | F. VAZQUEZ | Review and revise disclosure statement (4.8); conf w/Zink re revisions to disclosure statement and plan (.3); email to/from Zink re status of disclosure statement (.1); meeting with R.Gayda and T.Zink  re plan issues (1.2); email to/from Roitman re comments to disclosure statement (.1) | 6.50 hrs. |
| 07/14/10 | C. L. RIVERA | Research re: potential subsidiary-only plan. | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   15


| 07/14/10 | R. J. GAYDA | Research re section 1122 of the Bankruptcy Code (3.2); reseach re section 1123(a)(4) (1.2); meeting w T. Zink and F. Vazquez re collective action case law (1.2); review and revise memorandum re same and confirmation objections (5.2). | 10.80 hrs. |

| 07/14/10 | D. M. LeMAY | Work on Committee plan (1.3). | 1.30 hrs. |

| 07/15/10 | R. J. GAYDA | Review and revise memorandum regarding confirmation issues (7.2); review memorandum regarding release issues (.8); meeting with A.Rosenblatt re: objections (1.1). | 9.10 hrs. |

| 07/15/10 | C. L. RIVERA | Analysis re: sub-only plan objection (0.4); confer with D. Deutsch re: current research (0.2); confer with A. Nellos re: needed expert reports (0.10); correspondence with D. Bava re: same (0.2). | 0.90 hrs. |

| 07/15/10 | F. VAZQUEZ | Review plan summary (.4); conf w/Zink re plan summary (.2); review and revise disclosure statement (6.5). | 7.10 hrs. |

| 07/15/10 | F. VAZQUEZ | Review memo re objections to plan confirmation (.5); conf w/Zink re objections to confirmation (.3); Email to/from Dye re 1126(e) (.1). | 0.90 hrs. |

| 07/15/10 | D. M. LeMAY | Work on Committee Plan (2.2) emails with Kasowitz and Akin to discuss same (.6); review of transcript of 7/14 hearing (1.3). | 4.10 hrs. |

| 07/15/10 | M. ROITMAN | Confer with D. Bava re: Confirmation Related Deadlines (0.1); Correspond with D. Deutsch and W. Smith re: ballots (0.2); Call with Epiq re: same (0.2); Call with J. Ludwig re: same (0.1); Correspond with M. Ashley re: Disclosure Statement language on settlement of LBO-Related Causes of Action (0.2); Correspond with F. Vazquez re: language on exclusivity in Committee DS (0.3); | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 23, 2010
Invoice ******
Page   16

|            |                |                                                                                                                                                                                                                                                   |           |
|------------|----------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | Review transfers/assignments of Senior Loan Claims (0.3); Review draft Article IV of alternative Committee DS (0.3).                                                                                                                               |           |
| 07/15/10   | B. DYE         | Review and revise P. Kaminsky's revised memo on section 1126(e) and designation of claim (2.3); reviewing P. Kaminsky's research results re same (1.4).                                                                                            | 3.70 hrs. |
| 07/15/10   | N. T. ZINK     | Review and revise Plan (3.9); prepare summary of principal terms of Committee Plan (1.1); conference with F. Vazquez re summary of principal Committee Plan terms (.3); emails with D. LeMay re meeting with counsel for Centerbridge and Law Debenture re Committee Plan (.1). | 5.40 hrs. |
| 07/15/10   | A. ROSENBLATT  | Meet with T. Zink to discuss memorandum re: potential objections to confirmation and cramdown issue (.4); review background re: objector issue (2.6); review draft of memorandum re: same (.8); revise memorandum (1.3) and meet with B. Gayda to discuss same (1.0). | 6.10 hrs. |
| 07/15/10   | H. SEIFE       | Conference with T.Zink regarding Committee plan (.6); review and preparation of Committee plan (1.1).                                                                                                                                              | 1.70 hrs. |
| 07/16/10   | A. ROSENBLATT  | Review revisions to memorandum re: potential confirmation objections (1.6); provide additional revisions to same (.9).                                                                                                                            | 2.50 hrs. |
| 07/16/10   | B. DYE         | Follow up research on section 1126(e) and designation of claim (1.2); revising memo for D. LeMay re same (3.2)                                                                                                                                     | 4.40 hrs. |
| 07/16/10   | M. ROITMAN     | Review draft Article IV of alternative Committee DS (1.4); Draft insert for Committee DS re: MIP (0.7);                                                                                                                                            | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                August 23, 2010
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                            Page   17


| 07/16/10 | D. M. LeMAY | Review of expert designations from all parties and chart re: same (.6); review T. Zink Plan outline for transmission to Akin and Kasowitz (.4); e-mail T. Zink re: same (.2); review B. Dye memo re: Section 1126(e) (1.3). | 2.50 hrs. |
| 07/16/10 | F. VAZQUEZ | Review and revise memo re 1126(e) (.8); email to/from Dye (.2); conf w/Dye re 1126(e) (.1). | 1.10 hrs. |
| 07/16/10 | F. VAZQUEZ | Review and revise disclosure statement (1.4); conf w/Zink re revisions to disclosure statement (.4); conf w/Zink and Leder re tax issues (.2). | 2.00 hrs. |
| 07/16/10 | D. E. DEUTSCH | Review comments on action list (.2) and edit same (.2). | 0.40 hrs. |
| 07/16/10 | N. T. ZINK | Review and revise draft committee plan and disclosure statement (6.3). | 6.30 hrs. |
| 07/17/10 | N. T. ZINK | Review and revise Committee draft plan (5.5). | 5.50 hrs. |
| 07/19/10 | F. VAZQUEZ | Review revised plan (.8); conf w/Zink re revisions to plan and status of disclosure statement (.7); review and revise disclosure statement (3.2); review subordination of guarantees (.2); conf w/Gayda re risk factors in disclosure statement (.1). | 5.00 hrs. |
| 07/19/10 | H. SEIFE | Review of Committee plan issues. | 1.20 hrs. |
| 07/19/10 | R. J. GAYDA | Detailed review of disclosure statement in similar large case in relation to preparation of Committee DS (3.2); review revised task list re same (.5); review risk factors of current Committee DS (1.4); review and revise memorandum regarding confirmation issues (1.8). | 6.90 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      August 23, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   18
```

| | | | |
|---|---|---|---|
| 07/19/10 | N. T. ZINK | Review and revise draft Disclosure Statement for Committee's Plan (4.4); conference with F. Vazquez re draft Disclosure Statement issues (.1). | 4.50 hrs. |
| 07/20/10 | N. T. ZINK | Review and revise potential Committee plan of reorganization (2.4); conference with counsel for Centerbridge and Law Debenture re potential Committee plan of reorganization (.8). | 3.20 hrs. |
| 07/20/10 | R. J. GAYDA | Detailed review of Committee DS (4.7); research re section 1127 and confirmation objections (1.2). | 5.90 hrs. |
| 07/20/10 | F. VAZQUEZ | Review and revise disclosure statement (3.3); conf w/Leder re tax review (.1); email to/from Roitman re MIP discussion (.1); email to/from Leder re tax discussions (.1); email to/from Gayda re two-step distributions (.1); email to Stenger re disclosure statement (.1). | 3.80 hrs. |
| 07/20/10 | M. ROITMAN | Review draft Article IV of alternative Committee DS (0.1); correspond with F. Vazquez re: same (0.1) | 0.20 hrs. |
| 07/20/10 | W. A. GREASON | Telephone conference with T.Zink (.2); start review of Disclosure Statement for SEC Issues (.8); research SEC issues (.9). | 1.90 hrs. |
| 07/20/10 | D. M. LeMAY | Prepare for (1.9) and attend meeting w/Kasowitz and Akin Gump re: plan matters. Review memo re: 1126(e) (1.0). | 2.90 hrs. |
| 07/21/10 | R. J. GAYDA | Review and revise memorandum re confirmation issues (.4); research re adequate disclosure under section 1125 (3.3); detailed review of draft committee disclosure statement (2.8). | 6.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 23, 2010
Invoice ******
Page   19

| | | | |
|---|---|---|---|
| 07/21/10 | M. ROITMAN | Review Plan re: reimbursement of certain fees/expenses (0.5); Correspond/confer with D. LeMay re: same (0.3); calls with interested parties re same (0.3); Revise chart re same (0.2); | 1.30 hrs. |
| 07/21/10 | F. VAZQUEZ | Review memo re confirmation standards. | 0.50 hrs. |
| 07/21/10 | F. VAZQUEZ | Conf w/Zink and Leder re tax isues (1.4); review and revise disclosure statement (4.1); review and revise plan (3.4); conf w/Zink re additional plan currency and trust issues (.3); update plan task lists (.3); email to/from Rivera/Roitman re Morgan Stanley claim (.1); email to Zink re senior term loan (.1). | 9.70 hrs. |
| 07/21/10 | D. M. LeMAY | Work on Committee Plan (3.2). | 3.20 hrs. |
| 07/21/10 | N. T. ZINK | Prepare presentation to creditors' committee re Committee Plan (3.9). | 3.90 hrs. |
| 07/21/10 | N. T. ZINK | Conference with F. Vazquez and D. Leder re tax disclosures re Committee's plan (1.2); review and revise Plan (1.3). | 2.50 hrs. |
| 07/22/10 | N. T. ZINK | Prepare slide deck for Committee presentation on potential Committee plan of reorganization (2.1). | 2.10 hrs. |
| 07/22/10 | N. T. ZINK | Review and revise potential Committee plan of reorganization (5.1). | 5.10 hrs. |
| 07/22/10 | H. LAMB | Conferences with M.Roitman regarding Plan and reimbursement of Committee counsel fees (.2); research Committee counsel expense requests in connection with same (1.1). | 1.30 hrs. |
| 07/22/10 | C. L. RIVERA | Confer with B. Gayda re: objection issues relevant for alternative plan (0.2); organize/analyze materials needed to review to prepare brief (1.3). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   20

| 07/22/10 | D. M. LeMAY | Prepare for (.3) and participate in (1.1) call of Plan supporters. Prepare email to Sidley re Committee member fee estimates (.9). | 2.30 hrs. |
| 07/22/10 | F. VAZQUEZ | Conf w/Greason re securities law discussion in disclosure statement (.3); conf w/Zink re revisions to disclosure statement and status thereof (.4); review and revise disclosure statement (7.0); email to/from Zink re outstanding letter of credit (.1) email to/from Roitman re revisions to disclosure statement (.1); conf w/Gayda re disclosure of litigation recoveries (.1); update plan task list (.1); email to/from Leder re variability of the trusts (.1). | 8.20 hrs. |
| 07/22/10 | D. E. DEUTSCH | Participate in plan-related meeting with Chadbourne plan/litigation teams (.5); participate in related meeting with plan supporters (1.2); | 1.70 hrs. |
| 07/22/10 | R. J. GAYDA | Detailed review draft Committee DS (4.1); detailed review of disclosure statements in similar large cases (4.4). | 8.50 hrs. |
| 07/22/10 | M. ROITMAN | Correspond with C. Rivera re: Wells Fargo pleadings related to DS/Plan (0.2); Review Plan re: reimbursement of Committee members' fees (0.8); Correspond with R. Paul and J. Teitelbaum re: Committee members' counsel fees (0.3); exchange emails with E. Sassower and N. Thomas re: Warner Bros. counsel fees (0.8); Revise chart of Committee members' counsel fees (0.4); Confer with D. LeMay re: same (0.4); Draft email to Debtors' counsel re requested Creditors' Committee Members Fee/Expense Claims (0.6); Draft insert for Committee DS re: third party standing motion (0.6); Draft insert for Committee DS re: Neil | 5.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                August 23, 2010
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                            Page   21


                              adversary proceeding (1.1)

07/22/10   H. SEIFE          Conference with T.Zink and D.LeMay      0.60 hrs.
                             regarding Committe Plan.

07/23/10   H. SEIFE          Work on draft Committee plan.           1.40 hrs.

07/23/10   M. ROITMAN        Correspond with R. Paul and J.          1.70 hrs.
                             Teitelbaum re: Committee members'
                             counsel fees (0.2); Revise chart
                             of Committee members' counsel fees
                             (0.4); Meet with T. Zink and F.
                             Vazquez re: indemnification
                             provisions in Committee Plan
                             (0.5); Correspond with E. Sassower
                             re: Committee members' counsel
                             fees (0.6);

07/23/10   D. E. DEUTSCH     Review law and background              4.20 hrs.
                             materials on voting/solicitation
                             issue (3.1); begin drafting
                             related analysis memorandum (1.1);

07/23/10   F. VAZQUEZ        Conf w/Zink re changes to the plan     5.50 hrs.
                             (.1); review and revise plan
                             (1.5); review and revise
                             disclosure statement (2.7); conf
                             w/Zink re indemnification and
                             injunction provisions (.5); conf
                             w/Zink and Smith re
                             indemnification (.2); conf w/Zink
                             and Landis re contribution and
                             reimbursement claims (.1); email
                             to/from Zink re non-guarantor
                             debtors (.2); email to/from Zink
                             re indemnities (.1); email to
                             Stenger re review of plan (.1).

07/23/10   R. M. KIRBY       Researching proposed amendments to     1.80 hrs.
                             FRCP 26, as per M. Ashley.

07/23/10   D. M. LeMAY       Work on Committee Plan.                3.20 hrs.

07/23/10   N. T. ZINK        Review and revise potential           4.40 hrs.
                             Committee plan of reorganization
                             (4.4).

07/23/10   N. T. ZINK        Prepare slide deck for Committee      1.20 hrs.
                             presentation (1.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 23, 2010
Invoice ******
Page   22

| | | | |
|---|---|---|---|
| 07/26/10 | N. T. ZINK | Review and revise committee presentation re committee draft plan (4.7). | 4.70 hrs. |
| 07/26/10 | F. VAZQUEZ | Conf w/Leder re tax issues (.4); conf w/Zink re new senior secured (.1); revise plan re intercompany claims (.3); conf w/Zink re intercompany claims (.2); review and revise plan (1.5); review and revise disclosure statement (3.7); conf w/Daucher re Wilmington Trust discussion (.1); email to/from Zink re funding of trust (.1); email to/from Zink re comments to disclosure statement (.1); review emails re tax issues (.1). | 6.60 hrs. |
| 07/26/10 | D. E. DEUTSCH | Review pleading filed by Senior Lender subgroup re: voting/confirmation timing issues (.4); discuss same with Debtors' counsel (Kevin Lantry) (.2); | 0.60 hrs. |
| 07/26/10 | M. ROITMAN | Review Disclosure Statement re: Plan Supplement materials (0.3); Call with G. Davis re: Committee member outside counsel fees (0.1) | 0.40 hrs. |
| 07/26/10 | R. J. GAYDA | Review memorandum re third party releases (1.1); detailed review of pleadings regarding Examiner's Report confidentiality issues (2.5); review Examiner's discharge motion (.5); review creditors' committee meeting minutes for 7/15 meeting (.3); detailed review of plan and disclosure statement in similar large case as it relates to Committee Plan and DS (3.2); review memorandum regarding Wells Fargo procedures motion (.8). | 8.40 hrs. |
| 07/27/10 | D. E. DEUTSCH | Participate in part of call with plan supporters re: plan matters (1.1); | 1.10 hrs. |
| 07/27/10 | F. VAZQUEZ | Review and revise disclosure statement (3.7); review and revise Plan presentation slides (2.0); conf w/Zink re plan presentation slides (.2); conf w/Zink re | 8.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       August 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    23

|  |  |  |  |
|---|---|---|---|
|  |  | Wilmington Trust slides (.3); draft Wilmington Trust slides (1.5); confs w/Yoo re WilmingtonTrust presentation slides (.3); email to/from Daucher re Wilmington Trust and Wells Fargo pleadings (.2); email to/from Stenger re FCC discussion in disclosure status (.1); email to/from Zink re slide presentation comments (.3). |  |
| 07/27/10 | N. T. ZINK | Review and revise Plan and Disclosure Statement (1.6); review and revise presentation on potential committee plan (1.4). | 3.00 hrs. |
| 07/27/10 | H. SEIFE | Work on Committee plan issues. | 1.70 hrs. |
| 07/27/10 | E. DAUCHER | Draft disclosure statement inserts re: Wilmington Trust and Wells Fargo motions. | 2.00 hrs. |
| 07/27/10 | D. M. LeMAY | Prepare for (.3) and participate in (1.5) conference call of Plan settlement supporters. | 1.80 hrs. |
| 07/27/10 | R. J. GAYDA | Detailed review of Examiner's findings in light of confirmation objections (4.6); research re potential objection of Credit Agreement Lenders based on section 1129(a)(7) (2.3). | 6.90 hrs. |
| 07/28/10 | E. DAUCHER | Prepare language for insertion into disclosure statement. | 0.20 hrs. |
| 07/28/10 | H. SEIFE | Conference with T.Zink regarding plan components (.6); review of draft plan overview (.9). | 1.50 hrs. |
| 07/28/10 | D. M. LeMAY | Review and revise presentation materials for tomorrow's committee meeting (8.2).  Review draft settlement supporters response (.3). Review Debtors revised form of order (.2). | 8.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       August 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   24


| | | | |
|---|---|---|---|
| 07/28/10 | K. SMITH | Review and comment on draft corporate organizational documents of Tribune company (4.3); TC's B. Carson re: same (.2). | 4.50 hrs. |
| 07/28/10 | R. M. KIRBY | Revising slides re Examiner's discussion of common law claims, as per M. Ashley. | 1.60 hrs. |
| 07/28/10 | N. T. ZINK | Review and revise presentation to Committee re potential Committee plan (1.4). | 1.40 hrs. |
| 07/28/10 | D. E. DEUTSCH | Review e-mails and attachments from Debtors re: plan supplements (.3); discuss same with Kevin Smith (.1); | 0.40 hrs. |
| 07/28/10 | R. J. GAYDA | Research regarding section 1129(a)(7) and potential objection of Credit Agreement Lenders (2.7); draft memorandum re same (2.4); detailed review of Examiner's report (2.8); detailed review of revised plan circulated by Debtors (1.3); discuss same w. D. LeMay and D. Deutsch (.3); review of plan supplement, including indemnification procedures (2.2). | 11.70 hrs. |
| 07/28/10 | F. VAZQUEZ | Review and revise plan slide presentation (1.6); conference with Zink re plan slides (.3); conference with Zink and Leder re tax issues (.3); email to and from Zink re plan slides (.1); review and revise disclosure statement (2.0). | 4.30 hrs. |
| 07/29/10 | F. VAZQUEZ | Review and finalize plan slide presentation (.7); participate on plan supporter call (.9); research requirement for re-solicitation of plan (.5); review and revise disclosure statement (2.2). | 4.30 hrs. |
| 07/29/10 | M. ROITMAN | Review Disclosure Statement and conduct research re: value attributable to Parent Company (1.4); Research re: standards for modification of plan without resolicitation (1.5) | 2.90 hrs. |

| 07/29/10 | R. J. GAYDA | Research regarding section 1129(a)(7) and its application to Credit Agreement Lenders' objection (2.7); draft memorandum re same (2.2); review part of Examiner's report (1.5); review case docket and order re release of Examiner's report (.4); review plan supplement materials (1.8). | 8.60 hrs. |
|---|---|---|---|
| 07/29/10 | D. E. DEUTSCH | Review e-mail and materials from Kevin Smith re: analysis of plan exhibits (.2); request related follow-up from Kevin Smith (.1); exchange e-mails with Jessica Boelter (Sidley) re: additional plan exhibits (.2); review exhibit/list of directors provided by Debtors (.2); discuss follow-up research on same with Eric Daucher (.1); review additional plan supplement exhibits (.2); e-mail David LeMay and Robert Gayda re: same (.2); discuss director issues with Damian Schaible (.1); e-mail Howard Seife and David LeMay on same (.1); | 1.40 hrs. |
| 07/29/10 | N. T. ZINK | Review and revise potential Committee Plan (.5). | 0.50 hrs. |
| 07/29/10 | K. SMITH | Review revised step plan for reorganization steps (.5); compare to original draft (.4); provide comments re: same (.3); TC Sidley re: corporate organizational documents (.3). | 1.50 hrs. |
| 07/29/10 | D. M. LeMAY | Prepare argument for today's hearing (2.2). Participate in pre-meeting of Plan supporters (1.2). | 3.50 hrs. |
| 07/29/10 | H. SEIFE | Review of Committee plan proposal (1.2). | 1.20 hrs. |
| 07/29/10 | E. DAUCHER | Review disclosure statement materials re: directors of reorganized Tribune. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   26


| 07/30/10 | N. T. ZINK | Review potential Committee plan of reorganization (.3). | 0.30 hrs. |
|---|---|---|---|
| 07/30/10 | D. E. DEUTSCH | Conferences with Robert Gayda to discuss research issue on solicitation (.5); review additional plan-supplement materials filed by Debtors (.2) and exchange e-mails with Robert Gayda re: required follow-up on same (.2); | 0.90 hrs. |
| 07/30/10 | R. J. GAYDA | Review further plan revisions and plan supplement (2.2); research regarding modification of plan (5.2); detailed review of parts of Examiner's report, specifically creditor remedy issues (4.8); draft summary of Examiner's report creditor remedy issues (2.5). | 14.70 hrs. |
| 07/30/10 | M. ROITMAN | Research re: modification of plan without resolicitation (2.7); Draft memo re: same (4.3); Meet with R. Gayda re: same (0.3) | 7.30 hrs. |
| 07/30/10 | F. VAZQUEZ | Review motion by Wells Fargo to continue confirmation (.1); email to and from Zink re Wells Fargo arguments (.1). | 0.20 hrs. |
| 07/31/10 | R. J. GAYDA | Review and revise memorandum regarding modification of a plan under Section 1127(a) of the Bankruptcy Code and Rule 3019 (3.7); research re same (1.1); review email correspondence re Examiner's report and responsibilities (.4); review Annex B to Volume Two of Examiner's report (2.3). | 7.50 hrs. |
| 07/31/10 | C. SERFILIPPI | Telephone call with F Vasquez regarding identity of beneficial owners of Tribune Stock (.2); drafted email regarding same (.4). | 0.60 hrs. |


           **Total Fees for Professional Services.............. $415,040.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   27


**TOTAL DUE FOR THIS MATTER.................................. $415,040.00**


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 57.70 | 49333.50 |
| H. SEIFE | 965.00 | 16.20 | 15633.00 |
| N. T. ZINK | 795.00 | 103.10 | 81964.50 |
| W. A. GREASON | 795.00 | 1.90 | 1510.00 |
| M. D. ASHLEY | 645.00 | 1.10 | 709.50 |
| A. ROSENBLATT | 695.00 | 9.10 | 6324.50 |
| C. SERFILIPPI | 855.00 | .60 | 513.00 |
| D. E. DEUTSCH | 695.00 | 28.80 | 20016.00 |
| F. VAZQUEZ | 625.00 | 117.00 | 73125.00 |
| K. SMITH | 745.00 | 13.30 | 9908.50 |
| D. BAVA | 270.00 | 6.60 | 1782.00 |
| C. L. RIVERA | 625.00 | 18.50 | 11562.50 |
| E. DAUCHER | 355.00 | 25.90 | 9194.50 |
| R. J. GAYDA | 595.00 | 170.80 | 101626.00 |
| R. M. KIRBY | 475.00 | 3.40 | 1615.00 |
| B. DYE | 405.00 | 30.10 | 12190.50 |
| H. LAMB | 270.00 | 1.30 | 351.00 |
| J. SCHENCK | 250.00 | 4.10 | 1025.00 |
| L. MACLEOD | 250.00 | 5.90 | 1475.00 |
| M. ROITMAN | 355.00 | 34.10 | 12105.50 |
| P. KAMINSKY | 250.00 | 12.30 | 3075.00 |
| TOTALS | | 661.80 | 415040.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                                    For Services Through July 31, 2010

Our Matter #19804.014
          EMPLOYEE ISSUES


07/06/10    D. E. DEUTSCH      Address inquiry from Ted Zink re:        0.30 hrs.
                               status of MIP matters (.2);
                               exchange related e-mails (.1).

07/12/10    D. E. DEUTSCH      E-mail Alan Holtz and Kevin Lantry       0.20 hrs.
                               re: 2010 MIP matters (.2).

07/13/10    D. E. DEUTSCH      Calls with Adam Lotsoff re:             0.20 hrs.
                               inquiry to 2010 MIP issues (.2).

07/13/10    H. SEIFE           Conference call with AlixPartners        0.30 hrs.
                               regarding revised MIP proposal.

07/14/10    H. SEIFE           Review of AlixPartners                   0.40 hrs.
                               presentation on MIP.

07/14/10    D. E. DEUTSCH      Call with Jonathan Lotsoff re:          1.10 hrs.
                               2010 MIP issues (.2); review 2010
                               MIP motion and related materials
                               (.3); calls with Alan Holtz re:
                               same and proposal to Committee
                               tomorrow (.4); e-mail Howard Seife
                               re: 2010 MIP issues (.2).

07/14/10    M. ROITMAN         Correspond with D. Deutsch and C.        0.20 hrs.
                               Henderson re: AlixPartners' MIP
                               Review (0.2)

07/15/10    D. E. DEUTSCH      Review AlixPartners' 2010 MIP           0.70 hrs.
                               analysis (.4); exchange e-mails
                               (.2) and participate in call with
                               Alan Holtz pre-Committee meeting
                               re: 2010 MIP matters (.1).

07/19/10    H. SEIFE           Emails regarding MIP settlement.         0.40 hrs.

07/19/10    D. E. DEUTSCH      Exchange e-mails with Alan Holtz        1.30 hrs.
                               re: 2010 MIP (.2): telephone
                               conversation with Jonathan Lotsoff
                               re: 2010 MIP (.2); draft
                               memorandum to Committee on revised
                               agreed-to 2010 MIP targets (.6);
                               review discovery request to
                               Debtors on MIP from UST (.3);

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 23, 2010
Invoice ******
Page    2

| | | | |
|---|---|---|---|
| 07/20/10 | D. E. DEUTSCH | Exchange additional e-mails with Jonathan Lotsoff re: 2010 MIP (.2); discuss Committee update on 2010 MIP matter with Marc Roitman (.1); | 0.30 hrs. |
| 07/20/10 | M. ROITMAN | Correspond with D. Deutsch re: 2010 MIP (0.1) | 0.10 hrs. |
| 07/22/10 | D. E. DEUTSCH | Preliminary review of equity/MEIP plan (1.2); related call with Kevin Lantry and Jonathan Lotsoff (.3); exchange calls with David Gallai re: review of MEIP (.2); participate in related "all-hands" Debtors' telephonic presentation on MEIP (.5); related follow-up call with Alan Holtz (.2); | 2.40 hrs. |
| 07/22/10 | D. GALLAI | Conf. w/ D. Deutsch re MEIP proposal (.2); Reviewed MEIP-related documents (3.1). | 3.30 hrs. |
| 07/22/10 | D. M. LeMAY | Review proposed management equity plan (2.1) and two emails D. Deutsch (.2) re same. | 2.30 hrs. |
| 07/23/10 | D. GALLAI | Conf. w/ D. Deutsch re equity incentive plan. | 0.50 hrs. |
| 07/23/10 | D. E. DEUTSCH | Review Mercer report and other materials on MEIP proposal (1.1); conference call with David Gallai to discuss same (.5); e-mail Alan Holtz re: MEIP matters (.1); | 1.70 hrs. |
| 07/26/10 | D. E. DEUTSCH | Review Debtors' MIP supplement and related exhibits (.9); review e-mail re: new severance plan (.2) and follow-up with Alan Holtz and David Gallai re: next steps related to same (.2); | 1.30 hrs. |
| 07/26/10 | M. ROITMAN | Correspond with A. Holtz re: Debtors' revised 2010 MIP Proposal (0.2) | 0.20 hrs. |
| 07/26/10 | H. SEIFE | Telephone conference with B.Krakauer regarding severance plan (.4); conference with D.Deutsch regarding same (.2). | 0.60 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3
```

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/27/10 | D. E. DEUTSCH | Review Debtors' revised severance plan (.6); exchange e-mails with Alan Holtz re: next steps on same (.2); calls/e-mails with Jonathan Lotsoff re: additional possible revisions to severance plan (.3); e-mail Alan Holtz and David Gallai re: next steps related to same (.1); | 1.20 hrs. |
| 07/27/10 | D. GALLAI | Reviewed severance plan. | 1.20 hrs. |
| 07/28/10 | D. GALLAI | Reviewed transition plan (1.7).Correspondence w/ D. Deutsch and Alix re same (0.5). | 2.20 hrs. |
| 07/28/10 | D. E. DEUTSCH | Conference call with Alan Holtz re: severance plan and related matters (.3); | 0.30 hrs. |
| 07/29/10 | D. E. DEUTSCH | Review detailed memorandum on new severance plan issues from David Gallai (.3); e-mail David Gallai and Alan Holtz re: follow-up on same and proposed discussion with Committee on same today (.3); | 0.60 hrs. |
| 07/29/10 | D. GALLAI | Conf. and correspondence w/ D. Deutsch re transition plan (0.3). Conf. w/ Sidley re same (0.6). | 0.90 hrs. |
| 07/30/10 | D. GALLAI | Reviewed revised Transition Plan (0.6).  Conf. w/ Sidley re same (0.2).  Conf. w/ D. Deutsch re same (0.2). | 1.00 hrs. |
| 07/30/10 | D. E. DEUTSCH | Draft detailed e-mail to David Gallai and Alan Holtz re: next step on review and changes to employee severance plan (.3); call with David Gallai re: question related to revised employee severance plan (.2). | 0.50 hrs. |

**Total Fees for Professional Services**.............    **$18,109.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    4
```

**TOTAL DUE FOR THIS MATTER....................................   $18,109.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 2.30 | 1966.50 |
| H. SEIFE | 965.00 | 1.70 | 1640.50 |
| D. E. DEUTSCH | 695.00 | 12.10 | 8409.50 |
| D. GALLAI | 650.00 | 9.10 | 5915.00 |
| M. ROITMAN | 355.00 | .50 | 177.50 |
| TOTALS | | 25.70 | 18109.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1

                            For Services Through July 31, 2010
Our Matter #19804.015
            RELIEF FROM STAY ISSUES

| Date | Professional | Description | Hours |
|---|---|---|---|
| 07/05/10 | M. ROITMAN | Correspond with J. Ludwig and D. Deutsch re: Bates Motion for Relief from Stay (0.3) | 0.30 hrs. |
| 07/06/10 | M. ROITMAN | Correspond with D. Deutsch and L. MacLeod re: Bates Motion for Relief from Stay (0.2); Review Debtors' draft Objection to Bates Motion (0.4); Draft Joinder to Debtors' Objection (1.2); Draft email to Committee re: same (0.2); Correspond with D. Deutsch re: same (0.1); | 2.10 hrs. |
| 07/06/10 | D. E. DEUTSCH | Exchange e-mails with Ken Kansa re: Bates lift stay motion (.2); exchange e-mails with Marc Roitman re: drafting joinder and other next steps (.2); review Bates objection (.3); outline proposed next steps on same in detailed memorandum to David LeMay and Marc Roitman (.4). | 1.10 hrs. |
| 07/07/10 | D. E. DEUTSCH | Review draft Bates joinder and edit same (.2); review draft posting note to Committee on Bates joinder and edit same (.2); exchange related e-mails with Marc Roitman (.1). | 0.50 hrs. |
| 07/07/10 | M. ROITMAN | Revise Joinder to Debtors' Objection to Bates Relief from Stay Motion (0.6); Correspond with M. McGuire re: same (0.2); Call with J. Ludwig re: same (0.1) | 0.90 hrs. |
| 07/07/10 | M. D. ASHLEY | Reviewed pleadings relating to Bates automatic stay issue (.4). | 0.40 hrs. |
| 07/08/10 | D. M. LeMAY | Work on Bates joinder. | 0.30 hrs. |

        **Total Fees for Professional Services.............    $2,798.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


**TOTAL DUE FOR THIS MATTER.......................................  $2,798.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | .30 | 256.50 |
| M. D. ASHLEY | 645.00 | .40 | 258.00 |
| D. E. DEUTSCH | 695.00 | 1.60 | 1112.00 |
| M. ROITMAN | 355.00 | 3.30 | 1171.50 |
| TOTALS | | 5.60 | 2798.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                                For Services Through July 31, 2010

    Our Matter #19804.016
            TAX ISSUES


07/02/10   R. M. LEDER      Review new restructuring plan for       1.30 hrs.
                            t ax issues, including analysis of
                            ability to reconsolidate.

07/06/10   R. M. LEDER      Emails with D.Deutsch re                0.20 hrs.
                            Restructuring Plan.

07/12/10   R. M. LEDER      Review revised draft of                 0.70 hrs.
                            Contribution Agreement.

07/12/10   B. BETHEIL       Review draft Cooking Channel            1.40 hrs.
                            Contribution Agreement and Food
                            Network LLC Agreement re tax
                            issues (1.1); Meet w/ E. Markson
                            re: comments on draft Cooking
                            Channel Contribution Agreement
                            (.3).

07/13/10   B. BETHEIL       Provide comments on draft Cooking       0.30 hrs.
                            Channel Contribution Agreement and
                            Food Network LLC Agreement

07/15/10   D. E. DEUTSCH    Review Debtors'                         2.30 hrs.
                            memorandum/materials on corporate
                            restructuring (2.1); discuss same
                            with Richard Leder (.2).

07/16/10   R. M. LEDER      TC Zink and Vazquez re alternative      0.20 hrs.
                            plan being developed by Creditors'
                            Committee.

07/20/10   R. M. LEDER      TC and e-mail correspondence with       0.20 hrs.
                            Messrs. Zink and Vasquez re tax
                            issues related to Committee plan
                            alternatives.

07/21/10   R. M. LEDER      Conference Zink and Vasquez re          3.60 hrs.
                            alternative plan (1.4); conference
                            Betheil re tax issues relating to
                            plan (0.9); review of precedent
                            plans for FCC Trusts (1.3).

07/21/10   B. BETHEIL       Meet w/ R. Leder re: tax                2.70 hrs.
                            disclosure for Creditors'
                            Committee's alternative Plan of
                            Reorganization (.8); Review
                            precedents of tax disclosure
                            statements re: tax classification
                            of FCC Trusts, litigation trusts

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

|            |              |                                                                                                                                                                                                                   |           |
|------------|--------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |              | and disputed claims reserves (1.5); Meet w/ J. Robins re: tax classification of FCC Trust with contingent distribution rights (.4). |           |
| 07/22/10   | B. BETHEIL   | Discuss w/ R. Leder re: tax disclosure for Creditors' Committee's alternative Plan of Reorganization (.4); Research tax classification of liquidating trusts, litigation trusts, disputed claims reserves and trusts with contingent distribution rights due to disputed claims (2.4). | 2.80 hrs. |
| 07/22/10   | R. M. LEDER  | Prepare e-mail memo to Zink re putting debt in strip. | 0.50 hrs. |
| 07/23/10   | R. M. LEDER  | Consider liquidating trust requirements of IRS, including review of Rev. Proc. 94-45. | 0.60 hrs. |
| 07/23/10   | B. BETHEIL   | Research tax classification of liquidating trusts, litigation trusts, disputed claims reserves and trusts with contingent distribution rights due to disputed claims | 2.60 hrs. |
| 07/26/10   | J. ROBINS    | Conference R.Leder and B.Betheil re characterization of proposed trusts. | 0.60 hrs. |
| 07/26/10   | R. M. LEDER  | Conference with Robins and Betheil re: tax treatment of FCC and litigation trusts (1.1); consider possible qualified settlement trust treatment for FCC trust (0.7); review materials with Betheil re: taxation of FCC trust as complex trust vs. grantor trust or qualified settlement trust (2.0); and review Tribune plan of reorganization (2.7). | 6.50 hrs. |
| 07/26/10   | B. BETHEIL   | Meeting w/ R. Leder and J. Robins re: tax status of trusts proposed to be formed under Creditors' Committee's Plan of Reorganization (.7); Research tax status of | 5.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

|            |               | liquidating trust w/ variable distributions due to disputed claims (4.7). |            |
|------------|---------------|---------------------------------|------------|
| 07/27/10   | B. BETHEIL    | Research tax status of liquidating trust w/ variable distributions due to disputed claims | 2.20 hrs.  |
| 07/27/10   | R. M. LEDER   | Conference Betheil (.3) and research various rulings relating to characterization of bankruptcy trusts (1.8). | 2.10 hrs.  |
| 07/28/10   | R. M. LEDER   | Conference with Betheil re additional precedents in connection with the tax treatment of the FCC and litigation trusts. | 1.70 hrs.  |
| 07/28/10   | B. BETHEIL    | Research tax status of litigation trust and liquidating trust w/ variable distributions due to disputed claims (1.3); Meet w/ R. Leder re: research results (1.6); Research legislative history re: tax status of settlement funds (1.1); Review draft term sheet for Exit Facility (.8), draft Certificate of Incorporation and by-laws for Reorganized Tribune and draft Plan supplements (.9). | 5.70 hrs.  |
| 07/29/10   | R. M. LEDER   | Review primary and secondary authorities on taxation of disputed ownership trusts. | 1.80 hrs.  |
| 07/29/10   | B. BETHEIL    | Research tax status of liquidating trust w/ variable distributions due to disputed claims | 1.70 hrs.  |

**Total Fees for Professional Services..............  $30,858.50**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| R. M. LEDER | 965.00 | 19.40 | 18721.00 |
| D. E. DEUTSCH | 695.00 | 2.30 | 1598.50 |
| J. ROBINS | 825.00 | .60 | 495.00 |
| B. BETHEIL | 405.00 | 24.80 | 10044.00 |
| TOTALS | | 47.10 | 30858.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through July 31, 2010

Our Matter #19804.017
        GENERAL LITIGATION

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 07/02/10 | M. ROITMAN | Review dockets in Neil and Beatty Adversary Proceedings (0.2) | 0.20 hrs. |
| 07/09/10 | M. ROITMAN | Review Dockets in Neil and Beatty Adversary Cases and Revise Neil Adversary Report (0.5) | 0.50 hrs. |
| 07/09/10 | M. D. ASHLEY | Reviewed Examiner's correspondence regarding confidentiality issues and related documents (.8). | 0.80 hrs. |
| 07/14/10 | D. E. DEUTSCH | Review last two weekly pleading reports for adversary cases (.4). | 0.40 hrs. |
| 07/16/10 | M. D. ASHLEY | Reviewed correspondence regarding confidentiality of Examiner's report (.3); emails with A. Nellos regarding same (.1). | 0.40 hrs. |
| 07/16/10 | M. ROITMAN | Review Dockets in Neil and Beatty Adversary Cases (0.2). | 0.20 hrs. |
| 07/23/10 | H. SEIFE | Review of Examiner motions regarding confidentiality and exculpation. | 1.50 hrs. |
| 07/23/10 | M. ROITMAN | Confer with D. Deutsch re: Committee Examiner Briefs (0.3); Review Examiner's Motion to Temporarily Seal Entire Report and Motion to Discharge Examiner (0.8); Draft email to C&P Tribune team re: same (0.3). | 1.40 hrs. |
| 07/23/10 | M. ROITMAN | Review case calendar and docket re: upcoming hearings (0.2); Review dockets in Neil and Beatty Adversary Proceedings and Update Summaries (0.6). | 0.80 hrs. |
| 07/23/10 | M. D. ASHLEY | Reviewed Examiner's pleadings relating to filing of Examiner's report (1.1). | 1.10 hrs. |
| 07/25/10 | H. SEIFE | Review of Debtors' draft motion regarding confidentiality (.8); review emails regarding response (.5). | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       August 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    2


07/25/10    M. ROITMAN        Correspond with D. LeMay and D.           0.40 hrs.
                              Deutsch re: Confidentiality of
                              Examiner's Report (0.4)

07/26/10    M. ROITMAN        Draft email to Committee re:              9.40 hrs.
                              Confidentiality of Examiner's
                              Report (0.7); Review Debtors'
                              motion re: same (0.4); Meet with
                              D. LeMay and D. Deutsch re: same
                              (0.1); Review Examiner's Response
                              to Debtors' motion (0.3); Draft
                              email to C&P Tribune team re: same
                              (0.1); Review provisions of
                              Debtors' proposed order re:
                              confidentiality of Examiner's
                              Report (1.3); Correspond with M.
                              Ashley, R. Schwinger, and D. LeMay
                              re: same (0.9); Review Examiner's
                              Report (3.2); Review/revise
                              summary to Committee re:
                              Examiner's Report (2.4)

07/26/10    F. VAZQUEZ        Review Examiner summary report on         1.50 hrs.
                              specific issues.

07/26/10    D. M. LeMAY       Review and prepare summary for            7.80 hrs.
                              Committee of Examiner's report
                              (5.8); review Examiner's motion to
                              unseal (.6); and Debtors' motion
                              for interim disclosure (.6); and
                              response of Credit Agreement
                              Lenders (.5); Work on issues for
                              allowing access of unredacted
                              report to Committee (.3).

07/26/10    D. E. DEUTSCH     Review Debtors' motion re:                6.50 hrs.
                              Examiners' report and re-review
                              Examiner's motion (1.1); related
                              conference with David LeMay and,
                              in part, Marc Roitman (.3);
                              exchange e-mails with Bryan
                              Krakauer re: Examiner matters
                              (.2); review Examiner report
                              summary and certain other parts of
                              report (2.6); related conferences
                              with David LeMay and, in part,
                              Marc Roitman (.4); draft related
                              memorandum to Committee on key
                              issues (1.7); meeting with Young
                              Yoo to discuss additional required
                              outline analysis needed for
                              detailed Committee report on same

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3


                              (.2);

07/26/10    Y. YOO           Reviewed Examiner's Report (3.9)        4.50 hrs.
                             and discussed issues raised in
                             same with Douglas Deutsch, David
                             LeMay and Marc Roitman (.6).

07/26/10    D. BAVA          Periodic review of Court's web          0.40 hrs.
                             site re: filed Examiner's Report
                             (.40).

07/26/10    H. SEIFE         Review emails regarding Examiner        4.10 hrs.
                             report (.8); review of Debtors'
                             motion regarding confidentiality
                             (.5); review of Examiner's
                             response to motion (.4); review of
                             redacted Examiner's report (2.4).

07/27/10    H. SEIFE         Review of Examiner report              2.60 hrs.
                             (redacted).

07/27/10    R. M. KIRBY      Drafting slide presentation re          4.30 hrs.
                             Examiner's discussion of common
                             law claims for presentation to
                             Committee, as per M. Ashley.

07/27/10    R. M. KIRBY      Reviewing Examiner's report and         4.60 hrs.
                             drafting summary of Examiner's
                             analysis of common law claims, as
                             per M. Ashley.

07/27/10    A. HANESSIAN     Prepare materials in preparation        0.80 hrs.
                             for hearing on confidentiality of
                             Examiner report.

07/27/10    D. M. LeMAY      Review UST filing re unsealing          5.20 hrs.
                             motion (.4). Emails (2x) M.
                             Roitman re Committee access to
                             unredacted report (.3) and related
                             changes to proposed order.  Review
                             Examiner's report (4.5).

07/27/10    Y. YOO           Continued reviewing Examiner's         13.90 hrs.
                             Report (2.6); drafted and revised
                             PowerPoint presentation to
                             Committee re: Examiner's Report
                             (9.7); discussed same with Douglas
                             Deutsch, Francisco Vazquez and
                             Marc Roitman (.9); corresponded re
                             same with Douglas Deutsch,
                             Francisco Vazquez , Robert Kirby
                             and Marc Roitman (.7).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


07/27/10    D. E. DEUTSCH          Exchange multiple e-mails with          8.30 hrs.
                                   Chadbourne team re: Examiners'
                                   report issue (.3); participate in
                                   part of meeting with Chadbourne
                                   team re: Examiner's report and
                                   next steps on confirmation (1.7);
                                   work on analysis for detailed
                                   memorandum on Examiner's report
                                   (3.2); research and draft part of
                                   presentation for Committee on
                                   Examiner's report (2.1); review
                                   and edit other part of
                                   presentation for Committee on
                                   Examiner's report (1.0);

07/27/10    R. A. SCHWINGER        Attend follow-up team meeting re        1.60 hrs.
                                   conclusions from Examiner report
                                   and strategy in light of same.

07/27/10    M. ROITMAN            Review Debtors' Motion and               8.20 hrs.
                                   proposed order re: confidentiality
                                   of Examiner's Report (0.8);
                                   Correspond/confer with M. Ashley,
                                   R. Schwinger, D. Deutsch re: same
                                   (0.9); Meet with M. Ashley re:
                                   same (0.3); Review Merrill Lynch
                                   Response to Debtors' Motion (0.2);
                                   Review US Trustee's Response to
                                   Debtors' Motion (0.3); Correspond
                                   with C&P team re: same (0.3);
                                   Confer with A. Hanessian re:
                                   preparation of materials for July
                                   29th hearing (0.2); Review
                                   Examiner's Report (2.1); Draft
                                   insert for Presentation to
                                   Committee on Examiner's Report re:
                                   remedies resulting from avoidance
                                   actions (3.1).

07/28/10    M. ROITMAN            Correspond with J. Ducayet re:          10.40 hrs.
                                   revisions to proposed order on
                                   Debtors' Authorization Motion
                                   (0.3); Correspond with M. Ashley,
                                   D. LeMay, D. Deutsch re: same
                                   (0.4); Review Examiner's Report
                                   (2.1); research and revise part of
                                   presentation to Committee re:
                                   Examiner's Report (5.7); Draft
                                   outline of internal comments on
                                   Examiner's Report (0.4); Meet with
                                   D. Deutsch re: same (0.6);

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5

|  |  |  |  |
|---|---|---|---|
|  |  | Correspond with B. Salganik (Committee member) re: certain sections of Examiner's Report (0.9). |  |
| 07/28/10 | D. E. DEUTSCH | Review and edit insert for presentation to Committee on Examiner Report (3.2); draft insert on option section of Examiner Report (2.1); discuss outline on Examiner report for tomorrow's Examiner presentation with Marc Roitman (.4); review comments to memorandum from Howard Seife and research and draft new section based on same (1.6); conferences re: various additional edits to memorandum with Marc Roitman (.4); draft presentation outline on various Examiner matters for non-conflicted Committee members (1.1); call with Tom McCormack to discuss various Examiner issues (.5); draft inserts for Examiner outline (.8); | 10.10 hrs. |
| 07/28/10 | N. T. ZINK | Review Examiner's report in light of plan consideration (2.7). | 2.70 hrs. |
| 07/28/10 | N. T. ZINK | Review slide presentation for Committee meeting re Examiner Report. | 0.50 hrs. |
| 07/28/10 | Y. YOO | Continued drafting and revising PowerPoint presentation to Committee re: Examiner's Report (4.3); corresponded by email with Douglas Deutsch, Francisco Vazquez, Robert Kirby and Marc Roitman re: same (.3). | 4.60 hrs. |
| 07/28/10 | F. VAZQUEZ | Conference with Zink re avoidance at Step 2 (.2); conference with McCormack and Zink re avoidance actions against shareholders (.3) review credit agreement re intercreditor arrangements (2.0); conference with Zink re ability of Step 2 lenders to recover against Step 1 lenders (.3); review email re top shareholders (.2); email to and from Roitman re parties in | 3.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6

|            |               |                                                                                                                                                                                                                                                                                                                                                                          |            |
|------------|---------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |               | interest (.1); email to and from Zink re intercreditor issues (.1).                                                                                                                                                                                                                                                                                                       |            |
| 07/28/10   | A. HANESSIAN  | Prepare materials in preparation for hearing on confidentiality of examiner's report.                                                                                                                                                                                                                                                                                     | 0.80 hrs.  |
| 07/28/10   | H. SEIFE      | Review of Examiner report (1.9); analysis of Examiner conclusions and implication (1.4).                                                                                                                                                                                                                                                                                  | 3.30 hrs.  |
| 07/29/10   | H. SEIFE      | Hearing before Judge Carey on Examiner report.                                                                                                                                                                                                                                                                                                                            | 0.50 hrs.  |
| 07/29/10   | D. M. LeMAY   | Participate in hearing in Bankruptcy Court.                                                                                                                                                                                                                                                                                                                               | 1.20 hrs.  |
| 07/29/10   | D. M. LeMAY   | Review parts of full Examiner report (2.5).                                                                                                                                                                                                                                                                                                                               | 2.50 hrs.  |
| 07/29/10   | N. T. ZINK    | Review unredacted Examiner's Report (2.7).                                                                                                                                                                                                                                                                                                                                | 2.70 hrs.  |
| 07/29/10   | F. VAZQUEZ    | Review unredacted Examiner report (2.0); conference with Zink and Nellos re payment to shareholders (.6); conference with Deutsch and Young re Examiner's report. (.3).                                                                                                                                                                                                     | 2.90 hrs.  |
| 07/29/10   | Y. YOO        | Continued drafting and revising PowerPoint presentation to Committee re: Examiner's Report (1.2); corresponded by phone and email with conflicts counsel, Andrew Goldfarb re: LBO Lender and Advisor fees (.4); reviewed part of unredacted Examiner's Report (.5); discussed same with Douglas Deutsch (.2); corresponded by email with Douglas Deutsch, Marc Roitman re: same (.2). | 2.50 hrs.  |
| 07/29/10   | D. E. DEUTSCH | Continue work on edits to analysis of redacted Examiner's Report for today's Committee meeting (2.2); exchange e-mails with David LeMay re: specific issues related to same (.4); initial review of part of unredacted Examiner's report (1.1); discuss issues on distribution of same to Committee with Marc Roitman (.2);                                                     | 3.90 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    7

| 07/29/10 | M. ROITMAN | Correspond with D. LeMay and R. Butcher re: materials for hearing on confidentiality of Examiner's Report (0.2); Revise presentation to Committee on Examiner's Report (0.4); Meet with H. Seife re: same (0.1); Research re: certain defined terms in Examiner's Report (1.1); Annotations of slides as prepration for H. Seife for Committee presentation (1.1); Correspond with Committee members re: acknowledgment of document depository order (0.8); Correspond/confer with D. Deutsch, A. Nellos, Y. Yoo and D. Bava re: full unredacted Examiner's Report (0.8); Draft email to Committee re: full Examiner's Report (0.7); Review parts of full Examiner's Report per D.Deutsch request (2.3) | 7.50 hrs. |
|---|---|---|---|
| 07/30/10 | M. ROITMAN | Review Examiner's Report (1.4) | 1.40 hrs. |
| 07/30/10 | D. E. DEUTSCH | Review parts of unredacted Examiner's report (3.6); participate in meeting with Chadbourne litigation and bankruptcy team re: issues in Examiner report and required analysis for Monday's Committee meeting (1.7); conference with David LeMay re: various plan case matters (.3); | 5.60 hrs. |
| 07/30/10 | N. T. ZINK | Conference with T. McCormack, M. Ashley, H. Seife, D. Deutsch and D. LeMay re preparation for August 2 Committee conference call (1.7); phone conference with Z. Jamal and D. LeMay re preparation of scenarios charts for Committee conference call (.4); conference with F. Vazquez re preparation of materials for Committee conference call (.2). | 2.30 hrs. |
| 07/30/10 | N. T. ZINK | Review parts of unredacted Examiner's Report (3.2). | 3.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    8


07/30/10    Y. YOO            Continued reviewing parts of        0.70 hrs.
                              unredacted Examiner's Report per
                              D.Deutsch request (.7).

07/30/10    D. M. LeMAY       Meeting of C&P team to allocate     10.20 hrs.
                              tasks concerning review of
                              unredacted Examiner report (1.6).
                              T/c Moelis re: recovery scenarios
                              (.5). Review of unredacted report
                              w/r/t subordination and equitable
                              disallowance issues and related
                              legal questions (2.3).  Emails
                              with G. Novod of Brown Rudnick re:
                              yesterday's hearing (1.2). Email
                              to Rosner & Kesowitz re: same
                              (.4). Review of transcript of
                              yesterday's hearing (.7).
                              Continued review of unredacted
                              report (3.5).

07/30/10    F. VAZQUEZ        Research 548c as possible           8.40 hrs.
                              shareholder defenses (2.3); review
                              arguments by Credit Agreement
                              Lenders and Examiner's response
                              thereto (3.5); review Examiner's
                              report related to same and related
                              issues (2.0); conference with Zink
                              re 548c (.1); conference with Zink
                              re Credit Agreement Lender's
                              arguments (.1); conference with
                              Daucher re chart setting forth
                              Credit Agreement Lender's
                              arguments (.3); conference with
                              Gayda re payment to shareholders
                              (.1).

07/30/10    H. SEIFE          Review of full Examiner report --   4.70 hrs.
                              facts and legal conclusions.

07/30/10    E. DAUCHER        Prepare analysis of Examiner's      8.10 hrs.
                              response to arguments advanced by
                              Credit Agreement Lenders (5.2);
                              research re good faith issue (2.9).

07/30/10    B. DYE            Reviewing cited case law for        0.70 hrs.
                              accuracy of content, context, and
                              continuing validity

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    9


| 07/31/10 | E. DAUCHER | Revise and expand summary for Committee of Examiner's responses to Credit Agreement Lender arguments. | 6.30 hrs. |

| 07/31/10 | H. SEIFE | Review of full Examiner report including recovery scenarios. | 2.20 hrs. |

| 07/31/10 | F. VAZQUEZ | Review and revise chart summarizing Credit Agreement Lenders' arguments (2.3); conference with Zink and Daucher re revisions to chart re Credit Agreement Lenders (.5); conference with Serfilippi re DTC and SEC issues (.4); review Examiner's report (.8); email to and from Daucher re comments to chart (.1); email to and from Zink re examiner's report (.1). | 4.20 hrs. |

| 07/31/10 | D. M. LeMAY | Review of unredacted Examiner Report (4.6); and preparation of presentation materials related thereto for use at August 2 Committee meeting (3.9). | 8.50 hrs. |

| 07/31/10 | N. T. ZINK | Review parts of Examiner's Report (3.2); prepare summary of Examiner conclusions against assertions of various parties (3.8). | 7.00 hrs. |

| 07/31/10 | D. E. DEUTSCH | Review parts of Examiner's report for Committee presentation and work on same (9.2); discuss various issues related to Examiner's report with David LeMay (.4); | 9.60 hrs. |

| 07/31/10 | M. ROITMAN | Review Examiner's Report (3.1); Research re: effect of avoidance on contractual subordination (3.9); Draft email memo to R. Gayda re: same (1.2) | 8.20 hrs. |

| 07/31/10 | M. ROITMAN | Review dockets in Neil and Beatty Adversary Proceedings and Update Summaries (0.5) | 0.50 hrs. |


               **Total Fees for Professional Services.............  $148,679.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   10
```

**TOTAL DUE FOR THIS MATTER.....................................  $148,679.00**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 35.40 | 30267.00 |
| H. SEIFE | 965.00 | 20.20 | 19493.00 |
| N. T. ZINK | 795.00 | 18.40 | 14628.00 |
| R. A. SCHWINGER | 785.00 | 1.60 | 1256.00 |
| M. D. ASHLEY | 645.00 | 2.30 | 1483.50 |
| D. E. DEUTSCH | 695.00 | 44.40 | 30858.00 |
| F. VAZQUEZ | 625.00 | 20.20 | 12625.00 |
| A. HANESSIAN | 185.00 | 1.60 | 296.00 |
| D. BAVA | 270.00 | .40 | 108.00 |
| E. DAUCHER | 355.00 | 14.40 | 5112.00 |
| R. M. KIRBY | 475.00 | 8.90 | 4227.50 |
| B. DYE | 405.00 | .70 | 283.50 |
| M. ROITMAN | 355.00 | 49.10 | 17430.50 |
| Y. YOO | 405.00 | 26.20 | 10611.00 |
| TOTALS | | 243.80 | 148679.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1


                        For Services Through July 31, 2010

Our Matter #19804.018
            TRAVEL


07/14/10   M. D. ASHLEY       Non-working travel to and from      2.30 hrs.
                              Wilmington, Delaware for court
                              hearing on procedures motion (2.3).

07/14/10   T. J. MCCORMACK    Non-working return travel to NYC     1.20 hrs.
                              from hearing.

07/14/10   H. SEIFE           Non-working return travel from       2.50 hrs.
                              hearing in Wilmington.


       Total Fees for Professional Services.............   $4,886.00
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | 2.50 | 2412.50 |
| T. J. MCCORMACK | 825.00 | 1.20 | 990.00 |
| M. D. ASHLEY | 645.00 | 2.30 | 1483.50 |
| TOTALS | | 6.00 | 4886.00 |