TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                August 23, 2010
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                            Page    1

                                   For Services Through July 31, 2010

    Our Matter #19804.021
              PLAN LITIGATION


07/01/10   K. ZAFRAN          Continue to review documents         10.30 hrs.
                              relevant to Julie Persily in
                              preparation for her deposition.

07/01/10   A. DUFFY           Online review of documents            2.40 hrs.
                              produced in connection with plan
                              discovery.

07/01/10   A. KRONSTADT       On-line review of documents           2.10 hrs.
                              produced in connection with plan
                              discovery.

07/01/10   M. IACOPELLI       Prepare key documents to be used      5.80 hrs.
                              at the deposition of the Peter
                              Cohen (5.1); research Relativity
                              for certain Wells Fargo documents
                              of interest (.7).

07/01/10   M. D. ASHLEY       Call with M. Russano (Davis Polk)     6.80 hrs.
                              regarding response to Wells
                              Fargo's plan confirmation
                              procedures motion (.1); reviewed
                              materials relating to Wells
                              Fargo's procedures motion (.6);
                              emails with D. Deutsch regarding
                              same (.2); emails with H. Seife
                              regarding same (.2); reviewed
                              memorandum and related materials
                              regarding evidentiary admissibilty
                              of Examiner's report (1.2); emails
                              with J. Sottile regarding plan
                              confirmation scheduling issues
                              (.2); emails with T. McCormack
                              regarding plan confirmation
                              hearing issues (.2); reviewed
                              Wells Fargo document requests
                              (.4); reviewed JPMorgan deposition
                              materials (2.7); emails with A.
                              Nellos regarding plan confirmation
                              discovery issues (.4); reviewed
                              parties' deposition notices (.6).

07/01/10   R. M. KIRBY        Review case materials to provide      1.80 hrs.
                              update.

07/01/10   F. PERKINS         On-line review of documents           3.20 hrs.
                              produced in connection with plan
                              discovery.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 23, 2010
Invoice ******
Page    2

| | | | |
|---|---|---|---|
| 07/01/10 | A. K. NELLOS | Continue to work on deposition preparation for Jimmy Lee deposition (7.4); Review progress of document reviewers (1.0) and assign additional materials for review for plan discovery (1.2). | 9.60 hrs. |
| 07/01/10 | T. J. MCCORMACK | Review research on potential evidentiary uses of (to be filed) Examiner's Report (0.7); review issues re: WF's procedures motion and issues for upcoming confirmation hearing (0.8); review case law on releases under 3rd Cir. precedent (1.6); confer M. Ashley re: upcoming confirmation hearing and certain evidentiary issues (0.2); t/c with Zuckerman on issues for expert preparation (0.4); review status of schedule and hearing in light of DE court rulings on Examiner Report (0.3); reviewed DE cases on scope of 9019 inquiries (1.4). | 5.40 hrs. |
| 07/02/10 | T. J. MCCORMACK | Conf. call with proponents' counsel on all issues arising from Bridge Agent's motion for procedures (0.8); confer D. Deutsch and M. Ashley on upcoming tasks, confirmation issues (0.5); review/analyze court submissions on issues raised in proponents' counsel call (0.3); review additional discovery requests (0.2). | 1.80 hrs. |
| 07/02/10 | A. K. NELLOS | Finalize deposition preparation materials for J. Lee deposition (3.2); Review materials relating to P. Cohen deposition preparation (.8); Review progress of document reviewers (.8) and assign additional materials for review (1.0). | 5.80 hrs. |
| 07/02/10 | M. ROITMAN | Work on detailed analysis of Committee involvement in settlement negotiations for confirmation hearing (0.2); Call with A. Goldfarb re: same (0.2) | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| | | | |
|---|---|---|---|
| 07/02/10 | F. PERKINS | On-line review of documents produced in connection with plan litigation. | 6.10 hrs. |
| 07/02/10 | M. D. ASHLEY | Call with plan supporters regarding response to Wells Fargo's procedures motion (.7); meeting with D. Deutsch, T. McCormack regarding confirmation hearing issues (.5); reviewed pleadings relating to Wells Fargo motion (.3); reviewed plan supporters' draft response to Wells Fargo motion (.4); meeting with A. Nellos regarding JPMorgan's privilege logs and deposition preparation (.3); reviewed JPM's privilege log (.8); emails with Davis Polk regarding same (.2); reviewed research materials regarding common-interest privilege (.8); reviewed parties' document requests (.4); reviewed JPM deposition prep materials (2.2); emails with A. Nellos regarding deposition prep (.2); emails with M. Roitman regarding factual chronology (.2); emails with A. Goldfarb regarding same (.1). | 7.10 hrs. |
| 07/02/10 | M. D. ASHLEY | Emails with A. Goldfarb regarding discovery requests to Moody's (.2); reviewed correspondence regarding Moody's discovery requests (.3). | 0.50 hrs. |
| 07/02/10 | M. IACOPELLI | Finalize key documents to be used at the deposition of Peter Cohen (1.4); finalize key documents to be used at the deposition of James Lee (2.6); prepare key documents to be used at the deposition of Julie Persily (2.2). | 6.20 hrs. |
| 07/02/10 | A. KRONSTADT | On-line review of documents produced in connection with plan discovery. | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4

| 07/02/10 | K. ZAFRAN | Review and revise documents in connection with P. Cohen deposition (1.2) and provide materials to M. Ashley (0.2); on-line 2nd tier review of documents produced in connection with plan cofirmation discovery (2.9). | 4.30 hrs. |
|---|---|---|---|
| 07/03/10 | T. J. MCCORMACK | Review proponent e-mails on meetings, status and scheduling. | 0.40 hrs. |
| 07/04/10 | T. J. MCCORMACK | Review JPM's draft motion papers in opposition to WF's scheduling order (0.4); review e-mails re: same (0.2). | 0.60 hrs. |
| 07/04/10 | K. ZAFRAN | On-line 2nd tier review of documents produced in connection with plan cofirmation discovery. | 1.10 hrs. |
| 07/04/10 | A. KRONSTADT | On-line review of documents produced in connection with plan discovery. | 1.10 hrs. |
| 07/04/10 | M. D. ASHLEY | Reviewed JPMorgan's draft opposition to Wells Fargo's procedures motion and related pleadings (.9); email to team regarding same (.1); reviewed Committee's draft opposition to Wells Fargo motion (.4); emails with D. Deutsch regarding same (.2); reviewed factual materials relating to plan confirmation depositions (.8). | 2.40 hrs. |
| 07/05/10 | M. D. ASHLEY | Reviewed Debtors' papers in opposition to Wells Fargo's procedures motion and related pleadings (1.3); emails with T. McCormack regarding plan supporters' call issues (.2); reviewed email correspondence regarding plan supporters' call (.2); reviewed JPMorgan's revised opposition to Wells Fargo's motion (.4); reviewed factual materials relating to JPMorgan plan confirmation depositions (.7). | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       August 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    5


| 07/05/10 | E. M. MILLER | Draft EGI/Zell chronology based on review of EGI/Zell documents culled from Relativity. | 6.10 hrs. |
|---|---|---|---|
| 07/05/10 | M. IACOPELLI | Continue to prepare key documents to be used at the deposition of Julie Persily (3.7); prepare index to same (3.2). | 6.90 hrs. |
| 07/05/10 | M. ROITMAN | Draft detailed chronology of Committee involvement in settlement negotiations in preparation for confirmation hearing (7.6) | 7.60 hrs. |
| 07/05/10 | K. ZAFRAN | On-line 2nd tier review of documents produced in connection with ESOP transaction - plan cofirmation discovery. | 3.40 hrs. |
| 07/05/10 | A. DUFFY | Online review of documents produced in connection with plan discovery. | 1.90 hrs. |
| 07/05/10 | T. J. MCCORMACK | Review e-mails re: scheduling, upcoming calls, motion papers and related issues (0.3). | 0.30 hrs. |
| 07/06/10 | N. T. ZINK | Review emails re plan supporters next steps (.1); review M. Ashley email re expert witness designation issues (.1); review D. LeMay email re expert witness designation issues (.1). | 0.30 hrs. |
| 07/06/10 | K. ZAFRAN | On-line 2nd tier review of documents produced in connection with plan confirmation discovery. | 6.90 hrs. |
| 07/06/10 | A. KRONSTADT | On-line review of documents produced in connection with plan discovery. | 2.10 hrs. |
| 07/06/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 8.60 hrs. |
| 07/06/10 | M. ROITMAN | Draft detailed analysis and chronology of Committee involvement in settlement negotiations in preparation for confirmation hearing. | 6.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 23, 2010
Invoice ******
Page    6

| 07/06/10 | M. IACOPELLI | Continue to prepare key documents to be used at the deposition of Julie Persily (4.2); continue to prepare index to same (1.8). | 6.00 hrs. |
|----------|--------------|----|-----------|
| 07/06/10 | H. SEIFE | Review of draft responses to Well Fargo procedures order (Committee) (1.2); review of Debtors draft response to WF and proposed order (.7); review of M.Ashley email regarding expert (.4); review of settlement supporters response (1.1). | 3.40 hrs. |
| 07/06/10 | A. DUFFY | Online review of documents produced in connection with plan discovery. | 4.30 hrs. |
| 07/06/10 | M. D. ASHLEY | Reviewed pleadings, correspondence for plan supporters call (1.8); meeting with T. McCormack regarding evidentiary issues (.3); call with plan supporters regarding Wells Fargo motion and related issues (1.0); call with T. McCormack, Zuckerman regarding plan confirmation expert testimony (.3); emails with team regarding same (.3); call with plan supporters, Sidley regarding Wells Fargo motion (.4); call with Davis Polk regarding settlement-related privilege issues (.3); emails with Davis Polk regarding same (.2); reviewed JPMorgan privilege log (1.2); call with F. Vazquez regarding evidentiary issues (.1); emails with R. Kirby regarding Zell ERISA litigation (.2); reviewed ERISA litigation materials relating to potential claims (1.8); reviewed deposition materials (1.4). | 9.30 hrs. |
| 07/06/10 | A. K. NELLOS | Check progress of document reviewers (1.1) and assign additional materials for review (1.2); update discovery charts and related materials relating to plan confirmation (.9); continue to work on review of materials in | 4.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                August 23, 2010
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                            Page    7


|  |  |  |  |
|---|---|---|---|
|  |  | connection with deposition preparation (1.4). |  |
| 07/06/10 | R. M. KIRBY | Researching scope of discovery re testifying expert witnesses, as per M. Ashley. | 4.30 hrs. |
| 07/06/10 | E. M. MILLER | Review JP Morgan documents for possible inclusion in EGI/Zell chronology (3.1) | 3.10 hrs. |
| 07/06/10 | T. J. MCCORMACK | Preparation for call with proponents' counsel (0.8); calls w/plan supporters' counsel (1.1) and follow-up call with Debtors' counsel on issues in preparation for plan confirmation (0.5); call with Zuckerman regarding plan confirmation issues (0.4); review evidentiary issues for evidence proposed for hearing (0.9); confer M. Ashley re: various confirmation issues, projects (0.3); review Committee opposition to procedural motion (0.3); analyze expert discovery issues (0.5); attention to ERISA claims on Step Two for fiduciary duty issues (1.3). | 6.10 hrs. |
| 07/07/10 | T. J. MCCORMACK | Confer with Zuckerman re: expert issues, including disclosure issues (0.4); analysis of evidentiary issues relevant to expert disclosure and hearing (0.8); meeting of team on confirmation hearing issues (2.0); reviewed questions on admissibility of Examiner's report and supporting materials (0.7); preparation for meetings with proponents, including list of tasks, problems and options (0.6); analyze Judge Carey and other decisions on 9019 issues (1.9); confer M. Ashley on various confirmation tasks (0.3). | 6.70 hrs. |
| 07/07/10 | E. M. MILLER | Revise EGI/Zell issue/data summary based on review of JP Morgan documents. | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8

| | | | |
|---|---|---|---|
| 07/07/10 | M. D. ASHLEY | Meeting with R. Kirby regarding legal research relating to plan confirmation expert testimony (.4); reviewed legal research materials regarding potential expert testimony (1.7); reviewed discovery materials, pleadings, correspondence relating to plan confirmation evidentiary issues (1.8); team meeting regarding plan confirmation hearing issues (2.0); emails with A. Nellos regarding document productions (.4); reviewed produced plan confirmation documents (.6); emails with Zuckerman regarding plan supporters meeting (.2); emails with T. McCormack regarding depositions (.2); emails with Kasowitz regarding same (.2); reviewed emails regarding plan supporters meeting (.2); reviewed deposition factual materials (1.6); reviewed Debtors' settlement-related documents (.6). | 9.90 hrs. |
| 07/07/10 | R. M. KIRBY | Researching scope of discovery re testifying expert witnesses, as per M. Ashley. | 6.10 hrs. |
| 07/07/10 | F. MALIK | On-line review of documents produced in connection with plan discovery. | 8.30 hrs. |
| 07/07/10 | A. K. NELLOS | Review progress of document reviewers (.9) and assign additional materials for review (1.0); deposition preparation re Plan confirmation (Kaplan - Merrill Lynch) (2.2). | 4.10 hrs. |
| 07/07/10 | A. DUFFY | Online review of documents produced in connection with plan discovery. | 5.40 hrs. |
| 07/07/10 | H. SEIFE | Participate in part of meeting with D.LeMay and team regarding plan confirmation status (1.2); review of contested confirmation issues (2.3); preparation for meeting with plan supporters (1.7). | 5.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      August 23, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    9

| 07/07/10 | M. ROITMAN | Draft detailed chronology of Committee involvement in settlement negotiations in preparation for confirmation hearing (3.4) | 3.40 hrs. |
|---|---|---|---|
| 07/07/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 9.20 hrs. |
| 07/07/10 | A. KRONSTADT | On-line review of documents produced in connection with plan discovery. | 3.10 hrs. |
| 07/07/10 | K. ZAFRAN | Review of documents produced in connection with plan discovery related to Julie Persily in preparation for her deposition (5.2).  Complete summary of important documents for her deposition preparation (1.4). | 6.60 hrs. |
| 07/07/10 | N. T. ZINK | Review objection to Wells Fargo motion and email re same (.1); conference with bankruptcy and litigation teams re plan confirmation planning issues (2.0); prepare for meeting with plan supporter group (.6). | 2.70 hrs. |
| 07/08/10 | N. T. ZINK | Prepare for meeting of plan supporters (1.1); attend meeting with plan supporters (2.5); conference with H. Seife, M. Ashley, D. LeMay and T. McCormack re plan confirmation hearing preparation and related issues (1.7). | 5.30 hrs. |
| 07/08/10 | K. ZAFRAN | On-line 2nd tier review of documents produced in connection with plan cofirmation discovery. | 7.70 hrs. |
| 07/08/10 | A. KRONSTADT | On-line review of documents produced in connection with plan discovery. | 4.10 hrs. |
| 07/08/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 8.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   10


| 07/08/10 | D. M. LeMAY | Meeting of Plan Supporters at Akin Gump (2.3). Meeting of Committee counsel to prepare for same (.8). meeting with H.Seife and Team regarding plan confirmation hearing (1.7). | 4.80 hrs. |
|---|---|---|---|
| 07/08/10 | M. ROITMAN | Work on detailed analysis and chronology of Committee involvement in settlement negotiations (2.9) | 2.90 hrs. |
| 07/08/10 | M. IACOPELLI | Finalize key documents to be used at the deposition of Julie Persily (4.2); finalize index to same (1.6). | 5.80 hrs. |
| 07/08/10 | A. DUFFY | Online review of documents produced in connection with plan discovery. | 3.10 hrs. |
| 07/08/10 | A. K. NELLOS | Work on deposition preparation (Kaplan) (1.6); Review progress of document review (.9) and assign additional materials for review (1.2); Review submissions to the examiner related to issues regarding intercompany claims per request of M. Ashley (4.3). | 8.00 hrs. |
| 07/08/10 | F. MALIK | On-line review of documents produced in connection with plan discovery. | 7.20 hrs. |
| 07/08/10 | H. SEIFE | Preparation for meeting with Centerbridge and Law Debenture (1.1); meeting at Akin Gump with Centerbridge and Law Debenture (2.5); conference with D.LeMay and team regarding confirmation and plan issues (1.6); preparation for 7/14 hearing (1.1). | 6.30 hrs. |
| 07/08/10 | M. D. ASHLEY | Meeting with Zuckerman Spaeder to prepare for meeting with other plan supporters regarding plan confirmation hearing issues (.7); meeting with counsel for Law Debenture and Centerbridge regarding plan confirmation hearing issues (2.4); meeting with H. Seife, D. LeMay, T. McCormack, | 9.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    11

|            |                |                                                                    |          |
|------------|----------------|--------------------------------------------------------------------|----------|
|            |                | T. Zink regarding plan confirmation hearing issues (1.7); emails with A. Nellos regarding intercompany claims issue (.2); reviewed factual materials relating to intercompany claims (1.2); reviewed legal research and factual materials regarding plan confirmation evidentiary presentations (1.3); reviewed JPMorgan deposition materials (1.0); reviewed parties' settlement-related documents (.8). |          |
| 07/08/10   | T. J. MCCORMACK | Meeting with team in advance of proponents' meeting (0.6); meeting with certain proponents on issues for hearing (2.3); meeting with team on issues and strategy for disclosure and hearing (1.8); reviewed transcripts of prior confirmation hearings in preparation for outlining witness testimony (2.1); confer M. Ashley re expert issues (0.4); review of emails and correspondence on discovery, disclosure issues (0.5). | 7.70 hrs. |
| 07/09/10   | T. J. MCCORMACK | Review correspondence, emails and notices on discovery/depositions for confirmation hearings (0.6); reviewed financial information and intercompany clauses for expert use (1.2); reviewed/analyzed issues and pending motion on procedures (0.7) and confer M. Ashley re: same (0.1); review research on standards for settlement/plan confirmation (1.3). | 3.90 hrs. |
| 07/09/10   | M. D. ASHLEY   | Emails with A. Nellos regarding plan confirmation depositions (.2); reviewed factual materials regarding intercompany claims (1.2); reviewed pleadings relating to Wells Fargo's procedures motion and Debtors' cross-motion (1.0); reviewed deposition factual materials (1.4); reviewed Debtors' settlement-related documents (.8). | 4.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 23, 2010
Invoice ******
Page   12

| 07/09/10 | E. M. MILLER | Revise and finalize issues/data summary based on review of JP Morgan documents | 2.20 hrs. |
|---|---|---|---|
| 07/09/10 | F. MALIK | On-line review of documents produced in connection with plan discovery. | 1.10 hrs. |
| 07/09/10 | A. K. NELLOS | Review progress of document reviewers (1.0) and assign additional materials for review (1.1); confer with L.Maloney and Complete Documents (.8), Zuckerman Spaeder (.1), R. Schwinger (.2), M. Iacopelli (.6) and Sidley (.1) regarding replacement materials produced by Tribune and related depository issues. Work on Kaplan deposition preparation (5.1). | 9.00 hrs. |
| 07/09/10 | A. DUFFY | Online review of documents produced in connection with plan discovery. | 3.70 hrs. |
| 07/09/10 | M. IACOPELLI | Prepare key documents to be used at the deposition of Zell-EGI (2.6); prepare materials re Intercompany Claims (1.8); prepare index for all deposition materials (1.2). | 5.60 hrs. |
| 07/09/10 | M. ROITMAN | Research and drafting detailed analysis and chronology of Committee involvement in settlement negotiations (3.6). | 3.60 hrs. |
| 07/09/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 9.10 hrs. |
| 07/09/10 | A. KRONSTADT | On-line review of documents produced in connection with plan discovery. | 2.10 hrs. |
| 07/09/10 | K. ZAFRAN | On-line 2nd tier review of documents produced in connection with plan discovery. | 5.50 hrs. |
| 07/10/10 | M. ROITMAN | Continue drafting detailed analysis of Committee involvement in settlement negotiations (4.9) | 4.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    13


| 07/11/10 | M. ROITMAN | Continue research and drafting of detailed chronology of Committee involvement in settlement negotiations in preparation for confirmation hearing (1.5) | 1.50 hrs. |

| 07/11/10 | K. ZAFRAN | On-line 2nd tier review of documents produced in connection with plan confirmation discovery. | 3.10 hrs. |

| 07/11/10 | A. KRONSTADT | On-line review of documents produced in connection with plan discovery. | 0.80 hrs. |

| 07/11/10 | M. D. ASHLEY | Reviewed factual materials in preparation for plan confirmation depositions (1.2); reviewed materials relating to potential expert testimony (1.1). | 2.30 hrs. |

| 07/12/10 | M. D. ASHLEY | Meeting with T. McCormack regarding plan confirmation evidentiary issues (.5); reviewed factual materials regarding intercompany claim issues (1.8); emails with A. Nellos regarding plan confirmation depositions (.3); emails with D. Deutsch regarding depositions (.2); emails with H. Seife regarding agenda for plan supporters call (.2); emails with M. Roitman regarding settlement chronology (.2); reviewed legal research regarding expert testimony (.8); emails with T. McCormack regarding same (.2); reviewed parties' reply papers on Wells Fargo's procedures motion (1.0); reviewed factual materials relating to settlement chronology (1.3); reviewed deposition preparation materials (1.8); reviewed materials relating to potential expert solvency testimony (1.4). | 9.70 hrs. |

| 07/12/10 | M. D. ASHLEY | Emails with R. Schwinger regarding LBO discovery (.2); emails with A. Nellos regarding LBO discovery (.2); reviewed correspondence regarding privilege issues (.4). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 23, 2010
Invoice ******
Page    14

| 07/12/10 | T. J. MCCORMACK | Review of opposition papers filed by various parties concerning Debtors' cross-motion on scheduling (0.9) and discuss same with M. Ashley and Zuckerman attorneys (0.5); review/analyze case research on expert discovery questions and preclusive effect of depositions on confirmation issues in any subsequent litigation (0.8); review/analyze case law in 3d Circuit re: 9019 standards (1.1); review e-mails/correspondence on settlement issues, party positions and process (1.3); review DE court precedents on plan confirmations, including Judge Carey decisions (1.4); prep for 7/13 all-hands team meeting (0.6). | 6.60 hrs. |
| 07/12/10 | L. MACLEOD | Prepare updated Tribune settlement timeline for 4/13 for Marc Roitman. | 2.40 hrs. |
| 07/12/10 | M. IACOPELLI | Finalize key documents to be used at the deposition of Zell-EGI. | 4.10 hrs. |
| 07/12/10 | K. ZAFRAN | On-line 2nd tier review of documents produced in connection with plan confirmation discovery. | 7.20 hrs. |
| 07/12/10 | A. KRONSTADT | On-line review of documents produced in connection with plan discovery. | 2.10 hrs. |
| 07/12/10 | M. ROITMAN | Draft detailed analysis and chronology of Committee involvement in settlement negotiations (9.6); Draft email to M. Ashley and T. McCormack re: emails related to Committee diligence on third party claim issues in preparation for confirmation hearing (0.9) Correspond with L. MacLeod re: same (0.2); Draft email to Committee re: plan confirmation deposition schedule (0.2); Correspond with D. Bava and D. Deutsch re: same (0.1); Review Objections to Debtors' Cross Motion for Entry of Preliminary | 11.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 23, 2010
Invoice ******
Page   15

| Date | Name | Description | Hours |
|---|---|---|---|
| | | Pre-Trial Scheduling Order (0.5); Draft email to C&P team re: same (0.2). | |
| 07/12/10 | Y. YOO | Research re: application of 9019 standards to settlement of certain LBO-related issues (3.7); corresponded by phone and email with Robert Gayda re: same (.2); attended meeting with Robert Gayda re: same (.4). | 4.30 hrs. |
| 07/12/10 | A. K. NELLOS | Review Intercompany claims materials per request of M. Ashley (3.1); Check progress of document reviewers (1.0) and assign additional materials for review (1.2); Finish Kaplan deposition preparation (3.3). | 8.60 hrs. |
| 07/12/10 | N. T. ZINK | Review updated plan confirmation deposition schedule (.1); review pleadings filed in support and in opposition to Wells Fargo motion (.1). | 0.20 hrs. |
| 07/12/10 | F. MALIK | On-line review of documents produced in connection with plan discovery. | 4.10 hrs. |
| 07/12/10 | H. SEIFE | Review of response pleadings from Wilmington Trust, Wells Fargo and Credit Agreement Lenders (2.1); prepare for court hearing (3.2). | 5.30 hrs. |
| 07/12/10 | A. DUFFY | Online review of documents produced in connection with plan discovery (3.9). | 3.90 hrs. |
| 07/12/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 6.90 hrs. |
| 07/13/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 1.10 hrs. |
| 07/13/10 | H. SEIFE | Preparation for conference call with plan proponents (.8); conference call with plan proponents (1.2); preparation for court hearing on motions regarding | 5.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   16

| | | | |
|---|---|---|---|
| | | confirmation (3.1). | |
| 07/13/10 | F. MALIK | Online review of documents produced in connection with plan discovery. | 0.70 hrs. |
| 07/13/10 | N. T. ZINK | Conference with D. LeMay, H. Seife and D. Deutsch re plan litigation issues (.3); participate on plan supporter call re plan confirmation issues and preparation for plan confirmation hearing (1.3); review B. Gayda memorandum re expected plan confirmation objections (.6). | 2.20 hrs. |
| 07/13/10 | A. K. NELLOS | Review additional intercompany claims materials (1.1); Review progress of document reviewers (1.0) and assign additional materials for review (1.3). | 3.40 hrs. |
| 07/13/10 | Y. YOO | Drafted and revised bullet-point summary re: legal arguments against application of 9019 standards made in various Objections to Debtors' Cross Motion (5.5); discussed same with Robert Gayda (.2). | 5.70 hrs. |
| 07/13/10 | M. ROITMAN | Research and drafting detailed summary and chronology of Committee involvement in settlement negotiations (2.6); Correspond with M. Ashley re: Confirmation scheduling order and Debtors' cross motion to establish confirmation hearing guidelines (0.3); Research re: potential confirmation objections (6.2); Meet with R. Gayda re: same (0.2) | 9.30 hrs. |
| 07/13/10 | M. IACOPELLI | Finalize key documents to be used at the deposition of Zell-EGI (1.8); finalize key documents to be used at the deposition of Todd Kaplan (4.4). | 6.20 hrs. |
| 07/13/10 | D. E. DEUTSCH | Participate in meeting with Plan proponents. | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   17

| 07/13/10 | M. D. ASHLEY | Plan supporters' call regarding court hearing on procedures motion (1.1); meetings with H. Seife, T. McCormack regarding court hearing and plan confirmation (.6); emails with A. Nellos regarding plan confirmation discovery issues (.4); emails with T. McCormack regarding settlement chronology (.2); reviewed materials relating to settlement chronology (.6); emails with Davis Polk regarding deposition non-preclusion stipulations (.2); emails with Zuckerman Spaeder regarding potential expert testimony (.2); emails with H. Seife regarding proposed pretrial order (.2); reviewed pleadings, legal research and correspondence in preparation for court hearing (2.6); reviewed deposition prep materials (1.7). | 7.80 hrs. |

| 07/13/10 | M. D. ASHLEY | Emails with A. Nellos regarding Debtors' recall of privileged documents (.3); reviewed documents relating to privilege issues (.8); call with A. Nellos regarding same (.1). | 1.20 hrs. |

| 07/13/10 | T. J. MCCORMACK | Meeting of all UCC counsel at Akin Gump to prepare for all proponents meeting (0.7); meet with all proponents' counsel (1.6); follow-up with M.Ashley and H.Seife on issues in prep for 7/14 hearing (0.5); review schedule/summaries of upcoming depositions (0.7); review narrative of settlement papers (1.2); review e-mails and correspondence re: positions on scheduling order and confer co-counsel re: same (1.1). | 5.80 hrs. |

| 07/14/10 | T. J. MCCORMACK | Review background materials (1.8) and preparation meeting with counsel for proponents on all aspects of 7/14 hearing (1.4); attend hearing on confirmation issues (1.6); follow-up with team on various related issues (0.6); | 7.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 23, 2010
Invoice ******
Page    18

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                                                      |           |
|------------|----------------|------|-----------|
|            |                | review expert designation issues for Committee and other parties (1.6). | |
| 07/14/10   | M. D. ASHLEY   | Reviewed pleadings and legal research in preparation for court hearing (2.1); reviewed draft UCC expert disclosure (.2); attended plan supporters meeting in preparation for court hearing (1.5); attended court hearing (1.4); reviewed emails regarding pretrial order (.5); emails with Zuckerman regarding expert testimony (.3); emails with A. Nellos regarding plan confirmation depositions (.3); reviewed JPMorgan's draft expert disclosure (.2); emails with Davis Polk regarding expert disclosures (.2); reviewed materials relating to potential expert solvency testimony (1.2). | 7.90 hrs. |
| 07/14/10   | D. E. DEUTSCH  | Review and edit memorandum to Committee on today's hearing and various other matters. | 1.40 hrs. |
| 07/14/10   | M. IACOPELLI   | Prepare key Blackstone documents (2.8); prepare summary and index for same (3.2). | 6.00 hrs. |
| 07/14/10   | M. ROITMAN     | Revise analysis and chronology of Committee involvement in settlement negotiations (0.9); Telephonic appearance at Bankruptcy Court Hearing (1.3); Confer with T. Zink and R. Gayda re: same (0.2); Draft email to Committee re: Bankruptcy Court hearing (1.2); Confer with D. Deutsch re: same (0.2); Correspond with D. LeMay and H. Seife re: same (0.2). | 4.00 hrs. |
| 07/14/10   | A. K. NELLOS   | Review progress of document reviewers (1.1) and assign additional materials for review (1.2); Begin online review of materials related to deposition of Angelo Gordon (3.5). | 5.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   19


| | | | |
|---|---|---|---|
| 07/14/10 | N. T. ZINK | Prepare for plan-related hearing (.5); review possible confirmation objections and counter arguments (1.2); participate at July 14 hearing re status and related plan confirmation issues (1.5); review memorandum re cramdown issues (.8). | 4.00 hrs. |
| 07/14/10 | H. SEIFE | Preparation for court hearing (3.8); meeting with Debtors and plan supporters (1.4); hearing before Judge Carey (1.6). | 6.80 hrs. |
| 07/14/10 | D. M. LeMAY | Prepare for contested hearing (1.6).  Meeting of Plan supporters to prepare for hearing (1.4). Attend hearing in USBC (1.5). Follow up meeting of Committee professionals to discuss plan litigation matters (.4). | 4.90 hrs. |
| 07/14/10 | F. VAZQUEZ | Review memo re objections to plan confirmation (.6); Conf w/Zink and Gayda re memo summarizing objections to confirmation (1.0). | 1.60 hrs. |
| 07/15/10 | H. SEIFE | Review materials related to confirmation (discovery, legal issues) and prepare for same. | 1.80 hrs. |
| 07/15/10 | N. T. ZINK | Review expert designations and accompanying emails (.3). | 0.30 hrs. |
| 07/15/10 | A. K. NELLOS | Review progress of document reviewers (1.0) and assign additional materials for review (1.1); confer with L. Moloney regarding recent materials and Relativity (.9); Review materials related to expert disclosures per request of M. Ashley (.6); Continue online review of materials related to Angelo Gordon deposition (2.6). | 6.20 hrs. |
| 07/15/10 | M. ROITMAN | Review and revise memo re: potential confirmation objections (2.5) | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   20


| 07/15/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 7.80 hrs. |
|---|---|---|---|
| 07/15/10 | M. IACOPELLI | Continue to prepare key Blackstone documents (2.2); prepare summary and index for same (3.4). | 5.60 hrs. |
| 07/15/10 | D. BAVA | Review Examiner's web site re: certain submissions and exhibits for M. Ashley (.90); review similar large case docket sheets re: form of expert report for C. Rivera (1.20). | 2.10 hrs. |
| 07/15/10 | K. ZAFRAN | On-line 2nd tier review of documents produced in connection with ESOP transaction - plan confirmation discovery. | 0.40 hrs. |
| 07/15/10 | M. D. ASHLEY | Call with T. McCormack, Zuckerman regarding expert testimony (.3); call with T. McCormack, Zuckerman, M. Rule regarding expert testimony (.7) call with S. Korpus (Kasowitz) regarding depositions (.2); emails with A. Nellos regarding expert disclosures (.3); revised drafts of UCC expert disclosure (.5); emails with Zuckerman regarding same (.5); emails with M. Roitman regarding settlement chronology (.2); reviewed materials relating to expert reports (1.8); emails with H. Seife regarding expert disclosures and depositions (.4); emails with Davis Polk regarding expert disclosures (.2); emails with Landis Rath regarding same (.2); emails with D. Deutsch regarding plan confirmation projects (.2); deposition preparation (1.1). | 6.60 hrs. |
| 07/15/10 | T. J. MCCORMACK | T/cs with Zuckerman re expert issues (0.9); revise/finalize expert designations for Committee (2.2); confs. with other proponents over expert designations (1.2); t/c with M. Rule at AlixPartners on issues for | 5.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    21

|  |  |  |  |
|---|---|---|---|
|  |  | expert testimony for UCC (0.8); conf with M. Ashley on issues re: preclusive effect of depositions (0.3). |  |
| 07/16/10 | T. J. MCCORMACK | Conference call with J. Baliban and Zuckerman on upcoming expert report, timing and other issues (1.3); review discovery issues for upcoming confirmation hearing, including potential discovery by Committee (0.9); review of various submissions, e-mails and correspondence on expert designations by all parties (1.1); review/analyze issues for Baliban testimony (0.8). | 4.10 hrs. |
| 07/16/10 | M. D. ASHLEY | Call with T. McCormack, Zuckerman Spaeder, J. Baliban regarding expert testimony for plan confirmation hearing (1.3); emails with T. McCormack regarding expert disclosures (.2); emails with A. Nellos regarding same (.4); reviewed draft outline of Baliban expert testimony (.3); emails with Zuckerman regarding same (.3); reviewed parties' expert disclosures (.4). | 2.90 hrs. |
| 07/16/10 | D. E. DEUTSCH | Review e-mails re: new plan discovery productions (.3); e-mail Marc Ashley on same (.1). | 0.40 hrs. |
| 07/16/10 | K. ZAFRAN | On-line 2nd tier review of documents produced in connection with plan confirmation discovery. | 5.90 hrs. |
| 07/16/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 5.80 hrs. |
| 07/16/10 | M. ROITMAN | Correspond with A. Goldfarb re: review of emails related to settlement of LBO-related causes of action in preparation for confirmation hearing (0.1) | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   22

| 07/16/10 | A. K. NELLOS | Review progress of document reviewers (.5); Online review and comparison of documents related to the plan confirmation (second-tier review) (3.6); Continue to work on Angleo Gordon deposition preparation materials (3.0). | 7.10 hrs. |
|---|---|---|---|
| 07/16/10 | H. SEIFE | Review of expert witness disclosures. | 1.70 hrs. |
| 07/17/10 | K. ZAFRAN | On-line 2nd tier review of documents produced in connection with plan confirmation discovery. | 4.70 hrs. |
| 07/18/10 | K. ZAFRAN | On-line 2nd tier review of documents produced in connection with plan confirmation discovery. | 6.60 hrs. |
| 07/18/10 | M. D. ASHLEY | Reviewed plan confirmation deposition preparation materials (1.4); reviewed factual materials relating to potential plan confirmation expert testimony (1.2). | 2.60 hrs. |
| 07/19/10 | M. D. ASHLEY | Reviewed Examiner briefs and factual materials relating to potential plan confirmation expert testimony (3.2); reviewed plan confirmation deposition prep materials (2.4); emails with T. McCormack regarding expert testimony (.2); emails with J. Sottile regarding expert witnesses (.2); emails with plan supporters group regarding call agenda and scheduling issues (.2); emails with M. Roitman regarding agenda for professionals' call (.1). | 6.30 hrs. |
| 07/19/10 | A. K. NELLOS | Review progress of document reviewers (1.0) and add additional materials for review (1.2); Online review of materials related to 30(b)(6) deposition of Centerbridge (4.9). | 7.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 23, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    23


07/19/10    H. SEIFE            Preparation for plan supporters        3.90 hrs.
                                conference call (1.3); review of
                                revised deposition schedule (.5);
                                preparation for contested
                                confirmation hearing (2.1).

07/19/10    M. ROITMAN         Review communications to Committee     0.20 hrs.
                                re: Wells Fargo procedures motion
                                and Debtors' cross motion (0.2)

07/19/10    N. T. ZINK         Review expert witness designations.    0.40 hrs.

07/19/10    M. IACOPELLI       Prepare Centerbridge documents for     5.00 hrs.
                                A. Nellos (1.2); prepare key
                                documents for Angelo Gordon
                                deposition (3.8).

07/19/10    F. PERKINS         On-line review of documents           2.80 hrs.
                                produced in connection with plan
                                discovery.

07/19/10    T. J. MCCORMACK    Review transcripts of prior           6.20 hrs.
                                confirmation hearings to determine
                                scope of inquiry, evidence issues
                                and related questions in advance
                                of counsel call with proponents
                                (3.2); review prior expert
                                testimony in other bankruptcy
                                cases on solvency issues,
                                including DCF analysis, balance
                                sheet analysis and total
                                enterprise value analyses (2.8);
                                confer M. Ashley on plan
                                confirmation issues (0.2).

07/19/10    K. ZAFRAN          On-line 2nd tier review of            6.70 hrs.
                                documents produced in connection
                                with plan confirmation discovery.

07/20/10    K. ZAFRAN          On-line 2nd tier review of            6.20 hrs.
                                documents produced in connection
                                with plan discovery.

07/20/10    A. KRONSTADT       On-line review of documents           1.70 hrs.
                                produced in connection with plan
                                discovery.

07/20/10    T. J. MCCORMACK    Review settlement chronology          5.30 hrs.
                                (1.4); review status of expert
                                development (0.7); continued
                                review of DCF valuation issues in
                                prior bankruptcy cases for use

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    24

|            |                 | with expert, including prior expert reports on basis of insolvency (2.6); meeting with M.Ashley (0.3) and R.Schwinger (0.3) regarding confirmation issues. |             |
|------------|-----------------|---------------------------------------------------------------------------------------------------|-------------|
| 07/20/10   | M. IACOPELLI    | Continue to prepare key documents for Angelo Gordon deposition (2.4); prepare summary and index to Angelo Gordon key documents (4.5). | 6.90 hrs.   |
| 07/20/10   | R. A. SCHWINGER | Meeting with T. McCormack re planning for plan confirmation hearing. | 0.40 hrs.   |
| 07/20/10   | N. T. ZINK      | Preparation for contested confirmation hearing (1.2). | 1.20 hrs.   |
| 07/20/10   | M. ROITMAN      | Revise detailed chronology of Committee involvement in settlement negotiations in preparation for confirmation hearing (2.4) | 2.40 hrs.   |
| 07/20/10   | A. DUFFY        | Online review of documents produced in connection with plan discovery. | 3.10 hrs.   |
| 07/20/10   | D. E. DEUTSCH   | Review various e-mails re: discovery/depositions (.2); e-mail Ali Nellos re: same (.2); review additional e-mails on discovery (.3); update research task list (.2); | 0.90 hrs.   |
| 07/20/10   | H. SEIFE        | Review of issues regarding plan confirmation objection. | 1.10 hrs.   |
| 07/20/10   | F. PERKINS      | On-line review of documents produced in connection with plan discovery. | 2.20 hrs.   |
| 07/20/10   | A. K. NELLOS    | Review updated materials regarding review per request of M. Ashley (1.7); review progress of document review (.8) and assign additional materials for review (1.2); confer with L. Moloney regarding materials for Relativity and related issues (.6); Confer with | 10.00 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    25

|  |  |  |  |
|---|---|---|---|
|  |  | counsel for Wells Fargo and Wilmington Trust regarding noticed depositions (.3); Online review of materials related to Centerbridge 30(b)(6) deposition preparation (5.4). |  |
| 07/20/10 | M. D. ASHLEY | Meeting with T. McCormack regarding plan confirmation evidentiary issues (.3); emails with A. Nellos regarding plan confirmation discovery issues (.4); emails with J. Sottile regarding expert testimony (.2); emails with A. Goldfarb regarding same (.2); reviewed factual materials relating to settlement process (1.2); emails with M. Roitman regarding settlement chronology (.2); emails with S. Korpus (Kasowitz) regarding depositions (.2); emails with Sidley regarding settlement-related materials (.2); reviewed settlement chronology and related materials (1.4); reviewed deposition prep materials (1.7); reviewed materials relating to potential expert testimony (1.8). | 7.80 hrs. |
| 07/21/10 | M. D. ASHLEY | Reviewed Examiner briefs and factual materials relating to potential expert testimony (2.3); meeting with T. McCormack, J. Sottile, A. Goldfarb, J. Baliban and Navigant team regarding potential expert testimony for plan confirmation (2.7); meeting with T. McCormack, J. Sottile, A. Goldfarb regarding plan confirmation evidentiary issues (1.2); call with S. Korpus (Kasowitz) regarding plan confirmation depositions (.1); emails with D. LeMay regarding Committee fact testimony preparation (.1); emails with T. McCormack regarding same (.2); emails with A. Nellos regarding plan confirmation discovery (.2); emails with H. Seife regarding plan supporters group call (.2); | 9.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                August 23, 2010
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page    26

|            |                  | reviewed deposition prep materials (1.8); reviewed plan confirmation issues memorandum (.5). | |
|------------|------------------|---|---|
| 07/21/10   | A. K. NELLOS     | Review progress of document reviewers (.8) and assign additional documents for review (.9); Work on deposition preparation for Centerbridge 30(b)(6) deposition (1.6); Review/prepare documents related to materials for Angelo Gordon 30(b)(6) deposition (5.8). | 9.10 hrs. |
| 07/21/10   | M. D. ASHLEY     | Reviewed proposed stipulation and related correspondence regarding Moody's production of documents (.4). | 0.40 hrs. |
| 07/21/10   | F. PERKINS       | On-line review of documents produced in connection with plan discovery. | 3.90 hrs. |
| 07/21/10   | F. MALIK         | On-line review of documents produced in connection with plan discovery. | 5.80 hrs. |
| 07/21/10   | H. SEIFE         | Review of memo regarding plan confirmation issues. | 1.30 hrs. |
| 07/21/10   | A. DUFFY         | Online review of documents produced in connection with plan discovery. | 3.10 hrs. |
| 07/21/10   | M. ROITMAN       | Revise part of detailed summary of Committee involvement in settlement negotiations (1.3) | 1.30 hrs. |
| 07/21/10   | A. HANESSIAN     | Reviewing settlement timeline and related documents. | 0.50 hrs. |
| 07/21/10   | M. IACOPELLI     | Prepare key Centerbridge documents (3.4); prepare an index to Centerbridge documents (1.2). | 4.60 hrs. |
| 07/21/10   | T. J. MCCORMACK  | Meeting at Baliban's offices re: expert testimony (2.5); follow-up conference with Zuckerman on issues for 8/30 hearing, logistics, evidence, tasks, and related issues (1.1); review narrative of settlement for | 6.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    27

|  |  |  |  |
|---|---|---|---|
|  |  | development of Committee fact testimony (1.3); confer M. Ashley re: hearing related tasks (0.3); review 7/14 transcript (0.4); outline issues for 7/22 all-hands team call (0.4); review expert designations and potential evidentiary issues arising from them (0.8). |  |
| 07/21/10 | A. KRONSTADT | On-line review of documents produced in connection with plan discovery. | 2.40 hrs. |
| 07/21/10 | K. ZAFRAN | On-line 2nd tier review of documents produced in connection with plan confirmation discovery. | 6.70 hrs. |
| 07/22/10 | K. ZAFRAN | On-line 2nd tier review of documents produced in connection with plan confirmation discovery. | 6.30 hrs. |
| 07/22/10 | A. KRONSTADT | On-line review of documents produced in connection with plan discovery. | 1.20 hrs. |
| 07/22/10 | M. IACOPELLI | Finalized detailed analysis of Centerbridge documents (6.9). | 6.90 hrs. |
| 07/22/10 | M. ROITMAN | Revise detailed summary of Committee involvement in settlement negotiations (1.6). | 1.60 hrs. |
| 07/22/10 | H. SEIFE | Preparation for meeting with plan supporters (1.3); conference call with plan supporters regarding confirmation hearing (1.2); preparation for contested confirmation (1.3). | 3.80 hrs. |
| 07/22/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 8.80 hrs. |
| 07/22/10 | M. D. ASHLEY | Participated in plan supporters' group call regarding plan confirmation issues (1.3); team meeting regarding follow-up to plan supporters' group call (.4); call with S. Korpus (Kasowitz) regarding plan confirmation depositions (.1); emails with T. | 9.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 23, 2010
Invoice ******
Page    28

|  |  |  |  |
|---|---|---|---|
|  |  | McCormack regarding expert testimony (.2); reviewed factual materials regarding potential Committee fact testimony (1.4); reviewed Debtors' settlement-related documents (2.2); reviewed deposition prep materials (.8); reviewed factual materials relating to potential expert testimony (1.3); reviewed correspondence relating to confidentiality issues (.8); reviewed research materials relating to expert discovery (.8). |  |
| 07/22/10 | T. J. MCCORMACK | Conference call w/counsel for all proponents on hearing, evidence, expert reports and related matters (1.2); meeting with team re follow-up on next steps in connection with confirmation hearing (0.5); analyze financial information previously prepared by Alix on solvency issues (1.4); review prior Alix Powerpoint presentations on solvency issues (0.6); review discovery and deposition-related notices, correspondence and e-mails (0.3); review materials provided to Baliban on Tribune financials (1.2); review previous opinions on solvency on DCF basis (0.8); review submissions to Examiner on Step One/Step Two correlation for use by experts (0.9). | 6.90 hrs. |
| 07/23/10 | T. J. MCCORMACK | Review issues on potential Committee plan in light of exclusivity and role in confirmation strategy (0.7); review issues for experts, including solvency questions and intercompany data (1.1); review/analyze memos on 546(e) defense and alternative causes of action (1.2); review correspondence, materials and e-mails on outstanding discovery matters and deadlines (0.7); confer M. Ashley on status of various projects (0.3), review | 5.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 23, 2010
Invoice ******
Page   29

|            |               | prior Alix Powerpoint presentations on variables for financial analysis and solvency (1.6). | |
|------------|---------------|---------------------------------------------------------------------------------------------|---|
| 07/23/10   | M. D. ASHLEY  | Emails with J. Sottile regarding plan confirmation depositions (.2); reviewed parties' disclosures regarding expert testimony (.7); emails with M. Roitman regarding settlement process summary (.3); reviewed same and other factual materials relating to potential Committee fact witness testimony (1.2); emails with R. Kirby regarding expert discovery (.2); reviewed research materials relating to expert discovery (.8); revised chart regarding expert witnesses (.3); reviewed factual materials relating to expert testimony (1.6); reviewed deposition prep materials (1.3). | 6.60 hrs. |
| 07/23/10   | F. MALIK      | On-line review of documents produced in connection with plan discovery. | 5.10 hrs. |
| 07/23/10   | H. SEIFE      | Review of expert disclosure report. | 0.30 hrs. |
| 07/23/10   | M. ROITMAN    | Revise detailed summary and chronology of Committee involvement in settlement negotiations (0.8); Correspond with M. Ashley re: Committee involvement in settlement negotiations in preparation for confirmation hearing (0.4); Correspond with M. Ashley and H. Lamb re: Initial Designations of Expert Witnesses (0.6); | 1.80 hrs. |
| 07/23/10   | F. PERKINS    | On-line review of documents produced in connection with plan discovery. | 1.60 hrs. |
| 07/23/10   | A. HANESSIAN  | Research re: settlement timeline. | 0.60 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 23, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   30
```

| 07/23/10 | A. KRONSTADT | On-line review of documents produced in connection with plan discovery. | 1.60 hrs. |
|---|---|---|---|
| 07/23/10 | K. ZAFRAN | On-line 2nd tier review of documents produced in connection with plan confirmation discovery. | 5.80 hrs. |
| 07/24/10 | T. J. MCCORMACK | Review Debtor motion on Examiner confidentiality issues. | 0.30 hrs. |
| 07/25/10 | T. J. MCCORMACK | Draft e-mail to team on Debtor's draft motion on Examiner confidentiality issue (0.9); review responses (0.3) and advise Debtor re: same (0.2); review Debtor's e-mails on upcoming hearing (0.2). | 1.60 hrs. |
| 07/25/10 | M. D. ASHLEY | Reviewed Debtors' motion regarding disclosure of Examiner's report and related pleadings and correspondence (1.1); emails with T. McCormack regarding same (.2); reviewed materials regarding plan confirmation depositions (.8). | 2.10 hrs. |
| 07/25/10 | K. ZAFRAN | On-line 2nd tier review of documents produced in connection with plan confirmation discovery. | 3.20 hrs. |
| 07/26/10 | M. D. ASHLEY | Reviewed pleadings and correspondence relating to confidentiality of materials produced to Examiner (1.8); emails with D. Deutsch regarding same (.3); emails with R. Kirby regarding summary of Examiner's report (.3); emails with Zuckerman regarding preparation of expert reports (.2); emails with T. McCormack regarding potential Wayne Smith and expert testimony (.4); reviewed factual materials regarding possible Wayne Smith testimony (2.2); emails with M. Roitman regarding confidentiality of Examiner's report (.5); reviewed pleadings relating to confidentiality of Examiner's report (1.5); reviewed redacted version of Examiner's report (1.8). | 9.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    31


| 07/26/10 | D. E. DEUTSCH | Review notices re: plan depositions (.1) and follow-up with Ali Nellos and Marc Ashley re: same (.1); | 0.20 hrs. |
|----------|---------------|---------|-----------|
| 07/26/10 | D. BAVA | Review and analysis of Committee/professionals e-mails re: settlement (2.80); conferences with M. Roitman re: production of e-mail pst file materials (.60). | 3.40 hrs. |
| 07/26/10 | T. J. MCCORMACK | Review Examiner motion on disclosure issues (0.2); review discovery requests on various oppositions (0.2); review issues with expert report due on August 4 (0.8); t/c with Zuckerman on expert issues (0.3); review briefing by Committee on remedies to Examiner (1.2); review of Examiner's report and analyze same as to third party claims (3.8). | 6.50 hrs. |
| 07/26/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 5.30 hrs. |
| 07/26/10 | M. ROITMAN | Revise detailed summary of Committee involvement in settlement negotiations (0.6); Correspond with D. Bava re: same (0.2) | 0.80 hrs. |
| 07/26/10 | N. T. ZINK | Review designation of experts (.5); review unredacted Examiner's report (1.2). | 1.70 hrs. |
| 07/26/10 | K. ZAFRAN | On-line 2nd tier review of documents produced in connection with ESOP transaction - plan confirmation discovery. | 2.90 hrs. |
| 07/26/10 | H. SEIFE | Review of memo regarding plan objection issues (.8); telephone conference with B.Krakauer regarding plan objectors (.7). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   32


07/27/10   H. SEIFE          Preparation for meeting among plan        2.90 hrs.
                             support group (1.2); conference
                             call meeting with plan support
                             group (1.7).

07/27/10   K. ZAFRAN         On-line 2nd tier review of                8.50 hrs.
                             documents produced in connection
                             with plan discovery (7.1); review
                             documents for specific shareholder
                             information (1.4).

07/27/10   N. T. ZINK        Review Examiner's Report (1.5);           4.90 hrs.
                             conference with H. Seife, M.
                             Ashley, T. McCormack and D.
                             Deutsch re confirmation hearing
                             preparation and planning (1.7);
                             attend plan supporter call (1.7).

07/27/10   M. ROITMAN        Confer with D. Bava and M. Ashley         0.20 hrs.
                             re: chronology of Committee
                             involvement in settlement
                             negotiations (0.2)

07/27/10   A. K. NELLOS      Review progress of document review       11.20 hrs.
                             (.9) and prepare update of
                             materials for M. Ashley (1.3);
                             review materials related to
                             deposition for 30(b)(6) of Angelo
                             Gordon (2.7); prepare related
                             chronology (3.7); Online research
                             of materials related to Tribune
                             shareholders (2.6).

07/27/10   F. VAZQUEZ        Conf w/Nellos re payments to              0.50 hrs.
                             shareholders (.3); review email re
                             payments (.2).

07/27/10   D. BAVA           Research (.90) and prepare certain        2.10 hrs.
                             e-mails supporting chronology re:
                             certain Committee members (1.2).

07/27/10   F. PERKINS        On-line review of documents              4.00 hrs.
                             produced in connection with plan
                             discovery.

07/27/10   T. J. MCCORMACK   Review and consider various issues        8.60 hrs.
                             arising out of Examiner's report,
                             including analysis, summary and
                             decisions of claims and remedies
                             (4.9); discussions with team on
                             all issues for upcoming meeting
                             and hearing (1.7); t/c's with

|            |                 | Zuckerman on various issues regarding Examiner's report, expert testimony, trial and all related matters (0.9); t/c with proponent's counsel on issues re: report and confirmation plan (1.1). |            |
|------------|-----------------|---|------------|
| 07/27/10   | D. E. DEUTSCH   | Review discovery update (.1) and follow-up e-mail to Ali Nellos on same (.1); | 0.20 hrs. |
| 07/27/10   | M. D. ASHLEY    | Team meeting regarding confirmation hearing preparation (1.8); meetings with T. McCormack regarding confirmation hearing evidentiary issues (.7); meeting with R. Schwinger, D. Deutsch, M. Roitman regarding confidentiality of Examiner's report (.2); call with J. Ducayet (Sidley) regarding same (.1); call with T. McCormack, J. Sottile regarding confirmation hearing prep (1.1); call with plan supporters' group regarding confirmation hearing issues (1.7); reviewed factual materials relating to Examiner's report (1.8); emails with R. Kirby regarding same (.4); reviewed factual materials regarding possible confirmation hearing testimony (1.4); emails with M. Roitman regarding confidentiality (.3); reviewed draft stip regarding expert discovery and related research (.8). | 10.30 hrs. |
| 07/28/10   | M. D. ASHLEY    | Call with T. McCormack, J. Sottile, M. Rule regarding expert testimony (.6); reviewed materials relating to same (1.2); meeting with T. McCormack regarding evidentiary issues (.2); call with T. McCormack, T. Zink regarding same (.2); emails with T. McCormack regarding same (.5); meeting with H. Seife, T. McCormack regarding fact witness prep session (.8); reviewed materials relating to fact witness testimony (2.8); prepared testimony outline for same (1.4); | 11.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    34

|            |                 | reviewed factual materials relating to Examiner's report (1.3); revised draft slide presentation regarding third-party claims in Examiner's report (1.2); emails with R. Kirby regarding same (.4); emails with A. Nellos regarding depositions (.2); emails with Zuckerman regarding experts (.3); reviewed plan supporters' draft procedures filing (.6). | |
|------------|-----------------|---|---|
| 07/28/10   | D. BAVA         | Research re: initial credit agreement (1.0); review SEC web site re: initial credit agreement (.30); review SEC web site re: Increase joinders for F. Vazquez (.30). | 1.60 hrs. |
| 07/28/10   | T. J. MCCORMACK | T/c with Baliban on various issues (0.7); review and analyze issue from Examiner's report on claims, remedies, options (2.6) preparation for 8/29 meeting of counsel (1.2); t/c with AlixPartners on confirmation issues (0.6); meeting with team re: preparation for meeting with Committee fact witness to review testimony (0.8) and meet H. Seife re: same (0.3); analyze and edit Powerpoint presentation on third party claims for Committee (1.1); confer D. Deutsch re: report, presentation to Committee (0.5); review/comment on expert stipulation (0.2). | 8.00 hrs. |
| 07/28/10   | F. PERKINS      | On-line review of documents produced in connection with plan discovery. | 7.80 hrs. |
| 07/28/10   | A. K. NELLOS    | Conference with L.Moloney re revised materials in Relativity (1.3); Review/synthesize materials related to Centerbridge deposition preparation (4.9); Online review of additional materials in Relativity related to shareholders (4.1). | 10.30 hrs. |

| 07/28/10 | M. ROITMAN | Correspond with M. Ashley, R. Butcher, A. Landis re: proposed stipulation regarding drafts of expert reports (0.2) | 0.20 hrs. |
|---|---|---|---|
| 07/28/10 | K. ZAFRAN | On-line 2nd tier review of documents produced in connection with plan discovery (6.9); review documents for list of shareholders and shares owned after the second step of the transaction (.5). | 7.40 hrs. |
| 07/28/10 | H. SEIFE | Preparation for hearing before Judge Carey. | 1.70 hrs. |
| 07/29/10 | H. SEIFE | Preparation for hearing (1.4); telephone hearing before Judge Carey on plan timing (1.3); conference with Committee chair regarding confirmation (1.0). | 3.70 hrs. |
| 07/29/10 | K. ZAFRAN | On-line 2nd tier review of documents produced in connection with plan discovery. | 8.10 hrs. |
| 07/29/10 | A. K. NELLOS | Review progress of document reviewers (.4) and assign additional documents for review (.5); Review VRC deposition transcripts (Rucker, Browning) regarding discussion of Step 2 per request of M. Ashley (2.9); Work on deposition preparation materials for Angelo Gordon (1.1); Work on deposition preparation materials for Centerbridge (2.4); Meet with T. Zink and F. Vazquez to discuss issues related to shareholders (.6); Conduct online review of materials related to shareholders per request of T. Zink and F. Vazquez (2.4). | 10.30 hrs. |
| 07/29/10 | D. BAVA | Preparation of confirmation related materials for attorney review. | 1.80 hrs. |
| 07/29/10 | T. J. MCCORMACK | Prepare for (1.1) and meeting with potential fact witness on status, confirmation hearing and discovery issues (1.8); review unredacted Examiner report (3.1). | 6.00 hrs. |

| 07/29/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 5.80 hrs. |
|---|---|---|---|
| 07/29/10 | M. D. ASHLEY | Reviewed chronology and factual materials relating to potential fact witness confirmation hearing testimony (2.4); testimony prep session with T. McCormack, potential fact witness and counsel (1.9); meeting with R. Kirby regarding revising third-party complaint (.5); emails with Zuckerman regarding expert testimony and Examiner's report issues (.6); emails with A. Nellos regarding Examiner's report (.4); reviewed plan supporters' draft supplemental procedures filing (.5); reviewed parts of unredacted Examiner's report (2.1); emails with team regarding litigation issues raised by Examiner's report (.6). | 9.00 hrs. |
| 07/30/10 | M. D. ASHLEY | Reviewed parts of unredacted Examiner's report for specific causes of action issues (3.4); prepare for (.8) and team meeting regarding Examiner's report and confirmation hearing issues (1.6); meeting with R. Kirby regarding third-party claims in Examiner's report (.5); meeting with T. McCormack regarding same (.3); meeting with A. Nellos regarding same (.3); emails with Davis Polk regarding supplemental procedures pleadings (.2); emails with T. McCormack regarding same (.2); emails with Zuckerman, T. McCormack regarding expert testimony (.7); emails with R. Kirby regarding Examiner's report (.3); reviewed certain Examiner interview transcripts (1.2); reviewed Wells Fargo's motion regarding plan confirmation hearing (.4); emails with team regarding same (.2); reviewed materials relating to expert | 10.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 23, 2010
Invoice ******
Page    37

|            |                |                                                                                                                                                                                                                                                                   |             |
| ---------- | -------------- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ----------- |
|            |                | testimony (.8).                                                                                                                                                                                                                                                    |             |
| 07/30/10   | F. PERKINS     | On-line review of documents produced in connection with plan discovery.                                                                                                                                                                                           | 5.80 hrs.   |
| 07/30/10   | K. ZAFRAN      | On-line 2nd tier review of documents produced in connection with plan confirmation discovery.                                                                                                                                                                     | 7.70 hrs.   |
| 07/30/10   | R. M. KIRBY    | Meeting w/M. Ashley, T. McCormack, and team re Examiner's unredacted report and presentation to Committee on part of (1.7); meeting with M.Ashley re third party claims in report (.5).                                                                             | 2.20 hrs.   |
| 07/30/10   | R. M. KIRBY    | Preliminary review of sections of Examiner's unredacted report concerning Third Party Claims.                                                                                                                                                                      | 1.80 hrs.   |
| 07/30/10   | R. M. KIRBY    | Preparing slide presentation summarizing Examiner's unredacted Report with respect to Third Party Claims, as per M. Ashley.                                                                                                                                        | 8.80 hrs.   |
| 07/30/10   | A. DUFFY       | Online review of documents produced in connection with plan discovery.                                                                                                                                                                                            | 3.50 hrs.   |
| 07/30/10   | D. BAVA        | Directing and follow-up related to preparation of Examiner's unredacted Report for distribution (2.80); complete same for compendium of transcripts, exhibits and transcript errata sheets (3.40).                                                                 | 6.20 hrs.   |
| 07/30/10   | A. KRONSTADT   | On-line review of documents produced in connection with plan discovery.                                                                                                                                                                                           | 1.10 hrs.   |
| 07/30/10   | A. K. NELLOS   | Review progress of document review (1.1) and assign additional documents for review (1.2); Work on deposition preparation (Centerbridge) (4.7); Meet with M. Ashley to discuss Examiner report and related issues (.4); Discuss issue in relativity with L. Moloney and Complete Documents (.9); Begin to review/analyze | 12.40 hrs.  |

|  |  |  |  |
|---|---|---|---|
|  |  | certain parts of Examiner's report and materials cited therein for litigation team (4.1). |  |
| 07/30/10 | M. ROITMAN | Review Wells Fargo motion to continue hearing dates (0.4); Draft email to C&P team re: same (0.3); Review motions related to Wells Fargo Procedures Motion and Debtors' Cross Motion (0.6); Draft email to C&P team re: same (0.4) | 1.70 hrs. |
| 07/30/10 | H. SEIFE | Telephone conference with DPW regarding plan (.8); review of plan and confirmation issues (2.1). | 2.90 hrs. |
| 07/30/10 | T. J. MCCORMACK | Meeting of team on status, issues for analysis for 8/2 committee meeting and 8/3 court hearing, work product to be completed options and related matters incident to the confirmation hearing and plan (1.6); telephone conversations with Zuckerman on expert issues, evidentiary questions at hearing, and schedule (0.8); analyze issues arising from third party analysis, including remedy issues (1.8); review/analyze Examiner report and supporting data on issues relevant to experts and third party claims (3.9). | 8.10 hrs. |
| 07/31/10 | T. J. MCCORMACK | Telephone conversations with Zuckerman and Baliban over expert issues (1.0); review/analysis of Baliban draft (1.3); telephone conferences with Zuckerman on numerous issues (0.8); review/analyze Examiner report on all issues re: third party complaint and recoveries (5.1); emails with M. Ashley re: Examiner report and related issues (1.0). | 9.20 hrs. |
| 07/31/10 | A. K. NELLOS | Continue to review parts of Examiner's report for specific litigation issues. | 10.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 23, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   39


07/31/10    M. D. ASHLEY       Reviewed unredacted Examiner's        3.90 hrs.
                               report (2.3); reviewed draft slide
                               presentation summarizing
                               third-party claims in full
                               Examiner's report (.8); emails
                               with T. McCormack, R. Kirby
                               regarding issues relating to
                               Examiner's report and expert
                               testimony (.8).


            **Total Fees for Professional Services.............. $635,170.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 9.70 | 8293.50 |
| H. SEIFE | 965.00 | 58.70 | 56645.50 |
| N. T. ZINK | 795.00 | 23.20 | 18444.00 |
| R. A. SCHWINGER | 785.00 | .40 | 314.00 |
| T. J. MCCORMACK | 825.00 | 140.90 | 116242.50 |
| M. D. ASHLEY | 645.00 | 191.10 | 123259.50 |
| D. E. DEUTSCH | 695.00 | 4.20 | 2919.00 |
| E. M. MILLER | 595.00 | 14.90 | 8865.50 |
| F. MALIK | 405.00 | 32.30 | 13081.50 |
| F. VAZQUEZ | 625.00 | 2.10 | 1312.50 |
| A. HANESSIAN | 185.00 | 1.10 | 203.50 |
| D. BAVA | 270.00 | 17.20 | 4644.00 |
| M. IACOPELLI | 240.00 | 81.60 | 19584.00 |
| A. K. NELLOS | 595.00 | 153.40 | 91273.00 |
| R. M. KIRBY | 475.00 | 25.00 | 11875.00 |
| A. DUFFY | 405.00 | 34.40 | 13932.00 |
| A. KRONSTADT | 405.00 | 27.60 | 11178.00 |
| F. PERKINS | 405.00 | 114.10 | 46210.50 |
| K. ZAFRAN | 405.00 | 143.20 | 57996.00 |
| L. MACLEOD | 250.00 | 2.40 | 600.00 |
| M. ROITMAN | 355.00 | 68.30 | 24246.50 |
| Y. YOO | 405.00 | 10.00 | 4050.00 |
| TOTALS | | 1155.80 | 635170.00 |