# EXHIBIT A

# TRIBUNE COMPANY, ET AL.
## SECOND QUARTER 2010 CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ALTA ENVIRONMENTAL CORPORATION 121 BROADWAY COLCHESTER, CT 06415 | 4178 | 06/09/2009 | Los Angeles Times Communications LLC | Unsecured | Undetermined | Los Angeles Times Communications LLC | Unsecured | $2,525.94 |
| 2 | AMHERST RAILWAY SOCIETY PO BOX 1090 WARREN, MA 01083 | 1508 | 04/24/2009 | New Mass. Media, Inc. | Unsecured | Undetermined | New Mass. Media, Inc. | Unsecured | $385.00 |
| 3 | ANCHOR COMPUTER INC 450 FAIRWAY DRIVE SUITE 205 DEERFIELD BEACH, FL 33441-1837 | 2103 | 04/30/2009 | Tribune Direct Marketing, Inc. | Unsecured | Undetermined | Tribune Direct Marketing, Inc. | Unsecured | $20,819.57 |
| 4 | ANCHOR COMPUTER INC 600 FAIRWAY DR STE 205 DEERFIELD, FL 33441-1804 | 2104 | 04/30/2009 | Tribune Direct Marketing, Inc. | Unsecured | Undetermined | Tribune Direct Marketing, Inc. | Unsecured | $2,538.63 |
| 5 | BRIGNOLE, ARIEL ATTN: BRIGNOLE, BUSH & LEWIS, LLC ATTN: TIMOTHY BRIGNOLE 73 WADSWORTH STREET HARTFORD, CT 06106 | 2569 | 05/07/2009 | The Hartford Courant Company | Unsecured | $100,000.00 | The Hartford Courant Company | Unsecured | $0.00 |
| 6 | CITY OF WOODSTOCK 121 W. CALHOUN ST. WOODSTOCK, IL 60098 | 1090 | 04/20/2009 | Tribune Company | Unsecured | $24.91 | Chicago Tribune Company | Unsecured | $17.92 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 5

# TRIBUNE COMPANY, ET AL.
## SECOND QUARTER 2010 CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | CLAIMS RECOVERY GROUP LLC TRANSFEROR: DUNBAR ARMORED 92 UNION AVENUE CRESSKILL, NJ 07626 | 850 | 03/30/2009 | No Debtor Asserted | Unsecured | $2,050.28 | Sun-Sentinel Company The Baltimore Sun Company | Unsecured Unsecured Subtotal | $690.71 $1,074.96 $1,765.67 |
| 8 | DONSCHIETZ, DONALD RR 5 BOX 5526 KUNKLETOWN, PA 18058 | 3744 | 06/08/2009 | The Morning Call, Inc. | Unsecured | Undetermined | The Morning Call, Inc. | Unsecured | $141.11 |
| 9 | HALE TRAILER BRAKE & WHEEL P O BOX 1400 VOORHEES, NJ 08043 | 1379 | 04/20/2009 | Baltimore Newspaper Networks, Inc. | Unsecured | $7,547.58 | The Baltimore Sun Company | Unsecured | $4,983.28 |
| 10 | LASER LINE INC 1025 W NURSEY RD STE 122 LINTHICUM, MD 21090 | 1066 | 04/20/2009 | Tribune Company | Unsecured | $1,426.10 | The Baltimore Sun Company Tribune Company | Unsecured Unsecured Subtotal | $295.64 $418.15 $713.79 |
| 11 | MOTION INDUSTRIES INC PO BOX 1477 BIRMINGHAM, AL 35201-1477 | 3635 | 06/08/2009 | Chicago Tribune Company | Unsecured | $3,851.38 | Tribune Direct Marketing, Inc. | Unsecured | $3,535.37 |
| 12 | NNA, INC 4331 BLADENSBURG RD BRENTWOOD, MD 20722 | 2543 | 05/07/2009 | The Baltimore Sun Company | Unsecured | $17,895.00 | The Baltimore Sun Company | Unsecured | $16,510.60 |
| 13 | NORTHWEST PACKAGE DELIVERY 7417 ROOSEVELT RD FOREST PARK, IL 60130 | 2976 | 05/19/2009 | Tribune Direct Marketing, Inc. | Unsecured | $9,584.88 | Tribune Direct Marketing, Inc. | Unsecured | $3,389.55 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.
## SECOND QUARTER 2010 CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 14 | P2I NEWSPAPER LLC 1236 MAIN ST HELLERTOWN, PA 18055 | 93 | 01/07/2009 | No Debtor Asserted | Unsecured | $5,750.00 | Los Angeles Times Communications LLC | Unsecured | $506.00 |
| | | | | | | | Sun-Sentinel Company | Unsecured | $209.00 |
| | | | | | | | The Baltimore Sun Company | Unsecured | $1,700.00 |
| | | | | | | | The Hartford Courant Company | Unsecured | $506.00 |
| | | | | | | | The Morning Call, Inc. | Unsecured | $308.00 |
| | | | | | | | | Subtotal | $3,229.00 |
| 15 | QUEST DIAGNOSTICS INCORPORATED 1201 S COLLEGEVILLE ROAD COLLEGEVILLE, PA 19426 | 827 | 03/11/2009 | No Debtor Asserted | Unsecured | $3,930.37 | California Community News Corporation | Unsecured | $78.00 |
| | | | | | | | Chicago Tribune Company | Unsecured | $2,431.70 |
| | | | | | | | Homestead Publishing Co. | Unsecured | $66.00 |
| | | | | | | | KIAH Inc. | Unsecured | $54.00 |
| | | | | | | | KSWB Inc. | Unsecured | $176.00 |
| | | | | | | | Los Angeles Times Communications LLC | Unsecured | $164.00 |
| | | | | | | | The Baltimore Sun Company | Unsecured | $597.00 |
| | | | | | | | The Hartford Courant Company | Unsecured | $56.00 |
| | | | | | | | The Morning Call, Inc. | Unsecured | $189.00 |
| | | | | | | | Tribune Direct Marketing, Inc. | Unsecured | $22.00 |
| | | | | | | | Tribune Television Company | Unsecured | $8.00 |
| | | | | | | | | Subtotal | $3,842.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# TRIBUNE COMPANY, ET AL.
## SECOND QUARTER 2010 CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 16 | R.P. COOLING CORP. 43 OAK ST. HICKSVILLE, NY 11801 | 3612 | 06/05/2009 | InsertCo, Inc. | Unsecured | $2,007.57 | InsertCo, Inc. | Unsecured | $1,475.64 |
| 17 | SIMPLEX 6330 HEDGEWOOD DR ALLENTOWN, PA 18106 | 3609 | 06/05/2009 | Tribune Company | Unsecured | $2,123.22 | Homestead Publishing Co. | Unsecured | $602.80 |
| | | | | | | | The Baltimore Sun Company | Unsecured | $1,364.73 |
| | | | | | | | The Morning Call, Inc. | Unsecured | $53.21 |
| | | | | | | | | Subtotal | $2,020.74 |
| 18 | STANFORD, ANTHONY 121 STONEFENCE COURT AURORA, IL 60506 | 1300 | 04/21/2009 | Tribune Company | Unsecured | $250.00 | Chicago Tribune Company | Unsecured | $150.00 |
| 19 | SYNDICATE BLEU DBA OF CAREER GROUP INC. 10100 SANTA MONICA BLVD, SUITE 900 LOS ANGELES, CA 90067 | 87 | 01/05/2009 | No Debtor Asserted | Unsecured | $20,133.50 | Los Angeles Times Communications LLC | Unsecured | $2,972.75 |
| 20 | TEL A CAR OF NY LLC 30-55 VERNON BLVD LONG ISLAND CITY, NY 11102 | 1806 | 04/27/2009 | Chicago Tribune Company | Unsecured | $403.69 | Eagle New Media Investments, LLC | Unsecured | $322.95 |
| 21 | TNS MEDIA INTELLIGENCE KANTAR MEDIA INTELLIGENCE 100 PARK AVE 4TH FL NEW YORK, NY 10017 | 2305 | 05/04/2009 | WGN Continental Broadcasting Company | Unsecured | Undetermined | WGN Continental Broadcasting Company | Unsecured | $2,438.24 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## TRIBUNE COMPANY, ET AL.
## SECOND QUARTER 2010 CLAIMS SETTLEMENT REPORT

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 22 | UNITED TELEPHONE COMPANY OF INDIANA, INC PO BOX 7971 SHAWNEE MISSION, KS 66207-0971 | 457 | 02/12/2009 | Tribune Broadcast Holdings, Inc. | Unsecured | $150.35 | Tribune Television Company | Unsecured | $67.64 |
| 23 | WHITEFENCE, INC. AKA QCORPS RESIDENTIAL, INC. 5333 WESTHEIMER ROAD, SUITE 1000 HOUSTON, TX 77056 | 801 | 03/23/2009 | Los Angeles Times Communications LLC | Unsecured | $1,952.78 | Los Angeles Times Communications LLC | Unsecured | $2866.65 |
| 24 | WRIGHT EXPRESS FINANCIAL SERVICES PO BOX 639 PORTLAND, ME 04103 | 3337 | 06/01/2009 | Tribune Television Holdings, Inc. | Unsecured | $4,863.93 | Tribune Television Holdings, Inc. | Unsecured | $254.94 |
| | | | | | TOTAL | $183,945.54 | | TOTAL | $74,259.57 |

---

[1] Claim is listed to correct/modify to reflect the terms of the parties' stipulation.

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 5 of 5