# EXHIBIT "B"

# EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

## July 1, 2010 through and including July 31, 2010

| Project Code | Description | Hours | Amount |
|---|---|---:|---:|
| 005735.00001 | Business Analysis | 5.90 | 3,079.00 |
| 005735.00004 | Current Financials | 89.70 | 49,644.00 |
| 005735.00007 | Employee Issues | 35.10 | 21,565.00 |
| 005735.00009 | Executory Contracts | 21.10 | 11,624.00 |
| 005735.00010 | Claims & Recoveries | 4.30 | 2,333.00 |
| 005735.00014 | Avoidance Actions | 122.80 | 63,992.00 |
| 005735.00015 | UCC Meetings | 25.20 | 16,529.00 |
| 005735.00017 | Billing and Retention | 24.70 | 12,837.00 |
| **Total Hours and Fees Incurred** | | **328.80** | **181,603.00** |

Re:                Business Analysis
Client/Matter #      005735.00001

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/07/10 | HYL | Reviewed and analyzed Moelis UCC Media Update (7.6.10). | 0.40 |
| 07/07/10 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. | 1.10 |
| 07/08/10 | ANL | Analyzed and reviewed Moelis media update. | 0.30 |
| 07/14/10 | HYL | Reviewed and analyzed current Moelis UCC Media Update. | 0.50 |
| 07/14/10 | HYL | Gathered and reviewed industry and competitor data for report to UCC. | 1.10 |
| 07/16/10 | HYL | Reviewed and updated weekly report to UCC. | 0.60 |
| 07/22/10 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. | 1.10 |
| 07/30/10 | YK | Reviewed and analyzed recent competitor and industry developments to present to the UCC. | 0.80 |
| | | **Total Hours** | **5.90** |

Re:                          Business Analysis
Client/Matter #              005735.00001

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 0.30 | 530.00 | 159.00 |
| Harold Y Lee | 4.80 | 530.00 | 2,544.00 |
| Young Kim | 0.80 | 470.00 | 376.00 |
| **Total Hours & Fees** | **5.90** | | **3,079.00** |

Re:              Current Financials
Client/Matter #  005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/01/10 | HYL | Reviewed and analyzed cash flow variance report and prepared slide for reporting to UCC. | 0.90 |
| 07/01/10 | HYL | Reviewed and analyzed latest 13 week cash flow forecast and prepared update to UCC. | 0.70 |
| 07/01/10 | HYL | Reviewed and updated weekly report to UCC. | 1.10 |
| 07/01/10 | ANL | Prepared UCC weekly status report. | 1.80 |
| 07/01/10 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 1.50 |
| 07/01/10 | ANL | Reviewed and analyzed updated 13 week Debtor and non-Debtor cash flow forecast. | 1.60 |
| 07/01/10 | BH | Preparation of verbal presentation to UCC describing weekly financial performance versus Tribune Plan. | 1.00 |
| 07/02/10 | BH | Review, analyze and revise report to UCC on Tribune weekly performance and comparison to Plan. | 2.10 |
| 07/02/10 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 0.50 |
| 07/02/10 | ANL | Reviewed and analyzed updated 13 week Debtor and non-Debtor cash flow forecast. | 0.40 |
| 07/02/10 | ANL | Prepared UCC weekly status report. | 0.80 |
| 07/07/10 | ANL | Prepared UCC weekly status update. | 1.20 |
| 07/08/10 | ANL | Prepared UCC weekly status report. | 1.30 |
| 07/08/10 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 1.10 |
| 07/08/10 | ANL | Reviewed and analyzed updated 13 week Debtor and non-Debtor cash flow forecast. | 0.80 |
| 07/08/10 | AH | Review weekly report to UCC and discuss comments with A. Leung (AlixPartners) | 0.50 |
| 07/08/10 | HYL | Reviewed and analyzed weekly cash variance report and prepared slide for reporting to UCC. | 0.80 |
| 07/08/10 | HYL | Reviewed and analyzed weekly publishing operational flash reporting data. | 0.40 |
| 07/08/10 | HYL | Reviewed and analyzed weekly broadcasting operational flash reporting data including by category report. | 0.50 |
| 07/08/10 | HYL | Prepared news and competitor data slide for report to UCC. | 0.80 |
| 07/09/10 | ANL | Prepared UCC weekly status report. | 1.80 |
| 07/09/10 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 1.10 |
| 07/09/10 | ANL | Reviewed and analyzed updated 13 week Debtor and non-Debtor cash flow forecast. | 0.50 |
| 07/09/10 | BH | Review, analyze and revise report to UCC on Tribune weekly performance and comparison to Plan. | 2.20 |

Re:                        Current Financials
Client/Matter #            005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/12/10 | BH | Review and analyze Tribune monthly financial results for year to date 2010 and determine the reasons for variances from Plan. | 2.80 |
| 07/12/10 | ANL | Prepared UCC weekly status report. | 1.60 |
| 07/12/10 | ANL | Analyzed and reviewed Q2 2010 results. | 0.80 |
| 07/13/10 | ANL | Prepared UCC weekly status report. | 0.40 |
| 07/13/10 | ANL | Analyzed and reviewed Q2 2010 year to date results for publishing and broadcasting. | 2.70 |
| 07/13/10 | HYL | Updated and reviewed weekly report to UCC. | 1.10 |
| 07/13/10 | HYL | Calculate Q2 '10 actual publishing and broadcasting flash YOY performance for reporting to UCC. | 0.90 |
| 07/13/10 | AH | Review weekly report to UCC | 0.50 |
| 07/15/10 | HYL | Reviewed and analyzed preliminary June 2010 operating results and first half 2010 operating results schedules provided by Tribune. | 0.70 |
| 07/15/10 | HYL | Prepared for and participated in financial advisors call with Tribune, A&M and other financial advisors. | 0.90 |
| 07/15/10 | HYL | Reviewed and analyzed publishing weekly flash data and prepared slide for report to UCC. Follow-up with A&M regarding missing flash data. | 0.80 |
| 07/15/10 | HYL | Reviewed and analyzed broadcasting weekly pacing data and prepared slide for report to UCC. | 0.90 |
| 07/15/10 | HYL | Reviewed and analyzed week cash flow forecast variance report and prepared slide for report to UCC. | 0.60 |
| 07/15/10 | HYL | Discussed and responded to Moelis request for Tribune consolidated April and May summary of operations reports. | 0.60 |
| 07/15/10 | HYL | Reviewed and analyzed June, Q2 and 1H '10 preliminary operating results and prepared summary slide for reporting to UCC. | 1.10 |
| 07/15/10 | BH | Review and deliver monthly financial information on Tribune performance and comparison to Plan to Moelis. | 0.70 |
| 07/15/10 | BH | Prepare presentation materials for UCC meeting discussion of current financial results compared to Plan. | 0.90 |
| 07/16/10 | BH | Review and analyze the Q2 financial results of Tribune and compare actual results to Plan. | 2.70 |
| 07/16/10 | HYL | Reviewed and analyzed Publishing results of operations for Q2 '10 and 1H 2010 per the Brown Books. | 1.90 |
| 07/16/10 | HYL | Reviewed and analyzed Broadcasting results of operations for Q2 '10 and 1H 2010 per the Brown Books. | 2.10 |
| 07/19/10 | HYL | Reviewed and analyzed Consolidated and Corporate results of operations for Q2 '10 and 1H 2010 per the Brown Books. | 1.30 |

Re:                          Current Financials
Client/Matter #              005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/19/10 | HYL | Analyzed and prepared draft consolidated operating cash flow and OCF margin slides. | 1.60 |
| 07/19/10 | HYL | Analyzed and prepared draft Publishing summary and revenue slides for presentation to UCC. | 2.10 |
| 07/19/10 | BH | Review, analyze and revise report to UCC on Tribune weekly performance and comparison to Plan. | 1.90 |
| 07/20/10 | BH | Revise draft report to UCC on Tribune Q2 financial results. | 0.70 |
| 07/20/10 | AH | Review weekly report to UCC | 0.70 |
| 07/20/10 | HYL | Analyzed and prepared draft Publishing expenses and operating cash flow slides for presentation to UCC. | 2.20 |
| 07/20/10 | HYL | Analyzed and prepared draft Broadcasting summary and revenue slides for presentation to UCC. | 2.30 |
| 07/20/10 | HYL | Analyzed and prepared draft Broadcasting YOY ad revenue, station operation and expense slides for presentation to UCC. | 2.40 |
| 07/21/10 | HYL | Prepared open items list based on Q2 2010 and YTD 2010 brown book review for follow-up with Debtor. | 0.90 |
| 07/21/10 | HYL | Analyzed and prepared draft Corporate and equity income slides for presentation to UCC. | 1.20 |
| 07/21/10 | HYL | Reviewed and revised weekly report to UCC. | 0.30 |
| 07/23/10 | HYL | Reviewed and analyzed weekly Publishing and Broadcasting flash data. | 1.10 |
| 07/23/10 | HYL | Reviewed and analyzed weekly cash variance report. | 0.40 |
| 07/23/10 | HYL | Prepared weekly report to UCC. | 1.90 |
| 07/23/10 | BH | Review, analyze and revise report to UCC on Tribune weekly performance and comparison to Plan. | 1.80 |
| 07/26/10 | ANL | Prepared weekly status update to UCC. | 2.30 |
| 07/27/10 | ANL | Prepared weekly status update to UCC. | 0.30 |
| 07/27/10 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 1.10 |
| 07/27/10 | ANL | Analyzed and reviewed June 2010 management operating report. | 2.30 |
| 07/27/10 | AH | Review weekly report to UCC | 0.40 |
| 07/28/10 | ANL | Prepared weekly status update to UCC. | 1.10 |
| 07/28/10 | ANL | Analyzed and reviewed weekly revenue flash and cash flow results. | 1.20 |
| 07/29/10 | ANL | Analyzed and reviewed June 2010 management operating report. | 1.10 |
| 07/29/10 | ANL | Prepared weekly status update to UCC. | 1.60 |
| 07/29/10 | BH | Draft presentation script for discussion of weekly financial | 1.00 |

Re:              Current Financials
Client/Matter #  005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | results to be shared with UCC in meeting. |  |
| 07/30/10 | ANL | Prepared weekly status update to UCC. | 1.80 |
| 07/30/10 | ANL | Analyzed and reviewed weekly revenue flash reports and cash flow results. | 0.80 |
| 07/30/10 | YK | Reviewed and analyzed weekly cash flows. | 1.10 |
| 07/30/10 | YK | Reviewed and revised weekly presentation to the UCC. | 0.70 |
|  |  | **Total Hours** | **89.70** |

Re:                    Current Financials
Client/Matter #        005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 2.10 | 820.00 | 1,722.00 |
| Albert Leung | 33.50 | 530.00 | 17,755.00 |
| Harold Y Lee | 34.50 | 530.00 | 18,285.00 |
| Brad Hall | 17.80 | 620.00 | 11,036.00 |
| Young Kim | 1.80 | 470.00 | 846.00 |
| **Total Hours & Fees** | **89.70** | | **49,644.00** |

Re:                    Employee Issues
Client/Matter #        005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/12/10 | AH | Review revised MIP proposal received from A&M | 0.50 |
| 07/12/10 | ANL | Analyzed and reviewed Debtors' counter proposal for 2010 MIP. | 1.80 |
| 07/12/10 | ANL | Analyzed and reviewed Mercer presentation on the original and revised 2010 MIP. | 2.20 |
| 07/12/10 | BH | Review and analyze Tribune latest proposal for a revised 2010 MIP. | 1.30 |
| 07/13/10 | BH | Review, analyze and revise report to UCC on revised 2010 MIP as presented by Tribune. | 2.60 |
| 07/13/10 | AH | Call w/ B. Whittman (A&M) re: revised MIP | 0.30 |
| 07/13/10 | ANL | Analyzed and reviewed Debtors' counter proposal for 2010 MIP. | 1.10 |
| 07/13/10 | ANL | Prepared for and participated in conference call with Tribune CFO and advisors to discuss counterproposal on 2010 MIP. | 1.20 |
| 07/13/10 | ANL | Prepared presentation to the UCC on Debtors' latest counterproposal on the 2010 MIP. | 3.20 |
| 07/13/10 | ANL | Prepared exhibits for the UCC presentation on the 2010 MIP. | 2.10 |
| 07/13/10 | AH | Call w/ C. Bigelow (CFO) and B. Whittman (A&M) re: proposed MIP | 0.70 |
| 07/14/10 | HYL | Reviewed, updated and posted onto Intralinks AlixPartners Proposed 2010 Management Incentive Program (MIP) Update. | 0.60 |
| 07/14/10 | AH | Review and revise report to UCC on MIP | 2.30 |
| 07/14/10 | AH | Follow-up discussions with B. Whittman (A&M) re: MIP | 0.20 |
| 07/14/10 | ANL | Prepared presentation to the UCC on Debtors' latest counterproposal on the 2010 MIP. | 1.10 |
| 07/14/10 | ANL | Prepared exhibits for the UCC presentation on the 2010 MIP. | 2.10 |
| 07/14/10 | BH | Update and revise presentation materials regarding 2010 MIP for discussion at next UCC meeting. | 1.30 |
| 07/19/10 | AH | Various emails re: MIP, including review response from Debtors re: same | 0.30 |
| 07/22/10 | AH | Conference call w/ company advisors re: overview of Management Equity Incentive Plan (MEIP) program | 0.60 |
| 07/23/10 | AH | Review Management Equity Incentive Plan documents provided by Sidley | 1.50 |
| 07/26/10 | ANL | Analyzed and reviewed amended disclosure statement and Plan of Reorganization for claim recovery information and management transition plan and other management incentive plans. | 2.60 |

Re:              Employee Issues
Client/Matter #  005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/27/10 | AH | Review filed pleading re: revised MIP agreement | 0.30 |
| 07/27/10 | AH | Review proposed Management Severance Plan | 0.80 |
| 07/28/10 | AH | Review transition severance plan and discuss with B. Whittman (A&M) | 0.80 |
| 07/30/10 | AH | Severance program review w/ A. Leung (AlixPartners) | 0.30 |
| 07/30/10 | ANL | Held discussion with A. Holtz (AlixPartners) re: the same | 0.30 |
| 07/30/10 | ANL | Analyzed and reviewed Debtors' proposed Management Severance Program | 3.00 |
| | | **Total Hours** | **35.10** |

Re:                              Employee Issues
Client/Matter #                  005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 8.60 | 820.00 | 7,052.00 |
| Albert Leung | 20.70 | 530.00 | 10,971.00 |
| Harold Y Lee | 0.60 | 530.00 | 318.00 |
| Brad Hall | 5.20 | 620.00 | 3,224.00 |
| **Total Hours & Fees** | **35.10** | | **21,565.00** |

Re:                    Executory Contracts
Client/Matter #        005735.00009

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/06/10 | HYL | Reviewed #4934, Motion to Approve Settlement Stipulation by and Between Greenco, Inc. and MediaNews Group, Inc. | 1.40 |
| 07/07/10 | HYL | Prepared for and participated in conference call with A&M (Brian Whitman) and A. Leung (AlixPartners)regarding Motion to Approve Settlement Stipulation by and Between Greenco, Inc. and MediaNews Group, Inc. | 0.60 |
| 07/07/10 | BH | Review and analyze Tribune motion for settlement pertaining to Green Co. and Media News. | 0.80 |
| 07/07/10 | ANL | Analyzed and reviewed MediaNews option contract settlement motion. | 2.10 |
| 07/07/10 | ANL | Prepared analysis for UCC counsel on MediaNews option contract settlement motion and negotiations process. | 1.70 |
| 07/07/10 | ANL | Prepared for and participated in call with H. Lee (AlixPartners) and B. Whitman (A&M) to discuss MediaNews option contract settlement motion and negotiations process. | 0.70 |
| 07/08/10 | ANL | Analyzed and reviewed MediaNews option contract settlement motion and original option contract. | 1.80 |
| 07/13/10 | HYL | Prepared for and discussed with Chadbourne (Marc Roitman) GreenCo / MediaNews option purchase settlement, specifically the calculation of GreenCo claim of $8.4M. | 1.40 |
| 07/22/10 | BH | Review and analyze the schedule of proposed cure costs as provided by Tribune advisors for both parent and subsidiary companies. | 2.50 |
| 07/26/10 | ANL | Analyzed and reviewed draft cure cost exhibits for parent company, subsidiaries and broadcast rights contracts. | 1.80 |
| 07/27/10 | ANL | Analyzed and reviewed draft cure cost exhibits for parent company, subsidiaries and broadcast rights contracts. | 2.80 |
| 07/27/10 | ANL | Discussed questions on cure cost payments with A&M. | 0.80 |
| 07/28/10 | ANL | Analyzed and reviewed draft cure cost exhibits for parent company, subsidiaries and broadcast rights contracts. | 1.10 |
| 07/28/10 | BH | Review and analyze cure cost schedule provided by Tribune advisors. Draft follow-up questions for discussion with Tribune advisors. | 1.60 |
| | | **Total Hours** | **21.10** |

Re:                Executory Contracts
Client/Matter #     005735.00009

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 12.80 | 530.00 | 6,784.00 |
| Harold Y Lee | 3.40 | 530.00 | 1,802.00 |
| Brad Hall | 4.90 | 620.00 | 3,038.00 |
| **Total Hours & Fees** | **21.10** | | **11,624.00** |

Re:              Claims & Recoveries
Client/Matter #  005735.00010

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/01/10 | ANL | Reviewed and analyzed Tribune Company litigation claims and subsidiary litigation claims. | 0.80 |
| 07/01/10 | ANL | Analyzed and reviewed Tribune's claims reconciliation and status report from A&M. | 1.30 |
| 07/08/10 | HYL | Gathered and reviewed materials provided by Debtors with respect to the issue of intercompany claims per request from C&P (Marc D. Ashley). | 0.70 |
| 07/08/10 | BH | Review and analyze materials on Inter-Company claims at the request of legal counsel. | 0.60 |
| 07/14/10 | HYL | Reviewed and analyzed Bridge Agent's 7/12/10 response to objections to procedures for adjudicating Debtors' objections to the Bridge Loan Claims and to the Debtors' Cross Motion for preliminary pre-trial scheduling for the Plan confirmation hearing. | 0.50 |
| 07/16/10 | HYL | Discussed with Zuckerman (A Goldfarb) claims distribution model. | 0.40 |
| | | **Total Hours** | **4.30** |

Re:                          Claims & Recoveries
Client/Matter #              005735.00010

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 2.10 | 530.00 | 1,113.00 |
| Harold Y Lee | 1.60 | 530.00 | 848.00 |
| Brad Hall | 0.60 | 620.00 | 372.00 |
| **Total Hours & Fees** | **4.30** | | **2,333.00** |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/08/10 | ANL | Analyzed and reviewed intercompany claim presentation provided by the Debtor. | 2.20 |
| 07/09/10 | ANL | Analyzed and reviewed intercompany balances and data by the Debtor. | 2.20 |
| 07/15/10 | MFR | Review of expert disclosure and conference call with Zuckerman and Chadbourne to discuss expert report. | 1.50 |
| 07/19/10 | MFR | Review of subsidiary financial and valuation information in preparation for call with Zuckerman. | 3.50 |
| 07/20/10 | MFR | Review of example expert reports. | 3.00 |
| 07/20/10 | MFR | Review of various submissions to Examiner from Debtors and credit agreement lenders in preparation for submission of expert report. | 4.00 |
| 07/21/10 | MFR | Preparation of expert report and exhibits to be submitted in connection with Tribune's confirmation hearing.  Review and analysis of supporting documents. | 6.00 |
| 07/22/10 | MFR | Preparation of expert report and exhibits to be submitted in connection with Tribune's confirmation hearing. | 6.50 |
| 07/22/10 | HYL | Discussed and prepared schedule for Mark Rule (AlixPartners) in regards to insolvency analysis. | 0.90 |
| 07/26/10 | MFR | Revisions to expert report and exhibits. | 5.00 |
| 07/26/10 | MFR | Review of documents supporting expert report. | 4.00 |
| 07/27/10 | MFR | Review of Chadbourne's summary of redacted Examiner report. | 1.00 |
| 07/27/10 | MFR | Revisions to expert report. | 3.50 |
| 07/27/10 | MFR | Review of redacted Examiner report. | 4.50 |
| 07/27/10 | RBD | Review Examiners report and M. Rule's (AlixPartners) report | 5.20 |
| 07/27/10 | CR | Analyzed D&P valuation presentations for M. Rule's (AlixPartners) report. | 1.40 |
| 07/28/10 | CR | Reviewed VRC and Morgan Stanley valuation presentations for M. Rule's (AlixPartners) report. | 2.60 |
| 07/28/10 | RBD | Review M. Rule's (AlixPartners) expert report, review Examiner's report and hold call with Chadbourne. | 3.30 |
| 07/28/10 | AH | Review summary of Examiner's report | 0.90 |
| 07/28/10 | ANL | Reviewed Examiner report and comments. | 2.20 |
| 07/28/10 | MFR | Call with Zuckerman and Chadbourne regarding expert report. | 0.50 |
| 07/28/10 | MFR | Review of redacted Examiners report. | 3.00 |
| 07/28/10 | MFR | Revisions to expert report and exhibits. | 5.00 |
| 07/29/10 | MFR | Revisions to expert report and exhibits. | 3.00 |

Re:              Avoidance Actions
Client/Matter #     005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 07/29/10 | ANL | Analyzed and reviewed equity sales activity for the Step 1 and Step 2 financing for top shareholders and insiders. | 1.80 |
| 07/29/10 | ANL | Analyzed and reviewed flow of funds for Step 1 and Step 2 financing. | 0.70 |
| 07/29/10 | RBD | Reviewed and analyzed Examiner report and exhibits. | 1.80 |
| 07/29/10 | CR | Reviewed and analyzed Examiner report and exhibits. | 1.60 |
| 07/29/10 | CR | Analyzed public shareholder data between step 1 and step 2 of the transaction. | 2.80 |
| 07/29/10 | CR | Reviewed JPM and Merrill Lynch valuation presentations for M. Rule's (AlixPartners) report. | 2.30 |
| 07/29/10 | CR | Analyzed equity investment valuations and tax savings sensitivity calculations for M. Rule's (AlixPartners) report. | 2.60 |
| 07/29/10 | JB | Collected and prepared supporting documents. | 2.50 |
| 07/30/10 | JB | Collected and prepared supporting documents. | 2.50 |
| 07/30/10 | ANL | Reviewed and analyzed Examiner report | 2.10 |
| 07/30/10 | RBD | Review Examiner's unredacted report and M. Rule's (AlixPartners) expert report | 2.70 |
| 07/30/10 | AH | Review and analysis Examiner Report and exhibits. | 3.00 |
| 07/30/10 | CR | Reviewed and analyzed Examiner report and exhibits. | 8.50 |
| 07/30/10 | MFR | Conference call with Zuckerman and Chadbourne to discuss expert report. | 0.50 |
| 07/30/10 | MFR | Revisions to expert report and exhibits. | 2.00 |
| 07/30/10 | MFR | Review and analysis of Examiner's unredacted report and exhibits. | 7.00 |
| 07/31/10 | BH | Review and analyze Examiners Report sections dealing with potential Fraudulent Conveyance claims and analysis. | 3.50 |
| | | **Total Hours** | **122.80** |

Re:                          Avoidance Actions
Client/Matter #              005735.00014

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 13.00 | 860.00 | 11,180.00 |
| Alan Holtz | 3.90 | 820.00 | 3,198.00 |
| Mark F Rule | 63.50 | 530.00 | 33,655.00 |
| Albert Leung | 11.20 | 530.00 | 5,936.00 |
| Harold Y Lee | 0.90 | 530.00 | 477.00 |
| Brad Hall | 3.50 | 620.00 | 2,170.00 |
| Christopher Rubel | 21.80 | 320.00 | 6,976.00 |
| Jennifer Braverman | 5.00 | 80.00 | 400.00 |
| **Total Hours & Fees** | **122.80** | | **63,992.00** |

Re:                         UCC Meetings
Client/Matter #             005735.00015

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| 07/01/10 | AH | Participate in weekly meeting with UCC (telephonic) | 0.60 |
| 07/01/10 | MFR | Participate UCC committee conference call. | 0.80 |
| 07/01/10 | BH | Participation in UCC Meeting and presentation of weekly financial results. | 0.70 |
| 07/13/10 | BH | Participate in weekly UCC professionals call hosted by Chadbourne. | 0.50 |
| 07/13/10 | AH | Weekly update call w/ UCC professionals | 0.50 |
| 07/15/10 | AH | Participate in UCC meeting (telephonically) | 1.20 |
| 07/15/10 | BH | Participate in UCC meeting and report on financial results. | 1.00 |
| 07/15/10 | MFR | Participate in UCC committee conference call. | 1.00 |
| 07/20/10 | MFR | Participate in UCC professionals conference call. | 0.80 |
| 07/20/10 | BH | Participate in weekly professionals call hosted by Chadbourne. | 0.40 |
| 07/20/10 | AH | Weekly call w/ UCC professionals | 0.50 |
| 07/27/10 | AH | Weekly call w/ UCC Advisors | 0.50 |
| 07/27/10 | BH | Participate in weekly professionals call hosted by Chadbourne. | 0.70 |
| 07/27/10 | MFR | Participate in UCC professionals call. | 0.80 |
| 07/29/10 | MFR | Participate in UCC committee conference call. | 3.80 |
| 07/29/10 | BH | Participate in UCC meeting and provide presentation of financial report. | 3.60 |
| 07/29/10 | ANL | Prepared for and participated in the UCC in person meeting telephonically to discuss weekly financial results, examiner's report and Plan. | 2.30 |
| 07/29/10 | AH | Attend UCC meeting at Chadbourne | 3.80 |
| 07/29/10 | AH | Attend UCC professionals meeting at Chadbourne after UCC meeting | 1.70 |
| | | **Total Hours** | **25.20** |

Re:                     UCC Meetings
Client/Matter #         005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 8.80 | 820.00 | 7,216.00 |
| Mark F Rule | 7.20 | 530.00 | 3,816.00 |
| Albert Leung | 2.30 | 530.00 | 1,219.00 |
| Brad Hall | 6.90 | 620.00 | 4,278.00 |
| **Total Hours & Fees** | **25.20** | | **16,529.00** |

Re:             Billing and Retention
Client/Matter #   005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/06/10 | HYL | Reviewed sixth quarterly fee application | 0.60 |
| 07/06/10 | YK | Prepared interim fee application. | 1.80 |
| 07/06/10 | YK | Prepared data file supporting the interim fee application. | 3.30 |
| 07/06/10 | ANL | Prepared supporting information for fee examiner. | 1.10 |
| 07/06/10 | ANL | Prepared interim quarterly fee applications. | 0.40 |
| 07/07/10 | ANL | Prepared 6th quarterly interim fee application. | 0.60 |
| 07/07/10 | AH | Review 6th interim fee application | 0.30 |
| 07/07/10 | YK | Prepared June 2010 fee application. | 0.30 |
| 07/09/10 | YK | Prepared June 2010 fee application. | 1.60 |
| 07/09/10 | ANL | Prepared June 2010 fee application. | 1.30 |
| 07/14/10 | YK | Prepared June 2010 fee application. | 1.80 |
| 07/15/10 | YK | Prepared June 2010 fee application. | 0.50 |
| 07/16/10 | YK | Prepared June 2010 fee application. | 0.70 |
| 07/19/10 | YK | Prepared June 2010 fee application and motion. | 1.50 |
| 07/20/10 | YK | Prepared June 2010 fee application and motion. | 1.60 |
| 07/21/10 | YK | Prepared June 2010 fee application and motion. | 2.10 |
| 07/23/10 | AH | Detailed review of June 2010 fee application and motion | 2.00 |
| 07/26/10 | AH | Final review of June 2010 fee application. Finalize, sign and send to counsel. | 0.30 |
| 07/26/10 | ANL | Reviewed June 2010 fee application. | 1.30 |
| 07/26/10 | YK | Prepared June 2010 fee application and motion. | 1.60 |
| | | **Total Hours** | **24.70** |

Re:                    Billing and Retention
Client/Matter #        005735.00017

Re:                          Billing and Retention
Client/Matter #              005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 2.60 | 820.00 | 2,132.00 |
| Albert Leung | 4.70 | 530.00 | 2,491.00 |
| Harold Y Lee | 0.60 | 530.00 | 318.00 |
| Young Kim | 16.80 | 470.00 | 7,896.00 |
| **Total Hours & Fees** | **24.70** | | **12,837.00** |