# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

| Expenses | Amount |
|---|---:|
| Computerized Research | 4.80 |
| Postage/Messenger/Courier | 15.34 |
| **Total Disbursements** | **20.14** |

| Date | Disbursement Description | Amount |
|---|---|---|
| 06/30/10 | Computerized Research - - VENDOR: Pacer Service Center 4/1/2010-6/30/2010 | 4.80 |
| 07/22/10 | Postage/Messenger/Courier Delivery to Alan Holtz | 15.34 |
|  | **Total Disbursements** | **20.14** |