# EXHIBIT A

**Tribune Co.** 
Time Log

### Moelis & Company
### Summary of Hours Worked
### July 1, 2010 - July 31, 2010

| Name | Position | Hours Worked |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 29.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 26.5 |
| John Momtazee | Managing Director, Media | 15.0 |
| Zul Jamal | Senior Vice President, Restructuring Group | 35.0 |
| Larry Kwon | Vice President, Restructuring Group | 26.0 |
| Ashish Ajmera | Vice President, Media | 42.5 |
| Evan Glucoft | Associate | 49.5 |
| Janet Jin | Analyst | 39.0 |
| | **Total Moelis Team Hours** | **262.5** |

**Tribune Co.**  
**MOELIS & COMPANY**
Time Log - July 2010

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 29.0 |
| Navid Mahmoodzadegan | Managing Director | 26.5 |
| John Momtazee | Managing Director | 15.0 |
| Zul Jamal | Sr. Vice President | 35.0 |
| Larry Kwon | Vice President | 26.0 |
| Ashish Ajmera | Vice President | 42.5 |
| Evan Glucoft | Associate | 49.5 |
| Janet Jin | Analyst | 39.0 |
| **Total** | | **262.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Thane Carlston | 07/01/10 | 1.0 | UCC Committee meeting |
| Navid Mahmoodzadegan | 07/01/10 | 1.0 | UCC Committee meeting |
| John Momtazee | 07/01/10 | 1.0 | UCC Committee meeting |
| Zul Jamal | 07/01/10 | 1.0 | UCC Committee meeting |
| Larry Kwon | 07/01/10 | 1.0 | UCC Committee meeting |
| Ashish Ajmera | 07/01/10 | 1.0 | UCC Committee meeting |
| Janet Jin | 07/01/10 | 1.0 | UCC Committee meeting |
| Ashish Ajmera | 07/05/10 | 1.5 | Weekly Media Update |
| Evan Glucoft | 07/05/10 | 2.0 | Weekly Media Update |
| Janet Jin | 07/05/10 | 3.0 | Weekly Media Update |
| Zul Jamal | 07/06/10 | 1.0 | Professionals call |
| Larry Kwon | 07/06/10 | 1.0 | Professionals call |
| Ashish Ajmera | 07/06/10 | 1.0 | Professionals call |
| Evan Glucoft | 07/06/10 | 1.0 | Professionals call |
| Janet Jin | 07/06/10 | 1.0 | Professionals call |
| Larry Kwon | 07/07/10 | 1.0 | Review of TVFN documents |
| Ashish Ajmera | 07/07/10 | 1.0 | Review of TVFN documents |
| Evan Glucoft | 07/07/10 | 1.0 | Review of TVFN documents |
| Janet Jin | 07/07/10 | 1.0 | Review of TVFN documents |
| John Momtazee | 07/09/10 | 1.5 | Classified Ventures Review |
| Ashish Ajmera | 07/09/10 | 2.0 | Classified Ventures Review |
| Evan Glucoft | 07/09/10 | 3.0 | Classified Ventures Review |
| Navid Mahmoodzadegan | 07/12/10 | 1.0 | WGN news review |
| John Momtazee | 07/12/10 | 1.0 | WGN news review |
| Zul Jamal | 07/12/10 | 1.0 | WGN news review |
| Larry Kwon | 07/12/10 | 1.0 | WGN news review |
| Ashish Ajmera | 07/12/10 | 1.0 | WGN news review |
| Thane Carlston | 07/12/10 | 1.0 | Updated securities pricing analysis |
| Navid Mahmoodzadegan | 07/12/10 | 1.0 | Updated securities pricing analysis |
| Zul Jamal | 07/12/10 | 1.0 | Updated securities pricing analysis |
| Evan Glucoft | 07/12/10 | 1.0 | Updated securities pricing analysis |
| Ashish Ajmera | 07/12/10 | 1.5 | Weekly Media Update |
| Evan Glucoft | 07/12/10 | 2.0 | Weekly Media Update |
| Janet Jin | 07/12/10 | 3.0 | Weekly Media Update |
| Zul Jamal | 07/13/10 | 1.0 | Professionals call |
| Larry Kwon | 07/13/10 | 1.0 | Professionals call |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 29.0 |
| Navid Mahmoodzadegan | Managing Director | 26.5 |
| John Momtazee | Managing Director | 15.0 |
| Zul Jamal | Sr. Vice President | 35.0 |
| Larry Kwon | Vice President | 26.0 |
| Ashish Ajmera | Vice President | 42.5 |
| Evan Glucoft | Associate | 49.5 |
| Janet Jin | Analyst | 39.0 |
| **Total** | | **262.5** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 07/13/10 | 1.0 | Professionals call |
| Evan Glucoft | 07/13/10 | 1.0 | Professionals call |
| Janet Jin | 07/13/10 | 1.0 | Professionals call |
| Thane Carlston | 07/15/10 | 1.5 | UCC Committee meeting |
| Navid Mahmoodzadegan | 07/15/10 | 1.5 | UCC Committee meeting |
| John Momtazee | 07/15/10 | 1.5 | UCC Committee meeting |
| Zul Jamal | 07/15/10 | 1.5 | UCC Committee meeting |
| Larry Kwon | 07/15/10 | 1.5 | UCC Committee meeting |
| Ashish Ajmera | 07/15/10 | 1.5 | UCC Committee meeting |
| Evan Glucoft | 07/15/10 | 1.5 | UCC Committee meeting |
| Janet Jin | 07/15/10 | 1.5 | UCC Committee meeting |
| Zul Jamal | 07/15/10 | 1.0 | Tribune FA Call |
| Ashish Ajmera | 07/15/10 | 1.0 | Tribune FA Call |
| Evan Glucoft | 07/15/10 | 1.0 | Tribune FA Call |
| Janet Jin | 07/15/10 | 1.0 | Tribune FA Call |
| John Momtazee | 07/15/10 | 2.0 | Review of Tribune YTD performance & peer benchmark |
| Ashish Ajmera | 07/15/10 | 2.0 | Review of Tribune YTD performance & peer benchmark |
| Evan Glucoft | 07/15/10 | 2.0 | Review of Tribune YTD performance & peer benchmark |
| Janet Jin | 07/15/10 | 2.0 | Review of Tribune YTD performance & peer benchmark |
| Navid Mahmoodzadegan | 07/16/10 | 2.0 | Discussion w/public bondholders regarding recent updates |
| John Momtazee | 07/16/10 | 2.0 | Discussion w/public bondholders regarding recent updates |
| Ashish Ajmera | 07/16/10 | 2.0 | Discussion w/public bondholders regarding recent updates |
| Evan Glucoft | 07/16/10 | 2.0 | Discussion w/public bondholders regarding recent updates |
| Navid Mahmoodzadegan | 07/16/10 | 1.5 | Discussion materials re: Classified Ventures |
| John Momtazee | 07/16/10 | 1.5 | Discussion materials re: Classified Ventures |
| Ashish Ajmera | 07/16/10 | 1.5 | Discussion materials re: Classified Ventures |
| Evan Glucoft | 07/16/10 | 1.5 | Discussion materials re: Classified Ventures |
| Ashish Ajmera | 07/19/10 | 1.5 | Weekly Media Update |
| Evan Glucoft | 07/19/10 | 2.0 | Weekly Media Update |
| Janet Jin | 07/19/10 | 3.0 | Weekly Media Update |
| Zul Jamal | 07/20/10 | 1.0 | Professionals call |
| Larry Kwon | 07/20/10 | 1.0 | Professionals call |
| Ashish Ajmera | 07/20/10 | 1.0 | Professionals call |
| Evan Glucoft | 07/20/10 | 1.0 | Professionals call |
| Janet Jin | 07/20/10 | 1.0 | Professionals call |
| Thane Carlston | 07/22/10 | 1.5 | UCC Committee meeting |
| Navid Mahmoodzadegan | 07/22/10 | 1.5 | UCC Committee meeting |
| John Momtazee | 07/22/10 | 1.5 | UCC Committee meeting |

**Tribune Co.**  MOELIS & COMPANY
Time Log - July 2010

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 29.0 |
| Navid Mahmoodzadegan | Managing Director | 26.5 |
| John Momtazee | Managing Director | 15.0 |
| Zul Jamal | Sr. Vice President | 35.0 |
| Larry Kwon | Vice President | 26.0 |
| Ashish Ajmera | Vice President | 42.5 |
| Evan Glucoft | Associate | 49.5 |
| Janet Jin | Analyst | 39.0 |
| **Total** | | **262.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Zul Jamal | 07/22/10 | 1.5 | UCC Committee meeting |
| Larry Kwon | 07/22/10 | 1.5 | UCC Committee meeting |
| Ashish Ajmera | 07/22/10 | 1.5 | UCC Committee meeting |
| Evan Glucoft | 07/22/10 | 1.5 | UCC Committee meeting |
| Janet Jin | 07/22/10 | 1.5 | UCC Committee meeting |
| Thane Carlston | 07/22/10 | 1.0 | MIP discussion with A&M |
| Zul Jamal | 07/22/10 | 1.0 | MIP discussion with A&M |
| Larry Kwon | 07/22/10 | 1.0 | MIP discussion with A&M |
| Evan Glucoft | 07/22/10 | 1.0 | MIP discussion with A&M |
| Ashish Ajmera | 07/26/10 | 1.5 | Weekly Media Update |
| Evan Glucoft | 07/26/10 | 2.0 | Weekly Media Update |
| Janet Jin | 07/26/10 | 3.0 | Weekly Media Update |
| Zul Jamal | 07/27/10 | 1.0 | Professionals call |
| Larry Kwon | 07/27/10 | 1.0 | Professionals call |
| Ashish Ajmera | 07/27/10 | 1.0 | Professionals call |
| Evan Glucoft | 07/27/10 | 1.0 | Professionals call |
| Janet Jin | 07/27/10 | 1.0 | Professionals call |
| Thane Carlston | 07/27/10 | 5.0 | Review of preliminary Examiner's report |
| Navid Mahmoodzadegan | 07/27/10 | 5.0 | Review of preliminary Examiner's report |
| Zul Jamal | 07/27/10 | 5.0 | Review of preliminary Examiner's report |
| Larry Kwon | 07/27/10 | 5.0 | Review of preliminary Examiner's report |
| Ashish Ajmera | 07/27/10 | 5.0 | Review of preliminary Examiner's report |
| Evan Glucoft | 07/27/10 | 5.0 | Review of preliminary Examiner's report |
| Janet Jin | 07/27/10 | 5.0 | Review of preliminary Examiner's report |
| Thane Carlston | 07/28/10 | 1.0 | Email correspondence with UCC regarding 7/29 meeting |
| Zul Jamal | 07/28/10 | 1.0 | Email correspondence with UCC regarding 7/29 meeting |
| Navid Mahmoodzadegan | 07/28/10 | 1.0 | Email correspondence with UCC regarding 7/29 meeting |
| Thane Carlston | 07/29/10 | 7.0 | UCC Committee meeting |
| Navid Mahmoodzadegan | 07/29/10 | 3.0 | UCC Committee meeting |
| John Momtazee | 07/29/10 | 3.0 | UCC Committee meeting |
| Zul Jamal | 07/29/10 | 7.0 | UCC Committee meeting |
| Larry Kwon | 07/29/10 | 5.0 | UCC Committee meeting |
| Ashish Ajmera | 07/29/10 | 5.0 | UCC Committee meeting |
| Evan Glucoft | 07/29/10 | 7.0 | UCC Committee meeting |
| Janet Jin | 07/29/10 | 5.0 | UCC Committee meeting |
| Thane Carlston | 07/30/10 | 7.0 | Review of Examiner's report |
| Navid Mahmoodzadegan | 07/30/10 | 5.0 | Review of Examiner's report |
| Zul Jamal | 07/30/10 | 7.0 | Review of Examiner's report |
| Larry Kwon | 07/30/10 | 5.0 | Review of Examiner's report |
| Ashish Ajmera | 07/30/10 | 5.0 | Review of Examiner's report |

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 29.0 |
| Navid Mahmoodzadegan | Managing Director | 26.5 |
| John Momtazee | Managing Director | 15.0 |
| Zul Jamal | Sr. Vice President | 35.0 |
| Larry Kwon | Vice President | 26.0 |
| Ashish Ajmera | Vice President | 42.5 |
| Evan Glucoft | Associate | 49.5 |
| Janet Jin | Analyst | 39.0 |
| **Total** |  | **262.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Evan Glucoft | 07/30/10 | 7.0 | Review of Examiner's report |
| Janet Jin | 07/30/10 | 5.0 | Review of Examiner's report |
| Thane Carlston | 07/31/10 | 3.0 | Recovery analysis regarding Examiner's report |
| Navid Mahmoodzadegan | 07/31/10 | 3.0 | Recovery analysis regarding Examiner's report |
| Zul Jamal | 07/31/10 | 3.0 | Recovery analysis regarding Examiner's report |
| Ashish Ajmera | 07/31/10 | 3.0 | Recovery analysis regarding Examiner's report |
| Evan Glucoft | 07/31/10 | 3.0 | Recovery analysis regarding Examiner's report |
| | **Total** | **262.5** | |