# EXHIBIT A

**TRIBUNE COMPANY, et al.**

**EXHIBIT A**

**SUMMARY SHEET**

| COMMITTEE MEMBER | TOTAL ALLOWED AMOUNT |
| --- | --- |
| William A. Niese | $1,414.86 |
| Warner Brothers | $1,961.15 |
| Washington-Baltimore Newspaper Guild | $74.50 |
| Washington-Baltimore Newspaper Guild (Counsel) | $394.00 |
| **TOTAL** | **$3,844.51** |

**SCHEDULE OF EXPENSES**

William A. Niese
6061 Lake Vista Drive
Bonsall, CA 92003

| Type of Expense | July 29, 2010 Creditors' Committee Meeting (New York) |
|---|---|
| | |
| Airfare | $663.80 |
| Hotel | 603.72 |
| Meals: Dinner | 43.00 |
| Cab Fare * | 62.34 |
| Parking | 42.00 |
| | |
| Total: | $1,414.86 |

* Represents round-trip fare from LaGuardia Airport to the Warwick Hotel in Manhattan. The initial receipt was lost, so the amount for the return trip (indicated on the attached receipt) was doubled in order to calculate the total cost.

**TOTAL ALLOWED AMOUNT: $1,414.86**

William A. Niese
6061 Lake Vista Drive
Bonsall, CA 92003
760 758-7101
niesesr@cox.net

Expense Report for William A. Niese
Meeting of Tribune Unsecured Creditors Committee
July 29, 2010

| | |
|---|---|
| Southwest Airlines<br>Round Trip from San Diego to La Guardia | $663.80 |
| Warwick Hotel<br>July 28 and July 29, 2010 | 603.72 |
| Cab fare from LaGuardia Airport to Warwick Hotel and return (I only have receipt for trip from Warwick to Airport on 7/31/10 for $31.17) | 62.34 |
| Airport Parking for 7/28, 29, 30 | 42.00 |
| Dinner 7/20, Food only | 43.00 |
| **Total** | **$1414.86** |

William A. Niese

William A. Niese

**Bill Niese**

**From:** "Southwest Airlines" <SouthwestAirlines@luv.southwest.com>
**To:** <NIESESR@COX.NET>
**Sent:** Friday, July 16, 2010 1:51 PM
**Subject:** Ticketless Confirmation - NIESE/WILLIAM A - DR7XKQ

x Southwest Airlines

**NIESE/WILLIAM A**

**Confirmation Date:** 07/16/10

**Confirmation Number:** DR7XKQ

x Purchase EarlyBird

x Passenger Information

| Passenger(s) | Account Number | Ticket # | Expiration[1] |
|---|---|---|---|
| NIESE/WILLIAM A | - None Entered - | 5262113181705 | 07/16/11 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

x We Rent Cars

x Itinerary

**Depart:** SAN DIEGO CA to NEW YORK LAGUARDIA *( Travel Time: 7 hrs 40 mins )*

| Date | Flight | Flight Information |
|---|---|---|
| Mon Jul 26 | 0649 | Depart SAN DIEGO CA (SAN) at 6:55 AM<br>Arrive in CHICAGO MIDWAY (MDW) at 1:00 PM |
| | 3135 | Change planes in CHICAGO MIDWAY (MDW) departing at 2:25 PM<br>Arrive in NEW YORK LAGUARDIA (LGA) at 5:35 PM |

x Search Hotels

**Return:** NEW YORK LAGUARDIA to SAN DIEGO CA *( Travel Time: 9 hrs 45 mins )*

| Date | Flight | Flight Information |
|---|---|---|
| Fri Jul 30 | 1278 | Depart NEW YORK LAGUARDIA (LGA) at 10:30 AM<br>Arrive in CHICAGO MIDWAY (MDW) at 12:10 PM |
| | 0873 | Change planes in CHICAGO MIDWAY (MDW) departing at 2:55 PM<br>Arrive in SAN DIEGO CA (SAN) at 5:15 PM |

x Get tips from fellow Southwest travelers

x Cost and Payment Summary

| | |
|---|---|
| Base Fare | $577.67 |
| + Excise Taxes | $43.33 |
| **Advertised Fare** | $621.00 |
| + Segment Fee | $14.80 |
| + Passenger Facility Charge | $18.00 |
| + Security Fee[2] | $10.00 |
| **Total Payment** | **$663.80** |

x Sign Up 'n Save with Click 'n Save

*Current payment(s)*
07/16/10 Visa XXXXXXXXXXXX7928 $663.80

[2] Security Fee is the government-imposed September 11th Security Fee.



WARWICK
NEW YORK HOTEL

Mr. William Niese
6061 Lake Vista Dr
Bonsall CA 92003
United States

INFORMATION INVOICE

| | |
|---|---|
| Arrival | 07-26-10 |
| Departure | 07-30-10 |
| Room No. | 1714 |
| Folio No. | |
| Cashier | 26 |
| Page No. | 1 of 1 |
| Invoice No. | |
| Booking No. | |

| Date | Description | Debit | Credit |
|---|---|---|---|
| 07-28-10 | Room Charge | 260.00 | |
| 07-28-10 | Tax-Room Sales 8.875% | 23.08 | |
| 07-28-10 | Tax-City Occupancy 5.875% | 15.28 | |
| 07-28-10 | Tax-City Tax $2/Room | 2.00 | |
| 07-28-10 | Tax-State Occupancy $1.50 | 1.50 | |
| 07-29-10 | Room Charge | 260.00 | |
| 07-29-10 | Tax-Room Sales 8.875% | 23.08 | |
| 07-29-10 | Tax-City Occupancy 5.875% | 15.28 | |
| 07-29-10 | Tax-City Tax $2/Room | 2.00 | |
| 07-29-10 | Tax-State Occupancy $1.50 | 1.50 | |
| | Balance | | 603.72 |

Guest Signature

I agree that my liabity for this bill is not waived and agree to be held personally liable in the event that the indicated person, association, or company fails to pay for any part or the full amount of these charges. Please leave your room key at the front desk upon departure. Thank You.

RANDOLPHS BAR & LOUNGE
AT THE WARWICK HOTEL
AVENUE OF THE AMERICAS & 54TH ST

310 Felipe

TBL 109/1 CHK 854 GST 2
JUL29'10 7:40PM

| | |
|---|---|
| 1 Lamb Chops | 28.00 |
| 1 Tanqueray | 12.00 |
| 1 Merlot StFrancis | 16.00 |
| 1 Apple Crumb | 10.00 |
| 1 Coffee | 5.00 |
| FOOD | 43.00 |
| BEVERAGE | 28.00 |
| TAX | 6.30 |
| TOTAL DUE | 77.30 |

TIP______________________
<15% GRATUITY NOT INCLUDED>

TOTAL $______________________

ROOM #______________________

X______________________
SIGNATURE

X______________________
PLEASE PRINT NAME

I ♡ NEW YORK

| | |
|---|---|
| MED # | 5K79 |
| DATE: | 07/30/2010 |
| START TIME | 08:18 |
| END TIME | 08:40 |
| TRIP # | 9760 |
| RATE No. | 1 |
| STAND. CITY RATE | |
| MILES R1 | 11.11 |
| FARE1 $ | 26.10 |
| RFK.Br. | 4.57 |
| MTA SCG | 0.50 |
| GR.TOT. | 31.17 |

Contact TLC Dial
3-1-1

AMPCO PARKING SAN DIEGO
2548 KETTNER BLVD
SAN DIEGO, CA 92101
LOGO LINE 4
LOGO LINE 5
LOGO LINE 6 7/28,29,30
LOGO LINE 7

LANE: 33 CLERK: 0021

DATE: 07/30/10 TIME: 05:34 PM
ACCT #: X XXXXXXXXXX7928
STORE ID: AMPD359408

CARD TYPE: VI
TRANS TYPE CREDIT PURCHASE
REF NUMBER 5945 AUTH #: 03557C

TOTAL: $ 42.00

LICENSE/PHONE______________

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

SIGNATURE______________________

THANK YOU FOR PARKING WITH US.

Wayne Smith
Warner Brothers
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA 91522

| Type of Expense | July 29, 2010 Creditors' Committee Meeting (New York) |
|---|---|
| | |
| Airfare | $1,342.19 |
| Hotel | 384.58 |
| Transportation | 190.74 |
| Parking | 27.64 |
| Tips | 16.00 |
| | |
| Total: | $1,961.15 |

**TOTAL ALLOWED AMOUNT: $1,961.15**

**Aguilar, Yolanda**

**From:** wbeinvoices@bcdtravel.com
**Sent:** Friday, July 16, 2010 3:08 PM
**To:** Smith, Wayne
**Cc:** Aguilar, Yolanda
**Subject:** TRAVEL INVOICE FOR SMITH/WAYNE M TRAVEL DATE 28Jul

PLEASE DO NOT RESPOND TO THIS MESSAGE VIA EMAIL. THIS IS AN AUTO-GENERATED MESSAGE AND CAN NOT PROCESS YOUR REPLY.

Thank you for using BCD Travel for your travel needs.

Email generated on July 16, 2010/10:08 PM UTC

**Invoice**

**Total Invoice Amount: $2,622.90 USD**
Electronic Ticket Number: 0167905926064
Invoice Number: 0291107
Ticket Amount: $2,622.90 USD
Form of Payment: AX************1001

This ticket information applies to the following trip(s):

United Airlines Flight 890 from Los Angeles to New York on July 28
United Airlines Flight 25 from New York to Los Angeles on July 29

Email generated on July 16, 2010/10:08 PM UTC

**Aguilar, Yolanda**

**From:** Krug, Cheryl (US) [Cheryl.Krug@bcdtravel.com]
**Sent:** Tuesday, August 03, 2010 3:34 PM
**To:** Aguilar, Yolanda
**Subject:** RE: Price

Hi Yolanda,

The coach air fare on United Airlines from LAX-JFK-LAX $1342.19.

***Cheryl Ann Krug***
***Sr. Travel Consultant, Corp. VIP***
***@ Warner Bros.***
***BCD Travel***
***818-977-0309 - phone***
***818-977-6548 - fax***
***Cheryl.krug@bcdtravel.com***

**WB Employees: Visit Travel Connection on eTAZ**

---

**From:** Aguilar, Yolanda [mailto:Yolanda.Aguilar@warnerbros.com]
**Sent:** Tuesday, August 03, 2010 12:22 PM
**To:** Krug, Cheryl (US)
**Subject:** Price

Hi Cheryl, could you please give me the coach fare for at trip from LAX to NYC and back. I forgot to get this from you when we booked Wayne's trip last month. Thanks YO

This message and any attachment(s) are intended only for the use of the person or entity to which it is addressed and may contain confidential and/or proprietary information. Any review, retransmission, dissemination, or other use of, or taking of any action in reliance upon, this message and any attachment(s) by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and delete this message, including any attachments. Sender accepts no liability for any damages caused by any virus transmitted by this e-mail.

UNITED FIRST
SMITH/WAYNEM
PREMIER
BOARDING PASS
UA 00203924305
UA 29 JUL 29
FROM NYC/KENNEDY
TO LOS ANGELES
GATE 7
BOARDS AT 7:58 PM
SEAT 1B
CONFIRMATION NBR NJJLV9
016 7905926064 CPN 2
SMITH/WAYNEM
PREMIER
UA 00203924305
UA 29 JUL 29
FROM NYC/KENNEDY
TO LOS ANGELES
GATE 7
DEPARTS AT 8:28 PM
GIVE FEEDBACK - WWW.UALSURVEY.COM
SEAT 1B
F-CABIN
ETKT
016 7905926064 CPN 2
UNITED FIRST
SMITH/WAYNEM
PREMIER
BOARDING PASS
UA 00203923305
UA 890 JUL 28
FROM LOS ANGELES
TO NYC/KENNEDY
BOARDS AT 1:25 PM
SEAT 3C
CONFIRMATION NBR NJJLV9
016 7905926064 CPN 1
DEPARTS AT 1:55 PM
SEAT 3C
F-CABIN
ETKT
016 7905926064 CPN 1
STAPLE HERE
INSERT
Do not expose to excessive heat or direct sunlight.



08/03/2010 12:10 FAX 818 954 5434 WBEI CORPORATE LEGAL 006

THE
# NEW YORK PALACE

455 Madison Avenue
New York, NY 10022
United States

Tel +1 212 888 7000
Fax +1 212 303 6000
www.newyorkpalace.com

ROOM NO.: 2811

Wayne M Smith

FOLIO NO.: 3868
ARRIVE: 07-28-10
DEPART: 07-29-10
RATE: 332.1

Company Name:
Group Name: Trust Interface Booking

| DATE | CODE | DESCRIPTION | CHARGES | PAYMENTS |
|---|---|---|---|---|
| 07-28-10 | | Accommodation | 332.10 | |
| 07-28-10 | | Sales Tax - 8.875% | 29.47 | |
| 07-28-10 | | City Tax - 5.875% | 19.51 | |
| 07-28-10 | | Occupancy Tax | 2.00 | |
| 07-28-10 | | Javits Fee | 1.50 | |
| 07-29-10 | | American Express XXXXXXXXXXX1001 XX/XX | | 459.71 |
| ~~07-29-10~~ | | ~~Istana - Food~~ Room# 2811 : CHECK# 0011112 | ~~75.13~~ | |
| | | Subtotals | 459.71 | 459.71 |
| | | BALANCE DUE | 0.00 | |

One of the Dorchester Collection

The Dorchester, London | The Beverly Hills Hotel, Beverly Hills | Le Meurice, Paris | Hôtel Plaza Athénée, Paris
Hotel Principe di Savoia, Milan | The New York Palace Hotel, New York | Hotel Bel-Air, Los Angeles
Coworth Park, Ascot (2010) | 45 Park Lane, London (2010)
www.dorchestercollection.com



theParkingSpot
Welcome!
Phone: (800) 745-2276
LAX/Century - Look for
BLUE Century signs
1/0777
12:57
6052/170040000/088248
07/28/10 CE-EN2
Covered
N 25.13T 2.51
$ 27.64 B1FC AMEX
07/29/10 23:52

The Parking Spot
5701 West Century Blvd.
310-642-0947
Los Angeles, CA 90045

Booth 1 Fe 07/29/10 23:52
Cashier 18
Receipt 034178

Standard Ticket
CVD - No. 088248
07/28/10 12:57 -
07/29/10 23:52 -
Period 1d10h56'

| | |
|---|---|
| (Tax) | $35.90 |
| E0492 | $(10.77) |
| Sub Total | $25.13 |
| Tax 10% | $2.51 |
| Total | $27.64 |

Payment Received
E0492 6220270492302731195
AMEX $27.64
XXXXXXXXXXX1001
Thank you for parking at
The Parking Spot
Reserve your next spot on
www.theparkingspot.com

Reserve your next spot at
www.theParkingSpot.com

Reservation Receipt (Res#834035)

BLS Limousine Service
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS
4000 WARNER BLVD
BLDG 156 ROOM 5158
BURBANK, CA 91522

Ride Receipt

Account# : 194014
Invoice# :
Inv Date :

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 7/29/2010 | Res#: 834035 PU: 30 ROCKEFELLER PLAZA NEW YORK NY 10112<br>Drop: JFK 29 UA<br>Pickup: 18:00 Passenger: SMITH WAYNE M | | | |
| | Flat: | TC | $88.00 | |
| | Req By: CHERYL ANN KRUG, | Gratuity: | $0.00 | |
| Extra Services | | CELL PHONE 818-424-1658: | $0.00 | |
| | | Tax: | $7.37 | |
| | | Discount: | | |
| | | Deposit: | | |
| | | Ride Total: | $95.37 | |
| | Paid By Credit Card xxxxxxxxxxx1001 | Trip Amount Due: | $0.00 | |

© 1992-2010 Ground Travel Technology Team, Inc.
(GT3) All Rights Reserved.

Reservation Receipt (Res#834034)

BLS Limousine Service
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS
4000 WARNER BLVD
BLDG 156 ROOM 5158
BURBANK, CA 91522

Ride Receipt

Account# : 194014
Invoice# :
Inv Date :

| Date | Description | Charges | Credits |
|---|---|---|---|
| 7/28/2010 | **Res#:** 834034 **PU:** JFK 890 UA **Drop:** 455 MADISON AVE AT 50TH STREET NEW YORK NY 10022-2 | | |
| | **Pickup:** 22:28 **Passenger:** SMITH WAYNE M | | |
| | Flat: TC | $88.00 | |
| | Req By: CHERYL ANN KRUG, Gratuity: | $0.00 | |
| | Tax: | $7.37 | |
| | Discount: | | |
| | Deposit: | | |
| | Ride Total: | $95.37 | |
| | **Paid By Credit Card xxxxxxxxxxx1001** **Trip Amount Due:** | **$0.00** | |

© 1992-2010 Ground Travel Technology Team, Inc.
(GT3) All Rights Reserved.

| William Salganik<br>Washington-Baltimore Newspaper Guild<br>10386 Eclipse Way<br>Columbia, MD 21044 | |
|---|---|
| | |
| **Type of Expense** | **July 29, 1010<br>Creditors' Committee Meeting<br>(New York)** |
| | |
| Train Fare | $29.50 |
| Cab Fare | 45.00 |
| | |
| Total: | $74.50 |

**TOTAL ALLOWED AMOUNT: $74.50**

NJ TRANSIT
The Way To Go.

RECEIPT

07/29/2010 09:15

NJ TRANSIT Rail
02 ADULT ONE WAY
PR JCT NYP NYP
FARE : $14.75

TOTAL : $29.50

PAYMENT : Credit - VI
AMOUNT : $29.50
MERCHANT : 04050610005
TRANS. ID : 028-0006706208
ACCT NO : XXXXXXXXXXXX4604
NAME : SALGANIK/MARC
AUTH NO : 06529D

SALGANIK/MARC (Signature)

5061 PR JCT

ACE TAXI
(609) 635-7577

DATE: 07-29-10
RECEIPT FOR $ 20.00
DESTINATION: Princeton [illegible]

THANK YOU
PLEASE CALL AGAIN

BEST LIMOSINE SERVICE
14 Drewes Ct
Lawrenceville, NJ
Cellular: (609) 577-2293

DATE: July/29/10 CHARGE: $25
PASSENGER:
FROM:
TO:
DRIVER: [signature]

Washington-Baltimore Newspaper Guild (Counsel)
Robert E. Paul, Esq.
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut avenue, N.W.
Suite 712
Washington, DC 20036

| Type of Expense | July 29, 2010 Creditors' Committee Meeting (New York) |
|---|---|
| | |
| Train Fare | $360.00 |
| Parking | 19.00 |
| Cab Fare | 15.00 |
| | |
| Total: | $394.00 |

**TOTAL ALLOWED AMOUNT: $394.00**

AMTRAK
Name of Passenger
AUL/ROBERT MR
7008311552
From
WASHINGTON,DC
NEW YORK PENN,NY
2V 2154 29JUL10
KD
EXPRSS BSNESS
AX135.00 3003
$135.00
$.00
$135.00
071800014331 01 04
6JUL10 PASSENGER RECEIPT B1F19

AMTRAK
Name of Passenger
UL/AR
7008311552
From
NEW YORK PENN,NY
WASHINGTON,DC
2V 2119 29JUL10
K
EXPRSS BSNESS
X225.00 3003
$225.00
$.00
$225.00
AE
04869076917 01 01
JUL10 108243
PASSENGER RECEIPT

Terminal #:18 Cashier#:50
7/29/2010 6:32 AM
7/29/2010 8:48 PM - 14:16
655615355 / #246953
DAILY : $ 19.00
TOTAL : $ 19.00
CRDT CRD : $ 19.00
***********3003 Swiped
AMERICAN EXPRESS
Purchase 10/07/29 20:48:31
Seq# 376168
Auth# 546049
APPROVED

THANK YOU FOR
PARKING WITH US
DRIVE CAREFULLY

USPG
UNION STATION GARAGE
202-898-1950

AVALON CORPORATE CAR

800-644-1654
718-438-3666

*A Member of the Executive Transportation Group*

CAR NO.

ACCT. NO.

PICK-UP TIME AM PM: 5:00 / ✓ DATE 7/29/10

VOUCHER NO. 57618

| Field | Entry |
|---|---|
| COMPANY NAME | |
| PASS NAME | Robert Paul |
| VIP / EMPL. NO. | |
| PICK-UP POINT | Rockefeller Center |
| ZONE | |
| W.T. | |
| STOP 1 | Penn Station |
| STOP 2 | |
| FINAL DEST. | |
| AUTH. BY → | |
| PASS SIGNAUTRE | |

TIME JOB

| P/U TIME | D/O TIME |
|---|---|
| | |

PLEASE INITIAL ALL CHARGES FROM SHADED AREA → INITIAL

DRIVER JOB NO.

TOTAL W.T. MINS.

REMARKS

FOR OFFICE USE ONLY

| Charge | Amount |
|---|---|
| FARE | 12.00 |
| STOPS | |
| W.T. | |
| MISC. | |
| TOLL | |
| M&G/PARK | |
| GRAT. | 3.00 |
| TOTAL | 15.00 |

A SURCHARGE WILL BE ADDED TO THIS TOTAL WHEN BILLED TO YOUR ACCOUNT DUE TO NYS COMPENSATION FUND CHAPTER 49 AND SALES TAX

OFFICE COPY