**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------x
In re:                             :      Chapter 11 Cases
                                   :      Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,           :      (Jointly Administered)
                                   :      **Re: Docket No. 2407**
                      Debtors.     :      **Hearing: September 15, 2010 at 11:00 a.m. (ET)**
                                   :
-------------------------------------------x

**REINSTATED MOTION OF LAW DEBENTURE TRUST COMPANY OF
NEW YORK TO TERMINATE DEBTOR AFFILIATES' UNDISCLOSED
PAYMENT OF LBO LENDERS' FEES AND EXPENSES, FOR AN
ACCOUNTING, AND FOR DISGORGEMENT OF PAST PAYMENTS**

Law Debenture Trust Company of New York ("<u>Law Debenture</u>"), as successor indenture

trustee under that certain Indenture dated March 19, 1996 between Tribune Company (with its

debtor subsidiaries, "<u>Tribune</u>" or the "<u>Debtors</u>") (successor to The Times Mirror Company) and

Citibank, N.A., for the 6.61% Debentures due 2027 and the 7 1/4 % Debentures due 2096 (as

amended, the "<u>Indenture</u>"), respectfully submits this *Reinstated Motion to Terminate Debtor*

*Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, For an Accounting, and*

*For Disgorgement of Past Payments* (the "<u>Motion</u>"), as follows:

**BACKGROUND**

1.      On October 23, 2009, Law Debenture filed its *Motion to Terminate Debtor*

*Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, For an Accounting, and*

*For Disgorgement of Past Payments* [Dkt. No. 2407] (the "<u>Fee Motion</u>") with the United States

Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") seeking entry of an

order compelling and directing:  (i) the Debtors to cause any non-debtor affiliate or subsidiary to

terminate the undisclosed and unauthorized payments (the "<u>Unauthorized Fee Payments</u>") of

professional fees and expenses to the Debtors' leveraged buyout lenders (the "<u>LBO Lenders</u>");

(ii) the LBO Lenders to provide an accounting of all Unauthorized Fee Payments; and (iii) the LBO Lenders to disgorge the Unauthorized Fee Payments.

2.      On November 20, 2009, the following responses to the Fee Motion were filed:  (a) *JPMorgan Chase Bank, N.A.'s Objection to Motion of Law Debenture Trust Company of New York To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, For an Accounting, and For Disgorgement of Past Payments* [Dkt. No. 2597]; (b) *Credit Agreement Lenders' Statement and Joinder in JPMorgan Chase Bank, N.A.'s Objection to Motion of Law Debenture Trust Company of New York To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, For an Accounting, and For Disgorgement of Past Payments* [Dkt. No. 2602]; and (c) *Debtors' Response to Motion of Law Debenture Trust Company of New York To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, For an Accounting, and For Disgorgement of Past Payments* [Dkt. No. 2603].[1]

3.      On November 24, 2009, Law Debenture filed its *Reply in Support of its Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments* [Dkt. No. 2631].

4.      Additionally, on November 24, 2009, Deutsche Bank Trust Company of Americas, indenture trustee under the 1992 Indenture, the 1996 Indenture and the 1997 Indenture, filed the *Joinder and Response in the Relief Sought By Law Debenture Trust Company of New York in its Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments*

---

[1]      On November 20, 2009, the Official Committee of Unsecured Creditors (the "Committee") filed its *Response to the Motion of Law Debenture Trust Company of New York To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, For an Accounting, and For Disgorgement of Past Payments* [Dkt. No. 2596].  The Committee took no position with respect to the substantive issues raised in the Fee Motion.

[Dkt. No. 2620] (the "DB Joinder"), and Centerbridge Credit Advisors LLC ("Centerbridge")

filed the *Joinder of Centerbridge Credit Advisors LLC to Law Debenture Trust Company of New*

*York's (I) Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees*

*and Expenses, for an Accounting, and for Disgorgement of Past Payments, and (II) Response to*

*the Debtors' Motion to Extend Their Exclusivity Periods* [Dkt. No. 2630] (the "CB Joinder").

5.        On March 2, 2010, Law Debenture, the Debtors, JPMorgan Chase Bank, N.A.

("JPMorgan"), the Committee and other interested parties filed the (i) *Stipulated Facts in*

*Connection with March 26, 2010 Hearing on Law Debenture Trust Company of New York's*

*Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and*

*Expenses, for an Accounting, and for Disgorgement of Past Payments* [Dkt. No. 3657]; and (ii)

*Joint Exhibit List in Connection with March 26, 2010 Hearing on Law Debenture Trust*

*Company of New York's Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO*

*Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments* [Dkt.

No. 3660].

6.        Additionally, on March 2, 2010, Law Debenture filed its *Supplemental Brief in*

*Further Support of its Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO*

*Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments* [Dkt.

No. 3669], the Debtors filed its *Memorandum in Opposition to the Motion By Law Debenture To*

*Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an*

*Accounting, and for Disgorgement of Past Payments* [Dkt No. 3665], and JPMorgan filed its

*Brief on Reimbursement of the Senior Lenders' Fees and Expenses* [Dkt. No. 3668].

7.        On March 15, 2010, Law Debenture filed its *Brief (A) In Response to Debtors'*

*and JPMorgan's Supplemental Briefs and (B) In Further Support of its Motion To Terminate*

*Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting,*

*and for Disgorgement of Past Payments* [Dkt. No. 3732], the Debtors filed its *Memorandum in Response to Law Debenture Trust Company of New York's Supplemental Brief in Further Support of its Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments* [Dkt No. 3731], and JPMorgan filed its *Reply Brief on Reimbursement of the Senior Lenders' Fees and Expenses* [Dkt. No. 3733].

8.      On March 26, 2010, a hearing on the Fee Motion was held before the Bankruptcy Court [Dkt. No. 3866].[2]  The Court took the matter under advisement.

9.      On April 8, 2010, JPMorgan Chase Bank, N.A., Law Debenture, Centerbridge, and Angelo Gordon & Co., L.P. ("Angelo Gordon") executed the Settlement Support Agreement (the "Settlement Support Agreement") concerning a plan of reorganization.

10.     The Settlement Support Agreement provided for, among other things, the filing of that certain *Stipulation of JPMorgan Chase Bank, N.A., Law Debenture Trust Company of New York, and Centerbridge Credit Advisors LLC Withdrawing Without Prejudice Law Debenture Trust Company of New York's Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments* (the "Stipulation").

11.     On April 9, 2010, JPMorgan filed the *Certification of Counsel Regarding Stipulation of JPMorgan Chase Bank, N.A., Law Debenture Trust Company of New York, and Centerbridge Credit Advisors LLC Withdrawing Without Prejudice Law Debenture Trust Company of New York's Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments* [Dkt. No. 3995], which attached a copy of the Stipulation thereto.

---

[2]      A copy of the March 26, 2010 hearing transcript is attached hereto as Exhibit A.

12.     On April 14, 2010, JPMorgan filed the *Certification of Counsel Regarding Withdrawal, Without Prejudice, of (A) Law Debenture Trust Company of New York's Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments , and (B) Centerbridge Credit Advisors LLC Related Joinder* [Dkt. No. 4045], which attached an order.

13.     Pursuant to the Settlement Support Agreement and the Stipulation, Law Debenture agreed to withdraw its Fee Motion without prejudice, and Centerbridge agreed to withdraw its Joinder to the Fee Motion without prejudice.

14.     The Stipulation further provided that upon termination of the Settlement Support Agreement, "Law Debenture may file a new motion seeking the same relief, in whole or in part, as that sought in the Fee Motion upon no less than 5 business days' notice" and that:

> The parties agree that no additional briefing other than the filing of the new motion will be permitted, that the new motion will rely exclusively on the factual record and legal arguments set forth in the prior record and prior pleadings submitted in connection with the Fee Motion and will not advance any new arguments, and that the record presented to the Bankruptcy Court in connection with the Fee Motion will be restored and the Bankruptcy Court will be asked to rule on the new motion solely on the prior record and prior pleadings associated with the Fee Motion.

15.     On April 15, 2010, the Court entered its *Order Approving Withdrawal, Without Prejudice, of (A) Law Debenture Trust Company of New York's Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, For an Accounting, and For Disgorgement of Past Payments, and (B) Centerbridge Credit Advisors LLC's Related Joinder* [Dkt. No. 4057] (the "Withdrawal Order").

16.     On August 9, 2010, pursuant to section 8.6 of the Settlement Support Agreement, JPMorgan sent an email withdrawing from the Settlement Support Agreement citing circumstances referenced in sections 8.2.4 and/or 8.2.6 of the Settlement Support Agreement. Angelo Gordon also withdrew from the Settlement Support Agreement on August 9, 2010.

17.     The Settlement Support Agreement is now null and void.

## RELIEF REQUESTED

18.      Law Debenture hereby reinstates its Fee Motion and respectfully requests entry

of an order, pursuant to sections 105(a) and 363 of the Bankruptcy Code, compelling and

directing:  (i) termination of the Unauthorized Fee Payments; (ii) an accounting of Unauthorized

Fee Payments; and (iii) disgorgement of the Unauthorized Fee Payments.

## ARGUMENT

19.     Pursuant to paragraphs 5 and 6 of the Stipulation, Law Debenture hereby

incorporates its prior briefing on the Fee Motion, including but not limited to the Fee Motion, the

*Reply of Law Debenture Trust Company of New York in Support of its Motion To Terminate*

*Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, For an*

*Accounting, and For Disgorgement of Past Payments*, dated November 24, 2009 [Dkt. No.

2631], *Law Debenture Trust Company of New York's Supplemental Brief in Further Support of*

*its Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and*

*Expenses, For an Accounting, and For Disgorgement of Past Payments*, dated March 2, 2010

[Dkt. No. 3669], and *Law Debenture Trust Company of New York's Brief (A) In Response to*

*Debtors' and JPMorgan's Supplemental Briefs and (B) In Further Support of its Motion To*

*Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, For an*

*Accounting, and For Disgorgement of Past Payments*, dated March 15, 2010 [Dkt. No. 3732].

## NOTICE

20.     Notice of this Motion has been given to: (a) counsel to the Debtors, (b) the Office

of the United States Trustee, (c) counsel to the Creditors Committee, (d) counsel to the LBO

Lenders, and (d) all parties requesting notice pursuant to Bankruptcy Rule 2002.  In light of the

nature of the relief requested herein, Law Debenture submits that no further or other notice is

required.  Pursuant to paragraph 5 of the Stipulation, Law Debenture submits that only five business days' notice is required.

## CONCLUSION

For the reasons set forth above, Law Debenture respectfully requests that the Court enter an order compelling and directing (i) termination of the payments to the LBO Lenders, (ii) an accounting of unauthorized payments made to the LBO Lenders, (iii) disgorgement of all unauthorized payments to the LBO Lenders, and (iv) granting such other and further relief as is necessary and proper.

Dated: August 25, 2010       Respectfully submitted,
   Wilmington, Delaware

            By: /s/ Garvan F. McDaniel
            **BIFFERATO GENTILOTTI LLC**
            Garvan F. McDaniel (No. 4167)
            800 N. King Street, Plaza Level
            Wilmington, Delaware 19801
            Tel:  (302) 429-1900
            Fax:  (302) 429-8600

               – and –

            David S. Rosner
            Andrew K. Glenn
            Sheron Korpus
            **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
            1633 Broadway
            New York, New York 10019
            Tel:  (212) 506-1700
            Fax:  (212) 506-1800

            *Co-Counsel for Law Debenture Trust Company*
             *of New York*