**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : | (Jointly Administered) |
| | : | **Re: Docket Nos. 2407, 2630, 3995, 4013, 4045, 4057** |
| Debtors. | : | **Hearing: September 15, 2010 at 11:00 a.m. (ET)** |
| | : | **Objection Deadline: N/A** |

------------------------------------------------x

**NOTICE OF REINSTATED MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK TO TERMINATE DEBTOR AFFILIATES' UNDISCLOSED PAYMENT OF LBO LENDERS' FEES AND EXPENSES, FOR AN ACCOUNTING, AND FOR <u>DISGORGEMENT OF PAST PAYMENTS</u>**

**PLEASE TAKE NOTICE** that on August 25, 2010, the Law Debenture Trust Company of New York ("Law Debenture") filed the *Reinstated Motion to Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, For an Accounting, and For Disgorgement of Past Payments* (the "Reinstated Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that pursuant that certain Stipulation of JPMorgan Chase Bank, N.A., Law Debenture Trust Company of New York, and Centerbridge Credit Advisors LLC Withdrawing Without Prejudice Law Debenture Trust Company of New York's Motion To Terminate Debtor Affiliates' Undisclosed Payment of LBO Lenders' Fees and Expenses, for an Accounting, and for Disgorgement of Past Payments (the "Stipulation"), the parties agreed that no additional briefing would be permitted, that the new motion would rely exclusively on the factual record and legal arguments set forth in the prior record and prior pleadings submitted in connection with the Fee Motion and would not advance any new arguments, and that the record presented to the Bankruptcy Court in connection with the Fee

Motion would be restored and the Bankruptcy Court would be asked to rule on the attached

Reinstated Motion solely on the prior record and prior pleadings associated with the Fee Motion.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Reinstated Motion will be

held on **September 15, 2010 at 11:00 a.m. (Eastern Time)**, before the Honorable Kevin J.

Carey, Chief Judge, United States Bankruptcy Court for the District of Delaware, 824 North

Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

Dated:  Wilmington, Delaware
       August 25, 2010

/s/ Garvan F. McDaniel
Garvan F. McDaniel (DE No. 4167)
Bifferato Gentilotti LLC
800 N. King St., Plaza Level
Wilmington, DE 19801
Telephone: (302) 429-1900
Facsimile:  (302) 429-8600

  – and –

David S. Rosner
Andrew K. Glenn
Sheron Korpus
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700

*Co-Counsel for Law Debenture Trust*
*Company of New York*