# EXHIBIT "A"

{698.001-W0009207.}

**EXHIBIT "A" – SUMMARY SHEET**

July 1, 2010 through and including July 31, 2010

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $650.00 | 39.40 | $25,610.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $575.00 | 20.60 | $11,845.00 |
| William E. Chipman, Jr. | Partner; Admitted DE 1999 | May, 1999 | $550.00 | .40 | $220.00 |
| Kerri K. Mumford | Partner; admitted DE 2002 | May, 2001 | $415.00 | 1.50 | $622.50 |
| Rebecca L. Butcher | Partner; admitted DE 1999, PA 2000 | May, 1999 | $415.00 | 32.80 | $13,612.00 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $395.00 | 41.40 | $16,353.00 |
| Kimberly A. Brown | Associate; admitted DE 2008 | May, 2008 | $265.00 | 46.40 | $12,296.00 |
| Jeffrey R. Drobish | Associate; admitted MO 2008, DE 2010 | May, 2008 | $255.00 | 3.50 | $892.50 |
| Frances A. Panchak | Paralegal | N/A | $210.00 | 41.30 | $8,673.00 |
| Cathy Adams | Paralegal | N/A | $190.00 | 9.60 | $1,824.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 3.70 | $462.50 |
| | | | Total | 240.60 | $92,410.50 |

Blended Rate: $384.08

{698.001-W0009207.}