# EXHIBIT "B"

Official Committee of Unsecured Creditors

August 25, 2010
Account No:   698-001
Statement No:    12190

Tribune Company, et al. bankruptcy

### Task Code Recapitulation

| | | Fees | Hours |
|---|---|---:|---:|
| B114 | Assumption/Rejection of Leases and Contracts | 79.50 | 0.30 |
| B120 | Business Operations | 390.00 | 0.60 |
| B122 | Case Administration | 3,676.50 | 18.80 |
| B124 | Claims Administration & Objections | 886.00 | 3.40 |
| B133 | LBO and Related Transactions | 23,370.50 | 56.20 |
| B134 | Hearings | 10,830.50 | 24.60 |
| B136 | LRC Retention & Fee Matters | 4,183.00 | 17.90 |
| B138 | Creditors' Committee Meetings/Communications | 15,962.50 | 31.20 |
| B144 | Non-LRC Retention & Fee Matters | 2,080.00 | 9.70 |
| B146 | Plan and Disclosure Statement (including Business Plan) | 29,991.50 | 76.80 |
| B150 | Relief from Stay/Adequate Protection Proceedings | 960.50 | 3.10 |
| **B100** | **Bankruptcy Task Codes** | **$92,410.50** | **240.60** |

{.-Tribune July invoice.}

**Landis Rath & Cobb LLP**
919 Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
(302) 467-4400
Federal Tax ID 04-3762200


Official Committee of Unsecured Creditors

August 25, 2010
Account No:   698-001
Statement No:    12190


Tribune Company, et al. bankruptcy


### Fees through 07/31/2010

| | | | | Hours | |
|---|---|---|---|---|---|
| 07/14/2010 KAB | B114 | A100 | review and summarize Court's order approving the assumption of certain programming agreements | 0.30 | 79.50 |
| | | | | ---- | ----- |
| | B114 | - Assum/Rej of Lease/Cont | | 0.30 | 79.50 |
| 07/22/2010 AGL | B120 | A100 | review and analyze weekly update from AlixPartners | 0.60 | 390.00 |
| | | | | ---- | ------ |
| | B120 | - Business Operations | | 0.60 | 390.00 |
| 07/01/2010 FAP | B122 | A100 | Review M. Roitman email re: update on revised confirmation schedule | 0.10 | 21.00 |
| JRD | B122 | A100 | Review updated docket. | 0.10 | 25.50 |
| 07/02/2010 FAP | B122 | A100 | Review Willette notice of appearance; update 2002 service list | 0.10 | 21.00 |
| FAP | B122 | A100 | Review order amending certain deadlines in discovery and solicitation orders and approving examiner motion to extend report deadline; update critical dates | 0.30 | 63.00 |
| 07/06/2010 FAP | B122 | A100 | Review notice of motion to amend caption; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of motion to approve settlement stipulation between Greenco and Media News Group; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Briefly review draft objection to Bridge Agent's motion to establish procedures for adjudicating debtors' objection to claims | 0.10 | 21.00 |
| FAP | B122 | A100 | Review updated docket | 0.10 | 21.00 |
| FAP | B122 | A100 | Update critical dates memo | 0.50 | 105.00 |
| FAP | B122 | A100 | Review Intralinks weekly court calendar and confirmation related deadlines | 0.10 | 21.00 |
| FAP | B122 | A100 | Review GBH Investments notice of appearance; update 2002 service list | 0.10 | 21.00 |
| JRD | B122 | A100 | Review and summarize Motion to Amend Caption | 0.10 | 25.50 |
| 07/07/2010 FAP | B122 | A100 | Review proposed joinder to debtors objection to Bates relief stay motion | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Jenner Block April fee application; update critical dates | 0.10 | 21.00 |

{.-Tribune July invoice.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  | | **Hours** | |
|---|---|---|---|---|---|---|
|  | FAP | B122 | A100 | Review notice of Alvarez Marsal seventeenth fee application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review debtors' opposition to Bridge Agent motion to establish procedures and cross motion for preliminary pre-trial scheduling order and motion to shorten same | 0.20 | 42.00 |
|  | FAP | B122 | A100 | Review J. DiTomo notice of withdrawal of appearance; update 2002 service list | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review M. Roitman email re: cancellation of 7/8 committee meeting; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review Moelis weekly report | 0.10 | 21.00 |
| 07/08/2010 | FAP | B122 | A100 | Review notice of Paul Hastings fifteenth monthly fee application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of hearing on debtors' cross motion for preliminary pre-trial scheduling order; confirm critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 21.00 |
| 07/09/2010 | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Update critical dates memo | 0.30 | 63.00 |
| 07/12/2010 | KAB | B122 | A100 | review J. Drobish's docket summaries from 6/25, 6/28, 6/29, 6/30, 7/1, 7/2, 7/6, 7/8, 7/9 | 0.70 | 185.50 |
|  | KAB | B122 | A100 | review critical dates memo | 0.20 | 53.00 |
|  | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
|  | KAB | B122 | A100 | brief discussion with J. Drobish re: docket updates | 0.10 | 26.50 |
| 07/13/2010 | CAA | B122 | A100 | Review docket | 0.20 | 38.00 |
| 07/14/2010 | CAA | B122 | A100 | Review Intralinks re: Weekly Status Update | 0.10 | 19.00 |
|  | CAA | B122 | A100 | Review Intralinks re: 7/15 Committee Meeting Agenda | 0.10 | 19.00 |
|  | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
|  | CAA | B122 | A100 | Review docket | 0.20 | 38.00 |
| 07/15/2010 | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
|  | CAA | B122 | A100 | Briefly review Intralinks AlixPartners weekly report (.1); briefly review Moelis weekly report (.2) | 0.30 | 57.00 |
|  | KAB | B122 | A100 | review WTC adversary docket | 0.10 | 26.50 |
| 07/16/2010 | CAA | B122 | A100 | Review docket | 0.10 | 19.00 |
|  | KAB | B122 | A100 | review docket | 0.20 | 53.00 |
| 07/19/2010 | FAP | B122 | A100 | Communicate with C. Adams re: case adminstration, docket review and critical dates memo/calendar | 0.20 | 42.00 |
|  | FAP | B122 | A100 | Review U.S. Dept. of Labor notice of appearance; update 2002 service list | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review Susolik withdrawal of appearance; update 2002 service list | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review updated docket | 0.10 | 21.00 |

{.-Tribune July invoice.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  | | **Hours** | |
|---|---|---|---|---|---|
| FAP | B122 | A100 | Review notice of Moelis' seventeenth fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Zuckerman tenth fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Daniel Edelman fifth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Jenner Block May fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Dow Lohnes fourth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Lazard Freres fifteenth fee application; update critical dates | 0.10 | 21.00 |
| KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| FAP | B122 | A100 | Review notice of Lazard Freres sixteenth fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Lazard Freres seventeenth fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Lazard Freres sixth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Chadbourne sixth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of LRC sixth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of AlixPartners sixth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Moelis sixth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Jenner Block  sixth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Paul Hastings sixth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of PWC sixth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Zuckerman third interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of PWC fifteenth monthly fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of PWC sixteenth monthly fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Mercer March fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Mercer April fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Mercer May fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Mercer sixth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Reed Smith May fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review notice of Reed Smith sixth interim fee application; update critical dates | 0.10 | 21.00 |
| FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 21.00 |
| FAP | B122 | A100 | Review fee examiner's report re: Members' ninth monthly application; update critical dates | 0.10 | 21.00 |

{.-Tribune July invoice.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| | FAP | B122 | A100 | Update critical dates memo | 0.40 | 84.00 |
| | KAB | B122 | A100 | review updated critical dates memo | 0.20 | 53.00 |
| | FAP | B122 | A100 | Briefly review order authorizing assumption of Carsey-Werner Distribution agreements | 0.10 | 21.00 |
| 07/20/2010 | FAP | B122 | A100 | Review notice of thirty-third omnibus objection to claims; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of thirty-fourth omnibus objection to claims; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of publication of CNLBC bar date | 0.10 | 21.00 |
| | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Review M. Roitman email re: committee's MIP counterproposal | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review draft minutes of 7/15 committee meeting | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review Chadbourne memo re: committee's position on Greenco/Media News settlement | 0.10 | 21.00 |
| 07/21/2010 | FAP | B122 | A100 | Review M. Roitman email re: 7/22 and 7/29 committee meetings; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review Hamdon Entertainment notice of appearance; update 2002 service list | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Seyfarth Shaw sixth monthly fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Seyfarth Shaw seventh monthly fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Seyfarth Shaw eighth monthly fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Seyfarth Shaw third quarterly fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review Chadbourne memo re: committee's position on Debtors' thirty-third and thirty-fourth omnibus objection to claims | 0.10 | 21.00 |
| | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| 07/22/2010 | KAB | B122 | A100 | Review docket | 0.10 | 26.50 |
| 07/23/2010 | FAP | B122 | A100 | Review notice of Dow Lohnes thirteenth fee application; update critical dates | 0.10 | 21.00 |
| | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| | KAB | B122 | A100 | review updated docket | 0.10 | 26.50 |
| 07/26/2010 | FAP | B122 | A100 | Review notice of Downey Smith application for compensation; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of filing supplement to 2010 MIP | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review motion to discharge examiner and certain ancillary relief; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of examiner motion to file under seal examiner report and certain documents; update critical dates | 0.10 | 21.00 |
| | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Monitor Intralinks for weekly court calendar (.1); update critical dates memo (.3) | 0.40 | 84.00 |
| | FAP | B122 | A100 | Review notice of Reed Smith seventeenth fee application; update critical dates | 0.10 | 21.00 |

Page: 5
Official Committee of Unsecured Creditors                          August 25, 2010
                                                             Account No:   698-001
                                                             Statement No:   12190

Tribune Company, et al. bankruptcy

|            |     |      |      |                                                                                      | Hours |        |
|------------|-----|------|------|--------------------------------------------------------------------------------------|-------|--------|
|            | KAB | B122 | A100 | review updated critical dates memo                                                   | 0.10  | 26.50  |
|            | KAB | B122 | A100 | review updated docket                                                                | 0.10  | 26.50  |
| 07/27/2010 | FAP | B122 | A100 | Briefly review Moelis weekly report                                                  | 0.10  | 21.00  |
|            | KAB | B122 | A100 | review docket                                                                        | 0.10  | 26.50  |
|            | FAP | B122 | A100 | Briefly review AlixPartners weekly report                                            | 0.10  | 21.00  |
| 07/28/2010 | FAP | B122 | A100 | Review notice of thirty-fifth omnibus objection to claims; update critical dates     | 0.10  | 21.00  |
|            | FAP | B122 | A100 | Briefly review June monthly operating report                                         | 0.10  | 21.00  |
|            | FAP | B122 | A100 | Review R. Stark email re: request to adjourn 7/29 committee meeting                   | 0.10  | 21.00  |
|            | FAP | B122 | A100 | Review H. Seife email re: R. Stark's request to adjourn 7/29 committee meeting (.1); review D. Adler email response (.1) | 0.20  | 42.00  |
|            | FAP | B122 | A100 | Review agenda for 7/29 committee meeting                                              | 0.10  | 21.00  |
|            | FAP | B122 | A100 | Review updated docket                                                                | 0.10  | 21.00  |
|            | FAP | B122 | A100 | Review revised agenda for 7/29 committee meeting                                      | 0.10  | 21.00  |
|            | FAP | B122 | A100 | Call with A. Griffiths, TX Governors office re: list of bondholders                   | 0.10  | 21.00  |
|            | FAP | B122 | A100 | Review Pennsylvania AG  notice of appearance; update 2002 service list                | 0.10  | 21.00  |
|            | FAP | B122 | A100 | Review K. Polk objection to disclosure statement and solicitation procedures          | 0.10  | 21.00  |
|            | KAB | B122 | A100 | review updated docket                                                                | 0.10  | 26.50  |
| 07/29/2010 | FAP | B122 | A100 | Review notice of Stuart Maue June fee application; update critical dates              | 0.10  | 21.00  |
|            | FAP | B122 | A100 | Assist MBM and AGL with 7/29 committee meeting preparation                            | 0.50  | 105.00 |
|            | FAP | B122 | A100 | Briefly review Pennsylvania AG objection to plan confirmation                         | 0.10  | 21.00  |
|            | FAP | B122 | A100 | Briefly review Michigan Treasury Dept. objection to plan confirmation                 | 0.10  | 21.00  |
|            | FAP | B122 | A100 | Review notice of Jones Day fourth interim fee application; update critical dates       | 0.10  | 21.00  |
|            | FAP | B122 | A100 | Review order approving motion to disclose examiner report; update critical dates      | 0.10  | 21.00  |
| 07/30/2010 | FAP | B122 | A100 | Briefly review debtors periodic 2015.3 report                                        | 0.10  | 21.00  |
|            | FAP | B122 | A100 | Review re-notice of hearing re: examiner motion to file report under seal; update critical dates | 0.10  | 21.00  |
|            | FAP | B122 | A100 | Review notice of rejected contracts/leases; update critical dates                    | 0.10  | 21.00  |
|            | FAP | B122 | A100 | Briefly review notice of restructuring transactions                                  | 0.10  | 21.00  |
|            | FAP | B122 | A100 | Briefly review notice of filing third senior lender fee payment summary              | 0.10  | 21.00  |
|            | FAP | B122 | A100 | Review DiRocco notice of removal from service list; update 2002 service list         | 0.10  | 21.00  |
|            | FAP | B122 | A100 | Review Cole notice of removal from service lists; update 2002 service list           | 0.10  | 21.00  |

{.-Tribune July invoice.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
|  | FAP | B122 | A100 | Email exchanges with D. Bava re: Intralinks weekly court calendar (.1); review same (.1) | 0.20 | 42.00 |
|  | FAP | B122 | A100 | Review order scheduling omnibus hearing dates (.1) update critical dates (.1) | 0.20 | 42.00 |
| 07/31/2010 | FAP | B122 | A100 | Review notice of Bridge Agent's motion to continue confirmation and MIP hearings; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of debtors' motion to amend scheduling order for plan confirmation; update critical dates | 0.10 | 21.00 |
|  |  |  |  | B122 - Case Administration | 16.80 | 3,676.50 |
| 07/01/2010 | JRD | B124 | A100 | Research re: allowance of post-petition fee claims (.9); corr. w/ A. Landis re: same (.2) | 1.10 | 280.50 |
| 07/06/2010 | JRD | B124 | A100 | Review and summarize the motion to approve settlement between GreenCo and MediaNews | 0.20 | 51.00 |
| 07/09/2010 | JRD | B124 | A100 | Review and summarize the Certification of Counsel re: settlement of Cisco Systems claim | 0.20 | 51.00 |
| 07/14/2010 | KAB | B124 | A100 | review and summarize (i) Court's order re: 32nd omnibus (.3) and (ii) Court's order re: Cisco claim and stipulation (.3) | 0.60 | 159.00 |
| 07/15/2010 | KAB | B124 | A100 | review and summarize Ms. Von Briesen's supplement to her claim | 0.10 | 26.50 |
| 07/16/2010 | KAB | B124 | A100 | review and summarize K. Millen's admin claim and response to debtors' conduct | 0.40 | 106.00 |
| 07/19/2010 | KAB | B124 | A100 | review and summarize Court's order disallowing and expunging Clawley's claim | 0.10 | 26.50 |
| 07/20/2010 | KAB | B124 | A100 | review and summarize Debtors (i) 33rd claims objection (.2) and (ii) 34th claims objection (.2) | 0.40 | 106.00 |
|  | KAB | B124 | A100 | review and summarize the Debtors' notice of publishing CNLBC bar date | 0.10 | 26.50 |
| 07/28/2010 | KAB | B124 | A100 | review and summarize Debtors 35th omni objection to claims | 0.20 | 53.00 |
|  |  |  |  | B124 - Claims Adm. & Objection | 3.40 | 886.00 |
| 07/23/2010 | RLB | B133 | A100 | Prepare for distribution of examiner's report. | 0.50 | 207.50 |
| 07/26/2010 | FAP | B133 | A100 | Review M. Roitman email re: status of examiner's motion to file report under seal and debtors motion to disclose report | 0.10 | 21.00 |

{.-Tribune July invoice.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
| | FAP | B133 | A100 | Briefly review debtors' motion to disclose examiner report and motion for expedited hearing (.2); communicate with R. Butcher re: same (.1) | 0.30 | 63.00 |
| | KAB | B133 | A100 | Review and summarize the Examiner's (i) motion to file his report under seal (.7) and (ii) motion to discharge Examiner and for related relief (.3) | 1.00 | 265.00 |
| | KAB | B133 | A100 | review and summarize Debtors' (i) motion to provide Examiner's report to parties pursuant to document depository order (.3) and (ii) related motion to shorten (.1) | 0.40 | 106.00 |
| | FAP | B133 | A100 | Email exchanges and call with M. McGuire re: telephonic appearances for Chadbourne regarding debtors' motion for expedited hearing on motion to disclose examiner report (.2); call with debtors' para re: same (.1); email exchanges with R. Butcher re: same (.1) | 0.40 | 84.00 |
| | FAP | B133 | A100 | Email exchanges with R. Butcher re: status of filing of examiner's report; monitor docket | 0.10 | 21.00 |
| | MBM | B133 | A100 | review of examiner report (1.2); emails with Landis, Rath and Butcher re: same (.3) | 1.50 | 592.50 |
| | RLB | B133 | A100 | E-mail with co-counsel at Chadbourne re: hearing on disclosure of expert report (.6) emails with Chadbourne re: distribution of report (.4) Begin review of redacted examiner's report (2.0) | 3.00 | 1,245.00 |
| 07/27/2010 | AGL | B133 | A100 | review and analyze examiner report | 3.20 | 2,080.00 |
| | KAB | B133 | A100 | review and summarize (i) Examiner's response to Debtors' motion to allow parties to review report (.3), (ii) Credit Agreement Lenders' statement in support of Debtors' motion re: same (.4) | 0.70 | 185.50 |
| | KAB | B133 | A100 | begin review of Examiner's report | 1.70 | 450.50 |
| | FAP | B133 | A100 | Briefly review examiners report (.9); review submission and notice thereof (.1); review Chadbourne's summary (.2); communications with MBM, RLB and KAB re: same (.3) | 1.50 | 315.00 |
| | FAP | B133 | A100 | Briefly review Credit Agreement Lenders statement re: motion to disclose examiner report | 0.10 | 21.00 |
| | FAP | B133 | A100 | Review notice of hearing re: motion to disclose examiner report; update critical dates (.1); email exchanges with MBM re: LRC telephonic appearances (.1); schedule appearances for Landis, McGuire, Seife, Deutsch, LeMay and Roitman (.3); follow-up email to MBM and Chadbourne group re: same (.1) | 0.60 | 126.00 |
| | FAP | B133 | A100 | Briefly review Merrill Lynch statement re: debtors motion to disclose examiner report | 0.10 | 21.00 |
| | FAP | B133 | A100 | Briefly review UST response to motion to disclose examiner report | 0.10 | 21.00 |

{.-Tribune July invoice.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| | DBR | B133 | A100 | begin review of examiners report and summaries re: same | 4.50 | 2,587.50 |
| | MBM | B133 | A100 | review examiner report (4.3); conference call with plan support group re: same (1.1) | 5.40 | 2,133.00 |
| | MBM | B133 | A100 | calls (.2) and emails (.1) with K. Stickles re: timing of hearing on unsealing of examiner report; email with Landis re: same (.1) | 0.40 | 158.00 |
| | RLB | B133 | A100 | Continued review of examiners redacted report. | 1.80 | 747.00 |
| 07/28/2010 | KAB | B133 | A100 | review and summarize Merrill Lynch's response to Debtors' motion to disclose examiner's report | 0.20 | 53.00 |
| | KAB | B133 | A100 | review and summarize UST's response to Debtors' motion to disclose Examiner's report | 0.20 | 53.00 |
| | MBM | B133 | A100 | review Debtors (.3) and examiner (.3) motions to unseal report | 0.60 | 237.00 |
| 07/29/2010 | FAP | B133 | A100 | Briefly review Chicago Tribune Joinder to examiner response re: motion to disclose examiner report | 0.10 | 21.00 |
| | KAB | B133 | A100 | review and summarize (i) Chicago Tribune's joinder to Examiner's motion to disclose (.2), (ii) Court's order granting Examiner's motion for limited disclosure of report (.2); discuss requirements of same with R. Butcher (.1) and F. Panchak (.1), email M. Minuti re: LRC's request for access and acknowledgment of Document Depository Order (.2) | 0.80 | 212.00 |
| | FAP | B133 | A100 | Multiple communications with KAB and RLB re: access to examiner report (.4); calls with M. Farnan re: same (.2); calls with Klee Touchin re: same (.2); email exchanges with M. Roitman (.2) re: same | 1.00 | 210.00 |
| | KAB | B133 | A100 | discussions with F. Panchak and R. Butcher re: access to examiner's report (.3), emails with M. Barash and M. Minuti re: same (.2) | 0.50 | 132.50 |
| | FAP | B133 | A100 | Access final examiner report and distribute to LRC group | 0.70 | 147.00 |
| | DBR | B133 | A100 | review supplemental expert disclosures by JPM(.3); review of summaries re: examiners report (2.2) | 2.50 | 1,437.50 |
| | RLB | B133 | A100 | E-mails with Examiner re: unredacted report access(.4) Begin review of unredacted report (1.4) | 1.80 | 747.00 |
| 07/30/2010 | FAP | B133 | A100 | Review multiple notices of service re: supplemental expert disclosures | 0.10 | 21.00 |
| | FAP | B133 | A100 | Begin compiling examiner final report, exhibits and transcripts | 1.60 | 336.00 |
| | MBM | B133 | A100 | review of unredacted examiner report | 3.20 | 1,264.00 |
| | AGL | B133 | A100 | review sealed examiner report and evidentiary background | 4.50 | 2,925.00 |
| | RLB | B133 | A100 | Continue review of unredacted examiner's report. | 2.40 | 996.00 |

{.-Tribune July invoice.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|            |     |      |      |                                                                                                                | Hours |           |
|------------|-----|------|------|----------------------------------------------------------------------------------------------------------------|-------|-----------|
| 07/31/2010 | FAP | B133 | A100 | Finalize compilation of examiner report, exhibits and interviewee transcripts                                  | 1.80  | 378.00    |
|            | MBM | B133 | A100 | continue review of unredacted examiner's report                                                                | 3.60  | 1,422.00  |
|            | RLB | B133 | A100 | Continue review of unredacted examiner's report.                                                               | 3.20  | 1,328.00  |
|            |     |      |      | B133-LBO & Related Trans                                                                                        | 56.20 | 23,370.50 |
| 07/01/2010 | FAP | B134 | A100 | Email exchanges with AGL re: status of continued 7/1 hearing                                                   | 0.10  | 21.00     |
|            | FAP | B134 | A100 | Coordinate order for 7/1 hearing transcript (.1); follow-up emails with transcriber (.1)                        | 0.20  | 42.00     |
|            | AGL | B134 | A100 | prepare for (.7) and attend 2 sessions (.7) of omni hearing re: agenda items scheduled                          | 1.40  | 910.00    |
| 07/02/2010 | FAP | B134 | A100 | Briefly review 7/1 hearing transcript (.1); email to M. Roitman re: same (.1)                                   | 0.20  | 42.00     |
|            | JRD | B134 | A100 | Review and summarize the Notice of Adjourned/Rescheduled Hearing Filed by Wilmington Trust Company              | 0.10  | 25.50     |
| 07/12/2010 | CAA | B134 | A100 | Review 7/14 Agenda                                                                                              | 0.10  | 19.00     |
|            | CAA | B134 | A100 | Arrange 7/14 telephonic appearance for co-counsel                                                               | 0.10  | 19.00     |
|            | CAA | B134 | A100 | Assist MBM re: 7/14 hearing preparation                                                                         | 0.50  | 95.00     |
|            | CAA | B134 | A100 | Email to Co-Counsel forwarding 7/14 Telephonic Appearance Confirmations                                         | 0.10  | 19.00     |
|            | MBM | B134 | A100 | review 7/14 hearing agenda (.2); work with Adams to prepare for hearing (.3)                                    | 0.50  | 197.50    |
| 07/13/2010 | CAA | B134 | A100 | Review Amended 7/14 Agenda (.1); Update attorney hearing binder (.3)                                            | 0.40  | 76.00     |
|            | AGL | B134 | A100 | review pleadings in preparation for 7/14 hearing (1.6); emails to and from plan settlement group re: pre-hearing meetings (.2) | 1.80  | 1,170.00  |
|            | MBM | B134 | A100 | review of amended agenda                                                                                       | 0.30  | 118.50    |
|            | DBR | B134 | A100 | communications with Chadbourne re: 7/14 hearing                                                                 | 1.10  | 632.50    |
|            | RLB | B134 | A100 | E-mail from counsel at Chadbourne re: hearing arrangements.                                                     | 0.20  | 83.00     |
| 07/14/2010 | KAB | B134 | A100 | discussion with M. McGuire re: hearing preparation (.1), assist in the preparations for the 7/14 hearing (1.3)  | 1.40  | 371.00    |
|            | CAA | B134 | A100 | Phone call to Diaz Data Services re: 7/14 Hearing Transcript                                                    | 0.10  | 19.00     |
|            | AGL | B134 | A100 | pre-hearing strategy meeting with plan supporters (1.4); attend hearing re: confirmation issues (1.4); post-hearing strategy meeting with committee professionals (.8) | 3.60  | 2,340.00  |
|            | MBM | B134 | A100 | work with Landis and co-counsel to prepare for hearing                                                          | 1.10  | 434.50    |

{.-Tribune July invoice.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|   |   |   |   |   | Hours |   |
|---|---|---|---|---|---|---|
| 07/16/2010 | CAA | B134 | A100 | Review docket re: Emergency 7/16 Teleconference; Briefly discuss same w/M. McGuire | 0.10 | 19.00 |
| 07/19/2010 | FAP | B134 | A100 | Briefly review 7/14 hearing transcript | 0.20 | 42.00 |
| 07/21/2010 | FAP | B134 | A100 | Email exchanges with debtor para re: 9/15 hearing; update critical dates | 0.10 | 21.00 |
| 07/22/2010 | FAP | B134 | A100 | Follow up email from debtors' para re: 9/15 hearing; update critical dates | 0.10 | 21.00 |
| 07/26/2010 | KAB | B134 | A100 | email with M. McGuire re: 7/29 hearing | 0.10 | 26.50 |
| 07/27/2010 | FAP | B134 | A100 | Review notice of agenda for 7/29 hearing | 0.10 | 21.00 |
|   | KAB | B134 | A100 | call with T. Raimondo re: order granting expedited hearing (.2), review and summarize order (.1), email with M. McGuire re: same (.1) | 0.40 | 106.00 |
| 07/28/2010 | FAP | B134 | A100 | Email exchanges with M. McGuire re: 7/29 hearing attendance | 0.10 | 21.00 |
|   | FAP | B134 | A100 | Assist RLB with 7/29 hearing preparation | 0.40 | 84.00 |
|   | FAP | B134 | A100 | Call with CourtCall re: 7/29 hearing | 0.10 | 21.00 |
|   | FAP | B134 | A100 | Review amended agenda for 7/29 hearing | 0.10 | 21.00 |
|   | RLB | B134 | A100 | Call (.2) and e-mail (.5) with co-counsel at Chadbourne re: hearing preparation re: motion to disclose examiner's report. | 0.70 | 290.50 |
| 07/29/2010 | FAP | B134 | A100 | Assist RLB, AGL and D. LeMay with 7/29 hearing preparations | 1.00 | 210.00 |
|   | KAB | B134 | A100 | email (.1) and conference (.1) with R. Butcher re: 7/29 hearing; assist in the preparations for the 7/29 hearing  (1.0) | 1.20 | 318.00 |
|   | AGL | B134 | A100 | prepare for (.3) and attend (1.3) hearing re: examiner report issues | 1.60 | 1,040.00 |
|   | FAP | B134 | A100 | Communicate with RLB re: results of 7/29 hearing | 0.20 | 42.00 |
|   | KAB | B134 | A100 | discussion with R. Butcher re: 7/29 results re: disclosure of Examiner's report | 0.20 | 53.00 |
|   | FAP | B134 | A100 | Email exchanges with AGL re: 7/29 transcript (.1); coordinate order with transcriber (.2) | 0.30 | 63.00 |
|   | RLB | B134 | A100 | Prepare for hearing on motion to disclose examiner's report (1.0) Attend hearing (1.3) | 2.30 | 954.50 |
| 07/30/2010 | FAP | B134 | A100 | Review 7/29 hearing transcript (.2); email exchanges with AGL re: same (.1); email exchanges with Chadbourne group re: same (.1) | 0.40 | 84.00 |
|   | FAP | B134 | A100 | Review agenda for 8/3 hearing | 0.10 | 21.00 |
|   | FAP | B134 | A100 | Coordinate 8/3 telephonic appearances for Chadbourne group (.3); follow-up email to group re: same (.1) | 0.40 | 84.00 |

{.-Tribune July invoice.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| | DBR | B134 | A100 | review July 29 hearing transcript before Judge Carey | 1.10 | 632.50 |
| | | | | B134 - Hearings | 24.60 | 10,830.50 |
| 07/07/2010 | FAP | B136 | A100 | Draft LRC sixth interim fee application (.6); draft notice re: same (.1) | 0.70 | 147.00 |
| 07/08/2010 | FAP | B136 | A100 | Email exchanges with M. McGuire re: status of LRC sixth interim fee application | 0.10 | 21.00 |
| 07/12/2010 | KAB | B136 | A100 | email with F. Panchak re: LRC's 18th monthly fee application | 0.10 | 26.50 |
| | KAB | B136 | A100 | review and revise LRC's 6th interim fee app (.4), briefly discuss same with M. McGuire (.1) | 0.50 | 132.50 |
| 07/14/2010 | KAB | B136 | A100 | email with C. Adams re: LRC's 6th interim fee application | 0.10 | 26.50 |
| | CAA | B136 | A100 | Review LRC 6th Interim Fee Application | 0.10 | 19.00 |
| | MBM | B136 | A100 | review LRC 6th interim fee application | 0.40 | 158.00 |
| 07/15/2010 | KAB | B136 | A100 | email with S. Lewicki re: LRC's 18th monthly fee application | 0.10 | 26.50 |
| | CAA | B136 | A100 | Finalize for filing and coordinate service of LRC 6th Interim Fee Applications | 0.40 | 76.00 |
| | KAB | B136 | A100 | begin preparation of LRC's 18th monthly fee app | 0.60 | 159.00 |
| 07/16/2010 | KAB | B136 | A100 | continue preparation of LRC's 18th monthly fee app (2.1) and discussion with S. Lewicki re: same (.1) | 2.20 | 583.00 |
| 07/19/2010 | FAP | B136 | A100 | Email exchanges with AGL, MBM and KAB re: responses to LRC seventeenth fee application (.1); draft Certificate of No Objection re: same (.1) | 0.20 | 42.00 |
| | KAB | B136 | A100 | email with F. Panchak re: objections to 17th monthly fee app | 0.10 | 26.50 |
| | KAB | B136 | A100 | email with S. Lewicki and F. Panchak re: edits to LRC's 18th monthly fee app (.1), conference with F. Panchak re: same (.2) | 0.30 | 79.50 |
| | FAP | B136 | A100 | Communicate with KAB re: status of LRC eighteenth fee application (.2); review/revise same (.3) | 0.50 | 105.00 |
| | KAB | B136 | A100 | continue preparation of LRC's 18th monthly fee application | 1.90 | 503.50 |
| | CL | B136 | A103 | Email with K. Brown re: edits to LRC's 18th monthly fee app (.1); edit same (3.6) | 3.70 | 462.50 |
| | FAP | B136 | A100 | File and coordinate service of Certificate of No Objection re: LRC seventeenth fee application (.3); follow-up email to S. Lewicki (.1) | 0.40 | 84.00 |

{.-Tribune July invoice.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 07/20/2010 | KAB | B136 | A100 | continue preparation of LRC's 18th monthly fee app (1.1); discuss edits with S. Lewicki (.2) | 1.30 | 344.50 |
| 07/22/2010 | KAB | B136 | A100 | discussion with M. McGuire re: edits to LRC's 18th monthly fee app (.1); conference with S. Lewicki re: same (.2), edit LRC's 18th monthly fee application (.6), follow up discussion with M. McGuire (.1) perform additional edits to same (.1), brief discussion with S. Lewicki re: finalization of app (.1) | 1.20 | 318.00 |
|  | MBM | B136 | A100 | review and revise June fee application (.8); conferences with Brown re: same (.2) | 1.00 | 395.00 |
| 07/23/2010 | KAB | B136 | A100 | further discussion with S. Lewicki re: finalization of LRC's 18th monthly fee app (.1), discussions with F. Panchak re: same (.1) | 0.20 | 53.00 |
|  | FAP | B136 | A100 | Review/revise LRC eighteenth fee application (.4); draft notice (.1); communicate with KAB re: same (.1); communicate with AGL re: same (.1) | 0.70 | 147.00 |
| 07/26/2010 | FAP | B136 | A100 | Revise LRC eighteenth fee application and notice | 0.20 | 42.00 |
|  | KAB | B136 | A100 | brief discussion with R. Butcher re: edits to LRC's 18th monthly fee application (.1), perform edits to same (.1), brief discussion with F. Panchak re: filing same (.1) | 0.30 | 79.50 |
|  | FAP | B136 | A100 | File and coordinate service of LRC eighteenth fee application | 0.50 | 105.00 |
| 07/27/2010 | FAP | B136 | A100 | Email to fee examiner re: LRC June fee and expense detail | 0.10 | 21.00 |
|  |  |  |  | B136 - LRC Ret. & Fee Matters | 17.90 | 4,183.00 |
| 07/01/2010 | MBM | B138 | A100 | prepare for (.4) and attend (1.2) committee meeting | 1.60 | 632.00 |
|  | RLB | B138 | A100 | Email from Chadbourne re: update on Committee call and agenda. | 0.40 | 166.00 |
| 07/04/2010 | RLB | B138 | A100 | E-mail with co-counsel at Chadbourne re: Tribune professionals call. | 0.20 | 83.00 |
| 07/06/2010 | MBM | B138 | A100 | prepare for (.2) and attend committee professionals meeting (.7) | 0.90 | 355.50 |
| 07/07/2010 | RLB | B138 | A100 | E-mail with co-counsel at Chadbourne re: Committee professionals call | 0.20 | 83.00 |
| 07/12/2010 | DBR | B138 | A100 | review agenda for committee call (.2); prepare for call (.6) | 0.80 | 460.00 |
| 07/13/2010 | AGL | B138 | A100 | attend committee professionals call re: agenda items listed | 0.70 | 455.00 |

{.-Tribune July invoice.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| | MBM | B138 | A100 | prepare for (.3) and attend (.7) meeting with Committee professionals | 1.00 | 395.00 |
| | RLB | B138 | A100 | Prepare for (.2) and attend committee professionals call.(.7) | 0.90 | 373.50 |
| 07/15/2010 | AGL | B138 | A100 | prepare for (.5) and attend (1.7) committee conference call re: agenda items listed | 2.20 | 1,430.00 |
| | RLB | B138 | A100 | Attend (partially) Committee call. | 0.90 | 373.50 |
| 07/19/2010 | DBR | B138 | A100 | communications with McGuire re: professionals meeting | 0.30 | 172.50 |
| 07/20/2010 | DBR | B138 | A100 | prepare for professionals meeting (.4); confer with McGuire re: same (.3); correspond re: in person meeting at Chadbourne (.4) | 1.10 | 632.50 |
| | RLB | B138 | A100 | Attend committee professionals call. | 0.60 | 249.00 |
| | RLB | B138 | A100 | Discuss committee meeting and examiners report with AGL, DBR and MBM. | 0.40 | 166.00 |
| 07/22/2010 | DBR | B138 | A100 | prepare for (.4) and participate in professionals call re: confirmation hearing (1.1) | 1.50 | 862.50 |
| 07/27/2010 | RLB | B138 | A100 | Review summary in preparation for professionals call (.9) Professionals call re: committee (.9) | 1.80 | 747.00 |
| | DBR | B138 | A100 | prepare for (.3) and participate in professionals call (1.2) | 1.50 | 862.50 |
| 07/28/2010 | MBM | B138 | A100 | emails with Committee members and co-counsel re: 7/29 committee meeting | 0.30 | 118.50 |
| 07/29/2010 | AGL | B138 | A100 | attend committee conference call re: agenda items listed | 3.90 | 2,535.00 |
| | AGL | B138 | A100 | review docs in prep for committee conference call (memo pkg from C&P) (1.4); attend post-call professionals call re: next steps (1.7) | 3.10 | 2,015.00 |
| | MBM | B138 | A100 | prepare for (.9) and attend telephonic committee meeting (2.5) | 3.40 | 1,343.00 |
| | RLB | B138 | A100 | Prepare for Committee call re: examiner's report (1.0) Committee call participation (2.5) | 3.50 | 1,452.50 |
| | | | | B138 - Creditors' Cmte Mtgs | 31.20 | 15,962.50 |
| 07/02/2010 | FAP | B144 | A100 | Review Chadbourne summary of committee professionals' fifth quarterly fee applications | 0.10 | 21.00 |
| | FAP | B144 | A100 | Review P. Ratkowiak email re: deadline to file sixth quarterly fee applications | 0.10 | 21.00 |

Official Committee of Unsecured Creditors


Tribune Company, et al. bankruptcy

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| 07/08/2010 | FAP | B144 | A100 | Email exchanges with A. Holtz re: AlixPartners sixth interim fee application (.1); review same (.1); prepare notice for same (.1) | 0.30 | 63.00 |
| 07/09/2010 | FAP | B144 | A100 | Email exchanges with H. Lamb re: sixth interim fee application (.1); email exchanges with E. Glucoft re: same (.1) | 0.20 | 42.00 |
| 07/13/2010 | CAA | B144 | A100 | Emails from/to E. Glucoft re: Moelis 17th Monthly Fee Application and Interim Fee Application (.2);  Multiple emails from/to J. Jin re: same (.4); Review Moelis 17th Monthly Fee Application (.2); Draft Notice (.1) and Affidavit of Service (.1) re: Moelis 17th Monthly Fee Application; Finalize for filing and coordinate service of Moelis 17th Monthly Fee Application (.5) | 1.50 | 285.00 |
| 07/14/2010 | CAA | B144 | A100 | Emails from/to H. Lamb re: filing of Chadbourne's 6th Interim Fee Application | 0.10 | 19.00 |
| | CAA | B144 | A100 | Draft Notice re: Chadbourne 6th Interim Fee Application | 0.10 | 19.00 |
| | CAA | B144 | A100 | Emails from/to J. Jin re: Moelis 6th Interim Fee Application | 0.10 | 19.00 |
| | CAA | B144 | A100 | Draft Notice re: Moelis 6th Interim Fee Application | 0.10 | 19.00 |
| | MBM | B144 | A100 | review C&P (.2) and AlixPartners (.2) interim fee applications | 0.40 | 158.00 |
| 07/15/2010 | CAA | B144 | A100 | Finalize for filing and coordinate service of 6th Interim Fee Application of Chadbourne (.5), AlixPartners (.4) and Moelis (.4) | 1.30 | 247.00 |
| 07/19/2010 | FAP | B144 | A100 | Email exchanges with AlixPartners team re: responses to seventeenth fee application (.1); draft Certificate of No Objection re: same (.1) | 0.20 | 42.00 |
| | FAP | B144 | A100 | Email exchanges with Chadbourne team re: responses to seventeenth fee application (.1); draft Certificate of No Objection re: same (.1) | 0.20 | 42.00 |
| | FAP | B144 | A100 | File and coordinate service of Certificate of No Objection re: Chadbourne seventeenth fee application (.3); follow-up email to H. Lamb re: same (.1) | 0.40 | 84.00 |
| | FAP | B144 | A100 | File and coordinate service of Certificate of No Objection re: AlixPartners seventeenth fee application (.3); follow-up email to AlixPartners team re: same (.1) | 0.40 | 84.00 |
| 07/20/2010 | FAP | B144 | A100 | Prepare affidavit of service re: Certificates of No Objection to committee professionals' seventeenth fee applications (.1); file same (.1) | 0.20 | 42.00 |

{.-Tribune July invoice.}

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 07/21/2010 | FAP | B144 | A100 | Email exchanges with E. Glucoft re: responses to Moelis sixteenth fee application (.1); draft Certificate of No Objection for same (.1) | 0.20 | 42.00 |
|  | FAP | B144 | A100 | Briefly review fee examiner final report re: Chadbourne third interim application; update critical dates | 0.10 | 21.00 |
| 07/22/2010 | FAP | B144 | A100 | Prepare affidavit of service re: Certificate of No Objection to Moelis sixteenth fee application (.1); file and coordinate service of Certificate of No Objection (.4); follow-up email to E. Glucoft (.1) | 0.60 | 126.00 |
| 07/26/2010 | FAP | B144 | A100 | Email exchanges with H. Lamb re: Chadbourne eighteenth fee application (.1); review and compile same (.1); prepare notice (.1) | 0.30 | 63.00 |
|  | KAB | B144 | A100 | brief discussion with F. Panchak re: Chadbourne's 18th monthly fee app (.1), review same (.1) and execute notice of app for same (.1) | 0.30 | 79.50 |
|  | KAB | B144 | A100 | brief discussion with F. Panchak re: AlixPartners' 18th monthly fee app (.1), review same (.1), execute notice re: same (.1) | 0.30 | 79.50 |
|  | FAP | B144 | A100 | Email exchanges with A. Holtz re: AlixPartners eighteenth fee application (.1); review/revise same (.1); draft notice (.1); file and coordinate service (.6); follow-up email to A. Holtz (.1) | 1.00 | 210.00 |
|  | FAP | B144 | A100 | File and coordinate service of Chadbourne eighteenth fee application (.7); follow-up email to H. Lamb (.1) | 0.80 | 168.00 |
|  | FAP | B144 | A100 | Prepare affidavit of service re: committee professionals' eighteenth monthly fee applications (.1); file same (.1) | 0.20 | 42.00 |
| 07/28/2010 | FAP | B144 | A100 | Email exchanges with P. Ratkowiak re: committee professionals' sixth interim fee applications | 0.20 | 42.00 |
|  |  |  |  | B144 - Non-LRC Ret. & Fee Matt | 9.70 | 2,080.00 |
| 07/01/2010 | MBM | B146 | A100 | review research re: WT 3018 motion | 0.60 | 237.00 |
|  | DBR | B146 | A100 | review plan discovery from Bridge Agent | 0.60 | 345.00 |
|  | AGL | B146 | A100 | call with Sottille re: plan issues, confirmation hearing issues | 0.50 | 325.00 |
|  | AGL | B146 | A100 | Emails to and from Deutsch re: WTC extension of deadline to respond for committee and others | 0.40 | 260.00 |
|  | RLB | B146 | A100 | Review additional Plan discovery to JPM. | 0.50 | 207.50 |
| 07/02/2010 | FAP | B146 | A100 | Briefly review Chadbourne memo re: Wells Fargo plan procedures motion | 0.20 | 42.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| | JRD | B146 | A100 | Review and prepare summary of certification of counsel re: form of order for extension of various confirmation related deadlines | 0.10 | 25.50 |
| | JRD | B146 | A100 | Review and prepare summary of Order (I) Amending Certain Deadlines in (A) Discovery and Scheduling Order and (B) Solicitation Order and (II) Approving Motion of Court-Appointed Examiner, Kenneth N. Klee, Esq., for Extension of Report Deadline | 0.10 | 25.50 |
| | DBR | B146 | A100 | review committee correspondence from Chadbourne re: Wells Fargo plan procedures motion | 0.20 | 115.00 |
| | AGL | B146 | A100 | review Wells Fargo request for production to JPM | 0.90 | 585.00 |
| | AGL | B146 | A100 | review and analyze Wells Fargo's motion seeking (i) to establish procedures for adjudicating the Debtors' objections to the bridge loan claims, and (ii) allowing such claims in full (1.5) and memo in connection with same (.6) | 2.10 | 1,365.00 |
| | AGL | B146 | A100 | review and analyze Bridge Agent's second motion for production of docs from Tribune | 0.80 | 520.00 |
| | RLB | B146 | A100 | E-mails with co-counsel re: estimation of claims in connection with Plan confirmation. | 0.40 | 166.00 |
| 07/03/2010 | AGL | B146 | A100 | review, analyze and revise committee draft response to Bridge Lenders' confirmation discovery motion (1.6); emails to and from Daucher and Deutsch re: same (.3) | 1.90 | 1,235.00 |
| 07/05/2010 | AGL | B146 | A100 | review and analyze debtors' response to Bridge Lenders' confirmation discovery motion | 1.30 | 845.00 |
| | MBM | B146 | A100 | review of Committee objection to Wells Fargo motion re: bridge loan claims (.8); emails with co-counsel re: same (.5); review of draft debtor objection to Wells Fargo motion re: bridge claims (.6) | 1.90 | 750.50 |
| 07/06/2010 | FAP | B146 | A100 | Review M. Roitman email re: status of WTC estimation motion | 0.10 | 21.00 |
| | FAP | B146 | A100 | Review WTC notice of rescheduled hearing re: estimation motion; update critical dates | 0.10 | 21.00 |
| | AGL | B146 | A100 | prepare for (.2) and attend (.3) call with plan supporters re: discovery, confirmation hearing | 0.50 | 325.00 |
| | MBM | B146 | A100 | review revised Committee objection to bridge claims | 0.50 | 197.50 |
| | MBM | B146 | A100 | Prepare for (.2) and attend meeting with Debtors' professionals re: bridge claims (.5); emails with co-counsel and debtors counsel re: same (.4) | 1.10 | 434.50 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
| 07/07/2010 | FAP | B146 | A100 | Email exchanges with M. McGuire re: committee's objection to Bridge Agent motion to establish procedures (.1); review/revise same (.1); review notice to confirm service parties (.1); file and serve objection (.7) | 1.00 | 210.00 |
|  | FAP | B146 | A100 | Prepare affidavit of service re: objection to Bridge Agent motion (.1); file same (.1) | 0.20 | 42.00 |
|  | FAP | B146 | A100 | Review order setting expedited hearing on debtors' cross motion for preliminary pre-trial scheduling order for plan confirmation hearing; update critical dates | 0.10 | 21.00 |
|  | FAP | B146 | A100 | Briefly review certain settlement supporters objection to bridge agent motion to establish procedures to adjudicate debtors' objection to claims | 0.10 | 21.00 |
|  | JRD | B146 | A100 | Review  and summarize Debtors' objection to motion of Bridge Agent re: confirmation hearing procedures & claim allowance | 0.30 | 76.50 |
|  | JRD | B146 | A100 | Review and summarize Debtors' motion to set expedited hearing for cross motion re: confirmation hearing procedures | 0.10 | 25.50 |
|  | JRD | B146 | A100 | Review and summarize Court's Order granting Debtors' motion to shorten Debtors' cross motion | 0.10 | 25.50 |
|  | JRD | B146 | A100 | Review and summarize Settlement Supporters' objection to motion of Bridge Agent re: confirmation hearing procedures & claim allowance | 0.30 | 76.50 |
|  | MBM | B146 | A100 | emails with Dauscher re: response to Bridge Agent motion (.3); review of finalized response and prepare for filing (.7) | 1.00 | 395.00 |
| 07/08/2010 | JRD | B146 | A100 | Review notice of hearing re: Debtors' cross-motion for confirmation procedures | 0.10 | 25.50 |
|  | RLB | B146 | A100 | E-mail with Frank Vasquez at Chadbourne re: citation to Delaware statute in Plan (.5) Review notes re: statute citation (.2) and summarize (.2) | 0.90 | 373.50 |
| 07/12/2010 | CAA | B146 | A100 | Emails to/from M. McGuire re: Statement in Support of Cross Motion | 0.10 | 19.00 |
|  | CAA | B146 | A100 | Finalize for filing and coordinate service of Statement in Support of Debtors Cross Motion | 0.40 | 76.00 |
|  | MBM | B146 | A100 | review and comment on committee support of Debtors' cross-motion re: scheduling (.6); conference with Landis re: same (.1); emails and calls with Dauscher re: same (.4); finalize motion and prepare for filing (.3) | 1.40 | 553.00 |
|  | RLB | B146 | A100 | Review opposition to Plan discovery proposals. | 0.40 | 166.00 |
| 07/13/2010 | CAA | B146 | A100 | Review revised deposition Schedule | 0.20 | 38.00 |
|  | CAA | B146 | A100 | Review various objections to debtors cross-motion | 0.30 | 57.00 |

{.-Tribune July invoice.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | **Hours** | |
|---|---|---|---|---|---|---|
| | KAB | B146 | A100 | Conference with M. McGuire re: confirmation hearing research (.2), perform research re: same (3.0), summarize research results (.5), email M. McGuire and A. Landis re: follow-up on research results (.1) | 3.80 | 1,007.00 |
| | KAB | B146 | A100 | review Committee's motion in support of cross motion for pretrial scheduling order | 0.10 | 26.50 |
| | KAB | B146 | A100 | review and summarize (i) WTC's objection to Debtors' cross motion for a pretrial scheduling order (.5), (ii) Wells Fargo's objection re: same (.5) and (iii) Credit Agreement Lenders' objection re: same (.2) | 1.20 | 318.00 |
| | MBM | B146 | A100 | call with Roitman re: length of confirmation hearings (.3); conference with Brown re: same (.2); review research re: length of contested confirmation hearings (.6) | 1.10 | 434.50 |
| 07/14/2010 | DBR | B146 | A100 | review correspondence from Landis re: Wilmington Trust filings(.2); review filings by Wilm Trust relating to settlement and confirmation (1.9) | 2.10 | 1,207.50 |
| 07/15/2010 | CAA | B146 | A100 | Review JPM Notice of Service of Discovery Responses | 0.10 | 19.00 |
| | CAA | B146 | A100 | Review Orders re: Confirmation Discovery (.2); Draft Notice of Service of Discovery re: Initial Designation of Witnesses (.2) | 0.40 | 76.00 |
| | AGL | B146 | A100 | review and revise notice of expert disclosures (.7); emails to and from group re: same (.5) | 1.20 | 780.00 |
| | CAA | B146 | A100 | Finalize for filing Notice of Service and coordinate service of Initial Expert Witness List re: Confirmation Hearing | 2.00 | 380.00 |
| | MBM | B146 | A100 | work with co-counsel to prepare expert witness disclosures (1.5); numerous emails with Goldfarb and Rath re: same (.6); call to Goldfarb re: same (.2); | 2.30 | 908.50 |
| | DBR | B146 | A100 | review and revise expert disclosures (1.4); communications with Landis, Bush and Goldfarb re: same (.5); review JPM expert disclosures (.3); research same (.5) | 2.70 | 1,552.50 |
| | AGL | B146 | A100 | Review and revise expert disclosure (.6); emails to and from group re same (.5) | 1.10 | 715.00 |
| | RLB | B146 | A100 | Review expert disclosures received re: plan confirmation. | 0.60 | 249.00 |
| 07/16/2010 | DBR | B146 | A100 | review debtors expert designations (.3); communications with Landis, Bush and Goldfarb re: same (.3); | 0.60 | 345.00 |
| | AGL | B146 | A100 | Review and analyze JPMC expert disclosure (.2), debtors' designation of experts (.2) | 0.40 | 260.00 |
| | RLB | B146 | A100 | Review additional designations of Plan experts. | 0.30 | 124.50 |
| 07/19/2010 | FAP | B146 | A100 | Briefly review Millen response to plan confirmation | 0.10 | 21.00 |

{.-Tribune July invoice.}

Tribune Company, et al. bankruptcy

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| | FAP | B146 | A100 | Review multiple notices of service re: initial disclosure of expert witness | 0.10 | 21.00 |
| 07/22/2010 | MBM | B146 | A100 | prepare for (.2) and attend (1.3) telephonic meeting with plan supporters re: confirmation issues | 1.50 | 592.50 |
| | RLB | B146 | A100 | Conference with plan supporters' counsel re: coordination of experts, discovery and submissions for plan confirmation. | 1.30 | 539.50 |
| 07/23/2010 | AGL | B146 | A100 | calls with Zink re: alternate plan research re: indemnification issues (.3); research re: same (.9) | 1.20 | 780.00 |
| | WEC | B146 | A107 | Email correspondence from A. Landis regarding D&O issues (.1) attention to D&O issues (.2) and confer with A. Landis regarding same (.1) | 0.40 | 220.00 |
| | MBM | B146 | A100 | emails with Landis, Chipman and Mumford re: D & O indemnification issues | 0.20 | 79.00 |
| 07/26/2010 | MBM | B146 | A100 | email with Landis and Wolfe re: claim estimates (.4); review of DS re: same (.5); call with Wolfe re: same (.2); emails with AlixPartners re: same (.2) | 1.30 | 513.50 |
| 07/27/2010 | KAB | B146 | A100 | email with M. McGuire re: questions re: plan supplements and related issues (.1), research same (1.8), follow-up emails with M. McGuire re: findings (.2) | 2.10 | 556.50 |
| | RLB | B146 | A100 | Call among Plan supporters re: confirmation coordination. | 1.80 | 747.00 |
| 07/28/2010 | AGL | B146 | A100 | review, analyze and prepare for execution committee statement re: experts (.3); emails to and from Butcher and Ashley re: same (.2) | 0.50 | 325.00 |
| | RLB | B146 | A100 | E-mails with co-counsel (.3) and opposing counsel (.2) re: stipulation re: expert reports disclosure.  Revise and execute stipulation (.3) | 0.80 | 332.00 |
| 07/29/2010 | KAB | B146 | A100 | review and summarize (i) PA Dept. of Revenue objection to confirmation (.2), (ii) MI Dept. of Treasury objection to confirmation (.2), (iii) Mr. Polk's objection to the Disclosure Statement and bankruptcy in general (.2) | 0.60 | 159.00 |
| | KAB | B146 | A100 | email with A. Landis re: research resolicitation issue (.2), conference with R. Butcher re: same (.3), conference with K. Mumford re: same (.2), email J. Drobish re: research issue (.1), email F. Panchak re: confirmation orders re: same (.1), begin researching issue (3.0), teleconference with J. Drobish re: same (.2) | 4.10 | 1,086.50 |
| | FAP | B146 | A100 | Review AGL and KAB email exchanges re: resolicitation and releases (.1); research hearing transcripts re: same (.3) | 0.40 | 84.00 |

{.-Tribune July invoice.}

Page: 20
August 25, 2010
Account No:   698-001
Statement No:    12190

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| | JRD | B146 | A100 | Email (.1) phone conversation (.2) w/ K. Brown re: docket research, plan re-solicitation | 0.30 | 76.50 |
| | KKM | B146 | A100 | Calls (.2) and emails (.2) with K. Brown and R. Butcher re: resolicitation issues | 0.40 | 166.00 |
| 07/30/2010 | FAP | B146 | A100 | Briefly review plan supplement and exhibits | 0.10 | 21.00 |
| | FAP | B146 | A100 | Briefly review amended plan | 0.10 | 21.00 |
| | FAP | B146 | A100 | Briefly review notice of filing certain modifications to amended plan | 0.10 | 21.00 |
| | KAB | B146 | A100 | continue resolicitation research (5.6), conference with K. Mumford re: same (.3), email with A. Landis and K. Mumford re: same (.2) | 6.10 | 1,616.50 |
| | FAP | B146 | A100 | Assist KAB re: research on plan modification and release issues | 2.70 | 567.00 |
| | FAP | B146 | A100 | Briefly review Simpson, Riches & Weymouth objection to plan confirmation | 0.10 | 21.00 |
| | FAP | B146 | A100 | Briefly review IRS objection to plan confirmation | 0.10 | 21.00 |
| | KAB | B146 | A100 | Research plan modification issues | 3.50 | 927.50 |
| | KAB | B146 | A100 | review and summarize (i) Debtors' notice of rejection of certain contracts in connection with their plan (.2); (ii) Debtors' amended plan (.6); (iii) notice of same (.1); (iv) MDOR's objection to plan (.2); (v) certain pro se parties' combined objection to plan (.2); (vi) the IRS's objection to plan (.2) | 1.50 | 397.50 |
| | KKM | B146 | A100 | Review Brown emails re: solicitation issues (.3); Research on disclosure statement issues (.3); conferences w/Brown re: same (.3); emails w/AGL re: same (.2) | 1.10 | 456.50 |
| | MBM | B146 | A100 | emails with Brown and Landis re: release issues (.2); review of hearing transcripts re: same (.7) | 0.90 | 355.50 |
| | MBM | B146 | A100 | emails from Landis, Brown and Mumford re: re-solicitation issues | 0.40 | 158.00 |
| | RLB | B146 | A100 | Call with Kerri K. Mumford (.2) and AGL (.2) re: standard for re-solicitation of plan. Discuss with Brown re-solicitation.(.3) E-mails with Chadbourne re: plan revisions to settlement (.3) | 1.00 | 415.00 |
| 07/31/2010 | FAP | B146 | A100 | Briefly review settlement supporters response to opposition to debtors cross motion | 0.10 | 21.00 |
| | FAP | B146 | A100 | Briefly review debtors' supplemental response to opposition of Bridge Agent's motion to establish claims procedures and cross-motion | 0.10 | 21.00 |
| | | | | B146 - Plan & Disclos. Stmt. | 76.80 | 29,991.50 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 07/07/2010 | FAP | B150 | A100 | Review M. Roitman email re: joinder to debtors' objection to Bates stay motion (.1); email exchanges with M. McGuire re: same (.1); review/revise same (.1); review notice to confirm service parties (.1); prepare affidavit of service (.1); prepare service list (.1) | 0.60 | 126.00 |
|  | FAP | B150 | A100 | File and serve joinder to debtors' objection to Ivan Bates stay motion (.4); follow-up email to M. Roitman (.1) | 0.50 | 105.00 |
|  | FAP | B150 | A100 | Briefly review debtors' objection to Bates stay motion | 0.10 | 21.00 |
|  | JRD | B150 | A100 | Review and summarize Debtors' objection to motion of I. Bates for relief from stay | 0.30 | 76.50 |
|  | MBM | B150 | A100 | review joinder to Debtors' objection to Bates stay relief motion (.4) emails and calls with Debtors counsel and co-counsel re: same (.4); review of Debtors objection (.8) | 1.60 | 632.00 |
|  |  |  |  | B150 - Relief from Stay | 3.10 | 960.50 |
|  |  |  |  | For Current Services Rendered | 240.60 | 92,410.50 |

{.-Tribune July invoice.}