# EXHIBIT "C"

Official Committee of Unsecured Creditors

August 25, 2010
Account No:  698-001
Statement No:    12190

Tribune Company, et al. bankruptcy

### Expenses

| | |
|---|---:|
| Postage | 1.05 |
| Copying | 65.50 |
| Courier Fees | 1,192.60 |
| Online research LEXIS | 723.67 |
| Outside Duplication Services | 1,674.63 |
| US Postage | 862.79 |
| Court Reporter fees | 906.20 |
| Client meals | 32.00 |
| Conference Call Service | 141.00 |
| **Total Expenses Thru 07/31/2010** | **$5,599.44** |

{.-Tribune July invoice.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 06/09/2010 | AGL | U | B100 | E226 | | 74.00 Conference Call Service - Court Call | 768 |
| Subtotal for Transaction Date 06/09/2010 | | | | | Billable | 74.00 | | |
| 698.001 | 06/22/2010 | AGL | U | B100 | E226 | | 37.00 Conference Call Service - Court Call | 769 |
| 698.001 | 06/22/2010 | AGL | U | B100 | E226 | | 30.00 Conference Call Service - Court Call | 770 |
| Subtotal for Transaction Date 06/22/2010 | | | | | Billable | 67.00 | | |
| 698.001 | 06/30/2010 | AGL | U | B100 | E211 | | 44.51 Outside printing - Advance Digital Legal Services, LLC - 53925 | 766 |
| 698.001 | 06/30/2010 | AGL | U | B100 | E210 | | 11.20 US Postage # Digital Legal Services, LLC - 53925 | 767 |
| 698.001 | 06/30/2010 | AGL | U | B100 | E106 | | 446.56 Online research PACER Service Center | 803 |
| Subtotal for Transaction Date 06/30/2010 | | | | | Billable | 502.27 | | |
| 698.001 | 07/02/2010 | AGL | U | B100 | E217 | | 175.45 Court Reporter fee Elaine M. Ryan | 746 |
| Subtotal for Transaction Date 07/02/2010 | | | | | Billable | 175.45 | | |
| 698.001 | 07/07/2010 | AGL | U | B100 | E108 | | 1.05 Postage | 771 |
| 698.001 | 07/07/2010 | AGL | U | B100 | E101 | 0.100 | 5.00 Copying | 772 |
| 698.001 | 07/07/2010 | AGL | U | B100 | E211 | | 262.20 Outside printing - Advance Digital Legal Services, LLC - 54050 | 782 |
| 698.001 | 07/07/2010 | AGL | U | B100 | E210 | | 178.12 US Postage # Digital Legal Services, LLC - 54050 | 783 |
| Subtotal for Transaction Date 07/07/2010 | | | | | Billable | 446.37 | | |
| 698.001 | 07/08/2010 | AGL | U | B100 | E216 | | 277.40 Courier Fee - Advance TriState Courier & Carriage | 765 |
| Subtotal for Transaction Date 07/08/2010 | | | | | Billable | 277.40 | | |
| 698.001 | 07/12/2010 | AGL | U | B100 | E101 | 0.100 | 0.50 Copying | 773 |
| 698.001 | 07/12/2010 | AGL | U | B100 | E211 | | 131.81 Outside printing - Advance Digital Legal Services, LLC - 54080 | 784 |
| 698.001 | 07/12/2010 | AGL | U | B100 | E210 | | 153.54 US Postage # Digital Legal Services, LLC - 54080 | 785 |
| Subtotal for Transaction Date 07/12/2010 | | | | | Billable | 285.85 | | |
| 698.001 | 07/13/2010 | AGL | U | B100 | E101 | 0.100 | 11.10 Copying | 774 |
| 698.001 | 07/13/2010 | AGL | U | B100 | E211 | | 44.75 Outside printing - Advance Digital Legal Services, LLC - 54110 | 786 |
| 698.001 | 07/13/2010 | AGL | U | B100 | E210 | | 11.20 US Postage # Digital Legal Services, LLC - 54110 | 787 |
| Subtotal for Transaction Date 07/13/2010 | | | | | Billable | 67.05 | | |
| 698.001 | 07/14/2010 | AGL | U | B100 | E211 | | 811.69 Outside printing - Advance Digital Legal Services, LLC - 54153 | 788 |
| 698.001 | 07/14/2010 | AGL | U | B100 | E210 | | 302.22 US Postage # Digital Legal Services, LLC - 54153 | 789 |
| Subtotal for Transaction Date 07/14/2010 | | | | | Billable | 1,113.91 | | |
| 698.001 | 07/15/2010 | AGL | U | B100 | E217 | | 423.50 Court Reporter fee Diaz Data Services | 762 |
| 698.001 | 07/15/2010 | AGL | U | B100 | E101 | 0.100 | 11.30 Copying | 775 |
| 698.001 | 07/15/2010 | AGL | U | B100 | E211 | | 79.09 Outside printing - Advance Digital Legal Services, LLC - 54154 | 790 |
| 698.001 | 07/15/2010 | AGL | U | B100 | E210 | | 153.30 US Postage # Digital Legal Services, LLC - 54154 | 791 |
| Subtotal for Transaction Date 07/15/2010 | | | | | Billable | 667.19 | | |
| 698.001 | 07/16/2010 | AGL | U | B100 | E107 | | 803.20 Delivery services/messengers TriState Courier & Carriage | 780 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Subtotal for Transaction Date 07/16/2010 | | Billable | 803.20 | | |
| 698.001 | 07/17/2010 | AGL | U | B100 | E101 | 0.100 | 2.00 | Copying | 776 |
| | | | | Subtotal for Transaction Date 07/17/2010 | | Billable | 2.00 | | |
| 698.001 | 07/19/2010 | AGL | U | B100 | E211 | | 11.54 | Outside printing - Advance Digital Legal Services, LLC - 54166 | 792 |
| 698.001 | 07/19/2010 | AGL | U | B100 | E210 | | 6.10 | US Postage # Digital Legal Services, LLC - 54166 | 793 |
| | | | | Subtotal for Transaction Date 07/19/2010 | | Billable | 17.64 | | |
| 698.001 | 07/20/2010 | AGL | U | B100 | E106 | | 233.02 | Online research Kurtzman Carson Consultants LLC - Case-Specific Web Page/Invoice Fee | 779 |
| | | | | Subtotal for Transaction Date 07/20/2010 | | Billable | 233.02 | | |
| 698.001 | 07/22/2010 | AGL | U | B100 | E107 | | 63.00 | Delivery services/messengers TriState Courier & Carriage | 781 |
| 698.001 | 07/22/2010 | AGL | U | B100 | E211 | | 3.85 | Outside printing - Advance Digital Legal Services, LLC - 54204 | 801 |
| 698.001 | 07/22/2010 | AGL | U | B100 | E210 | | 5.25 | US Postage # Digital Legal Services, LLC - 54204 | 802 |
| | | | | Subtotal for Transaction Date 07/22/2010 | | Billable | 72.10 | | |
| 698.001 | 07/26/2010 | AGL | U | B100 | E101 | 0.100 | 35.60 | Copying | 777 |
| 698.001 | 07/26/2010 | AGL | U | B100 | E211 | | 285.19 | Outside printing - Advance Digital Legal Services, LLC - 54237 | 805 |
| 698.001 | 07/26/2010 | AGL | U | B100 | E210 | | 41.86 | US Postage # Digital Legal Services, LLC - 54237 | 806 |
| | | | | Subtotal for Transaction Date 07/26/2010 | | Billable | 362.65 | | |
| 698.001 | 07/27/2010 | AGL | U | B100 | E217 | | 307.25 | Court Reporter fee Veritext New York Reporting Co. | 804 |
| | | | | Subtotal for Transaction Date 07/27/2010 | | Billable | 307.25 | | |
| 698.001 | 07/29/2010 | AGL | U | B100 | E111 | | 32.00 | Meals Sugarfoot Fine Food - working lunch for D. LeMay and R. Butler re: 7/29 hearing strategies | 795 |
| 698.001 | 07/29/2010 | AGL | U | B100 | E216 | | 42.50 | Courier Fee - Advance TriState Courier & Carriage | 798 |
| 698.001 | 07/29/2010 | AGL | U | B100 | E216 | | 6.50 | Courier Fee - Advance TriState Courier & Carriage | 799 |
| | | | | Subtotal for Transaction Date 07/29/2010 | | Billable | 81.00 | | |
| 698.001 | 07/31/2010 | AGL | U | B100 | E215 | | 23.49 | Online research LEXIS - Advance LexisNexis | 796 |
| 698.001 | 07/31/2010 | AGL | U | B100 | E215 | | 20.60 | Online research LEXIS - Advance LexisNexis | 797 |
| | | | | Subtotal for Transaction Date 07/31/2010 | | Billable | 44.09 | | |
| **Total for Client ID 698.001** | | | | | | Billable | 5,599.44 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |

**GRAND TOTALS**

| | | | | | | Billable | 5,599.44 | | |
|---|---|---|---|---|---|---|---|---|---|