# EXHIBIT B

**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
1999 Avenue of the Stars, 39th Fl.
Los Angeles, California  90067
Telephone:  (310) 407-4000
Facsimile:   (310) 407-9090
Taxpayer I.D. No. 95-4744518

KNK Tribune Examiner Account                                        August 25, 2010

For Services Rendered Through July 31, 2010

File No.:        2000

Professional Services

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|-----|
| | | | Hours | |

010 - Case Administration

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|-----|
| 7/1/2010 | KNK | Analyze correspondence from M. Barash re hearing on extension | 0.10 | 97.50 |
| | KNK | Telephone conference with N. Nastasi re exit motion | 0.10 | 97.50 |
| | KNK | Appear at hearing re extension of Examiner Report deadline (via telephone appearance) | 0.80 | 780.00 |
| | KNK | Telephone conference with M. Barash re Examiner Report extension motion | 0.10 | 97.50 |
| 7/2/2010 | KNK | Prepare correspondence to N. Nastasi re exit motion | 0.10 | 97.50 |
| 7/12/2010 | KNK | Meet with L. Bogdanoff re exit motion issues | 0.10 | 97.50 |
| | KNK | Analyze pleadings re Report deadline | 0.10 | 97.50 |
| 7/13/2010 | KNK | Telephone conference with N. Nastasi re Examiner Report and exit motion | 0.10 | 97.50 |

KNK Tribune Examiner Account                                      Page   2
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 7/14/2010 | KNK | Prepare correspondence to M. Minuti re exit motion | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Minuti re exit motion | 0.10 | 97.50 |
| 7/15/2010 | KNK | Telephone conference with B. Krakauer re information | 0.10 | 97.50 |
| | KNK | Conference call with L. Bogdanoff, N. Nastasi, and M. Minuti re emergency hearing | 0.10 | 97.50 |
| | KNK | Analyze pleadings re emergency motion | 0.20 | 195.00 |
| | KNK | Analyze correspondence from B. Krakauer re information | 0.10 | 97.50 |
| 7/16/2010 | KNK | Analyze correspondence from M. Minuti re 7/15 status conference | 0.10 | 97.50 |
| | KNK | Revise Examiner's exit motion | 2.20 | 2,145.00 |
| 7/18/2010 | KNK | Analyze correspondence from L. Bogdanoff re privilege motion | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re privilege motion | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi and L. Bogdanoff re privilege motion | 0.10 | 97.50 |
| 7/19/2010 | KNK | Analyze correspondence from M. Minuti re confidentiality motion | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re confidentiality motion | 0.10 | 97.50 |
| 7/20/2010 | KNK | Revise Motion to Unseal | 0.80 | 780.00 |
| | KNK | Telephone conference with L. Bogdanoff re Motion to Unseal | 0.10 | 97.50 |
| | KNK | Telephone conference with M. Barash re Motion to Unseal | 0.10 | 97.50 |

KNK Tribune Examiner Account                                      Page    3
File No.: 2000

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 7/22/2010 | KNK | Conference call with M. Minuti re Exit Motion and Order | 0.10 | 97.50 |
| | KNK | Revise Examiner Discharge Motion and Order | 0.30 | 292.50 |
| | KNK | Analyze correspondence from M. Minuti re Examiner Discharge Motion | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re Examiner Discharge Motion | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Examiner Discharge Motion | 0.10 | 97.50 |
| | KNK | Analyze Revisions to Examiner Discharge Motion | 0.20 | 195.00 |
| | KNK | Prepare correspondence to M. Minuti re Examiner Discharge Motion | 0.10 | 97.50 |
| 7/23/2010 | KNK | Analyze pleadings re Motion re Order to File Report Under Seal | 0.40 | 390.00 |
| | KNK | Analyze pleadings re Motion for Order Discharging Examiner | 0.30 | 292.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Discharge Motion | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Minuti re Discharge Motion | 0.10 | 97.50 |
| 7/26/2010 | KNK | Analyze pleadings re motion to authorize disclosure of Examiner's Report | 0.20 | 195.00 |
| | KNK | Analyze pleadings re motion to expedite hearing re Examiner's Report | 0.10 | 97.50 |
| | KNK | Confer with M. Barash re preparation of Report | 0.10 | 97.50 |
| | KNK | Revise reply to Debtors' motion re Report | 0.10 | 97.50 |

KNK Tribune Examiner Account                                          Page    4
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 7/26/2010 | KNK | Analyze pleadings re reply to Debtors' motion re Report | 0.10 | 97.50 |
| | KNK | Confer with L. Bogdanoff re Merrill Lynch objections | 0.10 | 97.50 |
| | KNK | Analyze L. Bogdanoff comments to Debtors' motion | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Minuti re Debtors' motion | 0.10 | 97.50 |
| | KNK | Prepare correspondence to M. Minuti re Debtors' motion | 0.10 | 97.50 |
| | KNK | Analyze pleadings re Statement of Credit Agreement Lenders re Debtors' motion re Examiner Report | 0.10 | 97.50 |
| | KNK | Analyze pleadings re Notice of Filing Report | 0.10 | 97.50 |
| 7/27/2010 | KNK | Analyze correspondence from M. Minuti re 7/29 hearing on Debtors' Motion | 0.10 | 97.50 |
| | KNK | Prepare correspondence to M. Minuti re 7/29 hearing on Debtors' Motion | 0.10 | 97.50 |
| | KNK | Analyze pleadings re Notice re 7/29 Hearing | 0.10 | 97.50 |
| | KNK | Analyze pleadings re U.S. Trustee position re hearing | 0.10 | 97.50 |
| | KNK | Analyze pleadings re Merrill Lynch statement re Debtors' Motion | 0.10 | 97.50 |
| 7/28/2010 | KNK | Analyze correspondence from M. Minuti re US Trustee position | 0.10 | 97.50 |
| 7/29/2010 | KNK | Appear at hearing re Debtors' motion re Examiner Report | 1.30 | 1,267.50 |
| | KNK | Prepare for hearing re Debtors' motion re Examiner Report | 0.20 | 195.00 |
| | KNK | Telephone conference with L. Bogdanoff re hearing on Examiner motions | 0.20 | 195.00 |

KNK Tribune Examiner Account                                        Page   5
File No.: 2000

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 7/29/2010 | KNK | Telephone conference with M. Minuti re 8/3 and 8/9 hearings issues | 0.20 | 195.00 |
| 7/30/2010 | KNK | Analyze correspondence from B. Krakauer re Response to Examiner's Exit motion | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Minuti re Response to Examiner's Exit motion | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff et al. re Response to Examiner's Exit motion | 0.10 | 97.50 |
| | | SUBTOTAL: 010 - Case Administration | 11.90 | 11,602.50 |

020 - Meetings and Communications

| | | | | |
|---|---|---|---|---|
| 7/5/2010 | KNK | Analyze correspondence from L. Bogdanoff re agenda for 7/6 call | 0.10 | 97.50 |
| | KNK | Telephone conference with L. Bogdanoff re 7/6 report call | 0.80 | 780.00 |
| | KNK | Analyze memo re 7/6 report call issues | 0.20 | 195.00 |
| 7/6/2010 | KNK | Telephone conference with M. Barash re video conference | 0.10 | 97.50 |
| | KNK | Conference call with Examiner Team re report and conclusions | 2.00 | 1,950.00 |
| | KNK | Prepare for all-hands meeting and review issues | 0.60 | 585.00 |
| 7/7/2010 | KNK | Conference call with N. Nastasi, C. Monk, C. Devlin re Report issues | 1.20 | 1,170.00 |
| | KNK | Conference call with N. Nastasi, L. Bogdanoff, J. Bonniwell re report issues | 0.40 | 390.00 |
| 7/8/2010 | KNK | Attend meeting with C. Elson re financial models | 0.20 | 195.00 |

KNK Tribune Examiner Account                                          Page   6
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 7/10/2010 | KNK | Analyze correspondence from L. Bogdanoff re filing confidential documents under seal | 0.10 | 97.50 |
| 7/12/2010 | KNK | Analyze correspondence from D. Neier re VRC documents | 0.10 | 97.50 |
| 7/14/2010 | KNK | Conference call with Examiner Team re privilege, exit, public filing, etc. | 0.50 | 487.50 |
| 7/16/2010 | KNK | Conference call with B. Krakauer and L. Bogdanoff re facts | 0.50 | 487.50 |
| | KNK | Conference call with Examiner Team | 0.40 | 390.00 |
| | KNK | Conference call with N. Nastasi, M. Minuti, L. Bogdanoff, M. Barash re sealing report | 0.20 | 195.00 |
| 7/22/2010 | KNK | Telephone conference with M. Minuti re U.S. Trustee | 0.10 | 97.50 |
| | KNK | Prepare correspondence to M. Minuti re U.S. Trustee | 0.10 | 97.50 |
| | KNK | Telephone conference with L. Bogdanoff re U.S. Trustee | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Minuti re U.S. Trustee | 0.10 | 97.50 |
| | KNK | Prepare for U.S. Trustee call and review Report | 0.30 | 292.50 |
| | KNK | Conference call with L. Bogdanoff, M. Minuti and W. Harrington re Report | 0.40 | 390.00 |
| 7/26/2010 | KNK | Telephone conference with D. Roder re Report procedures | 0.10 | 97.50 |
| | KNK | Conference call with M. Minuti, N. Nastasi, L. Bogdanoff and R. Pfister re Report | 0.30 | 292.50 |
| | KNK | Analyze correspondence from M. Minuti re chambers contact | 0.10 | 97.50 |

KNK Tribune Examiner Account                                          Page    7
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 7/26/2010 | KNK | Meet with L. Bogdanoff re creditor meetings | 0.10 | 97.50 |
| | KNK | Confer with L. Bogdanoff re D. Bernstein message | 0.10 | 97.50 |
| | KNK | Conference call with L. Bogdanoff re Report | 0.10 | 97.50 |
| | KNK | Conference call with L. Bogdanoff and D. Bernstein re Report | 0.50 | 487.50 |
| 7/27/2010 | KNK | Conference call with N. Nastasi and L. Bogdanoff and R. Pfister re confidentiality litigation | 0.10 | 97.50 |
| 7/28/2010 | KNK | Telephone conference with L. Bogdanoff re Sidley position on confidentiality | 0.10 | 97.50 |
| | | SUBTOTAL: 020 - Meetings and Communications | 10.00 | 9,750.00 |

080 - Asset Analysis and Recovery

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 7/1/2010 | KNK | Telephone conference with L. Bogdanoff re Examiner Report and interviews | 0.60 | 585.00 |
| | KNK | Prepare correspondence to N. Nastasi re crime fraud exception | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi re VRC fee | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re form of report | 0.10 | 97.50 |
| | KNK | Revise Examiner Report | 4.20 | 4,095.00 |
| 7/2/2010 | KNK | Analyze correspondence from N. Nastasi and L. Bogdanoff re highly confidential documents | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi and L. Bogdanoff re highly confidential documents | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re redacted documents | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                Page   8
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 7/2/2010 | KNK | Prepare correspondence to N. Nastasi re redacted documents | 0.10 | 97.50 |
| | KNK | Analyze reply brief (in part) | 1.80 | 1,755.00 |
| | KNK | Prepare correspondence to N. Nastasi et al. re waiver of privilege | 0.10 | 97.50 |
| | KNK | Telephone conference with L. Bogdanoff re waiver of privilege | 0.20 | 195.00 |
| | KNK | Analyze correspondence from T. Callahan re redaction issue | 0.10 | 97.50 |
| | KNK | Revise Examiner Report | 4.20 | 4,095.00 |
| | KNK | Analyze correspondence from R. Davids re Examiner Report edits | 0.10 | 97.50 |
| | KNK | Telephone conference with R. Davids re Examiner Report edits | 0.10 | 97.50 |
| | KNK | Conference call with R. Davids and M. Barash re Examiner Report edits | 0.20 | 195.00 |
| 7/3/2010 | KNK | Prepare additions to Examiner Report (Question 1) | 1.60 | 1,560.00 |
| | KNK | Revise Examiner Report Question 1 | 1.50 | 1,462.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re Examiner Report | 0.10 | 97.50 |
| | KNK | Prepare correspondence to R. Pfister re witnesses and analysis | 0.10 | 97.50 |
| 7/4/2010 | KNK | Revise Examiner Report Question 1 | 3.20 | 3,120.00 |
| | KNK | Analyze correspondence from L. Bogdanoff re officer certificates | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re officer certificates | 0.10 | 97.50 |

KNK Tribune Examiner Account                                    Page   9
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 7/4/2010 | KNK | Analyze correspondence from L. Bogdanoff re 2013-2017 projections | 0.10 | 97.50 |
| | KNK | Analyze correspondence from C. Elson re 2013-2017 projections | 0.10 | 97.50 |
| 7/5/2010 | KNK | Revise Examiner Report (Question 1) | 2.20 | 2,145.00 |
| | KNK | Analyze correspondence from R. Pfister re Gresnesko re refinancing representation | 0.10 | 97.50 |
| | KNK | Prepare correspondence to R. Pfister and L. Bogdanoff re Gresnesko refinancing representation | 0.10 | 97.50 |
| | KNK | Analyze correspondence from C. Piccorello re Kurmaniak | 0.10 | 97.50 |
| | KNK | Prepare correspondence to C. Piccorello re Kurmaniak | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Pfister re witness analysis | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re witness analysis | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Gresnesko interview | 0.10 | 97.50 |
| | KNK | Revise Examiner Report (Question 1) | 3.20 | 3,120.00 |
| | KNK | Analyze correspondence from R. Davids re revised Report | 0.10 | 97.50 |
| | KNK | Prepare correspondence to R. Davids re revised Report | 0.10 | 97.50 |
| | KNK | Telephone conference with R. Davids and J. Dinkelman re revised Report | 0.10 | 97.50 |
| 7/6/2010 | KNK | Analyze correspondence from C. Monk re witness analysis | 0.10 | 97.50 |

KNK Tribune Examiner Account                                          Page  10
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 7/6/2010 | KNK | Revise Examiner Report re preferences | 1.80 | 1,755.00 |
| | KNK | Revise Examiner Report (Question 1) | 1.90 | 1,852.50 |
| | KNK | Prepare correspondence to Examiner Team re 2012 projections | 0.10 | 97.50 |
| 7/7/2010 | KNK | Revise Examiner Report (Question 1) | 1.80 | 1,755.00 |
| | KNK | Telephone conference with L. Bogdanoff re Examiner Report issues | 0.40 | 390.00 |
| | KNK | Analyze correspondence from R. Pfister re Murray Devine documents | 0.30 | 292.50 |
| 7/8/2010 | KNK | Analyze correspondence from C. Monk re Murray Devine documents | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Murray Devine documents | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi, L. Bogdanoff, C. Monk re Malaney | 0.10 | 97.50 |
| | KNK | Analyze Kurmaniak exhibits and models | 0.50 | 487.50 |
| 7/9/2010 | KNK | Revise Examiner Report (Question 1) | 2.30 | 2,242.50 |
| | KNK | Analyze correspondence from M. Minuti re U.S. Trustee inquiry | 0.10 | 97.50 |
| | KNK | Prepare correspondence to C. Elson re Tribune model | 0.10 | 97.50 |
| | KNK | Analyze Tribune financial models | 0.40 | 390.00 |
| | KNK | Analyze memo re requirement to file opinion with SEC | 0.10 | 97.50 |
| | KNK | Telephone conference with M. Barash re confidential documents and Report redaction | 0.30 | 292.50 |
| | KNK | Revise Examiner Report (Question 1) | 3.70 | 3,607.50 |

KNK Tribune Examiner Account                                          Page  11
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 7/10/2010 | KNK | Analyze correspondence from N. Nastasi re confidential documents | 0.10 | 97.50 |
| | KNK | Prepare correspondence to N. Nastasi re confidential documents | 0.10 | 97.50 |
| | KNK | Prepare correspondence to R. Davids re Question 1 edits | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Davids re Question 1 edits | 0.10 | 97.50 |
| | KNK | Revise Examiner Report (Question 1) | 1.70 | 1,657.50 |
| | KNK | Telephone conference with R. Davids re Question 1 edits | 0.10 | 97.50 |
| | KNK | Analyze Persily transcript (in part) | 0.90 | 877.50 |
| | KNK | Confer with R. Davids re edits to Report | 0.10 | 97.50 |
| 7/11/2010 | KNK | Telephone conference with L. Bogdanoff re actual intent fraudulent transfer | 0.50 | 487.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re citing to interviews | 0.10 | 97.50 |
| | KNK | Analyze correspondence from D. Bradford re confidentiality | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re confidentiality | 0.10 | 97.50 |
| | KNK | Analyze Persily transcript (in part) | 0.20 | 195.00 |
| 7/12/2010 | KNK | Confer with L. Bogdanoff re Examiner Report | 0.10 | 97.50 |
| | KNK | Telephone conference with L. Bogdanoff re LECG findings | 0.10 | 97.50 |
| | KNK | Analyze VRC documents | 0.30 | 292.50 |
| | KNK | Revise Examiner Report Question 1 | 2.20 | 2,145.00 |

KNK Tribune Examiner Account                                    Page  12
File No.: 2000

| Date | Init. | Description | Hours | |
|------|------|-------------|-------|------|
| 7/12/2010 | KNK | Analyze notes of 12/17/07 meeting | 0.10 | 97.50 |
| | KNK | Analyze Amsden analysis | 0.20 | 195.00 |
| | KNK | Analyze Grenesko transcripts | 1.60 | 1,560.00 |
| | KNK | Analyze Whayne transcripts | 2.10 | 2,047.50 |
| | KNK | Meet with L. Bogdanoff re revisions to Report, changes | 0.20 | 195.00 |
| | KNK | Analyze Crane Kenney transcript | 0.80 | 780.00 |
| 7/13/2010 | KNK | Analyze correspondence from D. Bradford re confidential documents | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re confidential documents | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re Murray Devine documents | 0.10 | 97.50 |
| | KNK | Revise Examiner Report | 5.60 | 5,460.00 |
| | KNK | Analyze correspondence from M. Barash re Greatbanc confidential documents | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re Morgan Stanley confidential documents | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re Duff & Phelps confidential documents | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re Rustic Canyon confidential documents | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re Cantigy Foundation confidential documents | 0.10 | 97.50 |
| | KNK | Confer with L. Bogdanoff re revisions to Report | 0.20 | 195.00 |
| 7/14/2010 | KNK | Analyze correspondence from C. Monk re Petrik analysis | 0.10 | 97.50 |

KNK Tribune Examiner Account
File No.: 2000

Page 13

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 7/14/2010 | KNK | Prepare correspondence to C. Monk, L. Bogdanoff et al. re Rucker notes | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re work product | 0.10 | 97.50 |
| | KNK | Revise Examiner Report (Question One) | 4.60 | 4,485.00 |
| | KNK | Analyze Petrik analysis (in part) | 0.70 | 682.50 |
| | KNK | Analyze correspondence from N. Nastasi re Bank of America documents | 0.10 | 97.50 |
| 7/15/2010 | KNK | Revise Examiner Report (Question One) | 9.40 | 9,165.00 |
| | KNK | Analyze correspondence from D. Cantor re redacted Petrik notes | 0.10 | 97.50 |
| | KNK | Analyze revised Report (Question 1) | 0.30 | 292.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re redacted Petrik analysis | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re redacted Petrik analysis | 0.10 | 97.50 |
| | KNK | Conference call with L. Bogdanoff and N. Nastasi re Petrik analysis | 0.10 | 97.50 |
| | KNK | Telephone conference with L. Bogdanoff re Examiner Report issues | 0.20 | 195.00 |
| | KNK | Analyze correspondence from J. Ducayet re redacted documents | 0.10 | 97.50 |
| | KNK | Analyze equitable subordination insert | 0.20 | 195.00 |
| | KNK | Telephone conference with L. Bogdanoff re Examiner Report issues | 0.30 | 292.50 |
| | KNK | Analyze correspondence from N. Nastasi re Bank of America agreement | 0.10 | 97.50 |

KNK Tribune Examiner Account                                    Page  14
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|--|
| 7/16/2010 | KNK | Meet with L. Bogdanoff re Question One issues, review issues | 0.60 | 585.00 |
| | KNK | Analyze Skadden minutes entry | 0.10 | 97.50 |
| | KNK | Revise equitable subordination sections of Report | 0.40 | 390.00 |
| | KNK | Revise Report sections re knowledge of Lead Banks at Step Two | 1.40 | 1,365.00 |
| | KNK | Analyze interview log | 0.10 | 97.50 |
| | KNK | Revise introduction of Volume One of Report | 2.80 | 2,730.00 |
| | KNK | Conference call with N. Nastasi re confidential documents | 0.10 | 97.50 |
| 7/17/2010 | KNK | Analyze correspondence from L. Bogdanoff re rule of explicitness footnote | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re rule of explicitness footnote | 0.10 | 97.50 |
| | KNK | Revise  Report sections re VRC at Step Two | 3.60 | 3,510.00 |
| 7/18/2010 | KNK | Prepare correspondence to L. Bogdanoff and D. Fidler re LECG formula | 0.10 | 97.50 |
| 7/19/2010 | KNK | Confer with L. Bogdanoff re Examiner Report | 0.50 | 487.50 |
| | KNK | Revise footnote re rule of explicitness | 0.90 | 877.50 |
| | KNK | Analyze correspondence from J. Polkes re Morgan Stanley and 12/17 meeting | 0.10 | 97.50 |
| | KNK | Analyze correspondence from J. Ducayet re Bank of America document production | 0.10 | 97.50 |
| | KNK | Meet with M. Barash re confidentiality issues | 0.30 | 292.50 |
| | KNK | Meet with L. Bogdanoff re interactive projections | 0.20 | 195.00 |

KNK Tribune Examiner Account                                    Page  15
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 7/19/2010 | KNK | Revise financial advisors at Step Two narrative | 1.30 | 1,267.50 |
| | KNK | Revise Volume One summary | 0.90 | 877.50 |
| | KNK | Revise Volume Two (in part) | 0.70 | 682.50 |
| 7/20/2010 | KNK | Revise Volume Two (In Part) | 4.70 | 4,582.50 |
| | KNK | Confer with D. Brown re Volume Two cites | 0.10 | 97.50 |
| | KNK | Confer with R. Davids re edits to Volume One | 0.10 | 97.50 |
| | KNK | Analyze Appendix A to Volume Two | 2.20 | 2,145.00 |
| 7/21/2010 | KNK | Analyze correspondence from M. Minuti re disclosure of correspondence | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re disclosure of correspondence | 0.10 | 97.50 |
| | KNK | Revise insolvent subsidiary insert | 0.60 | 585.00 |
| | KNK | Revise S Corp tax benefits analysis | 0.40 | 390.00 |
| | KNK | Prepare correspondence to L. Bogdanoff re S Corp tax benefits analysis | 0.10 | 97.50 |
| | KNK | Analyze correspondence from LECG re capital adequacy analysis | 0.10 | 97.50 |
| | KNK | Revise Annex A to Volume Two (in part) | 3.40 | 3,315.00 |
| | KNK | Analyze correspondence from L. Bogdanoff re warrant exercise | 0.10 | 97.50 |
| 7/22/2010 | KNK | Revise Annex A to Volume Two (in part) | 5.50 | 5,362.50 |
| | KNK | Meet with L. Bogdanoff re Examiner Report issues (remaining open issues) | 0.20 | 195.00 |
| | KNK | Revise Report sections re capital adequacy at Step One | 0.70 | 682.50 |

KNK Tribune Examiner Account                                                    Page 16
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 7/22/2010 | KNK | Revise Report sections re capital adequacy at Step Two | 0.40 | 390.00 |
| 7/23/2010 | KNK | Telephone conference with L. Bogdanoff re confidentiality dispute | 0.10 | 97.50 |
| | KNK | Telephone conference with L. Bogdanoff re recovery assumptions | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re D. Bernstein call | 0.10 | 97.50 |
| | KNK | Analyze correspondence from D. Bernstein re call | 0.10 | 97.50 |
| | KNK | Analyze memo re recovery scenarios | 0.20 | 195.00 |
| | KNK | Revise memo re recovery scenarios | 0.50 | 487.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re edits to recovery scenario | 0.10 | 97.50 |
| 7/24/2010 | KNK | Analyze recovery analysis | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re recovery analysis | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re recovery analysis | 0.10 | 97.50 |
| | KNK | Analyze correspondence from D. Stier re JP Morgan confidential documents | 0.10 | 97.50 |
| | KNK | Analyze correspondence from D. Glazer re JP Morgan confidential documents | 0.10 | 97.50 |
| | KNK | Analyze correspondence from D. Glazer re Murray Devine | 0.10 | 97.50 |
| | KNK | Analyze correspondence from S. McPhail re Citigroup confidential documents | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Russano re Murray Devine and VRC | 0.20 | 195.00 |

KNK Tribune Examiner Account                                           Page  17
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 7/25/2010 | KNK | Telephone conference with L. Bogdanoff re Examiner Report | 0.30 | 292.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re recovery scenarios | 0.10 | 97.50 |
| | KNK | Revise Examiner Report Volume One | 1.30 | 1,267.50 |
| | KNK | Confer with L. Bogdanoff re revisions to Volume Two | 0.60 | 585.00 |
| | KNK | Analyze recovery analyses | 0.20 | 195.00 |
| | KNK | Conference call with L. Bogdanoff, C. Elson and R. McMahon re recovery scenarios and revisions | 0.30 | 292.50 |
| | KNK | Analyze disgorgement analysis | 0.20 | 195.00 |
| | KNK | Prepare correspondence to L. Bogdanoff re disgorgement analysis | 0.10 | 97.50 |
| 7/26/2010 | KNK | Telephone conference with L. Bogdanoff re recovery scenarios | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. McMahon re recovery scenarios | 0.10 | 97.50 |
| | KNK | Analyze recovery scenarios | 0.20 | 195.00 |
| | KNK | Telephone conference with L. Bogdanoff re Krakauer call | 0.10 | 97.50 |
| | KNK | Revise recovery scenarios | 0.20 | 195.00 |
| | KNK | Confer with L. Bogdanoff re recovery scenarios | 0.30 | 292.50 |
| | KNK | Conference call with C. Elson, R. McMahon and L. Bogdanoff re recovery scenarios | 0.20 | 195.00 |
| | KNK | Meet with L. Bogdanoff and D. Fidler re valuation chart | 0.10 | 97.50 |
| | KNK | Conference call with B. Krakauer and L. Bogdanoff re Report | 0.80 | 780.00 |

KNK Tribune Examiner Account                                              Page 18
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 7/26/2010 | KNK | Analyze errata sheet to Grensko and FitzSimmons | 0.10 | 97.50 |
| | KNK | Confer with R. Pfister and L. Bogdanoff re Merrill Lynch confidentiality | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Pfister and L. Bogdanoff re Merrill Lynch confidentiality | 0.10 | 97.50 |
| | KNK | Analyze final unredacted Report | 0.40 | 390.00 |
| 7/27/2010 | KNK | Analyze correspondence from N. Nastasi re Merrill Lynch confidential information | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Merrill Lynch confidential information | 0.10 | 97.50 |
| | KNK | Analyze Merrill Lynch proposed redactions | 0.10 | 97.50 |
| | KNK | Prepare correspondence to Examiner Team re revisions to Merrill Lynch proposed redactions | 0.10 | 97.50 |
| | KNK | Confer with L. Bogdanoff and R. Pfister re confidentiality litigation | 0.90 | 877.50 |
| | KNK | Analyze correspondence from N. Nastasi re Merrill Lynch | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Merrill Lynch confidentiality | 0.10 | 97.50 |
| 7/28/2010 | KNK | Telephone conference with L. Bogdanoff re Bank of America confidentiality | 0.10 | 97.50 |
| | KNK | Telephone conference with L. Bogdanoff re replacement pages | 0.10 | 97.50 |
| | KNK | Analyze Bank of America confidential documents | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff et al. re Bank of America confidential documents | 0.10 | 97.50 |

KNK Tribune Examiner Account                                        Page  19
File No.: 2000

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 7/28/2010 | KNK | Conference call with L. Bogdanoff, N. Nastasi and M. Minuti re confidentiality | 0.30 | 292.50 |
| | KNK | Telephone conference with L. Bogdanoff re replacement Report pages | 0.10 | 97.50 |
| | KNK | Analyze replacement Report pages | 0.10 | 97.50 |
| | KNK | Telephone conference with L. Bogdanoff re email address redaction | 0.10 | 97.50 |
| | KNK | Analyze Merrill Lynch proposed redactions | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff update re Bank of America confidentiality | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re interactive files | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Merrill Lynch emails | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Rule 9037 and Merrill Lynch emails | 0.10 | 97.50 |
| 7/29/2010 | KNK | Analyze correspondence from D. Cantor re Bank of America confidentiality | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Bank of America confidentiality | 0.10 | 97.50 |
| | KNK | Prepare correspondence to D. Cantor re Bank of America confidentiality | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff re Bank of America confidentiality | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re confidentiality issues | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re Examiner confidentiality issues | 0.10 | 97.50 |

KNK Tribune Examiner Account
File No.: 2000

Page  20

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|--|
| 7/31/2010 | KNK | Analyze correspondence from E. Moskowitz re Report access to Angelo Gordon | 0.10 | 97.50 |
| | KNK | Confer with L. Bogdanoff, M. Barash and R. Pfister re confidentiality issues | 0.10 | 97.50 |
| | | SUBTOTAL: 080 - Asset Analysis and Recovery | 120.00 | 117,000.00 |

096- Questions 2 & 3 (Tribune)

| | | | | |
|------|-------|-------------|-------|--|
| 7/6/2010 | KNK | Revise Examiner Report (Question Two) | 1.50 | 1,462.50 |
| | KNK | Telephone conference with B. Metcalf re preferences and Question Two | 0.20 | 195.00 |
| 7/12/2010 | KNK | Analyze correspondence from B. Metcalf re Questions Two and Three | 0.10 | 97.50 |
| 7/18/2010 | KNK | Revise Report sections Questions Two and Three | 3.20 | 3,120.00 |
| 7/20/2010 | KNK | Confer with B. Metcalf re Question Two | 0.10 | 97.50 |
| | | SUBTOTAL: 096- Questions 2 & 3 (Tribune) | 5.10 | 4,972.50 |

097- Witness interviews/discovery

| | | | | |
|------|-------|-------------|-------|--|
| 7/1/2010 | KNK | Prepare correspondence to M. Barash et al. re deposition transcripts | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re deposition transcripts | 0.10 | 97.50 |
| | KNK | Telephone conference with N. Nastasi re interview meetings | 0.10 | 97.50 |
| | KNK | Attend meeting with N. Nastasi re Taubman preparation | 1.60 | 1,560.00 |
| | KNK | Prepare for Taubman and Whayne exams and review transcripts | 1.40 | 1,365.00 |

KNK Tribune Examiner Account                                    Page 21
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 7/1/2010 | KNK | Appear at sworn interview of P. Taubman | 2.00 | 1,950.00 |
| | KNK | Attend meeting with N. Nastasi and C. Monk re case strategies and interviews | 1.10 | 1,072.50 |
| 7/2/2010 | KNK | Analyze correspondence from L. Bogdanoff re court reporter and transcript requirements | 0.10 | 97.50 |
| | KNK | Prepare for Whayne sworn interview | 1.00 | 975.00 |
| | KNK | Appear at Whayne sworn interview | 3.00 | 2,925.00 |
| 7/5/2010 | KNK | Analyze correspondence from J. Bendernagle re Grenesko exam | 0.10 | 97.50 |
| | KNK | Analyze correspondence from N. Nastasi re Grenesko exam | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re LECG video capacity | 0.10 | NO CHARGE |
| | KNK | Prepare correspondence to N. Nastasi re Kurmaniak | 0.10 | 97.50 |
| | KNK | Prepare correspondence to J. Bendernagle re call on Grenesko | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Grenesko exam | 0.10 | 97.50 |
| 7/6/2010 | KNK | Analyze correspondence from C. Piccarello re video conference (Kurmaniak) | 0.10 | 97.50 |
| | KNK | Analyze Kurmaniak outline and review file | 1.30 | 1,267.50 |
| | KNK | Analyze Kurmaniak exhibits (in part) | 0.70 | 682.50 |
| 7/7/2010 | KNK | Prepare for Kurmaniak exam | 0.50 | 487.50 |
| | KNK | Appear at Kurmaniak exam (by video) | 3.00 | 2,925.00 |
| | KNK | Conference call with C. Monk et al. re Kurmaniak preparation | 1.00 | 975.00 |

KNK Tribune Examiner Account                                        Page  22
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|-----|
| 7/7/2010 | KNK | Attend meeting with N. Nastasi and J. Bonniwell re Larsen | 0.90 | 877.50 |
| | KNK | Appear at Larsen exam | 2.00 | 1,950.00 |
| | KNK | Attend meeting with N. Nastasi and J. Bonniwell re Kenney preparation | 0.20 | 195.00 |
| | KNK | Attend meeting with N. Nastasi, J. Monahan et al. re Petrik preparation | 0.80 | 780.00 |
| | KNK | Attend meeting with N. Nastasi and M. Minuti re Kaplan preparation | 1.00 | 975.00 |
| | KNK | Prepare correspondence to R. Pfister re Murray Devine questions | 0.10 | 97.50 |
| 7/8/2010 | KNK | Prepare for Petrik exam | 0.70 | 682.50 |
| | KNK | Appear at Petrik exam | 3.00 | 2,925.00 |
| | KNK | Prepare for Kaplan exam | 0.90 | 877.50 |
| | KNK | Appear at Kaplan exam | 2.70 | 2,632.50 |
| | KNK | Prepare for Grenesko exam | 0.30 | 292.50 |
| | KNK | Appear at Grenesko exam | 1.80 | 1,755.00 |
| | KNK | Prepare for Kenney exam | 0.30 | 292.50 |
| | KNK | Appear at Kenney exam | 1.80 | 1,755.00 |
| 7/9/2010 | KNK | Prepare for Murray Devine exam | 0.90 | 877.50 |
| | KNK | Appear at Murray Devine exam | 4.40 | 4,290.00 |
| 7/14/2010 | KNK | Prepare correspondence to L. Bogdanoff et al. re subpoena | 0.10 | 97.50 |
| | | SUBTOTAL: 097- Witness interviews/discovery | 39.60 | 38,512.50 |

KNK Tribune Examiner Account                                      Page  23
File No.: 2000

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|

**900 - Non-Working Travel (50% Rate)**

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 7/2/2010 | KNK | Travel from New York to Los Angeles after interviews | 2.80 | 1,365.00 |
| 7/6/2010 | KNK | Travel from Los Angeles to Chicago for interviews | 2.80 | 1,365.00 |
| 7/9/2010 | KNK | Travel from Chicago to Philadelphia for interviews | 2.10 | 1,023.75 |
| | KNK | Travel from Philadelphia to Los Angeles after interviews | 6.80 | 3,315.00 |
| | | SUBTOTAL: 900 - Non-Working Travel (50% Rate) | 14.50 | 7,068.75 |
| | | Professional Services Rendered | 201.10 | $188,906.25 |
| | | Professional Services Rendered | 201.10 | $188,906.25 |

**Timekeeper Summary**

| Name | Hours | Rate | |
|------|-------|------|---|
| Kenneth N. Klee - Partner | 201.00 | 975.00 | $188,906.25 |
| Kenneth N. Klee - Partner | 0.10 | 0.00 | $0.00 |