# EXHIBIT C

EXHIBIT C

Summary of Expenses
(July 1, 2010 Through July 31, 2010)

| | |
|---|---:|
| Telephone - Court Call Appearance | $30.00 |
| Travel - Meals | $191.27 |
| Travel - Hotel | $2,730.77 |
| Travel - Airfare | $5,469.40 |
| Travel - Cabs, Etc. | $101.00 |
| | $8,522.44 |

EXHIBIT C

List of Itemized Expenses
(July 1, 2010 Though July 31, 2010)

| Transaction ID | Date | Quantity | Price | Amount | Activity Code | Description |
|---|---|---|---|---|---|---|
| 503765 | 7/2/2010 | 1 | $1,107.08 | $1,107.08 | Other travel | K. Klee's stay at the Grand Hyatt New York, 6/30-7/2/10 |
| 503766 | 7/2/2010 | 1 | $60.00 | $60.00 | Meals | Meal for K. Klee at Grand Hyatt New York for trip re Tribune, 6/30/10 |
| 503767 | 7/2/2010 | 1 | $60.00 | $60.00 | Meals | Meal for K. Klee at Grand Hyatt New York for trip re Tribune, 7/1/10 |
| 504406 | 7/12/2010 | 1 | $1,623.69 | $1,623.69 | Other travel | K. Klee's stay at the Renaissance Chicago Downtown Hotel re Tribune, 7/6-7/9/10 |
| 504407 | 7/12/2010 | 1 | $20.32 | $20.32 | Meals | Meals for K. Klee in Chicago re Tribune, 7/6/10 |
| 504408 | 7/12/2010 | 1 | $50.95 | $50.95 | Meals | Meal for K. Klee in Chicago re Tribune, 7/7/10 |
| 505921 | 7/19/2010 | 1 | $30.00 | $30.00 | Telephone | Court Fees - CourtCall appearance for K. Klee, 4/9/10 |
| 506280 | 7/21/2010 | 1 | $2.00 | $2.00 | Other travel | K. Klee's tip for cab fare in Chicago re Tribune interviews, 6/29/10 |
| 506281 | 7/21/2010 | 1 | $14.00 | $14.00 | Other travel | K. Klee's tip for cab fare in Chicago re Tribune interviews, 7/1/10 |
| 506282 | 7/21/2010 | 1 | $9.00 | $9.00 | Other travel | K. Klee's cab fare in Chicago re Tribune interviews, 7/2/10 |
| 506283 | 7/21/2010 | 1 | $42.00 | $42.00 | Other travel | K. Klee's cab fare in Chicago re Tribune interviews, 7/6/10 |
| 506284 | 7/21/2010 | 1 | $5.00 | $5.00 | Other travel | K. Klee's tip for cab fare in Chicago re Tribune interviews, 7/6/10 |
| 506285 | 7/21/2010 | 1 | $5.00 | $5.00 | Other travel | K. Klee's cab fare in Chicago re Tribune interviews, 7/7/10 |
| 506286 | 7/21/2010 | 1 | $8.00 | $8.00 | Other travel | K. Klee's cab fare in Chicago re Tribune interviews, 7/8/10 |
| 506287 | 7/21/2010 | 1 | $2.00 | $2.00 | Other travel | K. Klee's tip for cab fare in Chicago re Tribune interviews, 7/8/10 |
| 506288 | 7/21/2010 | 1 | $14.00 | $14.00 | Other travel | K. Klee's tip for cab fare in Chicago re Tribune interviews, 7/9/10 |
| 506999 | 7/27/2010 | 1 | $1,473.40 | $1,473.40 | Other travel | K. Klee's roundtrip coach airfare, LAX/JFK/LAX, 6/29-7/2/10 re Tribune |
| 508257 | 7/31/2010 | 1 | $875.10 | $875.10 | Other travel | K. Klee's coach fare roundtrip on American Airlines, LAX/ORD/LGA/ORD/LAX, 6/20-6/25 |
| 508258 | 7/31/2010 | 1 | $205.40 | $205.40 | Other travel | K. Klee's coach fare roundtrip on United Airlines, CHI/PHL/CHI, 6/22-6/23 |
| 508259 | 7/31/2010 | 1 | $1,473.40 | $1,473.40 | Other travel | K. Klee's roundtrip coach fare on American Airlines, LAX/JFK/LAX re Tribune, 6/29-7/2 |
| 508260 | 7/31/2010 | 1 | $396.70 | $396.70 | Other travel | K. Klee's one way coach fare on American Airlines, LAX/ORD, 7/6/10 |
| 508261 | 7/31/2010 | 1 | $789.70 | $789.70 | Other travel | K. Klee's one way coach fare on United Airlines, PHL/LAX, 7/9/10 |
| 508262 | 7/31/2010 | 1 | $255.70 | $255.70 | Other travel | K. Klee's one-way coach fare on American Airlines, ORD/PHL, 7/9 |