# EXHIBIT C

EXHIBIT C

Summary of Expenses
(July 1, 2010 Through July 31, 2010)

| | |
|---|---|
| Duplicating | $6,767.40 |
| Court Fee | $389.52 |
| Messenger Costs | $145.34 |
| Online Research - Lexis Nexis | $6,137.98 |
| Online Research - Westlaw | $321.01 |
| Parking | $57.00 |
| Telephone including Conference Calls | $105.53 |
| Travel - Hotel | $762.49 |
| Travel - Airfare | $2,671.40 |
| Travel - Other | $24.90 |
| | $17,382.57 |

EXHIBIT C

List of Itemized Expenses
(July 1, 2010 Through July 31, 2010)

| Transaction ID | Date | Quantity | Price | Amount | Activity Code | Description |
|---|---|---|---|---|---|---|
| 504132 | 7/7/2010 | 1 | $3.98 | $3.98 | Telephone | AT&T telephone calls, 5/11-6/10/10 |
| 504628 | 7/13/2010 | 1 | $83.47 | $83.47 | TelCC | Telephone conference call - Premiere Global Services for M. Barash, 6/18-7/2/10 |
| 504763 | 7/13/2010 | 1 | $1.12 | $1.12 | TelCC | Telephone conference call - Premiere Global Services for M. Heyn, 6/25/10 |
| 504764 | 7/13/2010 | 1 | $16.96 | $16.96 | TelCC | Telephone conference call - Premiere Global Services for D. Fidler, 6/8/10 |
| 504780 | 7/14/2010 | 1 | $146.26 | $146.26 | Legal Research | Online Research - Lexis Nexis for M. Barash, June 2010 |
| 504781 | 7/14/2010 | 1 | $2,666.11 | $2,666.11 | Legal Research | Online Research - Lexis Nexis for L. Bogdanoff, June 2010 |
| 504782 | 7/14/2010 | 1 | $613.95 | $613.95 | Legal Research | Online Research - Lexis Nexis for D. Brown, June 2010 |
| 504783 | 7/14/2010 | 1 | $32.54 | $32.54 | Legal Research | Online Research - Lexis Nexis for D. Fidler, June 2010 |
| 504790 | 7/14/2010 | 1 | $698.25 | $698.25 | Legal Research | Online Research - Lexis Nexis for M. Heyn, June 2010 |
| 504792 | 7/14/2010 | 1 | $6.76 | $6.76 | Legal Research | Online Research - Lexis Nexis for M. Larssen, June 2010 |
| 504793 | 7/14/2010 | 1 | $589.39 | $589.39 | Legal Research | Online Research - Lexis Nexis for B. Metcalf, June 2010 |
| 504794 | 7/14/2010 | 1 | $491.14 | $491.14 | Legal Research | Online Research - Lexis Nexis for J. Nadeau, June 2010 |
| 504798 | 7/14/2010 | 1 | $209.23 | $209.23 | Legal Research | Online Research - Lexis Nexis for S. Pearson, June 2010 |
| 504803 | 7/14/2010 | 1 | $194.61 | $194.61 | Legal Research | Online Research - Lexis Nexis for D. Stern, June 2010 |
| 504806 | 7/14/2010 | 1 | $489.74 | $489.74 | Legal Research | Online Research - Lexis Nexis for K. Zwicker, June 2010 |
| 505177 | 7/14/2010 | 1 | $47.76 | $47.76 | Messenger | Outside Messenger Service - Federal Express from KTBS to K. Klee in Chicago, 6/16/10 |
| 505180 | 7/14/2010 | 1 | $19.58 | $19.58 | Messenger | Outside Messenger Service - Federal Express from KTBS to ------ residence, 6/17/10 |
| 505193 | 7/13/2010 | 1 | $87.26 | $87.26 | Legal Research | Online Research - Westlaw for M. Heyn, 6/9/10 |
| 505194 | 7/13/2010 | 1 | $233.75 | $233.75 | Legal Research | Online Research - Westlaw for D. Brown, 6/8-6/15/10 |
| 505470 | 7/15/2010 | 1 | $345.52 | $345.52 | Court Fee | Court Fees - Pacer, 4/1/10-6/30/10 |
| 505919 | 7/19/2010 | 1 | $44.00 | $44.00 | Court Fee | Court Fees - CourtCall appearance for M. Barash, 7/9/10 |
| 505999 | 7/19/2010 | 1 | $1,123.40 | $1,123.40 | Other travel | L. Bogdanoff's roundtrip flight, LAX/ORD/LAX (coach fare) re Tribune, 7/1-7/2/10 |
| 506000 | 7/19/2010 | 1 | $57.00 | $57.00 | Parking | Parking for L. Bogdanoff for trip to Chicago re Tribune, 7/2/10 |
| 506002 | 7/19/2010 | 1 | $323.59 | $323.59 | Other travel | L. Bogdanoff's hotel stay at the Renaissance Hotel, 7/1-7/2/10 |
| 506814 | 7/26/2010 | 1 | $34.50 | $34.50 | Messenger | Outside Messenger Service - KTBS to ------ residence, U.S. Legal Management Services, 7/9/10 |
| 506815 | 7/26/2010 | 1 | $43.50 | $43.50 | Messenger | Outside Messenger Service - KTBS to ------ residence, U.S. Legal Management Services, 7/9/10 |
| 507791 | 7/31/2010 | 67674 | $0.10 | $6,767.40 | Dup10 | Duplicating - July 2010 |
| 507949 | 7/31/2010 | 1 | $1,548.00 | $1,548.00 | Other travel | R. Pfister's coach roundtrip airfare on Continental Airlines re Tribune, LAX/PHL/LAX, 8/4-8/5/10 |
| 507950 | 7/31/2010 | 1 | $12.45 | $12.45 | Other travel | R. Pfister's mileage from residence to LAX @ 24.9 miles for trip to Philadelphia re Tribune, 7/28/10 |
| 507951 | 7/31/2010 | 1 | $438.90 | $438.90 | Other travel | R. Pfister's stay at the Hotel Dupont re hearing on motion for Tribune, 7/28-7/29/10 |
| 507952 | 7/31/2010 | 1 | $12.45 | $12.45 | Other travel | R. Pfister's mileage from LAX to residence @ 24.9 miles for trip to Philadelphia re Tribune, 7/29/10 |