# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: September 15, 2010 at 4:00 pm (EDT)**<br>**Hearing Date:  Only if objection filed** |

## SIXTEENTH MONTHLY APPLICATION OF STUART MAUE AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2010 THROUGH JULY 31, 2010

Stuart Maue, Fee Examiner to the Court, hereby submits this Sixteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2010 Through July 31, 2010 (the "**Application**").  In support thereof, Stuart Maue respectfully states the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

## BACKGROUND

1.       On December 8, 2008 (the "**Petition Date**"), the above-captioned debtors and debtors-in-possession (the "**Debtors**") commenced these bankruptcy cases by each filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.*, (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). On December 10, 2008, the Court consolidated the Debtors' chapter 11 cases for procedural purposes only.

2.       The Debtors have continued in possession of their respective properties and continued to operate and maintain their business as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.

3.       On March 19, 2009, the Court entered the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") appointing Stuart Maue as fee examiner *nunc pro tunc* to February 20, 2009.

4.       The Fee Examiner Order provides that Stuart Maue shall be compensated on an hourly basis and be reimbursed for actual and necessary expenses incurred on a direct-cost basis.

5.       Stuart Maue has not shared or agreed to share any compensation paid in this case with any other person, other than as permitted by Section 504 of the Bankruptcy Code.

## JURISDICTION AND VENUE

6.       This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this proceeding and the Application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (M).

7.       The statutory bases for relief requested herein are Bankruptcy Code Sections 105(a), 330, and 331.

## BASIS FOR THE APPLICATION

8.      Subject to Court approval, Stuart Maue seeks payment for compensation on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Stuart Maue during the period from July 1, 2010 through July 31, 2010 (the "**Application Period**"). The hourly rates charged by Stuart Maue during the Application Period are no greater than the customary hourly rates charged to Stuart Maue's bankruptcy and non-bankruptcy clients.

9.      A summary of the hours spent, the names of each professional rendering services during the Application Period, the regular customary billing rates, and the total value of time incurred by each of the Stuart Maue professionals rendering services to the Court is attached as **Exhibit A**. A copy of the computer generated time entries reflecting the time recorded for the services is attached as **Exhibit B**. A statement of expenses incurred by Stuart Maue during the Application Period is attached as **Exhibit C**. All time entries and requested expense are in compliance with Local Rule 2016-2.

10.     On January 15, 2009, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members Pursuant to 11 U.S.C. §§ 105(a) and 331* [Docket No. 225] (the "**Interim Compensation Order**"). Pursuant to the Interim Compensation Order, Stuart Maue and other professionals are authorized to file and to serve upon the Debtors and the parties identified in the Interim Compensation Order monthly fee applications with respect to their fees and expenses. After the expiration of a twenty (20) day objection period, the Debtors are authorized to promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the monthly fee application, unless an objection has been lodged against specific fees and/or expenses or the Court otherwise orders.

11.     In accordance with the Interim Compensation Order, Stuart Maue has filed and served upon the Debtors and other parties identified in the Interim Compensation Order this Application with respect to fees and expenses incurred during the Application Period. During the Application Period, Stuart Maue incurred fees of $64,875.00 and expenses in the amount of $344.07.

12.     Stuart Maue has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services.

13.     Stuart Maue has not shared, nor agreed to share, (a) any compensation received or that may be received with another party or person, other than with the employees of Stuart Maue, or (b) any compensation another person or party has received or may receive. No promises have been received by Stuart Maue as to compensation other than in accordance with the Bankruptcy Code.

14.     All services and costs for which compensation is requested by Stuart Maue in this Application were reasonable and necessary and were performed for the benefit of the Court.

## SUMMARY OF SERVICES RENDERED

15.     The Court appointed the Fee Examiner to analyze interim and final fee applications filed by case professionals subject to the Interim Compensation Order and the Fee Examiner Order.

16.     When Stuart Maue receives an interim fee application and electronic invoice data from a case professional, the initial step is the creation of a database that attorneys and accountants use to perform their analysis. Stuart Maue utilizes proprietary software for the specific purpose of managing, analyzing, and reporting on legal fees and expenses. The software allows Stuart Maue to view the entries in various formats (*i.e.*, chronologically, sorted by timekeeper, sorted by matter or project); to perform searches; to group phases, projects, tasks, activities, and expense categories; and to generate exhibits of relevant time or expense entries.

17.     After each database is populated with the fee and expense entries, a Stuart Maue accountant performs a series of activities to balance the database and reconcile the data to the hard copy of the fee application. This process includes verification and reconciliation of information including timekeepers (the timekeeper identifier, position, hourly rates(s)), matters/projects, task hour allocation, embedded time (time allocated to specific activities in an otherwise block billed entry), descriptions of entry codes utilized by the case professional, hourly rate increases, expense categories, and expense documentation. In addition to identifying and quantifying any calculation errors in the fee application, the reconciliation process identifies missing or incomplete data.

18.     Stuart Maue attorneys then perform detailed analysis of the fees and underlying time entries. The attorneys review the fee application, the retention application and retention order, and other documents relevant to the case professional. With the aid of proprietary software, Stuart Maue attorneys

perform a line-by-line review of the invoice data for compliance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**"). In addition, the attorneys review the application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards. While the identification of certain billing issues – such as duplicative time entries or fees invoiced by summer associates – may be flagged either by computer software or a manual review of the fee applications, most entries that may not comply with applicable guidelines or other relevant authority require qualitative analysis of the invoice data by an experienced attorney.

19.    The expense items in each fee application are reviewed by a Stuart Maue accountant for compliance with the Local Rules and UST Guidelines. Stuart Maue's software assists in the identification of several issues related to expenses, including mathematical errors, verification of proper rates (photocopies, facsimile), and pre-retention date expenses. However, other expenses require detailed review by an accountant, such as the application of cost caps to meal charges, identification of questionable travel costs, identification of firm overhead, and analysis of vaguely described disbursements.

20.    Upon completion of the fee and expense analysis, Stuart Maue prepares a detailed preliminary report of our findings that includes an explanation of the billing issues and exhibits of the fee or expense entries in question. The preliminary report is provided to the case professional, and the firm is invited to respond with additional information, detail, or support for the fees and expenses incurred. In addition to reviewing the written response from the case professional (which often includes exhibits, revised time entries, and/or supporting documentation for expenses), Stuart Maue attorneys often engage in discussions with the professionals. After consideration of the firm's response, Stuart Maue prepares a

final report for the Court that includes recommendations regarding the fees and expenses requested in the interim fee applications.

## COMPENSATION REQUESTED

21.     Stuart Maue expended 232.40 hours during the Application Period in furtherance of work performed on behalf of the Court.  Stuart Maue requests allowance of compensation in the amount of $64,875.00 for services performed as Fee Examiner at a blended hourly rate of $279.15.  Pursuant to the Interim Compensation Order, Stuart Maue requests payment of 80% of the total fees requested; the amount of $51,900.00.  None of the requested fees detailed herein have been paid.

## REIMBURSEMENT OF EXPENSES

22.     During the Application Period, Stuart Maue incurred certain necessary expenses in rendering services as Fee Examiner to the Court; the expenses are displayed in Exhibit C.  Consistent with the Local Rules and the Guidelines, Stuart Maue charged $0.10 per page for in-house document duplication.

23.     Stuart Maue seeks reimbursement for its reasonable, necessary, and actual expenses incurred during the Application Period in the total amount of $344.07.

## NOTICE

24.     Notice of this Application has been served upon the Notice Parties specified in the Interim Compensation Order.  In accordance with the terms of the Interim Compensation Order, Stuart Maue respectfully submits that no other or further notice is required.

**WHEREFORE**, Stuart Maue respectfully requests that the Court (i) grant the Application; and (ii) grant such other and further relief as this Court may deem just and proper.

DATED:    August 26, 2010
          Saint Louis, Missouri

                              **STUART MAUE**

                              By: _____
                                   W. Andrew Dalton
                                   3840 McKelvey Road
                                   St. Louis, Missouri  63044
                                   Telephone:   (314) 291-3030
                                   Facsimile:   (314) 291-6546
                                   tribunebkr@smmj.com

                                   *Fee Examiner*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: September 15, 2010 at 4:00 pm (EDT)**<br>**Hearing Date:  Only if objection filed** |

## CERTIFICATION OF W. ANDREW DALTON

I, W. Andrew Dalton, hereby certify that:

1.      I am Vice President and Director of Legal Audit at Stuart Maue, Fee Examiner in the

above-captioned bankruptcy cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.    This Certification is made in support of the Sixteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2010 Through July 31, 2010 (the "**Application**") and in compliance with Local Rule 2016-2 (the "**Rule**") and with the United States Trustee's Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "**UST Guidelines**").

3.    I have read the Application and I certify that the Application substantially complies with the Rule and the UST Guidelines.

DATED:    August 26, 2010
          Saint Louis, Missouri

                    **STUART MAUE**

            By:    _____
                    W. Andrew Dalton
                    3840 McKelvey Road
                    St. Louis, Missouri  63044
                    Telephone:  (314) 291-3030
                    Facsimile:  (314) 291-6546
                    tribunebkr@smmj.com

                    *Fee Examiner*

- 2 -

# Exhibit A

Exhibit A

## SUMMARY OF TIME AND FEES BY PROFESSIONAL

| Name of Professional | Position | Hourly Billing Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| Dave Brown | Senior Legal Auditor | $275.00 | 68.60 | $18,865.00 |
| W. Andrew Dalton | Manager | $325.00 | 19.30 | $6,272.50 |
| Kathryn Hough | Senior Legal Auditor | $275.00 | 54.90 | $15,097.50 |
| Tami Z. Morrissey | Senior Legal Auditor | $275.00 | 17.00 | $4,675.00 |
| Pamela S. Snyder | Senior Legal Auditor | $275.00 | 67.90 | $18,672.50 |
| Kathy C. Tahan | Senior Legal Auditor | $275.00 | 4.70 | $1,292.50 |
| | | Total: | 232.40 | $64,875.00 |
| | | Blended Hourly Rate: | $279.15 | |

## COMPENSATION BY PROJECT CATEGORY

| Description | Total Hours | Total Fees |
|---|---|---|
| Fee Examination | 229.80 | $64,030.00 |
| Stuart Maue Retention/Compensation | 2.60 | $845.00 |

## INTERIM EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Photocopies (2,363 copies @ $0.10 per page) | $236.30 |
| Postage | $107.77 |
| Total | $344.07 |

# Exhibit B

Exhibit: B

## STUART/MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1028035**
**Matter Number: 1028035**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/19/2010 | DB | 2.40 | Analysis of fee entries for compliance with guidelines. | 660.00 |
| 07/20/2010 | DB | 2.80 | Drafting preliminary audit report. | 770.00 |
| 07/27/2010 | PSS | 1.40 | Preparation of exhibits to accompany preliminary report and verification of amounts. | 385.00 |
| | | **6.60** | | **$1,815.00** |

**Exhibit: B**

# STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1028035**
**Matter Number: 1028035**
**Firm: AlixPartners, LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 07/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 5.20 | = | $1,430.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.40 | = | $385.00 |
| | | **Total for Legal Auditors:** | | 6.60 | | $1,815.00 |
| | | **Total Hours Worked:** | | 6.60 | | |
| | | **Total Hours Billed:** | | 6.60 | | $1,815.00 |



**Invoice Date:** 08/25/2010
**Invoice Number:** R905 - 1025499
**Matter Number:** 1025499
**Firm:** Chadbourne & Parke LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/14/2010 | PSS | 0.20 | Prepare a revised Clerical Exhibit to accompany the final report. | 55.00 |
| 07/14/2010 | WD | 1.70 | Review Chadbourne's response to the preliminary report as well as the underlying time entries. | 552.50 |
| | | 0.10 | E-mail to Doug Deutsch regarding revised exhibit of apparently clerical activities. | 32.50 |
| | | 0.10 | Exchange e-mail with Doug Deutsch regarding pending final report. | 32.50 |
| | | 0.30 | Telephone conference with Doug Deutsch regarding fee and expense issues in third interim application. | 97.50 |
| | | 0.40 | Review and revise classification of clerical fee entries. | 130.00 |
| | | 0.80 | Begin drafting and revising final report. | 260.00 |
| 07/15/2010 | WD | 0.20 | Telephone call with Doug Deutsch regarding clerical time entries. | 65.00 |
| 07/19/2010 | WD | 1.60 | Draft and edit Fee Examiner's Final Report for third interim application. | 520.00 |
| | | 2.10 | Revise and verify fee entry classification based upon communications with the firm. | 682.50 |
| 07/20/2010 | WD | 1.60 | Revision and verification of time entry classification based upon communication with Chadbourne. | 520.00 |
| | | 1.90 | Draft, revise, and finalize Fee Examiner's Final Report. | 617.50 |
| 07/21/2010 | PSS | 1.00 | Preparation of final exhibits and Appendix A to accompany final report. | 275.00 |
| | | 0.30 | Final review of final report and verification of amounts. | 82.50 |
| | | **12.30** | | **$3,922.50** |



**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1025499**
**Matter Number: 1025499**
**Firm: Chadbourne & Parke LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2010** | | | | |
| **Legal Auditors** | | | | |
| W. Andrew Dalton | WD | 325.00 x | 10.80 = | $3,510.00 |
| Pamela S. Snyder | PSS | 275.00 x | 1.50 = | $412.50 |
| | **Total for Legal Auditors:** | | 12.30 | **$3,922.50** |
| | **Total Hours Worked:** | | 12.30 | |
| | **Total Hours Billed:** | | 12.30 | **$3,922.50** |

Exhibit: B

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1027315**
**Matter Number: 1027315**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/26/2010 | DB | 0.80 | Drafting background section with reference to retention materials. | 220.00 |
| | | 4.40 | Analysis of timekeeper roles for potential duplicaiton of effort and questionable timekeepers. | 1,210.00 |
| 07/29/2010 | DB | 2.80 | Continued analysis of timekeeper roles. | 770.00 |
| | | **8.00** | | **$2,200.00** |

**Exhibit: B**

## STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1027315**
**Matter Number: 1027315**
**Firm: Chadbourne & Parke LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 X | 8.00 = | $2,200.00 |
| | | **Total for Legal Auditors:** | **8.00** | **$2,200.00** |
| | | **Total Hours Worked:** | **8.00** | |
| | | **Total Hours Billed:** | **8.00** | **$2,200.00** |



STUART MAUE
LEGAL COST √ MANAGEMENT

Invoice Date: 08/25/2010
Invoice Number: R905 - 1028096
Matter Number: 1028096
Firm: Chadbourne & Parke LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/07/2010 | PSS | 1.80 | Reconcile fees in database to fees requested in monthly applications. | 495.00 |
| 07/08/2010 | PSS | 7.20 | Continue to reconcile fees in database to fees requested in monthly applications. | 1,980.00 |
| 07/12/2010 | KH | 2.50 | Analysis and categorization of fees for Sixth Quarterly Fee Application. | 687.50 |
| 07/12/2010 | PSS | 3.70 | Review of expenses requested in application and draft expense section of the report. | 1,017.50 |
| | | 3.50 | Continue to reconcile fees in database to fees requested in monthly applications. | 962.50 |
| 07/13/2010 | KH | 7.40 | Continued analysis and categorization of fees entries. | 2,035.00 |
| 07/13/2010 | PSS | 0.10 | Finish review of expenses requested in application and drafting of expense section of the report. | 27.50 |
| 07/14/2010 | KH | 7.70 | Continue analysis and categorization of fees for compliance with Local Rules and UST Guidelines. | 2,117.50 |
| 07/15/2010 | KH | 1.10 | Analysis and categorization of fees entries of Y. Young. | 302.50 |
| 07/27/2010 | KH | 2.60 | Analyze and categorize time entries of various timekeepers submitted in Sixth Interim Fee Application. | 715.00 |
| 07/28/2010 | KH | 4.30 | Analyze and categorize fees invoiced by D. Deutsch. | 1,182.50 |
| | | 0.60 | Analyze and categorize activities and projects for various timekeepers. | 165.00 |
| 07/29/2010 | KH | 1.60 | Analyze and categorize fee entries for billing issues. | 440.00 |
| 07/30/2010 | KH | 3.70 | Analyze task descriptions for potentially inappropriate multiple attendance at non-firm conferences. | 1,017.50 |
| | | 4.30 | Analyze and categorize time entries for compliance with the Local Rule and UST Guidelines. | 1,182.50 |
| | | **52.10** | | **$14,327.50** |

Exhibit: B

## STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1028096**
**Matter Number: 1028096**
**Firm: Chadbourne & Parke LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Kathryn Hough | KH | 275.00 x | 35.80 = | $9,845.00 |
| Pamela S. Snyder | PSS | 275.00 x | 16.30 = | $4,482.50 |
| | | **Total for Legal Auditors:** | 52.10 | $14,327.50 |
| | | **Total Hours Worked:** | 52.10 | |
| | | **Total Hours Billed:** | 52.10 | $14,327.50 |

**Exhibit: B**

## STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1027395**
**Matter Number: 1027395**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/06/2010 | PSS | 0.30 | Final review of preliminary report and exhibits and verification of amounts. | 82.50 |
| | | 0.50 | Review of preliminary report and exhibits and verification of amounts. | 137.50 |
| | | **0.80** | | **$220.00** |

## STUART MAUE
### LEGAL COST MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1027395**
**Matter Number: 1027395**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 07/31/2010**

**Legal Auditors**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| Pamela S. Snyder | PSS | 275.00 x | 0.80 = | $220.00 |
| Total for Legal Auditors: | | | 0.80 | $220.00 |
| Total Hours Worked: | | | 0.80 | |
| Total Hours Billed: | | | 0.80 | $220.00 |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1027396**
**Matter Number: 1027396**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/06/2010 | DB | 3.00 | Analysis of fee and expense entries. | 825.00 |
| | | 0.70 | Reviewed fee application materials in advance of reviewing fees and drafting report. | 192.50 |
| 07/13/2010 | DB | 2.10 | Continued analysis of fee and expense entries for purposes of drafting preliminary report. | 577.50 |
| 07/14/2010 | DB | 3.20 | Drafting preliminary report. | 880.00 |
| 07/26/2010 | PSS | 1.20 | Review of preliminary report and verification of amounts, including preparation of accompanying exhibits. | 330.00 |
| | | **10.20** | | **$2,805.00** |

## STUART/MAUE
LEGAL COST ∨ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1027396**
**Matter Number: 1027396**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 07/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 9.00 | = | $2,475.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.20 | = | $330.00 |
| | **Total for Legal Auditors:** | | | 10.20 | | $2,805.00 |
| | **Total Hours Worked:** | | | 10.20 | | |
| | **Total Hours Billed:** | | | 10.20 | | $2,805.00 |

**Exhibit: B**

## STUART/MAUE
LEGAL COST ∨ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1028195**
**Matter Number: 1028195**
**Firm: Daniel J. Edelman, Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/21/2010 | PSS | 0.70 | Reconcile fees in database to fees requested in interim application. | 192.50 |
| | | **0.70** | | **$192.50** |

## STUART MAUE
### LEGAL COST MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1028195**
**Matter Number: 1028195**
**Firm: Daniel J. Edelman, Inc.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 07/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 0.70 | = | $192.50 |
| **Total for Legal Auditors:** | | | | 0.70 | | $192.50 |
| **Total Hours Worked:** | | | | 0.70 | | |
| **Total Hours Billed:** | | | | 0.70 | | $192.50 |

# STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1025835**
**Matter Number: 1025835**
**Firm: Deloitte & Touche LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/20/2010 | WD | 0.40 | Draft Fee Examiner's Final Report. | 130.00 |
| 07/21/2010 | WD | 1.30 | Continue drafting Fee Examiner's Final Report. | 422.50 |
| 07/22/2010 | PSS | 0.10 | Final review of final report and verification of amounts. | 27.50 |
| | | 0.40 | Preparation of final exhibits and Appendix A to accompany final report. | 110.00 |
| 07/22/2010 | WD | 0.70 | Complete Fee Examiner's Final Report. | 227.50 |
| | | **2.90** | | **$917.50** |

**Exhibit: B**

*STUART/MAUE*
LEGAL COST / MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1025835**
**Matter Number: 1025835**
**Firm: Deloitte & Touche LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2010** | | | | |
| **Legal Auditors** | | | | |
| W. Andrew Dalton | WD | 325.00 X | 2.40 = | $780.00 |
| Pamela S. Snyder | PSS | 275.00 X | 0.50 = | $137.50 |
| | | **Total for Legal Auditors:** | 2.90 | $917.50 |
| | | **Total Hours Worked:** | 2.90 | |
| | | **Total Hours Billed:** | 2.90 | $917.50 |

**Exhibit: B**

### STUART/MAUE
LEGAL COST √ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1026715**
**Matter Number: 1026715**
**Firm: Deloitte & Touche LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/22/2010 | PSS | 0.30 | Revision of exhibits to accompany final report. | 82.50 |
| | | 0.20 | Final review of final report and verification of amounts. | 55.00 |
| 07/22/2010 | WD | 1.20 | Revise and edit the Final Report. | 390.00 |
| | | **1.70** | | **$527.50** |



**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1026715**
**Matter Number: 1026715**
**Firm: Deloitte & Touche LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| For Professional Services through 07/31/2010 | | | | |
| **Legal Auditors** | | | | |
| W. Andrew Dalton | WD | 325.00 x | 1.20 = | $390.00 |
| Pamela S. Snyder | PSS | 275.00 x | 0.50 = | $137.50 |
| **Total for Legal Auditors:** | | | **1.70** | **$527.50** |
| **Total Hours Worked:** | | | **1.70** | |
| **Total Hours Billed:** | | | **1.70** | **$527.50** |

**Exhibit: B**

*STUART MAUE*
LEGAL COST ✓ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1028055**
**Matter Number: 1028055**
**Firm: Dow Lohnes PLLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/16/2010 | PSS | 4.30 | Reconcile fees in database to fees requested in interim application. | 1,182.50 |
| | | 0.50 | Review expenses requested in application and draft expense section of the report. | 137.50 |
| 07/19/2010 | PSS | 1.30 | Continue to review expenses requested in application and draft expense section of the report. | 357.50 |
| | | **6.10** | | **$1,677.50** |

## STUART/MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1028055**
**Matter Number: 1028055**
**Firm: Dow Lohnes PLLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 6.10 = | $1,677.50 |
| | **Total for Legal Auditors:** | | 6.10 | $1,677.50 |
| | **Total Hours Worked:** | | 6.10 | |
| | **Total Hours Billed:** | | 6.10 | $1,677.50 |

Exhibit: B

## STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1026916**
**Matter Number: 1026916**
**Firm: Ernst & Young**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/07/2010 | KH | 1.50 | Analysis and categorization of fees submitted with Second Quarterly Fee Application. | 412.50 |
| 07/07/2010 | PSS | 1.20 | Reconcile fees in database to amount requested in interim fee application. | 330.00 |
| | | 2.70 | | $742.50 |

*STUART* /MAUE/
LEGAL COST /MANAGEMENT/

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1026916**
**Matter Number: 1026916**
**Firm: Ernst & Young**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Kathryn Hough | KH | 275.00 x | 1.50 = | $412.50 |
| Pamela S. Snyder | PSS | 275.00 x | 1.20 = | $330.00 |
| **Total for Legal Auditors:** | | | 2.70 | $742.50 |
| **Total Hours Worked:** | | | 2.70 | |
| **Total Hours Billed:** | | | 2.70 | $742.50 |

Exhibit: B

**STUART/MAUE**
LEGAL COST √ MANAGEMENT

Invoice Date: 08/25/2010
Invoice Number: R905 - 1027255
Matter Number: 1027255
Firm: Jenner & Block LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/06/2010 | PSS | 0.60 | Prepare preliminary exhibits and verify amounts in report. | 165.00 |
| | | 0.20 | Final review of preliminary report and exhibits and verification of amounts. | 55.00 |
| | | 0.80 | | $220.00 |

**Exhibit: B**

## STUART/MAUE
LEGAL COST ∨ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1027255**
**Matter Number: 1027255**
**Firm: Jenner & Block LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 0.80 = | $220.00 |
| | **Total for Legal Auditors:** | | 0.80 | $220.00 |
| | **Total Hours Worked:** | | 0.80 | |
| | **Total Hours Billed:** | | 0.80 | $220.00 |

### STUART/MAUE
LEGAL COST ✓ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1028118**
**Matter Number: 1028118**
**Firm: Jenner & Block LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/20/2010 | DB | 2.30 | Analysis of fee entries for purposes of drafting preliminary report. | 632.50 |
| | | 3.00 | Drafting preliminary report. | 825.00 |
| 07/27/2010 | PSS | 0.50 | Review of preliminary report and verification of amounts, including preparation of accompanying exhibits. | 137.50 |
| | | 5.80 | | $1,595.00 |



Invoice Date: 08/25/2010
Invoice Number: R905 - 1028118
Matter Number: 1028118
Firm: Jenner & Block LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 5.30 = | $1,457.50 |
| Pamela S. Snyder | PSS | 275.00 x | 0.50 = | $137.50 |
| **Total for Legal Auditors:** | | | 5.80 | $1,595.00 |
| **Total Hours Worked:** | | | 5.80 | |
| **Total Hours Billed:** | | | 5.80 | $1,595.00 |

*STUART* / *MAUE*
LEGAL COST / MANAGEMENT

Invoice Date: 08/25/2010
Invoice Number: R905 - 1026336
Matter Number: 1026336
Firm: Landis Rath & Cobb LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/30/2010 | WD | 1.60 | Draft Fee Examiner's Final Report. | 520.00 |
| | | **1.60** | | **$520.00** |

## STUART/MAUE
LEGAL COST ∨ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1026336**
**Matter Number: 1026336**
**Firm: Landis Rath & Cobb LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 07/31/2010**

**Legal Auditors**

| | | | | |
|------|----------|------|-------|--------|
| W. Andrew Dalton | WD | 325.00 x | 1.60 = | $520.00 |
| | **Total for Legal Auditors:** | | 1.60 | $520.00 |
| | **Total Hours Worked:** | | 1.60 | |
| | **Total Hours Billed:** | | 1.60 | $520.00 |

STUART*MAUE*
LEGAL COST √ MANAGEMENT

**Invoice Date:** 08/25/2010
**Invoice Number:** R905 - 1027335
**Matter Number:** 1027335
**Firm:** Landis Rath & Cobb LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/16/2010 | DB | 0.50 | Review retention materails in advance of drafting report. | 137.50 |
| | | 2.10 | Drafting preliminary report. | 577.50 |
| | | 3.80 | Review fee and expense entries for purposes of drafting preliminary report. | 1,045.00 |
| 07/26/2010 | PSS | 0.90 | Review preliminary report to verify amounts, including preparation of accompanying exhibits. | 247.50 |
| | | **7.30** | | **$2,007.50** |

**STUART/MAUE**
LEGAL COST ✓ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1027335**
**Matter Number: 1027335**
**Firm: Landis Rath & Cobb LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 6.40 = | $1,760.00 |
| Pamela S. Snyder | PSS | 275.00 x | 0.90 = | $247.50 |
| | **Total for Legal Auditors:** | | 7.30 | $2,007.50 |
| | **Total Hours Worked:** | | 7.30 | |
| | **Total Hours Billed:** | | 7.30 | $2,007.50 |



**Invoice Date:** 08/25/2010
**Invoice Number:** R905 - 1028097
**Matter Number:** 1028097
**Firm:** Landis Rath & Cobb LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/13/2010 | PSS | 3.50 | Reconcile fees in database to fees requested in monthly applications. | 962.50 |
| 07/14/2010 | PSS | 0.40 | Continue to reconcile fees in database to fees requested in monthly applications. | 110.00 |
| 07/19/2010 | PSS | 5.30 | Reconcile fees in database to fees requested in interim application. | 1,457.50 |
| 07/20/2010 | PSS | 1.10 | Review expenses requested in application and draft expense section of the report. | 302.50 |
| | | 3.30 | Continue to reconcile fees in database to fees requested in interim application. | 907.50 |
| | | **13.60** | | **$3,740.00** |

Exhibit: B

*STUART/MAUE*
LEGAL COST √ MANAGEMENT

Invoice Date: 08/25/2010
Invoice Number: R905 - 1028097
Matter Number: 1028097
Firm: Landis Rath & Cobb LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 13.60 = | $3,740.00 |
| | **Total for Legal Auditors:** | | 13.60 | $3,740.00 |
| | **Total Hours Worked:** | | 13.60 | |
| | **Total Hours Billed:** | | 13.60 | $3,740.00 |

### STUART/MAUE
LEGAL COST \/ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1027316**
**Matter Number: 1027316**
**Firm: Lazard Freres & Co. LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/06/2010 | PSS | 1.00 | Prepare preliminary exhibits and verify amounts in report. | 275.00 |
| 07/07/2010 | PSS | 0.20 | Final review of preliminary report and exhibits and verification of amounts. | 55.00 |
| | | **1.20** | | **$330.00** |

## STUART/MAUE
LEGAL COST ✓ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1027316**
**Matter Number: 1027316**
**Firm: Lazard Freres & Co. LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 1.20 = | $330.00 |
| **Total for Legal Auditors:** | | | 1.20 | $330.00 |
| **Total Hours Worked:** | | | 1.20 | |
| **Total Hours Billed:** | | | 1.20 | $330.00 |

Exhibit: B

# STUART MAUE
LEGAL COST MANAGEMENT

Invoice Date: 08/25/2010
Invoice Number: R905 - 1028395
Matter Number: 1028395
Firm: McDermott, Will & Emery

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/07/2010 | KH | 2.00 | Analysis and categorization of fees submitted with Fifth Quarterly Fee Application. | 550.00 |
| 07/07/2010 | PSS | 2.40 | Reconcile fees in database to amount requested in interim fee application. | 660.00 |
| | | 1.20 | Review and categorize expenses requested in interim application and draft expense section of the report. | 330.00 |
| 07/08/2010 | KH | 5.70 | Continued analysis and categorization of fee entries. | 1,567.50 |
| 07/09/2010 | KH | 6.90 | Continued categorization and analysis of fees for compliance with the Local Rules and UST Guidelines. | 1,897.50 |
| 07/12/2010 | KH | 3.00 | Complete analysis and categorization of activities and projects. | 825.00 |
| | | **21.20** | | **$5,830.00** |

## STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1028395**
**Matter Number: 1028395**
**Firm: McDermott, Will & Emery**

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Kathryn Hough | KH | 275.00 x | 17.60 = | $4,840.00 |
| Pamela S. Snyder | PSS | 275.00 x | 3.60 = | $990.00 |
| **Total for Legal Auditors:** | | | 21.20 | $5,830.00 |
| **Total Hours Worked:** | | | 21.20 | |
| **Total Hours Billed:** | | | 21.20 | $5,830.00 |

## STUART/MAUE
### LEGAL COST MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1026695**
**Matter Number: 1026695**
**Firm: Moelis & Company LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/06/2010 | PSS | 0.80 | Review of preliminary report and exhibits and verification of amounts. | 220.00 |
| 07/07/2010 | PSS | 0.20 | Final review of preliminary report and exhibits and verification of amounts. | 55.00 |
| 07/26/2010 | DB | 0.20 | Prepare for and conference with Evan Glucost re Moelis' Response to the Prelminary Report. | 55.00 |
| 07/27/2010 | DB | 0.20 | Conference with Evan from Moelis re preliminary report. | 55.00 |
| | | **1.40** | | **$385.00** |

## STUART/MAUE
### LEGAL COST √ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1026695**
**Matter Number: 1026695**
**Firm: Moelis & Company LLC**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 07/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 0.40 | = | $110.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.00 | = | $275.00 |
| | **Total for Legal Auditors:** | | | 1.40 | | $385.00 |
| | **Total Hours Worked:** | | | 1.40 | | |
| | **Total Hours Billed:** | | | 1.40 | | $385.00 |

# STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1028335**
**Matter Number: 1028335**
**Firm: Official Committee of Unsecured Creditors**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/15/2010 | PSS | 0.20 | Review final report and verify amounts. | 55.00 |
| 07/15/2010 | WD | 0.10 | Draft Fee Examiner's final report. | 32.50 |
| | | **0.30** | | **$87.50** |

**Exhibit: B**

## STUART/MAUE
LEGAL COST / MANAGEMENT

Invoice Date: 08/25/2010
Invoice Number: R905 - 1028335
Matter Number: 1028335
Firm: Official Committee of Unsecured
Creditors

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2010** | | | | |
| **Legal Auditors** | | | | |
| W. Andrew Dalton | WD | 325.00 x | 0.10 = | $32.50 |
| Pamela S. Snyder | PSS | 275.00 x | 0.20 = | $55.00 |
| | **Total for Legal Auditors:** | | 0.30 | $87.50 |
| | **Total Hours Worked:** | | 0.30 | |
| | **Total Hours Billed:** | | 0.30 | $87.50 |

# STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1027895**
**Matter Number: 1027895**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/06/2010 | PSS | 0.40 | Review of preliminary report and exhibits and verification of amounts. | 110.00 |
| | | 0.20 | Final review of preliminary report and exhibits and verification of amounts. | 55.00 |
| | | **0.60** | | **$165.00** |

Exhibit: B

*STUART MAUE*
LEGAL COST MANAGEMENT

Invoice Date: 08/25/2010
Invoice Number: R905 - 1027895
Matter Number: 1027895
Firm: Paul, Hastings, Janofsky & Walker LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 0.60 = | $165.00 |
| Total for Legal Auditors: | | | 0.60 | $165.00 |
| Total Hours Worked: | | | 0.60 | |
| Total Hours Billed: | | | 0.60 | $165.00 |

**Exhibit: B**

### STUART MAUE
LEGAL COST MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1027896**
**Matter Number: 1027896**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/15/2010 | DB | 0.50 | Review retention materials in advance of drafting report. | 137.50 |
| | | 0.70 | Continued analysis of fee and expense entries for purposes of drafting preliminary report. | 192.50 |
| | | 2.80 | Review fee and expense entries for purposes of drafting preliminary report. | 770.00 |
| 07/16/2010 | DB | 1.60 | Drafting preliminary report. | 440.00 |
| 07/26/2010 | PSS | 0.80 | Preparation of exhibits to accompany preliminary report and verification of amounts. | 220.00 |
| | | **6.40** | | **$1,760.00** |

# STUART/MAUE
LEGAL COST ✓ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1027896**
**Matter Number: 1027896**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 5.60 = | $1,540.00 |
| Pamela S. Snyder | PSS | 275.00 x | 0.80 = | $220.00 |
| | **Total for Legal Auditors:** | | **6.40** | **$1,760.00** |
| | **Total Hours Worked:** | | **6.40** | |
| | **Total Hours Billed:** | | **6.40** | **$1,760.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1027756**
**Matter Number: 1027756**
**Firm: Reed Smith LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/15/2010 | DB | 0.50 | Review retention materails in advance of drafting report. | 137.50 |
| | | 2.70 | Review fee and expense entries for purposes of drafting preliminary report. | 742.50 |
| 07/19/2010 | DB | 2.20 | Drafting preliminary audit report. | 605.00 |
| 07/27/2010 | PSS | 0.70 | Review preliminary report to verify amounts, including preparation of accompanying exhibits. | 192.50 |
| | | **6.10** | | **$1,677.50** |



**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1027756**
**Matter Number: 1027756**
**Firm: Reed Smith LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| For Professional Services through 07/31/2010 | | | | |
| **Legal Auditors** | | | | |
| Dave Brown | DB | 275.00 x | 5.40 = | $1,485.00 |
| Pamela S. Snyder | PSS | 275.00 x | 0.70 = | $192.50 |
| | **Total for Legal Auditors:** | | 6.10 | $1,677.50 |
| | **Total Hours Worked:** | | 6.10 | |
| | **Total Hours Billed:** | | 6.10 | $1,677.50 |

**Exhibit: B**

*STUART/MAUE*
LEGAL COST MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1028155**
**Matter Number: 1028155**
**Firm: Reed Smith LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/15/2010 | PSS | 2.40 | Reconcile fees in database to fees requested in interim application. | 660.00 |
| 07/16/2010 | PSS | 1.10 | Review expenses requested in application and draft expense section of the report. | 302.50 |
| | | **3.50** | | **$962.50** |

## STUART MAUE
LEGAL COST \/ MANAGEMENT

Invoice Date: 08/25/2010
Invoice Number: R905 - 1028155
Matter Number: 1028155
Firm: Reed Smith LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2010** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 3.50 = | $962.50 |
| | **Total for Legal Auditors:** | | 3.50 | $962.50 |
| | **Total Hours Worked:** | | 3.50 | |
| | **Total Hours Billed:** | | 3.50 | $962.50 |

**Exhibit: B**

## STUART/MAUE
LEGAL COST \/ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1028795**
**Matter Number: 1028795**
**Firm: Seyfarth Shaw LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/29/2010 | PSS | 1.30 | Reconcile fees in database to fees requested on hard copy of interim application. | 357.50 |
| | | 1.30 | | $357.50 |

*STUART/MAUE*
LEGAL COST ∨ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1028795**
**Matter Number: 1028795**
**Firm: Seyfarth Shaw LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 07/31/2010**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 1.30 | = | $357.50 |
| | **Total for Legal Auditors:** | | | **1.30** | | **$357.50** |
| | **Total Hours Worked:** | | | **1.30** | | |
| | **Total Hours Billed:** | | | **1.30** | | **$357.50** |



**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1027397**
**Matter Number: 1027397**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/12/2010 | KCT | 4.70 | Review and analyze fee entries categorized as nonfirm multiple attendance. | 1,292.50 |
| 07/21/2010 | DB | 7.50 | Analysis of timekeeper roles for potential duplication of effort and questionable timekeepers. | 2,062.50 |
| 07/22/2010 | DB | 8.00 | Continued analysis of timekeeper roles. | 2,200.00 |
| 07/26/2010 | DB | 1.10 | Drafting background section with reference to retention materials. | 302.50 |
| | | 1.50 | Analysis of multiple attendance at events by Sidley timekeepers. | 412.50 |
| 07/27/2010 | DB | 3.60 | Continued analysis of timekeeper roles for potential duplication of effort. | 990.00 |
| 07/29/2010 | DB | 1.60 | Analysis and revision of clerical analysis to comport with prior reports. | 440.00 |
| | | **28.00** | | **$7,700.00** |

# STUART⁄MAUE
LEGAL COST ⁄ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1027397**
**Matter Number: 1027397**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 07/31/2010** | | | | | | |
| **Legal Auditors** | | | | | | |
| Dave Brown | DB | 275.00 | x | 23.30 | = | $6,407.50 |
| Kathy C. Tahan | KCT | 275.00 | x | 4.70 | = | $1,292.50 |
| | **Total for Legal Auditors:** | | | 28.00 | | $7,700.00 |
| | **Total Hours Worked:** | | | 28.00 | | |
| | **Total Hours Billed:** | | | 28.00 | | $7,700.00 |



**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/07/2010 | PSS | 0.20 | Review applications recently received. | 55.00 |
| 07/08/2010 | PSS | 0.20 | Review applications received today. | 55.00 |
| 07/19/2010 | PSS | 0.80 | Review applications received recently. | 220.00 |
| 07/22/2010 | WD | 0.10 | Draft Stuart Maue's Certificate of No Objection for the 14th monthly fee application and verify the figures therein. | 32.50 |
| 07/23/2010 | PSS | 0.10 | Review applications recently received. | 27.50 |
| 07/23/2010 | WD | 1.80 | Draft documents that comprise Stuart Maue's 15th monthly fee application and verify all figures therein. | 585.00 |
| 07/26/2010 | WD | 0.70 | Revise and edit Stuart Maue's 15th monthly fee application. | 227.50 |
| | | **3.90** | | **$1,202.50** |

Exhibit: B

## STUART⁄MAUE
LEGAL COST ⁄ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2010** | | | | |
| **Legal Auditors** | | | | |
| W. Andrew Dalton | WD | 325.00 x | 2.60 = | $845.00 |
| Pamela S. Snyder | PSS | 275.00 x | 1.30 = | $357.50 |
| **Total for Legal Auditors:** | | | 3.90 | $1,202.50 |
| **Total Hours Worked:** | | | 3.90 | |
| **Total Hours Billed:** | | | 3.90 | $1,202.50 |

### STUART/MAUE
LEGAL COST ✓ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1027495**
**Matter Number: 1027495**
**Firm: Zuckerman Spaeder**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/13/2010 | WD | 0.60 | Edit, revise, and complete preliminary report. | 195.00 |
| 07/14/2010 | PSS | 0.60 | Final review of preliminary report and verification of amounts. | 165.00 |
| | | 1.40 | Review of preliminary report and exhibits and verification of amounts. | 385.00 |
| | | **2.60** | | **$745.00** |

# STUART/MAUE
LEGAL COST ∨ MANAGEMENT

**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1027495**
**Matter Number: 1027495**
**Firm: Zuckerman Spaeder**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2010** | | | | |
| **Legal Auditors** | | | | |
| W. Andrew Dalton | WD | 325.00 x | 0.60 = | $195.00 |
| Pamela S. Snyder | PSS | 275.00 x | 2.00 = | $550.00 |
| | | **Total for Legal Auditors:** | 2.60 | $745.00 |
| | | **Total Hours Worked:** | 2.60 | |
| | | **Total Hours Billed:** | 2.60 | $745.00 |



Invoice Date: 08/25/2010
Invoice Number: R905 - 1028119
Matter Number: 1028119
Firm: Zuckerman Spaeder

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2010** | | | | |
| 07/22/2010 | PSS | 1.40 | Reconcile fees in database to fees requested in interim application. | 385.00 |
| 07/23/2010 | PSS | 1.60 | Review expenses requested in application and draft expense section of the report. | 440.00 |
| | | 2.70 | Continue to reconcile fees in database to fees requested in interim application. | 742.50 |
| 07/27/2010 | TZM | 0.40 | Analysis of fee entries and classify tasks into travel category. | 110.00 |
| | | 0.60 | Review and evaluate fee entries and classify long billing days. | 165.00 |
| | | 0.60 | Review and evaluate fee entries and classify legal research. | 165.00 |
| | | 0.40 | Analysis and review of fee entries and classify tasks into attendance at events category. | 110.00 |
| | | 0.20 | Draft calendar of timekeeper hours. | 55.00 |
| | | 0.20 | Draft summary of timekeepers hours and fees. | 55.00 |
| | | 1.80 | Review and evaluate fee entries and classify tasks into conference category. | 495.00 |
| 07/28/2010 | TZM | 1.30 | Analysis and review of fee entries for transient timekeepers. | 357.50 |
| | | 0.40 | Analysis of fee entries for double billed tasks. | 110.00 |
| | | 1.40 | Evaluate fee entries and classify tasks into clerical category. | 385.00 |
| | | 0.50 | Review and evaluate fee entries for travel billed at more than 50% of rate. | 137.50 |
| | | 1.10 | Review and analysis of fee entries for improper time increments. | 302.50 |
| | | 0.70 | Review and evaluate fee entries for block billed tasks. | 192.50 |
| 07/29/2010 | TZM | 2.60 | Review and evaluate fee entries and classify tasks into block billed category. | 715.00 |
| | | 1.70 | Analysis and review of fee entries and classify vague communications. | 467.50 |
| 07/30/2010 | TZM | 0.80 | Review and evaluate fee entries and classify tasks into vague communication category. | 220.00 |
| | | 2.30 | Analysis of fee entries and classify vaguely described tasks. | 632.50 |
| | | **22.70** | | **$6,242.50** |

Exhibit: B



**Invoice Date: 08/25/2010**
**Invoice Number: R905 - 1028119**
**Matter Number: 1028119**
**Firm: Zuckerman Spaeder**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 07/31/2010**

**Legal Auditors**

| | | | | | | |
|---|---|---|---|---|---|---|
| Tami Z. Morrissey | TZM | 275.00 | x | 17.00 | = | $4,675.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 5.70 | = | $1,567.50 |
| | **Total for Legal Auditors:** | | | 22.70 | | $6,242.50 |
| | **Total Hours Worked:** | | | 22.70 | | |
| | **Total Hours Billed:** | | | 22.70 | | $6,242.50 |

*STUART MAUE*
LEGAL COST / MANAGEMENT

| Name | Initials | Rate | Hours | | Amount |
|------|----------|------|-------|---|--------|
| **Summary For Professional Services through 07/31/2010** | | | | | |
| **Legal Auditors** | | | | | |
| Dave Brown | DB | 275.00 X | 68.60 | = | $18,865.00 |
| W. Andrew Dalton | WD | 325.00 X | 19.30 | = | $6,272.50 |
| Kathryn Hough | KH | 275.00 X | 54.90 | = | $15,097.50 |
| Tami Z. Morrissey | TZM | 275.00 X | 17.00 | = | $4,675.00 |
| Pamela S. Snyder | PSS | 275.00 X | 67.90 | = | $18,672.50 |
| Kathy C. Tahan | KCT | 275.00 X | 4.70 | = | $1,292.50 |
| | | **Total for Legal Auditors:** | **232.40** | | **$64,875.00** |
| | | **Total Hours Worked:** | **232.40** | | |
| | | **Total Hours Billed:** | **232.40** | | **$64,875.00** |

# Exhibit C

**EXPENSE SUMMARY**                                        EXHIBIT C

TRIBUNE COMPANY, et al.

## TRIBUNE - JULY 2010 EXPENSES

PHOTOCOPIES:

|  | 2,363 at $0.10/Page | $236.30 |
|---|---|---|

POSTAGE:

|  | Postage Paid | 107.77 |
|---|---|---|

|  | **TOTAL EXPENSES:** | **$344.07** |
|---|---|---|

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the **Notice of Sixteenth Monthly Application** and **Sixteenth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2010 Through July 31, 2010**, has been served via First Class Mail to the Notice Parties on the attached service list on this 26th day of August, 2010.

STUART MAUE

By: _____
W. Andrew Dalton
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:   (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

**TRIBUNE COMPANY, et al.**

## SERVICE LIST RE 16TH MONTHLY FEE APPLICATION

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for Prepetition
Lenders, JP Morgan Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)