IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

AUG 26 2010

In re:  Chapter 11

TRIBUNE COMPANY, et al.,  Case No. 08-13141 (KJC)

Debtors.

### REQUEST FOR SPECIAL NOTICE

**TO THE DEBTOR AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Blakeley & Blakeley LLP ("B&B"), counsel for Creditor, Google Inc., requests special notice of all matters and copies of all pleadings pertaining to the above-referenced bankruptcy proceeding.

B&B requests that for all notice purposes, the following address be used and that this address be included on the master mailing matrix:

Johnny White, Esq.
Blakeley & Blakeley LLP
2 Park Plaza, Suite 400
Irvine, California 92614
Telephone: (949) 260-0611
Facsimile: (949) 260-0613
E-Mail: JWhite@BlakeleyLLP.com

Dated: August 25, 2010

BLAKELEY & BLAKELEY LLP

By: /s/ Johnny White
Johnny White
2 Park Plaza, Suite 400
Irvine, California 92614
Telephone: (949) 260-0611
Facsimile: (949) 260-0613
Email: JWhite@blakeleyllp.com

**JUDGE'S COPY**