| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | |

### CERTIFICATE OF SERVICE

I, Jenny Ly, hereby certify that I am not less than 18 years of age, and that on August 25, 2010, a true and correct copy of the foregoing **Request for Special Notice** was electronically transmitted through the Court's ECF system to all parties indicated on the electronic filing receipt. Additionally, the foregoing was served via U.S. Mail on August 25, 2010 upon:

See the attached list

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **August 25, 2010**, at Irvine, California.

Dated: August 25, 2010

/s/Jenny Ly
Jenny Ly

## Service List

**Debtor's Counsel**
Bryan Krakauer
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

Carl D. Neff
Ciardi Ciardi & Astin
919 N. Market Street
Suite 700
Wilmington, DE 19801

J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Jared D. Zajac
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-0002

John H. Strock, III
Fox Rothschild LLP
919 N. Market St., Suite 1300
P.O Box 2323
Wilmington, DE 19899-2323

Michael A. Henry
Gross, McGinley, Labarre & Eaton, LLP
33 S. 7th Street
P. O. Box 4060
Allentown, PA 18105-4060

Patrick Theodore Garvey
Johnson & Bell, Ltd
33 W. Monroe, Suite 2700
Chicago, IL 60603

William S. Brody
Buchalter Nemer
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

**U.S. Trustee**
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
302-573-6491

**Counsel to the Official Committee of Unsecured Creditors**
Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

Cynthia Moh Baldwin
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Suite 1500
Wilmington, DE 19801

Thomas G. Macauley
Zuckerman and Spaeder LLP
919 Market Street
Suite 990
P.O. Box 1028
Wilmington, DE 19899