IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, ET AL.,<br><br>Debtors. | Chapter 11<br>Case No. 08-13141-KJC<br>Jointly Administered |

**AMENDED NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that, this Notice amends the previously filed Notice (docket #5493) and, pursuant to Bankruptcy Code § 1109(b) and Federal Rules of the Bankruptcy Procedure 2002, 3017, 9007, and 9010, ARKIN KAPLAN RICE LLP and OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP hereby appear in the above captioned Chapter 11 cases as co-counsel to the creditors and parties-in-interest in the above-captioned case who shall be named in a verified statement of representation to be filed pursuant Federal Rule of Bankruptcy Procedure 2019, and request that copies of all notices given or required to be given in this case, all documents filed with the Court, and all notices which the Court and/or any other parties provide, be served upon the persons set forth below at the following address:

Howard J. Kaplan, Esq.
Deanna Davidian, Esq.
Arkin Kaplan Rice LLP
590 Madison Avenue
New York, NY 10022
Tel. 212.333.0200
Fax 212.333.0246
hkaplan@arkin-law.com
ddavidian@arkin-law.com

1044523-4

Adam H. Friedman, Esq.
Steve Wolosky, Esq.
Fredrick J. Levy, Esq.
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Tel. 212.451.2300
Fax 212.451.2222
swolosky@olshanlaw.com
afriedman@olshanlaw.com
flevy@olshanlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a consent or waiver of any rights, including: (1) to consenting to the personal jurisdiction of the Bankruptcy Court; (2) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (3) the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments which may be asserted in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

1044523-4

Dated: New York, New York
August 26, 2010

**ARKIN KAPLAN RICE LLP**

Howard J. Kaplan
Deanna Davidian
590 Madison Avenue
New York, NY 10022
212.333.0200

**OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP**

By:   /s/ Adam H. Friedman
Adam H. Friedman
Steve Wolosky
Fredrick J. Levy
Park Avenue Tower
65 East 55th Street
New York, NY 10022
212.451.2300

1044523-4