MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
6516 Bright Avenue
Whittier, California 90601
(562) 907-6800
(562)907-6820 Facsimile
Email: Romero@mromerolawfirm.com

Attorneys for SECURED CREDITOR
COUNTY OF SAN BERNARDINO, CALIFORNIA
A CALIFORNIA TAXING AUTHORITY

**IN THE UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY AND TRIBUNE MEDIA SERVICES, INC.,<br><br>      Debtors. | Case No. 08-13141 KJC<br><br>Chapter 11<br><br>**LIMITED OBJECTION TO THE AMENDED JOINT PLAN OF REORGANIZATION TO DEBTOR AND ITS SUBSIDIARIES BY COUNTY OF SAN BERNARDINO, CALIFORNIA, A CALIFORNIA TAXING AUTHORITY**<br><br>DATE: October 4, 2010<br>TIME: 10:00 A.M. ET |

TO THE HONORABLE KEVIN J. CAREY  TO ALL PARTIES OF INTEREST:

The County of San Bernardino, California, A California Taxing Authority hereby submits its limited objection to the Joint Amended Plan of Reorganization.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   INTRODUCTION.**

The subject property is comprised of business locations in San Bernardino COUNTY.  The business property at these locations is subject to the assessment of local property taxes  under California State law.

These locations have been subject to secured personal property

1

taxes, mandated under State law for the fiscal tax years 2010-11, in the estimated amount of **$27,594.61.** An administrative tax claim was filed on or about June 7, 2010 for the current fiscal year.

## II.   DEBTOR'S PLAN OF REORGANIZATION FAILS TO COMPLY WITH 11 U.S.C. 1123 AND 1129.

The Joint Plan of Reorganization identifies administrative expense claims on page 23 of the plan. Subsection 2.2 (iii) address the claims. However, the plan fails to state that this section also includes tax claims.

Further the section fails to address additional costs, fees, charges and interest that the claim may be entitled to as required by 11 USC Sections 506(b) and 511.

Additionally, since these are tax claims there is no indication that these claims will be paid in a timely manner when the tax becomes due or as stated above be subject to additional costs, fees, charges and interest if applicable.

San Bernardino suggests language as follows:

This section also includes secured tax claims and local tax claims. These claims will be paid timely in the ordinary course of business. These claims will be subject to additional costs, fees, charges and interest as required by 11 USC Sections 506(b) and 511. if applicable.

## III. THE JOINT PLAN LIMITS PENALTIES ON TAX CLAIMS.

Article 11.5 of the plan has limited penalties on claim. This is expressly prohibited under <u>U.S. vs. Nolan</u>, 517 U.S. 535 (1996). The administrative tax claim may be subject to penalty depending on when it is paid by debtors or its subsidiaries. Any penalty is specifically allowed by California State Law.

## IV. DEBTOR HAS FAILED TO PROVIDE ADEQUATE MEANS
## FOR THE PLAN'S IMPLEMENTATION.

Debtor and its subsidiaries has failed to provide for the payment of the business taxes with additional costs, fees charges and interest.  There is also doubt as to if the business taxes will be paid timely. Additionally, if a penalty attached to the tax it must be paid.  These are deficiencies in the plan which must be addressed. Therefore, this does not provide adequate means for the Plan's implementation.  11 U.S.C. 1123 (a)(5).

Dated: August 27, 2010            Respectfully submitted

                                  ROMERO LAW FIRM


                                  By /e/MARTHA E. ROMERO
                                  MARTHA E. ROMERO
                                  Attorney for Secured Creditor
                                  County of SAN BERNARDINO, CA
                                  A California Taxing Authority

3

1 TO THE HONORABLE KEVIN J. CAREY AND TO ALL PARTIES OF INTEREST:

2   I certify that a true and correct copy of the foregoing has
3 been served via first class U.S. Mail on this 27th[h] day of August
4 2010.

5

6 Dated: August 27, 2010          ROMERO LAW FIRM

7

8                                 By /s/ Martha E. Romero
                                  MARTHA E. ROMERO
9                                 Attorneys for SECURED CREDITOR
                                  COUNTY OF SAN BERNARDINO, CA
10                                A CALIFORNIA TAXING AUTHORITY

11

12

13

14

15 **SERVICE LIST**

16 Norman L. Pernick                        Adam Landis
   Cole, Schotz, Meisel, Forman &           Landis, Rath and Cobb
17 Leonard,                                 919 Market Street, Suite 1800
   500 Delaware Avenue,                     Wilmington, DE 19801
18 Suite 1410
   Wilmington, DE 19801
19                                          All ECF filers noted to be
                                            given electronic notice
20 Joseph McMahon
   U.S. Trustee
21 United States Trustee
   J. Caleb Boggs Federal Building
22 844 King Street, Room 2207
   Lockbox #35
23 Wilmington, DE 19899-0035

24 Jessica C. K. Boelter
   Sidley Austin
25 One South Dearborn Street
   Chicago, Illinois 60603

26
   Douglas A. Deutsch
27 Chadbourne and Parke
   30 Rockefeller Plaza
28 NY NY 10112


4