# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM JULY 1, 2010 THROUGH JULY 31, 2010**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL Bar since 1987. | $535.00 | 14.10 | $7,543.50 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $445.00 | 7.60 | $3,382.00 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL Bar since 2002. | $430.00 | 22.30 | $9,589.00 |
| J. Cory Falgowski | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $390.00 | .60 | $234.00 |
| Rosenfeld, David | Associate. Joined firm in 2007. Member of IL bar since 2005. | $310.00 | .50 | $155.00 |
| Schad, James C. | Analyst. Joined firm in 2008. | $280.00 | .20 | $56.00 |
| Lankford, Lisa A. | Practice Group Specialist since 2002. Joined Firm in 2000. | $160.00 | 10.90 | $1,744.00 |
| Todd, Michelle G. | Paralegal. Joined firm in 2008. | $130.00 | 1.50 | $195.00 |
| Somoza, Silvia | Paralegal since 2007. Joined Firm in 2007. | $125.00 | 6.80 | $850.00 |
| Grand Total: | | | 64.50 | $23,748.50 |
| Blended Rate: | | | | $368.19 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $484.05 |

US_ACTIVE-104368581.1-JCFALGOW

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance/Times Mirror – 00004 | 13.10 | $5,512.00 |
| Insurance Counseling – 00005 | 37.00 | $14,819.50 |
| Marsh – 00008 | 1.60 | $743.50 |
| Fee Applications – 00009 | 12.80 | $2,673.50 |
| **TOTAL:** | **64.50** | **$23,748.50** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2032739
Invoice Date: August 19, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through July 31, 2010

|  |  | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror 503842.00004 | $5,512.00 | $29.35 | $5,541.35 |
| RE: | Insurance Counseling 503842.00005 | $14,819.50 | $41.40 | $14,860.90 |
| RE: | Marsh 503842.00008 | $743.50 | $181.40 | $924.90 |
| RE: | Fee Applications 503842.00009 | $2,673.50 | $269.30 | $2,942.80 |
|  | **Current Invoice Total:** | **$23,748.50** | **$521.45** | **$24,269.95** |

### REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2032739)

August 19, 2010  
RE: Reliance/Times Mirror  
(503842.00004)

Case 08-13141-BLS    Doc 5554-3    Filed 08/30/10    Page 5 of 13

Invoice: 2032739  
Page 2

**RE:    Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/01/10 | JDS | Analyzed and revised draft brief objecting to Referee's recommendations related to LPT claims. | 0.50 |
| 07/02/10 | JDS | Analyzed and revised draft Objections to Referee O'Keefe's recommendation regarding LPT claims (.8); analyzed and exchanged emails with local counsel T. Law regarding Liquidator's proposal to extend/defer briefing schedule on Objections (.2). | 1.00 |
| 07/06/10 | TPL | Reviewed and revised exceptions to Referee's determination. | 6.00 |
| 07/06/10 | JDS | Analyzed and revised draft Objections to Referee's Report and Recommendations regarding LPT claims (.5); analyzed and exchanged emails regarding schedule for filing same (.1). | 0.60 |
| 07/13/10 | TPL | Prepared exceptions to referee's determinations for filing. | 0.30 |
| 07/15/10 | SS | Reviewed and catalogued case correspondence. | 0.20 |
| 07/15/10 | TPL | Drafted letter to Judge regarding filing of Exceptions to Referee's Recommendation. | 0.20 |
| 07/15/10 | MT | Reviewed and prepared for filing Tribune Company's Exceptions to Referee O'Keefe's Report and Recommendation dated June 4, 2010. | 1.50 |
| 07/19/10 | TPL | Telephone call with opposing counsel regarding schedule. | 0.30 |
| 07/19/10 | JDS | Analyzed issues related to filing Objections to Referee's Report and Recommendations regarding LPT claims. | 0.20 |
| 07/20/10 | TPL | Communications with client, J. Shugrue regarding status and next steps. | 0.30 |
| 07/20/10 | JDS | Communications with local counsel T. Law regarding status, strategy and schedule regarding filing Objections to Referee's Report and Recommendations. | 0.50 |
| 07/22/10 | SS | Reviewed and catalogued case pleadings. | 0.20 |
| 07/22/10 | TPL | Prepared status report to client. | 0.30 |
| 07/22/10 | JDS | Worked on status report to client (.2); analyzed and exchanged emails regarding schedule for filing objections to Referee's Report and Recommendations (.10). | 0.30 |
| 07/27/10 | TPL | E-mail exchanges with opposing counsel and client regarding briefing schedule. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/27/10 | JDS | Analyzed and exchanged emails regarding schedule for briefing Objections to Referee's Report and Recommendations on LPT claims (.2); analyzed and exchanged emails with client, local counsel regarding issues related to Objections and further proceedings related to LPT claims (.2). | 0.40 |
| 07/29/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |
| | | TOTAL FEES: | $5,512.00 |

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 07/15/2010 | Courier Service - Outside 00843 UPS - Shipped from T. LAW to D.F.COHEN, JOANN HYL PEPPER HAMILTON LLP (PHILADELPHIA PA 19103) 1Z7332X61349307899 | 5.29 |
| 07/15/2010 | Courier Service - Outside 00843 UPS - Shipped from T. LAW to HONORABLE BONNIE LEADBETTER COMMONWEATH COURT OF PA (BLUE BELL PA 19422) 1Z7332X60149471108 | 10.66 |
| 07/31/2010 | Duplicating/Printing/Scanning | 13.40 |
| | Total Disbursements | 29.35 |
| | Fees & Disbursements | $5,541.35 |

**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 3.50 | 535.00 | 1,872.50 |
| TPL | T.P. Law | 7.60 | 445.00 | 3,382.00 |
| SS | S. Somoza | 0.50 | 125.00 | 62.50 |
| MT | M. Todd | 1.50 | 130.00 | 195.00 |
| | | 13.10 | | 5,512.00 |

**RE:    Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/01/10 | JCS | Worked on coverage chart and policy schedule in connection with environmental site insurance claim. | 0.20 |
| 07/05/10 | LJR | Reviewed and analyzed documents and drafted response to insurer's revised coverage position. | 3.80 |
| 07/06/10 | LJR | Reviewed documents and finalized draft of response to insurer's revised coverage position. | 3.60 |
| 07/06/10 | JDS | Worked on letter to liability insurer responding to revised coverage position (.9); worked on notice to liability insurers regarding circumstances relating to potential third-party claim (.4). | 1.30 |
| 07/07/10 | LJR | Reviewed additional documents and revised draft response to insurer's revised coverage position. | 2.20 |
| 07/07/10 | JDS | Worked on notice letter to insurers regarding circumstances concerning potential third-party claim. | 0.60 |
| 07/08/10 | LJR | Finalized revised draft of response to insurer's revised coverage position. | 0.60 |
| 07/12/10 | LJR | Reviewed additional documents and revised draft response to insurer's revised coverage position. | 1.70 |
| 07/12/10 | JDS | Analyzed and revised draft letter to insurer counsel regarding revised coverage position. | 0.50 |
| 07/14/10 | LJR | Followed-up with respect to insurance policy endorsements. | 1.30 |
| 07/14/10 | SS | Prepared insurance policy binder and index of same for attorneys. | 1.10 |
| 07/14/10 | JDS | Analyzed and organized insurance policies and policy documents related to pending claims. | 1.00 |
| 07/19/10 | LJR | Followed up with J. Shugrue and client regarding draft response letter to insurer regarding revised coverage position. | 0.30 |
| 07/19/10 | LJR | Communications with J. Shugrue and client regarding endorsements to current insurance policies. | 0.60 |
| 07/19/10 | JDS | Analyzed issues regarding liability policy endorsements and conferred with L. Raines regarding follow up concerning same. | 0.50 |
| 07/20/10 | JDS | Analyzed liability insurance policies and endorsements (.2); telephone conferences with client regarding draft letter responding to liability insurer's revised coverage position regarding pending third-party suit (.5). | 0.70 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/21/10 | LJR | Reviewed current policies received from client, pulled needed endorsements and identified missing endorsements (1.8); updated binder with additional endorsements and identified additional issues related to current policies (1.6); coordinated with S. Somoza regarding updating of policy binders (.5); followed up with J. Shugrue regarding policies and outstanding issues with respect to same (.2). | 4.10 |
| 07/21/10 | LJR | Reviewed correspondence regarding draft response to insurer. | 0.40 |
| 07/21/10 | SS | Updated policies with new endorsements. | 2.60 |
| 07/21/10 | JDS | Analyzed status of policy endorsements and extensions regarding liability policies. | 0.20 |
| 07/22/10 | SS | Reviewed and organized policies for various periods and various types. | 1.00 |
| 07/22/10 | JDS | Analyzed email regarding completeness of endorsements on liability insurance policies. | 0.10 |
| 07/23/10 | SS | Continued to review files of policies and organized them by the type of policy and by date. | 0.70 |
| 07/23/10 | JDS | Telephone conference with client team regarding draft letter to insurer concerning revised coverage position with respect to third-party suit. | 0.50 |
| 07/27/10 | LJR | Revised draft response to insurer change of coverage position letter; finalized revised draft of letter and emailed same to client. | 2.60 |
| 07/27/10 | SS | Continued to work on policies, organizing by date and type. | 0.70 |
| 07/27/10 | JDS | Analyzed report filed in bankruptcy court in connection with insurance coverage (.8); telephone conference with client regarding same (.2); analyzed and revised draft letter to insurer regarding revised coverage position concerning third-party lawsuit (.4). | 1.40 |
| 07/28/10 | LJR | Revised draft letter to insurer per client comments. | 0.80 |
| 07/28/10 | JDS | Telephone conference with client regarding questions regarding scope of liability insurance policy coverage. | 0.20 |
| 07/29/10 | LJR | Follow-up communications with J. Shugrue and client regarding draft response to letter from insurer. | 0.30 |
| 07/29/10 | JDS | Prepared email to client regarding liability insurance policy terms and exclusions (.7); analyzed and exchanged emails with client regarding draft letter responding to insurer's revised coverage position (.2). | 0.90 |
| 07/30/10 | SS | Reviewed and catalogued case correspondence. | 0.20 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/30/10 | JDS | Analyzed and exchanged emails with bankruptcy counsel and client regarding insurance issues related to bankruptcy proceeding. | 0.30 |

TOTAL FEES:             $14,819.50

### CURRENT DISBURSEMENTS

| 07/31/2010 | Duplicating/Printing/Scanning | | 41.40 |
|---|---|---|---|
| | | Total Disbursements | 41.40 |
| | | Fees & Disbursements | $14,860.90 |

**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 8.20 | 535.00 | 4,387.00 |
| LJR | L.J. Raines | 22.30 | 430.00 | 9,589.00 |
| SS | S. Somoza | 6.30 | 125.00 | 787.50 |
| JCS | J.C. Schad | 0.20 | 280.00 | 56.00 |
| | | 37.00 | | 14,819.50 |

August 19, 2010
RE: Marsh
(503842.00008)

Case 08-13141-BLS    Doc 5554-3    Filed 08/30/10    Page 10 of 13

Invoice: 2032739
Page 7

**RE:    Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/08/10 | JDS | Analyzed email from Marsh counsel regarding review of LPT claims files and responded to same. | 0.20 |
| 07/13/10 | JDS | Prepared email to client regarding Marsh efforts to obtain claim information from TPA. | 0.20 |
| 07/14/10 | DR | Corresponded with J. Shugrue regarding Marsh's efforts to obtain claims data directly from TPA. | 0.20 |
| 07/19/10 | JDS | Exchanged emails with Marsh counsel regarding obtaining LPT claims data from TPA. | 0.20 |
| 07/21/10 | DR | Corresponded with client regarding Marsh's proposal for seeking claims data from TPA. | 0.30 |
| 07/21/10 | JDS | Communications with client regarding proposed letter to TPA regarding providing LPT claims data to Marsh in connection with settlement agreement. | 0.30 |
| 07/29/10 | JDS | Forwarded correspondence to TPA to counsel for Marsh. | 0.20 |

TOTAL FEES:    $743.50

### CURRENT DISBURSEMENTS

| 06/29/2010 | Courier Service - Outside 00843 UPS - Shipped from Soufan, Patricia Reed Smith LLP - Chicago to Mitchell J. Auslander Willkie Farr & Gallher (NEW YORK NY 10019) 1Z6151401597518888 | 90.70 |
|---|---|---|
| 06/30/2010 | Courier Service - Outside 00843 UPS - Shipped from Soufan, Patricia Reed Smith LLP - Chicago to John R. Dutt Marsh & McLennan Companies, (NEW YORK NY 10036) 1Z6151401595776951 | 90.70 |

Total Disbursements    181.40

Fees & Disbursements    $924.90

**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.10 | 535.00 | 588.50 |
| DR | D. Rosenfield | 0.50 | 310.00 | 155.00 |
|  |  | 1.60 |  | 743.50 |

**RE:    Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/06/10 | JDS | Worked on narrative text for 16th Monthly fee application. | 0.30 |
| 07/07/10 | LL | Revisions to RS's 16th Monthly Fee Application (.4); drafted RS's 6th Interim Fee Application (.6); e-mail correspondence regarding same (.2). | 1.20 |
| 07/07/10 | JDS | Worked on narrative descriptions for 16th monthly fee application. | 0.30 |
| 07/12/10 | LL | Revisions to RS's 16th Monthly and 6th Interim Fee Applications (1.2); conferred with C. Falgowski regarding same (.1); drafted CNO to RS's 16th Monthly Fee Application (.4); e-mail correspondence regarding same (.2). | 1.90 |
| 07/12/10 | JDS | Analyzed and provided comment on draft CNO filing regarding fee applications. | 0.20 |
| 07/14/10 | LL | Conferred with C. Falgowski regarding 16th Monthly Fee Application, 6th Interim Fee Application and CNO to 15th Monthly Fee Application (.1). | 0.10 |
| 07/14/10 | JCF | Reviewed and revised fee applications. | 0.40 |
| 07/15/10 | LL | Drafted RS's 17th Monthly Fee Application (1.2); e-mail correspondence regarding same (.2). | 1.40 |
| 07/15/10 | LL | Revisions to CNO to RS's 15th Monthly Fee Application (.2); e-file and service of same (.4); revisions to RS's 16th Monthly Fee Application (.4); e-file and service of same (.5); revisions to RS's 6th Interim Fee Application (.4); e-file and service of same (.5); e-mail services (.1). | 2.50 |
| 07/22/10 | JDS | Prepared narrative text for 17th monthly fee application. | 0.50 |
| 07/23/10 | LL | Drafted RS's 17th Monthly Fee Application. | 2.40 |
| 07/26/10 | LL | Conferred with C. Falgowski regarding RS's 17th Monthly Fee Application (.3); reviewed same (.2); e-file and service of same (.7); e-mail regarding same (.2). | 1.40 |
| 07/26/10 | JCF | Reviewed fee applications. | 0.20 |

                                TOTAL FEES:           $2,673.50

### CURRENT DISBURSEMENTS

| 07/29/2010 | Courier Service - Outside -- VENDOR: PARCELS, INC.: Deliveries | 25.00 |
|---|---|---|
| 07/29/2010 | Courier Service - Outside -- VENDOR: PARCELS, INC.: Deliveries | 5.00 |

August 19, 2010
RE: Fee Applications
(503842.00009)

Case 08-13141-BLS    Doc 5554-3    Filed 08/30/10    Page 12 of 13

Invoice: 2032739
Page 9

| Date | Description | Amount |
|---|---|---|
| 07/31/2010 | PACER | 4.00 |
| 07/31/2010 | Outside Duplicating | 235.30 |
| | Total Disbursements | 269.30 |
| | Fees & Disbursements | $2,942.80 |

## Fee Summary: Fee Applications

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.30 | 535.00 | 695.50 |
| JCF | J.C. Falgowski | 0.60 | 390.00 | 234.00 |
| LL | L. Lankford | 10.90 | 160.00 | 1,744.00 |
| | | 12.80 | | 2,673.50 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2032739
Invoice Date: August 19, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through July 31, 2010

|   |   | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror 503842.00004 | $5,512.00 | $29.35 | $5,541.35 |
| RE: | Insurance Counseling 503842.00005 | $14,819.50 | $41.40 | $14,860.90 |
| RE: | Marsh 503842.00008 | $743.50 | $181.40 | $924.90 |
| RE: | Fee Applications 503842.00009 | $2,673.50 | $269.30 | $2,942.80 |
|   | **Current Invoice Total:** | **$23,748.50** | **$521.45** | **$24,269.95** |

**INVOICE IS PAYABLE UPON RECEIPT**