# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| In-House Duplicating/Printing/Scanning | | $54.80 |
| Courier Service | | $227.35 |
| Outside Databases | PACER | $4.00 |
| Outside-Duplicating | IKON | $235.30 |
| TOTAL | | $521.45 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/27/10 | JDS | Analyzed and exchanged emails regarding schedule for briefing Objections to Referee's Report and Recommendations on LPT claims (.2); analyzed and exchanged emails with client, local counsel regarding issues related to Objections and further proceedings related to LPT claims (.2). | 0.40 |
| 07/29/10 | SS | Reviewed and catalogued case correspondence. | 0.10 |

|  |  |
|---|---|
| TOTAL FEES: | $5,512.00 |

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 07/15/2010 | Courier Service - Outside 00843 UPS - Shipped from T. LAW to D.F.COHEN, JOANN HYL PEPPER HAMILTON LLP (PHILADELPHIA PA 19103) 1Z7332X61349307899 | 5.29 |
| 07/15/2010 | Courier Service - Outside 00843 UPS - Shipped from T. LAW to HONORABLE BONNIE LEADBETTER COMMONWEATH COURT OF PA (BLUE BELL PA 19422) 1Z7332X60149471108 | 10.66 |
| 07/31/2010 | Duplicating/Printing/Scanning | 13.40 |
| | Total Disbursements | 29.35 |
| | Fees & Disbursements | $5,541.35 |

Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 3.50 | 535.00 | 1,872.50 |
| TPL | T.P. Law | 7.60 | 445.00 | 3,382.00 |
| SS | S. Somoza | 0.50 | 125.00 | 62.50 |
| MT | M. Todd | 1.50 | 130.00 | 195.00 |
| | | 13.10 | | 5,512.00 |

August 19, 2010
RE: Insurance Counseling
(503842.00005)

Case 08-13141-BLS    Doc 5554-4    Filed 08/30/10    Page 4 of 7

Invoice: 2032739
Page 6

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/30/10 | JDS | Analyzed and exchanged emails with bankruptcy counsel and client regarding insurance issues related to bankruptcy proceeding. | 0.30 |

|  |  |
|---|---|
| TOTAL FEES: | $14,819.50 |

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 07/31/2010 | Duplicating/Printing/Scanning | 41.40 |
| | Total Disbursements | 41.40 |
| | Fees & Disbursements | $14,860.90 |

**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 8.20 | 535.00 | 4,387.00 |
| LJR | L.J. Raines | 22.30 | 430.00 | 9,589.00 |
| SS | S. Somoza | 6.30 | 125.00 | 787.50 |
| JCS | J.C. Schad | 0.20 | 280.00 | 56.00 |
| | | 37.00 | | 14,819.50 |

RE:     Marsh

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/08/10 | JDS | Analyzed email from Marsh counsel regarding review of LPT claims files and responded to same. | 0.20 |
| 07/13/10 | JDS | Prepared email to client regarding Marsh efforts to obtain claim information from TPA. | 0.20 |
| 07/14/10 | DR | Corresponded with J. Shugrue regarding Marsh's efforts to obtain claims data directly from TPA. | 0.20 |
| 07/19/10 | JDS | Exchanged emails with Marsh counsel regarding obtaining LPT claims data from TPA. | 0.20 |
| 07/21/10 | DR | Corresponded with client regarding Marsh's proposal for seeking claims data from TPA. | 0.30 |
| 07/21/10 | JDS | Communications with client regarding proposed letter to TPA regarding providing LPT claims data to Marsh in connection with settlement agreement. | 0.30 |
| 07/29/10 | JDS | Forwarded correspondence to TPA to counsel for Marsh. | 0.20 |

                                TOTAL FEES:            $743.50

## CURRENT DISBURSEMENTS

| 06/29/2010 | Courier Service - Outside 00843 UPS - Shipped from Soufan, Patricia Reed Smith LLP - Chicago to Mitchell J. Auslander Willkie Farr & Gallher (NEW YORK NY 10019) 1Z6151401597518888 | 90.70 |
|---|---|---|
| 06/30/2010 | Courier Service - Outside 00843 UPS - Shipped from Soufan, Patricia Reed Smith LLP - Chicago to John R. Dutt Marsh & McLennan Companies, (NEW YORK NY 10036) 1Z6151401595776951 | 90.70 |

                            Total Disbursements       181.40

                            Fees & Disbursements     $924.90

**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.10 | 535.00 | 588.50 |
| DR | D. Rosenfield | 0.50 | 310.00 | 155.00 |
|  |  | 1.60 |  | 743.50 |

RE:     **Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/06/10 | JDS | Worked on narrative text for 16th Monthly fee application. | 0.30 |
| 07/07/10 | LL | Revisions to RS's 16th Monthly Fee Application (.4); drafted RS's 6th Interim Fee Application (.6); e-mail correspondence regarding same (.2). | 1.20 |
| 07/07/10 | JDS | Worked on narrative descriptions for 16th monthly fee application. | 0.30 |
| 07/12/10 | LL | Revisions to RS's 16th Monthly and 6th Interim Fee Applications (1.2); conferred with C. Falgowski regarding same (.1); drafted CNO to RS's 16th Monthly Fee Application (.4); e-mail correspondence regarding same (.2). | 1.90 |
| 07/12/10 | JDS | Analyzed and provided comment on draft CNO filing regarding fee applications. | 0.20 |
| 07/14/10 | LL | Conferred with C. Falgowski regarding 16th Monthly Fee Application, 6th Interim Fee Application and CNO to 15th Monthly Fee Application (.1). | 0.10 |
| 07/14/10 | JCF | Reviewed and revised fee applications. | 0.40 |
| 07/15/10 | LL | Drafted RS's 17th Monthly Fee Application (1.2); e-mail correspondence regarding same (.2). | 1.40 |
| 07/15/10 | LL | Revisions to CNO to RS's 15th Monthly Fee Application (.2); e-file and service of same (.4); revisions to RS's 16th Monthly Fee Application (.4); e-file and service of same (.5); revisions to RS's 6th Interim Fee Application (.4); e-file and service of same (.5); e-mail services (.1). | 2.50 |
| 07/22/10 | JDS | Prepared narrative text for 17th monthly fee application. | 0.50 |
| 07/23/10 | LL | Drafted RS's 17th Monthly Fee Application. | 2.40 |
| 07/26/10 | LL | Conferred with C. Falgowski regarding RS's 17th Monthly Fee Application (.3); reviewed same (.2); e-file and service of same (.7); e-mail regarding same (.2). | 1.40 |
| 07/26/10 | JCF | Reviewed fee applications. | 0.20 |

                          TOTAL FEES:           $2,673.50


## CURRENT DISBURSEMENTS

| 07/29/2010 | Courier Service - Outside -- VENDOR: PARCELS, INC.: Deliveries | 25.00 |
|---|---|---|
| 07/29/2010 | Courier Service - Outside -- VENDOR: PARCELS, INC.: Deliveries | 5.00 |

| Date | Description | Amount |
|---|---|---|
| 07/31/2010 | PACER | 4.00 |
| 07/31/2010 | Outside Duplicating | 235.30 |
| | Total Disbursements | 269.30 |
| | Fees & Disbursements | $2,942.80 |

**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.30 | 535.00 | 695.50 |
| JCF | J.C. Falgowski | 0.60 | 390.00 | 234.00 |
| LL | L. Lankford | 10.90 | 160.00 | 1,744.00 |
| | | 12.80 | | 2,673.50 |