IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF DELAWARE

AUG 3 0 2010

*In re:*                           *Chapter 11*

*Tribune Company, et al.,*

                                       *Case No. 08-13141*
              *Debtors.*                *Jointly Administered*

### *Notice of Appeal*

Kevin Millen, the appeals under 28 U.S.C. ss 158 (a) or (b) from the judgment, order, or decree of the bankruptcy judge entered in this adversary proceeding on the 20th day of August, 2010.

The name of all parties to the judgment, order, or decree appealed from an the names, addresses, and telephone numbers of their respective attorneys are as follows:

*/s/ Kevin Millen*
*Kevin Millen*
*1704 Lanier Lane*
*Memphis, TN 38117*
*(901) 483-6619*

*Dated: 08-23-2010.*

## Certificate of Service

I hereby certify that a true and exact copy of the foregoing was sent by the United States mail, postage prepaid, by Kevin Millen:

**Kevin J. Carey**
**824 North Market Street**
**3rd Floor**
**Wilmington, Delaware 19801**

on this day 23rd day of August, 2010.

_____
**Kevin Millen**