### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF DELAWARE

*In re:*                                      *Chapter 11*

*Tribune Company, et al.,*

                                          *Case No. 08-13141*
               *Debtors.*                       *Jointly Administered*

### *Designation of Record All Documents To Be Sent*

     The reason for the entire document to be sent is so that the appeals court will be abreast of all the happening of the case. The appeals court needs to be abreast of all aspects of the case. This can be reflected in the transcript. This could be considered malicious prosecution. I would like to note that the court has defied all judicial law. I have no idea why the court would not allow me to receive any funds. Sustain means to uphold as valid, just, or correct, as a claim or the person making it. The court should have sustain the pleading as just. I have no idea why the court is making my life so miserable. I was wrong and the company should have to pay. In deciding a <u>Rule 12 (b)(6)</u> motion all allegations in the pleading should be accepted as true, and the plaintiff must be given the benefit of every favorable inference that can be drawn from those allegations. <u>U.S. v. Gaubert 499 U.S. 315,327 (1991)</u> Since the court is accepting the work that I submitted as false, then didn't they violated the law because the paperwork I have submitted was true? This quote written by the world renowned author Kevin Millen states, "People will try to destroy you when you are right and they are wrong, especially when they have a higher ranking job than you. Only the strong will win, because the Good Lord will see you through, and a higher official than them, will make sure misery attacks their lives for covering up something that should have been corrected because some people are immature."

*Kevin Millen* (signature)
**Kevin Millen**
**1704 Lanier Lane**
**Memphis, TN 38117**
**(901) 483-6619**

## *Certificate of Service*

I hereby certify that a true and exact copy of the foregoing was sent by the United States mail, postage prepaid, by Kevin Millen:

**Kevin J. Carey**
**824 North Market Street**
**3rd Floor**
**Wilmington, Delaware 19801**

on this day 23rd day of August, 2010.

_____
**Kevin Millen**