# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF DELAWARE

*In re:*                                               **Chapter 11**

*Tribune Company, et al.,*

                                                       **Case No. 08-13141**
               *Debtors.*                              **Jointly Administered**

## Statement of Issues Presented for Review

In this statement of Issues Presented for Review, I am asking the question what aspect is wrong in the brief that was presented on August 20th, 2010. I was incarcerated so how would I know that Georgetown University would need the entire United States to heinously attempt to murder me, Kevin Millen. Secondly, the court had a transcript and what was said in the court. Why have I not received any money? Standing is subject to review at all stages of litigation because lack of standing undermines the jurisdiction of not only the bankruptcy court, but also the district court acting as an appellate tribunal. Ryker 301 B.R. at 160 (citing in re Dionisio, 80 Fed. Appx. 285 (3rd Cir. 2003) This could be a malicious way to deprive me of justice. "Justice is the tool used to help all American's rich or poor return themselves to society as formidable citizens. Justice will not clear you if you misuse her, because she wants the law to help the righteous man; not the wicked friend." "Debt" is defined as a liability on a claim. 11 U.S.C. § 101(12). The law of Libel & Slander in Civil and Criminal Cases we see it talks about publications. Subsection 25 states, "Everyone who request, procures or commands another to publish a libel is answerable as though he published it himself... Fogg v. Boston & L.R. Co. (Mass.) 20 N.E. Rev. 109. We have to refer to 11 usc 362 (b)(1). The last question is what is the beef with the court system not upholding the laws and the constitution? This is a violation of my due process of law. Where is their any wrong information in the pleading my friends? Are you all going against me because those models whom was on my basketball team could not beat me one on one, the second team on the regular beat the starters. They were not that good just a bunch of whiners, criers, and liars just like John Thompson, Georgetown University and the people whom wrote the article...

*[signature: Kevin Millen]*

**Kevin Millen**
**1704 Lanier Lane**
**Memphis, TN 38117**
**(901) 483-6619**

## Certificate of Service

I hereby certify that a true and exact copy of the foregoing was sent by the United States mail, postage prepaid, by Kevin Millen:

**Kevin J. Carey**
**824 North Market Street**
**3rd Floor**
**Wilmington, Delaware 19801**

on this day 23rd day of August, 2010.

*(signature)*
Kevin Millen