**TRIBUNE COMPANY, et al (Case 08-13141)**        **Exhibit A**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period June 1, 2010 through June 30, 2010**

| | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| 2009 Consolidated Audit | 68.10 | $0.00 |
| 2010 Consolidated Audit | 230.60 | $105,000.00 |
| **Subtotal - Fixed Fee Services** | **298.70** | **$105,000.00** |
| | | |
| **Hourly Services** | | |
| Claims Consulting Services | 4.30 | $1,935.00 |
| Fresh Start | 105.90 | $52,014.00 |
| **Subtotal - Hourly Services** | **110.20** | **$53,949.00** |
| | | |
| **Bankruptcy Requirements and Obligations** | | |
| Employment Applications and Other Court Filings | 1.80 | $990.00 |
| Monthly, Interim and Final Fee Applications | 31.30 | $7,225.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **33.10** | **$8,215.00** |
| | | |
| **Total Hours and Compensation** | **442.00** | **$167,164.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**Summary of Hours - June 1, 2010 through June 30, 2010**

|  | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2009 Consolidated Audit | 68.10 | 0.00 |
| 2010 Consolidated Audit | 230.60 | 105,000.00 |
| **Subtotal - Fixed Fee Services** | 298.70 | 105,000.00 |
| **Total Hours and Compensation** | **298.70** | **105,000.00** |

Friday, August 27, 2010

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period June 1, 2010 through June 30, 2010**

| Professional | Professional's Position | Hours |
|---|---|---|
| Justin A Spahn | Manager | 1.00 |
| Sheri L Meyers | Senior Associate | 5.30 |
| Abigail E Sullivan | Associate | 41.00 |
| Domonique P Hinton | Associate | 16.30 |
| Melissa Mary Begley | Associate | 4.50 |
| **Total Hours Incurred during Compensation Period** | | **68.10** |
| Total Hours Incurred prior to June 1, 2010 | | 7,152.70 |
| **Total Hours Incurred through June 30, 2010** | | **7,220.80** |

| | | |
|---|---|---|
| Total Fees - Payments Previously Requested for 2009 Consolidated Audit | | $1,750,000.00 |
| Remaining Payments for 2009 Consolidated Audit | | $0.00 |
| **Total Fixed Fee for 2009 Consolidated Audit** | | **$1,750,000.00** |
| **Requested Payment - 2009 Consolidated Audit** | **68.10** | **$0.00** |

---

Total fees equal fees disclosed in the original engagment letter + approved addendum; $1,450,000 + $300,000 = $1,750,000.    Page 1 of 1

**TRIBUNE COMPANY, et al (Case 08-13141)**                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - June 1, 2010 through June 30, 2010**

| Category | Hours |
|---|---|
| 9200 - 2009 Interim Review Procedures | 68.10 |
| **Total Fixed Fee for 2009 Consolidated Audit** | **68.10** |

**TRIBUNE COMPANY, et al (Case 08-13141)**          **Exhibit B-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2010 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the**
**Period June 1, 2010 through June 30, 2010**

| Professional | Professional's Position | Hours |
|---|---|---|
| William T England | Partner | 29.00 |
| Kim Stawski | Director | 7.30 |
| Thomas L Koops | Senior Manager | 4.00 |
| Justin A Spahn | Manager | 55.40 |
| Lydia Kuebler | Senior Associate | 12.30 |
| Sheri L Meyers | Senior Associate | 63.40 |
| Abigail E Sullivan | Associate | 36.60 |
| Brittany L Hegarty | Associate | 7.90 |
| Domonique P Hinton | Associate | 1.70 |
| Melissa Mary Begley | Associate | 7.50 |
| Meredith A Flittner | Associate | 5.50 |
| Fixed Fee Component | Fixed Fee Component | 0.00 |
| **Total Hours Incurred during Compensation Period** | | **230.60** |
| Total Hours Incurred prior to June 1, 2010 | | 299.20 |
| **Total Hours Incurred through June 30, 2010** | | **529.80** |

| | |
|---|---|
| **Total Fees - Payments Previously Requested for 2010 Consolidated Audit** | $74,537.00 |
| **Remaining Payments for 2010 Consolidated Audit** | $1,325,463.00 |
| **Total Fixed Fee for 2010 Consolidated Audit** | $1,400,000.00 |

| | | |
|---|---|---|
| **Requested Payment - 2010 Consolidated Audit** | 230.60 | $105,000.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                          **Exhibit B-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2010 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - June 1, 2010 through June 30, 2010**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 209.80 |
| 9201 - Q2 Interim Review Procedures | 3.00 |
| 2900 - Information Technology General Controls | 17.80 |
| **Total Fixed Fee for 2010 Consolidated Audit** | **230.60** |

TRIBUNE COMPANY, et al (Case 08-13141)                                    **Exhibit C-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by  Professionals - Hourly Professional Services**
**For the Period June 1, 2010 through June 30, 2010**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Stephen B Danton | Director | $450 | 4.30 | $1,935.00 |
| **Subtotal - Claims Consulting Services** | | | **4.30** | **$1,935.00** |
| **Fresh Start** | | | | |
| L Allen Arnett | Partner | $700 | 0.60 | $420.00 |
| Robert C Whitley | Partner | $700 | 14.80 | $10,360.00 |
| Robert D Love | Partner | $650 | 4.00 | $2,600.00 |
| Adrian Galis | Director | $475 | 3.00 | $1,425.00 |
| John Benedetti | Director | $475 | 68.40 | $32,490.00 |
| Justin A Spahn | Manager | $305 | 6.80 | $2,074.00 |
| Kristofer L Neyens | Manager | $370 | 3.00 | $1,110.00 |
| Mark Stachnik | Senior Associate | $300 | 4.40 | $1,320.00 |
| Sheri L Meyers | Senior Associate | $225 | 0.40 | $90.00 |
| Jeff T Crawford | Associate | $250 | 0.50 | $125.00 |
| **Subtotal - Fresh Start** | | | **105.90** | **$52,014.00** |
| **Employment Applications and Other Court Filings** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 1.80 | $990.00 |
| **Subtotal - Employment Applications and Other Court Filings** | | | **1.80** | **$990.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Andrea Clark Smith | Director (Bankruptcy) | $550 | 0.40 | $220.00 |
| Justin A Spahn | Manager | $330 | 0.50 | $165.00 |
| Subashi M Stendahl | Associate (Bankruptcy) | $225 | 30.40 | $6,840.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **31.30** | **$7,225.00** |
| **Total Hours and Compensation** | | | **143.30** | **$62,164.00** |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date – Hourly Professional Services**
**For the Period June 1, 2010 through June 30, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Claims Consulting Services** | | | | | | |
| 6/21/2010 | Stephen B Danton | Director | 0610H0001: Telephone call with attorney for the city. | $450.00 | 0.60 | $270.00 |
| 6/22/2010 | Stephen B Danton | Director | 0610H0002: Follow-up with Attorney for the city.. place call to client.l preparation for status hearing. follow-up on statuts hearing. | $450.00 | 1.10 | $495.00 |
| 6/23/2010 | Stephen B Danton | Director | 0610H0003: Meeting with attorney for the city. attend status hearing. | $450.00 | 2.60 | $1,170.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **4.30** | **$1,935.00** |
| **Fresh Start** | | | | | | |
| 6/1/2010 | John Benedetti | Director | 0610H0004: Review Cushman proposal for services to Tribune. | $475.00 | 3.40 | $1,615.00 |
| 6/2/2010 | Adrian Galis | Director | 0610H0005: Review Cushman proposal for services to Tribune. | $475.00 | 1.00 | $475.00 |
| 6/2/2010 | John Benedetti | Director | 0610H0006: Coordination and preparation for discussion of Cushman report and preparation of comments for Tribune regarding real property valuation approach. | $475.00 | 4.00 | $1,900.00 |
| 6/3/2010 | John Benedetti | Director | 0610H0007: Creation of example model to describe effect of DTL created by TV Foods. | $475.00 | 2.30 | $1,092.50 |
| 6/3/2010 | John Benedetti | Director | 0610H0008: Research of relevant standards relating to allocation of Goodwill to reporting units. | $475.00 | 3.70 | $1,757.50 |
| 6/4/2010 | John Benedetti | Director | 0610H0009: Refining of the DTL calculation for TV Foods. | $475.00 | 2.00 | $950.00 |
| 6/7/2010 | John Benedetti | Director | 0610H0010: Review of documents related deferred revenue for whitepaper preparation. | $475.00 | 5.50 | $2,612.50 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date – Hourly Professional Services**
**For the Period June 1, 2010 through June 30, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/8/2010 | Robert D Love | Partner | 0610H0011: Review impacts of fresh start accounting on tax planning (0.5); Conference call with Pat Schanahan, Pat Okiley, and Kris Neyens (PwC) regarding tax planning (0.5). | $650.00 | 1.00 | $650.00 |
| 6/8/2010 | Kristofer L Neyens | Manager | 0610H0012: Status update call with P. Shanahan & B. Love (PwC) to discuss the tax planning and impacts by fresh start accounting. | $370.00 | 0.50 | $185.00 |
| 6/8/2010 | John Benedetti | Director | 0610H0013: Preparation of Tribune Issues Log for distribution to working group. | $475.00 | 1.90 | $902.50 |
| 6/8/2010 | John Benedetti | Director | 0610H0014: Drafting of preliminary whitepaper. | $475.00 | 5.00 | $2,375.00 |
| 6/9/2010 | Adrian Galis | Director | 0610H0015: Discussion with John Bennedetti (PwC) regarding the proposed Cushman methodology. | $475.00 | 1.00 | $475.00 |
| 6/9/2010 | John Benedetti | Director | 0610H0016: Discussion with Adrian Galis (PwC) regarding the proposed Cushman methodology. | $475.00 | 1.00 | $475.00 |
| 6/9/2010 | John Benedetti | Director | 0610H0017: Status update with C. Whitley (PwC). | $475.00 | 2.00 | $950.00 |
| 6/9/2010 | Robert C Whitley | Partner | 0610H0018: Status update with J. Benedetti (PwC). | $700.00 | 2.00 | $1,400.00 |
| 6/9/2010 | Jeff T Crawford | Associate | 0610H0019: Printing and extracting relevant PDF documents for deferred revenue analysis. | $250.00 | 0.50 | $125.00 |
| 6/9/2010 | John Benedetti | Director | 0610H0020: Preparation for status update with C. Whitley (PwC) including review the current memos and proposed Cushman methodology. | $475.00 | 3.00 | $1,425.00 |
| 6/9/2010 | John Benedetti | Director | 0610H0021: Documentation within MAP file on discussion results. | $475.00 | 0.50 | $237.50 |
| 6/9/2010 | Robert C Whitley | Partner | 0610H0022: Review of memos and current status. | $700.00 | 3.00 | $2,100.00 |
| 6/10/2010 | Robert D Love | Partner | 0610H0023: Fixed asset meeting with Pat Shanahan, Ed Obrien and K. Neyens (PwC) to discuss tax basis of property. | $650.00 | 2.50 | $1,625.00 |
| 6/10/2010 | Kristofer L Neyens | Manager | 0610H0024: E&Y Presentation of valuation findings for freedom center, attended with B. Love (PwC). | $370.00 | 2.50 | $925.00 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date – Hourly Professional Services
For the Period June 1, 2010 through June 30, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/10/2010 | John Benedetti | Director | 0610H0025: Documentation within MAP file on discussion results. | $475.00 | 2.50 | $1,187.50 |
| 6/10/2010 | Adrian Galis | Director | 0610H0026: Conference call with Cushman and Tribune. | $475.00 | 1.00 | $475.00 |
| 6/10/2010 | John Benedetti | Director | 0610H0027: Meeting with Tribune (N Chakiris) and PwC (C. Whitley, B. England, J. Spahn, A. Arnett) on valuation approach for real property. | $475.00 | 1.00 | $475.00 |
| 6/10/2010 | Robert C Whitley | Partner | 0610H0028: Meeting with Tribune (N Chakiris) and PwC (C. Whitley, B. England, J. Spahn, A. Arnett) on valuation approach for real property. | $700.00 | 1.00 | $700.00 |
| 6/10/2010 | L Allen Arnett | Partner | 0610H0029: Meeting with Tribune (N Chakiris) and PwC (C. Whitley, B. England, J. Spahn, A. Arnett) on valuation approach for real property - provided technical/specialist perspective (partial attendence). | $700.00 | 0.60 | $420.00 |
| 6/14/2010 | Robert D Love | Partner | 0610H0030: Review Deferred Revenue whitepaper. | $650.00 | 0.50 | $325.00 |
| 6/14/2010 | Robert C Whitley | Partner | 0610H0031: First review of deferred revenue memo. | $700.00 | 1.00 | $700.00 |
| 6/15/2010 | Justin A Spahn | Manager | 0610H0032: Review fresh start accounting for sydicated television contracts. | $305.00 | 0.50 | $152.50 |
| 6/16/2010 | Justin A Spahn | Manager | 0610H0033: Discuss fresh start accounting for TV Food Network LLC investment. PwC participants included C. Smith, J. Benedetti, C. Whitley, and J. Spahn. | $305.00 | 1.00 | $305.00 |
| 6/16/2010 | John Benedetti | Director | 0610H0034: Discuss fresh start accounting for TV Food Network LLC investment. PwC participants included C. Smith, J. Benedetti, C. Whitley, and J. Spahn. | $475.00 | 1.00 | $475.00 |
| 6/16/2010 | Robert C Whitley | Partner | 0610H0035: Discussion with J. Spahn (PwC), C. Smith (PwC) and J. Benedetti (PwC) for TV Food Network fresh start accounting. | $700.00 | 1.00 | $700.00 |
| 6/16/2010 | Justin A Spahn | Manager | 0610H0036: Discuss tax implications of fresh start accounting for TV Food Network LLC investment. PwC participants included J. Benedetti, J. Spahn, and K. Stawski. | $305.00 | 0.30 | $91.50 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date – Hourly Professional Services
For the Period June 1, 2010 through June 30, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/16/2010 | John Benedetti | Director | 0610H0037: Discuss tax implications of fresh start accounting for TV Food Network LLC investment. PwC participants included J. Benedetti, J. Spahn, and K. Stawski. | $475.00 | 0.30 | $142.50 |
| 6/16/2010 | John Benedetti | Director | 0610H0038: Refinement of example Goodwill calculation following discussion with C. Whitley (PwC) and C. Smith (PwC). | $475.00 | 1.70 | $807.50 |
| 6/16/2010 | Robert C Whitley | Partner | 0610H0039: Refinement of example Goodwill calculation following discussion with Benedetti (PwC) and C. Smith (PwC). | $700.00 | 1.70 | $1,190.00 |
| 6/16/2010 | John Benedetti | Director | 0610H0040: Discussion with N. Chakiris (TRB) regarding potential options for treatment of DTL on TV Foods. | $475.00 | 1.00 | $475.00 |
| 6/16/2010 | Robert C Whitley | Partner | 0610H0041: Preparation and research for national office consultation regarding implications of the fresh start accounting and impacts. | $700.00 | 1.30 | $910.00 |
| 6/17/2010 | John Benedetti | Director | 0610H0042: Review of draft whitepaper on Broadcast Rights. | $475.00 | 3.10 | $1,472.50 |
| 6/18/2010 | Justin A Spahn | Manager | 0610H0043: Meeting with Tribune to discuss valuation of broadcast rights. Included C. Whitley, J. Benedetti, and J. Spahn (all PwC). Included Litman, Chakiris, Mazzaferri, Lightfoot, and Judds (all TRB). | $305.00 | 1.00 | $305.00 |
| 6/18/2010 | John Benedetti | Director | 0610H0044: Meeting with Tribune to discuss valuation of broadcast rights. Included C. Whitley, J. Benedetti, and J. Spahn (all PwC). Included Litman, Chakiris, Mazzaferri, Lightfoot, and Judds (all TRB). | $475.00 | 1.00 | $475.00 |
| 6/18/2010 | Robert C Whitley | Partner | 0610H0045: Meeting with Tribune Broadcast Finance Department, Controllers Group and PwC - PwC attendees include J. Spahn and J. Benedetti to discuss valuation of broadcast rights. | $700.00 | 1.00 | $700.00 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date – Hourly Professional Services
For the Period June 1, 2010 through June 30, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 6/18/2010 | Justin A Spahn | Manager | 0610H0046: Meeting with J. Benedetti (PwC) and C. Whitley (PwC) to discuss follow up items for broadcast rights valuation. | $305.00 | 1.00 | $305.00 |
| 6/18/2010 | John Benedetti | Director | 0610H0047: Meeting with J. Spahn (PwC) and C. Whitley (PwC) to discuss follow up items for broadcast rights valuation. | $475.00 | 1.00 | $475.00 |
| 6/18/2010 | Robert C Whitley | Partner | 0610H0048: Meeting with J. Benedetti (PwC) and J. Spahn (PwC) on follow up items for Broadcast rights. | $700.00 | 1.00 | $700.00 |
| 6/18/2010 | Justin A Spahn | Manager | 0610H0049: Prepare for meeting with Tribune to discuss valuation of broadcast rights. | $305.00 | 0.50 | $152.50 |
| 6/18/2010 | Sheri L Meyers | Senior Associate | 0610H0050: Explanation of accounting for barter transactions to TS team. Time includes gathering company policies. | $225.00 | 0.40 | $90.00 |
| 6/18/2010 | John Benedetti | Director | 0610H0051: Prepare for meeting with Tribune to discuss valuation of broadcast rights. | $475.00 | 0.50 | $237.50 |
| 6/18/2010 | John Benedetti | Director | 0610H0052: Preparation of Broadcast Rights whitepaper for C. Whitley (PwC) review. | $475.00 | 3.50 | $1,662.50 |
| 6/18/2010 | Robert C Whitley | Partner | 0610H0053: Preparation for meeting with Broadcasting Finance department and controllers group on valuation approach to broadcast rights. | $700.00 | 0.80 | $560.00 |
| 6/18/2010 | Robert C Whitley | Partner | 0610H0054: Meeting with Litman (TRB) to discuss status update on project. | $700.00 | 0.50 | $350.00 |
| 6/21/2010 | John Benedetti | Director | 0610H0055: Updating of issues log for distribution to working group. | $475.00 | 4.00 | $1,900.00 |
| 6/24/2010 | John Benedetti | Director | 0610H0056: Distribution of issues log. | $475.00 | 0.50 | $237.50 |
| 6/28/2010 | Mark Stachnik | Senior Associate | 0610H0057: Review and provide feedback on accounting whitepaper. | $300.00 | 3.10 | $930.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                                                                                          **Exhibit C-2**

PricewaterhouseCoopers LLP – Compensation and Tax Advisors and Independent Auditors

Details of Hours and Compensation by Project and Date – Hourly Professional Services

For the Period June 1, 2010 through June 30, 2010

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 6/28/2010 | John Benedetti | Director | 0610H0058: Preparation of first draft of national consultation memo on Goodwill Treatment. | $475.00 | 3.00 | $1,425.00 |
| 6/29/2010 | Mark Stachnik | Senior Associate | 0610H0059: Review and provide feedback on accounting whitepaper. | $300.00 | 1.30 | $390.00 |
| 6/29/2010 | John Benedetti | Director | 0610H0060: Updating of Deferred Revenue whitepaper for comments received from C. Whitley (PwC), J. Spahn (PwC). | $475.00 | 4.00 | $1,900.00 |
| 6/30/2010 | Justin A Spahn | Manager | 0610H0061: Discuss fresh start accounting for deferred revenue and TVFN with J. Benedetti (PwC). | $305.00 | 1.50 | $457.50 |
| 6/30/2010 | John Benedetti | Director | 0610H0062: Discuss fresh start accounting for deferred revenue and TVFN with J. Spahn (PwC). | $475.00 | 1.50 | $712.50 |
| 6/30/2010 | Justin A Spahn | Manager | 0610H0063: Fresh start accounting status discussion with J.Benedetti (PwC), N. Chakiris (TRB) and T.Lightfoot (TRB). | $305.00 | 1.00 | $305.00 |
| 6/30/2010 | John Benedetti | Director | 0610H0064: Fresh start accounting status discussion with J.Benedetti (PwC), N. Chakiris (TRB) and T.Lightfoot (TRB). | $475.00 | 1.00 | $475.00 |
| 6/30/2010 | John Benedetti | Director | 0610H0065: Preparation for meeting with N Chakiris (TRB). | $475.00 | 3.50 | $1,662.50 |
| 6/30/2010 | Robert C Whitley | Partner | 0610H0066: Review Deferred Revenue whitepaper. | $700.00 | 0.50 | $350.00 |
| **Subtotal – Hours and Compensation for Fresh Start** | | | | | **105.90** | **$52,014.00** |

**Employment Applications and Other Court Filings**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 6/9/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0610H0067: Prepare an expanded application for the 2010 audit services and additional fresh start services. | $550.00 | 0.20 | $110.00 |
| 6/21/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0610H0068: Prepare an expanded application for the 2010 audit services and additional fresh start services. Distribute to Counsel. | $550.00 | 1.30 | $715.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                                                                    **Exhibit C-2**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Details of Hours and Compensation by Project and Date – Hourly Professional Services**

**For the Period June 1, 2010 through June 30, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/21/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0610H0069: Draft expanded retention documents. | $550.00 | 0.00 | $0.00 |
| 6/21/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0610H0070: Tribune - Expanded Application; March, April and May status. | $550.00 | 0.00 | $0.00 |
| 6/21/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0610H0071: Email communications with Tribune counsel re: expanded services. | $550.00 | 0.30 | $165.00 |
| **Subtotal – Hours and Compensation for Employment Applications and Other Court Filings** | | | | | **1.80** | **$990.00** |

**Monthly, Interim and Final Fee Applications**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/1/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0072: Reviewing reconciliation through April 2010, categories and details. | $225.00 | 1.70 | $382.50 |
| 6/1/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0073: Follow up with professionals for additional time details, research double billed invoices and prepare to run March 2010 exhibits. | $225.00 | 2.80 | $630.00 |
| 6/2/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0074: Prepare exhibits for March 2010 fee application. | $225.00 | 1.50 | $337.50 |
| 6/3/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0075: Review of March 2010 expenses and prepared exhibits. | $225.00 | 1.80 | $405.00 |
| 6/4/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0076: Update March 2010 exhibits, narrative and distribute for review. | $225.00 | 1.00 | $225.00 |
| 6/8/2010 | Andrea Clark Smith | Director (Bankruptcy) | 0610H0077: Review March 2010 fee statement, narrative, exhibits. | $550.00 | 0.40 | $220.00 |
| 6/14/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0078: Reconciliation of April and May 2010 expenses. | $225.00 | 2.00 | $450.00 |
| 6/14/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0079: Continue reviewing April and May 2010 expense details. | $225.00 | 0.50 | $112.50 |

Exhibit C-2

## TRIBUNE COMPANY, et al (Case 08-13141)

### PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

**Details of Hours and Compensation by Project and Date – Hourly Professional Services**

**For the Period June 1, 2010 through June 30, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/15/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0080: Follow up with professionals for additional April and May 2010 expense details. | $225.00 | 2.50 | $562.50 |
| 6/15/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0081: Incorporating revisions from client service team related to their April and May 2010 expenses. | $225.00 | 0.30 | $67.50 |
| 6/16/2010 | Justin A Spahn | Manager | 0610H0082: Review March 2010 fee statement, narrative, exhibits. | $330.00 | 0.50 | $165.00 |
| 6/16/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0083: Incorporating time tracker details into the consolidator and reconciling back to GFS reports. | $225.00 | 1.00 | $225.00 |
| 6/21/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0084: Incorporating April 2010 data received from team into the consolidator, review and follow up. | $225.00 | 3.00 | $675.00 |
| 6/21/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0085: Communication with S. Meyer's (PwC) regarding her review of April and May 2010 details. | $225.00 | 0.20 | $45.00 |
| 6/21/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0086: Discussion with A. Clark Smith (PwC) and J. Spahn (PwC) regarding March - May 2010 filings. | $225.00 | 0.50 | $112.50 |
| 6/21/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0087: Updating March 2010 data to include addendum fees. | $225.00 | 1.00 | $225.00 |
| 6/22/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0088: Following up on pending April 2010 items and review of hourly time details. | $225.00 | 2.80 | $630.00 |
| 6/22/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0089: Incorporate signature and prepare final deliverables to be filed with Counsel. | $225.00 | 0.50 | $112.50 |
| 6/22/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0090: Updating access database design for 2010 project and running expense exhibits. | $225.00 | 1.00 | $225.00 |
| 6/23/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0091: Working on cumulative reconciliation variances and communication with client service team(s). | $225.00 | 1.50 | $337.50 |
| 6/28/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0092: Review of May 2010 time details and follow up on missing data. | $225.00 | 1.00 | $225.00 |
| 6/29/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0093: Incorporating revised May 2010 time details and follow up regarding open items. | $225.00 | 1.80 | $405.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period June 1, 2010 through June 30, 2010**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 6/29/2010 | Subashi M Stendahl | Associate (Bankruptcy) | 0610H0094: Continue reviewing May 2010 time details and subsequent follow up with team for more information. | $225.00 | 2.00 | $450.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | 31.30 | $7,225.00 |
| **Total Hours and Compensation** | | | | | 143.30 | $62,164.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit D-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period June 1, 2010 through June 30, 2010**

| Transaction Type | Total Expenditures |
|---|---|
| **2010 Consolidated Audit** | |
| Public/ground transportation | $26.00 |
| Shipping | $6.08 |
| **Subtotal - 2010 Consolidated Audit** | **$32.08** |
| **Fresh Start** | |
| Lodging | $250.00 |
| Public/ground transportation | $8.00 |
| **Subtotal - Fresh Start** | **$258.00** |
| **Tax Consulting Services** | |
| Public/ground transportation | $200.00 |
| **Subtotal - Tax Consulting Services** | **$200.00** |
| **Total Expenditures** | **$490.08** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded
and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements
sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1

Friday, August 27, 2010

TRIBUNE COMPANY., et al (Case 08-13141)                                                                                           Exhibit D-2

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Detail of Expenditures by Project and Date

For the Period June 1, 2010 through June 30, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **2010 Consolidated Audit** | | | | |
| 5/11/2010 | Melissa Mary Begley | Public/ground transportation | 0610E0001: TAXI FROM TRIBUNE TOWER TO/FROM OFFICE - TAXI FROM TRIBUNE TOWER TO/FROM OFFICE. | $16.00 |
| 6/5/2010 | PricewaterhouseCoopers | Shipping | 0610E0002: UNITED PARCEL SERVICE -. | $6.08 |
| 6/11/2010 | Abigail E Sullivan | Public/ground transportation | 0610E0003: YELLOW CAB, CHICAGO, IL - ONE WAY TRANSPORTATION FROM PWC OFFICE TO TRIBUNE. | $10.00 |
| Subtotal - 2010 Consolidated Audit | | | | $32.08 |
| **Fresh Start** | | | | |
| 6/10/2010 | Robert D Love | Lodging | 0610E0004: COURTYARD IGE CHICAGO IL - LODGING 2 NIGHT STAY (6/9/10 - 6/10/10). | $250.00 |
| 6/10/2010 | Kristofer L Neyens | Public/ground transportation | 0610E0005: YELLOW CAB - CLIENT SITE MEETING. | $8.00 |
| Subtotal - Fresh Start | | | | $258.00 |
| **Tax Consulting Services** | | | | |
| 2/15/2010 | John A Sandmeier | Public/ground transportation | 0610E0006: TAXI TO AND FROM TRIBUNE FEBRUARY 15, 2010 - TAXI TO AND FROM TRIBUNE, FEBRUARY 15, 2010. | $20.00 |
| 2/22/2010 | John A Sandmeier | Public/ground transportation | 0610E0007: TAXI TO AND FROM TRIBUNE FEB 22. - TAXI TO AND FROM TRIBUNE, CHICAGO. | $20.00 |
| 2/24/2010 | John A Sandmeier | Public/ground transportation | 0610E0008: TAXI TO TRIBUNE FEBRUARY 24, 2010 - TAXI TO TRIBUNE, FEB. 24, 2010. | $20.00 |
| 2/25/2010 | John A Sandmeier | Public/ground transportation | 0610E0009: TAXI TO AND FROM TRIBUNE, FEBRUARY 25, 2010 - TAXI TO AND FROM TRIBUNE, FEBRUARY 25, 2010. | $20.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Friday, August 27, 2010

**TRIBUNE COMPANY., et al (Case 08-13141)**                                                                    Exhibit D-2

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

**Detail of Expenditures by Project and Date**

For the Period June 1, 2010 through June 30, 2010

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 3/1/2010 | John A Sandmeier | Public/ground transportation | 0610E0010: TAXI TO AND FROM TRIBUNE MARCH 1, 2010 - TAXI TO AND FROM TRIBUNE, MARCH 1, 2010. | $20.00 |
| 3/1/2010 | John A Sandmeier | Public/ground transportation | 0610E0011: TAXI TO AND FROM TRIBUNE MARCH 2, 2010 - MARCH 2, 2010 TAXI TO AND FROM TRIBUNE. | $20.00 |
| 3/1/2010 | John A Sandmeier | Public/ground transportation | 0610E0012: MARCH 3, TAXI TO AND FROM TRIBUNE - MARCH 3, TAXI TO AND FROM TRIBUNE. | $20.00 |
| 3/15/2010 | John A Sandmeier | Public/ground transportation | 0610E0013: TAXIS TO TRIBUNE - MARCH 15, 16, 17. | $20.00 |
| 3/15/2010 | John A Sandmeier | Public/ground transportation | 0610E0014: TAXIS TO AND FROM TRIBUNE MARCH 16, 2010 - TAXIS TO AND FROM TRIBUNE, MARCH 16, 2010. | $20.00 |
| 3/15/2010 | John A Sandmeier | Public/ground transportation | 0610E0015: TAXIS TO AND FROM TRIBUNE - MARCH 17, 2010 TAXI TO AND FROM TRIBUNE. | $20.00 |
| Subtotal - Tax Consulting Services | | | | $200.00 |
| **Total Expenditures** | | | | **$490.08** |

Page 2 of 2
Friday, August 27, 2010

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.