# Schedule 1

## CONFLICTS LIST- TRIBUNE COMPANY., et al.

### DEBTORS AND NON-DEBTOR AFFILIATES

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Network, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago National League Ball Club LLC
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
forsalebyowner.com Corp.
Forsalebyowner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
Juliusair Company, LLC
Juliusair Company II, LLC
KIAH, Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.

Los Angeles Times Newspapers, Inc.
Magic T Music Publishing Company
NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
New River Center Maintenance Association, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Publishers Forest Products Co. of Washington
Sentinel Communications News Ventures, Inc.
Shepard's, Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Company, Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc.
Tribune California Properties, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.

Tribune Manhattan Newspaper Holdings, Inc.
Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WTXX Inc.

## CURRENT AND FORMER DIRECTORS AND OFFICERS OF TRIBUNE COMPANY AND OTHER DEBTORS

Lee Abrams
Lynne Adamson
Harry A. Amsden
Julie D. Anderson
Thomas J. Anischik
Michael D. Asher
Chris Avetisian
Cynthia Baker
Roger A. Bare
Robertson Barrett
Alexa A. Bazanos
Robert E. Bellack
David A. Bennett
Kelly F. Benson
Steve Bentz
Betty Ellen Berlamino
Judith Berman
Theodore J. Biedron
Chandler Bigelow III
Michael G. Bourgon
Kevin C. Boyd
Thomas F. Brown
Becky Brubaker

David A. Bucknor
Stephen M. Budihas
Thomas G. Caputo
Denise Carlisle
Patricia M. Carroll
Stephen D. Carver
Vincent Casanova
Patti Cazeaux
Jeffrey Chandler
Steve Charlier
Marc Chase
Robert Christie
Sean D. Compton
Kevin J. Connor
Ray Daley
Tom Davidson
Catherine A. Davis
Sam DeFroscia
Jennifer DeKarz
Larry Delia
Robert Delo
Phil Doherty
John D'Orlando
Jeff Dorsey
Tim Dukes
David P. Eldersveld
Steve Farber
Richard S. Feeney
James Feher
Jay Fehnel
Peter D. Filice
Thomas S. Finke
Karen H. Flax
Oneri Fleita
Micahel C. Foux
Timothy Franklin
Chris L. Fricke
Andy Friedman
Travis B. Fuller
Steve Gable
Rich Gamble
Michael Gart
Ernie C. Gates
Vince Giannini
Russell Gilbert
Dawn M. Girocco
Karlene W. Goller
Bradley Good
Roger Goodan
Richard J. Graziano

| | |
|---|---|
| Howard Greenberg | Richard McGerald |
| Robert Gremillion | Mark E. McGuire |
| Charlotte H. Hall | Patrick Scott McKibben |
| Eddy W. Hartenstein | Don W. Meek |
| Linda Hastings | Nancy A. Meyer |
| Dana C. Hayes, Jr. | Eric Meyrowitz |
| Greg Healy | Randy Michaels |
| Jane E. Healy | Susan M. Mitchell |
| John R. Hendricks | Paul Mitnick |
| James J. Hendry | Dan Mitrovich |
| Ardith Hilliard | John S. Moczulski |
| Chris Hochschild | Richard D. Molchany |
| Carolyn S. Hudspeth | Roaldo W. Moran |
| Hank J. Hundemer | Christopher C. Morrill |
| Bonnie B. Hunter | Robyn L. Motley |
| Tony Hunter | Robin Mulvaney |
| Richard E. Inouye | Gwen P. Murkami |
| Alice T. Iskra | Russ Newton |
| Kamran Izadapanah | Tom Nork |
| Janice Jacobs | Dennis G. O'Brien |
| Juliana Jaoudi | Mike O'Connor |
| Kim Johnson | William C. O'Donovan |
| Lee Jones | John T. O'Loughlin |
| Judy Juds | Daniel O'Sullivan |
| Jeff Kapugi | Bert Ortiz |
| Daniel G. Kazan | Rob T. Patton |
| Gerould W. Kern | Pamela S. Pearson |
| Anne S. Kelly | John F. Poelking |
| Timothy R. Kennedy | Scott G. Pompe |
| Crane H. Kenney | Andrea M. Pudliner |
| Jerry L. Kersting | Myrna Ramirez |
| Avido Khahaifa | Robert S. Ramsey |
| Jack D. Klunder | Charles Ray |
| Patricia A. Kolb | Jodi L. Reischl |
| Timothy Koller | Justo Rey |
| Glenn G. Kranzley | Jack Rodden |
| Kim A. McCleary LaFrance | Robert R. Rounce |
| Eric Laimins | Sheau-Ming Ross |
| Thomas E. Langmyer | Timothy Ryan |
| Jeffrey S. Levine | Naomi B. Sachs |
| Donald J. Liebentritt | Linda Schaible |
| Brian F. Litman | Raymond J. Schonbak |
| Michael R. Lufrano | Stephen G. Seidl |
| Walter Mahoney | Henry M. Segal |
| Christopher Manis | Lynne A. Segall |
| John Manzi | Charles J. Sennet |
| Jerome P. Martin | Dinesh Shah |
| Earl R. Maucker | Patrick M. Shanahan |
| Gina Mazzaferri | Shaun M. Sheehan |
| David R. Mayersky | Sharon A. Silverman |

3

Digby A. Solomon
Laurence J. Sotsky
Gerald A. Spector
Russ Stanton
William Stinehart, Jr.
Scott Sullivan
Laura L. Tarvainen
Lou Tazioli
Clifford L. Teutsch
Doug Thomas
Timothy J. Thomas
Kathy K. Thomson
Steve Tippie
John P. Trainor
William C. Trimarco
Cam Trinh
Phil Waterman
Michael E. Weiner
Gary Weitman
Jack Whisler
Marty Wilke
David D. Williams
Roger Williams
Ann B. Wilson
Ed Wilson
Timothy F. Windsor
Ed Wolf
Feli M. Wong
John D. Worthington, IV
Julie K. Xanders
Joseph A. Young
Owen Youngman
John S. Zabetakis
John E. Zelenka
Chandler Bigelow III
David P. Eldersveld
Daniel G. Kazan
Donald J. Liebentritt
Randy Michaels
Jeffrey S. Berg
Brian L. Greenspun
Betsy D. Holden
William A. Osborn
William C. Pate
Mark Shapiro
Maggie Wilderotter
Frank Wood
Samuel Zell

## FORTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

Abitibi Consolidated
Barclays Capital
BD&A
Bowater Inc
Boise Hawks Baseball Club LLC
Bunzl
Chicago Cubs Charities
Chicago Transit Authority
Complejo Latinoamericana Baseball
Cubs Care
Daytona Cubs
Duetsche Bank National Trust Company
Ernie Banks International, Inc.
Horst Bergman
Hampton Inn and Suites
J.P. Morgan Chase Bank, N.A.
Jose Serra
Luis Vizcaino
Major League Baseball
Mark Willes
Merrill Lynch Capital Corporation
NBC Universal Domestic Television
Nielsen Media Research
Northwestern Memorial Hospital
Paramount Pictures Corporation
Profinancial Services, Inc
Raymond Jansen Jr.
Robert Erburu
Sony Pictures Television
SP Newsprint Company
Structural Shop Ltd.
The Langham Huntington Pasadena
Tower DC, LLC
Tower EH, LLC
Tower JK, LLC
Tower MS, LLC
Tower PT, LLC
Twentieth Television
Warner Brothers Television
Westin Diplomat Resort & Spa

## PREPETITION LENDERS TO THE DEBTORS

1798 Relative Value Master Fund Ltd.
40/86 Advisors Inc.
ABN AMRO Holding NV
ABP Investments US Inc.
Aegon USA Investment Management
AIG Global Investment Corp.
Airlie Opportunity Capital Management LP
Aladdin Capital Management LLC
Alcentra Inc.
Allstate Investment Management Company
Amida Capital Management II, LLC
Anchorage Capital Group LLC
Angelo Gordon & Co LP
Ares Management LP
Avenue Advisors LLC
Babson Capital Management LLC
Banc Investment Group LLC
Bank of America N.A.
Barclays Bank plc
Basso Capital Management LP
Bear Stearns & Co., Inc
Bear Stearns Asset Management
Blackstone Debt Advisors LP
BLT 39 LLC
Blue Mountain Capital Management LLC
Briscoe Capital Management
Callidus Capital Management LLC
Canadian Imperial Bank of Commerce
Canaras Capital Management LLC
Canyon Capital Advisors LLC
Capitalsource Finance LLC
Carlyle Investment Management LLC
Carval Investors LLC
Chicago Fundamental Investment Partners LLC
Chimney Rock Value Fund, L.P.
Churchull Pacific Asset Management LLC
CIT Group Incorporated
Citicorp North America Inc.
Citigroup Financial Products Inc.
Claren Road Asset Management LLC
Clinton Group Inc.
Columbus Nova Credit Investments Management LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management
Credit Suisse Group AG
Cypresstree Investment Management Co Inc.

Davidson Kempner Capital Management LLC
DC Funding Partners LLC
Deerfield Capital Management LLC
Delaware Management Business Trust
Deutsche Bank AG
Deutsche Investment Management Americas Inc.
DiMaio Ahmad Capital LLC
Drake Capital Management LLC
Dry Brook Credit Opportunities Master Fund Ltd.
Duquesne Capital Management LLC
Eaton Vance Mgmt
EBF & Associates LP
Elliott Management Corporation
Epic Asset Management LLC
Farallon Capital Management LLC
Feingold O'Keeffe Capital LLC
Fidelity Investment/Fidelity Mutual Fund Comp
Fidelity Investments
FIG LLC
Firstlight Financial Corp.
Four Concers Capital Management LLC
Franklin Advisers Inc.
Franklin Mutual Advisers LLC
Franklin Templeton Inv Mgmt Ltd
Fraser Sullivan Investment Management LLC
GE Asset Management Inc.
General Electric Capital Corporation
GM Pension Plan
Goldentree Asset Management LP
Goldman Sachs Asset Management LP
Goldman Sachs Group Inc.
Greywolf Capital Management LP
Gruss Asset Management Limited Partnership
GSO Capital Partners  LP
Guggenheim Management LLC
Gulf Stream Asset Management LLC
Halcyon Structured Asset Management LP
Harbert Management Corporation
Harbourmaster CLO 10 B V
Harbourmaster CLO 7 BV
Harbourmaster CLO 9 B V
Harbourmaster Pro Rata CLO 2 B V
Harch Capital Management
Hartford Investment Management Company
Highland Capital Management LP
Hillmark Capital Management LP
IKB Capital Corporation

ING Investment Management LLC
Invesco Inst NA Inc.
JD Capital Management LLC
Jefferson Pilot Financial Insurance Company
John Hancock A/C 62 JH High Yield Fund (99140)
John Hancock Financial Services Inc.
JP Morgan BK Branch - 0802
JP Morgan Chase Bank, N.A.
Kingsland Capital Management LLC
KKR Financial Corporation
Knighthead Capital Management LLC
Latigo Partners LP
Lehman Brothers Commercial Bank
Lehman Brothers Holdings Inc.
Levine Leichtman Capital Partners Inc.
Littlejohn & Company
Loews Corporation
Loomis Sayles & Company LP
Lufkin Advisors LLC
Lyon Capital Management
Marathon Asset Management LLC
Massachusetts Financial Services Company
McDonnell Investment Management LLC
Meritage Fund Limited
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company
Metropolitan West Asset Management LLC
MJX Asset Management LLC
Moore Capital Management LLC
Morgan Stanley
Morgan Stanley Investment Co Niston BV
Morgan Stanley Investment Management Garda BV
Morgan Stanley Investment Management Inc. as AgtINCAS AGT
Morgan Stanley Investment Management Mezzano B V
Mountain Capital Advisors
MSD Capital LP
National City Corporation
Neuberger Berman LLC
New York Life Insurance Company
New York Life Investment Management
Newstart Factors Inc.
Nicholas-Applegate Capital Management LLC
Nomura Corporate Research & Asset Management Inc.
Nomura Corporate Research & Asset Mgmt
Normandy Hill Capital LP

Oak Hill Advisors LP
Oaktree Capital Management LP
Octagon Credit Investors LLC
Onex Credit Partners LLC
Oppenheimer Funds Inc.
Orchid Investments, LLC
Ore Hill Part LLC
OZ Management LP
Pacific Investment Management Company
Paloma Partners Management Co Inc.
Pangaea Asset Management LLC
Par IV Capital Management LLC
Patriarch Partners LLC
Pentwater Capital Management L P
Perry Corporation
Phoenix Investment Counsel
Pioneer Investment Management Inc.
Plainfield Asset Management LLC
PPM America Incorporated
Primus Asset Management Inc.
Princeton Advisory Group Inc.
Prudential Investment Management Inc
Putnam Advisory Co LLC
Putnam Investment Management LLC
Quadrangle Group LLC
R3 Capital Management LLC
Rabobank Int'l
Raven Asset Management LLC
Renaissance Reinsurance Limited
Riversource Investments LLC
Royal Bank of Scotland plc
Sandell Asset Management Corporation
Sandelman Partners LP
Sankaty Advisors Bain Capital
Satellite Asset Management LP
Scotia Capital Inc.
Security Management Company
SEIX Investment Advisors Incorporation
Seneca Capital Management
Serengeti Asset Management Limited Partnership
Silver Point Capital LP – FSG
Silvermine Capital Management LLC
Smithwood Partners LLC
Societe Generale
Stichting Pensioenfonds ABP – Portfolio 1211
Stone Harbor Investment Partners LP
Stone Tower Debt Advisors LLC
Strategic Value Partners LLC
Sumitomo Mitsui Banking Corporation

6

Sunrise Partners Limited Partnership
Swiss Reinsurance Company Ltd.
Symphony Asset Management LLC
T2 Advisers LLC
Taconic Capital Advisors LLC
Tall Tree Investment Management LLC
Talon Asset Management Inc.
TCW Asset Management Co.
The Norinchukin Bank
Trimaran Advr LLC
Trusco-Ridgeworth Funds High Income Fund
Trusco-Ridgeworth Funds Strategic Income
Fund
UBS AG
UBS O'Connor LLC
Van Kampen Asset Management
Varde Partners Inc.
Venor Capital Management LP
Viking Global Performance LLC
W R Huff Asset Management
Wachovia Bank National Association
Wells Capital Management Incorporated
Wells Fargo Foothill Inc.
West Gate Horizons Advisors LLC
Western Asset Management
WestLB AG
Whitehorse Capital Partners LP
Wilmington Trust Company – Delaware
York Capital Management
Z Capital Senior Debt Fund L P
Zohar II 2005-1 Ltd.

## COUNTERPARTIES TO HEDGING AGREEMENTS

Barclays Capital

## PROFESSIONALS RETAINED BY PREPETITION LENDERS

Davis Polk & Wardwell
FTI Consulting

## INDENTURE TRUSTEE

Deutsche Bank National Trust Company

## INSURANCE CARRIERS

Ace American Insurance Company
Allied World Insurance Company, Ltd (AWAC)
Axis Reinsurance Company
Chubb Atlantic Indemnity Ltd.
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
FM Global
Global Aerospace
The Hartford Insurance Group
Illinois National Insurance Company (AIG)
Indian Harbor Insurance/ESC (XL)
Lexington Insurance Company
Lloyd's
Multimedia Insurance Company
St. Paul Fire & Marine Insurance Company
(Travelers)
Scottsdale GL
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company

## OTHER PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS

Alvarez & Marsal North America LLC
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Deloitte & Touche LLP
Edelman
EPIQ Bankruptcy Solutions, LLC
Jenner & Block LLP
Lazard Freres & Co.
Morgan, Lewis & Bockius LLP
McDermott Will & Emery LLP
Navigant Consulting
Nixon Peabody LLP
Paul Hastings Janofsky & Walker LLP
PricewaterhouseCoopers LLP
Seyfarth Shaw LLP

CHI-1768075v6

## MAJOR CUSTOMERS OF THE DEBTORS

American Express Co
Anheuser Busch
Arby's Restaurants Ltd.
AT&T
AT&T (A) [2]
AT&T (B) [2]
Berkshire Hathaway, Inc.
Bank of America
Cablevision
Carl's Jr. Fast Food
Carmax
Carnival Corp.
Circuit City
Citigroup
Comcast
Comcast Cable
Corinthian Schools
Countrywide Financial
CP Chrysler Factory
CP Dodge Dealer Association
CP Jeep/Eagle Dealer Association
Dell
Disney – Buena Vista
Domino's Pizza
Dunkin Donuts
Empire Home Services
Everest College
Foodmaker/Jack in the Box
Ford
Ford Dealer Associations
Ford Mazda Factory
GE – Vivendi Universal
GEICO
General Mills
General Motors
Glaxo Smith Kline Beecham Welcome
GM Chevy Dealer Associations
GM Chevy Factors
GM General Motors Corp
Honda Acura Factory
Honda Dealer Associations
Honda Factory
Hyundai Dealer Associations
Issue Advertising – Political
ITT Educational Services
Johnson & Johnson
Kent Advertising

Kia Factory Motors
Kraft General Foods
Liberty Travel
Lincoln Technical Institute
Lowe's – Home Improvement
Maximum Coverage Media – Euro RSCG
McDonalds – McDonald's
Metro Cable
NetJames Holdings LLC
NetJets Aviation Inc.
News America Publg FSI
News Corp
News Corp – 20th Century Fox – Home –
Theatrical
Nissan Dealer Associations
Nissan Factory
Nissan Infiniti Factory
Pepsi – Pepsi Cola Various
Pfizer
Political Advertiser
Procter & Gamble – P&G
Program Buy-Miscellaneous[1]
Progressive Insurance
Quest Personals
Qwest Communications
Qwest Communications International, Inc.
Raymour & Flanigan
Reckitt Benckiser
Six Flags Great America Parks
Sony Entertainment – Pictures – Columbia
Tristar
Southwest Airlines
Sprint/Nextel
Subway
Target Stores
T-Mobile
T-Mobile/Voice Stream
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
TW New Line Cinema – Home Video
TW Time Warner
TW Warner Brothers
TW Warner Communications
U.S. Cellular
Valassis
Verizon Wireless
Verizon Wireless – Cellular
Viacom – Paramount
Volkswagen Factory

CHI-1768075v6

Wachovia Bank
Washington Mutual
Washington Mutual
Westwood College
White Castle
Yum Brands – Kentucky Fried Chicken
Yum Brands – Pizza Hut
Yum Brands – Taco Bell

## PARTIES TO SIGNIFICANT
## LITIGATION WITH THE DEBTORS

Aaron Wider
Abner Boy Shepard Holy Ghost
Albert E. Brooke
Allen Francisco
Andrea Dworkin
Andrew Faggio
Andy Martin
Angel T. Haldeman
Anthony Conte
AP&J
AR Sandri Inc.
Arco Gas Station
Artini-Zak Corporation, Inc.
Barbara Roessner
Beneficial Innovations, Inc.
Bijan Kohanzad
Bill McNair
Body Solutions of Manhattan
Bonnie Cronin
Bruce Mickelson
Cbs Broadcasting Inc.
Cbs Radio Inc.
Charlemagne Louis-Charles
Charles Evans
City of New Haven
College Point Restaurant, Corp.
Corie Brown
Crab House of Douglaston, Inc.
Curtis Wallace
Dan Neil
Danial Mazurkewicz
Daniel Kohanof
David Kissi
Derrick Bell
Donald Sylvester
Douglas M. Guetzloe
Dylan Frederick Balbon Glorioso
East Coast Preferred Properties, Inc.

East Coast Realtors, Inc.
Eastern Financial Florida Credit Union
Edd Arnett
Edgar Wilburn Jr.
Edward Arnett Johnson
Edward Roeder
Electronic Imaging Systems of America, Inc.
Elite Staffing Inc.
ET Week Publication, Inc.
Felicidad Balbon
First United Bank; Illinois Banking Corporate
Gallagher's II
Gary Grant
Gary Libow
Gary W. Garcia
George Liberman Enterprises, Inc.
George Spanos
Gerald Breimon
Gerald Posner
Geraldine A. Feichtel
Gerard E. Schultz
Grace M. Moreo
Greenberg & Stein, LLP
Gutman Pain/Accident Center Inc.
Henry Weinstein
Herschel Collins
Hillard J. Quint
HTFC Corporation
Hustedt Chevrolet, Inc.
Hy-Ko Products Company
Isaiah Shannon
Jack Nelson
Jacqueline Espinal
James Allen
James Gleick
Jay Feldman
Jay R. Serkin
Jayne Clement
Jennifer Faggio
Jesse Jackson
Jessy Thomas
Jill Hueckel
Jo Anne Lawson
John Gallant
John William Smithers, Sr.
Jon Robert Van Sensus
Joseph DeSola
Joseph Mauro
Joyce Johnson
Julie Ficht
Keiffer J. Mitchell, Sr

9

Kevin Ealy
Kevin Grams
Letty Cottin Pogrebin
Lisa M. Leger
Loretta Grant
Louis Muscari
Luqman H Mohammed
Lynn Brenner
Mamie Hector
Marie Winn
Marion Milton
Mary Ann Sherman
Medically Speaking LLC
Michael Castleman, Inc.
Michael Cordts
Michael E. Gutman
Michael W. Owens
Mike Gutman MD
Miriam Raftery
Myron Levin
Neala Olson
Norton Giffis
P/K Associates, Inc.
Pamela Peyck
Parallel Productions, Inc.
Park Avenue Aesthetic Surgery, PC
Parren J. Mitchell
Paul Newer
Paula McDonald
Pearl Evans
Penelope Henderson
R. L. Wilson
Rachel De Maso
Realty Executives
Reed Simpson
Richard Shannon
Robert E. Treuhaft and Jessica L. Treuhaft Trust
Robert Lacey
Robin Vaughan
Ron Bon Pub, Inc.
Ronald Hayman
Scott A. Russo
Sean Serrao
Shirley Ann Smithers
Simone Ano Conigliaro
Southern Connecticut Newspapers, Inc.
Spectron Site Group
Tac Catering, Inc.
Taki House, Inc.
The Authors Guild, Inc.

The Bikini Network.com
The National Writers Union
Thomas L. Knight
Tom Dunkel
TV Guide Online, Inc.
TV Guide Online, LLC
Tweeter Home Entertainment Group
TWTR, Inc.
U.S. Bank National Association
Victor Cruz
Victoria Vogel
VW Sterling Corporation
Walter Roche, Jr.
Warren Beatty

## SIGNIFICANT LANDLORDS OF THE DEBTORS

1920 Colorado, Inc.
20 Church Street, LLC
220 News Building LLC
220 News LLC c/o The Witkoff Group LLC
9090 Enterprises
BBL Tribune, Inc.
BKM 3128 Redhill Associates LLC
Boca Warehousing, Inc.
Braver and Sauer Investments
Canyon Corporate Centre, Ltd.
Carson Dominguez Properties, LP
Catellus Development Corporation
Davis Partners LLC
Duke Realty Limited Partnership
Duke York Road, LLC c/o Duke Realty Corp.
Forest Lawn Cemetery Association
Galleria Operating Co., LLC
IAC Aviation LLC
Isadore Samuel Socransky & Socransky Family Trust
J. Ahzaraba Investors LLC
JKS-CMFV, LLC
L&L Holding Company, LLC
L&L Realty LLC
L/B Via Colinas LLC
Lauderdale River, Inc.
LIT Finance L.P.
Luc and Shirley Matilla
Majestic Realty Co. and Yorba Linda Sub, LLC
N&S Butters
North Hills Industrial Park, Inc.

CHI-1768075v6

Northlake Property, LLC
Penzance 2121 Wisconsin Ave., LLC
Realty Associates Fund VIII LP
Richard and Grace Dickman
RR Crane Investment Corporation
Santa Monica HSR L.P. c/o The Beacon
Companies
Symbiont, L.P.
The Cracchiolo Group, LP
The J. David Gladstone Institutes
The Richlar Partnership
Trio Associates
Viola Industries
Vornado 330 West 34th Street LLC
Wells Fargo Bank, N.A.
Woodies Holding, LLC
Zellwin Farms Company

## JUDGES ON THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Kevin J. Carey
Judith K. Fitzgerald
Kevin Gross
Brendan L. Shannon
Peter J. Walsh
Mary F. Walrath
Christopher S. Sontchi

## OFFICE OF THE UNITED STATES TRUSTEE

David Buchbinder
Jane Leamy
Joseph McMahon
Mark Kenney
Richard Schepacarter
Roberta A. DeAngelis
William K. Harrington

## ESOP TRUSTEE

GreatBanc Trust Company

## ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTIONS

EGI-TRB, L.L.C.
Sam Investment Trust
Tribune Employee Stock Ownership Plan
Tesop Corporation
Goldman Sachs & Co.

## SIGNIFICANT FORMER SHAREHOLDERS

Cantigny Foundation
Chandler Trust No. 1
Chandler Trust No. 2
Robert R. Mccormick Tribune Foundation
TMCT, LLC
TMCT II, LLC

## MAJOR HOLDERS OF PHONES

Camden Partners
Citadel
Sandelman
Suttonbrook

## COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS

Freedom Communications, Inc.
Gannett Co., Inc.
Hearst Corporation
Sunbeam Television Corporation
Target Media Partners

## COUNTERPARTIES TO FORMATION AGREEMENT

Chicago Cubs Dominican Baseball Operations
LLC
Chicago National League Ball Club LLC
Diana-Quentin LLC
RAC Education Trust OSA LLC
Ricketts Acquisition LLC
Tribune Company
Tribune Sports Network Holdings LLC
Wrigley Field Premium Ticket Services LLC

## JOINT VENTURE PARTNERS

CHI-1768075v6

Gannett Co., Inc.
The Mcclatchy Co., Inc.
Medianews Group, Inc.
Microsoft Corporation

## OTHER

Equity Group Investments LLC

## EQUITY METHOD INVESTMENTS

Careerbuilder, LLC
California Independent Postal Systems
Classified Ventures, LLC
Comcast Sportsnet Chicago
Consumer Networks
Legacy.Com
Metromix, LLC
Shoplocal, LLC
TOPIX, LLC
Television Food Network, G.P.

## FORMER INDENTURE TRUSTEES

Bank Of Montreal Trust Company
Bank Of New York
Citibank, N.A.
First Interstate Bank Of California
Wells Fargo Bank, N.A.

## AGENTS UNDER CREDIT AGREEMENTS

Banc Of America Securities LLC
Bank Of America, N.A.
Barclays Bank PLC
Citicorp North America, Inc.
Citigroup Global Markets, Inc.
JPMorgan Chase Bank, N.A.
JPMorgan Securities, Inc.
Merrill Lynch Capital Corporation
Merrill, Lynch, Pierce, Fenner & Smith, Inc.

12

**Schedule 2**

.

**SCHEDULE 2**

**TRIBUNE COMPANY, *ET AL.***

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED JONES DAY IN MATTERS
UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES**

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **PARTIES IN INTEREST (OR AFFILIATED ENTITIES) WHO ARE CURRENT CLIENTS OR WERE CLIENTS WITHIN THE LAST TWO YEARS[1]** | | |
| 220 News LLC c/o The Witkoff Group LLC | Significant Landlord | • The Witkoff Group LLC is a participant in a former joint venture with former client Ajwad Alliance, Inc. (closed 2009). |
| Abitibibowater Consolidated | Large Unsecured Creditor (Consolidated | • Affiliate company *Bowater Incorporated* is a current client.<br>• *See also* entry below for *Bowater Incorporated.* |
| ABN Amro Holdings N.V. | Prepetition Lender | • Parent company *The Royal Bank of Scotland Group Plc*;<br>• Affiliate companies *ABN AMRO Bank N.V. Niederlassung Deutschland, Venture Finance Plc, Loparex, Inc., ABN Amro Rothschild* and *Citizens Financial Group, Inc.* are current clients;<br>• Affiliate company ABN Amro Incorporated is the employer of an individual who is a current Jones Day client; and<br>• Affiliate companies ABN Amro Participates, B.V. and ABN Amro Bank, N.V. – Chicago Branch (both closed 2008); ABN Amro Bank N.V. and ABN Amro Bank, N.V. Sucursal en Espana (both closed 2009).<br>• *See also* entry below for *The Royal Bank of Scotland Plc* regarding related disclosure. |
| Ace American Insurance Company | Insurance Carriers | • Ace American Insurance Company is a stockholder of current client *International Automotive Components Group LLC*. |

[1]    The names of current clients of Jones Day appear in bold and italics. The disclosure of stockholder interests or other affiliate relationships among potentially related entities reflects only information known to Jones Day through its conflict reporting system. Jones Day has not performed independent research to identify all stockholder interests or other affiliate relationships with respect to interested parties. Moreover, Jones Day has not disclosed representations of trade associations and similar industry or special interest organizations in which interested parties are members.

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Aegon USA Investment Management | Prepetition Lender | • Affiliate company *Aegon USA Realty Advisors, Inc.* is a current client; and<br>• Affiliate company Transamerica Life Insurance is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009). |
| AIG Global Investment Corporation | Prepetition Lender | • Parent company American International Group, Inc. (AIG) is: (a) the parent of Sun America, the employer of an individual who is a current Jones Day client.<br>• *See also* entry below for Illinois National Insurance Company; and Lexington Insurance Company regarding related disclosure. |
| Aladdin Capital Management LLC | Prepetition Lender | • Affiliate company *Aladdin Capital LLC* is a current client; and<br>• Affiliate company Aladdin Capital Management UK LLP is a member of current client *Ad Hoc Committee For The Subordinated Creditors of Hellas Telecommunications*. |
| Alcentra, Inc. | Prepetition Lender | • Parent company The Bank of New York Mellon Corporation is: (a) a member of current client *Allegheny Health Education Research Foundation (AHERF) Creditors' Committee*; and (b) a stockholder of former client FLYi, Inc. (closed 2010).<br>• *See also* entries below for *The Bank of New York* and Canadian Imperial Bank of Commerce regarding related disclosure. |
| Allstate Investment Management Company | Prepetition Lender | • Affiliate company Kennett Capital is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair.* |
| Alvarez & Marsal North America LLC | Debtors' Professional | • Affiliate company *Alvarez & Marsal Holdings LLC* is a current client; and<br>• Affiliate companies Alvarez & Marsal Development LLC and Alvarez & Marsal Asia Limited are former clients (both closed 2009). |
| American Express Company | Major Customer | • Affiliated company *American Express Bank* is a current client. |
| *Angelo Gordon & Co., L.P.* | Prepetition Lender | • *Angelo Gordon & Co., L.P.* is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Arby's Restaurants, Ltd. | Major Customer | • Parent company *Wendy's/Arby's Group, Inc.* and related entity, *Wendy's/Arby's Group, Inc.Board Committee*, are current clients. |
| Arco Gas Station (name given) | Party to Significant Litigation with the Debtors | • Arco is a subsidiary of former client BP P.L.C. (closed 2008). |
| *Ares Management LLC* | Prepetition Lender | • *Ares Management LLC* is: (a) a current client; and (b) a member of former client Bi-Lo Ad Hoc Committee (closed 2010);<br><br>• Several Ares Investment Funds are members of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and<br><br>• Affiliate company Ares Capital Management Pty Limited d/b/a Resmark International is a former client (closed 2010). |
| *AT&T, Inc.* | Major Customer | • *AT&T, Inc.* is: (a) a current client; (b) affiliated with an individual who is a former Jones Day client (closed 2008); (c) the employer of an individual who is a former Jones Day client (closed 2009); and (d) a member of current client *Broadband Internet Technical Advisory Group*;<br><br>• Affiliate companies *AT&T California*, and *Sterling Commerce, Inc.* are current clients;<br><br>• Affiliate company *AT&T Mobility LLC* (f/k/a Cingular Wireless LLC) is: (a) a current client; and (b) a joint venture participant with current client *T-Mobile USA*;<br><br>• Affiliated entity AT&T Pension Trust is a partner in current client *Morgan Stanley RE Fund II*;<br><br>• Affiliated entity AT&T Master Pension Trust is a limited partner in former client MS Real Estate Fund, Inc. (closed 2009); and<br><br>• Affiliate company Ameritech Publishing, Inc. is a former client (closed 2009). |
| Babson Capital Management LLC | Prepetition Lender | • Affiliate company *Babson Capital Europe Limited* is a current client; and<br><br>• Parent company Massachusetts Mutual Life Insurance Company is: (a) a former client (closed 2008); (b) a stockholder of current client *Doskocil Manufacturing Company, Inc*; and (c) a member of former client Ad Hoc Committee of Certain Wornick Company Bondholders (closed 2008). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Bank of America, N.A. | Prepetition Lender; Major Customer and Agent Under Credit Agreement | • Parent company *Bank of America Corporation* is: (a) a current client; (b) the employer of an individual who is a current Jones Day client (opened 2009); and (c) a stockholder of former client Giant Industries, Inc. (closed 2009); and <br><br> • Affiliate company Bank of America Securities LLC is: (a) a stockholder of current client *International Automotive Components Group LLC*; (b) along with affiliate company and current client *Merrill Lynch International,* a member of current client *Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications*; and (c) a former member of former client Murray Energy Ad Hoc Committee (closed 2009). <br><br> • *See also* entries below for Countrywide Financial Corporation and *Merrill Lynch & Co.*; Merrill Lynch Capital Corporation regarding related disclosure. |
| Bank of Montreal Trust Company | Former Indenture Trustee | • Affiliate companies *BMO Nesbitt Burns, Inc.* and *BMO Capital Markets* are current clients; and <br><br> • Affiliate company Harris N.A. (d/b/a BMO Financial Group) is a former client (closed 2009). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| The Bank of New York (n/k/a *The Bank of New York Mellon*) | Former Indenture Trustee | • The Bank of New York is now known as current client *The Bank of New York Mellon*;<br><br>• Parent company *Mellon Financial Corporation*, is: (a) a current client; (b) a member of current client *Allegheny Health Education Research Foundation (AHERF) Creditors' Committee*; and (b) a stockholder of former client FLYi, Inc. (closed 2010);<br><br>• Affiliate company Standish Mellon Asset Management Company is a member of current client *Ad Hoc Committee of Bentley School Bondholders*;<br><br>• Affiliate companies Mellon Capital Management Corporation and BNY Mellon Wealth Management were among the top 25 shareholders of General Motors Corporation (n/k/a current client *Motors Liquidation Company*) and interested parties in the Motors Liquidation Company, *et al.* (f/k/a General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel for the debtors. In addition, *General Motors Company*, the purchaser of assets from *Motors Liquidation Company*, is a current client; and<br><br>• Affiliate company Alcentra is affiliated with former client Ad Hoc Committee of Autodis Mezzanine Bondholders (closed 2010).<br><br>• *See also* entry above for Alcentra, Inc. and entry below for Canadian Imperial Bank of Commerce regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Barclays Bank Plc*<br><br><br><br>*Barclays Capital, Inc.* | Prepetition Lender;<br>and<br>Agent Under Credit Agreement<br><br>Largest Unsecured Creditors;<br>and<br>Counterparty to Hedging Agreement | • Barclays Bank Plc is a former client (closed 2009);<br><br>• *Barclays Capital, Inc.* is a current client;<br><br>• Parent company Blackrock, Inc. is a member of current clients *Ad Hoc Committee of Noteholders of Chemtura Corporation*, *Ad Hoc Committee of Lenders to Euramax* and *Bondholders Committee of Mandra Forestry Finance Limited*;<br><br>• Affiliate company Barclays Global Investors, N.A. is: (a) a significant shareholder of current client *Bowater, Inc.*; (b) a stockholder of former client FLYi, Inc. (closed 2010); and (c) along with affiliate company Barclays Global Investors Limited, was among the top 25 shareholders of General Motors Corporation (n/k/a current client *Motors Liquidation Company*) and an interested party in the Motors Liquidation Company, *et al.* (f/k/a General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel for the debtors. In addition, *General Motors Company*, the purchaser of assets from *Motors Liquidation Company*, is a current client;<br><br>• Affiliate company *Barclays Bank S.A.E.* has been represented in two matters, one of which has closed and one of which has not proceeded since July 2008;<br><br>• Affiliate company Barclays Private Equity France SA is the parent of current client *Compagnie de Fives-Lille*;<br><br>• Affiliate company Barclays Unquoted Investments is a stockholder of current client *Enigma Holidays Limited*;<br><br>• Affiliate company Barclays Capital Real Estate is a joint venture participant with current client *Westbrook Real Estate Fund VI*;<br><br>• Affiliate company Barclays Global Investors UK Holdings Limited is a major equity stockholder of current client *Borders Group, Inc.*; and<br><br>• Affiliate company Barclays Global Investors, N.A. (California) has a major equity interest in current client *Georgia Gulf Corporation*. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Bear Stearns & Co., Inc.*; and Bear Stearns Asset Management | Prepetition Lenders | • *Bear Stearns & Co., Inc.* and parent company *JPMorgan Chase, National Association* are current clients.<br>• *See also* entries below for *JPMorgan Chase Bank, N.A.*; JPMorgan Securities, Inc. and Washington Mutual, Inc. regarding related disclosure. |
| *Bowater Incorporated* | Large Unsecured Creditors (Consolidated) | • *Bowater Incorporated* is a current client.<br>• *See also* entry above for Abitibi Consolidated regarding related disclosure. |
| Cablevision (name given) | Major Customer | • To the extent it is the named party in interest, *Cablevision Systems Corporation* is a current client.<br>• *See also* entry below for Star Community Publishing Group LLC regarding related disclosure. |
| Capitalsource Finance LLC | Prepetition Lender | • Affiliate company *Capitalsource Europe Limited* is a current client. |
| Canadian Imperial Bank of Commerce | Prepetition Lender | • Affiliated company CIBC Mellon Trust Company is the sister company of current client *Mellon Financial Corporation*.<br>• *See also* entries above for Alcentra, Inc. and *The Bank of New York Mellon* regarding related disclosure. |
| *Canaras Capital Management LLC* | Prepetition Lender | • *Canaras Capital Management LLC* is a current client. |
| *Canyon Capital Advisors LLC* | Prepetition Lender | • *Canyon Capital Advisors LLC* is: (a) a current client; and (b) a member of former clients Ad Hoc Committee of Bondholders of Caraustar Industries, Inc. (closed 2009) and Bi-Lo Ad Hoc Committee (closed 2010); and<br>• Affiliated entity *Black Canyon Capital* is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Careerbuilder LLC* | Equity Method Investment | • *Careerbuilder LLC* and affiliate company *Classified Ventures LLC* are current clients; and<br><br>• Gannett Company, Inc., a partner in and the majority interest owner of *Careerbuilder LLC*, is a former client (closed 2008).<br><br>• *See also* entries below for Gannett Company, Inc., *The McClatchy Company, Inc.*, MediaNews Group, Inc., *Tribune Company* and WATL LLC regarding related disclosure. |
| Carlyle Investment Management LLC | Prepetition Lender | • Affiliate company Carlyle Loan Investment Ltd. is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair.* |
| CBS Broadcasting, Inc.; and CBS Radio, Inc. | Parties to Significant Litigation with the Debtors | • Parent company *Viacom, Inc.* is: (a) a current client; and (b) the former employer of an individual who is a current Jones Day client; and<br><br>• Affiliated company *CBS Corporation* is: (a) a current client; (b) the employer of an individual who is a current Jones Day client.<br><br>• *See also* entries below for Paramount Pictures Corporation and Viacom – Paramount Pictures regarding related disclosure. |
| Chicago Cubs Dominican Baseball Operations LLC; and Chicago National League Ball Club LLC | Counterparties to Formation Agreement | • Affiliated entity The Chicago Cubs Baseball Franchise is an affiliated entity of an individual who is a current Jones Day client (opened 2009). |
| Chubb Atlantic Indemnity Ltd.; Executive Risk Indemnity, Inc.; and Federal Insurance Company | Insurers | • Federal Insurance Company is a stockholder of current client *International Automotive Components Group LLC.* |
| CIT Group Incorporated | Prepetition Lender | • Affiliate companies *CIT Developments Limited* and *CIT Group/Business Credit* are current clients; and<br><br>• Affiliate company CIT Europe Limited is a former client (closed 2010). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Citadel (name given) | Major PHONES Holder | • To the extent either one of the following entities is or is related to the named party in interest, *Citadel Investment Group LLC* and *Omnium* LLC (f/k/a Citadel Solutions LLC) are current clients; <br><br> • A company named Citadel Equity Fund, Ltd. and a company named Citadel Limited Partnership are members of former client Bi-Lo Ad Hoc Committee (closed 2010); and <br><br> • An entity named Citadel Investments Partners is a stockholder of former client Wiltel Communications Group, Inc. (closed 2008). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Citibank, N.A.<br><br>Citigroup Financial Products, Inc.<br><br>*Citigroup, Inc.*<br><br>Citigroup Global Markets, Inc. | Former Indenture Trustee<br><br>Prepetition Lender<br><br>Major Customer<br><br>Agent Under Credit Agreement | • Citibank, N.A. is a joint venture participant with current client *Astro Studios*;<br><br>• Citigroup Financial Products, Inc. is a stockholder of current client *International Automotive Components Group, Inc.*;<br><br>• Parent company *Citigroup, Inc.* is a current client;<br><br>• Affiliate company Citigroup Global Markets, Inc. is a member of current client *Ad Hoc Committee of Noteholders of Chemtura Corporation*;<br><br>• Affiliate companies *Citigroup Global Markets Asia Limited*, *Citigroup Global Markets Limited* and *TST George V S.a.r.L.* are current clients;<br><br>• Affiliated entity Citigroup Global Special Situations Group is a joint venture participant in WRRH Investments, L.P., the parent company of current client *Red Roof Inns, Inc.*;<br><br>• Affiliate company National Benefit Life Insurance is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009);<br><br>• Affiliate company Citicorp Venture Capital is a former stockholder of former client Hancor Holding Corporation (closed 2008); and<br><br>• Affiliate company Honma Golf Co., Ltd. is a former client (closed 2009).<br><br>• *See also* entry below for GMAC LLC; GMAC Residential Capital; GMAC IM regarding related disclosure. |
| Columbus Nova Credit Investments | Prepetition Lender | • Affiliate company Columbus Nova Capital Master Fund Ltd. is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*. |
| *Comcast Corporation*; and Comcast Cable<br><br>Comcast Sportsnet Chicago | Major Customers of the Debtors<br><br>Equity Method Investments | • *Comcast Corporation* is: (a) a current client; (b) the parent company of Comcast Cable and Comcast Sportsnet Chicago; and (c) a member of current client *Broadband Internet Technical Advisory Group*. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Contrarian Capital Management LLC* | Prepetition Lender | • *Contrarian Capital Management* is: (a) a current client; and (b) an investor in current client *International Coal Group, Inc.*; and<br>• Affiliate company Contrarian Funds LLC is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair.* |
| Countrywide Financial Corporation | Major Customer | • Parent company and current client *Bank of America Corporation* is: (a) a stockholder of former client Giant Industries, Inc.(closed 2010); and (b) a former member of former client Murray Energy Ad Hoc Committee (closed 2010).<br>• *See also* entry above for Bank of America, N.A. and entry below for *Merrill Lynch & Co.*; Merrill Lynch Capital Corporation regarding related disclosure. |
| CP Chrysler Factory;<br>CP Dodge Dealer Associations; and<br>CP Jeep/Eagle Dealer Associations | Major Customers | • *Chrysler Group LLC* (New Chrysler) is a current client<br>• Former parent company DaimlerChrysler Corporation, a former subsidiary of *Daimler AG*, was a client prior to the sale of a majority interest in current client *Chrysler LLC* to Cerberus Capital Management, L.P. *Daimler AG* has been a client with respect to matters unrelated to *Chrysler LLC*; and<br>• Parent company Cerberus Capital Management, L.P. is: (a) a stockholder of current client *BlueLinx Holdings, Inc.*; (b) the ultimate parent of current client *Albertson's LLC*; (c) the lead investor in a consortium that owns a controlling interest in current client *GMAC Financial Services*; and (d) a stockholder of former client Property One GmbH (closed 2008). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Credit Suisse Asset Management; and Credit Suisse Group AG | Prepetition Lenders | • Affiliate company *Credit Suisse Asset Management Funds AG* is a current client;<br><br>• Parent company Credit Suisse Group AG is: (a) a partner of current client *Meadowlands Xanadu*; and (b) a stockholder of former client Performance Transportation Services, Inc. (closed 2010);<br><br>• Affiliate companies Credit Suisse Global Private Real Estate and Credit Suisse Guernsey Branch are limited partners of former client Limited Partner Group of New City Asia Partners (closed 2010);<br><br>• Affiliate company Credit Suisse International is a member of former client Ad Hoc Committee of Alcontrol PIK Lenders (closed 2010);<br><br>• Affiliate company Credit Suisse Securities is a stockholder of current client *International Automotive Components Group LLC*;<br><br>• Affiliate company Credit Suisse Securities (USA) LLC was among the top 25 shareholders of General Motors Corporation (n/k/a current client *Motors Liquidation Company*) and an interested party in the Motors Liquidation Company, *et al.* (f/k/a General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel for the debtors.  In addition, *General Motors Company*, the purchaser of assets from *Motors Liquidation Company*, is a current client;<br><br>• Affiliate companies *CS First Boston, Inc.* (a/k/a *Credit Suisse First Boston* and *Credit Suisse (Hong Kong) Limited* are current clients; and<br><br>• Affiliate companies Credit Suisse Securities (Europe) Limited and Select Portfolio Servicing, Inc. (both closed 2009) are former clients. |
| *Davidson Kempner Capital Management LLC* | Prepetition Lender | • *Davidson Kempner Capital Management LLC* and affiliate company *Davidson Kempner European Partners LLP* are current clients. |
| Davis, Polk, & Wardwell | Professional Retained by Prepetition Lenders | • Davis, Polk & Wardwell is a former client (closed 2009). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Delaware Management Business Trust | Prepetition Lender | • Parent company *Macquarie Capital (USA), Inc.* and affiliated companies *Macquarie Mexico Infrastructure Management, S.A., Macquarie Securities Limited, Goodman International Limited, Goodman Industrial Trust, Atlantic Aviation, MG Logistics (Jersey) Limited, Developers Diversified Realty Corporation* and *Goodman UK Limited* are current clients;<br><br>• Affiliated entity Macquarie/First Trust Global Infrastructure Fund is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair;*<br><br>• Affiliate companies Macquarie Real Estate Capital K.K. and Goodman Invest Management (UK) Limited (both closed 2009); and Macquarie Bank Ltd., The Gas Company LLC and Goodman Citadel (Jersey) Limited (all closed 2010) are former clients; and<br><br>• Affiliated company Property Partners (Whitgift) Limited is a partner of former client Whitgift Shopping Centre Partnership (closed 2008). |
| *Dell, Inc.* | Major Customer | • Parent company *Dell, Inc.* is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Deutsche Bank AG<br><br>Deutsche Bank National Trust Company | Prepetition Lender<br><br>Largest Unsecured Creditors and<br><br>Indenture Trustee | • Deutsche Bank AG is: (a) a former client (closed 2009); (b) the parent of Deutsche Bank National Trust Company; (c) the parent of Pyramid Ventures, a minority interest owner of former client Geobiotics LLC (closed 2009); (d) a member of current client *Ad Hoc Committee of Geo Specialty Chemicals, Inc.*; and (e) the employer of an individual who is a current Jones Day client;<br><br>• Affiliate company *Deutsche Bank, New York Branch* is a current client;<br><br>• Affiliate company Deutsche Bank Securities is a member of current client *Ad Hoc Committee of Noteholders of Chemtura Corporation*;<br><br>• Affiliate company Deutsche Bank Trust Company Americas is: (a) a former client (closed 2009); and (b) a stockholder of current client *International Automotive Components Group LLC*;<br><br>• Affiliate company Deutsche Bank AG, Hong Kong Branch is a former client and a co-client with former client DB Trustees (Hong Kong) Limited (both closed 2009);<br><br>• Affiliate company Deutsche Bank AG, London Branch is: (a) a former client (closed 2009); and (b) a minority interest owner of current client *Deutsche Software Limited*; and<br><br>• Affiliate companies Deutsche Equities India Pvt. Ltd. (closed 2008); Deutsche Bank International (Asia) Limited and Deutsche Bank AG, Taipei Branch (both closed 2009); and Ald Autoleasing D GmbH (closed 2010) are former clients. |
| DiMaio Ahmad Capital LLC | Prepetition Lender | • DiMaio Ahmad Capital LLC is a member of current client *Bondholders Committee of Mandra Forestry Finance Limited.* |
| Disney – Buena Vista | Major Customer | • Related entity The Special Committee of the Board of Directors of The Disney Company is a former client (closed 2010). |
| Domino's Pizza | Major Customer | • Domino's Pizza is affiliated with former client Higa Industries Co., Ltd. (closed 2010). |
| Dunkin Donuts | Major Customer | • Dunkin Donuts is a trade style for current client *Dunkin' Brands, Inc.* |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Duquesne Capital Management LLC* | Prepetition Lender | • *Duquesne Capital Management LLC* is: (a) a current client; and (b) a general partner of former client Juggernaut Fund, L.P. (closed 2010). |
| Eaton Vance Management, Inc. | Prepetition Lender | • Affiliated entity *South Asia Portfolio* is a current client; and<br><br>• Affiliated entities Eaton Vance Senior Income Trust, Eaton Vance Institutional Senior Loan Fund, Eaton Vance CDO II, Ltd., Eaton Vance CDO III, Ltd., Eaton Vance CDO IV, Ltd. and Constantinus Eaton Vance CDO V, Ltd. are members of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair.* |
| Elite Labor Services Ltd. (a/k/a Elite Staffing, Inc.) | Party to Significant Litigation with the Debtors | • Elite Labor Services Ltd. (a/k/a/ Elite Staffing, Inc.) is a former client (closed 2009). |
| Elliott Management Corporation | Prepetition Lender | • Affiliate company *Elliott Advisors (Asia) Limited* is a current client. |
| Equity Group Investments LLC | Other Related Party | • Equity Group Investments LLC is affiliated with current client *Equity International Management LLC.* |
| *Farallon Capital Management LLC* | Prepetition Lender | • *Farallon Capital Management LLC* is: (a) a current client; (b) a limited partner of current client *Leblon Equities*; and (c) a member of former client Energy Partners Ltd. Official Committee of Noteholders (closed 2010). |
| Federal Insurance Company (Chubb) | Insurance Carrier | • Federal Insurance Company is a stockholder of current client *International Automotive Components Group LLC.* |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Fidelity Investment/Fidelity Mutual Fund Company; and<br>Fidelity Investments | Prepetition Lenders | • Fidelity Investments is: (a) a member of current client *Ad Hoc Committee of Noteholders of Chemtura Corporation*; and (b) a stockholder of former client Wiltel Communications Group, Inc. (closed 2008);<br><br>• Parent company FMR Corporation is: (a) a stockholder of current client *BJ Services Company USA*; and (b) along with affiliate companies Fidelity Management & Research Company and Fidelity Management Trust, a stockholder of current client *Harman International Industries, Incorporated*;<br><br>• Several Fidelity Investment Portfolio Funds and Trust Funds are members of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*;<br><br>• Affiliate companies *Fidelity Investments Money Management, Inc.* and *Fidelity Equity Partners* are current clients;<br><br>• Affiliate company Fidelity Asia Principals Fund, L.P. is a stockholder of current client *Isoftstone Holdings Limited*;<br><br>• To the extent it is a Fidelity-related entity, a company named *Merchengines* (a/k/a First Fidelity Assets LLC) is a current client;<br><br>• Several Fidelity Deferred Compensation Investment Funds are members of current client *Former Shareholders of Viking Group, Inc.*; and<br><br>• Affiliate company Fidelity Management & Research Company is: (a) among the top 25 shareholders of General Motors Corporation (n/k/a current client *Motors Liquidation Company*) and an interested party in the Motors Liquidation Company, *et al.* (f/k/a General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel for the debtors. In addition, *General Motors Company*, the purchaser of assets from *Motors Liquidation Company*, is a current client; and (b) a member of former client Ad Hoc Committee of Noteholders of Station Casinos (closed 2010). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| FIG LLC | Prepetition Lender | • Affiliate company *FIG Partners LLC* is a current client;<br><br>• Parent company Fortress Investment Group LLC is: (a) a former client (closed 2009); and (b) a member of current client *Ad Hoc Committee of Lyondell Bridge Noteholders*; and<br><br>• Affiliate company Drawbridge Special Opportunities Advisors LLC is a former client (closed 2010). |
| *Ford* ;<br>Ford Dealer Associations; and<br>Ford Mazda Factory | Major Customers | • *Ford Motor Company* is a current client. |
| Franklin Advisers, Inc.;<br>Franklin Mutual Advisers LLC; and<br>Franklin Templeton Investment Management Ltd. | Prepetition Lenders | • Franklin Advisers, Inc. is: (a) a former client (closed 2010); and (b) a member of current client *Ad Hoc Committee of Bentley School Bondholders*;<br><br>• Franklin Mutual Advisers LLC is: (a) a participant in a joint venture with current client *International Automotive Components Group North America*; (b) a joint venture participant and owner of current *client International Automotive Components Group Brazil*; (c) along with various other Frankling Mutual Funds, a stockholder of current client *International Automotive Components Group LLC*; and (d) affiliated with current client *Franklin Templeton Investment Services Mexico, S.A.*;<br><br>• Affiliate company Franklin Resources/Templeton is a stockholder of current client *Proliance International, Inc.*;<br><br>• Parent company Franklin Resources, Inc. is a large equity holder and an interested party in the Penton Business Media, Inc. chapter 11 cases in which Jones Day is retained as debtors' counsel;<br><br>• Affiliate company Franklin Templeton Investments is: (a) a former client (closed 2010); and (b) a member of former client Ad Hoc Committee of Noteholders of Station Casinos (closed 2010);<br><br>• Affiliate company Franklin Templeton Real Estate Advisors is a limited partner of former client Limited Partner Group of New City Asia Partners (closed 2010); and<br><br>• Affiliate company Franklin Templeton is a former client (closed 2008). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *FTI Consulting, Inc.* | Professional Retained by Prepetition Lenders | • *FTI Consulting, Inc.* is a current client. |
| Gannett Company, Inc. | Counterparty to Recent Significant Asset Disposition and Joint Venture Partner | • Gannett Company, Inc. is: (a) a former client (closed 2008); (b) a partner in and majority interest owner of current client *Careerbuilder LLC*; and (c) a partner in current client *Classified Ventures LLC*.<br>• *See also* entry above for *Careerbuilder* LLC; and entries below for *The McClatchy Company, Inc.*, MediaNews Group, Inc., *Tribune Company* and WATL LLC regarding related disclosure. |
| GE Asset Management, Inc.; and General Electric Capital Corporation GE – Vivendi Universal | Prepetition Lenders Major Customer | • General Electric Capital Corporation is a member of current client *Ad Hoc Committee of Lenders to Euramax*;<br>• Parent company *General Electric Co., Inc.* is: (a) a current client; (b) the employer of an individual who is a current Jones Day client (opened 2008); and (c) a participant in a joint venture with former client NVC Industrial Development Co. Ltd. (closed 2008); and<br>• Affiliated company Vivendi Universal Groups is a joint venture participant with current client *Viacom, Inc.* |
| GEICO | Major Customer | • Affiliate companies *Netjets, Inc.*, *The Scott Fetzer Company* and *Kolnische Ruckversicherungs* are current clients;<br>• Parent company Berkshire Hathaway, Inc. is a stockholder of current client *USG Corporation*; and<br>• Affiliate company Johns Manville International, Inc. is a former client (closed 2008). |
| General Mills, Inc. | Major Customer | • General Mills, Inc. is a former client (closed 2010). |
| Glaxo Smith Kline Beecham Welcome (n/k/a GlaxoSmithKline Plc) | Major Customer | • Affiliate company *GlaxoSmithKline (China) R&D Company Limited* is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| GM Pension Plan<br><br>*General Motors Corporation (GM)*;<br>GM Chevy Dealer Associations; and<br>GM Chevy Factors | Prepetition Lender<br><br>Major Customers | • Related entity General Motors Pension Trust is a partner in current client *Morgan Stanley RE Fund II* and a limited partner in former client MS Real Estate Fund, Inc. (closed 2009).<br><br>• Parent company General Motors Corporation is now known as current client *Motors Liquidation Company*. In addition, *General Motors Company*, the purchaser of assets of *Motors Liquidation Company*, is also a current client!<br><br>• General Motors Corporation (n/k/a *Motors Liquidation Company*) was: (a) a participant in a joint venture with current client *Toyota Motor Corporation* known as former client New United Motor Manufacturing, Inc. (NUMMI) (closed 2008); (b) the employer of an individual who is a former Jones Day client (closed 2010); (c) affiliated entity of former client Deskom (closed 2008); (d) the former parent of current client *Capmark Financial Group*; and (e) has a 49% ownership interest in former client GMAC Financial Services (closed 2010). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Goldman Sachs Asset Management; and Goldman Sachs Group, Inc.<br><br>*Goldman Sachs & Co.* | Prepetition Lenders<br><br>Entity Involved in Leveraged ESOP Transaction | • *Goldman Sachs & Co.* is: (a) a current client; (b) a stockholder of current client *International Automotive Components Group, Inc.*; and (c) a former co-client with former client Illinois Finance Authority (closed 2010);<br><br>• Parent company Goldman Sachs Group, Inc. is: (a) a stockholder of current client *Healthmarkets, Inc.*; (b) a participant in a joint venture that has an ownership interest in current client *Goldman Sachs Gao Hua Securities Company Ltd.*; (c) a member of current client *Bondholders Committee of Mandra Forestry Finance Limited*; and (d) an investor in former client Sun Edison LLC (closed 2009);<br><br>• Affiliate company *Goldman Sachs International* is a current client;<br><br>• Affiliate company Goldman Sachs Credit Partners, L.P. is a member of current client *Service Net Solutions Ad Hoc Committee*;<br><br>• Affiliate company *Goldman Sachs (Singapore) Pte.* is a current client and co-client with current client *Kotak Mahindra Capital Company*;<br><br>• Affiliate company Goldman Sachs Capital Partners is: (a) a co-owner of current client *Education Management Corporation*; (b) a participant in a joint venture that owns current client *Cooper Standard Automotive Group*; and (c) an investor in current client *Molycorp Minerals, Inc.*;<br><br>• Affiliate company GS Capital Partners VI Fund, L.P. is affiliated with former client Alltel Corporation (closed 2009);<br><br>• Affiliate company Fujita Corporation was a participant in a former joint venture with former client Chun Wo (China) Limited (closed 2010); and<br><br>• Affiliate company J. Aron & Company (U.K.) is a former client (closed 2008). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Greywolf Capital Management, L.P.* | Prepetition Lender | • *Greywolf Capital Management, L.P.* is: (a) a current client; and (b) a member of current client *Service Net Solutions Ad Hoc Committee* and former client Murray Energy Ad Hoc Committee (closed 2010); and<br><br>• Affiliate company Greywolf Loan Participation LLC is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair.* |
| Gruss Asset Management Limited Partnership | Prepetition Lender | • Gruss Asset Management and two of its related funds are members of current client *Ad Hoc Committee of Noteholders of Chemtura Corporation*; and<br><br>• Parent company *The Blackstone Group, Inc.* is a current client.<br><br>• *See also* entry entry below for GSO Capital Partners, L.P. regarding related disclosure. |
| GSO Capital Partners, L.P. | Prepetition Lender | • Parent company *The Blackstone Group* is: (a) a current client; (b) a stockholder of current client *Healthmarkets, Inc.*; and (c) a participant in a joint venture with current client *Koch Industries, Inc.*;<br><br>• Affiliate companies *Travelport, Inc., DJO, Inc.* and *Hilton Hotels Corporation* are current clients;<br><br>• Affiliate company Blackstone Real Estate Advisors is affiliated with current client *WHM LLC*;<br><br>• Affiliate company Blackport Capital Fund, Ltd. is a member of former client Ad Hoc Committee of Bondholders of Caraustar Industries, Inc. (closed 2009); and<br><br>• Affiliate company LQ Management LLC (closed 2008).and Catalent Pharma Solutions, Inc. (closed 2010) are former clients.<br><br>• *See also* entry above for Gruss Asset Management Limited Partnership regarding related disclosure. |
| Halcyon Structured Asset Management, L.P. | Prepetition Lender | • Affiliate companies *Halcyon Asset Management LLC* and *Halcyon/Alan B. Slifka Management Company LLC* are current clients; and<br><br>• Affiliate company Halcyon Fund, L.P. is a stockholder of current client *International Automotive Components Group, Inc.* |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Hampton Inn & Suites | Forty Largest Unsecured Creditors (Consolidated) | • Affiliated entity Hampton Inn Tropicana has an affiliation with current client *Jackson-Shaw Company*. |
| Eddy W. Hartenstein | Current and Former Directors and Officers of Tribune Company and Other Debtors | • To the extent he is the named party in interest, an individual named Eddy W. Hartenstein is a Director of current client *Sirius XM Radio, Inc.* |
| The Hartford Insurance Group<br><br>Hartford Investment Management Company | Insurer<br><br>Prepetition Lender | • Parent company The Hartford Financial Services Group, Inc. is: (a) a former client (closed 2010); and (b) the employer of an individual who is a former Jones Day client (closed 2009); and<br>• Affiliate company Twin City Fire Insurance Company is a stockholder of current client *International Automotive Components Group LLC*. |
| *The Hearst Corporation* | Counterparty to Recent Significant Asset Disposition | • *The Hearst Corporation* is: (a) a current client; and (b) the parent of former client Hearst Communications, Inc. (closed 2008). |
| Highland Capital Management, L.P. | Prepetition Lender | • Highland Capital Management, L.P. is: (a) a former client (closed 2010); (b) a member of current client *Ad Hoc Committee of Lenders to Euramax*; and (c) a member of former client Ad Hoc Committee of Lenders to Building Material Corporation (closed 2010); and<br>• Affiliated entities Highland Credit and Restoration Funding and First Trust/Highland Capital Floating Rate are members of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*. |
| Honda Acura Factory;<br>Honda Dealer Associations; and<br>Honda Factory | Major Customers | • Parent company *Honda Motor Company Ltd.* and affiliate companies *American Honda Motor Co., Inc., Honda of America Mfg., Inc., Honda Patents and Technologies North America LLC* and *Honda Engineering Co., Ltd.* are current clients. |
| *Hy-Ko Products Company* | Party to Significant Litigation with the Debtors | • *Hy-Ko Products Company* is a current client. |
| Hyundai Dealer Associations | Major Customer | • Affiliate company Hyundai Motor America was a participant in a former joint venture (closed 2010) with current client *Chrysler LLC*, now known as current client *Chrysler Group LLC*. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| IKB Capital Corporation | Prepetition Lender | • Parent company IKB Deutsche Industriebank AG is a former client (closed 2008). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Illinois National Insurance Company; and Lexington Insurance Company | Insurers | • Parent company American International Group, Inc. (AIG) is the parent of Sun America, the employer of an individual who is a current Jones Day client; <br><br>• Affiliate company *A. I. Credit Consumer Discount Company* is a current client; <br><br>• Affiliate companies AIG Retirement Services and Sunamerica Life are members of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; <br><br>• Affiliate company National Union Insurance Company of Pittsburgh is a stockholder of current client *International Automotive Components Group LLC*; <br><br>• Affiliate company AIG Annuity Insurance Company is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009); <br><br>• Affiliate company AIG Life Insurance Company is a participant in a joint venture with former client Carter & Associates LLC (closed 2008); <br><br>• Affiliate companies AIG Global Real Estate Investment Corporation and AIG European Real Estate Partners are affiliated with former client Agimarques Troyes S.a.r.L. (closed 2010); and <br><br>• Affiliate company AIG Consumer Finance Group is a former client (closed 2008). <br><br>• *See also* entry above for AIG Global Investment Corporation regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ING Investment Management LLC | Prepetition Lender | • Affiliate companies *ING Capital LLC, ING Servicios Corporativos, S.A. de C.V., ING Baring (US) Securities, ING Belgium S.A., ING Real Estate Finance S.E. EFC SA Milan Branch,* and *ING Real Estate Development International BV* are current clients;<br><br>• Affiliate company ING Life Insurance and Annuity Company is a member of current client *Ad Hoc Committee of Thomson S.A. Noteholders*; and<br><br>• Affiliate company ING FSI North America is the employer of an individual who is a current Jones Day client; and<br><br>• Affiliate companies ING Real Estate Southern Europe S.L.U., and ING Real Estate Entertainment Fund (both closed 2009); and ING Barings and ING Bank N.V. (both closed 2010) are former clients. |
| Invesco Inst NA, Inc. | Prepetition Lender | • Affiliate company Invesco Plc is affiliated with current clients *Bldrs Index Funds Trust* and *Powershares QQQ Trust*;<br><br>• Several Invesco-related companies are affiliated with current client *A I M Advisors, Inc.*; and<br><br>• Affiliate company WL Ross & Co. LLC is a joint venture partner with and owner of current client *International Automotive Components Group Brazil.* |
| JD Capital Management LLC | Prepetition Lender | • JD Capital Management LLC is a former client (closed 2009). |
| Jefferson-Pilot Financial Insurance Company | Prepetition Lender | • Affiliate company The Lincoln National Life Insurance Corporation is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009). |
| *Johnson & Johnson* | Major Customer | • *Johnson & Johnson* is: (a) a current client; (b) the former employer of an individual who is a former Jones Day client (closed 2009);<br><br>• Affiliate companies *Cougar Biotechnology* and *Lifescan, Inc.* are current clients; and<br><br>• Affiliate company Depuy Spine, Inc. is a former client (closed 2009). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| JPMorgan Bank Branch – 0802<br><br>**JPMorgan Chase Bank, N.A**<br><br><br><br>JPMorgan Securities, Inc.. | Prepetition Lender<br><br>Agent Under Credit Agreement;<br><br>Prepetition Lender;<br>and<br>Largest Unsecured Creditors<br><br>Agent Under Credit Agreement | • *JPMorgan Chase Bank, N.A.* is: (a) a current client; and (b) a participant in a former joint venture with former client Anchor Capital Investment LLC (closed 2010);<br><br>• Affiliate company JPMorgan Securities, Inc. is the employer of an individual who is a current Jones Day client (opened 2010);<br><br>• Parent company *JPMorgan Chase, National Association* is: (a) a current client; (b) a minority shareholder of former client Geobiotics LLC (closed 2009);<br><br>• Affiliate companies *One Equity Partners (HK) Limited, Vacuumschmelze GmbH & Co. KG.* and *JPMorgan Securities Limited* are current clients;<br><br>• Affiliate company JPMorgan Europe is a member of former client Ad Hoc Committee of Autodis Mezzanine Bondholders (closed 2010);<br><br>• Affiliate company *Bear Stearns & Co., Inc.* is: (a) a current client; (b) the former employer of an individual who is a current Jones Day client (opened 2010); and (c) a stockholder of current client *International Automotive Components Group, Inc.*;<br><br>• Affiliate companies Bear Stearns Investment Products, Inc. and Bear Stearns Credit Products, Inc. are members of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*;<br><br>• Affiliate company JPMorgan Capital is a stockholder of former client NexPak Corporation (closed 2008); and<br><br>• JPMorgan Australia Securities Ltd., Washington Mutual Bank, F.A. and Chase Bank of Texas, N.A. (all closed 2008); and JPMorgan Cazenove, One Equity Partners II, L.P. and JPMorgan Plc (all closed 2009) are former clients.<br><br>• *See also* entry above for *Bear Stearns & Co., Inc.*; and entry below for Washington Mutual, Inc.; Washington Mutual Bank regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| KKR Financial Corporation, (a/k/a *Kohlberg Kravis Roberts & Co.*) | Prepetition Lender | • KKR Financial Corporation is also known as former client Kohlberg Kravis Roberts & Co. (closed 2010) which is: (a) a stockholder of former client NXP Semiconductors USA, Inc. (closed 2009) and of WKI Holding Company, Inc., the parent of former client World Kitchen, Inc. (closed 2008); and (b) a member of former client Bi-Lo Ad Hoc Committee (closed 2010). |
| Kraft General Foods | Major Customer | • Parent company Kraft Foods, Inc. is a former client (closed 2010). |
| Latigo Partners, L.P. | Prepetition Lender | • Affiliated entity Latigo Master Fund, Ltd. is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*. |
| Lazard Freres & Co. LLC | Debtors' Professional | • Lazard Freres & Co. LLC is a former client (closed 2010). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Lehman Brothers Commercial Bank; and *Lehman Brothers Holdings, Inc.* | Prepetition Lenders | • *Lehman Brothers Holdings, Inc.* is: (a) a current client and the parent company of Lehman Brothers Commercial Bank; (b a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee* Chair; (c) a stockholder of current client *Neuberger Investment Management Japan Limited*; and (d) was retained to represent *Lehman Brothers Holdings, Inc.* as special litigation counsel to the debtors in the Lehman Brothers Holdings, Inc., *et al.* chapter 11 cases; <br><br> • Related entity *Joint And Several Liquidators of Lehman Brothers Commercial Corporation Asia Ltd.* is a current client; <br><br> • Affiliate company *Lehman Brothers, Inc.* is: (a) a current client; (b) a co-client with current client *CS First Boston, Inc.*; and (c) the former employer of twelve individuals who are current Jones Day clients (all opened 2009); <br><br> • Affiliate company Lehman Brothers Asset Management, Inc. was among the top 25 shareholders of General Motors Corporation (n/k/a current client *Motors Liquidation Company*) and an interested party in the Motors Liquidation Company, *et al.* (f/k/a General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel for the debtors. In addition, *General Motors Company*, the purchaser of assets from *Motors Liquidation Company*, is a current client; and <br><br> • Affiliate company Lehman Brothers Merchant Bank is affiliated with LB Marble Acquisition LLC, a stockholder of former client RSI Holding Corporation (closed 2010). <br><br> • *See also* entry below for Neuberger Berman LLC regarding related disclosure. |
| *Littlejohn & Co. LLC* | Prepetition Lender | • *Littlejohn & Co. LLC* and affiliate company *Diamond Innovations, Inc.* are current clients. |
| Lloyds (name given) | Insurance Carrier | • Affiliate company *Lloyds TSB Bank Plc* is a current client; and <br><br> • Parent company Lloyds TSB Group Plc is the employer of an individual who is a former Jones Day client (closed 2009). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Loews Corporation | Prepetition Lender | • Loews Corporation is: (a) the parent company of current client *Gulf South Pipeline Company, L.P.*; and (b) the ultimate parent of current client *Texas Gas Transmission LLC*. |
| Loomis Sayles & Company, L.P. | Prepetition Lender | • Parent company *Natixis* , f/k/a former client Natexis Banques Populaires (closed 2008), the successor in interest following the merger of French cooperative banking groups Banque Populaire and former client Groupe Caisse D'Epargne (closed 2008), is a current client;<br><br>• Affiliate companies *Natixis S.A. Sucursal En Espana*, *Natixis Capital Markets*, *Accent*, *Coface* and *Ventech* are current clients;<br><br>• Natexis Commodity Markets Limited (closed 2008) is a former client. |
| Lowe's -- Home Improvement | Major Customer | • Parent company *Lowe's Companies, Inc.* is a current client. |
| Lyon Capital Management | Prepetition Lender | • Affiliate company *LCM Asset Management LLC* is a current client. |
| Marathon Asset Management LLP | Prepetition Lender | • Marathon Asset Management LLP is: (a) a member of current client *Ad Hoc Committee of Noteholders of Chemtura Corporation*; and (b) a stockholder of current client *Bowater, Inc.*; and<br><br>• Affiliate company Marathon Asset Management Limited is the employer of an individual who is a former Jones Day client (closed 2009). |
| Massachusetts Financial Services Company | Prepetition Lender | • Affiliate companies Sun Life Assurance Company of Canada and Sun Life Insurance Annuity Company of Canada are members of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009); and<br><br>• Affiliate company Sun Life Assurance Company of Canada (U.S.) is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*. |
| Maximum Coverage Media – Euro RSCG | Major Customer | • Related company *Euro RSCG Worldwide, Inc.* is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *The McClatchy Company, Inc.* | Joint Venture Partner | • *The McClatchy Company, Inc.* is: (a) a current client; and (b) a partner of current client *Classified Ventures* LLC;<br><br>• Affiliate companies *The Sacramento Bee*, *The Fresno Bee*, *The Modesto Bee* and *Minneapolis Star Tribune* are current clients; and<br><br>• Affiliate company Tacoma News Tribune is a former client (closed 2010).<br><br>• *See also* entries above for *Careerbuilder LLC* and Gannett Company, Inc. and entries below for MediaNews Group, Inc., *Tribune Company*, and WATL LLC regarding related disclosure. |
| *McDonald's Corporation* | Major Customer | • *McDonald's Corporation* is a current client. |
| MediaNews Group, Inc. | Joint Venture Partner | • MediaNews Group, Inc. is a partner of former client Gannett Company, Inc. (closed 2008).<br><br>• *See also* entries above for *Careerbuilder* LLC, Gannett Company, Inc. and *The McClatchy Company, Inc.*; and entries below for *Tribune Company* and WATL LLC regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Merrill Lynch Capital Corporation<br><br>*Merrill Lynch & Co., Inc.* | Largest Unsecured Creditors<br>and<br>Agent Under Credit Agreement<br><br>Prepetition Lender | • Parent company *Bank of America Corporation* is: (a) a current client; (b) the employer of an individual who is a current Jones Day client (opened 2009); and (c) a stockholder of former client Giant Industries, Inc. (closed 2009);<br><br>• Affiliate companies *DSP Merrill Lynch Limited, Merrill Lynch Asia Pacific Ltd.* and *Merrill Lynch Europe Plc.* are current clients;<br><br>• Affiliate company Merrill Lynch Pierce Fenner & Smith is the employer of two individuals who are current Jones Day clients;<br><br>• Affiliate companies Merrill Lynch Debt Strategies Fund II, Inc., Merrill Lynch Global Investment Series and Merrill Lynch Senior Floating Rate Portfolio are members of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair;*<br><br>• Affiliate company *Merrill Lynch & Co.* is: (a) a current client; (b) a co-client with current client *CS First Boston, Inc.*; and (c) the employer of four individuals who are former Jones Day clients (all closed 2008); and<br><br>• Affiliate company *Merrill Lynch International* is: (a) a current client; and (b) a member of current client *Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications.*<br><br>• *See also* entries above for Bank of America N.A. and Countrywide Financial Corporation regarding related disclosure. |
| Metropolitan Life Insurance Company | Prepetition Lender | • Metropolitan Life Insurance Company is: (a) a former client (closed 2009); (b) a general partner of current client *GA-MET Construction Coordination*; and (c) a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009);<br><br>• Affiliated company Metlife Insurance Company of Connecticut is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and<br><br>• An individual affiliated with parent company Metlife, Inc. is a current Jones Day client (opened 2009). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Microsoft Corporation | Joint Venture Partner | • Microsoft Corporation is a member of current client *Broadband Internet Technical Advisory Group.* |
| *MJX Asset Management* | Prepetition Lender | • *MJX Asset Management* is a current client. |
| *Moore Capital Management, L.P.* | Prepetition Lender | • *Moore Capital Management, L.P.* is a current client. |
| Morgan, Lewis & Bockius LLP | Debtors' Professional | • Morgan, Lewis & Bockius LLP is a former client (closed 2009). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Morgan Stanley;<br>Morgan Stanley Investment Co. Niston B.V.;<br>Morgan Stanley Investment Management Garda<br>    B.V.;<br>Morgan Stanley Investment Management, Inc.<br>    as Agt INCAS; and<br>Morgan Stanley Investment Management<br>    Mezzano B.V. | Prepetition Lenders | • In October 2008 Mitsubishi UFJ Financial Group, Inc. acquired a 21% ownership in Morgan Stanley and its affiliate companies. In addition affiliated companies *The Bank of Tokyo-Mitsubishi UFJ Limited* and *Mitsubishi UFJ Lease & Finance Company Limited* are current clients;<br><br>• Parent company Morgan Stanley is a member of current client *Pace Investment Group*;<br><br>• Affiliate companies *Morgan Stanley Realty, Inc., Morgan Stanley Real Estate Fund II, Morgan Stanley Real Estate Fund III, Morgan Stanley Real Estate Fund IV, Morgan Stanley Real Estate Fund V, Morgan Stanley Real Estate Fund VI, Morgan Stanley Real Estate Fund VII, Morgan Stanley & Co. International Ltd., JM Morgan Stanley Private Ltd., Morgan Stanley Dean Witter Asia (Taiwan) Limited, Morgan Stanley International* and *Morgan Stanley Real Estate Special Situations Fund* are current clients;<br><br>• Affiliate company *Morgan Stanley & Co., Incorporated* is: (a) a current client; (b) a co-client with current client *CS First Boston, Inc.*; (c) a stockholder of former client Education Finance Partners, Inc. (closed 2010); and (d) along with affiliated entities Morgan Stanley Prime Income Trust and Morgan Stanley Emerging Markets, Inc., a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*;<br><br>• Affiliated entity Morgan Stanley Fixed Income is a member of current client *Ad Hoc Committee of Noteholders of Chemtura Corporation*; and<br><br>• Affiliate company Morgan Stanley Real Estate Fund, Inc. is a former client (closed 2009).<br><br>• *See also* entry below for Van Kampen Asset Management regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| MSD Capital, L.P. | Prepetition Lender | • Affiliate company *Valleycrest Landscape Companies* is a current client. |
| National City Corporation | Prepetition Lender | • National City Corporation is a former client (closed 2009);<br><br>• Parent company *PNC Financial Services Group Bank, National Association* is a current client;<br><br>• Affiliate company *National City Bank* is: (a) a current client; (b) the employer of an individual who is a current Jones Day client; (c) a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*;<br><br>• Affiliate company Blackrock, Inc. is a member of current client *Ad Hoc Committee of Geo Specialty Chemicals, Inc.*;<br><br>• Affiliate company *PNC Bank, National Association* (Trustee) is: (a) a current client; and (b) a member of current client *Allegheny Health Education Research Foundation (AHERF) Creditors' Committee*; and<br><br>• Related entity *Administrative Committee of PNC Financial Services Group* is a current client. |
| *Navigant Consulting, Inc.* | Debtors' Professional | • *Navigant Consulting, Inc.* is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| NBC Universal Domestic Television | Large Unsecured Creditor (Consolidated) | • NBC is a partner in current client *Miss Universe L.P.*;<br><br>• Parent company *General Electric Co., Inc.* is: (a) a current client; (b) the employer of an individual who is a former Jones Day client (closed 2010); and (c) a participant in a joint venture with former client NVC Industrial Development Co. Ltd. (closed 2008);<br><br>• Affiliate company General Electric Capital Corporation is a member of current client *Ad Hoc Committee of Lenders to Euramax*;<br><br>• Affiliate company GE Healthcare is a stockholder of current client *Nihon Medi-Physics Co., Ltd.*;<br><br>• Affiliate company GE Commercial Finance Energy Financial Services is the owner of TIFD 111-X LLC, a limited partner of current client *NCL Appalachian Partners, L.P.*;<br><br>• Affiliate company *GE Capital Corporation Prop., Ltd.* is a co-client in a current matter with current client *Allied Irish Banks Plc*; and<br><br>• Affiliate company GE Capital Equity Investments, Inc. is an equity security holder and an interested party in the Penton Business Media LLC chapter 11 cases in which Jones Day is debtors' counsel. |
| NetJets Aviation, Inc. | Major Customers | • NetJets Aviation, Inc. is an affiliated entity of current client *NetJets, Inc.* |
| Neuberger Berman LLC (n/k/a Neuberger Investment Management) | Prepetition Lender | • Neuberger Berman LLC is now known as Neuberger Investment Management; and<br><br>• Affiliate company *Neuberger Investment Management Japan Limited* is a current client. |
| *New York Life Insurance Company*; and New York Life Investment Management | Prepetition Lenders | • *New York Life Insurance Company* is: (a) a current client; (b) a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009); and (c) along with affiliate company New York Life Insurance and Annuity Corporation, a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair.* |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| News America Publishing FSI; *News Corporation*; and News Corp – 20th Century Fox – Home – Theatrical<br><br>Twentieth Television, Inc. | Major Customers<br><br><br><br><br>Largest Unsecured Creditors | • Parent company *News Corporation* is: (a) a current client; (b) the ultimate parent of current client *NYP Holdings, Inc. d/b/a The New York Post*; and (c) a stockholder of current client *Phoenix Satellite Television Holdings Ltd.*; and<br><br>• Affiliate companies *Twentieth Century Fox Home Entertainment LLC*, *Star Group Limited* and *Satellite Television Asian Region Limited* are current clients. |
| Nielsen Media Research | Largest Unsecured Creditors | • Affiliate company *The Nielsen Company* is a current client. |
| Nissan Dealer Associations; Nissan Factory; and Nissan Infiniti Factory | Major Customers | • Related Nissan dealerships, Precision Nissan, Inc. and Crown Acura/Nissan LLC are subsidiaries of current client *Asbury Automotive Group, Inc.*;<br><br>• Nissan Motor Company Ltd. was a participant in a former joint venture with Chrysler LLC (n/k/a current client *Old Carco LLC* (successor in interest to Chrysler LLC)) and an interested party in the Chrysler chapter 11 cases in which Jones Day is debtors' counsel; and<br><br>• Nissan Motor Company is a joint venture partner in current client *Automotive Energy Supply Corporation*. |
| Nomura Corporate Research & Asset Management, Inc. | Prepetition Lender | • Parent company Nomura Holdings, Inc. is the former parent company of current client *Lehman Brothers, Inc.*, the former employer of an individual who is a current Jones Day client (opened 2009);<br><br>• Affiliate companies *Nomura International (Hong Kong) Limited*, *Nomura Real Estate Investment Management Co., Ltd.* and *Nomura Bank of Switzerland Ltd.* are current clients; and<br><br>• Affiliate company Nomura International Plc is a former client (closed 2010). |
| *The Norinchukin Bank* | Prepetition Lender | • *The Norinchukin Bank* is: (a) a current client; and (b) a stockholder of current client *ANT Capital Partners Co., Ltd.* |
| Northwestern Memorial Hospital | Large Unsecured Creditor (Consolidated) | • Northwestern Memorial Hospital is a former client (closed 2010); and<br><br>• Parent company *Northwestern Memorial Healthcare* is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Oak Hill Advisors, L.P. | Prepetition Lender | • Related entity *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair* is a current client. |
| Oaktree Capital Management, L.P. | Prepetition Lender | • Oaktree Capital Management, L.P. is: (a) a stockholder of former client Interep National Radio Sales, Inc. (closed 2009); and (b) a member of former client Ad Hoc Committee of Noteholders of Station Casinos (closed 2010); and<br><br>• Affiliate companies Oaktree Capital (Hong Kong) Limited (closed 2008); Pangaea Capital Management (Singapore) Pte, Ltd. (closed 2009) and OCM Luxembourg EPOF II S.a.r.L. (closed 2010) are former clients.<br><br>• *See also* entry below for Silver Point Capital, L.P. – FSG regarding related disclosure. |
| Octagon Credit Investors LLC | Prepetition Lender | • Parent company *JPMorgan Chase, National Association* is a current client.<br><br>• *See* entry above for *JPMorgan Chase Bank, N.A.* regarding related disclosure. |
| Onex Credit Partners LLC | Prepetition Lender | • Onex Credit Partners LLC is: (a) a former client (closed 2009); (b) the parent of current client *Emergency Medical Services Corporation*; and (c) the parent of Tube City IMS Corporation, a member of current client *Tube City LLC*;<br><br>• Parent company Onex Corporation is a stockholder of Husky Injection Molding Systems, Ltd., the parent company of current client *Husky Injection Molding Systems Asia-Pacific Ltd.*; and<br><br>• Affiliate companies Allison Transmission, Skilled Healthcare Group, Inc. and Emcare, Inc. are former clients (all closed 2009). |
| Oppenheimer Master Ln Fund LLC; and Oppenheimer Senior Fltg Rt Fund | Secured Lenders | • Affiliated company *Oppenheimer & Co., Inc.* is a current client;<br><br>• Parent company Massachusetts Mutual Life Insurance Company is: (a) a former client (closed 2008); and (b) a member of former client Ad Hoc Committee of Certain Wornick Company Bondholders (closed 2008). |
| OZ Management L.P. | Prepetition Lender | • Parent company *Och-Ziff Capital Management Group LLC* is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Pacific Investment Management Company | Prepetition Lender | • Pacific Investment Management Company (PIMCO) is a member of current clients *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair* and *Ad Hoc Committee of Bentley School Bondholders*;<br><br>• Affiliate company *Dresdner Kleinwort Limited* is a current client;<br><br>• Affiliate company AGF Private Equity is a member of former client Former Shareholders of Somai (closed 2009);<br><br>• Affiliate company Fireman's Fund Insurance Company is a shareholder of current client *Magnequench International, Inc.*; and<br><br>• Affiliate companies Allianz Capital Partners (closed 2008) and Dresdner Bank (closed 2009) are former clients. |
| Paramount Pictures Corporation | Largest Unsecured Creditors | • Parent company *Viacom, Inc.* is a current client.<br><br>• *See also* entry above for CBS Broadcasting, Inc.; CBS Radio, Inc.; and entry below for Viacom – Paramount Pictures regarding related disclosure. |
| Patriarch Partners LLC. | Prepetition Lenders | • Affiliate companies *Dura Automotive Systems LLC* and *Patriarch Partners Management Group LLC* are current client; and<br><br>• Parent company Patriarch Partners LLC is affiliated with current client *Amweld International LLC* and former client Acme International Enterprises, Inc. (closed 2010).<br><br>• *See also* entry below for Zohar II 2005-1, Ltd. regarding related disclosure. |
| *Pentwater Capital Management, L.P.* | Prepetition Lender | • *Pentwater Capital Management, L.P.* is a current client. |
| Pepsi – Pepsi Cola Various | Major Customer | • Parent company *Pepsico, Inc.* is: (a) a current client; (b) the employer of an individual who is a current Jones Day client; and (c) the former parent of former client Pizza Hut, Inc. (closed 2009);<br><br>• Affiliate companies *The Pepsi Bottling Group, Inc., Pepsi Americas, Inc.* and *Frito Lay, Inc.* are current clients; and<br><br>• Affiliate company Pepsi/Lipton Tea Partnership is a former client (closed 2009). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Perry Corporation | Prepetition Lender | • Perry Corporation is the parent of current clients *FTD, Inc.* and *Perry Capital LLC.* |
| *Pfizer, Inc.* | Major Customer | • *Pfizer, Inc.* is: (a) a current client; and (b) a participant in a joint venture with former client Nomura International Plc (closed 2010); and<br><br>• Affiliate companies *Encysive Pharmaceuticals, Inc.* and *Esperion Therapeutics, Inc.* are current clients. |
| Pioneer Investment Management, Inc. | Prepetition Lender | • Affiliated entity Pioneer Investment is a member of current client *Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications*;<br><br>• Parent company Unicredit Bank S.A. is a former client (closed 2010); and<br><br>• Affiliate company *Unicredit Bank AG* is: (a) a current client; and (b) a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair.* |
| PPM America Incorporated; and Prudential Investment Management, Inc. | Prepetition Lenders | • Affiliate companies *Prudential Financial, Operadora de Sociedades de S.A. de C.V.,Prudential Grupo Financing* and *Prudential Property Investment Management (Singapore) Private Limited* are current clients;<br><br>• Affiliate company Prudential Life Insurance is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*;<br><br>• Affiliate company Prudential Asset Management (Singapore) Limited is a former client (closed 2009); and<br><br>• Affiliate company The Prudential Assurance Company Limited is: (a) a former client (closed 2008); and (b) along with affiliate companies Prudential Annuities Limited and Prudential Retirement Income Limited, a member of current client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009). |
| *The Procter & Gamble Company* | Major Customer | • *The Procter & Gamble Company* is a current client; and<br><br>• Affiliate company Procter & Gamble former current client (closed 2010). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Progressive Insurance | Major Customer | • Parent company *The Progressive Corporation* is a current client. |
| Putnam Advisory Co. LLC; and Putnam Investment Management LLC | Prepetition Lenders | • Parent company *Power Company of Canada* and affiliate company *Power Pacific Corporation Limited* are current clients; and<br>• Affiliate company MacKenzie Financial Corporation is a stockholder of current client *Tiomin Resources, Inc.* |
| R3 Capital Management LLC | Prepetition Lender | • Parent company *Blackrock Investment Management LLC* and affiliate company *Blackrock Realty Advisors, Inc.* are current clients;<br>• Affiliate company Blackrock, Inc. is a member of current clients *Ad Hoc Committee of Noteholders of Chemtura Corporation, Ad Hoc Committee of Lenders to Euramax* and *Bondholders Committee of Mandra Forestry Finance Limited*;<br>• Several Blackrock Funds and Trusts are members of current clients *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair* and *Ad Hoc Committee of Geo Specialty Chemicals, Inc.*;<br>• Affiliate company Blackrock Alternative Advisors is a former client (closed 2009); and<br>• Affiliate company Blackrock Kelso Capital Corporation is an equity security holder and an interested party in the Penton Business Media LLC chapter 11 cases in which Jones Day is debtors' counsel. |
| Rabobank International | Prepetition Lender | • Parent company *Rabobank Nederland* (a/k/a *Cooperatieve Centrale Raiffeisen-Boerenleenbank*) and affiliate company *De Lage Landen International B.V. Sucursal en Espana* are current clients; and<br>• Affiliate company Robeco USA LLC (closed 2008) is a former client. |
| *Reckitt Benckiser Group Plc* | Major Customer | • *Reckitt Benckiser Group Plc* is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Riversource Investments LLC | Prepetition Lender | • Riversource Investments LLC was among the top 25 shareholders of General Motors Corporation (n/k/a current client *Motors Liquidation Company*) and an interested party in the Motors Liquidation Company, *et al.* (f/k/a General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel for the debtors.  In addition, *General Motors Company*, the purchaser of assets from *Motors Liquidation Company*, is a current client; and<br><br>• Affiliate company *Threadneedle Property Investment Limited* is a current client. |
| *The Royal Bank of Scotland Plc* | Prepetition Lender | • *The Royal Bank of Scotland Plc* is: (a) a current client; and (b) a participant in a joint venture with former client Miller Developments Limited (closed 2009);<br><br>• Parent company *The Royal Bank of Scotland Group Plc* and affiliate companies *Eurosales Finance, Citizens Financial Group, Inc.* and *RBS Invoice Finance Limited* are current clients; and<br><br>• Affiliate company Royal Bank Development Capital Limited is a stockholder of current client *Vista Capital de Expansion, S.A. S.G.E.C.R..*<br><br>• *See also* entry above for ABN Amro Holdings N.V. regarding related disclosure. |
| *Sandell Asset Management Corporation* | Prepetition Lender | • *Sandell Asset Management Corporation* and affiliate company *Sandell Asset Management Europe Limited* are current clients. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Sankaty Advisors Bain Capital (name given) | Prepetition Lender | • Affiliate company Sankaty Davis LLC is an investor in current client *Davis Petroleum Acquisition Corporation*;<br><br>• Affiliated companies Sankaty High Yield Asset Partners, L.P., Sankaty High Yield Asset Partners II, L.P. and Sankaty High Yield Asset Partners III, L.P. are members of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*;<br><br>• Bain Capital LLC is: (a) affiliated with former client Higa Industries Co. Ltd. (closed 2010); and (b) a stockholder of former client NXP Semiconductors USA, Inc. (closed 2009);<br><br>• Affiliate company Bain Capital Associates III is a limited partner of current client *Highcross Regional UK Partners International, L.P.*; and<br><br>• Affiliate company Professional Service Industries, Inc. is a former client . (closed 2008). |
| *Satellite Asset Management, L.P.* | Prepetition Lender | • *Satellite Asset Management, L.P.* is a current client. |
| Scotia Capital, Inc. | Prepetition Lender | • Affiliate company *Scotia Fondos, S.A. de C.V., Sociedad Operadora Dades de Inversión, Grupo Financiero Scotiabank* is a current client; and<br><br>• Affiliated entities Oligra43 and Strand Funding are members of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair.* |
| SEIX Investment Advisors, Inc. | Prepetition Lender | • Parent company *SunTrust Banks, Inc.* and affiliate companies *SunTrust Bank as Executor* and *SunTrust Bank Atlanta as Trustee* are current clients. |
| Seneca Capital Management | Prepetition Lender | • Parent company *Seneca Capital, L.P.* is: (a) a current client; and (b) a member of current clients *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair* and *Ad Hoc Committee of Noteholders of Chemtura Corporation*. |
| Serengeti Asset Management, L.P. | Prepetition Lender | • Senengeti Asset Management, L.P. is a member of former client Ad Hoc Committee of Noteholders of Station Casinos (closed 2010). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Silver Point Capital, L.P. – FSG | Prepetition Lender | • Silver Point Capital, L.P. is: (a) a stockholder of former client Interep National Radio Sales, Inc. (closed 2009); and (b) a general partner of former client Silver Point Capital Management LLC (closed 2008); and<br><br>• Affiliate company SPCP LLC is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair.*<br><br>• *See also* entry above for Oaktree Capital Management, L.P. regarding related disclosure. |
| *Societe Generale*; and TCW Asset Management Company | Prepetition Lenders | • *Societe Generale* is: (a) a current client; (b) the parent of current clients *Lyxor Asset Management* and *Viveris*; and (c) has an ownership interest in former client Interquisa Canada (closed 2010); and<br><br>• TCW Asset Management Company is: (a) a stockholder of former client FLYi, Inc. (closed 2010); and (b) was among the top 25 shareholders of General Motors Corporation (n/k/a current client *Motors Liquidation Company*) and an interested party in the Motors Liquidation Company, *et al.* (f/k/a General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel for the debtors. In addition, *General Motors Company*, the purchaser of assets from *Motors Liquidation Company*, is a current client. |
| Sony Entertainment – Pictures – Columbia – Tristar<br><br>Sony Pictures Television | Major Customer<br><br>Largest Unsecured Creditors | • Affiliate companies, *Sony Corporation of America* and *Sony Electronics, Inc.* are current clients; and<br><br>• Affiliate company Sony BMG Music Entertainment is a former client (closed 2009). |
| Southwest Airlines | Major Customer | • Southwest Airlines is: (a) the employer of an individual who is a current Jones Day client (opened 2008); and (b) a stockholder of current client *Airline Reporting Corporation.* |
| Spectron Site Group (name given) | Party to Significant Litigation with the Debtors | • To the extent it is the named party in interest or related to the named party in interest, *Spectron Group Plc* is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Sprint Nextel Corporation* | Major Customer | • *Sprint Nextel Corporation* and affiliate company *NII Holdings, Inc.* (f/k/a Nextel International, Inc.) are current clients; and<br><br>• Affiliate company *Nextel Partners, Inc.* (closed 2008) is a former client. |
| Star Community Publishing Group LLC | Debtors and/or Nondebtor Affiliates | • Parent company *Cablevision Systems Corporation* is a current client.<br><br>• *See also* entry above for Cablevision regarding related disclosure. |
| Stichting Pensioenfonds ABP – Portfolio 1211 | Prepetition Lender | • Stichting Pensioenfonds ABP is: (a) a investor of current client *Rexiter Capital Management Limited*; and (b) an affiliated entity of current client *APG Asset Management, N.V.*;<br><br>• Affiliate company APG Investments is a limited partner of former client Limited Partner Group of New City Asia Partners (closed 2010); and<br><br>• Affiliate company Algemeen Pensioenfonds Groep Nederland is a former client (closed 2010). |
| Stone Harbor Investment Partners, L.P. | Prepetition Lender | • Affiliated entity Stone Harbor Investment Management is a stockholder of former client Interep National Radio Sales, Inc. (closed 2009). |
| *Strategic Value Partners LLC* | Prepetition Lender | • *Strategic Value Partners LLC* is a current client. |
| *Sumitomo Mitsui Banking Corporation* | Prepetition Lender | • *Sumitomo Mitsui Banking Corporation* is: (a) a current client; (b) a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; (c) a stockholder of current client *Shinko Shoji KK*; and (d) a majority stockholder of former client Mitsui Life Insurance Company Limited (closed 2010); and<br><br>• *Daiwa Corporate Investment Co., Ltd.* (f/k/a NIF SMBC Ventures), formed by the merger of NIF Ventures and former affiliate company SMBC Capital, is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Swiss Reinsurance Company Ltd. | Prepetition Lender | • Affiliate companies *Admin Re UK Limited* and *Sorenson Communications, Inc.* are current clients; and<br>• Affiliate company Swiss Re Life and Health America, Inc. is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009). |
| T-Mobile; and T-Mobile/Voice Stream | Major Customers | • Parent company *Deutsche Telekom AG* and affiliate company *T-Mobile USA* (f/k/a Voicestream Wireless Corporation) are current clients;<br>• Affiliate company Magyar Telekom Plc is the employer of an individual who is a current Jones Day client (opened 2008); and<br>• Affiliate companies Deutsche Telekom Technischer Service GmbH (closed 2008); T-Mobile Venture Fund GmbH & Co. KG, T-Online Venture Fund GmbH & Co. KG and T-Systems Venture Fund GmbH & Co. KG (all closed 2009); and T-Com Venture Fund GmbH & Co. KG, (closed 2010) are former clients. |
| Taconic Capital Advisors LLC | Prepetition Lender | • Taconic Capital Advisors LLC is a former client (closed 2008). |
| Target Stores | Major Customer | • Parent company *Target Corporation* and affiliate company *Target Brands, Inc.* are current clients. |
| Television Food Network G.P. | Equity Method Investment | • Parent company *Scripps Networks Interactive, Inc.* is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Toyota Dealer Associations; Toyota Lexus Dealer Associations; and Toyota Local Dealers | Major Customers | • Two individuals who are former Jones Day clients (both closed 2009) are related to a Toyota Dealership named Toyota of Greenberg (f/k/a Bel Air Motors, Inc.);<br><br>• Parent company *Toyota Motor Corporation* is: (a) a current client; (b) a stockholder of current client *Taiho Kogyo Co., Ltd.*; and (c) a participant in a former joint venture with General Motors Corporation that created former client New United Motor Manufacturing, Inc. (closed 2008);<br><br>• Affiliate companies *Toyota Material Handling AB, Toyota Motor Europe NV/SA, Toyota Motor Sales, U.S.A., Inc.* and *Hino Motors, Ltd.* are current clients;<br><br>• Affiliate company and current client *Toyota Boshoku Corporation*, along with affiliate company Toyota Tsusho Corporation are joint venture participants in current client *TB Kawashima Co., Ltd.*; and<br><br>• Affiliate company Toyota Motor Engineering & Manufacturing North America, Inc. is a joint venture participant with current client *International Automotive Components Group LLC.* |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Tribune Company* | Debtors | • *Tribune Company* is: (a) a current client; (b) a partner in current clients *Careerbuilder LLC* and *Classified Ventures LLC*; and (c) the parent of Los Angeles Times Communications LLC, one of the nondebtor affiliates in the Debtors' chapter 11 cases and the employer of an individual who is a current Jones Day client.<br><br>• *See also* entries above for *Careerbuilder LLC*, Gannett Company, Inc., *The McClatchy Company, Inc.* and MediaNews Group, Inc.; and entry below for WATL, LLC regarding related disclosure. |
| TW New Line Cinema -- Home Video; TW Time Warner; TW Warner Brothers; and TW Warner Communications<br><br>Warner Brothers Television | Major Customers<br><br><br><br>Largest Unsecured Creditors | • Parent company *Time Warner, Inc.* is: (a) a current client; (b) the ultimate parent company of former client DC Comics (closed 2009); (c) the former employer of an individual who is a current Jones Day client (opened 2010); and (d) a participant in a joint venture with current client *CBS Corporation*;<br><br>• Affiliate companies *Home Box Office, Inc., TW Telecom Holdings, Inc.*. and *Time, Inc.* are current clients; and<br><br>• Affiliate companies Warner Brothers Entertainment, Inc. (closed 2008) and Time Inc. Home Entertainment (closed 2009). |
| UBS AG; and UBS O'Connor LLC | Prepetition Lenders | • UBS AG is the former employer of two individuals who are current Jones Day clients (both opened 2010);<br><br>• Affiliate companies *UBS Investment Bank* and *UBS Warburg* are current clients;<br><br>• UBS Financial Services, Inc. is the employer of an individual who is a former Jones Day client (closed 2008) and the former employer of an individual who is a former Jones Day client (closed 2009);<br><br>• Affiliate companies UBS Securities LLC and UBS Willow Fund, LLC are stockholders of current client *International Automotive Components Group, Inc.*;<br><br>• Affiliate company UBS Global Asset Management is a stockholder of former client Interep National Radio Sales, Inc. (closed 2009); and<br><br>• Affiliate company UBS AG, London Branch is a participant in a joint venture with former client Serviced Office Group Plc (closed 2009). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *U.S. Bank, National Association* | Party to Significant Litigation with the Debtors | • *U.S. Bank, National Association* is: (a) a current client; and (b) a member of current client *Adelphia Non-Agent Committee, c/o Oak Hill Advisors, L.P., Committee Chair*. |
| United States Cellular Corporation (a/k/a U.S. Cellular) | Major Customer | • United States Cellular Corporation (a/k/a U.S. Cellular) is a former client (closed 2010). |
| Valassis Communications | Major Customer | • Affiliate company *NCH Marketing Services, Inc.* is a current client. |
| Van Kampen Asset Management | Prepetition Lender | • Van Kampen Asset Management was among the top 25 shareholders of General Motors Corporation (n/k/a current client *Motors Liquidation Company*) and an interested party in the Motors Liquidation Company, *et al.* (f/k/a General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel for the debtors. In addition, *General Motors Company*, the purchaser of assets from *Motors Liquidation Company*, is a current client;<br><br>• Affiliated Van Kampen Senior Income Trust and several Van Kampen Senior Loan Funds are members of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and<br><br>• Parent company Morgan Stanley is a member of current client *Pace Investment Group*.<br><br>• *See also* entry above for Morgan Stanley and affiliated companies regarding related disclosure. |
| Varde Partners, Inc. | Prepetition Lender | • Varde Partners, Inc. is: (a) an investor in current client *International Coal Group, Inc.*; and (b) an affiliated entity of current client *Varde Management, L.P.* |
| *Verizon Wireless, Inc.*; and Verizon Wireless - Cellular | Major Customers | • Parent company *Verizon Communications, Inc.* is: (a) a current client; and (b) a member of current client *Broadband Internet Technical Advisory Group*;<br><br>• Affiliate companies *Verizon Deutschland GmbH*, *Verizon Japan Ltd.* and *Verizon Business* are current clients; and<br><br>• Affiliate company *Verizon Wireless, Inc.* is: (a) a current client; and (b) a joint venture participant with current client *T-Mobile USA*. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Viacom – Paramount Pictures | Major Customer | • Parent company *Viacom, Inc.* is: (a) a current client; (b) the parent of current client *CBS Corporation*; and (c) the employer of an individual who is a current Jones Day client.<br><br>• *See also* entries above for CBS Broadcasting, Inc.; CBS Radio, Inc. and Paramount Pictures Corporation regarding related disclosure. |
| Volkswagen Factory | Major Customer | • *Volkswagen AG* is a current client; and<br><br>• Affiliate company Audi AG is a former client (closed 2008). |
| Vornado 330 West 34th Street LLC | Significant Landlord | • Affiliate companies *Vornado Realty, L.P., 401 Hotel TARS, Inc.* and *888 Seventh Avenue LLC* are current clients; and<br><br>• Affiliate company Merchandise Mart Properties, Inc. is a former client (closed 2010). |
| *Wachovia Bank, N.A.* | Prepetition Lender<br>and<br>Major Customer | • *Wachovia Bank, N.A.* and affiliate companies *Wells Fargo Bank, N.A., Wells Fargo Foothill, Inc., Norwest Venture Partners, Wachovia Corporate Services, Inc.* and *Wachovia Capital Markets* are current clients;<br><br>• Parent company Wells Fargo & Co. is a stockholder of former client Wiltel Communications Group, Inc. (closed 2008);<br><br>• Affiliate company Wachovia Securities is a limited partner of current client *KW Investment K.K.*; and<br><br>• Affiliate companies Wachovia Bank As Executor and Wachovia Bank As Trustee are former clients (both closed 2010).<br><br>• *See also* entry below for Wells Fargo Capital Management, Inc.; *Wells Fargo Foothill, Inc.* regarding related disclosure. |
| Washington Mutual, Inc | Major Customer | • Affiliate company *Washington Mutual Bank F.A.* is a former client (closed 2008); and<br><br>• Parent company *JPMorgan Chase, National Association* is a current client.<br><br>• *See also* entries above for *Bear Stearns & Co., Inc.* and *JPMorgan Chase Bank, N.A.*; JPMorgan Securities, Inc. regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| WATL, LLC | Debtors and/or Nondebtor Affiliates | • To the extent it is related to the named party in interest, an entity named WATL-TV is a subsidiary of former client Gannett Company, Inc. (closed 2008). Gannett Company, Inc. is also a partner of current client *Classified Ventures, LLC.*<br><br>• *See also* entries above for *Careerbuilder LLC,* Gannett Company, Inc., *The McClatchy Company, Inc.*, MediaNews Group, Inc. and *Tribune Company* regarding related disclosure. |
| *Wells Fargo Bank, N.A.*<br><br><br><br>*Wells Fargo Foothill, Inc.* | Significant Landlord<br>and<br>Former Indenture Trustee<br><br>Prepetition Lender | • *Wells Fargo Bank, N.A.* and *Wells Fargo Foothill, Inc.* are current clients; and<br><br>• Parent company Wells Fargo & Co. is a stockholder of former client Wiltel Communications Group, Inc. (closed 2008).<br><br>• *See also* entry above for *Wachovia Bank, N.A.* regarding additional related disclosure. |
| Western Asset Management Company | Prepetition Lender | • Western Asset Management Company is a member of former client Ad Hoc Committee of Noteholders of Station Casinos (closed 2010). |
| *WestLB AG* | Prepetition Lender | • *WestLB AG* is: (a) a current client; (b) has an ownership interest in the parent company of current client *Rotec Incorporated*; and (c) a stockholder of former client Toy AG (closed 2009);<br><br>• Affiliate company *Westdeutsche Immobilienbank AG London Branch* is a co-client in a current matter with current client *Allied Irish Banks Plc*; and<br><br>• Affiliate company *Thomas Cook Group (Canada) Limited* is a current client. |
| *Maggie Wilderotter* | Current and Former Directors and Officers of Tribune Company and Other Debtors | • To the extent she is the named party in interest, an individual named *Maggie Wilderotter* is: (a) a current client; (b) an officer of current client *Frontier Communications Corporation*; and (c) a member of former client Audit Committee of Yahoo! Inc. (closed 2008). |
| *Wilmington Trust Company* – Delaware | Prepetition Lender | • *Wilmington Trust Company* and affiliate company *Wilmington Trust London Limited* are current clients. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| York Capital Management LLP | Prepetition Lender | • York Capital Management L.P. is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair.* |
| Yum Brands – Kentucky Fried Chicken; Yum Brands – Pizza Hut; and Yum Brands – Taco Bell | Major Customers | • Parent company *Yum! Brands, Inc.* is a current client;<br>• Kentucky Fried Chicken is also known as current client *F&F Food Service, Inc.*; and<br>• Pizza Hut, Inc. is a former client (closed 2009). |
| XL Insurance (Bermuda) Ltd.; and XL – Indian Harbor  Insurance/ESC | Insurance Carriers | • Affiliate company XL Insurance is a stockholder of current client *International Automotive Components Group LLC.* |
| Samuel Zell | Current and Former Directors and Officers of Tribune Company and Other Debtors | • Sam Zell is a shareholder of the parent company of current client *Equity Properties & Development Company.* |
| Zohar II 2005-1, Ltd. | Prepetition Lender | • Affiliate companies *Patriarch Partners Management Group LLC* and *Dura Automotive Systems LLC* are current clients.<br>• *See also* entry above for Patriarch Partners LLC regarding related disclosure. |
| Zurich American Insurance Company | Insurer | • Affiliate company *Associated Marine Insurers & Agents Pty Ltd.* is a current client;<br>• Affiliate company Zurich Insurance Holding (Hong Kong) Ltd. is a former client (closed 2010);<br>• Affiliate company American Zurich Insurance Company is a stockholder of current client *International Automotive Components Group LLC*; and<br>• Affiliate company Zurich Capital Markets is: the former employer of an individual who is a former Jones Day client (closed 2008). |

## Schedule 3

**Jones Day Hourly Rates**

| Professional | Position | Practice Area | Office | Hourly Rate |
|---|---|---|---|---|
| **Partners** | | | | |
| David G. Heiman | Partner | Business Restructuring and Reorganization | Cleveland, Ohio | $900 |
| Frederick E. Sherman | Partner | Trial Practice | New York, New York | $800 |
| Brad B. Erens | Partner | Business Restructuring and Reorganization | Chicago, Illinois | $775 |
| Elizabeth C. Kitslaar | Partner | Corporate Governance | Chicago, Illinois | $725 |
| **Associates** | | | | |
| David A. Hall | Associate | Business Restructuring and Reorganization | Chicago, Illinois | $525 |
| David B. Shafer | Associate | Business Restructuring and Reorganization | Chicago, Illinois | $375 |