# Exhibit B

Itemization of Services Performed

# EXHIBIT "B"

## FOURTH MONTHLY SUMMARY OF BILLING BY TIMEKEEPER

### For the Period from August 1, 2010 through August 30, 2010

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate (including changes)[1] | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Charles O. Monk II | 1974 | Partner (since 1998) | $700 | 4.60 | $3,220.00 |
| Mark Minuti | 1988 | Partner (since 1997) | $600 | 32.70 | $19,620.00 |
| Nicholas J. Nastasi | 2010 | Partner (since 2010) | $425 | 9.10 | $3,867.50 |
| Michael J. Farnan | 2008 | Associate (since 2009) | $255 | 3.30 | $0.00 |
| Anthony J. Iannini | N/A | Paralegal | $190 | 39.50 | $7,505.00 |
| Robyn E. Warren | N/A | Clerical | $180 | 28.40 | $5,112.00 |
| TOTAL | | | | 117.60 | $39,324.50 |

Blended Hourly Rate: $334.39

---

[1] This rate is Saul Ewing LLP's regular hourly rate for legal services. All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustment occurred on July 1, 2010 for the Bankruptcy and Restructuring Department).

597186.1 8/31/10

## Attorney Biographies

**Charles O. Monk II,** *Partner.* Mr. Monk is a Partner in Saul Ewing's Litigation Department and is Managing Partner of its Baltimore, Maryland office. He concentrates his practice in significant litigation matters including business disputes, intellectual property, insolvency, antitrust and securities litigation. He regularly represents securities and financial services businesses. Before joining Saul Ewing, Mr. Monk served for five years as Deputy Attorney General of Maryland. In that capacity, he supervised all enforcement actions in the Attorney General's Office, including the State prosecutions arising from the 1985 Maryland Savings and Loan crisis. Mr. Monk was Chief of the Antitrust Division of the Attorney General's Office for five years before being appointed Deputy Attorney General.

Mr. Monk received his A.B. degree from Brown University and his law degree from the University of Maryland School of Law in 1974. He is admitted to practice law in the State of Maryland District of Columbia.

**Mark Minuti,** *Partner.* Mr. Minuti is a Partner in Saul Ewing's Wilmington, Delaware office and is Co-Chair of the Bankruptcy and Restructuring Department. He concentrates his practice in bankruptcy law. Having practiced bankruptcy law in Delaware since 1989, Mr. Minuti has seen his practice grow from a small local practice to a sophisticated national practice. Along the way, Mr. Minuti has been involved in almost every major bankruptcy case filed in Delaware.
Mr. Minuti's practice includes the representation of debtors, unsecured creditors committees, equity committees, trustees, asset purchasers, landlords, secured and unsecured creditors in workouts, corporate restructurings and Chapter 11 proceedings, both in and out of Delaware. Mr. Minuti also represents reorganized debtors, committees, trusts and creditors in sophisticated bankruptcy-related litigation, including preference actions and fraudulent conveyance actions. Prior to joining Saul Ewing, Mr. Minuti was a law clerk to the Honorable Clarence W. Taylor of the Delaware Superior Court.

Mr. Minuti received his B.S. degree from the University of Delaware and his law degree from the Widener University School of Law in 1988. He is admitted to practice law before the United States District Court for the District of Delaware and the United States Court of Appeals for the Second and Third Circuit.

**Nicholas J. Nastasi,** *Partner.* Mr. Nastasi is a partner in Saul Ewing's Litigation Department. Mr. Nastasi focuses his practice on white collar criminal defense and commercial litigation matters. His practice includes handling complex commercial, business and civil litigation, including corporate director and officer liability and corporate governance matters relating to the Sarbanes-Oxley Act. An experienced litigator in trial and appellate courts, Mr. Nastasi has represented officers, directors and employees of public corporations in connection with governmental investigations, including the IRS, the SEC and the U.S. Department of Justice. Such matters have led to disciplinary and prosecutorial proceedings, before state and federal agencies, commissions and courts.

**Michael J. Farnan,** *Associate.* Mr. Farnan is an Associate in Saul Ewing's Litigation Department. Mr. Farnan concentrates his practice on litigation in the Delaware state and federal courts.

Mr. Farnan received his B.A. degree from Dickinson College and his law degree from the University of Toledo College of Law in 2008. He is admitted to practice law before the United States District Court for the Districts of Delaware and New Jersey.

Tribune Company, et al.
Case No. 08-13141 (KJC)
Professional Services Rendered from August 1, 2010 through August 30, 2010

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 8/17/2010 | AJI | Review and convert exhibits to examiner's report to pdf formats compatible with court. | 9.50 | $ 1,805.00 |
| 8/19/2010 | AJI | Complete conversion of exhibits to pdf format compatible with court; Filing of exhibits to examiner's report on U.S. Bankruptcy Court docket. | 19.50 | $ 3,705.00 |
| 8/20/2010 | AJI | Continue upload of exhibits to examiner's report to Bankruptcy court docket. | 7.50 | $ 1,425.00 |
| 8/22/2010 | AJI | Complete filing of exhibits to Examiner's Report on docket. | 3.00 | $ 570.00 |
| | **AJI Total** | | **39.50** | **$ 7,505.00** |

597192.1

Tribune Company, et al.
Case No. 08-13141 (KJC)
Professional Services Rendered from August 1, 2010 through August 30, 2010

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 8/2/2010 | COM | Telephone calls with M. Minuti and N. Nastasi re: status of confidentiality issue and discharge motion issue | 0.20 | $ 140.00 |
| 8/3/2010 | COM | E-mail to M. Minuti re: hearing | 0.20 | $ 140.00 |
| 8/13/2010 | COM | Review Debtors' Response to Motion of Court-Appointed Examiner and meeting with M. Minuti | 4.00 | $ 2,800.00 |
| 8/20/2010 | COM | Review discharge order | 0.10 | $ 70.00 |
| 8/20/2010 | COM | E-mail to M. Minuti re: discharge order | 0.10 | $ 70.00 |
|  | COM Total |  | 4.60 | $ 3,220.00 |

597192.1

Tribune Company, et al.
Case No. 08-13141 (KJC)
Professional Services Rendered from August 1, 2010 through August 30, 2010

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 8/9/2010 | MJF | Meeting with Clerk of Bankruptcy Court re: best way to file exhibits. | 0.90 | N/C |
| 8/10/2010 | MJF | Prepare for filing fee application. | 1.80 | N/C |
| 8/25/2010 | MJF | Review and execute 4th monthly fee application of Klee. | 0.60 | N/C |
| | MJF Total | | 3.30 | $ - |

597192.1

Tribune Company, et al.
Case No. 08-13141 (KJC)
Professional Services Rendered from August 1, 2010 through August 30, 2010

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 8/2/2010 | MM | E-mails from R. Pfister to Parties re: documents uploaded to secure document website | 0.20 | $ 120.00 |
| 8/2/2010 | MM | Review of Bank of America's Statement in Support of Examiner's Seal Motion | 0.10 | $ 60.00 |
| 8/2/2010 | MM | Review of Aurelius' Response to the Examiner's Seal Motion | 0.10 | $ 60.00 |
| 8/2/2010 | MM | E-mails with Klee firm re: extending time to respond to discharge motion | 0.20 | $ 120.00 |
| 8/2/2010 | MM | Review of and revisions to order on Examiner's Motion to Unseal Report | 0.60 | $ 360.00 |
| 8/2/2010 | MM | E-mails with Klee firm re: changes to order on Examiner's Motion to Unseal Report | 0.20 | $ 120.00 |
| 8/2/2010 | MM | Telephone call with C. Monk and N. Nastasi re: status of confidentiality claims | 0.20 | $ 120.00 |
| 8/2/2010 | MM | Telephone call with K. Klee re: 8/3/10 hearing strategy / scheduling of discharge motion | 0.20 | $ 120.00 |
| 8/2/2010 | MM | Prepare for hearing on Examiner's Motion to Unseal Report | 1.00 | $ 600.00 |
| 8/2/2010 | MM | E-mails from Klee firm re: telephonic appearance on 8/3/10 hearing | 0.10 | $ 60.00 |
| 8/3/2010 | MM | Review of e-mails from Parties re: status of confidentiality claims | 0.40 | $ 240.00 |
| 8/3/2010 | MM | Telephone call with N. Nastasi re: status of confidentiality claims | 0.20 | $ 120.00 |
| 8/3/2010 | MM | Telephone call and e-mail with D. Klauder re: proposed form of order on Examiner's seal motion | 0.20 | $ 120.00 |
| 8/3/2010 | MM | E-mail to L. Bogdanoff re: U.S. Trustee's request that all Report exhibits be filed on the docket | 0.10 | $ 60.00 |
| 8/3/2010 | MM | E-mails from Klee firm re: scheduling of Examiner's discharge motion | 0.20 | $ 120.00 |
| 8/3/2010 | MM | E-mail from Klee firm re: delivery of exhibits to Epiq | 0.10 | $ 60.00 |
| 8/3/2010 | MM | Draft notice of filing of exhibits with Epiq | 0.20 | $ 120.00 |
| 8/3/2010 | MM | E-mails with Klee firm re: extending deadline to respond to discharge motion | 0.20 | $ 120.00 |
| 8/3/2010 | MM | E-mail from R. Pfister re: trouble with exhibits on Epiq's website | 0.10 | $ 60.00 |
| 8/3/2010 | MM | Prepare for and attend hearing on Examiner's seal motion | 2.50 | $ 1,500.00 |
| 8/4/2010 | MM | E-mail to correct exhibits on Epiq website | 0.10 | $ 60.00 |
| 8/4/2010 | MM | Draft and file re-notice of Examiner's discharge motion | 0.20 | $ 120.00 |
| 8/4/2010 | MM | Telephone calls and e-mails with Bankruptcy Court Clerk's office re: filing exhibits | 0.20 | $ 120.00 |
| 8/4/2010 | MM | E-mail with Klee firm re: filing of exhibits | 0.10 | $ 60.00 |
| 8/4/2010 | MM | E-mail to N. Nastasi and C. Monk re: need to be present at 8/20/10 hearing on discharge motion | 0.20 | $ 120.00 |
| 8/6/2010 | MM | Telephone calls and e-mails with parties re: filing of Report exhibits | 0.30 | $ 180.00 |
| 8/9/2010 | MM | E-mails with U.S. Trustee re: call to update budget | 0.20 | $ 120.00 |
| 8/9/2010 | MM | E-mails with Klee firm re: fee procedures | 0.20 | $ 120.00 |
| 8/10/2010 | MM | E-mails and telephone calls with Klee firm re: filing Report exhibits on docket | 0.20 | $ 120.00 |
| 8/10/2010 | MM | E-mail with K. Klee re: fee estimate | 0.10 | $ 60.00 |

597192.1

Tribune Company, et al.
Case No. 08-13141 (KJC)
Professional Services Rendered from August 1, 2010 through August 30, 2010

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 8/10/2010 | MM | E-mails with Klee firm re: filing of fee applications | 0.20 | $ 120.00 |
| 8/11/2010 | MM | E-mails with creditor re: access to Examiner's Report | 0.20 | $ 120.00 |
| 8/12/2010 | MM | E-mails with Epiq re: document retention | 0.20 | $ 120.00 |
| 8/13/2010 | MM | Review of Debtor's Objection to Examiner's Discharge Motion | 0.20 | $ 120.00 |
| 8/13/2010 | MM | E-mail to/from Klee firm re: Debtor's Objection to Examiner's Discharge Motion | 0.30 | $ 180.00 |
| 8/13/2010 | MM | Review of and revisions to Saul Ewing's First Monthly Fee Application | 0.20 | $ 120.00 |
| 8/17/2010 | MM | Review of and revisions to Reply in Support of Discharge Motion | 1.20 | $ 720.00 |
| 8/17/2010 | MM | E-mails with Klee firm re: Reply in Support of Discharge Motion | 0.20 | $ 120.00 |
| 8/17/2010 | MM | Prepare for hearing on Discharge Motion | 1.50 | $ 900.00 |
| 8/17/2010 | MM | E-mail to K. Klee re: logistics for 8/20/10 hearing | 0.10 | $ 60.00 |
| 8/18/2010 | MM | E-mails to/from C. Elson re: document retention policy | 0.20 | $ 120.00 |
| 8/18/2010 | MM | Review of agenda for 8/20/10 hearing | 0.20 | $ 120.00 |
| 8/18/2010 | MM | E-mails with K. Klee re: coordination for 8/20/10 hearing | 0.20 | $ 120.00 |
| 8/18/2010 | MM | E-mails with Debtors' counsel re: agenda issues for 8/20/10 hearing | 0.20 | $ 120.00 |
| 8/19/2010 | MM | Review of and revisions to proposed order granting Examiner's Discharge Motion | 1.20 | $ 720.00 |
| 8/19/2010 | MM | Review of Debtors' proposed order on Examiner's Discharge Motion | 0.30 | $ 180.00 |
| 8/19/2010 | MM | Telephone calls and e-mails with Klee firm re: negotiations on form of order for Examiner's Discharge Motion | 0.50 | $ 300.00 |
| 8/19/2010 | MM | Telephone calls and e-mails with Debtors' counsel re: negotiations on form of order for Examiner's Discharge Motion | 0.60 | $ 360.00 |
| 8/19/2010 | MM | Telephone calls and e-mails with Committee's counsel re: preservation of Examiner's record | 0.30 | $ 180.00 |
| 8/19/2010 | MM | Telephone calls with LECG re: document retention policy | 0.20 | $ 120.00 |
| 8/19/2010 | MM | Prepare for hearing on Examiner's Discharge Motion | 2.00 | $ 1,200.00 |
| 8/20/2010 | MM | Review of and revisions to order granting Examiner's Discharge Motion | 0.80 | $ 480.00 |
| 8/20/2010 | MM | E-mails with Klee firm re: change to proposed order granting Examiner's Discharge Motion | 0.30 | $ 180.00 |
| 8/20/2010 | MM | Prepare for and attend hearing on Examiner's Discharge Motion | 3.50 | $ 2,100.00 |
| 8/23/2010 | MM | Draft certification to file draft order discharging Examiner | 0.40 | $ 240.00 |
| 8/23/2010 | MM | E-mails with Klee firm re: transcript of 8/20/10 hearing | 0.10 | $ 60.00 |
| 8/23/2010 | MM | E-mails with Debtors' counsel re: form of order discharging Examiner | 0.10 | $ 60.00 |
| 8/24/2010 | MM | E-mails from Debtors with comments to discharge order | 0.20 | $ 120.00 |
| 8/24/2010 | MM | Review of Debtors' changes to discharge order | 0.20 | $ 120.00 |
| 8/24/2010 | MM | E-mail with Klee firm re: Debtors' proposed changes to discharge order | 0.30 | $ 180.00 |
| 8/24/2010 | MM | Telephone call with M. Barash re: final fee application | 0.20 | $ 120.00 |
| 8/25/2010 | MM | E-mail to Parties re: proposed order discharging Examiner | 0.20 | $ 120.00 |

597192.1

Tribune Company, et al.
Case No. 08-13141 (KJC)
Professional Services Rendered from August 1, 2010 through August 30, 2010

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 8/25/2010 | MM | Telephone calls with counsel to Aurelius re: proposed comments to draft order discharging Examiner | 0.20 | $ 120.00 |
| 8/25/2010 | MM | E-mails to Klee firm and Debtors' counsel re: Aurelius' proposed comments to draft order discharging Examiner | 0.40 | $ 240.00 |
| 8/25/2010 | MM | E-mail to Parties re: Aurelius' proposed comments to draft order discharging Examiner | 0.20 | $ 120.00 |
| 8/25/2010 | MM | Review of transcript of 8/20/10 hearing | 0.20 | $ 120.00 |
| 8/25/2010 | MM | E-mails with Klee firm re: retention of record/accounting for case costs | 0.20 | $ 120.00 |
| 8/25/2010 | MM | Review of Saul Ewing's fees/expenses for July and August to prepare final fee application | 3.50 | $ 2,100.00 |
| 8/25/2010 | MM | E-mails to LECG re: final fee application | 0.20 | $ 120.00 |
| 8/26/2010 | MM | Review of and revisions to Examiner's discharge order | 0.40 | $ 240.00 |
| 8/26/2010 | MM | Finalize and file Certification of Counsel regarding Examiner's discharge order | 0.40 | $ 240.00 |
| 8/26/2010 | MM | E-mails and telephone calls re: finalize and submit Examiner's discharge order | 0.80 | $ 480.00 |
| 8/27/2010 | MM | Review of and revisions to Saul Ewing's Third Monthly Fee Application | 0.60 | $ 360.00 |
| 8/27/2010 | MM | E-mail to Examiner re: Saul Ewing's Third Monthly Fee Application | 0.20 | $ 120.00 |
| | MM Total | | 32.70 | $ 19,620.00 |

597192.1

Tribune Company, et al.
Case No. 08-13141 (KJC)
Professional Services Rendered from August 1, 2010 through August 30, 2010

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 8/2/2010 | NJN | Telephone call with G. Dougherty re: Grenesko and FitzSimons | 0.10 | $ 42.50 |
| 8/2/2010 | NJN | E-mails with L. Bogdanoff re: Grenesko and FitzSimons | 0.20 | $ 85.00 |
| 8/2/2010 | NJN | Telephone call with M. Minuti re: BoA objections | 0.10 | $ 42.50 |
| 8/2/2010 | NJN | Telephone call with Examiner re: BoA | 0.10 | $ 42.50 |
| 8/3/2010 | NJN | Telephone calls with J. Parver re: Merrill Lynch | 0.30 | $ 127.50 |
| 8/3/2010 | NJN | Telephone call with M. Minuti re: discharge motion | 0.10 | $ 42.50 |
| 8/19/2010 | NJN | E-mails with Examiner Team re: discharge motion and proposed orders and progress negotiating with Debtor | 1.80 | $ 765.00 |
| 8/19/2010 | NJN | Telephone call with M. Minuti re: hearing on discharge motion | 0.10 | $ 42.50 |
| 8/19/2010 | NJN | Review proposed discharge orders in preparation for hearing on motion for discharge of Examiner. | 0.90 | $ 382.50 |
| 8/20/2010 | NJN | Travel to Wilmington to attend hearing | 0.60 | $ 255.00 |
| 8/20/2010 | NJN | Attend hearing on Discharge Motion | 2.00 | $ 850.00 |
| 8/20/2010 | NJN | E-mails with Parties re: Discharge Order and hearing | 1.30 | $ 552.50 |
| 8/20/2010 | NJN | Meeting with Examiner and counsel to Debtor re: hearing and discharge order. | 0.50 | $ 212.50 |
| 8/21/2010 | NJN | E-mails with Klee firm re: hearing and discharge order | 0.30 | $ 127.50 |
| 8/24/2010 | NJN | E-mails with Examiner Team re: discharge order | 0.50 | $ 212.50 |
| 8/25/2010 | NJN | E-mails from M. Minuti re: discharge order | 0.20 | $ 85.00 |
|  | **NJN Total** |  | **9.10** | **$ 3,867.50** |

597192.1

Tribune Company, et al.
Case No. 08-13141 (KJC)
Professional Services Rendered from August 1, 2010 through August 30, 2010

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 8/10/2010 | REW | Download and finalize First Monthly Application of Klee Tuchin | 0.30 | $ 54.00 |
| 8/10/2010 | REW | E-file First Monthly Application of Klee Tuchin | 0.20 | $ 36.00 |
| 8/10/2010 | REW | Download and finalize Second Monthly Application of Klee Tuchin | 0.40 | $ 72.00 |
| 8/10/2010 | REW | E-file Second Monthly Application of Klee Tuchin | 0.20 | $ 36.00 |
| 8/10/2010 | REW | Download and finalize Third Monthly Application of Klee Tuchin | 0.40 | $ 72.00 |
| 8/10/2010 | REW | E-file Third Monthly Application of Klee Tuchin | 0.20 | $ 36.00 |
| 8/10/2010 | REW | Download and finalize First Monthly Application of Examiner | 0.30 | $ 54.00 |
| 8/10/2010 | REW | E-file First Monthly Application of Examiner | 0.20 | $ 36.00 |
| 8/10/2010 | REW | Download and finalize Second Monthly Application of Examiner | 0.30 | $ 54.00 |
| 8/10/2010 | REW | E-file Second Monthly Application of Examiner | 0.20 | $ 36.00 |
| 8/10/2010 | REW | Download and finalize Third Monthly Application of Examiner | 0.30 | $ 54.00 |
| 8/10/2010 | REW | E-file Third Monthly Application of Examiner | 0.20 | $ 36.00 |
| 8/11/2010 | REW | Draft Certificate of Service for Notices of First, Second and Third Fee Application of Klee firm | 0.20 | $ 36.00 |
| 8/11/2010 | REW | Draft Certificate of Service for Notices of First, Second and Third Fee Application of Examiner | 0.20 | $ 36.00 |
| 8/11/2010 | REW | E-file Certificate of Service for Notices of First, Second and Third Fee Application of Klee firm | 0.20 | $ 36.00 |
| 8/11/2010 | REW | E-file Certificate of Service for Notices of First, Second and Third Fee Application of Examiner | 0.20 | $ 36.00 |
| 8/12/2010 | REW | Begin drafting Saul Ewing's First Monthly Fee Application | 2.10 | $ 378.00 |
| 8/12/2010 | REW | Review of bills to prepare Saul Ewing's First Monthly Fee Application | 0.30 | $ 54.00 |
| 8/13/2010 | REW | Prepare excel chart of time entries for May | 1.60 | $ 288.00 |
| 8/13/2010 | REW | Further drafting of Saul Ewing's first monthly application | 1.30 | $ 234.00 |
| 8/16/2010 | REW | Further revisions to First Monthly Application | 1.30 | $ 234.00 |
| 8/17/2010 | REW | Finalize First Monthly Application of Saul Ewing | 0.60 | $ 108.00 |
| 8/17/2010 | REW | E-file and serve First Monthly Application of Saul Ewing | 0.40 | $ 72.00 |
| 8/18/2010 | REW | Prepare excel spreadsheet of time entries | 1.80 | $ 324.00 |
| 8/18/2010 | REW | Revise Saul Ewing's second monthly application | 1.30 | $ 234.00 |
| 8/19/2010 | REW | Revise and finalize Saul Ewing's second monthly fee application | 4.20 | $ 756.00 |
| 8/19/2010 | REW | E-file and serve Saul Ewing's second monthly fee application | 0.60 | $ 108.00 |
| 8/25/2010 | REW | Finalize Notice of Fourth Monthly Application of Klee Tuchin | 0.20 | $ 36.00 |
| 8/25/2010 | REW | E-file Fourth Monthly Application of Klee Tuchin | 0.20 | $ 36.00 |
| 8/25/2010 | REW | E-file and serve Notice of Fourth Monthly Application of Klee Tuchin | 0.30 | $ 54.00 |
| 8/25/2010 | REW | Download and finalize Fourth Monthly Application of Examiner | 0.20 | $ 36.00 |
| 8/25/2010 | REW | Finalize Notice of Fourth Monthly Application of Examiner | 0.20 | $ 36.00 |
| 8/25/2010 | REW | E-file Fourth Monthly Application of Examiner | 0.20 | $ 36.00 |

597192.1

Tribune Company, et al.
Case No. 08-13141 (KJC)
Professional Services Rendered from August 1, 2010 through August 30, 2010

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 8/25/2010 | REW | E-file and serve Notice of Fourth Monthly Application of Examiner | 0.30 | $ 54.00 |
| 8/25/2010 | REW | Download and finalize Fourth Monthly Application of Klee Tuchin | 0.30 | $ 54.00 |
| 8/26/2010 | REW | Draft Saul Ewing's Third Monthly Fee Application | 3.20 | $ 576.00 |
| 8/26/2010 | REW | Review and revise invoices for Saul Ewing's Third Monthly Fee Application | 1.10 | $ 198.00 |
| 8/26/2010 | REW | Draft excel spreadsheet for Saul Ewing's Third Monthly Fee Application | 0.90 | $ 162.00 |
| 8/27/2010 | REW | Revise Saul Ewing's Third Monthly Application | 0.60 | $ 108.00 |
| 8/30/2010 | REW | Further revisions to Saul Ewing's Third Monthly Fee Application | 0.40 | $ 72.00 |
| 8/30/2010 | REW | E-file and serve Saul Ewing's Third Monthly Application | 0.80 | $ 144.00 |
| | REW Total | | 28.40 | $ 5,112.00 |
| | GRAND TOTAL | | 117.60 | $ 39,324.50 |

597192.1