# Exhibit C

Itemization of Services

# EXHIBIT "C"

## FOURTH MONTHLY COMPENSATION BY PROJECT CATEGORY

### For the Period from August 1, 2010 through August 30, 2010

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Investigation | 62.1 | $20,685.00 |
| Fee Applications and Matters | 36.1 | $8,292.00 |
| Non-Working Travel (billed at 50%) | 0.6 | $255.00 |
| Preparation for and Attendance at Hearing | 18.8 | $10,092.50 |
| TOTAL | 117.6 | $39,324.50 |



| | | Federal Identification Number: 23-1416352 |
| --- | --- | --- |
| | | Accounting Phone: 215-972-7708 |
| | | www.saul.com |

| | | |
| --- | --- | --- |
| KLEE, KENNETH, Examiner for Tribune Company | Invoice Number | 2105325 |
| Klee Tuchin Bogdanoff & Stern LLP | Invoice Date | 08/31/10 |
| 1999 Avenue of the Stars, 39th Floor | Client Number | 360412 |
| Los Angeles, CA 90067 | Matter Number | 00001 |

Re:   Investigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/30/10:

| Date | Tkpr | Description | Hours | Value |
| --- | --- | --- | --- | --- |
| 08/02/10 | MM | E-mails from R. Pfister to Parties re: documents uploaded to secure document website | 0.2 | 120.00 |
| 08/02/10 | MM | Review of Bank of America's Statement in Support of Examiner's Seal Motion | 0.1 | 60.00 |
| 08/02/10 | MM | Review of Aurelius' Response to the Examiner's Seal Motion | 0.1 | 60.00 |
| 08/02/10 | MM | E-mails with Klee firm re: extending time to respond to discharge motion | 0.2 | 120.00 |
| 08/02/10 | MM | Review of and revisions to order on Examiner's Motion to Unseal Report | 0.6 | 360.00 |
| 08/02/10 | MM | E-mails with Klee firm re: changes to order on Examiner's Motion to Unseal Report | 0.2 | 120.00 |
| 08/02/10 | MM | Telephone call with C. Monk and N. Nastasi re: status of confidentiality claims | 0.2 | 120.00 |
| 08/02/10 | NJN | Telephone call with G. Dougherty re: Grenesko and FitzSimons | 0.1 | 42.50 |
| 08/02/10 | NJN | E-mails with L. Bogdanoff re: Grenesko and FitzSimons | 0.2 | 85.00 |
| 08/02/10 | NJN | Telephone call with M. Minuti re: BoA objections | 0.1 | 42.50 |
| 08/02/10 | NJN | Telephone call with Examiner re: BoA | 0.1 | 42.50 |
| 08/02/10 | COM | Telephone calls with M. Minuti and N. Nastasi re: status of confidentiality issue and discharge motion issue | 0.2 | 140.00 |
| 08/20/10 | COM | Review discharge order | 0.1 | 70.00 |
| 08/20/10 | COM | E-mail to M. Minuti re: discharge order | 0.1 | 70.00 |
| 08/03/10 | MM | Review of e-mails from Parties re: status of confidentiality claims | 0.4 | 240.00 |
| 08/03/10 | MM | Telephone call with N. Nastasi re: status of confidentiality claims | 0.2 | 120.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

597187.1 8/31/10

Case 08-13141-BLS   Doc 5572-3   Filed 08/31/10   Page 4 of 12

360412  
00001  
08/31/10

KLEE, KENNETH, Examiner for Tribune Company  
Investigation

Invoice Number 2105325  
Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/03/10 | MM | Telephone call and e-mail with D. Klauder re: proposed form of order on Examiner's seal motion | 0.2 | 120.00 |
| 08/03/10 | MM | E-mail to L. Bogdanoff re: U.S. Trustee's request that all Report exhibits be filed on the docket | 0.1 | 60.00 |
| 08/03/10 | MM | E-mails from Klee firm re: scheduling of Examiner's discharge motion | 0.2 | 120.00 |
| 08/03/10 | MM | E-mail from Klee firm re: delivery of exhibits to Epiq | 0.1 | 60.00 |
| 08/03/10 | MM | Draft notice of filing of exhibits with Epiq | 0.2 | 120.00 |
| 08/03/10 | MM | E-mails with Klee firm re: extending deadline to respond to discharge motion | 0.2 | 120.00 |
| 08/03/10 | MM | E-mail from R. Pfister re: trouble with exhibits on Epiq's website | 0.1 | 60.00 |
| 08/03/10 | NJN | Telephone calls with J. Parver re: Merrill Lynch | 0.3 | 127.50 |
| 08/03/10 | NJN | Telephone call with M. Minuti re: discharge motion | 0.1 | 42.50 |
| 08/04/10 | MM | E-mail to correct exhibits on Epiq website | 0.1 | 60.00 |
| 08/04/10 | MM | Draft and file re-notice of Examiner's discharge motion | 0.2 | 120.00 |
| 08/04/10 | MM | Telephone calls and e-mails with Bankruptcy Court Clerk's office re: filing exhibits | 0.2 | 120.00 |
| 08/04/10 | MM | E-mail with Klee firm re: filing of exhibits | 0.1 | 60.00 |
| 08/06/10 | MM | Telephone calls and e-mails with parties re: filing of Report exhibits | 0.3 | 180.00 |
| 08/09/10 | MM | E-mails with U.S. Trustee re: call to update budget | 0.2 | 120.00 |
| 08/09/10 | MJF | Meeting with Clerk of Bankruptcy Court re: best way to file exhibits. | 0.9 | N/C |
| 08/10/10 | MM | E-mails and telephone calls with Klee firm re: filing Report exhibits on docket | 0.2 | 120.00 |
| 08/10/10 | MM | E-mail with K. Klee re: fee estimate | 0.1 | 60.00 |
| 08/11/10 | MM | E-mails with creditor re: access to Examiner's Report | 0.2 | 120.00 |
| 08/12/10 | MM | E-mails with Epiq re: document retention | 0.2 | 120.00 |
| 08/13/10 | MM | Review of Debtor's Objection to Examiner's Discharge Motion | 0.2 | 120.00 |
| 08/13/10 | MM | E-mail to/from Klee firm re: Debtor's Objection to Examiner's Discharge Motion | 0.3 | 180.00 |
| 08/13/10 | COM | Review Debtors' Response to Motion of Court-Appointed Examiner and meeting with M. Minuti | 4.0 | 2,800.00 |
| 08/17/10 | MM | Review of and revisions to Reply in Support of Discharge Motion | 1.2 | 720.00 |
| 08/17/10 | MM | E-mails with Klee firm re: Reply in Support of Discharge Motion | 0.2 | 120.00 |
| 08/17/10 | AJI | Review and convert exhibits to examiner's report to pdf formats compatible with court. | 9.5 | 1,805.00 |

360412
00001
08/31/10

KLEE, KENNETH, Examiner for Tribune Company
Investigation

Invoice Number 2105325
Page 3

| Date | Tkpr | Description | Hours | Value |
| --- | --- | --- | --- | --- |
| 08/18/10 | MM | E-mails to/from C. Elson re: document retention policy | 0.2 | 120.00 |
| 08/19/10 | MM | Review of and revisions to proposed order granting Examiner's Discharge Motion | 1.2 | 720.00 |
| 08/19/10 | MM | Review of Debtors' proposed order on Examiner's Discharge Motion | 0.3 | 180.00 |
| 08/19/10 | MM | Telephone calls and e-mails with Klee firm re: negotiations on form of order for Examiner's Discharge Motion | 0.5 | 300.00 |
| 08/19/10 | MM | Telephone calls and e-mails with Debtors' counsel re: negotiations on form of order for Examiner's Discharge Motion | 0.6 | 360.00 |
| 08/19/10 | MM | Telephone calls and e-mails with Committee's counsel re: preservation of Examiner's record | 0.3 | 180.00 |
| 08/19/10 | MM | Telephone calls with LECG re: document retention policy | 0.2 | 120.00 |
| 08/19/10 | AJI | Complete conversion of exhibits to pdf format compatible with court; Filing of exhibits to examiner's report on U.S. Bankruptcy Court docket. | 19.5 | 3,705.00 |
| 08/20/10 | MM | Review of and revisions to order granting Examiner's Discharge Motion | 0.8 | 480.00 |
| 08/20/10 | MM | E-mails with Klee firm re: change to proposed order granting Examiner's Discharge Motion | 0.3 | 180.00 |
| 08/20/10 | AJI | Continue upload of exhibits to examiner's report to Bankruptcy court docket. | 7.5 | 1,425.00 |
| 08/22/10 | AJI | Complete filing of exhibits to Examiner's Report on docket. | 3.0 | 570.00 |
| 08/23/10 | MM | Draft certification to file draft order discharging Examiner | 0.4 | 240.00 |
| 08/23/10 | MM | E-mails with Klee firm re: transcript of 8/20/10 hearing | 0.1 | 60.00 |
| 08/23/10 | MM | E-mails with Debtors' counsel re: form of order discharging Examiner | 0.1 | 60.00 |
| 08/24/10 | MM | E-mails from Debtors with comments to discharge order | 0.2 | 120.00 |
| 08/24/10 | MM | Review of Debtors' changes to discharge order | 0.2 | 120.00 |
| 08/24/10 | MM | E-mail with Klee firm re: Debtors' proposed changes to discharge order | 0.3 | 180.00 |
| 08/24/10 | NJN | E-mails with Examiner Team re: discharge order | 0.5 | 212.50 |
| 08/25/10 | NJN | E-mails from M. Minuti re: discharge order | 0.2 | 85.00 |
| 08/25/10 | MM | E-mail to Parties re: proposed order discharging Examiner | 0.2 | 120.00 |
| 08/25/10 | MM | Telephone calls with counsel to Aurelius re: proposed comments to draft order discharging Examiner | 0.2 | 120.00 |
| 08/25/10 | MM | E-mails to Klee firm and Debtors' counsel re: Aurelius' proposed comments to draft order discharging Examiner | 0.4 | 240.00 |
| 08/25/10 | MM | E-mail to Parties re: Aurelius' proposed comments to draft order discharging Examiner | 0.2 | 120.00 |

| | | | | |
|---|---|---|---|---|
| 360412 | | KLEE, KENNETH, Examiner for Tribune Company | | Invoice Number 2105325 |
| 00001 | | Investigation | | Page 4 |
| 08/31/10 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/25/10 | MM | Review of transcript of 8/20/10 hearing | 0.2 | 120.00 |
| 08/25/10 | MM | E-mails with Klee firm re: retention of record/accounting for case costs | 0.2 | 120.00 |
| 08/26/10 | MM | Review of and revisions to Examiner's discharge order | 0.4 | 240.00 |
| 08/26/10 | MM | Finalize and file Certification of Counsel regarding Examiner's discharge order | 0.4 | 240.00 |
| 08/26/10 | MM | E-mails and telephone calls re: finalize and submit Examiner's discharge order | 0.8 | 480.00 |
| | | | **62.1** | **20,685** |
| | | TOTAL HOURS | 62.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Anthony J. Iannini | 39.5 | at | $190.00 | = | 7,505.00 |
| Charles O. Monk II | 4.4 | at | $700.00 | = | 3,080.00 |
| Mark Minuti | 15.7 | at | $600.00 | = | 9,420.00 |
| Nicholas J. Nastasi | 1.6 | at | $425.00 | = | 680.00 |

| | |
|---|---|
| CURRENT FEES | 20,685.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 20,685.00 |

597187.1 8/31/10



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

KLEE, KENNETH, Examiner for Tribune Company
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067

Invoice Number    2105328
Invoice Date      08/31/10
Client Number     360412
Matter Number     00005

Re:   Fee Application an Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/09/10 | MM | E-mails with Klee firm re: fee procedures | 0.2 | 120.00 |
| 08/10/10 | MM | E-mails with Klee firm re: filing of fee applications | 0.2 | 120.00 |
| 08/10/10 | REW | Download and finalize First Monthly Application of Klee Tuchin | 0.3 | 54.00 |
| 08/10/10 | REW | E-file First Monthly Application of Klee Tuchin | 0.2 | 36.00 |
| 08/10/10 | REW | Download and finalize Second Monthly Application of Klee Tuchin | 0.4 | 72.00 |
| 08/10/10 | REW | E-file Second Monthly Application of Klee Tuchin | 0.2 | 36.00 |
| 08/10/10 | REW | Download and finalize Third Monthly Application of Klee Tuchin | 0.4 | 72.00 |
| 08/10/10 | REW | E-file Third Monthly Application of Klee Tuchin | 0.2 | 36.00 |
| 08/10/10 | REW | Download and finalize First Monthly Application of Examiner | 0.3 | 54.00 |
| 08/10/10 | REW | E-file First Monthly Application of Examiner | 0.2 | 36.00 |
| 08/10/10 | REW | Download and finalize Second Monthly Application of Examiner | 0.3 | 54.00 |
| 08/10/10 | REW | E-file Second Monthly Application of Examiner | 0.2 | 36.00 |
| 08/10/10 | REW | Download and finalize Third Monthly Application of Examiner | 0.3 | 54.00 |
| 08/10/10 | REW | E-file Third Monthly Application of Examiner | 0.2 | 36.00 |
| 08/10/10 | MJF | Prepare for filing fee application. | 1.8 | N/C |
| 08/11/10 | REW | Draft Certificate of Service for Notices of First, Second and Third Fee Application of Klee firm | 0.2 | 36.00 |
| 08/11/10 | REW | Draft Certificate of Service for Notices of First, Second and Third Fee Application of Examiner | 0.2 | 36.00 |
| 08/11/10 | REW | E-file Certificate of Service for Notices of First, Second and Third Fee Application of Klee firm | 0.2 | 36.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

597189.1 8/31/10

360412
00005
08/31/10

KLEE, KENNETH, Examiner for Tribune Company
Fee Application an Matters

Invoice Number 2105328
Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/11/10 | REW | E-file Certificate of Service for Notices of First, Second and Third Fee Application of Examiner | 0.2 | 36.00 |
| 08/12/10 | REW | Begin drafting Saul Ewing's First Monthly Fee Application | 2.1 | 378.00 |
| 08/12/10 | REW | Review of bills to prepare Saul Ewing's First Monthly Fee Application | 0.3 | 54.00 |
| 08/13/10 | MM | Review of and revisions to Saul Ewing's First Monthly Fee Application | 0.2 | 120.00 |
| 08/13/10 | REW | Prepare excel chart of time entries for May | 1.6 | 288.00 |
| 08/13/10 | REW | Further drafting of Saul Ewing's first monthly application | 1.3 | 234.00 |
| 08/16/10 | REW | Further revisions to First Monthly Application | 1.3 | 234.00 |
| 08/17/10 | REW | Finalize First Monthly Application of Saul Ewing | 0.6 | 108.00 |
| 08/17/10 | REW | E-file and serve First Monthly Application of Saul Ewing | 0.4 | 72.00 |
| 08/18/10 | REW | Prepare excel spreadsheet of time entries | 1.8 | 324.00 |
| 08/18/10 | REW | Revise Saul Ewing's second monthly application | 1.3 | 234.00 |
| 08/19/10 | REW | Revise and finalize Saul Ewing's second monthly fee application | 4.2 | 756.00 |
| 08/19/10 | REW | E-file and serve Saul Ewing's second monthly fee application | 0.6 | 108.00 |
| 08/24/10 | MM | Telephone call with M. Barash re: final fee application | 0.2 | 120.00 |
| 08/25/10 | MM | Review of Saul Ewing's fees/expenses for July and August to prepare final fee application | 3.5 | 2,100.00 |
| 08/25/10 | MM | E-mails to LECG re: final fee application | 0.2 | 120.00 |
| 08/25/10 | REW | Finalize Notice of Fourth Monthly Application of Klee Tuchin | 0.2 | 36.00 |
| 08/25/10 | REW | E-file Fourth Monthly Application of Klee Tuchin | 0.2 | 36.00 |
| 08/25/10 | REW | E-file and serve Notice of Fourth Monthly Application of Klee Tuchin | 0.3 | 54.00 |
| 08/25/10 | REW | Download and finalize Fourth Monthly Application of Examiner | 0.2 | 36.00 |
| 08/25/10 | REW | Finalize Notice of Fourth Monthly Application of Examiner | 0.2 | 36.00 |
| 08/25/10 | REW | E-file Fourth Monthly Application of Examiner | 0.2 | 36.00 |
| 08/25/10 | REW | E-file and serve Notice of Fourth Monthly Application of Examiner | 0.3 | 54.00 |
| 08/25/10 | REW | Download and finalize Fourth Monthly Application of Klee Tuchin | 0.3 | 54.00 |
| 08/25/10 | MJF | Review and execute 4th monthly fee application of Klee. | 0.6 | N/C |
| 08/26/10 | REW | Draft Saul Ewing's Third Monthly Fee Application | 3.2 | 576.00 |
| 08/26/10 | REW | Review and revise invoices for Saul Ewing's Third Monthly Fee Application | 1.1 | 198.00 |
| 08/26/10 | REW | Draft excel spreadsheet for Saul Ewing's Third Monthly Fee Application | 0.9 | 162.00 |

360412  
00005  
08/31/10

KLEE, KENNETH, Examiner for Tribune Company  
Fee Application an Matters

Invoice Number 2105328  
Page 3

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/27/10 | MM | Review of and revisions to Saul Ewing's Third Monthly Fee Application | 0.6 | 360.00 |
| 08/27/10 | MM | E-mail to Examiner re: Saul Ewing's Third Monthly Fee Application | 0.2 | 120.00 |
| 08/27/10 | REW | Revise Saul Ewing's Third Monthly Application | 0.6 | 108.00 |
| 08/30/10 | REW | Further revisions to Saul Ewing's Third Monthly Fee Application | 0.4 | 72.00 |
| 08/30/10 | REW | E-file and serve Saul Ewing's Third Monthly Application | 0.8 | 144.00 |

TOTAL HOURS    36.1

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Robyn E Warren | 28.4 | at | $180.00 | = | 5,112.00 |
| Mark Minuti | 5.3 | at | $600.00 | = | 3,180.00 |

CURRENT FEES    8,292.00

**TOTAL AMOUNT OF THIS INVOICE**    8,292.00

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

KLEE, KENNETH, Examiner for Tribune Company
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067

| | |
|---|---|
| Invoice Number | 2105267 |
| Invoice Date | 08/30/10 |
| Client Number | 360412 |
| Matter Number | 00006 |

Re: Non-Working Travel

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/20/10 | NJN | Travel to Wilmington to attend hearing | 0.6 | 255.00 |
| | | TOTAL HOURS | 0.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Nicholas J. Nastasi | 0.6 | at | $425.00 | = | 255.00 |

CURRENT FEES                                                                 255.00

**TOTAL AMOUNT OF THIS INVOICE**                                             255.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE     MARYLAND     NEW JERSEY     NEW YORK     PENNSYLVANIA     WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

597190.1 8/31/10

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

KLEE, KENNETH, Examiner for Tribune Company
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067

Invoice Number 2105330
Invoice Date 08/31/10
Client Number 360412
Matter Number 00007

Re: Preparation For And Attendance At Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/30/10:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/02/10 | MM | Telephone call with K. Klee re: 8/3/10 hearing strategy / scheduling of discharge motion | 0.2 | 120.00 |
| 08/02/10 | MM | Prepare for hearing on Examiner's Motion to Unseal Report | 1.0 | 600.00 |
| 08/02/10 | MM | E-mails from Klee firm re: telephonic appearance on 8/3/10 hearing | 0.1 | 60.00 |
| 08/03/10 | MM | Prepare for and attend hearing on Examiner's seal motion | 2.5 | 1,500.00 |
| 08/03/10 | COM | E-mail to M. Minuti re: hearing | 0.2 | 140.00 |
| 08/04/10 | MM | E-mail to N. Nastasi and C. Monk re: need to be present at 8/20/10 hearing on discharge motion | 0.2 | 120.00 |
| 08/17/10 | MM | Prepare for hearing on Discharge Motion | 1.5 | 900.00 |
| 08/17/10 | MM | E-mail to K. Klee re: logistics for 8/20/10 hearing | 0.1 | 60.00 |
| 08/18/10 | MM | Review of agenda for 8/20/10 hearing | 0.2 | 120.00 |
| 08/18/10 | MM | E-mails with K. Klee re: coordination for 8/20/10 hearing | 0.2 | 120.00 |
| 08/18/10 | MM | E-mails with Debtors' counsel re: agenda issues for 8/20/10 hearing | 0.2 | 120.00 |
| 08/19/10 | MM | Prepare for hearing on Examiner's Discharge Motion | 2.0 | 1,200.00 |
| 08/19/10 | NJN | E-mails with Examiner Team re: discharge motion and proposed orders and progress negotiating with Debtor | 1.8 | 765.00 |
| 08/19/10 | NJN | Telephone call with M. Minuti re: hearing on discharge motion | 0.1 | 42.50 |
| 08/19/10 | NJN | Review proposed discharge orders in preparation for hearing on motion for discharge of Examiner. | 0.9 | 382.50 |

360412
00007
08/31/10

KLEE, KENNETH, Examiner for Tribune Company
Preparation For And Attendance At Hearings

Invoice Number 2105330
Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/20/10 | MM | Prepare for and attend hearing on Examiner's Discharge Motion | 3.5 | 2,100.00 |
| 08/20/10 | NJN | Attend hearing on Discharge Motion | 2.0 | 850.00 |
| 08/20/10 | NJN | E-mails with Parties re: Discharge Order and hearing | 1.3 | 552.50 |
| 08/20/10 | NJN | Meeting with Examiner and counsel to Debtor re: hearing and discharge order. | 0.5 | 212.50 |
| 08/21/10 | NJN | E-mails with Klee firm re: hearing and discharge order | 0.3 | 127.50 |
| | | TOTAL HOURS | 18.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Charles O. Monk II | 0.2 | at | $700.00 | = | 140.00 |
| Mark Minuti | 11.7 | at | $600.00 | = | 7,020.00 |
| Nicholas J. Nastasi | 6.9 | at | $425.00 | = | 2,932.50 |

**CURRENT FEES**  10,092.50

**TOTAL AMOUNT OF THIS INVOICE**  10,092.50

597191.1 8/31/10