# Exhibit D

## Expense Summary

## EXHIBIT "D"

## FOURTH MONTHLY EXPENSE SUMMARY

### For the Period from August 1, 2010 through August 30, 2010

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (2,612 pages @ $0.10/page) | | $261.20 |
| Telephone | | $0.64 |
| Postage | | $54.10 |
| Supplies | *Tabs; Binders* | $1,057.29 |
| Messenger Service | *Parcels Inc.* | $251.00 |
| Teleconferencing | *CourtCall* | $341.00 |
| Outside Reproduction | *Pitney Bowes; Impact Copy; Parcels, Inc.; W Chicago City Center Hotel; Parcels* | $10,096.76 |
| Miscellaneous (hotel Internet computer use) | *W Hotel Chicago* | $6.95 |
| Federal Express | | $2,043.84 |
| Overtime | *Desirena Farmer; Robyn Warren* | $406.49 |
| Subpoena Fee | | $395.00 |
| Cab Fare / Boston Coach | *Joseph Monahan; Jennifer Bonniwell; Sarah F. Lacey; Sean T. O'Neill; Gregory Schwab; Sandy McMonagle; Corey Mears; Julie Himbert; Alex Fields; Robyln Merryfield; Mark Minuti* | $1,489.54 |
| Parking / Mileage | *J. Gregory Bale; Mark Minuti* | $474.00 |
| Train Fare (Amtrak) | *Gregory G. Schwab; Sarah F. Lacey; Braden Borger; Christopher Hall; Nicholas Nastasi; Jennifer Bonniwell; Caitlin Piccarello; Susan Zima* | $2,900.60 |
| Air Fare | *James D. Taylor; Nicholas Nastasi; Joseph C. Monahan; Jennifer Morgan Becnel-Guzzo; Timothy Callahan; Jared Bass; Caitlin Piccarello; Jennifer Bonniwell; Sean O'Neill; Susan Zima; Mark Minuti; Gregory Schwab* | $15,137.54 |
| Hotel | *Christopher Hall; Branden Borger; Mark Minuti* | $1,489.77 |

| Meals | Giovanni Pizza; Smith & Wollensky; Wendy's; W Hotel; McDonald's | $496.54 |
|---|---|---|
| Transcripts | National Depo; Diaz Data Services; Magna Legal Services; Elaine M. Ryan; Veritext Pennsylvania | $31,388.85 |
| Legal Research | Lexis | $0.02 |
| **TOTAL** | | **$68,291.13** |



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

KLEE, KENNETH, Examiner for Tribune Company
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067

| | |
|---|---|
| Invoice Number | 2105326 |
| Invoice Date | 08/31/10 |
| Client Number | 360412 |
| Matter Number | 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value | |
|---|---|---|---|
| 08/03/10 | Photocopying | 4.50 | |
| 08/04/10 | Photocopying | 0.60 | |
| 08/17/10 | Photocopying | 198.30 | |
| 08/19/10 | Photocopying | 32.60 | |
| 08/19/10 | Photocopying | 11.30 | |
| 08/20/10 | Photocopying | 9.50 | |
| 08/25/10 | 07/27/10 C. Monk 1413 B&W Blowbacks, 75 Color Copies | 0.10 | |
| 08/26/10 | Photocopying | 4.30 | |
| | **Total Photocopying** | | **261.20** |
| 08/02/10 | Telephone | 0.64 | |
| | **Total Telephone** | | **0.64** |
| 08/30/10 | Postage | 54.10 | |
| | **Total Postage** | | **54.10** |
| 08/02/10 | Cab Fare - - VENDOR: Sean T. O'Neill 7/22/10 cab fare home after working late re: Confidentiality Designations - S. O'Neill Bank ID: 28 Check Number: 152022 | 25.00 | |
| 08/04/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 6/2/10 cab fare for working late / G. Schwab Bank ID: 28 Check Number: 152099 | 27.00 | |
| 08/04/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 5/28/10 cab fare for working late / G. Schwab Bank ID: 28 Check Number: 152099 | 27.25 | |
| 08/04/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 6/1/10 cab fare for working late / G. Schwab Bank ID: 28 Check Number: 152099 | 27.25 | |
| 08/04/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 5/26/10 cab fare for working late / G. Schwab Bank ID: 28 Check Number: 152099 | 27.25 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

597197.1 8/31/10

KLEE, KENNETH, Examiner for Tribune Company
Expenses

| | | |
|---|---|---|
| 08/04/10 | Cab Fare - - VENDOR: Olde City Taxi Coach<br>Assoc. 5/27/10 cab fare for working late / S. McMonagle<br>Bank ID: 28 Check Number: 152099 | 41.44 |
| 08/04/10 | Cab Fare - - VENDOR: Olde City Taxi Coach<br>Assoc. 6/4/10 cab fare for working late / C. Mears<br>Bank ID: 28 Check Number: 152099 | 49.00 |
| 08/04/10 | Cab Fare - - VENDOR: Olde City Taxi Coach<br>Assoc. 5/27/10 cab fare home regarding<br>assembling exhibits for Costa interview / J. Himbert<br>Bank ID: 28 Check Number: 152099 | 75.81 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach<br>Assoc. 7/9/10 cab fare for working late / S. Lacey<br>Bank ID: 28 Check Number: 153116 | 5.54 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach<br>Assoc. 7/21/10 cab fare for working late re:<br>Confidentiality Designations / S. O'Neill<br>Bank ID: 28 Check Number: 153116 | 20.00 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach<br>Assoc. 6/24/10 cab fare for working late on<br>Morh interview prep / G. Schwab<br>Bank ID: 28 Check Number: 153122 | 25.64 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach<br>Assoc. 7/15/10 cab fare for working late re:<br>final examiner's report / S. O'Neill<br>Bank ID: 28 Check Number: 153116 | 26.00 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach<br>Assoc. 7/1/10 cab fare for working late on<br>Merrill Lynch Timeline / G. Schwab<br>Bank ID: 28 Check Number: 153122 | 26.10 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach<br>Assoc. 6/18/10 cab fare for working late on<br>drafting fact sections / G. Schwab<br>Bank ID: 28 Check Number: 153122 | 26.33 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach<br>Assoc. 6/23/10 cab fare for working late Mohr<br>interview prep / G. Schwab<br>Bank ID: 28 Check Number: 153116 | 26.50 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach<br>Assoc. 6/11/10 cab fare for working late / G. Schwab<br>Bank ID: 28 Check Number: 153122 | 26.56 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach<br>Assoc. 6/17/10 cab fare for working late on<br>drafting fact info memo / G. Schwab<br>Bank ID: 28 Check Number: 153122 | 26.79 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach<br>Assoc. 6/10/10 cab fare for working late<br>prepping for P. Cohen interview 6/24/10 / G. Schwab<br>Bank ID: 28 Check Number: 153122 | 27.02 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach<br>Assoc. 7/12/10 cab fare for working late<br>reading interview records and transcripts and<br>revising fact section / G. Schwab<br>Bank ID: 28 Check Number: 153116 | 27.02 |

360412                     KLEE, KENNETH, Examiner for Tribune Company          Invoice Number  2105326
00002                      Expenses                                             Page 3
08/31/10

| Date | Description | Amount |
|---|---|---|
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 7/15/10 cab fare for working late reading interview records and transcripts and revising fact section / G. Schwab Bank ID: 28 Check Number: 153116 | 27.02 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 7/13/10 cab fare for working late reading interview records and transcripts / G. Schwab Bank ID: 28 Check Number: 153116 | 27.25 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 7/14/10 cab fare for working late reading interview records and transcripts and revising fact section / G. Schwab Bank ID: 28 Check Number: 153116 | 27.25 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 7/7/10 cab fare for working late on Kaplan Interview Prep / G. Schwab Bank ID: 28 Check Number: 153122 | 27.25 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 6/28/10 cab fare for working late / G. Schwab Bank ID: 28 Check Number: 153122 | 27.45 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 6/30/10 cab fare for working late on Mohr interview notes / G. Schwab Bank ID: 28 Check Number: 153116 | 27.71 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 6/22/10 cab fare from 1500 Market St. to 434 W. School House Ln. / G. Schwab Bank ID: 28 Check Number: 153122 | 29.78 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 6/12/10 cab fare for working late / J. Monahan Bank ID: 28 Check Number: 153122 | 31.39 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 6/10/10 cab fare for working late / J. Monahan Bank ID: 28 Check Number: 153122 | 36.00 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 7/19/10 cab fare for working late re: Confidential Designation / S. O'Neill Bank ID: 28 Check Number: 153116 | 41.51 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 6/29/10 cab fare for working late on putting Tribune binders together for Browning / A. Field Bank ID: 28 Check Number: 153122 | 41.67 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 6/28/10 cab fare for working late on Mohr interview exhibits / S. McMonagle Bank ID: 28 Check Number: 153116 | 42.51 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 6/11/10 cab fare for working late / R. Merryfield Bank ID: 28 Check Number: 153122 | 59.00 |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 6/21/10 cab fare for working late / R. Merryfield Bank ID: 28 Check Number: 153122 | 59.87 |

360412
00002
08/31/10

KLEE, KENNETH, Examiner for Tribune Company
Expenses

Invoice Number 2105326
Page 4

| Date | Description | Amount | |
|---|---|---|---|
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 6/24/10 cab fare for working late on Tribune matter / J. Himbert Bank ID: 28 Check Number: 153116 | 73.81 | |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 7/6/10 cab fare for working late / J. Himbert Bank ID: 28 Check Number: 153122 | 74.27 | |
| 08/27/10 | Cab Fare - - VENDOR: Olde City Taxi Coach Assoc. 6/11/10 cab fare for working late / J. Himbert Bank ID: 28 Check Number: 153122 | 74.58 | |
| 08/30/10 | Cab Fare - - VENDOR: Mark Minuti 7/8/10 Travel r/t to Kaplan interview in Chicago / M. Minuti Bank ID: 28 Check Number: 153152 | 16.00 | |
| 08/30/10 | Cab Fare - - VENDOR: Mark Minuti 7/7/10 Travel to hotel for travel to Chicago for Kaplan interview / M. Minuti Bank ID: 28 Check Number: 153152 | 53.00 | |
| 08/24/10 | Boston Coach - - VENDOR: Boston Coach 7/7/10 from 365 Bellrose Ln., Wayne, PA to PHL 1195 WN / J. Bonniwell Bank ID: 28 Check Number: 152931 | 128.72 | |
| | **Total Cab / Boston Coach Fare** | | **1,489.54** |
| 08/30/10 | Mileage & Parking - - VENDOR: J. Gregory Bale 6/6/10 57 miles r/t travel to Phila from Wilmington to prep for Tribune N. Larsen interview / G. Bale Bank ID: 28 Check Number: 153151 | 41.50 | |
| 08/30/10 | Mileage & Parking - - VENDOR: J. Gregory Bale 6/8/10 57 miles r/t travel to Phila from Wilmington to prep for Tribune N. Larsen interview / G. Bale Bank ID: 28 Check Number: 153151 | 47.50 | |
| 08/30/10 | Mileage & Parking - - VENDOR: J. Gregory Bale 6/10/10 57 miles r/t travel to Phila from Wilmington to prep for Tribune N. Larsen interview / G. Bale Bank ID: 28 Check Number: 153151 | 47.50 | |
| 08/30/10 | Mileage & Parking - - VENDOR: J. Gregory Bale 6/4/10 57 miles r/t travel to Phila from Wilmington to prep for Tribune interview / G. Bale Bank ID: 28 Check Number: 153151 | 47.50 | |
| 08/30/10 | Mileage & Parking - - VENDOR: J. Gregory Bale 5/29/10 87 miles r/t travel to Phila from Home to prep for Tribune interview / G. Bale Bank ID: 28 Check Number: 153151 | 62.50 | |
| 08/30/10 | Mileage & Parking - - VENDOR: J. Gregory Bale 6/11/10 87 miles r/t travel to Phila from Home to prep for Tribune N. Larsen interview / G. Bale Bank ID: 28 Check Number: 153151 | 62.50 | |
| 08/30/10 | Mileage & Parking - - VENDOR: J. Gregory Bale 6/22/10 87 miles r/t travel to Phila from Home to prep for Tribune J. Dimon interview / G. Bale Bank ID: 28 Check Number: 153151 | 62.50 | |

360412        KLEE, KENNETH, Examiner for Tribune Company        Invoice Number  2105326
00002         Expenses        Page 5
08/31/10

| Date | Description | Amount | Total |
|---|---|---|---|
| 08/30/10 | Mileage & Parking - - VENDOR: J. Gregory  Bale 7/5/10 87 miles r/t travel to Phila from Home to prep for Tribune C. Kenney interview / G. Bale Bank ID: 28 Check Number: 153151 | 62.50 | |
| 08/30/10 | Parking - - VENDOR: Mark Minuti 7/7-9/10 Travel to Chicago for Kaplan interview / M. Minuti Bank ID: 28 Check Number: 153152 | 40.00 | |
| | **Total Mileage & Parking** | | **474.00** |
| 08/30/10 | 06/10/10 J. Himbert 6 Tabs | 1.35 | |
| 08/30/10 | 07/7/10 C. Devlin 25 Tabs | 3.75 | |
| 08/30/10 | 07/7/10 G. Schwab 27 Tabs | 4.05 | |
| 08/30/10 | 06/3/10 S. O'Neill 34 Tabs | 5.10 | |
| 08/30/10 | 06/10/10 L. Lane 36 Tabs | 5.40 | |
| 08/30/10 | 06/30/10 J. Himbert 50 Tabs | 7.50 | |
| 08/30/10 | 06/9/10 J. Himbert 53 Tabs | 7.95 | |
| 08/30/10 | 06/9/10 C. Piccarello 75 Tabs | 11.25 | |
| 08/30/10 | 06/1/10 B. Liberato 75 Tabs | 11.25 | |
| 08/30/10 | 06/2/10 J. Himbert 75 Tabs | 11.25 | |
| 08/30/10 | 06/1/10 J. Himbert 86 Tabs | 12.90 | |
| 08/30/10 | 06/17/10 J. Bonniwell 100 Tabs | 13.00 | |
| 08/30/10 | 06/4/10 J. Himbert 88 Tabs | 13.25 | |
| 08/30/10 | 06/2/10 J. Himbert 88 Tabs | 13.25 | |
| 08/30/10 | 06/22/10 C. Piccarello  92 Tabs | 13.80 | |
| 08/30/10 | 06/17/10 T. Callahan  100 Tabs | 15.00 | |
| 08/30/10 | 06/30/10 M. Rasing 125 Tabs | 16.25 | |
| 08/30/10 | 07/2/10 M. Rasing 150 Tabs | 22.50 | |
| 08/30/10 | 06/3/10  J. Himbert 170 Tabs | 25.50 | |
| 08/30/10 | 07/6/10 S. O'Neill 177  Tabs | 26.55 | |
| 08/30/10 | 07/7/10 J. Himbert  200 Tabs | 30.00 | |
| 08/30/10 | 06/9/10 L. Lane 200 Tabs | 30.00 | |
| 08/30/10 | 06/15/10 C. Piccarello 200 Tabs | 30.00 | |
| 08/30/10 | 07/6/10 J. Bonniwell 225 Tabs | 33.75 | |
| 08/30/10 | 06/1/10 B. Liberato 227 Tabs | 34.05 | |
| 08/30/10 | 06/14/10 S. O'Neill 275 Tabs | 35.75 | |
| 08/30/10 | 06/10/10 L. Lane 4sets 1-125 Tabs | 65.00 | |
| 08/30/10 | 07/21/10 20-Three Inch Black View Binder | 136.80 | |
| 08/30/10 | 07/1-31/10 13-One Inch Binders,10-Two Inch Binders,7-Three Inch Binders,15-Four Inch Binders,5- Five Inch Binders | 386.10 | |
| 08/26/10 | Supplies - - VENDOR: Anthony J. Iannini 8/19/10 Supplies needed for downloading/conversion of Exhibits / A. Iannini Bank ID: 28 Check Number: 153028 | 34.99 | |
| | **Total Supplies** | | **1,057.29** |
| 08/10/10 | 07/14/10 D. Farmer | 178.29 | |
| 08/10/10 | 07/26/10 R. Warren | 228.20 | |
| | **Total Overtime** | | **406.49** |
| 08/03/10 | Messenger Service - - VENDOR: Parcels, Inc 7/20/10 to City Deliveries / D. Frawley Bank ID: 28 Check Number: 152046 | 45.00 | |
| 08/10/10 | Messenger Service - - VENDOR: Parcels, Inc 7/28/10 to Judge K. Carey / D. Frawley Bank ID: 28 Check Number: 152492 | 7.50 | |

KLEE, KENNETH, Examiner for Tribune Company
Expenses

| | | |
|---|---|---|
| 08/10/10 | Messenger Service - - VENDOR: Parcels, Inc<br>7/27/10 to Judge Kevin Carey / D. Frawley<br>Bank ID: 28 Check Number: 152492 | 22.50 |
| 08/10/10 | Messenger Service - - VENDOR: Parcels, Inc<br>7/27/10 to City Deliveries / D. Frawley<br>Bank ID: 28 Check Number: 152492 | 45.00 |
| 08/10/10 | Messenger Service - - VENDOR: Parcels, Inc<br>7/28/10 to City Deliveries / D. Frawley<br>Bank ID: 28 Check Number: 152492 | 45.00 |
| 08/19/10 | Messenger Service - - VENDOR: Parcels, Inc<br>7/26/10 Pick up dinner at Washington Ale House<br>and payment of dinner for M. Minuti and R.<br>Warren / M. Minuti<br>Bank ID: 28 Check Number: 152855 | 86.00 |
| | **Total Messenger Service** | **251.00** |
| 08/09/10 | Transcript(s) - - VENDOR: National Depo<br>Deposition Transcript for C. Bigelow on 6/17/10<br>-- J. Becnel-Guzzo<br>Bank ID: 28 Check Number: 152308 | 3,600.25 |
| 08/13/10 | Transcript(s) - - VENDOR: National Depo 7/7/10<br>Deposition of Roseanne Kurmaniak / A.<br>Piccarello<br>Bank ID: 28 Check Number: 152570 | 2,841.60 |
| 08/12/10 | Transcript - - VENDOR: Diaz Data Services<br>Hearing transcript for 8/3/10 / M. Minuti<br>Bank ID: 28 Check Number: 152562 | 54.90 |
| 08/12/10 | Transcript - - VENDOR: National Depo 6/24/10<br>Expedited transcripts of interview of William<br>Osborn and Chip Mulaney / M. Minuti<br>Bank ID: 28 Check Number: 152543 | 2,256.75 |
| 08/12/10 | Transcript - - VENDOR: Magna Legal Services LLC<br>7/9/10 Expedited transcript of interview of<br>Thomas Kenney / M. Minuti<br>Bank ID: 28 Check Number: 152542 | 2,588.45 |
| 08/12/10 | Transcript - - VENDOR: National Depo 6/25/10<br>Expedited transcripts of interview of Don<br>Grenesko & Dennis Fitzsimmons / M. Minuti<br>Bank ID: 28 Check Number: 152543 | 3,909.75 |
| 08/16/10 | Transcript - - VENDOR: Diaz Data Services<br>Hearing Transcript for July 29, 2010 / M. Minuti<br>Bank ID: 28 Check Number: 152639 | 58.50 |
| 08/16/10 | Transcript - - VENDOR: National Depo 7/8/10<br>Expedited transcript of interview of Donald<br>Grenesko & Crane Kenney / M. Minuti<br>Bank ID: 28 Check Number: 152631 | 2,069.20 |
| 08/16/10 | Transcript - - VENDOR: National Depo 7/8/10<br>Expedited transcript of interview of Todd<br>Kaplan / M. Minuti<br>Bank ID: 28 Check Number: 152631 | 2,131.40 |
| 08/16/10 | Transcript - - VENDOR: National Depo 7/8/10<br>Expedited transcript of interview of Dan Petrik<br>/ M. Minuti<br>Bank ID: 28 Check Number: 152631 | 2,803.70 |

360412
00002
08/31/10

KLEE, KENNETH, Examiner for Tribune Company
Expenses

Invoice Number 2105326
Page 7

| | | | |
|---|---|---|---|
| 08/25/10 | Transcript - - VENDOR: National Depo Expedited transcript of interview of Julie Persily on 7/8/10 -- M. Minuti<br>Bank ID: 28 Check Number: 152948 | 3,539.00 | |
| 08/30/10 | Transcript - - VENDOR: Elaine M. Ryan Hearing Transcript (August 20, 2010) / M. Minuti<br>Bank ID: 28 Check Number: 153150 | 51.30 | |
| 08/30/10 | Transcript - - VENDOR: National Depo 7/7/10 Expedited of interview of Nils Larsen /. M. Minuti<br>Bank ID: 28 Check Number: 153153 | 1,155.05 | |
| 08/30/10 | Transcript - - VENDOR: Veritext Pennsylvania 6/30/10 Expedited transcript for interview of Brian Browning / M. Minuti<br>Bank ID: 28 Check Number: 153155 | 4,329.00 | |
| | **Total Transcript** | | **31,388.85** |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club return travel NY to Phila on 6/29/10 / G. Schwab<br>Bank ID: 28 Check Number: 152805 | 14.60 | |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club travel NY to Baltimore on 6/25/10 / J. Bonniwell<br>Bank ID: 28 Check Number: 152805 | 15.00 | |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club travel Phila to NY on 6/29/10 / C. Hall<br>Bank ID: 28 Check Number: 152805 | 80.00 | |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club travel NY to Phila on 6/29/10 / C. Hall<br>Bank ID: 28 Check Number: 152805 | 80.00 | |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club travel Phila to NY on 6/29/10 / G. Schwab<br>Bank ID: 28 Check Number: 152805 | 80.00 | |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club travel Phila to NY on 6/29/10 / J. Bonniwell<br>Bank ID: 28 Check Number: 152805 | 80.00 | |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club train travel NY to Phila on 6/29/10 / J. Bonniwell<br>Bank ID: 28 Check Number: 152805 | 80.00 | |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club return train travel NY to Phila on 6/3/10 / B. Borger<br>Bank ID: 28 Check Number: 152805 | 90.00 | |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club travel Phila to NY to conduct interviews on 6/11/10 / C. Piccarello<br>Bank ID: 28 Check Number: 152805 | 102.00 | |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club travel Phila to NY to conduct interviews on 6/11/10 / S. Zima<br>Bank ID: 28 Check Number: 152805 | 102.00 | |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club travel Phila to NY to conduct interviews on 6/11/10 / N. Nastasi<br>Bank ID: 28 Check Number: 152805 | 102.00 | |

360412                KLEE, KENNETH, Examiner for Tribune Company          Invoice Number 2105326
00002                 Expenses                                             Page 8
08/31/10

| | | |
|---|---|---|
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club<br>travel Phila to NY on 6/3/10 / N. Nastasi<br>Bank ID: 28 Check Number: 152805 | 117.00 |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club<br>travel Phila to NY on 6/3/10 / G. Schwab<br>Bank ID: 28 Check Number: 152805 | 117.00 |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club<br>return train travel NY to Phila on 6/11/10 / S. Zima<br>Bank ID: 28 Check Number: 152805 | 131.00 |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club<br>return train travel NY to Phila on 6/11/10 / N. Nastasi<br>Bank ID: 28 Check Number: 152805 | 131.00 |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club<br>return train travel NY to Phila on 6/11/10 / C. Piccarello<br>Bank ID: 28 Check Number: 152805 | 131.00 |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club<br>travel NY to Phila on 6/25/10 / J. Bonniwell<br>Bank ID: 28 Check Number: 152805 | 131.00 |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club<br>return train travel NY to Phila on 7/20/10 / N. Nastasi<br>Bank ID: 28 Check Number: 152805 | 131.00 |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club<br>return travel NY to Phila on 7/2/10 / C. Piccarello<br>Bank ID: 28 Check Number: 152805 | 131.00 |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club<br>travel Phila to NY on 6/30/10 / N. Nastasi<br>Bank ID: 28 Check Number: 152805 | 146.00 |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club<br>travel Phila to NY on 6/30/10 / C. Piccarello<br>Bank ID: 28 Check Number: 152805 | 146.00 |
| 08/12/10 | Transportation-Amtrak - - VENDOR: Diners Club<br>Return train travel NY to Phila on 6/4/10 / C. Piccarello<br>Bank ID: 28 Check Number: 152805 | 146.00 |
| 08/26/10 | Disbursement Billed On Account - Train travel,<br>Philadelphia back to Baltimore on 7/9/2010 for<br>Sarah Lacey | 69.00 |
| 08/26/10 | Disbursement Billed On Account - Train travel,<br>New York to Philadelphia on 7/8/2010 for Sarah<br>Lacey | 80.00 |
| 08/26/10 | Disbursement Billed On Account - Train travel,<br>Philadelphia to New York on 7/7/2010 for<br>Christopher Hall | 91.00 |
| 08/26/10 | Disbursement Billed On Account - Train travel,<br>Philadelphia to New York on 7/7/2010 for<br>Caitlin Piccarello | 117.00 |
| 08/26/10 | Disbursement Billed On Account - Train travel,<br>Baltimore to New York on 7/7/2010 for Sarah<br>Lacey | 129.00 |
| 08/26/10 | Disbursement Billed On Account - Return train<br>travel, New York to Philadelphia on 7/8/2010<br>for Christopher Hall | 131.00 |
| | **Total Transportation-Amtrak** | **2,900.60** |

360412                     KLEE, KENNETH, Examiner for Tribune Company          Invoice Number 2105326
00002                      Expenses                                             Page 9
08/31/10

| 08/12/10 | Transportation-- VENDOR: Diners Club<br>US Air fee to clear seating on outbound flight<br>Phila to Chicago on 6/17/10 / J. Monahan<br>Bank ID: 28 Check Number: 152805 | 10.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>US Air to clear seating on outbound flight<br>Phila to Chicago on 6/16/10 / J. Taylor<br>Bank ID: 28 Check Number: 152805 | 10.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>US Air to clear a seat on outbound Phila to<br>Chicago on 6/13/10 / T. Callahan<br>Bank ID: 28 Check Number: 152805 | 10.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>US Air to clear a seat on outbound Phila to<br>Chicago on 6/13/10 / J. Bass<br>Bank ID: 28 Check Number: 152805 | 10.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>United Fee to clear seat on return flight on<br>6/16/10 / C. Piccarello<br>Bank ID: 28 Check Number: 152805 | 29.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega transaction fee for air travel to Chicago<br>& return on 7/7/10 / N. Nastasi<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega's transaction fee for roundtrip travel to<br>Chicago on 7/7/10 / J. Bonniwell<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega's transaction fee to change date of<br>travel to 6/24/10 Phila to Chicago on 6/24/10 /<br>J. Bonniwell<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega's transaction fee to change return<br>Chicago to Phila 6/17/10 / J. Bonniwell<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega's transaction fee to change return<br>Chicago to Phila on 6/25/10 / T. Callahan<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega's transaction fee for air travel on<br>United Chicago to Phila on 6/26/10 / C. Piccarello<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega's transaction fee for air travel on<br>American Chicago to Phila on 6/25/10 / C. Piccarello<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega's transaction fee for return air travel<br>American Air Chicago to Phila on 6/24/10 / S. O'Neill<br>Bank ID: 28 Check Number: 152805 | 37.00 |

597197.1 8/31/10

KLEE, KENNETH, Examiner for Tribune Company
Expenses

| | | |
|---|---|---|
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club Omega transaction fee for roundtrip travel to Chicago on 7/7/10 / J. Monahan Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club Omega's transaction fee for air travel Phila to Chicago on 6/20/10 / J. Bonniwell Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club Omega's transaction fee for air travel Phila to Chicago on 6/13/10 / J. Bass Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club Omega's transaction fee to change return Chicago to Phila to 6:30am return flight on 6/18/10 / C. Piccarello Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club Omega's transaction fee for air travel Phila to Chicago on 6/16/10 / T. Callahan Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club Omega's transaction fee for change made to hotel and air -Chicago travel- on 6/21/10 / T. Callahan Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club Omega's transaction fee for change return to Saturday Chicago to Phila on 6/26/10 / J. Bonniwell Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club Omega's transaction fee with after hour service to change on USAir return -later voided and issued ticket on Southwest back to Phila on 6/18/10 / S. O'Neill Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club Omega's transaction fee for change of return ticket from Chicago on 6/18/10 / S. O'Neill Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club Omega's transaction fee for air travel Chicago to Phila on 6/17/10 / J. Monahan Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club Omega's transaction fee for air travel Phila to Chicago on 6/21/10 / S. O'Neill Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club Omega's transaction fee for air travel Phila to Chicago on 6/24/10 / C. Piccarello Bank ID: 28 Check Number: 152805 | 37.00 |

KLEE, KENNETH, Examiner for Tribune Company
Expenses

| | | |
|---|---|---|
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega's transaction fee for air travel Phila to<br>Chicago on 6/23/10 / N. Nastasi<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega's transaction fee for air travel Phila to<br>Chicago on 6/14/10 / S. O'Neill<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega's transaction fee to book United return<br>at 4pm Chicago back to Phila on 6/14/10 / T. Callahan<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega's transaction fee for changing return<br>Chicago to Phila to 6/16/10 am flight back / S. Zima<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega's transaction fee for air travel Phila to<br>Chicago on 6/21/10 / T. Callahan<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega's transaction fee for booking new return<br>flight on American Airlines Chicago to Phila on<br>6/16/10 ticket later voided  / C. Piccarello<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega transaction fee for Southwest air travel<br>Phila to Chicago on 6/14/10 / C. Piccarello<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega transaction fee for Southwest air travel<br>Phila to Chicago on 6/20/10 / C. Piccarello<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega transaction fee for air travel Phila to<br>Chicago on 6/13/10 / T. Callahan<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega transaction fee for air travel Phila to<br>Chicago on 6/13/10 / J. Bonniwell<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega transaction fee for air travel Phila to<br>Chicago on US Air on 6/14/10 / C. Piccarello<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega transaction fee for air travel Phila to<br>Chicago on 6/13/10 / S. Zima<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega's transaction fee for air travel Phila to<br>Chicago on 6/20/10 / N. Nastasi<br>Bank ID: 28 Check Number: 152805 | 37.00 |

360412
00002
08/31/10

KLEE, KENNETH, Examiner for Tribune Company
Expenses

Invoice Number 2105326
Page 12

| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega's transaction fee for air travel Phila to<br>Chicago on 6/13/10 / N. Nastasi<br>Bank ID: 28 Check Number: 152805 | 37.00 |
|---|---|---|
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega's transaction fee travel Phila to Los<br>Angeles on 6/271/10 / N. Nastasi<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Omega's transaction fee for air travel Phila to<br>Los Angeles on 6/27/10 / C. Piccarello<br>Bank ID: 28 Check Number: 152805 | 37.00 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>United return air travel Chicago to Phila on<br>6/14/10 / T. Callahan<br>Bank ID: 28 Check Number: 152805 | 235.70 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Southwest air travel Phila to Chicago on<br>6/14/10 / S. O'Neill<br>Bank ID: 28 Check Number: 152805 | 245.70 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Southwest Air travel Phila to Chicago on<br>6/24/10 / C. Piccarello<br>Bank ID: 28 Check Number: 152805 | 245.70 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Southwest Air return flight Chicago to Phila on<br>6/18/10  S. O'Neill<br>Bank ID: 28 Check Number: 152805 | 245.70 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Southwest air travel Phila to Chicago on<br>6/14/10 / C. Piccarello<br>Bank ID: 28 Check Number: 152805 | 245.70 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>US Air travel Phila to Chicago on 6/13/10 / T. Callahan<br>Bank ID: 28 Check Number: 152805 | 255.70 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>US Air return air travel Chicago to Phila on<br>6/26/10 / N. Nastasi<br>Bank ID: 28 Check Number: 152805 | 255.70 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>US Air travel Phila to Chicago on 6/21/10 / S. O'Neill<br>Bank ID: 28 Check Number: 152805 | 255.70 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>Return air travel on American Airlines Chicago<br>to Phila 6/24/10 / S. O'Neill<br>Bank ID: 28 Check Number: 152805 | 341.70 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>United return air travel Chicago to Phila on<br>6/16/10 / C. Piccarello<br>Bank ID: 28 Check Number: 152805 | 385.70 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club<br>US Air travel Phila to Chicago on 6/16/10 / J. Taylor<br>Bank ID: 28 Check Number: 152805 | 475.40 |

KLEE, KENNETH, Examiner for Tribune Company
Expenses

| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club US Air travel Phila to Chicago on 6/16/10 / J. Becnel-Guzzo Bank ID: 28 Check Number: 152805 | 475.40 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club Southwest air travel Phila to Chicago on 6/16/10 / T. Callahan Bank ID: 28 Check Number: 152805 | 491.40 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club Southwest Air travel Phila to Chicago on 6/21/10 / T. Callahan Bank ID: 28 Check Number: 152805 | 491.40 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club Southwest air travel Phila to Chicago on 6/13/10 / J. Bonniwell Bank ID: 28 Check Number: 152805 | 491.40 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club US Air travel Phila to Chicago on 6/13/10 / S. Zima Bank ID: 28 Check Number: 152805 | 491.40 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club Travel to and from Chicago for witness interviews on 7/7/10 / J. Bonniwell Bank ID: 28 Check Number: 152805 | 491.40 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club US Air travel Phila to Chicago on 6/13/10 / N. Nastasi Bank ID: 28 Check Number: 152805 | 494.40 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club Travel to and from Chicago for Witness interviews on 7/7/10 / J. Monahan Bank ID: 28 Check Number: 152805 | 501.40 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club Travel to and from Chicago for Witness interviews on 7/7/10 / N. Nastasi Bank ID: 28 Check Number: 152805 | 501.40 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club US Air travel Phila to Chicago on 6/13/10 / J. Bass Bank ID: 28 Check Number: 152805 | 536.40 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club US Air travel Phila to Los Angeles on 6/27/10 / N. Nastasi Bank ID: 28 Check Number: 152805 | 684.75 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club US Air travel Phila to Los Angeles on 6/27/10 / C. Piccarello Bank ID: 28 Check Number: 152805 | 684.75 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club American Airlines travel Phila to Chicago on 6/23/10 / N. Nastasi Bank ID: 28 Check Number: 152805 | 707.70 |
| 08/12/10 | Transportation-Airfare - - VENDOR: Diners Club US Air travel Phila to Chicago on 6/17/10 / J. Monahan Bank ID: 28 Check Number: 152805 | 812.40 |

360412
00002
08/31/10

KLEE, KENNETH, Examiner for Tribune Company
Expenses

Invoice Number  2105326
Page 14

| | | |
|---|---|---|
| 08/23/10 | Transportation-Airfare - - VENDOR: Journal Entry Edit check #151053 dated 7/30/10 6/13-18/10 Travel to Chicago to participate in the interviews for S. Zell, N. Larsen, D. Fitzsimmons, B. Bartter, C. Bigelow, D. Kazan & D. Williams / N. Nastasi Bank ID: APPLY Check Number: 3440 | 834.64 |
| 08/30/10 | Transportation-Airfare - - VENDOR: Mark Minuti 7/7-9/10 Travel to Chicago for Kaplan interview & additional fees for plane change for with G. Schwab due to weather /Minuti Bank ID: 28 Check Number: 153152 | 964.80 |
| 08/26/10 | Disbursement Billed On Account - USAir seating fee for clearing seat from Philadelphia to Chicago on 7/7/210 for Joseph Monahan | 10.00 |
| 08/26/10 | Disbursement Billed On Account - USAir seating fee for clearing seat from Philadelphia to Chicago on 7/7/2010 for Sean O'Neill | 10.00 |
| 08/26/10 | Disbursement Billed On Account - Omega transaction fee for changing flight on 7/9/2010 for Jennifer Bonniwell | 37.00 |
| 08/26/10 | Disbursement Billed On Account - Omega transaction fee for air travel, Philadelphia to Chicago on 7/8/2010 for Gregory Schwab | 37.00 |
| 08/26/10 | Disbursement Billed On Account - Omega Transaction fee for air travel, Philadelphia to Chicago on 7/7/10 for Sean O'Neill | 37.00 |
| 08/26/10 | Disbursement Billed On Account - Southwest Air travel, Philadelphia to Chicago on 7/8/2010 for Gregory Schwab | 260.70 |
| 08/26/10 | Disbursement Billed On Account - USAir Travel, Philadelphia to Chicago on 7/7/2010 for Sean O'Neill | 501.40 |
| | **Total Transportation-Airfare** | **15,137.54** |
| 08/30/10 | Misc. - - VENDOR: Mark Minuti 7/8/10 Computer usage 15 minutes at 6.95 per 15 minutes / M. Minuti Bank ID: 28 Check Number: 153152 | 6.95 |
| | **Total Misc.** | **6.95** |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To C. Monk on 6/24/10 / Saul Ewing Bank ID: 28 Check Number: 152061 | 9.11 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Lee Bogdanoff on 6/30/10 / C. Piccarello Bank ID: 28 Check Number: 152078 | 13.89 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Nicholas Nastasi on 6/15/10 / M. Minuti Bank ID: 28 Check Number: 152058 | 14.98 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Caitlin Piccarello, Esq. on 6/29/10 / C. Piccarello Bank ID: 28 Check Number: 152078 | 15.49 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Jennifer Bonniwell on 6/23/10 / P. Stumpf Bank ID: 28 Check Number: 152061 | 17.74 |

360412    KLEE, KENNETH, Examiner for Tribune Company    Invoice Number 2105326
00002    Expenses    Page 15
08/31/10

| | | |
|---|---|---|
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Caitlin Piccarello, Esq. on 6/29/10 / C. Piccarello Bank ID: 28 Check Number: 152078 | 20.74 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Caitlin Piccarello, Esq. on 6/30/10 / C. Piccarello Bank ID: 28 Check Number: 152078 | 21.46 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Robert Pfister, Esq. on 6/24/10 / P. Stumpf Bank ID: 28 Check Number: 152061 | 21.58 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Gregory G. Schwab, Esq. on 6/30/10 / G. Schwab Bank ID: 28 Check Number: 152078 | 26.86 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Jennifer Bonniwell on 6/25/10 / J. Bonniwell Bank ID: 28 Check Number: 152078 | 31.24 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Kenneth Klee, Esq. on 6/30/10 / J. Bonniwell Bank ID: 28 Check Number: 152078 | 32.58 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Jennifer Bonniwell on 6/25/10 / J. Bonniwell Bank ID: 28 Check Number: 152078 | 35.64 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Sean T. O'Neill on 6/24/10 / S. O'Neill Bank ID: 28 Check Number: 152058 | 36.07 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Craig Elson on 6/21/10 / T. Callahan Bank ID: 28 Check Number: 152058 | 36.07 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Sean T. O'Neill, Esq. on 6/25/10 / S. O'Neill Bank ID: 28 Check Number: 152061 | 37.72 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Sean T. O'Neill, Esq. on 6/25/10 / S. O'Neill Bank ID: 28 Check Number: 152061 | 39.25 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Jennifer Bonniwell on 6/15/10 / S. Lacey Bank ID: 28 Check Number: 152058 | 39.30 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Rob Pfister, Esq. on 6/23/10 / P. Stumpf Bank ID: 28 Check Number: 152061 | 39.57 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Craig Elson on 6/18/10 / T. Callahan Bank ID: 28 Check Number: 152058 | 40.72 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Caitlin Piccarello on 6/23/10 / C. Piccarello Bank ID: 28 Check Number: 152058 | 44.98 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Jennifer Bonniwell on 6/25/10 / J. Bonniwell Bank ID: 28 Check Number: 152078 | 44.99 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Caitlin Piccarello on 6/23/10 / C. Piccarello Bank ID: 28 Check Number: 152058 | 48.99 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To James Taylor on 6/15/10 / J. Taylor Bank ID: 28 Check Number: 152058 | 51.67 |

360412
00002
08/31/10

KLEE, KENNETH, Examiner for Tribune Company
Expenses

Invoice Number  2105326
Page 16

| Date | Description | Amount |
|------|-------------|--------|
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Gregory Schwab, Esq. on 6/28/10 / G. Schwab Bank ID: 28 Check Number: 152078 | 55.72 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To James Taylor on 6/15/10 / J. Taylor Bank ID: 28 Check Number: 152058 | 55.81 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Sean T. O'Neill, Esq. on 6/18/10 / S. O'Neill Bank ID: 28 Check Number: 152058 | 56.00 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Caitlin Piccarello on 6/23/10 / C. Piccarello Bank ID: 28 Check Number: 152058 | 56.14 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Sean T. O'Neill on 6/24/10 / S. O'Neill Bank ID: 28 Check Number: 152058 | 60.09 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To Sean T. O'Neill on 6/24/10 / S. O'Neill Bank ID: 28 Check Number: 152058 | 60.09 |
| 08/03/10 | Federal Express - - VENDOR: Federal Express To James Taylor on 6/15/10 / J. Taylor Bank ID: 28 Check Number: 152058 | 60.95 |
| 08/05/10 | Federal Express - - VENDOR: Federal Express To Ronn Davids on 7/9/10 / N. Nastasi Bank ID: 28 Check Number: 152204 | 15.67 |
| 08/05/10 | Federal Express - - VENDOR: Federal Express To Stuart McPhail on 7/6/10 / C. Piccarello Bank ID: 28 Check Number: 152204 | 20.42 |
| 08/05/10 | Federal Express - - VENDOR: Federal Express To Kenneth N. Klee, Esq. on 7/6/10 / S. O'Neill Bank ID: 28 Check Number: 152204 | 22.63 |
| 08/05/10 | Federal Express - - VENDOR: Federal Express To Kenneth Klee on 7/9/10 / N. Nastasi Bank ID: 28 Check Number: 152204 | 31.45 |
| 08/05/10 | Federal Express - - VENDOR: Federal Express To Gregory G. Schwab on 7/8/10 / G. Schwab Bank ID: 28 Check Number: 152204 | 32.46 |
| 08/05/10 | Federal Express - - VENDOR: Federal Express To Gregory G. Schwab on 7/8/10 / G. Schwab Bank ID: 28 Check Number: 152204 | 37.03 |
| 08/05/10 | Federal Express - - VENDOR: Federal Express To Craig Elson on 7/6/10 / J. Bonniwell Bank ID: 28 Check Number: 152204 | 44.21 |
| 08/05/10 | Federal Express - - VENDOR: Federal Express To Craig Elson on 7/6/10 / J. Bonniwell Bank ID: 28 Check Number: 152204 | 44.21 |
| 08/05/10 | Federal Express - - VENDOR: Federal Express To Sean T. O'Neill on 7/6/10 / S. O'Neill Bank ID: 28 Check Number: 152204 | 45.98 |
| 08/05/10 | Federal Express - - VENDOR: Federal Express To Sean T. O'Neill on 7/8/10 / S. O'Neill Bank ID: 28 Check Number: 152204 | 46.16 |
| 08/05/10 | Federal Express - - VENDOR: Federal Express To Sean T. O'Neill on 7/6/10 / S. O'Neill Bank ID: 28 Check Number: 152204 | 49.16 |

360412
00002
08/31/10

KLEE, KENNETH, Examiner for Tribune Company
Expenses

Invoice Number  2105326
Page 17

| Date | Description | Amount | Total |
|---|---|---|---|
| 08/05/10 | Federal Express - - VENDOR: Federal Express To Sean T. O'Neill on 7/8/10 / S. O'Neill Bank ID: 28 Check Number: 152204 | 56.05 | |
| 08/05/10 | Federal Express - - VENDOR: Federal Express To Jennifer Bonniwell on 7/9/10 / J. Bonniwell Bank ID: 28 Check Number: 152204 | 56.65 | |
| 08/05/10 | Federal Express - - VENDOR: Federal Express To Craig Elson on 7/7/10 / J. Bonniwell Bank ID: 28 Check Number: 152204 | 108.62 | |
| 08/05/10 | Federal Express - - VENDOR: Federal Express To Mark Minuti on 7/7/10 / G. Schwab Bank ID: 28 Check Number: 152204 | 184.01 | |
| 08/09/10 | Federal Express - - VENDOR: Federal Express To Kenneth N. Klee, Esq. on 7/15/10 / S. O'Neill Bank ID: 28 Check Number: 152354 | 18.07 | |
| 08/10/10 | Federal Express - - VENDOR: Federal Express 7/7/10 to Self in Chicago / M. Minuti Bank ID: 28 Check Number: 152348 | 105.62 | |
| | **Total Federal Express** | | **2,043.84** |
| 08/12/10 | Hotel - - VENDOR: Diners Club at Grand Hyatt New York for interviews on 6/3/10 / C. Hall Bank ID: 28 Check Number: 152805 | 460.27 | |
| 08/12/10 | Hotel - - VENDOR: Diners Club at Grand Hyatt New York for interviews on 6/2/10 / B. Borger Bank ID: 28 Check Number: 152805 | 477.88 | |
| 08/30/10 | Hotel - - VENDOR: Mark Minuti 7/7-9/10 Travel to Chicago for Kaplan interview / M. Minuti Bank ID: 28 Check Number: 153152 | 551.62 | |
| | **Total Hotel** | | **1,489.77** |
| 08/23/10 | Teleconferencing - - VENDOR: Courtcall Telephonic Court Appearance for Martin Barash CCID# 3653121, Kenneth Klee CCID# 3651397, and Charles Monk CCID# 3651381 on 7/29/10 /Minuti Bank ID: 19 Check Number: 915365 | 167.00 | |
| 08/23/10 | Teleconferencing - - VENDOR: Courtcall Telephonic Court Appearance for Martin Barash CCID# 3661116, Lee Bogdanoff CCID# 3661118, and Robert Pfister CCID# 3661126 on 8/3/10 /Minuti Bank ID: 19 Check Number: 915365 | 174.00 | |
| | **Total Teleconferencing** | | **341.00** |
| 08/02/10 | Meals - - VENDOR: Sean T. O'Neill 7/22/10 Giovani Pizza for working late re: Confidentiality Designations - S. O'Neill Bank ID: 28 Check Number: 152022 | 11.61 | |
| 08/02/10 | Meals - - VENDOR: Sean T. O'Neill 7/21/10 Wendy's dinner while working late on Confidentiality Designations - S. O'Neill Bank ID: 28 Check Number: 152022 | 11.85 | |
| 08/04/10 | Meals - - VENDOR: Gregory G. Schwab 7/13/10 dinner from Smith & Wollensky: G. Schwab, S. O'Neill, C. Devlin re: Drafting fact narratives for report - G. Schwab Bank ID: 28 Check Number: 152127 | 120.02 | |

360412
00002
08/31/10

KLEE, KENNETH, Examiner for Tribune Company
Expenses

Invoice Number 2105326
Page 18

| | | |
|---|---|---|
| 08/18/10 | Meals - - VENDOR: Susan M. Zima 6/28/10 dinner for Tribune Team - S. Zima, G. Schwab, C. Devlin, C. Hall and S. McMonagle - S. Zima Bank ID: 28 Check Number: 152798 | 60.40 |
| 08/26/10 | Meals - - VENDOR: Anthony J. Iannini 8/19/10 Dinner working late on uploading of examiner's report exhibits / A. Iannini Bank ID: 28 Check Number: 153028 | 15.00 |
| 08/26/10 | Meals - - VENDOR: Pikkles Plus 7/9/10 Lunch for Tribune Team (Murray Devine interview)- N. Nastasi, C. Monk, S. Lacey, T. Callahan, T. Kenny, Counsel to J.P. Morgan, Merrill Lynch, Bank of America and Citibank, court reporter and counsel to Murray Devine and Ken Klee / N. Nastasi Bank ID: 28 Check Number: 153051 | 198.73 |
| 08/30/10 | Meals - - VENDOR: Mark Minuti 7/8/10 Breakfast during travel to Chicago for Kaplan interviews / M. Minuti Bank ID: 28 Check Number: 153152 | 3.10 |
| 08/30/10 | Meals - - VENDOR: Mark Minuti 7/9/10 Breakfast during travel to Chicago for Kaplan interviews / M. Minuti Bank ID: 28 Check Number: 153152 | 5.72 |
| 08/30/10 | Meals - - VENDOR: Mark Minuti 7/8/10 Dinner during travel to Chicago for Kaplan interviews / M. Minuti Bank ID: 28 Check Number: 153152 | 10.91 |
| 08/30/10 | Meals - - VENDOR: Mark Minuti 7/8/10 Lunch during travel to Chicago for Kaplan interviews / M. Minuti Bank ID: 28 Check Number: 153152 | 11.24 |
| 08/30/10 | Meals - - VENDOR: Mark Minuti 7/7/10 Dinner during travel to Chicago for Kaplan interviews / M. Minuti Bank ID: 28 Check Number: 153152 | 47.96 |
| | **Total Meals** | **496.54** |
| 08/30/10 | Outside Reproduction - - VENDOR: Pitney Bowes Management Services Velo binding on 5/27/10 / S. O'Neill Bank ID: 28 Check Number: 153113 | 3.75 |
| 08/30/10 | Outside Reproduction - - VENDOR: Pitney Bowes Management Services / M. Minuti Bank ID: 28 Check Number: 153113 | 236.05 |
| 08/06/10 | Copies - - VENDOR: Impact Copy 7/14/10 for putting together Kurmaniak Persily Binders / C. Piccarello Bank ID: 28 Check Number: 152258 | 1,167.32 |
| 08/19/10 | Copies - - VENDOR: Parcels, Inc 7/26/10 Copy and binding of Fee Examiner Report for Judge Carey (redacted and uredacted) / M. Minuti Bank ID: 28 Check Number: 152855 | 323.18 |

360412
00002
08/31/10

KLEE, KENNETH, Examiner for Tribune Company
Expenses

Invoice Number  2105326
Page 19

| Date | Description | Amount |
|---|---|---|
| 08/19/10 | Copies - - VENDOR: Parcels, Inc 7/29/10 Copy and mailing of Re-Notice of Hearing (Motion of Court-Appointed Examiner, Kenneth N. Klee, Esq., for Order (1) Temporarily Authorizing the Filing f the Examiner's Entire Report and Certain Documents Under Seal and; (2) Overruling the Claims of Confidentiality With Respect to the Report and Its Exhibits) (Docket No. 5199] / M. Minuti<br>Bank ID: 28 Check Number: 152855 | 350.84 |
| 08/19/10 | Copies - - VENDOR: Parcels, Inc 7/26/10 copy and mailing of Response of Court-Appointed Examiner, Kenneth N. Klee, Esq., to Motion to Authorize the Disclosure of the Examiner's Report, Exhibits Cited in Report, and Professionally Transcribed, Sworn Transcripts of Witness Interviews to the Parties and Interviewees Pursuant to the Terms of the Document Depository Order [Docket No. 5125 / M. Minuti<br>Bank ID: 28 Check Number: 152855 | 388.05 |
| 08/23/10 | Copies - - VENDOR: Parcels, Inc 8/11/10 Supplemental declaration of Mark Minuti / M. Minuti<br>Bank ID: 28 Check Number: 152977 | 313.74 |
| 08/23/10 | Copies - - VENDOR: Journal Entry Edit check #152758 Order (1) Authorizing Court-Appointed Examiner Kenneth N. Klee Esq to Temporarily file his Entire Report Under Seal (2) Unsealing Entire Report, Exhibits & Related Transcripts & Re-Notice of Hearing; (I) Discharging Examiner (II) Granting Relief from 3rd party discovery; (IV) Granting Certain Ancillary Relief / Minuti | 417.10 |
| 08/23/10 | Copies - - VENDOR: Parcels, Inc 8/10/10 (1) First monthly application of Klee Tuchin (2) Second monthly application of Klee Tuchin (3) Third monthly application of Klee Tuchin (4) First monthly application of examiner (5) second monthly application of examiner (6) Third monthly application of examiner / M. Minuti<br>Bank ID: 28 Check Number: 152977 | 716.04 |
| 08/30/10 | Copies - - VENDOR: Mark Minuti 7/8/10 44 pages at .69 per page / M. Minuti<br>Bank ID: 28 Check Number: 153152 | 30.36 |
| 08/30/10 | Copies - - VENDOR: Parcels, Inc Copy and mailing of Notice of Second Monthly Fee Application (Saul Ewing LLP, Counsel to Kenneth N. Klee, Esq., the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2010 through June 30, 2010) / M. Minuti<br>Bank ID: 28 Check Number: 153138 | 297.14 |

360412      KLEE, KENNETH, Examiner for Tribune Company      Invoice Number  2105326
00002      Expenses      Page 20
08/31/10

| | | |
|---|---|---|
| 08/30/10 | Copies - - VENDOR: Parcels, Inc Copy and mailing of Notice of First Monthly Fee Application (Saul Ewing LLP, Counsel to Kenneth N. Klee, Esq., the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2010 through May 31, 2010) / M. Minuti | 481.81 |
| | Bank ID: 28 Check Number: 153138 | |
| 08/30/10 | Copies - - VENDOR: Parcels, Inc Copy and mailing of Second Monthly Fee Application of Saul Ewing LLP, Counsel to Kenneth N. Klee, Esq., the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2010 through June 30, 2010 / M. Minuti | 500.77 |
| | Bank ID: 28 Check Number: 153138 | |
| 08/30/10 | Copies - - VENDOR: Parcels, Inc (1) Motion of Court-Appointed Examiner, Kenneth N. Klee for Order () Temporarily Authorizing the Filing of the Examiner's Entire Report and Certain Documents Under Seal and (2) Overruling the Claims of Confidentiality With Respect to the Report and It's Exhibits and (2) Motion of court-Appointed Examiner: Kenneth N. Klee for Order (I) Discharging Examiner (II) Granting Relief from Third-Party Discovery (III) Approving the Disposition of Certain / M. Minuti | 4,870.61 |
| | Bank ID: 28 Check Number: 153154 | |
| | **Total Outside Reproduction** | **10,096.76** |
| 08/03/10 | Subpoena Fee - - VENDOR: American Express 6/29/10 Service on J. Persily / D. Anderson | 395.00 |
| | Bank ID: 28 Check Number: 152040 | |
| | **Total Subpoena Fee** | **395.00** |
| 08/12/10 | 7/21/10 S. Lacey | 0.02 |
| | **Total Lexis Legal Research** | **0.02** |
| | CURRENT EXPENSES | 68,291.13 |
| | **TOTAL AMOUNT OF THIS INVOICE** | 68,291.13 |