# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**TRIBUNE COMPANY, et al.,**[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Ref Nos. 5510-5515, 5518-5521, 5523, 5525, 5528, 5537, 5539, & 5540 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

JUSTINA BETRO, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On August 27, 2010, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(1) or (3)," ("Personalized Transfers (e)(1) or (3)"), a sample of which is annexed hereto as Exhibit A, by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Justina Betro

Sworn to before me this
31 day of August, 2010

_____
Notary Public

SIDNEY J. GARABATO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

EXHIBIT A

T:\Clients\TRIBUNE\Affidavits\Transfer Notice_Aff_8-27-10.doc

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**TRIBUNE COMPANY, et al.,**<br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13141 (KJC)**<br><br>**Jointly Administered**<br>**Ref. Docket No. 5510** |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1)

To:   AFF STAFFING
      11511 KATY FWY
      HOUSTON, TX 77079-1903


Your claim, in the amount of **$195.96** has been transferred, unless previously expunged by Court Order, to:

   DEBT ACQUISITION COMPANY OF AMERICA V, LLC
   1565 HOTEL CIRCLE SOUTH, SUITE 310
   SAN DIEGO, CA 92108


No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.

Refer to docket number <u>5510</u> in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


/s/ *Justina M. Betro*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EPIQ USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on <u>August 27, 2010.</u>

# EXHIBIT B

TRB TRANSFER NTC 8-27-10
AFF STAFFING
11511 KATY FWY
HOUSTON, TX 77079-1903

TRB TRANSFER NTC 8-27-10
BRISTOL CHAMBER OF COMMERCE
10 MAIN STREET
BRISTOL, CT 06010

TRB TRANSFER NTC 8-27-10
ADAMS ESTERMINATING OF NORTH TEXAS INC
PO BOX 293208
LEWISVILLE, TX 75029-3208

TRB TRANSFER NTC 8-27-10
CHICAGO ASSOCIATION OF REALTORS
200 SOUTH MICHIGAN AVE, SUITE 400
CHICAGO, IL 60604

TRB TRANSFER NTC 8-27-10
AIRGAS DRY ICE
9810 JORDAN CIRCLE
SANTA FE SPRINGS, CA 90670

TRB TRANSFER NTC 8-27-10
CHIPS AUTOMOTIVE
7101 BELAIR ROAD
BALTIMORE, MD 21206

TRB TRANSFER NTC 8-27-10
AIRTIME AMUSEMENTS INC
8363 SHADOW WIND
HOUSTON, TX 77040

TRB TRANSFER NTC 8-27-10
DEARMAN MARIA
101 E TROPICAL WAY
PLANTATION, FL 33317

TRB TRANSFER NTC 8-27-10
ARAMARK REFRESHMENT SERVICES
17044 MONTANERO AVE
CARSON, CA 90748

TRB TRANSFER NTC 8-27-10
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

TRB TRANSFER NTC 8-27-10
EJ ELECTRIC INSTALLATION CO
46-41 VERNON BLVD
LONG ISLAND CITY, NY 11101-5378

TRB TRANSFER NTC 8-27-10
J. KATE STICKLES, ESQ.
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801

TRB TRANSFER NTC 8-27-10
FLORIDA HOMES & PROPERTIES
ATTN: ACCOUNTS PAYABLE
100 DEBARY PLANTATION BLVD.
DEBARY, FL 32713-2201

TRB TRANSFER NTC 8-27-10
LE FRENCH CLEANERS
56 GLEN HEAD RD
GLEN HEAD, NY 11545

TRB TRANSFER NTC 8-27-10
FORUM NEWS
1158 TEXAS AVE
SHREVEPORT, LA 71101

TRB TRANSFER NTC 8-27-10
ORANGE COUNTY NAMEPLATE CO INC
13201 ARCTIC CIRCLE
SANTA FE SPRINGS, CA 90670

TRB TRANSFER NTC 8-27-10
GLENRIDGE CENTER
611 S CENTRAL AVE
GLENDALE, CA 91204

TRB TRANSFER NTC 8-27-10
RANGER CONSTRUCTION
101 SANSBURYS WAY
WEST PALM BEACH, FL 33411-3670

TRB TRANSFER NTC 8-27-10
GOLD MOUNTAIN MEDIA
16830 VENTURA BLVD, SUITE 605
ENCINO CA 91436