# Exhibit B

Detailed Time Entries

**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
**1999 Avenue of the Stars, 39th Fl.**
**Los Angeles, California  90067**
**Telephone:  (310) 407-4000**
**Facsimile:   (310) 407-9090**
Taxpayer I.D. No. 95-4744518

Tribune Co.                                                                                      August 31, 2010

For Services Rendered Through August 20, 2010

In Reference To:  Tribune Examiner
File No.:              1999

Professional Services

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|--|
| | | **010 - Case Administration** | | |
| 8/1/2010 | RJP | Analyze correspondence re public access to Examiner report and supporting documents | 0.20 | 119.00 |
| 8/2/2010 | LRB | Analyze pleadings re hearing tomorrow on report | 0.70 | 626.50 |
| | RJP | Analyze pleadings re parties' responses to Examiner's motion to unseal report | 0.50 | 297.50 |
| | RJP | Prepare pleading re proposed order granting public access to Examiner report, with M. Minuti and L. Bogdanoff | 0.20 | 119.00 |
| | RJP | Telephone conference with D. Streany (Epiq) re providing public access to Examiner report | 0.20 | 119.00 |
| | SDP | Organize and manage electronic files | 0.40 | NO CHARGE |
| | SDP | Prepare summary of report, exhibits and transcripts for Epiq | 0.50 | 125.00 |

Tribune Co.                                                                Page    2
File No.: 1999

| Date | Init. | Description | Hours | |
|------|------|-------------|-------|---|
| 8/3/2010 | MRB | Attend hearing telephonically re public disclosure of report and related matters; correspond with M. Minuti, R. Pfister and L. Bogdanoff re same | 1.10 | 786.50 |
| | RJP | Appear at hearing re Examiner's motion to unseal report and supporting documents (telephonic Court Call appearance) | 1.70 | 1,011.50 |
| | RJP | Prepare for hearing re Examiner's motion to unseal report and supporting documents | 0.30 | 178.50 |
| | RJP | Prepare pleading re notice of availability of Examiner report exhibits and related transcripts through Debtors' noticing agent, Epiq | 0.70 | 416.50 |
| 8/4/2010 | SDP | Analyze Epiq's website re posting of report and related documents | 1.60 | 400.00 |
| | SDP | Telephone conference with D. Streamy of Epiq re revisions to website (several) | 0.30 | 75.00 |
| | SDP | Confer with R. Pfister re revisions to Epiq's website | 0.30 | NO CHARGE |
| | SDP | Email exchange with D. Streamy of Epiq re revisions to website | 0.40 | 100.00 |
| 8/10/2010 | SDP | Prepare binders in preparation of 8/20 hearing | 0.50 | 125.00 |
| 8/13/2010 | DAF | Analyze debtors' response to examiner discharge motion | 0.40 | NO CHARGE |
| 8/17/2010 | MRB | Review and comment on draft reply re discharge motion | 1.00 | 715.00 |
| 8/19/2010 | MRB | Email colloquy re document retention and exhibits, negotiations with Debtors | 0.50 | 357.50 |
| | MRB | Call with Marc Ashley of Chadbourne and Parke re discharge motion; email re results of call to Examiner team | 0.30 | 214.50 |
| 8/20/2010 | MRB | Review and comment on drafts of discharge order | 0.50 | 357.50 |

Tribune Co.                                                                                      Page   3
File No.: 1999

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| | | SUBTOTAL: 010 - Case Administration | 12.30 | 6,143.50 |

040 - Fee/Employment Applications

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 8/2/2010 | BMM | Review correspondence from J. Shenson, S. Pearson re preparation of fee applications | 0.20 | 125.00 |
| | BMM | Analyze procedures re submission and preparation of fee applications, review related order | 0.30 | 187.50 |
| 8/3/2010 | BMM | Prepare fee statements and related documents | 1.20 | 750.00 |
| | BMM | Prepare fee statements and related documents | 1.00 | NO CHARGE |
| | BMM | Prepare fee statements and related documents | 2.00 | NO CHARGE |
| | JSS | Confer with B. Metcalf re fee statements | 0.30 | 204.00 |
| | LRB | Appear at hearing re confidentiality and filing of report | 1.50 | 1,342.50 |
| | SDP | Prepare KTB&S's monthly fee applications | 0.40 | 100.00 |
| | SDP | Prepare the Examiner's monthly fee applications | 2.70 | 675.00 |
| | SDP | Analyze fee examiner's order | 2.00 | NO CHARGE |
| | SDP | Prepare KTB&S's monthly fee applications | 3.00 | NO CHARGE |
| 8/4/2010 | BMM | Prepare fee statements and related documents | 1.50 | 937.50 |
| | BMM | Prepare fee statements and related documents | 0.80 | 500.00 |
| | BMM | Prepare fee statements and related documents | 4.00 | NO CHARGE |
| | BMM | Prepare fee statements and related documents | 1.00 | NO CHARGE |
| | SDP | Work on Examiner's monthly fee applications | 0.80 | 200.00 |
| 8/5/2010 | BMM | Prepare fee statements and related documents | 0.50 | 312.50 |

Tribune Co.                                                                    Page    4
File No.: 1999

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 8/5/2010 | BMM | Prepare fee statements and related documents | 3.00 | NO CHARGE |
| | SDP | Work on Notices of Examiner's monthly fee applications | 0.80 | 200.00 |
| | SDP | Work on Notices of KTB&S's monthly fee applications | 0.40 | 100.00 |
| | SDP | Work on KTB&S's monthly fee applications | 0.70 | 175.00 |
| | SDP | Work on the Examiner's monthly fee applications | 0.80 | 200.00 |
| | SDP | Work on Notices of KTB&S's monthly fee applications | 1.00 | NO CHARGE |
| 8/6/2010 | JSS | Work on fee application and requests | 0.50 | 340.00 |
| 8/10/2010 | BMM | Prepare correspondence to M. Minuti, S. Pearson re preparation and filing of fee applications | 0.30 | 187.50 |
| | BMM | Analyze correspondence from M. Minuti, S. Pearson, J. Shenson, R. Warren re preparation and filing of fee applications, follow up on same | 0.50 | 312.50 |
| | BMM | Coordinate filing of monthly fee applications | 0.20 | 125.00 |
| | SDP | Revise Notices of Monthly Fee Applications | 1.20 | 300.00 |
| | SDP | Revise Monthly Fee Applications | 6.50 | 1,625.00 |
| | SDP | Serve Monthly Fee Statements | 0.70 | 175.00 |
| 8/11/2010 | BMM | Review correspondence from fee examiner, S. Pearson re submission of monthly fee applications | 0.10 | 62.50 |
| | JSS | Review and respond to correspondence re filings and service | 0.20 | 136.00 |
| | | SUBTOTAL: 040 - Fee/Employment Applications | 40.10 | 9,272.50 |

080 - Asset Analysis and Recovery

| | | | | |
|------|-------|-------------|-------|---|
| 8/2/2010 | LRB | Analyze draft order re filing of report, comment on same | 0.50 | 447.50 |

Tribune Co.                                                              Page    5
File No.: 1999

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|--|
| 8/2/2010 | LRB | Prepare emails to co-counsel, others, re filing of report tomorrow, arrangements re same | 0.90 | 805.50 |
| | RJP | Telephone conference with C. Elson and R. McMahon of LECG re native file recovery scenarios (Annex B to Volume Two of Examiner report) | 0.50 | 297.50 |
| | RJP | Prepare correspondence to parties re newly available native file Excel spreadsheets for Annex B to Volume Two of Examiner's report | 0.30 | 178.50 |
| | RJP | Analyze Annex B to Volume Two of Examiner report in light of modifications/refinements to native file recovery scenarios | 0.50 | 297.50 |
| | RJP | Revise exhibits to reflect redaction of personal information | 0.70 | 416.50 |
| | RJP | Prepare correspondence to counsel for Bank of America re redaction of personal information | 0.10 | 59.50 |
| 8/3/2010 | LRB | Prepare comments on revised recovery scenario | 0.30 | 268.50 |
| | RJP | Prepare and file final, unredacted version of Examiner report and supporting documents and coordinate with Debtors' noticing agent (Epiq) re electronic public access to exhibits and related transcripts | 1.00 | 595.00 |
| 8/4/2010 | RJP | Prepare and finalize Examiner report exhibits and transcripts for public filing on website of Debtors' claims agent, Epiq | 1.00 | 595.00 |
| 8/5/2010 | RJP | Prepare correspondence to Debtors' noticing agent (Epiq) re witness interview transcripts | 0.20 | 119.00 |
| 8/6/2010 | RJP | Analyze correspondence re LECG update/correction to recovery scenarios | 0.30 | 178.50 |
| | RJP | Prepare correspondence to parties re updated LECG recovery scenarios and deposition transcripts in alternative formats | 0.40 | 238.00 |

Tribune Co.                                                                                                          Page   6
File No.: 1999

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|--|
| 8/6/2010 | RJP | Prepare and post transcripts and corrected recovery scenario spreadsheets to Examiner's secure document website for parties access | 0.50 | 297.50 |
| 8/9/2010 | DAF | Call with D. Wensel re Mesirow report questions | 0.20 | 136.00 |
| 8/10/2010 | RJP | Prepare and post exhibit index for Debtors' claims agent, Epiq | 0.10 | 59.50 |
| 8/11/2010 | RJP | Analyze correspondence re Examiner report exhibits and docket access to same | 0.10 | 59.50 |
| | | SUBTOTAL: 080 - Asset Analysis and Recovery | 7.60 | 5,049.00 |

120 - Litigation

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|--|
| 8/13/2010 | LRB | Analyze debtors' response to discharge motion | 0.60 | 537.00 |
| | LRB | Prepare memo re discharge motion, recommendations | 1.30 | 1,163.50 |
| | RJP | Analyze brief re Debtors' response to Examiner's discharge motion | 0.50 | 297.50 |
| | RJP | Prepare brief re reply in further support of Examiner's discharge motion | 3.50 | 2,082.50 |
| | RJP | Meet with K. Klee and L. Bogdanoff re hearing on Examiner's discharge motion and prepare for same | 0.40 | 238.00 |
| 8/16/2010 | LRB | Prepare comments on draft reply re discharge motion | 1.70 | 1,521.50 |
| | RJP | Prepare reply in further support of Examiner's discharge motion | 6.50 | 3,867.50 |
| | RJP | Meet with K. Klee, L. Bogdanoff and M. Barash re Examiner's discharge motion and hearing re same | 0.50 | 297.50 |
| | RJP | Prepare for hearing re Examiner's discharge motion, including research and compile for K. Klee materials re investigation and relief sought in discharge motion | 3.80 | 2,261.00 |

Tribune Co.                                                                    Page   7
File No.: 1999

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 8/17/2010 | RJP | Prepare and finalize reply in further support of Examiner's discharge motion, with M. Barash and M. Minuti | 3.20 | 1,904.00 |
| 8/19/2010 | LRB | Analyze and respond to emails re discharge motion, issues | 1.40 | 1,253.00 |
| | RJP | Prepare for hearing re Examiner's discharge motion while en route from Los Angeles to Delaware for hearing (working portion of travel), including analyze Debtors' proposed form of order and prepare correspondence re same | 1.20 | 714.00 |
| 8/20/2010 | LRB | Prepare emails for hearing, issues raised by debtors | 0.50 | 447.50 |
| | LRB | Analyze and comment on draft orders | 0.90 | 805.50 |
| | RJP | Prepare for hearing re Examiner's discharge motion | 0.70 | 416.50 |
| | RJP | Appear at hearing re Examiner's discharge motion | 1.80 | 1,071.00 |
| | RJP | Confer with K. Klee, M. Minuti and N. Nastasi re form of order on Examiner's discharge motion | 0.30 | 178.50 |
| | | SUBTOTAL: 120 - Litigation | 28.80 | 19,056.00 |

900 - Non-Working Travel (50% Rate)

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 8/19/2010 | RJP | Travel from Los Angeles to Wilmington for hearing on Examiner motion (non-working portion of travel) | 6.90 | 2,052.75 |
| 8/20/2010 | RJP | Return travel from Delaware to Los Angeles following hearing on Examiner's discharge motion (non-working portion of travel) | 8.80 | 2,618.00 |
| | | SUBTOTAL: 900 - Non-Working Travel (50% Rate) | 15.70 | 4,670.75 |
| | | Professional Services Rendered | 104.50 | $44,191.75 |

Tribune Co.                                                                Page    8
File No.: 1999


Professional Services Rendered                              104.50        $44,191.75

                        Timekeeper Summary

| Name | Hours | Rate | |
|------|-------|------|-----|
| Lee R. Bogdanoff - Partner | 10.30 | 895.00 | $9,218.50 |
| Martin R. Barash - Partner | 3.40 | 715.00 | $2,431.00 |
| David A. Fidler - Partner | 0.20 | 680.00 | $136.00 |
| David A. Fidler - Partner | 0.40 | 0.00 | $0.00 |
| Brian M. Metcalf - Of Counsel | 5.60 | 625.00 | $3,500.00 |
| Brian M. Metcalf - Of Counsel | 11.00 | 0.00 | $0.00 |
| Robert J. Pfister - Of Counsel | 47.60 | 595.00 | $23,651.25 |
| Jonathan S. Shenson - Partner | 1.00 | 680.00 | $680.00 |
| Shanda D. Pearson - Paralegal | 18.30 | 250.00 | $4,575.00 |
| Shanda D. Pearson - Paralegal | 6.70 | 0.00 | $0.00 |