# Exhibit C

Itemization of Expenses

Exhibit C

**Summary of Expenses**
(August 1, 2010 - August 20, 2010)

| Expense Category | August 1-20, 2010 |
| --- | --- |
| Duplicating | $374.40 |
| Messenger Services and Overnight Mail | $0.00 |
| Court Fees | $0.00 |
| Online Research | $9,666.24 |
| Parking | $0.00 |
| Telephone (Long Distance and Conference Calls) | $119.06 |
| Travel - Meals | $0.00 |
| Travel | $1,989.60 |
| **Totals:** | **$12,149.30** |

Exhibit C

List of Itemized Expenses
(April 30, 2010 - August 20, 2010)

| Transaction ID | Date | Quantity | Price | Amount | Activity Code | Description |
|---|---|---|---|---|---|---|
| 508172 | 8/4/2010 | 1 | $173.40 | $173.40 | Other travel | AMS car service for R. Pfister from airport to DuPont Hotel, 7/28/10 |
| 508173 | 8/4/2010 | 1 | $166.40 | $166.40 | Other travel | AMS car service for R. Pfister from 222 Delaware Ave. to airport re Tribune, 7/29/10 |
| 508421 | 8/9/2010 | 1 | $195.90 | $195.90 | Legal Research | Online Research - Lexis Nexis for M. Barash, July 2010 |
| 508426 | 8/9/2010 | 1 | $151.53 | $151.53 | Legal Research | Online Research - Lexis Nexis for L. Bogdanoff, July 2010 |
| 508427 | 8/9/2010 | 1 | $403.62 | $403.62 | Legal Research | Online Research - Lexis Nexis for D. Brown, July 2010 |
| 508429 | 8/9/2010 | 1 | $9.98 | $9.98 | Legal Research | Online Research - Lexis Nexis for D. Fidler, July 2010 |
| 508432 | 8/9/2010 | 1 | $294.31 | $294.31 | Legal Research | Online Research - Lexis Nexis for M. Heyn, July 2010 |
| 508434 | 8/9/2010 | 1 | $13.39 | $13.39 | Legal Research | Online Research - Lexis Nexis for J. Kaczmarek, July 2010 |
| 508435 | 8/9/2010 | 1 | $187.76 | $187.76 | Legal Research | Online Research - Lexis Nexis for B. Metcalf, July 2010 |
| 508436 | 8/9/2010 | 1 | $9.16 | $9.16 | Legal Research | Online Research - Lexis Nexis for J. Nadeau, July 2010 |
| 508437 | 8/9/2010 | 1 | $219.06 | $219.06 | Legal Research | Online Research - Lexis Nexis for R. Pfister, July 2010 |
| 508439 | 8/9/2010 | 1 | $266.49 | $266.49 | Legal Research | Online Research - Lexis Nexis for D. Stern, July 2010 |
| 508441 | 8/9/2010 | 1 | $2,336.56 | $2,336.56 | Legal Research | Online Research - Lexis Nexis for K. Zwicker, July 2010 |
| 508474 | 8/10/2010 | 1 | $800.12 | $800.12 | Legal Research | Online Research - WestLaw for M. Heyn, 7/3-7/22/10 |
| 508475 | 8/10/2010 | 1 | $4,759.27 | $4,759.27 | Legal Research | Online Research - WestLaw for R. Pfister, 7/22-7/26/10 |
| 508586 | 8/10/2010 | 3744 | $0.10 | $374.40 | Dup10 | Duplicating (at $.10 per page) |
| 508644 | 8/10/2010 | 1 | $94.88 | $94.88 | TelCC | Telephone Conference Call - Premiere Global for M. Barash, 7/6-9, 2010 |
| 508645 | 8/10/2010 | 1 | $6.22 | $6.22 | TelCC | Telephone Conference Call - Premiere Global for L. Bogdanoff, 7/28/10 |
| 508646 | 8/10/2010 | 1 | $17.96 | $17.96 | TelCC | Telephone Conference Call - Premiere Global for M. Barash, 7/16/10 |
| 508648 | 8/9/2010 | 1 | $1.41 | $1.41 | Legal Research | Online Research - LexisNexis for S. Pearson, July 2010 |
| 509617 | 8/20/2010 | 1 | $1,186.00 | $1,186.00 | Other travel | R. Pfister's roundtrip coach fare, LAX/PHL/LAX, 8/19-8/20/10 |
| 509618 | 8/20/2010 | 1 | $12.45 | $12.45 | Other travel | R. Pfister's mileage from residence to LAX @ 24.9. miles for trip to PHL re Tribune, 8/19/2010 |
| 509619 | 8/20/2010 | 1 | $12.45 | $12.45 | Other travel | R. Pfister's mileage from LAX to residence @ 24.9. miles for trip to PHL re Tribune, 8/19/2010 |
| 509620 | 8/20/2010 | 1 | $438.90 | $438.90 | Other travel | R. Pfister's stay at Hotel Dupont re Tribune, 8/19-8/20/10 |
| 509938 | 8/20/2010 | 1 | $17.68 | $17.68 | Legal Research | Online Research - LexisNexis for M. Barash, 8/16-8/18/10 |
| TOTAL | | | | $12,149.30 | | |