# Exhibit B

Detailed Time Entries

**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
1999 Avenue of the Stars, 39th Fl.
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Taxpayer I.D. No. 95-4744518

KNK Tribune Examiner Account                                                                 August 30, 2010

For Services Rendered Through August 20, 2010

File No.:     2000

Professional Services

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 010 - Case Administration | | | | |
| 8/2/2010 | KNK | Prepare for August 3 hearing and review file | 0.20 | 195.00 |
| | KNK | Telephone conference with M. Minuti re August 3 hearing | 0.20 | 195.00 |
| 8/3/2010 | KNK | Prepare for hearing re Examiner's confidentiality motion | 0.20 | 195.00 |
| | KNK | Appear at hearing re Examiner's confidentiality motion | 1.60 | 1,560.00 |
| | KNK | Telephone conference with L. Bogdanoff re Examiner's discharge motion | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re filing of Report with clerk | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Minuti re Examiner's Exit Motion | 0.10 | 97.50 |
| | KNK | Analyze correspondence from J. Boulter re Examiner's Exit Motion | 0.10 | 97.50 |

KNK Tribune Examiner Account　　　　　　　　　　　　　　　　　　　　　　　　Page   2
File No.: 2000

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 8/4/2010 | KNK | Analyze correspondence from M. Minuti re Clerk's office | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Pfister re EPIQ and Report | 0.10 | 97.50 |
| 8/5/2010 | KNK | Analyze pleadings re notice re August 20 hearing | 0.10 | 97.50 |
| 8/6/2010 | KNK | Analyze correspondence from M. Minuti re Clerk's office posting | 0.10 | 97.50 |
| | KNK | Telephone conference with M. Minuti re exit motion | 0.10 | 97.50 |
| | KNK | Analyze notice re August 20 hearing motions | 0.10 | 97.50 |
| 8/10/2010 | KNK | Confer with S. Pearson re index for exhibits | 0.10 | 97.50 |
| 8/19/2010 | KNK | Analyze correspondence from M. Barash re M. Ashley question re document retention policy | 0.10 | 97.50 |
| | | SUBTOTAL: 010 - Case Administration | 3.40 | 3,315.00 |

020 - Meetings and Communications

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 8/4/2010 | KNK | Analyze correspondence from M. Oneal re transcripts | 0.10 | 97.50 |
| | KNK | Telephone conference with M. Oneal re transcripts | 0.10 | 97.50 |
| 8/5/2010 | KNK | Analyze correspondence from R. Pfister re creditor transcript inquiry | 0.10 | 97.50 |
| | KNK | Analyze correspondence from D. Streany re exhibit postings | 0.10 | 97.50 |
| 8/6/2010 | KNK | Prepare correspondence to R. Pfister re James Warwick inquiry | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Pfister re James Warwick inquiry | 0.10 | 97.50 |

KNK Tribune Examiner Account  Page 3
File No.: 2000

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 8/9/2010 | KNK | Analyze correspondence from M. Minuti re conference with U.S. Trustee | 0.10 | 97.50 |
| | KNK | Prepare correspondence to M. Minuti re conference with U.S. Trustee | 0.10 | 97.50 |
| 8/10/2010 | KNK | Telephone conference with A. Romanacci re U.S. Department of Labor | 0.10 | 97.50 |
| | KNK | Confer with D. Fidler re creditor inquiry | 0.10 | 97.50 |
| 8/11/2010 | KNK | Conference call with M. Minuti, B. Harrington, D. Klauder re remaining tasks and fees | 0.40 | 390.00 |
| | | SUBTOTAL: 020 - Meetings and Communications | 1.40 | 1,365.00 |

040 - Fee/Employment Applications

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 8/4/2010 | KNK | Analyze correspondence from M. Minuti re Sun Times conflict | 0.10 | NO CHARGE |
| 8/5/2010 | KNK | Analyze Minuti Second Supplemental Declaration | 0.10 | 97.50 |
| 8/6/2010 | KNK | Telephone conference with M. Minuti re Second Supplemental Declaration | 0.10 | 97.50 |
| | KNK | Prepare for call with M. Minuti re call | 0.10 | 97.50 |
| | KNK | Confer with S. Pearson and B. Metcalf re fee application | 0.10 | NO CHARGE |
| 8/9/2010 | KNK | Revise April, May, June monthly Examiner fee applications | 0.80 | 780.00 |
| 8/10/2010 | KNK | Telephone conference with W. Elggren re LECG fees | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Minuti re Saul Ewing fees | 0.10 | 97.50 |
| | KNK | Confer with B. Metcalf re U.S. Trustee fee inquiry | 0.10 | NO CHARGE |

KNK Tribune Examiner Account  
File No.: 2000

Page   4

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 8/10/2010 | KNK | Confer with D. Fidler re U.S. Trustee fee inquiry | 0.10 | NO CHARGE |
| 8/11/2010 | KNK | Analyze Saul Ewing invoices | 0.60 | 585.00 |
|  | KNK | Prepare correspondence to M. Minuti re Saul Ewing invoices | 0.10 | 97.50 |
|  |  | SUBTOTAL: 040 - Fee/Employment Applications | 2.40 | 1,950.00 |

<u>080 - Asset Analysis and Recovery</u>

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 8/1/2010 | KNK | Analyze correspondence from M. Barash re exhibits and index | 0.10 | 97.50 |
|  | KNK | Analyze exhibits and index | 0.10 | 97.50 |
|  | KNK | Analyze correspondence from M. Barash re confidentiality information in exhibits | 0.10 | 97.50 |
| 8/2/2010 | KNK | Analyze correspondence from N. Nastasi re Dougherty request for extension | 0.10 | 97.50 |
|  | KNK | Analyze pleadings re Aurelius response re report | 0.20 | 195.00 |
|  | KNK | Analyze correspondence from R. Pfister re Annex B spreadsheets | 0.10 | 97.50 |
|  | KNK | Analyze pleadings re Bank of America Statement of Support | 0.10 | 97.50 |
| 8/3/2010 | KNK | Analyze correspondence from R. Pfister Examiner Report and spreadsheets | 0.10 | 97.50 |
|  | KNK | Analyze correspondence from L. Bogdanoff re LECG models | 0.10 | 97.50 |
|  | KNK | Analyze correspondence from M. Minuti, L. Bogdanoff and M. Barash re Morgan Stanley discovery | 0.10 | 97.50 |
| 8/6/2010 | KNK | Analyze correspondence from R. Pfister re LECG models | 0.10 | 97.50 |

KNK Tribune Examiner Account  Page  5
File No.: 2000

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 8/15/2010 | KNK | Prepare correspondence to R. Pfister re further investigation | 0.10 | 97.50 |
| 8/18/2010 | KNK | Analyze correspondence from Aurelius re Examiner's models | 0.10 | 97.50 |
| | KNK | Prepare correspondence to M. Barash re Aurelius request for models | 0.10 | 97.50 |
| | | SUBTOTAL: 080 - Asset Analysis and Recovery | 1.50 | 1,462.50 |

<u>120 - Litigation</u>

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 8/2/2010 | KNK | Telephone conference with N. Nastasi Bank of America position on confidentiality | 0.10 | 97.50 |
| 8/13/2010 | KNK | Analyze pleadings re debtors' response to Examiner discharge motion | 0.20 | 195.00 |
| | KNK | Prepare correspondence to Examiner team re Examiner discharge motion | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re Examiner's reply to debtors' response | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Pfister re reponses to Examiner's motion | 0.10 | 97.50 |
| 8/16/2010 | KNK | Analyze pleadings re draft reply to debtors' response to Examiner's discharge motion | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re comments on response to Examiner's discharge motion | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re comments on debtors' response to Examiner's discharge motion | 0.10 | 97.50 |
| | KNK | Revise draft reply to debtors' response to Examiner's discharge motion | 0.40 | 390.00 |

KNK Tribune Examiner Account                                                                                                                            Page   6
File No.: 2000

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 8/16/2010 | KNK | Prepare correspondence to R. Pfister, L. Bogdanoff and M. Barash re K. Klee comments | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Pfister re further investigation topics | 0.10 | 97.50 |
| | KNK | Analyze pleadings re revised reply to debtors | 0.10 | 97.50 |
| 8/17/2010 | KNK | Analyze pleadings re M. Minuti revision to reply to debtors' response | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Barash re revisions to reply to debtors' response | 0.10 | 97.50 |
| | KNK | Prepare correspondence to M. Minuti and M. Barash re revisions (2 emails) | 0.10 | 97.50 |
| 8/18/2010 | KNK | Analyze pleadings re notice re August 20 hearing and response | 0.10 | 97.50 |
| 8/19/2010 | KNK | Analyze correspondence from M. Minuti re debtors' suggested adjournment | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re debtors' suggested adjournment | 0.10 | 97.50 |
| | KNK | Analyze correspondence from R. Pfister re debtors' suggested adjournment | 0.10 | 97.50 |
| | KNK | Prepare correspondence to Examiner team re debtors's suggested adjournment | 0.10 | 97.50 |
| | KNK | Analyze correspondence from M. Minuti re proposed settlement | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re proposed settlement | 0.10 | 97.50 |
| | KNK | Prepare correspondence to L. Bogdanoff and M. Minuti et al re proposed settlement | 0.10 | 97.50 |

KNK Tribune Examiner Account                                                                      Page   7
File No.: 2000

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 8/19/2010 | KNK | Analyze correspondence from M. Minuti re confidential documents | 0.10 | 97.50 |
| | KNK | Prepare correspondence to M. Minuti re confidential documents | 0.10 | 97.50 |
| | KNK | Analyze pleadings re proposed order | 0.10 | 97.50 |
| | KNK | Prepare correspondence to M. Minuti et al re proposed order | 0.10 | 97.50 |
| | KNK | Prepare for hearing re Examiner's discharge motion | 0.20 | 195.00 |
| | KNK | Analyze pleadings re debtors' proposed revisions to order | 0.10 | 97.50 |
| | KNK | Analyze correspondence from L. Bogdanoff re debtors' proposed order | 0.10 | 97.50 |
| | KNK | Analyze pleadings re debtors' proposed revisions to order | 0.10 | 97.50 |
| 8/20/2010 | KNK | Prepare for hearing re Examiner discharge motion | 0.70 | 682.50 |
| | KNK | Appear at hearing re Examiner discharge motion | 1.80 | 1,755.00 |
| | KNK | Confer with R. Pfister, M. Minuti, N. Nastasi re form of order | 0.30 | 292.50 |
| | KNK | Telephone conference with M. Minuti re proposed discharge order | 0.10 | 97.50 |
| | KNK | Analyze proposed discharge order and emails | 0.30 | 292.50 |
| | KNK | Confer with R. Pfister re form of discharge order | 0.10 | 97.50 |
| | KNK | Prepare correspondence to M. Minuti re revisions to order | 0.10 | 97.50 |
| | | SUBTOTAL: 120 - Litigation | 7.00 | 6,825.00 |

KNK Tribune Examiner Account        Page 8
File No.: 2000

| Date | Init. | Description | Hours | |
|---|---|---|---:|---:|
| _____ | \_\_\_\_ | _____ | \_\_\_\_\_ | |

**900 - Non-Working Travel (50% Rate)**

| | | | | |
|---|---|---|---:|---:|
| 8/19/2010 | KNK | Travel to Delaware for hearing | 8.10 | 3,948.75 |
| 8/20/2010 | KNK | Travel to Los Angeles from Wilmington after hearing | 9.30 | 4,533.75 |
| | | SUBTOTAL: 900 - Non-Working Travel (50% Rate) | 17.40 | 8,482.50 |
| | | Professional Services Rendered | 33.10 | $23,400.00 |
| | | Professional Services Rendered | 33.10 | $23,400.00 |

Timekeeper Summary

| Name | Hours | Rate | |
|---|---:|---:|---:|
| Kenneth N. Klee - Partner | 32.70 | 975.00 | $23,400.00 |
| Kenneth N. Klee - Partner | 0.40 | 0.00 | $0.00 |