# Exhibit C

Itemization of Expenses

**Exhibit C**

**Summary of Expenses**
**(August 1, 2010 - August 20, 2010)**

| Expense Category | August 1-20, 2010 |
| --- | --- |
| Court Fees | $58.00 |
| Messenger Services and Overnight Mail | $47.30 |
| Parking | $61.38 |
| Travel - Meals | $35.51 |
| Travel | $2,040.08 |
| Totals: | $2,242.27 |

Exhibit C

List of Itemized Expenses
(August 1, 2010 - August 20, 2010)

| Transaction ID | Date | Quantity | Price | Amount | Activity Code | Description |
|---|---|---|---|---|---|---|
| 508852 | 8/13/2010 | 1 | $35.51 | $35.51 | Meals | Meals - lunch with K. Klee and N. Nastasi at the Grillroom, 7/8/10 |
| 508853 | 8/13/2010 | 1 | $61.38 | $61.38 | Parking | Parking for K. Klee at LAX for trip to Chicago re Tribune, 7/9/10 |
| 508854 | 8/13/2010 | 1 | $1,694.96 | $1,694.96 | Other travel | K. Klee's stay at the Renaissance Hotel in Chicago re Tribune, 7/6-9, 2010 |
| 508855 | 8/13/2010 | 1 | $128.06 | $128.06 | Other travel | Transportation for K. Klee to JFK Airport re Tribune, 7/2/10 |
| 508856 | 8/13/2010 | 1 | $105.47 | $105.47 | Other travel | Transportation for K. Klee from 1500 Market Street to Philadelphia Airport re Tribune, 7/9/10 |
| 508857 | 8/13/2010 | 1 | $111.59 | $111.59 | Other travel | Transportation for K. Klee from Philadelphia Airport to 1500 Market Street re Tribune, 7/9/10 |
| 509095 | 8/17/2010 | 1 | $58.00 | $58.00 | Court Fee | Court Fees - CourtCall appearance for K. Klee, 8/11/10 |
| 509108 | 8/17/2010 | 1 | $47.30 | $47.30 | Messenger | Outside Messenger Service - FedEx delivery from KTBS to KTBS (package while traveling re Tribune) 7/7/10 |
| Total: |  |  |  | $2,242.27 |  |  |