IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>**Related to Docket Nos. 5572, 5582 and 5584**<br><br>**Objection Deadline: September 21, 2010 @ 4:00 p.m.**<br>**Hearing Date: October 22, 2010 at 2:00 p.m.** |

## NOTICE OF HEARING ON FINAL FEE APPLICATIONS
## OF EXAMINER AND CERTAIN OF HIS PROFESSIONALS

PLEASE TAKE NOTICE that on August 31, 2010, Saul Ewing LLP, Klee Tuchin Bogdanoff & Stern LLP and Kenneth N. Klee, Esq., the Examiner (collectively the "Applicants"), filed the following fee applications with the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); FOII/M Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WCCT, Inc. f/k/a WTXX, Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1. **Fourth Monthly and Final Fee Application of Saul Ewing LLP, Counsel to Kenneth N. Klee, Esq., the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2010 through August 30, 2010 and May 1, 2010 through August 30, 2010, Respectively** [Docket No. 5572] (the "SE Fee Application"). The SE Fee Application seeks the approval of payment (a) for the interim period from August 1, 2010 through August 30, 2010 in the amount of $39,324.50 for professional services rendered and $68,291.13 for reimbursement for actual and necessary costs; (b) for the final period from May 1, 2010 through August 30, 2010 in the amount of $3,273,373.50 for professional services rendered and $185,412.76 for reimbursement for actual and necessary costs; and (3) certain additional amounts.[2]

2. **Final Application of Klee, Tuchin, Bogdanoff & Stern LLP for Compensation and Reimbursement of Expenses as Counsel to Kenneth N. Klee, the Examiner, for the Period April 30, 2010 through August 20, 2010** [Docket No. 5582] (the "KTB&S Fee Application"). The KTB&S Fee Application seeks final approval and payment of fees for services rendered during the period from April 30, 2010 through August 20, 2010 in the amount of $4,411,195.25 and reimbursement for actual and necessary costs in the amount of $74,927.81, plus certain additional amounts.[2]

3. **Final Application of Kenneth N. Klee, the Examiner, for Compensation and Reimbursement of Expenses for the Period April 30, 2010 through August 20, 2010** [Docket No. 5584] (the "Examiner Fee Application"). The Examiner Fee Application seeks final approval and payment of fees for services rendered during the period from April 30, 2010 through August 20, 2010 in the amount of $663,292.50 and reimbursement for actual and necessary costs in the amount of $27,422.93, plus certain additional amounts.[2]

You are required to file an objection ("Objection"), if any, to the Fee Applications with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **September 21, 2010 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline"). At the same time, you must also serve a copy of the Objection upon the undersigned so as to be received by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that a hearing on the Fee Applications will be held on **October 22, 2010 at 2:00 p.m.** before the Honorable Kevin J. Carey, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, DE 19801.

---

[2] The Applicants intend to file one or more supplements to their Final Applications to add (a) time and expenses incurred in connection with filing and prosecution of their Final Applications (including responding to any objections thereto); and (b) additional expenses for which the Applicants do not yet have complete or final information, including, but not limited to, telephone expenses, Federal Express charges, transcript charges and Pacer services.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE FEE APPLICATIONS WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 31, 2010                Respectfully Submitted,

                                        KLEE TUCHIN BOGDANOFF & STERN LLP

                                        Lee R. Bogdanoff (CA. Bar No. 119542)
                                        Martin R. Barash (CA Bar No. 162314)
                                        1999 Avenue of the Stars, 39th Floor
                                        Los Angeles, CA 90067-6059
                                        Telephone (310) 407-4000
                                        Facsimile (305) 407-9090

                                        *Counsel to the Examiner*

                                        and

                                        SAUL EWING LLP

                                        /s/ Mark Minuti
                                        _____
                                        Mark Minuti (Bar No. 2659)
                                        222 Delaware Avenue, Suite 1200
                                        P.O. Box 1266
                                        Wilmington, DE 19899
                                        Telephone: (302) 421-6840
                                        Facsimile: (302) 421-5873
                                        Email: mminuti@saul.com

                                        *Delaware Counsel to the Examiner*