# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mark Minuti of Saul Ewing LLP hereby certify that on September 1, 2010 service of **Certification of No Objection Regarding First Monthly Application for Compensation and Reimbursement of Expenses of Kenneth N. Klee, the Examiner, for the Period of April 30, 2010** was made on the parties on the attached service list in the manner indicated therein.

SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

*Counsel to the Examiner*

Dated: September 1, 2010

597249.1 9/1/10

## TRIBUNE COMPANY, *et al*
### Service List

**Via First Class Mail:**

*Counsel to the Debtors*
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

*United States Trustee*
David M. Klauder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

*Counsel to Creditors' Committee*
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

*Counsel to the Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.*
Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511

*Counsel to Barclays Bank PLC*
Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

*Counsel to the Debtors*
Kenneth P. Kansa, Esquire
Jillian K. Ludwig Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

*Counsel to Creditors' Committee*
Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

*Counsel to the Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.*
Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017

*Counsel to Barclays Bank PLC*
Brian Trust, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

*Fee Auditor*
John L. Decker, Esquire
c/o Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044