UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x    Chapter 11
In re:                                                       :
                                                             :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                                     :    Jointly Administered
                                                             :
                    Debtors.                                 :    Hearing Date: (Negative Notice)
------------------------------------------------------------ X    Objections Due: 08/30/10 @ 4:00 p.m.
```

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 5315

The undersigned hereby certifies that he has received no objection or other response to the **Eleventh Monthly Application of Zuckerman Spaeder LLP for Interim Allowance of Compensation and Reimbursement of Expenses** (D.I. No. 5315) dated August 9, 2010 (the "Application"). The undersigned further certifies that he has reviewed the court's docket in this case and no objection or other response to the Application appears thereon. Pursuant to the notice, objections to the application were to be served no later than 4:00 p.m. on August 30, 2010.

Dated: Wilmington, Delaware
      September 1, 2010

ZUCKERMAN SPAEDER LLP

_____
Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

Special Counsel to Official Committee
of Unsecured Creditors

2757454.1