IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | | |
|---|---|---|---|
| *In re* | : | Chapter 11 | |
| | : | Case No. 08-13141 (KJC) | |
| TRIBUNE COMPANY, *et al.,* | : | (Jointly Administered) | |
| | : | | |
| Debtors. | : | Objection Deadline: | September 1, 2010 @ 4 p.m. |
| | : | Hearing Date: | September 15, 2010 @ 11 a.m. |
| | | | *(Only if objections are filed)* |

**SUPPLEMENT TO FIRST AND FINAL FEE APPLICATION OF DAY PITNEY LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM OCTOBER 13, 2009 TO JANUARY 28, 2010, AND
APPLICATION FOR AN ORDER WAIVING THE REQUIREMENTS OF
FEE EXAMINER PROCECURES ORDER AND
INTERIM COMPENSATION PROCEDURES ORDER**

Day Pitney LLP ("Day Pitney" or "Applicant"), as counsel to the Tribune Company (the "Debtor"), hereby files this supplement to its first and final fee application (the "Fee Application"), filed on August 5, 2010 (document 5278 on the docket) and application for an order waiving the requirements of (a) the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members, entered by this Court on January 15, 2009 (the "Interim Compensation Order"), and (b) the Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications (the "Fee Examiner Order"), entered by this Court on March 19, 2009 (the "Supplement and Application"), and respectfully represents as follows:

1.  Attached hereto as Exhibit "A" are copies of the invoices that are the subject of the Fee Application, including all time entries and expenses.

2.  As set forth in the Application, Day Pitney was retained to continue representing the Debtors in certain actions after December 8, 2008, (the "Petition Date"), pursuant to the Order

83404106.1

1

Authorizing the Debtor to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business, entered by this court on January 15, 2009 (the "<u>Ordinary-Course Professional Order</u>").  The Ordinary-Course Professional Order sets a monthly cap of $10,000 for fees and expenses incurred by Day Pitney.

3. The Fee Application reflects fees and expenses incurred during the period from October 13, 2009 through and including January 28, 2010 (the "<u>Fee Application Period</u>"), during which the fees and expenses incurred by the Debtor with respect to Day Pitney's services exceeded the monthly cap. Additional invoices for fees and expenses incurred after the Petition Date that did not exceed the monthly cap have been presented to the Debtor for payment, pursuant to the Ordinary-Course Professional Order.

4. The fees requested in the Fee Application total $50,182.50.  The out-of-pocket expenses requested in the Fee Application total $1,637.63.  Additionally, the Debtor inadvertently paid the amounts set forth in the invoices attached hereto as Exhibit A, on or about June 21, 2010.

5. In light of the foregoing, Day Pitney respectfully requests that the court waive the requirements set forth in the Fee Examiner Order and the Interim Compensation Order, which would require the Fee Examiner's review of the Fee Application and the imposition of a 20% hold-back. While Day Pitney is ready to take whatever action is necessary to bring its Fee Application into compliance with the Court's orders, such actions add a needless layer of administration to what otherwise has been a simple ordinary-course professional relationship with the Debtor.

6. No objections have been filed with respect to the Fee Application.  The Debtor's counsel contacted Day Pitney shortly after the Fee Application was filed, with certain questions and concerns.  These questions and concerns have been resolved by the filing of this Supplement and Application.

7. This Supplement and Application is being served upon counsel to the Debtor, the Official Committee of General Unsecured Creditors, the Fee Examiner, and all other parties-in-interest entitled to receive this Supplement and Application.

WHEREFORE, Day Pitney respectfully requests an order:

a) waiving the application of the Fee Examiner Order and the Interim Compensation Order with respect to Day Pitney's Application;

b) approving the final allowance of $50,182.50 for compensation for professional services rendered by Day Pitney in connection with its representation of the Debtor during its chapter 11 bankruptcy case;

c) approving the reimbursement of Day Pitney's actual, out-of-pocket expenses incurred during its chapter 11 bankruptcy case in the amount of $1,637.63; and

d) granting such other or further relief as this Court deems just and proper.

Dated:  September 1, 2010              DAY PITNEY LLP

                                       By:   /s/ Scott A. Zuber
                                              Scott A. Zuber
                                              One Jefferson Road
                                              Parsippany, NJ 07054-2891
                                              Tel:  (973) 966-6300
                                              Fax:  (973) 966-1015
                                              szuber@daypitney.com