Exhibit A

# ⅊ DAY PITNEY LLP

NEW YORK  NEW JERSEY  CONNECTICUT  BOSTON  WASHINGTON, DC  WWW.DAYPITNEY.COM

PERSONAL & CONFIDENTIAL                                                    December 10, 2009
THE TRIBUNE COMPANY
ALISSA B. LIPSON
HUMAN RESOURCES COUNSEL
435 NORTH MICHIGAN AVENUE
CHICAGO,  IL  60611-4001


RE:    480054 - 057000  ADVICE REGARDING SINDLAND COMPLAINT

Tax Identification No. 06-0317480

## REMITTANCE COPY – PAYABLE UPON RECEIPT

| | |
|---|---:|
| Total For Professional Services Rendered | 8,086.50 |
| Total Disbursements | 13.80 |
| **Current Balance Invoice # 33575996** | **$ 8,100.30** |

| | |
|---|---:|
| **Unpaid Balances as of Invoice Date:** | |
| 480054 – TRIBUNE COMPANY, THE | |
| 057000 - ADVICE REGARDING SINDLAND COMPLAINT | $ 3,078.00 |
| **TOTAL AMOUNT DUE (Current invoice plus unpaid balances)** | **$ 11,178.30** |

*Amount(s) listed are associated only with the matter(s) billed on this invoice.*
*Additional matters may have unpaid balances.*
*Please disregard if payment has already been sent.*


Amount Enclosed: $ _____

Please return this Remittance Copy with your          Wire Instructions:
check made payable to:                         Please reference Bill # and/or Client/Matter number
**Day Pitney LLP**                              Bank of America, NA  Hartford, CT    ABA#026009593
P.O. Box 33300                                 Day Pitney Account  #9409142259
Hartford, CT  06150-3300

Questions regarding past due invoices, call: (973) 966-8186

# ₧ DAY PITNEY LLP

NEW YORK  NEW JERSEY  CONNECTICUT  BOSTON  WASHINGTON, DC  WWW.DAYPITNEY.COM

December 10, 2009
Invoice: 33575996

PERSONAL & CONFIDENTIAL
THE TRIBUNE COMPANY
ALISSA B. LIPSON
HUMAN RESOURCES COUNSEL
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611-4001

Tax Identification No. 06-0317480

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period through November 30, 2009, including:

**ADVICE REGARDING SINDLAND COMPLAINT  (480054-057000)**
**YOUR FILE # 9000-700250-80560**

| <u>Date</u> | <u>Description</u> | <u>Name</u> | <u>Hours</u> |
|------|-------------|------|-------|
| 11/02/2009 | Review e-mail from A. Lipson regarding B. Rockstroh affidavit; respond to same | Salazar-Austin, D | 0.2 |
| 11/06/2009 | Review and comment on Stewart position statement, answer; e-mails to/from A. Lipson regarding same | Chavey, V | 1.1 |
| 11/06/2009 | Review draft answer and position statement in preparation for drafting affidavit | Salazar-Austin, D | 0.5 |
| 11/09/2009 | E-mails to/from A. Lipson regarding fact-finding conference | Chavey, V | 0.4 |
| 11/09/2009 | Draft e-mail to B. Rockstroh regarding affidavit; draft e-mail to A. Lipson regarding affidavit | Salazar-Austin, D | 0.3 |
| 11/11/2009 | E-mails to/from A. Lipson regarding interviews with other anchors regarding Stewart response | Chavey, V | 0.2 |
| 11/11/2009 | Review S. Sindland answer and position statement in preparation for meeting with B. Rockstroh; begin to outline affidavit; draft e-mails to B. Rockstroh regarding scheduling of meeting | Salazar-Austin, D | 3.5 |

Day Pitney LLP

Invoice: 33575996

Page: 2

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 11/12/2009 | Meet with B. Rockstroh regarding affidavit; prepare for same | Salazar-Austin, D | 5.1 |
| 11/13/2009 | Draft B. Rockstroh affidavit | Salazar-Austin, D | 2.5 |
| 11/17/2009 | Further draft B. Rockstroh affidavit | Salazar-Austin, D | 3.4 |
| 11/18/2009 | Finalize draft of B. Rockstroh affidavit | Salazar-Austin, D | 1.3 |
| 11/19/2009 | Review and revise affidavit of B. Rockstroh; study of prior submissions regarding same | Chavey, V | 0.9 |
| 11/19/2009 | Draft and edit B. Rockstroh affidavit | Salazar-Austin, D | 1.3 |
| 11/20/2009 | Draft e-mails to A. Lipson and B. Rockstroh regarding affidavit; review e-mails from A. Lipson regarding same | Salazar-Austin, D | 0.2 |
| 11/23/2009 | Edit B. Rockstroh affidavit; draft e-mails to A. Lipson regarding same | Salazar-Austin, D | 0.5 |
| 11/25/2009 | Revise B. Rockstroh affidavit | Chavey, V | 1.1 |
| 11/25/2009 | Further edit B. Rockstroh affidavit; call to B. Rockstroh regarding same; draft e-mails to A. Lipson and V. Chavey regarding same | Salazar-Austin, D | 2.8 |

| Summary of Hours | Rank | Hours | Rate | Amount |
|------------------|------|-------|------|--------|
| Victoria Woodin Chavey | Partner | 3.7 | $ 405 | $ 1,498.50 |
| David C. Salazar-Austin | Associate | 21.6 | 305 | 6,588.00 |
| **Total** | | 25.3 | | $ 8,086.50 |
| | | | Matter Fee | $ 8,086.50 |

**Matter Disbursement Summary**

| | | |
|---|---|---|
| Photocopying - 69 copies at 0.20 cents per copy | | $ 13.80 |
| | | $ 13.80 |
| | Matter Disbursements | $ 13.80 |

Day Pitney LLP

| | |
|---|---|
| Total For Professional Services Rendered | 8,086.50 |
| Total Disbursements | 13.80 |
| **Total Bill** | $ 8,100.30 |

# ⫘ DAY PITNEY LLP

NEW YORK  NEW JERSEY  CONNECTICUT  BOSTON  WASHINGTON, DC  WWW.DAYPITNEY.COM

PERSONAL & CONFIDENTIAL                                          December 10, 2009
THE TRIBUNE COMPANY
ALISSA B. LIPSON
HUMAN RESOURCES COUNSEL
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611-4001


RE:    480054 - 057010  GEORGE GOMBOSSY

Tax Identification No. 06-0317480

## REMITTANCE COPY – PAYABLE UPON RECEIPT

| | |
|---|---:|
| Total For Professional Services Rendered | 11,776.00 |
| Total Disbursements | 67.07 |
| **Current Balance Invoice # 33575998** | **$ 11,843.07** |

| | |
|---|---:|
| **Unpaid Balances as of Invoice Date:** | |
| 480054 – TRIBUNE COMPANY, THE | |
| 057010 - GEORGE GOMBOSSY | $ 13,132.79 |
| **TOTAL AMOUNT DUE (Current invoice plus unpaid balances)** | **$ 24,975.86** |

*Amount(s) listed are associated only with the matter(s) billed on this invoice.*
*Additional matters may have unpaid balances.*
*Please disregard if payment has already been sent.*


Amount Enclosed: $ _____

Please return this Remittance Copy with your          Wire Instructions:
check made payable to:                        Please reference Bill # and/or Client/Matter number
**Day Pitney LLP**                         Bank of America, NA  Hartford, CT    ABA#026009593
P.O. Box 33300                              Day Pitney Account  #9409142259
Hartford, CT  06150-3300

Questions regarding past due invoices, call: (973) 966-8186

# ⊞ DAY PITNEY LLP

NEW YORK  NEW JERSEY  CONNECTICUT  BOSTON  WASHINGTON, DC  WWW.DAYPITNEY.COM

December 10, 2009
Invoice: 33575998

PERSONAL & CONFIDENTIAL
THE TRIBUNE COMPANY
ALISSA B. LIPSON
HUMAN RESOURCES COUNSEL
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611-4001

Tax Identification No. 06-0317480

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period through November 30, 2009, including:

**GEORGE GOMBOSSY  (480054-057010)**
**YOUR FILE # 15001 700250-81500**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 10/13/2009 | Study of materials received from client regarding background of termination | Chavey, V | 0.8 |
| 11/03/2009 | Further preparation for and meeting with J. Levine; follow-up e-mail regarding same | Chavey, V | 2.9 |
| 11/03/2009 | Prepare for meeting with J. Levine; meet with J. Levine and V. Chavey regarding G. Gombossy complaint | Salazar-Austin, D | 2.7 |
| 11/04/2009 | Draft motion to strike; research regarding same | Salazar-Austin, D | 5.8 |
| 11/05/2009 | Further draft motion to strike and research regarding same; review amended complaint; draft e-mail to A. Lipson regarding same | Salazar-Austin, D | 2.9 |
| 11/09/2009 | Draft and edit motion to strike; research regarding same; draft e-mail to V. Chavey regarding same | Salazar-Austin, D | 7.8 |
| 11/10/2009 | Review and revise motion to strike; study of cases regarding same | Chavey, V | 1.4 |

Day Pitney LLP

Invoice: 33575998
Page: 2

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 11/10/2009 | Draft motion to strike; research regarding same | Salazar-Austin, D | 2.6 |
| 11/11/2009 | Further review and revise draft motion to strike; e-mails with A. Lipson regarding same; telephone call from plaintiff's counsel's office regarding discovery responses, deposition; e-mails with clients regarding same; create updated draft of motion to strike, incorporating comments | Chavey, V | 1.9 |
| 11/12/2009 | Study of plaintiff's website; preparation for deposition of plaintiff; e-mail A. Lipson | Chavey, V | 0.6 |
| 11/16/2009 | Study of additional blog posts; e-mail to/from A. Lipson regarding same; final review and revise of motion to strike; e-mail clients regarding same | Chavey, V | 0.9 |
| 11/17/2009 | Final edit of memorandum in support of motion to strike; draft e-mail to A. Lipson regarding same; draft motion to strike; prepare motion and memorandum for filing | Salazar-Austin, D | 1.4 |
| 11/18/2009 | Review plaintiff's blog entries | Chavey, V | 0.3 |
| 11/19/2009 | Study of blog entry regarding motion to strike | Chavey, V | 0.2 |
| 11/23/2009 | Study of new material on blog; e-mail A. Lipson regarding same; study of e-mails regarding new consumer reporter hiring | Chavey, V | 0.8 |
| 11/24/2009 | Confer regarding postponement of deposition; telephone conference with A. Lipson regarding same; revise e-mail regarding same | Chavey, V | 0.4 |
| 11/24/2009 | Meet with V. Chavey regarding protective order and G. Gombossy replacement; call to clerk's office regarding CLD application; call from J. Garrison's office regarding depositions and motion to strike; call to A. Lipson regarding same; draft e-mail to A. Lipson regarding decision to proceed with depositions | Salazar-Austin, D | 1.2 |
| 11/30/2009 | Telephone conference with L. Delucia regarding meeting | Chavey, V | 0.2 |
| 11/30/2009 | Prepare for witness interviews | Salazar-Austin, D | 0.4 |

Day Pitney LLP

Invoice: 33575998

Page: 3

| Summary of Hours | Rank | Hours | Rate | Amount |
|---|---|---|---|---|
| Victoria Woodin Chavey | Partner | 10.4 | $ 405 | $ 4,212.00 |
| David C. Salazar-Austin | Associate | 24.8 | 305 | 7,564.00 |
| **Total** | | 35.2 | | $ 11,776.00 |
| | | | Matter Fee | $ 11,776.00 |

**Matter Disbursement Summary**

| | |
|---|---|
| Photocopying - 135 copies at 0.20 cents per copy | $ 27.00 |
| Postage | 11.21 |
| United Parcel Service | 28.86 |
| | $ 67.07 |
| Matter Disbursements | $ 67.07 |

| | |
|---|---|
| Total For Professional Services Rendered | 11,776.00 |
| Total Disbursements | 67.07 |
| **Total Bill** | $ 11,843.07 |

# DAY PITNEY LLP

NEW YORK  NEW JERSEY  CONNECTICUT  BOSTON  WASHINGTON, DC  WWW.DAYPITNEY.COM

PERSONAL & CONFIDENTIAL                                                    January 14, 2010
THE TRIBUNE COMPANY
ALISSA B. LIPSON
HUMAN RESOURCES COUNSEL
435 NORTH MICHIGAN AVENUE
CHICAGO,  IL  60611-4001


RE:     480054 - 057000  ADVICE REGARDING SINDLAND COMPLAINT

Tax Identification No. 06-0317480

## REMITTANCE COPY – PAYABLE UPON RECEIPT

| | |
|---|---:|
| Total For Professional Services Rendered | 933.50 |
| Total Disbursements | 156.60 |
| **Current Balance Invoice # 33579685** | **$ 1,090.10** |

| | |
|---|---:|
| **Unpaid Balances as of Invoice Date:** | |
| 480054 – TRIBUNE COMPANY, THE | |
| 057000 - ADVICE REGARDING SINDLAND COMPLAINT | $ 11,178.30 |
| **TOTAL AMOUNT DUE (Current invoice plus unpaid balances)** | **$ 12,268.40** |

*Amount(s) listed are associated only with the matter(s) billed on this invoice.
Additional matters may have unpaid balances.
Please disregard if payment has already been sent.*

Amount Enclosed: $ _____

| | |
|---|---|
| Please return this Remittance Copy with your | Wire Instructions: |
| check made payable to: | Please reference Bill # and/or Client/Matter number |
| **Day Pitney LLP** | Bank of America, NA  Hartford, CT    ABA#026009593 |
| P.O. Box 33300 | Day Pitney Account #9409142259 |
| Hartford, CT  06150-3300 | |

Questions regarding past due invoices, call: (973) 966-8186

# ⓖ DAY PITNEY LLP

NEW YORK  NEW JERSEY  CONNECTICUT  BOSTON  WASHINGTON, DC  WWW.DAYPITNEY.COM

January 14, 2010
Invoice: 33579685

PERSONAL & CONFIDENTIAL
THE TRIBUNE COMPANY
ALISSA B. LIPSON
HUMAN RESOURCES COUNSEL
435 NORTH MICHIGAN AVENUE
CHICAGO, IL  60611-4001

Tax Identification No. 06-0317480

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the
period through December 31, 2009, including:

**ADVICE REGARDING SINDLAND COMPLAINT  (480054-057000)**
**YOUR FILE # 9000-700250-80560**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 12/02/2009 | Edit B. Rockstroh affidavit; draft e-mail to H. Patz regarding same; draft e-mail to B. Rockstroh regarding same | Salazar-Austin, D | 0.8 |
| 12/11/2009 | Draft e-mails to B. Rockstroh regarding affidavit | Salazar-Austin, D | 0.2 |
| 12/17/2009 | Draft e-mails to A. Lipson and J. Levine regarding affidavit; call to B. Rockstroh regarding same; edit affidavit | Salazar-Austin, D | 0.4 |
| 12/18/2009 | Draft e-mails to A. Lipson and J. Levine regarding affidavit | Salazar-Austin, D | 0.2 |
| 12/23/2009 | E-mail exchange with A. Lipson regarding R. Stewart conversation with A. Mattison, next steps regarding same | Chavey, V | 0.4 |
| 12/26/2009 | E-mails with A. Lipson regarding communication with A. Mattison | Chavey, V | 0.2 |
| 12/30/2009 | Study of letter from R. Stewart counsel in response to CHRO answer; e-mails to/from A. Jubelirer regarding | Chavey, V | 0.5 |

Day Pitney LLP

Invoice: 33579685
Page: 2

| **Date** | **Description** | **Name** | **Hours** |
|---|---|---|---|
| | same | | |

| **Summary of Hours** | **Rank** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Victoria Woodin Chavey | Partner | 1.1 | $ 405 | $ 445.50 |
| David C. Salazar-Austin | Associate | 1.6 | 305 | 488.00 |
| **Total** | | 2.7 | | $ 933.50 |
| | | | Matter Fee | $ 933.50 |

**Matter Disbursement Summary**

| Photocopying - 783 copies at 0.20 cents per copy | $ 156.60 |
|---|---|
| | $ 156.60 |
| Matter Disbursements | $ 156.60 |

| Total For Professional Services Rendered | 933.50 |
|---|---|
| Total Disbursements | 156.60 |
| **Total Bill** | $ 1,090.10 |

# ⅊ DAY PITNEY LLP

NEW YORK  NEW JERSEY  CONNECTICUT  BOSTON  WASHINGTON, DC  WWW.DAYPITNEY.COM

PERSONAL & CONFIDENTIAL                                             January 14, 2010
THE TRIBUNE COMPANY
ALISSA B. LIPSON
HUMAN RESOURCES COUNSEL
435 NORTH MICHIGAN AVENUE
CHICAGO, IL  60611-4001


RE:    480054 - 057010  GEORGE GOMBOSSY

Tax Identification No. 06-0317480

## REMITTANCE COPY – PAYABLE UPON RECEIPT

| | |
|---|---:|
| Total For Professional Services Rendered | 15,412.50 |
| Total Disbursements | 72.54 |
| **Current Balance Invoice # 33579686** | **$ 15,485.04** |

| | |
|---|---:|
| **Unpaid Balances as of Invoice Date:** | |
| 480054 – TRIBUNE COMPANY, THE | |
| 057010 - GEORGE GOMBOSSY | $ 24,975.86 |
| **TOTAL AMOUNT DUE (Current invoice plus unpaid balances)** | **$ 40,460.90** |

*Amount(s) listed are associated only with the matter(s) billed on this invoice.*
*Additional matters may have unpaid balances.*
*Please disregard if payment has already been sent.*


Amount Enclosed: $ _____

Please return this Remittance Copy with your            Wire Instructions:
check made payable to:                          Please reference Bill # and/or Client/Matter number
**Day Pitney LLP**                          Bank of America, NA  Hartford, CT   ABA#026009593
P.O. Box 33300                              Day Pitney Account #9409142259
Hartford, CT  06150-3300

Questions regarding past due invoices, call: (973) 966-8186

# ⌘ DAY PITNEY LLP

NEW YORK  NEW JERSEY  CONNECTICUT  BOSTON  WASHINGTON, DC  WWW.DAYPITNEY.COM

January 14, 2010
Invoice: 33579686

PERSONAL & CONFIDENTIAL
THE TRIBUNE COMPANY
ALISSA B. LIPSON
HUMAN RESOURCES COUNSEL
435 NORTH MICHIGAN AVENUE
CHICAGO,  IL  60611-4001

Tax Identification No. 06-0317480

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period through December 31, 2009, including:

**GEORGE GOMBOSSY  (480054-057010)**
**YOUR FILE # 15001 700250-81500**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 12/01/2009 | Call to J. Garrison regarding deposition | Salazar-Austin, D | 0.1 |
| 12/02/2009 | Preparation for and meetings with N. Hazell and L. Delucia | Chavey, V | 4.9 |
| 12/02/2009 | Call from J. Garrison regarding deposition and motion to strike; draft e-mail to A. Lipson regarding same; meet with L. DeLucia and N. Hazell regarding complaint | Salazar-Austin, D | 4.6 |
| 12/03/2009 | E-mail update to A. Lipson regarding meetings with witnesses | Chavey, V | 0.3 |
| 12/04/2009 | E-mails to/from A. Lipson regarding hiring of new consumer reporter | Chavey, V | 0.4 |
| 12/08/2009 | E-mail A. Lipson regarding plaintiff's discovery responses; review same; review documents produced | Chavey, V | 1.3 |
| 12/09/2009 | E-mail A. Lipson regarding discussion with witnesses about plaintiff's demotion | Chavey, V | 0.2 |

Day Pitney LLP

Invoice: 33579686
Page: 2

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 12/11/2009 | Draft protective order; draft e-mail to V. Chavey regarding same | Salazar-Austin, D | 1.5 |
| 12/13/2009 | Study of underlying documents; preparation for plaintiff's deposition | Chavey, V | 1.2 |
| 12/14/2009 | Review and revise protective order to use in discovery; e-mails to/from A. Lipson regarding plaintiff's deposition | Chavey, V | 0.5 |
| 12/16/2009 | Preparation for plaintiff's deposition; study of notes of witness meetings regarding same; telephone conference with J. Levine, A. Lipson regarding deposition | Chavey, V | 1.4 |
| 12/17/2009 | Assist in preparation for G. Gombossy deposition | Salazar-Austin, D | 0.2 |
| 12/18/2009 | Preparation for plaintiff's deposition; identification of documents to use | Chavey, V | 1.2 |
| 12/18/2009 | Research regarding G. Gombossy's possible assertion of privilege during deposition; draft e-mail to V. Chavey summarizing research | Salazar-Austin, D | 1.2 |
| 12/19/2009 | Further preparation for G. Gombossy deposition; further review of documents to use as exhibits and for cross-examination | Chavey, V | 2.4 |
| 12/20/2009 | Further preparation for deposition of plaintiff; create deposition outline; identify areas for cross-examination; study of current blog, Sleepy's information, Better Business Bureau information, and other matters to use in deposition | Chavey, V | 7.2 |
| 12/21/2009 | Meeting with clients; deposition of plaintiff; telephone conference with clients to review testimony | Chavey, V | 9.1 |
| 12/21/2009 | Assist in preparation for G. Gombossy deposition; attend portions of deposition; review document production in response to portion of testimony | Salazar-Austin, D | 2.3 |
| 12/29/2009 | E-mails regarding scheduling second day of plaintiff's deposition; telephone call to J. Garrison regarding same | Chavey, V | 0.2 |
| 12/30/2009 | Telephone conference with J. Garrison regarding continued deposition; e-mails to/from clients regarding same | Chavey, V | 0.3 |

Day Pitney LLP

Invoice: 33579686

Page: 3

| Summary of Hours | Rank | Hours | Rate | Amount |
|---|---|---|---|---|
| Victoria Woodin Chavey | Partner | 30.6 | $ 405 | $ 12,393.00 |
| David C. Salazar-Austin | Associate | 9.9 | 305 | 3,019.50 |
| **Total** | | 40.5 | | $  15,412.50 |
| | | | Matter Fee | $ 15,412.50 |

**Matter Disbursement Summary**

| | | |
|---|---|---|
| Photocopying - 335 copies at 0.20 cents per copy | $ 67.00 | |
| Postage | 5.54 | |
| | $ 72.54 | |
| Matter Disbursements | | $ 72.54 |

| | |
|---|---|
| Total For Professional Services Rendered | 15,412.50 |
| Total Disbursements | 72.54 |
| **Total Bill** | $ 15,485.04 |

# ⌂ DAY PITNEY LLP

NEW YORK  NEW JERSEY  CONNECTICUT  BOSTON  WASHINGTON, DC  WWW.DAYPITNEY.COM

PERSONAL & CONFIDENTIAL                                          February 8, 2010
THE TRIBUNE COMPANY
ALISSA B. LIPSON
HUMAN RESOURCES COUNSEL
435 NORTH MICHIGAN AVENUE
CHICAGO,  IL  60611-4001

RE:     480054 - 057000  ADVICE REGARDING SINDLAND COMPLAINT

Tax Identification No. 06-0317480

## REMITTANCE COPY – PAYABLE UPON RECEIPT

| | |
|---|---:|
| Total For Professional Services Rendered | 13,062.50 |
| Total Disbursements | 80.80 |
| **Current Balance Invoice # 33582626** | **$ 13,143.30** |

---

**Unpaid Balances as of Invoice Date:**

| | |
|---|---:|
| 480054 – TRIBUNE COMPANY, THE | |
| 057000 - ADVICE REGARDING SINDLAND COMPLAINT | $ 12,268.40 |
| **TOTAL AMOUNT DUE (Current invoice plus unpaid balances)** | **$ 25,411.70** |

*Amount(s) listed are associated only with the matter(s) billed on this invoice.*
*Additional matters may have unpaid balances.*
*Please disregard if payment has already been sent.*

Amount Enclosed: $ _____

Please return this Remittance Copy with your          Wire Instructions:
check made payable to:                        Please reference Bill # and/or Client/Matter number
**Day Pitney LLP**                        Bank of America, NA  Hartford, CT   ABA#026009593
P.O. Box 33300                            Day Pitney Account  #9409142259
Hartford, CT  06150-3300

Questions regarding past due invoices, call: (973) 966-8186

 **DAY PITNEY** LLP

NEW YORK  NEW JERSEY  CONNECTICUT  BOSTON  WASHINGTON, DC  WWW.DAYPITNEY.COM

February 8, 2010
Invoice: 33582626

PERSONAL & CONFIDENTIAL
THE TRIBUNE COMPANY
ALISSA B. LIPSON
HUMAN RESOURCES COUNSEL
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611-4001

Tax Identification No. 06-0317480

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period through January 31, 2010, including:

**ADVICE REGARDING SINDLAND COMPLAINT  (480054-057000)**
**YOUR FILE # 9000-700250-80560**

| <u>Date</u> | <u>Description</u> | <u>Name</u> | <u>Hours</u> |
|---|---|---|---|
| 01/04/2010 | Telephone conference with A. Zakrewski regarding factfinding, mediation; e-mail A. Lipson regarding same | Chavey, V | 1.1 |
| 01/04/2010 | Respond to e-mails from V. Chavey regarding fact-finding; confer with V. Chavey regarding same; review e-mails from A. Jubelirer regarding same | Salazar-Austin, D | 0.3 |
| 01/06/2010 | Study of K. Venit affidavit and e-mail comments to A. Lipson | Chavey, V | 0.4 |
| 01/07/2010 | Study of affidavits from witnesses; e-mails to/from A. Jubelirer regarding same | Chavey, V | 0.4 |
| 01/12/2010 | E-mail to/from A. Lipson regarding factfinding conference, confidentiality issues | Chavey, V | 0.3 |
| 01/13/2010 | Review and comment on draft affidavit of A. Mattison; e-mail A. Lipson regarding same | Chavey, V | 0.4 |
| 01/13/2010 | Review documents related to S. Christensen complaint; compare notes of H. Patz meeting with B. | Salazar-Austin, D | 0.7 |

Day Pitney LLP

Invoice: 33582626

Page: 2

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| | Rockstroh to affidavit; draft e-mail to V. Chavey regarding same | | |
| 01/15/2010 | Study of affidavits from witnesses; e-mails to/from A. Jubelirer regarding personnel decisions regarding witnesses to testify at factfinding conference | Chavey, V | 0.8 |
| 01/20/2010 | Preparation for Sindland factfinding conference; study of documents received from client; follow-up with investigator regarding conference; e-mail A. Jubelirer regarding same | Chavey, V | 1.6 |
| 01/24/2010 | Preparation for witness interviews; review background materials; identify topics to cover, questions for complainant | Chavey, V | 2.6 |
| 01/25/2010 | Further preparation for witness meetings; study of background materials regarding same | Chavey, V | 2.8 |
| 01/26/2010 | Preparation for and meeting with witnesses to prepare for CHRO fact-finding conference | Chavey, V | 5.1 |
| 01/27/2010 | Preparation of witnesses for fact-finding conference | Chavey, V | 8.6 |
| 01/28/2010 | Attendance at factfinding conference at CHRO; follow-up call with clients | Chavey, V | 7.4 |

| Summary of Hours | Rank | Hours | Rate | Amount |
|------------------|------|-------|------|--------|
| Victoria Woodin Chavey | Partner | 31.5 | $ 405 | $ 12,757.50 |
| David C. Salazar-Austin | Associate | 1.0 | 305 | 305.00 |
| **Total** | | 32.5 | | $ 13,062.50 |
| | | | Matter Fee | $ 13,062.50 |

**Matter Disbursement Summary**

| | | |
|---|---|---|
| Photocopying - 404 copies at 0.20 cents per copy | $ 80.80 | |
| | $ 80.80 | |
| | Matter Disbursements | $ 80.80 |

Day Pitney LLP

Invoice: 33582626
Page: 3

| | |
|---|---|
| Total For Professional Services Rendered | 13,062.50 |
| Total Disbursements | 80.80 |
| **Total Bill** | $ 13,143.30 |

# ⊞ DAY PITNEY LLP

NEW YORK  NEW JERSEY  CONNECTICUT  BOSTON  WASHINGTON, DC  WWW.DAYPITNEY.COM

PERSONAL & CONFIDENTIAL                                              February 8, 2010
THE TRIBUNE COMPANY
ALISSA B. LIPSON
HUMAN RESOURCES COUNSEL
435 NORTH MICHIGAN AVENUE
CHICAGO,  IL  60611-4001

RE:      480054 - 057010  GEORGE GOMBOSSY

Tax Identification No. 06-0317480

## REMITTANCE COPY – PAYABLE UPON RECEIPT

| | |
|---|---:|
| Total For Professional Services Rendered | 911.50 |
| Total Disbursements | 1,429.42 |
| **Current Balance Invoice # 33582627** | **$ 2,340.92** |

| | |
|---|---:|
| **Unpaid Balances as of Invoice Date:** | |
| 480054 – TRIBUNE COMPANY, THE | |
| 057010 - GEORGE GOMBOSSY | $ 40,460.90 |
| **TOTAL AMOUNT DUE (Current invoice plus unpaid balances)** | **$ 42,801.82** |

*Amount(s) listed are associated only with the matter(s) billed on this invoice.*
*Additional matters may have unpaid balances.*
*Please disregard if payment has already been sent.*

Amount Enclosed: $ _____

Please return this Remittance Copy with your          Wire Instructions:
check made payable to:                                Please reference Bill # and/or Client/Matter number
**Day Pitney LLP**                                    Bank of America, NA  Hartford, CT   ABA#026009593
P.O. Box 33300                                        Day Pitney Account #9409142259
Hartford, CT  06150-3300

Questions regarding past due invoices, call: (973) 966-8186

# DAY PITNEY LLP

NEW YORK  NEW JERSEY  CONNECTICUT  BOSTON  WASHINGTON, DC  WWW.DAYPITNEY.COM

PERSONAL & CONFIDENTIAL
THE TRIBUNE COMPANY
ALISSA B. LIPSON
HUMAN RESOURCES COUNSEL
435 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611-4001

February 8, 2010
Invoice: 33582627

Tax Identification No. 06-0317480

**FOR PROFESSIONAL SERVICES RENDERED** in the below captioned matter(s) for the period through January 31, 2010, including:

**GEORGE GOMBOSSY  (480054-057010)**
**YOUR FILE # 15001 700250-81500**

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 01/05/2010 | E-mails to/from A. Jubelirer regarding consumer reporter position | Chavey, V | 0.4 |
| 01/06/2010 | E-mails with clients regarding new consumer reporter position | Chavey, V | 0.2 |
| 01/11/2010 | Telephone conference with V. Chow regarding any Gombossy agreement regarding demotion to consumer position; e-mail A. Lipson regarding same | Chavey, V | 0.4 |
| 01/12/2010 | Telephone conference with J. Garrison regarding documents needed for plaintiff's continued deposition; e-mail A. Lipson regarding same | Chavey, V | 0.4 |
| 01/12/2010 | Call to clerk's office regarding CLD application | Salazar-Austin, D | 0.2 |
| 01/15/2010 | Schedule continued deposition of plaintiff; e-mails regarding same | Chavey, V | 0.2 |
| 01/25/2010 | Study of supplemental discovery responses from plaintiff | Chavey, V | 0.5 |

Day Pitney LLP

| Summary of Hours | Rank | Hours | Rate | Amount |
|---|---|---|---|---|
| Victoria Woodin Chavey | Partner | 2.1 | $ 405 | $ 850.50 |
| David C. Salazar-Austin | Associate | 0.2 | 305 | 61.00 |
| **Total** | | 2.3 | | $ 911.50 |
| | | | Matter Fee | $ 911.50 |

**Matter Disbursement Summary**

| | |
|---|---|
| Photocopying - 100 copies at 0.20 cents per copy | $ 20.00 |
| Pacer Charges | 6.64 |
| Postage | 5.54 |
| Deposition/Transcripts Vendor: Sanders, Gale & Russell; Invoice#: 34913S; Date: 12/30/2009  -  Transcript From Deposition Of George Gombossy, 12/21/09 | 1,397.24 |
| | 1,429.42 |
| Matter Disbursements | $ 1,429.42 |

| | |
|---|---|
| Total For Professional Services Rendered | 911.50 |
| Total Disbursements | 1,429.42 |
| **Total Bill** | $ 2,340.92 |