## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.,* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

### CERTIFICATE OF SERVICE

Karen S. Clancy-Boy, of full age, hereby certifies as follows:

1. I am a paralegal employed by the firm of Day Pitney LLP. My business address is 242 Trumbull Street, Hartford, Connecticut.

2. On September 2, 2010, I electronically filed the following documents with the United States Bankruptcy Court for the District of Delaware which documents were served on all parties entitled to receive electronic notice as indicated below:

   a. Supplement to First and Final Fee Application of Day Pitney LLP For Compensation and Reimbursement of Expenses For The Period From October 13, 2009 to January 28, 2010 and Application for an order Waiting the Requirements of Fee Examiner Procedures Order and Interim Compensation Procedures Order and Exhibit A thereto.

3. Also on this date, in accordance with Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure and Rules 2002-1(b) and 9006-1(c)(i) of the Local Rules of Bankruptcy Procedure, I caused copies of the aforementioned to be served upon the parties indicated below via First-Class Mail, postage prepaid.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Karen S. Clancy-Boy
KAREN S. CLANCY-BOY

Dated: September 2, 2010

42146408.1

**SERVICE LIST**

**SERVED VIA ECF ON 8/5/10:**

Michael S. Amato on behalf of Creditor Esther Rhein
mamato@rmfpc.com

Frank A. Anderson on behalf of Creditor Pension Benefit Guaranty Corporation
anderson.frank@pbgc.gov, efile@pbgc.gov

Thomas V. Askounis on behalf of Creditor Banc of America Leasing & Capital, LLC
taskounis@askounisdarcy.com

Jean-Marie L. Atamian on behalf of Interested Party Barclays Bank PLC
jatamian@mayerbrown.com

John M. August on behalf of Creditor Canon U.S.A., Inc.
jaugust@herrick.com, courtnotices@herrick.com

Mary E. Augustine on behalf of Interested Party Cantigny Foundation
maugustine@bglawde.com

Allison R Axenrod on behalf of Creditor Claims Recovery Group LLC
allison@claimsrecoveryllc.com, rob@claimsrecoveryllc.com

Cynthia Moh Baldwin on behalf of the Official Committee of Unsecured Creditors
cbaldwin@eapdlaw.com, DEbankruptcy@eapdlaw.com

Zachary J. Bancroft on behalf of Creditor Orlando Magic Ltd
zachary.bancroft@lowndes-law.com

Martin R. Barash on behalf of Examiner Kenneth Klee
mbarash@ktbslaw.com, kelliott@ktbslaw.com

Ian Connor Bifferato on behalf of Defendant Corie Brown
cbifferato@bifferato.com, dfeinberg@lewisfeinberg.com

Mark M. Billion on behalf of Interested Party CenterPoint Energy Services, Inc.
mbillion@pszjlaw.com

Danielle S. Blount on behalf of Interested Party Ivan Bates
dblount@foxrothschild.com, dkemp@foxrothschild.com

William Pierce Bowden on behalf of Creditor Morgan Stanley Capital Services Inc.
wbowden@ashby-geddes.com

Robert S. Brady on behalf of Interested Party Credit Agreement Lenders
bankfilings@ycst.com

Patrick M. Brannigan on behalf of Interested Party JPMorgan Chase Bank, N.A.
pbrannigan@crosslaw.com

Amy D. Brown on behalf of Debtor Chicago Tribune Company
abrown@margolisedelstein.com

Rebecca L. Butcher on behalf of the Official Committee of Unsecured Creditors
butcher@lrclaw.com, rogers@lrclaw.com;adams@lrclaw.com;;dellose@lrclaw.com

David W. Carickhoff on behalf of Other Prof. EGI-TRB, L.L.C. and Samuel Zell
carickhoff@blankrome.com, senese@blankrome.com

Paul J. Catanese on behalf of Creditor The Nielsen Company (US) LLC
pcatanese@mcguirewoods.com

Camela J. Chapman on behalf of Interested Party Howard County, Maryland
cchapman@co.ho.md.us

William E. Chipman on behalf of Interested Party Barclays Bank PLC
chipman@lrclaw.com,dero@lrclaw.com,adams@lrclaw.com,rogers@lrclaw.com,panchak@lrclaw.com;dellose@lrclaw.com

Shawn M. Christianson on behalf of Creditor Oracle USA, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

M. Blake Cleary on behalf of Interested Party Credit Agreement Lenders
bankfilings@ycst.com

Tiffany Strelow Cobb on behalf of Creditor AOL Advertising Inc.
tscobb@vorys.com, cdfricke@vorys.com

Kevin G. Collins on behalf of Attorney Bifferato LLC
kcollins@bifferato.com

Andrew S. Conway on behalf of Creditor Taubman Landlords
Aconway@taubman.com

Robert L. Cook on behalf of Creditor New York State Dept. Of Taxation & Finance
robert_cook@tax.state.ny.us

Linda K Cooper on behalf of Fee Examiner Stuart Maue
l.cooper@smmj.com

L. Jason Cornell on behalf of Creditor Donna Gerhart Gutman, personal representative to the estate of E. Michael Gutman a/k/a Michael Gutman a/k/a Elliott M. Gutman
jcornell@foxrothschild.com, dkemp@foxrothschild.com

Scott D. Cousins on behalf of Interested Party Aurelius Capital Management, LP
bankruptcydel@gtlaw.com

Angie M. Cowan on behalf of Interested Party Inernational Association of Machinists Local 126 ("IAM Local 126")
cowan@ask-attorneys.com

John Louis Decker on behalf of Fee Examiner Stuart Maue
j.decker@smmj.com

John D. Demmy on behalf of Creditor The Connecticut Light and Power Company
jdd@stevenslee.com

John Patrick DiTomo on behalf of Defendant Citibank, N.A.
jditomo@paulweiss.com

John P. Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

Caroline R. Djang on behalf of Creditor LIT Finance, LP
crd@jmbm.com

Heather L. Donald on behalf of Creditor State of Michigan, Department of Treasury
donaldh@michigan.gov

Thomas F. Driscoll on behalf of Defendant Corie Brown
tdriscoll@bifferato.com

Jamie Lynne Edmonson on behalf of Interested Party GBH Investments, LLC
jedmonson@bayardlaw.com,emiranda@bayardlaw.com,unorman@bayardlaw.com,bankserve@bayardlaw.com

Michael E. Emrich on behalf of Creditor Riverside Claims, LLC.
notice@regencap.com

Margaret Fleming England on behalf of Creditor The Nielsen Company (US) LLC
mengland@eckertseamans.com, delawarebankruptcy@eckertseamans.com

Brian G. Esders on behalf of Creditor Truck Drivers & Helpers Local 355 and Health & Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund
besders@abato.com

Justin Cory Falgowski on behalf of Attorney Reed Smith LLP
jfalgowski@reedsmith.com, jfalgowski@reedsmith.com

Sherry Ruggiero Fallon on behalf of Interested Party Bedford Motor Service, Inc.
sfallon@trplaw.com

Michael J. Farnan on behalf of Examiner Kenneth Klee
mfarnan@saul.com

Mark E. Felger on behalf of Creditor Twentieth Television, Inc.
mfelger@cozen.com, mmillis@cozen.com

Adolph F. Fellmeth on behalf of Creditor Anton/Bauer
fred.fellmeth@vitecgroup.com

John V. Fiorella on behalf of Creditor Navistar Financial Corp
jfiorella@archerlaw.com, mfriedman@archerlaw.com

Norman P. Fivel on behalf of Creditor New York State Dept. Of Taxation & Finance
norman.fivel@oag.state.ny.us

Joseph D. Frank on behalf of Creditor Jones Lang LaSalle Americas (Illinois), L.P.
jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com

Jerome Bennett Friedman on behalf of Creditor Isaksen Investments, LLC
jfriedman@jbflawfirm.com, jmartinez@jbflawfirm.com

Gregg M. Galardi on behalf of Defendant Warren Beatty
debank@skadden.com;christopher.heaney@skadden.com;larry.morton@skadden.com

Patrick Theodore Garvey on behalf of Debtor Tribune Company
garveyp@jbltd.com, danelskis@jbltd.com

Yonatan Gelblum on behalf of Creditor Internal Revenue Service
yonatan.gelblum@usdoj.gov, eastern.taxcivil@usdoj.gov

Ronald S. Gellert on behalf of Creditor The Nielsen Company (US) LLC
rgellert@eckertseamans.com,
delawarebankruptcy@eckertseamans.com;rgellert@eckertseamans.com

Leonard H. Gerson on behalf of Interested Party United States Department of Labor
gerson.leonard@dol.gov

Elizabeth Sara Goldberg on behalf of Interested Party Secretary of Labor, U.S. Department of Labor

goldberg.elizabeth@dol.gov

Scott Golden on behalf of Interested Party Abitibi Bowater, Inc.
sagolden@hhlaw.com

Andrew N. Goldman on behalf of Interested Party Angelo, Gordon & Co.
andrew.goldman@wilmerhale.com,
yolande.thompson@wilmerhale.com;nancy.manzer@wilmerhale.com;louise.luongo@wilmerhale.com;eric.markus@wilmerhale.com;kathryn.bennett@wilmerhale.com;lisa.jack@wilmerhale.com;melanie.dritz@wilmerhale.com

Douglas R. Gonzales on behalf of Creditor City of Dania Beach, FL
dgonzales@wsh-law.com

Jeffrey M Gorris on behalf of Defendant Citibank, N.A.
jgorris@paulweiss.com

Donald L. Gouge on behalf of Interested Party International Brotherhood of Electrical Workers AFL-CIO Local 4
dgouge@gougelaw.com, lmartin@gougelaw.com

Virginia Whitehill Guldi on behalf of Spec. Counsel Special Counsel to the Official Committee of Unsecured Creditors
vguldi@zuckerman.com

Aaron L. Hammer on behalf of Other Prof. Mercer (US) Inc.
ahammer@freebornpeters.com, bkdocketing@freebornpeters.com

Tara Hannon on behalf of Creditor OCM Opportunities Fund VII Delaware, L.P.
thannon@loan-law.com

J. Zachary Haupt on behalf of Defendant Corie Brown
zhaupt@bifferato.com

Michael A. Henry on behalf of Debtor Tribune Company
mhenry@grossmcginley.com

Christine Zuehlke Heri on behalf of Interested Party Secretary of Labor, U.S. Department of Labor
heri-christine@dol.gov, sol-chi@dol.gov;goldberg.elizabeth@dol.gov

R. Karl Hill on behalf of Creditor Banc of America Leasing & Capital, LLC
khill@svglaw.com, cday@svglaw.com

Adam Hiller on behalf of Creditor Minimum Wage Class Claimants
ahiller@phw-law.com

Adam Hiller on behalf of Interested Party The Retirement Claimants
ahiller@phw-law.com

Adam Hiller on behalf of Interested Party The Retirement Claimants
ahiller@phw-law.com

Daniel K. Hogan on behalf of Interested Party Anthony LaMantia
dkhogan@dkhogan.com, keharvey@dkhogan.com

Jennifer R. Hoover on behalf of Creditor Wilmington Trust Company
jhoover@beneschlaw.com, ehein@beneschlaw.com;rlemisch@beneschlaw.com;jsmith@beneschlaw.com;docket@beneschlaw.com

Meghan Colleen Horn on behalf of Creditor Truck Drivers & Helpers Local 355 and Health & Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund
mhorn@abato.com

Joseph H. Huston on behalf of Interested Party The Morning Call, Inc.
jhh@stevenslee.com

Ericka Fredricks Johnson on behalf of Interested Party Zurich American Insurance Company
erjohnson@wcsr.com, pgroff@wcsr.com;klytle@wcsr.com

Nathan Jones on behalf of Creditor US Debt Recovery III, LP
nate@usdrllc.com

Michael Joseph Joyce on behalf of Interested Party JPMorgan Chase Bank, N.A.
mjoyce@crosslaw.com

Susan E. Kaufman on behalf of Interested Party The American Federation of Television and Radio Artists ("AFTRA")
skaufman@coochtaylor.com

William M. Kelleher on behalf of Interested Party Corestaff Services, L.P.
wkelleher@gfmlaw.com

Bryan Krakauer on behalf of Debtor Tribune Company
bkrakauer@sidley.com

Adam G. Landis on behalf of the Official Committee of Unsecured Creditors
landis@lrclaw.com,adams@lrclaw.com;panchak@lrclaw.com;dero@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com

Neil Raymond Lapinski on behalf of Interested Party Allen Francisco

nrl@elliottgreenleaf.com

David S. Leinwand on behalf of Creditor Avenue TC Fund, L.P.
dleinwand@amroc.com

Raymond Howard Lemisch on behalf of Creditor Wilmington Trust Company
rlemisch@beneschlaw.com, jsmith@beneschlaw.com;jhoover@beneschlaw.com;docket@beneschlaw.com;ehein@beneschlaw.com

Brian E. Lutness on behalf of Creditor Marcia Willette
brian@silverman-mcdonald.psemail.com

Thomas G. Macauley on behalf of the Official Committee of Unsecured Creditors
bankr@zuckerman.com

Robert W. Mallard on behalf of Creditor Agfa Corporation
mallard.robert@dorsey.com

Julie A. Manning on behalf of Creditor United HealthCare Insurance Company
bankruptcy@goodwin.com

R. Craig Martin on behalf of Interested Party Barclays Bank PLC
rcmartin@eapdlaw.com, DEbankruptcy@eapdlaw.com;cneuberger@eapdlaw.com

Katharine L. Mayer on behalf of Creditor Deutsche Bank Trust Company Americas
kmayer@mccarter.com

Elizabeth R. McColm on behalf of Interested Party Citicorp North America, Inc.
emccolm@paulweiss.com

Garvan F. McDaniel on behalf of Interested Party Law Debenture Trust Company of New York
gmcdaniel@bglawde.com, ydalton@bglawde.com

Frank F. McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Matthew B. McGuire on behalf of the Official Committee of Unsecured Creditors
mcguire@lrclaw.com,adams@lrclaw.com;dero@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com

Michelle McMahon on behalf of Creditor CWA/ITV Negotiated Pension Plan
michelle.mcmahon@bryancave.com, dortiz@bryancave.com

R. Stephen McNeill on behalf of Creditor Merrill Lynch Capital Corporation, as Administrative Agent

bankruptcy@potteranderson.com

Dennis A. Meloro on behalf of Creditor Hamdon Entertainment
bankruptcydel@gtlaw.com, thomase@gtlaw.com;melorod@gtlaw.com

Rachel B. Mersky on behalf of Interested Party bkm 3128 Redhill, LLC
rmersky@monlaw.com

George R. Mesires on behalf of Interested Party KTR South Florida LLC
grmesires@uhlaw.com

Maria Ann Milano on behalf of Creditor Microsoft Corporation
mmilano@riddellwilliams.com, ctracy@riddellwilliams.com;jshickich@riddellwilliams.com

Curtis S. Miller on behalf of Creditor Comcast Cable Communications, LLC
cmiller@mnat.com, aconway@mnat.com;rfusco@mnat.com

Robert K. Minkoff on behalf of Creditor Jefferies Leveraged Credit Products, LLC
rminkoff@jefferies.com, mrichards@jefferies.com

Mark Minuti on behalf of Examiner Kenneth Klee
mminuti@saul.com, rwarren@saul.com

Carol E. Momjian on behalf of Creditor Commonwealth of PA, Department of Revenue
cmomjian@attorneygeneral.gov

Sheryl L. Moreau on behalf of Creditor Missouri Department of Revenue
deecf@dor.mo.gov

Adam Scott Moskowitz on behalf of Creditor ASM Capital III, L.P.
asmcapital@aol.com

Carl D. Neff on behalf of Debtor Tribune Company
cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com;gpatel@ciardilaw.com

Carl D. Neff on behalf of Interested Party Cantigny Foundation
cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com;gpatel@ciardilaw.com

Carl D. Neff on behalf of Interested Party Cantigny Foundation
cneff@ciardilaw.com, vfrew@ciardilaw.com;ddorgan@ciardilaw.com;gpatel@ciardilaw.com

Jami B. Nimeroff on behalf of Interested Party NBC Universal, Inc.
jnimeroff@bsnlawyers.com

Edward Patrick O'Brien on behalf of Creditor SLG 200 News Owner LLC
eobrien@sbchlaw.com

Mona A. Parikh on behalf of the Official Committee of Unsecured Creditors
parikh@lrclaw.com

Norman L. Pernick on behalf of Attorney Cole, Schotz, Meisel, Forman & Leonard, P.A.
bankruptcy@coleschotz.com,npernick@coleschotz.com;pratkowiak@coleschotz.com;svandyk@coleschotz.com

Robert J Pfister on behalf of Examiner Kenneth Klee
rpfister@ktbslaw.com

Robert J. Pfister on behalf of Examiner Kenneth Klee
rpfister@ktbslaw.com

John C. Phillips on behalf of Creditor Valuation Research Corporation
tlb@pgslaw.com;scs@pgslaw.com

Joan E. Pilver on behalf of Creditor State of Connecticut, Department of Revenue Services,
Joan.Pilver@ct.gov

Dana S. Plon on behalf of Creditor Unisys Corporation
dplon@sirlinlaw.com

David M. Powlen on behalf of Creditor Morgan Stanley & Co., Inc.
dpowlen@btlaw.com,kevin.driscoll@btlaw.com;paula.jacobi@btlaw.com;jennifer.kimball@btlaw.com

Patrick J. Reilley on behalf of Debtor Tribune Company
preilley@coleschotz.com,bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;svandyk@coleschotz.com;kstahl@coleschotz.com

David William Reimann on behalf of Creditor Majestic Realty Co., Yorba Park I, LLC, Yorba Park Sub, LLC
dreimann@reimannlawgroup.com

Jeffrey N. Rich on behalf of Interested Party GreatBanc Trust Company
jeff.rich@klgates.com, klgatesbankruptcy@klgates.com;kristen.serrao@klgates.com

Timothy M. Riffin on behalf of Interested Party Aurelius Capital Management, LP
thomase@gtlaw.com;bankruptcydel@gtlaw.com

Fred B. Ringel on behalf of Creditor Galleria Operating Co LLC
fbr@robinsonbrog.com

Richard A. Robinson on behalf of Attorney Reed Smith LLP
rrobinson@reedsmith.com

Martha E. Romero on behalf of Creditor County of San Bernardino, California
romero@dslextreme.com

Frederick Brian Rosner on behalf of Interested Party Intelsat Corporation
frosner@mrs-law.com, frosner@mrs-law.com

Sommer Leigh Ross on behalf of Creditor Sony Pictures Television
slross@duanemorris.com

John Henry Schanne on behalf of Defendant Banc of America Securities, LLC
schannej@pepperlaw.com, wlbank@pepperlaw.com;lanoc@pepperlaw.com

Jeffrey M. Schlerf on behalf of Interested Party Wells Fargo Bank, N.A. as Administrative Agent under the Bridge Credit Agreement
jschlerf@foxrothschild.com, dkemp@foxrothschild.com

Michael Alan Schloss on behalf of Interested Party Secretary of Labor, U.S. Department of Labor
schloos.michael@dol.gov

Steven C. Schwendemann on behalf of Fee Examiner Stuart Maue
s.schwendemann@smmj.com

Elaine M Seid on behalf of Creditor Diablo Investment Co.
emseid@mstpartners.com

Maurie J. Shalmone on behalf of Interested Party Longacre Opportunity Fund, L.P.
maurie@longacrellc.com

Joseph Emil Shickich on behalf of Creditor Microsoft Corporation
jshickich@riddellwilliams.com, ctracy@riddellwilliams.com

Laurie Selber Silverstein on behalf of Creditor Merrill Lynch Capital Corporation, as Administrative Agent
bankruptcy@potteranderson.com

Glen Silverstein on behalf of Creditor Morgan Stanley & Co., Inc.
gsilverstein@leaderberkon.com

Christopher Page Simon on behalf of Defendant J.P. Morgan Securities Inc.
csimon@crosslaw.com

Drew G. Sloan on behalf of Interested Party Angelo, Gordon & Co.
dsloan@rlf.com, rbgroup@rlf.com

Wayne M. Smith on behalf of Interested Party Warner Bros. Television Distribution, Inc.
wayne.smith@warnerbros.com

Patricia K. Smoots on behalf of Creditor The Nielsen Company (US) LLC
psmoots@mcguirewoods.com

James E. Sorenson on behalf of Creditor Florida Self-Insurers Guaranty Association, Inc.
jsorenson@wggdlaw.com, bk@wggdlaw.com

Robert J. Stearn Jr. on behalf of Interested Party JPMorgan Chase Bank, N.A.
stearn@rlf.com, rbgroup@rlf.com

Robert J. Stearn on behalf of Interested Party JPMorgan Chase Bank, N.A.
stearn@rlf.com, rbgroup@rlf.com

Catherine Steege on behalf of Other Prof. EGI-TRB, L.L.C. and Samuel Zell
csteege@jenner.com, docketing@jenner.com;mmatlock@jenner.com

J. Kate Stickles on behalf of Attorney Cole, Schotz, Meisel, Forman & Leonard, P.A.
kstickles@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;svandyk@coleschotz.com;kstahl@coleschotz.com

David B. Stratton on behalf of Interested Party BANK OF AMERICA, N.A.
strattond@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com

John H. Strock on behalf of Debtor Tribune Company
jstrock@foxrothschild.com, dkemp@foxrothschild.com

William David Sullivan on behalf of Creditor Diablo Investment Co.
bsullivan@sha-llc.com, ECF@williamdsullivanllc.com;kdavis@sha-llc.com;hcoleman@sha-llc.com

Brian A. Sullivan on behalf of Interested Party Wells Fargo Bank, N.A. as Administrative Agent under the Bridge Credit Agreement
bsullivan@werbsullivan.com, abrown@werbsullivan.com

Eric Michael Sutty on behalf of Interested Party Wells Fargo Bank, N.A. as Administrative Agent under the Bridge Credit Agreement
esutty@foxrothschild.com, dkemp@foxrothschild.com

Theodore J. Tacconelli on behalf of Interested Party Aurelius Capital Management, LP
ttacconelli@ferryjoseph.com

Jay Teitelbaum on behalf of Creditor Mark Willes
jteitelbaum@tblawllp.com, jteitelbaum@tblawllp.com

Christina Maycen Thompson on behalf of Creditor DMD Special Situations Funding LLC
cthompson@cblh.com

Judy D. Thompson on behalf of Creditor Sodexo, Inc.
jdt@jdthompsonlaw.com

Edward J. Tredinnick on behalf of Creditor Catellus Development Corporation
etredinnick@greeneradovsky.com

Amit K. Trehan on behalf of Interested Party Barclays Bank PLC
atrehan@mayerbrownrowe.com, cwalsh@mayerbrown.com;ctsesmelis@mayerbrown.com

Matthew J. Troy on behalf of Creditor United States of America
matthew.troy@usdoj.gov

United States Trustee
USTPREGION03.WL.ECF@USDOJ.GOV

Deborah Waldmeir on behalf of Creditor State of Michigan, Department of Treasury
waldmeird@michigan.gov, gamep@michigan.gov

Pamela K. Webster on behalf of Creditor Sony Pictures Television
pwebster@buchalter.com

Helen Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

William Douglas White on behalf of Creditor Delmarva Power & Light Company
wdw@mccarthywhite.com, clm@mccarthywhite.ocm

Eric R. Wilson on behalf of Creditor TeleRep, LLC
KDWBankruptcyDepartment@kelleydrye.com

Jeffrey C. Wisler on behalf of Creditor CapitalSource Finance LLC and DMD Special Situations Funding LLC
jwisler@cblh.com

James S. Yoder on behalf of Creditor Cisco Systems Capital Corporation
yoderj@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

Ronald M. Tucker on behalf of Simon Property Group, Inc.
rtucker@simon.com

Harold J. Kaplan and Deanna Davidian on behalf of the Ad Hoc Committee of Step One Senior Lenders

hkaplan@arkin-law.com; ddavidian@arkin-law.com

Adam H. Friedman, Steven Wolosky and Frederick J. Levy on behalf of the Ad Hoc Committee of Step One Senior Lenders
afriedman@olshanlaw.com; swolosky@olshanlaw.com; flevy@olshanlaw.com

**SERVED VIA FIRST-CLASS MAIL, POSTAGE PREPAID**

| | | |
|---|---|---|
| Joseph J. McMahon, Jr., Esq.<br>Office of the U.S. Trustee<br>844 King St., Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>(U.S. Trustee) | Cynthia Baldwin, Esq.<br>Edwards Angell Palmer & Dodge<br>919 North Market St., Suite 1500<br>Wilmington, DE 19801<br>(Counsel to Creditors' Committee) | Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Landis Rath & Cobb LLP<br>919 Market St., Suite 1800<br>Wilmington DE 19801<br>(Counsel to Creditors' Committee) |
| Thomas G. Macauley<br>Zuckerman and Spaeder LLP<br>919 Market Street<br>Suite 990<br>P.O. Box 1028<br>Wilmington, DE 19899<br>(Counsel to Creditors' Committee) | Bryan Krakauer<br>James F. Conlan<br>Sidley, Austin, Brown & Wood LLP<br>One S. Dearborn Street<br>Chicago, IL 60603<br>(Debtors' Counsel) | Carl D. Neff<br>Ciardi Ciardi & Astin<br>919 N. Market Street<br>Suite 700<br>Wilmington, DE 19801<br>(Debtors' Counsel) |
| J. Kate Stickles<br>Norman L. Pernick<br>Patrick J. Reilley<br>Cole, Schotz, Meisel, Forman & Leonard,<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(Debtors' Counsel) | Jared D. Zajac<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10173-0002<br>(Debtors' Counsel) | John H. Strock, III<br>Fox Rothschild LLP<br>919 N. Market St., Suite 1300<br>P.O Box 2323<br>Wilmington, DE 19899-2323<br>(Debtors' Counsel) |
| Michael A. Henry<br>Gross, McGinley, Labarre & Eaton, LLP<br>33 S. 7th Street<br>P. O. Box 4060<br>Allentown, PA 18105-4060<br>(Debtors' Counsel) | Patrick Theodore Garvey<br>Johnson & Bell, Ltd<br>33 W. Monroe, Suite 2700<br>Chicago, IL 60603<br>(Debtors' Counsel) | Amy D. Brown<br>Margolis Edelstein<br>750 Shipyard Drive<br>Suite 102<br>Wilmington, DE 19801<br>(Debtors' Counsel) |

42146408.1                                   14

| | | |
|---|---|---|
| Tribune Company, *et al.*<br>435 N. Michigan Avenue<br>Chicago, IL 60611<br>(Debtor) | Patrick M. Brannigan<br>Cross and Simon<br>913 N. Market Steet<br>P.O. Box 1380<br>11th Floor<br>Wilmington, DE 19899<br>(Counsel to Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.) | Mark D. Collins<br>Richards Layton & Finger<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899<br>(Counsel to Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.) |
| Katisha D. Fortune<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>(Counsel to Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.) | Benjamin S. Kaminetzky<br>Elliot Moskowitz<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>(Counsel to Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.) | Jean-Marie L. Atamian<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019<br>(Counsel to Barclays Capital) |
| Katharine L. Mayer<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(Counsel to Deutsche Bank) | Wayne M. Smith<br>Warner Bros. Entertainment Inc.<br>4000 Warner Blvd.<br>Bldg. 156, Room 5158<br>Burbank, CA 91522<br>(Counsel to Warner Bros. Television) | Jay Teitelbaum<br>Teitelbaum & Baskin LLP<br>3 Barker Avenue<br>Third Floor<br>White Plains, NY 10601<br>(Counsel to Mark Willes) |
| Mark E. Felger<br>Cozen O'Connor<br>1201 N. Market Street, Ste 1400<br>Wilmington, DE 19801<br>(Counsel to Twentieth Television) | Buena Vista Entertainment Inc.<br>c/o Disney / ABC Domestic Television<br>2300 Riverside Dr.<br>Burbank, CA 91506 | SP Newsprint Company<br>c/o White Birch Paper Company<br>80 Field Point Rd.<br>Greenwich, Ct 06830 |
| Jami B. Nimeroff<br>Brown Stone Nimeroff LLC<br>4 East 8th Street<br>Suite 400<br>Wilmington, DE 19801<br>(Counsel to NBC Universal) | Robert Erburu<br>1518 Blue Jay Way<br>Los Angeles, CA 90069 | Scott Golden<br>Hogan & Hartson LLP<br>875 Third Avenue<br>New York, NY 10022<br>(Counsel to Abitibi Consolidated) |
| Tower JK, LLC<br>c/o Equity Group Investments<br>Two North Riverside Plaza<br>Chicago, IL 60606 | Raymond Jansen, Jr.<br>24 Dockside Ln.<br>Box 422<br>Key Largo, FL 33037 | Horst Bergman<br>4261 Preserve Parkway South<br>Greenwood, CO 80121 |
| Sommer Leigh Ross<br>Duane Morris, LLP<br>1100 North Market Street<br>Wilmington, DE 19801<br>(Counsel to Sony Pictures Television) | Pamela K. Webster<br>Buchalter Nemer<br>1000 Welshire Blvd.<br>Suite 1500<br>Los Angeles, CA 90017<br>(Counsel Sony Pictures Television) | Paul J. Catanese<br>Patricia K. Smoots<br>McGuireWoods LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601-1818<br>(Counsel to Nielsen Media Research Inc.) |

| | | |
|---|---|---|
| Margaret Fleming England<br>Ronald S. Gellert<br>Eckert Seamans Cherin & Mellot, LLC<br>300 Delaware Avenue<br>Suite 1360<br>Wilmington, DE 19801<br>(Counsel to Nielsen Media Research Inc.) | Paramount Pictures Corp.<br>5555 Melrose Ave., Suite 121<br>Hollywood, CA 90038 | John L. Decker, Esq.<br>Stuart Maue<br>3840 McKelvey Rd.<br>St. Louis, MO  63044<br>(Fee Auditor) |
| Gregory W. Fox, Esq.<br>Kizzy Jarashow, Esq.<br>Eamonn O'Hagan<br>William P. Weintraub, Esq.<br>Hal Neier, Esq.<br>Edward A. Friedman, Esq.<br>Friedman Kaplan Seiler & Adelman<br>1633 Broadway<br>New York, NY 10019-6708<br>Pro Hac Vice for Arelius Capital Management, LP | | |