IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al. | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Related to Docket No. 227 |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF LOUISIANA

PARISH OF JEFFERSON

Joseph E. Fick, Jr., being duly sworn, deposes and says:

1. I am a partner of the firm, Newman, Mathis, Brady & Spedale which maintains offices at 212 Veterans Boulevard, Metairie, Louisiana 70005 and 3301 North Boulevard, Baton Rouge, Louisiana 70806.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about <u>January 15</u>, 2009, authorizing the above-captioned debtors and debtors in possession (each a "<u>Debtor</u>" and collectively, the "<u>Debtors</u>"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. The Firm has represented and advised the Debtors on collection matters in connection with the Debtors' business operation. The Debtors have requested, and the Firm has agreed, to continue

to provide such services to the Debtors on a postpetition basis during the course of these chapter 11 cases.

4. The Firm's current customary rate, is that they handle collection matters on behalf of the Debtors on a contingency basis of 25% of all sums collected and the Firm ask that the Debtors forward court cost for the expenses incurred in the course of handling the collection matters on behalf of the Debtors.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the Company's present and past representations. The Firm has conducted a conflict check and determined that there was no conflicts and handling matters on behalf of Tribune Broadcasting against its various customers and collection matters.

6. Neither I nor any principal, partner, director of the Firm has agreed to share or will share any portion of the compensation to be received from the Debtor with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. Section 504(b).

7. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. Section 328(c) and applicable law.

8. Neither I nor any principal, partner, director of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed. If the Firm is not

an law firm, the Firm does not hold an interest adverse to the Debtors' estates and is a "disinterested person" as that term is defined in 11 U.S.C. Section 101(14).

9. The Debtors owe the Firm $0.00 for prepetition services.

10. The Firm currently holds a retainer from the Debtors in the approximate amount of $0.00.

11. As the date of the Petition, the Firm was not a party to a services agreement with the Debtors.

12. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _August 31_, 2010.

_____
Joseph E. Fick, Jr.

Sworn to and subscribed

before me on August 31, 2010.

_____
NOTARY PUBLIC

KEITH M. FREY
Attorney at Law, Bar #22575
Notary Public
Parish of Jefferson, State of Louisiana
My Commission is for Life