IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
In re:                                       :         Chapter 11 Cases
                                             :         Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                     :         (Jointly Administered)
                                             :
      Debtors.                               :
                                             :
                                             :         Related to Docket No. 4886
---------------------------------------------------------X

### NOTICE OF ADJOURNED HEARING

On June 25, 2010, Wilmington Trust Company ("Wilmington Trust"), Successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 in the aggregate principal amount of $1.2 billion (generally referred to as the "PHONES"), by and through its undersigned counsel, filed its *Motion for Estimation and Temporary Allowance of Claims Pursuant to Bankruptcy Rule 3018* [Docket No. 4886] (the "Motion"). **You were previously served with a copy of the Motion.**

THE HEARING ON THIS MATTER CURRENTLY SCHEDULED FOR SEPTEMBER 15, 2010 AT 11:00 A.M. **HAS BEEN ADJOURNED TO A DATE TO BE DETERMINED**. Wilmington Trust will provide additional notice regarding the rescheduled objection deadline and hearing date.

Dated: September 2, 2010

        **BENESCH, FRIEDLANDER, COPLAN
        & ARONOFF LLP**

By:    */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esq. (Del. Bar No. 4204)
Jennifer R. Hoover, Esq. (Del. Bar No. 5111)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: rlemisch@beneschlaw.com
Email: jhoover@beneschlaw.com

-and-

1

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 in the aggregate principal amount of $1.2 billion, Generally Referred to as the PHONES*