IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE CO., et al, | ) | No. 08-bk-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

UNITED STATES' RESPONSE TO DEBTORS' THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIMS

The United States of America, a creditor in this bankruptcy case, responds to the Debtors' Thirty-Fifth Omnibus Objection to claim 2814 filed by the Internal Revenue Service as follows:

1. Debtors object to this claim on the grounds that it was amended by claim 6555.

2. The United States concedes that the claim has been replaced by the amended claims. The claim was amended by the Internal Revenue Service after the debtors provided additional information to the Internal Revenue Service..

3. Since the United States agrees that the claim has been amended, it does not object to the relief sought in Debtors' Thirty-Fifth Omnibus Objection.

Dated: September 2, 2010.

*/s/ Yonatan Gelblum*
YONATAN GELBLUM
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 305-3136
yonatan.gelblum@usdoj.gov
Counsel for United States of America

4633554.1