IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **TRIBUNE COMPANY,** *et al.,* <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br><br> Jointly Administered |

### NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that Stuart C. McPhail, Esquire, hereby withdraws his appearance as counsel for Citicorp North America, Inc. and Citigroup Global Markets Inc., and requests removal from the service lists in the above captioned matter. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to serve as counsel to Citicorp North America, Inc. and Citigroup Global Markets Inc.

September 3, 2010

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*/s/ Stuart C. McPhail*
Stuart C. McPhail
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
*Attorneys for Citicorp North America, Inc. and Citigroup Global Markets Inc.*