**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | CHAPTER 11 |
| TRIBUNE COMPANY, et al., | CASE NO.:  08-13141(KJC) |
| | Jointly Administered |
| Debtors. | |
| | Objection Deadline:  September 8, 2010 |
| | Hearing Date:  September 15, 2010 at 11:00 a.m. |

**RESPONSE BY NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE TO DEBTORS' THIRTY-FIFTH OMNIBUS (NON SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND <u>LOCAL RULE 3007-1</u>**

The New York State Department of Taxation and Finance ("DTF"), by and through New York State Attorney General Andrew M. Cuomo (Norman P. Fivel, of Counsel), responds to the Debtors' Thirty-Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), as follows:

1. The Objection seeks to expunge nine (9) tax claims filed by DTF on the grounds that each of these claims have been amended and superseded by subsequent claims.  The claims which are to be expunged are as follows:

| **CLAIM NO.** | **DATE FILED** |
|---|---|
| 69 | **December 29, 2008** |
| 3069 | **May 22, 2009** |
| 6307 | **October 19, 2009** |
| 563 | **February 26, 2009** |
| 6329 | **November 16, 2009** |
| 33 | **December 24, 2008** |
| 4894 | **June 12, 2009** |
| 917 | **April 8, 2009** |
| 3600 | **June 5, 2009** |

2. DTF subsequently filed the following claims (listed in the Objection under "Surviving Claims"), which are intended to amend and supersede each of the claims identified in paragraph "1" hereinabove:

| **SURVIVING CLAIM NO.** | **DATE FILED** | **CLAIM WHICH IS AMENDED** |
|---|---|---|
| 6585 | July 12, 2010 | 69 |
| 6578 | July 12, 2010 | 3069 |
| 6580 | July 12, 2010 | 6307 |
| 6573 | July 12, 2010 | 563 |
| 6569 | July 12, 2010 | 6329 |
| 6570 | July 12, 2010 | 33 |
| 6512 | June 4, 2010 | 4894 |
| 6577 | July 12, 2010 | 917 |
| 6568 | July 12, 2010 | 3600 |

3. DTF does not object to the relief sought as to the following claims:

**Claim No. 69**
**Claim No. 563**
**Claim No. 6329**
**Claim No. 33**
**Claim No. 917**
**Claim No. 3600**

4. Claim No. 6578 was filed on July 12, 2010, after the bar date. It asserts liabilities for corporation income taxes and sales taxes. It was filed as an amendment to Claim No. 3069 which was timely filed on May 26, 2009. Claim No. 6578 lists the same types of tax liabilities for the same periods that were set forth in Claim No. 3069, except it adds a corporation tax assessment for $1,000.00 for the tax year ending December 31, 2008. Therefore, with the exception of the $1,000.00 corporation tax assessment, Claim No. 6578 relates back to timely-filed Claim No. 3069.

5.      Claim No. 6580 asserts claims for corporation income taxes for the tax periods ending on December 31, 2005, May 31, 2006, December 31, 2006, November 30, 2007, and December 31, 2008. Claim No. 6580 was filed after the bar date. However, with the exception of the assessment for the period ending December 31, 2008, the same types of tax liabilities for the same periods set forth in Claim No. 6580 were included in an earlier claim, Claim No. 3015, which was timely filed. Therefore, except for the 2008 assessment, Claim No. 6580 relates back to Claim No. 3015, which was timely filed.

6.      Claim No. 6512 was also filed after the bar date. It asserts corporation tax liabilities for the periods ending December 31, 2004, and December 31, 2006. It amends Claim No. 4894 which was filed on time. It sets forth the same types of tax liabilities for the same tax periods as contained in Claim No. 4894 and therefore relates back to a timely-filed claim.

7.      Where an amended claim reasonably relates back to a timely-filed proof of claim, the amendment should be allowed, absent contrary equitable considerations. <u>In re Outdoor Sports Headquarters, Inc.</u>, 161 B.R. 414, 421 (Bankr. S.D. Ohio 1991).

**Conclusion**

WHEREFORE, DTF will consent to the relief requested in the Objection as to Claim No. 3069, Claim No. 6307 and Claim No. 4894, so long as the Order provides that each of the claims that will survive (i.e., Claim No. 6578, Claim No. 6580 and Claim No.

6512, respectively) is deemed timely filed to the extent that it relates back to a claim which was filed on or before the bar date.

Dated: September 3, 2010
       Albany, New York

                          Respectfully submitted,
                          Andrew M. Cuomo
                          Attorney General of the State of New York

By: /s/ Norman P. Fivel
     Norman P. Fivel
     Assistant Attorney General
     Litigation Bureau
     The Capitol
     Albany, New York   12224-0341
     NDNY Bar Roll No.: 101660
     Telephone No.: (518) 473-6082
     Facsimile No.: (518) 473-1572
     E-mail: Norman.Fivel@ag.ny.gov