**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | CHAPTER 11 |
| TRIBUNE COMPANY, et al., | CASE NO.: 08-13141(KJC) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Norman P. Fivel of the NYS Office of the Attorney General, hereby certify that on the 3rd day of September, 2010, I electronically filed and served the **Response by New York State Department of Taxation and Finance to Debtors' Thirty-Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007(1)** with the Clerk of the Bankruptcy Court for the District of Delaware, using the CM/ECF system.

And I hereby certify that I have notified via regular first class mail the following:

**Sidley Austin, LLP**  **Cole, Schotz, Meisel, Forman & Leonard, P.A.**
**One South Dearborn Street**  **500 Delaware Avenue, Suite 1410**
**Chicago, Illinois   60603**  **Wilmington, DE   19801**

Executed on September 3, 2010

                                                    /s/Norman P. Fivel
                                                    Norman P. Fivel