

## CAMP, WILLIAMS & RICHARDSON
ATTORNEYS AT LAW
130 WEST MAIN STREET
POST OFFICE BOX 1597
NEW BRITAIN, CONNECTICUT 06050-1597

CHARLES N. WILLIAMS
KENNETH J. CARIFA

TELEPHONE
(860) 225-6464
FAX NO.
(860) 225-2915
E-MAIL: CAMPWMR@AOL.COM

August 31, 2010

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

**Re: In re Tribune Company, et. al. – Case # 08-13141 (KJC)**

Dear Sir or madam,

     Please be advised that our office represents Lorraine M. Carifa, as Executrix of the Estate of Franklin Carifa, late of 60 Mohawk Street, New Britain, CT 06053. Franklin Carifa died on October 24, 2003. Mrs. Carifa is receiving letters addressed to her late husband regarding the above-mentioned bankruptcy matter.
     Please respond to me as soon as possible as to what interest the late Franklin Carifa might have in this matter.

Very truly yours,

Camp, Williams & Richardson

By     _/s/ Kenneth J. Carifa_
        Kenneth J. Carifa

cc:    Clerk of Bankruptcy Court
       824 North Market Street, 3rd Floor
       Wilmington, Delaware 19801