United States Bankruptcy Court
For the District of Delaware

In re: : Chapter 11
:
Tribune Company et al, : Case No. 08-13141 (KJC)
:
Debtors : Jointly Administered
:

**Withdrawal of My Motion for a Hearing**

This court should note that based on information I received on 9/1/10 from Jillian Ludwig, an attorney representing the Estate of the Tribune Company, that assures me that I am still a creditor or an interested party in the Tribune Chapter 11 Estate, I am withdrawing my Motion for a Hearing because it is moot. See attached - Ms. Ludwig's memo of assurance.

Respectfully Submitted by: _D.K__ 9/1/2010_
David Kissi, Interested Party
PO Box 77878
One Massachusetts Ave NE
Washington, DC 20013
202-675-6365

Certificate of Service

That on this day of 9/1/2010 the Clerk of this Court is directed to transmit copies of the above motion to the other parties at no cost. This is pursuant to Federal Rule 5(b)(2) and (3).

_D.K__
David Kissi




Subject **In re Tribune Company - Response to Motion filed 8/31/10**
From: Ludwig, Jillian <jillian.ludwig@sidley.com>
Sent: Sep 1, 2010 12:53:51 PM
To: kissid@verizon.net
CC: jehrenhofer@alvarezandmarsal.com, KKansa@Sidley.com, dbralow@tribune.com, kstickles@coleschotz.com

Mr. Kissi,

I am an attorney representing Tribune Company. I have received the attached motion that you submitted on 8/27/10, which was received and docketed by the Bankruptcy Court on 8/31/2010. The motion requests reinstatement of your claims and a hearing.

I can confirm that no actions have been taken regarding your claims against the Debtors to date. I have contacted the debtors' noticing agent, Epiq Bankruptcy Solutions, and it appears that you and your affiliated firm Ammerdale Trust each still appear on the creditors' matrix in this case. However, the address that Epiq has on file is the Elkton Federal Correction Institution. I have requested that Epiq update the claims register and the creditors' matrix to reflect the address that you provided in your motion.

Since no action has been taken against your claims, and since the records in this case have been corrected, we request that you withdraw the motion, as there appears to be no need for a hearing. Alternatively, we will request the Court to treat the motion as moot.

In the future, if you have any questions regarding the case or the status of your claims, you can contact Debtors' counsel or Epiq directly. My information is below, and Epiq's number is 646-282-2400. You can also contact counsel for the Official Committee of Unsecured Creditors. Their contact information, and all other relevant information regarding these cases can be found at http://dm.epiq11.com/TRB.

Please let me know if you have any further questions, and we look forward to receiving confirmation from you that the motion has been withdrawn.

Sincerely,

**Jillian K. Ludwig**

Sidley Austin LLP | One South Dearborn | Chicago, IL 60603
jillian.ludwig@sidley.com | p. 312.853.7523 | f. 312.853.7036

---

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection