**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.,* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: September 1, 2010 @ 4 p.m. |
| | : | Hearing Date: September 15, 2010 @ 11 a.m. |
| | | *(Only if objections are filed)* |

**CERTIFICATE OF NO OBJECTION TO FIRST AND FINAL APPLICATION OF DAY PITNEY LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 13, 2009 TO JANUARY 28, 2010**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the First and Final Fee Application of Day Pitney LLP ("Day Pitney") for Compensation and Reimbursement of Expenses for the Period from October 13, 2009 to January 28, 2010 (the "Fee Application"), filed on August 5, 2010 (document 5278 on the docket) and supplemented on September 2, 2010 (document 5608 on the docket). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Fee Application appears thereon. Pursuant to the Notice of Fee Application, objections to the Application were to be filed and served no later than September 1, 2010.

Dated: September 7, 2010

DAY PITNEY LLP

By: /s/ Scott A. Zuber
     Scott A. Zuber
     One Jefferson Road
     Parsippany, NJ 07054-2891
     Tel: (973) 966-6300
     Fax: (973) 966-1015
     szuber@daypitney.com