**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

                                                                **CASE NO. 08-13141-KJC**

                                                                **CHAPTER 11**

IN RE:  TRIBUNE COMPANY, et al.
              Debtors
_____

**NOTICE OF REQUEST FOR REMOVAL FROM**
**COURT'S OFFICIAL MAILING MATRIX**

COMES NOW, ZACHARY J. BANCROFT and hereby gives notice of his Request to be removed from the Court's official mailing matrix.

Dated this _____ day of September, 2010.

                                                    _____
                                                    Zachary J. Bancroft, Esquire
                                                    Florida Bar No.: 0145068
                                                    Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
                                                    450 South Orange Avenue, Suite 800
                                                    Orlando, Florida 32802-2809
                                                    Telephone:  (407) 843-4600
                                                    Facsimile:  (407) 843-4444
                                                    Attorneys for Orlando Magic, Ltd.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing, NOTICE OF REQUEST FOR REMOVAL FROM COURT'S OFFICIAL MAILING MATRIX has been served this ___ day of September, 2010, through CM/ECF on all parties having appeared electronically in this matter and by U.S. Mail on those parties listed on the attached Service List.

                                                    _____
                                                    Zachary J. Bancroft, Esquire

## SERVICE LIST

Office of the US Trustee
844 King Street, Suite 2207
Wilmington, DE  19801