**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

                                                                         **CASE NO. 08-13141-KJC**

                                                                         **CHAPTER 11**

IN RE: TRIBUNE COMPANY, et al.
           Debtors

_____

**AMENDED NOTICE OF REQUEST FOR REMOVAL FROM**
**COURT'S OFFICIAL MAILING MATRIX**

    COMES NOW, ZACHARY J. BANCROFT and hereby gives notice of his Request to be removed from the Court's official mailing matrix.

    Dated this 9th day of September, 2010.

                                        */s/ Zachary J. Bancroft, Esquire*
                                        Zachary J. Bancroft, Esquire
                                        Florida Bar No.: 0145068
                                        Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
                                        450 South Orange Avenue, Suite 800
                                        Orlando, Florida 32802-2809
                                        Telephone: (407) 843-4600
                                        Facsimile: (407) 843-4444
                                        Attorneys for Orlando Magic, Ltd.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true copy of the foregoing, AMENDED NOTICE OF REQUEST FOR REMOVAL FROM COURT'S OFFICIAL MAILING MATRIX has been served this 9th day of September, 2010, through CM/ECF on all parties having appeared electronically in this matter and by U.S. Mail on those parties listed on the attached Service List.

                                        */s/ Zachary J. Bancroft, Esquire*
                                        Zachary J. Bancroft, Esquire

## SERVICE LIST

Office of the US Trustee
844 King Street, Suite 2207
Wilmington, DE  19801