# EXHIBIT A



**ZUCKERMAN SPAEDER LLP**

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

August 31, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:274042
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

---

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through July 31, 2010.

| | | |
|---|---|---|
| By Graeme W. Bush<br>69.00 hours at $765.00 per hour | $ | 52,785.00 |
| By James Sottile<br>55.20 hours at $675.00 per hour | $ | 37,260.00 |
| By Thomas G. Macauley<br>8.10 hours at $580.00 per hour | $ | 4,698.00 |
| By Andrew N. Goldfarb<br>44.80 hours at $550.00 per hour | $ | 24,640.00 |
| By Benjamin L. Krein<br>3.90 hours at $370.00 per hour | $ | 1,443.00 |
| By Nina J. Falvello<br>25.50 hours at $265.00 per hour | $ | 6,757.50 |
| By Diana Gillig<br>1.10 hours at $160.00 per hour | $ | 176.00 |
| **TOTAL FEES** | **$** | **127,759.50** |

BALTIMORE      NEW YORK      TAMPA      WASHINGTON, DC      WILMINGTON

2757525.1

August 31, 2010

DESCRIPTION OF SERVICES

CLIENT: 12464
MATTER: 0001

James Sottile

| | | |
|---|---|---|
| 07/01/10 | 0.50 | Participate in telephonic meeting of Unsecured Creditors Committee. |
| 07/01/10 | 0.40 | Meetings with G. Bush regarding strategy for plan confirmation discovery and witnesses. |
| 07/01/10 | 0.30 | Teleconferences with A. Landis (Landis Rath) and G. Bush regarding potential expert witnesses for confirmation hearing. |
| 07/01/10 | 1.80 | Further work outlining issues and Committee presentation for confirmation hearing. |
| 07/14/10 | 0.50 | Prepare for status hearing and hearing on motions regarding confirmation hearing by review key pleadings. |
| 07/14/10 | 1.20 | Participate in meeting with counsel for plan proponents to prepare for status hearing and hearing on motions regarding confirmation hearing. |
| 07/14/10 | 1.10 | Participate in status hearing and hearing on motions regarding confirmation hearing. |
| 07/14/10 | 0.30 | Meeting with H. Seife, D. Lemay, T. McCormack, M. Ashley (Chadbourne), A. Landis (Landis, Rath) and A. Goldfarb regarding next steps on expert disclosures, discovery and preparation for plan confirmation hearing. |
| 07/14/10 | 0.20 | E-mails to G. Bush reporting on hearing and expert disclosures. |
| 07/14/10 | 0.30 | Teleconference with G. Bush regarding designation of experts for confirmation hearing, plan confirmation discovery. |
| 07/15/10 | 1.20 | Participate in telephonic meeting of Unsecured Creditors Committee regarding status of bankruptcy and plan confirmation process. |
| 07/15/10 | 0.30 | Teleconference with M. Ashley and T. McCormack (Chadbourne) and A. Goldfarb regarding Committee experts for plan confirmation hearing. |
| 07/15/10 | 0.40 | Telephone conference with expert, G. Bush, A. Goldfarb regarding expert testimony at confirmation hearing. |

August 31, 2010

| | | |
|---|---|---|
| 07/15/10 | 0.70 | Prepare for and teleconference with with M. Rule (Alix Partners), A. Goldfarb and M. Ashley and T. McCormack (Chadbourne) regarding expert testimony at confirmation hearing. |
| 07/15/10 | 0.30 | Edit expert disclosure and e-mail correspondence with A. Goldfarb and G. Bush and Chadbourne lawyers regarding same. |
| 07/16/10 | 0.80 | Prepare for call with expert regarding expert opinion for confirmation hearing by outlining opinion. |
| 07/16/10 | 1.10 | Participate in call with expert, A. Goldfarb and G. Bush and T. McCormack and M. Ashley (Chadbourne) regarding expert opinion for confirmation hearing. |
| 07/16/10 | 0.10 | Teleconference with with R. Mackay regarding same. |
| 07/16/10 | 0.20 | Teleconference with G. Bush and A. Goldfarb regarding expert and other plan confirmation discovery. |
| 07/16/10 | 1.70 | Outline issues and questions for upcoming fact depositions. |
| 07/16/10 | 1.80 | Review/analyze examiner submissions and related reports and exhibits relevant to solvency for work on expert case at confirmation and identify key issues for experts to address. |
| 07/16/10 | 0.20 | Draft letter to former firm of expert regarding transfer of files to new firm. |
| 07/19/10 | 0.30 | Teleconference with expert regarding issues on expert opinion regarding solvency. |
| 07/19/10 | 1.40 | Work on analysis and outline of key elements of expert opinion regarding solvency including identification of supporting facts. |
| 07/20/10 | 0.30 | Participate in weekly Tribune professionals call regarding status of bankruptcy, confirmation discovery. |
| 07/20/10 | 1.60 | Prepare for meeting with expert regarding solvency opinion and expert report by reviewing important documents regarding solvency and further developing outline of testimony and opinion. |
| 07/21/10 | 0.80 | Prepare for meeting with expert by reviewing key documents regarding solvency issues. |
| 07/21/10 | 3.00 | Meeting with expert, A. Goldfarb and M. Ashley (Chadbourne) regarding solvency opinion for confirmation hearing. |

| 07/21/10 | 0.70 | Meeting with M. Ashley and T. McCormack (Chadbourne) and A. Goldfarb regarding planning for confirmation hearing and discovery. |
| 07/22/10 | 1.10 | Teleconference with counsel for all Plan supporters regarding conduct of plan confirmation hearing and plan confirmation discovery. |
| 07/22/10 | 0.20 | Teleconference with G. Bush and A. Goldfarb regarding next steps on expert and other plan confirmation discovery. |
| 07/22/10 | 1.70 | Further work outlining key elements of expert reports and identifying evidentiary support. |
| 07/23/10 | 0.30 | Teleconference with G. Bush regarding expert discovery, other plan confirmation discovery and examiner report. |
| 07/26/10 | 1.60 | Begin review/analysis of redacted version of Examiner's report. |
| 07/26/10 | 0.90 | Work on outline of key issues raised by Examiner conclusions and options to address. |
| 07/27/10 | 1.00 | Teleconference with T. McCormack and M. Ashley (Chadbourne) regarding implications of Examiner report for confirmation discovery, hearing. |
| 07/27/10 | 1.00 | Participate in professionals call regarding Examiner report, status of bankruptcy and plan confirmation. |
| 07/27/10 | 0.80 | Participate in call with counsel for all Plan supporters regarding Examiners' report and implications for Plan confirmation. |
| 07/27/10 | 0.20 | Teleconference with D. Golden (Akin Gump) regarding implications of Examiner report for confirmation hearing. |
| 07/27/10 | 0.30 | Teleconference with G. Bush regarding implications of Examiner report for confirmation hearing. |
| 07/27/10 | 1.10 | Further review/analysis of Examiner's redacted report and implications for plan confirmation. |
| 07/27/10 | 0.90 | Draft summary of key points from Examiner's redacted report relating to solvency issues and implications for expert reports. |
| 07/28/10 | 0.40 | Teleconference with M. Rule and B. den Uyl (Alix Partners), G. Bush and A. Goldfarb and T. McCormack and M. Ashley (Chadbourne) regarding M. Rule expert report. |
| 07/28/10 | 1.50 | Further review/analysis of redacted Examiner's report to prepare for Creditors Committee meeting. |

2757525.1

August 31, 2010

| | | |
|---|---|---|
| 07/28/10 | 0.40 | Teleconference with expert, G. Bush and A. Goldfarb and T. McCormack and M. Ashley (Chadbourne) regarding expert report. |
| 07/28/10 | 1.50 | Further work on analysis of key issues regarding solvency for expert report. |
| 07/28/10 | 1.10 | Identify and review key documents relevant to solvency and intentional fraud discussion in Examiner's redacted report to identify potential issues with report. |
| 07/29/10 | 0.60 | Prepare for Creditors Committee meeting by reviewing key documents regarding examiner's report. |
| 07/29/10 | 2.00 | Begin review of Vol. II of Examiner's unredacted report. |
| 07/29/10 | 3.90 | Participate in Creditors Committee meeting regarding Examiner's report. |
| 07/29/10 | 1.50 | Meeting with Committee professionals regarding next steps on confirmation given Examiner's report. |
| 07/30/10 | 0.40 | Telephone call with M. Rule (Alix) and A. Goldfarb and T. McCormack and M. Ashley (Chadbourne) re issues on expert report. |
| 07/30/10 | 0.20 | Further telephone calls with M. Rule (Alix) re issues on expert report. |
| 07/30/10 | 1.90 | Continued analysis of portions of Examiner's report dealing with solvency issues. |
| 07/31/10 | 0.30 | Telephone call with T. McCormack re issues on solvency experts. |
| 07/31/10 | 1.00 | Telephone call with expert, G. Bush and T. McCormack (Chadbourne) re expert report. |
| 07/31/10 | 0.40 | Review Browning (VRC) deposition testimony in light of Examiner's report. |
| 07/31/10 | 1.40 | Review/analyze draft expert report and identify issues. |
| 07/31/10 | 1.20 | Draft outline of key issues from Examiner's report re solvency. |
| 07/31/10 | 0.40 | Draft/edit description of expert assignment. |
| 07/31/10 | 0.50 | Telephone call with G. Bush and T. McCormack (Chadbourne) re issues on expert report. |

Andrew N. Goldfarb

August 31, 2010

| | | |
|---|---|---|
| 07/02/10 | 0.50 | Participate in plan supporters' call regarding response to Wells Fargo motion. |
| 07/02/10 | 0.30 | Call with M. Roitman regarding confirmation preparation, attention to same. |
| 07/06/10 | 1.00 | Participate in call with plan supporters regarding strategy. |
| 07/06/10 | 0.20 | Participate in follow-up call with plan supporters regarding confirmation strategy. |
| 07/06/10 | 0.30 | Meet with N. Falvello to discuss email review project, e-mails and other prep for same. |
| 07/06/10 | 0.40 | Review and analyze draft filings in response to Wells Fargo motion regarding schedule and structure of confirmation hearing. |
| 07/08/10 | 3.00 | Meeting with counsel for Centerbridge, Law Debenture, and UCC. |
| 07/09/10 | 0.20 | Review court orders, update internal confirmation hearing calendar. |
| 07/13/10 | 0.60 | Participate in weekly professionals' call. |
| 07/13/10 | 0.80 | Participate in plan supporters' call. |
| 07/13/10 | 0.50 | Email to G. Bush and J. Sottile summarizing the two conference calls. |
| 07/14/10 | 0.70 | Review e-mails related to confirmation planning. |
| 07/14/10 | 1.30 | Attend pre-hearing meeting of plan supporters. |
| 07/14/10 | 1.50 | Attend hearing on confirmation-related issues. |
| 07/14/10 | 0.40 | Confer with J. Sottile regarding various strategy and confirmation issues. |
| 07/14/10 | 0.30 | Send and review e-mails related to confirmation hearing planning. |
| 07/15/10 | 0.60 | Call with J. Sottile, M. Ashley, and T. McCormack regarding expert witness preparation for confirmation hearing. |
| 07/15/10 | 0.60 | Call with confirmation expert and J. Sottile and G. Bush. |
| 07/15/10 | 0.30 | Call with M. Rule and J. Sottile, T. McCormack, and M. Ashley. |
| 07/15/10 | 1.10 | Revise expert disclosure notice (multiple revisions). |
| 07/15/10 | 0.90 | Multiple email communications regarding expert disclosure notice. |

| Date | Hours | Description |
|---|---|---|
| 07/15/10 | 0.20 | Attention to review of G. Bush e-mails for confirmation preparation. |
| 07/15/10 | 0.70 | Review and send materials to expert. |
| 07/16/10 | 1.20 | Conference call with J. Sottile, G. Bush, M. Ashley, T. McCormack, and expert. |
| 07/16/10 | 0.20 | Call with G. Bush and J. Sottile regarding confirmation hearing and expert testimony. |
| 07/16/10 | 0.20 | Attention to preparing chart with all experts designated for confirmation hearing. |
| 07/16/10 | 1.90 | Review G. Bush e-mails for confirmation preparation. |
| 07/16/10 | 0.30 | Send materials to M. Rule and expert. |
| 07/18/10 | 1.70 | Review G. Bush e-mails, related documents and submissions of the parties regarding settlement. |
| 07/19/10 | 0.20 | Call with H. Lee of Alix regarding inter-company tables. |
| 07/19/10 | 0.20 | Review materials for experts. |
| 07/19/10 | 0.40 | Attention to e-mails regarding confirmation prep. |
| 07/20/10 | 0.40 | Participate in weekly professionals conference call. |
| 07/20/10 | 0.50 | Finish review of e-mails regarding settlement process. |
| 07/20/10 | 0.20 | Send email set to M. Roitman. |
| 07/20/10 | 0.40 | Draft note to experts regarding materials. |
| 07/20/10 | 0.20 | Call with S. Korpus regarding confirmation issues. |
| 07/20/10 | 0.10 | Internal email regarding S. Korpus' call. |
| 07/21/10 | 3.00 | Meeting with expert, J. Sottile, M. Ashley and T. McCormack regarding confirmation and expert report development. |
| 07/21/10 | 0.80 | Meeting with M. Ashley and T. McCormack regarding confirmation strategy. |
| 07/21/10 | 0.10 | Send solvency-related material to expert. |
| 07/22/10 | 1.30 | Participate in plan supporters' call regarding confirmation strategy. |
| 07/22/10 | 0.30 | Revise and circulate chart of experts and scope of contemplated testimony. |
| 07/26/10 | 0.10 | Sign and send out agreement regarding Rule 2004 discovery for Moody's. |
| 07/26/10 | 1.00 | Review Examiner's report. |

August 31, 2010                                                                                    Page 8

| 07/26/10 | 0.10 | Send materials to expert. |
| 07/27/10 | 0.70 | Participate in weekly professionals' call. |
| 07/27/10 | 0.10 | Confer with J. Sottile regarding case developments and strategy. |
| 07/27/10 | 1.30 | Participate in plan supporters' call about Examiner's report and confirmation strategy. |
| 07/27/10 | 0.10 | Conference call with S. Korpus regarding Examiner's report. |
| 07/28/10 | 0.30 | Conference call with expert, M. Ashley, G. Bush and J. Sottile regarding expert report prep update. |
| 07/28/10 | 0.40 | Call with M. Rule, B. Denyl, J. Sottile, M. Ashley and T. McCormack regarding expert report prep update. |
| 07/28/10 | 0.20 | Confer with M. Ashley, T. McCormack and J. Sottile. |
| 07/28/10 | 0.50 | Review draft expert report. |
| 07/28/10 | 0.20 | Internal email regarding draft report. |
| 07/28/10 | 0.10 | Review draft stipulation on expert discovery. |
| 07/28/10 | 0.60 | Review and analyze Examiner's report. |
| 07/28/10 | 0.20 | Email to G. Bush and J. Sottile about legal argument in Examiner's report. |
| 07/29/10 | 0.60 | Participate in pre-hearing meeting of settlement supporters. |
| 07/29/10 | 1.50 | Attend Court hearing telephonically. |
| 07/29/10 | 3.00 | Attend UCC meeting telephonically. |
| 07/29/10 | 1.30 | Review unredacted Examiner's report. |
| 07/30/10 | 1.40 | Review Examiner's report. |
| 07/30/10 | 0.60 | Call with M. Rule and J. Sottile. |
| 07/30/10 | 0.10 | Email Chadbourne & Parke summarizing call with M. Rule. |
| 07/30/10 | 0.10 | Call with M. Rule. |
| 07/30/10 | 0.20 | Send requested materials to M. Rule. |
| 07/30/10 | 0.10 | Prepare and send internal email regarding M. Rule. |

Thomas G. Macauley

| 07/02/10 | 0.10 | Review summary of hearing on examiner motion and voting deadline. |
| 07/02/10 | 0.10 | Review EGI deposition notices. |

August 31, 2010                                                                                          Page 9

| 07/02/10 | 0.10 | Review memo to committee regarding Wells Fargo procedures motion. |
| 07/07/10 | 0.20 | Review Debtors' responses to bridge agent's procedures motion. |
| 07/08/10 | 0.20 | Review committee's objection to Wells Fargo procedures motion. |
| 07/12/10 | 0.10 | Review 7/14 hearing agenda. |
| 07/13/10 | 0.10 | Review agenda for committee professionals call. |
| 07/16/10 | 0.30 | Review and comment on expert disclosures. |
| 07/19/10 | 0.30 | Review documents on Intralinks. |
| 07/19/10 | 0.10 | Review memo on confirmation hearing issues. |
| 07/19/10 | 0.20 | Review Debtors' submissions to examiner. |
| 07/19/10 | 0.10 | Review agenda for committee professionals meeting. |
| 07/20/10 | 0.10 | Review list of scheduled depositions by Wilmington Trust. |
| 07/22/10 | 0.20 | Review and analyze issues regarding notice of hearing on Debtors' motion on examiner report. |
| 07/26/10 | 0.20 | Review article and summary to committee regarding confidentiality issues with examiner's report. |
| 07/26/10 | 0.40 | Review examiner's motion regarding filing report under seal and exhibit listing documents in dispute. |
| 07/26/10 | 0.10 | Review list of identified experts. |
| 07/26/10 | 0.20 | Review Debtors' motion to make examiner report available to parties. |
| 07/26/10 | 0.20 | Review initial internal comments regarding examiner report and conclusions. |
| 07/27/10 | 0.20 | Review memos to committee regarding examiner report. |
| 07/27/10 | 0.20 | Review articles regarding examiner report. |
| 07/27/10 | 0.50 | Attend 1st part of committee professionals call. |
| 07/27/10 | 1.40 | Review and analyze examiner's summary. |
| 07/27/10 | 1.70 | Review volume 2 of redacted examiner report. |
| 07/28/10 | 0.60 | Review volume 2 of redacted examiner report. |
| 07/28/10 | 0.20 | Review committee emails regarding tomorrow's committee meeting. |

August 31, 2010                                                          Page 10
Graeme W. Bush

| | | |
|---|---|---|
| 07/01/10 | 1.00 | UCC telephone conference. |
| 07/01/10 | 0.50 | Review pleadings and deposition notices. |
| 07/01/10 | 0.60 | Telephone conference with expert and James Sottile. |
| 07/02/10 | 0.70 | Review Lenders draft response to Bridge Agent's Motion. |
| 07/02/10 | 0.20 | E-mails regarding expert for confirmation. |
| 07/02/10 | 0.20 | E-mails with Messrs. Goldfarb and Schwinger regarding Moody's production. |
| 07/02/10 | 0.80 | Prepare for and telephone conference with settlement supporters regarding response to Bridge Lender motion and limits on confirmation hearing. |
| 07/02/10 | 0.30 | E-mails with Goldfarb and Zink regarding Moody's production and agreement. |
| 07/03/10 | 0.20 | E-mails with Messrs. LeMay and Rosner and work on scheduling meeting to discuss confirmation. |
| 07/04/10 | 0.40 | E-mails among settlement supports regarding opposition to Wells Fargo. |
| 07/04/10 | 0.40 | Review draft opposition to Wells Fargo procedures motion. |
| 07/05/10 | 0.60 | E-mails among Settlement Supporters regarding Wells Fargo motion and coordinated response |
| 07/05/10 | 0.30 | E-mails with Daniel Golden and other Settlement Supporters regarding meeting to discuss confirmation hearing. |
| 07/05/10 | 0.30 | Review Debtor's draft response to Wells Fargo procedures motion and proposed form of order. |
| 07/05/10 | 0.10 | E-mail with Andrew Goldfarb regarding e-mail search. |
| 07/05/10 | 0.40 | Review and comment on UCC draft response to Wells Fargo procedures motion. |
| 07/05/10 | 0.60 | Review Davis Polk draft response of settlement supporters and Kasowitz edits to same. |
| 07/06/10 | 1.20 | Prepare for and telephone conference with Settlement Supporters regarding confirmation hearing and Wells Fargo motion to establish procedures. |
| 07/06/10 | 0.30 | E-mails with Bryan Krakauer et al. regarding call with Debtors' counsel regarding Wells Fargo motion and confirmation hearing. |

| | | |
|---|---|---|
| 07/06/10 | 0.40 | E-mail and telephone call with Andrew Goldfarb regarding 1:30 call with Debtors regarding proposed order, and review same. |
| 07/06/10 | 0.60 | Telephone call and e-mails with Messrs. Ashley and McCormack regarding UCC expert at confirmation hearing. |
| 07/06/10 | 0.30 | Review agenda for Thursday meeting with Kasowitz, Chadbourne and Akin. |
| 07/07/10 | 0.20 | E-mail Marc Ashley regarding confirmation experts. |
| 07/07/10 | 3.50 | Analysis and evaluation of confirmation hearing legal and factual issues. |
| 07/08/10 | 0.50 | Meeting with Messrs. LeMay, Goldfarb, Ashley, McCormick and Seife regarding confirmation issues. |
| 07/08/10 | 2.00 | Meeting with Chadbourne & Parke attorneys, Kasowitz attorneys and Akin Gump attorneys regarding coordination for confirmation discovery. |
| 07/08/10 | 2.00 | Work on analysis of confirmation issues and matters of proof. |
| 07/09/10 | 0.20 | Consider confirmation expert question. |
| 07/09/10 | 1.20 | Continue evaluation of confirmation proof issues. |
| 07/12/10 | 0.40 | Discuss with Messrs. Sottile and Goldfarb regarding matters for hearing and review notice of hearing matters. |
| 07/12/10 | 0.20 | E-mails with Marc Roitman regarding UCC Professionals call and agenda. |
| 07/12/10 | 0.40 | Review Bridge Agent's Response and Objections to Procedures Order. |
| 07/13/10 | 0.30 | Review correspondence from Barbash. |
| 07/13/10 | 0.30 | Andrew Goldfarb report on Professionals call and other developments. |
| 07/13/10 | 0.20 | Review draft expert disclosures. |
| 07/14/10 | 1.00 | Prepare for and telephone call with James Sottile regarding status conference, expert and confirmation hearing issues. |
| 07/14/10 | 0.60 | E-mails with Andrew Goldfarb, and settlement supporters regarding approach to status conference and language for proposed order. |
| 07/14/10 | 0.20 | E-mail with David Rosner regarding settlement proof. |
| 07/14/10 | 0.10 | E-mail James Sottile reporting on status conference. |

August 31, 2010

| 07/15/10 | 0.40 | Telephone call with Messrs. Sottile, Goldfarb and testifying expert. |
| 07/15/10 | 1.30 | UCC telephone conference. |
| 07/15/10 | 1.20 | E-mails with Messrs. Goldfarb, Landis, Rath and Chadbourne & Parke regarding expert disclosures and review draft disclosures. |
| 07/16/10 | 0.30 | Review correspondence from counsel for Merrill Lynch regarding confidential documents. |
| 07/16/10 | 0.80 | Review pleadings by parties in connection with procedures submissions to court. |
| 07/16/10 | 0.40 | Attend to e-mails and issue of parties' expert submissions. |
| 07/16/10 | 1.10 | Review draft reports and draft comments on same. |
| 07/16/10 | 0.20 | Review correspondence from Stier regarding confidential documents. |
| 07/16/10 | 0.10 | E-mail regarding schedule of experts. |
| 07/19/10 | 0.40 | Review e-mails regarding expert preparation. |
| 07/19/10 | 0.30 | E-mails regarding UCC Professionals meeting and UCC meeting. |
| 07/19/10 | 0.20 | Review agenda for UCC Professionals meeting. |
| 07/19/10 | 0.60 | Review expert retention letters and e-mail James Sottile regarding same. |
| 07/20/10 | 0.30 | E-mails regarding Settlement Supporters meeting/telephone conference. |
| 07/20/10 | 0.80 | Review settlement materials and e-mail exchange with Andrew Goldfarb regarding same. |
| 07/20/10 | 0.30 | Attend to coordination of experts, and e-mail exchange with Messrs. Sottile and Goldfarb regarding same. |
| 07/20/10 | 0.10 | E-mail Kate Bromberg regarding deposition schedule. |
| 07/22/10 | 1.40 | Prepare for and telephone conference with Settlement Proponents regarding confirmation hearing. |
| 07/22/10 | 0.50 | Telephone call with Messrs. Sottile and Goldfarb regarding status of projects in preparation for confirmation hearing and expert testimony. |
| 07/22/10 | 0.40 | E-mail exchange and telephone call with James Sottile regarding Debtors' experts. |
| 07/22/10 | 0.80 | Work on engagement letters and e-mails regarding same. |

| 07/23/10 | 0.60 | Attend to scheduling meetings regarding experts and telephone call with James Sottile regarding same. |
|---|---|---|
| 07/23/10 | 0.50 | Review Examiner's motions. |
| 07/23/10 | 0.60 | Review e-mails from Debtor and draft motion to disclose Examiner report and comment on same. |
| 07/23/10 | 0.80 | Evaluate evidentiary issues for confirmation hearing. |
| 07/25/10 | 0.30 | Review Debtors' revised draft of motion to disclose Examiner report. |
| 07/26/10 | 0.10 | E-mail Andrew Goldfarb regarding agreement with Moody's and review letter agreement. |
| 07/26/10 | 0.30 | E-mails from multiple other parties and to Messrs. Goldfarb and Sottile regarding confirming deposition scheduling. |
| 07/26/10 | 0.20 | Review e-mails from Marc Roitman to UCC regarding Examiner issues. |
| 07/26/10 | 0.20 | E-mails with Lee Bogdanoff regarding report. |
| 07/26/10 | 0.30 | Review pleadings in response to motion to disclose. |
| 07/26/10 | 0.10 | Review agenda for UCC Professionals telephone conference. |
| 07/26/10 | 0.30 | E-mails with Marc Roitman and Chadbourne & Parke regarding structure of Examiner Report and summary for UCC. |
| 07/26/10 | 0.20 | E-mail Andrew Goldfarb summarizing Report. |
| 07/26/10 | 0.10 | Review e-mails from Fritz regarding deposition schedules. |
| 07/26/10 | 0.40 | E-mails and quick review of Examiner Report. |
| 07/27/10 | 3.50 | Review and analyze Examiner report. |
| 07/27/10 | 0.40 | Telephone conference and e-mail James Sottile regarding plan supporters' call. |
| 07/27/10 | 1.60 | Plan supporters telephone conference regarding Examiner report and motions regarding confidentiality. |
| 07/27/10 | 0.10 | E-mail from EPIQ regarding Order setting expedited hearing. |
| 07/27/10 | 0.20 | E-mails with James Sottile and expert regarding Report and scheduling telephone conference. |
| 07/27/10 | 0.30 | Review UST response to motion from Examiner and Debtors. |
| 07/27/10 | 0.30 | E-mails with James Sottile regarding substance of Examiner conclusions. |

August 31, 2010

| 07/28/10 | 0.40 | E-mail exchange regarding UCC confirmation expert. |
| 07/28/10 | 0.30 | Telephone conference with Sheron Korpus regarding UCC expert. |
| 07/28/10 | 0.20 | Confer with Andrew Goldfarb regarding hearing and UCC meeting. |
| 07/28/10 | 0.60 | Prepare for UCC meeting. |
| 07/28/10 | 0.50 | Telephone conference with Messrs. Sottile, Goldfarb and UCC confirmation expert regarding report. |
| 07/28/10 | 0.30 | Confer with James Sottile regarding expert and UCC meeting. |
| 07/28/10 | 0.30 | E-mails with expert regarding report and examiner submission. |
| 07/29/10 | 4.50 | Attend UCC meeting. |
| 07/29/10 | 1.30 | Meeting with Chadbourne & Parke attorneys and James Sottile and professionals regarding Examiner report and court hearings. |
| 07/29/10 | 3.50 | Begin review of unredacted Examiner's report. |
| 07/29/10 | 0.20 | E-mails with James Sottile and expert and confer with James Sottile regarding consultation with expert. |
| 07/29/10 | 0.50 | E-mails from Andrew Goldfarb reporting on hearing. |
| 07/29/10 | 0.20 | E-mails with Martin Barash regarding proceedings on Examiner Motion. |
| 07/29/10 | 0.10 | E-mail from Davis Polk regarding additional experts. |
| 07/29/10 | 0.30 | E-mails with Davis Polk and other parties regarding settlement supports drafting filing. |
| 07/29/10 | 0.30 | E-mail exchange with Messrs LeMay and Rosner regarding hearing. |
| 07/30/10 | 0.20 | Confer and e-mails with James Sottile regarding experts. |
| 07/30/10 | 0.10 | Review pleading regarding judges order. |
| 07/30/10 | 0.10 | E-mail with Howard Seife. |
| 07/30/10 | 2.00 | Continue reading unredacted Examiner's Report. |
| 07/30/10 | 0.40 | Attend to expert report of Alix Partners and e-mail regarding drafts. |
| 07/30/10 | 0.10 | E-mail with Martin Barash regarding distribution of report. |

| 07/30/10 | 0.20 | E-mail Andrew Goldfarb regarding request from experts. |
| 07/31/10 | 1.20 | Telephone call with Messrs. Sottile and McCormack and expert to review report. |
| 07/31/10 | 0.70 | Telephone call with Messrs. Sottile, McCormack regarding UCC position for Tuesday hearing and expert report. |
| 07/31/10 | 2.50 | Review, comment on and analyze draft expert report. |
| 07/31/10 | 0.50 | Telephone call with Messrs. Sottile and McCormack regarding work remaining on expert report. |
| 07/31/10 | 0.50 | Telephone call with James Sottile regarding our report to UCC on Examiner report. |

Benjamin L. Krein

| 07/02/10 | 3.90 | Analysis of caselaw regarding standard for confirmation of settlements in bankruptcy, and revise memo regarding same. |

Nina J. Falvello

| 07/06/10 | 0.30 | Confer with A. Goldfarb regarding project. |
| 07/06/10 | 0.20 | Consult with E. Murphy regarding search terms and constructing search. |
| 07/06/10 | 2.30 | Review e-mail correspondence in document management system per instructions. |
| 07/06/10 | 0.20 | Report to A. Goldfarb regarding progress. |
| 07/07/10 | 6.20 | Search matter workspace for e-mail correspondence regarding settlement. |
| 07/08/10 | 8.00 | Search DMS matter workspace to collate and review all e-mail correspondence for communications relating to settlement. |
| 07/09/10 | 3.80 | Complete review of e-mail correspondence in workspace regarding settlement. |
| 07/15/10 | 0.20 | Discuss with E. Murphy/IT options regarding review of settlement correspondence in matter workspace. |
| 07/15/10 | 0.20 | Analyze format options and choices regarding printed documents from workspace. |
| 07/15/10 | 0.40 | Consult with IT to search and save unique document set for A. Goldfarb's review. |
| 07/16/10 | 0.40 | Search workspace for particular e-mail correspondence. |

| 07/19/10 | 2.10 | Review selected documents showing original sender/recipient and document identification. |
| 07/19/10 | 0.30 | Discuss with E. Murphy available options for obtaining date and sender/recipient information on documents in workspace. |
| 07/20/10 | 0.90 | Find e-mail correspondence per A. Goldfarb's request. |

Diana Gillig

| 07/06/10 | 0.20 | Review scheduling order and calendar relevant dates. |
| 07/27/10 | 0.20 | Review docket for Examiner's report. |
| 07/30/10 | 0.70 | Review unredacted Examiner's report volume 2 and supplement redacted version. |



**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

August 31, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:274306
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

---

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through July 31, 2010.

By Graeme W. Bush
    0.40  hours at  $765.00  per hour        $      306.00

By Thomas G. Macauley
    7.10  hours at  $580.00  per hour        $      4,118.00

By Diana Gillig
    11.00  hours at  $160.00  per hour        $      1,760.00

        TOTAL FEES        $      6,184.00

2757524.1

August 31, 2010                                                                                     Page 2

DESCRIPTION OF SERVICES                                                       CLIENT: 12464
                                                                             MATTER: 0002

### Thomas G. Macauley

| | | |
|---|---|---|
| 07/02/10 | 0.10 | Review notice regarding deadline for interim fee applications. |
| 07/02/10 | 0.10 | Review summary of professional fees for 5th quarter. |
| 07/07/10 | 0.90 | Review May time detail for privilege and local rule issues. |
| 07/13/10 | 0.80 | Review and edit 10th monthly fee application and exhibits. |
| 07/15/10 | 1.10 | Review and edit 3rd interim fee application. |
| 07/19/10 | 0.20 | Review fee examiner memo on 2nd interim fee application. |
| 07/19/10 | 0.20 | Review and edit amended notice of 10th monthly fee application and certificate of service. |
| 07/20/10 | 0.80 | Review and edit June time detail regarding privilege and legal rules. |
| 07/23/10 | 0.70 | Review fee examiner report on 2nd interim fee application and compare with report on 1st interim fee application. |
| 07/23/10 | 0.50 | Draft summary of findings to internal team. |
| 07/26/10 | 0.10 | Review expert's most recent invoice. |
| 07/26/10 | 1.60 | Review fee examiner exhibits to 1st interim fee application and analyze potential responses. |

### Graeme W. Bush

| | | |
|---|---|---|
| 07/23/10 | 0.40 | Review fee examiner materials and e-mail exchange with Thomas Macauley regarding same. |

### Diana Gillig

| | | |
|---|---|---|
| 07/07/10 | 0.90 | Revise May time entry detail regarding 10th monthly fee application. |
| 07/08/10 | 0.50 | Continue revising May time detail. |
| 07/08/10 | 0.90 | Draft 10th monthly fee application. |
| 07/12/10 | 0.10 | Review cost detail for 10th monthly fee application period. |
| 07/12/10 | 0.30 | Prepare itemized cost chart regarding same. |
| 07/12/10 | 0.50 | Draft 10th monthly fee application. |
| 07/12/10 | 0.10 | Draft notice regarding same. |

August 31, 2010                                                                                  Page 3

| 07/12/10 | 0.10 | Draft certificate of service for same. |
| 07/13/10 | 0.30 | Revise time detail regarding 10th monthly fee application. |
| 07/14/10 | 0.20 | Review and revise 10th monthly fee application. |
| 07/14/10 | 0.20 | Revise May time detail. |
| 07/14/10 | 0.40 | Revise 10th monthly fee application. |
| 07/14/10 | 1.50 | Draft third interim fee application. |
| 07/15/10 | 1.80 | Draft third interim fee application. |
| 07/15/10 | 0.20 | Draft notice and certificate of service for same. |
| 07/15/10 | 0.10 | Draft notice of filing and certificate of service regarding same. |
| 07/15/10 | 0.30 | Revise third interim fee application. |
| 07/15/10 | 0.20 | Electronically file same. |
| 07/15/10 | 0.10 | Prepare service for same. |
| 07/16/10 | 0.60 | Revise time detail for next fee application. |
| 07/16/10 | 0.20 | Draft amended notice regarding 10th monthly fee application. |
| 07/19/10 | 0.50 | Revise time detail for 11th monthly fee application. |
| 07/22/10 | 1.00 | Revise time detail regarding 11th monthly fee application. |



**ZUCKERMAN SPAEDER** LLP

1800 M STREET, NW  SUITE 1000
WASHINGTON, DC 20036-5802
202.778.1800  202.822.8106 fax    www.zuckerman.com

August 31, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:274307
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

---

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through July 31, 2010.

By Graeme W. Bush
   3.50  hours at  $765.00  per hour           $     2,677.50

By James Sottile
   14.50  hours at  $675.00  per hour         $     9,787.50

By Andrew N. Goldfarb
   9.30  hours at  $550.00  per hour          $     5,115.00

       TOTAL FEES                    $     17,580.00

          Less Professional Courtesy      $     -8,790.00

       TOTAL FEES                    $     8,790.00

2757526.1

August 31, 2010                                                    Page 2

DESCRIPTION OF SERVICES                          CLIENT: 12464
                                                 MATTER: 0003

James Sottile

| 07/14/10 | 4.50 | Travel to/from Wilmington for hearing. |
| 07/21/10 | 6.20 | Travel to/from New York for meeting expert. |
| 07/29/10 | 3.80 | Travel to/from New York for Creditors Committee meeting. |

Andrew N. Goldfarb

| 07/08/10 | 3.00 | Travel to and from NYC for meeting. |
| 07/14/10 | 2.30 | Travel to and from Wilmington for hearing. |
| 07/21/10 | 4.00 | Travel to and from NYC for expert meeting. |

Graeme W. Bush

| 07/07/10 | 1.50 | Travel to New York, NY. |
| 07/08/10 | 1.00 | Travel to Washington, DC. |
| 07/29/10 | 1.00 | Travel to New York, NY for UCC meeting. |

**EXHIBIT B**

Tribune Company, Inc. 08-13141 (KJC)
Zuckerman Spaeder LLP
12th Monthly Fee Application
Period 7/1/10-7/31/10

| EXPENSES | AMOUNT | DATE OF SERVICE | TOTALS |
|---|---|---|---|
| | | | |
| | | | |
| EXPERTS - NERA | $ 96,580.00 | 8/12/2010 | |
| NAVIGANT | $ 108,535.02 | 8/27/2010 | |
| NERA | $ 229,110.52 | 8/31/2010 | |
| | | | |
| Total | $ 434,225.54 | | $ 434,225.54 |
| | | | |
| TRAIN / AIR TRAVEL        train | $ 1,723.00 | 7/27/2010 | |
| | $ 889.80 | 7/30/2010 | |
| | | | |
| Total | $ 2,612.80 | | $ 2,612.80 |
| | | | |
| TAXI / PARKING | $ 61.00 | 7/27/2010 | |
| | $ 29.00 | 7/30/2010 | |
| | | | |
| Total | $ 90.00 | | $ 90.00 |
| | | | |
| MEALS | $ 7.66 | 7/27/2010 | |
| | | | |
| Total | $ 7.66 | | $ 7.66 |
| | | | |
| MISCELLANEOUS - TIPS | $ 4.50 | 7/27/2010 | |
| | | | |
| Total | $ 4.50 | | $ 4.50 |
| | | | |
| OUTSOURCED DOC SERVICE IKON | $ 267.20 | 7/30/2010 | |
| Total | $ 267.20 | | $ 267.20 |
| | | | |
| CONFERENCING - SOUND PATH | $ 60.74 | 7/27/2010 | |
| | $ 46.61 | 7/31/2010 | |
| | | | |
| Total | $ 107.35 | | $ 107.35 |
| | | | |
| PACER - DOCKET RESEARCH | $ 111.92 | 7/26/2010 | |
| | | | |
| Total | $ 111.92 | | $ 111.92 |
| | | | |
| LEXIS/NEXIS RESEARCH | $ 120.86 | 7/31/2010 | |
| | | | |
| | $ 120.86 | | $ 120.86 |
| | | | |
| WESTLAW RESEARCH | $ 1,069.69 | | |
| | | | |
| Total | $ 1,069.69 | | $ 1,069.69 |
| | | | |
| INHOUSE COPY | $ 0.50 | 7/13/2010 | |
| | $ 47.70 | 7/14/2010 | |
| | $ 18.30 | 7/15/2010 | |
| | $ 4.50 | 7/19/2010 | |
| | | | |
| Total | $ 71.00 | | $ 71.00 |
| | | | |
| LONG DISTANCE CALLS | $ 0.24 | 7/1/2010 | |
| | $ 6.24 | 7/2/2010 | |
| | $ 1.08 | 7/6/2010 | |
| | $ 0.84 | 7/9/2010 | |
| | $ 0.12 | 7/16/2010 | |
| | $ 2.28 | 7/19/2010 | |
| | $ 7.80 | 7/27/2010 | |
| | $ 0.60 | 7/30/2010 | |
| | | | |
| Total | $ 19.20 | | $ 19.20 |

Zuckerman Spaeder LLP
**12th Monthly Fee Application**
**Period 7/1/10-7/31/10**

| | | | |
|---|---|---|---|
| | | | |
| POSTAGE | $ 33.90 | 7/31/2010 | |
| | | | |
| Total | $ 33.90 | | $ 33.90 |
| | | | |
| GRAND TOTAL | | | $ 438,741.62 |