# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Mark Minuti of Saul Ewing LLP hereby certify that on September 10, 2010 service of **Certification of No Objection Regarding Second Monthly Fee Application of Saul Ewing LLP, Counsel to Kenneth N. Klee, Esq., the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2010 through June 30, 2010** was made on the parties on the attached service list in the manner indicated therein.

SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840

*Counsel to the Examiner*

Dated: September 10, 2010

597493.2 9/10/10


## TRIBUNE COMPANY, *et al*
### Service List

**Via First Class Mail:**

*Counsel to the Debtors*
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

*United States Trustee*
David M. Klauder, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

*Counsel to Creditors' Committee*
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

*Counsel to the Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.*
Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511

*Counsel to Barclays Bank PLC*
Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

*Counsel to the Debtors*
Kenneth P. Kansa, Esquire
Jillian K. Ludwig Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

*Counsel to Creditors' Committee*
Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

*Counsel to the Administrative Agent for Prepetition Lenders, JPMorgan Chase Bank, N.A.*
Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017

*Counsel to Barclays Bank PLC*
Brian Trust, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

*Fee Auditor*
John L. Decker, Esquire
c/o Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044

597493.2 9/10/10