# EXHIBIT A

| Date | Client Name | Employee Name | Hours | Fees Logged | Description |
|---|---|---|---|---|---|
| 6/29/1930 | Tribune Company | Zilka, Jeffrey R. | 0.25 | $175.00 | Discuss with Rebecca Neufeld initial research re: blogs |
| 6/30/2010 | Tribune Company | Zilka, Jeffrey R. | 0.75 | $525.00 | Edit and send email with media targets and counsel to G. Weitman .5 review draft of integrated communications plan for Tribune corporate story at request of G. Weitman .25 |
| 7/8/2010 | Tribune Company | Neufeld,Rebecca J | 0.5 | $102.50 | review media coverage on tribune's new digital division; send JZ update |
| 7/19/2010 | Tribune Company | Zilka, Jeffrey R. | 3.25 | $2,275.00 | Review recent media coverage, develop media recommendations .5 In-person meeting with G. Weitman to develop media strategy for vote on restructuring plan 2.0 follow-up conversation .75 |
| 7/20/2010 | Tribune Company | Burdeen,Michael B | 1 | $185.00 | audit of coverage for reporter from USA Today for restructuring story (.5); drafted memo from findings (.5) |
| 7/20/2010 | Tribune Company | Elzey,Stephanie Ann | 2.25 | $461.25 | .25 – Updating bio and share with J. Zilka to send to G. Weitman 2.0 – Education and reading on the Tribune Company and its MoD and P2P offerings, brainstorming and sharing thoughts with J. Zilka |
| 7/20/2010 | Tribune Company | Zilka, Jeffrey R. | 2.75 | $1,925.00 | Write wrap-up and recommendations memo re: matters discussed on 7/19 0.75; conversation with G. Weitman re: MoD and P2P .5 Brief Annie Elzey .50 Review MoD and P2P materials .5 Call with G. Weitman and Annie Elzey .5 |
| 7/21/2010 | Tribune Company | Elzey,Stephanie Ann | 2 | $410.00 | 1.0 – Drafted email pitch on MoD and P2P * .5 – Review, * .5 – Held call with J. Zilka and G. Weitman to update on pitch strategy and progress |
| 7/21/2010 | Tribune Company | Zilka, Jeffrey R. | 0.5 | $350.00 | Morning check-in with Annie Elzey on media pitch .25 Recap with Annie end-of-day, respond to Gary's request, forward email .25 |
| 7/22/2010 | Tribune Company | Burdeen,Michael B | 2.5 | $462.50 | pulled press releases, earnings coverage and analyst reports re: NYT earnings (1.0); read over analyst reports (.5); pulled analyst reports for GCI (.5); read reports; looked for coverage of general media in analyst reports (.5) |
| 7/22/2010 | Tribune Company | Elzey,Stephanie Ann | 2 | $410.00 | .5 – Follow-up to MoD and P2P media pitch * .5 – Drafted specialized pitch and conducted initial outreach * 1.0 – Communication to J. Zilka and G. Weitman on pitching status |
| 7/22/2010 | Tribune Company | Zilka, Jeffrey R. | 1.5 | $1,050.00 | Conversation with Gary Weitman re: MoD and P2p media outreach, brief Annie Elzey 5 Update conversation with Gary Weitman re: media strategy for upcoming filing and court dates .5 Review Annie Elzey update email to Gary Weitman .25 Brief Michael Burdeen on pulling media industry and analyst reports .25 total: 1.25 |
| 7/23/2010 | Tribune Company | Burdeen,Michael B | 0.5 | $92.50 | searched for coverage on general consensus for publishing industry re: earnings |

| Date | Client Name | Employee Name | Hours | Fees Logged | Description |
|---|---|---|---|---|---|
| 7/23/2010 | Tribune Company | Elzey,Stephanie Ann | 1.5 | $307.50 | .5 – Prepared update note for J. Zilka and G. Weitman * 1.0 – Attempted follow-up with media on MoD and P2P |
| 7/23/2010 | Tribune Company | Zilka, Jeffrey R. | 0.5 | $350.00 | Discuss media strategy .25 Edit Annie Elzey report to Gary Weitman .25 |
| 7/24/2010 | Tribune Company | Zilka, Jeffrey R. | 0.5 | $350.00 | Forward media article with recommendations for filing plan description |
| 7/25/2010 | Tribune Company | Zilka, Jeffrey R. | 0.25 | $175.00 | Forward article with commentary |
| 7/26/2010 | Tribune Company | Elzey,Stephanie Ann | 2.25 | $461.25 | Followed up from prior communication on media relations re MoD and P2P to tech media |
| 7/26/2010 | Tribune Company | Zilka, Jeffrey R. | 0.5 | $350.00 | Discuss outreach to additional media, edit email to Gary Weitman .25 Review articles re: expected court examiner report that evening .25 |
| 7/27/2010 | Tribune Company | Elzey,Stephanie Ann | 1.25 | $256.25 | Pitched MoD P2P, received decline, drafted rebuttal note to make argument for story, spoke with reporter on the phone*Internal update to Jeff Zilka and strategizing*Update to client* |
| 7/27/2010 | Tribune Company | Zilka, Jeffrey R. | 3.75 | $2,625.00 | Morning call with G. Weitman re: examiner's report .25 Read report, prepare Q's, suggested messages 2.75 Review draft employee memo .25 Discuss media with Annie Elzey .25 Afternoon call with Gary Weitman re: coverage, .25 total: 3.75 |
| 7/28/2010 | Tribune Company | Elzey,Stephanie Ann | 4 | $820.00 | Morning meeting with Jeff Zilka to go over bankruptcy proceedings, background on the Tribune Company and strategize on next actions after reporter declined*Follow-up with other tech reporter*Online media research and outreach to Edelman network of expertise to identify alternative contacts *Update to client* |
| 7/28/2010 | Tribune Company | Neufeld,Rebecca J | 1 | $205.00 | .25: review pitch; .75 review possible additional media targets for MoD and P2P |
| 7/28/2010 | Tribune Company | Zilka, Jeffrey R. | 1 | $700.00 | Read "next day coverage" of examiners report, compile, draft advisory note to G. Weitman .25 Meet with Annie Elzey re media alternatives .5 Edit end of day note to G. Weitman. Conversation with G. Weitman about content of amended description of plan of reorg to be filed 7/29 .25 total: 1 |
| 7/29/2010 | Tribune Company | Burdeen,Michael B | 0.75 | $138.75 | Pulled and skimmed analyst reports and earnings transcripts for McClatchy Company Q2 earnings. |
| 7/29/2010 | Tribune Company | Elzey,Stephanie Ann | 0.75 | $153.75 | Pitching tech business media on MoD and P2P *Update to client* |
| 7/29/2010 | Tribune Company | Zilka, Jeffrey R. | 1 | $700.00 | Call with G. Weitman and T. Holt re: filing of supplemental plan description, examiner's report .5 comment on media strategy .25 circulate evening stories re: 7/29 hearing re: examiner's report disclosures .25 |
| 7/30/2010 | Tribune Company | Elzey,Stephanie Ann | 0.25 | $51.25 | Update to Gary |
| | | **JULY 2010 TOTAL** | **39** | **$16,067.50** | |