IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: September 1, 2010 @ 4 p.m. |
| | : | Hearing Date:  September 15, 2010 @ 11 a.m. |
| | | *(Only if objections are filed)* |

**CERTIFICATE OF COUNSEL IN FURTHER SUPPORT OF
FIRST AND FINAL APPLICATION OF DAY PITNEY LLP FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM OCTOBER 13, 2009 TO JANUARY 28, 2010**

In further support of the First and Final Fee Application of Day Pitney LLP ("Day Pitney") for Compensation and Reimbursement of Expenses for the Period from October 13, 2009 to January 28, 2010 (the "Fee Application Period"), filed on August 5, 2010 (document 5278 on the docket) and supplemented on September 2, 2010 (document 5608 on the docket) (as supplemented, the "Fee Application"), the undersigned hereby certifies that photocopying was inadvertently charged to the Tribune Company (the "Debtor") during the Fee Application Period at the rate of $0.20 per page, for a total expense charge of $365.20.  This error was discovered while drafting the Fee Application.  The Fee Application was drafted to reflect a credit to the Debtor to reduce the photocopying rate to $0.10 per page.  Accordingly, the amount sought in the Fee Application for photocopying is $182.60, which reflects a 50% reduction in the amount initially charged to the Debtor for photocopying.

To the extent that Day Pitney's photocopying charges were or are paid by the Debtor in an amount greater than $182.60, Day Pitney will issue a check to the Debtor to reimburse the Debtor for the difference.

83418927.1

1

2

Attached hereto as Exhibit "A" is a proposed form of order granting the Fee Application; approving the final allowance of $50,182.50 for compensation for professional services rendered by Day Pitney in connection with its representation of the Debtor during the Bankruptcy Cases; and approving the reimbursement of Day Pitney's actual, out-of-pocket expenses incurred during the Bankruptcy Cases in the amount of $1,637.63.

Dated:  September 10, 2010

DAY PITNEY LLP

By:  /s/ Scott A. Zuber
    Scott A. Zuber
    One Jefferson Road
    Parsippany, NJ 07054-2891
    Tel:  (973) 966-6300
    Fax:  (973) 966-1015
    szuber@daypitney.com