## EXHIBIT A

**Revised Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket Nos. 5148, 5592, 5611, and 5620** |

---

## ORDER SUSTAINING DEBTORS' THIRTY-FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL RULE 3007-1

Upon consideration of the Debtors' Thirty-Fifth Omnibus Objection (Non-Substantive) to Claims, by which the Debtors[2] request the entry of an order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Rule 3007-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Objection.

1, disallowing or modifying, as applicable, the Disputed Claims set forth on Schedule 1 attached hereto, as specified in Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, and Exhibit F; and upon consideration of the Bigelow Declaration; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

ORDERED that the Objection is sustained as modified herein; and it is further

ORDERED that the Amended Claims set forth on the attached Exhibit A are hereby disallowed in their entirety; and it is further;

ORDERED the Duplicate Claims set forth on the attached Exhibit B are hereby disallowed in their entirety; and it is further

ORDERED that the Late-Filed Claims set forth on the attached Exhibit C are hereby disallowed in their entirety; and it is further

ORDERED that the No Supporting Documentation Claims set forth on the attached Exhibit D are hereby disallowed in their entirety; and it is further

ORDERED that the Insufficient Documentation Claims set forth on the attached Exhibit E hereby disallowed in their entirety; and it is further

ORDERED that the Modified Debtor Claims set forth on the attached Exhibit F are hereby modified so that each such claim is reassigned to the Debtor specified under the column heading "Modified Debtor;" and it is further

ORDERED that the Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order; and it is further

ORDERED that each of the claims identified as "Surviving Claims" on <u>Exhibits</u> <u>A</u> and <u>B</u> attached hereto is deemed timely filed to the extent that it relates back to a claim which was filed on or before the applicable bar date, nothing set forth herein shall affect the parties' rights with respect to such "Surviving Claims," and the parties' rights with respect to the "Surviving Claims" are reserved; and it is further

ORDERED that the relief granted herein is without prejudice to the Debtors' rights to amend, modify, or supplement the Objection, and to file additional objections to claims asserted in these chapter 11 cases; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware

_____, 2010

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

## Schedule 1

**Tribune Company, et al**

**Omnibus Objection 35: Schedule 1**

| | NAME | EXHIBIT |
|---|---|---|
| 1 | 57-11 49TH PLACE, LLC<br>ATTN: SCOTT S. MARKOWITZ, ESQ.<br>TARTER KINSKY & DROGIN LLP<br>1350 BROADYWAY, 11TH FLOOR<br>NEW YORK, NY 10018 | F |
| 2 | AJILON PROFESSIONAL STAFFING, LLC<br>175 BROADHOLLOW ROAD<br>MELVILLE, NY 11747 | F |
| 3 | ASSOCIATED PRESS<br>645 ALBANY SHAKER RD<br>ALBANY, NY 12211 | F |
| 4 | BOHM, PETER<br>C/O WILLIAM KROPACH<br>6345 BALBOA BLVD #242<br>ENCINO, CA 91316 | B |
| 5 | BOND, CURTIS<br>101 RIVERMEADE CT., APT D<br>YORKTOWN, VA 23690 | E |
| 6 | BOONE, KYLE V<br>9903 GUNSTOCK ROAD<br>RANDALLSTOWN, MD 21133 | E |
| 7 | CAMASSAR, CAROLYN<br>5 OLD WALLINGFORD ROAD<br>DURHAM, CT 06422 | D |
| 8 | CITY OF NEW YORK - DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | A |
| 9 | CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR:WASHINGTON POST WRITERS<br>GROUP<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | A |
| 10 | CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: WASHINGTON POST WRITERS<br>GROU<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | A |
| 11 | COUNTY OF SAN DIEGO<br>REGISTRAR OF VOTERS<br>ATTN: RIZA BULANTE<br>5201 BRUFFIN ROAD, SUITE I<br>SAN DIEGO, CA 92123 | A |
| 12 | CRISHAM, MEGAN MD<br>2746 CENTRAL PARK<br>EVANSTON, IL 60201 | F |

Tribune Company, et al

Omnibus Objection 35: Schedule 1

| | NAME | EXHIBIT |
|---|---|---|
| 13 | DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201-2691 | B |
| 14 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | A |
| 15 | EFE NEWS SERVICES (U.S.) INC<br>529 14TH ST NW STE 1220<br>WASHINGTON, DC 20045-2398 | F |
| 16 | GRANT AND POWER LANDSCAPING INC.<br>700 ROOSEVELT ROAD<br>WEST CHICAGO, IL 60187 | F |
| 17 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |
| 18 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |
| 19 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |
| 20 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |
| 21 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |
| 22 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |
| 23 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |

**Tribune Company, et al**

**Omnibus Objection 35: Schedule 1**

| | NAME | EXHIBIT |
|---|---|---|
| 24 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | A |
| 25 | JACOBS, MARK PO BOX 1123 WRIGHTWOOD, CA 92397 | B |
| 26 | JORDAN, LINWOOD JR 21 RED ROBIN TURN HAMPTON, VA 23669 | E |
| 27 | KING BLACKWELL DOWNS & ZEHNDER, P.A. 25 E. PINE ST PO BOX 1631 ORLANDO, FL 32802-1631 | F |
| 28 | KOENIG, RHODA 73B RODERICK ROAD LONDON, NW3 2NP UNITED KINGDOM | E |
| 29 | LAMBERTY, HARRY W 4702 FAIRVIEW AVE ORLANDO, FL 32804 | E |
| 30 | LEXISNEXIS, A DIV OF REED ELSEVIER INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | F |
| 31 | LEXISNEXIS, A DIV OF REED ELSEVIER INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | F |
| 32 | LEXISNEXIS, A DIV OF REED ELSEVIER INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | F |
| 33 | LEXISNEXIS, A DIV. OF REED ELSEVIER INC ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | F |
| 34 | LONG ISLAND MID SUFFOLK BUSINESS ACTION PO BOX 135 CENTERPORT, NY 11721 | D |
| 35 | MAYERSOHN, HARRIS 1314 CAMELLIA LN WESTON, FL 33526 | E |
| 36 | MESSINA, RICHARD C/O LAURENCE BRICK 433 SOUTH MAIN ST SUIT 102 WEST HARTFORD, CT 06110 | B |

Tribune Company, et al

Omnibus Objection 35: Schedule 1

| | NAME | EXHIBIT |
|---|---|---|
| 37 | METROPOLITAN LIFE INSURANCE COMPANY<br>C/O HIGHPOINTE GROUP LP<br>METLIFE WELLS FARGO PLAZA<br>6060 N. CENTRAL EXPY., STE. 130<br>DALLAS, TX 75206 | F |
| 38 | MORNINGSTAR, COLLEEN<br>1460 NE 57TH CT<br>FT. LAUDERDALE, FL 33334 | C |
| 39 | NAI HIFFMAN ASSET MANAGEMENT LLC<br>AGENT FOR OWNER OF 195-197 NORTHFIELD RD<br>C/O JOSEPH GIRARDI OF HENDERSON & LYMAN<br>175 W. JACKSON BLVD., SUITE 240<br>CHICAGO, IL 60604 | F |
| 40 | NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 | A |
| 41 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 42 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 43 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 44 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 45 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 46 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |

**Tribune Company, et al**

**Omnibus Objection 35: Schedule 1**

| | NAME | EXHIBIT |
|---|---|---|
| 47 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | A |
| 48 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | A |
| 49 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | A |
| 50 | NORTHERN TRUST COMPANY 1414 4TH AV SEATTLE, WA 98101 | D |
| 51 | ORLAND L.P. 288 ORLAND SQUARE ORLAND PARK, IL 60462 | F |
| 52 | PENNSYLVANIA ELECTRIC COMPANY, A FIRSTENERGY COMPANY 331 NEWMAN SPRINGS ROAD BUILDING 3 RED BANK, NJ 07701 | E |
| 53 | PETIT, CATHERINE 8897 FONTAINBLEU BLVD NO.408 MIAMI, FL 33172 | E |
| 54 | PITNEY BOWES GLOBAL FINANCIAL SERVICES ATTN: RECOVERY DEPT. 27 WATERVIEW DRIVE SHELTON, CT 06484-4361 | B |
| 55 | PLAS-TECH ENGINEERING, INC. 875 GENEVA PARKWAY N. LAKE GENEVA, WI 53147 | F |
| 56 | PUGET SOUND ENERGY CLOSED ACCTS DEPT., BOT-01G P.O. BOX 90868 BELLEVUE, WA 98009-0868 | F |
| 57 | QWEST CORPORATION ATTN: JANE FREY 1801 CALIFORNIA ST RM 900 DENVER, CO 80202-2658 | F |
| 58 | REBACKOFF, ZACH 89 FRANCIS AVE HARRISON, NY 105283544 | E |

Tribune Company, et al

Omnibus Objection 35: Schedule 1

| | NAME | EXHIBIT |
|---|---|---|
| 59 | ROBINSON, PATRICIA<br>PO BOX 184<br>BROOKEVILLE, MD 20833 | C |
| 60 | ROBINSON, PATRICIA<br>PO BOX 184<br>BROOKEVILLE, MD 20833 | C |
| 61 | SBC GLOBAL SERVICES, INC.<br>JAMES GRUDUS, ESQ.: AT&T ATTORNEY<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | A |
| 62 | SBC GLOBAL SERVICES, INC.<br>JAMES GRUDUS, ESQ.: AT&T ATTORNEY<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | A |
| 63 | STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>FREDERICK F. RUDZIK<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | A |
| 64 | STATE OF ILLINOIS<br>DEPARTMENT OF EMPLOYMENT SECURITY<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 S. STATE ST.<br>CHICAGO, IL 60603 | A |
| 65 | STATE OF ILLINOIS<br>DEPARTMENT OF EMPLOYMENT SECURITY<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 S. STATE ST.<br>CHICAGO, IL 60603 | A |
| 66 | STATE OF MICHIGAN DEPARTMENT OF<br>TREASURY<br>DEBORAH B. WALDMEIR, ASS ATTY GENERAL<br>CADILLACE PLACE, STE. 10-200<br>3030 W. GRAND BLVD.,<br>DETROIT, MI 48202 | A |
| 67 | STATE OF NEW JERSEY<br>TREASURY DEPT<br>UNCLAIMED PROPERTY<br>PO BOX 214<br>TRENTON, NJ 08695-0214 | E |
| 68 | STEWART, ROBERT<br>PO BOX 3834<br>LAKEWOOD, CA 90711 | E |
| 69 | TORRES, IGNACIO<br>C/O ISRAEL & BENEZRA<br>1545 WILSHIRE BLVD #300<br>LOS ANGELES, CA 90017 | B |

**Tribune Company, et al**

**Omnibus Objection 35: Schedule 1**

| | NAME | EXHIBIT |
|---|---|---|
| 70 | TORRES, IGNACIO<br>1426 E. RIVER ROAD<br>BELEN, NM 87002 | B |
| 71 | UB PROPERTY LLC<br>ATTN: KIM NELSON / PO BOX 58746<br>SEATTLE, WA 98138 | F |
| 72 | WALLACH, LINDA<br>C/O WILLIAM KROPACH<br>6345 BALBOA BLVD #242<br>ENCINO, CA 91316 | B |
| 73 | WEST, KIM<br>2520 MOOSE DEER DRIVE<br>ONTARIO, CA 91761 | E |
| 74 | WORLDWIDE ASSET PURCHASING, LLC<br>AS ASSIGNEE FOR SPRINT<br>C/O WEST ASSET MANAGEMENT, INC.<br>PO BOX 105698<br>ATLANTA, GA 30348 | E |

**EXHIBIT A**

**Amended Claims**

Tribune Company, et al.

Omnibus Objection 35: Exhibit A – Amended Claims

| # | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME |
| 1 | CITY OF NEW YORK - DEPARTMENT OF FINANCE DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL RON MEDLEY, OF COUNSEL 345 ADAMS STREET - 3RD FLOOR BROOKLYN, NY 11201 | 05/21/2009 | 08-13141 | 3021 | $837,000.00* | 06/26/2009 | 08-13141 | 5972 | $1,830,123.00* | NYC DEPT. OF FINANCE, AUDIT DIVISION ATTN: BANKRUPTCY UNIT 345 ADAMS ST, 5TH FL BROOKLYN, NY 11201 |
| 2 | CLAIMS RECOVERY GROUP LLC TRANSFEROR#WASHINGTON POST WRITERS GROUP 92 UNION AVENUE CRESSKILL, NJ 07626 | 03/16/2009 | 08-13185 | 738 | $1,816.56 | 06/10/2010 | 08-13185 | 6521 | $5,827.79 | CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF WASHINGTON WRITERS GROUP 92 UNION AVENUE CRESSKILL, NJ 07626 |
| 3 | CLAIMS RECOVERY GROUP LLC TRANSFEROR: WASHINGTON POST WRITERS GROU 92 UNION AVENUE CRESSKILL, NJ 07626 | 03/16/2009 | 08-13210 | 744 | $180.05 | 06/10/2010 | 08-13210 | 6522 | $900.24 | CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF WASHINGTON POST WRITERS GROUP 92 UNION AVENUE CRESSKILL, NJ 07626 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 35: Exhibit A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | COUNTY OF SAN DIEGO REGISTRAR OF VOTERS ATTN: RIZA BULANTE 5201 BRUFFIN ROAD, SUITE 1 SAN DIEGO, CA 92123 | 04/16/2009 | 08-13182 | 963 | $1,175.00 | COUNTY OF SAN DIEGO, REGISTRAR OF VOTERS ATTN: RIZA BULANTE 5201 RUFFIN RD., SUITE 1 SAN DIEGO, CA 92123 | 05/03/2010 | 08-13182 | 6469 | $1,175.00 |
| 5 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 05/15/2009 | 08-13145 | 2814 | $6,369.80 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 07/06/2010 | 08-13145 | 6555 | $2,384.03 |
| 6 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/03/2009 | 08-13175 | 412 | $140.80 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 09/14/2009 | 08-13175 | 6222 | $0.00 |
| 7 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/03/2009 | 08-13175 | 411 | $703.98 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 09/04/2009 | Multiple Debtors | 6214 | $0.00 |

*- Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 35: Exhibit A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|
| 8  ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/03/2009 | 08-13185 | 413 | $41.83 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 09/04/2009 | Multiple Debtors | 6216 | $0.00 |
| 9  ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/03/2009 | 08-13185 | 414 | $8.37 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 09/14/2009 | 08-13185 | 6220 | $0.00 |
| 10  ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/09/2009 | 08-13198 | 478 | $68.00 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 09/04/2009 | Multiple Debtors | 6213 | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 35: Exhibit A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 11  ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/09/2009 | 08-13198 | 479 | $340.00 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 09/14/2009 | 08-13198 | 6219 | $0.00 |
| 12  ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/02/2009 | 08-13236 | 403 | $2,504.04 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 09/14/2009 | 08-13236 | 6218 | $0.00 |
| 13  ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/02/2009 | 08-13236 | 404 | $500.81 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 09/04/2009 | Multiple Debtors | 6215 | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 4 of 9

Tribune Company, et al.

Omnibus Objection 35: Exhibit A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | NAVISTAR LEASING COMPANY 425 N. MARTINGALE ROAD, 18TH FLOOR SCHAUMBURG, IL 60173 | 06/10/2009 | 08-13141 | 4290 | $387,987.70 | NAVISTAR LEASING COMPANY 425 N. MARTINGALE ROAD, 18TH FLOOR SCHAUMBURG, IL 60173 | 06/29/2010 | 08-13141 | 6550 | $387,987.70 |
| 15 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 12/29/2008 | 08-13154 | 69 | $20.28 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13154 | 6585 | $1,020.28* |
| 16 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 05/22/2009 | 08-13161 | 3069 | $180,171.48 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13161 | 6578 | $181,171.48* |
| 17 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/19/2009 | 08-13165 | 6307 | $29,276.15 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13165 | 6580 | $30,276.15* |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 35: Exhibit A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 18 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 02/26/2009 | 08-13176 | 563 | $67.24 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13176 | 6573 | $1,814.93* |
| | | | | | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13176 | 6572 | $1,225.97* |
| 19 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 11/16/2009 | 08-13177 | 6329 | $478.85 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13177 | 6569 | $1,478.85* |
| 20 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 12/24/2008 | 08-13207 | 33 | $679.05 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13207 | 6570 | $2,000.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 35: Exhibit A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME |
| 21  NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 06/12/2009 | 08-13223 | 4894 | $1,189,120.16 | 06/04/2010 | 08-13223 | 6512 | $1,237,916.03 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 |
| 22  NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 04/08/2009 | 08-13225 | 917 | $946.04 | 07/12/2010 | 08-13225 | 6577 | $1,000.00* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 |
| 23  NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 06/05/2009 | 08-13141 | 3600 | $23.62 | 07/12/2010 | 08-13141 | 6568 | $1,251.73* | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 |
| 24  SBC GLOBAL SERVICES, INC. JAMES GRUDUS, ESQ.: AT&T ATTORNEY AT&T SERVICES, INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 05/12/2010 | Multiple Debtors | 6475 | $307,408.72 | 07/07/2010 | 08-13141 | 6556 | $321,424.91 | SBC GLOBAL SERVICES, INC. C/O AT&T INC. AT&T ATTORNEY: JAMES GRUDUS, ESQ. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 35: Exhibit A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 25 SBC GLOBAL SERVICES, INC. JAMES GRUDUS, ESQ.: AT&T ATTORNEY AT&T SERVICES, INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 05/27/2009 | 08-13141 | 3222 | $775,371.19 | SBC GLOBAL SERVICES, INC. JAMES GRUDUS, ESQ.: AT&T ATTORNEY AT&T SERVICES, INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 05/12/2010 | Multiple Debtors | 6475 | $307,408.72 |
| 26 STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION FREDERICK F. RUDZIK POST OFFICE BOX 6668 TALLAHASSEE, FL 32314-6668 | 06/03/2009 | 08-13141 | 3464 | $5,190,498.00 | STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION POST OFFICE BOX 6668 TALLAHASSEE, FL 32314-6668 | 05/07/2010 | 08-13141 | 6472 | $4,337,722.06 |
| 27 STATE OF ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY BANKRUPTCY UNIT - 10TH FLOOR 33 S. STATE ST. CHICAGO, IL 60603 | 07/20/2009 | 08-13220 | 6138 | $100.28 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 S STATE CHICAGO, IL 60603 | 09/11/2009 | 08-13220 | 6245 | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 35: Exhibit A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 28 STATE OF ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY BANKRUPTCY UNIT - 10TH FLOOR 33 S. STATE ST. CHICAGO, IL 60603 | 07/20/2009 | 08-13220 | 6137 | $491.68 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 S STATE CHICAGO, IL 60603 | 09/11/2009 | 08-13220 | 6245 | $0.00 |
| 29 STATE OF MICHIGAN DEPARTMENT OF TREASURY DEBORAH B. WALDMEIR, ASS ATTY GENERAL CADILLACE PLACE, STE. 10-200 3030 W. GRAND BLVD., DETROIT, MI 48202 | 05/15/2009 | 08-13242 | 3310 | $1,139.49* | STATE OF MICHIGAN, DEPARMENT OF TREASURY MICHAEL A. COX, ATTORNEY GENERAL CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT, MI 48202 | 05/24/2010 | 08-13242 | 6498 | $180,920.95 |
| | TOTAL | | | $8,914,629.17 | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 9 of 9

**<u>EXHIBIT B</u>**

**<u>Duplicate Claims</u>**

Tribune Company, et al.

Omnibus Objection 35: Exhibit B – Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | BOHM, PETER C/O WILLIAM KROPACH 6345 BALBOA BLVD #242 ENCINO, CA 91316 | 04/27/2009 | 08-13183 | 1865 | $185,000.00 | BOHM, PETER C/O WILLIAM KROPACH 6345 BALBOA BLVD #242 ENCINO, CA 91316 | 04/27/2009 | 08-13183 | 1864 | $185,000.00 |
| 2 | DALLAS COUNTY ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600 DALLAS, TX 75201-2691 | 06/30/2009 | 08-13141 | 6018 | $44,895.89* | DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP, ATTN: ELIZABETH WELLER 2323 BRYAN STREET SUITE 1600 DALLAS, TX 75201 | 06/29/2009 | 08-13141 | 5981 | $44,895.89* |
| 3 | JACOBS, MARK PO BOX 1123 WRIGHTWOOD, CA 92397 | 05/13/2009 | No Debtor Asserted | 2762 | $250,000.00 | JACOBS, MARK PO BOX 1123 WRIGHTWOOD, CA 92397 | 05/13/2009 | No Debtor Asserted | 2760 | $250,000.00 |
| 4 | MESSINA, RICHARD C/O LAURENCE BRICK 433 SOUTH MAIN ST SUIT 102 WEST HARTFORD, CT 06110 | 04/20/2009 | 08-13211 | 1050 | Undetermined | MESSINA, RICHARD C/O LAURENCE BRICK 433 SOUTH MAIN ST SUIT 102 WEST HARTFORD, CT 06110 | 04/20/2009 | 08-13211 | 1049 | Undetermined |
| 5 | PITNEY BOWES GLOBAL FINANCIAL SERVICES ATTN: RECOVERY DEPT. 27 WATERVIEW DRIVE SHELTON, CT 06484-4361 | 03/22/2010 | 08-13141 | 6444 | $3,297.20 | PITNEY BOWES GLOBAL FINANCIAL SERVICES PITNEY BOWES INC. ATTN: RECOVERY DEPT. 27 WATERVIEW DRIVE SHELTON, CT 06484-4361 | 03/16/2010 | 08-13141 | 6436 | $3,297.20 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 35: Exhibit B – Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6 | TORRES, IGNACIO 1426 E. RIVER ROAD BELEN, NM 87002 | 05/15/2009 | 08-13145 | 2823 | $200,000.00 | TORRES, IGNACIO 1426 E. RIVER ROAD BELEN, NM 87002 | 05/15/2009 | 08-13145 | 2822 | $200,000.00 |
| 7 | TORRES, IGNACIO C/O ISRAEL & BENEZRA 1545 WILSHIRE BLVD #300 LOS ANGELES, CA 90017 | 05/15/2009 | 08-13145 | 2824 | $200,000.00 | TORRES, IGNACIO 1426 E. RIVER ROAD BELEN, NM 87002 | 05/15/2009 | 08-13145 | 2822 | $200,000.00 |
| 8 | WALLACH, LINDA C/O WILLIAM KROPACH 6345 BALBOA BLVD #242 ENCINO, CA 91316 | 04/27/2009 | 08-13183 | 1880 | $360,000.00 | WALLACH, LINDA C/O WILLIAM KROPACH 6345 BALBOA BLVD #242 ENCINO, CA 91316 | 04/27/2009 | 08-13183 | 1879 | $360,000.00 |
| | TOTAL | | | | $1,243,193.09 | | | | | |

Page 2 of 2

* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT C

## Late-Filed Claims

Tribune Company, et al.

Omnibus Objection 35: Exhibit C - Late Filed Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | MORNINGSTAR, COLLEEN 1460 NE 57TH CT FT. LAUDERDALE, FL 33334 | 08-13141 | Tribune Company | 05/04/2010 | 6471 | $10,005.64 | Late-Filed Claim |
| 2 | ROBINSON, PATRICIA PO BOX 184 BROOKEVILLE, MD 20833 | | No Debtor Asserted | 10/13/2009 | 6293 | $2,425.00 | Late-Filed Claim |
| 3 | ROBINSON, PATRICIA PO BOX 184 BROOKEVILLE, MD 20833 | | No Debtor Asserted | 10/13/2009 | 6294 | $2,425.00 | Late-Filed Claim |
| | | | | | TOTAL | $14,855.64 | |

*- Indicates claim contains unliquidated and/or undetermined amounts

# **EXHIBIT D**

## **No Supporting Documentation Claims**

Tribune Company, et al.

## Omnibus Objection 35: Exhibit D - No Supporting Documentation

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CAMASSAR, CAROLYN 5 OLD WALLINGFORD ROAD DURHAM, CT 06422 | 08-13211 | The Hartford Courant Company | 06/10/2009 | 4303 | Undetermined | No Supporting Documentation |
| 2 | LONG ISLAND MID SUFFOLK BUSINESS ACTION PO BOX 135 CENTERPORT, NY 11721 | | No Debtor Asserted | 04/27/2009 | 1939 | $850.00 | No Supporting Documentation |
| 3 | NORTHERN TRUST COMPANY 1414 4TH AV SEATTLE, WA 98101 | | No Debtor Asserted | 04/29/2009 | 2085 | Undetermined | No Supporting Documentation |
| | | | | TOTAL | | $850.00 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

# EXHIBIT E

## Insufficient Documentation Claims

Tribune Company, et al

Omnibus Objection 35: Exhibit E – Insufficient Documentation

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BOND, CURTIS<br>101 RIVERMEADE CT., APT D<br>YORKTOWN, VA 23690 | 08-13141 | Tribune Company | 04/20/2009 | 1153 | $740.00 | Insufficient Documents Claim |
| 2 | BOONE, KYLE V<br>9903 GUNSTOCK ROAD<br>RANDALLSTOWN, MD 21133 | | No Debtor Asserted | 04/24/2009 | 1496 | $900.00 | Insufficient Documents Claim |
| 3 | JORDAN, LINWOOD JR<br>21 RED ROBIN TURN<br>HAMPTON, VA 23669 | | No Debtor Asserted | 07/20/2009 | 6104 | $1,338.93 | Insufficient Documents Claim |
| 4 | KOENIG, RHODA<br>73B RODERICK ROAD<br>LONDON, NW3 2NP<br>UNITED KINGDOM | | No Debtor Asserted | 04/30/2009 | 2168 | $200.00 | Insufficient Documents Claim |
| 5 | LAMBERTY, HARRY W<br>4702 FAIRVIEW AVE<br>ORLANDO, FL 32804 | | No Debtor Asserted | 04/20/2009 | 1015 | $100.00 | Insufficient Documents Claim |
| 6 | MAYERSOHN, HARRIS<br>1314 CAMELLIA LN<br>WESTON, FL 33526 | 08-13208 | Sun-Sentinel Company | 05/29/2009 | 3293 | Undetermined | Insufficient Documents Claim |
| 7 | PENNSYLVANIA ELECTRIC COMPANY,<br>A FIRSTENERGY COMPANY<br>331 NEWMAN SPRINGS ROAD<br>BUILDING 3<br>RED BANK, NJ 07701 | 08-13240 | Tribune Publishing Company | 12/15/2008 | 1 | $2,722.07 | Insufficient Documents Claim |
| 8 | PETIT, CATHERINE<br>8897 FONTAINBLEU BLVD NO.408<br>MIAMI, FL 33172 | 08-13208 | Sun-Sentinel Company | 04/20/2009 | 1150 | $735.00 | Insufficient Documents Claim |
| 9 | REBACKOFF, ZACH<br>89 FRANCIS AVE<br>HARRISON, NY 105283544 | | No Debtor Asserted | 06/23/2009 | 5942 | $150.00 | Insufficient Documents Claim |

*- Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al

Omnibus Objection 35: Exhibit E - Insufficient Documentation

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | STATE OF NEW JERSEY TREASURY DEPT UNCLAIMED PROPERTY PO BOX 214 TRENTON, NJ 08695-0214 | | No Debtor Asserted | 05/26/2009 | 3118 | Undetermined | Insufficient Documents Claim |
| 11 | STEWART, ROBERT PO BOX 3834 LAKEWOOD, CA 90711 | 08-13141 | Tribune Company | 06/15/2009 | 5773 | $468.21 | Insufficient Documents Claim |
| 12 | WEST, KIM 2520 MOOSE DEER DRIVE ONTARIO, CA 91761 | | No Debtor Asserted | 05/15/2009 | 2832 | Undetermined | Insufficient Documents Claim |
| 13 | WORLDWIDE ASSET PURCHASING, LLC AS ASSIGNEE FOR SPRINT C/O WEST ASSET MANAGEMENT, INC. PO BOX 105698 ATLANTA, GA 30348 | 08-13208 | Sun-Sentinel Company | 02/09/2009 | 485 | $357.66 | Insufficient Documents Claim |
| | | | | | TOTAL | $7,711.87 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 2

# **EXHIBIT F**

## **Modified Debtor Claims**

Tribune Company, et al

Omnibus Objection 35: Exhibit F – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 6242 | 57-11 49TH PLACE, LLC ATTN: SCOTT S. MARKOWITZ, ESQ. TARTER KINSKY & DROGIN LLP 1350 BROADWAY, 11TH FLOOR NEW YORK, NY 10018 | 09/18/2009 | $1,065,897.32 | 08-13141 | Tribune Company | 08-13176 | InsertCo, Inc. | $1,065,897.32 |
| 2 | 6153 | AJILON PROFESSIONAL STAFFING, LLC 175 BROADHOLLOW ROAD MELVILLE, NY 11747 | 07/03/2009 | $1,008.00 | 08-13141 | Tribune Company | 08-13245 | Tribune Television Northwest, Inc. | $1,008.00 |
| 3 | 4382 | ASSOCIATED PRESS 645 ALBANY SHAKER RD ALBANY, NY 12211 | 04/10/2009 | $196,501.87 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $196,501.87 |
| 4 | 5777 | CRISHAM, MEGAN MD 2746 CENTRAL PARK EVANSTON, IL 60201 | 06/15/2009 | $600.00 | | Multiple Debtors | 08-13212 | The Morning Call, Inc. | $600.00 |
| 5 | 5424 | EFE NEWS SERVICES (U.S.) INC 529 14TH ST NW STE 1220 WASHINGTON, DC 20045-2398 | 06/12/2009 | $15,506.36 | 08-13174 | Hoy, LLC | 08-13175 | Hoy Publications, LLC | $15,506.36 |
| 6 | 2179 | GRANT AND POWER LANDSCAPING INC. 700 ROOSEVELT ROAD WEST CHICAGO, IL 60187 | 05/01/2009 | $3,553.00 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $3,553.00 |
| 7 | 4360 | KING BLACKWELL DOWNS & ZEHNDER, P.A. 25 E. PINE ST PO BOX 1631 ORLANDO, FL 32802-1631 | 06/10/2009 | $85,965.79 | 08-13141 | Tribune Company | 08-13198 | Orlando Sentinel Communications Company | $85,965.79 |

* - Indicates claim contains unliquidated and/or undetermined amounts

## Tribune Company, et al

### Omnibus Objection 35: Exhibit F – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | MODIFIED CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | LEXISNEXIS, A DIV OF REED ELSEVIER INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 05/18/2010 | $307.70 | 08-13141 | Tribune Company | 08-13184 | KWGN Inc. | $307.70 |
| 6479 | | | | | | | | |
| 9 | LEXISNEXIS, A DIV OF REED ELSEVIER INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 05/18/2010 | $157.80 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $157.80 |
| 6477 | | | | | | | | |
| 10 | LEXISNEXIS, A DIV OF REED ELSEVIER INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 05/18/2010 | $213.70 | 08-13141 | Tribune Company | 08-13245 | Tribune Television Northwest, Inc. | $213.70 |
| 6478 | | | | | | | | |
| 11 | LEXISNEXIS, A DIV OF REED ELSEVIER INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 03/11/2010 | $224.65 | 08-13141 | Tribune Company | 08-13149 | Channel 40, Inc. | $224.65 |
| 6439 | | | | | | | | |
| 12 | METROPOLITAN LIFE INSURANCE COMPANY C/O HIGHPOINTE GROUP LP METLIFE WELLS FARGO PLAZA 6060 N. CENTRAL EXPY., STE. 130 DALLAS, TX 75206 | 05/18/2009 | $1,216.01 | 08-13141 | Tribune Company | 08-13180 | KIAH Inc. | $1,216.01 |
| 2899 | | | | | | | | |

*- Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al

Omnibus Objection 35: Exhibit F – Claims Asserted Against No Debtor or Improper Debtor

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 6108 | NAI HUFFMAN ASSET MANAGEMENT LLC AGENT FOR OWNER OF 195-197 NORTHFIELD RD C/O JOSEPH GIRARDI OF HENDERSON & LYMAN 175 W. JACKSON BLVD., SUITE 240 CHICAGO, IL 60604 | 07/21/2009 | $204,104.88 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $204,104.88 |
| 14 | 812 | ORLAND L.P. 288 ORLAND SQUARE ORLAND PARK, IL 60462 | 03/25/2009 | $5,200.00 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $5,200.00 |
| 15 | 351 | PLAS-TECH ENGINEERING, INC. 875 GENEVA PARKWAY N. LAKE GENEVA, WI 53147 | 02/02/2009 | $164.47 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $164.47 |
| 16 | 5843 | PUGET SOUND ENERGY CLOSED ACCTS DEPT., BOT-01G P.O. BOX 90868 BELLEVUE, WA 98009-0868 | 06/16/2009 | $22,356.49 | 08-13141 | Tribune Company | 08-13245 | Tribune Television Northwest, Inc. | $22,356.49 |
| 17 | 983 | QWEST CORPORATION ATTN: JANE FREY 1801 CALIFORNIA ST RM 900 DENVER, CO 80202-2658 | 04/09/2009 | $4,787.05 | 08-13141 | Tribune Company | 08-13222 08-13245 | Tribune Broadcast Holdings, Inc. Tribune Television Northwest, Inc. Total | $147.49 $4,639.56 $4,787.05 |
| 18 | 5420 | UB PROPERTY LLC ATTN: KIM NELSON/PO BOX 58746 SEATTLE, WA 98138 | 06/12/2009 | $488.06 | 08-13141 | Tribune Company | 08-13245 | Tribune Television Northwest, Inc. | $488.06 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 3