IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br><br> (Jointly Administered) <br><br> Ref. No. ___ |

## ORDER AUTHORIZING FILING OF EXHIBIT UNDER SEAL

Upon consideration of the Motion of the Official Committee of Unsecured Creditors (the "Committee") for Entry of Order Authorizing Filing of Exhibit Under Seal (the "Motion")[1] for entry of an order authorizing the Committee to file under Seal Exhibit A to its Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Certain Claims of the Debtors' Estates (the "Standing Motion"); and the Court having considered the Motion; and after due deliberation and it appearing sufficient cause exists for granting the requested relief; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Committee is authorized to file Exhibit A to the Standing Motion under seal; and it is further

ORDERED that this Court shall retain jurisdiction over the parties with respect to any matters related to, or arising from, the Motion or implementation of this Order.

Dated: October ___, 2010

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

---

[1] All Capitalized terms, not herein defined, shall have the same meaning as ascribed to them in the Motion.

{698.001-W0009532.}