# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | . | Chapter 11 |
| | . | |
| FEDDERS NORTH AMERICA, INC., | . | Case No. 07-11176(BLS) |
| *et al.,* | . | (Jointly Administered) |
| | . | |
| | . | March 24, 2008 |
| | . | 1:00 p.m. |
| Debtors. | . | (Wilmington) |
| | . | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY COURT JUDGE

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

1    compress us into the 12(b)(6), decide all the issues, I get

2    back to where I began.  We know, we know, and we know is that

3    March 31 the deadline expires.  We know that this complaint

4    is not some laying out the elements with no meat on the

5    bones.  We know that Twombly said it didn't change the

6    pleading standard, and yet here, by every possible means

7    available to the Committee at this point, we have made

8    allegations which we are entitled to file.  What happens a

9    week from now, Judge?  We can come back here, we can talk

10   about it.  But please don't cut off the Committee's day in

11   court.

12            THE COURT: Okay.  I'm going to need five or ten

13   minutes to put my notes together.  I will rule, and then I've

14   got another hearing immediately afterwards.  We will stand in

15   recess.

16       (Whereupon at 3:26 p.m. a recess was taken in the

17   hearing in this matter.)

18       (Whereupon at 3:38 p.m. the hearing in this matter

19   reconvened and the following proceedings were had:)

20            THE CLERK: All rise.

21            THE COURT: Please be seated.  The matter before the

22   Court is the motion of the Official Committee of Unsecured

23   Creditors for leave to file a complaint and to prosecute

24   certain claims of the Debtors estates.  And I will grant that

25   motion, and I will allow the Committee to file it's

1    complaint.  In so ruling, I will address both the statutory

2    case law standards that have been developed, but also I have

3    some observations about the litigation and the prosecution of

4    the case generally.  First there's a three part test, and the

5    cases that have considered it, have talked about either three

6    or four factors, but we're essentially talking about the same

7    thing.  Before I get to those factors, I do note, though,

8    that in the absence of filing the complaint, all of the

9    claims and causes of action asserted, or putatively asserted

10   against the lender group will be extinguished in seven days

11   from today by operation of my prior order.  The, it is the

12   prospect of forfeiture of those potential claims or causes of

13   action that is a factor that weighs heavily in my decision

14   today.  And then turning then to the factors, I don't think

15   there's any meaningful dispute the threshold issue is

16   colorability of the claims.  The second issue is whether

17   there's a benefit to the estate that's been articulated as a

18   cost benefit analysis in one, in one or more cases.  And then

19   finally the requirement, threshold requirement that there be

20   a refusal or an unjustifiable refusal of the Committee, or

21   I'm sorry, of the Debtor to prosecute the litigation.

22   Dealing first with the last element.  The record is clear

23   that the Debtor has been approached by the Committee, and has

24   not indicated that it would prosecute the litigation, so I

25   find that that factor is met.  With respect to colorability,

1    I think that our, our argument today has, has made it clear

2    that that analysis, while often the subject of discussion

3    between counsel, is actually much more subtle and much more

4    complicated a test.  And how the standard under Rule 12(b)(6)

5    applies or should apply here is, is difficult for me to, to

6    walk through.  There is a temptation to go through and

7    essentially conduct a motion to dismiss hearing.  And in some

8    respects that's where counsel's argument on both sides went.

9    And I cannot believe that that is the appropriate analysis.

10   Rather, I think when we consider colorability, the, the

11   threshold consideration the Court has is that this is at a

12   stage prior to the commencement of litigation, and as a

13   general proposition, in normal civil litigation, this is

14   prior to the commencement or exchange of formal discovery.

15   So the allegations, the sufficiency of the allegations simply

16   cannot be to a Rule 12(b)(6) standard, because we haven't

17   even filed the complaint yet.  And this case is a case where

18   we do have a complaint that's been submitted, which is

19   helpful to the Court's analysis, but I don't think that the

20   decisional law that deals with authorizing a committee to

21   prosecute litigation necessarily presumes the existence of

22   that complaint before authorization is granted.  So I can't

23   assume that, that I would have the opportunity, or that the

24   standard requires, a line by line, claim by claim analysis.

25   While that may be appealing to the parties, and particularly

1    to the potential defendants in that litigation, I simply

2    don't believe that that can be the standard.  In the present

3    case, the Committee has made substantial allegations against

4    a number of different parties.  And when I say substantial,

5    that's not an allegation or a reference to my acceptance of

6    those allegations, but rather the import of what has been,

7    what has been alleged.  And based upon the, the I'd say

8    threshold allegations that the Committee has made both in its

9    motion and in its complaint, I'm satisfied that they have

10   articulated colorable claims only so far for purposes of

11   whether this Court should authorize the commencement of that

12   litigation.  In terms of benefit to the estate, I do view

13   this as largely a cost benefit analysis, and I think that

14   the, the lenders and other parties are correct that the

15   analysis cannot be if we win we'll get a lot of money.  That,

16   that simply meets, that's a meaningless exercise.  I think

17   that the exercise is for me to evaluate the significance of

18   the causes of action, the potential recoveries, and then most

19   perhaps significantly in light of my first question to

20   counsel, the costs to the estate.  And in this case that all

21   of the costs, or substantially all of the costs in this

22   litigation, will be born by the estate.  Either by virtue of

23   the Committee and Debtors rights to have their professionals

24   paid by the estate, and the secured lenders rights under

25   either orders of this Court or their, or their, their lending

1    instruments for return or indemnification of funds, and

2    likewise for the officers and directors as well, I'm

3    confident from my review of their materials that they do,

4    they are entitled, or would be entitled to at least make

5    claims for indemnification. So I have a very real concern

6    that, that the benefit to the estate is actually the close

7    call here, simply because I am familiar with the cost of this

8    type of litigation. And the suggestion that it could be done

9    relatively inexpensively is, is simply not born out, at least

10   by my experience. So I will authorize the filing of the

11   complaint. I will stay litigation and all proceedings in

12   connection with the complaint, other than its filing and

13   service, pending a further status conference that I want to

14   conduct after the parties have had an opportunity to confer.

15   And we have a hearing coming up on the 16th of April at 2 p.m.

16   That is an omnibus hearing. At which point I will ask the

17   Debtors to schedule a status conference. And just so that

18   the parties understand, there was a colloquy that I thought

19   raised kind of an interesting point, but not very helpful for

20   our purposes today, of whether or not if an intensive Rule

21   12(b)(6) analysis were the, were the gate of which I am the

22   gate keeper, then would Rule 12(b)(6) then become meaningless

23   once the complaint is filed, because we've already been

24   through that exercise. Again, I find that that cannot be the

25   test. My ruling today is in no respect a conclusion, or a

1    comment, or a determination, or a finding that some, most, or

2    all of the claims and causes of action that have been

3    articulated may or may not be subject to dismissal under Rule

4    12, and I would expect that there would be substantial motion

5    practice in the motion to dismiss context under Rule 12 at

6    the earliest stages of this litigation.  There are, these are

7    difficult claims and causes of action.  There was reference

8    to the <u>Trendwick</u> decision.  As a practical matter, litigation

9    between sophisticated parties that involves assumptions about

10   fraudulent behavior are, by definition, very, very difficult

11   to prove.  And very, very difficult to sufficiently develop.

12   Can it occur?  Yes.  Have we seen cases that had that?  Yes.

13   But I want the Committee to understand that, that you have a

14   tough row to hoe.  I assume you know that already, but this

15   is a, these are difficult claims to develop, and the case law

16   is not favorable both in terms of director and officer

17   protections, as well as the developed case law on, on lender

18   liability issues.  In addition let me make one final point.

19   That were there more time, I would perhaps deal with the

20   motion on a defendant by defendant basis.  Perhaps not a

21   claim by claim basis.  And that may be preferable, because as

22   a practical matter, there may be defendants against whom

23   litigation should not be commenced, simply because of a,

24   almost a futility analysis.  But I don't believe that I have

25   sufficient opportunity with a deadline coming up in seven

1    days, and so I realize that, that it is difficult to

2    distinguish between the determination the Court's making

3    today and what would be presumably a, a fairly

4    straightforward determination in the context of Rule

5    12(b)(6).  But I think as a practical matter, judicial

6    economy and the principle of allowing the Court to rule on

7    matters on the merits, leads me to make that determination

8    that I will consider them on a Rule 12 motion, and I will not

9    preclude today the filing of, of the complaint.  Are there

10   any questions?  Okay.  Mr. Haddad.

11          MR. HADDAD: Your Honor, obviously we haven't

12   discussed this with, with our client yet.  But with respect

13   to the stay of, of matters, I presume that's limited to

14   answer and discovery, and not, for example, the filing of a

15   notice of appeal, or for a motion for a leave to appeal if

16   that's something that my client would like us to pursue.

17          THE COURT: No.  Certainly.  I mean, I don't think I

18   can stay you from filing an appeal.  If I could my job would

19   be a lot easier.  No, of course.  To the extent that parties

20   seek, would seek to, leave to appeal or for reconsideration,

21   that's not stayed.  My concern as I, as I couched it was in

22   the context of the second prong of the analysis is the

23   benefit to the estate.  The one I'm most acutely aware of is

24   that fact of the cost to this estate from the litigation.

25   And I, and I appreciate the candor of all parties.  There are