# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| | Ref. No. ___ |

## ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS LEAVE, STANDING AND AUTHORITY TO COMMENCE, PROSECUTE AND SETTLE CERTAIN CLAIMS OF THE DEBTORS' ESTATES

Upon consideration of the Motion of the Official Committee of Unsecured Creditors (the "Committee") for Entry of an Order Granting Leave, Standing and Authority to Commence, Prosecute and Settle Certain Claims of the Debtors' Estates (the "Standing Motion")[1]; and notice of the Standing Motion having been due and proper under the circumstances; and after due deliberation, and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Standing Motion is GRANTED; and it is further

ORDERED that any objections to the Standing Motion or the relief requested therein that have not been withdrawn, waived or settled as announced to the Court at the hearing on the approval of the Standing Motion, and all reservation of rights included therein, are hereby denied and overruled with prejudice; and it is further

ORDERED that pursuant to sections 105, 1103 and 1109 of the Bankruptcy Code, the Committee is granted leave, standing and authority to commence, prosecute and settle the Claims of the Debtors' estates set forth in the Standing Motion with any and all recoveries to be for the benefit of the Debtors' estates; and it is further

---

[1] All capitalized terms, not herein defined, shall have the same meaning as ascribed to them in the Standing Motion.

{698.001-W0009530.}

2

ORDERED that this Court shall retain jurisdiction over the parties with respect to any matters related to, or arising from, the Standing Motion or implementation of this Order.


Dated: October ___, 2010

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge