IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            )
In re:                                                      )  Chapter 11
                                                            )
TRIBUNE COMPANY, et al.,                                    )  Case No. 08-13141 (KJC)
                                                            )  Jointly Administered
            Debtors.                                        )
                                                            )  **Hearing Date:** *(Expedited*
                                                            )  *Consideration Requested)*
                                                            )
                                                            )  **Response Date:** *(Expedited*
                                                            )  *Consideration Requested)*
------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 13, 2010, Aurelius Capital Management, LP ("Aurelius") filed the *[Redacted] Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest* (the "Disqualification Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that concurrently with the filing of the Disqualification Motion, Aurelius also filed the *Motion Regarding Filing Under Seal of Redacted Portion of the Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it has Conflicts of Interest* (the "Motion to Seal").

**PLEASE TAKE FURTHER NOTICE** that concurrently with the filing of the Disqualification Motion, Aurelius also filed the *Emergency Motion To Shorten Notice and for Expedited Consideration of the Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it has Conflicts of Interest.* (the "Motion to Shorten").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Motion to Shorten, Aurelius has requested that the Court enter an order scheduling a hearing on the Disqualification Motion at the earliest possible convenience of the Court (the "Hearing"), and setting an objection deadline at the time of the Hearing. In accordance with the Local Rules of Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the Bankruptcy Court will rule on the Motion to Shorten without a hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable Kevin J. Carey, Chief Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

{00275570;v1}

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: Wilmington, Delaware
September 13, 2010

                                              **ASHBY & GEDDES, P.A.**

                                              /s/ *[signature]*

                                              William P. Bowden (I.D. No. 2553)
                                              Amanda M. Winfree (I.D. No. 4615)
                                              500 Delaware Avenue
                                              P.O. Box 1150
                                              Wilmington, DE 19899
                                              (302) 654-1888

                                                     - and -

                                              Edward A. Friedman
                                              William P. Weintraub
                                              Hal Neier
                                              **FRIEDMAN KAPLAN SEILER &**
                                                   **ADELMAN LLP**
                                              1633 Broadway
                                              New York, NY 10019-6708
                                              (212) 833-1100

                                              *Attorneys for Aurelius Capital Management, LP*