# EXHIBIT A

**[Proposed Order]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            )
In re:                                                      )   Chapter 11
                                                            )
TRIBUNE COMPANY, et al.,                                    )   Case No. 08-13141 (KJC)
                                                            )
        Debtors.                                            )   Jointly Administered
                                                            )
                                                            )   **Related Docket Nos.**_____
------------------------------------------------------------x

## ORDER

The Court having considered the *Emergency Motion to Shorten Notice and for Expedited Consideration of the Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP From Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has a Conflict of Interest* (the "Motion to Shorten"); the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED; and

2. The Court shall convene a hearing to consider *Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP From Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has a Conflict of Interest* (the "Disqualification Motion") on _____, 2010 at __:__ _.m. (prevailing Eastern Time) (the "Hearing"); and

3. All objections and responses to the Disqualification Motion must be filed and served so as to be received by counsel to Aurelius no later than _____, 2010 at __:__ _.m. (prevailing Eastern Time).

11

{00439486.v1}

Dated: September ____, 2010

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

12

{00439486.v1}