# **EXHIBIT B**

[Proposed Order Denying Motion to Seal]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            )
In re:                                                      )   Chapter 11
                                                            )
TRIBUNE COMPANY, et al.,                                    )   Case No. 08-13141 (KJC)
                                                            )
         Debtors.                                           )   Jointly Administered
                                                            )
------------------------------------------------------------x

## ORDER

Upon consideration of the *Motion to File Under Seal the Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest* (the "Motion to Seal"); and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

3. The Motion to Seal is hereby DENIED; and

4. Aurelius Capital Management, LP is hereby directed to file its *Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest* in full, unredacted form.

Dated: September ___, 2010

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE