IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
|                                   )
In re:                             )  Chapter 11
                                   )
TRIBUNE COMPANY, et al.,           )  Case No. 08-13141 (KJC)
                                   )
    Debtors.                       )  Jointly Administered
                                   )
                                   )  **Hearing Date and Time:** *(Expedited*
                                   )  *Consideration Requested)*
                                   )
                                   )  **Response Deadline:** *(Expedited*
                                   )  *Consideration Requested)*
------------------------------------------------------------x

## EMERGENCY MOTION TO SHORTEN NOTICE AND FOR EXPEDITED CONSIDERATION OF MOTION REGARDING FILING UNDER SEAL OF REDACTED PORTIONS OF MOTION OF AURELIUS CAPITAL MANAGEMENT, LP TO DISQUALIFY CHADBOURNE & PARKE LLP FROM ACTING ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>IN MATTERS IN WHICH IT HAS CONFLICTS OF INTEREST</u>

Aurelius Capital Management, LP ("<u>Aurelius</u>"), acting on behalf of its managed funds, is one of the largest holders of pre-LBO bonds issued by Tribune Company ("<u>Tribune</u>" and collectively with its subsidiary debtors, the "<u>Debtors</u>") and one of the largest unsecured creditors in these chapter 11 cases. Aurelius respectfully submits this motion (the "<u>Motion to Shorten</u>") for the entry of an Order, pursuant to section 102(1) and 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "<u>Bankruptcy Code</u>"), and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), shortening notice with respect to the *Motion Regarding Filing Under Seal of Redacted Portions of Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP From Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has a Conflict of Interest* (the "<u>Motion to Seal</u>"), filed contemporaneously herewith.

{00439486.v1}

The Motion to Seal seeks entry of an order, pursuant to section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 9018-1(b), determining whether certain redacted information (the "Redacted Information") contained in the *Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest* (the "Disqualification Motion") is confidential and/or commercially sensitive information of the type which is contemplated by section 107(b) of the Bankruptcy Code and which must be filed under seal.

Contemporaneously herewith, Aurelius has filed the *Emergency Motion to Shorten Notice and for Expedited Consideration of Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest* (the "Related Motion to Shorten"), which is incorporated herein by reference. For the reasons set forth in the Related Motion to Shorten, Aurelius has requested that the Court enter an order shortening notice and scheduling an emergency hearing on the Disqualification Motion at the Court's earliest convenience. In the event that the Court sets an emergency hearing on the Disqualification Motion, Aurelius hereby requests that the related Motion to Seal be scheduled for the same hearing. The Disqualification Motion and Motion to Seal involve overlapping issues which should be considered at the same time by the Court.

## NOTICE

Notice of this Motion to Shorten has been given to: (a) counsel to the Debtors; (b) the Office of the United States Trustee; and (c) counsel to the Committee, including Chadbourne

and Zuckerman Spaeder; and (iv) all those parties entitled to notice pursuant to Federal Rule of Bankruptcy Procedure 2002. In light of the nature of the relief requested, Aurelius submits that no further or other notice is required.

## NO PRIOR REQUEST

No previous request for the relief sought herein has been made by Aurelius to this Court or any other court.

## CONCLUSION

For the reasons set forth above, Aurelius respectfully requests that the Court (i) enter an Order, substantially in the form attached hereto as Exhibit A, granting the Motion to Shorten and setting a hearing on the Motion to Seal at the Court's earliest convenience, and (ii) grant such other and further relief as the Court deems appropriate.

Dated: Wilmington, Delaware
September 13, 2010

ASHBY & GEDDES, P.A.

/s/ Amanda Winfree

William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

- and -

Edward A. Friedman
William P. Weintraub
Hal Neier
**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
1633 Broadway
New York, NY 10019-6708
(212) 833-1100

*Attorneys for Aurelius Capital Management, LP*

3

{00439486.v1}