# EXHIBIT A

# [Proposed Order]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                )
In re:                          )    Chapter 11
                                )
TRIBUNE COMPANY, et al.,        )    Case No. 08-13141 (KJC)
                                )
        Debtors.                )    Jointly Administered
                                )
                                )    **Related Docket Nos.**_____
---------------------------------------------------------------x

## ORDER

The Court having considered the *Emergency Motion to Shorten Notice and for Expedited Consideration of the Motion Regarding Filing Under Seal of Redacted Portion of Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP From Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest* (the "Motion to Shorten"); the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED; and

2. The Court shall convene a hearing to consider *Motion Regarding Filing Under Seal of Redacted Portion of Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP From Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest* (the "Motion to Seal") on _____, 2010 at __:__ _.m. (prevailing Eastern Time) (the "Hearing"); and

3. All objections and responses to the Motion to Seal must be filed and served so as to be received by counsel to Aurelius no later than_____, 2010 at __:__ _.m. (prevailing Eastern Time).

5

{00439486.v1}

Dated: September ____, 2010
                                                          _____
                                                          THE HONORABLE KEVIN J. CAREY
                                                          CHIEF UNITED STATES BANKRUPTCY JUDGE