# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Bankruptcy Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>**Related to Docket Nos. 5556, 5557, and 5558** |
| KEVIN MILLEN, Pro Se,<br><br>　　　　　　　　　　Appellant,<br><br>v.<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　　　　　　Appellees. | Civil Action No. 10-_____ (___) |

## DEBTORS/APPELLEES' COUNTER-STATEMENT OF ISSUES PRESENTED AND DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL FILED BY PRO SE APPELLANT KEVIN MILLEN

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Tribune Company and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors" or the "Appellees"), pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 8006-1 of the Local Rules of Bankruptcy Practice and Procedure (the "Local Rules"), by and through their undersigned counsel, hereby (i) submit Appellees' counter-statement of the issues presented and (ii) designate the following additional items to be included in the Record on Appeal herein, in connection with the appeal filed by pro se claimant Kevin Millen ("Millen" or "Appellant") [See Docket Nos. 5556, 5557, and 5558] from the *Order Denying Relief Sought in Pleadings Filed by Kevin Millen* [Docket No. 5459], entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on August 20, 2010.

## COUNTER-STATEMENT OF ISSUES ON APPEAL[2]

1. Whether the Bankruptcy Court's August 20, 2010 Order, which denied such relief as may have been sought in Appellant's pleading entitled: "Kevin Millen Showing that I am an Administrative Secured Holder Rule 3018 Also, Judicial Canons for Delaware..." [Docket No. 4906] ("Millen Pleading One") was clearly erroneous?

2. Whether the Bankruptcy Court erred in determining that, to the extent Millen Pleading One could be construed as either (a) a motion for payment of an administrative expense claim or (b) a motion for temporary allowance of a claim for the purpose of accepting or rejecting a plan pursuant to Rule 3018 of the Federal Rules of Bankruptcy Procedure, Millen Pleading One did not provide any factual or legal basis for granting such relief?

---

[2] Appellant has sought to identify numerous potential issues on appeal. [See Docket No. 5557.] Appellees submit that most of the issues raised by Appellant are not relevant to and should not be heard as part of this appeal. Appellees reserve all rights with respect to the scope of the issues to be heard on appeal.

CH1 5451264v.3

3. Whether the Bankruptcy Court's August 20, 2010 Order, which denied such relief as may have been sought in Appellant's pleading entitled "Kevin Millen Response to Debtor's Ludicrous and Venal Way of Trying to Destroy Mr. Kevin "Successful" Millen Life, I Object to the Tribune Company Administrative & Whole Plan…" [Docket No. 5065] ("Millen Pleading Two"), was clearly erroneous?

4. Whether the Bankruptcy Court erred in determining that, to the extent Millen Pleading Two could be construed as either (a) an objection to the Debtors' proposed plan of reorganization or (b) a motion for reconsideration of the Bankruptcy Court's June 14, 2010 Order disallowing Appellant's proofs of claim, Millen Pleading Two did not provide any factual or legal basis for granting such relief?

## DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL[3]

|   | DOCKET NUMBER | DATE OF FILING | PLEADING/DOCUMENT |
|---|---|---|---|
| 1 | 4442 | 5/17/2010 | Debtors' Twenty-Eighth Omnibus Objection (Substantive) to Claims |
| 2 | 4446 | 5/17/2010 | Amended Notice of Debtors' Twenty-Eighth Omnibus Objection (Substantive) to Claims |
| 3 | 4754 | 6/11/2010 | Certificate of No Objection Regarding Docket No. 4442 |
| 4 | 4775 | 6/14/2010 | Order Sustaining Debtors' Twenty-Eighth Omnibus Objection (Substantive) to Claims |
| 5 | 4796 | 6/16/2010 | Affidavit Declaration of Mailing by Eleni Kossivas [Extract Regarding Docket No. 4775] |

---

[3] In his filing entitled "Designation of the Record All Documents To Be Sent" [Docket No. 5557], Appellant has failed to identify any documents for inclusion in the record by their correct titles or by official docket number. As a result, Appellees are unable to determine precisely what documents Appellant is referring to in his Designation of the Record. Accordingly, in this submission, Appellees herein designate all those items that they believe should be included in the Record on Appeal. In doing so, Appellees have included within the designated record all pleadings filed by Appellant and Appellees that have a bearing on this appeal. Appellees reserve all rights with respect to the scope of the designation of the record on appeal.

CH1 5451264v.3

| | | | |
|---|---|---|---|
| 6 | 4906 | 6/28/2010 | Kevin Millen Showing that I am an Administrative Secured Holder Rule 3018 Also, Judicial Canons for Delaware... |
| 7 | 5065 | 7/16/2010 | Kevin Millen Response to Debtor's Ludicrous and Venal Way of Trying to Destroy Mr. Kevin "Successful" Millen Life, I Object to the Tribune Company Administrative & Whole Plan... |
| 8 | 5361 | 8/12/2010 | Debtors' Omnibus Opposition to Pleadings Filed by Kevin Millen |
| 9 | 5459 | 8/20/2010 | Order Denying Relief Sought in Pleadings Filed by Kevin Millen |
| 10 | n/a | n/a | Transcript of Proceedings Before the Honorable Kevin J. Carey, United States Bankruptcy Judge on August 20, 2010, dated 9/2/2010 |

In accordance with Bankruptcy Rule 8006 and Local Rule 8006-1(b)(i), Debtors/Appellees will deliver a copy of each of the documents designated above to the Clerk's office.

WHEREFORE, Debtors/Appellees respectfully requests that the Clerk of the Bankruptcy Court transmit this Counter-Statement and Counter-Designation and the Record on Appeal to the Clerk of the United States District Court for the District of Delaware.

CH1 5451264v.3

Dated: Wilmington, Delaware  
       September 13, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP  
James F. Conlan  
Bryan Krakauer  
Kenneth P. Kansa  
Jillian K. Ludwig  
One South Dearborn Street  
Chicago, Illinois 60603  
Telephone: (312) 853-7000  
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,  
FORMAN & LEONARD, P.A.

By: _____  
Norman L. Pernick (No. 2290)  
J. Kate Stickles (No. 2917)  
Patrick J. Reilley (No. 4451)  
500 Delaware Avenue, Suite 1410  
Wilmington, Delaware 19801  
Telephone: (302) 652-3131  
Facsimile: (302) 652-3117

ATTORNEYS FOR DEBTORS/APPELLEES