UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:

TRIBUNE TELEVISION HOLDINGS, INC.

Debtor(s).

Case No. 08-13424-KJC

Chapter 11

Honorable Kevin J. Carey

## WITHDRAWAL OF CLAIM

The State of Michigan, Department of Treasury's Proof of Claim filed as Administrative Claim No. 6629, in the amount of $435,030.42 (four hundred thirty-five thousand thirty and 42 / 100 dollars), dated August 2, 2010, is hereby withdrawn.

MICHAEL A. COX
Attorney General

/s/ Heather L. Donald
Heather L. Donald (P57351)
Assistant Attorney General
3030 W Grand Bouelvard #10-200
Detroit MI 48202
(313) 456-0140

Dated: September 09, 2010

FILED / RECEIVED

SEP 1 3 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                            Case No. 08-13424-KJC

TRIBUNE TELEVISION HOLDINGS, INC.,                Chapter 11

　　　　　Debtor(s).                              Honorable Kevin J. Carey
_____ /

## PROOF OF SERVICE

The undersigned certifies that on September 09, 2010, a copy of the Administrative Proof of Claim, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Norman L Pernick                      **EPIQ BANKRUPTCY SOLUTIONS**
Cole, Schotz, Meisel, Forman & Leonard **757 THIRD AVE, 3RD FLOOR**
1000 N. West Street, Suite 1200        **NEW YORK NY 10017**
Wilmington DE  19801

　　　　　　　　　　　　　　　　　　/s/ Patricia A. Klein
　　　　　　　　　　　　　　　　　　Patricia A. Klein
　　　　　　　　　　　　　　　　　　Legal Secretary
　　　　　　　　　　　　　　　　　　Deborah B. Waldmeir  (P60869)
　　　　　　　　　　　　　　　　　　Cadillac Place, Ste. 10-200
　　　　　　　　　　　　　　　　　　3030 W. Grand Blvd.
　　　　　　　　　　　　　　　　　　Detroit, MI  48202
　　　　　　　　　　　　　　　　　　Telephone:  (313) 456-0140
　　　　　　　　　　　　　　　　　　E-mail:  waldmeird@michigan.gov

Dated:  September 09, 2010