UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:

TRIBUNE MEDIA NET, INC.

        Debtor(s).

Case No. 08-13235-KJC

Chapter 11

Honorable Kevin J. Carey

## WITHDRAWAL OF CLAIM

The State of Michigan, Department of Treasury's Proof of Claim filed as Administrative Claim No. 6630, in the amount of $7,251.24 (seven thousand two hundred fifty-one and 24 / 100 dollars), dated August 2, 2010, is hereby withdrawn.

                          MICHAEL A. COX
                          Attorney General

                          /s/ Heather L. Donald
                          Heather L. Donald (P57351)
                          Assistant Attorney General
                          3030 W Grand Bouelvard #10-200
                          Detroit MI 48202
                          (313) 456-0140

Dated: September 09, 2010

FILED / RECEIVED

SEP 1 3 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:

TRIBUNE MEDIA NET, INC.,

        Debtor(s).

Case No. 08-13235-KJC

Chapter 11

Honorable Kevin J. Carey

## PROOF OF SERVICE

The undersigned certifies that on September 09, 2010, a copy of the Withdrawal of Administrative Proof of Claim (No. 630), was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Kate J Stickles
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington DE  19801

**EPIQ BANKRUPTCY SOLUTIONS
757 THIRD AVE, 3RD FLOOR
NEW YORK NY 10017**

/s/ *Patricia A. Klein*
Patricia A. Klein
Legal Secretary
Deborah B. Waldmeir  (P60869)
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI  48202
Telephone:  (313) 456-0140
E-mail:  waldmeird@michigan.gov

Dated:  September 09, 2010