UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                                    Case No. 08-13252-KJC

WGN CONTINENTAL BROADCASTING                              Chapter 11
COMPANY

          Debtor(s).                                      Honorable Kevin J. Carey

_____/

## WITHDRAWAL OF CLAIM

The State of Michigan, Department of Treasury's Proof of Claim filed as Administrative

Claim No. 6631, in the amount of $120,854.00 (one hundred twenty thousand eight hundred

fifty-four and xx / 100 dollars), dated August 2, 2010, is hereby withdrawn.

                              MICHAEL A. COX
                              Attorney General

                              /s/ Heather L. Donald
                              Heather L. Donald (P57351)
                              Assistant Attorney General
                              3030 W Grand Bouelvard #10-200
                              Detroit MI 48202
                              (313) 456-0140

Dated:  September 09, 2010

FILED / RECEIVED

SEP 1 3 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                                    Case No. 08-13252-KJC

WGN CONTINENTAL BROADCASTING                              Chapter 11
COMPANY,

                    Debtor(s).                            Honorable Kevin J. Carey

                                              /

## PROOF OF SERVICE

The undersigned certifies that on September 09, 2010, a copy of the Withdrawal of
Administrative Claim No. 6631, was/were served upon the following parties either
electronically or by depositing said copies in the U.S. mail, postage prepaid:


Kate J Stickles                           **EPIQ BANKRUPTCY SOLUTIONS**
Cole, Schotz, Meisel, Forman & Leonard    **757 THIRD AVE, 3RD FLOOR**
500 Delaware Avenue, Suite 1410           **NEW YORK NY 10017**
Wilmington DE  19801


                                          _/s/ Patricia A. Klein_
                                          Patricia A. Klein
                                          Legal Secretary
                                          Deborah B. Waldmeir  (P60869)
                                          Cadillac Place, Ste. 10-200
                                          3030 W. Grand Blvd.
                                          Detroit, MI  48202
                                          Telephone:  (313) 456-0140
                                          E-mail:  waldmeird@michigan.gov



Dated:  September 09, 2010