IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                    )
In re:                              )   Chapter 11
                                    )
TRIBUNE COMPANY, et al.,            )   Case No. 08-13141 (KJC)
                                    )   Jointly Administered
        Debtors.                    )
                                    )   Ref Docket No. _____
                                    )
------------------------------------------------------------x

## ORDER GRANTING MOTION OF AURELIUS CAPITAL MANAGEMENT, LP, FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

Aurelius Capital Management, LP ("Aurelius") having filed on September 13, 2010, the Motion of Aurelius Capital Management, LP For The Appointment Of A Trustee (the "Motion"); and the Court having considered the relief sought by Aurelius at a hearing held on September ___, 2010; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the Office of the United States Trustee is directed to appoint a chapter 11 trustee in the above-captioned chapter 11 cases in accordance with the provisions of 11 U.S.C. § 1104; and it is further

ORDERED that the Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this order.

Dated:  Wilmington, Delaware
        September ___, 2010

                                    _____
                                    **The Honorable Kevin J. Carey**
                                    **Chief United States Bankruptcy Judge**

915047.2