# EXHIBIT A

## [Proposed Order Granting Motion to Seal]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
                                           )
In re:                                     )   Chapter 11
                                           )
TRIBUNE COMPANY, et al.,                   )   Case No. 08-13141 (KJC)
                                           )
        Debtors.                           )   Jointly Administered

                                               **Related Docket No.___**

-----------------------------------------------------------x

## ORDER

Upon consideration of the *Motion Regarding Filing Under Seal of Redacted Portion of the Motion of Aurelius Capital Management, LP for the Appointment of a Chapter 11 Trustee* (the "Motion to Seal"); and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED; and

2. Aurelius Capital Management, LP is hereby granted permission to file its *Motion of Aurelius Capital Management, LP for the Appointment of a Chapter 11 Trustee* under seal, pursuant to Federal Rule 9018 and Local Rule 9018-1(b).


Dated: September ___, 2010          _____
                                    THE HONORABLE KEVIN J. CAREY
                                    CHIEF UNITED STATES BANKRUPTCY JUDGE