# EXHIBIT B

### [Proposed Order Denying Motion to Seal]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                    )
In re:                              ) Chapter 11
                                    )
TRIBUNE COMPANY, et al.,            ) Case No. 08-13141 (KJC)
                                    )
           Debtors.                 ) Jointly Administered
                                    )
                                      **Related Docket No.___**
------------------------------------------------------------x

## ORDER

Upon consideration of the *Motion Regarding Filing Under Seal of Redacted Portion of the Motion of Aurelius Capital Management, LP for the Appointment of a Chapter 11 Trustee* (the "Motion to Seal"); and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is hereby DENIED; and

2. Aurelius Capital Management, LP is hereby directed to file its *Motion of Aurelius Capital Management, LP for the Appointment of a Chapter 11 Trustee* in full, unredacted form.


Dated: September ___, 2010

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE