# EXHIBIT A

**[Proposed Order]**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                                                    )

In re:                                                      )    Chapter 11

TRIBUNE COMPANY, et al.,             )    Case No. 08-13141 (KJC)

Debtors.                       )    Jointly Administered

                                                        **Related Docket Nos.**_____

------------------------------------------------------------x

## ORDER

The Court having considered the *Expedited Motion to Schedule Hearing to Consider Motion of Aurelius Capital Management, LP, for the Appointment of a Chapter 11 Trustee* (the "Scheduling Motion"); the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Schedule is GRANTED; and

2. The Court shall convene a hearing to consider (i) the *Motion of Aurelius Capital Management, LP, for the Appointment of a Chapter 11 Trustee* and (ii) the *Motion Regarding Filing Under Seal of Redacted Portion of the Motion of Aurelius Capital Management, LP for the Appointment of a Chapter 11 Trustee* on _____, 2010 at \_\_:\_\_ \_.m. (prevailing Eastern Time) (the "Hearing"); and

3. All objections and responses to the Motion to Schedule must be filed and served so as to be received by counsel to Aurelius no later than_____, 2010 at \_\_:\_\_ \_.m. (prevailing Eastern Time); and

4. A reply, if any, may be filed and served on parties receiving notice of the Trustee Motion no later than_____, 2010 at __:__ .m. (prevailing Eastern Time).

Dated: September ____, 2010

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE