## CERTIFICATE OF SERVICE

I, Karen B. Skomorucha, hereby certify that, on September 14, 2010, I caused one copy of the foregoing document to be served upon the parties on the attached service list in the manner indicated.

                                              */s/ Karen B. Skomorucha*
                                              Karen B. Skomorucha (#4759)

{00074510;v1}

Case 08-13141-BLS   Doc 5684-1   Filed 09/14/10   Page 2 of 13

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA HAND DELIVERY**<br>COLE SCHOTZ MEISEL FORMAN & LEONARD, PA<br>NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>SIDLEY AUSTIN LLP<br>ATTN: KENNETH P. KANSA ESQ.<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603 |
| **VIA FIRST CLASS U.S. MAIL**<br>ABATO, RUBENSTEIN AND ABATO, P.A.<br>ATTN: COREY SMITH BOTT, BRIAN G. ESDERS<br>809 GLENEAGLES COURT, SUITE 320<br>BALTIMORE, MD 21286 | **VIA FIRST CLASS U.S. MAIL**<br>ABATO, RUBENSTEIN AND ABATO, P.A.<br>ATTN: MEGHAN C. HORN, ESQ.<br>809 GLENEAGLES COURT, SUITE 320<br>TOWSON, MD 21286 |
| **VIA FIRST CLASS U.S. MAIL**<br>ACXIOM CORPORATION<br>ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL<br>301 E. DAVE WARD DRIVE<br>P.O. BOX 2000<br>CONWAY, AR 72033-2000 | **VIA FIRST CLASS U.S. MAIL**<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS.<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 |
| **VIA FIRST CLASS U.S. MAIL**<br>ALLISON, SLUTSKY & KENNEDY, PC<br>ANGIE M. COWAN<br>230 W MONROE ST, STE 2600<br>CHICAGO, IL 60606 | **VIA FIRST CLASS U.S. MAIL**<br>ANDREW S. CONWAY, ESQUIRE<br>200 EAST LONG LAKE ROAD, SUITE 300<br>BLOOMFIELD HILLS, MI 48304 |
| **VIA HAND DELIVERY**<br>ARCHER & GREINER, PC<br>JOHN V. FIORELLA, ESQ.<br>300 DELAWARE AVE, STE 1370<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>ASKOUNIS & DARCY, PC<br>ATTN: THOMAS V. ASDOUNIS, ESQ.<br>401 NORTH MICHIGAN AVENUE, STE 550<br>CHICAGO, IL 60611 |
| **VIA FIRST CLASS U.S. MAIL**<br>BANC OF AMERICA BRIDGE LLC<br>LYNN D. SIMMONS, SR. VICE PRESIDENT<br>BANK OF AMERICA STRATEGIC SOLUTIONS<br>MAIL CODE: IL1-231-11-19<br>231 SOUTH LASALLE STREET<br>CHICAGO, IL 60604 | **VIA FIRST CLASS U.S. MAIL**<br>BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP<br>ATTN. GEORGE R. MESIRES, ESQ.<br>200 WEST MADISON ST., SUITE 3900<br>CHICAGO, IL 60606 |
| **VIA HAND DELIVERY**<br>BARNES & THORNBURG LLP<br>ATTN: DAVID M. POWLEN<br>1000 NORTH WEST STREET, SUITE 1200<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>BARTLETT HACKETT FEINBERG PC<br>FRANK F. MCGINN (MA BBO# 564729)<br>155 FEDERAL ST, 9TH FL<br>BOSTON, MA 02110 |

Case 08-13141-BLS   Doc 5684-1   Filed 09/14/10   Page 3 of 13

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

**VIA FIRST CLASS U.S. MAIL**
BELKIN BURDEN WENIG & GOLDMAN, LLP
ATTN: JOSHUA G. LOSARDO, ESQ.
270 MADISON AVENUE
NEW YORK, NY 10016

**VIA FIRST CLASS U.S. MAIL**
BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP
ATTN. DAVID M. NEUMANN, ESQUIRE
200 PUBLIC SQUARE SUITE 2300
CLEVELAND, OH 44114-2378

**VIA HAND DELIVERY**
BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP
ATTN. JENNIFER R. HOOVER, ESQ.
222 DELAWARE AVENUE, SUITE 801
WILMINGTON, DE 19801

**VIA HAND DELIVERY**
BIFFERATO LLC
ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN
& GOOD MAN, LLP
150 S. RODEO DRIVE, 3RD FLOOR
BEVERLY HILLS, CA 90212

**VIA FIRST CLASS U.S. MAIL**
BROWARD COUNTY
ATTN: JEFFREY J. NEWTON
COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33301

**VIA FIRST CLASS U.S. MAIL**
BROWN RUDNICK LLP
ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ.
SEVEN TIMES SQUARE
NEW YORK, NY 10036

**VIA FIRST CLASS U.S. MAIL**
BROWN STONE NIMEROFF LLC
ATTN. JAMI B. NIMEROFF, ESQ.
4 EAST 8TH STREET, SUITE 400
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

**VIA FIRST CLASS U.S. MAIL**
BUCHALTER NEMER
PAMELA KOHLMAN WEBSTER
1000 WILSHIRE BOULEVARD, SUITE 1500
LOS ANGELES, CA 90017-2457

**VIA FIRST CLASS U.S. MAIL**
BUCHALTER NEMER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FL
SAN FRANCISCO, CA 94105-2126

**VIA FIRST CLASS U.S. MAIL**
CALLAHAN & BLAINE
ATTN: EDWARD SUSOLIK, ESQUIRE
3 HUTTON DRIVE, NINTH FLOOR
SANTA ANA, CA 92707

**VIA FIRST CLASS U.S. MAIL**
CANON USA, INC
ATTN RUTH WIENSTEIN
1 CANON PLAZA
NEW HYDE PARK, NY 11042

**VIA FIRST CLASS U.S. MAIL**
CAPITALSOURCE FINANCE LLC
ATTN: JOANNE FUNGAROLI, ESQ.
4445 WILLARD AVENUE, 12TH FLOOR
CHEVY CHASE, MD 20815

**VIA FIRST CLASS U.S. MAIL**
CHADBOURNE & PARKE LLP
ATTN HOWARD SEIFE,ESQ., DAVID M. LEMAY, ESQ.,
DOGULAS E. DEUTSCH, ESQ.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**VIA FIRST CLASS U.S. MAIL**
CHARLES E. DAVIDOW
2001 K. STREET, N.W.
WASHINGTON, DC 20006-1047

**VIA FIRST CLASS U.S. MAIL**
CHRISTINE Z. HERI
UNITED STATES DEPARTMENT OF LABOR
230 SOUTH DEARBORN, ROOM 844
CHICAGO, IL 60604

**VIA HAND DELIVERY**
CIARDI CIARDI & ASTIN
DANIEL K. ASTIN, ESQ.; ANTHONY M. SACCULLO, ESQ.,
MARY E. AUGUSTINE, ESQ., CARL D. NEFF, ESQ.
CITIZENS BANK CENTER
919 NORTH MARKET STREET, STE 700
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
CITICORP NORTH AMERICA, INC
750 WASHINGTON BLVD.
STAMFORD, CT 06901-3722

**VIA FIRST CLASS U.S. MAIL**
COHEN WEISS & SIMON LLP
ATTN BABETTE A CECCOTI
330 WEST 42ND STREET
NEW YORK, NY 10036

**VIA HAND DELIVERY**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS.
THE BRADYWINE BUILDING - 17TH FLOOR
1000 WEST STREET
WILMINGTON, DE 19801

**VIA HAND DELIVERY**
COOCH & TAYLOR PA
ATTN: SUSAN E. KAUFMAN, ESQ.
1000 WEST STREET, 10TH FLOOR
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
COTCHETT, PITRE & MCCARTHY
ATTN: PHILIP GREGORY, ESQ.
840 MALCOLM ROAD, SUITE 200
BURLINGAME, CA 94010

**VIA HAND DELIVERY**
COZEN O'CONNOR
ATTN: MARK E. FELGER, ESQ.
1201 N. MARKET STREET, SUITE 1400
WILMINGTON, DE 19801

**VIA HAND DELIVERY**
CROSS & SIMON LLC
ATTN CHRISTOPHER P SIMON & TARA M DIROCCO, ESQS
919 NORTH MARKET STREET 11TH FLOOR
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
CROUDACE & DIETRICH LLP
ATTN. MARK A NITIKMAN, ESQUIRE
4750 VON KARMAN AVENUE
NEWPORT BEACH, CA 92660

**VIA FIRST CLASS U.S. MAIL**
CROWELL & MORING LLP
ATTN. MICHAEL V. BLUMENTHAL, ESQ.
590 MADISON AVENUE, 19TH FLOOR
NEW YORK, NY 10022

**VIA FIRST CLASS U.S. MAIL**
DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL
ATTN: ELAINE Z. COLE, ESQ.
340 E. MAIN ST.
ROCHESTER, NY 14604

{0431441;v1}

Case 08-13141-BLS   Doc 5684-1   Filed 09/14/10   Page 5 of 13

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>DAVIS POLK & WARDELL LLP<br>ATTN: DONALD S. BERNSTEIN, ESQ.<br>JAMES A. FLORACK, ESQ.<br>DAMIAN S. SCHAIBLE, ESQ.<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | **VIA HAND DELIVERY**<br>DUANE MORRIS LLP<br>ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS<br>1100 NORTH MARKET STREET, SUITE 1200<br>WILMINGTON, DE 19801 |
| **VIA HAND DELIVERY**<br>ECKERT, SEAMANS, CHERIN & MELLOT, LLC<br>ATTN. MARGARET F. ENGLAND, ESQUIRE<br>300 DELAWARE AVENUE, SUITE 1210<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>EDWARDS ANGELL PALMER & DODGE LLP<br>ATTN: STUART M. BROWN, ESQ.<br>919 N. MARKET ST, STE 1500<br>(COUNSEL TO BARCLAYS BANK PLC)<br>WILMINGTON, DE 19801 |
| **VIA HAND DELIVERY**<br>ELLIOTT GREENLEAF<br>ATTN WILLIAM M KELLEHER<br>1105 NORTH MARKET STREET, SUITE 1700<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>ERVIN COHEN & JESSUP LLP<br>KENNETH MILLER, ESQ.<br>9401 WILSHIRE BLVD, 9TH FLOOR<br>BEVERLY HILLS, CA 90212 |
| **VIA FIRST CLASS U.S. MAIL**<br>FOLEY & LARDNER LLP<br>ATTN: MARY K. BRAZA, ESQ.<br>777 EAST WISCONSIN AVENUE<br>MILWAUKEE, WI 53202-5306 | **VIA FIRST CLASS U.S. MAIL**<br>FOLEY & LARDNER LLP<br>ATTN: MICHAEL J. SMALL, ESQ.<br>321 NORTH CLARK<br>SUITE 2800<br>CHICAGO, IL 60610-4500 |
| **VIA HAND DELIVERY**<br>FOX ROTHSCHILD LLP<br>ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS.<br>CITIZENS BANK CENTER<br>919 NORTH MARKET STREET, SUITE 1600<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>FRANK/GECKER LLP<br>ATTN. JOSEPH D. FRANK<br>325 NORTH LASALLE STREET, SUITE 625<br>CHICAGO, IL 60654 |
| **VIA FIRST CLASS U.S. MAIL**<br>FRED FELLMETH, ESQ. GENERAL COUNSEL<br>BROADCAST SYSTEMS DIVISION<br>THE VITEC GROUP PLC<br>101 BILBY ROAD<br>HACKETTSTOWN, NJ 07840 | **VIA FIRST CLASS U.S. MAIL**<br>FREEBORN & PETERS LLP<br>ATTN: AARON L. HAMMER, ESQ. &<br>DEVON J. EGGERT, ESQ.<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 |
| **VIA FIRST CLASS U.S. MAIL**<br>FRIEDMAN LAW GROUP<br>ATTN: J. BENNETT FRIEDMAN, ESQ.<br>1900 AVENUE OF THE STARS, SUITE 1800<br>LOS ANGELES, CA 90067-4409 | **VIA FIRST CLASS U.S. MAIL**<br>FURMAN GREGORY LLC<br>DONALD R. FURMAN JR.<br>75 FEDERAL ST, 9TH FL<br>BOSTON, MA 02110 |

{0431441;v1}

Case 08-13141-BLS    Doc 5684-1    Filed 09/14/10    Page 6 of 13

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

VIA FIRST CLASS U.S. MAIL
GATEWAY PACIFIC PROPERTIES, INC.
C/O RONALD K. BROWN, JR.
LAW OFFICES OF RONALD K. BROWN, JR.
901 DOVE STREET, SUITE 120
NEWPORT BEACH, CA 92660

VIA FIRST CLASS U.S. MAIL
GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL 33131-1605

VIA FIRST CLASS U.S. MAIL
GOHN HANKEY & STICHEL LLP
ATTN JAN I BERLAGE
201 NORTH CHARLES STREET
BALTIMORE, MD 21201

VIA FIRST CLASS U.S. MAIL
GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD.
ATTN. BRIAN M. DOUGHERTY
835 MCCLINTOCK DRIVE, SECOND FLOOR
WILLOWBROOK, IL 60527

VIA FIRST CLASS U.S. MAIL
GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP
EDWARD J. TREDINNICK, ESQ.
FOUR EMBARCARCADERO CENTER, STE 4000
SAN FRANCISCO, CA 94111

VIA FIRST CLASS U.S. MAIL
HARRIS CORPORATION
ANTHONY DEGLOMINE, III
1025 W. NASA BLVD
MAIL STOP A-11A
MELBOURNE, FL 32919

VIA FIRST CLASS U.S. MAIL
HENNIGAN, BENNETT & DORMAN, LLP
ATTN: BRUCE BENNETT, JAMES O. JOHNSON AND JOSHUA D. MORSE, ESQS.
865 SOUTH FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA 90017

VIA FIRST CLASS U.S. MAIL
HERRICK FEINSTEIN LLP
ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.
TWO PARK AVENUE
NEW YORK, NY 10016

VIA FIRST CLASS U.S. MAIL
HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY
2125 E. KATELLA AVE., SUITE 400
ANAHEIM, CA 92806

VIA FIRST CLASS U.S. MAIL
HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD.
MAILSTOP 314
BOISE, ID 83714-0021

VIA FIRST CLASS U.S. MAIL
HOGAN & HARTSON LLP
ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.
875 THIRD AVENUE
NEW YORK, NY 10022

VIA FIRST CLASS U.S. MAIL
HOWARD COUNTY OFFICE OF LAW
ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD 21043

VIA FIRST CLASS U.S. MAIL
IBM CORPORATION
ATTN BEVERLY H SHIDELER
TWO LINCOLN CENTRE
VILLA PARK, IL 60181

VIA FIRST CLASS U.S. MAIL
INTERNAL REVENUE SERVICE
ATTN: ROOM 1150
31 HOPKINS PLAZA
BALTIMORE, MD 21201

Case 08-13141-BLS   Doc 5684-1   Filed 09/14/10   Page 7 of 13

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 | **VIA FIRST CLASS U.S. MAIL**<br>J. SCOTT DOUGLASS<br>909 FANNIN, SUITE 1800<br>HOUSTON, TX 77010 |
| **VIA FIRST CLASS U.S. MAIL**<br>JD THOMPSON LAW<br>ATTN: JUDY D. THOMPSON<br>P.O. BOX 33127<br>CHARLOTTE, NC 28233 | **VIA FIRST CLASS U.S. MAIL**<br>JEFFER, MANGELS, BUTLER & MARMARO LLP<br>ATTN: KEITH D. ELKINS, ESQ.<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067 |
| **VIA FIRST CLASS U.S. MAIL**<br>JP MORGAN CHASE BANK, NA AS AGENT<br>1111 FANNIN, 10TH FLOOR<br>HOUSTON, TX 77002 | **VIA FIRST CLASS U.S. MAIL**<br>K&L GATES LLP<br>ATTN: JEFFREY N. RICH, ESQ.<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022-6030 |
| **VIA FIRST CLASS U.S. MAIL**<br>K&L GATES LLP<br>CHARLES R. SMITH, ESQ.<br>HENRY W. OLIVER BUILDING<br>535 SMITHFIELD ST<br>PITTSBURGH, PA 15222-2312 | **VIA FIRST CLASS U.S. MAIL**<br>KAMAKAZEE KIWI COPORATION<br>3835-R EAST<br>THOUSDAN OAKS BLVD. #343<br>THOUSAND OAKS, CA 91362 |
| **VIA FIRST CLASS U.S. MAIL**<br>KAYE SCHOLER LLP<br>ATTN: MARGO B SCHONHOLTZ, ESQ<br>MADLYN GLEICH PRIMOFF, ESQ<br>425 PARK AVE<br>NEW YORK, NY 10022 | **VIA FIRST CLASS U.S. MAIL**<br>KELLEY DRYE & WARREN LLP<br>ERICK R. WILSON, ESQ.<br>HOWARD S.STEEL, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| **VIA FIRST CLASS U.S. MAIL**<br>KLEE, TUCHIN, BOGDANOFF & STERN, LLP<br>ATTN: KENNETH N. KLEE, ESQ.<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067-6049 | **VIA FIRST CLASS U.S. MAIL**<br>KLEE, TUCHIN, BOGDANOFF & STERN, LLP<br>ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS.<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067-6049 |
| **VIA HAND DELIVERY**<br>LANDIS RATH & COBB LLP<br>COUNSEL FOR THE UNSECURED CREDITORS' COMM<br>ATTN ADAM G LANDIS & MATTHEW B MCGUIRE<br>919 MARKET STREET SUITE 1800<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>LESLIE A. COHEN, ESQUIRE<br>LESLIE COHEN LAW, PC<br>506 SANTA MONICA BLVD., SUITE 200<br>SANTA MONICA, CA 90401 |

{0431441;v1}

Case 08-13141-BLS    Doc 5684-1    Filed 09/14/10    Page 8 of 13

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.<br>ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS.<br>1330 BROADWAY, SUITE 1800<br>OAKLAND, CA 94612 | **VIA FIRST CLASS U.S. MAIL**<br>LINDA BOYLE<br>TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE, #400<br>LITTLETON, CO 80124 |
| **VIA FIRST CLASS U.S. MAIL**<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>COUNSEL TO HARRIS COUNTY<br>ATTN JOHN P DILLMAN<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | **VIA FIRST CLASS U.S. MAIL**<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2323 BRYAN STREET<br>STE 1600<br>DALLAS, TX 75201 |
| **VIA FIRST CLASS U.S. MAIL**<br>LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A.<br>ATTN: ZACHARY J. BANCROFT, EST.<br>450 S. ORANGE AVE, SUITE 800<br>ORLANDO, FL 32801 | **VIA FIRST CLASS U.S. MAIL**<br>MAUREEN A. MCGREEVEY, ESQUIRE<br>SENIOR LITIGATION COUNSEL<br>SUNGARD<br>682 E. SWEDESFORD ROAD<br>WAYNE, PA 19087 |
| **VIA FIRST CLASS U.S. MAIL**<br>MAYER BROWN LLP<br>FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ., AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ.<br>1675 BROADWAY<br>NEW YORK, NY 10019 | **VIA FIRST CLASS U.S. MAIL**<br>MCCARTER & ENGLISH, LLP<br>ATTN: DAVID ADLER, ESQ.<br>G. AMANDA MALLAN, ESQ.<br>245 PARK AVE, 27TH FL<br>NEW YORK, NY 10167 |
| **VIA HAND DELIVERY**<br>MCCARTER & ENGLISH, LLP<br>ATTN: KATHARINE L. MAYER, ESQ.<br>RENAISSANCE CENTRE<br>405 N. MARKET STREET, 8TH FL<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>MCGUIRE WOODS LLP<br>ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS<br>77 W. WACKER DRIVE, SUITE 4100<br>CHICAGO, IL 60601 |
| **VIA FIRST CLASS U.S. MAIL**<br>MCPHARLIN SPRINKLES & THOMAS, LLP<br>ATTN. ELAIN M. SEID<br>10 ALMADEN BLVD., SUITE 1460<br>SAN JOSE, CA 95113 | **VIA FIRST CLASS U.S. MAIL**<br>MEITES, MULDER, MOLLICA & GLINK<br>ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS.<br>20 S. CLARK STREET, SUITE 1500<br>CHICAGO, IL 60603 |
| **VIA HAND DELIVERY**<br>MESSANA ROSNER & STERN, LLP<br>FREDERICK B. ROSNER, ESQ.<br>1000 N. WEST STREET, SUITE 1200<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. WALDMEIR, ASSISTANT ATTORNEY GENERAL<br>STATE OF MICHIGAN, DEPT. OF TREASURY<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 |

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>MICHAEL SCHLOSS<br>OFFICE OF THE SOLICITOR<br>UNITED STATES DEPARTMENT OF LABOR<br>PLAN BENEFITS SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC 20013 | **VIA FIRST CLASS U.S. MAIL**<br>MISSOURI DEPARTMENT OF REVENUE<br>ATTN: SHERYL L. MOREAU<br>SPECIAL ASSISTANT ATTORNEY GENERAL<br>GENERAL COUNSEL'S OFFICE<br>301 W. HIGH STREET, ROOM 670, PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 |
| **VIA HAND DELIVERY**<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.<br>ATTN. RACHEL B. MERSKY, ESQUIRE<br>1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>MORGAN STANLEY FIXED INCOME<br>ATTN: CAROLYN ADLER<br>1585 BROADWAY, 2ND FLOOR<br>NEW YORK, NY 10036 |
| **VIA FIRST CLASS U.S. MAIL**<br>MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC<br>ATTN: COLLEEN E. MCMANUS<br>191 NORTH WACKER DRIVE, STE 1800<br>CHICAGO, IL 60606 | **VIA FIRST CLASS U.S. MAIL**<br>NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 |
| **VIA FIRST CLASS U.S. MAIL**<br>NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>ATTN. ROBERT L. COOK, DISTRICT TAX ATTORNEY<br>333 EAST WASHINGTON ST., 3RD FLOOR<br>SYRACUSE, NY 13202 | **VIA FIRST CLASS U.S. MAIL**<br>NOLAN, PLUMHOFF & WILLIAMS, CHARTERED<br>ATTN. ROBERT L. HANLEY, JR. ESQUIRE<br>SUITE 700, NOTTINGHAM CENTRE<br>502 WASHINGTON AVENUE<br>TOWSON, MD 21204 |
| **VIA FIRST CLASS U.S. MAIL**<br>O'MELVENY & MYERS LLP<br>ATTN: BRADLEY J. BUTWIN, DANIEL L. CANTOR, & STEVEN A. ROSENSTEIN, ESQS.<br>TIMES SQUARE TOWER<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 | **VIA FIRST CLASS U.S. MAIL**<br>O'MELVENY & MYERS LLP<br>ATTN: EVAN M. JONES, ESQ.<br>400 SOUTH HOPE STREET<br>LOS ANGELES, CA 90071 |
| **VIA FIRST CLASS U.S. MAIL**<br>OFFICE OF ATTORNEY GENERAL<br>ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA 19107-3603 | **VIA HAND DELIVERY**<br>OFFICE OF THE UNITED STATES TRUSTEE<br>JOSEPH J. MCMAHON, JR., ESQ.<br>UNITED STATES DEPT OF JUSTICE<br>844 KING STREET, SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19801 |
| **VIA HAND DELIVERY**<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS AND MARK M. BILLION, ESQS.<br>919 N. MARKET STREET, 17TH FLOOR<br>WILMINGTON, DE 19801 | **VIA HAND DELIVERY**<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: STEPHEN P. LAMB & JOHN P. DITOMO<br>1000 N. WEST STREET, SUITE 1200<br>WILMINGTON, DE 19801 |

{0431441;v1}

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP<br>ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W. BROWN, LAUREN SHUMEJDA, & STUART MCPHAIL<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064 | **VIA FIRST CLASS U.S. MAIL**<br>PENSION BENEFIT GUARANTY CORPORATION<br>ATTN FRANK A ANDERSON, CASSANDRA R BURTON, & KARTAR S KHALSA, ESQ<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, NW<br>WASHINGTON, DC 20005-4026 |
| **VIA FIRST CLASS U.S. MAIL**<br>PEPPER HAMILTON LLP<br>ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET STREET<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>ATTN: JOHN C. PHILLIPS, ESQ.<br>1200 NORTH BROOM STREET<br>WILMINGTON, DE 19806 |
| **VIA FIRST CLASS U.S. MAIL**<br>ZWERDLKING PAUL KAHN & WOLLY PC<br>ATTN ROBERT E PAUL ESQ<br>1025 CONNECTICUT AVENUE NW SUITE 712<br>WASHINGTON, DC 20036-5420 | **VIA HAND DELIVERY**<br>PINCKNEY, HARRIS & WEIDINGER, LLC<br>ATTN: ADAM HILLER & DONNA HARRIS<br>1220 NORTH MARKET STREET, SUITE 950<br>WILMINGTON, DE 19801 |
| **VIA HAND DELIVERY**<br>POTTER ANDERSON & CORROON LLP<br>ATTN: LAURIE SILVERSTEIN, ESQ<br>HERCULES PLAZA<br>1313 N MARKET ST<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>POYNER SPRUILL LLP<br>JUDY D. THOMPSON, ESQ.<br>301 SOUTH COLLEGE STREET, STE 2300<br>CHARLOTTE, NC 28202 |
| **VIA FIRST CLASS U.S. MAIL**<br>PROSKAUER ROSE LLP<br>ATTN: MARTIN S. ZOHN, ESQ.<br>2049 CENTURY PARK EAST, 32ND FLOOR<br>LOS ANGELES, CA 90067 | **VIA FIRST CLASS U.S. MAIL**<br>QUARLES & BRADY LLP<br>LEONARD S. SHIFFLET, ESQ.; FAY B. FEINSTEIN, ESQ.<br>300 NORTH LASALLE STREET, STE 400<br>CHICAGO, IL 60654-3422 |
| **VIA HAND DELIVERY**<br>RICHARDS, LAYTON & FINGER, PA<br>ATTN: MARK D. COLLINS, ESQ.<br>KATISHA D. FORTUNE, ESQ.<br>920 NORTH KING STREET<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>RIDDELL WILLIAMS, P.S.<br>ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO<br>1001- 4TH AVENUE, SUITE 4500<br>SEATTLE, WA 98154-1192 |
| **VIA FIRST CLASS U.S. MAIL**<br>ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC<br>ATTN. FRED B. RINGEL, ESQ.<br>875 THIRD AVENUE, 9TH FL<br>NEW YORK, NY 10022 | **VIA FIRST CLASS U.S. MAIL**<br>RUSKIN MASCOU FALTISCHEK, P.C.<br>ATTN: MICHAEL S. AMATO, ESQ.<br>EAST TOWER, 15TH FLOOR<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556-1425 |

{0431441;v1}

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

VIA FIRST CLASS U.S. MAIL
RUSKIN MOSCOU FALTISCHEK, P.C.
ATTN. MICHAEL S. AMATO, ESQ.
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

VIA HAND DELIVERY
SAUL EWING LLP
ATTN: MARK MINUTI, ESQUIRE
222 DELAWARE AVENUE, SUITE 1200
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
SECURITIES & EXCHANGE COMMISSION
15TH & PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20020

VIA FIRST CLASS U.S. MAIL
SECURITIES AND EXCHANGE COMMISSION (SEC)
100 F STREET, NE
WASHINGTON, DC 20549

VIA HAND DELIVERY
SEITZ, VAN OGTROP & GREEN, P.A.
ATTN: R.KARL HILL, ESQ.
222 DELAWARE AVENUE, STE 1500
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
SHIPMAN & GOODWIN LLP
ATTN. JULIE A. MANNING, ESQ.
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

VIA FIRST CLASS U.S. MAIL
SIRLIN GALLOGLY & LESSER, P.C.
123 S BROAD ST #2100
PHILADELPHIA, PA 191091029

VIA FIRST CLASS U.S. MAIL
SQUIRE, SANDERS & DEMPSEY LLP
ATTN: KELLY SINGER, ESQ.
TWO RENAISSANCE SQUARE
40 NORTH CENTRAL AVE, STE 2700
PHOENIX, AZ 85004-4498

VIA FIRST CLASS U.S. MAIL
STEMPEL BENNETT CLAMAN & HOCHBERG PC
COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD
ATTN EDMOND P O'BRIEN ESQ
675 THIRD AVENUE 31ST FLOOR
NEW YORK, NY 10017

VIA FIRST CLASS U.S. MAIL
STUART MAUE
ATTN: JOHN L. DECKER
FEE EXAMINER
3840 MCKELVEY RD
ST. LOUIS, MO 63044

VIA FIRST CLASS U.S. MAIL
TEITELBAUM & BASKIN, LLP
ATTN: JAY TEITELBAUM
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601

VIA FIRST CLASS U.S. MAIL
THE REIMANN LAW GROUP
ATTN. DAVID W. REIMANN, ESQUIRE
1960 EAST GRAND AVENUE, SUITE 1165
EL SEGUNDO, CA 90245

VIA FIRST CLASS U.S. MAIL
THE SEAPORT GROUP LLC
ATTN SCOTT FRIEDBERG
360 MADISON AVENUE 22ND FLOOR
NEW YORK, NY 10017

VIA FIRST CLASS U.S. MAIL
TOOD M. HOEPKER, ESQ.
POST OFFICE BOX 3311
ORLANDO, FL 32802-3311

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>TRAVELERS<br>NATIONAL ACCOUNTS<br>1 TOWER SQUARE-5MN<br>HARTFORD, CT 06183-4044 | **VIA FIRST CLASS U.S. MAIL**<br>TRESSLER SODERSTORM MALONEY & PRESS, LLP<br>ATTN. JACQUELINE A. CRISWELL<br>SEARS TOWER, 22ND FLOOR<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606-6314 |
| TWENTIETH TELEVISION, INC.<br>ATTN: JODIE REA<br>(COUNSEL TO: TWENTIETH TELEVISION, INC.)<br>2121 AVENUE OF THE STARS, SUITE 1754<br>LOS ANGELES, CA 90067 | **VIA FIRST CLASS U.S. MAIL**<br>TYBOUT REDFEARN AND PELL<br>ATTN. SHERRY RUGGIERO FALLON<br>750 SHIPYARD DRIVE, SUITE 400<br>P.O. BOX 2092<br>WILMINGTON, DE 19899-2092 |
| **VIA FIRST CLASS U.S. MAIL**<br>U.S. DEPARTMENT OF JUSTICE<br>ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION<br>555 4TH ST. NW ROOM 6110, P.O. BOX 227<br>WASHINGTON, DC 20044 | **VIA FIRST CLASS U.S. MAIL**<br>UNISYS CORPORATION<br>ATTN. JANET FITZPATRICK, LEGAL ASSISTANT<br>UNISYS WAY<br>P.O. BOX 500, M/S E8-108<br>BLUE BELL, PA 19424 |
| **VIA FIRST CLASS U.S. MAIL**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>MATTHEW J. TROY, ESQ.<br>1100 L STREET, N.W.<br>ROOM 10006<br>WASHINGTON, DC 20530 | **VIA FIRST CLASS U.S. MAIL**<br>UNITED STATES DEPARTMENT OF LABOR<br>OFFICE OF THE SOLICITOR<br>ELIZABETH S. GOLDBERG, ESQUIRE<br>PLAN BENEFITS SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC 20013 |
| **VIA FIRST CLASS U.S. MAIL**<br>UNITED STATES TREASURY<br>OFFICE OF THE TREASURER<br>1500 PENNSYLVANIA AVENUE, NW<br>ROOM 2134<br>WASHINGTON, DC 20220 | **VIA HAND DELIVERY**<br>US ATTORNEY'S OFFICE<br>ELLEN W. SLIGHTS, ESQ<br>1201 MARKET ST, SUITE 1100<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>VORYS SATER SEYMOUR & PEASE LLP<br>AS COUNSEL FOR AOL LLC & ITS RELATED ENTITIES<br>ATTN TIFFANY STRELOW COBB<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 | **VIA FIRST CLASS U.S. MAIL**<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>ATTN: TIFFANY STRELOW COBB<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 |
| **VIA FIRST CLASS U.S. MAIL**<br>WARNER BROS. TELEVISION DISTRIBUTION, INC.<br>ATTN: WAYNE M. SMITH, ESQ.<br>4000 WARNER BLVD.<br>BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | **VIA FIRST CLASS U.S. MAIL**<br>WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L<br>ATTN: DOUGLAS R. GONZALES, ESQUIRE<br>200 EAST BROWARD BOULEVARD, ST. 1900<br>FORT LAUDERDALE, FL 33301 |

{0431441;v1}

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>WHITE & CASE LLP<br>ATTN: THOMAS E. LAURIA, GERARD H. UZZI, SCOTT GREISSMAN, ESQS.<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-2787 | **VIA FIRST CLASS U.S. MAIL**<br>WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA<br>ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 |
| **VIA FIRST CLASS U.S. MAIL**<br>WILLKIE FARR & GALLAGHER LLP<br>ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ.<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | **VIA FIRST CLASS U.S. MAIL**<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>ATTN: ANDREW GOLDMAN, ESQ.<br>399 PARK AVENUE<br>NEW YORK, NY 10022 |
| **VIA HAND DELIVERY**<br>WILMINGTON TRUST COMPANY<br>ATTN. PATRICK J. HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 198901 | **VIA FIRST CLASS U.S. MAIL**<br>WINSTON & STRAWN LLP<br>ATTN: DAVID NEIER, ESQ.<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |

{0431441;v1}