## **Schedule 1**

**Tribune Company, et al**

**Omnibus Objection 35: Schedule 1**

| | NAME | EXHIBIT |
|---|---|---|
| 1 | 57-11 49TH PLACE, LLC<br>ATTN: SCOTT S. MARKOWITZ, ESQ.<br>TARTER KINSKY & DROGIN LLP<br>1350 BROADYWAY, 11TH FLOOR<br>NEW YORK, NY 10018 | F |
| 2 | AJILON PROFESSIONAL STAFFING, LLC<br>175 BROADHOLLOW ROAD<br>MELVILLE, NY 11747 | F |
| 3 | ASSOCIATED PRESS<br>645 ALBANY SHAKER RD<br>ALBANY, NY 12211 | F |
| 4 | BOHM, PETER<br>C/O WILLIAM KROPACH<br>6345 BALBOA BLVD #242<br>ENCINO, CA 91316 | B |
| 5 | BOND, CURTIS<br>101 RIVERMEADE CT., APT D<br>YORKTOWN, VA 23690 | E |
| 6 | BOONE, KYLE V<br>9903 GUNSTOCK ROAD<br>RANDALLSTOWN, MD 21133 | E |
| 7 | CAMASSAR, CAROLYN<br>5 OLD WALLINGFORD ROAD<br>DURHAM, CT 06422 | D |
| 8 | CITY OF NEW YORK - DEPARTMENT OF FINANCE<br>DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL<br>RON MEDLEY, OF COUNSEL<br>345 ADAMS STREET - 3RD FLOOR<br>BROOKLYN, NY 11201 | A |
| 9 | CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR:WASHINGTON POST WRITERS<br>GROUP<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | A |
| 10 | CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: WASHINGTON POST WRITERS<br>GROU<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | A |
| 11 | COUNTY OF SAN DIEGO<br>REGISTRAR OF VOTERS<br>ATTN: RIZA BULANTE<br>5201 BRUFFIN ROAD, SUITE I<br>SAN DIEGO, CA 92123 | A |
| 12 | CRISHAM, MEGAN MD<br>2746 CENTRAL PARK<br>EVANSTON, IL 60201 | F |

**Tribune Company, et al**

**Omnibus Objection 35: Schedule 1**

| | NAME | EXHIBIT |
|---|---|---|
| 13 | DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201-2691 | B |
| 14 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | A |
| 15 | EFE NEWS SERVICES (U.S.) INC<br>529 14TH ST NW STE 1220<br>WASHINGTON, DC 20045-2398 | F |
| 16 | GRANT AND POWER LANDSCAPING INC.<br>700 ROOSEVELT ROAD<br>WEST CHICAGO, IL 60187 | F |
| 17 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |
| 18 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |
| 19 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |
| 20 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |
| 21 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |
| 22 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |
| 23 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |

**Tribune Company, et al**

**Omnibus Objection 35: Schedule 1**

| | NAME | EXHIBIT |
|---|---|---|
| 24 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY<br>COLLECTIONS UNIT MANAGER<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 SOUTH STATE STREET<br>CHICAGO, IL 60603 | A |
| 25 | JACOBS, MARK<br>PO BOX 1123<br>WRIGHTWOOD, CA 92397 | B |
| 26 | JORDAN, LINWOOD JR<br>21 RED ROBIN TURN<br>HAMPTON, VA 23669 | E |
| 27 | KING BLACKWELL DOWNS & ZEHNDER, P.A.<br>25 E. PINE ST<br>PO BOX 1631<br>ORLANDO, FL 32802-1631 | F |
| 28 | KOENIG, RHODA<br>73B RODERICK ROAD<br>LONDON, NW3 2NP<br>UNITED KINGDOM | E |
| 29 | LAMBERTY, HARRY W<br>4702 FAIRVIEW AVE<br>ORLANDO, FL 32804 | E |
| 30 | LEXISNEXIS, A DIV OF REED ELSEVIER INC.<br>ATTN: BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | F |
| 31 | LEXISNEXIS, A DIV OF REED ELSEVIER INC.<br>ATTN: BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | F |
| 32 | LEXISNEXIS, A DIV OF REED ELSEVIER INC.<br>ATTN: BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | F |
| 33 | LEXISNEXIS, A DIV. OF REED ELSEVIER INC<br>ATTN: BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | F |
| 34 | LONG ISLAND MID SUFFOLK BUSINESS ACTION<br>PO BOX 135<br>CENTERPORT, NY 11721 | D |
| 35 | MAYERSOHN, HARRIS<br>1314 CAMELLIA LN<br>WESTON, FL 33326 | E |
| 36 | MESSINA, RICHARD<br>C/O LAURENCE BRICK<br>433 SOUTH MAIN ST SUIT 102<br>WEST HARTFORD, CT 06110 | B |

**Tribune Company, et al**

**Omnibus Objection 35: Schedule 1**

| | NAME | EXHIBIT |
|---|---|---|
| 37 | METROPOLITAN LIFE INSURANCE COMPANY<br>C/O HIGHPOINTE GROUP LP<br>METLIFE WELLS FARGO PLAZA<br>6060 N. CENTRAL EXPY., STE. 130<br>DALLAS, TX 75206 | F |
| 38 | MORNINGSTAR, COLLEEN<br>1460 NE 57TH CT<br>FT. LAUDERDALE, FL 33334 | C |
| 39 | NAI HIFFMAN ASSET MANAGEMENT LLC<br>AGENT FOR OWNER OF 195-197 NORTHFIELD RD<br>C/O JOSEPH GIRARDI OF HENDERSON & LYMAN<br>175 W. JACKSON BLVD., SUITE 240<br>CHICAGO, IL 60604 | F |
| 40 | NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 | A |
| 41 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 42 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 43 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 44 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 45 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |
| 46 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | A |

**Tribune Company, et al**

**Omnibus Objection 35: Schedule 1**

| | NAME | EXHIBIT |
|---|---|---|
| 47 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | A |
| 48 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | A |
| 49 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | A |
| 50 | NORTHERN TRUST COMPANY 1414 4TH AV SEATTLE, WA 98101 | D |
| 51 | ORLAND L.P. 288 ORLAND SQUARE ORLAND PARK, IL 60462 | F |
| 52 | PENNSYLVANIA ELECTRIC COMPANY, A FIRSTENERGY COMPANY 331 NEWMAN SPRINGS ROAD BUILDING 3 RED BANK, NJ 07701 | E |
| 53 | PETIT, CATHERINE 8897 FONTAINBLEU BLVD NO.408 MIAMI, FL 33172 | E |
| 54 | PITNEY BOWES GLOBAL FINANCIAL SERVICES ATTN: RECOVERY DEPT. 27 WATERVIEW DRIVE SHELTON, CT 06484-4361 | B |
| 55 | PLAS-TECH ENGINEERING, INC. 875 GENEVA PARKWAY N. LAKE GENEVA, WI 53147 | F |
| 56 | PUGET SOUND ENERGY CLOSED ACCTS DEPT., BOT-01G P.O. BOX 90868 BELLEVUE, WA 98009-0868 | F |
| 57 | QWEST CORPORATION ATTN: JANE FREY 1801 CALIFORNIA ST RM 900 DENVER, CO 80202-2658 | F |
| 58 | REBACKOFF, ZACH 89 FRANCIS AVE HARRISON, NY 105283544 | E |

**Tribune Company, et al**

**Omnibus Objection 35: Schedule 1**

| | NAME | EXHIBIT |
|---|---|---|
| 59 | ROBINSON, PATRICIA<br>PO BOX 184<br>BROOKEVILLE, MD 20833 | C |
| 60 | ROBINSON, PATRICIA<br>PO BOX 184<br>BROOKEVILLE, MD 20833 | C |
| 61 | SBC GLOBAL SERVICES, INC.<br>JAMES GRUDUS, ESQ.: AT&T ATTORNEY<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | A |
| 62 | SBC GLOBAL SERVICES, INC.<br>JAMES GRUDUS, ESQ.: AT&T ATTORNEY<br>AT&T SERVICES, INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | A |
| 63 | STATE OF FLORIDA - DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>FREDERICK F. RUDZIK<br>POST OFFICE BOX 6668<br>TALLAHASSEE, FL 32314-6668 | A |
| 64 | STATE OF ILLINOIS<br>DEPARTMENT OF EMPLOYMENT SECURITY<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 S. STATE ST.<br>CHICAGO, IL 60603 | A |
| 65 | STATE OF ILLINOIS<br>DEPARTMENT OF EMPLOYMENT SECURITY<br>BANKRUPTCY UNIT - 10TH FLOOR<br>33 S. STATE ST.<br>CHICAGO, IL 60603 | A |
| 66 | STATE OF MICHIGAN DEPARTMENT OF<br>TREASURY<br>DEBORAH B. WALDMEIR, ASS ATTY GENERAL<br>CADILLACE PLACE, STE. 10-200<br>3030 W. GRAND BLVD.,<br>DETROIT, MI 48202 | A |
| 67 | STATE OF NEW JERSEY<br>TREASURY DEPT<br>UNCLAIMED PROPERTY<br>PO BOX 214<br>TRENTON, NJ 08695-0214 | E |
| 68 | STEWART, ROBERT<br>PO BOX 3834<br>LAKEWOOD, CA 90711 | E |
| 69 | TORRES, IGNACIO<br>C/O ISRAEL & BENEZRA<br>1545 WILSHIRE BLVD #300<br>LOS ANGELES, CA 90017 | B |

**Tribune Company, et al**

**Omnibus Objection 35: Schedule 1**

| | NAME | EXHIBIT |
|---|---|---|
| 70 | TORRES, IGNACIO<br>1426 E. RIVER ROAD<br>BELEN, NM 87002 | B |
| 71 | UB PROPERTY LLC<br>ATTN: KIM NELSON / PO BOX 58746<br>SEATTLE, WA 98138 | F |
| 72 | WALLACH, LINDA<br>C/O WILLIAM KROPACH<br>6345 BALBOA BLVD #242<br>ENCINO, CA 91316 | B |
| 73 | WEST, KIM<br>2520 MOOSE DEER DRIVE<br>ONTARIO, CA 91761 | E |
| 74 | WORLDWIDE ASSET PURCHASING, LLC<br>AS ASSIGNEE FOR SPRINT<br>C/O WEST ASSET MANAGEMENT, INC.<br>PO BOX 105698<br>ATLANTA, GA 30348 | E |

# EXHIBIT A

## Amended Claims

## Tribune Company, et al.

### Omnibus Objection 35: Exhibit A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1  CITY OF NEW YORK - DEPARTMENT OF FINANCE DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL RON MEDLEY, OF COUNSEL 345 ADAMS STREET - 3RD FLOOR BROOKLYN, NY 11201 | 05/21/2009 | 08-13141 | 3021 | $837,000.00* | NYC DEPT. OF FINANCE, AUDIT DIVISION ATTN: BANKRUPTCY UNIT 345 ADAMS ST, 5TH FL BROOKLYN, NY 11201 | 06/26/2009 | 08-13141 | 5972 | $1,830,123.00* |
| 2  CLAIMS RECOVERY GROUP LLC TRANSFEROR:WASHINGTON POST WRITERS GROUP 92 UNION AVENUE CRESSKILL, NJ 07626 | 03/16/2009 | 08-13185 | 738 | $1,816.56 | CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF WASHINGTON WRITERS GROUP 92 UNION AVENUE CRESSKILL, NJ 07626 | 06/10/2010 | 08-13185 | 6521 | $5,827.79 |
| 3  CLAIMS RECOVERY GROUP LLC TRANSFEROR: WASHINGTON POST WRITERS GROU 92 UNION AVENUE CRESSKILL, NJ 07626 | 03/16/2009 | 08-13210 | 744 | $180.05 | CLAIMS RECOVERY GROUP LLC AS ASSIGNEE OF WASHINGTON POST WRITERS GROUP 92 UNION AVENUE CRESSKILL, NJ 07626 | 06/10/2010 | 08-13210 | 6522 | $900.24 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 35: Exhibit A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |

| # | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | COUNTY OF SAN DIEGO REGISTRAR OF VOTERS ATTN: RIZA BULANTE 5201 BRUFFIN ROAD, SUITE 1 SAN DIEGO, CA 92123 | 04/16/2009 | 08-13182 | 963 | $1,175.00 | COUNTY OF SAN DIEGO, REGISTRAR OF VOTERS ATTN: RIZA BULANTE 5201 RUFFIN RD., SUITE 1 SAN DIEGO, CA 92123 | 05/03/2010 | 08-13182 | 6469 | $1,175.00 |
| 5 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 05/15/2009 | 08-13145 | 2814 | $6,369.80 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 07/06/2010 | 08-13145 | 6555 | $2,384.03 |
| 6 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/03/2009 | 08-13175 | 412 | $140.80 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 09/14/2009 | 08-13175 | 6222 | $0.00 |
| 7 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/03/2009 | 08-13175 | 411 | $703.98 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 | 09/04/2009 | Multiple Debtors | 6214 | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

## Tribune Company, et al.

### Omnibus Objection 35: Exhibit A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME |
| 8  ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/03/2009 | 08-13185 | 413 | $41.83 | 09/04/2009 | Multiple Debtors | 6216 | $0.00 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 |
| 9  ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/03/2009 | 08-13185 | 414 | $8.37 | 09/14/2009 | 08-13185 | 6220 | $0.00 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 |
| 10  ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/09/2009 | 08-13198 | 478 | $68.00 | 09/04/2009 | Multiple Debtors | 6213 | $0.00 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 35: Exhibit A – Amended Claims

CLAIMS TO BE DISALLOWED

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 11 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/09/2009 | 08-13198 | 479 | $340.00 |
| 12 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/02/2009 | 08-13236 | 403 | $2,504.04 |
| 13 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY COLLECTIONS UNIT MANAGER BANKRUPTCY UNIT - 10TH FLOOR 33 SOUTH STATE STREET CHICAGO, IL 60603 | 02/02/2009 | 08-13236 | 404 | $500.81 |

SURVIVING CLAIMS

| DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME |
|---|---|---|---|---|
| 09/14/2009 | 08-13198 | 6219 | $0.00 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 |
| 09/14/2009 | 08-13236 | 6218 | $0.00 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 |
| 09/04/2009 | Multiple Debtors | 6215 | $0.00 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 SOUTH STATE STREET CHICAGO, IL 60603 |

* - indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 35: Exhibit A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|
| 14 NAVISTAR LEASING COMPANY 425 N. MARTINGALE ROAD, 18TH FLOOR SCHAUMBURG, IL 60173 | 06/10/2009 | 08-13141 | 4290 | $387,987.70 | NAVISTAR LEASING COMPANY 425 N. MARTINGALE ROAD, 18TH FLOOR SCHAUMBURG, IL 60173 | 06/29/2010 | 08-13141 | 6550 | $387,987.70 |
| 15 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 12/29/2008 | 08-13154 | 69 | $20.28 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13154 | 6585 | $1,020.28* |
| 16 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 05/22/2009 | 08-13161 | 3069 | $180,171.48 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13161 | 6578 | $181,171.48* |
| 17 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/19/2009 | 08-13165 | 6307 | $29,276.15 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13165 | 6580 | $30,276.15* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

## Omnibus Objection 35: Exhibit A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 18 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 02/24/2009 | 08-13176 | 563 | $67.24 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13176 | 6573 | $1,814.93* |
| | | | | | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13176 | 6572 | $1,225.97* |
| 19 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 11/16/2009 | 08-13177 | 6329 | $478.85 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13177 | 6569 | $1,478.85* |
| 20 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 12/24/2008 | 08-13207 | 33 | $679.05 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13207 | 6570 | $2,000.00* |

* – Indicates claim contains unliquidated and/or undetermined amounts

## Tribune Company, et al.

## Omnibus Objection 35: Exhibit A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 06/12/2009 | 08-13223 | 4894 | $1,189,120.16 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 06/04/2010 | 08-13223 | 6512 | $1,237,916.03 |
| 22 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 04/08/2009 | 08-13225 | 917 | $946.04 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13225 | 6577 | $1,000.00* |
| 23 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 06/05/2009 | 08-13141 | 3600 | $23.62 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 07/12/2010 | 08-13141 | 6568 | $1,251.73* |
| 24 | SBC GLOBAL SERVICES, INC. JAMES GRUDUS, ESQ.: AT&T ATTORNEY AT&T SERVICES, INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 05/12/2010 | Multiple Debtors | 6475 | $307,408.72 | SBC GLOBAL SERVICES, INC. C/O AT&T INC. AT&T ATTORNEY: JAMES GRUDUS, ESQ. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 07/07/2010 | 08-13141 | 6556 | $321,424.91 |

* - indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 35: Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 25 SBC GLOBAL SERVICES, INC. JAMES GRUDUS, ESQ.: AT&T ATTORNEY AT&T SERVICES, INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 05/27/2009 | 08-13141 | 3222 | $775,371.19 | SBC GLOBAL SERVICES, INC. JAMES GRUDUS, ESQ.: AT&T ATTORNEY AT&T SERVICES, INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 05/12/2010 | Multiple Debtors | 6475 | $307,408.72 |
| 26 STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION FREDERICK F. RUDZIK POST OFFICE BOX 6668 TALLAHASSEE, FL 32314-6668 | 06/03/2009 | 08-13141 | 3464 | $5,190,498.00 | STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION POST OFFICE BOX 6668 TALLAHASSEE, FL 32314-6668 | 05/07/2010 | 08-13141 | 6472 | $4,337,722.06 |
| 27 STATE OF ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY BANKRUPTCY UNIT - 10TH FLOOR 33 S. STATE ST. CHICAGO, IL 60603 | 07/20/2009 | 08-13220 | 6138 | $100.28 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 S STATE CHICAGO, IL 60603 | 09/11/2009 | 08-13220 | 6245 | $0.00 |

*. - Indicates claim contains unliquidated and/or undetermined amounts

# Tribune Company, et al.

## Omnibus Objection 35: Exhibit A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 28 | STATE OF ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY BANKRUPTCY UNIT - 10TH FLOOR 33 S. STATE ST. CHICAGO, IL 60603 | 07/20/2009 | 08-13220 | 6137 | $491.68 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 S STATE CHICAGO, IL 60603 | 09/11/2009 | 08-13220 | 6245 | $0.00 |
| 29 | STATE OF MICHIGAN DEPARTMENT OF TREASURY DEBORAH B. WALDMEIR, ASS ATTY GENERAL CADILLACE PLACE, STE. 10-200 3030 W. GRAND BLVD., DETROIT, MI 48202 | 05/15/2009 | 08-13242 | 3310 | $1,139.49* | STATE OF MICHIGAN, DEPARMENT OF TREASURY MICHAEL A. COX, ATTORNEY GENERAL CADILLAC PLACE, STE 10-200 3030 W. GRAND BLVD. DETROIT, MI 48202 | 05/24/2010 | 08-13242 | 6498 | $180,920.95 |
| | | | TOTAL | | $9,914,629.17 | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT B

## Duplicate Claims

Tribune Company, et al.

Omnibus Objection 35: Exhibit B – Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 BOHM, PETER C/O WILLIAM KROPACH 6345 BALBOA BLVD #242 ENCINO, CA 91316 | 04/27/2009 | 08-13183 | 1865 | $185,000.00 | BOHM, PETER C/O WILLIAM KROPACH 6345 BALBOA BLVD #242 ENCINO, CA 91316 | 04/27/2009 | 08-13183 | 1864 | $185,000.00 |
| 2 DALLAS COUNTY ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600 DALLAS, TX 75201-2691 | 06/30/2009 | 08-13141 | 6018 | $44,895.89* | DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP; ATTN: ELIZABETH WELLER 2323 BRYAN STREET SUITE 1600 DALLAS, TX 75201 | 06/29/2009 | 08-13141 | 5981 | $44,895.89* |
| 3 JACOBS, MARK PO BOX 1123 WRIGHTWOOD, CA 92397 | 05/13/2009 | No Debtor Asserted | 2762 | $250,000.00 | JACOBS, MARK PO BOX 1123 WRIGHTWOOD, CA 92397 | 05/13/2009 | No Debtor Asserted | 2760 | $250,000.00 |
| 4 MESSINA, RICHARD C/O LAURENCE BRICK 433 SOUTH MAIN ST SUIT 102 WEST HARTFORD, CT 06110 | 04/20/2009 | 08-13211 | 1050 | Undetermined | MESSINA, RICHARD C/O LAURENCE BRICK 433 SOUTH MAIN ST SUIT 102 WEST HARTFORD, CT 06110 | 04/20/2009 | 08-13211 | 1049 | Undetermined |
| 5 PITNEY BOWES GLOBAL FINANCIAL SERVICES ATTN: RECOVERY DEPT. 27 WATERVIEW DRIVE SHELTON, CT 06484-4361 | 03/22/2010 | 08-13141 | 6444 | $3,297.20 | PITNEY BOWES GLOBAL FINANCIAL SERVICES PITNEY BOWES INC. ATTN: RECOVERY DEPT. 27 WATERVIEW DRIVE SHELTON, CT 06484-4361 | 03/16/2010 | 08-13141 | 6436 | $3,297.20 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al.

Omnibus Objection 35: Exhibit B – Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6  TORRES, IGNACIO 1426 E. RIVER ROAD BELEN, NM 87002 | 05/15/2009 | 08-13145 | 2823 | $200,000.00 | TORRES, IGNACIO 1426 E. RIVER ROAD BELEN, NM 87002 | 05/15/2009 | 08-13145 | 2822 | $200,000.00 |
| 7  TORRES, IGNACIO C/O ISRAEL & BENEZRA 1545 WILSHIRE BLVD #300 LOS ANGELES, CA 90017 | 05/15/2009 | 08-13145 | 2824 | $200,000.00 | TORRES, IGNACIO 1426 E. RIVER ROAD BELEN, NM 87002 | 05/15/2009 | 08-13145 | 2822 | $200,000.00 |
| 8  WALLACH, LINDA C/O WILLIAM KROPACH #242 6345 BALBOA BLVD #242 ENCINO, CA 91316 | 04/27/2009 | 08-13183 | 1880 | $360,000.00 | WALLACH, LINDA C/O WILLIAM KROPACH #242 6345 BALBOA BLVD #242 ENCINO, CA 91316 | 04/27/2009 | 08-13183 | 1879 | $360,000.00 |
| | | | TOTAL | $1,243,193.09 | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 2

# EXHIBIT C

## Late-Filed Claims

**Tribune Company, et al.**

## Omnibus Objection 35: Exhibit C - Late Filed Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | MORNINGSTAR, COLLEEN<br>1460 NE 57TH CT<br>FT. LAUDERDALE, FL 33334 | 08-13141 | Tribune Company | 05/04/2010 | 6471 | $10,005.64 | Late-Filed Claim |
| 2 | ROBINSON, PATRICIA<br>PO BOX 184<br>BROOKEVILLE, MD 20833 | | No Debtor Asserted | 10/13/2009 | 6293 | $2,425.00 | Late-Filed Claim |
| 3 | ROBINSON, PATRICIA<br>PO BOX 184<br>BROOKEVILLE, MD 20833 | | No Debtor Asserted | 10/13/2009 | 6294 | $2,425.00 | Late-Filed Claim |
| | | | | | TOTAL | $14,855.64 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

# **EXHIBIT D**

## **No Supporting Documentation Claims**

Tribune Company, et al.

Omnibus Objection 35: Exhibit D - No Supporting Documentation

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CAMASSAR, CAROLYN 5 OLD WALLINGFORD ROAD DURHAM, CT 06422 | 08-13211 | The Hartford Courant Company | 06/10/2009 | 4303 | Undetermined | No Supporting Documentation |
| 2 | LONG ISLAND MID SUFFOLK BUSINESS ACTION PO BOX 135 CENTERPORT, NY 11721 | | No Debtor Asserted | 04/27/2009 | 1939 | $850.00 | No Supporting Documentation |
| 3 | NORTHERN TRUST COMPANY 1414 4TH AV SEATTLE, WA 98101 | | No Debtor Asserted | 04/29/2009 | 2085 | Undetermined | No Supporting Documentation |
| | | | | | TOTAL | $850.00 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

# EXHIBIT E

## Insufficient Documentation Claims

Tribune Company, et al

Omnibus Objection 35: Exhibit E – Insufficient Documentation

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BOND, CURTIS<br>101 RIVERMEADE CT., APT D<br>YORKTOWN, VA 23690 | 08-13141 | Tribune Company | 04/20/2009 | 1153 | $740.00 | Insufficient Documents Claim |
| 2 | BOONE, KYLE V<br>9903 GUNSTOCK ROAD<br>RANDALLSTOWN, MD 21133 | | No Debtor Asserted | 04/24/2009 | 1496 | $900.00 | Insufficient Documents Claim |
| 3 | JORDAN, LINWOOD JR<br>21 RED ROBIN TURN<br>HAMPTON, VA 23669 | | No Debtor Asserted | 07/20/2009 | 6104 | $1,338.93 | Insufficient Documents Claim |
| 4 | KOENIG, RHODA<br>73B RODERICK ROAD<br>LONDON, NW3 2NP<br>UNITED KINGDOM | | No Debtor Asserted | 04/30/2009 | 2168 | $200.00 | Insufficient Documents Claim |
| 5 | LAMBERTY, HARRY W<br>4702 FAIRVIEW AVE<br>ORLANDO, FL 32804 | | No Debtor Asserted | 04/20/2009 | 1015 | $100.00 | Insufficient Documents Claim |
| 6 | MAYERSOHN, HARRIS<br>1314 CAMELLIA LN<br>WESTON, FL 33326 | 08-13208 | Sun-Sentinel Company | 05/29/2009 | 3293 | Undetermined | Insufficient Documents Claim |
| 7 | PENNSYLVANIA ELECTRIC COMPANY,<br>A FIRSTENERGY COMPANY<br>331 NEWMAN SPRINGS ROAD<br>BUILDING 3<br>RED BANK, NJ 07701 | 08-13240 | Tribune Publishing Company | 12/15/2008 | 1 | $2,722.07 | Insufficient Documents Claim |
| 8 | PETIT, CATHERINE<br>8897 FONTAINBLEU BLVD NO.408<br>MIAMI, FL 33172 | 08-13208 | Sun-Sentinel Company | 04/20/2009 | 1150 | $735.00 | Insufficient Documents Claim |
| 9 | REBACKOFF, ZACH<br>89 FRANCIS AVE<br>HARRISON, NY 105283544 | | No Debtor Asserted | 06/23/2009 | 5942 | $150.00 | Insufficient Documents Claim |

*- Indicates claim contains unliquidated and/or undetermined amounts

# Tribune Company, et al

## Omnibus Objection 35: Exhibit E – Insufficient Documentation

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | STATE OF NEW JERSEY TREASURY DEPT UNCLAIMED PROPERTY PO BOX 214 TRENTON, NJ 08695-0214 | | No Debtor Asserted | 05/26/2009 | 3118 | Undetermined | Insufficient Documents Claim |
| 11 | STEWART, ROBERT PO BOX 3834 LAKEWOOD, CA 90711 | 08-13141 | Tribune Company | 06/15/2009 | 5773 | $468.21 | Insufficient Documents Claim |
| 12 | WEST, KIM 2520 MOOSE DEER DRIVE ONTARIO, CA 91761 | | No Debtor Asserted | 05/15/2009 | 2832 | Undetermined | Insufficient Documents Claim |
| 13 | WORLDWIDE ASSET PURCHASING, LLC AS ASSIGNEE FOR SPRINT C/O WEST ASSET MANAGEMENT, INC. PO BOX 105698 ATLANTA, GA 30348 | 08-13208 | Sun-Sentinel Company | 02/09/2009 | 485 | $357.66 | Insufficient Documents Claim |
| | | | | | TOTAL | $7,711.87 | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 2

# **EXHIBIT F**

## **Modified Debtor Claims**

Tribune Company, et al

Omnibus Objection 35: Exhibit F – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | CLAIM AMOUNT | DATE FILED | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 6242 | 57-11 49TH PLACE, LLC ATTN: SCOTT S. MARKOWITZ, ESQ. TARTER KINSKY & DROGIN LLP 1350 BROADYWAY, 11TH FLOOR NEW YORK, NY 10018 | $1,065,897.32 | 09/18/2009 | 08-13141 | Tribune Company | 08-13176 | InsertCo, Inc. | $1,065,897.32 |
| 2 | 6153 | AJILON PROFESSIONAL STAFFING, LLC 175 BROADHOLLOW ROAD MELVILLE, NY 11747 | $1,008.00 | 07/03/2009 | 08-13141 | Tribune Company | 08-13245 | Tribune Television Northwest, Inc. | $1,008.00 |
| 3 | 4382 | ASSOCIATED PRESS 645 ALBANY SHAKER RD ALBANY, NY 12211 | $196,501.87 | 06/10/2009 | 08-13187 | Los Angeles Times Newspapers, Inc. | 08-13185 | Los Angeles Times Communications LLC | $196,501.87 |
| 4 | 5777 | CRISHAM, MEGAN MD 2746 CENTRAL PARK EVANSTON, IL 60201 | $600.00 | 06/15/2009 | | Multiple Debtors | 08-13212 | The Morning Call, Inc. | $600.00 |
| 5 | 5424 | EFE NEWS SERVICES (U.S.) INC 529 14TH ST NW STE 1220 WASHINGTON, DC 20045-2398 | $15,506.36 | 06/12/2009 | 08-13174 | Hoy, LLC | 08-13175 | Hoy Publications, LLC | $15,506.36 |
| 6 | 2179 | GRANT AND POWER LANDSCAPING INC. 700 ROOSEVELT ROAD WEST CHICAGO, IL 60187 | $3,553.00 | 05/01/2009 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $3,553.00 |
| 7 | 4360 | KING BLACKWELL DOWNS & ZEHNDER, P.A. 25 E. PINE ST PO BOX 1631 ORLANDO, FL 32802-1631 | $85,965.79 | 06/10/2009 | 08-13141 | Tribune Company | 08-13198 | Orlando Sentinel Communications Company | $85,965.79 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 3

Tribune Company, et al

Omnibus Objection 35: Exhibit F – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | LEXISNEXIS, A DIV OF REED ELSEVIER INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 05/18/2010 | $307.70 | 08-13141 | Tribune Company | 08-13184 | KWGN Inc. | $307.70 |
| 9 | LEXISNEXIS, A DIV OF REED ELSEVIER INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 05/18/2010 | $157.80 | 08-13141 | Tribune Company | 08-13185 | Los Angeles Times Communications LLC | $157.80 |
| 10 | LEXISNEXIS, A DIV OF REED ELSEVIER INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 05/18/2010 | $213.70 | 08-13141 | Tribune Company | 08-13245 | Tribune Television Northwest, Inc. | $213.70 |
| 11 | LEXISNEXIS, A DIV. OF REED ELSEVIER INC ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 03/11/2010 | $224.65 | 08-13141 | Tribune Company | 08-13149 | Channel 40, Inc. | $224.65 |
| 12 | METROPOLITAN LIFE INSURANCE COMPANY C/O HIGHPOINTE GROUP LP METLIFE WELLS FARGO PLAZA 6060 N. CENTRAL EXPY., STE. 130 DALLAS, TX 75206 | 05/18/2009 | $1,216.01 | 08-13141 | Tribune Company | 08-13180 | KIAH Inc. | $1,216.01 |

* - Indicates claim contains unliquidated and/or undetermined amounts

Tribune Company, et al

Omnibus Objection 35: Exhibit F – Claims Asserted Against No Debtor or Improper Debtor

| CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | CASE NUMBER(S) | MODIFIED DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | NAI HIFFMAN ASSET MANAGEMENT LLC AGENT FOR OWNER OF 195-197 NORTHFIELD RD C/O JOSEPH GIRARDI OF HENDERSON & LYMAN 175 W. JACKSON BLVD., SUITE 240 CHICAGO, IL 60604 | 07/21/2009 | $204,104.88 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $204,104.88 |
| 14 | ORLAND LP. 288 ORLAND SQUARE ORLAND PARK, IL 60462 | 03/25/2009 | $5,200.00 | | No Debtor Asserted | 08-13152 | Chicago Tribune Company | $5,200.00 |
| 15 | PLAS-TECH ENGINEERING, INC. 875 GENEVA PARKWAY N. LAKE GENEVA, WI 53147 | 02/02/2009 | $164.47 | 08-13141 | Tribune Company | 08-13152 | Chicago Tribune Company | $164.47 |
| 16 | PUGET SOUND ENERGY CLOSED ACCTS DEPT, BOT-01G P.O. BOX 90868 BELLEVUE, WA 98009-0868 | 06/16/2009 | $22,356.49 | 08-13141 | Tribune Company | 08-13245 | Tribune Television Northwest, Inc. | $22,356.49 |
| 17 | QWEST CORPORATION ATTN: JANE FREY 1801 CALIFORNIA ST RM 900 DENVER, CO 80202-2658 | 04/09/2009 | $4,787.05 | 08-13141 | Tribune Company | 08-13222 / 08-13245 | Tribune Broadcast Holdings, Inc. / Tribune Television Northwest, Inc. / Total | $147.49 / $4,639.56 / $4,787.05 |
| 18 | UB PROPERTY LLC ATTN: KIM NELSON / PO BOX 58726 SEATTLE, WA 98138 | 06/12/2009 | $488.06 | 08-13141 | Tribune Company | 08-13245 | Tribune Television Northwest, Inc. | $488.06 |

* - Indicates claim contains unliquidated and/or undetermined amounts