UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No: 08-13141 (KJC) |
| TRIBUNE COMPANY., et al | (Jointly Administered) |
| Debtors. | Related to Docket No. 5278, 5635, 5659 |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF DAY PITNEY LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 13, 2009 TO JANUARY 28, 2010**

Upon the First and Final Fee Application of Day Pitney LLP ("Day Pitney") for Compensation and Reimbursement of Expenses for the Period from October 13, 2009 to January 28, 2010 (the "Fee Application Period"), filed on August 5, 2010 (document 5278 on the docket) and supplemented on September 2, 2010 (document 5608 on the docket) (as supplemented, the "Fee Application"), and there being no objections thereto; and it appearing that no other or further notice need be given; and no adverse interest being present; and notice hereof having been given to the Debtors, the United States Trustee for the District of Delaware and all parties entitled to receive notice; and after due deliberation and sufficient cause appearing therefore; it is hereby:

ORDERED that the Fee Application is hereby GRANTED; and it is further

83418963.1

ORDERED that the Debtors are authorized to pay to Day Pitney LLP the sum of $50,182.50 as compensation for services rendered, and the sum of $1,637.63 for reimbursement of actual and necessary expenses incurred during the Fee Application Period; and it is further

ORDERED that, to the extent that the Debtors have already paid Day Pitney for the invoices that are the subject of the Fee Application, Day Pitney is authorized to retain such funds up to the amounts set forth herein.

Dated: Wilmington, Delaware
_____, 2010

_____
Kevin J. Carey
United States Bankruptcy Judge