UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>TRIBUNE COMPANY *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>Hearing Date: 10/22/10 @ 10:00 a.m.<br>Re: D.I. 3281 |

## NOTICE OF HEARING

TO: Counsel for the Debtors
Office of the United States Trustee
Parties on the Rule 2002 Service List

On February 1, 2010, the Official Committee of Unsecured Creditors ("Movant") served a "Motion for Entry of Order Granting Leave, Standing and Authority To Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates" (the "Motion"). Movant is serving a supplement to the Motion on September 14, 2010.

HEARING ON THE MOTION (as supplemented) will be on October 22, 2010, at 10:00 a.m. Eastern Time at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware, before the Honorable Kevin J. Carey, Chief Judge.

Dated: Wilmington, Delaware
September 14, 2010

ZUCKERMAN SPAEDER LLP

Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

- and -

2769609.1

2769609.1

Graeme W. Bush, Esquire
James Sottile, Esquire
Andrew N. Goldfarb, Esquire
1800 M Street, N.W., Suite 1000
Washington, DC  20036
Telephone:  (202) 778-1800
Facsimile:  (202) 822-8106

Special Counsel to the Official Committee
of Unsecured Creditors