## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| _____ | : | **Hearing Date: 10/22/10 @ 10:00 a.m.**<br>**Objections Due: 10/15/10 @ 4:00 p.m.** |

## MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## FOR ENTRY OF ORDER AUTHORIZING FILING
## OF UNREDACTED EXHIBIT UNDER SEAL

The Official Committee of Unsecured Creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (the "Debtors") hereby moves for entry of an order authorizing the Committee to file under seal an unredacted version of Exhibit A to its supplement (the "Supplement"), filed contemporaneously herewith, to its pending motion seeking derivative standing to pursue and settle certain claims and/or causes of action (the "Standing Motion"). In support of this Motion, the Committee respectfully submits as follows:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This Motion raises a core matter under 28 U.S.C. § 157(b)(2). Venue of these cases and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicate for the relief sought herein is found in 11 U.S.C. §§ 105(a) and 107 and Federal Rule of Bankruptcy Procedure 9018.

### BACKGROUND

3.      On December 8, 2008 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their

businesses and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4.    On February 1, 2010, the Committee served the Standing Motion, which seeks leave and derivative standing for the Committee to commence, prosecute and settle claims and counterclaims on behalf of the Debtors' estates that arise out of or in connection with the Debtors' 2007 LBO transaction. Subsequently, the Committee adjourned the Standing Motion *sine die*.

5.    Contemporaneously with the filing of this Motion, the Committee has renoticed the Standing Motion for hearing at the omnibus hearing scheduled for October 22, 2010. Also, the Committee has filed the Supplement to the Standing Motion.

6.    Exhibit A to the Supplement is a draft Complaint and Objection to Claims (the "Draft Complaint"), which contains information obtained on a confidential basis from the Debtors and many other parties that had a connection with the LBO transaction or its financing.

7.    On December 15, 2009, the Court entered an Order that, among other things, established a document depository for the retention of documents and other information produced pursuant to discovery requests in these cases (the "Depository Order"). Due to the confidential nature of the information contained in many of the documents, the Depository Order expressly provides:

> No Depository Designee or its Designated Representative may use Discovery Documents or Depository Information stamped or otherwise designated as "Financial Institution Highly Confidential Documents", "Highly Confidential – Attorneys' Eyes Only", or "Confidential" in a court filing in these chapter 11 cases unless such documents are filed under seal.

Depository Order ¶ f, at 4. Accordingly, the Depository Order obligates the Committee to file under seal any document that contains such confidential information, including the Draft

Complaint.  The Depository Order does not itself authorize the filing of the Draft Complaint under seal.

## RELIEF REQUESTED

8.      By this Motion, the Committee respectfully requests that the Court enter an order authorizing the Committee to file under seal an unredacted version of the Draft Complaint.

## BASIS FOR RELIEF

9.      Section 107(b) of the Bankruptcy Code authorizes the Court to "protect an entity with respect to trade secret or confidential research, development or commercial information." 11 U.S.C. § 107(b).  Bankruptcy Rule 9018 then sets forth the procedure by which a party in interest may obtain a protective order authorizing the filing of a document under seal:

> On motion or on its own initiative, with or without notice, the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information ....

Fed. R. Bankr. P. 9018; *see also* Del. Bankr. LR 9018-1(b) (requiring motion).

10.     The Draft Complaint contains information that one or more of the parties producing information subject to the Depository Order has characterized under one of the descriptions set forth in Paragraph f of the Depository Order.  Based on the Committee's obligation under the Depository Order to file the Draft Complaint under seal, the Committee requests that the Court enter an accompanying order authorizing the Committee to file an unredacted copy of the Draft Complaint under seal.[1]

---

[1]      The Committee will send by email a unredacted copy of the Draft Complaint to each "Depository Designee" (as such term is defined in the Depository Order) that submits a request to undersigned counsel by email.

3

11.    The Committee is filing this Motion only because the Committee is so obligated under the Depository Order.  The Committee does not take a position whether the Motion should be granted.

**WHEREFORE**, the Committee respectfully requests that the Court: (i) enter an order authorizing the Committee to file under seal an unredacted version of Exhibit A to the Supplement; and (ii) grant to the Committee such other and further relief as is just.

Dated: Wilmington, Delaware
      September 14, 2010

ZUCKERMAN SPAEDER LLP

Thomas G. Macauley (ID No. 3411)
919 Market Street, Suite 990
Wilmington, DE  19801
Telephone:  (302) 427-0400
Facsimile:  (302) 427-8242

- and -

Graeme W. Bush, Esquire
James Sottile, Esquire
Andrew N. Goldfarb, Esquire
1800 M Street, N.W., Suite 1000
Washington, DC  20036
Telephone:  (202) 778-1800
Facsimile:  (202) 822-8106

Special Counsel to the Official Committee
of Unsecured Creditors