UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY et al., | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: D.I. _____ |

## ORDER AUTHORIZING FILING OF EXHIBIT UNDER SEAL

Upon the motion dated September 14, 2010 (the "Motion"), of the Official Committee of Unsecured Creditors in these chapter 11 cases (the "Committee"), for entry of an order authorizing the Committee to file under seal an unredacted version of Exhibit A to its supplement (the "Supplement") to its motion seeking leave, standing and authority on behalf of the Debtors' estates to commence, prosecute and settle claims and counterclaims arising out of or in connection with the Debtors' 2007 LBO transaction; and it appearing that good and sufficient notice of the Motion was given and that no other or further notice is necessary; and upon the record in these chapter 11 cases; after due deliberation thereon; it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that the Committee is authorized to file an unredacted version of Exhibit A to the Supplement under seal.

Dated: October ____, 2010

The Honorable Kevin J. Carey
Chief Judge