IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
)
In re:                                          )   Chapter 11
)
TRIBUNE COMPANY, et al.,                        )   Case No. 08-13141 (KJC)
)
Debtors.                                 )   Jointly Administered
)
)   Related Docket Nos. 5670
---------------------------------------------------------x

## ORDER

The Court having considered the *Emergency Motion to Shorten Notice and for Expedited Consideration of the Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP From Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has a Conflict of Interest* (the "Motion to Shorten"); the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED; and

2. The Court shall convene a hearing to consider *Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP From Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has a Conflict of Interest* (the "Disqualification Motion") on Sept 22, 2010 at 1:30 p.m. (prevailing Eastern Time) (the "Hearing"); and

3. All objections and responses to the Disqualification Motion must be filed and served so as to be received by counsel to Aurelius no later than Sept 20, 2010 at 4:00 pm. (prevailing Eastern Time).

11

{00439486.v1}

Dated: September 15, 2010

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE