## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| TRIBUNE COMPANY, et al., | ) |
| | ) Case No. 08-13141 (KJC) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |
| | Related Docket Nos. _5672_ |

-------------------------------------------------------------x

## ORDER

The Court having considered the *Emergency Motion to Shorten Notice and for Expedited Consideration of the Motion Regarding Filing Under Seal of Redacted Portion of Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP From Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest* (the "Motion to Shorten"); the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED; and

2. The Court shall convene a hearing to consider *Motion Regarding Filing Under Seal of Redacted Portion of Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP From Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest* (the "Motion to Seal") on _Sept 22_, 2010 at _1:30_ p.m. (prevailing Eastern Time) (the "Hearing"); and

3. All objections and responses to the Motion to Seal must be filed and served so as to be received by counsel to Aurelius no later than _Sept 20_, 2010 at _4:00_ p.m. (prevailing Eastern Time).

5

{00439486.v1}

Dated:  September 15, 2010

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

{00439486.v1}