IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
)
In re: ) Chapter 11
)
TRIBUNE COMPANY, et al., ) Case No. 08-13141 (KJC)
)
Debtors. ) Jointly Administered
) 5681
Related Docket Nos. 5682
------------------------------------------------------------x

## ORDER

The Court having considered the *Expedited Motion to Schedule Hearing to Consider Motion of Aurelius Capital Management, LP, for the Appointment of a Chapter 11 Trustee* (the "Scheduling Motion"); the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

~~1. The Motion to Schedule is GRANTED; and~~

1. The Court shall convene a hearing to consider (i) *the Motion of Aurelius Capital Management, LP, for the Appointment of a Chapter 11 Trustee* and (ii) the *Motion Regarding Filing Under Seal of Redacted Portion of the Motion of Aurelius Capital Management, LP for the Appointment of a Chapter 11 Trustee* on Oct 22, 2010 at 2:00 p.m. (prevailing Eastern Time) (the "Hearing"); and

2. All objections and responses to the Motion to Schedule must be filed and served so as to be received by counsel to Aurelius no later than Oct 15, 2010 at 4:00 p.m. (prevailing Eastern Time); and

~~4. A reply, if any, may be filed~~ and served on parties receiving notice of the Trustee Motion no later than _____, 2010 at __:__ _.m. ~~(prevailing Eastern Time).~~

Dated: September 15, 2010

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE