# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** September 15, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bell Bowden | Ashby Geddes | Aurelius |
| Norman Pernick | Cole Schotz | Doctors |
| Kevin Lantry | Sidley | " |
| James Bendernagel | " | " |
| Brad Eric | Jones Day | Special Committee of the Tribune Board |
| David Klauder | U.S. Trustee | U.S. Trustee |
| Laurie Selber Silverstein | Potter Anderson & Corroon for Rothschild | Merrill Lynch |
| Jeffrey Schler | | Bridge Assoc |
| Jennifer Hoover | Benesch | Wilmington Trust |
| Thomas Macauley | Zuckerman Spaeder | Committee |
| David Powlen | Barnes & Thornburg | Morgan Stanley |
| Thomas Horan | Womble Carlyle | Great Banc |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** September 15, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam Landis | Landis Rath + Cobb | The Committee |
| David Lemay | Chadbourne + Parke | The Committee |
| James O. Johnston | Hennigan Bennett & Dorman | Credit Agreement Lenders |
| Robert Brady | Young Conaway | " |
| Jason Cornell | Fox Rothschild | Ivan Bates |
| Brian Telfair | Law Offices of Brian Telfair | Ivan Bates |
| Elliot Moskowitz | Davis Polk | JP Morgan |
| Drew Sloan | Richards Layton | JP Morgan |
| Ed Friedman | Friedman Kaplan | Aurelius |
| Bill Weintraub | Friedman Kaplan | Aurelius |
| Garvan McDaniel | Bifferato Gentilotti | Law Debenture |
| Sheron Korpus | Kasowitz Benson | " " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey

**Calendar Date:** 09/15/2010
**Calendar Time:** 11:00 AM ET

#5

Amended Calendar 09/15/2010 05:26 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3691702 | David J. Adler | (212) 609-6800 | McCarter & English | Creditor, Deutsche Bank National Trust Company / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3743199 | Samire Arora | (212) 672-5000 | Centerbridge | Interested Party, Centerbridge / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3743329 | Jean-Marie Atamian | (212) 506-2678 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3741794 | Chandler Bigelow | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3740914 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3741785 | David Bralow | (312) 853-7163 | Tribune Company | Debtor, Tribune / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3743251 | Daniel Cantor | (212) 326-2000 | O'Melveny & Myers (New York Office) | Creditor, Bank of America / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3740011 | Esther Chung | (646) 855-6705 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3741881 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3740789 | Maureen A. Dombeck | (773) 989-1855 | Maureen A. Dombeck - In Pro Per/Pro | Plaintiff(s), Marueen Dombeck / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3744940 | Phillip Dublin | 212-872-8083 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Centerbridge / LIVE |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3741809 | Dave Eldersveld | (312) 222-4707 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3743502 | Jared Ellias | 212-209-4889 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |

| Case | Type | Debtor | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| 08-13141 | Hearing | Tribune Company and Chicago Tribune Company | 3740271 | Lexi Fallon | (212) 902-0791 | Goldman Sachs & Co. | Interested Party, Goldman Sachs & Co. / LISTEN ONLY |
| 08-13141 | Hearing | Tribune Company and Chicago Tribune Company | 3732201 | James Freeman | (212) 583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| 08-13141 | Hearing | Tribune Company and Chicago Tribune Company | 3743524 | Leonard Gerson | (202) 693-5615 ext. 000 | U.S. Department of Labor | Creditor, U.S. Department of Labor / LIVE |
| 08-13141 | Hearing | Tribune Company and Chicago Tribune Company | 3743206 | Andrew Glenn | (212) 506-1747 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| 08-13141 | Hearing | Tribune Company and Chicago Tribune Company | 3744934 | Daniel H. Golden | 212-872-1000 | Akin, Gump, Strauss, Hauer & Feld, | Creditor, Center Bridge Credit Advisors / LIVE |
| 08-13141 | Hearing | Tribune Company and Chicago Tribune Company | 3740857 | Andrew N. Goldman | (212) 230-8836 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Angelo, Gordon & Co. / LIVE |
| 08-13141 | Hearing | Tribune Company and Chicago Tribune Company | 3740162 | Andrew Gordon | (212) 373-3543 | Paul Weiss Rifkind Wharton & | Creditor, Citi Group / LIVE |
| 08-13141 | Hearing | Tribune Company and Chicago Tribune Company | 3740663 | Scott Greissman | (212) 819-8567 | White & Case LLP | Creditor, Wells Fargo Bank / LISTEN ONLY |
| 08-13141 | Hearing | Tribune Company and Chicago Tribune Company | 3743252 | Evan Jones | 213-430-6236 | O'Melveny & Myers, LLP | Creditor, Bank of America / LIVE |
| 08-13141 | Hearing | Tribune Company and Chicago Tribune Company | 3741199 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| 08-13141 | Hearing | Tribune Company and Chicago Tribune Company | 3741778 | Ken Kansa | (312) 853-7163 | Sidley Austin | Debtor, Tribune Company / LIVE |
| 08-13141 | Hearing | Tribune Company and Chicago Tribune Company | 3740782 | Kevin C Kelley | (212) 648-0427 | JPMorgan Chase Bank, N.A. | Creditor, JP Morgan Chase Bank / LISTEN ONLY |
| 08-13141 | Hearing | Tribune Company and Chicago Tribune Company | 3743209 | Sheron Korpus | (212) 506-1700 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| 08-13141 | Hearing | Tribune Company and Chicago Tribune Company | 3741767 | Bryan Krakauer | (312) 853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| 08-13141 | Hearing | Tribune Company and Chicago Tribune Company | 3709454 | Joseph Lamport | (212) 299-7673 | Sandelman Partners Multi-Strategy | Interested Party, Joseph Lamport / LISTEN ONLY |
| 08-13141 | Hearing | Tribune Company and Chicago Tribune Company | 3740156 | Oksana Lashko | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citigroup / LISTEN ONLY |
| 08-13141 | Hearing | Tribune Company and Chicago Tribune Company | 3740121 | Evan Lederman | (212) 310-8948 | Weil Gotshal & Manges LLP | Creditor, Morgan Stanley & Co. / LIVE |
| 08-13141 | Hearing | Tribune Company and Chicago Tribune Company | 3741888 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3740153 | Andrew Levy | (202) 223-7328 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3741802 | Don Liebentritt | (312) 853-7778 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3741756 | Jillian Ludwig | (312) 853-7523 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3743459 | Lynne Marek | (312) 649-5328 | Crain's Chicago Business | Other Prof., Crain's Chicago Business / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3740157 | Elizabeth McColm | 212-373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Citi Group / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3743201 | Vivek Melwani | (212) 672-4622 | Centerbridge | Interested Party, Centerbridge / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3740654 | Gordon Novod | 212-209-4940 | Brown Rudnick LLP | Creditor, Wellmington Trust / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3740662 | Michael D. Oneal | (312) 222-3490 | Tribune Company | Interested Party, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3743153 | Madlyn G. Primoff | 212-836-7042 | Kaye Scholer LLP | Creditor, Merrill Lynch Capital Corporation / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3741892 | Marc Roitman | (212) 408-5271 | Chadbourne & Park, LLP | Creditor, Offical Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3743215 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3743413 | Laura I. Rotter | (203) 930-7277 | Knight Libertas | Interested Party, Laura I. Rotter / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3722868 | Mike J. Schott | 212-593-4046 | Eos Partners | Interested Party, Eos Partners / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3741875 | Howard Seife | 212-408-5361 ext. 00 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3743513 | Martin Siegel | 212-209-4829 | Brown Rudnick LLP | Creditor, Wilmington Trust Co. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3743334 | Michael L. Simes | (212) 506-2607 | Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3743212 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Interested Party, Law Debenture Trust Company of New York / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3743312 | Usman Tahir | (212) 527-8137 | Seneca Capital | Interested Party, Seneca Capital / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3743323 | Amit Treham | (212) 506-2198 Mayer Brown LLP | Interested Party, Barclays Bank / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3663103 | Andrew Vail | (312) 840-8688 Jenner & Block, LLP | Interested Party, EGI-TRB, LLC. / LIVE |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3741849 | Gary Weitman | (312) 222-3394 Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| Tribune Company and Chicago Tribune Company | 08-13141 | Hearing | 3741873 | Matthew A Zloto | (646) 445-6518 Aurelius Capital Management | In Propria Persona, Matthew A Zloto / LISTEN ONLY |