## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Hearing Date: 9/22/10 at 1:30 p.m.** |
| | ) | |
| | ) | **Objection Deadline: 9/20/10 at 4:00 p.m.** |
| | ) | |
| | ) | **Related to Docket Nos. 5669, 5670 & 5701** |
| | ) | |

---------------------------------------------------------------x

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on September 13, 2010, Aurelius Capital Management, LP ("Aurelius") filed the *Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest* [Docket No. 5669] (the "Motion to Disqualify") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You were previously served with a copy of the Motion to Disqualify.

PLEASE TAKE FURTHER NOTICE that on September 15, 2010, Aurelius also filed the *Emergency Motion to Shorten Notice and for Expedited Consideration of Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest* [Docket No. 5670] (the "Motion to Shorten") with the Bankruptcy Court. You were previously served with a copy of the Motion to Shorten.

PLEASE TAKE FURTHER NOTICE that on September 15, 2010, the Court entered an Order approving the Motion to Shorten [Docket No. 5701], a true and correct copy of which is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion to Disqualify will be held on **September 22, 2010 at 1:30 p.m. (prevailing Eastern time)** before The Honorable Kevin J. Carey, Chief Judge, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Motion to Disqualify must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served

{00441101;v1}

upon, so as to be received by, the undersigned counsel for the Creditors by **September 20, 2010 at 4:00 p.m. (prevailing Eastern time)**. Only properly and timely filed objections or responses will be considered.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION TO DISQUALIFY WITHOUT FURTHER NOTICE OR HEARING.**

Dated:   Wilmington, Delaware
         September 15, 2010

**ASHBY & GEDDES, P.A.**

William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

- and -

Edward A. Friedman
William P. Weintraub
Hal Neier
**FRIEDMAN KAPLAN SEILER &
   ADELMAN LLP**
1633 Broadway
New York, NY 10019-6708
(212) 833-1100

*Attorneys for Aurelius Capital Management, LP*

{00441101;v1}

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| TRIBUNE COMPANY, et al., | ) |
|  | ) Case No. 08-13141 (KJC) |
| Debtors. | ) |
|  | ) Jointly Administered |
|  | ) |
|  | Related Docket Nos. 5670 |

----------------------------------------------------------x

## ORDER

The Court having considered the *Emergency Motion to Shorten Notice and for Expedited Consideration of the Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP From Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has a Conflict of Interest* (the "Motion to Shorten"); the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED; and

2. The Court shall convene a hearing to consider *Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP From Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has a Conflict of Interest* (the "Disqualification Motion") on *Sept 22*, 2010 at 1:30 p.m. (prevailing Eastern Time) (the "Hearing"); and

3. All objections and responses to the Disqualification Motion must be filed and served so as to be received by counsel to Aurelius no later than *Sept 20*, 2010 at 4:00 pm. (prevailing Eastern Time).

11

{00439486.v1}

Dated: September 15, 2010

THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

{00439486.v1}