IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            )
In re:                                                      ) Chapter 11
                                                            )
TRIBUNE COMPANY, et al.,                                    ) Case No. 08-13141 (KJC)
                                                            ) Jointly Administered
        Debtors.                                            )
                                                            ) Hearing Date: 10/22/10 at 2:00 p.m.
                                                            )
                                                            ) Objection Deadline: 10/15/10 at 4:00 p.m.
                                                            )
                                                            ) Related to Docket Nos. 5680, 5681, 5682, &
                                                            ) 5703
------------------------------------------------------------x

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on September 13, 2010, Aurelius Capital Management, LP ("Aurelius") filed the *[Redacted] Motion of Aurelius Capital Management, LP for the Appointment of a Chapter 11 Trustee* [Docket No. 5680] (the "Trustee Appointment Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You were previously served with a copy of the Trustee Appointment Motion.

**PLEASE TAKE FURTHER NOTICE** that on September 13, 2010, Aurelius also filed the *Motion Regarding Filing Under Seal of Redacted Portion of the Motion of Aurelius Capital Management, LP for the Appointment of a Chapter 11 Trustee* [Docket No. 5681] (the "Motion to Seal") with the Bankruptcy Court. You were previously served with a copy of the Motion to Seal.

**PLEASE TAKE FURTHER NOTICE** that on September 13, 2010, Aurelius also filed *Expedited Motion to Schedule Hearing to Consider (I) Motion of Aurelius Capital Management, LP for the Appointment of a Chapter 11 Trustee and (II) Motion Regarding Filing Under Seal of Redacted Portion of the Motion of Aurelius Capital Management, LP for the Appointment of a Chapter 11 Trustee* [Docket No. 5682] (the "Scheduling Motion") with the Bankruptcy Court. You were previously served with a copy of the Scheduling Motion.

**PLEASE TAKE FURTHER NOTICE** that on September 15, 2010, the Court entered an Order approving the Scheduling Motion [Docket No. 5703], a true and correct copy of which is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Trustee Appointment Motion and the Motion to Seal will be held on **October 22, 2010 at 2:00 p.m. (prevailing Eastern time)** before The Honorable Kevin J. Carey, Chief Judge, United States

{00441066;v1}

Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Trustee Appointment Motion and Motion to Seal must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served upon, so as to be received by, the undersigned counsel for the Creditors by **October 15, 2010 at 4:00 p.m. (prevailing Eastern time).** Only properly and timely filed objections or responses will be considered.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE TRUSTEE APPOINTMENT MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:   Wilmington, Delaware
         September 15, 2010

                          **ASHBY & GEDDES, P.A.**

                          */s/ Amanda M. Winfree*

William P. Bowden (I.D. No. 2553)
Amanda M. Winfree (I.D. No. 4615)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

- and -

Edward A. Friedman
William P. Weintraub
Hal Neier
**FRIEDMAN KAPLAN SEILER &**
   **ADELMAN LLP**
1633 Broadway
New York, NY 10019-6708
(212) 833-1100

*Attorneys for Aurelius Capital Management, LP*

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                         )
                                               ) Chapter 11
TRIBUNE COMPANY, et al.,                       )
                                               ) Case No. 08-13141 (KJC)
    Debtors.                                   )
                                               ) Jointly Administered
                                               )                5681
                                               ) Related Docket Nos. 5682
---------------------------------------------------------------x

## ORDER

The Court having considered the *Expedited Motion to Schedule Hearing to Consider Motion of Aurelius Capital Management, LP, for the Appointment of a Chapter 11 Trustee* (the "Scheduling Motion"); the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

~~1. The Motion to Schedule is GRANTED; and~~

1. The Court shall convene a hearing to consider (i) *the Motion of Aurelius Capital Management, LP, for the Appointment of a Chapter 11 Trustee* and (ii) the *Motion Regarding Filing Under Seal of Redacted Portion of the Motion of Aurelius Capital Management, LP for the Appointment of a Chapter 11 Trustee* on Oct 22, 2010 at 2:00 p.m. (prevailing Eastern Time) (the "Hearing"); and

2. All objections and responses to the Motion to Schedule must be filed and served so as to be received by counsel to Aurelius no later than Oct 15, 2010 at 4:00 p.m. (prevailing Eastern Time); and

~~4. A reply, if any, may be filed and served on parties receiving notice of the Trustee Motion no later than_____, 2010 at __:__ _.m. (prevailing Eastern Time).~~

Dated: September 15, 2010

_____
THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE