## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                         ) SS
NEW CASTLE COUNTY  )

   Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 16th day of September, 2010, she caused a copy of the following:

1. **CERTIFICATE OF NO OBJECTION TO APPLICATION RE DOCKET NO. 5502** [D.I. 5714]

2. **CERTIFICATE OF NO OBJECTION TO APPLICATION RE DOCKET NO. 5504** [D.I. 5715]

3. **CERTIFICATE OF NO OBJECTION TO APPLICATION RE DOCKET NO. 5505** [D.I. 5717]

4. **CERTIFICATE OF NO OBJECTION TO APPLICATION RE DOCKET NO. 5506** [D.I. 5718]

5. **CERTIFICATE OF NO OBJECTION TO APPLICATION RE DOCKET NO. 5508** [D.I. 5720]

to be served upon the parties identified on the attached list in the manner indicated.

*Frances A. Panchak*
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 16th day of September, 2010.

Notary Public
My Commission Expires: 10/26/2011

698.001-W0009635

**Tribune Company, et al.**
**Case No. 08-13141 (KJC)**

**Core Service List**

*Via Hand Delivery*
(Counsel to Debtors)
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to Debtors)
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

*Via First Class Mail*
(Counsel to JPMorgan Chase Bank, N.A.)
Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

*Via Hand Delivery*
(Counsel to Barclays Bank PLC)
Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE  19801

*Via Hand Delivery*
(Counsel to JPMorgan Chase Bank, N.A.)
Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, PA
920 North King Street
Wilmington, DE  19801

*Via First Class Mail*
(Counsel to Barclays)
Frederick D. Hyman, Esq.
Jefferey G. Tougas, Esq.
Amit K. Trehan, Esq.
Barbara Yan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019

*Via Hand Delivery*
Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE  19801

*Via First Class Mail*
John L. Decker, Esq.
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044

*Via First Class Mail*
Mr. Vince Garlati
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611