# Exhibit D

## EXPENSE DETAIL

## LECG Expense Detail

| Date | Name | Description | Amount | Description |
|---|---|---|---|---|
| 05/12/10 | LECG | Express Messenger | $ 31.31 | #793536826919 TO LECG - NY, At tn: Andy Gandhi, NEW YORK CITY, NY, US, INVOICE #709757074 |
| 05/12/10 | LECG | Express Messenger | 15.41 | #798657768672 TO Martin R. Bar ash, Klee Tuchin Bogdanoff & Stern, LOS ANGELES, CA, US, INVOICE #709757074 |
| 05/13/10 | LECG | Express Messenger | 33.85 | #798661904842 TO Attn: Robert Johnson, LECG, SAN FRANCISCO, CA, US, INVOICE # 709757074 |
| 05/14/10 | LECG | Express Messenger | 80.22 | #798666791333 TO Craig Elson, LECG Chicago, CHICAGO, IL, US, INVOICE #709777716 |
| 05/14/10 | LECG | Express Messenger | 37.93 | #872077080385 TO ROB JOHNSON, LECG, SAN FRANCISCO, CA, US, INVOICE #709757074 |
| 05/17/10 | LECG | Express Messenger | 31.32 | #872077078856 TO ROB JOHNSON, LECG, SAN FRANCISCO, CA, US, INVOICE #709757074 |
| 05/28/10 | LECG | Express Messenger | 81.59 | #871289611513 TO ROB JOHNSON, LECOY, SAN FRANCISCO, CA, US, INVOICE #711269236 |
| 06/04/10 | LECG | Express Messenger | 19.06 | #798731019370 TO Robert Johnso n, LECG - New York, NEW YORK CITY, NY, US, INVOI CE #712150966 |
| 06/07/10 | LECG | Express Messenger | 17.58 | #872077080320 TO ROB JOHNSON, LECG, NEW YORK CITY, NY, US, INVOICE #712010920 |
| 06/08/10 | LECG | Express Messenger | 17.58 | #872077080319 TO ANDY GANDHI, LECG, NEW YORK CITY, NY, US, INVOICE #712010920 |
| 06/09/10 | LECG | Express Messenger | 17.58 | #872077078926 TO ANDY GANDHI, LECG, NEW YORK CITY, NY, US, INVOICE #712808232 |
| 06/10/10 | LECG | Express Messenger | 17.33 | #872077078937 TO ROB JOHNSON, LGCG, SAN FRANCISCO, CA, US, INVOICE #712808232 |
| 06/18/10 | LECG | Express Messenger | 39.36 | #793553089137 TO Kenneth Klee, Esq, Klee,Tuchin,Bogdanoff&Stern 11, LOS ANGELE S, CA, US, INVOICE #713637047 |
| 06/21/10 | LECG | Express Messenger | 20.33 | #872077078960 TO ROB JOHNSON, LECG, SAN FRANCISCO, CA, US, INVOICE #713637047 |
| 06/24/10 | LECG | Express Messenger | 20.33 | #871289611741 TO ROB JOHNSON, LECG, SAN FRANCISCO, CA, US, INVOICE #714358781 |
| 06/25/10 | LECG | Express Messenger | 34.01 | #798796934290 TO Timothy Calla han, Saul Ewing, PHILADELPHIA, PA, US, INVOICE # 714358781 |
| 06/25/10 | LECG | Express Messenger | 20.33 | #871289611524 TO ROB JOHNSON, LEG, SAN FRANCISCO, CA, US, INVOICE #714358781 |
| 07/07/10 | LECG | Express Messenger | 24.38 | #793706161822 TO Jennifer B. B onniwell, Saul Ewing, PHILADELPHIA, PA, US, INVO ICE #715876214 |
| 07/12/10 | LECG | Express Messenger | 11.70 | #871289611730 TO ROB JOHNSON, LECG, SAN FRANCISCO, CA, US, INVOICE #715876214 |

Total Express Messenger   571.20

| Date | Name | Description | Amount | Description |
|---|---|---|---|---|
| 05/04/10 | Elggren, Wayne | Meals - Travel | 30.00 | Breakfast in NY re meeting with Examiner and creditors |
| 05/05/10 | Elggren, Wayne | Meals - Travel | 12.68 | Dinner in NY re meetings with Examiner and creditors |
| 05/05/10 | Elggren, Wayne | Meals - Travel | 12.66 | Dinner in NY re Tribune meeting with Examiner and creditors |
| 05/05/10 | Elggren, Wayne | Meals - Travel | 70.69 | Meals in NY re meeting with Examiner and creditors |
| 05/10/10 | Elggren, Wayne | Meals - Travel | 31.00 | Dinner at Phidelphia airport re: Wilmington hearing on Tribune Examiner appointment |
| 05/10/10 | Elggren, Wayne | Meals - Travel | 21.00 | Breakfast in Wilmington re: Hearing on Tribune Examiner appointment |
| 05/11/10 | Elggren, Wayne | Meals - Travel | 75.55 | Dinners in Chicago re meetings with Tribune financial advisors |
| 05/12/10 | Elggren, Wayne | Meals - Travel | 5.25 | Dinner in Chicago re Tribune project work |
| 05/18/10 | Elggren, Wayne | Meals - Travel | 5.73 | Dinner in LA re meeting with Hennigan Bennett financial advisors on Tribune matter |
| 05/20/10 | Elggren, Wayne | Meals - Travel | 50.00 | Dinner in New York re meeting with Michal-Shaked firm financial advisor to Centerbridge |
| 05/20/10 | Elggren, Wayne | Meals - Travel | 15.90 | Lunch in Wilmington re Tribune hearing appointment of professionals |
| 05/21/10 | Elggren, Wayne | Meals - Travel | 38.11 | Dinner in NY re meeting with Centerbridge financial advisors on Tribune matter |
| 05/22/10 | Elggren, Wayne | Meals - Travel | 25.00 | Breakfast in Chicago re Tribune project work |
| 05/22/10 | Elggren, Wayne | Meals - Travel | 5.18 | Lunch in Chicago re Tribune work |
| 05/24/10 | Elggren, Wayne | Meals - Travel | 13.72 | Dinner in Denver re meeting with FTI and Blackstone financial advisors to JPM |
| 05/28/10 | Hulke, Donald | Meals - Travel | 16.62 | Breakfast in Salt Lake City re meeting with W. Elggren |
| 05/28/10 | Hulke, Donald | Meals - Travel | 22.65 | Lunch in Salt Lake City re meeting with W. Elggre |
| 05/30/10 | McMahon, Renee | Meals - Travel | 33.44 | Breakfast while in LA for meeting with Examiner and counsel |
| 05/31/10 | Elggren, Wayne | Meals - Travel | 46.63 | Meals in LA re Examiner Team meeting |
| 06/02/10 | Hulke, Donald | Meals - Travel | 6.40 | Lunch in Chicago re meeting with Alvarez on recovery model |
| 06/02/10 | Hulke, Donald | Meals - Travel | 47.60 | Dinner in Chicago re meeting with Alvarez on recovery model |
| 06/08/10 | Elggren, Wayne | Meals - Travel | 14.68 | Dinner in Chicago re Tribune project work |
| 06/09/10 | Elggren, Wayne | Meals - Travel | 91.00 | Dinner in Chicago re Tribune project work |
| 06/09/10 | Elggren, Wayne | Meals - Travel | 3.89 | Lunch in Chicago re Tribune work |

Total Out of Town Meals   695.38

## LECG Expense Detail

| Date | Name | Description | Amount | Description |
|---|---|---|---|---|
| 05/15/10 | Elggren, Wayne | Research Material | 10.00 | Tax affecting income in S-corp valuation |
| 05/15/10 | Elggren, Wayne | Research Material | 10.00 | Tax affecting S-corp income for valuation purposes |
| 05/15/10 | Elggren, Wayne | Research Material | 10.00 | Tax Affecting S-corp income for valuation purposes |
| 06/01/10 | Press, Susan | Research Material | 5,086.23 | Lexis |
| 06/01/10 | Press, Susan | Research Material | 602.73 | Bloomberg |
| 06/01/10 | Press, Susan | Research Material | 30.00 | Thompson Financial Invoice #1869926 - analytics |
| 06/05/10 | Press, Susan | Research Material | 26.28 | Dialog |
| 07/01/10 | Press, Susan | Research Material | 1,094.79 | Bloomberg |
| 07/01/10 | Press, Susan | Research Material | 2,434.27 | Lexis Inv #1006271124 |
| 07/01/10 | Press, Susan | Research Material | 75.00 | Thomson Financial invoice # 1892086 (analytics) |
| 07/01/10 | Press, Susan | Research Material | 690.00 | Thomson Financial invoice # 1892086 (deals) |
| 07/01/10 | Press, Susan | Research Material | 15.00 | Thomson Financial invoice # 1892086 (private equity) |
| 07/15/10 | Press, Susan | Research Material | 335.21 | Thomson Investext invoice # 1612685 |
| 08/01/10 | Press, Susan | Research Material | 975.41 | Bloomberg |
| 08/01/10 | Press, Susan | Research Material | 38.97 | Factiva invoice #10585298 |
| 08/01/10 | Press, Susan | Research Material | 303.10 | Lexis Inv #1007239116 |
| 08/12/10 | Press, Susan | Research Material | 118.00 | Proquest LLC |

Total Research Costs 11,854.99

| Date | Name | Description | Amount |
|---|---|---|---|
| 05/07/10 | Elggren, Wayne | Photocopies | 5.80 |
| 05/15/10 | Elggren, Wayne | Photocopies | 2.00 |
| 05/18/10 | Rogers, Erica | Photocopies | 43.80 |
| 05/19/10 | Johnson, Steven | Photocopies | 79.10 |
| 05/24/10 | Lapina, Masha | Photocopies | 1.80 |
| 05/24/10 | Lapina, Masha | Photocopies | 0.40 |
| 05/25/10 | Johnson, Steven | Photocopies | 8.00 |
| 05/26/10 | Petrov, Ivan | Photocopies | 0.10 |
| 05/26/10 | Rogers, Erica | Photocopies | 2.40 |
| 05/26/10 | Rogers, Erica | Photocopies | 0.10 |
| 05/27/10 | Carroll, Adam | Photocopies | 91.00 |
| 05/27/10 | Johnson, Steven | Photocopies | 2.70 |
| 05/27/10 | Petrov, Ivan | Photocopies | 3.70 |
| 05/27/10 | Petrov, Ivan | Photocopies | 6.40 |
| 05/27/10 | Petrov, Ivan | Photocopies | 0.60 |
| 05/27/10 | Rogers, Erica | Photocopies | 14.10 |
| 05/27/10 | Rogers, Erica | Photocopies | 19.20 |
| 05/27/10 | Rogers, Erica | Photocopies | 5.90 |
| 05/28/10 | Johnson, Steven | Photocopies | 14.40 |
| 05/28/10 | Petrov, Ivan | Photocopies | 4.80 |
| 05/28/10 | Petrov, Ivan | Photocopies | 0.10 |
| 05/28/10 | Rogers, Erica | Photocopies | 13.20 |
| 05/29/10 | Elggren, Wayne | Photocopies | 5.00 |
| 05/29/10 | Johnson, Steven | Photocopies | 6.70 |
| 05/30/10 | Roman, Meredith | Photocopies | 2.00 |
| 05/31/10 | Petrov, Ivan | Photocopies | 9.60 |
| 06/01/10 | Petrov, Ivan | Photocopies | 0.80 |
| 06/02/10 | Elggren, Wayne | Photocopies | 6.50 |
| 06/02/10 | Johnson, Steven | Photocopies | 0.20 |

## LECG Expense Detail

| Date | Name | Description | Amount | Description |
|---|---|---|---|---|
| 06/03/10 | Elggren, Wayne | Photocopies | 1.30 | Photocopies |
| 06/03/10 | Elggren, Wayne | Photocopies | 3.10 | Photocopies |
| 06/03/10 | Petrov, Ivan | Photocopies | 2.00 | Photocopies |
| 06/05/10 | Johnson, Steven | Photocopies | 1.60 | Photocopies |
| 06/06/10 | Petrov, Ivan | Photocopies | 3.60 | Photocopies |
| 06/07/10 | Lapina, Masha | Photocopies | 1.40 | Photocopies |
| 06/07/10 | Lapina, Masha | Photocopies | 3.40 | Photocopies |
| 06/07/10 | Lapina, Masha | Photocopies | 54.90 | Photocopies |
| 06/09/10 | Lapina, Masha | Photocopies | 2.50 | Photocopies |
| 06/09/10 | Petrov, Ivan | Photocopies | 0.70 | Photocopies |
| 06/10/10 | Lapina, Masha | Photocopies | 2.00 | Photocopies |
| 06/11/10 | Elggren, Wayne | Photocopies | 0.10 | Photocopies |
| 06/11/10 | Johnson, Steven | Photocopies | 0.90 | Photocopies |
| 06/11/10 | Roman, Meredith | Photocopies | 0.50 | Photocopies |
| 06/12/10 | Elggren, Wayne | Photocopies | 1.40 | Photocopies |
| 06/12/10 | Petrov, Ivan | Photocopies | 1.50 | Photocopies |
| 06/13/10 | Johnson, Steven | Photocopies | 0.10 | Photocopies |
| 06/13/10 | Rogers, Erica | Photocopies | 0.10 | Photocopies |
| 06/13/10 | Rogers, Erica | Photocopies | 0.10 | Photocopies |
| 06/13/10 | Rogers, Erica | Photocopies | 0.10 | Photocopies |
| 06/13/10 | Roman, Meredith | Photocopies | 0.10 | Photocopies |
| 06/14/10 | Johnson, Steven | Photocopies | 5.40 | Photocopies |
| 06/14/10 | Lapina, Masha | Photocopies | 0.50 | Photocopies |
| 06/14/10 | Rogers, Erica | Photocopies | 2.30 | Photocopies |
| 06/14/10 | Rogers, Erica | Photocopies | 0.20 | Photocopies |
| 06/15/10 | Johnson, Steven | Photocopies | 0.40 | Photocopies |
| 06/15/10 | Johnson, Steven | Photocopies | 1.00 | Photocopies |
| 06/15/10 | Rogers, Erica | Photocopies | 13.20 | Photocopies |
| 06/16/10 | Lapina, Masha | Photocopies | 0.40 | Photocopies |
| 06/16/10 | Rogers, Erica | Photocopies | 98.10 | Photocopies |
| 06/16/10 | Roman, Meredith | Photocopies | 0.70 | Photocopies |
| 06/17/10 | Johnson, Steven | Photocopies | 39.20 | Photocopies |
| 06/17/10 | Petrov, Ivan | Photocopies | 2.40 | Photocopies |
| 06/17/10 | Roman, Meredith | Photocopies | 50.40 | Photocopies |
| 06/18/10 | Lapina, Masha | Photocopies | 1.30 | Photocopies |
| 06/18/10 | Rogers, Erica | Photocopies | 0.10 | Photocopies |
| 06/19/10 | Petrov, Ivan | Photocopies | 0.20 | Photocopies |
| 06/19/10 | Petrov, Ivan | Photocopies | 2.40 | Photocopies |
| 06/19/10 | Petrov, Ivan | Photocopies | 0.20 | Photocopies |
| 06/20/10 | Petrov, Ivan | Photocopies | 1.30 | Photocopies |
| 06/21/10 | Petrov, Ivan | Photocopies | 0.90 | Photocopies |
| 06/21/10 | Petrov, Ivan | Photocopies | 4.90 | Photocopies |
| 06/21/10 | Rogers, Erica | Photocopies | 0.10 | Photocopies |
| 06/22/10 | Lapina, Masha | Photocopies | 1.10 | Photocopies |
| 06/23/10 | Johnson, Steven | Photocopies | 8.00 | Photocopies |
| 06/23/10 | Petrov, Ivan | Photocopies | 0.60 | Photocopies |
| 06/23/10 | Petrov, Ivan | Photocopies | 9.60 | Photocopies |
| 06/23/10 | Petrov, Ivan | Photocopies | 0.30 | Photocopies |
| 06/24/10 | Johnson, Steven | Photocopies | 14.80 | Photocopies |

## LECG Expense Detail

| Date | Name | Description | Amount | Description |
|---|---|---|---|---|
| 06/24/10 | Johnson, Steven | Photocopies | 14.60 | Photocopies |
| 06/24/10 | Petrov, Ivan | Photocopies | 2.10 | Photocopies |
| 06/24/10 | Rogers, Erica | Photocopies | 82.40 | Photocopies |
| 06/24/10 | Rogers, Erica | Photocopies | 14.00 | Photocopies |
| 06/24/10 | Roman, Meredith | Photocopies | 3.90 | Photocopies |
| 06/25/10 | Johnson, Steven | Photocopies | 13.70 | Photocopies |
| 06/25/10 | Petrov, Ivan | Photocopies | 7.50 | Photocopies |
| 06/25/10 | Press, Susan | Photocopies | 4.70 | Photocopies |
| 06/25/10 | Rogers, Erica | Photocopies | 0.40 | Photocopies |
| 06/25/10 | Roman, Meredith | Photocopies | 17.80 | Photocopies |
| 06/26/10 | Johnson, Steven | Photocopies | 0.30 | Photocopies |
| 06/26/10 | Rogers, Erica | Photocopies | 0.50 | Photocopies |
| 06/26/10 | Roman, Meredith | Photocopies | 0.70 | Photocopies |
| 06/26/10 | Roman, Meredith | Photocopies | 10.00 | Photocopies |
| 06/27/10 | Roman, Meredith | Photocopies | 4.20 | Photocopies |
| 06/27/10 | Roman, Meredith | Photocopies | 7.20 | Photocopies |
| 06/28/10 | Johnson, Steven | Photocopies | 1.10 | Photocopies |
| 06/28/10 | Petrov, Ivan | Photocopies | 0.20 | Photocopies |
| 06/28/10 | Petrov, Ivan | Photocopies | 5.60 | Photocopies |
| 06/28/10 | Rogers, Erica | Photocopies | 0.20 | Photocopies |
| 06/28/10 | Rogers, Erica | Photocopies | 15.20 | Photocopies |
| 06/28/10 | Rogers, Erica | Photocopies | 0.20 | Photocopies |
| 06/30/10 | Petrov, Ivan | Photocopies | 16.10 | Photocopies |
| 07/01/10 | Johnson, Steven | Photocopies | 15.20 | Photocopies |
| 07/01/10 | Johnson, Steven | Photocopies | 20.80 | Photocopies |
| 07/01/10 | Noble, Daniel | Photocopies | 8.30 | Photocopies |
| 07/01/10 | Petrov, Ivan | Photocopies | 81.40 | Photocopies |
| 07/01/10 | Petrov, Ivan | Photocopies | 22.20 | Photocopies |
| 07/01/10 | Petrov, Ivan | Photocopies | 10.20 | Photocopies |
| 07/01/10 | Petrov, Ivan | Photocopies | 1.80 | Photocopies |
| 07/01/10 | Rogers, Erica | Photocopies | 1.90 | Photocopies |
| 07/01/10 | Roman, Meredith | Photocopies | 2.20 | Photocopies |
| 07/02/10 | Petrov, Ivan | Photocopies | 0.60 | Photocopies |
| 07/02/10 | Petrov, Ivan | Photocopies | 0.80 | Photocopies |
| 07/03/10 | Petrov, Ivan | Photocopies | 3.80 | Photocopies |
| 07/04/10 | Lapina, Masha | Photocopies | 0.40 | Photocopies |
| 07/05/10 | Roman, Meredith | Photocopies | 0.30 | Photocopies |
| 07/05/10 | Roman, Meredith | Photocopies | 4.20 | Photocopies |
| 07/07/10 | Johnson, Steven | Photocopies | 0.10 | Photocopies |
| 07/10/10 | Johnson, Steven | Photocopies | 2.50 | Photocopies |
| 07/11/10 | Johnson, Steven | Photocopies | 4.40 | Photocopies |
| 07/11/10 | Johnson, Steven | Photocopies | 7.90 | Photocopies |
| 07/11/10 | Petrov, Ivan | Photocopies | 2.20 | Photocopies |
| 07/12/10 | Lapina, Masha | Photocopies | 0.10 | Photocopies |
| 07/12/10 | Petrov, Ivan | Photocopies | 6.30 | Photocopies |
| 07/12/10 | Roman, Meredith | Photocopies | 2.60 | Photocopies |
| 07/13/10 | Lapina, Masha | Photocopies | 0.50 | Photocopies |
| 07/13/10 | Lapina, Masha | Photocopies | 0.10 | Photocopies |
| 07/14/10 | Press, Susan | Photocopies | 1.20 | Photocopies |

## LECG Expense Detail

| Date | Name | Description | Amount | Description |
|---|---|---|---|---|
| 07/14/10 | Press, Susan | Photocopies | 1.10 | Photocopies |
| 07/15/10 | Johnson, Steven | Photocopies | 7.80 | Photocopies |
| 07/15/10 | Lapina, Masha | Photocopies | 0.10 | Photocopies |
| 07/15/10 | Press, Susan | Photocopies | 3.10 | Photocopies |
| 07/15/10 | Roman, Meredith | Photocopies | 3.00 | Photocopies |
| 07/15/10 | Roman, Meredith | Photocopies | 0.80 | Photocopies |
| 07/15/10 | Roman, Meredith | Photocopies | 5.60 | Photocopies |
| 07/15/10 | Roman, Meredith | Photocopies | 12.00 | Photocopies |
| 07/15/10 | Roman, Meredith | Photocopies | 6.90 | Photocopies |
| 07/16/10 | Johnson, Steven | Photocopies | 0.70 | Photocopies |
| 07/16/10 | Lapina, Masha | Photocopies | 3.30 | Photocopies |
| 07/17/10 | Lapina, Masha | Photocopies | 0.40 | Photocopies |
| 07/18/10 | Johnson, Steven | Photocopies | 0.30 | Photocopies |
| 07/19/10 | Petrov, Ivan | Photocopies | 0.40 | Photocopies |
| 07/20/10 | Johnson, Steven | Photocopies | 0.50 | Photocopies |
| 07/20/10 | Lapina, Masha | Photocopies | 0.30 | Photocopies |
| 07/21/10 | Johnson, Steven | Photocopies | 0.10 | Photocopies |
| 07/23/10 | Roman, Meredith | Photocopies | 0.20 | Photocopies |
| 07/24/10 | Petrov, Ivan | Photocopies | 2.80 | Photocopies |
| 07/26/10 | Lapina, Masha | Photocopies | 0.10 | Photocopies |
| 07/29/10 | Noble, Daniel | Photocopies | 0.30 | Photocopies |
| 08/02/10 | Johnson, Steven | Photocopies | 0.20 | Photocopies |
| 08/06/10 | Roman, Meredith | Photocopies | 0.50 | Photocopies |
| 08/13/10 | Roman, Meredith | Photocopies | 0.20 | Photocopies |

Total Photocopies @ $.10    1,167.60

| Date | Name | Description | Amount | Description |
|---|---|---|---|---|
| 05/27/10 | Wakup, Tracy | Postage | 13.90 | Postage - - VENDOR: Chicago Messenger Service |

Total Postage    13.90

| Date | Name | Description | Amount | Description |
|---|---|---|---|---|
| 05/03/10 | Elggren, Wayne | Travel - Airfare | 1,572.70 | Trip LA to NY re Tribune meetings with Examiner and creditors |
| 05/05/10 | Elggren, Wayne | Travel - Airfare | 556.70 | New York to SF re Tribune Examiner meetings with creditors |
| 05/09/10 | Elggren, Wayne | Travel - Airfare | 519.70 | Airfare SLC to Wilmington re Tribune hearing appointment of Examiner |
| 05/10/10 | Elggren, Wayne | Travel - Airfare | 235.70 | Airfare Philadelphia to Chicago re meeting with Tribune financial advisors |
| 05/10/10 | Elggren, Wayne | Travel - Airfare | 114.00 | Airfare Philadelphia to Chicago change fee re mtg Trib financial advisors |
| 05/12/10 | Elggren, Wayne | Travel - Airfare | 498.70 | Airfare Chicago to SLC re meeting with Tribune financial advisors |
| 05/18/10 | Elggren, Wayne | Travel - Airfare | 379.40 | Airfare to LA re meeting with Hennigan Bennett and financial advisors |
| 05/19/10 | Elggren, Wayne | Travel - Airfare | 519.70 | Airfare SLC to Philadelphia re Tribune hearing appointment professionals |
| 05/21/10 | Elggren, Wayne | Travel - Airfare | 427.90 | Airfare NY to Chicago for LECG Tribune project work |
| 05/21/10 | Wensel, David | Travel - Airfare | 11.10 | Airfare Chicago to NY to Chicago for meeting Michal Shaked fin advisors |
| 05/21/10 | Wensel, David | Travel - Airfare | 941.40 | Airfare Chicago to NY to Chicago for meeting Michal Shaked fin advisors |
| 05/22/10 | Elggren, Wayne | Travel - Airfare | 393.70 | Airfare Chicago to SLC from LECG Tribune project work |
| 05/24/10 | Elggren, Wayne | Travel - Airfare | 153.70 | Airfare Denver to SLC re meeting with JPM financial advisors |
| 05/24/10 | Elson, Craig | Travel - Airfare | 11.10 | Airfare Denver to SLC re meeting with JPM financial advisors |
| 05/24/10 | Elson, Craig | Travel - Airfare | 26.10 | Airfare Denver to SLC re meeting with JPM financial advisors |
| 05/24/10 | Elson, Craig | Travel - Airfare | 261.00 | Airfare Denver to SLC re meeting with JPM financial advisors |
| 05/24/10 | Elson, Craig | Travel - Airfare | 419.40 | Airfare Denver to SLC re meeting with JPM financial advisors |

## LECG Expense Detail

| Date | Name | Description | Amount | Description |
|---|---|---|---|---|
| 05/27/10 | Hulke, Donald | Travel - Airfare | 11.10 | Airfare Phoenix to SLC re meeting with W Elggren |
| 05/27/10 | Hulke, Donald | Travel - Airfare | 441.40 | Airfare Phoenix to SLC re meeting with W Elggren |
| 05/29/10 | McMahon, Renee | Travel - Airfare | 11.10 | Airfare Chicago to LA re meeting with Examiner |
| 05/29/10 | McMahon, Renee | Travel - Airfare | 793.40 | Airfare Chicago to LA re meeting with Examiner |
| 05/31/10 | Elggren, Wayne | Travel - Airfare | 529.40 | Airfare SLC to LA for Examiner Team meeting |
| 06/01/10 | Hulke, Donald | Travel - Airfare | 11.10 | Airfare Phoenix to Chicago re meeting with Alvarez |
| 06/01/10 | Hulke, Donald | Travel - Airfare | 393.70 | Airfare Phoenix to Chicago re meeting with Alvarez |
| 06/02/10 | Hulke, Donald | Travel - Airfare | 11.10 | Airfare Chicago to Phoenix re meeting with Alvarez |
| 06/02/10 | Hulke, Donald | Travel - Airfare | 393.70 | Airfare Chicago to Phoenix re meeting with Alvarez |
| 06/08/10 | Elggren, Wayne | Travel - Airfare | 396.70 | Airfare LA to Chicago re Tribune project work |
| 06/11/10 | Elggren, Wayne | Travel - Airfare | 982.00 | Airfare Chicago to SLC re Tribune project work |
| 07/12/10 | Elggren, Wayne | Travel - Airfare | 837.40 | Airfare SLC to Chicago re Tribune project work |

Total Airfare  11,854.10

| Date | Name | Description | Amount | Description |
|---|---|---|---|---|
| 05/05/10 | Elggren, Wayne | Travel: Hotel/Lodging | 523.57 | Hotel in NY re meeting with Examiner and creditors |
| 05/11/10 | Elggren, Wayne | Travel: Hotel/Lodging | 597.78 | Hotel in Chicago re meeting with Tribune financial advisors |
| 05/19/10 | Elggren, Wayne | Travel: Hotel/Lodging | 182.85 | Hotel Wilmington re Tribune hearing appointment professionals |
| 05/21/10 | Elggren, Wayne | Travel: Hotel/Lodging | 252.73 | Hotel in Chicago re meeting on Tribune project work |
| 05/21/10 | Elggren, Wayne | Travel: Hotel/Lodging | 725.21 | Hotel in New York re meeting with Centerbridge financial advisors |
| 05/31/10 | Elggren, Wayne | Travel: Hotel/Lodging | 362.52 | Hotel in LA re Examiner team meeting |
| 05/31/10 | McMahon, Renee | Travel: Hotel/Lodging | 914.12 | Lodging while in LA for meeting with Examiner and counsel. |
| 06/02/10 | Hulke, Donald | Travel: Hotel/Lodging | 279.38 | Hotel in Chicago re meeting with Alvarez on recovery model |
| 06/10/10 | Elggren, Wayne | Travel: Hotel/Lodging | 519.28 | Hotel in Chicago re Tribune project work |
| 06/11/10 | Elggren, Wayne | Travel: Hotel/Lodging | 196.17 | Hotel in Chicago re Tribune project work |
| 07/14/10 | Elggren, Wayne | Travel: Hotel/Lodging | 623.89 | Hotel in Chicago re Tribune project work |
| 07/16/10 | Elggren, Wayne | Travel: Hotel/Lodging | 347.18 | Hotel in Chicago re Tribune project work |

Total Hotel/Lodging  5,524.68

| Date | Name | Description | Amount | Description |
|---|---|---|---|---|
| 05/04/10 | Elggren, Wayne | Travel: Parking | 60.00 | Taxi JFK to Hotel re meetings with Examiner and creditors |
| 05/07/10 | Elggren, Wayne | Travel: Parking | 63.00 | Parking at airport re trip to New York with Examiner |
| 05/12/10 | Elggren, Wayne | Travel: Parking | 28.00 | Parking at airport re trip to Delaware re hearing appointment of examiner |
| 05/18/10 | Elggren, Wayne | Travel: Parking | 28.00 | Parking at airport re trip to LA meeting with Hennigan Bennett financial advisors on Tribune matter |
| 05/21/10 | Wensel, David | Travel: Parking | 46.00 | Parking at O'Hare while in New York for interviews with financial advisors. |
| 05/22/10 | Elggren, Wayne | Travel: Parking | 25.00 | Parking at SLC re trip to Wilmington hearing; NY Centerbridge financial advisors; Chicago Tribune project |
| 05/28/10 | Hulke, Donald | Travel: Parking | 50.00 | Parking at the Phoenix Airport re meeting in Chicago with Alvarez |
| 05/31/10 | Elggren, Wayne | Travel: Parking | 16.00 | Parking at airport re Examiner Team meeting in LA |
| 06/02/10 | Hulke, Donald | Travel: Parking | 50.00 | Two days of parking at the Phoenix airport. |

Total Travel/Parking  365.00

| Date | Name | Description | Amount | Description |
|---|---|---|---|---|
| 05/09/10 | Elggren, Wayne | Travel: Taxi, Train | 60.00 | Taxi airport to hotel in Wilmington re hearing on appointment of Examiner |
| 05/10/10 | Elggren, Wayne | Travel: Taxi, Train | 50.00 | Taxi O'hara to hotel re meeting with Tribune debtors financial advisors |
| 05/11/10 | Elggren, Wayne | Travel: Taxi, Train | 50.00 | Taxi from Chicago to O'Hara re meeting with Tribune Debtor financial advisors |
| 05/18/10 | Elggren, Wayne | Travel: Taxi, Train | 45.00 | Taxi Century City to LAX after meeting with Hennigan Bennett financial advisors |
| 05/18/10 | Elggren, Wayne | Travel: Taxi, Train | 45.00 | Taxi from Airport to Hennigan Bennett office re Tribune meeting |
| 05/20/10 | Elggren, Wayne | Travel: Taxi, Train | 50.00 | Taxi airport to hotel re meeting Tribune hearing professionals appointment |
| 05/20/10 | Elggren, Wayne | Travel: Taxi, Train | 70.00 | Taxi hotel outside Wilmington to court re Tribune hearing professionals appointment |

## LECG Expense Detail

| Date | Name | Description | Amount | Description |
|---|---|---|---|---|
| 05/20/10 | Elggren, Wayne | Travel: Taxi, Train | 152.00 | Train from Wilmington to New York re meeting with Centerbridge financial advisors |
| 05/21/10 | Elggren, Wayne | Travel: Taxi, Train | 60.00 | New York City to JFK after meeting with Michal-Shaked financial advisors to Centerbridge |
| 05/21/10 | Elggren, Wayne | Travel: Taxi, Train | 50.00 | Taxi from Chicago to O'Hara re meeting with LECG Tribune team |
| 05/21/10 | Wensel, David | Travel: Taxi, Train | 35.00 | Cab from airport to interviews with flinancial advisors in NY |
| 05/21/10 | Wensel, David | Travel: Taxi, Train | 35.00 | Cab to airport after interviews with flinancial advisors in NY |
| 05/24/10 | Elggren, Wayne | Travel: Taxi, Train | 28.00 | Parking at SLC airport re trip to Denver re meeting with JPM financial advisors |
| 05/24/10 | Elggren, Wayne | Travel: Taxi, Train | 60.00 | Taxi Denver airport to FTI office re meeting with JPM financial advisors |
| 05/24/10 | Elggren, Wayne | Travel: Taxi, Train | 60.00 | Taxi from downtown Denver to airport re meeting with FTI and Blackstone fin adv |
| 05/27/10 | Hulke, Donald | Travel: Taxi, Train | 24.00 | Travel from the Salt Lake City Airport to the hotel re meeting with W Elggren |
| 05/29/10 | McMahon, Renee | Travel: Taxi, Train | 50.00 | Cab to O'Hare airport for flight to LA for meeting with Examiner and counsel. |
| 05/31/10 | Elggren, Wayne | Travel: Taxi, Train | 45.00 | Taxi Examiner team meeting to airport |
| 06/01/10 | Hulke, Donald | Travel: Taxi, Train | 40.50 | Taxi from the Airport in Chicago to the hotel re meeting with Alvarez |
| 06/02/10 | Hulke, Donald | Travel: Taxi, Train | 41.55 | Travel from the hotel in Chicago to the Airport re meeting with Alvarez |
| 06/08/10 | Elggren, Wayne | Travel: Taxi, Train | 50.00 | Taxi O'Hara to Hotel re Tribune project work |
| 06/11/10 | Elggren, Wayne | Travel: Taxi, Train | 40.00 | Hotel to O'Hara re Tribune project work |
| 06/11/10 | Elggren, Wayne | Travel: Taxi, Train | 40.00 | Taxi Hotel to O'Hara re Tribune project work |
| 07/12/10 | Elggren, Wayne | Travel: Taxi, Train | 40.00 | Taxi O'Hara to Office re Tribune project work |
| 07/14/10 | Elggren, Wayne | Travel: Taxi, Train | 40.00 | Taxi Office to Hotel in Chicago re Tribune work |
| 07/15/10 | Elggren, Wayne | Travel: Taxi, Train | 35.00 | Taxi Hotel to office in Chicago re Tribune work |
| 07/15/10 | Elggren, Wayne | Travel: Taxi, Train | 35.00 | Taxi Office ot Hotel in Chicago re Tribune work |
| 07/16/10 | Elggren, Wayne | Travel: Taxi, Train | 35.00 | Airport parking re Chicago trip re Tribune work |
| 07/16/10 | Elggren, Wayne | Travel: Taxi, Train | 40.00 | Taxi from Hotel to Office re Tribune work |
| 07/16/10 | Elggren, Wayne | Travel: Taxi, Train | 40.00 | Taxi Office to airport O'Hara re Tribune work |
| | **Total Taxi, Train** | | **1,446.05** | |
| 06/30/10 | OCRing Documents | Concordance DB mgt | 428.48 | |
| 06/30/10 | Monthly Data Hosting | Concordance DB mgt | 14,035.00 | |
| 06/30/10 | Monthly User License | Concordance DB mgt | 3,055.00 | |
| 07/31/10 | Monthly Data Hosting | Concordance DB mgt | 14,035.00 | |
| 07/31/10 | Monthly User License | Concordance DB mgt | 3,120.00 | |
| 08/31/10 | Monthly Data Hosting | Concordance DB mgt | 14,035.00 | |
| 08/31/10 | Monthly User License | Concordance DB mgt | 65.00 | |
| | | | **48,773.48** | |
| | **Total** | | **$ 82,267.38** | |