# Exhibit E

## LECG DIRECTORS AND ASSOCIATES

trbco-35342

# LECG

Re: Tribune Company et. al.

Service Rendered: April 30, 2010 Through August 20, 2010 (Amounts by Professional)

| PROFESSIONAL | TITLE | RATE | TOTAL | MAY 10 | JUN 10 | JUL 10 | AUG 10 | SEP 10 |
|---|---|---|---|---|---|---|---|---|
| Wayne Eiggren | Director | $745.00 | $286,974.00 | $134,547.00 | $79,864.00 | $72,563.00 | | |
| Wayne Eiggren | Director | $372.50 | $10,616.25 | $10,616.25 | | | | |
| Craig Elson | Director | $695.00 | $510,894.50 | $109,671.00 | $221,010.00 | $180,213.50 | | |
| Craig Elson | Director | $347.50 | $2,015.50 | $2,015.50 | | | | |
| Vernon Calder | Director | $615.00 | $1,414.50 | | $1,414.50 | | | |
| David Wensel | Director | $525.00 | $459,690.00 | $121,747.50 | $159,705.00 | $178,132.50 | $105.00 | |
| Renee McMahon | Principal | $490.00 | $289,835.00 | $45,952.00 | $115,003.00 | $123,627.00 | $5,243.00 | |
| Renee McMahon | Principal | $245.00 | $2,940.00 | $2,940.00 | | | | |
| Sabera Choudhury | Principal | $500.00 | $80,600.00 | $71,150.00 | $9,450.00 | | | |
| Gordon Green | Principal | $430.00 | $145,942.00 | $78,217.00 | $65,145.00 | $2,580.00 | | |
| Anand Gandi | Principal | $400.00 | $16,160.00 | $9,280.00 | $4,720.00 | $2,160.00 | | |
| Donald Hulke | Principal | $400.00 | $270,000.00 | $38,440.00 | $78,440.00 | $149,320.00 | $3,800.00 | |
| Donald Hulke | Principal | $200.00 | $3,000.00 | $920.00 | $2,080.00 | | | |
| Arthur Pech | Sr. Managing Consultant | $395.00 | $222,306.00 | $35,076.00 | $105,346.50 | $81,883.50 | | |
| Adam Carroll | Managing Consultant | $400.00 | $63,560.00 | $28,480.00 | $30,880.00 | $4,200.00 | | |
| Daniel Noble | Consultant | $350.00 | $226,170.00 | $46,725.00 | $82,215.00 | $96,040.00 | $1,190.00 | |
| Robert Johnson | Consultant | $290.00 | $41,760.00 | $21,808.00 | $17,197.00 | $2,755.00 | | |
| Ana San Luis | Tech Consultant | $200.00 | $2,120.00 | $2,120.00 | | | | |
| Clint Cherco | Sr. Associate | $245.00 | $7,693.00 | | | $5,880.00 | $1,813.00 | |
| Kristen Weissenhofer | Sr. Associate | $245.00 | $9,555.00 | | $8,820.00 | $735.00 | | |
| Ivan Petrov | Sr. Associate | $235.00 | $243,953.50 | $54,449.50 | $93,694.50 | $95,809.50 | | |
| Nathan Anderson | Sr. Associate | $225.00 | $2,700.00 | | $2,700.00 | | | |
| Jeannine Bullion | Associate | $225.00 | $2,115.00 | $1,012.50 | $900.00 | $202.50 | | |
| Meredith Roman | Associate | $220.00 | $159,896.00 | $33,638.00 | $65,736.00 | $60,522.00 | | |
| Steven Johnson | Associate | $205.00 | $160,453.50 | $30,463.00 | $70,110.00 | $59,880.50 | | |
| Joseph Campuzano | Associate | $230.00 | $12,190.00 | $6,601.00 | $5,244.00 | $345.00 | | |
| David Gallow | Research Analyst | $195.00 | $13,825.50 | | | $13,825.50 | | |
| Masha Lapina | Research Analyst | $195.00 | $129,285.00 | $29,065.00 | $48,028.50 | $52,201.50 | | |
| Jacqueline Jackson | Sr. Researcher | $180.00 | $1,134.00 | | $414.00 | $720.00 | | |
| Susan Press | Sr. Researcher | $170.00 | $2,754.00 | $918.00 | $1,156.00 | $680.00 | | |
| Evelyn Perry | Case Assistant | $130.00 | $975.00 | | | | $975.00 | |
| GRAND TOTAL | | | $3,382,527.25 | $915,852.25 | $1,269,273.00 | $1,184,276.00 | $13,126.00 | |

trbco-35342

LECG

Re: Tribune Company, et. al.
Service Rendered: April 30, 2010 Through August 20, 2010 (Hours by Professional)

| PROFESSIONAL | TITLE | RATE | TOTAL | MAY 10 | JUN 10 | JUL 10 | AUG 10 | SEP 10 |
|---|---|---|---|---|---|---|---|---|
| Wayne Elggren | Director | $745.00 | 385.20 | 180.60 | 107.20 | 97.40 | | |
| Wayne Elggren | Director | $372.50 | 28.50 | 28.50 | | | | |
| Craig Elson | Director | $695.00 | 735.10 | 167.80 | 318.00 | 259.30 | | |
| Craig Elson | Director | $347.50 | 5.80 | 5.80 | | | | |
| Vernon Calder | Director | $615.00 | 2.30 | | 2.30 | | | |
| David Wensel | Director | $525.00 | 875.60 | 231.90 | 304.20 | 339.30 | | |
| Renee McMahon | Principal | $490.00 | 591.50 | 93.80 | 234.70 | 252.30 | 10.70 | |
| Renee McMahon | Principal | $245.00 | 12.00 | 12.00 | | | | |
| Sabera Choudhury | Principal | $500.00 | 161.20 | 142.30 | 18.90 | | | |
| Gordon Green | Principal | $430.00 | 339.40 | 181.90 | 151.50 | 6.00 | | |
| Anand Gandi | Principal | $400.00 | 40.40 | 23.20 | 11.80 | 5.40 | | |
| Donald Hulke | Principal | $400.00 | 675.00 | 96.10 | 196.10 | 373.30 | 9.50 | |
| Donald Hulke | Principal | $200.00 | 15.00 | 4.60 | 10.40 | | | |
| Arthur Pech | Sr. Managing Consultant | $395.00 | 562.80 | 88.80 | 286.70 | 207.30 | | |
| Adam Carroll | Managing Consultant | $400.00 | 158.90 | 71.20 | 77.20 | 10.50 | | |
| Daniel Noble | Consultant | $360.00 | 646.20 | 133.50 | 234.90 | 274.40 | 3.40 | |
| Robert Johnson | Consultant | $290.00 | 144.00 | 75.20 | 59.30 | 9.50 | | |
| Ana San Luis | Tech Consultant | $200.00 | 10.60 | 10.60 | | | | |
| Clint Cheroo | Sr. Associate | $245.00 | 31.40 | | | 24.00 | 7.40 | |
| Kristen Weissenhofer | Sr. Associate | $245.00 | 39.00 | | 36.00 | 3.00 | | |
| Ivan Petrov | Sr. Associate | $235.00 | 1,038.10 | 231.70 | 398.70 | 407.70 | | |
| Nathan Anderson | Sr. Associate | $225.00 | 12.00 | | 12.00 | | | |
| Jeannine Bullion | Associate | $225.00 | 9.40 | 4.50 | 4.00 | 0.90 | | |
| Meredith Roman | Associate | $220.00 | 726.80 | 152.90 | 298.80 | 275.10 | | |
| Steven Johnson | Associate | $205.00 | 782.70 | 148.60 | 342.00 | 292.10 | | |
| Joseph Campuzano | Associate | $230.00 | 53.00 | 28.70 | 22.80 | 1.50 | | |
| David Gallow | Research Analyst | $195.00 | 70.90 | | | 70.90 | | |
| Masha Lapina | Research Analyst | $195.00 | 663.00 | 149.00 | 246.30 | 267.70 | | |
| Jacqueline Jackson | Sr. Researcher | $180.00 | 6.30 | | 2.30 | 4.00 | | |
| Susan Press | Sr. Researcher | $170.00 | 16.20 | 5.40 | 6.80 | 4.00 | | |
| Evelyn Perry | Case Assistant | $130.00 | 7.50 | | | | 7.50 | |
| GRAND TOTAL | | | 8,845.80 | 2,258.60 | 3,362.90 | 3,185.60 | 38.70 | |