# Exhibit F

## RESUMES OF PROFESSIONALS

# F. Wayne Elggren, Director, LECG

## Summary

F. Wayne Elggren is a certified public accountant, certified fraud examiner, certified insolvency and restructuring advisor, and member of the American College of Bankruptcy Fellows. He has thirty years of experience in consulting and public accounting and is a director in LECG.

Mr. Elggren led numerous bankruptcy, investigative and litigation consulting engagements in more than a dozen states across the United States, United Kingdom, India and various other parts of the world. Mr. Elggren has provided expert testimony in state courts, federal district, claims and bankruptcy courts, the United States House of Representatives and various other governmental agencies and administrative bodies.

## Experience

Mr. Elggren was appointed by the federal bankruptcy court in Utah as examiner in the bankruptcy of Utex Oil Company where his responsibilities included supervision of receipts and disbursements, investigation into the acts and conduct of the debtor and an analysis of the ownership of funds held by the debtor based on various constructive trust theories. Subsequently, he was appointed trustee under a confirmed plan. Utex Oil operated over 700 oil and gas wells in Utah, Montana, Wyoming, and the Dakotas.

Mr. Elggren was the plan trustee of Kenetech Wind Power, Inc. the largest wind power manufacturer in the United States. Prior to his appointment under the plan of reorganization, Mr. Elggren directed the firm's work as the unsecured creditors' committee financial and accounting advisors.

Mr. Elggren was the plan trustee of Natural Wonders, a retailer with approximately 200 retail stores nationwide, specializing in science and nature products.  Services included financial advisor to the unsecured creditors committee that considered reorganization vs. liquidation, supervised the liquidation sale held by the debtor, sold store leases and dealt with land lords, pursued avoidance actions, objected to creditor claims and negotiated settlements, and made distributions to creditors.

Mr. Elggren served as a member of the panel of Chapter 7 trustee in the central district of California and been appointed as trustee on numerous other occasions.

Mr. Elggren and his firms have sold or participated in selling over $800 million of business assets, the major portion being real estate assets of various types. Properties sold include commercial, residential, multi-family housing, golf course, apartment buildings, and properties with environmental problems.

Mr. Elggren is the co-author of the bankruptcy accounting practice aid published by the American Institute of Certified Public Accountants and used by members of the profession in bankruptcy matters. He has previously qualified as an expert in bankruptcy matters in bankruptcy and federal district court.

He directed accountants and consultants for the trustee in a mortgage company with $180 million in second mortgages; investigated the conduct of the debtor and the owners in schemes to defraud purchasers of the mortgages, and traced millions of dollars of funds diverted to related companies and in-dividuals. He also testified in the criminal trials of the company's accountant and attorney.

Mr. Elggren served as an investigator and consultant for the Resolution Trust Corporation on matters involving directors' and officers' liability, net worth analysis in settlement negotiations with owners of failed savings and loans, analysis of credit extension policy and compliance, auditor malpractice claims, and

borrower fraud and misrepresentation.

Mr. Elggren was appointed trustee in a matter involving eight large hotels with assets in excess of $220 million in four states on the east and west coasts of the United States. He supervised the hotel operations, worked through bankruptcies for several of the hotel partnerships, and liquidated the hotel properties.

Mr. Elggren investigated bank fraud committed by a bank officer, traced funds into assets and accounts assisting bank council to identify recoveries, and provided expert analysis in connection with criminal trails and sentencing hearings.

Mr. Elggren was appointed trustee by the federal bankruptcy court in Utah in the bankruptcy of Park Meadow development. In this capacity he operated a golf course and real estate company, auctioned real estate, and investigated into the acts and conducts of general partners and financial institutions with regard to their lien status and the recovery of fraudulent conveyances.

He performed workouts, out-of-court restructuring, and liquidation's and reorganizations through bankruptcy including Arrow Industries, Triad America, Utex Oil, Park Meadows Development, and Wagstaff Toyota.

Mr. Elggren acted as the accountant for the trustee in Triad America bankruptcy and related cases. His responsibilities included investigation into moneys taken from Triad America by related entities, claims, preferences, fraudulent conveyances, and the sale of an oil refinery.

Mr. Elggren served as the bankruptcy court appointed examiner of Allen Hospitality and the Taco Maker. In these capacities he has prepared and presented expert testimony to the bankruptcy court regarding the restaurant operation, appraisals of restaurant properties, franchisee/franchisor issues, insider dealings, reorganization feasibility, and recommendations regarding appointment of trustees.

Mr. Elggren was the damages expert in the Bonneville Pacific Corporation matter and performed a damage study involving a bankruptcy independent power producer. Responsibilities included an assessment of damages based on deepening insolvency and dissipation of assets damage theories. He traced funds through intercompany and other accounts and analyzed transactions in excess of $5.5 billion over a six-year period. Recoveries ultimately realized exceeded $180 million from over 30 defendants, including auditors, law firms, underwriters, and insiders, and a reduction of over $250 million of claims.

Mr. Elggren was the damages expert in the Grand Chevrolet, Inc. matter and performed a damage study involving a bankruptcy automobile dealership that, at the time, was the third largest dealership in the nation. His responsibilities included the assessment of damages resulting from the deepening insolvency of the dealership over the relevant period of time. Ultimate recoveries from the action totaled $10 million.

Mr. Elggren was the valuation expert in the bankruptcy estate of Vickie Lynn Marshall (aka Anna Nicole Smith) where he supervised the valuation of Koch Industries, Inc., the second largest closely held business in the United States. The valuation was performed to assist counsel representing Ms. Marshall in her litigation against E. Pierce Marshall, the son of J. Howard Marshall II.

Mr. Elggren has performed utility rate regulation in Utah and Kansas, including analysis of rate base, revenue and expense for historical and future test years, and revenue and expense budgets for Utah Power & Light, Mountain Fuel Supply and Western Power.

Mr. Elggren acted as accountant to the trustee of NP Energy, which operated approximately 200 gas wells in eastern Utah.

Mr. Elggren directed a team of accountants for the trustee of an oil refinery and acted in various capacities

in managing and operating the refinery, investigated the conduct and various transactions of the debtor and the owner, and operated a 100,000-acre cattle ranch in Colorado.

Mr. Elggren served as an expert witness in "First and Ten" vs. Church's Chicken. Mr. Elggren testified concerning financial issues arising from the franchise arrangement.

Mr. Elggren performed audits of restaurants in hotel properties in Sun Valley Idaho, and Salt Lake City, Utah. Mr. Elggren has served as the bankruptcy court appointed trustee for hotel properties with food/restaurant facilities in Washington, Orlando, Philadelphia, San Francisco, Anaheim, and Santa Cruz.

In the Robert Solomon matter, Mr. Elggren analyzed the cash flow and values associated with the Olga's Kitchen restaurant chain in the north central United States.

In the Royal Hunt matter Mr. Elggren served as the receiver of a gas station and conveyance store and operated and sold the fast food franchise.

Mr. Elggren served as bankruptcy trustee, receiver, out-of-court workout specialist for oil and gas exploration companies, oil refineries, real estate developers, apartment and condominium complexes, auto dealerships, and retirement centers.

Mr. Elggren performed solvency studies and presented expert reports and testimony in matters involving Triad America, Transcon Lines, Bonneville Pacific and numerous other entities in bankruptcy.

He qualified as an expert in bankruptcy matters in federal district court and has presented testimony on numerous occasions on various avoidance issues including solvency, liquidation analysis, tracing of funds, and transfers of assets.

He served as a damage expert in a matter involving over $600 million of actual damages against various defendants (including some banks) alleging racketeer influenced and corrupt organizations (RICO) and other civil claims.

Mr. Elggren serves as a damage expert in an insurance company failure involving claims against defendants involving losses in excess of $200 million.

He performed process cost accounting with regard to the operations of an oil refinery.

Mr. Elggren provided utility rate analysis for public service commissions for the electric and gas utilities in Utah and Kansas.

Mr. Elggren investigated and provided information and analysis in criminal tax matters regarding unreported income. He has also investigated embezzlement of funds by company controllers in different companies.

Mr. Elggren testified in federal district court on criminal issues regarding an accountant and attorney who were involved in helping other criminals manufacture and sell to savings and loan associations fraudulent loans and security interests.

Mr. Elggren performed analysis of construction companies for banks and other creditors involving potential workout alternatives and structures.

Mr. Elggren participated in running, analyzing, and ultimately liquidating a fixed based operation for private planes and a charter plane service. He has also performed consulting services and rate-making activities for ambulance companies in Utah and Nevada.

Mr. Elggren consulted, audited, and investigated transactions involving hotels and resorts in five states,

performing various operational analyses, measuring damages due to interruption of operations, liquidating the property and other assets, and performing voidable transfer investigations involving properties in bankruptcy.

Mr. Elggren computed business-operating losses, evaluated lost inventory, and determined value of personal property for insurance claims for various entities.

Mr. Elggren served as an expert witness in complex damage cases involving RICO claims, cost and lost benefit of the bargain damage calculations, and lost profits.

Mr. Elggren managed and liquidated a Toyota franchise in Salt Lake City on behalf of a bank and the franchise owner. He was the bankruptcy trustee of an entity that owned and operated VW, Porsche, and Audi franchises. He has consulted with lenders and worked with court-appointed receivers who have controlled Chevrolet, Mitsubishi, and other auto dealerships.

Mr. Elggren presented expert testimony in connection with a franchisee lawsuit involving Church's Chicken. He assisted a bankruptcy trustee in operations of Pioneer Chicken and its numerous franchises. Mr. Elggren was appointed by the bankruptcy court as examiner of the Taco Maker and investigated its operations including dealings with franchisees.

Mr. Elggren computed business interruption claims for various insurance companies including interruptions due to fires in a meat packing plant and dental offices.

Mr. Elggren performed contract and construction analysis and provided testimony involving the construction of an Army defense maintenance facility and cost over runs experienced by a subcontractor due to interruptions and delays.

Mr. Elggren analyzed construction costs and related cost over runs on construction of transmission lines in remote mountain areas including the use of helicopter transportation of poles and other equipment.

Mr. Elggren also performed analysis on disputes involving Martin Marietta and Hercules over the development of the Titan IV rocket and has been involved in other disputes involving cost accounting and claims issues.

Mr. Elggren performed construction cost analysis on a condominium complex under development related to disputes between the builder, owner, and bank. Such analysis accounted for the material contained in the project and material that was diverted to other projects owned by the builder.

## Previous Experience

- **Missionary Service in the Philippines** – 2002–2005
- **Neilson Elggren, LLP** – Founding partner 2000–2002
- **Arthur Andersen** – Partner 1998–2000
- **Neilson, Elggren, Durkin & Company** – Founding Partner 1986–1998
- **KMG/Main Hurdman** – 1984–1986
- **Fox & Company** – 1978–1984

## Engagements

The following are a few of the engagements in which Mr. Elggren has participated:

- **Bonneville Pacific Corporation** - Electric Cogeneration Facilities – Accountant to the Trustee

- **Kenetech Windpower** – Electric wind plant – Estate Manager and Financial Advisor to Committee
- **Natural Wonders** – Retailer of Scientific Products – Accountant to Committee and Plan Trustee
- **Webvan/Home Shopping** – Grocery Retailer – Plan Trustee
- **Ernst Home Centers** – Solvency Analysis – Accountants to Debtor
- **Agripac** – Vegetable Processing Cooperative – Financial Advisors to Creditors Committee
- **Koch Industries** – Diversified Oil and Gas Company - Business Valuation in Litigation
- **Mountain Bankcorp** – Bank Holding Company – Business Valuation/Solvency Analysis
- **Triad America** – Oil Refining, Real Estate - Accountants to the Trustee
- **Park Meadows** - Real Estate and Golf Course - Trustee and Accountants for the Trustee
- **Trolley Village** – Homeowners Association - Trustee and Accountants for the Trustee
- **Utex Oil** - Oil and Gas exploration – Examiner and Estate Manager under Confirmed Plan
- **IML Freight** – Common Carrier Trucking – Trustee and Accountants for the Trustee
- **Arizona Fuels** - Oil Refinery and Ranch - Accountants for the Trustee and Receiver
- **Western Oil Marketing** – Petroleum Refinery Marketer - Accountants for the Trustee
- **Dr. Jonathan Horne** - Orthopedic Surgeon - Trustee, Accountants for the Trustee
- **Arrow Huss** – Engineering and Manufacturing of Amusement Rides - Accountants for the Debtor
- **Landbank Equity** - Mortgage Company - Accountants for the Trustee
- **Holders Capital** - Holding Company for Eight Large Hotels – Trustee
- **Cottontree Inn** - Hotel and Convention Center - Accountants for the Trustee
- **Namba Construction** - Home Builder -Accountants for the Trustee
- **Executive Air Services** - Private Airport Services - Accountants for the Trustee
- **ARMCo** - Oil and Gas Production Company – Accountant for the Trustee
- **Scott Rhoads, Inc.** - Automobile Dealership – Trustee
- **Branbury Park Joint Venture** - Apartment Complex – Trustee
- **Transcon Lines** – Common Carrier Trucking – Accountants for the Trustee
- **Adkins** – Cattle and Mink Ranch – Trustee
- **Semnani vs. USPCI** – Royalty Dispute on Toxic Waste Site – Damage Expert
- **Enterprise Industries** – Metal Fabricator – Trustee
- **GE Capital vs. Golden Corral** – Restaurant Franchising – Damage Expert
- **Peery Hotel** – Due Diligence Misrepresentations – Damage Expert
- **MML vs. MCA** – Due Diligence Misrepresentations – Damage Expert
- **Greyhound Financial vs. Various Banks** – RICO and Fraud Claims – Damage Expert
- **Firemen's Fund vs. United State of America** – Government Contract Claim – Claims Expert
- **LA Taxi vs. City of Los Angeles** – Collective Bargaining Claim – Bankruptcy Expert
- **Ricci Development** – Adequacy of Trustee's practices – Bankruptcy Expert
- **Bonneville vs. Houlihan** – Adequacy of Fair Value Opinion – Appraisal Expert
- **Insurance Company vs Accounting Firm** – Auditor Malpractice – Damage Expert
- **Sky Village** – C-Store and Theme Resort – Receiver
- **World Plus - Rajean Bonham** – Travel Agency Ponzi Scheme – Fraud Expert
- **Allen Hospitality – Court Appointed Examiner – Fraud Expert**
- **Wagstaff Toyota** – Auto Dealer Manager – Out of Court Liquidation
- **Segal vs. Portland General, et al** – Securities Fraud – Damage Expert
- **Utah Title** – Land Title Company – Accountants for the Trustee
- **Hammond Computer** – Retail Hard and Software – Solvency Expert
- **Sheffield Metals** – Precious Metals Broker – Damages Expert
- **Utah Power & Light Company** – Electric Utility – Rate Regulation
- **Mountain Fuel Supply Company (Questar)** – Gas Utility – Rate Regulation
- **Western Power** – Electric Utility – Rate Regulation
- **Cheeves vs. Williams** – Partnership Dispute – Accounting Expert
- **Redhawk Development** – Partnership Dispute – Investment and Accounting Expert
- **American Saving and Loan** – Failed Financial Institution – Credit Expert
- **B.J. Barnes Trucking vs Dairy Farmers of America** – Damage Expert
- **Mansfield Trust vs Cargill** – Solvency Expert
- **Trugreen vs Scotts** – Damage Expert

- **Catholic Diocese of San Diego** – Financial Advisor to Court Appointed Expert
- **Yvonne Flitton vs Primary Residential Mortgage, Inc.** – Damage Expert
- **Geneva Steel** – Solvency, Trustee and Damage Expert
- **Woodside Homes** – Solvency, Reasonably Equivalent Value, Borrowing Base Expert
- **CMR Funds** – Financial Advisor to Equity Committee

## Education

Master of Business Administration, University of Utah, 1977
Bachelor of Science - Accounting, cum laude, University of Utah, 1977
Bachelor of Science - Finance, cum laude, University of Utah, 1976

## Professional Licenses and Memberships

Certified Public Accountant (CPA) California and Utah
American College of Bankruptcy Fellow
Certified Fraud Examiner (CFE)
AICPA – Business Valuation CEA
Certified in Financial Forensics (CFF)
Certified Insolvency and Reorganization Accountant (CIRA)
American Institute of Certified Public Accountant
Utah Association of Certified Public Accountant

## Other Information

Previously a Member of the Board of Directors of the Wind River Companies

# LECG

## Craig T. Elson, Senior Managing Director, LECG

33 West Monroe Street, Suite 2300
Chicago, IL 60603, USA
direct:   312.267.8211
fax:      312.267.8220
email:   celson@lecg.com

Craig T. Elson is a senior managing director of LECG, and a member of the firm's management operating committee. Prior to joining LECG, Mr. Elson was a senior managing director in the Chicago office of Peterson Consulting (a unit of Navigant Consulting, Inc.) where he had oversight responsibilities relative to the financial and claims group's complex commercial claims practice area.

Mr. Elson has had engagement management responsibility in connection with bankruptcy, valuation, loan workout, lender liability, breach of contract, intellectual property, construction, regulated industry, and other matters, assisting clients operating in diverse industries throughout the United States and abroad. Mr. Elson has substantial experience in performing valuation studies and damage assessments, including voidable transfer evaluations in bankruptcy matters, as well as lost profits, excessive cost, and unjust enrichment determinations in commercial disputes. Mr. Elson is experienced in cost determination and cost allocation matters in both commercial claims as well as regulatory proceedings.

In connection with his damages analysis experience, Mr. Elson has advised both plaintiffs and defendants with respect to proper damage analysis methodologies, and has supervised the development of numerous damage claims for presentation at deposition and trial. This work has been performed in connection with contract disputes, intellectual property matters, business merger and acquisition transactions, and professional negligence claims, among other matters.

Mr. Elson is versed in proper damage analysis techniques, and is familiar with lost profits damages models including revenue and price studies (e.g., market share studies), incremental cost reviews, fixed versus variable cost studies, capacity reviews, royalty rate evaluation, cost of capital and discount rate determinations, among other things.

In connection with his valuation experience, Mr. Elson has supervised work as related to valuing both publicly-traded and closely-held businesses, evaluated minority shareholder interests, studied marketability discounts and control premiums, and assisted in evaluating stock disposition and exchange alternatives (sale, public offerings, and exchange offerings). He is experienced in various cost-based and earnings-based valuation techniques. Mr. Elson has studied loan portfolios and performed valuation studies as related to various assets of both businesses and financial institutions. Mr. Elson's experience in consulting on matters of non-performing loans and troubled debt is also significant. He has evaluated restructuring alternatives, evaluated debt offerings, evaluated OREO investments of financial institutions as related to their fair values, has evaluated thrift disposition alternatives including earnings trend analyses, sales to book studies, key financial performance indicators, yield and cost studies, capital composition analyses, interest and non-interest bearing asset studies, and more. He has evaluated business enterprises as to their going concern and liquidation values in connection with both bankruptcy and commercial claims.

# LECG

Mr. Elson is experienced in transaction modeling and analysis, and has reviewed interim debt issuances, initial public offerings as well as private placements. Mr. Elson has reviewed capitalization programs for actual and constructive fraud considerations and is well versed in interpreting the implications of modified capitalization on expected financial and operating performance.

In connection with his bankruptcy and restructuring experience, Mr. Elson has supervised work in analyzing pre-petition financial transactions of various businesses, including reviews of related-party dealings, performance of preference analyses and reviews for fraudulent conveyance considerations. In particular, with regard to his experience in matters involving fraudulent transfer issues, Mr. Elson has performed analyses bearing on the determination of reasonably equivalent value, and has substantial experience performing analyses to ascertain debtor balance sheet solvency, as well as debtor equitable solvency including ability to pay maturing debts and adequacy of capital considerations. And, he has made determinations of debtor value using liquidation standards of valuation as well as under assumptions of continuing operations.

Mr. Elson has advised clients in diverse industries, including retail, banking, manufacturing, health care, franchising, transportation, communications, financial services, and lodging, among numerous others.

Mr. Elson has provided expert testimony at deposition and trial in both state and federal courts, and has also testified before the American Arbitration Association, in International Arbitration and in foreign court (France). He has presented to the American Bar Association, the American Bankers Association and others on various topics.

Mr. Elson received a bachelor's degree in business administration with a finance concentration from Indiana University in 1979, and received a MBA from Indiana University in 1982.

# LECG

## Vernon L. Calder, Director

201 South Main Street, Suite 450
Salt Lake City, UT 84111
Direct:  801.321.0053
Fax:    801.364.6230
Email:  vcalder@lecg.com

## Summary

Vernon L. Calder, a Director with LECG, has twenty-six years of experience in public accounting specializing in tax services.  Mr. Calder is a Certified Public Accountant (CPA) and a Certified Insolvency and Reorganization Advisor (CIRA).  For the last eighteen years he has specialized in bankruptcy tax compliance and planning. Prior to the acquisition of Neilson Elggren LLP ("NE") by LECG, LLC, Mr. Calder was the Partner-in-Charge of the tax practice of Neilson Elggren LLP. Prior to joining NE Mr. Calder was a Sr. Manager and tax consultant for Arthur Andersen; a Sr. Manager for Neilson Elggren Durkin & Company; a Manager for the international accounting firms of Ernst & Young; and a Senior Tax Consultant for Touche Ross & Co.

Mr. Calder has provided a wide variety of tax services to clients throughout his career.  His efforts have focused on special tax issues in corporate, partnership and individual bankruptcy, formation of and tax compliance for liquidating trusts; representation of taxpayers before federal and state taxing authorities; tax consulting with regard to "change of ownership" issues; tax consulting and compliance for U.S. companies operating internationally; tax consulting and compliance for corporations with multi-state income using "water's edge" method; analysis of deductible ordinary and necessary business expenses; and supervising tax compliance for high technology companies.

Mr. Calder's clients have included companies ranging in size from $1 billion in annual sales to small development companies in many industries such as computer and peripherals, software, semiconductors, life sciences, energy, hospitality, professional sports and automotive parts rebuilders.

In addition, he has provided tax services to a variety of clients including individuals, corporations, partnerships, decedent estates, trusts, and bankruptcy estates.  Services rendered include tax compliance, representation before taxing authorities, bankruptcy court appearances, testifying as an expert witness, and tax consulting and planning.

Mr. Calder has been a featured speaker at many firm sponsored seminars covering special bankruptcy tax issues, new tax legislation and general tax concepts. He has written numerous articles and other publications.

## Case Examples

- Estate Financial, Inc. – Responsible for tax compliance and consulting.  Consulted with investors regarding deduction of theft losses in specified fraudulent arrangements.

- Cedar Funding, Inc. – Responsible for tax compliance and consulting.  Consulted with investors regarding deduction of theft losses in specified fraudulent arrangements.

# LeCG

- Le*Nature's, Inc. – Represented trustee in defending IRS examination of prepetition tax liabilities. Successful in eliminating prepetition tax claim in excess of $30 million. Responsible for tax compliance and consulting.

- Mike Tyson Bankruptcy Estate – Responsible for defending IRS examination of prepetition tax years. Responsible for tax compliance and tax consulting.

- Reed Slatkin Bankruptcy Estate – Responsible for all tax compliance and tax consulting work. Represented trustee in defending IRS examination of prepetition tax liabilities of the debtor. Extensive involvement in formation of Liquidating Trust created pursuant to Chapter 11 Plan of Reorganization.

- JMS Automotive – Rebuilder of Automotive Parts – Responsible for all tax compliance and tax consulting work. Represented trustee in defending IRS examination of pre-petition tax liabilities of the debtor.

- Bonneville Pacific Corporation--Geothermal Energy Corporation. Responsible for all tax compliance and tax consulting work. Extensive involvement in disposition of subsidiary stock.

- Holder's Capital Corporation--Ownership and management of hotels. Responsible for tax planning relating to restructuring of affiliated groups of corporations. Extensive work with provisions relating to taxation of affiliated groups. Represented Trustee in defending Internal Revenue Service examination of administrative tax liability.

- Property Mortgage Company, Inc.—Private mortgage company. Responsible for all tax compliance and tax consulting for several corporations and real estate partnerships.

- Bankruptcy--Responsible for tax compliance and tax consulting for various bankruptcies. Individual, partnership, and corporate. Advise trustees and attorneys concerning bankruptcy tax issues. Provide testimony in bankruptcy court.

- Various individuals--Tax Compliance, advisor and Taxpayer Advocate. Supervised tax compliance work for many top-level executives. Taxpayer advocate before IRS in attempt by the IRS to garnish wages for delinquent taxes.

## Industry Experience

- Aviation
- Real Estate
- Agricultural
- Restaurant
- Convenience Store/Gas Retail
- Amusement and Recreation Services
- Healthcare
- Electronic and Other Electrical Equipment
- Telecommunications
- Online Retailing
- Automotive
- Construction
- Energy
- Transportation
- Legal and accounting
- Security and Commodity Brokers
- Insurance Carriers
- Insurance Agents and Brokers
- Furniture and Fixtures
- Technology

# LeCG

**Education**

Bachelor of Science, Brigham Young University
Master of Accountancy/Taxation, Brigham Young University

**Professional Memberships**

Certified Fraud Examiner
Association of Insolvency and Restructuring Advisors
American Bankruptcy Institute
American Institute of Certified Public Accountants
Utah Association of Certified Public Accountants
National Association of Bankruptcy Trustees

**Instruction, Presentations & Publications**

Mr. Calder has provided instruction on the subject of taxation of bankruptcy estates at conferences for the American Bankruptcy Institute, the Association of Insolvency and Restructuring Advisors, and the Mississippi Bankruptcy Conference, Inc.

Co-author of *2005 Bankruptcy Revision, Implications for Business and Financial Advisors* published jointly by the American Institute of Certified Public Accountants and the Association of Insolvency and Restructuring Advisors in 2005.

# LECG

## David E. Wensel, Director, LECG

33 West Monroe, Suite 2300
Chicago, IL 60603
USA
Phone: 312.267.8223
Fax:   312.267.8220
Email: dwensel@lecg.com

David E. Wensel is a director in the Chicago office of LECG. Prior to joining LECG, Mr. Wensel was a director in the Chicago office of Peterson Consulting, a unit of Navigant Consulting, Inc. Over the course of Mr. Wensel's tenure with Peterson Consulting and LECG, Dave has assisted clients in connection with breach of contract, valuation, bankruptcy, regulated industry, cost-based claims, securities fraud, and other client engagement matters.

In the realm of commercial disputes, Mr. Wensel has had supervisory engagement responsibility in connection with lost profit analyses, discount rate calculations, excess cost determinations, and fixed/variable cost analyses. His experience includes supervisory roles on engagements involving damages determinations in the manufacturing, distribution and retail segments of numerous industries. Specifically, he has developed damage models to aid in the computation of losses resulting from breach of contract. In connection with model development, he has performed profitability analyses to establish cost and revenue relationships based on normalized historical operations. He has performed market analyses to generate informed and reasonable assumptions pertaining to business performance under conditions of contract compliance. Additional ancillary analyses Mr. Wensel has conducted include discount rate calculations involving cost of capital computations as well as the determination of fixed versus variable nature of costs.

Mr. Wensel's engagement responsibilities have included supervisory roles in a variety of practice area settings including commercial disputes, bankruptcy and regulatory matters. In connection with his bankruptcy experience, he has assisted clients with the development of plans of reorganization involving the development of pro forma operating results based upon analyses of operations, determinations of capital expenditure requirements, market studies, profitability analyses, and the analysis of financing alternatives. In addition, Mr. Wensel has assisted clients on engagements involving the determination of asset value and solvency-related valuation analyses.

Mr. Wensel's bankruptcy experience also includes the supervision of analyses of pre-petition financial transactions of businesses in many industries including the telecommunications, airline, auto, and internet services industries, as well as many others. Such analyses include reviews of related party dealings and preferential transfer and fraudulent conveyance analyses. He has conducted asset-tracing analyses involving the review of accounting and financial records of scores of affiliated limited partnerships and closely held corporations over periods ranging up to 25 years of business activity.

# LECG

With respect to regulatory matters, Mr. Wensel has experience in excess cost determination specifically related to increased construction project interest due to regulatory event and management decision impacts on cost budgets and completion schedules of construction projects. He developed cost allocation models to apportion construction project interest across dozens of construction cost and schedule impacting events. In addition, Mr. Wensel developed automated models designed to reshape project construction expenditure curves to remove cost and schedule impacts of specific exogenous events in order to quantify the cost impact to the project of those events

Mr. Wensel received his bachelor's degree from Carthage College in economics and philosophy. He received his MBA from the University of Texas with concentrations in finance and accounting. While attending graduate school, Mr. Wensel worked with an Austin area CPA practice, providing the firm's clients with analyses of planned development projects to assess financial feasibility and help market the projects to lenders.

LECG

## Renee R. McMahon, Director, LECG

33 West Monroe Street, Suite 2300
Chicago, IL 60603, USA
direct:   312.267.8232
fax:      312.267.8220
email:   rmcmahon@lecg.com

Renee McMahon is a Director at LECG, LLC and serves as the Co-Managing Director of LECG's Chicago office. Her career has focused on consulting with and advising clients on the financial and economic implications of business decision making, most particularly related to damages analyses in litigation and bankruptcy matters. Renee has supervised work as it pertains to various types of disputes, including breach of contract and/or warranty, business merger and acquisition transactions, fraudulent transfer, claims of unjust enrichment, and claims of fraudulent and material misrepresentations, among others. This work has involved the creation and assessment of complex and integrated financial models designed to incorporate case-specific fact sets, including pro-forma and projection-based financial statement modeling, the development of valuation models (utilizing various techniques, including the income and market approaches), and the creation or review of damages models (including those incorporating lost profits and lost business value theories of recovery).

Renee is actively involved with all aspects of projects, including responsibility for overall project management and coordination, report drafting, determination of project work plans, deposition and trial preparation, review and assessment of other experts' reports, financial modeling and analysis (such as discounted cash flow projection models and solvency determinations), economic and legal research, and document evaluation and review. Renee has also been involved in the analysis of alternative damages theories, as well as the identification of critical assumptions involved in those studies. Specifically with regard to bankruptcy, Renee has managed and/or participated in numerous cases involving trustees' attempts to avoid transfers of debtor property (or interests therein) pursuant to applicable fraudulent conveyance laws. In that context, she has performed solvency analyses employing all three tests (balance sheet, ability to pay and capital adequacy) and has also analyzed certain transfers to determine whether or not the debtor received reasonably equivalent value in connection with an identified transaction. Renee has also been involved in other types of analyses arising out of bankruptcy, including forensic review of a company's financial and accounting records to trace assets and cash flow amongst a multitude of affiliated entities bridging the public / private gap.

Through her consulting work, Renee has extensively analyzed the financial and operating characteristics of companies in a variety of industries, including retailing, telecommunications, leasing, banking and financial services, franchising, fast food, automotive, manufacturing, securities, technology, and other consumer goods and services.

Renee has been invited, on occasion, to speak on issues surrounding valuation and damages, including as a guest lecturer for a class at Northwestern University Law School addressing the role and function of experts in commercial litigation. Prior to joining LECG, Renee worked in the Valuation and Damages group at Peterson Consulting (a unit of Navigant Consulting, Inc.). Renee received her Bachelor of Science degree in Finance from the University of Illinois at Urbana-Champaign, graduating with highest honors, and she is currently pursuing an MBA through the Executive Program at the University of Chicago's Booth School of Business.

# LECG

## Sabera Choudhury, Principal, LECG

33 West Monroe, Suite 2300
Chicago, IL 60603, USA
Direct:  312.267.8216
Fax:     312.267.8220
Email:  schoudhury@lecg.com

## Summary

Sabera Choudhury is a principal in LECG's Chicago office and has 14 years of extensive experience assisting clients and counsel involved in investigations, business disputes and litigation. Prior to joining LECG, she was a director with PricewaterhouseCooper's dispute analysis and investigations group.

Ms. Choudhury's experience includes lost profits and damage analysis, fraud investigations, litigation consulting, financial analysis of companies, and contract compliance reviews. She has assessed the financial and economic implications of business decisions in disputes including breach of contract, merger and acquisition transactions, fraudulent conveyance, and financial misrepresentations. As a securities litigation specialist she has provided support to global Securities and Exchange Commission (SEC) registered clients involved in civil or regulatory actions (US class actions/SEC investigations) and has assisted clients with compliance with US securities laws as required under section 10a and Sarbanes-Oxley section 404. In the area of contract compliance she has conducted reviews across the globe for major companies involved in licensing and outsourcing.

Ms. Choudhury has conducted forensic investigations and/or litigation consulting services in the following countries: US, UK, France, Germany, Italy, the Netherlands, Spain, Switzerland, Poland, Mauritius, Japan, Hong Kong, Singapore, and South Korea. She has worked for global companies in industries such as retail, luxury apparel, manufacturing, healthcare, high tech, telecommunications, and energy.

## Employment History

| | |
|---|---|
| 2008 to present | LECG, Chicago, Principal |
| 2004–2008 | PricewaterhouseCoopers, LLP, London and Chicago, Director |
| 2000–2004 | PricewaterhouseCoopers, LLP, London, Senior Manager |
| 1999–2000 | PricewaterhouseCoopers, LLP, New York, Manager |
| 1997–1999 | Price Waterhouse, LLP, New York, Senior Consultant |
| 1995–1997 | Price Waterhouse, LLP, New York, Consultant |
| 1993–1995 | Price Waterhouse, LLP, Office of General Counsel, New York, Litigation Legal Assistant |

# LECG

## Engagement Experience

Led the European team of a global investigation into the alleged breaches of accounting for operating leases for a US client facing a SEC investigation. Investigations were conducted simultaneously in seven European countries to assess the revenue recognition process in each country and during the European consolidation process in the UK and its compliance with US GAAP.

Led teams to conduct investigations into European operating units of a major Dutch food retailer. Investigations provided the client with an insight into each subsidiary's accounts, accounting procedures, and its compliance with US GAAP.

Led UK team to investigate the worldwide revenue recognition process during four fiscal years for a US software company, assessing the need for accounting corrections, and the impact of restatements.

Led a team to investigate over $1 billion of inter-company balances and transactions involving a multi-national telecoms company. The true nature of these transactions was identified and a settlement was agreed for US bankruptcy proceedings.

Consulted on a world-wide investigation at a major international company into the facts and circumstances following alleged illegal acts as reported to the SEC under section 10A of the Securities Exchange Act of 1934.

Led a team to review audit work of a Big Five accounting firm to assess reserve accounting practices of a leading computer software manufacturer for a SEC investigation.

Assisted a leading financial information provider to assess its database systems, which provide state of the art financial information on international bonds. Evaluated the source and analytic formulas of bond data.

Assisted a client in the reconciliation of $270 million of advance payments made to healthcare providers due to computer system errors. Implemented a statistical method to be used to determine company exposure.

Led a team to create and implement an analytical model used to restate financials. Managed a team to analyze and evaluate the impact of irregularities on the viability of the merger. Performed an evaluation of the company to re-address stock merger exchange ratio.

Led global teams to conduct royalty reviews for licensors of technology, manufacturing processes, and luxury brands. Provided findings to clients and assisted in the negotiations process with licensees.

## Education

Masters in Business Administration, University of Chicago Graduate School of Business, 2008

Bachelor of Arts, Economics, Barnard College, Columbia University, 1993

# LECG

## Gordon R. Green, PhD, Principal, LECG

33 W. Monroe St., Suite 2300
Chicago, IL, 60603, USA
direct:  312.267-8277
main:    312.267.8200
fax:     312.267.8220
email:   ggreen@lecg.com

### BIO/SUMMARY

Dr. Green specializes in the analysis of damages issues in complex litigation. He has expertise in the analysis of allegations of fraudulent conveyance, looting, material adverse change, breaches of contract, patent infringement, professional malpractice, as well as issues related to antitrust liability, class certification, transfer pricing, and the effects of regulation on market outcomes. The industries involved in Dr. Green's work include oil and gas, private equity, financial institutions, credit agencies, cable and telecommunications, pharmaceuticals, biotechnology, automobile parts, computers, and battery technologies.

Dr. Green holds a PhD in managerial economics and decision sciences from Northwestern University. Prior to joining LECG in 1999, Dr. Green held faculty positions at several universities including New York University and Northwestern University, where he taught undergraduate and graduate courses in microeconomics, industrial organization, antitrust economics, econometrics, and game theory.

### EDUCATION

PhD    Northwestern University, 1993
MA     University of Western Ontario, 1985
BA     University of Western Ontario, 1984

### PRESENT POSITIONS

LECG, Principal, 2009-Present

### TEACHING EXPERIENCE

Northwestern University, 1998–1999
Queen's University, 1996–1998
New York University, 1995–1996
University of Western Ontario, 1992–1995

### OTHER POSITIONS HELD

Managing Economist, LECG, 2004 to 2009
Senior Economist, LECG, 1999 to 2003

# LECG

### Andy Gandhi, CISSP , EnCE, A+, Sr Managing Consultant, LECG

One Penn Plaza 51st Floor
New York, New York 10119
US direct:      212.468.7857
UK direct:      44.20.7632.5024
US main:       212.560.0660
cell:             646.479.0991
fax:             212.468.7879
Email:          agandhi@lecg.com

## BIO
Andy Gandhi, a senior managing consultant in LECG'slegal technology analytics practice (LTAC), is based out of LECG's London and New York offices. Mr Gandhi has eight years of exhaustive experience in various industries supporting litigation and investigative projects for matters involved in civil, federal, and international courts. He also has knowledge in the areas of incident response, computer forensics, and electronic discovery. Mr Gandhi has assisted several Fortune 100 corporations in computer forensic analysis and imaging, and preparation for discovery. He has opined on the reasonability of ESI and actively supports corporations in clarifying ESI for DOJ, SEC, and FCPA investigations globally. On occasion, he has been required to testify and has presented expert reports. He is an active member of both the Northeast chapter of the High Tech Crime Investigation Association (HTCIA), as well as the New York and National chapters of the Information Systems Security Association (ISSA). Mr Gandhi is  well-traveled and knowledgeable of different cultures through his involvement in various international matters. Mr Gandhi has been certified as an encase certified examiner (EnCE) and a certified information systemss professional (CISSP) He is also a computer technology industry certified professional (ComTIA, A+).

## QUALIFICATIONS
Computer Engineering, Rutgers College of Engineering, New Brunswick, New Jersey

## CONTINUING EDUCATION AND CERTIFICATES
The Reality of PCI-DSS Compliance Deloitte, NY, NY March 2009
PSS Atlas 4 LCC Implementation Training, NY, NY February 2009
PSS Atlas 4 ERM Implementation Training, Mountain View, NY February 2009
Ethical Hacking ISSA/Price WaterHouse Coopers, NY, NY, August, 2008
NY and National Chapter ISSA member – Information Systems Security Association, 2008
HTCIA International Conference 2008, Atlantic City, New Jersey November 2008
Certified Information Systems Security Professional, November 2006
Encase Certified Examiner, June 2005
Attenex 4.0 Advanced Training, February 2007, Attenex HQ, Seattle, WA, 16 hours
CISSP Boot Camp, October 2006, Vigilar Training Institute, Redwood City, CA, 48 hours
HTCIA 2005 International Conference, Monterey, California, August 2005
On-the-job training in proprietary technology, Kroll Ontrack, Inc., July 2001 – February 2005
Expert Witness Training Course, William Mitchell Law School, St. Paul, Minnesota, November, 2003

## PROFESSIONAL MEMBERSHIPS
Northeast chapter of the High Tech Crime Investigation Association (HTCIA

# LECG

New York and National chapters of the Information Systems Security Association (ISSA).

## PROFESSIONAL EXPERIENCE

### Computer Forensics and Electronic Discovery

- Acquire and preserve computer media in either a lab setting or through onsite data capture or seizure. This involves creating sector-by-sector forensic copies of original media for legal and investigative purposes.
- Forensically Imaged over 1500 hard drives, and set up an existing lab and procedure for a global, New Jersey based Pharmaceutical client.
- Large scale ESI consulting including Litigation Readiness consulting, advice on FRCP's Rule 16 and Rule 26 and preparing expert reports as 30(b)6 witness.
- Perform data recovery, including both file and email recovery, on electronic media to be analyzed during the course of a computer forensic investigation.
- Responsible for conducting sound computer forensic analysis and maintaining strict media chain of custody using protocols and procedures in line with generally accepted computer forensics techniques and best practices.
- Complete ESI cycle consulting from pre-emptive data consulting, gathering targeted data, advise on preservation, managing large scale production

### International Experience

- *Santo Domingo, Dominican Republic*
  Worked with Information Security team to secure the network of a Fortune 500 international bank, the house of its' CEO, and its' local subsidiaries. Also provided computer forensics/investigative services for theft of intellectual property (business/personal) directly for the CEO.

- *Seoul, South Korea*
  Audited the collection of data from servers and laptops from Fortune 50 International Technology company's headquarters. Consulted local IT and R&D group on behalf of general council to isolate pertinent data and the appropriate best practices for collection and analysis of data for litigation.

- *Lahore, Pakistan*
  Assisted client during multiple visits for a software and process patent infringement case; formulated questions and sat in on technical depositions of local IT and software team of adverse party, identified misnomers for client, and prepared an affidavit after analysis of onsite processes and software coding similarities, relating to the infringement. Consulted client on the relevant electronic data which included computer/server imaging strategies, and auditing of a third party to insure industry best practices. Collected *live* server data relevant to litigation in a forensically sound manor.

- *Sarajevo, Bosnia*
  Developed electronic discovery network for analyzing accounting data on a UN military base. Retained by the United Nations to perform collection of electronic information from local banks and set up an onsite electronic discovery lab, a mach bank network, and review/searching capabilities. Consulted with accountants and local translators to develop protocol for analysis of more than one terabyte of data.

# LECG

- *London, United Kingdom*
  While in the UK, worked on several intellectual property related cases involving computer forensics and electronic discovery.  Proactively assisted clients to formulate *how-to's* when involved in electronic discovery. Also in the London, project managed and functionally supported the largest litigation based Attenex project outside of the US to date. This entailed consulting on review and filtering strategies, setup of processes to filter data, and eventually host/support Attenex based review of data.

- *Bombay/Delhi, India*
  Developed strategic relationship with information security and web/software development vendors. Managed several web and software outsourced projects. Also developed relationship with the largest business processing and legal processing outsourcing vendors based out of the US and UK.

# LECG

## Donald B. Hulke, Principal, LECG

5130 N. Central Avenue
Phoenix, AZ 85012
direct:   602.732.4033
main:    602.241.3300
fax:       602.241.3303
mobile: 602.380.8723
email:   dhulke@lecg.com

### BIO/SUMMARY

Don is a Principal with LECG. He has nearly a decade of experience representing clients in complex and distressed situations, including operational & financial restructurings, receiverships, bankruptcies, business & commercial litigation, and mergers & acquisitions. He provides a full range of financial advisory services required to allow clients to evaluate and manage risk, create and leverage opportunities, and make informed decisions. He works as an intermediary to companies, their lenders and other stakeholders to independently verify and report on complex matters. Don has advised clients in numerous industries including commercial and residential real estate, construction, manufacturing, gaming/hospitality, aerospace, financial services, retail, publishing, printing, and agricultural.

### PROFESSIONAL EXPERIENCE

#### OPERATIONAL & FINANCIAL RESTRUCTURING

Advised and assisted clients with respect to: liquidity and operational assessment and stabilization; forbearance negotiations and monitoring; financial projection analysis and preparation; cost reduction assessment and implementation; restructuring plan development, evaluation and implementation; structuring and negotiating loan facilities and other agreements; communication and negotiations with critical vendors and other parties; business operations and plan implementation monitoring; valuation of collateral; raising new capital; and other related services.

Select engagements include:

- Manufacturing – Supervised local armor and security products manufacturer by providing independent third party oversight of its operations while shareholders resolved internal dispute.

- Real Estate – Worked with the Federal Deposit Insurance Corporation (FDIC) in securing and taking possession of three developments with finished homes, partially completed homes and several lots related to its role as receiver over the assets of First National Bank of Arizona: prepared status update report; prepared and executed suggested course of action; and secured and monitored properties until sold at auction.

- Retail – Assisted $350 million wireless phone retailer in an out-of-court wind down of its operations by negotiating settlements and releases with its creditors.

- Retail – Assisted $100 million jewelry retailer in operational and debt restructuring: performed on-site assessment and four-wall analysis of store operations; and negotiated loan facility with potential lenders and investors.

LeCG

- Warehouse – Advised owner of a warehousing company through operational restructuring: assessed operations and current financial position; worked with management to prepare realistic financial projections; identified operational and debt restructuring alternatives; and participated in secured creditor negotiations.

## RECEIVERSHIPS

Administered or worked on over forty receivership engagements over operating companies, commercial and residential real estate, and other specific assets.    Possess knowledge and experience required to successfully manage the receivership process through both state and federal courts.

Select engagements include:

- Energy – Multi-state petroleum products wholesaler and distributor with approximately 30 million gallons in annual sales: identified and secured company assets; managed day-to-day operations; facilitated due diligence; and sold assets through foreclosure.

- Equipment Service – OneSource Technologies, Inc. (OSTK), a publicly traded national banking systems equipment maintenance and sales company: managed day-to-day operations; transitioned operations, assets and personnel to third party buyer; liquidated remaining assets; wound down remaining operations; prepared required court reports; and distributed proceeds from sale pursuant to court order.

- Manufacturing – Aerated concrete manufacturing plant with a 50,000 sq. ft. facility on 20 acres leased from Asarco: identified and determined collateral value; negotiated access to property from landlord; liquidated finished goods inventory; identified and negotiating with potential buyers; and sold assets in a contested sale with court approval.

- Manufacturing – American Water Star, Inc. (AMWS), a publicly traded bottling company: secured company assets; and upon foreclosure, turned assets over to secured creditor.

- Manufacturing – Local cultured marble manufacturer: oversaw company operations; reviewed and analyzed restructuring alternatives; and sold operations to third party buyer.

- Multi-Use – Equestrian facility, including, event arenas, boarding stables, RV resort, veterinary clinic, and tack and feed store located on 160 acres: secured cash collateral; managed day-to-day operations; performed forensic accounting and reported findings to court; arranged secured financing through receiver certificate; upon foreclosure, turned property over to secured creditor.

- Publishing – Local newspaper publishing company: took possession of company assets; collected remaining accounts receivable; performed forensic accounting; liquidated company assets; and distributed proceeds to secured creditor.

- Retail – High-end audio video retailer:  managed day-to-day retail operations; identified and negotiated with potential buyers; and with court approval, sold assets through receivership.

- Utility Construction – Commercial dry utility trenching company: recovered assets from company owners through court action; negotiated with bonding company; collected accounts receivable; liquidated company assets; and distributed proceeds to secured creditor pursuant to court order.

# LECG

- Agricultural Wholesale – Multi-state feed wholesaler and distributor of corn silage, sorghum silage, tempered rolled corn, and beet pulp: recovered financial records from owner / operator; performed forensic accounting; recovered assets from owner / operator through court action; and sold assets through auction.

- Real Estate – In-line retail center with 85,000 sq. ft. and six undeveloped pads with secured debt of over $21 million: managed day-to-day operations; communicated and negotiated with key constituencies; negotiated with tenants, key vendors, city and state agencies and others to continue critical services; identified restructuring and divestiture alternatives; prepared financial projections with costs to complete construction; identified and negotiated with potential buyers; facilitated due diligence; arranged secured financing; and managed related litigation.

- Real Estate – 36-hole golf course and 50,000 square foot clubhouse with secured debt of over $25 million: communicated and negotiated with key constituencies; identified and secured collateral; determined cash position; arranged secured financing through receiver certificate; identified restructuring and divestiture opportunities; managed transfer of accounting, technology, information, operations management and employees; managed day-to-day operations through golf course management company; and prepared status updates for court and secured creditor.

- Real Estate – 18 lot single family residential development with three semi-custom model homes: secured model homes and development; recovered plans and drawing from developer; upon foreclosure, turned property over to secured creditor; and then retained by secured creditor to maintain the property, identify buyers, and facilitate due diligence.

- Real Estate – 47 unit partially constructed condominium project: prepared status update for court and secured creditor; managed construction required to weatherize and secure partially constructed units; retained security company to monitor property; prepared due-diligence; identified buyers; and negotiated and sold property through a note sale.

- Real Estate – 6.5 acre commercial property in Northeast Phoenix: arranged secured financing through receiver certificate; secured insurance for property; recovered plans and drawings from developer; and communicated and negotiated with key constituencies.

**BANKRUPTCY**
Provided services to debtors, creditors, and other parties in commercial bankruptcies ranging from local to multi-national. Bankruptcy services include: statements and schedules preparation; plan development, analysis, negotiation, implementation and reporting; feasibility analyses on plans of reorganization; lease and executory contract rejection analyses; asset / collateral review and valuation; budget preparation and analysis; section 363 asset sales; liquidation analysis; preference analysis; avoidance analysis; solvency analysis; litigation support; and court hearing support.

Select engagements include:

- Events Management – Retained by secured creditors to an events management company in Chapter 11: worked with secured creditors and their representatives to develop case strategy; prepared plan feasibility analysis; provided support at cash collateral and plan confirmation hearings; and provided related support services.

LECG

- Manufacturing – Assisted secured lender to a specialty glass manufacturing company in Chapter 11: analyzed collateral; monitored debtor operations; secured company assets; and ultimately liquidated secured lender's collateral.

- Printing – Assisted secured lender to a printing company in Chapter 11: analyzed collateral; monitored debtor operations pursuant to court order; and assisted secured lender in settlement negotiations.

- Mortgage Lender – Assisted national mortgage lender with over $2 billion in mortgage notes in Chapter 11: prepared SOFA's and Schedules; liquidated assets through Section 363 asset sales; negotiated directly with secured creditors; and provided various other services.

- Resort / Casino – Assisted resort casino in Chapter 11 to prepare its plan and sell its assets pursuant to Section 363 of the bankruptcy code: evaluated restructuring and divestiture alternatives; prepared offering memorandum; developed financial projections and cash flow budgets for 56 divisions; analyzed and identified expense reduction strategies; prepared and facilitated third-party due diligence; reviewed and analyzed asset purchase agreements in support of the sale hearing; and provided other related services.

- Resort / Casino – Assisted multi-jurisdictional gaming holding company in Chapter 11: prepared liquidation analyses for four operating entities, parent company and various investments; researched and consolidated local industry statistics and benchmarked to company in support of the plan; and provided other related services.

- Manufacturer – Assisted a leading international floor and ceiling manufacturer in Chapter 11: analyzed related party and ordinary course transactions; prepared SOFA's and Schedules; and provided additional services related to associated asbestos litigation.

- Retail – Assisted nation's third largest discount retailer in Chapter 11 to conduct a forensic analysis to determine the correlation between the dissemination of alleged insider information and the company's stock price.

## BUSINESS & COMMERCIAL LITIGATION

Prepared expert reports, rebuttals of opposing expert reports, developed expert opinions and provided other litigation services in complex matters. Litigation services experience includes analysis of economic, financial and operational information in the assessment of damages in matters including breach of contract, intellectual property, business interruption, investigations and other matters.

Select engagements include:

- Utility Repair & Replacement Cost Damages – Prepared expert report and calculated damages relating to a public utilities company's unplanned shutdown of a major generator.  Damage components included costs incurred to replace electrical power that should have been produced but for the unplanned shutdown and costs incurred to repair the generator,

- Intellectual Property & Royalties – Prepared expert report and calculated damages related to non-payment of royalties.  Analysis included a detailed review of the company's books and records, review of broker and licensing agreements, development of royalty projections, and the calculation of damages.

# LECG

- Business Interruption Damages – Prepared expert rebuttal report, assisted in formulating expert opinion and calculated damages related to the shutdown of a brake manufacturing company. Analysis included assessment of business plan feasibility, financial projections and industry research in preparation of report and opinion.

- Business Interruption Damages – Prepared expert report and calculated lost profit damages due to an alleged breach of contract and shutdown of a website.

- Wrongful Termination Lost Earnings, ESOP & Benefits – Prepared expert report and calculated damages in a wrongful termination matter related to the Family Medical Leave Act and the Americans with Disabilities Act. Analysis included the calculation of lost earnings, lost employee stock ownership plan (ESOP) contributions and other lost compensation based on components of a comprehensive benefits plan.

- Auto Dealer Fraud – Performed forensic investigation of an auto dealer to identify, quantify and document approximately 100 vehicles sold out-of-trust.

- Chapter 11 Trustee Misappropriation – Quantified potential damages related to Chapter 11 bankruptcy trustee's alleged misconduct and misappropriation of company assets.

## MERGERS & ACQUISITIONS

Advised and assisted clients with respect to acquisitions and dispositions involving financially distressed companies and assets, including receiverships and Section 363 asset sales. Mergers & Acquisitions services include: advise buyers and sellers; prepare offering memorandums; identify buyers, sellers and investors; identify strategic acquisition opportunities; manage purchase and sale negotiations; manage and perform due diligence; prepare due diligence materials; prepare financial models; and provide business oversight through sale.

In addition to Bankruptcy and Receivership engagements, select engagements include:

- Aerospace – Assisted in the sale of a non-performing division of an avionics parts manufacturer. Analyzed and prepared financial models to compare various asset purchase agreements; facilitated due diligence; assisted in negotiations; and provided other related services. Successfully completed sale of company.

- Retail Franchise – Prepared valuation of one of the nation's fastest growing international franchise companies for the board of directors, which relied on the information in the sale of the company. Identified economic and industry-specific factors affecting value; analyzed guideline companies and comparable company transactions; identified company-specific risk factors; and developed a discounted cash flow model and comprehensive valuation report.

- Non-Ferris Metal Recycling Company – Assisted in determining the enterprise value of a family owned recycling company and provided advisory services related to the sale to a family member.

LECG

**PROFESSIONAL HISTORY**
LECG, LLP, Principal, 2009 to Present
MCA Financial Group, Ltd., Director, 2005 to 2009
KPMG, LLP, Corporate Recovery, Senior Associate, 2000 to 2005

**PROFESSIONAL & BUSINESS AFFILIATIONS**
Association of Insolvency and Restructuring Advisors

**EDUCATION & TRAINING**
Bachelor of Science in Economics, Barrett Honors College of Business, Arizona State University
Certificate in Statistical Quality Analysis, W.P. Carey School of Business, Arizona State University
Certified Insolvency and Restructuring Advisor (CIRA) - 3rd Level Candidate

**HONORS**
John F. Downing Memorial Scholarship, W.P. Carey School of Business, Arizona State University
Letter of Recommendation, U.S. Marine Corps
Good Conduct Medal, U.S. Marine Corps

# LECG

## Arthur R. Pech, Senior Managing Consultant, LECG

33 West Monroe Street, Suite 2300
Chicago, IL 60603, USA
direct: 312.267.8266
fax:    312.267.8220
email: apech@lecg.com

**Summary**

Arthur Pech is a Senior Managing Consultant in the Chicago office of LECG, LLC.  Art's career has focused on assisting clients with financial and economic damage analyses as they relate primarily to litigation and bankruptcy matters.  Over the tenure of his consulting career, Art has analyzed the financial and operating characteristics of companies in a wide variety of industries including telecommunications, technology, steel, pharmaceutical, consulting, retail, manufacturing, transportation, financial services, and others.

Art has supervised and worked on bankruptcy matters, commercial disputes and regulatory proceedings.  In connection with his bankruptcy experience, Art has developed complex valuation models incorporating case specific facts sets and projection-based financial statements.  Art has utilized both the income and market based valuation approaches and has quantified appropriate discount rates for use in his valuation models.  In connection with his commercial disputes experience, Art has developed damage models for quantifying lost profits, lost asset value, among others.  Art's work in the regulatory arena has focused on providing financial modeling and project management skills to telecommunications firms.

Art is involved in all facets of project management including the development of work plans, oversight of support staff, communication with clients, drafting of expert reports, preparation for deposition and trial testimony, analysis and rebuttal of opposing expert reports, and financial modeling.

Prior to joining LECG, Art worked in the Valuation and Damages group at Peterson Consulting (a unit of Navigant Consulting, Inc.) where he specialized in litigation, regulatory and bankruptcy matters.  Before beginning his consulting career, Art was employed by a large multinational bank where he was responsible for evaluating the credit worthiness of both new and existing clients in a middle market portfolio.  Art is a graduate of Indiana University where he received his Bachelor of Science degree with concentrations in both Finance and Marketing.

# LECG

## Adam S. Carroll
Managing Consultant
LECG

33 West Monroe
Suite 2300
Chicago, IL 60603

Phone (direct dial): 312.267.8233
Phone (cell):        312.925.3045
Email:               acarroll@lecg.com

### Summary

Mr. Carroll is a managing consultant in the Chicago office of LECG's litigation consulting practice. Mr. Carroll has experience in determining damages for breach of contract disputes, intellectual property disputes, bankruptcy disputes, valuation disputes and business interruption claims. Mr. Carroll joined LECG in 2004 after thirteen years in litigation consulting with three different national litigation consulting firms.

In the course of his career, Mr. Carroll has supervised engagements related to lost profits determinations, unjust enrichment determinations, reasonable royalty calculations, incremental profit analyses, valuation analyses, discount rate calculations, and market share studies.

In the course of managing engagements, Mr. Carroll has developed damage models determining lost sales, lost profits, lost market share, reasonable royalties, fixed and variable costs, product line profitability, price erosion, and prejudgment interest for both plaintiffs and defendants. In the course of these studies, Mr. Carroll evaluated the reasonableness of projections for revenues and costs for products in particular market conditions, and evaluated the effects of alleged breaches or other misconduct on these projections.

In addition, Mr. Carroll has developed cash flow and valuation models and analyses for privately held and as well as publicly traded companies.

Mr. Carroll has assisted legal counsel in all phases of the litigation process, including preparation of expert reports, preparation for expert witness testimony at deposition and trial, development of damage theories, preparation for fact and expert witness depositions, construction of complex damage models, performance of forensic accounting investigations, and preparation of interrogatories and document requests.

# LECG

During the course of his career, Mr. Carroll has worked on engagements in a number of different industries, including oil & gas, medical devices, pharmaceutical, computer hardware and software, financial services, automotive and retail, among others.

## Education

- MBA – Northwestern University's Kellogg Graduate School of Management, concentrations in accounting and finance, Evanston, Illinois
- B.A. with Honors, History – Williams College, Williamstown, Massachusetts

## Professional Associations and Civic Involvement

- Licensing Executives Society (LES)
- Associate Board Member, Rehabilitation Institute of Chicago

# LECG

## Daniel R. Noble, CPA, CIRA, CFF

201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Direct:  801.321.0081
Fax:     801.364.6230
Email:  dnoble@lecg.com

### Summary

Mr. Noble is a Certified Public Accountant, Certified Insolvency and Restructuring Advisor and Certified in Financial Forensics with over ten years of public accounting experience in the fields of attestation, investigative accounting, litigation services and bankruptcy accounting.

Prior to LECG, Mr. Noble worked with Neilson Elggren LLP and with PricewaterhouseCoopers LLP in their Silicon Valley office.  Mr. Noble has provided both civil and criminal litigation support services related to the investigation of fraud and mismanagement, partner disputes, lost profit damages, patent infringement damages, breach of contract, economic analyses, tracing of funds, and financial record reconstruction.   Additionally, he has training and experience investigating fraud and mismanagement including financial statement fraud, embezzlement schemes, "Ponzi" schemes, check kiting, bank fraud, and bankruptcy fraud.  Mr. Noble has also given various presentations relating to business fraud, financial statement fraud, bankruptcy fraud, and other fraud schemes.

Mr. Noble's involvement in bankruptcy matters for both Chapter 11 and Chapter 7 filings includes services as Accountants to the Trustee, Accountants to the Liquidating Estate Manager and Accountants to the Debtor.  Mr. Noble's responsibilities have included the preparation of various bankruptcy court filings, reports and schedules, analyses relating to liquidation and substantive consolidation issues, plan preparation and feasibility, and the identification and investigation of preferences, fraudulent transfers, post-petition transfers and other adversarial claims.   He has assisted Trustees in operating Chapter 11 companies which included analyzing prior and on-going operations, cash flow projections, financial data reconstruction, tracing of funds, budgeting, hidden asset searches, solvency analysis and other day-to-day accounting functions.

### Case Examples

- Natural Wonders Inc./World of Science – Chapter 11 Bankruptcy
- Husting Land and Development  - Chapter 11 Bankruptcy
- Webvan, Inc. – Chapter 11 Bankruptcy
- John & Shanna Adkins – Chapter 11 Bankruptcy
- Horseshoe Bend Hydroelectric – Fraud Investigation
- Daw Technologies – Fraud Investigation
- Custom Coach, Inc. – Fraud Investigation
- Legend Sales and Marketing – Fraud Investigation
- Wells Fargo v. Kirkland Nissan and Swanson Bellevue, Inc. - Automotive Dealership Receivership
- ACT - Chapter 11 Bankruptcy/Fraud Investigation
- JD Services – Accountants to the Trustee
- Tri-Valley Distributing – Accountants to Examiner with Expanded Powers
- Student Finance Corp. - Chapter 11 Bankruptcy/Fraud Investigation

# LeCG

- Arthur D. Little - Valuation/Solvency Study
- Sandy-Hills Smith Investment – Valuation
- Med Diversified vs. Addus Healthcare – Valuation
- Schoenhals vs. Kimball Doxey – Damage experts
- Ronald Russo vs. Ballard Medical – Damage experts
- Bruce Lefavi vs. Utah Water Company – Damage Experts
- Energy Absorption Systems vs. Carsonite International, Inc. – Damage Experts
- Balboa Threadworks vs. Embroidery Central, Inc. – Damage Experts
- Summit Financial vs. Walthers Oil – Fraud investigation
- Estate of Archie D. Burton – Asset tracing / Solvency analysis
- Roman Catholic Bishop of San Diego – Asset tracing and fraud investigation
- Estate Financial, Inc. – Accountants to the Trustee

## Industry Experience

- Automotive
- Construction
- Financial / Securitizations
- Internet / Telecommunications

- Manufacturing
- Retail
- Real Estate
- Transportation

## Employment History

| | |
|---|---|
| 2005 – 2009 | **LECG, LLC**<br>Managing Consultant (2008 – 2009)<br>Consultant (2005 – 2007) |
| 2001 – 2005 | **Neilson Elggren LLP**<br>Manager (2005)<br>Senior Accountant (2002 – 2004)<br>Staff Accountant (2001 – 2002) |
| 1999 – 2001 | **PricewaterhouseCoopers, LLP**<br>Senior Accountant (2000 - 2001)<br>Staff Accountant (1999 – 2000) |

## Education

Bachelor of Science in Accounting, University of Utah, May 1998
Master of Professional Accountancy, University of Utah, May 1999

## Licenses & Certifications

Certified Public Accountant – Utah
Certified Insolvency & Restructuring Advisor – AIRA
Certified in Financial Forensics - AICPA

# LECG

**Professional Memberships**

American Institute of Certified Public Accountants
Utah Association of Certified Public Accountants
Association of Insolvency and Restructuring Advisors
Association of Certified Fraud Examiners
American Bankruptcy Institute

**Instruction, Presentations & Publications**

- University of Utah – "Financial Statement Fraud and the Role of the Forensic Accountant" November 2003 & November 2004
- Brigham Young University – "Financial Statement Fraud and the Role of the Forensic Accountant" (April 2003)

# LeCG

## Robert K Johnson, Senior Consultant

201 Mission St, Suite 800
San Francisco, CA 94105
Direct:  415.267.0345
Main:    415.267.0300
Fax:     415.267.0310
Email:   rjohnson@lecg.com

### Summary

Robert Johnson is a Senior Consultant in the San Francisco LECG Legal Technology and Analytical Consulting Group specializing in electronic discovery data processing, computer forensic data collection and computer code analysis.  Mr. Johnson has experience in evidence collection from a variety of media sources including networked servers, user workstations, and mobile devices. Throughout his career has been assigned to teams investigating IP theft, patent infringement, stock option back-dating, and accounting fraud. Prior to LECG, Mr. Johnson held positions with Stroz Friedberg, LLC as a network systems administrator, and Reflexions Data, LLC where he provided end-user services, web site testing and programming.  Mr. Johnson holds a degree in Computer Science from Vassar College, in Poughkeepsie, NY.

### Education

Bachelor of Arts in Computer Science, Vassar College, May 2005

### Professional Experience

**LECG, LLC    San Francisco, CA**
**Dec, 2006 – Present**
**Senior Consultant**

- Created lab network infrastructure and security protocols to allow for secure, collaborative work between offices.
- Part of project team responsible for creating Apple OS X project workflows, including forensic data collection, and data extraction.
- Imaged in excess of 600 computer systems, hard drives, and mobile devices.
- Part of project team responsible for the creation of workflow to process FirstClass email exports into a useable format for SEC investigation.
- Part of project team responsible for creation of workflow when utilizing Lexis Nexis Law PreDiscovery for electronic discovery.
- Part of project team involved in large scale electronic discovery matter in Bavaria, Germany involving multiple international entities and strict German data privacy regulations.
- Solo onsite team member for large scale electronic discovery project in Manila, Philippines requiring extended visits and firsthand knowledge of all technologies utilized in electronic discovery.

**Stroz Friedberg, LLC   New York, NY**
**July, 2005 – Dec, 2006**

# LECG

**Systems Administrator**

- Responsible for creation of forensic workstation environments and processing environments.
- Responsible for testing of new forensic hardware and software to form benchmarks against existing processes.
- Implement secure computing practices with PGP email encryption, PGP virtual disk encryption, and secure file erasing.

**Reflexions Data, LLC   Whiteplains, NY**
**September 2004 – June 2005**
**Programmer**

- Responsible for bug fixing, and development of new modules for database, and template, driven websites.
- Assisted with the development of large scale, media intense websites utilizing PHP, .NET, and mySQL.

**Professional Certifications**

EnCase Certified Examiner (EnCE #15-0208-2415)
GIAC Security Essentials Certification (GSEC #5727)

**Computer Skills**

Database Software
- Microsoft SQL Server, MS Access, MySQL

E-Discovery Software/Document Management Software
- Lexis Nexis Law PreDiscovery, dtSearch, Concordance, Summation

Forensic Software
- EnCase, FTK

Computer Programming Languages
- Python, Java, C++, VB.NET, HTML, PHP, SQL

# LECG

## Ana San Luis,
## Consultant, Electronic Discovery Practice, LECG

One Penn Plaza, 51st Floor
New York, NY 10119
Main:   212.468.7878
Direct:  212.621.4189
Cell:    917.716.7993
Fax:     212.468.7879
Email:  asanluis@lecg.com

**BIO/SUMMARY**
Ana San Luis is a Consultant with the Electronic Discovery Practice at LECG, LLC in New York.  She has had varied experiences with litigation preparedness, data analytics, computer forensics and preservation, and electronically stored information (ESI) processing and implementation.  Ms. San Luis has been involved with making determinations for scope and with locating, handling, and recording unmanaged media.  She is also well versed in all aspects of ESI processing, review, analysis, and productions, and has managed and served as the primary resource on several large and medium scale ESI processing engagements, in which she was responsible for processing and producing gigabytes of data.  She previously interned at The NASA Glenn Research Center as a software developer where she helped develop test software and a shared memory management system as part of the upgrade for the center's main data acquisition system.

**SELECTED EXPERIENCE**

**Electronic Discovery**
- Supervised, directed, and trained a team of consultants on each phase of the ESI life cycle for medium-scale engagements (LAW PreDiscovery and Attenex).
- Processed gigabytes of electronic data through processing tools such as LAW PreDiscovery and Attenex for data culling, client review, and productions.
- Reduced electronic data production time by automating the production process through the development of more efficient file copy software.

**Forensic Preservation/Analysis**
- Assisted in imaging 200+ computers for an international litigation.
- Imaged 50+ computers and conducted on-site analysis, processing, hosting/review, and productions for an international litigation in compliance with German privacy laws.

**Other**
- Prepared a Declaration for an SEC investigation.
- Assisted in drafting a case brief to the Scheindlin opinion and order for the The Pension Committee of the University of Montreal Pension Plan, et al., v. Banc of America Securities, LLC, et al.

**EDUCATION**
BS in Computer Engineering, The Pennsylvania State University

**TECHNICAL SKILLS**

| | |
|---|---|
| Forensic Software: | EnCase v.6.x, FTK Imager Lite, EnCase Portable, Helix, Linen |
| E-Discovery Tools: | LAW PreDiscovery, Attenex, Relativity, Concordance/FYI |
| Database Experience: | MS SQL Server 2000/2005/2008, MS Access |
| Computer Languages: | C/C++, SQL, MIPS Assembly Language, Motorola 68HC12/HCS12 |
| Operating Systems: | Microsoft Windows (7, Vista, XP, 2000, 9X), UNIX |

# LECG

## Clinton J. Cherco, Senior Associate, LECG

33 West Monroe Street, Suite 2300
Chicago, IL 60603, USA
Phone: 312.267.8307
Fax:    312.267.8220
Email: ccherco@lecg.com

### Summary

Clint is a Senior Associate in the Chicago office of LECG where he focuses on valuation and damage analyses primarily in the context of litigation and bankruptcy matters. Over the course of his career, Clint has performed advisory services and independent analyses for clients operating in a multitude of industries including transportation, energy, technology, manufacturing, communications, retail, pharmaceuticals, and financial services, among others. Clint is involved in all nearly all aspects of engagements including development of work plans, document review, legal and market research, financial modeling, oversight of support staff, communication with clients, drafting expert reports, preparation for deposition and trial testimony, and analysis and rebuttal of opposing expert reports.

Clint graduated with a degree in Finance from the University of Illinois in May of 2005.

### Education

Bachelor of Science in Finance, University of Illinois at Urbana-Champaign, 2005

# LeCG

## Kristen K. Weissenhofer, Senior Associate, LECG

33 West Monroe Street, Suite 2300
Chicago, IL 60603, USA
direct: 312.867.8271
fax:    312.267.8220
email: kweissenhofer@lecg.com

### Summary

Kristen Weissenhofer is a Senior Associate in LECG's Chicago office where she focuses on valuation and damage analysis.

Kristen graduated from University of Illinois at Urbana-Champaign in 2004 with a Bachelor's degree in Economics and minor in Spanish. Prior to joining LECG, Ms. Weissenhofer gained significant financial and customer related experience working on mortgages and selling homes in the sales division at Pulte Homes. Ms. Weissenhofer advised clients on both mortgage and housing options. She has significant experience constructing, evaluating, and summarizing different financial options.

At LECG Ms. Weissenhofer applies her finance and customer related skills to assist experts testifying on valuation and damages. She participates in engagements at various stages including economic and legal research, document review and evaluation, and financial and economic analysis and summaries. Ms. Weissenhofer has also applied her customer related and organizational skills to her roll as the Chicago office Junior Staff Recruiting Coordinator. Through this role she has assisted various groups within the Chicago office locate talented and qualified junior staff. Ms. Weissenhofer organizes the college campus recruiting efforts and has conducted numerous interviews in order to bring the best individuals into LECG.

### Education

Bachelor of Arts, University of Illinois at Urbana-Champaign, 2004

# LeCG

## Ivan Petrov, Senior Associate, LECG

33 West Monroe Street, Suite 2300
Chicago, IL 60603, USA
Phone: 312.267.8252
Fax:    312.267.8220
Email: ipetrov@lecg.com

### Summary

Ivan joined the Chicago office of LECG in June of 2006. He focuses on valuation and damage analysis. He participates in various stages of projects, performing document review, qualitative and quantitative economic and financial analysis, market and firm-specific economic and legal research.

### Education

Ivan received his Bachelor of Arts degrees in Economics and Mathematics from DePauw University, graduating with high honors. He has had several prior internship experiences in consulting and banking.

# LECG

## Nathan M. Anderson, Senior Associate, LECG

33 West Monroe Street, Suite 2300
Chicago, IL 60603, USA
direct:   312.267.8284
fax:      312.267.8220
email:    nanderson@lecg.com

**Summary**

Nathan Anderson is a Senior Associate in LECG's Chicago office where he works with the Environmental and Insurance Practice Group.

Nathan graduated from Minnesota State University, Mankato in 2004 with a Bachelor's degree in Business Management and Geography.   He also obtained a Minor in Business Administration. Before joining LECG, Mr. Anderson worked for Enterprise Rent A Car where he gained customer related experience and business management skills as a Management Trainee.

At LECG Mr. Anderson provides Directors and Managers with analytical research and support.  He prepares detailed documents and reports that are presented directly to the clients.  Mr. Anderson applies his degree and previous work experience to provide the highest quality analysis on each of his projects.

**Education**

Bachelor of Science, Minnesota State University, Mankato, 2004

# LECG

## Jeannine N. Bullion, Associate, LECG

33 West Monroe Street, Suite 2300
Chicago, IL 60603, USA
Phone: 312.267.8245
Fax:    312.267.8220
Email: jbullion@lecg.com

### Summary

Jeannine is an Associate in the LECG Chicago office under the direction of Mr. Craig Elson, where she focuses on valuation and damage analysis. She participates in engagements at various stages and her work includes, but is not limited to, economic, financial and legal research, review and analysis.

Jeannine graduated from Indiana University in May 2007 where she completed a dual-major in Finance and Economic Consulting and a minor in Spanish. While at Indiana, she participated in the faculty-selected Mitte Honors Program and Consulting Workshop. Prior to joining LECG, Jeannine interned at the medical IT consulting company, Cerner Corporation, based out of Kansas City, Missouri.

### Education

Bachelor of Science in Business, Indiana University, Kelley School of Business, Bloomington, IN, May 2007

# LECG

## Meredith L. Roman, CPA, Associate, LECG

33 West Monroe Street, Suite 2300
Chicago, IL 60603, USA
direct: 312.867.8343
fax:    312.267.8220
email: mroman@lecg.com

### Summary

Meredith Roman is an Associate in LECG's Chicago office where she focuses on valuation and damage analysis.

Meredith graduated from The Ohio State University with a degree in Accounting and minor in English.   Prior to joining LECG, Meredith gained significant experience through internships at PriceWaterhouseCoopers in NYC and JPMorganChase in Columbus. Her full-time experience started with her position as an Analyst at JPMorganChase in Chicago, before switching to a boutique consulting firm, The Palladium Group, and finally joining LECG as a Research Analyst in 2008.  As an analyst at JPMorganChase, Meredith was involved in all aspects of quarter end reporting and SEC filing for the Retail line of business.  She also worked closely on forecast, budget and actual variance analysis, gaining an understanding of influential market events that would aid to explain growth or decline in financial metrics. The experience at Palladium allowed Meredith to strengthen her inter-personal and client-service skills.

At LECG Meredith applies her finance, accounting, consulting and writing skills to assist experts testifying on valuation and damages.  She participates in engagements at various stages including economic and legal research, document review and evaluation, and financial and economic analysis and summaries.

### Education

Bachelor of Science in Business Administration, major focus on Accounting with a minor in English. The Ohio State University, Max M. Fisher College of Business 2006.

Certified Public Accountant

# LeCG

## Steven R. Johnson, Associate, LECG

33 West Monroe Street, Suite 2300
Chicago, IL 60603, USA
Phone: 312.267.8347
Fax:    312.267.8220
Cell:   630.525.0103
Email: srjohnson@lecg.com

### Summary

Steven is an Associate in LECG's Chicago office where he focuses on valuation and damage analysis. After joining LECG in June of 2008 he has participated in engagements at various stages, with work that typically includes economic and legal research, financial and economic analysis, and document review.

Steven graduated from the University of Illinois at Urbana-Champaign in May of 2008. Prior to joining LECG, Steven worked at Wintrust Financial Corporation as a member of the Internal Audit division, where he focused on conducting audits to ensure banking compliance with federal regulations.

### Education

Bachelor of Science in Finance, University of Illinois at Urbana-Champaign, 2008

# LECG

## Joseph Rafael Campuzano, Associate, LECG

201 Mission Street San Francisco, CA
94601, USA

direct: 415.267.0364

main: 415.267.0300

fax: 415.267.0310

email: JCampuzano@lecg.com

**Summary**

Joseph Campuzano is a Senior Associate with LECG's Legal Technology and Analytic Consulting (LTAC) Group in the San Francisco office.   Mr. Campuzano provides services in the area of Electronic Discovery Forensics, which include the identification, preservation, processing, culling and production of electronic data. Mr. Campuzano has a degree from the University of California, Berkeley.

**Education**

University of California, Berkeley, Bachelors of Architecture, May 2006

**Present Positions**

LECG, Associate, January 2007 – June 2010 LECG,
Senior Associate, June 2010 – Present

**Professional Experience**

- Responsible for performing electronic discovery associated with litigation projects, ranging from intellectual property disputes, bankruptcies and damages related cases.
- Imaged in excess of 200 computers both onsite and in the LECG forensic lab environment.
- Assisted in creation of work flow associated with the forensic preservation of Mac computers and the processing of files contained on Mac systems.
- Implemented data management procedures during   investigations   that span over a hundred terabytes of data.

**Computer Skills**

Database Software

- Microsoft SQL Server, MS Access 2000

  E-Discovery Software/Document Management Software

- Lexis Nexis Law PreDiscovery, dtSearch, Concordance

  Forensic Software

- EnCase, Forensic Toolkit, Helix

# LECG

**David Gallow**
**Research Analyst, LECG**

5130 North Central Avenue
Phoenix, AZ 85012, USA
direct:  602.732.4036
cell:     480.775.3793
email:  dgallow@lecg.com

## SUMMARY

David Gallow, a Senior Consultant in the Phoenix, Arizona office of LECG, provides forensic and investigative accounting to support experts in litigation consulting and bankruptcy/insolvency matters by applying accounting principles, theories and methodologies to assist in projects involving complex financial analysis and/or reconstruction.  Prior to LECG, he held a similar position with the litigation and management consulting firm Lancaster Consulting, LLC.  Mr. Gallow has earned a Masters in Business Administration degree from Arizona State University and Bachelor's of Science degrees in Finance and Economics from Arizona State University and is currently working towards obtaining his Certified Public Accountant certification.

## LITIGATION AND VALUATION EXPERIENCE

Calculated damages, analyzed business activities, and valued entities in numerous legal actions including:

- Commercial Damage Disputes
- Fraud
- Breach of Contract
- Patent Infringement
- Bankruptcy
- Wrongful Termination
- Personal Injury
- Marital Dissolution
- Post-acquisition disputes

With companies in the following industries:

- Computer software
- Banking
- Automotive parts and manufacturing
- Gaming
- Real estate
- Pharmaceutical distributors

# LECG

- Insurance
- Consumer goods
- Publishing

**SELECTED RECENT EXPERIENCE**

*FORENSIC AND DAMAGE CALCULATIONS*

Calculated the relevant variable margin of a large software company using a multivariate regression analysis. The analysis consisted of analyzing various intercompany license agreements and profit and loss statements.

Managed a fraud allegation involving a complex financing scheme for high net worth individuals. Responsibilities included coordinating with the client firm, authoring the report and briefing the designated expert.

Assisted in the investigation of alleged fraud in a purchase transaction between two large corporations. The investigation included analyses of financial documents, and the creation and institution of multiple databases.

Assisted in the computation of disgorgement damages, lost profits damages, and reasonable royalty damages for an intellectual property dispute between two major software companies, including assistance in the development of a customer matching program involving thousands of customers in two software companies on a worldwide basis.

Assisted in the computation of a disgorgement damage and lost profits claim for a manufacturer of electrical hardware. Analyzed the infringing company's financial statements and determined appropriate deductible expenses to arrive at disgorgement profits.

Analyzed the sales and earnings history of a wheel manufacturing and licensing company for the purposes of computing lost profits damages.

Analyzed the financial affairs of a real estate development company and its building management operations, including the identification of the cost structure of various multiple unit dwellings.

Developed and analyzed financial models to quantify lost profits related to the delayed delivery and subsequent construction defects of an apartment development project.

Developed and managed a database to record property values of thousands of properties involved in a natural resource damages suit.

Analyzed and evaluated the financial records from a real estate investment company to determine if its operations qualified it as a ponzi scheme.

# LECG

Analyzed the financial records associated with the merger and acquisition of two software companies to determine that the purchasing company had taken "reasonable" efforts to reach revenue earn out target.

Researched market dynamics for the gambling industry in California to determine reasonable royalty rates for an alleged infringement of a card game.

*BANKRUPTCY/RECEIVERSHIP EXPERIENCE*

Worked with Special Master to resolve a limited liability company member dispute by assuming court appointed receiver duties and organizing a company liquidation and sale.

Assisted receiver appointed by a large bank to reorganize a gas station and convenience store that had become delinquent on its loan obligations.  The reorganization included the active sale of the company.

## EDUCATION

Masters of Business Administration, W.P. Carey School of Business, Arizona State University, 2009

Bachelors of Science in Finance, W.P. Carey School of Business, Arizona State University, 1999

Bachelors of Science in Economics, W.P. Carey School of Business, Arizona State University, 1999

## PRESENT POSITIONS

LECG, Senior Consultant, 2008

## OTHER POSITIONS HELD

Precision Investment Group, LLC, Co-founder and Director of Finance, 2006 – 2007

Lancaster Consulting, LLC, Senior Consultant, 1999 – 2005

# LECG

## Mariya Lapina, Research Analyst, LECG

33 West Monroe Street, Suite 2300
Chicago, IL 60603, USA
Phone:  312.267.8257
Fax:     312.267.8220
Email:  mlapina@lecg.com

### Summary

Mariya is a Research Analyst in LECG's Chicago office where she focuses on valuation and damage analysis. After joining LECG in August of 2009, Mariya has been involved in several stages of project work including qualitative and quantitative economic analysis, document review, and financial and legal research.

### Education

Bachelor of Science in Business Economics and Public Policy, Legal Studies, and International Business, Kelley School of Business, Indiana University, 2009

# LECG

**Susan G. Press, MLS**

**Senior Researcher/
Librarian**

1725 Eye St. N.W., Ste 800
Washington, D.C. 20006
Phone: 202.973.05.29
Fax: 202.466.4487
Email: spress@lecg.com

## Summary

Susan G. Press is a Senior Researcher/Librarian at LECG, LLC. Ms. Press joined LECG in March 2001. She graduated from the Wayne State University, Detroit, Michigan with a degree in History and a minor in Science. She obtained a Masters in Library Science from the University of Michigan, Ann Arbor, in August 1978. Ms. Press provides research services to the entire company in all areas in bankruptcy, forensic accounting, litigation support, economics, financial, trade/industry, market research, legal and business development to name just a few.

## Employment History

| | |
|---|---|
| 2001 – Present | **LECG, LLC**<br>Senior Researcher/Librarian |
| 1986 - 2001 | **ICF Internationa, Inc**<br>Manager Library Services |
| 1984 -1986 | **Naval Research Laboratory**<br>Classified Documents<br>Librarian |
| 1982 – 1984 | **Corp of Engineers Headquarters Library**<br>Librarian |
| 1979 – 1982 | **Paul Himmelfarb Health Sciences Library, George Washington University**<br>Head Collection Development/Acquisition |

## Education

- Masters of Library Science, University of Michigan, Ann Arbor
- Bachelor of Arts, History, Wayne State University, Detroit

# LECG

## Evelyn S. Perry, Paraprofessional

201 South Main Street, Suite 450
Salt Lake City, Utah 84111
Direct:  801.321.0082
Fax:    801.364.6230
Email:  eperry@lecg.com

### Summary

Evelyn Perry is a member of LECG with over twenty-two years experience in the areas of Bankruptcy and Tax.  Prior to joining LECG she was with Neilson Elggren LLP, Arthur Andersen LLP in the Global Corporate Finance division and Neilson Elggren Durkin & Company.

Evelyn's responsibilities include the preparation and submission of fee application pleadings to the bankruptcy court as well assisting with assembly and submission of tax returns.  Other responsibilities include reconciliation and assembly of billings to litigation, tax and other clients, reconciliation of client bank accounts and related support duties assisting professionals.

### Case Examples

Several of the cases in which Evelyn has been involved include:

- Kenetech Windpower - Engagement wherein the firm represents the creditors committee in the ongoing litigation of the largest windpower manufacturer in the United States.

- Triad America Corporation (diversified international corporate holdings including real estate, oil & gas and aviation)—Trustee and Accountants to the Trustee.

- Magic Ford/Lincoln Mercury — Accountants to the Trustee.

- Robert B. Solomon – Chapter 11 Debtor-in-possession.

- Utah Title – Accountants to the Chapter 7 Trustee.

- Reed E. Slatkin (One of California's largest ponzi schemes) -Accountants to the Trustee.

- Adelphia – Forensic Accountants to the Creditor  Committee.

### Education

Ricks College, Associates Degree in Business Education.