# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tribune Company
435 N. Michigan Avenue          **Chapter:** 11
Chicago, IL 60611
  **EIN:** 36–1880355
Times Mirror Corporation
Chicago Tribune Company

*Case No*.: 08–13141–KJC

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

   A transcript of the proceeding held on 9/15/2010 was filed on 9/20/2010 . The following deadlines apply:

   The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 10/12/2010 .

   If a request for redaction is filed, the redacted transcript is due 10/21/2010 .

   If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 12/20/2010 unless extended by court order.

   To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

                                                            Clerk of Court

Date: 9/20/10


(ntc)