# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 9/20/2010 |
| Case: 08−13141−KJC | Form ID: ntcBK | Total: 14 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Bryan Krakauer | bkrakauer@sidley.com |
| aty | Michael A. Henry | mhenry@grossmcginley.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Tribune Company | 435 N. Michigan Avenue | Chicago, IL 60611 |
| aty | Amy D. Brown | Margolis Edelstein   750 Shipyard Drive   Suite 102 | Wilmington, DE 19801 |
| aty | Carl D. Neff | Ciardi Ciardi &Astin   919 N. Market Street   Suite 700 | Wilmington, DE 19801 U.S.A. |
| aty | J. Kate Stickles | Cole, Schotz, Meisel, Forman &Leonard,   500 Delaware Avenue, Suite 1410 | Wilmington, DE 19801 |
| aty | J. Kate Stickles | Cole, Schotz, Meisel, Forman &Leonard,   500 Delaware Avenue, Suite 1410 | Wilmington, DE 19801 |
| aty | James F. Conlan | Sidley Austin LLP   One South Dearborn Street | Chicago, IL 60603 |
| aty | Jared D. Zajac | McDermott Will &Emery LLP   340 Madison Avenue | New York, NY 10173−0002 |
| aty | John H. Strock, III | Fox Rothschild LLP   919 N. Market St., Suite 1300   P.O Box 2323 | Wilmington, DE 19899−2323 |
| aty | Norman L. Pernick | Cole, Schotz, Meisel, Forman &Leonard,   500 Delaware Avenue,Suite 1410 | Wilmington, DE 19801 |
| aty | Patrick J. Reilley | Cole, Schotz, Meisel, Forman &Leonard,   500 Delaware Avenue, Suite 1410 | Wilmington, DE 19801 |
| aty | Patrick Theodore Garvey | Johnson &Bell, Ltd   33 W. Monroe, Suite 2700 | Chicago, IL 60603 |

TOTAL: 11