## CERTIFICATE OF SERVICE

I, Katharine L. Mayer, hereby certify that on the 20th day of September, 2010, I caused a true and correct copy of the foregoing *Response of Deutsche Bank Trust Company Americas, Indenture Trustee Under the 1992 Indenture, the 1995 Indenture and the 1997 Indenture to the Motion Aurelius Capital Management, LP of to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest* to be served upon the below listed counsel in the manner so indicated.

/s/ Katharine L. Mayer
Katharine L. Mayer (#3758)

**HAND DELIVERY**
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes , P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**HAND DELIVERY**
The United States Trustee
Attn: Joseph McMahon, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

**HAND DELIVERY**
Adam G. Landis, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

**HAND DELIVERY**
Norman L. Pernick, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**U.S. MAIL & FACSIMILE**
Edward A. Friedman, Esquire
William P. Weintraub, Esquire
Hal Neier, Esquire
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708
Facsimile (212) 833-1250

**U.S. MAIL & FACSIMILE**
Graeme W. Bush
James Sottile
Andrew N. Goldfarb
Thomas G. Macauley
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Facsimile (202) 822-8106

**U.S. MAIL & FACSIMILE**
Howard Seife, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke, LLP
30 Rockefeller Plaza,
New York, NY 10112
Facsimile (212) 408-5100

**U.S. MAIL & FACSIMILE**
Kerriann S. Mills, Esq.
Sidley Austin LLP
One South Dearborn
Street, Chicago, IL 60603
Facsimile (312) 853-7036

ME1 8759526v.1