UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| | **SUBSTITUTION OF ATTORNEY** |

PLEASE TAKE NOTICE that creditor Oracle America, Inc., successor in interest to Sun Microsystems, Inc., hereby substitutes the law firm of Buchalter Nemer, P.C., 333 Market Street, 25th Floor, San Francisco CA 94105, telephone number (415) 227-0900, and Margolis Edelstein, 750 Shipyard Drive, Suite 102 Wilmington DE 19801, telephone number (302) 888-1112 as its attorney of record in lieu and in place of the law firm of Bialson, Bergen & Schwab, 2600 El Camino Real, Suite 300, Palo Alto, CA 94306, telephone number (650) 857-9500 and White and Williams LLP, 824 N. Market Street, Suite 902, Wilmington DE 19899-0709, telephone number (302) 467-4524.

Please direct all future documents, pleadings, and correspondence with respect to any proof of claim or other matters in this case to Shawn Christianson, Esq. at the following address:

Shawn Christianson, Esq.
Buchalter Nemer, P.C.
333 Market Street, 25th Floor
San Francisco CA 94105
Telephone: (415)227-0900
Facsimile: (415-227-0770
email address: schristianson@buchalter.com

BN 6957272v1

-1-

THE UNDERSIGNED CONSENTS TO THE ABOVE SUBSTITUTION:

DATED: September 20, 2010            MARGOLIS EDELSTEIN

By: *[signature]*
James E. Huggett, Esq. (#3956)
750 Shipyard Drive, Suite 102
Wilmington, Delaware 19801
Telephone: (302) 888-1112
Facsimile: (302) 888-1119
jhuggett@margolisedelstein.com

Attorneys for Creditor
ORACLE AMERICA, INC.

DATED: September 20, 2010            BUCHALTER NEMER, PC

By: *[signature]*
Shawn M. Christianson, Esq.
Attorneys for Oracle America, Inc.

DATED: September 20, 2010            ORACLE AMERICA, INC.

By: *[signature]*
Jeffrey Ross, Managing Counsel

SUBSTITUTION ACCEPTED:

DATED: September ___, 2010            BIALSON, BERGEN & SCHWAB

By: _____
Thomas M. Gaa, Esq.

DATED: September ___, 2010            WHITE AND WILLIAMS LLP

By: _____
James S. Yoder, Esq.

THE UNDERSIGNED CONSENTS TO THE ABOVE SUBSTITUTION:

DATED: September ___, 2010				MARGOLIS EDELSTEIN


						By:_____
						James E. Huggett, Esq. (#3956)
						750 Shipyard Drive, Suite 102
						Wilmington, Delaware 19801
						Telephone: (302) 888-1112
						Facsimile: (302) 888-1119
						jhuggett@margolisedelstein.com

						Attorneys for Creditor
						ORACLE AMERICA, INC.

DATED: September ___, 2010				BUCHALTER NEMER, PC


						By:_____
						Shawn M. Christianson, Esq.
						Attorneys for Oracle America, Inc.

DATED: September ___, 2010				ORACLE AMERICA, INC.


						By: _____
						Jeffrey Ross, Managing Counsel


SUBSTITUTION ACCEPTED:

DATED: September 20, 2010				BIALSON, BERGEN & SCHWAB

						By: /s/ Thomas M. Gaa
						Thomas M. Gaa, Esq.


DATED: September 20, 2010				WHITE AND WILLIAMS LLP

						By: /s/ James S. Yoder
						James S. Yoder, Esq.