**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James E. Huggett, hereby certify that on September 20, 2010, I served copies of the *SUBSTITUTION OF ATTORNEY* on the parties listed on the attached service list in the manner indicated.

**MARGOLIS EDELSTEIN**

/s/ James E. Huggett
James E. Huggett (#3956)