<u>**VIA ELECTRONIC MAIL**</u>

Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Norman L. Pernick
J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard, PA
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Adam G. Landis
Matthew B. McGuire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Howard Seife
David M. Lemay
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

<u>**VIA FIRST CLASS MAIL**</u>

The Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox # 35
Wilmington, DE 19899-0035