**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, Raymond H. Lemisch, Esquire, hereby certify that on September 20, 2010, a true and correct copy of the foregoing document was served on all parties registered to receive service on the electronic notification list as maintained by the Court, and via Hand Delivery or Regular Mail upon the following parties:

| *Via Regular Mail* | *Via Regular Mail* |
|---|---|
| James F. Conlan, Esquire | Norman L. Pernick, Esquire |
| Bryan Krakauer, Esquire | J. Kate Stickles, Esquire |
| Janet E. Henderson, Esquire | COLE, SCHOTZ, MEISEL, FORMAN & |
| Kenneth P. Kansa, Esquire | LEONARD, P.A. |
| D'Lisia E. Bergeron, Esquire | 500 Delaware Avenue, Suite 1410 |
| SIDLEY AUSTIN LLP | Wilmington, DE  19801 |
| One South Dearborn Street | |
| Chicago, IL  60603 | |
| *Via Regular Mail* | *Via Hand Delivery* |
| Edward A. Friedman, Esquire | William P. Bowden, Esquire |
| William P. Weintraub, Esquire | Amanda M. Winfree, Esquire |
| Hal Neier, Esquire | ASHBY & GEDDES, P.A. |
| FRIEDMAN KAPLAN SEILER & | 500 Delaware Avenue |
| ADELMAN LLP | Wilmington, DE  19801 |
| 1633 Broadway | |
| New York, NY  10019-6708 | |

Dated: September 20, 2010

        **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

By:   */s/ Raymond H. Lemisch*
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
rlemisch@beneschlaw.com
jhoover@beneschlaw.com

- and -

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan III, Esq.
Katherine S. Bromberg, Esq.
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: msiegel@brownrudnick.com
Email: wdolan@brownrudnick.com
Email: kbromberg@brownrudnick.com

*Counsel to Wilmington Trust Company, as Successor Indenture Trustee for the $1.2 Billion Exchangeable Subordinated Debentures Due 2029, Generally Referred to as the PHONES*

2

3701751_1.DOC