# STATE OF CONNECTICUT
## DEPARTMENT OF REVENUE SERVICES



September 16, 2010

CEBKPT

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions LLC
757 Third Avenue 3rd floor
New York, NY 10017

Re:                    Tribune Media Net, Inc.
Tax Registration Number: xxx9971-000
Bankruptcy Case Number: 08-13235 KJC

Dear Clerk:

This office hereby respectfully **withdraws** its State of Connecticut **pre-petition proof-of-claim** **# 4147** entered on 06/09/09 in the amount of $250.00 against the above referenced debtor.

Sincerely,

*Bohdan S. Sowa* (signature)

Bohdan S. Sowa
Revenue Agent III
Collection & Enforcement Division
Telephone:  (860) 297-5905
Fax:        (860) 297-5916

Active/BS  JEP
08-13235 KJC



P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

\*\*\*\* TRB CLMLTR (MERGE2,TXNUM2) 4000091160 \*\*\*\*
CONNECTICUT DEPT OF REVENUE SERVICES
C&E DIVISION, BANKRUPTCY SECTION
25 SIGOURNEY STREET
HARTFORD, CT 06106-5032

AUG 31 2009

August 26, 2009

### ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the THE TRIBUNE COMPANY case. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | TRIBUNE MEDIA NET, INC. |
| Case Number: | 235 |
| Creditor: | CONNECTICUT DEPT OF REVENUE SERVICES |
| Date Received: | 06/09/2009 |
| Claim Number: | 4147 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We also strongly encourage you to review your proof of claim on our website at http://chapter11.epiqsystems.com/TRB. To find your imaged claim, click on the "Filed Claims & Schedules" icon at the top of the page, type in your claim number in the "Claim #" field, and click "Search". Additionally, you may search for your claim by typing in your name in the appropriate search field.

If you have any questions, please contact us at 646-282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx. Please be sure to specify the client name about which you are inquiring.

EPIQ BANKRUPTCY SOLUTIONS, LLC