**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRIBUNE COMPANY,** *et al.,* | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AMENDED NOTICE OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Joseph L. Christensen of Paul, Weiss, Rifkind, Wharton & Garrison LLP as counsel for Citigroup Global Markets, Inc. and Citicorp North America, Inc. in the above-referenced case.

PLEASE SUBSTITUTE Joseph L. Christensen for Stephen P. Lamb from the CM/ECF service list.

        PAUL, WEISS, RIFKIND, WHARTON &
        GARRISON LLP

        By: */s/ Joseph L. Christensen*
            Stephen P. Lamb (I.D. No. 2053)
            Joseph L. Christensen (I.D. No. 5146)
            500 Delaware Avenue, Suite 200
            P.O. Box 32
            Wilmington, DE  19899-0032
            (302) 655-4410
            *Attorneys for Citigroup Global Markets, Inc.*
            *and Citicorp North America Inc.*

Date:  September 21, 2010