# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | Tribune Company |
| **Case Number:** | 08-13141-KJC    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 15, 2010 11:00 AM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | AL LUGANO |

## *Matters:*

1) Omnibus
   **R / M #:**   0 / 0

2) Plan amendment and procedures motion
   **R / M #:**   0 / 0

## *Appearances:*

See Sign in Sheet

## *Proceedings:*

Agenda Item
#9 and 10 - Orders Entered
#11 and 12 - Orders Due
#13 - Status
#14 - Order Signed