**CERTIFICATE OF SERVICE**

   The undersigned counsel hereby certifies that a true and correct copy of the accompanying *Pension Benefit Guaranty Corporation's Joinder to the Official Committee of Unsecured Creditors' Objection to the Aurelius Capital Management, LP Motion to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee in Matters in Which It Has Conflicts of Interest* was served electronically on all parties, this September 21st, 2010, through the Court's Electronic Filing System, and to those parties listed below by electronic mail:

| | |
|---|---|
| James F. Conlan<br>Bryan Krakauer<br>Janet E. Henderson<br>Kenneth P. Kansa<br>Kerriann S. Mills<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603 | Robert J. Stark<br>Martin S. Siegel<br>William M. Dolan III<br>Katherine S. Bromberg<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, New York 10036 |
| Adam G. Landis<br>Matthew B. McGuire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 | Howard Seife<br>David M. Lemay<br>Douglas E. Deutsch<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Graeme W. Bush<br>James Sottile<br>Andrew N. Goldfarb<br>Thomas G. Macauley<br>Zuckerman Spaeder LLP<br>1800 M Street NW, Suite 1000<br>Washington, DC 20036 | Edward A. Friedman<br>William P. Weintraub<br>Hal Neier<br>Friedman Kaplan Seiler & Adelman LLP<br>1633 Broadway<br>New York, NY 10019-6708 |
| William P. Bowden<br>Amanda M. Winfree<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue<br>Wilmington, DE 19801 | Joseph McMahon<br>The Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 - Lockbox # 35<br>Wilmington, DE 19899-0035 |
| Raymond H. Lemisch | Norman L. Pernick |

| | |
|---|---|
| Jennifer R. Hoover | J. Kate Stickles |
| Benesch, Friedlander, Coplan & Aronoff LLP | Cole, Schotz, Meisel, Forman & Leonard, PA |
| 222 Delaware Ave., Suite 801 | 1000 N. West Street, Suite 1200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

/s/ Frank A. Anderson
FRANK A. ANDERSON
PENSION BENEFIT GUARANTY CORP.
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C.  20005-4026
Telephone: (202) 326-4020, ext. 3759