UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x  Chapter 11
In re:                                                       :
                                                             :  Case No. 08-13141 (KJC)
TRIBUNE COMPANY et al.,                                      :  Jointly Administered
                                                             :
                                     Debtors.                :  **Hearing Date: 10/22/10 @ 2:00 p.m.**
------------------------------------------------------------ x  **Re: D.I. 3281, 5699**

## AMENDED NOTICE OF HEARING

TO:   Counsel for the Debtors
      Office of the United States Trustee
      Parties on the Rule 2002 Service List

PLEASE TAKE NOTICE that hearing on the following:

- "Motion for Entry of Order Granting Leave, Standing and Authority To Commence, Prosecute and Settle Claims and Counterclaims of the Debtors' Estates" (as supplemented); and

- "Motion of the Official Committee of Unsecured Creditors for Entry of Order Authorizing Filing of Unredacted Exhibit Under Seal"

will be on October 22, 2010, at 2:00 p.m. Eastern Time at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware, before the Honorable Kevin J. Carey, Chief Judge.

Dated: Wilmington, Delaware
       September 21, 2010

                                    ZUCKERMAN SPAEDER LLP

                                    _____
                                    Thomas G. Macauley (ID No. 3411)
                                    919 Market Street, Suite 990
                                    Wilmington, DE 19801
                                    Telephone: (302) 427-0400
                                    Facsimile: (302) 427-8242

                                            - and -

2774873.1

2

Graeme W. Bush, Esquire
James Sottile, Esquire
Andrew N. Goldfarb, Esquire
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

Special Counsel to the Official Committee
of Unsecured Creditors

2774873.1