IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(jointly administered) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2010, I caused copies of the foregoing JOINDER OF WILLIAM A. NIESE, A MEMBER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND A REPRESIVATIVE OF THE TM RETIREES, TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF AURELIUS CAPITAL MANAGEMENT TO DISQUALIFY CHADBOURNE PARK, LLC FROM ACTING ON BEHALF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS to be served electronic mail upon the parties listed on the attached matrix.

Dated: September 21, 2010
      Wilmington, Delaware

    /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
Pinckney, Harris & Weidinger, LLC
1220 North Market Street, Suite 950
Wilmington, Delaware 19801
(302) 504-1497 telephone
(302) 442-7046 facsimile