npernick@coleschotz.com
kstickles@coleschotz.com
bryan.krakauer@sidley.com
james.conlan@sidley.com
wbowden@ashby-geddes.com
awinfree@ashby-geddes.com
efriedman@fklaw.com
wweintraub@fklaw.com
kmayer@mccarter.com
dadler@mccarter.com
rlemisch@beneschlaw.com
jhoover@beneschlaw.com
rstark@brownrudnick.com
msiegel@brownrudnick.com
wdolan@brownrudnick.com
kbromberg@brownrudnick.com
James.prayregen@kirkland.com
edward.sassower@kirkland.com
mjoyce@crosslaw.com
rpaul@zwerdling.com
Anderson.frank@pbgc.gov
david.klauder@usdoj.gov
hseife@chadbourne.com
ddeutsch@chadbourne.com
dlemay@chadbourne.com
mroitman@chadbourne.com
gbush@zuckerman.com
jsottile@zuckerman.com