IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Re: D.I. No. 5766** |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE: | ) |
| | ) SS |
| COUNTY OF NEW CASTLE: | ) |

Kara E. Decker, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, counsel for Washington-Baltimore Newspaper Guild, in the above-captioned matter, and that on the 21st day of September, 2010, she caused copies of the following document to be served upon the attached service list by first class mail, unless otherwise indicated:

1. **Statement of Committee Member Washington-Baltimore Newspaper Guild in Support of Objection of Official Committee of Unsecured Creditors to Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in which it has Conflicts of Interest [Docket No. 5766, Filed 9/21/2010].**

_/s/ Kara E. Decker_
Kara E. Decker

Sworn to and subscribed before me this 21st day of September, 2010.

Notary Public _/s/ Nicole DiBiaso_

My Commission Expires: 11/30/11

[Notary Seal: NICOLE DIBIASO, MY COMMISSION EXPIRES NOV. 30, 2011, NOTARY PUBLIC STATE OF DELAWARE]

## SERVICE LIST

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Edward A. Friedman, Esquire
William P. Weintraub, Esquire
Hal Neier, Esquire
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708

Office of The United States Trustee
William Harrison, Esquire
844 King Street, Suite 2207
Lockbox #35
Wilmington, De 19899-0035

Howard Seife, Esquire
David M Lemay, Esquire
Dogulas E Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Bryan Krakauer, Esquire
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Adam G. Landis, Esquire
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801