IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 20th day of September, 2010, she caused a copy of the following:

1. **OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF AURELIUS CAPITAL MANAGEMENT LP TO DISQUALIFY CHADBOURNE & PARKE LLP FROM ACTING ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN MATTERS IN WHICH IT HAS CONFLICTS OF INTEREST [D.I. 5737]**

2. **OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO AURELIUS' SEALING MOTIONS [D.I. 5738]**

to be served upon the parties identified on the attached list in the manner indicated.

                                                              */s/ Frances A. Panchak*
                                                              Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 21st day of September, 2010.

                                                              */s/ Cathy A. Adams*
                                                              Notary Public
                                                              My Commission Expires:

                                                            CATHY A. ADAMS
                                                            NOTARY PUBLIC
                                                           STATE OF DELAWARE
                                                       My commission expires March 5, 2014

**Tribune Company, et al.**
**08-13141 (KJC)**

*Via Facsimile*
(Counsel for Aurelius Capital Management, LP)
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
*Facsimile: 302-654-2067*

*Via Facsimile*
(Counsel for Aurelius Capital Management, LP)
Edward A. Friedman, Esq.
William P. Weintraub, Esq.
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708
*Facsimile: 212-833-1250*