IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Frances A. Panchak, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, co-counsel to the Official Committee of Unsecured Creditors in the above referenced cases, and on the 21st day of September, 2010, she caused a copy of the following:

1. **JOINDER OF WARNER BROS. TELEVISION TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF AURELIUS CAPITAL MANAGEMENT LP TO DISQUALIFY CHADBOURNE & PARKE LLP FROM ACTING ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN MATTERS IN WHICH IT HAS CONFLICTS OF INTEREST [D.I. 5762]**

2. **REPLY OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO TO THE RESPONSE OF DEUTSCHE BANK TRUST COMPNAY AMERICAS AND THE JOINDER OF WILMINGTON TRUST COMPANY TO THE MOTION OF AURELIUS CAPITAL MANAGEMENT LP TO DISQUALIFY CHADBOURNE & PARKE LLP FROM ACTING ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN MATTERS IN WHICH IT HAS CONFLICTS OF INTEREST [D.I. 5764]**

to be served upon the parties identified on the attached list in the manner indicated.

*Frances A. Panchak*
Frances A. Panchak

SWORN TO AND SUBSCRIBED before me this 21st day of September, 2010.

*Cathy A. Adams*
Notary Public
My Commission Expires:

CATHY A. ADAMS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires March 5, 2014

698.001-W0009743

**Tribune Company, et al.**
**08-13141 (KJC)**

*Via Facsimile*
(Counsel for Aurelius Capital Management, LP)
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
*Facsimile: 302-654-2067*

*Via Facsimile*
(Counsel for Aurelius Capital Management, LP)
Edward A. Friedman, Esq.
William P. Weintraub, Esq.
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708
*Facsimile: 212-833-1250*

*Via Facsimile*
(Counsel to Deutsche Bank Trust Company Americas)
David Adler, Esq.
McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY 10167
*Facsimile: 302-609-6921*

*Via Facsimile*
(Counsel to Deutsche Bank Trust Company Americas)
Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. Market Street, 8th Floor
Wilmington, DE 19801
*Facsimile: 302-984-6399*

*Via Facsimile*
(Counsel to Wilmington Trust Company)
Raymond H. Lemisch, Esq.
Jennifer R. Hoover, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
*Facsimile: 302-442-7012*

*Via Facsimile*
(Counsel to Wilmington Trust Company)
Robert J. Stark, Esq.
Martin S. Siegel, Esq.
William M. Dolan, Esq.
Katherine S. Bromberg, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
*Facsimile: 212-209-4801*