# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 83-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

| | | |
|---|---|---|
| STATE OF FLORIDA | ) | |
| | : | ss.: |
| COUNTY OF ORANGE | ) | |

THOMAS K. MAURER, being duly sworn, deposes and says:

1.        I am a Partner of Foley & Lardner LLP (the 'Firm"), which maintains offices at 111 N. Orange Avenue, Suite 1800, Orlando, Florida 32801.

2.        This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on January 15, 2009 [Docket No. 227],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); forsalebyowner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384) WCWN LLC (5982); WDCW Broadcasting, Inc.(8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois. 00611.

authorizing the above-captioned debtors and debtors in possession (each a "<u>Debtor</u>" and collectively, the "<u>Debtors</u>"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3.      The Firm has been asked to represent and advise the Debtors as counsel with respect to certain aspects of the Debtors' business operations.  The Debtors have requested, and the Firm has agreed, to provide such services to the Debtors on a postpetition basis during the course of these chapter 11 cases.

4.      The Firm's current customary rates, subject to change from time to time are $435 per hour.  In the normal course of its business, the Firm revises its billing rates on January 1 of each year and requests that, effective February 1 of each year, the aforementioned rates be revised to the hourly rates which will be in effect at that time.

5.      In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks."  The Firm's database contains information regarding the Company's present and past representations.  Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the connections indicated in Attachment A.

6.      Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. §504(b).

7.      I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

8.      Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be

employed. If the Firm is not an law firm, the Firm does not hold an interest adverse to the

Debtors' estates and is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14).

9.      The Debtors do not owe the Firm any fees or costs for prepetition services.

10.     The Firm does not currently hold a retainer from the Debtors.

11.     As of the Petition Date, the Firm was not a party to a services agreement with the

Debtors.

12.     The Firm is conducting further inquiries regarding its retention by any creditors of

the Debtors, and upon conclusion of that inquiry, or at any time during the period of its

employment, if the Firm should discover any facts bearing on the matters described herein, the

Firm will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9 / 16___, 2010

_____
Affiant

Sworn to and subscribed before me
This 16th day of September, 2010

_____
Notary Public

> JUDITH L. HENNING
> MY COMMISSION # DD 696934
> EXPIRES: September 3, 2011
> Bonded Thru Notary Public Underwriters

3

## ATTACHMENT A

## RULE 2014 LIST - TRIBUNE COMPANY, et al.

## DEBTORS

| | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Tribune Company | X | | X | X |
| 435 Production Company | | | | |
| 5800 Sunset Productions Inc. | | | | |
| Baltimore Newspaper Network, Inc. | | | | |
| California Community News Corporation | | | | |
| Candle Holdings Corporation | | | | |
| Channel 20, Inc. | | | | |
| Channel 39, Inc. | | | | |
| Channel 40, Inc. | | | | |
| Chicago Avenue Construction Company | | | | |
| Chicago River Production Company | | | | |
| Chicago Tribune Company | X | | X | |
| Chicago Tribune Newspapers, Inc. | | | | |
| Chicago Tribune Press Service, Inc. | | | | |
| ChicagoLand Microwave Licensee, Inc. | | | | |
| Chicagoland Publishing Company | | | | |
| Chicagoland Television News, Inc. | | | X | |
| Courant Specialty Products, Inc. | | | | |
| Direct Mail Associates, Inc. | | | | |
| Distribution Systems of America, Inc. | | | | |
| Eagle New Media Investments, LLC | | | | |
| Eagle Publishing Investments, LLC | | | | |
| Forsalebyowner.com Corp. | | | | |
| Forsalebyowner.com Referral Services, LLC | | | | |
| Fortify Holdings Corporation | | | | |
| Forum Publishing Group, Inc. | | | | |
| Gold Coast Publications, Inc. | | | | |
| GreenCo, Inc. | | | | |
| Heart & Crown Advertising, Inc. | | | | |
| Homeowners Realty, Inc. | | | | |
| Homestead Publishing Co. | | | | |
| Hoy, LLC | | | | |
| Hoy Publications, LLC | | | | |
| InsertCo, Inc. | | | | |
| Internet Foreclosure Service, Inc. | | | | |
| JuliusAir Company, LLC | | | | |
| JuliusAir Company II, LLC | | | | |
| KIAH, Inc. | | | | |
| KPLR, Inc. | | | | |
| KSWB Inc. | | | | |
| KTLA Inc. | | | | |
| KWGN Inc. | | | X | |

## DEBTORS, CONTINUED

| | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Los Angeles Times Communications LLC | | | X | |
| Los Angeles Times International, Ltd. | | | X | |
| Los Angeles Times Newspapers, Inc. | | | X | |
| Magic T Music Publishing Company | | | | |
| NBBF, LLC | | | | |
| Neocomm, Inc. | | | | |
| New Mass. Media, Inc. | | | | |
| Newscom Services, Inc. | | | | |
| Newspaper Readers Agency, Inc. | | | | |
| North Michigan Production Company | | | | |
| North Orange Avenue Properties, Inc. | | | | |
| Oak Brook Productions, Inc. | | | X | |
| Orlando Sentinel Communications Company | X | X | X | |
| Patuxent Publishing Company | | | | |
| Publishers Forest Products Co. of Washington | | | | |
| Sentinel Communications News Ventures, Inc. | | X | | |
| Shepard's, Inc. | | | | |
| Signs of Distinction, Inc. | | | | |
| Southern Connecticut Newspapers, Inc. | | | | |
| Star Community Publishing Group, LLC | | | | |
| Stemweb, Inc. | | | | |
| Sun-Sentinel Company | | | | |
| The Baltimore Sun Company | | | | |
| The Daily Press, Inc. | | | | |
| The Hartford Courant Company | | | | |
| The Morning Call, Inc. | | | | |
| The Other Company LLC | | | | |
| Times Mirror Land and Timber Company | | | | |
| Times Mirror Payroll Processing Company, Inc. | | | | |
| Times Mirror Services Company, Inc. | | | | |
| TMLH 2, Inc. | | | | |
| TMLS I, Inc. | | | | |
| TMS Entertainment Guides, Inc. | | | | |
| Tower Distribution Company | | | | |
| Towering T Music Publishing Company | | | | |
| Tribune Broadcast Holdings, Inc. | | | | |
| Tribune Broadcasting Company | | | | X |
| Tribune Broadcasting Holdco, LLC | | | | |
| Tribune Broadcasting News Network, Inc. | | | | |
| Tribune California Properties, Inc. | | | | |
| Tribune CNLBC, LLC (f/k/a Chicago National League Ball Club, LLC) | | X | | |
| Tribune Direct Marketing, Inc. | | | X | |
| Tribune Entertainment Company | | | | |

2

## DEBTORS, CONTINUED

| | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Tribune Entertainment Production Company | | | | |
| Tribune Finance, LLC | | | | |
| Tribune Finance Service Center, Inc. | | | | |
| Tribune License, Inc. | | | | |
| Tribune Los Angeles, Inc. | | | | |
| Tribune Manhattan Newspaper Holdings, Inc. | | | | |
| Tribune Media Net, Inc. | | | | |
| Tribune Media Services, Inc. | | | X | |
| Tribune Network Holdings Company | | | | |
| Tribune New York Newspaper Holdings, LLC | | | | |
| Tribune NM, Inc. | | | | |
| Tribune Publishing Company | | | | |
| Tribune Television Company | | | | |
| Tribune Television Holdings, Inc. | | | | |
| Tribune Television New Orleans, Inc. | | | | |
| Tribune Television Northwest, Inc. | | | | |
| ValuMail, Inc. | | | | |
| Virginia Community Shoppers, LLC | | | | |
| Virginia Gazette Companies, LLC | | | | |
| WATL, LLC | | | | |
| WCWN LLC | | | | |
| WDCW Broadcasting, Inc. | | | | |
| WGN Continental Broadcasting Company | X | | | |
| WLVI Inc. | | | | |
| WPIX, Inc. | | | | |
| WTXX Inc. | | | | |

## DEBTORS' CURRENT AND FORMER DIRECTORS AND OFFICERS

| | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Lee Abrams | | | | |
| Lynne Adamson | | | | |
| Harry A. Amsden | | | | |
| Julie D. Anderson | X | | X | |
| Thomas J. Anischik | | | | |
| Michael D. Asher | | | | |
| Chris Avetisian | | | | |
| Cynthia Baker | | | | |
| Roger A. Bare | X | | | |
| Robertson Barrett | | | | |
| Alexa A. Bazanos | | | | |

LPD_10128364.1

## DEBTORS' CURRENT AND FORMER DIRECTORS AND OFFICERS, CONTINUED

| | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Robert E. Bellack | | | | |
| David A. Bennett | | | X | |
| Kelly F. Benson | | | | |
| Steve Bentz | | | | |
| Jeffrey S. Berg | X | X | | |
| Betty Ellen Berlamino | | | | |
| Judith Berman | X | | | |
| Theodore J. Biedron | | | | |
| Chandler Bigelow III | | | | |
| Michael G. Bourgon | | | | |
| Kevin C. Boyd | X | | | |
| Thomas F. Brown | X | | X | |
| Becky Brubaker | | | | |
| David A. Bucknor | | | | |
| Stephen M. Budihas | | | | |
| Thomas G. Caputo | | | | |
| Denise Carlisle | | | | |
| Patricia M. Carroll | X | | | |
| Stephen D. Carver | | | | |
| Vincent Casanova | | | | |
| Patti Cazeaux | | | | |
| Jeffrey Chandler | X | | | |
| Steve Charlier | | | | |
| Marc Chase | | | | |
| Robert Christie | | | | |
| Sean D. Compton | | | | |
| Kevin J. Connor | | | | |
| Ray Daley | | | | |
| Tom Davidson | | | | |
| Catherine A. Davis | X | | | |
| Sam DeFroscia | | | | |
| Jennifer DeKarz | | | | |
| Larry Delia | | | | |
| Robert Delo | X | | | |
| Phil Doherty | | | | |
| John D'Orlando | | | | |
| Jeff Dorsey | | | | |
| Tim Dukes | | | | |
| David P. Eldersveld | | | | |
| Steve Farber | | | | |
| Richard S. Feeney | | | | |
| James Feher | | | | |
| Jay Fehnel | | | | |
| Peter D. Filice | | | | |

### DEBTORS' CURRENT AND FORMER DIRECTORS AND OFFICERS, CONTINUED

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Thomas S. Finke |  |  |  |  |
| Karen H. Flax |  |  |  |  |
| Oneri Fleita |  |  |  |  |
| Michael C. Foux |  |  |  |  |
| Timothy Franklin |  |  |  |  |
| Chris L. Fricke |  |  |  |  |
| Andy Friedman |  |  |  |  |
| Travis B. Fuller |  |  |  |  |
| Steve Gable |  |  |  |  |
| Rich Gamble |  |  |  |  |
| Michael Gart |  |  |  |  |
| Ernie C. Gates | X |  | X |  |
| Vince Giannini |  |  |  |  |
| Russell Gilbert |  |  |  |  |
| Dawn M. Girocco |  |  |  |  |
| Karlene W. Goller |  |  |  |  |
| Bradley Good |  |  |  |  |
| Roger Goodan |  |  |  |  |
| Richard J. Graziano |  |  |  |  |
| Howard Greenberg |  |  |  |  |
| Brian L. Greenspun |  |  |  |  |
| Robert Gremillion |  |  |  |  |
| Charlotte H. Hall |  |  |  |  |
| Eddy W. Hartenstein |  |  |  |  |
| Linda Hastings |  |  |  |  |
| Dana C. Hayes, Jr. |  |  |  |  |
| Greg Healy |  |  |  |  |
| Jane E. Healy |  |  |  |  |
| John R. Hendricks |  |  |  |  |
| James J. Hendry |  |  |  |  |
| Ardith Hilliard |  |  |  |  |
| Chris Hochschild |  |  |  |  |
| Betsy D. Holden |  |  |  |  |
| Carolyn S. Hudspeth |  |  |  |  |
| Hank J. Hundemer |  |  |  |  |
| Bonnie B. Hunter |  |  |  |  |
| Tony Hunter |  | X |  |  |
| Richard E. Inouye |  |  |  |  |
| Alice T. Iskra |  |  |  |  |
| Kamran Izadapanah |  |  |  |  |
| Janice Jacobs | X |  |  |  |
| Juliana Jaoudi |  |  |  |  |
| Kim Johnson | X |  | X |  |
| Lee Jones | X |  |  |  |

LPD_10128364.1

## DEBTORS' CURRENT AND FORMER DIRECTORS AND OFFICERS, CONTINUED

| | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Judy Juds | | | | |
| Jeff Kapugi | | | | |
| Daniel G. Kazan | | | | |
| Anne S. Kelly | | | | |
| Timothy R. Kennedy | X | | | |
| Crane H. Kenney | | | | |
| Gerould W. Kern | | | | |
| Jerry L. Kersting | | | | |
| Avido Khahaifa | | | | |
| Jack D. Klunder | | | | |
| Patricia A. Kolb | X | | | |
| Timothy Koller | | | | |
| Glenn G. Kranzley | | | | |
| Kim A. McCleary LaFrance | | | | |
| Eric Laimins | | | | |
| Thomas E. Langmyer | | | | |
| Jeffrey S. Levine | | | X | |
| Donald J. Liebentritt | | | | |
| Brian F. Litman | | | | |
| Michael R. Lufrano | | | | |
| Walter Mahoney | | | | |
| Christopher Manis | | | | |
| John Manzi | X | | | |
| Jerome P. Martin | | | | |
| Earl R. Maucker | | | | |
| Gina Mazzaferri | | | | |
| David R. Mayersky | | | | |
| Richard McGerald | | | | |
| Mark E. McGuire | | | X | |
| Patrick Scott McKibben | | | | |
| Don W. Meek | | | | |
| Nancy A. Meyer | X | | | |
| Eric Meyrowitz | | | | |
| Randy Michaels | | | | |
| Susan M. Mitchell | X | | | |
| Paul Mitnick | | | | |
| Dan Mitrovich | | | | |
| John S. Moczulski | | | | |
| Richard D. Molchany | | | | |
| Roaldo W. Moran | | | | |
| Christopher C. Morrill | | | | |
| Robyn L. Motley | | | | |
| Robin Mulvaney | | | | |
| Gwen P. Murkami | | | | |

LPD_10128364.1

**DEBTORS' CURRENT AND FORMER DIRECTORS AND OFFICERS, CONTINUED**

| | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Russ Newton | X | | | |
| Tom Nork | | | | |
| Dennis G. O'Brien | | | | |
| Mike O'Connor | X | | X | X |
| William C. O'Donovan | | | | |
| John T. O'Loughlin | | | | |
| Daniel O'Sullivan | | | | |
| Norbert Ortiz | | | | |
| William A. Osborn | | | | |
| William C. Pate | X | | | |
| Rob T. Patton | | | | X |
| Pamela S. Pearson | | | | |
| John F. Poelking | | | | |
| Scott G. Pompe | | | | |
| Andrea M. Pudliner | | | | |
| Myrna Ramirez | | | X | |
| Robert S. Ramsey | | | | |
| Charles Ray | X | | | |
| Jodi L. Reischl | | | | |
| Justo Rey | | | | |
| Jack Rodden | | | | |
| Robert R. Rounce | | | | |
| Sheau-Ming Ross | | | | |
| Timothy Ryan | | | | |
| Naomi B. Sachs | | | | |
| Linda Schaible | | | | |
| Raymond J. Schonbak | | | | |
| Stephen G. Seidl | X | | X | X |
| Henry M. Segal | | | | |
| Lynne A. Segall | | | | |
| Charles J. Sennet | | | | |
| Dinesh Shah | | | | |
| Patrick M. Shanahan | | | | |
| Mark Shapiro | X | | | X |
| Shaun M. Sheehan | | | | |
| Sharon A. Silverman | | | | |
| Digby A. Solomon | | | | |
| Laurence J. Sotsky | | | | |
| Gerald A. Spector | | | | |
| Russ Stanton | | | | |
| William Stinehart, Jr. | | | | |
| Scott Sullivan | X | | X | |
| Laura L. Tarvainen | | | | |
| Lou Tazioli | | | | |

LPD_10128364.1

**DEBTORS' CURRENT AND FORMER DIRECTORS AND OFFICERS, CONTINUED**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Clifford L. Teutsch |  |  |  |  |
| Doug Thomas |  |  |  |  |
| Timothy J. Thomas |  |  | X | X |
| Kathy K. Thomson |  |  |  |  |
| Steve Tippie |  |  |  |  |
| John P. Trainor |  |  |  |  |
| William C. Trimarco |  |  |  |  |
| Cam Trinh |  |  |  |  |
| Phil Waterman |  |  |  |  |
| Michael E. Weiner | X |  |  |  |
| Gary Weitman |  |  |  |  |
| Jack Whisler |  |  |  |  |
| Maggie Wilderotter |  |  |  |  |
| Marty Wilke |  |  |  |  |
| David D. Williams |  |  | X |  |
| Roger Williams | X |  | X |  |
| Ann B. Wilson | X |  | X |  |
| Ed Wilson | X |  | X |  |
| Timothy F. Windsor |  |  |  |  |
| Ed Wolf |  |  |  |  |
| Frank Wood | X |  | X |  |
| Feli M. Wong |  |  |  |  |
| John D. Worthington, IV |  |  |  |  |
| Julie K. Xanders |  |  |  |  |
| Joseph A. Young |  | X | X |  |
| Owen Youngman |  |  |  |  |
| John S. Zabetakis |  |  |  |  |
| John E. Zelenka |  |  |  |  |
| Samuel Zell | X |  |  | X |

**THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Abitibi Consolidated | X |  | X | X |
| Barclays Capital | X |  | X | X |
| Bowater Inc. | X |  | X |  |
| Deutsche Bank National Trust Company | X |  | X | X |
| Horst Bergman |  |  |  |  |
| J.P. Morgan Chase Bank, N.A. | X | X | X | X |
| Mark Willes |  |  |  |  |
| Merrill Lynch Capital Corporation |  |  | X | X |
| NBC Universal Domestic Television | X |  | X | X |
| Nielsen Media Research |  |  |  |  |
| Paramount Pictures Corporation | X |  | X |  |

8

**THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED), CONTINUED**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Raymond Jansen Jr. |  |  | X |  |
| Robert Erburu |  |  |  |  |
| Sony Pictures Television | X |  |  |  |
| SP Newsprint Company | X |  |  |  |
| Tower DC, LLC |  |  |  |  |
| Tower EH, LLC |  |  |  |  |
| Tower JK, LLC |  |  |  |  |
| Tower MS, LLC |  |  |  |  |
| Tower PT, LLC |  |  |  |  |
| Twentieth Television |  |  |  |  |
| Warner Brothers Television |  |  |  |  |

**CNLBC TWENTY LARGEST UNSECURED CREDITORS**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| BD&A |  |  |  |  |
| Boise Hawks Baseball Club LLC |  |  |  |  |
| Bunzl |  | X | X |  |
| Chicago Cubs Charities |  |  |  |  |
| Chicago Transit Authority | X |  | X |  |
| Complejo Latinoamericana Baseball |  |  |  |  |
| Cubs Care |  |  |  |  |
| Daytona Cubs |  |  |  |  |
| Ernie Banks International Inc. |  |  |  |  |
| Hampton Inn and Suites | X |  | X | X |
| JP Morgan Chase Bank, NA | X | X | X | X |
| Jose Serra |  |  |  |  |
| Luis Vizcaino |  |  |  |  |
| Major League Baseball | X | X | X | X |
| Merrill Lynch Capital Corporation |  |  | X | X |
| Northwestern Memorial Hospital | X |  | X |  |
| Profinancial Services Inc. |  |  |  |  |
| Structural Shop Ltd. |  |  |  |  |
| The Langham Huntington Pasadena |  |  |  |  |
| Westin Diplomat Resort & Spa |  |  |  |  |

**DEBTORS' PREPETITION LENDERS**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| 1798 Relative Value Master Fund Ltd. |  |  |  |  |
| 40/86 Advisors Inc. |  |  |  |  |
| ABN AMRO Holding NV |  |  | X | X |
| ABP Investments US Inc. |  |  |  |  |
| Aegon USA Investment Management | X |  |  |  |
| AIG Global Investment Corp. | X |  |  |  |
| Airlie Opportunity Capital Management LP |  |  |  |  |

**DEBTORS' PREPETITION LENDERS, CONTINUED**

| | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Aladdin Capital Management LLC | | | | |
| Alcentra Inc. | | | X | |
| Allstate Investment Management Company | | | | |
| Amida Capital Management II, LLC | | | | |
| Anchorage Capital Group LLC | | | | |
| Angelo Gordon & Co LP | X | | X | |
| Ares Management LP | | | | |
| Avenue Advisors LLC | | | | |
| Avenue Investments, LP | | | | |
| Avenue Special Situations Fund IV, LP | | | | |
| Avenue – CDP Global Opportunities Fund, L.P. (US) | | | | |
| Avenue International Master, LP (Master) | | | | |
| Avenue Special Situations Fund | | | | |
| Babson Capital Management LLC | X | | X | X |
| Banc Investment Group LLC | | | | |
| Bank of America N.A. | X | X | X | X |
| Barclays Bank plc | X | | X | X |
| Basso Capital Management LP | | | | |
| Bear Stearns & Co., Inc | X | X | X | X |
| Bear Stearns Asset Management | X | | | |
| Blackstone Debt Advisors LP | | | | |
| BLT 39 LLC | | | | |
| Blue Mountain Capital Management LLC | | | | |
| Blue Shield of California | X | X | X | X |
| Briscoe Capital Management | | | | |
| Callidus Capital Management LLC | | | | |
| Canadian Imperial Bank of Commerce | X | | X | |
| Canaras Capital Management LLC | | | | |
| Canyon Capital Advisors LLC | X | | X | |
| Capitalsource Finance LLC | X | | X | |
| Carlyle Investment Management LLC | | | X | |
| Carval Investors LLC | | | X | |
| CFIP Master Fund, Ltd. | | | | |
| Chicago Fundamental Investment Partners LLC | | | | |
| Chimney Rock Value Fund, L.P. | | | | |
| Churchull Pacific Asset Management LLC | | | | |
| CIT Group Incorporated | X | | X | X |
| Citicorp North America Inc. | X | | X | X |
| Citigroup Financial Products Inc. | | | | |
| Claren Road Asset Management LLC | | | | |
| Clinton Group Inc. | | | | |
| Columbus Nova Credit Investments Management LLC | | | | |

**DEBTORS' PREPETITION LENDERS, CONTINUED**

| | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Contrarian Capital Management LLC | | | | |
| Credit Suisse Asset Management | | | | |
| Credit Suisse Group AG | | | | |
| CVI GVF (Lux) Master S.a.r.l. | | | | |
| Cypresstree Investment Management Co Inc. | | | | |
| Davidson Kempner Capital Management LLC | | | | |
| DC Funding Partners LLC | | | | |
| Deerfield Capital Management LLC | | X | X | X |
| Delaware Management Business Trust | | | | X |
| Deutsche Bank AG | X | X | X | X |
| Deutsche Investment Management Americas Inc. | | | | |
| DiMaio Ahmad Capital LLC | | | X | |
| Drake Capital Management LLC | | | | |
| Dry Brook Credit Opportunities Master Fund Ltd. | | | | |
| Duquesne Capital Management LLC | X | | | |
| Eaton Vance Mgmt | X | | | |
| EBF & Associates LP | | | | |
| Elliott Management Corporation | | X | | |
| Epic Asset Management LLC | | | | |
| Farallon Capital Management LLC | X | | X | X |
| Feingold O'Keeffe Capital LLC | | | | |
| Fidelity Investment/Fidelity Mutual Fund Comp | | | | |
| Fidelity Investments | X | X | X | X |
| FIG LLC | X | | X | |
| Firstlight Financial Corp. | | | | |
| Four Concers Capital Management LLC | | | X | |
| Franklin Advisers Inc. | | | X | |
| Franklin Floating Rate Master Series | | | | |
| Franklin Floating Rate Daily Access Fund | | | | |
| Franklin Mutual Advisers LLC | X | | | |
| Franklin Strategic Income Fund (Canada) | | | | |
| Franklin Strategic Series – Franklin Strategic Income Fund | | | | |
| Franklin Templeton Inv Mgmt Ltd | | | | |
| Franklin Templeton Series II Funds | | | | |
| Franklin Templeton Variable Insurance Products Trust | | | | |
| Franklin Total Return Fund | | | | |
| Fraser Sullivan Investment Management LLC | | | X | |
| FT Opportunistic Distressed Funds Ltd. | | | | |
| GE Asset Management Inc. | X | | X | |
| General Electric Capital Corporation | X | | X | X |
| GM Pension Plan | | | | |

LPD_10128364.1

## DEBTORS' PREPETITION LENDERS, CONTINUED

| | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| GoldenTree Asset Management LP | | | X | |
| GoldenTree Credit Opportunities Financing I, Limited | | | | X |
| GoldenTree Credit Opportunities Second Financing, Limited | | | | |
| GoldenTree 2004 Trust | | | X | X |
| GoldenTree Leverage Loan Master Fund, Ltd. | | | | |
| GoldenTree MultiStrategy Subsidiary, LLC | | | | |
| GoldenTree MultiStrategy Financing, Limited | | | | |
| Goldman Sachs Asset Management LP | | | X | X |
| Goldman Sachs Loan Partners | | | | |
| Goldman Sachs Group Inc. | X | X | X | X |
| GN3 SIP Limited | | | | |
| Greywolf Capital Management LP | | | X | |
| Greywolf Capital Overseas Master Fund | | | | |
| Greywolf Capital Partners II LP | | | | |
| Greywolf CLO I Ltd. | | | | |
| Gruss Asset Management Limited Partnership | | | | |
| GSO Capital Partners  LP | | | | |
| Guggenheim Management LLC | | | | |
| Gulf Stream Asset Management LLC | | | | |
| Halcyon Structured Asset Management LP | | | | |
| Harbert Management Corporation | X | | | |
| Harbourmaster CLO 10 B V | | | | |
| Harbourmaster CLO 7 BV | | | | |
| Harbourmaster CLO 9 B V | | | | |
| Harbourmaster Pro Rata CLO 2 B V | | | | |
| Harch Capital Management | | | | |
| Hartford Investment Management Company | | | | |
| Highland Capital Management LP | X | | X | |
| Hillmark Capital Management LP | | | | |
| IKB Capital Corporation | | | X | |
| ING Investment Management LLC | X | | | X |
| Invesco Inst NA Inc. | X | | X | |
| JD Capital Management LLC | X | | | |
| Jefferson Pilot Financial Insurance Company | X | | X | X |
| John Hancock A/C 62 JH High Yield Fund (99140) | | | | |
| John Hancock Financial Services Inc. | | | | |
| JP Morgan BK Branch - 0802 | | | | |
| JP Morgan Chase Bank, N.A. | X | X | X | X |
| Kingsland Capital Management LLC | | | X | |
| KKR Financial Corporation | X | X | X | |
| Knighthead Capital Management LLC | | | | |
| Latigo Master Fund Ltd. | | | | |

12

## DEBTORS' PREPETITION LENDERS, CONTINUED

| | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Latigo Partners LP | | | | |
| Lehman Brothers Commercial Bank | | X | | |
| Lehman Brothers Holdings Inc. | X | X | X | X |
| Levine Leichtman Capital Partners Inc. | | | X | |
| Littlejohn & Company | | | X | |
| LMA SPC for and on behalf of MAP84 Segregated Portfolio | | | | |
| Loews Corporation | X | | | X |
| Loomis Sayles & Company LP | | | X | X |
| LP MAI, Ltd. | | | | |
| Lufkin Advisors LLC | | | | |
| Luxor Capital Group, LP | | | | |
| Lyon Capital Management | | | | |
| Marathon Asset Management LLC | | | | X |
| Massachusetts Financial Services Company | | | | X |
| McDonnell Investment Management LLC | | | | |
| Meritage Fund Limited | | | | |
| Merrill Lynch & Co. Inc. | X | X | X | X |
| Metropolitan Life Insurance Company | X | X | X | X |
| Metropolitan West Asset Management LLC | X | | X | |
| MJX Asset Management LLC | | | | |
| Moore Capital Management LLC | | | | X |
| Morgan Stanley | X | X | X | X |
| Morgan Stanley Investment Co Niston BV | | | | |
| Morgan Stanley Investment Management Garda BV | | | | |
| Morgan Stanley Investment Management Inc. as AgtINCAS AGT | | | | |
| Morgan Stanley Investment Management Mezzano B V | | | | |
| Mountain Capital Advisors | | | X | |
| MSD Capital LP | | | | |
| National City Corporation | X | | X | X |
| Neuberger Berman LLC | X | X | | |
| New York Life Insurance Company | X | X | X | X |
| New York Life Investment Management | X | X | X | X |
| Newstart Factors Inc. | | | | X |
| Nicholas-Applegate Capital Management LLC | X | | | |
| Nomura Corporate Research & Asset Management Inc. | | | X | |
| Nomura Corporate Research & Asset Mgmt | | | X | |
| Normandy Hill Capital LP | | | | |
| Oak Hill Advisors LP | | | | X |
| Oaktree Capital Management LP | X | | X | X |
| Octagon Credit Investors LLC | | | | |

LPD_10128364.1

**DEBTORS' PREPETITION LENDERS, CONTINUED**

| | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Onex Credit Partners LLC | | | | |
| Oppenheimer Funds Inc. | X | | X | X |
| Orchid Investments, LLC | | | | |
| Ore Hill Part LLC | | | X | |
| OZ Management LP | | | X | |
| Pacific Investment Management Company | | | X | |
| Paloma Partners Management Co Inc. | | | | |
| Pangaea Asset Management LLC | | | | |
| Par IV Capital Management LLC | X | | | |
| Patriarch Partners LLC | X | | X | |
| Pentwater Capital Management L P | | | | |
| Perry Corporation | | | X | |
| Phoenix Investment Counsel | | | | |
| Pioneer Investment Management Inc. | | | X | X |
| Plainfield Asset Management LLC | | | X | X |
| PPM America Incorporated | X | | | X |
| Primus Asset Management Inc. | | | | |
| Princeton Advisory Group Inc. | | | X | |
| Prudential Investment Management Inc | | | X | |
| Putnam Advisory Co LLC | | | | |
| Putnam Investment Management LLC | | | | |
| Quadrangle Group LLC | | | | |
| R3 Capital Management LLC | | | | |
| Rabobank Int'l | X | | | |
| Raven Asset Management LLC | | | | |
| Renaissance Reinsurance Limited | | | | |
| Riversource Investments LLC | | | X | |
| Royal Bank of Scotland plc | X | X | X | X |
| Sandell Asset Management Corporation | X | | X | |
| Sandelman Partners LP | | | | |
| Sankaty Advisors Bain Capital | | | X | X |
| Satellite Asset Management LP | | | | |
| Scoggin Capital management LP II | | | | |
| Scoggin International Fund LTD. | | | X | |
| Scoggin Worldwide Distressed Fund, LTD | | | | |
| Scotia Capital Inc. | | | X | |
| Security Management Company | | | | |
| SEG LP MA2, L.P. | | | | |
| SEG Latigo Master Fund Ltd. | | | | |
| SEIX Investment Advisors Incorporation | | | | |
| Seneca Capital Management | | | | |
| Serengeti Asset Management Limited Partnership | | | | |
| Silver Point Capital LP – FSG | X | | X | X |
| Silvermine Capital Management LLC | | | | |

**DEBTORS' PREPETITION LENDERS, CONTINUED**

| | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Smithwood Partners LLC | | | | |
| Societe Generale | X | | X | X |
| Special Situations Investing Group, Inc. | | | | |
| Stichting Pensioenfonds ABP – Portfolio 1211 | X | | X | X |
| Stone Harbor Investment Partners LP | | | | |
| Stone Tower Debt Advisors LLC | | | X | |
| Strategic Value Partners LLC | | | | |
| Sumitomo Mitsui Banking Corporation | X | | | |
| Sunrise Partners Limited Partnership | | | | |
| Swiss Reinsurance Company Ltd. | X | | X | X |
| Symphony Asset Management LLC | | | | |
| T2 Advisers LLC | | | | |
| Taconic Capital Advisors LLC | | | | |
| Taconic Capital Partners 1.5 LP | | | | |
| Taconic Market Dislocation Fund II LP | | | | |
| Taconic Market Dislocation Master Fund II LP | | | | |
| Taconic Opportunity Fund LP | | | | |
| Tall Tree Investment Management LLC | | | | |
| Talon Asset Management Inc. | | | | |
| TCW Asset Management Co. | | | X | |
| Templeton Global Investment Trust – Templeton Income Fund | | | | |
| The Norinchukin Bank | | | X | |
| Trimaran Advr LLC | | | | |
| Trusco-Ridgeworth Funds High Income Fund | | | | |
| Trusco-Ridgeworth Funds Strategic Income Fund | | | | |
| UBS AG | X | | X | X |
| UBS O'Connor LLC | X | | X | |
| Van Kampen Asset Management | | | | |
| Varde Investment Partners, L.P. | | | | |
| Varde Partners Inc. | | | | |
| Venor Capital Management LP | | | X | |
| VGE III Portfolio Ltd. | | | | |
| Viking Global Equities LP | | | | |
| Viking Global Equities II LP | | | | |
| Viking Global Performance LLC | | | | |
| W R Huff Asset Management | | | | |
| Wachovia Bank National Association | X | X | X | X |
| Waterstone Market Neutral Master Fund, Ltd. | | | | |
| Waterstone Market Neutral Mac51 Fund, Ltd. | | | | |
| Wells Capital Management Incorporated | | | | |
| Wells Fargo Foothill Inc. | X | | X | |
| West Gate Horizons Advisors LLC | | | | |
| Western Asset Management | | | | |

15

**DEBTORS' PREPETITION LENDERS, CONTINUED**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| WestLB AG |  |  |  |  |
| Whitehorse Capital Partners LP |  |  |  |  |
| Wilmington Trust Company – Delaware | X |  | X | X |
| York Capital Management | X |  |  |  |
| Z Capital Senior Debt Fund L P |  |  |  |  |
| Zohar II 2005-1 Ltd. |  |  |  |  |

**COUNTERPARTIES TO HEDGING AGREEMENTS**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Barclays Capital | X |  | X | X |

**AGENTS UNDER CREDIT AGREEMENTS**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| BANC OF AMERICA SECURITIES LLC | X | X | X | X |
| BANK OF AMERICA, N.A. | X | X | X | X |
| BARCLAYS BANK PLC | X |  | X | X |
| CITICORP NORTH AMERICA, INC. | X |  | X | X |
| CITIGROUP GLOBAL MARKETS, INC. | X | X | X | X |
| JPMORGAN CHASE BANK, N.A. | X | X | X | X |
| JPMORGAN SECURITIES, INC. | X |  | X | X |
| MERRILL LYNCH CAPITAL CORPORATION |  |  | X | X |
| MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC. | X | X | X | X |

**SIGNIFICANT HOLDERS OF DEBTORS' PREPETITION NOTES**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Aurelius Capital Management LP |  |  | X |  |
| Centerbridge Credit Advisors LLC |  |  |  |  |
| Centerbridge Partners, L.P. |  | X |  | X |

**INDENTURE TRUSTEES**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Deutsche Bank National Trust Company Americas | X |  | X | X |
| Law Debenture Trust Company of New York |  |  |  |  |

16

**FORMER INDENTURE TRUSTEES**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Bank of Montreal Trust Company | X |  |  |  |
| Bank of New York | X | X | X | X |
| Citibank, N.A. | X |  | X | X |
| First Interstate Bank of California | X |  | X |  |
| Wells Fargo Bank, N.A. | X | X | X | X |
| Wilmington Trust Company | X |  | X | X |

**PROFESSIONALS RETAINED BY PREPETITION LENDERS**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Davis Polk & Wardwell | X |  | X |  |
| Richards, Layton & Finger, P.A. | X |  |  |  |
| FTI Consulting | X | X | X | X |
| Kramer Levin Naftalis & Frankel LLP | X | X |  |  |
| Blackstone Advisory Services, L.P. |  |  |  |  |
| Wiley Rein LLP |  | X |  |  |

**PROFESSIONALS RETAINED BY POSTPETITION LENDERS**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Mayer Brown LLP | X | X | X | X |
| Edward Angell Palmer & Dodge LLP | X | X |  |  |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| J.P. Morgan Chase Bank, N.A. | X | X | X | X |
| Warner Brothers Television |  |  |  |  |
| Pension Benefit Guaranty Corporation |  |  | X |  |
| Merrill Lynch Capital Corporation |  |  | X | X |
| Vertis, Inc. |  |  |  |  |
| Washington-Baltimore Newspaper Guild |  |  |  |  |
| Wilmington Trust Company | X |  | X | X |
| William Niese |  |  |  |  |

LPD_10128364.1

**PROFESSIONALS RETAINED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Chadbourne & Parke LLP | X | | | |
| Landis Rath & Cobb LLP | | | | |
| AlixPartners, LLP | X | | X | |
| Moelis & Company LLC | | | | |
| Zuckerman Spaeder LLP | | | | |

**PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Alvarez & Marsal North America LLC | | | X | |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. | | | | |
| Deloitte & Touche LLP | X | X | X | X |
| Dow Lohnes, PLLC | | | | |
| Daniel J. Edelman, Inc. | X | | | |
| EPIQ Bankruptcy Solutions, LLC | | | | X |
| Ernst & Young | X | X | X | X |
| Jenner & Block LLP | X | | | X |
| Jones Day | X | | X | X |
| Lazard Freres & Co. | X | | X | X |
| McDermott Will & Emery LLP | X | | X | X |
| Mercer (US) Inc. | | | | |
| Paul Hastings Janofsky & Walker LLP | X | X | | X |
| PricewaterhouseCoopers LLP | X | | X | X |
| Reed Smith LLP | X | | | X |
| Seyfarth Shaw LLP | X | | | X |
| Sidley Austin LLP | X | X | | X |

**INSURANCE CARRIERS**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Ace American Insurance Company | X | | X | X |
| Allied World Insurance Company, Ltd (AWAC) | | | X | X |
| Axis Reinsurance Company | | | | |
| Chubb Atlantic Indemnity Ltd. | | | | |
| Executive Risk Indemnity Inc. (Chubb) | | | X | |
| Federal Insurance Company (Chubb) | | X | X | X |
| FM Global | | | | |
| Global Aerospace | | | | |
| The Hartford Insurance Group | X | | | |
| Illinois National Insurance Company (AIG) | | | X | |

**INSURANCE CARRIERS, CONTINUED**

| | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Indian Harbor Insurance/ESC (XL) | | | X | X |
| Lexington Insurance Company | X | X | X | X |
| Lloyd's | X | X | X | X |
| Multimedia Insurance Company | | | | |
| St. Paul Fire & Marine Insurance Company (Travelers) | X | | X | X |
| Scottsdale GL | | | | |
| XL Insurance (Bermuda) Ltd. | | | X | |
| Zurich American Insurance Company | X | | X | X |

**DEBTORS' MAJOR CUSTOMERS**

| | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| American Express Co | X | | X | X |
| Anheuser Busch | X | | X | X |
| Arby's Restaurants Ltd. | X | | X | |
| AT&T | X | X | X | X |
| AT&T (A) [2] | | | | |
| AT&T (B) [2] | | | | |
| Bank of America | X | X | X | X |
| Cablevision | X | X | X | X |
| Carl's Jr. Fast Food | | | | |
| Carmax | | | X | |
| Carnival Corp. | | | | |
| Circuit City | X | | X | X |
| Citigroup | X | X | X | X |
| Comcast | X | | X | X |
| Comcast Cable | X | | X | |
| Corinthian Schools | X | | X | |
| Countrywide Financial | X | | X | X |
| CP Chrysler Factory | | | | |
| CP Dodge Dealer Association | | | | |
| CP Jeep/Eagle Dealer Association | | | | |
| Dell | X | X | X | X |
| Disney – Buena Vista | X | | X | X |
| Domino's Pizza | X | | | |
| Dunkin Donuts | X | | X | X |
| Empire Home Services | | X | | |
| Everest College | | | | |
| Foodmaker/Jack in the Box | X | | X | |
| Ford | X | X | X | X |
| Ford Dealer Associations | | | | |
| Ford Mazda Factory | | | | |

19

## DEBTORS' MAJOR CUSTOMERS, CONTINUED

| | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| GE – Vivendi Universal | X | | | |
| GEICO | X | | X | X |
| General Mills | X | | X | |
| General Motors | X | X | X | X |
| Glaxo Smith Kline Beecham Welcome | X | X | X | X |
| GM Chevy Dealer Associations | | | | |
| GM Chevy Factors | | | | |
| GM General Motors Corp | X | X | X | X |
| Honda Acura Factory | | | | |
| Honda Dealer Associations | | | | |
| Honda Factory | | | | |
| Hyundai Dealer Associations | | | | |
| Issue Advertising – Political | | | | |
| ITT Educational Services | X | | X | |
| Johnson & Johnson | X | X | X | X |
| Kent Advertising | | | | |
| Kia Factory Motors | | | | |
| Kraft General Foods | X | | X | X |
| Liberty Travel | | | X | |
| Lincoln Technical Institute | | | | |
| Lowe's – Home Improvement | X | X | X | X |
| Maximum Coverage Media – Euro RSCG | X | X | X | |
| McDonalds – McDonald's | X | X | X | |
| Metro Cable | | | | |
| News America Publ'g FSI | X | X | X | X |
| News Corp | | | X | |
| News Corp – 20th Century Fox – Home - Theatrical | X | | | |
| Nissan Dealer Associations | | | | |
| Nissan Factory | | | | |
| Nissan Infiniti Factory | | | | |
| Pepsi – Pepsi Cola Various | X | | X | X |
| Pfizer | X | X | X | X |
| Political Advertiser | | | | |
| Procter & Gamble – P&G | X | X | X | X |
| Program Buy-Miscellaneous | | | | |
| Progressive Insurance | X | | X | |
| Quest Personals | | | | |
| Qwest Communications | X | | X | X |
| Raymour & Flanigan | | | | |
| Reckitt Benckiser | | | X | |
| Six Flags Great America Parks | X | | | |
| Sony Entertainment – Pictures – Columbia Tristar | | | | |
| Southwest Airlines | X | | X | |

20

**DEBTORS' MAJOR CUSTOMERS, CONTINUED**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Sprint/Nextel | X | X | X | X |
| Subway | X |  | X | X |
| Target Stores | X |  | X | X |
| T-Mobile | X | X | X | X |
| T-Mobile/Voice Stream | X | X | X | X |
| Toyota Dealer Associations |  |  |  |  |
| Toyota Lexus Dealer Associations |  |  |  |  |
| Toyota Local Dealers |  |  |  |  |
| TW New Line Cinema – Home Video |  |  |  |  |
| TW Time Warner | X |  | X | X |
| TW Warner Brothers |  |  | X |  |
| TW Warner Communications | X |  |  |  |
| U.S. Cellular | X | X | X | X |
| Valassis | X |  | X | X |
| Verizon Wireless | X | X | X | X |
| Verizon Wireless – Cellular | X | X | X | X |
| Viacom – Paramount | X |  | X |  |
| Volkswagen Factory |  |  |  |  |
| Wachovia Bank | X | X | X | X |
| Washington Mutual | X | X | X | X |
| Washington Mutual | X | X | X | X |
| Westwood College |  |  | X |  |
| White Castle |  |  | X |  |
| Yum Brands – Kentucky Fried Chicken | X |  | X | X |
| Yum Brands – Pizza Hut | X |  | X | X |
| Yum Brands – Taco Bell | X |  | X | X |

**PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Aaron Wider |  |  |  |  |
| Abner Boy Shepard Holy Ghost |  |  |  |  |
| Albert E. Brooke |  |  |  |  |
| Allen Francisco |  |  |  |  |
| Andrea Dworkin |  |  |  |  |
| Andrew Faggio |  |  |  |  |
| Andy Martin | X |  | X | X |
| Angel T. Haldeman |  |  |  |  |
| Anthony Conte |  |  |  |  |
| AP&J Building Maintenance |  |  |  |  |
| AR Sandri Inc. |  |  |  |  |
| Arco Gas Station | X |  |  |  |
| Artini-Zak Corporation, Inc. |  |  |  |  |
| Barbara Roessner |  |  |  |  |

21

**PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS, CONTINUED**

| | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Beneficial Innovations, Inc. | | | | |
| Bijan Kohanzad | | | | |
| Bill McNair | | | | |
| Body Solutions of Manhattan | | | | |
| Bonnie Cronin | | | | |
| Bruce Mickelson | | | | |
| CBS Broadcasting Inc. | | | X | X |
| CBS Radio Inc. | | | | |
| Charlemagne Louis-Charles | | | | |
| Charles Evans | | | | |
| City of New Haven | | | | |
| College Point Restaurant, Corp. | | | | |
| Corie Brown | | | | |
| Crab House of Douglaston, Inc. | | | | |
| Curtis Wallace | | | | |
| Dan Neil | | | | |
| Danial Mazurkewicz | | | | |
| Daniel Kohanof | | | | |
| David Kissi | | | | |
| Derrick Bell | | | | |
| Donald Sylvester | | | | |
| Douglas M. Guetzloe | | | | |
| Dylan Frederick Balbon Glorioso | | | | |
| East Coast Preferred Properties, Inc. | | | | |
| East Coast Realtors, Inc. | | | | |
| Eastern Financial Florida Credit Union | | | | X |
| Edd Arnett | | | | |
| Edgar Wilburn Jr. | | | | |
| Edward Arnett Johnson | X | | | |
| Edward Roeder | | | | |
| Electronic Imaging Systems of America, Inc. | X | | | |
| Elite Staffing Inc. | | | | |
| ET Week Publication, Inc. | | | | |
| Felicidad Balbon | | | | |
| First United Bank; Illinois Banking Corporate | X | | | |
| Gallagher's II | | | | |
| Gary Grant | X | | | |
| Gary Libow | | | | |
| Gary W. Garcia | | | | |
| George Liberman Enterprises, Inc. | | | | |
| George Spanos | | | | |
| Gerald Breimon | | | | |
| Gerald Posner | | | | |
| Geraldine A. Feichtel | | | | |
| Gerard E. Schultz | | | | |
| Grace M. Moreo | | | | |

**PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS, CONTINUED**

| | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Greenberg & Stein, LLP | | | | |
| Gutman Pain/Accident Center Inc. | | | | |
| Henry Weinstein | | | | |
| Herschel Collins | | | | |
| Hillard J. Quint | | | | |
| HTFC Corporation | | | | |
| Hustedt Chevrolet, Inc. | | | | |
| Hy-Ko Products Company | | | | |
| Isaiah Shannon | | | | |
| Jack Nelson | X | | X | X |
| Jacqueline Espinal | | | | |
| James Allen | X | | X | |
| James Gleick | | | | |
| Jay Feldman | | | | |
| Jay R. Serkin | | | | |
| Jayne Clement | | | | |
| Jennifer Faggio | | | | |
| Jesse Jackson | | | | |
| Jessy Thomas | X | | X | |
| Jill Hueckel | | | | |
| Jo Anne Lawson | | | | |
| John Gallant | | | | |
| John William Smithers, Sr. | | | | |
| Jon Robert Van Senus | | | | |
| Joseph DeSola | | | | |
| Joseph Mauro | | | | |
| Joyce Johnson | X | | X | |
| Julie Ficht | | | | |
| Keiffer J. Mitchell, Sr | | | | |
| Kevin Ealy | | | | |
| Kevin Grams | | | | |
| Letty Cottin Pogrebin | | | | |
| Lisa M. Leger | | | | |
| Loretta Grant | | | | |
| Louis Muscari | | | | |
| Luqman H Mohammed | | | | |
| Lynn Brenner | | | | |
| Mamie Hector | | | | |
| Marie Winn | | | | |
| Marion Milton | | | | |
| Mary Ann Sherman | | | | |
| Medically Speaking LLC | | | | |
| Michael Castleman, Inc. | | | | |
| Michael Cordts | | | | |
| Michael E. Gutman | X | | | |
| Michael W. Owens | | | | |
| Mike Gutman MD | | | | |
| Miriam Raftery | | | | |

23

**PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS, CONTINUED**

| | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Myron Levin | | | | |
| Neala Olson | | | | |
| Norton Giffis | | | | |
| P/K Associates, Inc. | | | | |
| Pamela Peyck | | | | |
| Parallel Productions, Inc. | | | | |
| Park Avenue Aesthetic Surgery, PC | | | | |
| Parren J. Mitchell | | | | |
| Paul Newer | | | | |
| Paula McDonald | X | | | |
| Pearl Evans | | | | |
| Penelope Henderson | | | | |
| R. L. Wilson | X | | X | X |
| Rachel De Maso | | | | |
| Realty Executives | | | X | X |
| Reed Simpson | | | | |
| Richard Shannon | | | | X |
| Robert E. Treuhaft and Jessica L. Treuhaft Trust | | | | |
| Robert Lacey | | | X | |
| Robin Vaughan | | | | |
| Ron Bon Pub, Inc. | | | | |
| Ronald Hayman | | | | |
| Scott A. Russo | | | | |
| Sean Serrao | | | | |
| Shirley Ann Smithers | | | | |
| Simone Ano Conigliaro | | | | |
| Southern Connecticut Newspapers, Inc. | | | | |
| Spectron Site Group | | | | |
| Tac Catering, Inc. | | | | |
| Taki House, Inc. | | | | |
| The Authors Guild, Inc. | | | | |
| The Bikini Network.com | | | | |
| The National Writers Union | | | | |
| Thomas L. Knight | X | | | |
| Tom Dunkel | | | | |
| TV Guide Online, Inc. | | | | |
| TV Guide Online, LLC | | | | |
| Tweeter Home Entertainment Group | X | | | |
| TWTR, Inc. | | | | |
| U.S. Bank National Association | X | X | X | X |
| Victor Cruz | | | | |
| Victoria Vogel | | | | |
| VW Sterling Corporation | | | | |
| Walter Roche, Jr. | | | | |
| Warren Beatty | | | | |

24

## DEBTORS' SIGNIFICANT LANDLORDS

| | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| 1920 Colorado, Inc. | | | | |
| 20 Church Street, LLC | | | | |
| 220 News Building LLC | | | | |
| 220 News LLC c/o The Witkoff Group LLC | | | | |
| 9090 Enterprises | | | | |
| BBL Tribune, Inc. | | | | |
| BKM 3128 Redhill Associates LLC | | | | |
| Boca Warehousing, Inc. | | | | |
| Braver and Sauer Investments | | | | |
| Canyon Corporate Centre, Ltd. | | | | |
| Carson Dominguez Properties, LP | | | | |
| Catellus Development Corporation | | | | |
| Davis Partners LLC | | | | |
| Duke Realty Limited Partnership | | | X | X |
| Duke York Road, LLC c/o Duke Realty Corp. | | | | |
| Forest Lawn Cemetery Association | | | | |
| Galleria Operating Co., LLC | | | | |
| IAC Aviation LLC | | | | |
| Isadore Samuel Socransky & Socransky Family Trust | | | | |
| J. Ahzaraba Investors LLC | | | | |
| JKS-CMFV, LLC | | | | |
| L&L Holding Company, LLC | | | | |
| L&L Realty LLC | | | | |
| L/B Via Colinas LLC | | | | |
| Lauderdale River, Inc. | | | | |
| LIT Finance L.P. | | | | |
| Luc and Shirley Matila | | | | |
| Majestic Realty Co. and Yorba Linda Sub, LLC | | | | |
| N&S Butters | | | | |
| North Hills Industrial Park, Inc. | | | | |
| Northlake Property, LLC | | | | |
| Penzance 2121 Wisconsin Ave., LLC | | | | |
| Realty Associates Fund VIII LP | | | X | |
| Richard and Grace Dickman | | | | |
| RR Crane Investment Corporation | | | | |
| Santa Monica HSR L.P. c/o The Beacon Companies | | | X | |
| Symbiont, L.P. | | | | |
| The Cracchiolo Group, LP | | | | |
| The J. David Gladstone Institutes | X | | | |
| The Richlar Partnership | | | | |

**DEBTORS' SIGNIFICANT LANDLORDS, CONTINUED**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Trio Associates |  |  |  |  |
| Viola Industries |  |  |  |  |
| Vornado 330 West 34th Street LLC |  |  |  |  |
| Wells Fargo Bank, N.A. | X | X | X | X |
| Woodies Holding, LLC |  |  |  |  |
| Zellwin Farms Company |  |  |  |  |

**JUDGES OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Kevin J. Carey |  |  |  |  |
| Judith K. Fitzgerald |  |  |  |  |
| Kevin Gross |  |  |  |  |
| Brendan L. Shannon |  |  |  |  |
| Peter J. Walsh |  |  |  |  |
| Mary F. Walrath |  |  |  |  |
| Christopher S. Sontchi |  |  |  |  |

**OFFICE OF THE UNITED STATES TRUSTEE**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| David Buchbinder |  |  |  | X |
| Jane Leamy |  |  |  | X |
| Joseph McMahon |  |  |  | X |
| Mark Kenney |  |  |  | X |
| Richard Schepacarter |  |  |  | X |
| Roberta A. DeAngelis |  |  |  |  |
| William K. Harrington |  |  |  | X |

**ESOP TRUSTEE**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| GreatBanc Trust Company |  |  |  |  |

**ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTION**

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| EGI-TRB, L.L.C. |  |  |  |  |
| Sam Investment Trust |  |  |  |  |
| Tribune Employee Stock Ownership Plan |  |  |  |  |
| TESOP CORPORATION |  |  |  |  |
| GOLDMAN SACHS & CO. | X | X | X | X |

26

## SIGNIFICANT FORMER SHAREHOLDERS

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| CANTIGNY FOUNDATION |  |  |  |  |
| CHANDLER TRUST NO. 1 |  |  |  |  |
| CHANDLER TRUST NO. 2 |  |  |  |  |
| Robert R. McCormick Tribune Foundation |  |  |  |  |
| TMCT, LLC |  |  |  |  |
| TMCT II, LLC |  |  |  |  |

## MAJOR HOLDERS OF PHONES

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Camden Partners |  |  |  |  |
| Citadel Investment Group LLC | X |  | X | X |
| Sandelman Partners LP |  |  |  |  |
| SuttonBrook Capital Management LP |  |  |  |  |

## COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| FREEDOM COMMUNICATIONS, INC. |  |  | X |  |
| GANNETT CO., INC. | X |  | X | X |
| HEARST CORPORATION | X |  | X |  |
| SUNBEAM TELEVISION CORPORATION |  |  |  |  |
| TARGET MEDIA PARTNERS |  |  |  |  |

## JOINT VENTURE PARTNERS

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| GANNETT CO., INC. | X |  | X | X |
| THE MCCLATCHY CO., INC. |  |  |  |  |
| MEDIANEWS GROUP, INC. | X |  |  |  |
| MICROSOFT CORPORATION | X |  | X | X |

LPD_10128364.1

## OTHER

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| EQUITY GROUP INVESTMENTS LLC | X | | | |

## EQUITY METHOD INVESTMENTS

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| CAREERBUILDER, LLC | | | X | |
| CALIFORNIA INDEPENDENT POSTAL SYSTEMS | | | | |
| CLASSIFIED VENTURES, LLC | | | | |
| COMCAST SPORTSNET CHICAGO | | | | |
| CONSUMER NETWORKS | | | | |
| LEGACY.COM | | | X | |
| METROMIX, LLC | | | | |
| SHOPLOCAL, LLC | | | | |
| TOPIX, LLC | | | | |
| TELEVISION FOOD NETWORK, G.P. | | | X | |

## COUNTERPARTIES TO FORMATION AGREEMENT

|  | Client | Client Affiliated | Adverse & Adverse Affiliated | Other Involved |
|---|---|---|---|---|
| Chicago Cubs Dominican Baseball Operations, LLC | | X | | |
| Tribune CNLCB, LLC (f/k/a Chicago National League Ball Club, LLC) | | X | | |
| Diana-Quentin, LLC | | | | |
| RAC Education Trust OSA, LLC | | | | |
| Ricketts Acquisition LLC | | | | |
| Tribune Company | X | | X | X |
| Tribune Sports Network Holdings, LLC | | | | |
| Wrigley Field Premium Ticket Services, LLC | | X | | |

CHI 4552169v.2