# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**TRIBUNE COMPANY, et al.,**[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>Ref Nos. 5653-5655, 5660, 5661, 5663, 5685-5688, 5700 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK    )

JUSTINA BETRO, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On September 17, 2010, I cause to be served:

   a. personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2) or (4)," ("Personalized Transfers (e)(2) or (4)"), a sample of which is annexed hereto as <u>Exhibit A</u>, and

   b. personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(1) or (3)," ("Personalized Transfers (e)(1) or (3)"), a sample of which is annexed hereto as <u>Exhibit B</u>,

   by causing true and correct copies to be served as follows:

   (i) Personalized Transfers (e)(2) or (4), enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit C</u>, and

   (ii) Personalized Transfers (e)(1) or (3), enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Justina Betro

Sworn to before me this
17th day of September, 2010

_____
Notary Public

TIME DARDEN
Notary Public, State Of New York
No. 01DA6198919
Qualified In Kings County
Commission Expires January 5, 2013

# **Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, et al.,** | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Ref. Docket No. 5654 & 5655 |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (2)**

To:   PRINTING CORPORATION OF THE AMERICAS INC.
       620 SOUTHWEST 12TH AVENUE
       POMPANO BEACH, FL 33069

Your claim, in the amount of **$6,350.00** has been transferred, unless previously expunged by Court Order, to:

   LONGACRE OPPORTUNITY FUND, L.P.
   ATTN: VLADIMIR JELISAVCIC
   810 SEVENTH AVENUE, 33RD FLOOR
   NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

   UNITED STATES BANKRUPTCY COURT
   DISTRICT OF DELAWARE
   824 NORTH MARKET STREET, 3RD FLOOR
   WILMINGTON, DE 19801

Send a copy of your objection to the transferee.

Refer to docket number 5654 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

*/s/ Justina M. Betro*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on September 17, 2010.

**Exhibit B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**TRIBUNE COMPANY, <u>et</u> <u>al.</u>,**<br>　　　　　　　**Debtors.** | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>**Jointly Administered**<br>**Ref. Docket No. 5653** |

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. 3001 (E) (1)

To:　　PRINTING CORPORATION OF THE AMERICAS INC.
　　　　620 SOUTHWEST 12TH AVENUE
　　　　POMPANO BEACH, FL 33069

Your claim, in the amount of **$14,176.97** has been transferred, unless previously expunged by Court Order, to:

　　　　LONGACRE OPPORTUNITY FUND, L.P.
　　　　ATTN: VLADIMIR JELISAVCIC
　　　　810 SEVENTH AVENUE, 33RD FLOOR
　　　　NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim. However, if you object to the transfer of your claims, within 21 days of the date of this notice you must file a written objection to the transfer with:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee.

Refer to docket number <u>5653</u> in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.

*/s/ Justina M. Betro*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).

FOR EPIQ USE ONLY:　　This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage pre-paid on <u>September 17, 2010.</u>

# **Exhibit C**

**TRB TRANSFER NTC 9-17-10**
BRANDOW AND JOHNSTON ASSOICATES
444 S FLOWER STREET, SUITE 400
LOS ANGELES, CA 90071-2917

**TRB TRANSFER NTC 9-17-10**
ASM CAPITAL III, L.P.
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

**TRB TRANSFER NTC 9-17-10**
PRINTING CORPORATION OF THE AMERICAS INC.
620 SOUTHWEST 12TH AVENUE
POMPANO BEACH, FL 33069

**TRB TRANSFER NTC 9-17-10**
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

**TRB TRANSFER NTC 9-17-10**
FIRST ALLIED CORP
9601 WILSHIRE BLVD.
BEVERLY HILLS, CA 90210

**TRB TRANSFER NTC 9-17-10**
LONGACRE OPPORTUNITY FUND, L.P.
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

**TRB TRANSFER NTC 9-17-10**
DIALCAR INC.
2104 AVENUE X
BROOKLYN, NY 11235

**TRB TRANSFER NTC 9-17-10**
J. KATE STICKLES, ESQ.
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801

**Exhibit D**

TRB TRANSFER NTC 9-17-10
PRINTING CORPORATION OF THE AMERICAS INC.
620 SOUTHWEST 12TH AVENUE
POMPANO BEACH, FL 33069

TRB TRANSFER NTC 9-17-10
UNITED STATES DEBT RECOVERY V LP
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

TRB TRANSFER NTC 9-17-10
LONGACRE OPPORTUNITY FUND, L.P.
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

TRB TRANSFER NTC 9-17-10
R.S. HURSTHOUSE & ASSOC.
751 N. BOLINGBROOK DR.
BOLINGBROOK, IL 60440

TRB TRANSFER NTC 9-17-10
MARCH OF DIMES
NORTHEASTERN NEW YORK DIVISION
ALBANY, NY 12205

TRB TRANSFER NTC 9-17-10
BLUE HERON MICRO OPPORTUNITIES FUND, LLP
ATTN: CLAIMS PROCESSING DEPARTMENT
PO BOX 14610
SURFSIDE BEACH, SC 29587

TRB TRANSFER NTC 9-17-10
CREDITOR LIQUIDITY, LP
200 BUSINESS PARK DRIVE, SUITE 200
ARMONK, NY 10504

TRB TRANSFER NTC 9-17-10
FMP DIRECT INC.
1019 W PARK AVE
LIBERTYVILLE, IL 60048

TRB TRANSFER NTC 9-17-10
FIRESIDE HEARTH AND HOME
9040 JUNCTION DRIVE
ANNAPOLIS, MD 20701

TRB TRANSFER NTC 9-17-10
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 HOTEL CIRCLE SOUTH, SUITE 310
SAN DIEGO, CA 92108

**TRB TRANSFER NTC 9-17-10**
GILCHRIST FEATURES
20 BRISTOL DR.
CANTON, CT 06019-2214

**TRB TRANSFER NTC 9-17-10**
ASM CAPITAL III, L.P.
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

**TRB TRANSFER NTC 9-17-10**
J. KATE STICKLES, ESQ.
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801