# EXHIBIT A

## PROTOCOL FOR COMMITTEE PROFESSIONALS' PARTICIPATION IN MEDIATION IN *IN RE TRIBUNE CO.*, CASE NO. 08-13141 (KJC)

Consistent with the Order of the Court dated September 21, 2010 [Docket No. 5761], the following protocol shall be followed regarding delineation of responsibilities between Chadbourne & Parke and Zuckerman Spaeder at the Mediation presently scheduled to commence on September 26, 2010 at 9:30 a.m.

Chadbourne & Parke, in its role as general bankruptcy counsel to the Committee, shall participate in the mediation and negotiations in connection with issues relating to a plan of reorganization and the resolution of the LBO Claims (which shall include claims against the senior LBO lenders, the directors and officers of the Debtors, shareholders of the Company who were bought out as a result of the LBO, and financial and other advisors to the Debtors in connection with the LBO). In addition, and consistent with the Committee's resolution in connection with Chadbourne & Parke's and Zuckerman Spaeder's participation in the Mediation:

- Zuckerman Spaeder is to be directly involved in all mediation sessions and in settlement discussions with respect to the LBO Claims. Zuckerman Spaeder and Chadbourne & Parke are to coordinate their activities in connection with the mediation and settlement negotiations;

- Zuckerman Spaeder will advise the Committee directly in connection with the merits of the positions that are taken by parties in the mediation and settlement discussions with respect to the possible resolution of the LBO Claims; and

- Zuckerman Spaeder should, as appropriate, provide an assessment of the value of particular LBO Claims as such assessments become relevant to issues that are addressed in the mediation and settlement discussions.

{698.001-W0009735.}