# **EXHIBIT A**

46429/0001-7019753v1

# Tribune Company

Ordinary Course Professional Fees
Three Month Summary by Firm
For the Three Months Ended May-10

Tribune Company
**Ordinary Course Professional Fees**
(in whole $'s)

## Three Month Summary by Firm
### May-10

| Firm | Service Provided | Invoiced Fees Mar-10 | Apr-10 | May-10 | Total | Invoiced Expenses Mar-10 | Apr-10 | May-10 | Quarterly Expenses | Rolling Periods | Monthly Cap | Rolling Cap | Remaining Retainer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ajalat Polley Ayoob Matarese | Tax law counsel | - | - | - | - | - | - | - | - | 3 | 25,000 | 75,000 | - |
| Allen Matkins Leck Gamble Mallory LLP | Real estate counsel | - | 1,463 | - | 1,463 | - | - | - | - | 3 | 10,000 | 30,000 | - |
| BKD | Accounting consultant | - | 139 | - | 139 | - | - | - | - | 3 | 8,000 | 24,000 | - |
| Bostwick & Jassy LLP | First Amendment and business law litigation counsel | 2,925 | - | - | 2,925 | - | - | - | - | 3 | 15,000 | 45,000 | - |
| | | 5,621 | 6,416 | - | 12,037 | 81 | 686 | - | 766 | | | | |
| Brown, Schults Seridan & Fritz | Accounting consultant | 200 | - | - | 200 | - | - | - | - | 3 | 1,000 | 3,000 | - |
| BuchalterNemer P.C. | Los Angeles Times counsel | 12,674 | 2,172 | - | 14,846 | 253 | 24 | - | 277 | 3 | 25,000 | 75,000 | - |
| Cadence Law Group LLP | Internet and technology law transactional counsel | 585 | - | - | 585 | - | - | - | - | 3 | 15,000 | 45,000 | - |
| California Credits Group LLC | Tax consultant | 22,548 | - | - | 22,548 | - | - | - | - | 3 | 20% | 20% | - |
| D Park Smith & Associates | Collections counsel | 1,262 | 2,968 | 1,133 | 5,362 | - | - | - | - | 3 | 15% | 15% | - |
| Davis Wright Tremaine | First Amendment, internet, telecommunications counsel | 59,507 | 14,620 | - | 74,127 | 2,766 | 628 | - | 3,394 | 2 | 50,000 | 100,000 | - |
| Day Pitney LLP | Primary employment litigation counsel for the Hartford Courant | 432 | - | - | 432 | - | - | - | - | 3 | 10,000 | 30,000 | - |
| Emery Celli Brinckerhoff & Abady LLP | Litigation counsel for legacy Newsday liabilities | - | 868 | - | 868 | - | - | - | - | 3 | 30,000 | 90,000 | - |
| Gray Robinson, P.A. | Patent prosecution | 6,160 | 4,228 | - | 10,388 | - | - | - | - | 3 | 15,000 | 45,000 | - |
| Gerald K White And Associates Pc | Patent prosecution counsel for ForSaleByOwner.com (as relates to mechanical inventions) | - | 4,720 | - | 4,720 | - | 1,329 | - | 1,329 | 3 | 15,000 | 45,000 | - |
| Grant Thornton | Tax consultant | 1,987 | - | - | 1,987 | 98 | - | - | 98 | 3 | 40,000 | 120,000 | - |
| Gross Mcginley Labarre And Eaton | Business and employment litigation counsel for the Allentown Morning Call | 3,855 | 3,358 | 2,132 | 9,344 | - | - | - | - | 3 | 10,000 | 30,000 | - |
| Heigle & Associates | Counsel to WBNO | - | 1,250 | - | 1,250 | - | - | - | - | 3 | 5,000 | 15,000 | - |
| Hendershot Intelectual Property Law | Intellectual property counsel for publishing and broadcasting business segments | 2,738 | 1,950 | - | 4,688 | - | - | - | - | 3 | 10,000 | 30,000 | - |
| Hinckley, Allen & Snyder | General litigation, First Amendment, and media law counsel for Hartford Courant | 7,514 | 15,607 | - | 23,121 | - | - | - | - | 3 | 25,000 | 75,000 | - |
| Hinshaw & Colbertson LLP | Employment litigation / Worker's compensation counsel | 958 | - | - | 958 | - | - | - | - | 3 | 5,000 | 15,000 | - |
| Hogan & Hartson LLP | Media law counsel (local marketing and shared services agreements for broadcasting stations) | - | 454 | - | 454 | - | - | - | - | 2 | 50,000 | 100,000 | - |
| Holland & Knight LLP | Primary patent prosecution counsel as relates to online and technical processes | 6,021 | 7,683 | 6,416 | 20,121 | 134 | 19 | 15 | 168 | 3 | 25,000 | 75,000 | - |
| Horwood Marcus & Berk | Tax counsel | 25,611 | 26,025 | - | 51,636 | - | 3,018 | - | 3,018 | 3 | 45,000 | 135,000 | - |
| Hunton & Williams | Employment litigation counsel for Florida operations | 6,993 | - | - | 6,993 | - | - | - | - | 3 | 5,000 | 15,000 | - |
| Jackson Walker LLP | First Amendment litigation counsel | - | 4,448 | - | 4,448 | - | 163 | - | 163 | 3 | 15,000 | 45,000 | - |
| Johnson & Bell | Litigation counsel for Chicago Tribune Company | 160 | - | 110 | 270 | - | - | - | - | 3 | 20,000 | 60,000 | - |
| King Blackwell Downs & Zehnder Pa | Litigation counsel for the Orlando Sentinel | - | - | 829 | 829 | - | - | 2 | 2 | 3 | 30,000 | 90,000 | - |
| KPMG LLP | Tax consultant | - | 51,117 | - | 51,117 | - | - | - | - | 3 | 45,000 | 135,000 | - |
| Levine Sullivan Koch & Schulz LLP | First Amendment counsel | 17,526 | 34,061 | - | 51,587 | 2,569 | 653 | - | 3,221 | 2 | 50,000 | 100,000 | - |
| Mandell Menkes Llc | Intellectual Property contracts counsel (overflow) | 428 | 1,193 | 1,238 | 2,858 | 38 | 1 | 142 | 181 | 3 | 10,000 | 30,000 | - |
| McCusker, Anselmi, Rosen & Carvelli, P.C. | Litigation counsel | 2,178 | 10,239 | - | 12,417 | 17 | - | - | 17 | 3 | 10,000 | 30,000 | - |
| Miller Kaplan Arase And Co | Accounting consultant | 455 | 7,835 | 5,000 | 13,290 | - | - | - | - | 3 | 10,000 | 30,000 | - |
| Morgan Lewis & Bockius | Labor, employee benefits and employment litigation counsel; Insurance counsel | 4,668 | 2,332 | - | 7,000 | - | - | - | - | 2 | 50,000 | 100,000 | - |
| Novian And Novian LLP | Transactional counsel to Tribune Entertainment Company | 320 | - | - | 320 | - | - | - | - | 2 | 50,000 | 100,000 | - |
| Offit Kurman & Alms Pa | Labor law & litigation counsel for the Baltimore Sun | 6,402 | 7,964 | - | 14,366 | 780 | - | - | 780 | 3 | 10,000 | 30,000 | - |
| Orrick, Herrington & Sutcliffe LLP | Corporate law counsel | 239 | 1,369 | 216 | 1,824 | - | - | - | - | 3 | 3,000 | 9,000 | - |

Tribune Company
**Ordinary Course Professional Fees**
(in whole $'s)

## Three Month Summary by Firm
### May-10

| Firm | Service Provided | Invoiced Fees | | | | Invoiced Expenses | | | Quarterly Expenses | Rolling Periods | Monthly Cap | Rolling Cap | Remaining Retainer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Mar-10 | Apr-10 | May-10 | Total | Mar-10 | Apr-10 | May-10 | | | | | |
| Payne & Fears, LLP | Employment litigation counsel for the Los Angeles Times | 314 | 57 | - | 371 | - | - | - | - | 3 | 12,500 | 37,500 | 3,745 |
| Ram & Olson LLP | First Amendment and contract counsel | 1,381 | 2,226 | 5,087 | 8,694 | - | 10 | - | 10 | 3 | 10,000 | 30,000 | - |
| Saul Ewing LLP | Litigation and business counsel for the Baltimore Sun | 757 | 3,872 | - | 4,628 | - | - | - | - | 3 | 5,000 | 15,000 | - |
| Sedwick, Detert, Moran & Arnold, LLP | Litigation counsel | - | 989 | - | 989 | - | - | - | - | 3 | 20,000 | 60,000 | - |
| Sonnenschein Nath & Rosenthal | First Amendment counsel /general litigation counsel/ Outsourcing counsel (drafting and negotiation) | 37,838 | 7,888 | - | 45,725 | - | - | - | - | 2 | 50,000 | 100,000 | - |
| Thomas & LoCicero Pl | Primary media law and First Amendment counsel for publishing and broadcasting operations in Florida | 26,562 | 17,933 | 12,138 | 56,634 | 509 | 509 | 226 | 1,244 | 2 | 50,000 | 100,000 | - |
| Thompson Coburn Fagel Haber | Patent litigation counsel | 3,292 | 820 | - | 4,112 | 420 | - | - | 420 | 3 | 35,000 | 105,000 | - |
| True Partners Consulting LLC | Tax consultant | - | 6,000 | - | 6,000 | - | - | - | - | 3 | 15,000 | 45,000 | - |
| Volk, Phyllis | Real estate counsel | 4,920 | 6,260 | 4,040 | 15,220 | - | - | - | - | 3 | 20,000 | 60,000 | - |
| Welborn Sullivan Meck & Tooley | Environmental counsel for Denver operations | 1,141 | 140 | - | 1,281 | - | - | - | - | 3 | 10,000 | 30,000 | - |
| Wildman, Harrold, Allen & Dixon LLP | Collections counsel | 1,997 | 1,787 | - | 3,784 | - | - | - | - | 3 | 15,000 | 45,000 | - |
| Willcox & Savage Pc | Antitrust and litigation/Media law and First Amendment counsel to the Daily Press | 240 | - | - | 240 | 1 | - | - | 1 | 3 | 10,000 | 30,000 | - |
| Young, Sommer, Ward, Ritzenberg, | Environmental counsel for Hartford, Baltimore, and New York operations | 55 | - | 385 | 440 | - | - | - | - | 3 | 15,000 | 45,000 | - |
| Zulkie Partners LLC | Principal immigration law counsel | 6,197 | - | 5,368 | 11,564 | - | - | 190 | 190 | 3 | 5,000 | 15,000 | - |
| **Total** | | **284,658** | **262,445** | **44,090** | **591,193** | **7,666** | **7,039** | **575** | **15,280** | | | | **3,745** |

**Notes:**

Tribune Company professional fee payment process adheres to the criteria defined in the Bankruptcy Court's Ordinary Course Professional (OCP) order. Tribune's payment processing requirements include: (i) an affidavit to be filed, (ii) confirmed balances agree to Tribune records or be reconciled, and (iii) invoices must be approved by Tribune. We experienced an increase in eligible firms in the current period and expect increases in payments in subsequent periods as further affidavits are received and reconciled pursuant to the process described herein.

Pursuant to the OCP order, Tribune intends to pay 100% of the invoiced postpetition fees, up to the monthly cap established for each OCP, over a three-month rolling average for OCPs with a limit of less than $50,000 and over a two month rolling average for OCPs with a $50,000 monthly fee cap.

On a monthly basis, Tribune has reported its proposed OCP payments to the Office of the United States Trustee and the Official Committee of Unsecured Creditors, as required by the OCP order. Tribune received no objections to the payments reflected herein. As firms become eligible for payment, Tribune will seek payment approval for all postpetition invoices, including those invoices received for fees incurred outside of the current monthly period and for fees incurred outside of the current rolling cap measurement period. In the event payment is requested for fees incurred outside of the current rolling period or outside of the current monthly period (which in either case may include fees in addition to fees requested and/or paid in prior invoices), Tribune factors such proposed payments into the rolling cap calculations herein.

The Rolling Cap column is intended to provide visibility to the rolling cap calculation. Firms with a percentage, instead of a whole number, in the Monthly Cap or Rolling Cap columns have been retained on a contingency fee basis and do not have a dollar amount for their rolling cap.

Any firm that exceeds its rolling cap amount may apply to the Bankruptcy Court for approval of such fees. OCP payments made pursuant to an order of the Bankruptcy Court for amounts incurred that exceeded such OCP's applicable monthly cap are not reported herein. In the event any firm exceeds or expects to exceed the applicable monthly cap on an ongoing basis, Tribune may file a supplemental request, on notice to the Office of the United States Trustee and the Official Committee of Unsecured Creditors, to raise such cap, or may seek the retention of such firm by separate application to the Bankruptcy Court.