# EXHIBIT A

# Declaration of Christopher L. Meazell

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

<u>**DECLARATION OF CHRISTOPHER L. MEAZELL**</u>

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Fifteenth Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period August 1, 2010 through August 31, 2010 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Fifteenth Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.

5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 24th day of September, 2010.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## AUGUST 1 - AUGUST 31, 2010

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate [1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 0.7 | 175.00 |
| Christina H. Burrow | Member (since 2002); Communications; 1994 (DC) & 1993 (VA) | 530 | 38.2 | 20,246.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 725 | 57.3 | 41,542.50 |
| Robert J. Folliard | Associate (since 2005); Communications; 2006 (DC) & 2005 (VA) | 340 | 0.3 | 102.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 650 | 87.3 | 56,745.00 |
| Gary S. Lutzker | Member (since 2003); Communications; 1994 (NY) & 1997 (DC) | 530 | 18.4 | 9,752.00 |
| Laurie J. McCarty | Communications Specialist (since 2010); n/a | 275 | 38.5 | 10,587.50 |
| Christopher L. Meazell | Senior Counsel (since 2009); Litigation & Bankruptcy; 2001 (GA); | 400 | 11.0 | 4,400.00 |
| Jason E. Rademacher | Associate (since 2000): Communications; 2000 (DC) & 2000 (WI) | 440 | 6.0 | 2,640.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 625 | 30.6 | 19,125.00 |
| Derek H. Teslik | Associate (since 2007): Communications; 2008 (NY) & DC (2009) | 280 | 49.3 | 13,804.00 |
| David J. Wittenstein | Member (since 1990); Media & I.P.; 1981 (DC) & 1982 (GA) | 675 | 0.5 | 337.50 |

**TOTALS** 338.1 179,456.50
**BLENDED RATE** 530.7793552

[1]   The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Dow Lohnes' current billing rates that became effective on January 1, 2010 and continuing until Dow Lohnes' next Firm-wide rate adjustment will be $725 per hour.

### COMPENSATION BY PROJECT CATEGORY
### FOR THE PERIOD FROM
### AUGUST 1 - AUGUST 31, 2010

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 327.1 | 175,056.50 |
| Fee Applications 08656.0101 | 11.0 | 4,400.00 |
| Travel Time  08656.0102 (with 50% discount) | 0 | 0 |
| **TOTAL** | **338.1** | **179,456.50** |

# ℧ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law                                                             T  202.776.2000  F  202.776.2222
Washington, DC  |  Atlanta, GA

---

September 25, 2010                                                          Page 1

Tribune Company                                                    Invoice 530154
Don Liebentritt, Esq.
Chief Restructuring Officer
2 Park Avenue
Suite 1850
New York, NY   10016

Our File # 08656.0100          For Services Through August 31, 2010
FCC/Broadcast Matters

| | | |
|---|---|---|
| 08/02/10 | Review Plan supplement for needed updates to FCC application (1.6); correspondence with lender's FCC counsel re same (0.3); revise Alvarez flow chart of equity allocation process (0.7); correspondence with Sidley and Alvarez re same (0.9). | |
| | C. Burrow | 3.50 hrs. |
| 08/02/10 | Review FCC's AllVid notice of inquiry. | |
| | D. Teslik | 0.80 hrs. |
| 08/02/10 | Telephone conference with Wiley re FCC applications (0.4); telephone conference with S. Sheehan re FCC and Hill lobbying efforts (0.4); meeting with B. Kreisman (FCC) and C. Pendarvis (FCC) re status of FCC applications and waivers (1.5); work on FCC filing re FCC staff meeting (0.6); work on amendment re Plan (0.6). | |
| | J. Feore | 3.50 hrs. |
| 08/02/10 | Review issues re proposed amendment to include Plan supplement. | |
| | J. Logan | 0.40 hrs. |
| 08/02/10 | Review re preparation and schedule for regulatory fees and related waiver (0.5); email exchanges with client re same (0.3); review and email CFA/CU brief re media ownership to client (0.3). | |
| | M. Swanson | 1.10 hrs. |
| 08/03/10 | Correspondence with lender's FCC counsel re equity allocation flow chart (0.8); review FCC filing issues re Plan supplement and amended Plan of Reorganization (0.9); review FCC timing issues re change in bankruptcy court schedule (0.8); correspondence with Sidley re same (0.7). | |
| | C. Burrow | 3.20 hrs. |

September 25, 2010                                                          Page 2

Tribune Company                                                    Invoice 530154

| 08/03/10 | Review comments submitted in response to FCC's AllVid notice of inquiry. | |
|---|---|---|
| | D. Teslik | 3.10 hrs. |

| 08/03/10 | Preparation of ex parte letter regarding meetings between J. Feore, R. Wiley (lenders' counsel) and FCC staff regarding applications to transfer broadcast licenses in bankruptcy (1.2); file ex parte letter regarding same (0.3); correspondence with FCC staff regarding same (0.2). | |
|---|---|---|
| | J. Rademacher | 1.70 hrs. |

| 08/03/10 | Telephone conference with Wiley re FCC meeting and follow-up (0.4); telephone conference with S. Sheehan re FCC application processing (0.4); review ex parte filing with FCC re FCC staff meeting (0.9); review and revise amendment re Plan supplement and updates to application per FCC requests (1.3); review court filings re possible FCC updates (0.5). | |
|---|---|---|
| | J. Feore | 3.50 hrs. |

| 08/03/10 | Review full examiner's report re FCC application issues. | |
|---|---|---|
| | J. Logan | 1.80 hrs. |

| 08/03/10 | Review re examiner's report for effect on FCC applications (0.8); review re changes to news programming (0.3). | |
|---|---|---|
| | M. Swanson | 1.10 hrs. |

| 08/04/10 | Review issues re share allocation process (0.8); telephone conference with lender's FCC counsel re same (0.5); correspondence with lender's FCC counsel, Sidley and Alvarez re same (1.4); review foreign ownership certification process (0.7); review FCC filing issues for revised Plan (0.4). | |
|---|---|---|
| | C. Burrow | 3.80 hrs. |

| 08/04/10 | Telephone conference with Wiley re follow-up to FCC filings (0.3); review draft amendment to applications and update re Tribune information (1.0); telephone conference with counsel for creditors committee re FCC filings (0.2); review FCC filings (0.5). | |
|---|---|---|
| | J. Feore | 2.00 hrs. |

| 08/04/10 | Review revised allotment flow chart for foreign ownership compliance (0.5); telephone conference with W. Johnsen and M. Heller re revised flow chart for allotments to achieve foreign ownership compliance (0.5). | |
|---|---|---|
| | J. Logan | 1.00 hrs. |

| 08/04/10 | Review status of Plan amendment filing (0.1); update draft applications regarding same (1.6). | |
|---|---|---|
| | L. McCarty (Practice Group Professional) | 1.70 hrs. |

| 08/04/10 | Review re amendments/changes to application (0.9); review re strategy for preparation of AllVid comments (0.5); review re examiner's report (2.0). | |
|---|---|---|
| | M. Swanson | 3.40 hrs. |

September 25, 2010                                                                          Page 3

Tribune Company                                                                    Invoice 530154

| | | |
|---|---|---|
| 08/05/10 | Review Wilmington Trust FCC filing (0.6); correspondence with Sidley re same (0.3); review issues re foreign ownership and media ownership safety factors (0.9); correspondence with Sidley and Alvarez re same (0.6). | |
| | C. Burrow | 2.40 hrs. |
| 08/05/10 | Research FCC cases regarding issues raised by FCC's AllVid notice of inquiry (6.3); review comments submitted in response to FCC's AllVid notice of inquiry (2.8); telephone call with S. Karottki and E. Washburn regarding TMS comments on FCC's AllVid notice of inquiry (0.4). | |
| | D. Teslik | 9.50 hrs. |
| 08/05/10 | Analysis of copyright issues re Tribune electronic program guide and mandated interaction of same with gateway device. | |
| | D. Wittenstein | 0.50 hrs. |
| 08/05/10 | Analyze issues re FCC AllVid reply comments (0.3); telephone conference with S. Karottki and L. Washburn re same (0.5); analyze copyright issues re electronic program guide information re same (0.6). | |
| | G. Lutzker | 1.40 hrs. |
| 08/05/10 | Review Wilmington Trust supplemental pleading at FCC (1.2); telephone conference with S. Sheehan re research (0.3); telephone conference with FCC staff re ex parte filing (0.2). | |
| | J. Feore | 1.70 hrs. |
| 08/05/10 | Review Wilmington Trust filing. | |
| | J. Logan | 0.40 hrs. |
| 08/05/10 | Review news reports re WSFL news change (0.3); email same to client (0.1); review re Wilmington Trust supplement and strategy re responding to same (0.6). | |
| | M. Swanson | 1.00 hrs. |
| 08/06/10 | Review issues re amendments to FCC applications (0.8); correspondence with lender's FCC counsel re same (0.3). | |
| | C. Burrow | 1.10 hrs. |
| 08/06/10 | Prepare outline of TMS reply comments regarding FCC's AllVid notice of inquiry (3.2); prepare correspondence regarding TMS comment outline (0.7); prepare TMS reply comments regarding FCC's AllVid notice of inquiry (4.6). | |
| | D. Teslik | 8.50 hrs. |
| 08/06/10 | Analyze cable electronic program guide cost pass-through issues re FCC AllVid reply comments (0.8); revise comment outline re same (0.7). | |
| | G. Lutzker | 1.50 hrs. |
| 08/06/10 | Telephone conferences with lenders' counsel re Wilmington Trust filing (0.3); review supplemental filing at FCC (0.7); research re possible response (1.1). | |

September 25, 2010                                                              Page 4

Tribune Company                                                          Invoice 530154

|  |  |  |
|---|---|---|
|  | J. Feore | 2.10 hrs. |
| 08/06/10 | Prepare correspondence to L. Washburn re call sign change and possible subsidiary name change (0.2); review and analyze issues re response to Wilmington Trust filing (0.9). |  |
|  | J. Logan | 1.10 hrs. |
| 08/06/10 | Email exchange with E. Washburn re Wilmington Trust (0.1); review materials re TMS background for comments (0.3); revise TMS comments (0.2). |  |
|  | M. Swanson | 0.60 hrs. |
| 08/07/10 | Revise TMS reply comments regarding FCC's AllVid notice of inquiry. |  |
|  | D. Teslik | 5.40 hrs. |
| 08/07/10 | Review FCC ex parte filing re K. Kreisman meeting (0.1); email same to E. Washburn (0.1). |  |
|  | M. Swanson | 0.20 hrs. |
| 08/08/10 | Revise TMS reply comments regarding FCC's AllVid notice of inquiry (2.7); research for TMS reply comments regarding FCC's AllVid notice of inquiry (1.6). |  |
|  | D. Teslik | 4.30 hrs. |
| 08/08/10 | Review report filed with court re possible FCC issues and need for reporting (1.1); research re responding to Wilmington Trust filing with FCC (0.4). |  |
|  | J. Feore | 1.50 hrs. |
| 08/08/10 | Review re TMS AllVid comments. |  |
|  | M. Swanson | 0.60 hrs. |
| 08/09/10 | Review Wilmington Trust filings for FCC response (1.2); correspondence with Sidley re same (0.4). |  |
|  | C. Burrow | 1.60 hrs. |
| 08/09/10 | Revise TMS reply comments regarding FCC's AllVid notice of inquiry (5.0); Research for TMS reply comments regarding FCC's AllVid notice of inquiry (2.6). |  |
|  | D. Teslik | 7.60 hrs. |
| 08/09/10 | Review and revise FCC reply comments re AllVid navigation devices proceeding. |  |
|  | G. Lutzker | 6.30 hrs. |
| 08/09/10 | Work on FCC response to examiner's report and filings (0.7); review report re FCC issues and reporting obligations (0.8). |  |
|  | J. Feore | 1.50 hrs. |
| 08/09/10 | Review Wilmington Trust letter on ex parte submission re possible response (1.2); review Wilmington Trust motion to supplement opposition (0.7); telephone conference with E. Reed (JPM FCC counsel) re response strategy for Wilmington Trust filings (0.4); |  |

Tribune Company                                                      Invoice 530154

| | | |
|---|---|---|
| | telephone conference with J. Stenger (FCC counsel to unsecured creditors committee) re response to Wilmington Trust filings (0.5); prepare memorandum re J. Stenger (FCC counsel to unsecured creditors committee) concerns in Wilmington response (0.5); prepare outline for response to Wilmington Trust supplementary filings (0.7). | |
| | J. Logan | 4.00 hrs. |
| 08/09/10 | Review re possible response to Wilmington Trust letter (0.7); email E. Washburn and J. Roberts re FCC public notice re FY 2010 regulatory fees (0.2); work on AllVid comments (1.6). | |
| | M. Swanson | 2.50 hrs. |
| 08/10/10 | Review issues re FCC application amendments (0.8); review issues re FCC response to Wilmington Trust (0.6); correspondence with Sidley re further Plan amendments (0.4). | |
| | C. Burrow | 1.80 hrs. |
| 08/10/10 | Review and revise TMS reply comments regarding FCC's AllVid notice of inquiry (3.4); research regarding comments of other parties in proceeding for TMS reply comments regarding FCC's AllVid notice of inquiry (1.9). | |
| | D. Teslik | 5.30 hrs. |
| 08/10/10 | Review and revise FCC reply comments re AllVid navigation devices proceedings (3.3); prepare correspondence to L. Washburn and S. Karottki re same (0.2); telephone conference with L. Washburn re same (0.4); analyze issues re same (0.2). | |
| | G. Lutzker | 4.10 hrs. |
| 08/10/10 | Review updated and amended Plan re FCC filing (0.9); work on FCC application amendment (0.4); work on outline of response to Wilmington Trust filings (0.6); telephone conference with Tribune counsel re filings and timing (0.3). | |
| | J. Feore | 2.20 hrs. |
| 08/10/10 | Prepare draft response to Wilmington Trust request to supplement and response to ex parte presentation (1.9); telephone call with J. Boelter (Sidley) re Wilmington Trust filings and potential effect in bankruptcy proceeding (0.1); telephone conference with M. Heller (FCC counsel to JP Morgan) re additional items for proposed amendment and Wilmington Trust response (0.4); prepare Form 314 text for proposed amendment (0.6); review revised and restated Plan and disclosure statement in connection with amendment (0.5); prepare amendment and review potential additional changes to reflect in filing (1.2). | |
| | J. Logan | 4.70 hrs. |
| 08/10/10 | Review and revise AllVid reply comment draft (0.6); telephone conference with E. Washburn re same (0.1). | |
| | M. Swanson | 0.70 hrs. |
| 08/10/10 | Research re engineering exhibits demonstrating compliance with | |

|            |                                                                                                                                                    |           |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            | multiple ownership rules submitted in prior amendments and prior versions of FCC applications for reemergence from bankruptcy. |           |
|            | R. Folliard III                                                                                                                                    | 0.30 hrs. |
| 08/11/10   | Review revised Plan of Reorganization (1.4); correspondence with Sidley re same (0.4); revise FCC comprehensive exhibit for amendment filing (1.5). |           |
|            | C. Burrow                                                                                                                                          | 3.30 hrs. |
| 08/11/10   | Telephone call with L. Washburn regarding TMS reply comments regarding FCC's AllVid notice of inquiry (0.4).                                        |           |
|            | D. Teslik                                                                                                                                          | 0.40 hrs. |
| 08/11/10   | Analysis of issues regarding requirement of reporting changes in hours of local news aired by television stations regarding FCC applications to assign broadcast licenses in bankruptcy. |           |
|            | J. Rademacher                                                                                                                                      | 1.20 hrs. |
| 08/11/10   | Review amendments to Plan and disclosure statement re FCC issues (1.3); telephone conference with counsel for creditors committee re FCC filings (0.3); work on Wilmington Trust opposition (0.8); work on memorandum to Tribune re response (0.3). |           |
|            | J. Feore                                                                                                                                           | 2.70 hrs. |
| 08/11/10   | Prepare correspondence to L. Washburn re proposed amendment (0.4); review issues in connection with proposed revisions to Plan and disclosure statement and Sidley draft (0.6); review and revise comprehensive exhibit in connection with anticipated amendment (1.7); prepare correspondence to J. Boelter re response to Wilmington Trust filing (0.2); review and analyze issues re specification of directors and officers for company and subsidiaries (0.7); review issues re possible amendments to waiver requests (0.3). |           |
|            | J. Logan                                                                                                                                          | 3.90 hrs. |
| 08/11/10   | Telephone conference with E. Washburn re AllVid reply comments, amendment to Form 314's and response to Wilmington Trust filings (0.6); review and revise changes to AllVid reply comments (0.3); review re response to Wilmington Trust (0.1). |           |
|            | M. Swanson                                                                                                                                        | 1.00 hrs. |
| 08/12/10   | Revise response to Wilmington Trust.                                                                                                                |           |
|            | C. Burrow                                                                                                                                          | 0.80 hrs. |
| 08/12/10   | Prepare final revisions to TMS reply comments in FCC AllVid notice of inquiry proceeding in preparation for filing.                                 |           |
|            | D. Teslik                                                                                                                                          | 4.40 hrs. |
| 08/12/10   | Review revisions re FCC reply comments in AllVid proceeding (0.6); telephone conference with S. Karottki re same (0.5); revise pleading re same (1.7); prepare correspondence to L. Washburn re same (0.2); prepare summary re same (0.5); prepare correspondence to L. Washburn and S. Karottki re same (0.5); file pleading re same (1.1). |           |

Tribune Company                                          Invoice 530154

|  | G. Lutzker | 5.10 hrs. |
|---|---|---|

08/12/10    Prepare reply comments in AllVid set top box proceeding.
            J. Rademacher                              2.00 hrs.

08/12/10    Review draft pleading for JP Morgan re Wilmington Trust petition
            (0.9); work on company resume for FCC (1.1); review amendment
            and updated FCC ownership filing and draft amendment for FCC
            applications (0.7).
            J. Feore                                   2.70 hrs.

08/12/10    Review FCC decisions on relevance standards for non-FCC related
            misconduct in connection with Wilmington Trust opposition (1.2);
            review representations in comprehensive exhibit in connection with
            preparation of amended exhibit (0.9); revise comprehensive exhibit
            (1.2); prepare correspondence to L. Washburn (Tribune) re
            anticipated amendment (0.3); prepare draft response to Wilmington
            Trust request to supplement (2.3); review draft of revised Plan of
            Reorganization from Sidley (0.5); review draft of proposed filing by
            JP Morgan FCC counsel re examiner's report and Wilmington Trust
            request to supplement (0.6).
            J. Logan                                   7.00 hrs.

08/12/10    Review and revise AllVid reply comments.
            M. Swanson                                 1.60 hrs.

08/13/10    Review revisions to FCC comprehensive exhibit (0.7); review
            revisions to Wilmington Trust opposition (0.6); telephone
            conference with Sidley re bankruptcy timing and FCC process (0.8);
            correspondence with Sidley re same (0.5).
            C. Burrow                                  2.60 hrs.

08/13/10    Telephone conference with FCC Secretary's Office regarding
            comments in Allvid set-top box proceeding.
            J. Rademacher                              0.40 hrs.

08/13/10    Review and revise FCC pleading re Wilmington Trust filing (0.8);
            work on revised amendment filing for pending applications (0.8);
            review revised comprehensive exhibit (0.7); telephone conference
            with FCC staff re application questions (0.3).
            J. Feore                                   2.60 hrs.

08/13/10    Review and revise draft comprehensive exhibit for amendment
            (1.3); draft and revise opposition to request of Wilmington Trust to
            supplement petition to deny (1.8); prepare correspondence to L.
            Washburn (Tribune) with revised comprehensive exhibit (0.2);
            incorporate comments received on opposition to request of
            Wilmington Trust to supplement petition to deny (0.8); prepare for
            telephone conference with J. Boelter and B. Krakauer (Sidley) re
            bankruptcy proceeding status and Wilmington Trust response (0.4);
            telephone conference with M. Heller (FCC counsel to JP Morgan) re
            JP Morgan proposed response to Wilmington Trust filings (0.4);
            telephone conference with J. Boelter and B. Krakauer re proposed

Tribune Company

|  |  |  |
|---|---|---|
|  | comprehensive amendment to FCC applications, response to Wilmington Trust request to supplement and ex parte response from Wilmington Trust (0.5); further revise Wilmington Trust pleading to reflect conference (0.4); prepare correspondence to J. Boelter (Sidley) re draft of Wilmington Trust response (0.3); prepare correspondence to L. Washburn (Tribune) re draft Wilmington Trust response (0.3); prepare memorandum re Sidley scheduling issues (0.4). |  |
|  | J. Logan | 6.80 hrs. |
| 08/13/10 | Review and revise opposition to Wilmington Trust FCC filings (0.7); telephone conference with M. Schneider (Sidley) re Tribune Third Circuit brief and FCC applications issues (0.5); review and email final AllVid reply comments to E. Washburn (0.2); review changes to Wilmington Trust opposition (0.3). |  |
|  | M. Swanson | 1.70 hrs. |
| 08/14/10 | Work on FCC amendment and additional issues and changes to report per Plan (0.6); research re waiver requests and pending application (0.6); review news changes and need to report to FCC (0.5). |  |
|  | J. Feore | 1.70 hrs. |
| 08/14/10 | Review re reply comments filed in AllVid proceeding (0.7); emails to client re same (0.2). |  |
|  | M. Swanson | 0.90 hrs. |
| 08/16/10 | Telephone conference with T. Davidson (counsel for creditors) re FCC applications (0.5); review and revise draft opposition to Wilmington Trust (0.7); work on amendment updates and changes for FCC application (0.8); review court filings re cross-ownership and waiver requests/grants (0.5). |  |
|  | J. Feore | 2.50 hrs. |
| 08/16/10 | Review motion to extend deadlines and hearing agenda in bankruptcy proceeding re potential effect on FCC process and anticipated response to Wilmington Trust Company filings (0.9); revise response to Wilmington Trust Company to add section on scheduling changes and effect on FCC processes (1.4); prepare correspondence to J. Boelter re Wilmington Trust response and effect of schedule changes (0.3); review correspondence from L. Washburn re proposed changes in comprehensive exhibit (0.7). |  |
|  | J. Logan | 3.30 hrs. |
| 08/16/10 | Email E. Washburn re court and FCC timing. |  |
|  | M. Swanson | 0.10 hrs. |
| 08/17/10 | Telephone conference with D. Wiley re FCC and court proceedings and timing issues (0.4); telephone conference with J. Stenger re Wilmington Trust pleadings and response and FCC filings (0.5); review and revise comprehensive exhibit for restructuring applications (1.4); work on FCC amendment and filing re Wilmington Trust supplement (0.9); prepare memorandum re court |  |

Tribune Company

|  |  |  |
|---|---|---|
|  | order and FCC applications (0.5). |  |
|  | J. Feore | 3.70 hrs. |
| 08/17/10 | Revise comprehensive exhibit for restructuring applications (1.6); review correspondence from L. Washburn (Tribune) re changes to proposed response to Wilmington Trust Company request to supplement and ex parte notice (0.4); revise draft response to Wilmington Trust opposition per L. Washburn comments (0.7); prepare correspondence to L. Washburn re revised response (0.3); prepare correspondence to J. Fiorini re JP Morgan position on response to Wilmington Trust and re revised draft (0.5); revise update amendment to comprehensive exhibit to exit applications to reflect L. Washburn comments (1.6); prepare correspondence to L. Washburn re revisions to comprehensive exhibit to exit applications (0.3); prepare correspondence to J. Boelter re Wilmington Trust response revisions (0.3). |  |
|  | J. Logan | 5.70 hrs. |
| 08/17/10 | Review comprehensive exhibit for restructuring transaction (0.4); update license lists for exhibit relating to same (0.5). |  |
|  | L. McCarty (Practice Group Professional) | 0.90 hrs. |
| 08/17/10 | Review and revise lists of initial and reply comments in AllVid proceeding (0.3); research NCTA and DirecTV replies (0.4); email same to E. Washburn (0.1); email Third Circuit briefs to E. Washburn (0.1); research re news changes and email E. Washburn re same (0.3); review and email bankruptcy order re deadlines to E. Washburn (0.1). |  |
|  | M. Swanson | 1.30 hrs. |
| 08/18/10 | Revise opposition to Wilmington Trust (0.6); review timing issues re same (0.4); telephone conference with Sidley re same (0.5); review issues re foreign ownership equity allocation model (0.6). |  |
|  | C. Burrow | 2.10 hrs. |
| 08/18/10 | Telephone conference with Wiley re Wilmington Trust filings and updates (0.3); work on FCC amendments and waiver proposals (1.2); review court orders and impact re FCC processes (1.3). |  |
|  | J. Feore | 2.80 hrs. |
| 08/18/10 | Review and analyze effect on FCC proceedings of court order extending procedural dates (0.8); revise proposed response to Wilmington Trust request to supplement and ex parte filing to address changes in bankruptcy court schedule (1.2); telephone conference with E. Reed (JP Morgan FCC counsel) re proposed content and timing of response to Wilmington Trust filings (0.3); prepare correspondence to L. Washburn re revised opposition to Wilmington Trust and tentative plans of JP Morgan to delay filing responsive letter (0.4); review correspondence from L. Washburn re Wilmington Trust opposition (0.2); revise Wilmington Trust opposition to reflect further comments from L. Washburn (Tribune) (0.3); telephone conference with J. Boelter re status of bankruptcy |  |

Tribune Company

|  |  |  |
|---|---|---|
|  | proceeding, likely schedule for filing of amendments to Plan and Wilmington Trust opposition (0.4); review correspondence from B. Krakauer (Sidley) re Wilmington response (0.3); complete and file Wilmington Trust opposition (1.1); revise Wilmington Trust opposition to reflect comments from B. Krakauer (Sidley) (0.4); review JPM filing in response to Wilmington Trust (0.4). |  |
|  | J. Logan | 5.80 hrs. |
| 08/18/10 | Review opposition to Wilmington Trust (0.4); email E. Washburn re same (0.1). |  |
|  | M. Swanson | 0.50 hrs. |
| 08/19/10 | Telephone conference and correspondence with Alvarez re foreign ownership stock allocation program (0.9); revise FCC restructuring applications (0.8). |  |
|  | C. Burrow | 1.70 hrs. |
| 08/19/10 | Review draft update amendments for Oaktree and other proposed owners (0.7); research re FCC filing and update on foreign ownership certifications and Section 310 compliance (0.8). |  |
|  | J. Feore | 1.50 hrs. |
| 08/19/10 | Prepare for telephone conference with S. Kaufmann (Alvarez) re methodology for allocation of stock and warrants to comply with foreign ownership rules (0.9); telephone conference with S. Kaufmann (Alvarez) re Alvarez questions on methodology for allocation of stock and warrants to comply with foreign ownership limitations (0.6); review and analyze correspondence from S. Kaufmann re FCC issues in connection with procedures for issuance of stock and warrants to claimants using consolidated certification procedures (1.4); prepare correspondence to S. Kaufmann (Alvarez) and J. Boelter (Sidley) outlining approach for allocating stock and warrants within consolidated certification groups to comply with FCC foreign ownership limitations (1.1); prepare correspondence to L. Washburn re Wilmington Trust opposition to request to supplement (0.4); prepare correspondence to J. Boelter (Sidley) re Wilmington Trust opposition to request to supplement (0.4); prepare correspondence to S. Kaufmann re revised foreign ownership certification and further changes proposed by JP Morgan (0.6); prepare correspondence to J. Boelter (Sidley) re resolution of allotment issues with Alvarez on foreign ownership compliance model and proposed procedures (0.7); review additional exhibits and changes from Oaktree re ownership information changes (0.4); telephone conference with S. Kaufmann re allocation approach for consolidated certification group under foreign ownership compliance model (0.2); revise comprehensive exhibit to FCC exit applications to reflect further Oaktree changes (0.5). |  |
|  | J. Logan | 7.20 hrs. |
| 08/19/10 | Further edits and updates to license lists attached to restructuring documents. |  |
|  | L. McCarty (Practice Group Professional) | 1.60 hrs. |

September 25, 2010                                          Page 11

Tribune Company                                       Invoice 530154

| 08/20/10 | Research regarding satellite television station rules. | |
|---|---|---|
| | J. Rademacher | 0.30 hrs. |

| 08/20/10 | Review proposals re Plan amendment and outline of FCC filing (1.0); conference with counsel for lenders re additional filings (0.4); work on FCC issues re supplements and FCC amendments re August 27 filing (1.5); review additional certifications re ownership for FCC (0.4). | |
|---|---|---|
| | J. Feore | 3.30 hrs. |

| 08/20/10 | Revise proposed comprehensive exhibit for restructuring applications (1.2); revise comprehensive exhibit for exit applications to reflect Oaktree proposed changes (0.8); review and analyze issues re 1.65 compliance with amendment in light of likelihood that Plan supplement amendment may be superseded by a comprehensive filing (0.9); review correspondence from Tribune re change in bankruptcy schedule (0.3); review and analyze implications of bankruptcy rescheduling for FCC exit application approval process (1.1). | |
|---|---|---|
| | J. Logan | 4.30 hrs. |

| 08/20/10 | Review bankruptcy developments and effect on FCC timing (0.3); emails to E. Washburn re same (0.2); review re news schedule changes (0.3). | |
|---|---|---|
| | M. Swanson | 0.80 hrs. |

| 08/21/10 | Research re changes to pending FCC application and impact on processing (0.8); review Plan and disclosure statement changes and FCC filing (0.8). | |
|---|---|---|
| | J. Feore | 1.60 hrs. |

| 08/21/10 | Review re bankruptcy court developments and effect on FCC timing. | |
|---|---|---|
| | M. Swanson | 0.40 hrs. |

| 08/23/10 | Prepare materials for amendments to FCC applications (1.8); correspondence with Sidley re same (0.6). | |
|---|---|---|
| | C. Burrow | 2.40 hrs. |

| 08/23/10 | Review amendment for FCC and possible changes re ownership and certifications (1.0); work on letter and update to FCC (0.9); review filings by objectors and possible FCC issues (1.4). | |
|---|---|---|
| | J. Feore | 3.30 hrs. |

| 08/23/10 | Prepare correspondence to J. Langdon re FCC exhibit for restructuring transaction (0.4); prepare draft letter to FCC and certificate of service re consolidated filing of Plan supplement with amendments arising from anticipated August 27 submission (1.4); prepare correspondence to J. Boelter and B. Krakauer (Sidley) re proposed procedural letter on amendments (0.4); revise comprehensive exhibit for exit applications and amendment text for anticipated amendment filing with anticipated additional bankruptcy | |
|---|---|---|

Tribune Company

|  |  |  |
|---|---|---|
|  | submissions (1.6). | |
|  | J. Logan | 3.80 hrs. |
| 08/23/10 | Exchange emails with J. Roberts and E. Washburn re FY2010 regulatory fees (0.1); review re same (0.2); email to E. Washburn re same (0.1). | |
|  | M. Swanson | 0.40 hrs. |
| 08/24/10 | Revise FCC applications (2.7); telephone conferences and correspondence with Sidley and lender's FCC counsel re same (0.9). | |
|  | C. Burrow | 3.60 hrs. |
| 08/24/10 | Meeting with S. Sheehan re FCC and Hill lobbying efforts for Tribune applications (0.8); telephone conference with D. Liebentritt re status at court and timing re FCC (0.3); review and revise FCC amendment (1.4); work on reports on status to FCC (0.6). | |
|  | J. Feore | 3.10 hrs. |
| 08/24/10 | Revise proposed amendment to include comments from B. Krakauer (Sidley) (0.8); telephone conference with M. Heller (FCC counsel to senior lenders) re changes to Oaktree media ownership exhibit in amendment (0.4); review correspondence and exhibit file from M. Heller (FCC counsel to senior lenders) re Oaktree reportable interests (0.7); prepare correspondence to B. Krakauer and J. Boelter (Sidley) re revised comprehensive exhibit (0.3); prepare correspondence to M. Heller (FCC counsel to senior lenders) re revised comprehensive exhibit and remaining issues on media ownership reporting (0.4); prepare correspondence to L. Washburn (Tribune) transmitting revised amendment, signature pages, and revised Form 314 language (0.6); prepare electronic document compilations for attachment to Form 314 amendment (0.7); review correspondence from M. Heller (FCC counsel to senior lenders) re additional changes from Oaktree FCC counsel at Drinker (0.4); prepare and send approval package to L. Washburn (Tribune) and J. Boelter and B. Krakauer (Sidley) re proposed amendment (0.8); prepare correspondence to J. Boelter re bankruptcy developments potentially affecting FCC approach and amendment (0.3). | |
|  | J. Logan | 5.40 hrs. |
| 08/24/10 | Review regulatory fee payment documentation (0.7); review revised regulatory fee waiver request (1.2). | |
|  | L. McCarty (Practice Group Professional) | 1.90 hrs. |
| 08/24/10 | Research and revise client's FY 2010 regulatory fee waiver pleading (2.8); research re FCC amendment (1.0). | |
|  | M. Swanson | 3.80 hrs. |
| 08/24/10 | Review and revise amendment to FCC application. | |
|  | S. Anderson (Practice Group Professional) | 0.70 hrs. |
| 08/25/10 | Revise FCC applications. | |
|  | C. Burrow | 1.60 hrs. |

Tribune Company                                              Invoice 530154

| 08/25/10 | Analysis of issues regarding requirement to notify Commission of changes in news programming in cross-ownership markets. | |
| | J. Rademacher | 0.40 hrs. |
| 08/25/10 | Review and revise filed Tribune amendment re report on Plan changes, updates to station information and waivers (1.2); work on further waiver request options and changes in programming (0.8); review lenders' updated ownership information (0.4). | |
| | J. Feore | 2.40 hrs. |
| 08/25/10 | Revise comprehensive exhibit to reflect comments from L. Washburn (0.6); prepare correspondence to L. Washburn re revised comprehensive exhibit for anticipated amendment (0.3); telephone conference with J. Boelter re developments in bankruptcy proceeding and effect on FCC process and re changes to proposed amendment (0.5); prepare correspondence to L. Washburn re Sidley revisions to same (0.3); telephone conference with M. Heller (FCC counsel to senior lenders) re discrepancies in reporting of Oaktree media interests by two firms serving as FCC counsel to Oaktree (0.4); telephone conference with T. Davidson (FCC counsel to Oaktree at Akin) re differences with H. Liberman (FCC counsel to Oaktree at Drinker) re media interests of Oaktree and principals (0.2); review revised exhibit from M. Heller (senior lenders' FCC counsel) re consensus report on Oaktree media interests (0.6); telephone conference with M. Heller re consensus report on Oaktree media interests (0.3); revise exhibit with Oaktree changes (0.8); prepare correspondence to L. Washburn re revised exhibit (0.2); review final versions of amendments and associated documents for upload to FCC system (1.2); prepare amendment transmittal correspondence to FCC staff and petitioners (0.7); review FCC actions in bankruptcy application using comity with bankruptcy laws as supporting cross-ownership waivers for grandfathered combinations (1.4). | |
| | J. Logan | 7.50 hrs. |
| 08/25/10 | Update draft amendment information to reflect August submission date for KCPQ (0.2), KDAF/WPMT/WPHL/WTIC/WXIN (0.2), KIAH (0.2), KMYQ/WXMI (0.2), KPLR (0.2), KRCW/WTTV/WTTK (0.2), KSWB (0.2), KTLA (0.2), KTXL (0.2), KWGN (0.2), WDCW (0.2), WCCT (0.2), WGN/WGN-TV (0.2), WPIX (0.2) and WSFL (0.2). | |
| | L. McCarty (Practice Group Professional) | 3.00 hrs. |
| 08/25/10 | Research and revise FY2010 regulatory fee pleading (1.7); review re FCC amendment (1.5); review re news schedule issue (1.1); review re bankruptcy developments and effect on FCC timing (0.2). | |
| | M. Swanson | 4.50 hrs. |
| 08/26/10 | Revise FCC amendments. | |
| | C. Burrow | 0.80 hrs. |
| 08/26/10 | Review and revise proposed FCC filings and amendments (0.9); | |

September 25, 2010                                                                  Page 14

Tribune Company                                                          Invoice 530154

|  | work on possible waiver amendments and ownership showings (0.8). |  |
|--|--|--|
|  | J. Feore | 1.70 hrs. |
| 08/26/10 | Review final version of amendment for upload to FCC electronic filing system (0.8); prepare post-filing service correspondence and attachments for FCC and petitioners entitled to service (0.6); prepare correspondence to L. Washburn re issues in connection with public file requirements for stations (0.3); review issue involving FCC electronic file access for KTLA amendment (0.4); complete and send correspondence to petitioners' counsel of record re amendment filing (0.9); complete and send correspondence to FCC staff re status report on amendment (0.3); complete and send correspondence to petitioners' counsel re redline copies of amendment documents (0.6); complete and send correspondence to FCC staff re status report on redline copies of amendment documents and service on petitioners' counsel (0.3); prepare correspondence to M. Heller (FCC counsel to senior lenders) re filed amendment (0.4). |  |
|  | J. Logan | 4.60 hrs. |
| 08/26/10 | Further edits to draft amendment to update Exhibit 1 explanation for KCPQ (0.2), KDAF/WPMT/WPHL/WTIC/WXIN (0.2), KIAH (0.2), KMYQ/WXMI (0.2), KPLR (0.2), KRCW/WTTV/WTTK (0.2), KSWB (0.2), KTLA (0.2), KTXL (0.2), KWGN (0.2), WCLT (0.2), WDCW (0.2), WGA(TV)/WGN (0.2), WGNO/WNOL (0.2), WPIX (0.2) and WDFL (0.2); upload revised comprehensive exhibit for KCPQ (0.2), KDAF/WPMT/WPHL/WXIN/WTIC (0.2), KIAH (0.2), KMYQ/WXMI (0.2), KPLR (0.2), KRCW/WFTV/WTTK (0.2), KPLR (0.2), KRCW/WFTV/WTTK (0.2), KTLA (0.2), KTXL (0.2), KWGN (0.2), WCCT (0.2), WDCW (0.2), WGN/WGN-TV (0.2), WGNO/WNOL (0.2), WPPX (0.2) and WDFL (0.2); submit amendment for KCPQ (0.2), KDAF (0.2), KIAH (0.2), KMYQ/WXMI (0.2), KPLR (0.2), KRCW/WTTV/WTTK (0.2), KSWB (0.2), KTLA (0.2), KTXL (0.2), KWGN (0.2), WCCT (0.2), WDCW (0.2), WGN/WGN-TV (0.2), WPIX (0.2) and WSFL (0.2); prepare draft transmittal letter for regulatory fee payment (0.3). |  |
|  | L. McCarty (Practice Group Professional) | 9.90 hrs. |
| 08/26/10 | Revise fee waiver/deferral request (0.7); email J. Roberts and E. Washburn re same and blackline (0.2); email exchange with J. Roberts re timing (0.1); email additional citation to J. Roberts (0.1). |  |
|  | M. Swanson | 1.10 hrs. |
| 08/27/10 | Revise FCC application re changes to Oaktree ownership information. |  |
|  | C. Burrow | 1.90 hrs. |
| 08/27/10 | Review updated FCC filings and amendments re applications (0.9); research re waiver updates re local news and FCC statements for review (0.6). |  |
|  | J. Feore | 1.50 hrs. |

Tribune Company

| | | |
|---|---|---|
| 08/27/10 | Telephone conference with M. Heller (FCC counsel to senior lenders) re additional information on Oaktree media interests requiring correction to previously filed amendment (0.6); prepare correspondence to M. Heller (FCC counsel to senior lenders) re revised ownership information for Oaktree media interests and revised amendment (0.4); revise amendment to correct Oaktree media interests (1.4); prepare correspondence to M. Heller (FCC counsel to senior lenders) re revised exhibit for further amendment (0.4); prepare correspondence to L. Washburn re proposed amendment and authorization to proceed with preparation (0.3); prepare correspondence to L. Washburn re amendment in final form for filing (0.4). | |
| | J. Logan | 3.50 hrs. |
| 08/27/10 | Prepare instructions to station management regarding placement of amendment relating to assignment application in public inspection file for KCPQ (0.3), KDAF (0.3), KIAH (0.3), KMYO (0.3), KPLR (0.3), KRCW (0.3), KSWB (0.3), KTLA (0.3), KTXL (0.3), KWGN (0.3), WDCW (0.3), WGN(AM) (0.3), WGN-TV (0.3), WGNO (0.3), WNOL (0.3), WPHL (0.3), WPIX (0.3), WPMT (0.3), WSFL (0.3), WTIC (0.3), WTTV (0.3), WCCG (0.3), WCCT (0.3), WTTK (0.3), WXIN (0.3) and WXMI (0.3); finalize and submit regulatory fee payment (0.1). | |
| | L. McCarty (Practice Group Professional) | 7.90 hrs. |
| 08/27/10 | Review and revise transmittal letter for fee check (0.4); review re bankruptcy developments and effect on FCC timing (0.4). | |
| | M. Swanson | 0.80 hrs. |
| 08/30/10 | Research re waiver requests and pending FCC applications re cross-ownership (0.6); review updated FCC showing and amendments (0.4). | |
| | J. Feore | 1.00 hrs. |
| 08/30/10 | Review and complete filing of amendment to exit applications re additional changes to media ownership interests of Oaktree (0.7); prepare correspondence to petitioners re service of amendment (0.7); prepare correspondence to FCC staff re status report on amendment filing (0.7); prepare correspondence to FCC staff re redline comparisons of amendment and prior applications (0.4); prepare correspondence to petitioners per FCC staff request with redline comparison of amendment and prior applications (0.4). | |
| | J. Logan | 2.90 hrs. |
| 08/30/10 | Prepare and submit second amendment to pending assignment of license application for KCPQ (0.3), KDAF/WPHL/WPMT/WTIC/WXIN (0.3), KIAH (0.3), KMYQ/WXMI (0.3), KPLR (0.3), KRCW/WTTK/WTTV(0.3), KSWB (0.3), KTLA (0.3), KTXL (0.3), KWGN (0.3), WCCT (0.3), WDCW (0.3), WGN(AM)/WGN-TV (0.3), WGNO/WNOL (0.3) and WPIX/WSFL (0.3); prepare instructions to client regarding | |

Tribune Company

|  |  |  |
|---|---|---|
|  | placement of amendment in stations public inspection file for KCPQ (0.2), KDAF (0.2), KIAH (0.2), KMWY (0.2), KPLR (0.2), KRCW (0.2), KSWB (0.2), KTLA (0.2), KTXL (0.2), KUGN (0.2), WCCT (0.2), WDCW (0.2), WGN(AM) (0.2), WGN-TV (0.2), WGNO (0.2), WNOL (0.2), WPHL (0.2), WPIX (0.2), WPMT (0.2), WSFL (0.2), WTIC (0.2), WTTK (0.2), WTTV (0.2), WXIN (0.2) and WXMI (0.2). | |
|  | L. McCarty (Practice Group Professional)          9.50 hrs. | |
| 08/31/10 | Review Wilmington Trust filing with FCC re pending application (0.8); research re timing issues on FCC application and waiver requests (0.4). | |
|  | J. Feore                                        1.20 hrs. | |
| 08/31/10 | Review and analyze Wilmington Trust Company response to opposition to motion to supplement (1.1); prepare correspondence to J. Boelter (Sidley) re Wilmington Trust response (0.7); prepare correspondence to L. Washburn re Wilmington Trust response (0.4). | |
|  | J. Logan                                        2.20 hrs. | |
| 08/31/10 | Update client file regarding 2010 regulatory fee payment (0.3); update client file regarding August amendments (1.8). | |
|  | L. McCarty (Practice Group Professional)          2.10 hrs. | |
| 08/31/10 | Review re Wilmington Trust FCC filing (0.4); email to E. Washburn re bankruptcy developments and effect on FCC timing (0.1). | |
|  | M. Swanson                                       0.50 hrs. | |

BILLING SUMMARY

|  | Hours |
|---|---|
| BURROW | 38.20 |
| FEORE | 57.30 |
| LOGAN | 87.30 |
| LUTZKER | 18.40 |
| SWANSON | 30.60 |
| WITTENSTEIN | 0.50 |
| RADEMACHER | 6.00 |
| FOLLIARD III | 0.30 |
| TESLIK | 49.30 |
| ANDERSON | 0.70 |
| MCCARTY | 38.50 |
| TOTAL | 327.10 |

Fees for Professional Services .......................................................... $        175,056.50

| CONFERENCE CALL (SOUNDPATH) | $ | 3.79 |
|---|---|---|
| INFORMATION SERVICES | $ | 75.53 |
| POSTAGE | $ | 492.74 |

September 25, 2010                                                    Page 17

Tribune Company                                                    Invoice 530154

|            |                                                                                                                          |      |          |
|------------|--------------------------------------------------------------------------------------------------------------------------|------|----------|
|            | REPRODUCTION                                                                                                             | $    | 1,593.80 |
|            | TELEPHONE                                                                                                                | $    | 18.24    |
|            | WESTLAW INFORMATION SERVICE                                                                                             | $    | 27.71    |
| 06/30/10   | VENDOR: Copper Conferencing; INVOICE#: 357207; DATE: 6/30/2010 - Teleconference with various counsel regarding tribune project status. | $    | 12.24    |
| 07/16/10   | VENDOR: John R. Feore, Jr.; INVOICE#: ERJRF071610: telephone conferences on July 19, July 22 and July 23 with lenders' counsel and FCC staff regarding the applications | $    | 38.94    |
| 07/16/10   | VENDOR: John R. Feore, Jr.; INVOICE#: ERJRF071610: 8/2/10 taxis to/from FCC for a meeting with FCC staff to discuss the Tribune applications |      | 30.00    |
| 08/30/10   | VENDOR: DL Petty Cash; INVOICE#: PCLJM090110A; DATE: 9/2/2010 - L. McCarty- Transportation | $    | 20.00    |

Total Reimbursable Costs .............................................................. $          2,312.99

Total Current Billing for This File............................................... $        177,369.49


Our File # 08656.0101          For Services Through August 31, 2010
Retention and Fee Applications


| 08/02/10 | Preparation of 14th monthly fee application.<br>C. Meazell | 1.20 hrs. |
|----------|-----------------------------------------------------------|-----------|
| 08/06/10 | Preparation of 14th monthly fee application.<br>C. Meazell | 2.40 hrs. |
| 08/12/10 | Preparation of 14th monthly fee application.<br>C. Meazell | 0.70 hrs. |
| 08/13/10 | Preparation of 14th monthly fee application.<br>C. Meazell | 0.30 hrs. |
| 08/17/10 | Research regarding retention matters (2.1); telephone conference with Delaware counsel regarding same (0.2); telephone conference with J. Ludwig (Sidley) regarding same (0.2); preparation of 14th monthly fee application (1.4).<br>C. Meazell | 3.90 hrs. |
| 08/18/10 | Research regarding retention matters (0.3); preparation of 14th monthly fee application (0.6).<br>C. Meazell | 0.90 hrs. |

September 25, 2010                                                           Page 18

Tribune Company                                                   Invoice 530154

08/26/10        Preparation of correspondence to fee examiner regarding 14th
                monthly fee application.
                C. Meazell                                    0.30 hrs.

08/30/10        Preparation of 15th monthly fee application.
                C. Meazell                                    1.30 hrs.

                          BILLING SUMMARY
                                      Hours
                    MEAZELL              11.00
                    TOTAL                11.00

        Fees for Professional Services ......................................................... $        4,400.00
        Total Current Billing for This File..................................................... $        4,400.00

        Total Current Billing for This Invoice............................................. $        181,769.49

# ⌀ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law                              T  202.776.2000  F  202.776.2222
Washington, DC  |  Atlanta, GA

---

## DUE UPON RECEIPT

**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**


September 25, 2010


Tribune Company                                              Invoice 530154
Don Liebentritt, Esq.
Chief Restructuring Officer
2 Park Avenue
Suite 1850
New York, NY   10016


Our File # 08656.0100          For Services Through August 31, 2010
FCC/Broadcast Matters
    Total Current Billing for This Invoice ............................................................ $          177,369.49


Our File # 08656.0101          For Services Through August 31, 2010
Retention and Fee Applications
    Total Current Billing for This Invoice ............................................................ $            4,400.00


    Total Current Billing for This Invoice ............................................................ $          181,769.49


# REMITTANCE COPY

# EXHIBIT C

# Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## AUGUST 1 - AUGUST 31, 2010

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 1,593.80 |
| Court Costs | | 0.00 |
| Document Delivery Services | UPS | 0.00 |
| Document Services | | 0.00 |
| Facsimile Charges (1) | | 0.00 |
| Filing Fees | FCC | 0.00 |
| Ground Transportation | | 50.00 |
| Lexis Research Service | Lexis | 0.00 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 492.74 |
| Search Services | Pacer | 75.53 |
| Secretarial Overtime | | 0.00 |
| Telephone Conferencing Services | Copper Conferencing | 12.24 |
| Telephone Conferencing Services | Soundpath | 3.79 |
| Telephone Tolls | | 57.18 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 27.71 |
| **Total** | | **2,312.99** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are
$0.10 and $.50 per page respectively and are in compliance with the
rates as required by Local Rule 2016-2(e)(iii).

(2) Charges for computer-assisted research are set at a rate that realizes
no more than Dow Lohnes' actual cost.