# EXHIBIT A

## (Fee Statement)

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

July 14, 2010

Please refer to
Invoice Number: 1842790

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2010 | $6,493.00 |
| Costs incurred and advanced | 0.70 |
| **Current Fees and Costs** | **$6,493.70** |
| **Total Balance Due** | **$6,493.70** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address:  CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

July 14, 2010

Please refer to
Invoice Number: 1842790

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2010 | $6,493.00 |
| Costs incurred and advanced | 0.70 |
| **Current Fees and Costs Due** | **$6,493.70** |
| **Total Balance Due** | **$6,493.70** |

**Wiring and ACH Instructions:**
    Citibank
    ABA # 322271724
    SWIFT Address:  CITIUS33
    787 W. 5th Street
    Los Angeles, CA  90071
    Account Number: 203214267
    Account Name: Paul, Hastings, Janofsky & Walker LLP
    Comment: Please refer to the invoice number listed above

**Remittance Address:**
    Paul, Hastings, Janofsky & Walker LLP
    191 N. Wacker Drive
    30th Floor
    Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

July 14, 2010

Please refer to
Invoice Number: 1842790

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 30, 2010

**Post-Petition General Matter**                                    **$6,493.00**

**B160    Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/01/10 | HS5 | Review and revise March and April fee statements (0.4) | 0.40 | 395.00 | 158.00 |
| 06/02/10 | RPR | Prepare corrected time entries' response chart in connection with fee examiner's inquiries regarding same (1.0) | 1.00 | 320.00 | 320.00 |
| 06/04/10 | JBB3 | Review interim fee order and certificate of no objection regarding fee allocation (0.7) | 0.70 | 205.00 | 143.50 |
| 06/10/10 | ALE | Draft Exhibit A to the seventh supplemental affidavit of disinterest and disclosure (0.6) | 0.60 | 260.00 | 156.00 |
| 06/14/10 | JBB3 | Conference with A. Eissing regarding conflicts check (0.1) | 0.10 | 205.00 | 20.50 |
| 06/14/10 | KDN | Discuss supplemental affidavit of disinterest with A. Eissing (0.1) | 0.10 | 690.00 | 69.00 |
| 06/15/10 | ALE | Draft the seventh supplemental affidavit and disclosure (1.1) | 1.10 | 260.00 | 286.00 |
| 06/15/10 | JBB3 | Conference with A. Eissing regarding supplemental affidavit (0.4) | 0.40 | 205.00 | 82.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/17/10 | RPR | Review draft May bills (0.5) | 0.50 | 320.00 | 160.00 |
| 06/18/10 | KDN | Edit March through May billing statements (0.1); draft responsive email to R. Rosen regarding May billing statements (0.1) | 0.20 | 690.00 | 138.00 |
| 06/22/10 | KDN | Edit supplemental affidavit of disinterest and draft email to C. Anderson regarding same (0.1) | 0.10 | 690.00 | 69.00 |
| 06/22/10 | RPR | Finalize May bill (0.4); prepare draft fifteenth monthly (combined March, April, May) fee application (1.4) | 1.80 | 320.00 | 576.00 |
| 06/23/10 | HS5 | Review and revise May 2010 fee statements (0.5) | 0.50 | 395.00 | 197.50 |
| 06/24/10 | KDN | Draft responsive email to R. Rosen regarding Tribune March through May combined fee application (0.1); telephone call and follow up email with R. Rosen regarding same (0.2) | 0.30 | 690.00 | 207.00 |
| 06/24/10 | RPR | Prepare draft sixth interim fee application (0.5) | 0.50 | 320.00 | 160.00 |
| 06/25/10 | KDN | Edit supplemental affidavit of disclosure (0.1); draft email to L. Plaskin, J. Austin and C. Anderson regarding supplemental affidavit of disclosure (0.2) | 0.30 | 690.00 | 207.00 |
| 06/25/10 | RPR | Revise fifteenth monthly (combined March, April and May) fee application (1.2) and exhibits (0.8); forward same to H. Snow for review (0.1) | 2.10 | 320.00 | 672.00 |
| 06/28/10 | HS5 | Review and revise fifteenth monthly fee application (1.2) | 1.20 | 395.00 | 474.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/28/10 | KDN | Draft email to J. Austin, L. Plaskin and D. Perlman regarding seventh supplemental affidavit of disinterest (0.1); draft email to D. Perlman regarding seventh supplemental affidavit of disinterest (0.1); discuss supplemental affidavit of disinterest with D. Perlman (0.1); revise seventh supplemental affidavit of disinterest (0.1); discuss seventh and eighth supplemental affidavits of disinterest with A. Eissing (0.1) | 0.50 | 690.00 | 345.00 |
| 06/29/10 | KDN | Review and edit fee auditor response letter (0.5); draft email to J. Bender regarding fee auditor response letter (0.1) | 0.60 | 690.00 | 414.00 |
| 06/29/10 | RPR | Revise Tribune fifteenth monthly (combined March, April and May) fee application (0.7); forward same to H. Snow (0.1) | 0.80 | 320.00 | 256.00 |
| 06/30/10 | HS5 | Review and revise fifteenth monthly fee application (0.5) | 0.50 | 395.00 | 197.50 |
| **Subtotal: B160   Fee/ Employment Applications** | | | **14.30** | | **5,308.00** |

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/04/10 | JS34 | Prepare memorandum for S. Pater regarding proposed rezoning of The Shield Press property in the town of Bel Air, Maryland (0.8); research regarding same (0.7) | 1.50 | 395.00 | 592.50 |
| 06/07/10 | JS34 | Prepare revisions to memorandum for S. Pater regarding proposed rezoning of The Shield Press property in the town of Bel Air, Maryland (1.2); discuss same with J. Rheeling (0.3) | 1.50 | 395.00 | 592.50 |
| **Subtotal: B250   Real Estate** | | | **3.00** | | **1,185.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|----------------|-------|-------|------|-----|
| HS5 | Holly Snow | ASSOCIATE | 2.60 | 395.00 | 1,027.00 |
| JS34 | Jacqueline A. Schoen | ASSOCIATE | 3.00 | 395.00 | 1,185.00 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 2.10 | 690.00 | 1,449.00 |
| ALE | Allison L. Eissing | PARALEGAL | 1.70 | 260.00 | 442.00 |
| RPR | Ruth P. Rosen | PARALEGAL | 6.70 | 320.00 | 2,144.00 |
| JBB3 | Jamie B. Brown | CASE ASSISTANT | 1.20 | 205.00 | 246.00 |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

July 14, 2010

Please refer to
Invoice Number: 1842791

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**34th Street Lease**
PHJ&W LLP File# 75245-00002
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending June 30, 2010 | $19,583.00 |
| **Current Fees and Costs Due** | **$19,583.00** |
| **Total Balance Due** | **$19,583.00** |

**Wiring and ACH Instructions:**
    Citibank
    ABA # 322271724
    SWIFT Address: CITIUS33
    787 W. 5th Street
    Los Angeles, CA  90071
    Account Number: 203214267
    Account Name: Paul, Hastings, Janofsky & Walker LLP
    Comment: Please refer to the invoice number listed above

**Remittance Address:**
    Paul, Hastings, Janofsky & Walker LLP
    191 N. Wacker Drive
    30th Floor
    Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
　　　Vice President & Deputy General Counsel

July 14, 2010

Please refer to
Invoice Number: 1842791

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**34th Street Lease**
PHJ&W LLP File# 75245-00002
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2010 | $19,583.00 |
| **Current Fees and Costs Due** | **$19,583.00** |
| **Total Balance Due** | **$19,583.00** |

**Wiring and ACH Instructions:**
　Citibank
　ABA # 322271724
　SWIFT Address:  CITIUS33
　787 W. 5th Street
　Los Angeles, CA  90071
　Account Number: 203214267
　Account Name: Paul, Hastings, Janofsky & Walker LLP
　Comment: Please refer to the invoice number listed above

**Remittance Address:**
　Paul, Hastings, Janofsky & Walker LLP
　191 N. Wacker Drive
　30th Floor
　Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

July 14, 2010

Please refer to
Invoice Number: 1842791

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 30, 2010

**34th Street Lease**                                             **$19,583.00**

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/10/10 | TJC3 | Review correspondence from D. Perlman regarding sub-sub-sublease consent request (0.2); review proposed sublease (0.4) | 0.60 | 650.00 | 390.00 |
| 06/14/10 | JSR6 | Review proposed sublease for space at 330 W. 34th Street, New York (0.5); conference with T. Chandran regarding sublease of space at 330 W. 34th Street (0.5); telephone conference with D. Eldersveld, S. Pater and T. Chandran regarding same (0.5) | 1.50 | 720.00 | 1,080.00 |
| 06/14/10 | TJC3 | Review proposed sub-sub-sublease agreement, prime lease, sublease and sub-sublease in connection with same (0.9); prepare memorandum summarizing consent rights in connection with sub-sub-sublease (0.9); conference with J. Rheeling regarding same (0.5); telephone conference with J. Rheeling and S. Pater regarding same (0.5) | 2.80 | 650.00 | 1,820.00 |
| 06/15/10 | TJC3 | Correspondence with J. Rheeling regarding standard for Tribune consent to sub-sub-sublease (0.3) | 0.30 | 650.00 | 195.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/16/10 | JSR6 | Review form of consent to sublease for 330 W. 34th Street, New York, NY (0.8); review spreadsheets regarding additional rent owed at 330 W. 34th Street, New York, NY (0.3) | 1.10 | 720.00 | 792.00 |
| 06/21/10 | JSR6 | Telephone conference with D. Eldersveld and S. Pater regarding sublease at 330 W. 34th Street, New York, NY (0.3) | 0.30 | 720.00 | 216.00 |
| 06/22/10 | TJC3 | Review correspondence from J. Rheeling regarding markup of sub-sub-sublease prepared by Impremedia (0.1); review proposed form of sub-sub-sublease and compare same to Tribune Impremedia sublease and markup same (2.2); correspondence with J. Rheeling regarding same (0.2); correspondence with D. Eldersveld and S. Pater regarding same (0.1); review responsive correspondence from S. Pater regarding same (0.1) | 2.70 | 650.00 | 1,755.00 |
| 06/23/10 | TJC3 | Review correspondence from S. Pater regarding markup of Impremedia sublease document (0.1); telephone conference with S. Mautner regarding same (0.2); further telephone conference with S. Mautner regarding markup of proposed sublease and proposed consent to sublease (0.4); review proposed consent (0.3); correspondence with S. Pater and D. Eldersveld regarding same (0.4); correspondence with D. Eldersveld regarding same (0.4) | 2.10 | 650.00 | 1,365.00 |
| 06/24/10 | JSR6 | Review and revise consent to sublease for 330 W. 34th Street in New York (1.6); telephone conference with D. Eldersveld of Tribune Company (0.2); telephone conference with S. Pater regarding same (0.2) | 2.00 | 720.00 | 1,440.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/24/10 | TJC3 | Review correspondence regarding consent to sublease (0.1); correspondence and telephone conference with S. Pater regarding same (0.4); correspondence with D. Eldersveld, S. Pater and J. Rheeling regarding consent to sublease (0.5); telephone conference with J. Rheeling regarding same (0.3); review markup of sublease prepared by BONY (1.2); correspondence with M. Wieland regarding same (0.3); telephone conference and correspondence with S. Mautner regarding revisions to sublease form (0.5); review, analyze outstanding matters regarding same (0.9); address matters regarding markup of sublease and consent (0.8) | 5.00 | 650.00 | 3,250.00 |
| 06/25/10 | TJC3 | Telephone conference with and correspondence with S. Mautner regarding assignment of rent issue in connection with sublease, revisions to sublease and side letter agreement (0.8); review correspondence from M. Wieland regarding revisions to consent and review revisions to consent (0.8); correspondence with D. Eldersveld regarding same (0.1); review correspondence from S. Mautner regarding side letter relating to assignments (0.1); review and markup side letter (1.7); correspondence with S. Mautner regarding same (0.3); telephone conference and correspondence with S. Pater regarding revisions to consent (0.4) | 4.20 | 650.00 | 2,730.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/25/10 | TJC3 | Telephone conference and correspondence with M. Wieland regarding revisions to consent (0.8); correspondence with J. Rheeling regarding side letter regarding Tribune release (0.3); prepare side letter (0.5); correspondence with S. Mautner regarding same (0.3); review correspondence from S. Mautner regarding side letter regarding assignment of rents (0.2); prepare responsive correspondence to S. Mautner regarding same (0.3); correspondence with J. Rheeling regarding side letter regarding release (0.4) | 2.80 | 650.00 | 1,820.00 |
| 06/26/10 | TJC3 | Correspondence with D. Eldersveld regarding side letter regarding release of Tribune (0.4); correspondence and telephone conference with S. Mautner regarding side letter regarding release of Tribune (1.0) | 1.40 | 650.00 | 910.00 |
| 06/28/10 | TJC3 | Correspondence with D. Eldersveld regarding side letter regarding release of Tribune (0.3); telephone conference with S. Mautner regarding same (0.3); correspondence with D. Eldersveld regarding same (0.2); review correspondence regarding side letter regarding assignment of rents (0.1); correspondence with D. Eldersveld regarding same (0.1) | 1.00 | 650.00 | 650.00 |
| 06/29/10 | TJC3 | Review correspondence from D. Eldersveld regarding status of Impremedia sublease transaction (0.1); prepare responsive correspondence to D. Eldersveld regarding same (0.2); review correspondence from M. Wiedland regarding revisions to assignment of rents side letter and review same (0.4); correspondence with D. Eldersveld regarding same (0.2) | 0.90 | 650.00 | 585.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/30/10 | TJC3 | Telephone conference and correspondence with M. Wieland regarding reaffirmation of guaranty (0.3); review reaffirmation of guaranty (0.4); correspondence with D. Eldersveld regarding same (0.1); review correspondence from D. Eldersveld regarding same (0.1) | 0.90 | 650.00 | 585.00 |
| | **Subtotal: B250   Real Estate** | | **29.60** | | **19,583.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 4.90 | 720.00 | 3,528.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 24.70 | 650.00 | 16,055.00 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
   Vice President & Deputy General Counsel

July 14, 2010

Please refer to
Invoice Number: 1842792

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2010 | $3,409.50 |
| **Current Fees and Costs Due** | **$3,409.50** |
| **Total Balance Due** | **$3,409.50** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address: CITIUS33
  787 W. 5th Street
  Los Angeles, CA 90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

July 14, 2010

Please refer to
Invoice Number: 1842792

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2010 | $3,409.50 |
| **Current Fees and Costs Due** | **$3,409.50** |
| **Total Balance Due** | **$3,409.50** |

**Wiring and ACH Instructions:**
    Citibank
    ABA # 322271724
    SWIFT Address: CITIUS33
    787 W. 5th Street
    Los Angeles, CA 90071
    Account Number: 203214267
    Account Name: Paul, Hastings, Janofsky & Walker LLP
    Comment: Please refer to the invoice number listed above

**Remittance Address:**
    Paul, Hastings, Janofsky & Walker LLP
    191 N. Wacker Drive
    30th Floor
    Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

July 14, 2010

Please refer to
Invoice Number: 1842792

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 30, 2010

**KTLA**                                                        $3,409.50

**B185   Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/01/10 | FLH | Review revised second amendment to KTLA lease agreement and subordination agreement received from S. Nock (landlord's lender's counsel) (0.1); correspondence to K. Kansa and A. Triggs regarding approval of landlord's lender's counsel changes to language regarding bankruptcy status and ordinary course representation (0.1) | 0.20 | 335.00 | 67.00 |
| 06/01/10 | PAR | Prepare email to K. Kansa (Tribune bankruptcy counsel) regarding changes to KTLA second amendment to lease and subordination agreement (0.4); review response from K. Kansa regarding changes to representations and warranties in KTLA second amendment to lease and subordination agreement (0.4) | 0.80 | 840.00 | 672.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/02/10 | FLH | Revise subordination agreement to incorporate Tribune bankruptcy counsel comments (0.3); correspondence to S. Nock (KTLA landlord's lender's counsel) regarding revised subordination agreement (0.1); correspondence to S. Pater regarding confirmation of no subleases of the KTLA 5800 Sunset property (0.1) | 0.50 | 335.00 | 167.50 |
| 06/02/10 | PAR | Incorporate K. Kansa (Tribune bankruptcy counsel) comments into KTLA second amendment to lease (0.8) | 0.80 | 840.00 | 672.00 |
| 06/03/10 | FLH | Revise estoppel certificate for KTLA lease requested by landlord's lender to incorporate bankruptcy counsel comments (0.1); correspondence to T. Porter regarding bankruptcy counsel required changes to estoppel certificate for KTLA lease (0.1) | 0.20 | 335.00 | 67.00 |
| 06/03/10 | PAR | Prepare email to K. Kansa regarding KTLA's landlord's lender counsel request for call with Tribune bankruptcy counsel (0.3); revise estoppel certificate (0.3); prepare email response to T. Porter (KTLA's landlord's lender's counsel) regarding call to discuss requested representations and warranties in connection with bankruptcy status (0.4) | 1.00 | 840.00 | 840.00 |
| 06/04/10 | PAR | Prepare for conference call with K. Kansa (Tribune bankruptcy counsel (0.2); conference call with K. Kansa regarding bankruptcy status in connection with KTLA's landlord's lender's requested representation by KTLA (0.4); follow-up conference call with T. Porter (KTLA's landlord's lender's counsel) regarding same (0.2) | 0.80 | 840.00 | 672.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/09/10 | PAR | Prepare email to S. Pater regarding execution of KTLA second amendment to lease, subordination agreement and estoppel certificate (0.3) | 0.30 | 840.00 | 252.00 |
| | Subtotal: B185 Assumption/ Rejection of Leases and Contracts | | **4.60** | | **3,409.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| PAR | Patrick A. Ramsey | PARTNER | 3.70 | 840.00 | 3,108.00 |
| FLH | Felicia L. Holley | PARALEGAL | 0.90 | 335.00 | 301.50 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

August 19, 2010

Please refer to
Invoice Number: 1849382

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2010 | $4,760.50 |
| Costs incurred and advanced | 0.60 |
| **Current Fees and Costs** | **$4,761.10** |
| **Total Balance Due** | **$4,761.10** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address: CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 89401792.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

August 19, 2010

Please refer to
Invoice Number: 1849382

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2010 | $4,760.50 |
| Costs incurred and advanced | 0.60 |
| **Current Fees and Costs Due** | **$4,761.10** |
| **Total Balance Due** | **$4,761.10** |

**Wiring and ACH Instructions:**
  Citibank
  ABA # 322271724
  SWIFT Address: CITIUS33
  787 W. 5th Street
  Los Angeles, CA  90071
  Account Number: 203214267
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 89401792.1

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

August 19, 2010

Please refer to
Invoice Number: 1849382

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending July 31, 2010

**Post-Petition General Matter**                                   **$4,760.50**

**B160   Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/01/10 | RPR | Forward fifteenthly combined monthly (March, April and May) fee application to K. Newmarch (0.1); update third interim fee application regarding fifteenth combined monthly fee application information (0.3) | 0.40 | 320.00 | 128.00 |
| 07/02/10 | RPR | Prepare fee application compilation chart detailing all monthly and interim fee applications filed in case for later use in final fee application (2.2) | 2.20 | 320.00 | 704.00 |
| 07/06/10 | RPR | Finalize fee application compilation chart detailing all monthly and interim fee applications filed in case for later use in final fee application (1.4) | 1.40 | 320.00 | 448.00 |
| 07/07/10 | HS5 | Review and revise March through May fee application (0.4) | 0.40 | 395.00 | 158.00 |
| 07/07/10 | KDN | Draft responsive email to H. Snow regarding Tribune March through May fee application (0.1); reviewing March through May monthly fee application (0.2); draft email to H. Snow regarding March through May monthly fee application (0.1) | 0.40 | 690.00 | 276.00 |
| 07/07/10 | RPR | Review draft June bills (1.0) | 1.00 | 320.00 | 320.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/08/10 | HS5 | Review and revise sixth interim fee application (0.1) | 0.10 | 395.00 | 39.50 |
| 07/08/10 | RPR | Prepare (0.2) and forward (0.1) sixth interim fee application to K. Newmarch and H. Snow | 0.30 | 320.00 | 96.00 |
| 07/09/10 | HS5 | Review and revise sixth interim fee application (0.4) | 0.40 | 395.00 | 158.00 |
| 07/14/10 | HS5 | Telephone conference with R. Rosen regarding interim fee application (0.1) | 0.10 | 395.00 | 39.50 |
| 07/14/10 | RPR | Forward sixth interim fee application to K. Newmarch (0.1) | 0.10 | 320.00 | 32.00 |
| 07/15/10 | HS5 | Review and revise interim fee application (0.1); prepare same for filing (0.1) | 0.20 | 395.00 | 79.00 |
| 07/15/10 | KDN | Reviewing Paul Hastings interim fee application; draft email to R. Rosen regarding same (0.1) | 0.10 | 690.00 | 69.00 |
| 07/15/10 | RPR | Multiple emails (x3) with K. Newmarch and H. Snow regarding review and filing status regarding sixth interim fee application (0.3); telephone calls with H. Snow regarding same (0.2); emails (x2) with K. Stickles (Cole Schatz) regarding status of same (0.2); prepare and forward sixth interim fee application to Cole Schatz for court filing (0.1) | 0.80 | 320.00 | 256.00 |
| 07/22/10 | RPR | Prepare draft Tribune sixteenth monthly (combined June, July and August) fee application (0.4) | 0.40 | 320.00 | 128.00 |
| 07/22/10 | RPR | Research information regarding April through June 34th Street Lease bills for J. Rheeling (0.8); compile and forward information regarding same (0.2) | 1.00 | 320.00 | 320.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/26/10 | RPR | Review June bill (0.2); update sixteenth monthly (combined June, July and August) fee application (0.5) and exhibits (0.3) regarding June fees and expenses | 1.00 | 320.00 | 320.00 |
| | **Subtotal: B160  Fee/ Employment Applications** | | **10.30** | | **3,571.00** |

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/01/10 | JS34 | Telephone conference with G. Glazer at Kimco Realty regarding status of plan of redevelopment and meeting regarding same (0.3) | 0.30 | 395.00 | 118.50 |
| 07/06/10 | JS34 | Review facsimile received from Kimco Realty regarding Village of Wilde Lake development in connection with Patuxent Publishing property (0.2) | 0.20 | 395.00 | 79.00 |
| 07/07/10 | JS34 | Prepare summary for S. Pater regarding scheduled Village of Wilde Lake pre-submission community meeting and its impact on the Patuxent Publishing Company property (0.7); discuss same with J. Rheeling (0.3) | 1.00 | 395.00 | 395.00 |
| 07/07/10 | JSR6 | Prepare letter to Cablevision regarding transfer of landlord's interest in Newsday property (0.5) | 0.50 | 720.00 | 360.00 |
| 07/08/10 | JS34 | Prepare revisions (0.5) and send summary (0.1) to S. Pater regarding scheduled Village of Wilde Lake pre-submission community meeting and its impact on the Patuxent Publishing Company property | 0.60 | 395.00 | 237.00 |
| | **Subtotal: B250   Real Estate** | | **2.60** | | **1,189.50** |

## Post-Petition General Matter $4,760.50

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 0.50 | 720.00 | 360.00 |
| HS5 | Holly Snow | ASSOCIATE | 1.20 | 395.00 | 474.00 |
| JS34 | Jacqueline A. Schoen | ASSOCIATE | 2.10 | 395.00 | 829.50 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 0.50 | 690.00 | 345.00 |
| RPR | Ruth P. Rosen | PARALEGAL | 8.60 | 320.00 | 2,752.00 |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

August 19, 2010

Please refer to
Invoice Number: 1849384

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**34th Street Lease**
PHJ&W LLP File# 75245-00002
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2010 | $10,666.50 |
| Costs incurred and advanced | 16.23 |
| **Current Fees and Costs** | **$10,682.73** |
| **Total Balance Due** | **$10,682.73** |

**Wiring and ACH Instructions:**
    Citibank
    ABA # 322271724
    SWIFT Address: CITIUS33
    787 W. 5th Street
    Los Angeles, CA  90071
    Account Number: 203214267
    Account Name: Paul, Hastings, Janofsky & Walker LLP
    Comment: Please refer to the invoice number listed above

**Remittance Address:**
    Paul, Hastings, Janofsky & Walker LLP
    191 N. Wacker Drive
    30th Floor
    Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

August 19, 2010

Please refer to
Invoice Number: 1849384

PHJ&W Tax ID No. 95-2209675

---

### REMITTANCE COPY

**34th Street Lease**
PHJ&W LLP File# 75245-00002
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2010 | $10,666.50 |
| Costs incurred and advanced | 16.23 |
| **Current Fees and Costs Due** | **$10,682.73** |
| **Total Balance Due** | **$10,682.73** |

**Wiring and ACH Instructions:**
   Citibank
   ABA # 322271724
   SWIFT Address:  CITIUS33
   787 W. 5th Street
   Los Angeles, CA  90071
   Account Number: 203214267
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above

**Remittance Address:**
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
     Vice President & Deputy General Counsel

August 19, 2010

Please refer to
Invoice Number: 1849384

PHJ&W Tax ID No. 95-2209675

---

**FOR PROFESSIONAL SERVICES RENDERED**
for the period ending July 31, 2010

**<u>34th Street Lease</u>**                                                 **$10,666.50**

**B110  Case Administration**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/21/10 | JBB3 | Coordinate execution of closing documents (1.1) | 1.10 | 205.00 | 225.50 |
| | **Subtotal: B110  Case Administration** | | **1.10** | | **225.50** |

**B131  Sale of Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/02/10 | SET2 | Conference with T. Chandran regarding good standing and qualification information (0.4); telephone conference with J. Porter at NCR regarding same (0.1) | 0.50 | 300.00 | 150.00 |
| | **Subtotal: B131  Sale of Real Estate** | | **0.50** | | **150.00** |

**B250  Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/01/10 | JSR6 | Telephone conference with D. Eldersveld and T. Chandran regarding sublease of space at 330 W. 34th Street, New York, New York (0.3) | 0.30 | 720.00 | 216.00 |

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 07/01/10 | TJC3 | Review correspondence from D. Eldersveld regarding comments to reaffirmation of guaranty (0.4); telephone conference with D. Eldersveld and J. Rheeling regarding same (0.5) | 0.90 | 650.00 | 585.00 |
| 07/02/10 | TJC3 | Correspondence with S. Tybor regarding standing of Tribune ND, Inc. (0.4); revise reaffirmation of guaranty and correspondence with M. Wieland regarding same (1.1); correspondence with S. Mautner regarding outstanding issues (0.3) | 1.80 | 650.00 | 1,170.00 |
| 07/06/10 | TJC3 | Correspondence with D. Eldersveld regarding status of documents required for approval of Micropower sublease (0.2); correspondence from M. Wieland regarding reaffirmation of guaranty (0.1); conference with J. Rheeling regarding same (0.2); correspondence with D. Eldersveld regarding same (0.1) | 0.60 | 650.00 | 390.00 |
| 07/07/10 | TJC3 | Review correspondence from M. Wieland regarding reaffirmation of guaranty (0.2); review revised reaffirmation and conference with J. Rheeling regarding same (0.3); correspondence with D. Eldersveld regarding same (0.1) | 0.60 | 650.00 | 390.00 |
| 07/08/10 | TJC3 | Review correspondence from M. Wieland regarding reaffirmation of guaranty, consent and related documents (0.4); review correspondence from and correspondence with D. Eldersveld and J. Rheeling regarding same (0.5) | 0.90 | 650.00 | 585.00 |
| 07/12/10 | TJC3 | Review correspondence from and correspondence with D. Eldersveld and S. Pater regarding open items related to approval of Micropower sublease (0.5); correspondence with Bank of New York regarding disclosure of financial information under confidentiality regarding reaffirmation of Tribune guaranty (0.3) | 0.80 | 650.00 | 520.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/13/10 | TJC3 | Review correspondence from (0.2) and correspondence with S. Pater and D. Eldersveld regarding outstanding items with respect to Micropower consent (0.3); correspondence with Bank of New York regarding same (0.5) | 1.00 | 650.00 | 650.00 |
| 07/14/10 | TJC3 | Review correspondence from (0.1) and correspondence with S. Pater regarding pen items related to consent to Micropower sublease (0.3); review and analyze issues related to financial disclosures of Tribune ND with S. Pater (0.7) | 1.10 | 650.00 | 715.00 |
| 07/15/10 | TJC3 | Review disclosure of financial information for Tribune ND to Bank of New York with S. Pater (0.4); revise reaffirmation of Tribune guaranty and markup Vornado form of consent to guaranty and correspondence with Bank of New York regarding same (0.8); review Impremedia reaffirmation of guaranty and correspondence with Tribune regarding same (0.4); review correspondence from D. Eldersveld regarding same (0.1) and correspondence with Impremedia regarding same (0.2); review correspondence from Bank of New York regarding reaffirmation of guaranty (0.2); correspondence with Bank of New York regarding same (0.2) | 2.30 | 650.00 | 1,495.00 |
| 07/16/10 | TJC3 | Review correspondence from M. Wieland regarding Bank of NY markup of consent to sublease (0.1); review markup of consent (0.2); correspondence with D. Eldersveld regarding same (0.1); review correspondence from A. DaSilva regarding reaffirmation of guaranty and correspondence regarding same (0.2); correspondence with S. Pater regarding closing items (0.3) | 0.90 | 650.00 | 585.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/19/10 | TJC3 | Review correspondence from and correspondence with S. Pater regarding status of lease consent documentation (0.2); correspondence with A. DaSilva regarding final reaffirmation of guaranty (0.3) | 0.50 | 650.00 | 325.00 |
| 07/20/10 | TJC3 | Review correspondence regarding finalization of consent document (0.4); review correspondence from Vornado regarding revised consent document (0.1); review revised consent (0.2); correspondence with D. Eldersveld regarding same (0.2) | 0.90 | 650.00 | 585.00 |
| 07/21/10 | TJC3 | Review correspondence from M. Wieland regarding Bank of NY comments to consent (0.1); telephone conference with M. Wieland regarding same (0.2); conference with J. Rheeling regarding same (0.1); review correspondence from and correspondence with Vornado regarding same (0.4); correspondence with M. Wieland regarding execution of final documents (0.2); correspondence with B. Litman regarding execution of documents for Tribune and coordinate with B. Litman regarding execution of same (0.5); correspondence with M. Wieland regarding final executed documents (0.5) | 2.00 | 650.00 | 1,300.00 |
| 07/22/10 | TJC3 | Review correspondence from M. Wieland regarding signature pages for Tribune consent documents (0.2); review correspondence regarding execution of consent documents and correspondence with Bank of NY regarding same (0.5) | 0.70 | 650.00 | 455.00 |
| 07/23/10 | TJC3 | Review correspondence regarding Micropower consent (0.3); correspondence with S. Pater regarding same (0.2) | 0.50 | 650.00 | 325.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | **Subtotal:  B250   Real Estate** | | **15.80** | | **10,291.00** |

## 34th Street Lease                                                      $10,666.50

**Timekeeper Summary**

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 0.30 | 720.00 | 216.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 15.50 | 650.00 | 10,075.00 |
| SET2 | Sarah E. Tybor | PARALEGAL | 0.50 | 300.00 | 150.00 |
| JBB3 | Jamie B. Brown | CASE ASSISTANT | 1.10 | 205.00 | 225.50 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
   Vice President & Deputy General Counsel

August 19, 2010

Please refer to
Invoice Number: 1849383

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2010 | $604.50 |
| **Current Fees and Costs Due** | **$604.50** |
| **Total Balance Due** | **$604.50** |

**Wiring and ACH Instructions:**
 Citibank
 ABA # 322271724
 SWIFT Address:  CITIUS33
 787 W. 5th Street
 Los Angeles, CA  90071
 Account Number: 203214267
 Account Name: Paul, Hastings, Janofsky & Walker LLP
 Comment: Please refer to the invoice number listed above

**Remittance Address:**
 Paul, Hastings, Janofsky & Walker LLP
 191 N. Wacker Drive
 30th Floor
 Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

August 19, 2010

Please refer to
Invoice Number: 1849383

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

<u>KTLA</u>
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2010 | $604.50 |
| **Current Fees and Costs Due** | **$604.50** |
| **Total Balance Due** | **$604.50** |

<u>Wiring and ACH Instructions</u>:
    Citibank
    ABA # 322271724
    SWIFT Address: CITIUS33
    787 W. 5th Street
    Los Angeles, CA  90071
    Account Number: 203214267
    Account Name: Paul, Hastings, Janofsky & Walker LLP
    Comment: Please refer to the invoice number listed above

<u>Remittance Address</u>:
    Paul, Hastings, Janofsky & Walker LLP
    191 N. Wacker Drive
    30th Floor
    Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

Tribune Company                                     August 19, 2010
6th Floor, One Tribune Tower
435 N. Michigan Avenue                              Please refer to
Chicago, IL  60611-4096                             Invoice Number: 1849383

Attn:  David Eldersveld, Esq.                       PHJ&W Tax ID No. 95-2209675
         Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending July 31, 2010

## KTLA                                                          $604.50

### B131   Sale of Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/29/10 | PAR | Meet with F. Holley regarding property tax refund in connection with KTLA leased property (0.3) | 0.30 | 840.00 | 252.00 |
| 07/30/10 | PAR | Review with S. Pater regarding tax refund issue for KTLA property (0.3) | 0.30 | 840.00 | 252.00 |
| | **Subtotal:  B131  Sale of Real Estate** | | **0.60** | | **504.00** |

### B185   Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/16/10 | FLH | Correspondence to S. Pater regarding tax refund checks from Los Angeles County in connection with KTLA leased property (0.3) | 0.30 | 335.00 | 100.50 |
| | **Subtotal:  B185   Assumption/ Rejection of Leases and Contracts** | | **0.30** | | **100.50** |

## KTLA                                                          $604.50

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| PAR | Patrick A. Ramsey | PARTNER | 0.60 | 840.00 | 504.00 |
| FLH | Felicia L. Holley | PARALEGAL | 0.30 | 335.00 | 100.50 |

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

September 8, 2010

Please refer to
Invoice Number: 1850875

Attn: David Eldersveld, Esq.
       Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2010 | $1,188.00 |
| Costs incurred and advanced | 8.90 |
| **Current Fees and Costs** | **$1,196.90** |
| **Total Balance Due** | **$1,196.90** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
         Vice President & Deputy General Counsel

September 8, 2010

Please refer to
Invoice Number: 1850875

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2010 | $1,188.00 |
| Costs incurred and advanced | 8.90 |
| **Current Fees and Costs Due** | **$1,196.90** |
| **Total Balance Due** | **$1,196.90** |

**Wiring and ACH Instructions:**
   Citibank
   ABA # 322271724
   SWIFT Address: CITIUS33
   787 W. 5th Street
   Los Angeles, CA  90071
   Account Number: 203214267
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above

**Remittance Address:**
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

Tribune Company
75245-00001
Invoice No. 1850875

Page 2

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

September 8, 2010

Please refer to
Invoice Number: 1850875

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

**FOR PROFESSIONAL SERVICES RENDERED**
for the period ending August 31, 2010

**Post-Petition General Matter**                                    **$1,188.00**

**B160   Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/09/10 | KDN | Editing 8th supplemental affidavit of disinterest (0.1); draft email to P. Ratakowski regarding Paul Hastings' 8th supplemental affidavit of disinterest (0.1) | 0.20 | 690.00 | 138.00 |
| 08/19/10 | KDN | Discussed fee auditor inquiry related to third interim fee application with R. Chesley (0.1); discussed information for fee auditor request with A. Eissing (0.1) | 0.20 | 690.00 | 138.00 |
| 08/19/10 | RPR | Work on Tribune July bills (0.5) | 0.50 | 320.00 | 160.00 |
| 08/24/10 | RPR | Finalize July bills (0.3); update sixteenth combined (June, July and August) fee application regarding July fees and expenses (0.4) | 0.70 | 320.00 | 224.00 |
| 08/25/10 | ALE | Review and compare attorney rates in the filed fee applications for K. Newmarch (1.0) | 1.00 | 260.00 | 260.00 |
| 08/26/10 | ALE | Review and compare attorney rates in the filed fee applications for K. Newmarch (0.5) | 0.50 | 260.00 | 130.00 |

Tribune Company                                                    Page 3
75245-00001
Invoice No. 1850875

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/30/10 | KDN | Draft email to K. Traxler and C. Anderson regarding information requested by fee auditor (0.2) | 0.20 | 690.00 | 138.00 |
| | **Subtotal: B160   Fee/ Employment Applications** | | **3.30** | | **1,188.00** |

**Post-Petition General Matter**                          **$1,188.00**

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| KDN | Kimberly D. Newmarch | ASSOCIATE | 0.60 | 690.00 | 414.00 |
| ALE | Allison L. Eissing | PARALEGAL | 1.50 | 260.00 | 390.00 |
| RPR | Ruth P. Rosen | PARALEGAL | 1.20 | 320.00 | 384.00 |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
Vice President & Deputy General Counsel

September 8, 2010

Please refer to
Invoice Number: 1850879

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2010 | $167.50 |
| **Current Fees and Costs Due** | **$167.50** |
| **Total Balance Due** | **$167.50** |

**Wiring and ACH Instructions:**
Citibank
ABA # 322271724
SWIFT Address: CITIUS33
787 W. 5th Street
Los Angeles, CA  90071
Account Number: 203214267
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 89666218.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

September 8, 2010

Please refer to
Invoice Number: 1850879

PHJ&W Tax ID No. 95-2209675

---

### REMITTANCE COPY

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending August 31, 2010 | $167.50 |
| **Current Fees and Costs Due** | **$167.50** |
| **Total Balance Due** | **$167.50** |

**Wiring and ACH Instructions:**
   Citibank
   ABA # 322271724
   SWIFT Address: CITIUS33
   787 W. 5th Street
   Los Angeles, CA  90071
   Account Number: 203214267
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above

**Remittance Address:**
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 89666218.1

Tribune Company                                                                          Page 1
75245-00013
Invoice No. 1850879


Tribune Company                                        September 8, 2010
6th Floor, One Tribune Tower
435 N. Michigan Avenue                                 Please refer to
Chicago, IL 60611-4096                                 Invoice Number: 1850879

Attn: David Eldersveld, Esq.                           PHJ&W Tax ID No. 95-2209675
      Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2010

### KTLA                                                                          $167.50

**B185   Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 08/19/10 | FLH | Correspondence to S. Pater regarding tax refund check for 5800 Sunset Boulevard (0.1); call to S. Kalt (Hudson counsel) regarding reimbursement to Tribune for tax refund check received from LA County Tax Assessor (0.1); call to LA County Tax Assessor regarding tax period covered by refund checks related to 5800 Sunset Boulevard (0.2); correspondence to S. Kalt regarding confirmation of tax period covered by refund checks and Tribune portion of same (0.1) | 0.50 | 335.00 | 167.50 |
| | Subtotal: **B185   Assumption/ Rejection of Leases and Contracts** | | **0.50** | | **167.50** |


### KTLA                                                                          $167.50

#### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| FLH | Felicia L. Holley | PARALEGAL | 0.50 | 335.00 | 167.50 |

# EXHIBIT B

## (Expenses Statement)

**EXPENSE SUMMARY**
**JUNE 1, 2010 THROUGH AUGUST 31, 2010**

| Expense Category | June Expenses | July Expenses | August Expenses | Total Expenses |
|---|---|---|---|---|
| Airfare | $0.00 | $0.00 | $0.00 | $0.00 |
| Certified Copies/Corporate Documents/ Title Insurance Documents | $0.00 | $0.00 | $0.00 | $0.00 |
| Meals | $0.00 | $0.00 | $0.00 | $0.00 |
| Lodging | $0.00 | $0.00 | $0.00 | $0.00 |
| Courier Service/Overnight Delivery | $0.00 | $16.23 | $8.10 | $24.33 |
| Taxi/Ground Transportation | $0.00 | $0.00 | $0.00 | $0.00 |
| Parking | $0.00 | $0.00 | $0.00 | $0.00 |
| Postage/US Express Mail | $0.00 | $0.00 | $0.00 | $0.00 |
| Long Distance/Telephone Charges | $0.70 | $0.60 | $0.00 | $1.30 |
| Photocopy Charges ($0.10 per page) | $0.00 | $0.00 | $0.80 | $0.80 |
| Outside Photocopying | $0.00 | $0.00 | $0.00 | $0.00 |
| Facsimile | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL** | **$0.70** | **$16.83** | **$8.90** | **$26.43** |

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

July 14, 2010

Please refer to
Invoice Number: 1842790

PHJ&W Tax ID No. 95-2209675

---

June 2010

## SUMMARY

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 06/04/2010 | PHJW | Long Distance Telephone Charges | | | 0.20 |
| 06/24/2010 | PHJW | Long Distance Telephone Charges | | | 0.50 |
| | | **Total Costs** | | | **$0.70** |

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

August 19, 2010

Please refer to
Invoice Number: 1849382

PHJ&W Tax ID No. 95-2209675

**JULY 2010**

## SUMMARY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 07/01/2010 | PHJW | Long Distance Telephone Charges | | | 0.60 |
| | | **Total Costs** | | | **$0.60** |

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

August 19, 2010

Please refer to
Invoice Number: 1849384

PHJ&W Tax ID No. 95-2209675

**JULY 2010**

**SUMMARY**

**34th Street Lease**
PHJ&W LLP File# 75245-00002

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 07/21/2010 | PHJW | UPS 07/21/10 Matthew Wieland Emmet, Marvin & Martin, LLP New York NY 10271 1Z3F8W750197624458 (MAN) | | | 16.23 |
| | | **Total Costs** | | | **$16.23** |

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

September 8, 2010

Please refer to
Invoice Number: 1850875

PHJ&W Tax ID No. 95-2209675

**AUGUST 2010**

## SUMMARY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 08/10/2010 | TJC3 | Photocopy Charges | 8 | 0.10 | 0.80 |
| 08/31/2010 | DJP2 | Messenger - - Chicago Messenger Service, Inv. #537358, 08/15/2010, PHJW to Catalyst Group | | | 8.10 |
| | | **Total Costs** | | | **$8.90** |