# EXHIBIT "B"

{698.001-W0009719.}

Official Committee of Unsecured Creditors

September 27, 2010
Account No:  698-001
Statement No:    12361

Tribune Company, et al. bankruptcy

### Task Code Recapitulation

|       |                                                      | Fees         | Hours   |
|-------|------------------------------------------------------|-------------:|--------:|
| B122  | Case Administration                                  | $3,083.00    | 14.00   |
| B124  | Claims Administration & Objections                   | 608.50       | 2.40    |
| B126  | Employee Benefits/Pensions                           | 79.50        | 0.30    |
| B133  | LBO and Related Transactions                         | 23,136.00    | 49.10   |
| B134  | Hearings                                             | 14,848.50    | 33.20   |
| B136  | LRC Retention & Fee Matters                          | 2,834.50     | 11.90   |
| B138  | Creditors' Committee Meetings/Communications         | 54,583.00    | 105.00  |
| B140  | Creditor Inquiries                                   | 21.00        | 0.10    |
| B144  | Non-LRC Retention & Fee Matters                      | 2,489.00     | 11.10   |
| B146  | Plan and Disclosure Statement (including Business Plan) | 51,845.50  | 120.00  |
|       |                                                      | ----------   | ---------|
| **B100** | **Bankruptcy Task Codes**                         | **$153,528.50** | **347.10** |

**Landis Rath & Cobb LLP**
919 Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
(302) 467-4400
Federal Tax ID 04-3762200

Official Committee of Unsecured Creditors                      September 27, 2010
                                                              Account No:   698-001
                                                              Statement No:   12361

Tribune Company, et al. bankruptcy

### Fees through 08/31/2010

|            |     |      |      | Description | Hours |       |
|------------|-----|------|------|-------------|-------|-------|
| 08/02/2010 | FAP | B122 | A100 | Review M. Roitman email re: 8/2 committee meeting; update critical dates | 0.10 | 21.00 |
|            | FAP | B122 | A100 | Update critical dates memo | 0.40 | 84.00 |
|            | KAB | B122 | A100 | review critical dates memo | 0.20 | 53.00 |
|            | FAP | B122 | A100 | Assist AGL with 8/2 committee meeting preparation | 0.60 | 126.00 |
|            | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| 08/03/2010 | FAP | B122 | A100 | Briefly review notice of investments in treasury money market funds | 0.10 | 21.00 |
|            | FAP | B122 | A100 | Review order further amending deadlines in discovery/scheduling order and solicitation order (.1); update critical dates (.1) | 0.20 | 42.00 |
|            | KAB | B122 | A100 | review updated docket | 0.10 | 26.50 |
| 08/04/2010 | FAP | B122 | A100 | Review M. Roitman email re: revised confirmation schedule; confirm and update critical dates | 0.20 | 42.00 |
|            | FAP | B122 | A100 | Review re-notice of hearing re: examiner motion to discharge examiner; update critical dates | 0.10 | 21.00 |
|            | FAP | B122 | A100 | Review notice of rescheduled hearing re: 8/19 hearing; update critical dates | 0.10 | 21.00 |
| 08/05/2010 | FAP | B122 | A100 | Review notice of joint pre-trial memorandum regarding 2010 MIP | 0.10 | 21.00 |
|            | FAP | B122 | A100 | Email exchanges with M. Roitman re: revised agenda for 8/5 committee meeting and related Intralinks postings | 0.10 | 21.00 |
|            | FAP | B122 | A100 | Review Isaksen Investments notice of address change; update 2002 service list | 0.10 | 21.00 |
|            | FAP | B122 | A100 | Review stipulation between debtors and class action movants re: extended deadlines and adjourned hearing; update critical dates | 0.10 | 21.00 |
|            | FAP | B122 | A100 | Review notice of Day Pitney first and final fee application; update critical dates | 0.10 | 21.00 |
|            | FAP | B122 | A100 | Briefly review 7/29 committee meeting minutes and supplement thereto | 0.10 | 21.00 |
|            | FAP | B122 | A100 | Briefly review multiple committee members email exchanges re: committee proposal and follow-up committee call (.1); update critical dates (.1) | 0.20 | 42.00 |

Page: 2
Official Committee of Unsecured Creditors
September 27, 2010
Account No:   698-001
Statement No:     12361

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| 08/06/2010 | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Review Intralinks weekly court calendar and confirmation related deadlines | 0.20 | 42.00 |
| | FAP | B122 | A100 | Review order directing use of amended caption | 0.10 | 21.00 |
| | KAB | B122 | A100 | review updated docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Review notice of Alvarez & Marsal eighteenth fee application; update critical dates | 0.10 | 21.00 |
| 08/09/2010 | FAP | B122 | A100 | Review multiple emails from M. Roitman re: status update on settlement discussions (.1); update critical dates (.1) | 0.20 | 42.00 |
| | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Update critical dates memo | 0.40 | 84.00 |
| | FAP | B122 | A100 | Email exchanges with AGL re: July docket | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of withdrawal and re-notice of Alvarez Marsal eighteenth fee application; confirm critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review updated docket | 0.10 | 21.00 |
| | FAP | B122 | A100 | Briefly review order approving settlement between Greenco and MediaNews Group | 0.10 | 21.00 |
| | FAP | B122 | A100 | Briefly review order approving stipulation re: application of expert discovery Federal Rule of Civil Procedure 26 as amended effective 12/1/10 | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review Simon Property Group notice of appearance; update 2002 service list | 0.10 | 21.00 |
| 08/10/2010 | FAP | B122 | A100 | Review notice of Zuckerman Spaeder eleventh fee application; update critical dates | 0.10 | 21.00 |
| | KAB | B122 | A100 | review updated critical dates memo | 0.20 | 53.00 |
| 08/11/2010 | FAP | B122 | A100 | Review notice of Klee Touchin first monthly fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Klee Touchin second monthly fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Klee Touchin third monthly fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Kenneth Klee first monthly fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Kenneth Klee second monthly fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Kenneth Klee third monthly fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Sidley Austin sixteenth monthly fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review agenda for 8/12 committee meeting | 0.10 | 21.00 |
| | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 21.00 |
| 08/12/2010 | FAP | B122 | A100 | Briefly review minutes of 8/2 special committee meeting | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of McDermott Will March fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of McDermott Will April fee application; update critical dates | 0.10 | 21.00 |

Official Committee of Unsecured Creditors                    September 27, 2010
                                                           Account No:   698-001
                                                           Statement No:    12361
Tribune Company, et al. bankruptcy

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| | FAP | B122 | A100 | Review notice of McDermott Will May fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of McDermott Will June fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review CapitalSource withdrawal of appearance; update 2002 service list | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review M. Roitman email re: special 8/12 committee meeting; update critical dates | 0.10 | 21.00 |
| 08/13/2010 | FAP | B122 | A100 | Review M. Roitman email re: special 8/13 committee meeting; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of adjourned hearing re: WTC estimation motion; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Email exchanges with KAB re: motion to extend voting deadlines | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review Aurelius Capital notice of substitution of counsel; update 2002 service list | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of Cole Schotz seventeenth fee application; update critical dates | 0.10 | 21.00 |
| 08/16/2010 | FAP | B122 | A100 | Review M. Roitman email re: debtors' motion to extend confirmation deadlines | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review M. Roitman's email re: special 8/16 committee meeting; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review motion to extend confirmation deadlines and motion to shorten same; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review updated docket | 0.10 | 21.00 |
| | FAP | B122 | A100 | Update critical dates memo | 0.40 | 84.00 |
| | FAP | B122 | A100 | Review order setting expedited hearing re: motion to extend deadlines related to plan confirmation | 0.10 | 21.00 |
| | KAB | B122 | A100 | review email from KCC re: committee website and related expenses | 0.10 | 26.50 |
| 08/17/2010 | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Review notice of Saul Ewing's first monthly fee application; update critical dates | 0.10 | 21.00 |
| | KAB | B122 | A100 | review updated critical dates memo | 0.20 | 53.00 |
| 08/18/2010 | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 21.00 |
| | KAB | B122 | A100 | review updated docket | 0.10 | 26.50 |
| 08/19/2010 | FAP | B122 | A100 | Briefly review Chadbourne memo re: D&O insurance coverage | 0.10 | 21.00 |
| | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Review M. Roitman email re: special 8/19 committee meeting; update critical dates (.1); further Roitman email rescheduling meeting; update critical dates (.1) | 0.20 | 42.00 |
| | FAP | B122 | A100 | Review notice of Saul Ewing second monthly fee application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Briefly review order approving Downey Smith application for compensation | 0.10 | 21.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
| 08/20/2010 | FAP | B122 | A100 | Review order denying Millen requested relief | 0.10 | 21.00 |
| 08/23/2010 | FAP | B122 | A100 | Review notice of Jenner Block June fee application; update critical dates | 0.10 | 21.00 |
|  | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
|  | FAP | B122 | A100 | Review Intralinks court calendars | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review updated docket | 0.10 | 21.00 |
| 08/24/2010 | KAB | B122 | A100 | Review docket | 0.10 | 26.50 |
|  | FAP | B122 | A100 | Review Bates motion to extend bar date to file POC; update critical dates | 0.10 | 21.00 |
| 08/25/2010 | FAP | B122 | A100 | Review Aurelius motion to access depository and motion to shorten notice (.1); review notice of withdrawal of same (.1) | 0.20 | 42.00 |
|  | FAP | B122 | A100 | Review M. Roitman email re: rescheduling 8/26 committee meeting; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review Ad Hoc Step One Lender Committee notice of appearance; update 2002 service list | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Email exchanges with M. Roitman re: 8/26 chambers conference; update critical dates (.1); follow-up communication with M. McGuire re: same (.1) | 0.20 | 42.00 |
| 08/26/2010 | KAB | B122 | A100 | review docket | 0.10 | 26.50 |
| 08/27/2010 | FAP | B122 | A100 | Review agenda for 8/27 committee meeting | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of Law Debenture reinstated motion to terminate LBO lenders fees; update critical dates | 0.10 | 21.00 |
|  | KAB | B122 | A100 | Review docket | 0.10 | 26.50 |
|  | FAP | B122 | A100 | Review notice of Kenneth Klee fourth fee application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of Klee Touchin fourth fee application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review notice of Stuart Maue July fee application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review Google notice of appearance; update 2002 service list | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review Step One Credit Agreement Lenders amended notice of appearance; update service list | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review July MOR | 0.10 | 21.00 |
| 08/30/2010 | KAB | B122 | A100 | Review docket | 0.10 | 26.50 |
|  | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Review updated docket (.1); and update critical dates memo (.5) | 0.60 | 126.00 |
|  | KAB | B122 | A100 | review updated docket | 0.10 | 26.50 |
|  | KAB | B122 | A100 | review updated critical dates memo | 0.20 | 53.00 |
|  | FAP | B122 | A100 | Review notice of Reed Smith eighteenth monthly fee application; update critical dates | 0.10 | 21.00 |
|  | FAP | B122 | A100 | Briefly review Millen notice of appeal, designation of items and statement of issues on appeal | 0.20 | 42.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| | FAP | B122 | A100 | Review notice of Saul Ewing third monthly fee application; update critical dates | 0.10 | 21.00 |
| 08/31/2010 | FAP | B122 | A100 | Review notice of Jones Day retention application; update critical dates | 0.10 | 21.00 |
| | FAP | B122 | A100 | Review notice of PWC seventeenth fee application; update critical dates | 0.10 | 21.00 |
| | KAB | B122 | A100 | Review docket | 0.10 | 26.50 |
| | KAB | B122 | A100 | Review updated docket | 0.10 | 26.50 |
| | FAP | B122 | A100 | Review notice of Saul Ewing fourth and final fee application; update critical dates | 0.10 | 21.00 |
| | KAB | B122 | A100 | Review further updated docket | 0.10 | 26.50 |
| | | | | | ----- | -------- |
| | | | | B122 - Case Administration | 14.00 | 3,083.00 |
| 08/05/2010 | KAB | B124 | A100 | review and summarize Debtors' stipulation re: class action motion adjournment | 0.20 | 53.00 |
| 08/09/2010 | KAB | B124 | A100 | review and summarize Court's order approving settlement of Greenco claim | 0.20 | 53.00 |
| 08/12/2010 | FAP | B124 | A100 | Briefly review EMS Corp. response to thirty-fourth objection to claims | 0.10 | 21.00 |
| | FAP | B124 | A100 | Briefly review debtors' omni opposition to Millen claims | 0.10 | 21.00 |
| 08/13/2010 | KAB | B124 | A100 | review and summarize EMC's response to Debtors' objection to claims | 0.10 | 26.50 |
| | KAB | B124 | A100 | review and summarize the Debtors' omnibus opposition to K. Millen's claims/filings | 0.20 | 53.00 |
| 08/19/2010 | FAP | B124 | A100 | Briefly review order partially sustaining thirty-third omnibus objection to claims | 0.10 | 21.00 |
| | FAP | B124 | A100 | Briefly review order partially sustaining thirty-fourth omnibus objection to claims | 0.10 | 21.00 |
| 08/20/2010 | KAB | B124 | A100 | Review and summarize the Court's orders (i) partially sustaining Debtors' 33rd omnibus objection to claims (.2) and (ii) partially sustaining Debtors' 34th omnibus objection to claims (.2) | 0.40 | 106.00 |
| 08/23/2010 | KAB | B124 | A100 | review and summarize the Court's order disallowing all claims filed by K. Millen | 0.10 | 26.50 |
| 08/24/2010 | KAB | B124 | A100 | review and summarize I. Bates' motion for extension of claims bar date | 0.40 | 106.00 |
| 08/27/2010 | FAP | B124 | A100 | Briefly review notice of second quarter claims settlement report | 0.10 | 21.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| 08/30/2010 KAB | B124 | A100 | review and summarize (i) Millen's notice of appeal (.1), (ii) Millen's statement of the issues (.1), and (iii) Millen's designation of the record (.1) | | 0.30 | 79.50 |
| | | | | | ---- | ------ |
| | | | B124 - Claims Adm. & Objection | | 2.40 | 608.50 |
| 08/05/2010 KAB | B126 | A100 | review and summarize the Joint Pretrial Memorandum re: 2010 MIP | | 0.30 | 79.50 |
| | | | | | ---- | ----- |
| | | | B126 - Employ Benefits/Pension | | 0.30 | 79.50 |
| 08/01/2010 MBM | B133 | A100 | review of unredacted examiner report | | 2.10 | 829.50 |
| 08/02/2010 FAP | B133 | A100 | Briefly review Aurelius Capital response to examiner motion to seal examiner report | | 0.10 | 21.00 |
| 08/03/2010 KAB | B133 | A100 | Multiple email exchanges with M. McGuire and A. Landis re: unsealing of examiner report and posting to KCC website (.4); follow-up communications with M. McGuire, A. Landis, and F. Panchak (.3); review KCC emails re: same (.2); email R. Edwards re: same (.3); discussions with F. Panchak re: same (.3); review order unsealing examiner report and related exhibits (.1), follow-up emails with R. Edwards re: exhibit issues (.2) | | 1.80 | 477.00 |
| DBR | B133 | A100 | review select sections of examiners report | | 1.80 | 1,035.00 |
| FAP | B133 | A100 | Multiple email exchanges with M. McGuire and KAB re: unsealing of examiner report and posting to KCC website (.4); follow-up communications with KAB, MBM and AGL (.2); review KCC emails re: same (.2); review order unsealing examiner report and related exhibits (.1); follow-up communications with DLS, KAB and MBM (.3) | | 1.20 | 252.00 |
| FAP | B133 | A100 | Call with DLS and KCC re: exhibits to examiner report | | 0.20 | 42.00 |
| FAP | B133 | A100 | Multiple follow-up calls with DLS re: uploading examiner report and exhibits to committee website | | 0.20 | 42.00 |
| MBM | B133 | A100 | review of unredacted examiners report (1.2); work with Brown and KCC re: posting of report to Committee website (1.1) emails with Brown and KCC re: same (.6) | | 2.90 | 1,145.50 |
| RLB | B133 | A100 | Continue review of unredacted Examiner's report. | | 0.90 | 373.50 |
| KAB | B133 | A100 | review and summarize (i) ACM's response re: filing of examiner's report (.3), (ii) BofA's response re: same (.2), (iii) Court's order authorizing public filing of examiner's report (.1) | | 0.60 | 159.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 08/04/2010 | FAP | B133 | A100 | Review multiple email exchanges between DLS and KCC re: uploading examiner report and exhibits to committee website (.2); email and follow-up discussion with KAB re: same (.2) | 0.40 | 84.00 |
|  | KAB | B133 | A100 | conference with F. Panchak re: committee website (.2), email with DLS re: uploading examiner report and exhibits (.1), email with R. Edwards at KCC re: committee website and examiner's report (.2), email with M. McGuire re: same (.1) | 0.60 | 159.00 |
|  | DBR | B133 | A100 | review select section of Examiners report | 1.60 | 920.00 |
|  | MBM | B133 | A100 | work with Brown and KCC to finalize examiner report presentation on Committee website | 0.60 | 237.00 |
|  | RLB | B133 | A100 | Finish review of unredacted Examiner's report. | 1.80 | 747.00 |
| 08/05/2010 | FAP | B133 | A100 | Review notice of availability of exhibits and transcripts to examiner report | 0.10 | 21.00 |
|  | KAB | B133 | A100 | review and summarize the Examiner's notice of report posting | 0.10 | 26.50 |
|  | AGL | B133 | A100 | continue review of examiner report | 2.80 | 1,820.00 |
| 08/06/2010 | DBR | B133 | A100 | review status report on settlement | 0.40 | 230.00 |
|  | AGL | B133 | A100 | continue review of examiner report and exhibits | 3.90 | 2,535.00 |
| 08/07/2010 | DBR | B133 | A100 | review status of settlement discussions | 0.40 | 230.00 |
| 08/09/2010 | DBR | B133 | A100 | follow up re: status of settlement (.5); review of examiners report (1.0) | 1.50 | 862.50 |
| 08/10/2010 | FAP | B133 | A100 | Review R. Edwards email and committee website re: uploaded examiner report and exhibits | 0.10 | 21.00 |
|  | KAB | B133 | A100 | review email from KCC re: Examiner's report posting on Committee site (.1), email with M. McGuire re: changes to same (.1), call KCC and leave vm re: same (.1) | 0.30 | 79.50 |
|  | MBM | B133 | A100 | work with Brown and KCC to finalize examiner report production on Committee website | 0.40 | 158.00 |
| 08/11/2010 | KAB | B133 | A100 | retrieve vm from KCC re: changes to Committee website re: examiner's report (.1), email KCC re: same (.2), follow-up call with KCC re: same (.1), email from KCC re: changes (.1), conference with M. McGuire re: additional changes (.1), email to KCC re: additional changes (.2) | 0.80 | 212.00 |
|  | FAP | B133 | A100 | Review KAB and R. Edwards email exchanges re: revisions to committee website re: examiner's report | 0.10 | 21.00 |
|  | MBM | B133 | A100 | emails with KCC (.2), conference with Brown (.1) re: examiner posting on committee website and revisions to same (.8) | 1.10 | 434.50 |
| 08/13/2010 | DBR | B133 | A100 | confer with Butcher re: settlement status | 0.20 | 115.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | FAP | B133 | A100 | Briefly review debtors' response to examiner discharge motion | 0.10 | 21.00 |
| 08/16/2010 | KAB | B133 | A100 | review and summarize the Debtors response to Examiner's motion to discharge | 0.30 | 79.50 |
|  | DBR | B133 | A100 | review information relating to settlement negotiations | 0.60 | 345.00 |
| 08/17/2010 | KAB | B133 | A100 | review committee website re: examiner report (.1), email M. McGuire and F. Panchak re: same (.1) | 0.20 | 53.00 |
|  | FAP | B133 | A100 | Briefly review examiner reply re: motion to discharge examiner | 0.10 | 21.00 |
|  | DBR | B133 | A100 | review emails from Committee re: possible resolution and issues re:  settlement negotiations (.5); confer with McGuire re: same (.3) | 0.80 | 460.00 |
| 08/18/2010 | KAB | B133 | A100 | Review and summarize Examiner's reply re: Examiner's discharge motion | 0.40 | 106.00 |
| 08/23/2010 | DBR | B133 | A100 | review emails from Chadbourne relating to status of settlement | 0.50 | 287.50 |
|  | KAB | B133 | A100 | review and summarize the numerous docket entries providing the exhibits to the Examiner's Report | 0.20 | 53.00 |
| 08/24/2010 | RLB | B133 | A100 | Review rules and omnibus dates re: motion for standing (.6) Draft summary of filing dates and motion for standing (.5) E-mails with co-counsel at Chadbourne re: motion for standing (.8) | 1.90 | 788.50 |
| 08/25/2010 | KAB | B133 | A100 | review and summarize ACM's request for access to document depository | 0.30 | 79.50 |
|  | KAB | B133 | A100 | Email with A. Landis re: ACM's request for document depository access and motion to shorten | 0.20 | 53.00 |
|  | RLB | B133 | A100 | Review document depository order re: motion for standing (.5) Revise motion to seal (.4) | 0.90 | 373.50 |
| 08/26/2010 | KAB | B133 | A100 | review and summarize the Court's order discharging the Examiner | 0.40 | 106.00 |
|  | KAB | B133 | A100 | review and summarize Law Debenture's renewal of its motion to disallow and recover LBO lender fees | 0.40 | 106.00 |
|  | MBM | B133 | A100 | review draft 3rd party complaint | 1.30 | 513.50 |
|  | RLB | B133 | A100 | Review revised third party complaint | 1.10 | 456.50 |
|  | DBR | B133 | A100 | review standing motions and status of same (.6); review third party complaint and standing motion (1.9); | 2.50 | 1,437.50 |
|  | MBM | B133 | A100 | review STN motion (.8); emails with Landis and Rath re: same (.2) | 1.00 | 395.00 |
| 08/27/2010 | FAP | B133 | A100 | Review order discharging examiner | 0.10 | 21.00 |

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | RLB | B133 | A100 | Review revised third party standing motion | 0.70 | 290.50 |
| 08/28/2010 | DBR | B133 | A100 | review D/O complaint | 1.20 | 690.00 |
| 08/30/2010 | DBR | B133 | A100 | review and revise Committee Complaint | 1.00 | 575.00 |
| 08/31/2010 | AGL | B133 | A100 | extensive review of complaints against LBO parties, (1.6) standing motions in contemplation of committee action, (2.0) and upcoming deadlines (.3) | 3.90 | 2,535.00 |
|  |  |  |  | B133-LBO & Related Trans | 49.10 | 23,136.00 |
| 08/02/2010 | FAP | B134 | A100 | Assist AGL with 8/3 hearing preparation | 0.30 | 63.00 |
| 08/03/2010 | FAP | B134 | A100 | Review amended agenda for 8/3 hearing (.1); supplement hearing binder (.1) | 0.20 | 42.00 |
|  | KAB | B134 | A100 | brief discussion with M. McGuire re: hearing prep (.1); assist in the preparation of 8/3 hearing (.9) | 1.00 | 265.00 |
|  | FAP | B134 | A100 | Coordinate transcript order for 8/3 hearing | 0.20 | 42.00 |
|  | AGL | B134 | A100 | pre-hearing meeting with Seife and Ashley re: hearing issues and related matters (1.2); attend omnibus hearing (1.6) (examiner motion and plan issues) and post-hearing meeting re: same (1.3) | 4.10 | 2,665.00 |
|  | MBM | B134 | A100 | work with Landis and co-counsel to prepare for 8/3 hearing | 1.60 | 632.00 |
| 08/04/2010 | FAP | B134 | A100 | Briefly review 8/3 hearing transcript (.2); email to M. Roitman re: same (.1) | 0.30 | 63.00 |
|  | MBM | B134 | A100 | emails with Landis and LeMay re: MIP hearing (.2); review of MIP pleadings in preparation for hearing (2.1) | 2.30 | 908.50 |
| 08/05/2010 | FAP | B134 | A100 | Review agenda for 8/9 hearing | 0.10 | 21.00 |
|  | FAP | B134 | A100 | Review notice of re-scheduled 2010 MIP hearing; update critical dates | 0.10 | 21.00 |
|  | FAP | B134 | A100 | Review notice of amended agenda canceling 8/9 hearing; update critical dates | 0.10 | 21.00 |
| 08/06/2010 | FAP | B134 | A100 | Email exchanges with MBM re: status of 8/9 hearing | 0.10 | 21.00 |
| 08/13/2010 | KAB | B134 | A100 | review court's order adjourning 8/20 hearing to 9/15 | 0.10 | 26.50 |
| 08/16/2010 | FAP | B134 | A100 | Review agenda for 8/17 hearing (.1); coordinate Seife, Deutsch, LeMay and Roitman appearances for CourtCall (.3); follow-up email to Chadbourne group re: same (.1) | 0.50 | 105.00 |
|  | FAP | B134 | A100 | Email exchanges with M. McGuire re: 8/17 hearing status | 0.10 | 21.00 |
|  | FAP | B134 | A100 | Assist M. McGuire with 8/17 hearing preparations | 0.30 | 63.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | __Hours__ |  |
|---|---|---|---|---|---|---|
| | KAB | B134 | A100 | review and summarize the Court's order setting an expedited hearing re: the Debtors' motion to extend certain confirmation deadlines | 0.10 | 26.50 |
| 08/17/2010 | FAP | B134 | A100 | Review amended agenda for 8/17 hearing (.1); assist M. McGuire and H. Seife with hearing preparations (.3) | 0.40 | 84.00 |
| | KAB | B134 | A100 | discuss 8/17 hearing prep with M. McGuire (.1), assist in preparations for same (.5) | 0.60 | 159.00 |
| | KAB | B134 | A100 | review email from M. McGuire re: hearing update | 0.10 | 26.50 |
| | MBM | B134 | A100 | prepare for (1.1) and attend hearing (1.3) | 2.40 | 948.00 |
| 08/18/2010 | FAP | B134 | A100 | Review M. Roitman email re: update on 8/17 hearing (.1); coordinate transcript order for same (.2) | 0.30 | 63.00 |
| | FAP | B134 | A100 | Review agenda for 8/20 hearing | 0.10 | 21.00 |
| | FAP | B134 | A100 | Email to Chadbourne group re: 8/20 CourtCall confirmations | 0.10 | 21.00 |
| 08/19/2010 | FAP | B134 | A100 | Review 8/17 hearing transcript (.2); email to Chadbourne group re: same (.1) | 0.30 | 63.00 |
| | FAP | B134 | A100 | Assist AGL re: 8/20 hearing preparations | 1.00 | 210.00 |
| | FAP | B134 | A100 | Review amended agenda for 8/20 hearing | 0.20 | 42.00 |
| 08/20/2010 | FAP | B134 | A100 | Coordinate 8/20 hearing transcript order | 0.20 | 42.00 |
| | FAP | B134 | A100 | Call with H. Lamb re: 8/20 hearing telephonic appearances | 0.10 | 21.00 |
| | KAB | B134 | A100 | email with M. McGuire re: hearing prep (.1), email with A. Landis re: same (.1), assist in preparations for 8/20 hearing (1.0) | 1.20 | 318.00 |
| | AGL | B134 | A100 | prepare for (.4) and attend (2.0) omnibus hearing | 2.40 | 1,560.00 |
| | FAP | B134 | A100 | Review M. Roitman email re: update on 8/20 hearing | 0.10 | 21.00 |
| | MBM | B134 | A100 | work with Landis to prepare for hearing | 1.10 | 434.50 |
| 08/23/2010 | FAP | B134 | A100 | Briefly review 8/20 hearing transcript (.2); email to Chadbourne group re: same (.1) | 0.30 | 63.00 |
| 08/24/2010 | FAP | B134 | A100 | Email exchanges with D. Bava re: rescheduled confirmation hearing dates | 0.10 | 21.00 |
| 08/26/2010 | DBR | B134 | A100 | conference with Landis, McGuire and Brown re: chambers conference with Judge Carey | 0.70 | 402.50 |
| | KAB | B134 | A100 | conference with A. Landis, D. Rath, and M. McGuire re: committee meeting and conference with Judge re: plan negotiations and mediation (.7), teleconference with R. Butcher re: same (.3) | 1.00 | 265.00 |
| | AGL | B134 | A100 | meetings with committee and lender professionals in preparation for (2.1) and attendance at  (1.3) chambers' conference regarding plan/mediation | 3.40 | 2,210.00 |

Official Committee of Unsecured Creditors                    September 27, 2010
                                                            Account No:   698-001
                                                            Statement No:     12361
Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| | AGL | B134 | A100 | meeting with Rath, McGuire, Brown re: status conference re: mediation and go forward assignments re: same (.7); review mediation order precedent and revise proposed plan mediation order (1.6); emails to and from committee professionals group re: same (.2) | 2.50 | 1,625.00 |
| | MBM | B134 | A100 | work with Landis to prepare for chambers conference (1.2); emails with Landis and co-counsel re: same (.2); conference with Landis, Rath and Brown re: outcome of chambers conference (.7) | 2.10 | 829.50 |
| | RLB | B134 | A100 | Call re: chambers's conference and mediation with KB | 0.30 | 124.50 |
| 08/27/2010 | FAP | B134 | A100 | Communicate with KAB re: summary of chambers conference | 0.20 | 42.00 |
| | KAB | B134 | A100 | discussion with F. Panchak re: summary of chambers conference | 0.20 | 53.00 |
| | DBR | B134 | A100 | review dates for omni hearing and confer with Butcher | 0.30 | 172.50 |
| | | | | B134 - Hearings | 33.20 | 14,848.50 |
| 08/02/2010 | FAP | B136 | A100 | Review examiner final report re: LRC fourth interim fee application | 0.20 | 42.00 |
| 08/11/2010 | KAB | B136 | A100 | begin preparation of LRC's 19th monthly fee app | 0.60 | 159.00 |
| | FAP | B136 | A100 | Begin preparation of LRC nineteenth fee application | 0.70 | 147.00 |
| 08/12/2010 | KAB | B136 | A100 | continue preparation of LRC's 19th monthly fee app (.8), and brief discussion with F. Panchak re: edits to same (.1) | 0.90 | 238.50 |
| | CL | B136 | A103 | assist KAB with drafting LRC's 19th monthly fee app | 1.50 | 187.50 |
| 08/13/2010 | FAP | B136 | A100 | Continue draft of LRC nineteenth monthly fee application | 0.50 | 105.00 |
| 08/17/2010 | FAP | B136 | A100 | Email exchanges with LRC group re: responses to eighteenth monthly fee application (.1); draft Certificate of No Objection for same (.1) | 0.20 | 42.00 |
| | KAB | B136 | A100 | continue work on LRC's 19th monthly fee app | 1.20 | 318.00 |
| | FAP | B136 | A100 | Follow-up communications with KAB re: revisions to LRC nineteenth monthly fee application (.1); further revisions to same (.3) | 0.40 | 84.00 |
| 08/18/2010 | KAB | B136 | A100 | continue work on LRC's 19th monthly fee app | 1.10 | 291.50 |
| | KAB | B136 | A100 | review (.1) and execute (.1) LRC's Certificate of No Objection for its 18th monthly fee app | 0.20 | 53.00 |
| | KAB | B136 | A100 | brief discussion with F. Panchak re: LRC's 19th monthly fee app | 0.10 | 26.50 |

{698.001-W0009839.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | FAP | B136 | A100 | File and coordinate service of Certificate of No Objection re: LRC eighteenth monthly fee application (.3); follow-up email to C. Lewicki re: same (.1) | 0.40 | 84.00 |
| 08/20/2010 | KAB | B136 | A100 | continue preparation of LRC's 19th monthly fee app (1.5) and briefly discuss same with M. McGuire (.1) | 1.60 | 424.00 |
| 08/24/2010 | MBM | B136 | A100 | review and revise LRC's 19th monthly fee application | 0.60 | 237.00 |
| 08/25/2010 | KAB | B136 | A100 | discussions with M. McGuire (.1) and R. Butcher (.1) re: filing LRC's 19th monthly fee app | 0.20 | 53.00 |
|  | KAB | B136 | A100 | brief discussion with M. McGuire re: edits to LRC's 19th monthly fee app (.1), edit same (.4) | 0.50 | 132.50 |
|  | FAP | B136 | A100 | Assist KAB re: finalizing LRC nineteenth monthly fee application (.3); draft notice re: same (.1) | 0.40 | 84.00 |
|  | FAP | B136 | A100 | File and coordinate service of LRC nineteenth monthly fee application | 0.40 | 84.00 |
| 08/27/2010 | FAP | B136 | A100 | Email exchanges with C. Lewicki re: July fee/expense detail (.1); email to fee examiner re: same (.1) | 0.20 | 42.00 |
|  |  |  |  | B136 - LRC Ret. & Fee Matters | 11.90 | 2,834.50 |
| 08/01/2010 | MBM | B138 | A100 | call with Committee professionals re: preparation for 8/2 committee meeting | 1.40 | 553.00 |
|  | AGL | B138 | A100 | prepare memo to committee group re: resolicitation (2.4); attend call re: same, plan issues, examiner report (1.7) | 4.10 | 2,665.00 |
| 08/02/2010 | DBR | B138 | A100 | review summary of examiner report and prepare for committee meeting (1.4) and participate in committee meeting re: examiner report (2.2) | 3.60 | 2,070.00 |
|  | AGL | B138 | A100 | review examiner report and slides in preparation for committee meeting regarding same and related issues (2.9); attend committee meeting regarding agenda items, including examiner issues (2.2) | 5.10 | 3,315.00 |
|  | MBM | B138 | A100 | review of slides for presentation to committee (1.8); prepare for committee call (.4); conferences with Landis and LeMay re: same (.4); attend committee telephonic meeting (2.2) | 4.80 | 1,896.00 |
|  | RLB | B138 | A100 | Review materials to prepare for committee call (.7) attend committee call re: plan negotiations/LBO settlement (2.2) | 2.90 | 1,203.50 |
| 08/03/2010 | RLB | B138 | A100 | Prepare for (.3) and attend Committee call (1.2) | 1.50 | 622.50 |

Official Committee of Unsecured Creditors                    September 27, 2010
                                                            Account No:  698-001
                                                            Statement No:   12361

Tribune Company, et al. bankruptcy

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| DBR | B138 | A100 | prepare for (.4) and participate (1.2) in committee professionals call | 1.60 | 920.00 |
| 08/05/2010 DBR | B138 | A100 | review revised agenda for committee meeting (.3); prepare for (.2) and participate in professionals committee calls (2.4); communications with Butcher re: same (.2) | 3.10 | 1,782.50 |
| MBM | B138 | A100 | emails from co-counsel and committee members re: settlement option (.6); participate in portions of committee call re: settlement options (.9) | 1.50 | 592.50 |
| AGL | B138 | A100 | review settlement proposals and counters/alternative plan strategies and committee comments re: same in connection with committee call (2.3); attend portions of committee calls (1.5) | 3.80 | 2,470.00 |
| RLB | B138 | A100 | Prepare for (.4) and participate in Committee calls re: plan negotiations.(2.4) | 2.80 | 1,162.00 |
| 08/06/2010 RLB | B138 | A100 | Call with creditor's committee regarding plan re-negotiation. | 1.20 | 498.00 |
| MBM | B138 | A100 | prepare for (.7) and attend committee meeting (1.2) | 1.90 | 750.50 |
| DBR | B138 | A100 | prepare for committee meeting (.8); participate in committee teleconference meeting (1.2); | 2.00 | 1,150.00 |
| 08/07/2010 RLB | B138 | A100 | E-mail with co-counsel at Chadbourne re: committee meetings on Plan. | 0.20 | 83.00 |
| 08/09/2010 MBM | B138 | A100 | review Moeils recovery report (.6) and prepare for call with committee (.7) | 1.30 | 513.50 |
| DBR | B138 | A100 | review correspondence from Chadbourne re: committee meeting | 0.20 | 115.00 |
| 08/10/2010 MBM | B138 | A100 | prepare for (.4) and attend committee meeting (3.5) | 3.90 | 1,540.50 |
| DBR | B138 | A100 | prepare for committee call (.5); confer with McGuire re: same (.2); participate in committee call (3.5) and follow up issues after same (.1) | 4.30 | 2,472.50 |
| RLB | B138 | A100 | Attend Committee meeting re: plan negotiations and litigation. | 3.50 | 1,452.50 |
| 08/12/2010 AGL | B138 | A100 | prepare for (.8) and attend (1.4) committee conference call re: agenda items listed; attend second conference call re: plan issues (1.2) | 3.40 | 2,210.00 |
| DBR | B138 | A100 | prepare for (.5) and participate in committee call (1.4); participate in portions of follow-up post call with Committee re: settlement matters (.6) | 2.50 | 1,437.50 |

Official Committee of Unsecured Creditors                September 27, 2010
                                                         Account No:  698-001
                                                         Statement No:    12361
Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | MBM | B138 | A100 | prepare for (.5) and attend (1.4) committee meeting re: plan negotiations; prepare for (.2) and attend follow-up meeting with committee re: same (1.2) | 3.30 | 1,303.50 |
|  | RLB | B138 | A100 | Committee call re: plan negotiations with presentations from certain interested parties (1.4)   Follow up Committee call re: substance of presentations and plan negotiation (1.2) | 2.60 | 1,079.00 |
| 08/13/2010 | AGL | B138 | A100 | prepare for (.3) and attend (.9) committee conference call re: plan issues | 1.20 | 780.00 |
|  | RLB | B138 | A100 | Prepare for (.2) and attend Committee call (.9) re: Plan and litigation issues. | 1.10 | 456.50 |
|  | DBR | B138 | A100 | attend committee phone conference (.9) and follow up re: same (.7) | 1.60 | 920.00 |
| 08/16/2010 | MBM | B138 | A100 | prepare for (.6) and attend committee meeting (1.2) | 1.80 | 711.00 |
|  | DBR | B138 | A100 | participate in conference call re: settlement (1.2) and follow up re: same (.8) | 2.00 | 1,150.00 |
| 08/17/2010 | DBR | B138 | A100 | communications with Committee and co-counsel re: motion to extend confirmation related deadlines | 1.00 | 575.00 |
| 08/19/2010 | AGL | B138 | A100 | prep for (.2) and attend (1.5) committee conference call re: agenda items listed; prepare for (.2) and attend (1.5) second committee call re: agenda items listed | 3.40 | 2,210.00 |
|  | MBM | B138 | A100 | prepare for (.4) and attend committee meeting (1.5) | 1.90 | 750.50 |
|  | MBM | B138 | A100 | prepare for (.1) and attend second committee meeting re: plan issues (1.5) | 1.60 | 632.00 |
|  | RLB | B138 | A100 | prepare for (.1) and attend Committee call re: Plan negotiations and provisions (1.5)   Attend follow up Committee call re: further Plan negotiation and terms (1.5) | 3.10 | 1,286.50 |
|  | DBR | B138 | A100 | attend extended committee conf call (1.5) and follow up with LRC group (1.0) | 2.50 | 1,437.50 |
| 08/24/2010 | DBR | B138 | A100 | prepare for (.4) and participate in professionals call (.8) | 1.20 | 690.00 |
|  | RLB | B138 | A100 | prepare for (.3) and attend committee professional call.(.8) | 1.10 | 456.50 |
| 08/25/2010 | AGL | B138 | A100 | working travel preparing for in person meeting in NYC to discuss strategic options (1.5 Wilmington to NYC, 1.5 NYC to Wilmington); attend and participate in meeting with committee professionals re: same (3.8) | 6.80 | 4,420.00 |
| 08/26/2010 | DBR | B138 | A100 | confer with Landis re: committee meeting and meeting called by debtors | 0.60 | 345.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| 08/27/2010 | AGL | B138 | A100 | prepare for (.5) and attend (.8) committee meeting re: agenda items listed | 1.30 | 845.00 |
| | MBM | B138 | A100 | prepare for (.3) and attend committee meeting (.8) | 1.10 | 434.50 |
| | RLB | B138 | A100 | Prepare for (.4) and attend committee meeting (.8) | 1.20 | 498.00 |
| 08/30/2010 | RLB | B138 | A100 | Review agenda for Committee professionals meeting. | 0.30 | 124.50 |
| 08/31/2010 | DBR | B138 | A100 | prepare for (.5) and participate in committee professionals call (.9); confer with Butcher and Landis re: same(.2) | 1.60 | 920.00 |
| | AGL | B138 | A100 | attend committee professionals call re: agenda items listed | 0.90 | 585.00 |
| | RLB | B138 | A100 | Prepare for (.3) and attend committee professionals meeting (.9) | 1.20 | 498.00 |
| | | | | B138 - Creditors' Cmte Mtgs | 105.00 | 54,583.00 |
| 08/13/2010 | FAP | B140 | A100 | Call from creditor re: EFE News Services proof of claim | 0.10 | 21.00 |
| | | | | B140 - Creditor Inquiries | 0.10 | 21.00 |
| 08/03/2010 | FAP | B144 | A100 | Email exchanges with E. Glucoft re: responses to Moelis' seventeenth fee application | 0.10 | 21.00 |
| 08/04/2010 | FAP | B144 | A100 | Draft Certificate of No Objection re: Moelis seventeenth fee application (.1); prepare affidavit of service (.1) | 0.20 | 42.00 |
| | FAP | B144 | A100 | File and coordinate service of Certificate of No Objection re: Moelis' seventeenth fee application (.3); follow-up email to Moelis team (.1) | 0.40 | 84.00 |
| 08/17/2010 | FAP | B144 | A100 | Email exchanges with Chadbourne group re: responses to eighteenth monthly fee application (.1); draft Certificate of No Objection for same (.1) | 0.20 | 42.00 |
| | FAP | B144 | A100 | Email exchanges with AlixPartners group re: responses to eighteenth monthly fee application (.1); draft Certificate of No Objection for same (.1) | 0.20 | 42.00 |
| 08/18/2010 | KAB | B144 | A100 | review (.1) and execute (.1) the Certificate of No Objection for AlixPartners 18th monthly fee app | 0.20 | 53.00 |
| | KAB | B144 | A100 | review (.1) and execute (.1) the Certificate of No Objection for Chadbourne's 18th monthly fee app | 0.20 | 53.00 |
| | FAP | B144 | A100 | File and coordinate service of Certificate of No Objection re: Chadbourne eighteenth fee application (.3); follow-up email to H. Lamb re: same (.1) | 0.40 | 84.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  | | Hours |  |
|---|---|---|---|---|---|---|
|  | FAP | B144 | A100 | File and coordinate service of Certificate of No Objection re: AlixPartners eighteenth fee application (.3); follow-up email A. Holtz and A. Leung re: same (.1) | 0.40 | 84.00 |
|  | FAP | B144 | A100 | Prepare affidavit of service re: Certificate of No Objection for committee professional's eighteenth fee applications (.1); file same (.1) | 0.20 | 42.00 |
| 08/19/2010 | FAP | B144 | A100 | Email exchanges with D. Bava re: third supplemental affidavit of D. LeMay in connection to Chadbourne retention (.1); review same (.1); file and coordinate service of same (.4); prepare affidavit of service (.1); file affidavit of service (.1) | 0.80 | 168.00 |
|  | FAP | B144 | A100 | Email exchanges with J. Jin re: Moelis eighteenth fee application (.1); review and compile same (.1); prepare notice (.1); prepare affidavit of service (.1) | 0.40 | 84.00 |
| 08/20/2010 | KAB | B144 | A100 | review (.1) and execute (.1) notice of Moelis 18th monthly fee app | 0.20 | 53.00 |
|  | FAP | B144 | A100 | File and coordinate service of Moelis' eighteenth monthly fee application (.4); follow-up email to J. Jin and E. Glucoft re: same (.1) | 0.50 | 105.00 |
|  | FAP | B144 | A100 | Email exchanges with J. Jin re: Moelis' nineteenth monthly fee application | 0.10 | 21.00 |
|  | KAB | B144 | A100 | review and summarize the Court's order approving Downey Fier compensation by LA Times | 0.10 | 26.50 |
| 08/23/2010 | FAP | B144 | A100 | Call (.1) and email (.1) from Y. Kim re: AlixPartners status of prior fee applications and local form | 0.20 | 42.00 |
| 08/24/2010 | FAP | B144 | A100 | Email exchanges with H. Lamb re: committee members' July expense application (.1); review expense summary (.1); draft application (.4); draft notice (.1) | 0.70 | 147.00 |
|  | FAP | B144 | A100 | Review and compile Moelis nineteenth fee application (.2); draft notice for same (.1) | 0.30 | 63.00 |
|  | FAP | B144 | A100 | Email exchanges with E. Glucoft re: status of Moelis nineteenth monthly fee application | 0.10 | 21.00 |
|  | FAP | B144 | A100 | Email exchanges with A. Holtz re: AlixPartners nineteenth monthly fee application (.1); review/revise same (.1); draft notice for same (.1) | 0.30 | 63.00 |
|  | MBM | B144 | A100 | review AlixPartners monthly fee application | 0.20 | 79.00 |
| 08/25/2010 | KAB | B144 | A100 | review AlixPartners' 19th monthly fee app (.2), execute notice re: same (.1) | 0.30 | 79.50 |
|  | KAB | B144 | A100 | review Committee Member's 12th expense reimbursement app (.3) and execute same (.1), review and execute notice related to same (.1) | 0.50 | 132.50 |
|  | KAB | B144 | A100 | review Moelis' 19th monthly fee app (.2) and execute notice re: same (.1) | 0.30 | 79.50 |

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| KAB | B144 | A100 | discussion with F. Panchak re: filing Moelis' 19th monthly fee app, AlixPartners' 19th monthly fee app, and Committee's 12th expense reimbursement | 0.10 | 26.50 |
| FAP | B144 | A100 | Communicate with KAB re: committee members July expenses | 0.10 | 21.00 |
| FAP | B144 | A100 | Email exchanges with H. Lamb re: Chadbourne nineteenth monthly fee application (.1); review/compile same (.2); draft notice for same (.1) | 0.40 | 84.00 |
| KAB | B144 | A100 | Review Chadbourne's 19th monthly fee app (.2), and execute notice re: same (.1) | 0.30 | 79.50 |
| FAP | B144 | A100 | Email exchanges with H. Lamb re: revised exhibit A to committee members' expense application | 0.10 | 21.00 |
| FAP | B144 | A100 | File and coordinate service of AlixPartners' nineteenth monthly fee application (.4); follow-up email to A. Holtz and A. Leung re: same (.1) | 0.50 | 105.00 |
| FAP | B144 | A100 | File and coordinate service of Moelis' nineteenth fee application (.4); follow-up email to E. Glucoft re: same (.1) | 0.50 | 105.00 |
| FAP | B144 | A100 | File and coordinate service of Committee Members' twelfth expense application (.4); follow-up email to H. Lamb re: same (.1) | 0.50 | 105.00 |
| FAP | B144 | A100 | File and coordinate service of Chadbourne's nineteenth monthly fee application (.7); follow-up email to H. Lamb re: same (.1) | 0.80 | 168.00 |
| FAP | B144 | A100 | Prepare affidavit of service re: committee professionals' July fee applications (.2); file same (.1) | 0.30 | 63.00 |
|  |  |  | B144 - Non-LRC Ret. & Fee Matt | 11.10 | 2,489.00 |
| 08/01/2010 KAB | B146 | A100 | email with A. Landis re: research assignment re: indemnification/resolicitation issues (.2); begin research of same (.5) | 0.70 | 185.50 |
| KKM | B146 | A100 | Review emails from A. Landis and K. Brown re: solicitation issues | 0.20 | 83.00 |
| DBR | B146 | A100 | review research and summary from Brown/Landis re: solicitation | 1.10 | 632.50 |
| 08/02/2010 KAB | B146 | A100 | continue research re: indemnification/resolicitation | 4.40 | 1,166.00 |
| KAB | B146 | A100 | review and summarize (i) JPMC's response in support of pre-trial scheduling order (.3), (ii) Wells Fargo's motion to continue confirmation (.3), (iii) Debtors' response re: scheduling order (.3), and (iv) Debtors' motion to amend discovery schedule (.1) | 1.00 | 265.00 |
| MBM | B146 | A100 | review of Debtors motion to extend deadlines (.6); conferences with Landis and Rath re: same (.2); call with Ashley re: same (.4) | 1.20 | 474.00 |

Official Committee of Unsecured Creditors                    September 27, 2010
                                                            Account No:   698-001
                                                            Statement No:      12361
Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | DBR | B146 | A100 | review debtors motion to amend schedule (.4) and confer with McGuire (.2); review JPM response to request for prelim schedule (1.2) | 1.80 | 1,035.00 |
| 08/03/2010 | KAB | B146 | A100 | review and summarize Court's order amending solicitation and scheduling orders | 0.20 | 53.00 |
|  | RLB | B146 | A100 | Review revised confirmation schedule. | 0.40 | 166.00 |
| 08/05/2010 | RLB | B146 | A100 | Review e-mails from co-counsel, committee members, creditors and lenders, re: their proposed changes to Plan. | 0.60 | 249.00 |
| 08/06/2010 | AGL | B146 | A100 | emails to and from Chadbourne group re: plan alternatives | 0.30 | 195.00 |
|  | RLB | B146 | A100 | E-mail with co-counsel at Chadbourne re: plan negotiation. | 0.20 | 83.00 |
| 08/08/2010 | DBR | B146 | A100 | review debtors proposed plan of reorganization (.5) and communications from Chadbourne re: same (.2) | 0.70 | 402.50 |
|  | RLB | B146 | A100 | Review revised summary of revised plan of reorganization circulated by Chadbourne. | 0.50 | 207.50 |
| 08/09/2010 | KAB | B146 | A100 | review and summarize Court's order approving stipulation re: use of Fed. R. Civ. Pro. 26 for confirmation | 0.20 | 53.00 |
|  | RLB | B146 | A100 | E-mail with co-counsel at Chadbourne re: Plan negotiation status. | 0.60 | 249.00 |
| 08/11/2010 | FAP | B146 | A100 | Briefly review EGI-TRB objection to plan confirmation | 0.10 | 21.00 |
| 08/12/2010 | FAP | B146 | A100 | Review Chadbourne memo re: debtors' proposed second amended plan | 0.10 | 21.00 |
|  | KAB | B146 | A100 | review and summarize EGI's conditional objection to confirmation | 0.40 | 106.00 |
|  | KAB | B146 | A100 | Review Chadbourne memo re: debtors' proposed second amended plan | 0.30 | 79.50 |
|  | JRD | B146 | A100 | Discussions w/ M. McGuire and K. Brown re: deathtrap research (.2); review same (.3) and follow-up w/K. Brown re: same (.1) | 0.60 | 153.00 |
|  | KAB | B146 | A100 | research deathtrap issues (6.0), numerous emails with A. Landis and M. McGuire re: same (.7), discussions with J. Drobish re: same (.3), conference with M. McGuire re: same (.3) | 7.30 | 1,934.50 |
|  | MBM | B146 | A100 | research re: death trap provisions (3.8); emails and conferences with Landis re: same (.7); conferences with Brown re: same (.3); emails (.2) and call with Deutsch re: same (.2) | 5.20 | 2,054.00 |
|  | AGL | B146 | A100 | emails to and from Deutsch re: deathtraps and gifting in plans, DE cases (.9); research re: same (3.9); emails to and from (.1) and conferences with McGuire, Brown re: same (.2) | 5.10 | 3,315.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|            |     |      |      |                                                                                                                                                 | Hours |          |
|------------|-----|------|------|-------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 08/13/2010 | FAP | B146 | A100 | Assist AGL with research re: plan language                                                                                                       | 0.20  | 42.00    |
|            | KAB | B146 | A100 | continue research regarding deathtraps and update memo accordingly (1.6), email with M. McGuire re: same (.1), review email from A. Landis re: same (.1) | 1.80  | 477.00   |
|            | AGL | B146 | A100 | continued research re: deathtraps/gifting (1.5); call with Deutsch and LeMay re: same (.4); emails to and from group re: findings (.4)             | 2.30  | 1,495.00 |
|            | WEC | B146 | A102 | Email correspondence with M. McGuire regarding resolicitation issues (.1); locate and forward sample motions and related pleadings (.4)           | 0.50  | 275.00   |
|            | KAB | B146 | A100 | email with M. McGuire re: research re: voting extensions (.2), research same (1.9), follow-up emails with M. McGuire re: same (.2),               | 2.30  | 609.50   |
|            | KAB | B146 | A100 | Review emails from Chadbourne and M. McGuire re: extension of dates related to confirmation                                                      | 0.20  | 53.00    |
|            | MBM | B146 | A100 | continued research re: deathtrap/gifting issues                                                                                                  | 3.60  | 1,422.00 |
|            | MBM | B146 | A100 | emails with Deutsch re: extension of plan related deadlines (.4); research re: same (2.1)                                                         | 2.50  | 987.50   |
|            | RLB | B146 | A100 | E-mail with co-counsel at Chadbourne re: extending Plan deadlines.                                                                               | 0.60  | 249.00   |
| 08/16/2010 | FAP | B146 | A100 | Briefly review committee's draft response to motion to extend confirmation deadlines                                                             | 0.10  | 21.00    |
|            | KAB | B146 | A100 | review and summarize (i) Debtors' motion to extend plan related deadlines (.2), and (ii) related motion to shorten (.1)                          | 0.30  | 79.50    |
|            | FAP | B146 | A100 | Briefly review blackline draft response to debtors' motion to extend confirmation deadlines                                                      | 0.10  | 21.00    |
|            | FAP | B146 | A100 | Review multiple committee members' emails re: motion to extend confirmation deadlines                                                            | 0.20  | 42.00    |
|            | FAP | B146 | A100 | Briefly review WTC response to motion to extend confirmation deadlines                                                                           | 0.10  | 21.00    |
|            | FAP | B146 | A100 | Briefly review NY Tax Dept. objection to plan confirmation                                                                                       | 0.10  | 21.00    |
|            | FAP | B146 | A100 | Communicate with M. McGuire re: filing/service of response to motion to extend confirmation deadlines                                            | 0.10  | 21.00    |
|            | KAB | B146 | A100 | review and summarize WTC's response to Debtors' motion to extend certain confirmation deadlines                                                  | 0.10  | 26.50    |
|            | KAB | B146 | A100 | review and summarize the NYSD's objection to confirmation                                                                                        | 0.30  | 79.50    |
|            | MBM | B146 | A100 | review and comment on proposed response to Debtors motion to extend deadlines (.9); emails with co-counsel and Committee re: same (.7); emails with co-counsel and committee re: settlement discussions (.4) | 2.00  | 790.00   |
|            | RLB | B146 | A100 | E-mails with co-counsel at Chadbourne re: plan negotiations.                                                                                     | 0.90  | 373.50   |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 08/17/2010 | KAB | B146 | A100 | multiple emails with M. McGuire re: gifting (.4), research same (.7) | 1.10 | 291.50 |
|  | MBM | B146 | A100 | further research re: deathtraps and gifting (3.1); emails with Deutsch and Brown re: same (.4) | 3.50 | 1,382.50 |
|  | RLB | B146 | A100 | Updates with co-counsel at Chadbourne re: plan negotiation for committee calls (.8)  Update with co-counsel at Chadbourne re: plan hearing and settlement (.5) | 1.30 | 539.50 |
| 08/18/2010 | FAP | B146 | A100 | Review third amended order re: certain deadlines in discovery scheduling and solicitation orders | 0.10 | 21.00 |
|  | KAB | B146 | A100 | multiple emails (.2) and discussions (.2) with M. McGuire re: gifting research; emails with K. Mumford re: same (.2), email with F. Panchak re: procurement of transcript re: same (.1), research same (1.1), follow-up emails with F. Panchak and M. McGuire re: status of transcript (.2) | 2.00 | 530.00 |
|  | KAB | B146 | A100 | review and summarize Court's order extending deadlines related to confirmation | 0.10 | 26.50 |
|  | FAP | B146 | A100 | Multiple email exchanges with KAB re: Isolagen transcript ("gifting" research) (.2); coordinate order for same (.2) | 0.40 | 84.00 |
|  | AGL | B146 | A100 | research and analyze plan gifting provisions in connection with required plan structuring and committee inquiries | 2.10 | 1,365.00 |
|  | MBM | B146 | A100 | further research re: gifting and deathtraps | 3.50 | 1,382.50 |
| 08/19/2010 | FAP | B146 | A100 | Email exchanges with transcriber re: Isolagen transcript ("gifting" research) (.1); email K. Brown re: same (.1) | 0.20 | 42.00 |
|  | KAB | B146 | A100 | email with F. Panchak re: transcript re: gifting issue (.1), review transcript (.3), emails with M. McGuire re: gifting issue (.2), summarize issue in transcript (.3), review blackline of amended plan (.2), and summarize same (.1) | 1.20 | 318.00 |
|  | FAP | B146 | A100 | Review joint status update related to third order further amending discovery and solicitation orders | 0.20 | 42.00 |
|  | FAP | B146 | A100 | Assist D. LeMay re: plan revisions | 0.50 | 105.00 |
|  | FAP | B146 | A100 | Assist KAB re: research Directors and officers pre and post-petition | 0.50 | 105.00 |
|  | KAB | B146 | A100 | multiple emails with M. McGuire re: research of D&O claims related to indemnification under the plan (.3) and research and summarize same (4.5) | 4.80 | 1,272.00 |
|  | AGL | B146 | A100 | review and analyze multiple iterations of plan proposals (1.9); research re: D&O issues (1.9); emails to and from Sotille re: same (.2); conferences with LeMay and calls with group re: same (2.3) | 6.30 | 4,095.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | MBM | B146 | A100 | emails with Landis re: plan indemnification issues (.3); conferences with Landis re: same (.4); research re: same (1.7) | 2.40 | 948.00 |
|  | MBM | B146 | A100 | research claims register for D&O indemnification claims | 1.40 | 553.00 |
|  | RLB | B146 | A100 | Research re: indemnification and stockholder roles in indemnification re: suggested changes to plan (1.0) Discuss same with DBR (.3) E-mails re: same with co-counsel at Chadbourne (.5) Review proposed Debtor plan revisions (.9) | 2.70 | 1,120.50 |
|  | DBR | B146 | A100 | call with D. Deutsch re: indemnification issues (.6); research re: same (1.1); confer with Landis re: same (.4); confer with Butcher re: same (.5) | 2.60 | 1,495.00 |
| 08/20/2010 | AGL | B146 | A100 | meetings with senior lenders and Centerbridge re: plan issues | 2.90 | 1,885.00 |
|  | AGL | B146 | A100 | post hearing working lunch re: plan issues and related matters | 1.20 | 780.00 |
|  | FAP | B146 | A100 | Review notice of schedule for filing amended plan and confirmation hearing | 0.10 | 21.00 |
|  | MBM | B146 | A100 | conferences with Landis re: D&O plan indemnification issues (.3); research re: same (2.9) | 3.20 | 1,264.00 |
|  | DBR | B146 | A100 | review proposed confirmation timeline(.3); review report on hearing (.3) | 0.60 | 345.00 |
| 08/23/2010 | KAB | B146 | A100 | review and summarize the Debtors' notice re: intent to file plan amendments | 0.10 | 26.50 |
| 08/25/2010 | FAP | B146 | A100 | Review certificate of publication re: 8/30 notice of confirmation hearing | 0.10 | 21.00 |
|  | MBM | B146 | A100 | emails with Landis re: status of bondholder claims/holding (.3); research re: same (1.2) | 1.50 | 592.50 |
| 08/26/2010 | KAB | B146 | A100 | research mediation orders (1.1); email A. Landis, M. McGuire, and D. Rath re: results of same (.1) | 1.20 | 318.00 |
|  | MBM | B146 | A100 | review of draft mediation order (.4); emails with Landis re: same (.2) | 0.60 | 237.00 |
|  | DBR | B146 | A100 | Review draft mediation orders and comments re: same | 0.70 | 402.50 |
|  | RLB | B146 | A100 | Review e-mails with co-counsel at Chadbourne re: mediation ruling by Judge Carey | 0.40 | 166.00 |
| 08/27/2010 | FAP | B146 | A100 | Briefly review IL Dept. of Revenue objection to plan confirmation | 0.10 | 21.00 |
|  | KAB | B146 | A100 | review and summarize Illinois Dept. of Revenue objection to confirmation | 0.30 | 79.50 |
|  | AGL | B146 | A100 | review and revise multiple versions of mediation order, synthesizing comments of mediation parties (5.9); calls and emails to and from LeMay, Seife re: same (.8) | 6.70 | 4,355.00 |

Official Committee of Unsecured Creditors                    September 27, 2010
                                                            Account No:   698-001
                                                            Statement No:    12361
Tribune Company, et al. bankruptcy

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| MBM | B146 | A100 | review multiple versions of mediation statements with comments from parties (1.3); work with Landis to finalize mediation order (.9) | 2.20 | 869.00 |
| DBR | B146 | A100 | review and revise order appointing mediator (.3); communications with Landis and McGuire re: same(.2); review correspondence/emails re: same (.3); review Butcher comments re: same (.2) | 1.00 | 575.00 |
| RLB | B146 | A100 | E-mails with Chadbourne re: mediation (.8) Review letters to court re: mediation order (.4) Review as-filed mediation order (.6) | 1.80 | 747.00 |
| 08/30/2010 FAP | B146 | A100 | Briefly review IL Secretary of State objection to plan confirmation | 0.10 | 21.00 |
| FAP | B146 | A100 | Briefly review San Bernardino County objection to plan confirmation | 0.10 | 21.00 |
| AGL | B146 | A100 | review and analyze multiple party statements regarding mediation order (1.4); emails to and from debtors' counsel re: same and process issues (.3); emails to and from LeMay, Deutsch re: coverage, process issues (.3) | 2.00 | 1,300.00 |
| MBM | B146 | A100 | review mediation statement submission (.9) attend call with mediation parties re: mediation issues (1.0); emails with Landis and LeMay re: same (.2) | 2.10 | 829.50 |
| KAB | B146 | A100 | review and summarize (i) Illinois Secretary of State objection to confirmation (.2), and (ii) San Bernardino's objection to confirmation (.3) | 0.50 | 132.50 |
| MBM | B146 | A100 | review mediation statement submission (.9) attend call with mediation parties re: mediation issues (1.0); emails with Landis and LeMay re: same (.2) | 2.10 | 829.50 |
|  |  |  | B146 - Plan & Disclos. Stmt. | 120.00 | 51,845.50 |
|  |  |  | For Current Services Rendered | 347.10 | 153,528.50 |