# EXHIBIT "C"

{698.001-W0009719.}

Official Committee of Unsecured Creditors                    September 27, 2010
                                                              Account No:  698-001
                                                              Statement No:   12361
Tribune Company, et al. bankruptcy

**Expenses**

| | |
|---|---:|
| Copying | 42.50 |
| Courier Fees | 616.30 |
| Outside Duplication Services | 8,871.43 |
| US Postage | 127.23 |
| Court Reporter fees | 614.95 |
| Client meals | 165.00 |
| Conference Call Service | 220.00 |
| | --------- |
| **Total Expenses Thru 08/31/2010** | **$10,657.41** |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 07/09/2010 | AGL | U | B100 | E226 | | 74.00 Conference Call Service - Court Call | 812 |
| 698.001 | 07/09/2010 | AGL | U | B100 | E226 | | 37.00 Conference Call Service - Court Call | 814 |
| Subtotal for Transaction Date 07/09/2010 | | | | | Billable | 111.00 | | |
| 698.001 | 07/27/2010 | AGL | U | B100 | E226 | | 58.00 Conference Call Service - Court Call | 813 |
| 698.001 | 07/27/2010 | AGL | U | B100 | E226 | | 51.00 Conference Call Service - Court Call | 815 |
| Subtotal for Transaction Date 07/27/2010 | | | | | Billable | 109.00 | | |
| 698.001 | 07/30/2010 | AGL | U | B100 | E211 | | 8,272.13 Outside printing - Advance Digital Legal Services, LLC - 54400 | 828 |
| Subtotal for Transaction Date 07/30/2010 | | | | | Billable | 8,272.13 | | |
| 698.001 | 08/02/2010 | AGL | U | B100 | E101 | 0.100 | 1.60 Copying | 816 |
| Subtotal for Transaction Date 08/02/2010 | | | | | Billable | 1.60 | | |
| 698.001 | 08/03/2010 | AGL | U | B100 | E217 | | 486.25 Court Reporter fee Diaz Data Services | 778 |
| Subtotal for Transaction Date 08/03/2010 | | | | | Billable | 486.25 | | |
| 698.001 | 08/04/2010 | AGL | U | B100 | E217 | | 54.90 Court Reporter fee Diaz Data Services | 794 |
| 698.001 | 08/04/2010 | AGL | U | B100 | E216 | | 36.00 Courier Fee - Advance TriState Courier & Carriage | 800 |
| 698.001 | 08/04/2010 | AGL | U | B100 | E211 | | 3.85 Outside printing - Advance Digital Legal Services, LLC - 54329 | 810 |
| 698.001 | 08/04/2010 | AGL | U | B100 | E210 | | 2.20 US Postage # Digital Legal Services, LLC - 54329 | 811 |
| Subtotal for Transaction Date 08/04/2010 | | | | | Billable | 96.95 | | |
| 698.001 | 08/13/2010 | AGL | U | B100 | E211 | | 105.00 Outside printing - Advance Digital Legal Services, LLC - 54466 | 821 |
| Subtotal for Transaction Date 08/13/2010 | | | | | Billable | 105.00 | | |
| 698.001 | 08/18/2010 | AGL | U | B100 | E101 | 0.100 | 2.00 Copying | 817 |
| 698.001 | 08/18/2010 | AGL | U | B100 | E211 | | 11.54 Outside printing - Advance Digital Legal Services, LLC - 54493 | 822 |
| 698.001 | 08/18/2010 | AGL | U | B100 | E210 | | 6.10 US Postage # Digital Legal Services, LLC - 54493 | 823 |
| Subtotal for Transaction Date 08/18/2010 | | | | | Billable | 19.64 | | |
| 698.001 | 08/19/2010 | AGL | U | B100 | E211 | | 107.73 Outside printing - Advance Digital Legal Services, LLC - 54523 | 824 |
| 698.001 | 08/19/2010 | AGL | U | B100 | E210 | | 65.87 US Postage # Digital Legal Services, LLC - 54523 | 825 |
| Subtotal for Transaction Date 08/19/2010 | | | | | Billable | 173.60 | | |
| 698.001 | 08/20/2010 | AGL | U | B100 | E111 | | 84.00 Meals Sugarfoot Fine Food - Breakfast for Chadbourne (3), Zuckerman (3) and LRC (2) attorneys. | 807 |
| 698.001 | 08/20/2010 | AGL | U | B100 | E107 | | 544.30 Delivery services/messengers TriState Courier & Carriage | 808 |
| 698.001 | 08/20/2010 | AGL | U | B100 | E211 | | 45.63 Outside printing - Advance Digital Legal Services, LLC - 54532 | 826 |
| 698.001 | 08/20/2010 | AGL | U | B100 | E210 | | 11.20 US Postage # Digital Legal Services, LLC - 54532 | 827 |
| Subtotal for Transaction Date 08/20/2010 | | | | | Billable | 685.13 | | |
| 698.001 | 08/25/2010 | AGL | U | B100 | E107 | | 36.00 Delivery services/messengers TriState Courier & Carriage | 809 |
| 698.001 | 08/25/2010 | AGL | U | B100 | E101 | 0.100 | 38.90 Copying | 818 |
| 698.001 | 08/25/2010 | AGL | U | B100 | E217 | | 73.80 Court Reporter fee J & J Court | 829 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| 698.001 | 08/25/2010 | AGL | U | B100 E211 | | 325.55 | Transcribers, Inc. Outside printing - Advance Digital Legal Services, LLC - 54589 | 830 |
| 698.001 | 08/25/2010 | AGL | U | B100 E210 | | 41.86 | US Postage # Digital Legal Services, LLC - 54589 | 831 |
| Subtotal for Transaction Date 08/25/2010 | | | | | Billable | 516.11 | | |
| 698.001 | 08/26/2010 | AGL | U | B100 E111 | | 81.00 | Meals Cavanaugh's Restaurant - Lunch for Chadbourne (2), Zuckerman (2) and LRC (1) attorneys. | 820 |
| Subtotal for Transaction Date 08/26/2010 | | | | | Billable | 81.00 | | |
| Total for Client ID 698.001 | | | | | Billable | 10,657.41 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |
| GRAND TOTALS | | | | | Billable | 10,657.41 | | |