# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

August 1, 2010 through and including August 31, 2010

| Project Code | Description | Hours | Amount |
|---|---|---:|---:|
| 005735.00001 | Business Analysis | 2.20 | 1,166.00 |
| 005735.00004 | Current Financials | 113.30 | 61,559.00 |
| 005735.00005 | Prospective Financials | 5.70 | 3,300.00 |
| 005735.00007 | Employee Issues | 45.30 | 23,589.00 |
| 005735.00008 | Plan of Reorganization | 7.90 | 4,304.00 |
| 005735.00010 | Claims & Recoveries | 6.30 | 3,438.00 |
| 005735.00011 | Misc. Motions | 2.00 | 1,060.00 |
| 005735.00014 | Avoidance Actions | 164.10 | 83,149.00 |
| 005735.00015 | UCC Meetings | 60.60 | 37,870.00 |
| 005735.00017 | Billing and Retention | 34.00 | 17,894.00 |
| **Total Hours and Fees Incurred** | | **441.40** | **237,329.00** |

Re:                    Business Analysis
Client/Matter #        005735.00001

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 08/05/10 | HYL | Analyzed and reviewed industry and competitor data for reporting to UCC in weekly report. | 0.90 |
| 08/05/10 | HYL | Prepared Weekly Industry News slide for August 10 weekly report to UCC. | 0.40 |
| 08/11/10 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. | 0.90 |
| | | **Total Hours** | **2.20** |

Re:                      Business Analysis
Client/Matter #          005735.00001

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Harold Y Lee | 2.20 | 530.00 | 1,166.00 |
| **Total Hours & Fees** | **2.20** | | **1,166.00** |

Re:                          Current Financials
Client/Matter #              005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/02/10 | ANL | Prepared weekly status update to UCC. | 0.60 |
| 08/03/10 | AH | Review Tribune weekly report to UCC | 0.40 |
| 08/03/10 | HYL | Research and prepare memo regarding Tribune consolidation of "back-office" finance/accounting/hr services to central location. | 1.10 |
| 08/03/10 | BH | Review and analyze the Debtors plans to open a facility in Dallas Texas to consolidate certain operations. Compare the planned cost savings to the estimate of savings as identified in the 5 year plan. | 1.10 |
| 08/03/10 | BH | Review and analyze the weekly financial performance and edit report to the UCC on actual results compared to plan. | 1.80 |
| 08/04/10 | BH | Draft memo to Chadbourne on results of research pertaining to Debtors expansion plans referred to as Blue Lynx Media (Dallas, TX) | 1.50 |
| 08/04/10 | ANL | Prepared Weekly Status Update. | 1.10 |
| 08/04/10 | ANL | Analyzed and reviewed cure cost estimates. | 1.30 |
| 08/05/10 | ANL | Analyzed and reviewed June 2010 management operating report, publishing and broadcasting results. | 2.10 |
| 08/05/10 | BH | Prepare comments for presentation of weekly results to the UCC. | 1.00 |
| 08/05/10 | HYL | Reviewed and analyzed Tribune management's current projection for the balance of 2010. Prepared questions for review with Tribune at the next FA meeting. | 1.90 |
| 08/06/10 | HYL | Reviewed and analyzed weekly cash variance schedule and prepared slide for weekly UCC report. | 0.90 |
| 08/06/10 | HYL | Reviewed and updated weekly report to UCC. | 0.30 |
| 08/06/10 | HYL | Reviewed weekly, period to date and quarter to date Publishing flash data and prepared weekly slide to UCC and created new digital data slide. | 1.60 |
| 08/06/10 | ANL | Analyzed and reviewed weekly revenue flash reports and cash flow results. | 1.20 |
| 08/06/10 | ANL | Prepared weekly status update. | 1.50 |
| 08/06/10 | BH | Review and analyze the money market accounts utilized by Debtor to determine if the accounts comply with the types of investments permitted by prior court orders. | 0.70 |
| 08/09/10 | ANL | Prepared weekly status update. | 1.60 |
| 08/09/10 | HYL | Reviewed draft of the Moelis diligence update questions in regards to 2H '10 Tribune projections and prepared for and responded to Moelis regarding AlixPartners review and questions. | 0.80 |
| 08/10/10 | ANL | Analyzed and reviewed July print ad and digital ad revenue by properties. | 1.20 |

Re:                          Current Financials
Client/Matter #              005735.00004

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/10/10 | ANL | Prepared weekly status update. | 0.80 |
| 08/10/10 | BH | Review and analyze the weekly financial performance and edit report to the UCC on actual results compared to plan. | 1.90 |
| 08/10/10 | BH | Review and edit report to UCC on 6 month actual financial results compared to plan. | 1.90 |
| 08/11/10 | ANL | Prepared weekly status update. | 1.10 |
| 08/11/10 | ANL | Analyzed and reviewed June publishing and broadcasting results and corporate expenses. | 2.30 |
| 08/12/10 | ANL | Prepared weekly status update. | 2.10 |
| 08/12/10 | ANL | Analyzed and reviewed June management operating report. | 1.80 |
| 08/12/10 | BH | Prepare comments for verbal presentation to UCC of the weekly financial results compared to plan. | 1.00 |
| 08/13/10 | ANL | Prepared weekly status update to UCC. | 1.70 |
| 08/13/10 | ANL | Reviewed weekly revenue flash reports and cash flow reports. | 1.30 |
| 08/13/10 | HYL | Assisted in preparation of weekly report to UCC. | 3.20 |
| 08/13/10 | HYL | Reviewed and analyzed Publishing "pacing" data provided by Debtor. | 0.40 |
| 08/16/10 | ANL | Prepared weekly status update to UCC. | 2.20 |
| 08/16/10 | ANL | Reviewed weekly revenue flash reports and cash flow reports. | 1.20 |
| 08/16/10 | ANL | Analyzed and reviewed preliminary July 2010 and YTD July 2010 results. | 1.80 |
| 08/16/10 | HYL | Reviewed and analyzed period 7 and YTD publishing preliminary financial results. | 0.90 |
| 08/16/10 | HYL | Reviewed and analyzed period 7 and YTD broadcasting preliminary financial results. | 0.80 |
| 08/17/10 | HYL | Prepared Period 7 preliminary operating results slide for presentation within the weekly report to the UCC. | 1.00 |
| 08/17/10 | AH | Emails w/ counsel re: back office consolidation and review Debtors' plans re same | 0.30 |
| 08/17/10 | BH | Participate in call with Debtors advisors to review latest monthly results and 2010 projections. | 0.80 |
| 08/17/10 | BH | Review and analyze the monthly financial results for period 7 as provided in the Brown Books. | 2.60 |
| 08/17/10 | ANL | Prepared for and participated in Tribune financial advisors' call with Tribune management to discuss July 2010 results and weekly revenue results. | 0.90 |
| 08/17/10 | ANL | Analyzed and reviewed preliminary July 2010 and YTD July 2010 results. | 0.80 |
| 08/17/10 | ANL | Prepared publishing print revenue versus digital ad revenue | 1.20 |

Re:                          Current Financials
Client/Matter #              005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | analysis. | |
| 08/17/10 | HYL | Prepared for and participated in financial advisors call with Tribune management, A&M and other advisors to review preliminary July results, period 8 to date results and discuss remaining period outlook. | 1.10 |
| 08/18/10 | ANL | Prepared weekly status update to UCC. | 1.10 |
| 08/18/10 | ANL | Reviewed weekly revenue flash reports and cash flow reports. | 1.30 |
| 08/18/10 | ANL | Analyzed and reviewed July 2010 management operating report. | 1.60 |
| 08/18/10 | BH | Review and analyze the weekly financial performance and edit report to the UCC on actual results compared to plan. | 2.10 |
| 08/18/10 | AH | Review weekly report to UCC | 0.50 |
| 08/19/10 | BH | Prepare verbal comments for presentation of weekly financial results to the UCC | 0.90 |
| 08/19/10 | ANL | Prepared weekly status update to UCC. | 1.80 |
| 08/19/10 | ANL | Reviewed weekly publishing and broadcasting revenue flash reports and cash flow reports. | 1.60 |
| 08/20/10 | ANL | Prepared weekly status update to UCC. | 1.20 |
| 08/20/10 | ANL | Reviewed weekly publishing and broadcasting revenue flash reports and cash flow reports. | 1.30 |
| 08/20/10 | ANL | Analyzed and reviewed July 2010 management operating report. | 1.80 |
| 08/20/10 | YK | Reviewed and revised weekly report to the UCC. | 1.00 |
| 08/23/10 | YK | Reviewed and revised weekly status report to the UCC. | 1.50 |
| 08/24/10 | BH | Review and analyze the weekly financial performance and edit report to the UCC on actual results compared to plan. | 1.80 |
| 08/24/10 | ANL | Reviewed July 2010 management operating report. | 1.60 |
| 08/25/10 | ANL | Reviewed weekly publishing and broadcasting revenue flash reports and cash flow reports. | 1.80 |
| 08/25/10 | ANL | Reviewed July 2010 management operating report and Plan for 2010 variances. | 1.30 |
| 08/25/10 | AH | Review weekly report | 0.50 |
| 08/26/10 | ANL | Prepared weekly status update. | 1.60 |
| 08/26/10 | YK | Reviewed and revised weekly status report. | 1.30 |
| 08/27/10 | BH | Prepare verbal comments for presentation to UCC of weekly financial results. | 1.00 |
| 08/27/10 | ANL | Analyzed and reviewed July 2010 management operating report (Brown Book). | 2.10 |
| 08/27/10 | ANL | Prepared weekly status update. | 1.20 |

Re:                              Current Financials
Client/Matter #                  005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/30/10 | ANL | Reviewed broadcasting July 2010 YTD results by station. | 1.30 |
| 08/30/10 | ANL | Prepared weekly status update. | 1.20 |
| 08/30/10 | YK | Reviewed and revised weekly status update to the UCC. | 1.80 |
| 08/30/10 | YK | Reviewed and analyzed publishing and broadcasting July 2010 brown book results. | 2.80 |
| 08/31/10 | BH | Review and analyze the weekly financial performance and edit report to the UCC on actual results compared to plan. | 2.20 |
| 08/31/10 | ANL | Reviewed publishing July year to date results. | 1.20 |
| 08/31/10 | ANL | Reviewed weekly publishing and broadcasting revenue flash reports and cash flow reports. | 1.80 |
| 08/31/10 | ANL | Prepared weekly status update. | 2.20 |
| 08/31/10 | YK | Reviewed and analyzed corporate expense and equity income July 2010 brown book reports. Performed financial analysis and prepared exhibits. | 2.60 |
| 08/31/10 | YK | Reviewed and analyzed broadcasting business July 2010 brown book reports.  Performed financial analysis and prepared exhibits. | 2.80 |
| 08/31/10 | YK | Reviewed and analyzed publishing business July 2010 brown book reports and performed financial analysis and prepared exhibits. | 2.70 |
| | | **Total Hours** | **113.30** |

Re:                          Current Financials
Client/Matter #              005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.70 | 820.00 | 1,394.00 |
| Albert Leung | 58.80 | 530.00 | 31,164.00 |
| Harold Y Lee | 14.00 | 530.00 | 7,420.00 |
| Brad Hall | 22.30 | 620.00 | 13,826.00 |
| Young Kim | 16.50 | 470.00 | 7,755.00 |
| **Total Hours & Fees** | **113.30** | | **61,559.00** |

Re:             Prospective Financials
Client/Matter #     005735.00005

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/05/10 | ANL | Analyzed and reviewed Debtor's updated FY 2010 revenue and OCF forecast. | 1.10 |
| 08/05/10 | ANL | Analyzed and reviewed 5 year forecast model. | 1.50 |
| 08/06/10 | BH | Review and analyze projection for Q3 and Q4 2010 and compare to the original plan and current operating trends. | 2.60 |
| 08/06/10 | BH | Develop a list of questions for the Debtor related to the updated 2010 projections. | 0.50 |
| | | **Total Hours** | **5.70** |

Re:                         Prospective Financials
Client/Matter #             005735.00005

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 2.60 | 530.00 | 1,378.00 |
| Brad Hall | 3.10 | 620.00 | 1,922.00 |
| **Total Hours & Fees** | **5.70** | | **3,300.00** |

Re:              Employee Issues
Client/Matter #  005735.00007

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/02/10 | ANL | Prepared for and participated in conference call with A. Holtz (AlixPartners) and D. Gallai (Chadbourne & Parke) to discuss Tribune Management Transition Program. | 0.80 |
| 08/02/10 | ANL | Analyzed and reviewed Mercer report of comparable management severance programs. | 1.30 |
| 08/03/10 | ANL | Prepared summary of historical compensation for 2010 Management Transition Plan participants. | 1.80 |
| 08/03/10 | ANL | Prepared summary of group A and group B participants for the 2010 Management Transition Plan. | 1.30 |
| 08/03/10 | ANL | Analyzed and reviewed Mercer report of comparable management severance programs. | 1.10 |
| 08/03/10 | ANL | Analyzed and reviewed 2008, 2009 and 2010 management bonus programs and actual payments. | 2.30 |
| 08/04/10 | ANL | Analyzed and reviewed proposed Management Transition Plan and Mercer report of comparable management severance programs. | 1.60 |
| 08/04/10 | ANL | Analyzed and reviewed 2008, 2009 and 2010 management bonus programs and actual payments. | 2.10 |
| 08/04/10 | AH | Review team work re: transition severance program | 0.50 |
| 08/04/10 | BH | Review and edit a schedule reflecting total compensation of executives including TMIP, KOB and potential Severance amounts. | 0.80 |
| 08/05/10 | BH | Identify key executives in the TMIP and KOB whose participation in these plans may be altered based upon the results of the Examiners Report. | 0.50 |
| 08/10/10 | ANL | Analyzed and reviewed Management Transition Plan and prepared presentation to UCC. | 1.80 |
| 08/11/10 | ANL | Prepared severance presentation to UCC. | 1.80 |
| 08/13/10 | ANL | Analyzed and reviewed severance plan comps supporting documentation from Debtors. | 2.60 |
| 08/16/10 | HYL | Reviewed 7/10 Tribune Management Severance plan draft prepared by Mercer. | 1.10 |
| 08/17/10 | ANL | Reviewed Mercer report on Tribune Management Transition Plan and comparables support materials. | 2.10 |
| 08/19/10 | ANL | Analyzed and reviewed Debtors' presentation on TMIP & KOB and Mercer report on severance programs. | 2.30 |
| 08/19/10 | AH | Review employee programs (TMIP/KOB) in anticipation of UCC meeting | 1.00 |
| 08/20/10 | YK | Review executive severance agreements among public company peers and in example bankruptcy matters. | 2.20 |
| 08/23/10 | YK | Reviewed documents related to example severance programs in other companies. Reviewed underlying schedules, | 2.70 |

Re:                        Employee Issues
Client/Matter #            005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | agreement and exhibits. | |
| 08/24/10 | YK | Reviewed documents related to example severance programs in other companies. Reviewed underlying schedules, agreement and exhibits. | 2.10 |
| 08/25/10 | YK | Reviewed and prepared summaries of competitor and peer company activities. | 1.90 |
| 08/25/10 | YK | Review severance agreements in other comparable companies. | 2.60 |
| 08/26/10 | YK | Reviewed executive severance plan in other bankruptcy matters and among public companies. | 2.20 |
| 08/27/10 | YK | Reviewed and analyzed Mercer's supporting document re transition plans in other public companies. | 2.50 |
| 08/31/10 | ANL | Prepared presentation to the UCC on Debtors' Management Transition Plan as presented in the amended POR. | 2.30 |
| | | **Total Hours** | **45.30** |

Re:                          Employee Issues
Client/Matter #              005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.50 | 820.00 | 1,230.00 |
| Albert Leung | 25.20 | 530.00 | 13,356.00 |
| Harold Y Lee | 1.10 | 530.00 | 583.00 |
| Brad Hall | 1.30 | 620.00 | 806.00 |
| Young Kim | 16.20 | 470.00 | 7,614.00 |
| **Total Hours & Fees** | **45.30** | | **23,589.00** |

Re:                     Plan of Reorganization
Client/Matter #         005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/02/10 | BH | Review and analyze the Analysis of Theoretical Recovery Alternatives prepared by Moelis. | 1.30 |
| 08/05/10 | HYL | Participated in follow-up UCC telephonic meeting regarding "Committee Deliberation on Proposal." | 0.60 |
| 08/05/10 | ANL | Analyzed and reviewed amended Plan of Reorganization and disclosure statement to review proposed recoveries for each creditor class. | 1.80 |
| 08/10/10 | ANL | Reviewed amended disclosure statement and POR. | 1.30 |
| 08/10/10 | ANL | Reviewed amended settlement with senior lenders and Debtors. | 1.10 |
| 08/12/10 | HYL | Reviewed notes in regard to conference call related to latest offer from Senior Lenders (JPM, Oaktree & Angelo Gordon). | 0.60 |
| 08/19/10 | ANL | Analyzed and reviewed the latest amended POR term sheet. | 1.20 |
| | | **Total Hours** | **7.90** |

Re:                     Plan of Reorganization
Client/Matter #         005735.00008

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Albert Leung | 5.40 | 530.00 | 2,862.00 |
| Harold Y Lee | 1.20 | 530.00 | 636.00 |
| Brad Hall | 1.30 | 620.00 | 806.00 |
| **Total Hours & Fees** | **7.90** | | **4,304.00** |

Re:                Claims & Recoveries
Client/Matter #     005735.00010

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/03/10 | HYL | Prepared for and participated in call with C&P and A&M/Sidley re Claims Settlement | 0.60 |
| 08/03/10 | HYL | Reviewed Moelis 8/2 report of 'Analysis of Theoretical Recovery Alternatives.' | 1.10 |
| 08/03/10 | ANL | Reviewed various proposed notices of claims settlement and supporting documentation provided by Sidley Austin. | 2.30 |
| 08/05/10 | ANL | Analyzed and reviewed notices of claims settlement provided by Debtors' counsel. | 1.20 |
| 08/10/10 | BH | Review and analyze report on Recovery Analysis prepared by Moelis. | 1.10 |
| | | **Total Hours** | **6.30** |

Re:                    Claims & Recoveries
Client/Matter #        005735.00010

Fee Recap:

| Consultant | Hours | Rate | Amount |
|------------|-------|------|--------|
| Albert Leung | 3.50 | 530.00 | 1,855.00 |
| Harold Y Lee | 1.70 | 530.00 | 901.00 |
| Brad Hall | 1.10 | 620.00 | 682.00 |
| **Total Hours & Fees** | **6.30** | | **3,438.00** |

Re:                          Misc. Motions
Client/Matter #              005735.00011

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/04/10 | HYL | Reviewed "Notice of Investments in Treasury Money Market Funds" and related exhibits which contain detail support the statement in the notice. | 1.20 |
| 08/06/10 | HYL | Prepared and send e-mail to C&P in response to question regarding the Notice of Investments in Treasury Money Market Funds and related exhibits. | 0.50 |
| 08/16/10 | HYL | Reviewed notice of substitution of counsel filed by Aurelius Capital Management, LP. | 0.30 |
| | | **Total Hours** | **2.00** |

Re:                          Misc. Motions
Client/Matter #              005735.00011

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Harold Y Lee | 2.00 | 530.00 | 1,060.00 |
| **Total Hours & Fees** | **2.00** | | **1,060.00** |

Re:                    Avoidance Actions
Client/Matter #        005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/01/10 | CR | Reviewed volume 1 of unredacted Examiner's report for transaction timeline and solvency discussion. Reviewed the use of AlixPartners analyses provided to the Examiner. Compared findings of the Examiner to AlixPartners'. | 5.80 |
| 08/01/10 | MFR | Internal discussion regarding AlixPartners report. Revisions to report. | 3.80 |
| 08/02/10 | BH | Review and analyze the Summary of Examiner Report prepared by Chadbourne. | 1.50 |
| 08/02/10 | CR | Reviewed volumes 1 and 2 of unredacted Examiner's report for discussion related to significant parties and solvency conclusions. Reviewed the use of AlixPartners analyses provided to the Examiner. Compared findings of the Examiner to AlixPartners'. | 11.80 |
| 08/02/10 | ANL | Analyzed and reviewed Moelis presentation of theoretical recovery alternatives based on Examiners report. | 1.20 |
| 08/02/10 | ANL | Analyzed and reviewed Chadbourne presentation of on Examiners report and conclusions. | 1.10 |
| 08/02/10 | RBD | Review Summary of Examiners Report and Analysis of Theoretical Recovery Alternatives | 1.80 |
| 08/03/10 | RBD | Review Examiners report. | 1.20 |
| 08/03/10 | CR | Reviewed volume 2 of unredacted Examiner's report for legal findings relating to solvency determinations and related DCF analysis. Reviewed the use of AlixPartners analyses provided to the Examiner. Compared findings of the Examiner to AlixPartners'. | 9.40 |
| 08/03/10 | RBD | Review AlixPartners expert report. | 1.50 |
| 08/04/10 | MPM | Analyzed and reviewed Chadbourne summary of the Examiner's report. | 0.70 |
| 08/04/10 | MFR | Review and analysis of examiner report and exhibits. | 4.50 |
| 08/04/10 | HYL | Reviewed C&P's 'Summary of Examiner's Report' and 'Summary of Certain Findings in the Examiner's Report' | 3.60 |
| 08/04/10 | JB | Prepared documents related to avoidance action information request. | 1.50 |
| 08/04/10 | ANL | Analyzed and reviewed Chadbourne summary of the Examiner's report. | 1.30 |
| 08/05/10 | RBD | Review Examiners report. | 0.90 |
| 08/05/10 | CR | Reviewed and analyzed Examiner's DCF valuation. | 4.30 |
| 08/05/10 | MFR | Conference call with counsel regarding AlixPartners report. | 0.60 |
| 08/05/10 | MFR | Internal discussion regarding AlixPartners report. | 0.50 |
| 08/05/10 | MFR | Review and analysis of examiner report and exhibits. | 4.30 |
| 08/05/10 | RBD | Review AlixPartners expert report. | 1.40 |

Re:                 Avoidance Actions
Client/Matter #     005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/06/10 | MFR | Review and analysis of examiner report and exhibits. | 4.30 |
| 08/06/10 | CR | Reviewed and analyzed Examiner's DCF valuation. | 0.80 |
| 08/09/10 | ANL | Analyzed and reviewed Step 1 and Step 2 payments. | 0.80 |
| 08/09/10 | ANL | Analyzed and reviewed Tribune former shareholder information and payments. | 0.70 |
| 08/09/10 | MFR | Review and analysis of examiner report and exhibits. | 2.30 |
| 08/09/10 | MPM | Analyzed and reviewed Examiner's report in regards to Step 1 and Step 2 transactions. | 0.50 |
| 08/09/10 | BH | Review and analyze available information from the Debtor pertaining to shareholders payments made in Step 1 and Step 2 of the financing transactions. | 1.40 |
| 08/10/10 | BH | Draft and distribute report to Chadbourne on known shareholder payments made at Step 1 and Step 2 of the financing transactions. | 1.40 |
| 08/10/10 | MFR | Research regarding top equity holders as of Step 2. | 2.80 |
| 08/10/10 | ANL | Reviewed Chadbourne summaries of the Examiners presentation. | 1.20 |
| 08/10/10 | ANL | Analyzed and reviewed Tribune former shareholder information and payments. | 0.50 |
| 08/10/10 | HYL | Review volume one, summary of principal conclusions, of Examiner report. | 2.10 |
| 08/12/10 | CR | Reviewed Morgan Stanley involvement and analysis in Step 2 transactions. | 0.80 |
| 08/12/10 | MFR | Review and analysis of Morgan Stanley valuation analyses. Communication with Chadbourne regarding the same. | 3.80 |
| 08/12/10 | MFR | Review and analysis of documents related to Examiners report. | 3.00 |
| 08/13/10 | MFR | Review and analysis of Examiners report and exhibits and referenced documents. | 5.00 |
| 08/14/10 | RBD | Review Motion for extension of confirmation of POR | 0.40 |
| 08/16/10 | CR | Reviewed and analyzed Morgan Stanley valuation documents from October 2007. | 1.30 |
| 08/16/10 | MFR | Review and analysis of Morgan Stanley documents. Communication with Chadbourne regarding the same. | 2.90 |
| 08/16/10 | MFR | Review and analysis of Examiners report and referenced documents. | 2.60 |
| 08/16/10 | YK | Reviewed selected elements of Examiner's report. | 2.30 |
| 08/17/10 | MFR | Review of Morgan Stanley analyses. | 2.50 |
| 08/17/10 | CR | Reviewed and reconciled Morgan Stanley valuation presentations from October 2007. | 2.30 |
| 08/17/10 | MPM | Reviewed Tribune examiner's report & exhibits. | 1.50 |

Re:                    Avoidance Actions
Client/Matter #        005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/17/10 | MFR | Conference call with Chadbourne regarding the same. | 0.30 |
| 08/17/10 | MFR | Review of documents in preparation for submission of AlixPartners report. | 2.70 |
| 08/17/10 | CR | Prepared for and attended conference call with M. Rule (APLLP) and A. Nellos (Chadborne). | 0.30 |
| 08/17/10 | ANL | Reviewed Tribune unredacted examiner report. | 1.80 |
| 08/18/10 | MFR | Conference call with Chadbourne and Zuckerman regarding AlixPartners report. | 0.60 |
| 08/18/10 | MFR | Revisions to AlixPartners report and exhibits. | 2.90 |
| 08/18/10 | MFR | Review of documents in preparation for submission of AlixPartners report. | 2.50 |
| 08/19/10 | MFR | Review of documents in preparation for submission of AlixPartners report. | 3.70 |
| 08/20/10 | MFR | Review of documents and analyses in preparation for submission of AlixPartners report. | 4.30 |
| 08/20/10 | MPM | Reviewed Tribune unredacted examiner report & exhibits. | 1.60 |
| 08/20/10 | ANL | Reviewed Tribune unredacted examiner report and exhibits. | 1.10 |
| 08/20/10 | RBD | Reviewed and analyzed M. Rule's (AlixPartners) expert report and briefing | 0.80 |
| 08/23/10 | ANL | Analyzed and reviewed payments to shareholders and senior lenders. | 1.80 |
| 08/23/10 | MFR | Revisions to AlixPartners report. | 2.50 |
| 08/24/10 | MFR | Revisions to AlixPartners report. | 2.00 |
| 08/24/10 | MPM | Reviewed Tribune unredacted examiner report & exhibits volume 1 | 1.20 |
| 08/24/10 | MPM | Reviewed Tribune examiner's report & exhibits. | 1.00 |
| 08/24/10 | BH | Review and analyze all payments made by Debtors related to Step 2 debt. | 1.60 |
| 08/24/10 | ANL | Analyzed and reviewed flow of funds for Step 1 and Step 2 financing. | 1.20 |
| 08/24/10 | ANL | Reviewed latest claims summary provided by the Debtor. | 0.90 |
| 08/24/10 | ANL | Reviewed step 1 and step 2 credit agreements per UCC counsel request. Held call with A. Holtz (AlixPartners) and T. Zinc (C&P). | 1.80 |
| 08/24/10 | ANL | Held call with C. Rubel (AlixPartners). | 1.30 |
| 08/24/10 | ANL | Reviewed valuation reports by LBO financial advisors. | 1.50 |
| 08/24/10 | AH | Review files for holdings by Step 1 and Step 2 lenders and discuss with A. Leung (AlixPartners) and T. Zinc (C&P) | 0.60 |
| 08/24/10 | CR | Reviewed analysis of P&I payments on step 2 debt with San Francisco office. | 1.30 |

Re:            Avoidance Actions
Client/Matter #    005735.00014

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 08/25/10 | CR | Discussed solvency analyses and third-party valuation with A. Leung (AlixPartners). | 0.60 |
| 08/25/10 | ANL | Analyzed and reviewed flow of funds for Step 1 and Step 2 financing. | 1.20 |
| 08/25/10 | ANL | Held call with C. Rubel (AlixPartners) and t. Zinc (C & P). | 0.60 |
| 08/25/10 | ANL | Reviewed examiner report and exhibits. | 1.20 |
| 08/25/10 | ANL | Reviewed VRC and JPM solvency documents. | 0.70 |
| 08/25/10 | MFR | Review and analysis of Examiners report and referenced documents. | 2.20 |
| 08/26/10 | ANL | Reviewed VRC and JPM solvency documents and fee examiner report. | 0.70 |
| 08/27/10 | ANL | Reviewed fee examiner report. | 1.30 |
| 08/27/10 | MFR | Review and analysis of Examiners report and referenced documents. | 3.00 |
| 08/30/10 | CR | Reviewed intentional fraud sections of Examiner's report. | 0.80 |
| 08/31/10 | BH | Discuss available detail on shareholder payments made by DTC at Step 1 and Step 2 with Debtors advisors. | 0.60 |
| | | **Total Hours** | **164.10** |

Re:                  Avoidance Actions
Client/Matter #      005735.00014

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 8.00 | 860.00 | 6,880.00 |
| Michael P Murphy | 6.50 | 820.00 | 5,330.00 |
| Alan Holtz | 0.60 | 820.00 | 492.00 |
| Mark F Rule | 69.60 | 530.00 | 36,888.00 |
| Albert Leung | 23.90 | 530.00 | 12,667.00 |
| Harold Y Lee | 5.70 | 530.00 | 3,021.00 |
| Brad Hall | 6.50 | 620.00 | 4,030.00 |
| Young Kim | 2.30 | 470.00 | 1,081.00 |
| Christopher Rubel | 39.50 | 320.00 | 12,640.00 |
| Jennifer Braverman | 1.50 | 80.00 | 120.00 |
| **Total Hours & Fees** | **164.10** | | **83,149.00** |

Re:                    UCC Meetings
Client/Matter #        005735.00015

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 08/02/10 | ANL | Prepared for and participated in the UCC special telephonic meeting to discuss examiners' report and potential recovery scenarios. | 1.60 |
| 08/02/10 | AH | Participate in special meeting of the UCC (telephonic) | 1.80 |
| 08/02/10 | BH | Participate in UCC meeting. | 2.00 |
| 08/02/10 | BH | Draft summary of UCC meeting minutes. | 0.40 |
| 08/03/10 | BH | Participate in UCC professionals call hosted by Chadbourne. | 0.70 |
| 08/03/10 | AH | Weekly update call w/ UCC professionals | 1.00 |
| 08/03/10 | MFR | Participate in UCC professional's conference call. | 0.50 |
| 08/04/10 | RBD | Review Committee summaries and waterfall | 1.20 |
| 08/05/10 | AH | Weekly UCC meeting (telephonic) | 0.80 |
| 08/05/10 | BH | Participate in UCC meeting and present weekly financial results. | 1.30 |
| 08/05/10 | BH | Draft summary notes of the UCC meeting for those unable to attend by phone. | 0.50 |
| 08/05/10 | BH | Review and analyze written comments from Committee members on the subject of Committee Deliberation on Settlement Proposal. | 0.70 |
| 08/05/10 | MFR | Participate in UCC committee conference call. | 1.30 |
| 08/05/10 | MFR | Participate in Follow up UCC conference call. | 0.80 |
| 08/05/10 | ANL | Prepared for and participated in UCC telephonic meeting to discuss weekly results, confirmation issues and examiner issues. | 1.50 |
| 08/06/10 | MFR | Participate in UCC committee conference call. | 1.30 |
| 08/06/10 | BH | Participate in UCC meeting. | 1.10 |
| 08/06/10 | AH | Special UCC meeting (telephonic) | 1.20 |
| 08/06/10 | ANL | Prepared for and participated in special UCC telephonic meeting to discuss amended settlement. | 0.70 |
| 08/10/10 | ANL | Participated in telephonic meeting with Centerbridge and advisors to discuss settlement. | 0.80 |
| 08/10/10 | ANL | Prepared for and participated in special UCC telephonic meeting to discuss amended settlement. | 1.10 |
| 08/10/10 | ANL | Participated in telephonic meeting with Debtors to discuss amended POR. | 0.90 |
| 08/10/10 | BH | Participate in UCC meeting. | 3.50 |
| 08/10/10 | MFR | Participate in UCC conference call. | 3.60 |
| 08/11/10 | AH | Special UCC meeting (telephonic) | 3.50 |
| 08/12/10 | AH | Participate in portion of weekly UCC meeting (telephonic) | 1.00 |
| 08/12/10 | ANL | Prepared for and participated in UCC telephonic meeting to discuss latest Plan developments and amended settlement. | 1.60 |

Re:                         UCC Meetings
Client/Matter #             005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/12/10 | BH | Participate in UCC meeting and present weekly financial results. | 1.20 |
| 08/12/10 | BH | Review and analyze the minutes of Special Committee meeting. | 0.50 |
| 08/12/10 | MFR | Participate in UCC committee conference call. | 1.30 |
| 08/12/10 | MFR | Participate in follow up UCC conference call. | 1.00 |
| 08/13/10 | MFR | Participate in UCC conference call. | 0.80 |
| 08/13/10 | BH | Participate in UCC meeting. | 1.00 |
| 08/13/10 | ANL | Prepared for and participated in UCC telephonic meeting to discuss latest developments and amended settlement with senior lenders. | 0.80 |
| 08/16/10 | AH | Special UCC meeting (telephonic) | 1.00 |
| 08/16/10 | BH | Participate in UCC meeting. | 0.80 |
| 08/16/10 | MFR | Participate in UCC conference call. | 1.00 |
| 08/19/10 | MFR | Participate in UCC conference call. | 1.60 |
| 08/19/10 | AH | Weekly meeting with UCC (Telephonic) | 1.50 |
| 08/19/10 | AH | Special UCC meeting (telephonic) | 0.80 |
| 08/19/10 | BH | Participate in UCC meeting. | 1.50 |
| 08/19/10 | BH | Participate in Special Meeting of the UCC. | 1.40 |
| 08/19/10 | ANL | Prepared for and participated in UCC telephonic meeting to latest developments on Plan negotiations and outstanding settlement deal issues. | 1.70 |
| 08/19/10 | ANL | Prepared for and participated in UCC telephonic meeting to discuss weekly results, court hearing, and latest developments on Plan negotiations and amended settlement with senior lenders. | 1.10 |
| 08/24/10 | AH | Weekly update call with UCC professionals | 0.70 |
| 08/24/10 | BH | Participate in UCC professionals call hosted by Chadbourne. | 0.50 |
| 08/27/10 | BH | Participate in UCC meeting and present weekly financial results. | 0.60 |
| 08/27/10 | AH | Weekly UCC meeting (telephonic) | 0.70 |
| 08/27/10 | CR | Participated in UCC conference call. | 0.80 |
| 08/31/10 | BH | Participate in UCC professionals call hosted by Chadbourne. | 0.90 |
| 08/31/10 | CR | Participated in UCC conference call. | 1.00 |
| | | **Total Hours** | **60.60** |

Re:                        UCC Meetings
Client/Matter #            005735.00015

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| R Bruce Den Uyl | 1.20 | 860.00 | 1,032.00 |
| Alan Holtz | 14.00 | 820.00 | 11,480.00 |
| Mark F Rule | 13.20 | 530.00 | 6,996.00 |
| Albert Leung | 11.80 | 530.00 | 6,254.00 |
| Brad Hall | 18.60 | 620.00 | 11,532.00 |
| Christopher Rubel | 1.80 | 320.00 | 576.00 |
| **Total Hours & Fees** | **60.60** | | **37,870.00** |

Re:                        Billing and Retention
Client/Matter #            005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/06/10 | ANL | Prepared July 2010 fee application. | 1.80 |
| 08/11/10 | ANL | Prepared July 2010 Fee Application. | 0.90 |
| 08/12/10 | ANL | Reviewed July 2010 fee application and fee examiner report. | 1.10 |
| 08/16/10 | ANL | Prepared July 2010 fee application and fee examiner report on 5th interim fee application. | 1.10 |
| 08/16/10 | YK | Prepared July 2010 fee application. | 2.40 |
| 08/17/10 | YK | Prepared July 2010 fee application. | 2.10 |
| 08/17/10 | ANL | Reviewed fee examiner report on AlixPartners 5th interim fee application. | 1.70 |
| 08/18/10 | ANL | Reviewed fee examiner report on AlixPartners 5th interim fee application. | 1.10 |
| 08/18/10 | ANL | Prepared July 2010 fee application. | 1.80 |
| 08/18/10 | YK | Prepared July 2010 fee application and motion. | 2.50 |
| 08/19/10 | YK | Prepared July 2010 fee application. | 1.50 |
| 08/19/10 | AH | Review July invoice details | 1.50 |
| 08/20/10 | YK | Prepared July 2010 fee application.  Review prior filings to determine appropriate format. | 2.30 |
| 08/20/10 | ANL | Prepared July 2010 fee application. | 0.80 |
| 08/24/10 | AH | Final review of July invoice, sign and send to counsel | 0.30 |
| 08/26/10 | ANL | Prepared AlixPartners response to the fee examiner preliminary report on the AlixPartners fee application for the 5th Interim Period. | 1.20 |
| 08/26/10 | ANL | Analyzed and reviewed fee examiner preliminary report & exhibits on the AlixPartners fee application for the 5th Interim Period. | 3.10 |
| 08/27/10 | ANL | Analyzed and reviewed fee examiner preliminary report & exhibits on the AlixPartners fee application for the 5th Interim Period. | 2.80 |
| 08/30/10 | ANL | Analyzed and reviewed fee examiner preliminary report & exhibits on the AlixPartners fee application for the 5th Interim Period. | 1.80 |
| 08/31/10 | ANL | Prepared AlixPartners response & exhibits to the fee examiner preliminary report on the AlixPartners fee application for the 5th Interim Period. | 2.20 |
| | | **Total Hours** | **34.00** |

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 1.80 | 820.00 | 1,476.00 |
| Albert Leung | 21.40 | 530.00 | 11,342.00 |
| Young Kim | 10.80 | 470.00 | 5,076.00 |
| Young Kim | 0.00 | 0.00 | 0.00 |
| **Total Hours & Fees** | **34.00** | | **17,894.00** |