# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

**Disbursement Recap:**

| Description | Amount |
|---|---:|
| Cab Fare/Ground Transportation | 11.00 |
| Postage/Messenger/Courier | 34.41 |
| Meals - Engagement Team | 74.71 |
| **Total Disbursements** | **120.12** |

| Date | Disbursement Description | Amount |
| --- | --- | --- |
| 07/30/10 | Postage/Messenger/Courier Delivery to Alan Holtz | 34.41 |
| 08/10/10 | Cab Fare/Ground Transportation Albert Leung Cab (in town) | 11.00 |
| 08/23/10 | Meals - Engagement Team Brad Hall - Lunch - Brad Hall; Harold Lee; Albert Leung (in town) | 74.71 |
| | **Total Disbursements** | **120.12** |