Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Telephone (619) 220-8900
Facsimile (619) 220-8112

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>TRIBUNE COMPANY, et al.,<br><br>                Debtors. | ) Case No. 08-13141 (KJC)<br>) (Jointly Administered)<br>)<br>) Chapter 11<br>)<br>) **Notice of Withdrawal of**<br>) **Transfer of Claim** |

      PLEASE TAKE NOTICE that Debt Acquisition Company of America V, LLC hereby withdraws the Notice of Transfer of Claim filed from DIALCAR INC as transferor, to Debt Acquisition Company of America V, LLC as transferee. The Withdrawal of Transfer of Claim relates only to the filed claim of DIALCAR INC in the amount of $6,012.55 (Claim No. 1207).

Respectfully submitted, this 27th day of September 2010.

DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Telephone (800) 400-5033
Facsimile (619) 220-8112

By: ___/s/ Andrew F. Whatnall___
     Andrew F. Whatnall