# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
Tribune Company  
Chicago Tribune Company

**Case No.:** 08–13141–KJC

**Chapter:** 11

Notice of Filing Fee(s) Due  
Re: Docket # 5556

Dear Mr. Millen

- ☐ On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $5 was collected for this motion. On , the motion was granted by the United States District Court. The remaining $250 fee for filing a Notice of Appeal is now due.
- ☑ On 8/30/10, you filed a Notice of Appeal in the above captioned case. A filing fee in the amount of $255 was due with the filing.
- ☐ On , you filed . A filing fee in the amount of is due.
- ☐ Other:

**Please remit funds to the Court at the following address by no later than 10/5/2010.**

**United States Bankruptcy Court**  
**District of Delaware**  
**824 Market Street, 3rd Floor**  
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252–2887.

Clerk of Court

Date: 9/28/10

By: Nancy L'Heureux, Deputy Clerk

(VAN–441)