# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: NancyL | Date Created: 9/28/2010 |
| Case: 08−13141−KJC | Form ID: van441 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr            Kevin Millen

TOTAL: 1