# Notice Recipients

District/Off: 0311−1 User: NancyL Date Created: 9/28/2010
Case: 08−13141−KJC Form ID: van441 Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr          Kevin Millen          1704 Lanier Lane          Memphis, TN 38117

TOTAL: 1