# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08- 13141 (KJC)<br><br>Jointly Administered |

## NOTICE OF SERVICE [RE: D.I. 5823]

PLEASE TAKE NOTICE that on September 28, 2010, copies of the **Preliminary Objection Of Certain Step One Lenders To The Disclosure Statement For Joint Plan Of Reorganization For Tribune Company And Its Subsidiaries Proposed By Oaktree Capital Management, L.P. And Angelo, Gordon & Co., L.P. And The Accompanying Statement** (D.I. 5823, Filed: 9/27/10) were served in the manner indicated upon the entities on the attached service lists.

Dated: Wilmington, Delaware
          September 28, 2010

                                             MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                             */s/ Daniel B. Butz*
                                             Derek C. Abbott (No. 3376)
                                             Daniel B. Butz (No. 4227)
                                             1201 N. Market Street
                                             P.O. Box 1347
                                             Wilmington, DE  19899-1347
                                             Telephone: (302) 658-9200
                                             Facsimile: (302) 658-3989

                                             -and-

Howard J. Kaplan
Deana Davidian
ARKIN KAPLAN RICE LLP
590 Madison Avenue, 35th Floor
New York, New York 10022
Telephone: (212) 333-0200
Facsimile: (212) 333-2350

-and-

Adam H. Friedman
Steve Wolosky
Fredrick J. Levy
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY, LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Telephone: (212) 451-2300
Facsimile: (212) 451-2222

*Counsel to the Step One Lenders*

3803008.1