# SERVICE LIST

**VIA HAND DELIVERY**

ARCHER & GREINER, PC
JOHN V. FIORELLA, ESQ.
300 DELAWARE AVE, STE 1370
WILMINGTON, DE  19801

ASHBY & GEDDES, P.A.
ATTN: WILLIAM P. BOWDEN & KAREN SKOMORUCHA, ESQS.
500 DELAWARE AVENUE, 8TH FLOOR
WILMINGTON, DE  19899

ASHBY & GEDDES, PA
WILLIAM P. BOWDEN; AMANDA M. WINFREE
500 DELAWARE AVENUE, 8TH FLOOR
WILMINGTON, DE  19899

BARNES & THORNBURG LLP
ATTN: DAVID M. POWLEN
1000 NORTH WEST STREET, SUITE 1200
WILMINGTON, DE  19801

BAYARD, P.A.
ATTN: JAMIE L. EDMONSON, ESQ.
222 DELAWARE AVENUE, SUITE 900
WILMINGTON, DE  19801

BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP
ATTN. JENNIFER R. HOOVER, ESQ.
222 DELAWARE AVENUE, SUITE 801
WILMINGTON, DE  19801

BIFFERATO LLC
ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE  19801

BROWN STONE NIMEROFF LLC
ATTN. JAMI B. NIMEROFF, ESQ.
4 EAST 8TH STREET, SUITE 400
WILMINGTON, DE  19801

CIARDI CIARDI & ASTIN
DANIEL K. ASTIN, ESQ.; CARL D. NEFF, ESQ.
CITIZENS BANK CENTER
919 NORTH MARKET STREET, STE 700
WILMINGTON, DE  19801

COLE SCHOTZ MEISEL FORMAN & LEONARD, PA
NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE  19801

COOCH & TAYLOR PA
ATTN: SUSAN E. KAUFMAN, ESQ.
1000 WEST STREET, 10TH FLOOR
WILMINGTON, DE  19801

COZEN O'CONNOR
ATTN: MARK E. FELGER, ESQ.
1201 N. MARKET STREET, SUITE 1400
WILMINGTON, DE  19801

CROSS & SIMON LLC
ATTN: CHRISTOPHER P. SIMON, ESQ.
913 NORTH MARKET STREET, 11TH FLOOR
WILMINGTON, DE  19801

DUANE MORRIS LLP
ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS
1100 NORTH MARKET STREET, SUITE 1200
WILMINGTON, DE  19801

ECKERT,SEAMANS, CHERIN & MELLOT, LLC
ATTN. MARGARET F. ENGLAND, ESQUIRE
300 DELAWARE AVENUE, SUITE 1210
WILMINGTON, DE  19801

EDWARDS ANGELL PALMER & DODGE LLP
ATTN: STUART M. BROWN, ESQ.
919 N. MARKET ST, STE 1500
WILMINGTON, DE  19801

FOX ROTHSCHILD LLP
ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS.
CITIZENS BANK CENTER
919 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE  19801

GREENBERG TRAURIG, LLP
ATTN: DENNIA A. MELORO
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET, SUITE 1200
WILMINGTON, DE  19801

INTERNAL REVENUE SERVICE
844 KING STREET
WILMINGTON, DE  19801

LANDIS RATH & COBB LLP
ATTN ADAM G LANDIS & MATTHEW B MCGUIRE
919 MARKET STREET SUITE 1800
WILMINGTON, DE  19801

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
WILMINGTON, DE  19801

| | |
|---|---|
| MCCARTER & ENGLISH, LLP<br>ATTN: KATHARINE L. MAYER, ESQ.<br>RENAISSANCE CENTRE<br>405 N. MARKET STREET, 8TH FL<br>WILMINGTON, DE  19801 | PINCKNEY, HARRIS & WEIDINGER, LLC<br>ATTN: ADAM HILLER & DONNA HARRIS<br>1220 NORTH MARKET STREET, SUITE 950<br>WILMINGTON, DE  19801 |
| MESSANA ROSNER & STERN, LLP<br>FREDERICK B. ROSNER, ESQ.<br>1000 N. WEST STREET, SUITE 1200<br>WILMINGTON, DE  19801 | POTTER ANDERSON & CORROON LLP<br>ATTN: LAURIE SILVERSTEIN, ESQ<br>HERCULES PLAZA<br>1313 N MARKET ST, PO BOX 951<br>WILMINGTON, DE  19899-0951 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.<br>ATTN. RACHEL B. MERSKY, ESQUIRE<br>1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE  19801 | RICHARDS, LAYTON & FINGER, PA<br>ATTN: MARK D. COLLINS, ESQ.<br>KATISHA D. FORTUNE, ESQ.<br>920 NORTH KING STREET<br>WILMINGTON, DE  19801 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>DAVID M. KLAUDER, ESQ.<br>844 KING STREET, SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE  19899-0035 | SAUL EWING LLP<br>ATTN: MARK MINUTI, ESQUIRE<br>222 DELAWARE AVENUE, SUITE 1200<br>WILMINGTON, DE  19899 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS AND<br>MARK M. BILLION, ESQS.<br>919 N. MARKET STREET, 17TH FLOOR<br>WILMINGTON, DE  19899 | SEITZ, VAN OGTROP & GREEN, P.A.<br>ATTN: R.KARL HILL, ESQ.<br>222 DELAWARE AVENUE, STE 1500<br>WILMINGTON, DE  19899 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: JOSEPH L. CHRISTENSEN<br>1000 N. WEST STREET, SUITE 1200<br>WILMINGTON, DE  19801 | SILVERMAN MCDONALD & FRIEDMAN<br>ATTN: BRIAN E. LUTNESS, ESQ.<br>1010 N. BANKCROFT PARKWAY, SUITE 22<br>WILMINGTON, DE  19805 |
| PEPPER HAMILTON LLP<br>ATTN. DAVID B. STRATTON, LEIGH-ANNE M. RAPORT,ESQ.<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET STREET<br>WILMINGTON, DE  19899-1709 | TYBOUT REDFEARN AND PELL<br>ATTN. SHERRY RUGGIERO FALLON<br>750 SHIPYARD DRIVE, SUITE 400<br>WILMINGTON, DE  19899-2092 |
| PEPPER HAMILTON LLP<br>ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET STREET<br>WILMINGTON, DE  19899-1709 | US ATTORNEY'S OFFICE<br>ELLEN W. SLIGHTS, ESQ<br>1201 MARKET ST, SUITE 1100<br>WILMINGTON, DE  19899-2046 |
| | WILMINGTON TRUST COMPANY<br>ATTN. PATRICK J. HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE  19890 |
| PHILLIPS, GOLDMAN & SPENCE, P.A.<br>ATTN: JOHN C. PHILLIPS, ESQ.<br>1200 NORTH BROOM STREET<br>WILMINGTON, DE  19806 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS.<br>THE BRADYWINE BUILDING - 17TH FLOOR<br>1000 WEST STREET<br>WILMINGTON, DE  19899-0391 |

ZUCKERMAN SPAEDER LLP
THOMAS G. MACAULEY, ESQ.
VIRGINIA WHITEHALL GULDI, ESQ.
919 MARKET STREET, STE 990
WILMINGTON, DE  19801


**VIA FIRST CLASS MAIL**

ACXIOM CORPORATION
ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL
301 E. DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR  72033-2000

JD THOMPSON LAW
ATTN: JUDY D. THOMPSON
P.O. BOX 33127
CHARLOTTE, NC  28233

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN JOHN P DILLMAN
PO BOX 3064
HOUSTON, TX  77253-3064

MICHAEL SCHLOSS, OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR
PLAN BENEFITS SECURITY DIVISION
P.O. BOX 1914
WASHINGTON, DC  20013

TOOD M. HOEPKER, ESQ.
POST OFFICE BOX 3311
ORLANDO, FL  32802-3311

UNISYS CORPORATION
ATTN. JANET FITZPATRICK, LEGAL ASSISTANT
UNISYS WAY
P.O. BOX 500, M/S E8-108
BLUE BELL, PA  19424

US DEPT OF JUSTICE CIVIL DIVISION
MATTHEW J. TROY, ESQ.
PO BOX 875
WASHINGTON, DC  20004-0875

UNITED STATES DEPARTMENT OF LABOR
ELIZABETH S. GOLDBERG, ESQUIRE
PLAN BENEFITS SECURITY DIVISION
P.O. BOX 1914
WASHINGTON, DC  20013

WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA
ATTN JAMES E SORENSON
D TYLER LEUVEN
CHAD D HECKMAN
JARED S GARDNER
MARY LINZEE VAN LEUVEN
POST OFFICE BOX 4128
TALLAHASSEE, FL  32315-4128

ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: COREY SMITH BOTT, BRIAN G. ESDERS
809 GLENEAGLES COURT, SUITE 320
BALTIMORE, MD  21286

ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: MEGHAN C. HORN, ESQ.
809 GLENEAGLES COURT, SUITE 320
TOWSON, MD  21286

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS.
ONE BRYANT PARK
NEW YORK, NY  10036

ALLISON, SLUTSKY & KENNEDY, PC
ANGIE M. COWAN
230 W MONROE ST, STE 2600
CHICAGO, IL  60606

ANDREW S. CONWAY, ESQUIRE
200 EAST LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI  48304

ARKIN KAPLAN RICE LLP
HOWARD J. KAPLAN, ESQ.; DEANNA DAVIDIAN, ESQ.
590 MADISON AVENUE
NEW YORK, NY  10022

ASKOUNIS & DARCY, PC
ATTN: THOMAS V. ASDOUNIS, ESQ.
401 NORTH MICHIGAN AVENUE, STE 550
CHICAGO, IL  60611

BARTLETT HACKETT FEINBERG PC
FRANK F. MCGINN (MA BBO# 564729)
155 FEDERAL ST, 9TH FL
BOSTON, MA  02110

BELKIN BURDEN WENIG & GOLDMAN, LLP
ATTN: JOSHUA G. LOSARDO, ESQ.
270 MADISON AVENUE
NEW YORK, NY  10016

BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP
ATTN. DAVID M. NEUMANN, ESQUIRE
200 PUBLIC SQUARE SUITE 2300
CLEVELAND, OH  44114-2378

BLAKELEY & BLAKELEY LLP
ATTN: JOHNN WHITE, ESQ.
2 PARK PLAZA, SUITE 400
IRVINE, CA  92614

BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN
& GOOD MAN, LLP
150 S. RODEO DRIVE, 3RD FLOOR
BEVERLY HILLS, CA  90212

BROWARD COUNTY
ATTN: JEFFREY J. NEWTON
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL  33301

BROWN RUDNICK LLP
ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ.
SEVEN TIMES SQUARE
NEW YORK, NY  10036

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON, ESQ.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY  10104

BUCHALTER NEMER
PAMELA KOHLMAN WEBSTER
1000 WILSHIRE BOULEVARD, SUITE 1500
LOS ANGELES, CA  90017-2457

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FL
SAN FRANCISCO, CA  94105-2126

CANON USA, INC
ATTN RUTH WIENSTEIN
1 CANON PLAZA
LAKE SUCCESS, NY  11042

CAPITALSOURCE FINANCE LLC
ATTN: JOANNE FUNGAROLI, ESQ.
4445 WILLARD AVENUE, 12TH FLOOR
CHEVY CHASE, MD  20815

CATHOLIC CHARITIES
ATTN: JOSEPH AUGUSTYNIAK
1966 GREENSPRING DRIVE, SUITE 200
TIMONIUM, MD  21093

CHADBOURNE & PARKE LLP
ATTN HOWARD SEIFE, DAVID M LEMAY, DOUGLAS E DEUTSCH
30 ROCKEFELLER PLAZA
NEW YORK, NY  10112

CHRISTINE Z. HERI
OFFICE OF THE SOLICITOR
UNITED STATES DEPARTMENT OF LABOR
230 SOUTH DEARBORN, ROOM 844
CHICAGO, IL  60604

COHEN WEISS & SIMON LLP
ATTN BABETTE A CECCOTI
330 WEST 42ND STREET
NEW YORK, NY  10036

COTCHETT, PITRE & MCCARTHY
ATTN: PHILIP GREGORY, ESQ.
840 MALCOLM ROAD, SUITE 200
BURLINGAME, CA  94010

CROUDACE & DIETRICH LLP
ATTN. MARK A NITIKMAN, ESQUIRE
4750 VON KARMAN AVENUE
NEWPORT BEACH, CA  92660

DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL
ATTN: ELAINE Z. COLE, ESQ.
340 E. MAIN ST.
ROCHESTER, NY  14604

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ATTN: KEITH D. ELKINS, ESQ.
1800 CENTURY PARK EAST, 7TH FLOOR
LOS ANGELES, CA  90067

ERVIN COHEN & JESSUP LLP
KENNETH MILLER, ESQ.
9401 WILSHIRE BLVD, 9TH FLOOR
BEVERLY HILLS, CA  90212

FOLEY & LARDNER LLP
ATTN: MARY K. BRAZA, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI  53202-5306

FRANK/GECKER LLP
ATTN. JOSEPH D. FRANK
325 NORTH LASALLE STREET, SUITE 625
CHICAGO, IL  60654

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER, ESQ. & DEVON J. EGGERT, ESQ.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
EDWARD A. FRIEEDMAN; WILLIAM P.WEINTRAUB
1633 BROADWAY
NEW YORK, NY  10019-6708

FRIEDMAN LAW GROUP
ATTN: J. BENNETT FRIEDMAN, ESQ.
1901 AVENUE OF THE STARS, SUITE 1700
LOS ANGELES, CA  90067-4409

FURMAN GREGORY LLC
DONALD R. FURMAN JR.
75 FEDERAL ST, 9TH FL
BOSTON, MA  02110

GATEWAY PACIFIC PROPERTIES, INC.
C/O RONALD K. BROWN, JR.
LAW OFFICES OF RONALD K. BROWN, JR.
901 DOVE STREET, SUITE 120
NEWPORT BEACH, CA  92660

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
ATTN: RAMESH SINGH
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL  33131-1605

GOHN HANKEY & STICHEL LLP
ATTN JAN I BERLAGE
201 NORTH CHARLES STREET
BALTIMORE, MD  21201

GREENBERG TRAURIG, LLP
ATTN: KEVIN P. GARLAND, ESQ.
2450 COLORADO AVENUE, SUITE 400 E
SANTA MONICA, CA  90404

GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP
EDWARD J. TREDINNICK, ESQ.
FOUR EMBARCARCADERO CENTER, STE 4000
SAN FRANCISCO, CA  94111

HARRIS CORPORATION
ANTHONY DEGLOMINE, III
1025 W. NASA BLVD
MAIL STOP A-11A
MELBOURNE, FL  32919

HENNIGAN, BENNETT & DORMAN, LLP
ATTN: BRUCE BENNETT, JAMES O. JOHNSON AND JOSHUA
D. MORSE, ESQS.
865 SOUTH FIGUEROA STREET, SUITE 2900
LOS ANGELES, CA  90017

HERRICK FEINSTEIN LLP
ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.
TWO PARK AVENUE
NEW YORK, NY  10016

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY
2125 E. KATELLA AVE.
SUITE 400
ANAHEIM, CA  92806

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD.
MAILSTOP 314
BOISE, ID  83714-0021

HOWARD COUNTY OFFICE OF LAW
ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR &
CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY, MD  21043

IBM CORPORATION
ATTN BEVERLY H SHIDELER
TWO LINCOLN CENTRE
OAKBROOK TERRACE, IL  60181

INTERNAL REVENUE SERVICE
ATTN: ROOM 1150
31 HOPKINS PLAZA
BALTIMORE, MD  21201

J. SCOTT DOUGLASS
909 FANNIN, SUITE 1800
HOUSTON, TX  77010

K&L GATES LLP
ATTN: JEFFREY N. RICH, ESQ.
599 LEXINGTON AVE
NEW YORK, NY  10022-6030

K&L GATES LLP
CHARLES R. SMITH, ESQ.
HENRY W. OLIVER BUILDING
535 SMITHFIELD ST
PITTSBURGH, PA  15222-2312

KAMAKAZEE KIWI COPORATION  
3835-R EAST  
THOUSDAN OAKS BLVD. #343  
THOUSAND OAKS, CA   91362  

KAYE SCHOLER LLP  
MADLYN GLEICH PRIMOFF, ESQ  
425 PARK AVE  
NEW YORK, NY   10022  

KELLEY DRYE & WARREN LLP  
ERICK R. WILSON, ESQ.  
HOWARD S.STEEL, ESQ.  
101 PARK AVENUE  
NEW YORK, NY   10178  

KLEE, TUCHIN, BOGDANOFF & STERN, LLP  
ATTN:  KENNETH N. KLEE, ESQ.  
1999 AVENUE OF THE STARS, 39TH FLOOR  
LOS ANGELES, CA   90067-6049  

KLEE, TUCHIN, BOGDANOFF & STERN, LLP  
ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS.  
1999 AVENUE OF THE STARS, 39TH FLOOR  
LOS ANGELES, CA   90067-6049  

LESLIE A. COHEN, ESQUIRE  
LESLIE COHEN LAW, PC  
506 SANTA MONICA BLVD., SUITE 200  
SANTA MONICA, CA   90401  

LINDA BOYLE  
TW TELECOM INC.  
10475 PARK MEADOWS DRIVE, #400  
LITTLETON, CO   80124  

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP  
ATTN: ELIZABETH WELLER  
2323 BRYAN STREET  
STE 1600  
DALLAS, TX   75201  

MAUREEN A. MCGREEVEY, ESQUIRE  
SUNGARD  
680 E. SWEDESFORD ROAD  
WAYNE, PA   19087  

MAYER BROWN LLP  
FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ.,  
AMIT K. TREHAN, ESQ., JEAN-MARIE L. ATAMIAN, ESQ.  
1675 BROADWAY  
NEW YORK, NY   10019  

MCCARTER & ENGLISH, LLP  
ATTN: DAVID ADLER, ESQ.  
245 PARK AVE, 27TH FL  
NEW YORK, NY   10167  

MCGUIRE WOODS LLP  
ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS  
77 W. WACKER DRIVE, SUITE 4100  
CHICAGO, IL   60601  

MCPHARLIN SPRINKLES & THOMAS, LLP  
ATTN. ELAIN M. SEID  
10 ALMADEN BLVD., SUITE 1460  
SAN JOSE, CA   95113  

MEITES, MULDER, MOLLICA & GLINK  
ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS.  
20 S. CLARK STREET, SUITE 1500  
CHICAGO, IL   60603  

MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B.  
WALDMEIR, ASSISTANT ATTORNEY GENERAL  
STATE OF MICHIGAN, DEPT. OF TREASURY  
CADILLAC PLACE, STE. 10-200  
3030 W. GRAND BLVD.  
DETROIT, MI   48202  

MORGAN STANLEY FIXED INCOME  
ATTN: CAROLYN ADLER  
1585 BROADWAY, 2ND FLOOR  
NEW YORK, NY   10036  

MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC  
ATTN: COLLEEN E. MCMANUS  
191 NORTH WACKER DRIVE, STE 1800  
CHICAGO, IL   60606  

NAVISTAR LEASING COMPANY  
425 N. MARTINGALE ROAD, 18TH FLOOR  
SCHAUMBURG, IL   60173  

NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE  
ATTN. ROBERT L. COOK, DISTRICT TAX ATTORNEY  
333 EAST WASHINGTON ST., 3RD FLOOR  
SYRACUSE, NY   13202  

NOLAN, PLUMHOFF & WILLIAMS, CHARTERED  
ATTN. ROBERT L. HANLEY, JR. ESQUIRE  
SUITE 700, NOTTINGHAM CENTRE  
502 WASHINGTON AVENUE  
TOWSON, MD   21204

| | |
|---|---|
| OFFICE OF ATTORNEY GENERAL<br>ATTN. CAROL E. MOMJIAN, ESQ.<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA  19107-3603 | SHIPMAN & GOODWIN LLP<br>ATTN. JULIE A. MANNING, ESQ.<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT  06103-1919 |
| O'MELVENY & MYERS LLP<br>ATTN: EVAN M. JONES, ESQ.<br>400 SOUTH HOPE STREET<br>LOS ANGELES, CA  90071 | SIDLEY AUSTIN LLP<br>ATTN: KENNETH P. KANSA ESQ.<br>ONE SOUTH DEARBORN<br>CHICAGO, IL  60603 |
| PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>CHARLES E. DAVIDOW<br>2001 K. STREET, N.W.<br>WASHINGTON, DC  20006-1047 | SIDLEY AUSTIN LLP<br>JAMES F. CONLAN, ESQ.<br>BRYAN KRAKAUER, ESQ.<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL  60603 |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN FRANK A ANDERSON<br>CASSANDRA R BURTON<br>KARTAR S KHALSA<br>1200 K STREET, NW<br>WASHINGTON, DC  20005-4026 | SIDLEY AUSTIN LLP<br>KEVIN T. LANTRY, ESQ.<br>555 WEST FIFTH STREET<br>LOS ANGELES, CA  90013 |
| PROSKAUER ROSE LLP<br>ATTN: MARTIN S. ZOHN, ESQ.<br>2049 CENTURY PARK EAST, 32ND FLOOR<br>LOS ANGELES, CA  90067 | SIMON PROPERTY GROUP, INC.<br>ATTN: RONALD M. TUCKER, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN  46204 |
| QUARLES & BRADY LLP<br>LEONARD S. SHIFFLETT, ESQ.; FAY B. FEINSTEIN, ESQ.<br>300 NORTH LASALLE STREET, STE 400<br>CHICAGO, IL  60654-3422 | SIRLIN GALLOGLY & LESSER, P.C.<br>DANA S. PLON, ESQ.<br>1529 WALNUT STREET, SUITE 600<br>PHILADELPHIA, PA  19102 |
| RIDDELL WILLIAMS, P.S.<br>ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO<br>1001- 4TH AVENUE, SUITE 4500<br>SEATTLE, WA  98154-1192 | SQUIRE, SANDERS & DEMPSEY LLP<br>ATTN: KELLY SINGER, ESQ.<br>TWO RENAISSANCE SQUARE<br>40 NORTH CENTRAL AVE, STE 2700<br>PHOENIX, AZ  85004-4498 |
| ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC<br>ATTN. FRED B. RINGEL, ESQ.<br>875 THIRD AVENUE, 9TH FL<br>NEW YORK, NY  10022 | STEMPEL BENNETT CLAMAN & HOCHBERG PC<br>ATTN EDMOND P O'BRIEN ESQ<br>675 THIRD AVENUE 31ST FLOOR<br>NEW YORK, NY  10017 |
| RUSKIN MASCOU FALTISCHEK, P.C.<br>ATTN: MICHAEL S. AMATO, ESQ.<br>EAST TOWER, 15TH FLOOR<br>1425 RXR PLAZA<br>UNIONDALE, NY  11556-1425 | STUART MAUE<br>ATTN: W. ANDREW DALTON, FEE EXAMINER<br>3840 MCKELVEY RD<br>ST. LOUIS, MO  63044 |
| | THE DSF GROUP<br>ALLAN I. MUSCOVITZ, SR. ACCOUNTANT<br>950 WINTER STREET, STE 4300<br>WALTHAM, MA  02451-1486 |
| SECURITIES & EXCHANGE COMMISSION<br>15TH & PENNSYLVANIA AVE, N.W.<br>WASHINGTON, DC  20020 | THE REIMANN LAW GROUP<br>ATTN. DAVID W. REIMANN, ESQUIRE<br>EL SEGUNDO, CA  90245 |

THE SEAPORT GROUP LLC
ATTN SCOTT FRIEDBERG
360 MADISON AVENUE 22ND FLOOR
NEW YORK, NY  10017

TRAVELERS
NATIONAL ACCOUNTS
1 TOWER SQUARE-5MN
HARTFORD, CT  06183-4044

TRESSLER SODERSTORM MALONEY & PRESS,
LLP
ATTN. JACQUELINE A. CRISWELL
SEARS TOWER, 22ND FLOOR
233 SOUTH WACKER DRIVE
CHICAGO, IL  60606-6314

TWENTIETH TELEVISION, INC.
ATTN: JODIE REA
2121 AVENUE OF THE STARS, SUITE 1754
LOS ANGELES, CA  90067

U.S. DEPARTMENT OF JUSTICE
ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX
DIVISION
555 4TH ST. NW ROOM 6110, P.O. BOX 227
WASHINGTON, DC  20044

UNGARETTI & HARRIS
ATTN. GEORGE R. MESIRES, ESQ.
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON
CHICAGO, IL  60602

VORYS SATER SEYMOUR & PEASE LLP
ATTN: TIFFANY STRELOW COBB
52 EAST GAY STREET
COLUMBUS, OH  43215

WARNER BROS. TELEVISION DISTRIBUTION,
INC.
ATTN: WAYNE M. SMITH, ESQ.
4000 WARNER BLVD.
BLDG. 156, ROOM 5158
BURBANK, CA  91522

WEISS SEROTA HELFMAN PASTORIZA COLE &
BONISKE, P.L
ATTN: DOUGLAS R. GONZALES, ESQUIRE
200 EAST BROWARD BOULEVARD, ST. 1900
FORT LAUDERDALE, FL  33301

WHITE & CASE LLP
ATTN: THOMAS E. LAURIA
GERARD H. UZZI
SCOTT GREISSMAN
1155 AVENUE OF THE AMERICAS
NEW YORK, NY  10036-2787

WILLKIE FARR & GALLAGHER LLP
ATTN. ALAN J. LIPKIN & JEREMY E.
CRYSTAL, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY  10019

WILMER CUTLER PICKERING HALE AND DORR
LLP
ATTN: ANDREW GOLDMAN, ESQ.
399 PARK AVENUE
NEW YORK, NY  10022

WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQ.
200 PARK AVENUE
NEW YORK, NY  10166

ZWERDLKING PAUL KAHN & WOLLY PC
ATTN ROBERT E PAUL ESQ
1025 CONNECTICUT AVENUE NW SUITE 712
WASHINGTON, DC  20036-5420

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF REVENUE,
BUREAU OF ACCOUNTS SETTLEMENT
THOMAS W. CORBETT, JR., A.G.
CAROL E. MOMJIAN, SR. DEP. A.G.
PA I.D. NO. 049219
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA  19107-3603

CROWELL & MORING LLP
ATTN. MICHAEL V. BLUMENTHAL, ESQ.
590 MADISON AVENUE, 19TH FLOOR
NEW YORK, NY  10022

DAVIS POLK & WARDELL LLP
ATTN: DONALD S. BERNSTEIN, ESQ.
JAMES A. FLORACK, ESQ.
DAMIAN S. SCHAIBLE, ESQ.
450 LEXINGTON AVENUE
NEW YORK, NY  10017

ELLIOTT GREENLEAF
ATTN WILLIAM M KELLEHER
1105 NORTH MARKET STREET, SUITE 1700
WILMINGTON, DE  19801

FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL, ESQ.
321 NORTH CLARK
SUITE 2800
CHICAGO, IL  60610-4500

FRED FELLMETH, ESQ. GENERAL COUNSEL
BROADCAST SYSTEMS DIVISION
THE VITEC GROUP PLC
101 BILBY ROAD
HACKETTSTOWN, NJ  07840

GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD.
ATTN. BRIAN M. DOUGHERTY
835 MCCLINTOCK DRIVE, SECOND FLOOR
WILLOWBROOK, IL  60527

HOGAN & HARTSON LLP
ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.
875 THIRD AVENUE
NEW YORK, NY  10022

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS.
1330 BROADWAY, SUITE 1800
OAKLAND, CA  94612

MISSOURI DEPARTMENT OF REVENUE
ATTN: SHERYL L. MOREAU
SPECIAL ASSISTANT ATTORNEY GENERAL
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO  65105-0475

OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
ADAM H. FRIEDMAN, ESQ.; STEVE WOLOSKY, ESQ.;
FREDRICK J. LEVY, ESQ.
PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NY  10022

O'MELVENY & MYERS LLP
ATTN: BRADLEY J. BUTWIN, DANIEL L. CANTOR,
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK, NY  10036

PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP
ATTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W.
BROWN, LAUREN SHUMEJDA
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019-6064

ROMERO LAW FIRM
MARTHA E. ROMERO, ESQ.
BMR PROFESSIONAL BLDG
6516 BRIGHT AVENUE
WHITTIER, CA  90601

TEITELBAUM & BASKIN, LLP
ATTN: JAY TEITELBAUM
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY  10601

ZUCKERMAN SPAEDER LLP
GRAEME W. BUSH, ESQ.
JAMES SOTTILE, ESQ.
1800 M STREET, NW, STE 1000
WASHINGTON, DC  20036

3802427.1