IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141(KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## MEDIATOR'S REPORT

The Court appointed Judge Kevin Gross to serve as the Mediator (the "Mediator") in this case by Order, dated September 1, 2010 (D.I. 5591). The Mediation took place on September 26, 2010, and the parties continued settlement discussions on September 27, 2010, with the Mediator continuing to meet with some parties.

The Mediation has resulted in a settlement agreement between Debtors and Oaktree Capital Management, L.P. and Angelo, Gordon & Co, L.P. (The "Settling Parties"). The Settling Parties reached agreement on a plan of reorganization (the "Proposed Plan") that will settle claims surrounding "Step 1" of Debtors' 2007 going private transaction. The terms of the settlement are contained in the Term Sheet of Joint Plan of the Settling Parties, a copy of which is attached hereto as Exhibit A.

The Mediator is confident that the Proposed Plan will lead to additional contructive discussions between and among the Debtors and other parties. Accordingly, the Mediator does not consider the Mediation to be closed.

Dated: September 28, 2010

_____
Kevin Gross, Mediator