IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                                           ) SS
NEW CASTLE COUNTY  )

I, Pauline Z. Ratkowiak, an employee of Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby certify that on September 28, 2010, I caused a copy of the **Monthly Operating Report for the Period August 2, 2010 through August 29, 2010** to be served by First-Class Mail upon the following:

| | |
|---|---|
| David M. Klauder, Esquire<br>Office of the U.S. Trustee<br>Federal Building, Lockbox 35<br>844 King Street, Suite 2313<br>Wilmington, DE 19801 | Mike West, Financial Analyst<br>Office of the U.S. Trustee<br>Federal Building, Lockbox 35<br>844 King Street, Suite 2313<br>Wilmington, DE 19801 |

By: _____
Pauline Z. Ratkowiak, Paralegal
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131

Subscribed and sworn to before me
this 29th day of September, 2010

_____
Notary Public

KIMBERLY A. STAHL
NOTARY PUBLIC STATE OF DELAWARE
MY COMMISSION EXPIRES 1/26/2011

46429/0001-5349963v17