# SEYFARTH
### ATTORNEYS    SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

Invoice No. 1741893
0276 12420 / 12420-000011
W1ST

WGN-TV
2501 West Bradley Place
Chicago, IL 60618
Attn: Mr. John F. Poelking
Controller

For legal services rendered through June 30, 2010

## NLRB Case No. 13-RC-21929 (IBEW L:ocal 1220/CLTV)

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/01/10 | M. Rybicki | L120 | 0 | Review of materials relative to Local 1220 and e-mails concerning same (.90); review of Regional Director's decision and correspondence concerning same (.80); attention to notice to employees announcing decision (.20). | 1.90 | 1,301.50 |
| 06/02/10 | M. Rybicki | L120 | 0 | Multiple conversations and e-mails with Board Agent and management with respect to election details and related matters (.90); review of materials relative to union dues for legality of content (.20). | 1.10 | 753.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

WGN-TV

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/03/10 | M. Rybicki | L120 | 0 | Preparation of letter to Board and Excelsior list and e-mail correspondence concerning same (.80); telephone conference with Board Agent concerning election details and related matters (.20); review of WGN materials for legality of content (.30); attention to other election and campaign-related matters (.20). | 1.50 | 1,027.50 |
| 06/04/10 | M. Rybicki | C300 | 0 | Review of e-mail from employee and preparation of memo concerning lawful response to same (.60); preparation of Request for Review of Regional Director's decision (3.20). | 3.80 | 2,603.00 |
| 06/05/10 | M. Rybicki | C300 | 0 | Preparation of Request for Review of Regional Director's Decision. | 1.00 | 685.00 |
| 06/06/10 | M. Rybicki | C300 | 0 | Preparation of Request for Review of Regional Director's Decision. | 2.00 | 1,370.00 |
| 06/07/10 | M. Rybicki | C300 | 0 | Preparation of Request for Review of Regional Director's Decision. | 1.80 | 1,233.00 |
| 06/08/10 | M. Rybicki | C300 | 0 | Telephone conference concerning campaign matters (.30); legal research and preparation of memo concerning small group meetings (.40); review of materials for legality of content (.30); and attention to related matters (.30). | 1.30 | 890.50 |
| 06/09/10 | M. Rybicki | C300 | 0 | Review of materials for WGN. | 0.50 | 342.50 |
| 06/10/10 | M. Rybicki | C300 | 0 | Research concerning statistics relative to first contract negotiations (.30); review of related campaign piece for legality of content (.30). | 0.60 | 411.00 |
| 06/11/10 | M. Rybicki | C300 | 0 | Review of materials for use in campaign for issues of legality. | 0.40 | 274.00 |
| 06/12/10 | M. Rybicki | C300 | 0 | Review of materials for use in campaign for issues of legality. | 0.50 | 342.50 |
| 06/13/10 | M. Rybicki | C300 | 0 | E-mail correspondence concerning campaign related matters (.10); review of materials for legality of content (.90) and associated legal research (.50). | 1.50 | 1,027.50 |



WGN-TV

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/14/10 | M. Rybicki | C300 | 0 | Legal research concerning lawfulness of campaign piece (.40); correspondence concerning same (.10). | 0.50 | 342.50 |
| 06/15/10 | M. Rybicki | C300 | 0 | Review of correspondence from management (.10); attention to matters relating to NLRB election notices (.30). | 0.30 | 205.50 |
| 06/16/10 | M. Rybicki | C300 | 0 | Attention to matters relating to NLRB election notice and related matters. | 0.30 | 205.50 |
| 06/17/10 | M. Rybicki | C300 | 0 | Preparation for (.10) and telephone conference with A. Foran and S. Farber concerning election related matters (.40). | 0.50 | 342.50 |
| 06/18/10 | M. Rybicki | C300 | 0 | Legal research in conjunction with review of campaign material for legality of content and e-mail concerning same. | 0.50 | 342.50 |
| 06/21/10 | M. Rybicki | C300 | 0 | Review of campaign materials for legality of content. | 0.30 | 205.50 |
| 06/22/10 | M. Rybicki | C300 | 0 | Review of campaign material for legality of content and e-mail concerning same. | 0.20 | 137.00 |
| 06/23/10 | M. Rybicki | C300 | 0 | Telephone conference with S. Farber (.10); telephone conferences with A. Flora (.20) concerning election related matters. | 0.30 | 205.50 |
| 06/24/10 | M. Rybicki | C300 | 0 | Telephone conference with S. Farber regarding update (.20); review of his final campaign communication (.30); e-mails with A. Foran concerning various election related matters (.20). | 0.70 | 479.50 |

# SEYFARTH
### ATTORNEYS SHAW LLP

Invoice No. 1741893

Page 4

WGN-TV

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/25/10 | M. Rybicki | C300 | 0 | Preparation for election day issues (.20); meeting with Company observer, pre-election conference with Board Agent (including inspection of physical premises, attendance at first voting session and subsequent meeting with Board Agent (2.40); meeting with A. Foran in advance of second session; meeting with management and attendance at session opening second round of balloting (.50); attendance and count and subsequent meeting with management and legal advice associated with victory (1.50). | 4.60 | 3,151.00 |
| 06/26/10 | M. Rybicki | C300 | 0 | E-mail concerning filing of objections and certification of election results. | 0.20 | 137.00 |

| | | |
|---|---|---|
| **Total Hours** | 26.30 | |
| **Total Fees** | | $18,015.50 |
| **Less Discount** | | ($1,801.55) |
| **Total Fees After Discount** | | $16,213.95 |

**Timekeeper Summary**

| M. Rybicki | Partner | - | 26.30 | hours at | $685.00 | per hour |
|------------|---------|---|-------|----------|---------|----------|

| Disbursements | Value |
|---------------|-------|
| Copying | 70.90 |
| Online Research | 15.67 |
| **Total Disbursements** | 86.57 |

# SEYFARTH
**ATTORNEYS**  **SHAW** LLP

WGN-TV

**Total Amount Due**                                          $16,300.52

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

WGN-TV
2501 West Bradley Place
Chicago, IL  60618
Attn:  Mr. John F. Poelking
Controller

Invoice No. 1741893
0276 12420 / 12420-000011
NLRB Case No. 13-RC-21929 (IBEW L:ocal
1220/CLTV)

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $18,015.50 |
| Less Discount | ($1,801.55) |
| Total Fees after Discount | $16,213.95 |
| Total Disbursements | 86.57 |
| Total Fees and Disbursements This Statement | $16,300.52 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

Invoice No. 1741886
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through June 30, 2010

### JoAnn Parker v.; Case No. 2009L010092 0000001909

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/02/10 | N. Riesco | L190 | 0 | Review dismissal and notice of rights in Parker's EEOC charge based on disability discrimination (.10); compose email to client regarding same (.10). | 0.20 | 78.00 |
| 06/18/10 | N. Riesco | L190 | 0 | Review docket sheet (.1); communications with G. Pauling regarding deposition notice and status of discovery (.2). | 0.30 | 117.00 |
| 06/21/10 | N. Riesco | L120 | 0 | Review and draft correspondence. | 0.30 | 117.00 |
| 06/25/10 | N. Riesco | P230 | 0 | Draft correspondence to opposing counsel regarding discovery requests to plaintiff. | 0.30 | 117.00 |

**Total Hours**          1.10

**Total Fees**          $429.00

**BILLS ARE DUE AND PAYABLE UPON RECEIPT**
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

Invoice No. 1741886

Page 2

Chicago Tribune Company

| | | |
|---|---|---|
| **Less Discount** | | ($42.90) |
| **Total Fees After Discount** | | $386.10 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 1.10 | hours at | $390.00 | per hour |

| **Disbursements** | **Value** | |
|---|---|---|
| Copying | 0.50 | |
| **Total Disbursements** | | 0.50 |
| **Total Amount Due** | | $386.60 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1741886
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $429.00 |
| Less Discount | ($42.90) |
| Total Fees after Discount | $386.10 |
| Total Disbursements | 0.50 |
| Total Fees and Disbursements This Statement | $386.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
### ATTORNEYS
## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

Invoice No. 1741888
0276 17832 / 17832-000034
W1ST

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

For legal services rendered through June 30, 2010

**Country Club Matter 0000001901**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/02/10 | J. Dalley | L120 | 0 | Review and analyze agreement (.5); prepare correspondence to C. Olson regarding same (.5). | 1.00 | 370.00 |
| 06/03/10 | S. Carlson | | | Review of case law regarding duty to preserve in anticipation of litigation (1.00); communications with R. Lapp regarding same (.20). | 1.20 | 666.00 |
| 06/16/10 | C. Olson | L120 | 0 | Telephone conference with J. Xanders regarding discovery issues (.60); discuss with R. Lapp and S. Carlson and review cases regarding same (.20). | 0.80 | 544.00 |
| 06/16/10 | S. Carlson | L120 | | Preparation for and conference call with L.A. Times regarding preservation issues. | 0.80 | 444.00 |

**Total Hours**                                                 3.80

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Los Angeles Times

| | |
|---|---|
| **Total Fees** | $2,024.00 |
| **Less Discount** | (<u>$202.40</u>) |
| **Total Fees After Discount** | $1,821.60 |

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| C. Olson | Partner | - | 0.80 | hours at | $680.00 | per hour |
| S. Carlson | Partner | - | 2.00 | hours at | $555.00 | per hour |
| J. Dalley | Associate | - | 1.00 | hours at | $370.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | <u>0.00</u> |
| **Total Amount Due** | <u>$1,821.60</u> |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

31 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

Invoice No. 1741888
0276 17832 / 17832-000034
Country Club Matter 0000001901

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $2,024.00 |
| Less Discount | ($202.40) |
| Total Fees after Discount | $1,821.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,821.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |

# SEYFARTH
### ATTORNEYS
## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

Invoice No. 1741882
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through June 30, 2010

**Labor-General 0000001174**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/07/10 | J. Sherman | C300 | 0 | E-mail correspondence with A. Barnes regarding change in bi-weekly pay schedule (.2); edit draft letter to Unions notifying them of same (.1). | 0.30 | 205.50 |
| 06/29/10 | J. Sherman | C300 | 0 | E-mail correspondence and telephone conference with A. Barnes regarding possible suspension of mailroom employee. | 0.20 | 137.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.50 | |
| **Total Fees** | | $342.50 |
| **Less Discount** | | ($34.25) |
| **Total Fees After Discount** | | $308.25 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

## Timekeeper Summary

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.50 | hours at | $685.00 | per hour | |

**Total Disbursements**                                              0.00

**Total Amount Due**                                              $308.25

# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

Invoice No. 1741883
0276 12575 / 12575-000028
W1ST

The Baltimore Sun
501 North  Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through June 30, 2010

**Guild Labor Matters 0000001483**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/07/10 | J. Sherman | C300 | 0 | E-mail correspondence with A. Barnes regarding issues related to proposed new policy (.1); review of documents sent by client in connection with same (.1). | 0.20 | 137.00 |
| 06/18/10 | J. Sherman | C300 | 0 | Review and research proposed new policy. | 1.30 | 890.50 |
| 06/21/10 | J. Sherman | C300 | 0 | Conference with A. Barnes relating to strategy for bargaining over new policy. | 1.50 | 1,027.50 |
| 06/21/10 | K. Michaels | C300 | 0 | Conference with J. Sherman regarding new policy. | 0.50 | 285.00 |
| 06/21/10 | K. Michaels | C300 | 0 | Discussion concerning two janitorial arbitrations. | 0.20 | 114.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/23/10 | J. Sherman | C300 | 0 | Conference with A. Barnes and J. Osick regarding issues relating to Baltimore Sun code new policy issues. | 0.50 | 342.50 |

| | | |
|---|---|---|
| **Total Hours** | 4.20 | |
| **Total Fees** | | $2,796.50 |
| **Less Discount** | | ($279.65) |
| **Total Fees After Discount** | | $2,516.85 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 3.50 | hours at | $685.00 | per hour |
| K. Michaels | Partner | - | 0.70 | hours at | $570.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Long Distance Telephone** | |
| 06/03/10 | Long Distance Telephone | 3.90 |
| 06/09/10 | Long Distance Telephone | 1.04 |
| 06/18/10 | Long Distance Telephone | 0.26 |

| | |
|---|---|
| **Total Disbursements** | 5.20 |
| **Total Amount Due** | $2,522.05 |

# SEYFARTH
### ATTORNEYS
## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1741883
0276 12575 / 12575-000028
Guild Labor Matters 0000001483

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $2,796.50 |
| Less Discount | ($279.65) |
| Total Fees after Discount | $2,516.85 |
| Total Disbursements | 5.20 |
| Total Fees and Disbursements This Statement | $2,522.05 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 13, 2010

Invoice No. 1742544
0276 12575 / 12575-000298
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through June 30, 2010

**Parking Rate Increase Grievance; Case No. 16 300 00214 10**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/01/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes (regarding review of letter to Guild concerning timeliness issues and failure to respond to information requests). | 0.30 | 171.00 |
| 06/04/10 | K. Michaels | L410 | 0 | Preparation for arbitration (preparation of witness outlines for A. Barnes). | 2.80 | 1,596.00 |
| 06/07/10 | K. Michaels | C200 | 0 | Research and review of arbitral law (cases supporting Company's procedural defenses). | 2.80 | 1,596.00 |
| 06/07/10 | K. Michaels | L110 | 0 | Review of e-mail correspondence from A. Barnes (review of e-mail correspondence forwarded from G. Travagline). | 0.20 | 114.00 |

**BILLS ARE DUE AND PAYABLE UPON RECEIPT**
**THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE**
**WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING**

# SEYFARTH
## SHAW LLP
### ATTORNEYS

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/08/10 | K. Michaels | L410 | 0 | Preparation for arbitration hearing (drafting direct examination outline of G. Travagline). | 2.40 | 1,368.00 |
| 06/10/10 | K. Michaels | L410 | 0 | Arbitration preparation (Drafting opening statement (2.5), preparation of exhibits (1.0); review of arbitral caselaw regarding Guild's "fully bargained" claim (2.0). | 5.50 | 3,135.00 |
| 06/12/10 | K. Michaels | C200 | 0 | Research arbitral case law (regarding arbitrator precluded from deciding statutory issue not deferred). | 2.00 | 1,140.00 |
| 06/14/10 | K. Michaels | L410 | 0 | Preparation for arbitration (drafting witness outlines of A. Barnes (2.0), H. Weinstein (2.1). | 4.10 | 2,337.00 |
| 06/14/10 | K. Michaels | L410 | 0 | Preparation for arbitration hearing (telephone conference with A. Barnes regarding testimony of H. Weinstein and G. Travagline). | 0.40 | 228.00 |
| 06/17/10 | K. Michaels | L410 | 0 | Preparation for arbitration (meeting in Baltimore with A. Barnes and D. Morrison to prepare for arbitration (7.0); telephone conference with A. Barnes and H. Weinstein regarding preparation of H. Weinstein for testimony (.6); telephone conference with G. Travagline and A. Barnes (.4)). | 8.00 | 4,560.00 |
| 06/21/10 | K. Michaels | | | Telephone conference with A. Barnes regarding conference with J. Sherman concerning Section 20.9 of the Guild contract for purposes of the Guild parking arbitration. | 0.10 | 57.00 |
| 06/25/10 | K. Michaels | C200 | 0 | Preparation for arbitration (review NLRB case law construing contract language to determine if it constitutes a zipper clause). | 2.50 | 1,425.00 |
| 06/28/10 | K. Michaels | L410 | 0 | Preparation for arbitration hearing (review of prior Baltimore Sun Guild arbitration decisions to be used in hearing (1.0); revising witness testimony of H. Weinstein (2.5). | 3.50 | 1,995.00 |

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

Invoice No. 1742544

Page 3

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/30/10 | K. Michaels | L110 | 0 | Review of e-mail correspondence from A. Barnes (correspondence regarding information to be used in defense of arbitration hearing). | 0.20 | 114.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 34.80 | |
| **Total Fees** | | | | | | $19,836.00 |
| **Less Discount** | | | | | | ($1,983.60) |
| **Total Fees After Discount** | | | | | | $17,852.40 |

**Timekeeper Summary**

| K. Michaels | Partner | - | 34.80 | hours at | $570.00 | per hour |
|-------------|---------|---|--------|----------|---------|----------|

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Taxi** | |
| 06/16/10 | Taxi - K. MICHAELS  5/13/10 Ground Transportation | 138.00 |
| | **Copying** | |
| 06/14/10 | Copying | 3.80 |
| | **Travel** | |
| 06/16/10 | Out of Town Travel - K. Michaels  06/17/10  Airfare | 314.40 |

| | | |
|---|---|---|
| **Total Disbursements** | | 456.20 |
| **Total Amount Due** | | $18,308.60 |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 13, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1742544
0276 12575 / 12575-000298
Parking Rate Increase Grievance; Case No. 16 300
00214 10

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $19,836.00 |
| Less Discount | ($1,983.60) |
| Total Fees after Discount | $17,852.40 |
| Total Disbursements | 456.20 |
| Total Fees and Disbursements This Statement | $18,308.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

PAYMENT BY CHECK VIA STANDARD MAIL:
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

PAYMENT BY CHECK VIA OVERNIGHT MAIL:
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

PAYMENT BY WIRE TO:
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1741882
0276 12575 / 12575-000001
Labor-General 0000001174

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $342.50 |
| Less Discount | ($34.25) |
| Total Fees after Discount | $308.25 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $308.25 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
**ATTORNEYS**    SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

Invoice No. 1741884
0276 12575 / 12575-000299
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through June 30, 2010

### Assistant Chief Grievance; Case No. 16 300 00381 10

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/01/10 | K. Michaels | C200 | 0 | Research arbitral caselaw to be used in arbitration hearing and post-hearing brief. | 2.50 | 1,425.00 |
| 06/02/10 | K. Michaels | L120 | 0 | Review of letter from American Arbitration Association regarding scheduling janitorial assistant chief case; e-mail exchange with A. Barnes regarding same. | 0.10 | 57.00 |
| 06/21/10 | K. Michaels | L110 | 0 | Preparation (for meeting in Baltimore on June 22 to prepare for arbitrations). | 2.20 | 1,254.00 |
| 06/22/10 | K. Michaels | L110 | 0 | Meeting in Baltimore (with A. Barnes, B. Jones, G. Travagline and J. Januck regarding fact gathering for arbitration hearings). | 8.00 | 4,560.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
## SHAW LLP

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/23/10 | K. Michaels | L410 | 0 | Preparation for arbitration (drafting witness direct examination outlines of B. Jones (2.0) and G. Travagline) (2.0). | 4.00 | 2,280.00 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 16.80 | |
| **Total Fees** | | | $9,576.00 |
| **Less Discount** | | | ($957.60) |
| **Total Fees After Discount** | | | $8,618.40 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 16.80 | hours at | $570.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Facsimile** | |
| 06/03/10 | Facsimile | 3.00 |
| | **Travel** | |
| 06/16/10 | Out-of-Town-Travel - K. Michaels - 6/22/2010 | 232.40 |

| | |
|---|---|
| **Total Disbursements** | 235.40 |
| **Total Amount Due** | $8,853.80 |

# SEYFARTH
**ATTORNEYS** ## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1741884
0276 12575 / 12575-000299
Assistant Chief Grievance; Case No. 16 300 00381 10

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $9,576.00 |
| Less Discount | ($957.60) |
| Total Fees after Discount | $8,618.40 |
| Total Disbursements | 235.40 |
| Total Fees and Disbursements This Statement | $8,853.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |

# SEYFARTH
### ATTORNEYS
## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

Invoice No. 1741885
0276 12575 / 12575-000300
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through June 30, 2010

### Al Parker Schedule Grievance; Case No. 16 300 00380 10

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/01/10 | K. Michaels | C200 | 0 | Research arbitral caselaw to be used in arbitration hearing and post-hearing brief. | 2.50 | 1,425.00 |
| 06/01/10 | K. Michaels | L120 | 0 | Telephone conference with A. Barnes (regarding preparation for assistant chief and A. Parker scheduling cases). | 0.30 | 171.00 |
| 06/15/10 | K. Michaels | L110 | 0 | Review of Company documents in preparation for janitorial scheduling and assistant chief cases. | 1.00 | 570.00 |
| 06/25/10 | K. Michaels | C300 | 0 | Preparation for arbitration (Drafting chart of scheduling history). | 1.00 | 570.00 |

**Total Hours**                                                                                     4.80

**Total Fees**                                                                                      $2,736.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

Baltimore Sun

| | |
|---|---|
| **Less Discount** | ($273.60) |
| **Total Fees After Discount** | $2,462.40 |

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| K. Michaels | Partner | - | 4.80 | hours at | $570.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $2,462.40 |

# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1741885
0276 12575 / 12575-000300
Al Parker Schedule Grievance; Case No. 16 300 00380
10

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,736.00 |
| Less Discount | ($273.60) |
| Total Fees after Discount | $2,462.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,462.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

Invoice No. 1741892
0276 11089 / 11089-000034
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through June 30, 2010

### Debra Holmes v. Tribune Direct Marketing, Inc. and Ray Hoshell; Case No. 09cv5177

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/02/10 | N. Riesco | L310 | 0 | Review video of plaintiff's son chasing and threatening another employee and discussion with G. Silva regarding same. | 0.50 | 195.00 |
| 06/23/10 | N. Riesco | L190 | 0 | Draft correspondence to opposing counsel regarding request for extension of time to respond to discovery requests (.1); communications with opposing counsel and G. Pauling regarding same (.2). | 0.30 | 117.00 |
| 06/29/10 | N. Riesco | L310 | 0 | Draft and review responses to complainant's interrogatories (1.20); review company documents and materials and position statement provided to EEOC in conjunction with plaintiff's requests (.60). | 1.80 | 702.00 |

**Total Hours**                                                                                    2.60

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Tribune Company

| | |
|---|---|
| **Total Fees** | $1,014.00 |
| **Less Discount** | ($101.40) |
| **Total Fees After Discount** | $912.60 |

**Timekeeper Summary**

| N. Riesco | Associate | - | 2.60 | hours at | $390.00 | per hour |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $912.60 |

# SEYFARTH
### ATTORNEYS    SHAW LLP

31 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1741892
0276 11089 / 11089-000034
Debra Holmes v. Tribune Direct Marketing, Inc. and
Ray Hoshell; Case No. 09cv5177

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $1,014.00 |
| Less Discount | ($101.40) |
| Total Fees after Discount | $912.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $912.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number:  081-904-808 |
| Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Swift Code:  BOFAUS3N |

# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

Invoice No. 1741895
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through June 30, 2010

**Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/01/10 | J. Meer | L120 | 0 | Phone conference with J. Sherman regarding case status, indemnification issues and strategy for going forward. | 0.40 | 228.00 |
| 06/02/10 | M. Halperin | L310 | 0 | Preparation of communication to D. Hyun regarding the status of the discovery referee's review of our subpoena for KTLA's records. | 0.10 | 27.50 |
| 06/08/10 | J. Meer | L190 | 0 | Exchange emails with M. Fischer regarding items to be addressed at Case Management Conference on June 14, 2010. | 0.30 | 171.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/09/10 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding upcoming deposition dates and preparation for Case Management Conference on June 14, 2010. | 0.40 | 228.00 |
| 06/10/10 | J. Meer | L160 | 0 | Telephone conference with M. Fischer regarding settlement and indemnification issues. | 1.10 | 627.00 |
| 06/10/10 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding settlement and indemnification issues. | 0.40 | 228.00 |
| 06/10/10 | D. Hyun | L230 | 0 | Plan, prepare and draft memo regarding Court's hearing on discovery and bankruptcy status and referee. | 1.20 | 480.00 |
| 06/11/10 | J. Meer | L190 | 0 | Review pleading and background information for Case Management Conference. | 1.00 | 570.00 |
| 06/14/10 | J. Meer | L190 | 0 | Prepare email to client regarding case status and upcoming deadlines. | 0.50 | 285.00 |
| 06/14/10 | J. Meer | L190 | 0 | Appear at Case Management Conference to discuss discovery, resumed mediation efforts, pre-trial dates and trial. | 2.00 | 1,140.00 |
| 06/14/10 | J. Meer | L190 | 0 | Meet and conference with plaintiff's counsel to discuss resumed mediation. | 0.70 | 399.00 |
| 06/14/10 | D. Hyun | L230 | 0 | Attend court hearing regarding discovery and bankruptcy status. | 3.60 | 1,440.00 |
| 06/15/10 | J. Meer | L190 | 0 | Prepare memorandum to insurance adjuster regarding case status. | 0.80 | 456.00 |
| 06/15/10 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding case status and indemnification issues. | 0.40 | 228.00 |
| 06/15/10 | D. Hyun | L230 | 0 | Draft notice of ruling at status conference regarding discovery and bankruptcy. | 0.70 | 280.00 |
| 06/17/10 | J. Meer | L190 | 0 | Prepare email to O. Nosrati regarding case status. | 0.40 | 228.00 |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1741895

Page 3

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/17/10 | J. Meer | L190 | 0 | Meet and conference with plaintiff's counsel regarding document subpoena to Tribune for insurance records. | 0.50 | 285.00 |
| 06/21/10 | J. Meer | L190 | 0 | Exchange emails with O. Nosrati at Chubb insurance regarding settlement issues. | 0.40 | 228.00 |
| 06/22/10 | J. Meer | L160 | 0 | Telephone conference with O. Nosrati at Chubb Insurance regarding settlement issues. | 0.80 | 456.00 |
| 06/22/10 | J. Meer | L160 | 0 | Exchange emails with M. Fischer regarding settlement issues. | 0.20 | 114.00 |
| 06/23/10 | J. Meer | L160 | 0 | Exchange emails with I. Goldstone, M. Fischer and O. Nosrati regarding settlement update. | 0.40 | 228.00 |
| 06/28/10 | J. Meer | L190 | 0 | Telephone conference with O. Nosrati regarding case status. | 0.40 | 228.00 |
| 06/28/10 | J. Meer | L190 | 0 | Telephone conference with O. Nosrati, M. Fischer and A. Foran regarding case status and settlement status. | 0.60 | 342.00 |
| 06/28/10 | J. Meer | L390 | 0 | Exchange emails with plaintiff's counsel regarding discovery issues. | 0.40 | 228.00 |
| 06/29/10 | J. Meer | L190 | 0 | Respond to plaintiff's email regarding disputed discovery items and hearing schedule for discovery referee. | 0.50 | 285.00 |
| 06/30/10 | J. Meer | L120 | 0 | Review email from mediator regarding settlement issues and strategies. | 0.40 | 228.00 |
| 06/30/10 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding case status. | 0.40 | 228.00 |

| | | |
|---|---|---|
| **Total Hours** | 19.00 | |
| **Total Fees** | | $9,865.50 |
| **Less Discount** | | ($986.55) |
| **Total Fees After Discount** | | $8,878.95 |



Ira H. Goldstone

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Meer | Partner | - | 13.40 | hours at | $570.00 | per hour |
| D. Hyun | Associate | - | 5.50 | hours at | $400.00 | per hour |
| M. Halperin | Paralegal | - | 0.10 | hours at | $275.00 | per hour |

| Date | Disbursements | Value |
|---|---|---|
| | **Courier/Messenger** | |
| 06/01/10 | Courier/Messenger - OVERNITE EXPRESS 5/16/10 | 94.78 |
| | **Taxi** | |
| 06/09/10 | Taxi - DENNIS S. HYUN TAXI FROM HOTEL TO MEDIATOR'S OFFICE IN SF | 10.00 |
| 06/09/10 | Taxi - DENNIS S. HYUN TAXI FROM SFO TO SAN FRANCISCO OFFICE FOR MEDIATION | 45.00 |
| 06/09/10 | Taxi - DENNIS S. HYUN TAXI FROM HOTEL TO SAN SFO FROM MEDIATION IN SAN FRANCISCO | 55.00 |
| | **Copying** | |
| 06/10/10 | Copying @ .10 cents per page | 5.30 |
| 06/18/10 | Copying @ .10 cents per page | 3.30 |
| 06/21/10 | Copying @ .10 cents per page | 1.00 |
| 06/30/10 | Copying @ .10 cents per page | 0.40 |
| | **Travel** | |
| 06/09/10 | Travel - DENNIS S. HYUN ST REGIS SAN FRANCISCO 05/12/10 TO 05/13/10 | 329.41 |
| 06/16/10 | Travel - AMERICAN EXPRESS GOLDSTONE/IRA SAN FRANCISCO-LOS ANGELES 05/12/2010 | 142.70 |
| 06/16/10 | Travel - AMERICAN EXPRESS HYUN/DENNIS SAN FRANCISCO-LOS ANGELES 05/13/2010 | 142.70 |
| 06/16/10 | Travel - AMERICAN EXPRESS MEER/JONATHAN DOUGLAS SAN FRANCISCO-LOS ANGELES 05/13/2010 | 142.70 |
| | **Arbitrators/Mediators** | |
| 06/29/10 | Arbitrators/Mediators - GREGORIO, HALDEMAN PIAZZA | 3,625.00 |



Ira H. Goldstone

**Other**

| | | |
|---|---|---|
| 06/09/10 | Other -  DENNIS S. HYUN BAGGAGE FEE FOR FLIGHT TO SAN FRANCISCO FOR MEDIATION | 25.00 |
| 06/30/10 | Other -  IRA GOLDSTONE Expenses at mediation | 73.62 |

**Misc./Other Expenses**

| | | |
|---|---|---|
| 06/07/10 | Refund for air ticket issued in error | -750.80 |

**Total Disbursements**                                                    3,945.11

**Total Amount Due**                                                    $12,824.06

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1741895
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $9,865.50 |
| Less Discount | ($986.55) |
| Total Fees after Discount | $8,878.95 |
| Total Disbursements | 3,945.11 |
| Total Fees and Disbursements This Statement | $12,824.06 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America .<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
ATTORNEYS
## SHAW LLP

31 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

Invoice No. 1741890
0276 11089 / 11089-000001
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through June 30, 2010

### Labor-General 0000000968

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/02/10 | N. Finkel | C300 | 0 | (9000-700250-80560) Exchange correspondence with A. Jubelirer regarding pay audit. | 0.20 | 102.00 |
| 06/08/10 | N. Finkel | C300 | 0 | (90000-700250-80560) Conference with A. Jubelirer regarding pay audit. | 0.60 | 306.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.80 | |
| **Total Fees** | | $408.00 |
| **Less Discount** | | (($40.80)) |
| **Total Fees After Discount** | | $367.20 |

### Timekeeper Summary

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1741890

Page 2

Tribune Company

| N. Finkel | Partner | - | 0.80 | hours at | $510.00 | per hour |

**Total Disbursements** <u>0.00</u>

**Total Amount Due** <u>$367.20</u>

# SEYFARTH
ATTORNEYS    SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1741890
0276 11089 / 11089-000001
Labor-General 0000000968

---

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $408.00 |
| Less Discount | ($40.80) |
| Total Fees after Discount | $367.20 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $367.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |

# SEYFARTH
**ATTORNEYS**  SHAW LLP

31 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

Invoice No. 1741889
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL  60611
Attn:  James P. Osick, Esq.
Director, Labor and Employee Relations

---

For legal services rendered through June 30, 2010

### Bankruptcy Fee Application 0000001891

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/01/10 | J. McManus | B110 | 0 | Revise seventh monthly fee application. | 0.50 | 135.00 |
| 06/03/10 | J. McManus | B110 | 0 | Prepare monthly fee application. | 0.50 | 135.00 |
| 06/09/10 | J. McManus | B110 | 0 | Prepare eighth monthly fee application. | 0.60 | 162.00 |
| 06/10/10 | J. McManus | B110 | 0 | Prepare monthly fee application. | 0.80 | 216.00 |
| 06/11/10 | J. McManus | B110 | 0 | Review Court docket regarding fee hearings and status (.10); prepare Third Interim Fee Application (.90). | 1.00 | 270.00 |
| 06/14/10 | J. McManus | B110 | 0 | Prepare eighth monthly fee application. | 0.80 | 216.00 |
| 06/16/10 | J. McManus | B110 | 0 | Revise Monthly Fee Statement. | 0.60 | 162.00 |
| 06/17/10 | J. McManus | B110 | 0 | Review and redact time detail. | 0.50 | 135.00 |

**Total Hours**  5.30

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

Tribune Company/Sherman

| | |
|---|---:|
| **Total Fees** | $1,431.00 |
| **Less Discount** | ($143.10) |
| **Total Fees After Discount** | $1,287.90 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. McManus | Paralegal | - | 5.30 | hours at | $270.00 | per hour |

| | |
|---|---:|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $1,287.90 |

# SEYFARTH
### ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1741889
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $1,431.00 |
| Less Discount | ($143.10) |
| Total Fees after Discount | $1,287.90 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,287.90 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593 |
| PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 13, 2010

Invoice No. 1742739
0835 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through June 30, 2010

## Allen v. am New York

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/01/10 | E. Cerasia II | L120 | 0 | Review plaintiffs' motion for class certification in Bankruptcy Court, including their declarations (.20); and voice mail to M. Palmer to discuss motion (.20). | 0.40 | 288.00 |
| 06/01/10 | E. Cerasia II | L120 | 0 | Telephone conference with J. Osick, K. Lantry and S. Luna regarding case strategy as to plaintiffs' motion for class certification in Bankruptcy Court and lifting stay to proceed with case in NYS Supreme Court. | 0.40 | 288.00 |
| 06/01/10 | E. Cerasia II | L120 | 0 | Telephone conference with K. Lantry regarding Creditors' Committee approving strategy to lift stay to proceed with case in NY Supreme Court and regarding strategy for negotiating with plaintiffs' counsel as to class certification motion, discovery and exploring settlement. | 0.20 | 144.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING


**SEYFARTH**
ATTORNEYS **SHAW** LLP

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/02/10 | E. Cerasia II | L120 | 0 | Telephone conference with M. Palmer regarding plaintiffs' motion for class certification and next steps (.10); email correspondence with K. Lantry regarding same (.10). | 0.20 | 144.00 |
| 06/03/10 | E. Cerasia II | L120 | 0 | Prepare for call with M. Palmer, including strategy regarding CPLR 902 as to untimely motion for class certification. | 0.50 | 360.00 |
| 06/03/10 | E. Cerasia II | L120 | 0 | Telephone conferences with K. Lantry regarding strategy for negotiation with M. Palmer. | 0.20 | 144.00 |
| 06/03/10 | E. Cerasia II | L160 | 0 | Telephone conference with K. Lantry, M. Palmer and C. Del Rey-Cone regarding adjournment of plaintiffs' motion for class certification, CPLR 902 untimeliness and time period for settlement negotiations. | 0.60 | 432.00 |
| 06/03/10 | E. Cerasia II | L190 | 0 | Email correspondence with K. Lantry and with M. Palmer regarding pending class certification motion. | 0.10 | 72.00 |
| 06/03/10 | E. Cerasia II | L190 | 0 | Prepare email correspondence for J. Osick regarding outcome of call with M. Palmer. | 0.10 | 72.00 |
| 06/03/10 | C. Del Rey-Cone | L190 | 0 | Telephone conference with E. Cerasia, K. Lantry and M. Palmer regarding status and next steps. | 0.60 | 276.00 |
| 06/14/10 | E. Cerasia II | L190 | 0 | Email correspondence with K. Lantry regarding status of negotiations with plaintiffs' counsel. | 0.10 | 72.00 |
| 06/16/10 | E. Cerasia II | L120 | 0 | Review/analyze new case denying Rule 23 class certification of independent contractors of Publishers Circulation. | 0.50 | 360.00 |
| 06/17/10 | E. Cerasia II | L120 | 0 | Continue to review/analyze independent contractor cases where class certification was denied. | 0.40 | 288.00 |



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/17/10 | E. Cerasia II | L160 | 0 | Telephone conference with K. Lantry regarding status of filing Bankruptcy Stipulation to stay class certification motion and next steps. | 0.10 | 72.00 |

**Total Hours**     4.40

**Total Fees**     $3,012.00

**Less Discount**     ($301.20)

**Total Fees After Discount**     $2,710.80

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 3.80 | hours at | $720.00 | per hour |
| C. Del Rey-Cone | Associate | - | 0.60 | hours at | $460.00 | per hour |

**Total Disbursements**     0.00

**Total Amount Due**     $2,710.80

# SEYFARTH
### ATTORNEYS
## SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 13, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1742739
0835 68308 / 68308-000002
Allen v. am New York

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,012.00 |
| Less Discount | ($301.20) |
| Total Fees after Discount | $2,710.80 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,710.80 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 13, 2010

Invoice No. 1742740
0835 68308 / 68308-000003
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through June 30, 2010

### Karen Scott v. WPIX

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/14/10 | E. Cerasia II | L190 | 0 | Email correspondence with A. Jubelirer regarding Scott's filing of Complaint (.10) review of recent media reports regarding B. Berlamino's departure (.10). | 0.20 | 144.00 |
| 06/15/10 | E. Cerasia II | L210 | 0 | Review/analyze Complaint. | 0.40 | 288.00 |
| 06/15/10 | E. Cerasia II | L210 | 0 | Email correspondence with A. Jubelirer regarding allegations in Complaint and date for response to Complaint. | 0.20 | 144.00 |
| 06/16/10 | E. Cerasia II | L110 | 0 | Review press reports of lawsuit and review ADEA regarding right-to-sue notice. | 0.10 | 72.00 |
| 06/16/10 | E. Cerasia II | L210 | 0 | Email with A. Jubelirer regarding allegations in Complaint, Judge Pauley, settlement issues and experience with Magistrate Judge Gorenstein. | 0.20 | 144.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 06/17/10 | E. Cerasia II | | | Review position statement and email correspondence with A. Jubelirer regarding same and her file. | 0.10 | 72.00 |
| 06/24/10 | J. Chylinski | L120 | 0 | Review and analysis of client documents. | 1.50 | 532.50 |
| 06/29/10 | E. Cerasia II | L210 | 0 | Communicate with K. Rubinstein regarding extension to respond to Complaint up to August 2, 2010. | 0.20 | 144.00 |
| 06/29/10 | E. Cerasia II | L210 | 0 | Revise Stipulation extending time to respond to Complaint. | 0.10 | 72.00 |
| 06/29/10 | E. Cerasia II | L210 | 0 | Email correspondence with A. Jubelirer regarding extension to respond to Complaint and discovery to Scott. | 0.20 | 144.00 |

**Total Hours**      3.20

**Total Fees**      $1,756.50

**Less Discount**      ($175.65)

**Total Fees After Discount**      $1,580.85

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 1.70 | hours at | $720.00 | per hour |
| J. Chylinski | Associate | - | 1.50 | hours at | $355.00 | per hour |

**Total Disbursements**      0.00

**Total Amount Due**      $1,580.85

# SEYFARTH SHAW LLP
**ATTORNEYS**

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 9, 2010
**REVISED**

Invoice No. 1747174
0054 15827 / 15827-000018
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn:  Alissa L. Jubelirer, Legal Dept.

For legal services rendered through June 30, 2010

**Asha Blake**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|---|---|---|---|---|---|---|
| 05/26/10 | L. Shelby | L120 | | Review and analyze complaint, employment contract and client documents (1.0); telephone conference with A. Jubelirer regarding facts of case and case strategy (.3); correspondence with B. Lopez-Nash regarding case (.2). **1.50 hrsX $550.00 = $825.00** | 0.00 | NO CHARGE |
| 06/25/10 | L. Shelby | L110 | 0 | Correspondence with A. Jubelirer regarding witness interviews (.2); review client documents and complaint and prepare for interviews (.3). | 0.50 | 275.00 |
| 06/28/10 | L. Shelby | L110 | 0 | Meeting with KTLA witnesses regarding A. Blake allegations (2.6); correspondence to A. Jubelirer regarding interviews and analysis (.5); review new client documents (.4). | 3.50 | 1,925.00 |

**Total Hours**                                             4.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

KTLA-TV

| | |
|---|---|
| **Total Fees** | $3,025.00 |
| **Less Credit** | (825.00) |
| **Total Fees** | $2,200.00 |
| **Less Discount** | ($220.00) |
| **Total Fees After Discount** | $1,980.00 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| L. Shelby | Partner | - | 4.00 | hours at | $550.00 | per hour |

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $1,980.00 |

# SEYFARTH
### SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 9, 2010
**REVISED**

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn:  Alissa L. Jubelirer, Legal Dept.

Invoice No. 1747174
0054 15827 / 15827-000018
Asha Blake

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,025.00 |
| Less Credit | (825.00) |
| Total Fees | $2,200.00 |
| Less Discount | ($220.00) |
| Total Fees after Discount | $1,980.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,980.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name:  Bank of America |
| 3807 Collections Center Drive | Account Name:  Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number:  5201743357 |
| | ABA Wire Payment Number:  026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number:  081-904-808 |
| Bank of America Lockbox Services | Swift Code:  BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

Invoice No. 1741894
0276 33175 / 33175-000024
W1ST

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

For legal services rendered through June 30, 2010

**John Gallant v. Tribune Company, Los Angeles Times Communications, LLC; Case No. BC400055 0000001871**

| Date | Disbursements | Value |
|---|---|---|
| | **Local Travel** | |
| 06/24/10 | Local Travel - KATHRYN A. VISOSKY - MILEAGE -TO OSC HEARING RE BANKRUPTCY AT 111 N. HILL STREET AND BACK TO CENTRY CITY OFFICE -5/17/2010 | 15.50 |
| | **Travel** | |
| 06/24/10 | Travel - KATHRYN A. VISOSKY - PARKING  - AT OSC HEARING RE BANKRUPTCY AT 111 N. HILL STREET 5/17/2010 | 20.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS**  **SHAW** LLP

Los Angeles Times (Sherman)

| | |
|---|---|
| **Total Disbursements** | 35.50 |
| **Total Fees And Disbursements This Statement** | $35.50 |

# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

July 9, 2010

James P. Osick, Esq.
Director, Labor and Employee Relation
Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611

Invoice No. 1741894
0276 33175 / 33175-000024
John Gallant v. Tribune Company, Los Angeles Times
Communications, LLC; Case No. BC400055
0000001871

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $0.00 |
| Total Disbursements | 35.50 |
| Total Fees and Disbursements This Statement | $35.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593 |
| PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |