

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Invoice No. 1753349
0276 12420 / 12420-000011
W1ST

WGN-TV
2501 West Bradley Place
Chicago, IL 60618
Attn: Mr. John F. Poelking
Controller

For legal services rendered through July 31, 2010

## NLRB Case No. 13-RC-21929 (IBEW L:ocal 1220/CLTV)

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/02/10 | M. Rybicki | C300 | 0 | Review of materials and preparation of post-election letter to S. Farber. | 0.50 | 342.50 |

| | | |
|---|---|---|
| **Total Hours** | 0.50 | |
| **Total Fees** | | $342.50 |
| **Less Discount** | | ($34.25) |
| **Total Fees After Discount** | | $308.25 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| M. Rybicki | Partner | - | 0.50 | hours at | $685.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



WGN-TV

| Disbursements | Value |
|---|---|
| Taxi (D.C. filing with NLRB June 2010) | 27.00 |
| **Total Disbursements** | 27.00 |
| **Total Amount Due** | $335.25 |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

WGN-TV
2501 West Bradley Place
Chicago, IL 60618
Attn:  Mr. John F. Poelking
Controller

Invoice No. 1753349
0276 12420 / 12420-000011
NLRB Case No. 13-RC-21929 (IBEW L:ocal
1220/CLTV)

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $342.50 |
| Less Discount | ($34.25) |
| Total Fees after Discount | $308.25 |
| Total Disbursements | 27.00 |
| Total Fees and Disbursements This Statement | $335.25 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:**<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | **PAYMENT BY WIRE TO:**<br>Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Invoice No. 1753273
0276 57634 / 57634-000006
W1ST

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

For legal services rendered through July 31, 2010

### JoAnn Parker v.; Case No. 2009L010092 0000001909

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/12/10 | N. Riesco | L120 | 0 | Review and analyze plaintiff's responses to interrogatories, document requests and production of documents (.90); draft correspondence detailing discovery discrepancy to plaintiff (1.90); compose email to G. Pauling regarding same (.30); compose email to client regarding same (.20). | 3.30 | 1,287.00 |
| 07/13/10 | N. Riesco | L120 | 0 | Revise and edit deficiency letter to plaintiff (.30); prepare authorizations for release of medical records and psychotherapy notes (.50). | 0.80 | 312.00 |
| 07/14/10 | N. Riesco | L190 | 0 | Finalize and send deficiency letter to opposing counsel with amended notice of deposition and authorization for release of medical records. | 0.20 | 78.00 |
| 07/16/10 | N. Riesco | L120 | 0 | Review plaintiff's initial disclosures. | 0.20 | 78.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/26/10 | N. Riesco | L120 | 0 | Telephone conference with P. Bender regarding extension to August 4 for plaintiff to provide supplemental responses to discovery. | 0.20 | 78.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Hours** | | | | | 4.70 | |
| **Total Fees** | | | | | | $1,833.00 |
| **Less Discount** | | | | | | ($183.30) |
| **Total Fees After Discount** | | | | | | $1,649.70 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 4.70 | hours at | $390.00 | per hour |

| **Disbursements** | **Value** |
|-------------------|-----------|
| Copying | 8.30 |
| **Total Disbursements** | 8.30 |
| **Total Amount Due** | $1,658.00 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Chicago Tribune Company
435 North Michigan Avenue
3rd Floor
Chicago, IL 60611
Attn: Ms. Janice Jacobs

Invoice No. 1753273
0276 57634 / 57634-000006
JoAnn Parker v.; Case No. 2009L010092 0000001909

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,833.00 |
| Less Discount | ($183.30) |
| Total Fees after Discount | $1,649.70 |
| Total Disbursements | 8.30 |
| Total Fees and Disbursements This Statement | $1,658.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Invoice No. 1753271
0276 10512 / 10512-000090
W1ST

Chicago Tribune Company
435 North Michigan Avenue   Suite 300
Chicago, Illinois  60611-4041
Attn : Mr. Phil Doherty
Vice President/Finance and CFO

For legal services rendered through July 31, 2010

### Michael Cordts v. 0000001345

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/28/10 | N. Riesco | L120 | 0 | Communications with A. Jubelirer regarding Cordts status (.3); review pleadings and docket sheets in two separate Cordts state court cases (.2). | 0.50 | 195.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.50 | |
| **Total Fees** | | $195.00 |
| **Less Discount** | | ($19.50) |
| **Total Fees After Discount** | | $175.50 |

### Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| N. Riesco | Associate | - | 0.50 | hours at | $390.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Chicago Tribune Company

**Total Disbursements**                                                        0.00

**Total Amount Due**                                                        $175.50



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Chicago Tribune Company
435 North Michigan Avenue   Suite 300
Chicago, Illinois  60611-4041
Attn : Mr. Phil Doherty
Vice President/Finance and CFO

Invoice No. 1753271
0276 10512 / 10512-000090
Michael Cordts v. 0000001345

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $195.00 |
| Less Discount | ($19.50) |
| Total Fees after Discount | $175.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $175.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name:  Bank of America |
| 3807 Collections Center Drive | Account Name:  Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number:  5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code:  BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Invoice No. 1753250
0276 12575 / 12575-000001
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through July 31, 2010

### Labor-General 0000001174

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/27/10 | J. Sherman | C300 | 0 | Telephone conference with A. Barnes regarding Mailer negotiations benefit issue. | 0.30 | 205.50 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 0.30 | |
| **Total Fees** | | | $205.50 |
| **Less Discount** | | | ($20.55) |
| **Total Fees After Discount** | | | $184.95 |

### Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 0.30 | hours at | $685.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

**Total Disbursements**                                                                    0.00

**Total Amount Due**                                                                    $184.95



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

The Baltimore Sun
501 North  Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1753250
0276 12575 / 12575-000001
Labor-General 0000001174

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $205.50 |
| Less Discount | ($20.55) |
| Total Fees after Discount | $184.95 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $184.95 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Invoice No. 1753255
0276 12575 / 12575-000298
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through July 31, 2010

## Parking Rate Increase Grievance; Case No. 16 300 00214 10

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/11/10 | K. Michaels | C200 | 0 | Review of NLRB case law (review of zipper clause cases and "fully discussed and consciously yielded" cases). | 2.20 | 1,254.00 |
| 07/11/10 | K. Michaels | L120 | 0 | Drafting e-mail correspondence (to A. Barnes and H. Weinstein) regarding arbitration preparation. | 0.40 | 228.00 |
| 07/12/10 | K. Michaels | C300 | 0 | Review of various e-mail correspondence (from H. Weinstein and A. Barnes regarding meaning of Section 20.9 of the contract). | 0.50 | 285.00 |
| 07/12/10 | K. Michaels | L110 | 0 | Preparation for arbitration (review of pay for performance arbitrator decision and pay for performance Company brief). | 1.00 | 570.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/12/10 | K. Michaels | L410 | 0 | Preparation for arbitration (preparation of documents for H. Weinstein's review for his testimony). | 0.30 | 171.00 |
| 07/13/10 | K. Michaels | C300 | 0 | Review e-mail correspondence from A. Barnes (regarding past practices and fully bargained language). | 0.30 | 171.00 |
| 07/13/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes (regarding Section 20.9 of the Guild contract). | 0.30 | 171.00 |
| 07/13/10 | K. Michaels | C300 | 0 | Review e-mail correspondence (from H. Weinstein regarding Section 20.9 of the Guild contract) (.10); drafting response to same (.10). | 0.20 | 114.00 |
| 07/13/10 | K. Michaels | L410 | 0 | Preparation for arbitration (finalizing testimony of H. Weinstein). | 2.20 | 1,254.00 |
| 07/13/10 | K. Michaels | L410 | 0 | Preparation for arbitration hearing (finalizing witness outline for A. Barnes). | 2.20 | 1,254.00 |
| 07/14/10 | K. Michaels | L110 | 0 | Telephone conference with R. Paul, Union counsel, regarding timeliness issues and review of Guild claims. | 0.30 | 171.00 |
| 07/14/10 | K. Michaels | L110 | 0 | Review of Company documents (review of information request regarding past practices sent by D. Morrison). | 0.20 | 114.00 |
| 07/14/10 | K. Michaels | L110 | 0 | Review Company documents (brief filed in 1989 case discussing waiver issues). | 0.40 | 228.00 |
| 07/14/10 | K. Michaels | L110 | 0 | Review of e-mail correspondence from D. Morrison (regarding previous parking arbitration related decision and award). | 0.30 | 171.00 |
| 07/14/10 | K. Michaels | L120 | 0 | Telephone conference with A. Barnes (regarding call with Union counsel R. Paul). | 0.20 | 114.00 |



Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/16/10 | K. Michaels | L410 | 0 | Preparation for arbitration (meeting in Baltimore with A. Barnes and H. Weinstein to prepare witness testimony). | 8.00 | 4,560.00 |
| 07/17/10 | K. Michaels | L110 | 0 | Preparation for arbitration (review of pay for performance arbitration files and related transcripts in preparation for arbitration hearing). | 2.00 | 1,140.00 |
| 07/19/10 | K. Michaels | L410 | 0 | Preparation for arbitration (telephone conference with A. Barnes regarding witness testimony and related issues). | 0.70 | 399.00 |
| 07/19/10 | K. Michaels | L410 | 0 | Preparation for arbitration hearing (revising witness outlines of A. Barnes and H. Weinstein (2.00); drafting cross-examination of Guild witness who will testify as to Section 20.9 bargaining history (3.00)). | 5.00 | 2,850.00 |
| 07/20/10 | K. Michaels | L160 | 0 | Telephone conference with A. Barnes (regarding settlement). | 0.30 | 171.00 |
| 07/20/10 | K. Michaels | L410 | 0 | Preparation for arbitration (drafting cross-examination of Guild witness C. Parks regarding 2007 bargaining history). | 2.50 | 1,425.00 |
| 07/21/10 | K. Michaels | L160 | 0 | Telephone conference with A. Barnes (regarding Guild offer of settlement). | 0.40 | 228.00 |
| 07/22/10 | K. Michaels | L160 | 0 | Telephone conference with A. Barnes (regarding Guild offer of settlement). | 0.30 | 171.00 |
| 07/22/10 | K. Michaels | L160 | 0 | Second telephone conference with A. Barnes (regarding Guild offer of settlement). | 0.20 | 114.00 |
| 07/23/10 | K. Michaels | L110 | 0 | Review of e-mail correspondence from A. Barnes and attached chart (regarding bargaining history). | 0.20 | 114.00 |
| 07/23/10 | K. Michaels | L160 | 0 | Telephone conference with A. Barnes (regarding proposed settlement). | 0.30 | 171.00 |
| 07/23/10 | K. Michaels | L160 | 0 | Telephone conference with A. Barnes (regarding finalization of settlement agreement). | 0.30 | 171.00 |


**ATTORNEYS**

Invoice No. 1753255

Page 4

Baltimore Sun

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/26/10 | K. Michaels | L160 | 0 | Review of revised draft settlement agreement. | 0.20 | 114.00 |
| 07/26/10 | K. Michaels | L160 | 0 | Telephone conference with A. Barnes regarding draft settlement agreement. | 0.30 | 171.00 |
| 07/26/10 | K. Michaels | L160 | 0 | Telephone conference with A. Barnes regarding revised settlement agreement. | 0.30 | 171.00 |
| 07/26/10 | K. Michaels | L160 | 0 | Review draft settlement agreement from A. Barnes. | 0.30 | 171.00 |
| 07/27/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes (regarding resolution of Union settlement issues.) | 0.20 | 114.00 |
| 07/27/10 | K. Michaels | C300 | 0 | Telephone conference with A. Barnes regarding Guild request (to revise settlement language concerning issues affecting mid-term bargaining). | 0.10 | 57.00 |
| 07/27/10 | K. Michaels | C300 | 0 | Review of e-mail correspondence from A. Barnes (regarding settlement issues involving janitorial cases). | 0.10 | 57.00 |
| 07/27/10 | K. Michaels | L160 | 0 | Telephone conference with A. Barnes (regarding settlement agreement). | 0.30 | 171.00 |
| 07/27/10 | K. Michaels | L160 | 0 | Telephone conference with R. Paul, Union counsel regarding Union request (to modify settlement). | 0.30 | 171.00 |
| 07/27/10 | K. Michaels | L160 | 0 | Review of revised settlement agreement. | 0.10 | 57.00 |
| 07/27/10 | K. Michaels | L160 | 0 | Drafting e-mail correspondence to A. Barnes (regarding revised settlement). | 0.10 | 57.00 |

| | | |
|---|---|---|
| **Total Hours** | 33.50 | |
| **Total Fees** | | $19,095.00 |
| **Less Discount** | | ($1,909.50) |
| **Total Fees After Discount** | | $17,185.50 |



Baltimore Sun

**Timekeeper Summary**

| K. Michaels | Partner | - | 33.50 | hours at | $570.00 | per hour |
|---|---|---|---|---|---|---|

| Date | Disbursements | Value |
|---|---|---|
| | **Taxi** | |
| 07/07/10 | Taxi - KRISTIN E. MICHAELS Taxi Expense re ; Preparation for arbitration (meeting in Baltimore with A. Barnes and D. Morrison to prepare for arbitration ; telephone conference with A Barnes and H. Weinstein regarding preparation of H. Weinstein for testimony 06/17/10 | 41.00 |
| 07/27/10 | Taxi - KRISTIN E. MICHAELS TAXI- ARBITRATION 07/16/10 | 42.00 |
| 07/27/10 | Taxi - KRISTIN E. MICHAELS TAXI- ARBITRATION 06/17/10 | 54.00 |
| 07/27/10 | Taxi - KRISTIN E. MICHAELS TAXI- ARBITRATION 06/17/10 | 84.00 |
| | **Copying** | |
| 07/11/10 | Copying | 4.50 |
| | **Long Distance Telephone** | |
| 07/17/10 | Long Distance Telephone | 1.94 |
| | **Out-of-Town Travel** | |
| 07/20/10 | Out-of-Town Travel - AMERICAN EXPRESS MICHAELS/KRISTIN CHICAGO/MDWAY-BALTIMORE - CHICAGO/MDWAY 07/16/2010 | 300.40 |

**Total Disbursements**                                                                      527.84

**Total Amount Due**                                                                      $17,713.34



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1753255
0276 12575 / 12575-000298
Parking Rate Increase Grievance; Case No. 16 300
00214 10

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $19,095.00 |
| Less Discount | ($1,909.50) |
| Total Fees after Discount | $17,185.50 |
| Total Disbursements | 527.84 |
| Total Fees and Disbursements This Statement | $17,713.34 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Invoice No. 1753259
0276 12575 / 12575-000299
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

---

For legal services rendered through July 31, 2010

**Assistant Chief Grievance; Case No. 16 300 00381 10**

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Ground Transportation** | |
| 07/27/10 | Taxi - K. Michaels 06/22/10 | 54.00 |
| 07/27/10 | Taxi - K. Michaels 06/22/10 | 55.00 |
| **Total Disbursements** | | 109.00 |
| **Total Fees And Disbursements This Statement** | | $109.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



**SEYFARTH**
ATTORNEYS
**SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1753259
0276 12575 / 12575-000299
Assistant Chief Grievance; Case No. 16 300 00381 10

---

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $0.00 |
| Total Disbursements | 109.00 |
| Total Fees and Disbursements This Statement | $109.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Invoice No. 1753251
0276 12575 / 12575-000296
W1ST

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD  21278-0001
Attn:  Ms. Ann W. Barnes
Labor Relations Director

For legal services rendered through July 31, 2010

**Pay for Performance; Case No. 16 300 00758 09**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/01/10 | J. Sherman | L120 | 0 | Review award of Arbitrator Fishgold. | 0.50 | 342.50 |

| | | | |
|---|---|---|---|
| **Total Hours** | | 0.50 | |
| **Total Fees** | | | $342.50 |
| **Less Discount** | | | ($34.25) |
| **Total Fees After Discount** | | | $308.25 |

**Timekeeper Summary**

| J. Sherman | Partner | - | 0.50 | hours at | $685.00 | per hour |
|------------|---------|---|------|----------|---------|----------|

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
**ATTORNEYS** SHAW LLP

Invoice No. 1753251

Page 2

Baltimore Sun

**Total Disbursements**                                                  0.00

**Total Amount Due**                                                  $308.25



**SEYFARTH**
**ATTORNEYS SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

The Baltimore Sun
501 North Calvert Street
P.O. Box 1377
Baltimore, MD 21278-0001
Attn: Ms. Ann W. Barnes
Labor Relations Director

Invoice No. 1753251
0276 12575 / 12575-000296
Pay for Performance; Case No. 16 300 00758 09

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $342.50 |
| Less Discount | ($34.25) |
| Total Fees after Discount | $308.25 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $308.25 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



**SEYFARTH**
**ATTORNEYS SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Invoice No. 1753316
0276 11089 / 11089-000034
W1ST

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through July 31, 2010

<u>**Debra Holmes v. Tribune Direct Marketing, Inc. and Ray Hoshell; Case No. 09cv5177**</u>

| <u>Date</u> | <u>Attorney</u> | <u>Task</u> | <u>Activity</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|------|----------|------|----------|-------------|-------|-------|
| 07/02/10 | N. Riesco | L310 | 0 | Draft, edit and revise responses to plaintiff's interrogatories and document requests. | 2.50 | 975.00 |
| 07/06/10 | N. Riesco | L120 | 0 | Review Company documents in conjunction with plaintiff's discovery requests (.50); draft correspondence to A. Jubelirer and G. Silva regarding documents/information needed for discovery responses (.60). | 1.10 | 429.00 |
| 07/09/10 | N. Riesco | L120 | 0 | Review information provided by client (.50); draft and revise responses to interrogatories and document requests accordingly (.50); communications with G. Silva regarding same (.30). | 1.30 | 507.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS SHAW LLP

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/12/10 | N. Riesco | L310 | 0 | Review documentation submitted by client (.50); communications with G. Silva regarding information provided (.80); draft, edit and review responses to plaintiff's interrogatories and document requests (1.90); draft proposed protective order in case (.50); compose email to G. Pauling regarding discovery responses in case (.20). | 3.90 | 1,521.00 |
| 07/13/10 | G. Pauling II | L120 | 0 | Review discovery responses and deficiencies correspondence to opposing counsel. | 2.50 | 1,400.00 |
| 07/13/10 | N. Riesco | L120 | 0 | Review and analyze documentation provided by client (.80); communications with G. Silva regarding same (.30); draft, edit, review and revise answers to interrogatories; document requests and exhibits to same (1.4); prepare document production (1.30); communications with G. Pauling regarding same (.20). | 4.00 | 1,560.00 |
| 07/14/10 | N. Riesco | C300 | 0 | Communications with G. Silva and A. Jubelrier regarding responses to interrogatories and additional documentation for production (.50); revise and edit discovery responses (.20); prepare documents for production (.30). | 1.00 | 390.00 |
| 07/15/10 | G. Pauling II | L390 | 0 | Review select items for document production. | 0.50 | 280.00 |
| 07/15/10 | N. Riesco | L310 | 0 | Finalize document production (.50); finalize proposed protective order and correspondence to opposing counsel enclosing discovery responses and production (.20); review additional client documentation and communications with G. Silva regarding same (.80); communications with G. Pauling regarding same (.20). | 1.70 | 663.00 |



Invoice No. 1753316

Page 3

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/16/10 | N. Riesco | L120 | 0 | Review correspondence from opposing counsel regarding discovery responses. | 0.20 | 78.00 |
| 07/23/10 | N. Riesco | L120 | 0 | Review case status and prepare for status hearing; call to opposing counsel regarding plaintiff's deposition. | 0.30 | 117.00 |
| 07/26/10 | N. Riesco | L230 | 0 | Attend status hearing before Judge Kennelly; compose email to G. Pauling regarding same. | 0.50 | 195.00 |
| 07/27/10 | N. Riesco | L120 | 0 | Review plaintiff's answers to discovery. | 0.50 | 195.00 |

| | | |
|---|---|---|
| **Total Hours** | 20.00 | |
| **Total Fees** | | $8,310.00 |
| **Less Discount** | | ($831.00) |
| **Total Fees After Discount** | | $7,479.00 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| G. Pauling II | Partner | - | 3.00 | hours at | $560.00 | per hour |
| N. Riesco | Associate | - | 17.00 | hours at | $390.00 | per hour |

**Disbursements**                                     **Value**

| | |
|---|---|
| Copying | 143.20 |
| **Total Disbursements** | 143.20 |
| **Total Amount Due** | $7,622.20 |



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN,
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Tribune Company
435 North Michigan
Chicago, Illinois 60611-4041
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1753316
0276 11089 / 11089-000034
Debra Holmes v. Tribune Direct Marketing, Inc. and
Ray Hoshell; Case No. 09cv5177

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $8,310.00 |
| Less Discount | ($831.00) |
| Total Fees after Discount | $7,479.00 |
| Total Disbursements | 143.20 |
| Total Fees and Disbursements This Statement | $7,622.20 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Invoice No. 1753277
0276 66929 / 66929-000002
W1ST

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through July 31, 2010

### Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune Company; Tribune Broadcasting Company; Case No. BC 406704 0000001902

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/01/10 | J. Meer | L120 | 0 | Telephone conference with D. Rotman, D. Rocklin, M. Fischer, and A. Foran regarding settlement issues and settlement strategies. | 1.30 | 741.00 |
| 07/01/10 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding update for same. | 0.40 | 228.00 |
| 07/01/10 | D. Hyun | L120 | 0 | Review and analyze documents for mediator and Chubb which show plaintiff's violent and irrational tendencies. | 2.30 | 920.00 |
| 07/02/10 | J. Meer | L190 | 0 | Review additional exhibits to be sent to mediator and prepare email to mediator regarding same. | 0.60 | 342.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/06/10 | J. Meer | L160 | 0 | Telephone conference with D. Rocklin and O. Nosrati of Chubb, M. Fischer and A. Foran regarding additional efforts by the mediator to renew settlement discussions. | 0.60 | 342.00 |
| 07/07/10 | J. Meer | L160 | 0 | Review email from D. Rotman regarding factual issues to be discussed in further settlement negotiations. | 0.50 | 285.00 |
| 07/07/10 | J. Meer | L160 | 0 | Prepare email to I. Goldstone and co-counsel regarding same. | 0.40 | 228.00 |
| 07/08/10 | J. Meer | L190 | 0 | Review court order regarding mandatory settlement conference. | 0.20 | 114.00 |
| 07/08/10 | J. Meer | L190 | 0 | Prepare email to co-counsel and client representatives regarding same. | 0.30 | 171.00 |
| 07/08/10 | J. Meer | L190 | 0 | Prepare email to I. Goldstone regarding same. | 0.30 | 171.00 |
| 07/12/10 | M. Halperin | L310 | 0 | Preparation of communication to D. Hyun for a status on the communications with opposing counsel regarding the KTLA subpoena which they are opposing (.10); preparation of communication to the deposition officer with an update on those communications (.10). | 0.20 | 55.00 |
| 07/15/10 | J. Meer | L190 | 0 | Telephone conference with mediator regarding resuming mediation and settlement negotiations. | 0.50 | 285.00 |
| 07/15/10 | J. Meer | L190 | 0 | Prepare email to I. Goldstone and Chubb representatives regarding same. | 0.20 | 114.00 |
| 07/16/10 | J. Meer | L160 | 0 | Exchange emails with mediator regarding resuming mediation. | 0.40 | 228.00 |
| 07/16/10 | J. Meer | L160 | 0 | Exchange emails with O. Nosrati regarding same. | 0.20 | 114.00 |
| 07/19/10 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding status of pending mediation. | 0.40 | 228.00 |
| 07/20/10 | J. Meer | L160 | 0 | Telephone conference with mediator regarding same. | 0.30 | 171.00 |



Invoice No. 1753277

Page 3

Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/20/10 | J. Meer | L160 | 0 | Telephone conference with D. Rocklin and O. Nosrati regarding mediation issues. | 0.60 | 342.00 |
| 07/21/10 | J. Meer | L120 | 0 | Exchange emails with counsel and mediator regarding mediation date and mediation parameters. | 0.40 | 228.00 |
| 07/22/10 | J. Meer | L160 | 0 | Exchange emails with opposing counsel, co-counsel and mediator regarding resuming mediation. | 0.30 | 171.00 |
| 07/22/10 | J. Meer | L190 | 0 | Prepare email to I. Goldstone regarding same. | 0.40 | 228.00 |
| 07/23/10 | J. Meer | L190 | 0 | Revise proposed settlement agreement to include protection based on future contact or future claims. | 1.00 | 570.00 |
| 07/23/10 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding same. | 0.40 | 228.00 |
| 07/26/10 | J. Meer | L160 | 0 | Prepare supplemental mediation brief. | 1.50 | 855.00 |
| 07/26/10 | J. Meer | L190 | 0 | Exchange emails with O. Nosrati regarding preparation for mediation. | 0.20 | 114.00 |
| 07/27/10 | J. Meer | L190 | 0 | Telephone conference with D. Rocklin and O. Nosrati regarding preparation for mediation. | 0.50 | 285.00 |
| 07/27/10 | J. Meer | L190 | 0 | Prepare additional evidence and exhibits to be used at mediation. | 1.50 | 855.00 |
| 07/28/10 | J. Meer | L160 | 0 | Prepare chronology of events for mediation. | 2.00 | 1,140.00 |
| 07/28/10 | J. Meer | L190 | 0 | Telephone conference with I. Goldstone regarding plaintiff's rejection of a recent job offer. | 0.40 | 228.00 |
| 07/28/10 | J. Meer | L190 | 0 | Prepare summary of additional "bad acts" committed by Plaintiff to be used as an exhibit in mediation. | 1.00 | 570.00 |
| 07/29/10 | J. Meer | L110 | 0 | Revise chronology of events exhilart to be used at the mediation. | 0.80 | 456.00 |
| 07/29/10 | J. Meer | L160 | 0 | Revise proposed settlement agreement and general release. | 1.40 | 798.00 |



Ira H. Goldstone

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/29/10 | J. Meer | L190 | 0 | Exchange emails with O. Nosrati regarding bankruptcy issues. | 0.30 | 171.00 |
| 07/29/10 | M. Afar | L110 | 0 | Prepare chart of inflammatory and negative comments for Goldstone and Neuman. | 3.50 | 280.00 |
| 07/30/10 | M. Afar | L110 | 0 | Finalize chart of negative/inflammatory comments tied to Goldstone and Neuman. | 4.80 | 384.00 |

| | | |
|---|---|---|
| **Total Hours** | 30.10 | |
| **Total Fees** | | $12,640.00 |
| **Less Discount** | | ($1,264.00) |
| **Total Fees After Discount** | | $11,376.00 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Meer | Partner | - | 19.30 | hours at | $570.00 | per hour |
| D. Hyun | Associate | - | 2.30 | hours at | $400.00 | per hour |
| M. Halperin | Paralegal | - | 0.20 | hours at | $275.00 | per hour |
| M. Afar | Law Clerk | - | 8.30 | hours at | $80.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Attorney Services** | |
| 07/27/10 | Attorney Services - NATIONWIDE LEGAL, INC 6/18/10 | 63.00 |
| | **Copying** | |
| 07/09/10 | Copying | 1.80 |
| 07/30/10 | Copying | 9.60 |
| | **Local Travel** | |
| 07/08/10 | Local Travel - DENNIS S. HYUN 6/14 ATTEND STATUS CONFERENCE AT LOS ANGELES SUPERIOR COURT | 14.00 |



Invoice No. 1753277

Page 5

Ira H. Goldstone

### Travel

| | | |
|---|---|---|
| 07/08/10 | Travel - DENNIS S. HYUN 6/14 ATTEND STATUS CONFERENCE AT LOS ANGELES SUPERIOR COURT | 18.00 |
| 07/08/10 | Travel - JON D. MEER 1/14 ATTEND HEARING FOR MOTION TO COMPEL AT LOS ANGELES SUPERIOR COURT | 20.00 |
| 07/08/10 | Travel - JON D. MEER 1/29 ATTEND HEARING FOR MOTION FOR SUMMARY JUDGMENT AT LOS ANGELES SUPERIOR COURT | 20.00 |
| 07/14/10 | Travel - JON D. MEER 6/14 ATTEND TRIAL SETTING CONFERENCE AT LA SUPERIOR COURT | 20.00 |

**Total Disbursements**                                                             166.40

**Total Amount Due**                                                          $11,542.40


**ATTORNEYS**

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Tribune Company
435 North Michigan Ave.
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1753277
0276 66929 / 66929-000002
Chris Neuman v. Ira Goldstone; KTLA, Inc.; Tribune
Company; Tribune Broadcasting Company; Case No.
BC 406704 0000001902

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $12,640.00 |
| Less Discount | ($1,264.00) |
| Total Fees after Discount | $11,376.00 |
| Total Disbursements | 166.40 |
| Total Fees and Disbursements This Statement | $11,542.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Invoice No. 1753315
0276 36377 / 36377-000007
W1ST

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

For legal services rendered through July 31, 2010

**Bankruptcy Fee Application 0000001891**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/01/10 | J. McManus | B110 | 0 | Assemble detail and exhibits in preparation of quarterly fee application. | 0.20 | 54.00 |
| 07/08/10 | J. McManus | B110 | 0 | Prepare quarterly fee application. | 1.00 | 270.00 |
| 07/12/10 | J. McManus | B110 | 0 | Revise seventh monthly fee application (1.00); revise eighth monthly fee application (1.00); prepare quarterly fee application (2.40). | 3.40 | 918.00 |
| 07/13/10 | J. McManus | B110 | 0 | Revise sixth monthly fee application (.40); revise seventh monthly fee application (.40); revise eighth monthly fee application (.40); confer with J. O'Keefe regarding same (.10); revise quarterly fee application (.70). | 2.00 | 540.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/13/10 | J. O'Keefe | B110 | 0 | Preparation of March, April, and May fee applications. | 1.50 | 345.00 |
| 07/14/10 | J. McManus | B110 | 0 | Revise March, April and May monthly fee applications pleadings (1.30); confer with J. O'Keefe regarding status of accompanying charts (.10); work on third quarterly fee application (1.20); conference with local counsel regarding same (.10). | 2.70 | 729.00 |
| 07/14/10 | J. O'Keefe | B110 | 0 | Preparation of March, April, and May fee applications. | 7.00 | 1,610.00 |
| 07/15/10 | J. McManus | B110 | 0 | Finalize three monthly fee applications in preparation for filing (2.40); conference with local counsel regarding same (.10); conference with J. Sherman regarding redactions to time detail and other minor revisions (.10). | 2.60 | 702.00 |
| 07/15/10 | J. O'Keefe | B110 | 0 | Review and prepare quarterly fee application. | 5.00 | 1,150.00 |
| 07/16/10 | J. McManus | B110 | 0 | Finalize third quarterly fee application (1.50); conference with J. Sherman regarding same (.10). | 1.60 | 432.00 |
| 07/17/10 | J. Sherman | L120 | 0 | Review and redact for attorney-client privilege sixth monthly fee application (.40), seventh monthly fee application (.40) and eighth monthly fee application (.30). | 1.10 | 753.50 |
| 07/19/10 | J. McManus | B110 | 0 | Assemble sixth, seventh and eighth monthly fee applications for filing with the Court (.40); conference with J. Sherman regarding same (.20); communications with local counsel regarding filing and service (.20); revise third quarterly fee application (.60). | 1.40 | 378.00 |
| 07/20/10 | J. McManus | B110 | 0 | Finalize quarterly fee application. | 0.70 | 189.00 |
| 07/20/10 | A. Shepro | | | PDF exhibit files to J. McManus. | 0.40 | 40.00 |



Tribune Company/Sherman

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/22/10 | J. McManus | B110 | 0 | Review time detail for ninth monthly fee application. | 0.20 | 54.00 |
| 07/23/10 | J. Sherman | L120 | 0 | Review and redact July invoices for June time for attorney-client privilege in connection with the ninth monthly fee application. | 0.40 | 274.00 |
| 07/23/10 | J. McManus | B110 | 0 | Review and edit detail for ninth monthly fee application. | 0.50 | 135.00 |

| | | |
|---|---|---|
| **Total Hours** | 31.70 | |
| **Total Fees** | | $8,573.50 |
| **Less Discount** | | ($857.35) |
| **Total Fees After Discount** | | $7,716.15 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| J. Sherman | Partner | - | 1.50 | hours at | $685.00 | per hour |
| J. McManus | Paralegal | - | 16.30 | hours at | $270.00 | per hour |
| J. O'Keefe | Paralegal | - | 13.50 | hours at | $230.00 | per hour |
| A. Shepro | Legal Asst. | - | 0.40 | hours at | $100.00 | per hour |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Facsimile** | |
| 07/16/10 | Facsimile | 212.00 |

| | |
|---|---|
| **Total Disbursements** | 212.00 |
| **Total Amount Due** | $7,928.15 |



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Tribune Company
435 North Michigan Avenue
TT510
Chicago, IL 60611
Attn: James P. Osick, Esq.
Director, Labor and Employee Relations

Invoice No. 1753315
0276 36377 / 36377-000007
Bankruptcy Fee Application 0000001891

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $8,573.50 |
| Less Discount | ($857.35) |
| Total Fees after Discount | $7,716.15 |
| Total Disbursements | 212.00 |
| Total Fees and Disbursements This Statement | $7,928.15 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Invoice No. 1753346
0276 68308 / 68308-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through July 31, 2010

### Allen v. am New York

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/01/10 | E. Cerasia II | L160 | 0 | Telephone conference with D. Warner (counsel for Mitchell's defendants) regarding settlement negotiations with opposing counsel. | 0.20 | 144.00 |
| 07/01/10 | E. Cerasia II | L160 | 0 | Email correspondence with M. Palmer regarding setting time to discuss settlement. | 0.10 | 72.00 |
| 07/02/10 | E. Cerasia II | L160 | 0 | Telephone conference with M. Palmer (plaintiff's counsel) regarding settlement issues. | 0.30 | 216.00 |
| 07/07/10 | E. Cerasia II | L160 | 0 | Email correspondence with J. Osick regarding my telephone conference with M. Palmer (opposing counsel) regarding settlement issues and his request for information. | 0.20 | 144.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/12/10 | E. Cerasia II | L160 | 0 | Review email from M. Palmer regarding allegations as to number of hours worked by named plaintiffs and respond to his inquiry as to his request for information. | 0.20 | 144.00 |
| 07/23/10 | E. Cerasia II | L110 | 0 | Email correspondence regarding information on hawkers needed from amNY and review email from M. Palmer regarding information about plaintiff's allegations. | 0.10 | 72.00 |
| 07/27/10 | E. Cerasia II | L110 | 0 | Telephone conference with B. Praz (amNY) regarding information regarding change in pay practices and number of hawkers. | 0.10 | 72.00 |
| 07/29/10 | E. Cerasia II | L110 | 0 | Telephone conference with B. Praz (amNY) regarding information about date for change in compensation and regarding number of hawkers per day. | 0.10 | 72.00 |
| 07/29/10 | E. Cerasia II | L160 | 0 | Prepare email to M. Palmer regarding information about date for change in compensation and regarding number of hawkers per day. | 0.20 | 144.00 |
| 07/30/10 | E. Cerasia II | L160 | 0 | Email correspondence with M. Palmer regarding settlement status. | 0.10 | 72.00 |
| 07/30/10 | E. Cerasia II | L160 | 0 | Telephone conference with K. Lantry regarding case status and extension for class certification motion in Bankruptcy Court, and voice mail we both left for M. Palmer. | 0.20 | 144.00 |

**Total Hours**                                                                    1.80

**Total Fees**                                                                    $1,296.00

**Less Discount**                                                                ($129.60)

**Total Fees After Discount**                                          $1,166.40

# SEYFARTH
**ATTORNEYS**
# SHAW LLP

Invoice No. 1753346

Page 3

Tribune Company

## Timekeeper Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 1.80 | hours at | $720.00 | per hour |

**Total Disbursements**                                                        0.00

**Total Amount Due**                                                        $1,166.40



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1753346
0276 68308 / 68308-000002
Allen v. am New York

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,296.00 |
| Less Discount | ($129.60) |
| Total Fees after Discount | $1,166.40 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $1,166.40 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | PAYMENT BY WIRE TO:<br>Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Invoice No. 1753347
0276 68308 / 68308-000003
WIST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through July 31, 2010

### Karen Scott v. WPIX

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/01/10 | E. Cerasia II | L210 | 0 | Email correspondence with K. Rubeinstein regarding Stipulation extending WPIX's time to respond to complaint. | 0.10 | 72.00 |
| 07/02/10 | E. Cerasia II | L210 | 0 | Email correspondence with K. Rubeinstein regarding stipulation extending time to answer, and email with A. Jubelirer regarding same. | 0.20 | 144.00 |
| 07/06/10 | E. Cerasia II | L110 | 0 | Review LNS annual report, and correspondence with S. Charlier and A. Jubelirer regarding same. | 0.10 | 72.00 |
| 07/12/10 | E. Cerasia II | L110 | 0 | Review/analyze client's file in connection with preparing answer. | 1.40 | 1,008.00 |
| 07/22/10 | J. Chylinski | L210 | 0 | Draft answer to complaint. | 3.20 | 1,136.00 |
| 07/25/10 | E. Cerasia II | L210 | 0 | Draft/revise answer. | 1.60 | 1,152.00 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 1753347

Page 2

Tribune Company

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/26/10 | E. Cerasia II | L210 | 0 | Revise latest version of answer and defenses. | 0.30 | 216.00 |
| 07/26/10 | E. Cerasia II | L210 | 0 | Email correspondence with A. Jubelirer regarding draft of answer and defenses, open issues, and her comments on answer. | 0.20 | 144.00 |
| 07/27/10 | E. Cerasia II | L210 | 0 | Telephone conference with A. Jubelirer regarding Answer, background facts, and other WPIX employees' claims. | 0.20 | 144.00 |
| 07/27/10 | E. Cerasia II | L210 | 0 | Revise latest draft of answer to incorporate A. Jubelirer's comments. | 0.40 | 288.00 |
| 07/28/10 | E. Cerasia II | L210 | 0 | Prepare Rule 7.1 corporate disclosure statement and communicate with A. Jubelirer regarding same. | 0.20 | 144.00 |

**Total Hours** 7.90

**Total Fees** $4,520.00

**Less Discount** ($452.00)

**Total Fees After Discount** $4,068.00

**Timekeeper Summary**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E. Cerasia II | Partner | - | 4.70 | hours at | $720.00 | per hour |
| J. Chylinski | Associate | - | 3.20 | hours at | $355.00 | per hour |

**Total Disbursements** 0.00

**Total Amount Due** $4,068.00



**SEYFARTH SHAW** LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1753347
0276 68308 / 68308-000003
Karen Scott v. WPIX

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $4,520.00 |
| Less Discount | ($452.00) |
| Total Fees after Discount | $4,068.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $4,068.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 24, 2010
**REVISED**

Invoice No. 1753348
0276 68308 / 68308-000004
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

For legal services rendered through July 31, 2010

**IATSE - WPIX Layoff Grievance**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/14/10 | E. Cerasia II | L120 | | Review and rank arbitrator panel list, including emails with Seyfarth partners regarding experience with arbitrators. | 0.30 | 216.00 |
| 07/14/10 | E. Cerasia II | L120 | | Telephone conference and email correspondence with A. Foran regarding arbitrator selection. | 0.10 | 72.00 |
| 07/15/10 | E. Cerasia II | L120 | | Email correspondence with A. Foran regarding arbitration selections. | 0.20 | 144.00 |
| 07/30/10 | E. Cerasia II | L190 | 0 | Review letter from Guild's counsel regarding demand for arbitration and email correspondence with A. Foran regarding same. | 0.10 | 72.00 |

**Total Hours**                                                    0.70

**Total Fees**                                                  $504.00

**Less Discount**                                               ($50.40)

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company

**Total Fees After Discount**                                                    $453.60

**Timekeeper Summary**

E. Cerasia II          Partner          -      0.70      hours at      $720.00      per hour

**Total Disbursements**                                                             0.00

**Total Amount Due**                                                            $453.60



# SEYFARTH SHAW LLP
### ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 24, 2010
**REVISED**

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attention: James P. Osick

Invoice No. 1753348
0276 68308 / 68308-000004
IATSE - WPIX Layoff Grievance

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $504.00 |
| Less Discount | ($50.40) |
| Total Fees after Discount | $453.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $453.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**
Bank Name:  Bank of America
Account Name:  Seyfarth Shaw LLP Operating Account
Account Number:  5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number:  081-904-808
Swift Code:  BOFAUS3N



SEYFARTH
**ATTORNEYS** SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Invoice No. 1753436
0276 36078 / 36078-000002
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: Karen Flax, Esq.
Assistant General Counsel

For legal services rendered through July 31, 2010

**Corporate Independent Contractor Matters 0000001092**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/21/10 | C. Olson | L120 | 0 | Discussion with K. Flax and B. Thomas regarding Wisconsin contractor and docs regarding same. | 0.50 | 340.00 |

| | | |
|---|---|---|
| **Total Hours** | 0.50 | |
| **Total Fees** | | $340.00 |
| **Less Discount** | | ($34.00) |
| **Total Fees After Discount** | | $306.00 |

**Timekeeper Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| C. Olson | Partner | | 0.50 | hours at | $680.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

Invoice No. 1753436

Page 2

Tribune Company/Olson

**Total Disbursements**                                                    0.00

**Total Amount Due**                                                   $306.00



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611
Attn: Karen Flax, Esq.
Assistant General Counsel

Invoice No. 1753436
0276 36078 / 36078-000002
Corporate Independent Contractor Matters 0000001092

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $340.00 |
| Less Discount | ($34.00) |
| Total Fees after Discount | $306.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $306.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| **PAYMENT BY CHECK VIA STANDARD MAIL:** | **PAYMENT BY WIRE TO:** |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Invoice No. 1753468
0276 36078 / 36078-000011
W6S

David S. Bralow, Esq.
Assistant General Counsel
East Coast Media
Tribune Company
10th Floor/WPIX
220 East 42nd Street
New York, NY  10017

For legal services rendered through June 30, 2010

**East Coast Properties**

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 07/16/10 | C. Olson | 0.30 | Telephone conference with D. Bralow regarding issues concerning audit of properties for independent contractor status. |

| | | | |
|---|---|---|---|
| **Total Hours** | 0.30 | | |
| **Total Fees** | | | $204.00 |
| **Less Discount** | | | ($20.40) |
| **Total Fees After Discount** | | | $183.60 |

**Timekeeper Summary**

| | | | | | |
|---|---|---|---|---|---|
| C. Olson | - | 0.30 | hours at | $680.00 | per hour |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Tribune Company/Olson

**Total Disbursements**                                                0.00

**Total Amount Due**                                              $183.60



SEYFARTH SHAW LLP
ATTORNEYS

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

David S. Bralow
Assistant General Counsel
East Coast Media
Tribune Company
10th Floor/WPIX
220 East 42nd Street
New York, NY 10017

Invoice No. 1753468
0276 36078 / 36078-000011
East Coast Properties

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $204.00 |
| Less Discount | ($20.40) |
| Total Fees after Discount | $183.60 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $183.60 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

**PAYMENT BY CHECK VIA STANDARD MAIL:**
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

**PAYMENT BY WIRE TO:**
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Invoice No. 1753351
0054 15827 / 15827-000018
W1ST

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn: Alissa L. Jubelirer, Legal Dept.

For legal services rendered through July 31, 2010

**Asha Blake**

| Date | Attorney | Task | Activity | Description | Hours | Value |
|------|----------|------|----------|-------------|-------|-------|
| 07/01/10 | L. Shelby | L120 | 0 | Telephone conference with A. Jubelier regarding witness interviews and case strategy. | 0.50 | 275.00 |
| 07/07/10 | L. Shelby | L120 | 0 | Telephone conference with B. Lopez-Nash regarding status of settlement. | 0.20 | 110.00 |
| 07/12/10 | L. Shelby | L120 | 0 | Telephone conference with B. Lopez-Nash regarding settlement. | 0.40 | 220.00 |
| 07/16/10 | L. Shelby | L120 | 0 | Telephone conference and correspondence with A. Jubelier regarding settlement strategy and authorization. | 0.50 | 275.00 |
| 07/20/10 | L. Shelby | L120 | 0 | Review DFEH charge and correspondence from client. | 0.30 | 165.00 |

**Total Hours**                                                    1.90

**Total Fees**                                                    $1,045.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH
### ATTORNEYS
# SHAW LLP

**KTLA-TV**

| | |
|---|---|
| **Less Discount** | ($104.50) |
| **Total Fees After Discount** | $940.50 |

**Timekeeper Summary**

| L. Shelby | Partner | - | 1.90 | hours at | $550.00 | per hour |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **Total Disbursements** | 0.00 |
| **Total Amount Due** | $940.50 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4001
Attn: Alissa L. Jubelirer, Legal Dept.

Invoice No. 1753351
0054 15827 / 15827-000018
Asha Blake

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,045.00 |
| Less Discount | ($104.50) |
| Total Fees after Discount | $940.50 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $940.50 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP | Bank Name: Bank of America |
| 3807 Collections Center Drive | Account Name: Seyfarth Shaw LLP Operating Account |
| Chicago, IL 60693 | Account Number: 5201743357 |
| | ABA Wire Payment Number: 026-009-593 |
| PAYMENT BY CHECK VIA OVERNIGHT MAIL: | ABA ACH Payment Number: 081-904-808 |
| Bank of America Lockbox Services | Swift Code: BOFAUS3N |
| 3807 Collections Center Drive | |
| Chicago, IL 60693 | |



**SEYFARTH**
ATTORNEYS **SHAW** LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Invoice No. 1753278
0276 17832 / 17832-000034
W1ST

Julie K. Xanders, Esq.
Senior Vice President, Legal
Los Angeles Times
202 West First Street
5th Floor
Los Angeles, CA  90012

For legal services rendered through July 31, 2010

**Country Club Matter 0000001901**

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Travel** | |
| 07/07/10 | Discounted Travel and related expenses for LA Times DM Training meeting 04/18/10 | 498.00 |
| **Total Disbursements** | | 498.00 |
| **Total Fees And Disbursements This Statement** | | **$498.00** |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
BRUSSELS

August 10, 2010

Julie K. Xanders, Esq.                                    Invoice No. 1753278
Senior Vice President, Legal                     0276 17832 / 17832-000034
Los Angeles Times                        Country Club Matter 0000001901
202 West First Street
5th Floor
Los Angeles, CA  90012

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $0.00 |
| Total Disbursements | 498.00 |
| Total Fees and Disbursements This Statement | $498.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |