# EXHIBIT A

416453.1

September 27, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:274676
Client: 12464
Matter: 0001
EIN: 52-1112263

Re: Special Counsel / Bank Claims

---

## STATEMENT

    For professional services rendered as set forth in the attached itemization and expenses incurred through August 31, 2010.

| | | |
|---|---|---|
| By Graeme W. Bush<br>71.60  hours at  $765.00  per hour | $ | 54,774.00 |
| By James Sottile<br>77.00  hours at  $675.00  per hour | $ | 51,975.00 |
| By Thomas G. Macauley<br>17.70  hours at  $580.00  per hour | $ | 10,266.00 |
| By Andrew N. Goldfarb<br>26.00  hours at  $550.00  per hour | $ | 14,300.00 |
| By William Schreiner<br>16.70  hours at  $500.00  per hour | $ | 8,350.00 |
| By Lam-Anh Ngoc Nguyen<br>4.10  hours at  $185.00  per hour | $ | 758.50 |
| By Jeanne Trahan Faubell<br>0.20  hours at  $165.00  per hour | $ | 33.00 |
| By Diana Gillig<br>0.30  hours at  $160.00  per hour | $ | 48.00 |
| TOTAL FEES | $ | 140,504.50 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 140,504.50 |

September 27, 2010

DESCRIPTION OF SERVICES

CLIENT: 12464
MATTER: 0001

James Sottile

| | | |
|---|---|---|
| 08/01/10 | 1.50 | Teleconference with experts, T. McCormack and M. Ashley (Chadbourne) regarding expert report. |
| 08/01/10 | 0.50 | Telconference with T. McCormack and M. Ashley (Chadbourne) regarding Jexpert reports and plan confirmation discovery. |
| 08/01/10 | 0.40 | Review/analyze reports regarding wordings of Tribune D&O policies and analyze potential issues concerning fraudulent transfer claims. |
| 08/01/10 | 0.50 | Legal research regarding coverage issues. |
| 08/01/10 | 0.10 | Teleconference with M. Rule (Alix) regarding expert report. |
| 08/01/10 | 1.70 | Conference call with H. Seife, D. LeMay, T. Zink, T. McCormack, D. Deutsch, M. Ashley (Chadbourne) and G. Bush regarding strategy concerning plan confirmation and potential revisions to plan and to confirmation schedule. |
| 08/02/10 | 0.40 | Outline presentation at Creditors Committee telephonic meeting regarding Examiner report discussion on solvency. |
| 08/02/10 | 2.20 | Participate in Creditors Committee telephonic meeting regarding Examiner report and its implications for plan confirmation. |
| 08/02/10 | 2.50 | Further review/analysis of Examiner's report and annexes reflecting analysis of solvency by Examiner's financial expert and analyze implications for Committee expert analysis regarding solvency. |
| 08/03/10 | 0.60 | Prepare for hearing regarding plan confirmation schedule and confidentiality of Examiner's report by reviewing key documents and developing proposal for adjustments to schedule. |
| 08/03/10 | 1.60 | Meetings with counsel for Debtors, banks and other interested parties regarding potential changes to confirmation schedule and negotiations to resolve objections. |
| 08/03/10 | 1.60 | Participate in hearing regarding plan confirmation schedule and confidentiality of Examiner's report. |
| 08/03/10 | 0.30 | Teleconference with G. Bush regarding changes to confirmation schedule, strategy for negotiations to resolve |

September 27, 2010

|  |  | objections. |
|---|---|---|
| 08/04/10 | 2.10 | Participate telephonically in meeting between Chadbourne team and D. Liebentritt (Tribune general counsel) and Sidley lawyers regarding impact of examiner's report on plan, possible modifications to plan, revisions to settlement. |
| 08/04/10 | 0.20 | Teleconference with G. Bush and H. Seife and D. LeMay (Chadbourne) regarding next steps on proposals for changes to plan/settlement. |
| 08/04/10 | 0.30 | Participate in conference call with counsel and principals for Committee, Debtors, Oaktree, JPM and Angelo Gordon regarding proposed modifications to plan/settlement. |
| 08/04/10 | 0.20 | Teleconference with G. Bush regarding proposals for changes to plan/settlement. |
| 08/04/10 | 0.40 | Review/analyze revised draft of M. Rule expert report. |
| 08/05/10 | 0.40 | Teleconference with M. Rule (Alix), A. Goldfarb and M. Ashley (Chadbourne) regarding expert report. |
| 08/05/10 | 1.80 | Participate in telephonic meetings of Tribune Creditors Committee call regarding key points from unredacted Examiner report. |
| 08/05/10 | 1.90 | Further close analysis of unredacted version of Examiner report. |
| 08/05/10 | 0.30 | Participate in call with Senior Lenders, Chadbourne lawyers and G. Bush regarding potential revisions to settlement in light of examiner report. |
| 08/05/10 | 1.40 | Work on valuation of third party claims in connection with evaluation of potential revisions to settlement. |
| 08/06/10 | 1.10 | Participate in telephonic meeting of Tribune Creditors Committee regarding revised settlement proposal in light of Examiner report. |
| 08/07/10 | 0.30 | Teleconference with G. Bush regarding strategy regarding negotiations concerning revised settlement of LBO claims in light of examiner report. |
| 08/10/10 | 0.70 | Participate in conference call with Chadbourne team and K. Lantry and B. Krakauer (Sidley) and D. Liebentritt (Tribune) regarding proposed settlement of LBO claims agreed by Debtors and Senior Lenders. |
| 08/10/10 | 0.80 | Participate in conference call with Chadbourne team, K. Lantry and B. Krakauer (Sidley), D. Liebentritt (Tribune), |

September 27, 2010

|  |  | and D. Bernstein and others from Davis Polk re proposed settlement of LBO claims agreed by Debtors and Senior Lenders. |
|---|---|---|
| 08/10/10 | 3.60 | Participate in extended meeting of Creditors Committee regarding proposed settlement of LBO claims agreed by Debtors and Senior Lenders, including presentations by Senior Lenders, Debtors and Centerbridge regarding same. |
| 08/10/10 | 1.00 | Participate in conference call with H. Seife, M. Ashley, D. Deutsch, D. LeMay and T. Zink (Chadbourne) and G. Bush regarding strategy to respond to proposed settlement of LBO claims agreed by Debtors and Senior Lenders. |
| 08/10/10 | 0.20 | Teleconferences with G. Bush regarding strategy to respond to proposed settlement of LBO claims agreed by Debtors and Senior Lenders. |
| 08/10/10 | 0.40 | Review/analyze key provisions of D&O policy to evaluate coverage issues implicated by claims vs. directors and officers. |
| 08/11/10 | 0.70 | Teleconference with T. McCormack and M. Ashley (Chadbourne) regarding revisions to complaints in response to examiner's report. |
| 08/12/10 | 1.90 | Participate in two Tribune Creditors Committee telephonic meetings regarding ongoing settlement negotiations concerning LBO claims. |
| 08/12/10 | 0.90 | Teleconference with D. Deutsch (Chadbourne) regarding issues relating to Tribune D&O insurance policies and application to LBO claims against directors and officers. |
| 08/12/10 | 0.50 | Legal research regarding exclusion in Tribune D&O insurance policies. |
| 08/13/10 | 0.30 | Teleconference with expert (Navigant) regarding issues on expert report. |
| 08/13/10 | 0.50 | Participate in telephonic meeting of Unsecured Creditors Committee regarding ongoing discussions regarding amended settlement of LBO claims based on. |
| 08/13/10 | 0.80 | Edit litigation trust section of revised plan consistent with proposed settlement under negotiation. |
| 08/13/10 | 0.30 | E-mail correspondence with M. Ashley, T. McCormack and R. Kirby (Chadbourne) regarding D&O policies and director exculpation provisions. |
| 08/14/10 | 0.80 | Legal research regarding coverage issues under D&O policies |

September 27, 2010

|  |  |  |
|---|---|---|
|  |  | arising from litigation trust provisions. |
| 08/14/10 | 1.20 | Edit memo to Creditors Committee regarding coverage issues under D&O policies arising from litigation trust provisions. |
| 08/14/10 | 0.50 | Teleconference with T. Zink, D. Deutsch, T. McCormack (Chadbourne) regarding coverage issues under D&O policies arising from litigation trust provisions. |
| 08/14/10 | 0.50 | Review/analyze provisions of Chubb primary D&O policy relevant to coverage issues arising from litigation trust provisions. |
| 08/14/10 | 0.30 | Teleconference with G. Bush regarding proposed revised settlement of LBO claims. |
| 08/15/10 | 0.80 | Teleconference with H. Seife, D. LeMay, T. Zink and D. Deutsch (Chadbourne) and G. Bush regarding strategy for ongoing negotiations regarding revised settlement of LBO claims. |
| 08/16/10 | 0.40 | Teleconference with D. Deutsch (Chadbourne) and G. Novod (Brown Rudnick) regarding insurance issues arising from proposed litigation trust provisions. |
| 08/16/10 | 0.30 | Teleconference with M. Ashley and T. McCormack (Chadbourne) regarding insurance issues arising from proposed litigation trust provision. |
| 08/16/10 | 1.40 | Participate by telephone in meeting with Debtors' counsel and D. Liebentritt (Debtors' general counsel), Chadbourne lawyers and G. Bush regarding Debtors' position on proposed settlement of LBO-related claims and litigation trust and Debtors' position regarding steps moving forward. |
| 08/16/10 | 0.30 | Teleconference with Chadbourne lawyers regarding Debtors' position on proposed settlement of LBO-related claims and litigation trust and next steps in light of that position. |
| 08/16/10 | 0.30 | Teleconference with with counsel and principals for Senior Lenders and Chadbourne lawyers regarding Debtors' position on proposed settlement of LBO-related claims and litigation trust and next steps in light of that position. |
| 08/16/10 | 0.80 | Participate in telephonic meeting of Unsecured Creditors Committee regarding Debtors' position on proposed settlement of LBO-related claims and litigation trust and next steps in light of that position. |
| 08/17/10 | 0.70 | Edit memo on insurance coverage issues for Creditors Committee. |

September 27, 2010

| 08/17/10 | 0.30 | Teleconference with T. McCormack and M. Ashley (Chadbourne) regarding revisions to Committee complaints in light of examiner report. |
|---|---|---|
| 08/18/10 | 2.50 | Participate in extended conference calls with counsel and principals for JPMorgan, Angelo Gordon, Oaktree, and Debtors, Chadbourne lawyers and G. Bush regarding negotiations on revisions to settlement of LBO-related claims. |
| 08/18/10 | 0.30 | Teleconferences with D. Deutsch regarding potential insurance coverage issues arising from litigation trust. |
| 08/18/10 | 0.60 | Teleconference with E. Schoon, D. Cotton and K. Lantry (Sidley) and D. Deutsch, T. McCormack and M. Ashley (Chadbourne) regarding potential insurance coverage issues arising from litigation trust. |
| 08/18/10 | 0.50 | Teleconference with M. Rule (Alix), A. Goldfarb and M. Ashley (Chadbourne) regarding revised draft of M. Rule (Alix) expert report. |
| 08/18/10 | 0.30 | Review/analyze revised draft of M. Rule (Alix) expert report. |
| 08/19/10 | 0.60 | Teleconference with with E. Schoon and D. Cotton (Sidley) and D. Deutsch, T. McCormack and M. Ashley (Chadbourne) regarding insurance coverage issues raised by litigation trust. |
| 08/19/10 | 1.30 | Participate in telephonic meeting of Creditors Committee regarding ongoing settlement negotiations regarding revised settlement of LBO claims. |
| 08/19/10 | 0.10 | E-mail to Friedman Kaplan regarding agreement to allow Aurelius Capital access to Committee discovery in document depository. |
| 08/19/10 | 1.60 | Participate in conference call with counsel for Senior Lenders and Debtors regarding issues on settlement term sheet regarding LBO claims. |
| 08/19/10 | 1.40 | Participate in second telephonic meeting of Creditors Committee regarding ongoing settlement negotiations regarding revised settlement of LBO claims. |
| 08/19/10 | 0.40 | Review/analyze revisions to settlement term sheet regarding LBO claims. |
| 08/19/10 | 2.10 | Research insurance coverage issues raised by indemnity to directors and officers proposed by Debtors and alternatives to indemnity of reorganized Tribune by Trust. |
| 08/19/10 | 0.50 | Teleconferences with D. Deutsch, T. McCormack and M. Ashley (Chadbourne) regarding insurance coverage issues |

September 27, 2010

|  |  | related to litigation trust and Debtors' proposal for indemnity of reorganized Tribune. |
|---|---|---|
| 08/19/10 | 0.30 | Meeting with G. Bush regarding status of negotiations on revised settlement of LBO claims and key outstanding issues. |
| 08/20/10 | 0.30 | Draft revised provision for settlement term sheet regarding indemnification of directors and officers. |
| 08/20/10 | 1.90 | Participate in hearing before bankruptcy court regarding status of confirmation, settlement discussions. |
| 08/20/10 | 0.70 | Participate in conference call with counsel and principals for Senior Lenders and H. Seife and D. LeMay (Chadbourne) regarding revisions to settlement in light of Examiner report. |
| 08/20/10 | 0.60 | Participate in meetings with counsel and principals for Senior Lenders and H. Seife and D. LeMay (Chadbourne) regarding revisions to settlement in light of Examiner report. |
| 08/20/10 | 0.30 | Teleconference with G. Bush regarding hearing on plan confirmation status and further settlement negotiations regarding revised settlement in light of Examiner report. |
| 08/25/10 | 0.40 | Research regarding director exculpation clause. |
| 08/25/10 | 0.50 | Review revisions to third party complaint against officers and directors and draft note with comments to M. Ashley (Chadbourne) regarding same. |
| 08/25/10 | 0.80 | Draft revisions to complaint against lenders in light of Examiner's report. |
| 08/30/10 | 0.50 | Teleconference with T. McCormack and M. Ashley (Chadbourne) and G. Bush and A. Goldfarb regarding revisions to third party and lender complaints in light of examiner report. |
| 08/30/10 | 3.70 | Work on revisions to lender complaint in light of examiner report and additional claims against Morgan Stanley. |
| 08/30/10 | 2.50 | Further review/analysis of Examiner report to identify issues to address in revised lender complaint. |
| 08/31/10 | 0.80 | Participate in Committee professionals call regarding status of bankruptcy, mediation, plan litigation issues. |
| 08/31/10 | 0.10 | Meeting with G. Bush and A. Goldfarb regarding issues on revisions to lender LBO complaint. |
| 08/31/10 | 1.10 | Review/analyze key documents regarding Morgan Stanley interest rate swap and bond purchases to evaluate claims against Morgan Stanley. |

September 27, 2010

| 08/31/10 | 4.80 | Revise complaint in light of Examiner report and to add claims against Morgan Stanley. |

**Andrew N. Goldfarb**

| 08/01/10 | 0.80 | Attention to draft expert report, including review and internal email to UCC counsel regarding same. |
| 08/02/10 | 2.30 | Participate in UCC conference call regarding confirmation and settlement issues. |
| 08/02/10 | 0.40 | Confer with G. Bush and J. Sottile regarding UCC issues for confirmation and settlement. |
| 08/02/10 | 0.30 | Conference call with J. Sottile and experts. |
| 08/02/10 | 2.20 | Review unredacted Examiner's report. |
| 08/02/10 | 0.10 | Call to expert's colleague regarding Examiner's report. |
| 08/02/10 | 0.10 | Attention to Examiner's report data and attachments. |
| 08/02/10 | 0.10 | Attention to 8/3 court hearing. |
| 08/02/10 | 0.40 | Review draft recovery scenarios. |
| 08/02/10 | 0.20 | Review Debtors' 7/29 filings. |
| 08/03/10 | 0.80 | Participate in weekly professionals' call. |
| 08/03/10 | 0.20 | Review and send e-mails regarding revised confirmation schedule. |
| 08/04/10 | 1.30 | Participate via conference call in UCC counsel's meeting with Debtors. |
| 08/04/10 | 0.30 | Review draft expert report in preparation for call with expert. |
| 08/05/10 | 0.80 | Call with M. Rule, J. Sottile and M. Ashley regarding expert report. |
| 08/05/10 | 0.30 | Review and comment on iterations of deposition protocol. |
| 08/05/10 | 0.40 | Review Examiner transcripts. |
| 08/05/10 | 1.00 | Attention to Examiner interviews relating to solvency, including e-mails regarding same. |
| 08/05/10 | 0.30 | Review Examiner report. |
| 08/06/10 | 0.10 | Attention to revised confirmation deposition schedule. |
| 08/09/10 | 0.40 | Call with G. Bush and J. Sottile. |
| 08/10/10 | 2.00 | UCC committee meeting (attend part of meeting by phone). |

September 27, 2010

| | | |
|---|---|---|
| 08/13/10 | 0.60 | Participate in UCC conference call. |
| 08/16/10 | 0.80 | Participate in UCC conference call. |
| 08/17/10 | 0.40 | Review new draft of Rule expert report. |
| 08/18/10 | 0.70 | Call with M. Rule regarding expert report. |
| 08/18/10 | 0.10 | Confer with J. Sottile and M. Ashley. |
| 08/28/10 | 0.50 | Conference call regarding update and strategy with J. Sottile and G. Bush. |
| 08/28/10 | 0.50 | Review e-mails from 8/18 to 8/27 to update self on case developments and strategies. |
| 08/30/10 | 0.50 | Meeting with J. Sottile and G. Bush regarding revising Tribune complaint. |
| 08/30/10 | 0.90 | Call with M. Ashley, T. McCormack, G. Bush and J. Sottile regarding Committee complaints. |
| 08/30/10 | 2.20 | Review Examiner's report for complaint revisions. |
| 08/31/10 | 2.00 | Review Examiner's report, Vols 1 & 2. |
| 08/31/10 | 1.00 | Begin revising draft complaint. |
| 08/31/10 | 0.80 | Weekly professionals' call. |
| 08/31/10 | 0.20 | Confer with G. Bush and J. Sottile regarding Morgan Stanley issues. |

Thomas G. Macauley

| | | |
|---|---|---|
| 08/03/10 | 0.30 | Review reports of hearing and proposed adjournment of confirmation dates. |
| 08/04/10 | 0.10 | Review order amending confirmation dates. |
| 08/05/10 | 0.30 | Review committee email exchange regarding settlement negotiations. |
| 08/08/10 | 0.20 | Review settlement proposal. |
| 08/09/10 | 0.10 | Review revised list of Brown Rudnick depositions. |
| 08/09/10 | 0.20 | Review committee documents on Intalinks. |
| 08/10/10 | 0.20 | Review committee recovery scenarios. |
| 08/11/10 | 0.20 | Review minutes of 8/2 committee meeting. |
| 08/16/10 | 0.20 | Exchange notes with G. Bush regarding 8/17 hearing. |
| 08/16/10 | 0.10 | Review exchange between Chadbourne and committee |

September 27, 2010

|          |      | members regarding negotiated terms. |
|----------|------|-------------------------------------|
| 08/16/10 | 0.10 | Review stipulation regarding expert discovery. |
| 08/16/10 | 0.20 | Review motion and order setting hearing on adjourning confirmation deadlines. |
| 08/16/10 | 0.20 | Review draft committee response to Debtors' motion. |
| 08/17/10 | 0.10 | Review amended 8/17 hearing agenda. |
| 08/17/10 | 0.20 | Review docket and Wilmington Trust response. |
| 08/17/10 | 0.90 | Attend hearing. |
| 08/17/10 | 0.30 | Draft note to internal team regarding hearing. |
| 08/18/10 | 0.10 | Review Debtors' objection to examiner discharge motion. |
| 08/18/10 | 0.10 | Review 8/20 hearing agenda. |
| 08/18/10 | 0.10 | Review agenda for tomorrow's committee call. |
| 08/19/10 | 0.30 | Review documents posted on Intralinks in advance of committee meeting. |
| 08/19/10 | 1.50 | Participate on 11:30 a.m. committee call. |
| 08/19/10 | 1.50 | Participate on 7 p.m. committee call. |
| 08/20/10 | 0.10 | Review 8/20 amended hearing agenda. |
| 08/20/10 | 0.10 | Review order from Tuesday's hearing. |
| 08/20/10 | 2.30 | Attend hearing. |
| 08/20/10 | 1.40 | Review portions of examiner report. |
| 08/22/10 | 0.70 | Review committee complaint and cross reference with examiner report. |
| 08/23/10 | 1.10 | Review report and notes of report. |
| 08/23/10 | 0.30 | Review memo on equitable subordination. |
| 08/24/10 | 0.70 | Participate on weekly committee professionals call. |
| 08/24/10 | 0.10 | Review notice of scheduled chambers conference. |
| 08/26/10 | 0.20 | Analyze issues regarding chambers conference today. |
| 08/26/10 | 1.50 | Attend chambers conference. |
| 08/26/10 | 0.40 | Speak with G. Bush regarding same. |
| 08/26/10 | 0.20 | Analyze issues regarding settlement dynamics. |
| 08/27/10 | 0.20 | Review email exchanges regarding proposed mediator. |

September 27, 2010

| 08/31/10 | 0.40 | Review letters to Court regarding mediation order and proposed form of order. |
| 08/31/10 | 0.20 | Review email exchanges regarding proposed mediator order. |
| 08/31/10 | 0.10 | Review application to retain Jones Day on behalf of special committee of board. |
| 08/31/10 | 0.10 | Review agenda for weekly UCC professionals' call. |
| 08/31/10 | 0.10 | Review objection deadline for pending 11th monthly fee application. |

Graeme W. Bush

| 08/01/10 | 3.50 | Continue review of Examiner Report. |
| 08/01/10 | 1.80 | Telephone conference with Chadbourne & Parke, Messrs. Sottile and Zul regarding presentations to UCC at Monday meeting. |
| 08/01/10 | 0.40 | E-mails James Sottile & Chadbourne & Parke regarding additional work on recoveries and third party claims. |
| 08/01/10 | 0.20 | E-mail exchange Messrs. Sottile, Ashley and McCormack regarding insurance policy proceeds and exclusions. |
| 08/01/10 | 0.30 | Review research on re-noticing amended plan. |
| 08/01/10 | 0.70 | Review Chadbourne & Parke presentation deck for UCC meeting. |
| 08/02/10 | 2.00 | UCC telephone conference. |
| 08/02/10 | 0.60 | Review Moelis revised drafts of the recovery scenarios. |
| 08/02/10 | 0.40 | Telephone conference with Messrs. Sottile and Goldfarb regarding hearing and UCC meeting. |
| 08/03/10 | 1.10 | Telephone conference with Robert Stark regarding litigation issues. |
| 08/03/10 | 0.60 | Telephone conference with James Sottile regarding hearing and settlement meetings. |
| 08/04/10 | 2.40 | Settlement meeting with Debtors' counsel and Chadbourne & Parke. |
| 08/04/10 | 0.40 | Telephone conference with Messrs. Seife, LeMay, Sottile and Zink regarding settlement. |
| 08/04/10 | 0.40 | Telephone conference with James Sottile regarding settlement discussions. |

September 27, 2010

| 08/04/10 | 0.40 | E-mail exchanges regarding settlement positions and meetings. |
| 08/05/10 | 1.00 | Attend UCC meeting. |
| 08/05/10 | 0.40 | Telephone conference with James Sottile regarding UCC meeting and settlement analysis. |
| 08/05/10 | 0.20 | E-mail James Sottile regarding settlement probabilities. |
| 08/05/10 | 0.40 | E-mail exchange with Messrs. Ashley, Goldfarb, Seife and Knott regarding deposition agreement with JP Morgan. |
| 08/05/10 | 0.80 | Telephone conference with UCC regarding settlement issues. |
| 08/05/10 | 0.30 | Telephone conference with James Sottile regarding UCC meeting and settlement plan. |
| 08/05/10 | 0.40 | E-mail exchange among UCC members regarding settlement plan. |
| 08/05/10 | 0.20 | Telephone conference with Chadbourne & Parke and Lenders. |
| 08/05/10 | 0.10 | E-mail James Sottile regarding UCC and Lender calls. |
| 08/05/10 | 0.20 | Telephone conference with James Sottile regarding UCC meeting and call with Lenders. |
| 08/06/10 | 1.50 | UCC telephone conference regarding settlement issues. |
| 08/06/10 | 0.80 | Telephone conferences with Daniel Golden regarding settlement. |
| 08/06/10 | 0.20 | Telephone conference with Howard Seife regarding UCC meetings. |
| 08/06/10 | 0.30 | E-mail exchanges Marc Roitman and UCC members regarding Debtors' proposed settlement and plan. |
| 08/06/10 | 0.50 | Settlement telephone conference with Debtors, Oaktree, Angelo Gordon and Chadbourne & Parke. |
| 08/07/10 | 0.20 | E-mails Sassower regarding settlement and Debtors' plan. |
| 08/07/10 | 0.10 | E-mails Messrs. Roitman and Goldfarb regarding UCC meeting. |
| 08/08/10 | 0.60 | Review Debtor's plan and settlement proposal. |
| 08/08/10 | 0.50 | E-mail exchanges with Messrs. Sottile and Goldfarb analyzing and discussing modifications to complaints and standing motions. |
| 08/09/10 | 0.40 | Telephone call with bondholder counsel regarding settlement. |

September 27, 2010

| 08/09/10 | 0.80 | Review and analyze Debtors settlement counter. |
| 08/09/10 | 0.60 | Telephone call with bondholder regarding Examiner Report. |
| 08/09/10 | 0.40 | Telephone calls with Messrs. Sottile and Goldfarb regarding revisions to complaint and status of projects. |
| 08/10/10 | 0.30 | Telephone call and e-mails with James Sottile regarding telephone call with Howard Seife regarding UCC meeting. |
| 08/10/10 | 0.60 | Settlement telephone conference with Debtors and Lenders. |
| 08/10/10 | 0.70 | Settlement telephone conference with Debtors. |
| 08/10/10 | 2.20 | UCC meeting/telephone conference regarding settlement negotiations. |
| 08/10/10 | 0.90 | Telephone conference with Chadbourne & Parke attorneys, James Sottile regarding work assignments and discussion of strategy. |
| 08/10/10 | 0.80 | UCC meeting/telephone conference regarding settlement negotiations. |
| 08/11/10 | 0.40 | E-mails Chadbourne & Parke and others re settlement developments and agenda for UCC meeting. |
| 08/12/10 | 1.20 | Regularly scheduled UCC meeting. |
| 08/12/10 | 1.00 | UCC meeting regarding settlement negotiations. |
| 08/12/10 | 0.20 | E-mails James Sottile regarding insurance issues. |
| 08/13/10 | 0.40 | E-mail exchange with James Sottile regarding UCC meeting. |
| 08/15/10 | 0.70 | Telephone call Chadbourne & Parke and James Sottile regarding settlement developments. |
| 08/15/10 | 0.30 | Telephone call with James Sottile regarding issues in settlement process. |
| 08/15/10 | 0.20 | E-mails Aurelius representative regarding settlement and meeting with UCC. |
| 08/16/10 | 1.20 | UCC meeting/telephone conference. |
| 08/16/10 | 1.50 | Telephone conference with Debtor regarding settlement. |
| 08/16/10 | 0.50 | Telephone calls and e-mails with James Sottile regarding insurance issues. |
| 08/16/10 | 0.60 | Telephone conference with Friedman, Wertheimer and James Sottile regarding UCC and settlement discussions. |
| 08/16/10 | 0.20 | E-mails with James Sottile regarding Lender telephone |

September 27, 2010

|  |  | conference. |
|---|---|---|
| 08/16/10 | 0.10 | E-mail Thomas Macauley regarding notice of Court Order and covering shortened hearing. |
| 08/17/10 | 0.40 | E-mails with James Sottile, Chadbourne & Parke and expert regarding report. |
| 08/17/10 | 0.50 | Telephone call to and e-mail exchange with bondholder counsel. |
| 08/17/10 | 0.20 | E-mail financial advisor regarding conference call and report. |
| 08/17/10 | 0.30 | Telephone call with Aurelius advisor. |
| 08/17/10 | 0.40 | Review e-mail and memorandum regarding insurance issues. |
| 08/18/10 | 1.00 | Telephone conference Debtors and Lenders regarding settlement and plan matters. |
| 08/18/10 | 3.20 | Telephone conferences with Debtors, Davis Polk, Committee, and Chadbourne & Parke regarding plan and settlement developments. |
| 08/19/10 | 0.80 | UCC conference. |
| 08/19/10 | 0.50 | Telephone call and conference with James Sottile regarding settlement discussions and plan issues. |
| 08/19/10 | 0.40 | Review e-mail exchanges Davis Polk and Chadbourne & Parke regarding plan and settlement terms. |
| 08/19/10 | 0.40 | Review e-mails from Chadbourne & Parke and UCC members regarding developments in settlement discussions. |
| 08/20/10 | 0.30 | E-mails with Davis Polk regarding meeting among parties regarding court hearing. |
| 08/20/10 | 0.20 | E-mail Marc Roitman regarding report on hearing. |
| 08/20/10 | 0.30 | Telephone conference with James Sottile regarding hearing and tasks for next week regarding settlement and plan. |
| 08/20/10 | 0.40 | E-mails with Messrs. Sottile and Macauley regarding and evaluate amendments to LBO complaint. |
| 08/22/10 | 0.70 | Review e-mails from James Sottile and parties and telephone conference with James Sottile regarding insurance negotiations and issues. |
| 08/23/10 | 1.20 | Analyze and work on plan issues. |
| 08/23/10 | 0.60 | Telephone calls with UCC members regarding status of plan and settlement. |

September 27, 2010

| 08/24/10 | 0.40 | E-mails Debtors' counsel and others regarding chambers conference. |
| 08/24/10 | 0.30 | Telephone call with UCC member counsel regarding settlement negotiations. |
| 08/24/10 | 0.80 | Quick review expert report. |
| 08/25/10 | 1.40 | Review materials regarding plan and settlement options. |
| 08/25/10 | 3.40 | Attend meeting at Chadbourne & Parke of UCC professionals regarding plan, settlement and Court conference. |
| 08/25/10 | 1.30 | E-mails James Sottile and Alexandra Nellos, and review materials regarding revised LBO complaint. |
| 08/25/10 | 0.30 | E-mails with Chadbourne & Parke regarding meetings with settlement parties. |
| 08/25/10 | 0.30 | Telephone calls with Daniel Golden. |
| 08/25/10 | 0.10 | Telephone call with Howard Seife. |
| 08/26/10 | 0.50 | Meeting Messrs. Seife, LeMay and Landis regarding conference with Court. |
| 08/26/10 | 1.20 | Meeting Messrs. Bernstein, Schaible, Goldman, Seife, LeMay and Landis regarding conference with Court. |
| 08/26/10 | 1.00 | Conference with Court. |
| 08/26/10 | 0.50 | Confer Thomas Macauley regarding mediation and related strategic considerations. |
| 08/26/10 | 0.30 | Telephone call with UCC member regarding court conference and plan status. |
| 08/26/10 | 1.40 | Prepare for court conference and other meetings. |
| 08/26/10 | 0.30 | E-mail exchange with James Sottile regarding standing motion and revised complaints. |
| 08/27/10 | 0.60 | Prepare for and attend UCC meeting. |
| 08/27/10 | 0.30 | Telephone call with UCC member. |
| 08/27/10 | 0.60 | Review and edit proposed mediation order and e-mail exchange with Adam Landis regarding revisions to proposed mediation order. |
| 08/27/10 | 0.20 | E-mails Aurelius regarding access to document depository. |
| 08/28/10 | 0.50 | Telephone conference James Sottile and Andrew Goldfarb regarding status of projects, work assignments, strategy, and developments in case. |

September 27, 2010

| 08/30/10 | 0.40 | Review e-mails from parties regarding and drafts of mediation order. |
| 08/30/10 | 0.50 | Telephone conference with Messrs. McCormack, Ashley, Sottile and Goldfarb regarding coordination and strategy regarding experts and revised complaints. |
| 08/30/10 | 0.60 | Prepare for and meeting with Messrs. Sottile and Goldfarb regarding work on experts and complaints. |
| 08/31/10 | 1.00 | Meeting with UCC professionals. |
| 08/31/10 | 0.80 | Review and revise engagement letter for expert advisor. |
| 08/31/10 | 0.30 | Confer with James Sottile regarding third party claim strategy. |
| 08/31/10 | 0.40 | Review pleadings regarding appointment of Special Board Committee counsel for Debtor. |

William Schreiner

| 08/12/10 | 1.50 | Review insurance policies, summaries of coverage, and related documents for analysis of insurability of possible claims on behalf of the Committee. |
| 08/17/10 | 2.00 | Legal research on application of exclusions, for use in assessing insurability of potential claims of Committee. |
| 08/18/10 | 3.50 | Legal research on application of exclusions, for use in assessing insurability of potential claims of Committee. |
| 08/19/10 | 3.30 | Legal research on application of exclusions, for use in assessing insurability of potential claims of Committee. |
| 08/25/10 | 4.40 | Legal research on application of exclusions, for use in assessing insurability of potential claims of Committee. |
| 08/31/10 | 2.00 | Legal research on application of exclusions, for use in assessing insurability of potential claims of Committee. |

Lam-Anh Ngoc Nguyen

| 08/02/10 | 3.70 | Extract exhibits and data from examiner report and import same into workspace. |
| 08/03/10 | 0.40 | Import examiner report exhibits and transcripts into workspace. |

Jeanne Trahan Faubell

| 08/11/10 | 0.20 | Research proceeding involving Sam Zell and EGI-TRB LLC. |

September 27, 2010

Diana Gillig

08/02/10          0.30   Organize redacted pages from examiner's report.

September 27, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:274677
Client: 12464
Matter: 0002
EIN: 52-1112263

Re: Special Counsel / Retention / Fee Applications

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through August 31, 2010.

| | | |
|---|---|---|
| By Thomas G. Macauley | | |
| 12.10 hours at $580.00 per hour | $ | 7,018.00 |
| By Diana Gillig | | |
| 10.10 hours at $160.00 per hour | $ | 1,616.00 |
| TOTAL FEES | $ | 8,634.00 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 8,634.00 |

2779487.1

September 27, 2010

DESCRIPTION OF SERVICES

CLIENT: 12464
MATTER: 0002

Thomas G. Macauley

| 08/04/10 | 0.40 | Review June invoices and time detail. |
| 08/05/10 | 0.10 | Review CNO for 10th monthly fee application. |
| 08/09/10 | 0.10 | Review CNO for 3rd interim fee application. |
| 08/09/10 | 0.30 | Review and edit 11th monthly fee application. |
| 08/09/10 | 0.20 | Draft note to V. Garlati regarding 10th monthly fee application. |
| 08/10/10 | 0.60 | Review fee examiner report and exhibits regarding 1st interim fee application. |
| 08/10/10 | 0.30 | Speak with D. Deutsch regarding fee examiner reports. |
| 08/10/10 | 0.50 | Review and comment on list of conferences. |
| 08/10/10 | 1.90 | Begin drafting response to fee examiner regarding 1st interim fee application. |
| 08/11/10 | 2.20 | Work on response to preliminary report of fee examiner regarding 1st interim fee application. |
| 08/11/10 | 0.30 | Review expenses noted in fee examiner report. |
| 08/12/10 | 1.20 | Finalize draft of textual response to fee examiner regarding 1st interim fee application. |
| 08/13/10 | 0.30 | Speak with G. Bush regarding response to examiner. |
| 08/16/10 | 0.90 | Draft exhibit 1 to response to fee examiner. |
| 08/18/10 | 0.10 | Give instructions regarding Exhibit 1 to response to fee examiner. |
| 08/19/10 | 0.20 | Review and edit response to fee examiner regarding 1st interim fee application. |
| 08/19/10 | 0.40 | Review and edit Exhibit 1 to response to fee examiner. |
| 08/19/10 | 0.70 | Review July time detail for confidentiality and local rule compliance. |
| 08/24/10 | 0.50 | Review and edit Ex. 1 to response to fee examiner. |
| 08/24/10 | 0.20 | Review and finalize response to fee examiner. |
| 08/31/10 | 0.60 | Review and edit July time detail for confidentiality concerns |

September 27, 2010

|            |      | and local rule compliance. |
|------------|------|----------------------------|
| 08/31/10   | 0.10 | Review CNO for 11th monthly fee application. |

**Diana Gillig**

| 08/05/10 | 0.10 | Draft CNO for 10th monthly fee application. |
|----------|------|---------------------------------------------|
| 08/05/10 | 0.10 | Electronically file same. |
| 08/05/10 | 0.20 | Revise time detail regarding Zuckerman's 11th monthly fee application. |
| 08/05/10 | 0.50 | Prepare itemization chart exhibit for the 11th monthly fee application. |
| 08/05/10 | 1.00 | Draft 11th monthly fee application. |
| 08/05/10 | 0.20 | Draft notice and certificate of service for same. |
| 08/09/10 | 0.10 | Revise 11th monthly fee application. |
| 08/09/10 | 0.30 | Electronically file and prepare service of same. |
| 08/11/10 | 2.20 | Review and research costs in question regarding fee examiner's report. |
| 08/16/10 | 1.10 | Prepare exhibit to response for fee examiner. |
| 08/19/10 | 2.80 | Research costs regarding exhibit chart for response to fee examiner's report. |
| 08/23/10 | 0.90 | Revise time detail for next fee application. |
| 08/24/10 | 0.40 | Revise Exhibit A regarding response to examiner's report. |
| 08/24/10 | 0.10 | Forward finalized response to fee examiner. |
| 08/31/10 | 0.10 | Draft CNO regarding Zuckerman's 11th monthly fee application. |

September 27, 2010

Tribune Company
c/o Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Invoice:274678
Client: 12464
Matter: 0003
EIN: 52-1112263

Re: Special Counsel / Non-Working Travel Time

## STATEMENT

For professional services rendered as set forth in the attached itemization and expenses incurred through August 31, 2010.

| | | |
|---|---|---|
| By Graeme W. Bush | | |
| 7.50 hours at $765.00 per hour | $ | 5,737.50 |
| By James Sottile | | |
| 8.80 hours at $675.00 per hour | $ | 5,940.00 |
| By Thomas G. Macauley | | |
| 1.80 hours at $580.00 per hour | $ | 1,044.00 |
| TOTAL FEES | $ | 12,721.50 |
| Less Professional Courtesy | $ | -6,360.75 |
| TOTAL FEES | $ | 6,360.75 |
| TOTAL EXPENSES | $ | 0.00 |
| TOTAL FEES AND EXPENSES THIS PERIOD | $ | 6,360.75 |

September 27, 2010

DESCRIPTION OF SERVICES

CLIENT: 12464
MATTER: 0003

James Sottile

| | | |
|---|---|---|
| 08/03/10 | 4.80 | Travel to/from Wilmington for hearing. |
| 08/20/10 | 4.00 | Travel to/from Wilmington for hearing. |

Thomas G. Macauley

| | | |
|---|---|---|
| 08/17/10 | 1.80 | Drive to Wilmington from Bethany Beach to attend hearing on very short notice. |

Graeme W. Bush

| | | |
|---|---|---|
| 08/25/10 | 5.00 | Travel to and from New York, NY. |
| 08/26/10 | 2.50 | Travel to and from Wilmington, DE. |

# EXHIBIT B

Tribune Company, No. 08-13141 (KJC)
Zuckerman Spaeder LLP
13th Monthly Fee Application
Period 8/1/10-8/31/10

| EXPENSES | AMOUNT | DATE OF SERVICE | | TOTALS |
|---|---|---|---|---|
| EXPERT - NAVIGANT | $ 368,840.04 | 9/27/2010 | | |
| Total | $ 368,840.04 | | $ | 368,840.04 |
| COURT FEES - COURTCALL | $ 51.00 | 8/4/2010 | | |
| Total | $ 51.00 | | $ | 51.00 |
| TRAIN / AIR TRAVEL    train | $ 654.00 | 8/9/2010 | GB | |
| | $ 223.00 | 8/11/2010 | TM | |
| | $ 844.00 | 8/25/2010 | JS | |
| | $ 4.50 | 8/25/2010 | JS | |
| | $ 829.00 | 8/31/2010 | GB | |
| Total | $ 2,554.50 | | $ | 2,554.50 |
| HOTELS | $ 725.27 | 8/11/2010 | TM | |
| Total | $ 725.27 | | $ | 725.27 |
| TAXI / PARKING | $ 19.00 | 8/5/2010 | | |
| | $ 20.00 | 8/11/2010 | | |
| | $ 36.00 | 8/25/2010 | | |
| | $ 17.00 | 8/31/2010 | | |
| Total | $ 92.00 | | $ | 92.00 |
| LOCAL TRANSP. - ARNOW | $ 117.00 | 8/10/2010 | | |
| Total | $ 117.00 | | $ | 117.00 |
| WESTLAW RESEARCH | $ 253.35 | 7/31/2010 | | |
| Total | $ 253.35 | | $ | 253.35 |
| INHOUSE COPY | $ 38.00 | 8/9/2010 | | |
| Total | $ 38.00 | | $ | 38.00 |
| LONG DISTANCE CALLS | $ 0.24 | 8/2/2010 | | |
| | $ 1.80 | 8/5/2010 | | |
| | $ 0.48 | 8/16/2010 | | |
| | $ 0.24 | 8/17/2010 | | |
| | $ 14.04 | 8/18/2010 | | |
| | $ 16.08 | 8/19/2010 | | |
| | $ 0.24 | 8/24/2010 | | |
| | $ 0.12 | 8/26/2010 | | |
| Total | $ 33.24 | | $ | 33.24 |
| POSTAGE | $ 19.00 | 8/31/2010 | | |
| Total | $ 19.00 | | $ | 19.00 |
| GRAND TOTAL | | | $ | 372,723.40 |