IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

      Debbie Laskin being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Credit Agreement Lenders in the above-referenced cases, and on 17 of September 2010, she caused a copy of the following to be served as indicated, upon the parties identified on the attached list:

Joint Plan of Reorganization [D.I. 5728]

Disclosure Statement [D.I. 5729]

Statement of Certain Credit Agreement Lenders Regarding Filing of Alternative Plan of Reporganization [D.I. 5730]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 27 day of September 2010.

_____
Notary Public

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

## SERVICE LIST

Michael S. Amato, Esq
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Fl
1425 RXR Plaza
Uniondale, NY 11556
*Facsimile*

Daniel K. Astin, Esq.
Citizens Bank Center
Anthony M. Saccullo, Esq.
Mary E. Augustine, Esq.
Ciardi Ciardi & Astin, P.C.
919 North Market Street, Suite 700
Wilmington, DE 19801
(Robert McCormick Foundation)
*Hand Delivery*

Zachary J. Bancroft, Esq
Lowndes Drosdick Doster Kantor & Reed
450 S. Orange Ave., Suite 250
Orlando, FL 32801
*First Class Mail*

Ian C. Bifferato, Esq.
Kevin Collins
Bifferato LLC
800 North King Street - First Floor
Wilmington, DE 19801
(D. Neil, C. Brown, H. Weinstein, W. Roche, M. Levin, J. Makinen)
*Hand Delivery*

Michael V. Blumenthal, Esq
Crowell & Moring
590 Maidson Ave., 19th Fl.
New York, NY 10022
(NBC Universal)
*First Class Mail*

Thomas Asdounis
Askounis & Darcy
401 North Michigan Ave., Suite 550
Chicago, IL 60611
Banc of America Leasing
*First Class Mail*

James F. Bailey, Jr
Bailey & Associates, P.A.
Three Mill Road, Suite 306A
Wilmington, DE 19806
*First Class Mail*

Donald Bernstein, Esq.
Damian Schaible, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(JPMorgan Chase Bank)
*First Class Mail*

C. B. Blackard, III, Esq.
Corporate Counsel
Acxiom Corporation
301 East Dave Ward Drive
P.O. Box 2000
Conway, AR 72033-2000
*First Class Mail*

Corey Smith Bott
Abato, Rubenstein and Abato
809 Gleneagles Court, Suite 320
Baltimore, MD 21286
(Truck Drivers and Helpers Local)
*First Class Mail*

William P. Bowden, Esquire
Amanda Winfree, Esq.
Christopher S. Sontchi, Esquire
Matthew G. Zaleski, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(Ricketts Acquisition LLC and Chicago Baseball Holdings, LLC, Aurelius Cap)
*Hand Delivery*

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 N. Market Street, Suite 1500
Wilmington, DE 19801
(Barclays Bank)
*Hand Delivery*

Babette A. Ceccotti, Esq.
Joseph J. Vitale, Esq.
Cohen, Weiss and Simon LLP
330 West 42nd Street, 25th Floor
New York, NY 10036
(American Federation of Television and Radio Artists)
(America ("UAW"))
*First Class Mail*

Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
*First Class Mail*

Elaine Z. Cole, Esq.
Daniel Smirlock, Deputy Commissioner
State of New York, Dept. of Taxation and Finance
340 E. Main Street
Rochester, NY 14604
*First Class Mail*

Andrew S. Conway, Esq.
The Taubman Company
200 East Long Lake Road, Suite 300
Bloomfield Hills, Michigan 48304
( Taubman Landlords)
*First Class Mail*

Linda Boyle
TW Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124
*First Class Mail*

Ronald K. Brown, Jr
c/o 215 S. Brea Blvd., LLC
Law Offices of Ronald K. Brown, Jr.
901 Dove Street, Suite 120
Newport Beach, CA 92660
(Gateway Pacific Properties)
*First Class Mail*

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Franciso, CA 94105-2130
(Oracle)
*First Class Mail*

Leslie Cohen, Esquire
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401
*First Class Mail*

Mark D. Collins, Esq.
John Knight, Esq.
Jason M. Madron, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(JPMorgan Chase)
*Hand Delivery*

Robert L. Cook, Esq.
District Tax Attorney
NYS Deptartment of Taxation and Finance
333 East Washington St., 3rd Floo
Syracuse, NY 13202
*First Class Mail*

L. Jason Cornell, Esq.
Fox Rothschild LLP
919 Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(Donna Gerhart Gutman)
*Hand Delivery*

Michael A. Cox, Esq
Unemployment Tax Office
Department of Labor & Economic Growth, Unemployment
Insurance Agency
3030 W. Grand Boulevard, Cadillac Place, Ste. 10-200
Detroit, MI 48202
*First Class Mail*

Anthony III Deglomine, III, Esq.
Vice President
Harris Corporation
1025 W. NASA Blvd.
Mail Stop A-11A
Melbourne, FL 32919
(Harris Corporation)
*First Class Mail*

John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064
(Harris County)
*First Class Mail*

J. Scott Douglass
909 Fannin, Suite 1800
Houston, TX 77010
*First Class Mail*

Sherry Ruggiero Fallon, Esq.
Tybout, Redfearn & Pell
750 Shipyard Drive, Suite 400
Wilmington, DE 19899
*Hand Delivery*

Angie Cowan
Allison Slutsky & Kennedy
230 W Monroe St., Suite 2600
Chicago, IL 60606
(IAM Lodge)
*First Class Mail*

Charles Davidow
2001 K. Street, N.Q.
Washington, DC 20006
(Citicorp North America)
*First Class Mail*

Douglas Deutche
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
(Committee Counsel)
*First Class Mail*

John P. DiTomo, Esq
Jeffrey M. Gorris
Paul, Weiss, Rifkind Wharton & Garrison LLP
1000 N. West Street, Suite 1200
Wimington, DE 19801
*Hand Delivery*

Margaret England, Esq/
Eckert Seamans Cherin & Mellott, LLC
Suite 1210, 300 Delaware Avenue
Wilmington, DE 19801
Nielsen Co.
Illinois
*Hand Delivery*

Mark E. Felger, Esq.
Cozen & O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(20th Century Television)
*First Class Mail*

John V. Fiorella, Esq.
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
(Navistar)
*Hand Delivery*

Joseph D. Frank, Esq.
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610
(Jones Lang Lasalle Americas)
*First Class Mail*

Joanne Fungaroli
CapitalSource Finance LLC
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815
*First Class Mail*

Scott A. Golden, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
(Abitibibowater)
*First Class Mail*

Douglas R. Gonzales, Esq.
Weiss Serota Helfman Pastoriza Cole & Boniske, P.L.
200 East Broward Boulevard, Suite 1900
Fort Lauderdale, FL 33301
*First Class Mail*

Aaron L. Hammer, Esq.
Devon J. Eggert, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
(Mercer)
*First Class Mail*

Patrick Healy
Wilmington Trust Co.
1100 North Market Street
Rodney Square North
Wilmington, DE 19801
*Hand Delivery*

Janet T. Fitzpatrick
Unisys Corporation
P.O. Box 500, M/S E8-108 Unisys Way
Blue Bell, PA 19424
(Unisys Corporation)
*First Class Mail*

Edward Freidman
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway, Fl 46
New York, NY 10019
(Aurelius Cap)
*First Class Mail*

Yonatan Gelblum, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
555 4th Street NW, Room 6110
Washington, DC 20001
(Internal Revenue Service)
*First Class Mail*

Daniel Golden, Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036
Centerbridge
*First Class Mail*

Philip Gregory
Cotchett Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010
(Neil, Brown Weinstein, Roche Levin and Makinen)
*First Class Mail*

Robert L. Hanley, Jr., Esq.
Nolan, Plumhoff & Williams, Chtd.
502 Washington Avenue, Suite 700
Towson, MD 21204
(St. John Properties)
*First Class Mail*

Christine Z. Heri
U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street, Suitre 844
Chicago, IL 60604
(Secretary of LAbor, Hilda Solisi)
*First Class Mail*

Mr. Ken Higman
Sr. Default & Recovery Analyst
Hewlett-Packard Company
2125 E. Katella Avenue, Suite 400
Anaheim, CA 92806
*First Class Mail*

Jennifer Hoover, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 810
Wilmington, DE 19801
(Wilmington Trust Co.)
*First Class Mail*

Internal Revenue Service
11601 Roosevelt Blvd., Mail Drop N781
PO Box 21126
Philadelphia, PA 19114
*First Class Mail*

Laura D. Jones, Esq
Timothy Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
*Hand Delivery*

Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
P.O. Box 1680
Wilmington, DE 19899
(American Federation of Television and Radio Artists)
*Hand Delivery*

Kartar S. Khalsa, Esq.
Office of the General Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW, Suite 340
Washington, DC 20005-4026
(Pension Benefit Company)
*First Class Mail*

R. Karl Hill
Seitz Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899
*Hand Delivery*

Frederick D. Hyman, Esq.
James Carlson, Esq.
Mayer, Brown Rowe & Maw LLP
1675 Broadway
New York, NY 10019
Barclays
*First Class Mail*

Mr. Evan M. Jones
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, CA 90071-2899
(Bank of America)
*First Class Mail*

Ken Kansa, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Debtors - Tribune Co.)
*First Class Mail*

William M. Kelleher, Esq.
Elliott Greenleaf
1000 West Street, Suite 1440
Wilmington, DE 19801
(Corestaff Services)
*Hand Delivery*

Pamela Kohlman Webster, Esq
Buchalter Nemer
1000 Wiltshire Boulevard, Suite 1500
Los Angeles, CA 90017
(Sony Pictures Television)
*First Class Mail*

Adam G. Landis, Esq.
Matthew McGuire, Esq.
Landis Rath & Cobb, LLP
919 Market Street, 6th Floor
Wilmington, DE 19801
(Committee Counsel)
*Hand Delivery*

Thomas E Lauria
Sam J. Alberts, Esq.
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352
(Wells Fargo)
*First Class Mail*

Joshua Losardo, Esq.
Belkin Burden Wenig & Goldman, LLP
270 Madison Avenue
New York, NY 10016
(Enterprise Garage Corp.)
*First Class Mail*

Katharine L. Mayer, Esq.
McCarter & English, LLP
405 N. Market Street, 8th Floor
Wilmington, DE 19801
(Deutsche Bank)
*Hand Delivery*

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
(iron Mountain Information Management, Inc.)
*First Class Mail*

Michelle McMahon, Esq
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
(CWA/ITV Negotiated Pension Plan)
*First Class Mail*

Rachel B. Mersky, Esq.
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(BKM 3128 Redhill LLC)
*Hand Delivery*

Michael R. Lastowski, Esq.
Sommer Ross, Esq.
Sommer L. Ross, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Sony Pictures Television
*Hand Delivery*

Alan J. Lipkin, Esq.
Steven Z. Szanzer, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
*First Class Mail*

Julie A. Manning, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
*First Class Mail*

Garvan F. McDaniel, Esq.
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801
(Law Debenture Trust)
*Hand Delivery*

Maureen A. McGreevey
Corporate Counsel
SunGard
680 E. Swedesford Road
Wayne, PA 19087
*First Class Mail*

Colleen E. McManus, Esquire
Much Shelist Deneburg, Ament & Rubenstein
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
CF 4242 Bryn Mawr LLC
*First Class Mail*

George R. Mesires, Esq.
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
(KTR South Florida)
*First Class Mail*

Kerriann Mills
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Debtors - Tribune Co.)
*First Class Mail*

Sheryl L. Moreau, Esq
Attn: Bankruptcy Unit
Missouri Department of Revenue
301 High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475
(Missouri Department of Revenue)
*First Class Mail*

David Neier, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
*First Class Mail*

Jeffrey J. Newton, Esq.
County Attorney for Broward County
115 South Andrews Ave., Suite 423
Governmental Center
Fort Lauderdale, FL 33301
(Broward County)
*First Class Mail*

Margaret Ann Nolan, Esq.
Carmela J. Sandmann, Assistant County Solicitor
Howard County Office of Law
3430 Courthouse Drive
Ellicott City, MD 21043
(and others - 11 total))
*First Class Mail*

Edmond P. O'Brien, Esq
Stempel, Bennett, Claman & Hochberg, P.C.
675 Third Avenue, 31st Floor
New York, NY 10017
*First Class Mail*

Carol E. Momjiam, Esq.
Senior Deputy Attorney General
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
(PA Dept. of Revenue)
*First Class Mail*

Ramona Neal, Esq
Corporate Counsel
Hewlett-Packard Company
11311 Chinden Blvd., Mailstop 314
Boise, ID 83714-0021
*First Class Mail*

David Neumann, Esq
Benesch Friedlander Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
(Wilmington Trust Co.)
*First Class Mail*

Jami B. Nimeroff, Esq.
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 4000
Wilmington, DE 19801
NBC Universal Inc.
*Hand Delivery*

Michael E O'Brien
Merrill Lynch Capital Corporation
250 Vesey Street
4 World Financial Center, 7th Floor
New York, NY 10080
*First Class Mail*

Norman L. Pernick, Esq
Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, 14th Floor
Wilmington, DE 19801
(Debtors - Tribune Co.)
*Hand Delivery*

John C. Phillips, Esq
Brian E. Farnan, Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
*First Class Mail*

David M. Powlen, Esq.
Barnes & Thornburg LLP
1000 North West Street, Suite 1200
Wilmington, DE 19801
(Morgan Stanley)
*First Class Mail*

Jeffrey N. Rich, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
(Greatbanc Trust)
*First Class Mail*

Frederick B. Rosner, Esq.
Messana Rosner & Stern, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Intelsat Corp)
*Hand Delivery*

Paul A. Rubin, Esq
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
(Canon USA Inc.)
*First Class Mail*

Elaine M. Seid, Esq.
McPharlin Sprinkles & Thomas LLP
10 Almaden Blvd., Suite 1460
San Jose, CA 95113
(Diablo Investment)
*First Class Mail*

Dana S. Plon, Esq
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA 19102
*First Class Mail*

David W. Reimann
The Reimann Law Group
1960 E. Grand Avenue, Suite 1165
El Segundo, CA 90245
*First Class Mail*

Fred B. Ringel, Esq.
Robinson Brog Leinwand Green Genovese & Gluck PC
1345 Avenue of the Americas
New York, NY 10105
*First Class Mail*

David S. Rosner, Esq.
Ronald R. Rossi, Esq.
David J. Mark, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019-6799
(Law Debenture Trust)
*First Class Mail*

Margot B. Schonholtz, Esq.
Madlyn Gleich Primoff, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596
(Merrill Lynch Capital Corp.)
*First Class Mail*

Howard Seife, Esq.
David LeMay, Esq.
Christy Rivera, Esq.
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
(Committee Counsel)
*First Class Mail*

Joseph E. Shickich, Jr.
Hilary Bramwell Mohr, Esq.
Riddell Williams P.S.
1001 4th Avenue, Suite 4500
Seattle, WA 98154
*First Class Mail*

Stephen Shimshak, Esq.
Marc Falcone, Esq.
Kyle J. Kimpler
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
*First Class Mail*

Christopher P. Simon, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Fl.
PO Box 1380
Wilmington, DE 19801
(Washington Baltimore Newspaper Guild)
*Hand Delivery*

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046
*Hand Delivery*

Robert Stark, Esq.
Brown Rudnick
Seven Times Square
New York, NY 10036
(Wilmington Trust Co.)
*First Class Mail*

John Strock, Esq.
Fox Rothschild LLP
919 Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(Wells Fargo, Bridge Agent)
*Hand Delivery*

Judy D. Thompson, Esq.
PO Box 33127
Charlotte, NC 28233
*First Class Mail*

Beverly H. Shideler
IMB Corporation
Two Lincoln Centre
Oakbroock Terrace, IL 60181
*First Class Mail*

Laurie Selber Silverstein, Esq.
R. Stephen McNeil, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801
*Hand Delivery*

Ramesh Singh
c/o Recovery Manangement Systems Corp.
GE Money Bank
25 SE Second Avenue, Suite 1120
Miami, FL 33131
(GE Money Bank (Brooks Brothers), GE Money Bank (Lowe's))
*First Class Mail*

James Sorenson, Esq.
D. Tyler Van Leuven, Esq.
Chad Heckman, Esq.
Williams Gautier Gwynn DeLoach & Sorenson
PO Box 4128
Tallahassee, FL 32315
(Florida Self Insurers Guaranty Asso.)
*First Class Mail*

David B. Stratton, Esq.
Pepper Hamilton LLP
1313 N. Market Street, Hercules Plaza, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709
*Hand Delivery*

Edward Susolik
Callahan & Blaine
3 Hutton Drive, 9th Fl
Santa Ana, CA 92707
(Jon Van Semus by and thru Neala Olsen)
*First Class Mail*

Judy D. Thompson
Poyner & Spruill L.L.P.
301 Charlotte Street, Suite 2300
Charlotte, NC 28202
*Facsimile*

Edward Tredinnick, Esq.
Greene Radovsky Maloney & Share LLP
Four Embarcadero Center, Suite 4000
San Francisco, CA 94111
(Catellus Develpment)
*First Class Mail*

US Trustee
Att: Joseph McMahon
Office of the US Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
(United States Trustee)
*First Class Mail*

Elizabeth Weller, Esq.
Linebarger Goggan Blair Pena & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
(Dallas County)
*First Class Mail*

Jeffrey C. Wisler, Esq
Connolly Bove Lodge & Hutz LLP
The Nemours Bldg., 1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Hand Delivery*

Matthew J. Troy, Esq.
Civil Division
United States Department of Justice
1100 L Street, NW, Room 10006
P.O. Box 875
Washington, DC 20044-0875
*First Class Mail*

Ruth Weinstein
Canon USA Inc.
1 Canon Plaza
Lake Success, NY 11042
*First Class Mail*

Eric R. Wilson, Esq
Howard Steel
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(Telerep, LLC)
*First Class Mail*