## EXHIBIT 1

### Tribune Seventeenth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Arnold & Porter[3]<br>555 Twelfth Street, NW<br>Washington, D.C. 20004-1206<br>Contact: Jeffrey H. Smith | First Amendment and federal administrative law counsel | $20,000 |
| Hunton & Williams LLP[4]<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL<br>(305) 810-2500<br>Contact: Juan Enjamio | Employment litigation counsel for Florida operations (including enforcement and defense of restrictive covenant matters) | $35,000 |

---

[3] Arnold & Porter was previously retained as an Ordinary Course Professional with a monthly cap of $10,000. (Docket No. 227.)

[4] Hunton & Williams was previously retained as an Ordinary Course Professional with a monthly cap of $5,000. (Docket No. 227.)