**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**FEE EXAMINER'S FINAL REPORT REGARDING**
**THIRD INTERIM FEE APPLICATION REQUEST OF**
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**

Stuart Maue (the "**Fee Examiner**") submits this Final Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 546] (the "**Fee Examiner Order**") in connection with the *Third Interim Fee Application Request of Paul, Hastings, Janofsky & Walker LLP* [Docket No. 2363] (the "**Fee Application**"). The Fee Application seeks approval of fees

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

that total $248,499.00 and reimbursement of expenses that total $1,368.46 for the period from June 1, 2009 through August 31, 2009. Paul, Hastings, Janofsky & Walker LLP ("**Paul Hastings**") serves as special counsel to the Debtors and Debtors-in-Possession for general real estate and related matters.

### Background

1.     On December 8, 2008 (the "**Petition Date**"), Tribune Company and its listed subsidiaries and affiliates (each a "**Debtor**" and collectively the "**Debtors**"), commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code. Under this Court's *Order Directing Joint Administration Chapter 11 Cases* on December 10, 2009, these cases are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules [Docket No. 43].

2.     On December 26, 2009, the Debtors filed their *Application Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Authorized the Retention and Employment of Paul, Hastings, Janofsky and Walker, LLP as special counsel general real estate and related matters for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 144] (the "**Retention Application**"). The Retention Application sought the authority to employ and retain as special counsel to the Debtors and Debtors-in-Possession for general real estate and related matters. By order dated February 3, 2010, this Court approved the retention of Paul Hastings [Docket No. 323] (the "**Retention Order**").

3.     On January 13, 2010, Paul Hastings submitted the Fee Application pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members under 11 U.S.C. §§ 105(a) and 331* [Docket No. 225] (the "**Interim Compensation Order**").

### Applicable Standards

4.     In light of the size and complexity of these Chapter 11 cases, this Court appointed the Fee Examiner "to act as a special consultant to the Court for professional fee and expense analysis and review, as described in [the Fee Examiner Order]" and observed that "it is necessary to establish

uniform procedures for the review, allowance, and payment of fees and expenses of Case Professionals to ensure compliance with section 330 of the Bankruptcy Code and other applicable rules and guidelines." *Fee Examiner Order* ¶¶ 1, 3.

5.     The Fee Examiner reviewed the Fee Application for compliance with sections 330 and 331 of the Bankruptcy Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the United States Trustee Guidelines for Reviewing Applications for Compensation & Reimbursement of Expenses filed under 11 U.S.C. § 330 (28 C.F.R. Part 58, Appendix A) (the "**UST Guidelines**").  In addition, the Fee Examiner reviewed the Fee Application for general compliance with legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, the Third Circuit Court of Appeals, state ethics rules, other applicable precedent, and industry standards.

6.     Pursuant to Section 330 of the Bankruptcy Code, the Court may award professionals "reasonable compensation for actual, necessary services." *11 U.S.C. § 330(a)(1)(A).*  In evaluating the amount of reasonable compensation to be awarded, "the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and (F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title." *11 U.S.C. §§ 330(a)(3)(A-F).*

7.      A fee applicant bears the burden of proof on all of the elements of a fee application, including proving that the services provided were necessary and reasonable and that the billed expenses were necessary, reasonable, and actually incurred.  A fee application must comply with the format and content requirements outlined in the applicable guidelines and bankruptcy rules.  Moreover, the exercise of billing judgment by attorneys is ethically mandated; it is an inherent and unavoidable component of every fee application.  A fee applicant must make a good faith effort to exclude excessive, redundant or otherwise unnecessary hours from a fee request.

8.      The Fee Examiner completed the preliminary evaluation of the Fee Application, the Retention Application, the Retention Order, the Interim Compensation Order, and all related filings, and issued a Preliminary Report to Paul Hastings.  The firm provided a written response to the Preliminary Report, and subsequently the Fee Examiner elicited additional information from the firm. After evaluation and consideration of the additional information provided by Paul Hastings, the Fee Examiner submits this Final Report for the Court's consideration.  This Final Report is in a format designed to quantify and present factual data relevant to whether the requested fees and expenses of the applicant meet the applicable standards of section 330 of the Bankruptcy Code and Local Rule 2016-2, and will also inform the Court of all proposed consensual resolutions of the fee and/or expense reimbursement request for the professional and the basis for such proposed consensual resolution.

## DISCUSSION OF FINDINGS

### Technical Requirements

9.      **Reconciliation of Fees and Expenses.**  The Fee Examiner compared the total amount of fees and expenses requested in the Fee Application (**"Fees Requested"** and **"Expenses Requested"**) to the fees and expenses actually documented in the electronic and/or hard copy data received from the firm (**"Fees Computed"** and **"Expenses Computed"**).  The reconciliation revealed that the amount of Fees Requested is $42.50 less than the Fees Computed.  The discrepancy is the result of task hours

within one entry that exceeded the time invoiced for the entry as a whole. The discrepancy is displayed below:

| Invoice Number | Timekeeper Name | Entry Date | Rate | Hours Billed | Hours Computed | Fees Billed | Fees Computed | Hour Difference | Fee Difference |
|---|---|---|---|---|---|---|---|---|---|
| 1799276 | Park | 08/06/09 | $425.00 | 0.70 | 0.80 | $297.50 | $340.00 | (0.10) | ($42.50) |
| | | | | | Total Discrepancy (Undercharge) | | | (0.10) | ($42.50) |

The recomputation of expenses revealed no difference between the Expenses Requested and the Expenses Computed. The figures in this report and the accompanying exhibits reflect the Fees Computed.

10. **Block Billing.** The Local Rules provide that "[a]ctivity descriptions shall not be lumped – each activity shall have a separate description and a time allotment." *Local Rule 2016-2(d)(vii)*. The UST Guidelines further provide that where a timekeeper's daily time entries exceed 0.50 hour on a daily aggregate, "services should be noted in detail and not combined or 'lumped' together, with each service showing a separate time entry." *UST Guidelines* ¶(b)(4)(v).[2] With minimal exceptions, Paul Hastings did not block bill time entries.

11. **Time Increments.** The Local Rules provide that "[a]ctivities shall be billed in tenths of an hour (six (6) minutes)." *Local Rule 2016-2(d)(iv)*. The UST Guidelines further provide that time entries "should be kept contemporaneously with the services rendered in time periods of tenths of an hour." *UST Guidelines* ¶(b)(4)(v). Paul Hastings invoiced time in the requisite tenths of an hour increment.

## Review of Fees

12. **Firm Staffing.** The UST Guidelines state that fee applications should identify the "[n]ames and hourly rates of all applicant's professionals and paraprofessionals who billed time, [an]

---

[2] The judicial response to block billing varies. Some courts summarily disallow all fees in excess of one-half hour for each lumped entry, *e.g.*, *In re Brous*, 370 B.R. 563, 570 (Bankr. S.D.N.Y. 2007), whereas other courts apply an across the board percentage reduction, *e.g.*, *In re Baker*, 374 B.R. 489, 496 (Bankr. E.D.N.Y. 2007). Across the board cuts range from five to 100 percent. *See id.* at 495 n.7 and cases cited.

through July 2009. The Fee Examiner requested from the firm an explanation of the multiple hourly rate increases.

In response to the Preliminary Report, Paul Hastings stated that the firm raised the rates for all associates in January 2009 according to market changes and associates were advanced to the next class year in July 2009. The firm's practice of raising associate rates twice per year is not in accord with the practice of many law firms and likewise differs from most (if not all) case professionals involved in the Tribune bankruptcy. The Fee Examiner notes Paul Hasting's rate increases for the Court, the U.S. Trustee, and other interested parties, and while no fee reduction is recommended at this time the Fee Examiner will quantify the fees resulting from the second rate increase in the course of analyzing and reporting on the firm's final fee application.

14.    **Timekeepers' Roles.**  A court may not allow compensation of fees for duplicative or unnecessary services. *See 11 U.S.C. § 330(4).*  With this directive in mind, the Fee Examiner reviewed the billing entries of each timekeeper to evaluate his or her contribution to the representation, including a comparison to others' efforts. On the whole, each Paul Hastings timekeeper appeared to perform either core team responsibilities necessary to the engagement, or performed limited but discrete, necessary, and/or fungible tasks that did not appear to be duplicated by other professionals. However, it appeared that certain timekeepers had minimal involvement in the case and billed for activities that could have been performed by other timekeepers or timekeepers billing at a lower rate. The Fee Examiner requested from Paul Hastings additional information regarding the necessity and the roles of the five timekeepers identified in **Exhibit B** to the Preliminary Report. The entries totaled 6.00 hours with $3,809.50 in associated fees.

In response to the Preliminary Report, Paul Hastings provided additional information regarding the expertise of the attorneys in question as well as their contribution to the present matter. In each instance, the firm stated the attorney was consulted either for his/her knowledge/expertise (tax, New York real estate, etc.) or in order to provide services at a lower hourly rate. After consideration

of the detail and explanation provided by Paul Hastings, the Fee Examiner makes no recommendation for a fee reduction.  Exhibit B is omitted from this report.

15.    **Complete and Detailed Task Descriptions.**  Local Rule 2016-2(d) states that activity descriptions "shall be sufficiently detailed to allow the Court to determine whether all the time, or any portion thereof, is actual, reasonable and necessary."  The Local Rules further provide that fee applications "shall include complete and detailed activity descriptions," each activity description "shall include the type of activity (*e.g.*, phone call, research)," each activity description "shall include the subject matter (*e.g.*, exclusivity motion, section 341 meeting)," and that activity descriptions "shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing and the participant's role." *Local Rule 2016-2(d)(ii, v, vi, and ix)*.  The UST Guidelines provide that "time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication.  Time entries for court hearings and conferences should identify the subject of the hearing or conference." *UST Guidelines ¶(b)(4)(v)*.  Contrary to the requirements of the Local Rules and the Guidelines, many activity descriptions in the Fee Application were not sufficiently detailed.  Certain entries described conferences that did not identify the participants or the subject or purpose of the meeting; other entries used phrases such as "coordinate," "work on issues" or "attention to" which generally does not provide sufficient detail to determine the actual activity performed.  The entries, totaling 19.00 hours with $12,669.00 in associated fees, were displayed in **Exhibit C** to the Preliminary Report.  The Fee Examiner requested addition detail for the entries in question to bring the descriptions in line with the requirements of the Local Rules and Guidelines.

In response to the Preliminary Report, Paul Hastings provided an exhibit of the time entries revised to include the requisite detail.  As the task descriptions are now compliant with the Local Rules and UST Guidelines, the Fee Examiner makes no recommendation for a fee reduction. Exhibit C is omitted from this report.

16.    __Conferences, Hearings, and Other Events.__  The Local Rules provide that "activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role" (*Local Rule 2016-2(d)(ix)*),  and the UST Guidelines further provide that "[i]f more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." *UST Guidelines ¶(b)(4)(v)*. While it may be appropriate to have multiple attendees at some meetings, conferences, hearings or other events, it is the applicant's burden to justify overlapping staffing and to identify each participant's role.

The Fee Examiner identified a few occasions when two or more timekeepers billed to attend the same nonfirm conference, hearing, or other event.  Contrary to Local Rule 2016-2, neither the Fee Application nor the activity descriptions explained the role of each participant or the need for multiple attendees.  The entries, totaling 9.00 hours with $6,094.50 in associated fees, were displayed in **Exhibit D** to the Preliminary Report.  In each instance where more than one timekeeper attended a nonfirm conference or event, we identified the timekeeper who appeared most responsible for the matter and/or the particular event (i.e., the attorney leading rather than observing a nonfirm conference).  The potentially duplicative and unnecessary timekeepers' entries totaled 4.40 hours with $2,614.00 in associated fees, and were highlighted in bold and marked with an ampersand [&] in the exhibit.  The Fee Examiner Requested from the firm an explanation of the necessity of each of the multiple billers and their respective roles.

In response to the Preliminary Report, Paul Hastings provided an explanation for each of the meetings identified in the exhibit, stating both the purpose of the meeting and the role/necessity of the firm attorneys.  The additional information brings the firm in compliance with the requirements of the Local Rules and UST Guidelines, and accordingly the Fee Examiner makes no recommendation for a fee reduction.  Exhibit D is omitted from this report.

17.     **Intraoffice Conferences.**  Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel.  The fees for intraoffice conferences total 12.10 hours with $7,833.50 in associated fees, which computes to approximately 3% of the Fees Computed.  The entries were displayed in **Exhibit E** to the Preliminary Report.  On occasion, two or more firm professionals and/or paraprofessionals billed to attend the same internal conference, representing 3.90 hours with $2,737.00 in associated fees.  The entries describing intraoffice conferences attended by two or more firm personnel were highlighted in bold and marked with an ampersand [&] in the exhibit.  The Fee Examiner requested from Paul Hastings an explanation for the necessity of more than one participant billing for the same intraoffice conference.

In response to the Preliminary Report, Paul Hastings stated that the firm has and will continue to seek to limit multiple participants to matters where they are truly needed.  The firm's response described the complexity of the cases and the need for firm personnel from multiple disciplines/specialties to work together.  After review of the additional detail provided, and in consideration of the relatively minimal hours and fees resulting from intraoffice communication, the fee Examiner makes no recommendation for a fee reduction.  Exhibit E is omitted from this report.

18.     **Administrative Activities.**  Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm.  The Fee Examiner identified 30.00 hours with $9,401.50 in associated fees resulting from time entries describing administrative activities related to the firm's bills.  The entries were displayed in **Exhibit F** to the Preliminary Report.

In response, Paul Hastings asserted that all the activities described in the exhibit constituted billable work and cited the Bankruptcy Code and a 9th Circuit case stating that preparation of fee applications is compensable.  The Bankruptcy Code and prevalent case law are indeed clear that the preparation of fee applications comprise actual and necessary services.  However, the Fee Examiner noted that the time entries at issue do not reference Paul Hastings' fee applications but instead describe

work related to the firm's bills.[5]  Unlike the preparation of fee applications, work related to a firm's bills is not compensable in bankruptcy proceedings or otherwise.

In certain instances Paul Hastings timekeepers referred to the fee application as a "fee statement," which was at times distinguished from the firm's bills within the same time entry (*e.g.*, Ruth Rosen's 2.20 hours entry dated June 24, 2009: "Work on May billing statement (1.4); work on May fee statement (0.8)").  Accordingly, the Fee Examiner removed from the exhibit task descriptions referencing the "fee statement."  The remaining time entries total 23.90 hours and $7,449.50 in fees and are displayed in the revised Exhibit F included in this report.  After additional communication with the firm, Paul Hastings agreed to a voluntary fee reduction in the amount of $7,449.50.

19.  **Administrative Activities – Conflicts Checks.**  As a general rule, the time spent to perform the conflicts checks required as a condition of a firm's continued or expanded retention is not compensable.  The Fee Examiner identified nine time entries relating to conflicts checks, totaling 5.10 hours with $1,683.50 in associated fees.  The entries were displayed in **Exhibit G** to the Preliminary Report.

Paul Hastings addressed the issue in the firm's written response to the Preliminary Report, and further communication with the Fee Examiner ensued.  The result is a voluntary fee reduction in the amount $1,683.50 resulting from the time entries displayed in attached Exhibit G.

20.  **Clerical Activities.**  Clerical activities are tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries, or support personnel.[6]  The time

---

[5]  In contrast to the entries at issue which reference the firm's bills, Paul Hastings invoiced numerous time entries that described work related to the actual fee applications.  The task descriptions referring preparation of the fee applications are addressed in paragraph 22 of this report and displayed in the attached Exhibit I.

[6]  "Duties appropriate for office staff are considered part of a professional's overhead expenses and may not be billed to the estate."  *Fibermark*, 349 B.R. at 397; *In re Korea Chosun Daily Times, Inc.*, 337 B.R. 758 769 (Bankr. E.D.N.Y. 2005) (overhead not compensable); *but see Bennett Funding*, 213 B.R. at 247-48 (discussing differing approaches to clerical work at professional rates).  These overhead activities may include: mailing; photocopying, word processing (including the creation of templates), formatting, creating spreadsheets, printing,

entries describing clerical activities were displayed in **Exhibit H** to the Preliminary Report and totaled 12.00 hours with $2,460.00 in associated fees.

In response, Paul Hastings stated that the work described in the exhibit required extensive training and substantial knowledge. However, after further communication with the Fee Examiner, the firm agreed to the adjustment of the rate for the clerical activities to $80.00 per hour, resulting in a voluntary fee reduction of $1,500.00 as displayed in the attached Exhibit H.

21.    **Travel.** The Local Rules provide that nonworking travel time "shall be separately described and may be billed at no more than 50% of regular hourly rates." *Local Rule 2016-2(d)(viii)*. Paul Hastings did not bill for travel during the interim period.

22.    **Paul Hastings Retention/Compensation.** Paul Hastings billed 67.80 hours with associated fees of $24,168.50 to prepare the firm's retention documents and applications for compensation, which computes to approximately 10% of the Fees Computed. The fee entries identified as retention/compensation activities were displayed in **Exhibit I** to the Preliminary Report. The Fee Examiner requested an explanation as to why such a large percentage of the firm's fees resulted from the retention/compensation tasks.

Paul Hastings' response to the Preliminary Report repeated and cited the firm's response to the administrative activities previously addressed in this report, again stating that preparation of fee applications is compensable. The response did not address the question posed by the Fee Examiner – why the fee application work constituted such a large percentage of the overall fees. Due to the recommended fee reductions for administrative work and conflict checks, the Fee Examiner makes no recommendation for a fee reduction. Exhibit I is included with this report for the Court's reference.

---

organizing files, checking for docket updates, creating binders, and secretarial overtime. *Fibermark*, 349 B.R. at 396-97.

### Review of Expenses

23.    **Complete and Detailed Itemization of Expenses.**  The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the expense, if available." *Local Rule 2016-2(e)(i-ii)*.  The UST Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." *UST Guidelines ¶(b)(5)(iii)*.  Paul Hastings provided an itemization for the firm expenses that included the category, the date, the description, the amount, and the name of the timekeeper who incurred the charge.

24.    **Photocopies.**  The Local Rules provide that copying charges shall not exceed $0.10 per page. *Local Rule 2016-2(e)(iii)*.  Paul Hastings stated in the Fee Application that the firm's rate for duplication is $0.10 per page.

### Conclusion

The Fee Examiner submits this final report regarding the Application and the fees and expenses discussed above.  The Fee Examiner recommends the approval of fees in the amount of $237,908.50 ($248,499.00 minus $10,590.50) and reimbursement of expenses in the amount of $1,368.46 for the period from June 1, 2009 through August 31, 2009.  The findings are summarized in the attached Appendix A.

Respectfully submitted,

**STUART MAUE**

By: _John L. Decker_

John L. Decker
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone:    (314) 291-3030
Facsimile:    (314) 291-6546
tribunebkr@smmj.com

*Fee Examiner*

# APPENDIX A

## PAUL, HASTINGS, JANOFSKY & WALKER, LLP

### SUMMARY OF FINDINGS

#### Third Interim Fee Application Request (June 1, 2009 through August 31, 2009)

##### A.    Amounts Requested and Computed

| | | |
|---|---|---|
| Fees Requested | $248,499.00 | |
| Expenses Requested | 1,368.46 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $249,867.46 |
| | | |
| Fees Computed | $248,541.50 | |
| Expenses Computed | 1,368.46 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $249,909.96 |
| | | |
| Discrepancy in Fees | ($ 42.50) | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | ($ 42.50) |

##### B.    Recommended Fee Allowance and Expense Reimbursement

| | | |
|---|---|---|
| Fees Requested | $248,499.00 | |
| *Discrepancy in Fees* | *$ 42.50* | |
| *Agreed Reduction for Administrative Activities* | *(7,449.50)* | |
| *Agreed Reduction for Administrative Activities–Conflict Checks* | *(1,683.50)* | |
| *Agreed Reduction for Clerical Activities* | *(1,500.00)* | |
| Subtotal | *($10,590.50)* | |
| | | |
| RECOMMENDED FEE ALLOWANCE | | $237,908.50 |
| | | |
| Expenses Requested | $1,368.46 | |
| | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 1,368.46 |
| | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $239,276.96 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 30th day of September, 2010.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. Ludwig, Esq.
Mr. James F. Conlan
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave., Suite 1400
Wilmington, DE 19801-1496
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Richard A. Chesley, Esq.
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive, 30th Floor
Chicago, IL 60606

John L. Decker, Esq.

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

### COMPUTED AT STANDARD RATES

**Paul, Hastings, Janofsky & Walker LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | | FEES COMPUTED |
|---|---|---|---|---|---|---|---|
| GES3 | Spitzer, Gregory E. | PARTNER | $810.00 | $810.00 | 52.60 | | $42,606.00 |
| PAR | Ramsey, Patrick A. | PARTNER | $810.00 | $810.00 | 11.60 | | $9,396.00 |
| DJP2 | Perlman, Daniel J. | PARTNER | $790.00 | $790.00 | 11.00 | | $8,690.00 |
| AMS2 | Short, Andrew M. | PARTNER | $910.00 | $910.00 | 1.60 | | $1,456.00 |
| TSW | Wisialowski, Thomas S. | PARTNER | $865.00 | $865.00 | 0.70 | | $605.50 |
| RAC6 | Chesley, Richard A. | PARTNER | $895.00 | $895.00 | 0.30 | | $268.50 |
| | No. of Billers for Position: 6 | Blended Rate for Position: | $810.05 | | 77.80 | | $63,022.00 |
| | | | | | % of Total: 19.05% | % of Total: | 25.36% |
| JSR6 | Rheeling, Jeffrey S. | OF COUNSEL | $675.00 | $675.00 | 172.40 | | $116,370.00 |
| LDK3 | Kaplan, Lawrence D. | OF COUNSEL | $725.00 | $725.00 | 0.80 | | $580.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $675.23 | | 173.20 | | $116,950.00 |
| | | | | | % of Total: 42.41% | % of Total: | 47.05% |
| TJC3 | Chandran, Tarun J. | ASSOCIATE | $580.00 | $595.00 | 39.70 | | $23,528.50 |
| JPB7 | Bender, Justin P. | ASSOCIATE | $515.00 | $550.00 | 25.00 | | $13,225.00 |
| MGB3 | Brigham, Matthew G. | ASSOCIATE | $505.00 | $505.00 | 7.30 | | $3,686.50 |
| KLS3 | Steffy, Kate L. | ASSOCIATE | $475.00 | $475.00 | 5.50 | | $2,612.50 |
| KDN | Newmarch, Kimberly D. | ASSOCIATE | $635.00 | $645.00 | 3.60 | | $2,306.00 |
| HUJ | Jimenez, Hilla U. | ASSOCIATE | $425.00 | $475.00 | 3.30 | | $1,477.50 |
| SSP2 | Park, Stephenie S. | ASSOCIATE | $360.00 | $425.00 | 2.90 | | $1,187.00 |
| DMS5 | Simon, Daniel M. | ASSOCIATE | $360.00 | $425.00 | 2.70 | | $991.50 |
| NAY2 | Young, Nathalia A. | ASSOCIATE | $585.00 | $585.00 | 0.50 | | $292.50 |
| LW9 | Weiss, Leah | ASSOCIATE | $360.00 | $360.00 | 0.80 | | $288.00 |
| | No. of Billers for Position: 10 | Blended Rate for Position: | $543.21 | | 91.30 | | $49,595.00 |
| | | | | | % of Total: 22.36% | % of Total: | 19.95% |
| RPR | Rosen, Ruth P. | SR PARALEGAL | $320.00 | $320.00 | 43.20 | | $13,824.00 |
| FLH | Holley, Felicia L. | SR PARALEGAL | $335.00 | $335.00 | 3.00 | | $1,005.00 |

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Paul, Hastings, Janofsky & Walker LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|----------|------|----------|--------------|--------------|----------------|---------------|
| | No. of Billers for Position: 2 | Blended Rate for Position: | $320.97 | | 46.20 | $14,829.00 |
| | | | | | % of Total: 11.31% | % of Total: 5.97% |
| EFP | Peter, Emily F. | PARALEGAL | $225.00 | $225.00 | 3.30 | $742.50 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $225.00 | | 3.30 | $742.50 |
| | | | | | % of Total: 0.81% | % of Total: 0.30% |
| JBB3 | Brown, Jamie B. | CASE ASSISTANT | $205.00 | $205.00 | 16.60 | $3,403.00 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $205.00 | | 16.60 | $3,403.00 |
| | | | | | % of Total: 4.06% | % of Total: 1.37% |
| | Total No. of Billers: 22 | Blended Rate for Report: | $608.57 | | 408.40 | $248,541.50 |

EXHIBIT F

ADMINISTRATIVE ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bender, J | 0.50 | 275.00 |
| Peter, E | 3.30 | 742.50 |
| Rosen, R | 20.10 | 6,432.00 |
| | 23.90 | $7,449.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Post-Petition General Matter | 23.90 | 7,449.50 |
| | 23.90 | $7,449.50 |

EXHIBIT F
ADMINISTRATIVE ACTIVITIES
Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 06/15/09 Mon | Rosen, R 1792927/5 | 1.60 | 1.60 | 512.00 | | | 1 | *MATTER NAME: Post-Petition General Matter* WORK ON MAY BILLING STATEMENT (1.6) |
| 06/17/09 Wed | Rosen, R 1792927/6 | 1.80 | 1.80 | 576.00 | 0.10 1.60 0.10 | F F F | 1 2 3 | *MATTER NAME: Post-Petition General Matter* REVIEW MAY BILLING STATEMENT COMMENTS RECEIVED FROM K. NEWMARCH (0.1); WORK ON MAY BILLING STATEMENT (1.6); FORWARD SAME TO L. LLOBRERA (0.1) |
| 06/18/09 Thu | Rosen, R 1792927/7 | 2.90 | 2.90 | 928.00 | | | 1 | *MATTER NAME: Post-Petition General Matter* WORK ON MAY BILLING STATEMENT (2.9) |
| 06/19/09 Fri | Peter, E 1792927/35 | 1.00 | 1.00 | 225.00 | | F | 1 | *MATTER NAME: Post-Petition General Matter* REVIEW AND EDIT MAY BILLING STATEMENT (1.0) |
| 06/22/09 Mon | Rosen, R 1792927/47 | 0.90 | 0.90 | 288.00 | | F | 1 | *MATTER NAME: Post-Petition General Matter* WORK ON MAY BILLING STATEMENT (0.9) |
| 06/23/09 Tue | Rosen, R 1792927/29 | 1.80 | 1.10 | 352.00 | 1.10 0.70 | F F | 1 2 | *MATTER NAME: Post-Petition General Matter* WORK ON MAY BILLING STATEMENT (1.1); WORK ON PREPARING MONTHLY FEE STATEMENT (0.7) |
| 06/24/09 Wed | Rosen, R 1792927/30 | 2.20 | 1.40 | 448.00 | 1.40 0.80 | F F | 1 2 | *MATTER NAME: Post-Petition General Matter* WORK ON MAY BILLING STATEMENT (1.4); WORK ON MAY FEE STATEMENT (0.8) |
| 06/25/09 Thu | Peter, E 1792927/36 | 2.30 | 2.30 | 517.50 | | F | 1 | *MATTER NAME: Post-Petition General Matter* REVIEW AND EDIT MAY BILLING STATEMENT (2.3) |
| 06/25/09 Thu | Rosen, R 1792927/31 | 2.70 | 1.80 | 576.00 | 1.80 0.90 | F F | 1 2 | *MATTER NAME: Post-Petition General Matter* WORK ON MAY BILLING STATEMENT (1.8); WORK ON MAY FEE STATEMENT (0.9) |
| 06/26/09 Fri | Rosen, R 1792927/32 | 3.20 | 1.30 | 416.00 | 1.90 1.20 0.10 | F F F | 1 2 3 | *MATTER NAME: Post-Petition General Matter* WORK ON FINALIZING MAY FEE STATEMENT (1.9) AND EXHIBITS (1.2); COMPILE AND FORWARD SAME TO K. NEWMARCH (0.1) |
| 07/21/09 Tue | Rosen, R 1797257/174 | 1.30 | 1.30 | 416.00 | | F | 1 | *MATTER NAME: Post-Petition General Matter* WORK ON JUNE BILLING STATEMENT (1.3) |
| 07/23/09 Thu | Rosen, R 1797257/175 | 1.00 | 1.00 | 320.00 | 0.90 0.10 | F F | 1 2 | *MATTER NAME: Post-Petition General Matter* WORK ON JUNE BILLING STATEMENT (0.9); FORWARD SAME TO L. LLOBRERA (0.1) |

~ See the last page of exhibit for explanation

EXHIBIT F

ADMINISTRATIVE ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 07/24/09 | Rosen, R | 1.10 | 1.10 | 352.00 | 1.00 | F | 1 | *MATTER NAME: Post-Petition General Matter* <br> WORK ON JUNE BILLING STATEMENT (1.0); |
| Fri | 1797257/176 | | | | 0.10 | F | 2 | COMPILE AND FORWARD SAME TO L. LLOBRERA (0.1) |
| 07/28/09 | Rosen, R | 3.30 | 1.50 | 480.00 | 1.50 | F | 1 | *MATTER NAME: Post-Petition General Matter* <br> WORK ON JUNE BILLING STATEMENT (1.5); |
| Tue | 1797257/180 | | | | 1.80 | F | 2 | WORK ON JUNE MONTHLY FEE APPLICATION (1.8) |
| 08/13/09 | Rosen, R | 0.90 | 0.90 | 288.00 | | F | 1 | *MATTER NAME: Post-Petition General Matter* <br> WORK ON JULY BILLING STATEMENT (0.9) |
| Thu | 1799276/264 | | | | | | | |
| 08/19/09 | Rosen, R | 0.90 | 0.90 | 288.00 | 0.80 | F | 1 | *MATTER NAME: Post-Petition General Matter* <br> REVIEW REVISED JULY BILLING STATEMENT (0.8); |
| Wed | 1799276/266 | | | | 0.10 | F | 2 | FORWARD SAME TO J. BENDER (0.1) |
| 08/21/09 | Bender, J | 0.50 | 0.50 | 275.00 | | F | 1 | *MATTER NAME: Post-Petition General Matter* <br> REVIEW JULY BILLING STATEMENT FOR PRIVILEGE (0.5) |
| Fri | 1799276/279 | | | | | | | |
| 08/26/09 | Rosen, R | 0.60 | 0.60 | 192.00 | 0.50 | F | 1 | *MATTER NAME: Post-Petition General Matter* <br> WORK ON REVISED JULY BILLING STATEMENT (0.5); |
| Wed | 1799276/292 | | | | 0.10 | F | 2 | FORWARD SAME TO L. LLOBRERA (0.1) |
| Total | | | 23.90 | $7,449.50 | | | | |
| Number of Entries: | 18 | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT F

ADMINISTRATIVE ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bender, J | 0.50 | 275.00 |
| Peter, E | 3.30 | 742.50 |
| Rosen, R | 20.10 | 6,432.00 |
| | 23.90 | $7,449.50 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Post-Petition General Matter | 23.90 | 7,449.50 |
| | 23.90 | $7,449.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT G

ADMINISTRATIVE ACTIVITIES - CONFLICTS CHECKS

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Brown, J | 2.90 | 594.50 |
| Newmarch, K | 0.70 | 451.50 |
| Park, S | 1.50 | 637.50 |
| | 5.10 | $1,683.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Post-Petition General Matter | 5.10 | 1,683.50 |
| | 5.10 | $1,683.50 |

EXHIBIT G

ADMINISTRATIVE ACTIVITIES - CONFLICTS CHECKS

Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 08/05/09 Wed | Brown, J 1799276/295 | 0.20 | 0.20 | 41.00 | | F | 1 | *MATTER NAME: Post-Petition General Matter* UPDATE CONFLICTS DISCLOSURE CHART AND FORWARD TO K. NEWMARCH (0.2) |
| 08/05/09 Wed | Newmarch, K 1799276/257 | 0.40 | 0.40 | 258.00 | 0.10 0.20 0.10 | F F F | 1 2 3 | *MATTER NAME: Post-Petition General Matter* DRAFT E-MAIL TO J. BROWN REGARDING SUPPLEMENTAL CONFLICT INFORMATION FOR AUGUST 2008 (0.1); EDIT SUPPLEMENTAL CONFLICTS DISCLOSURE (0.2); DRAFT E-MAIL TO S. PARK REGARDING SUPPLEMENTAL CONFLICTS DISCLOSURE (0.1) |
| 08/05/09 Wed | Park, S 1799276/260 | 0.50 | 0.50 | 212.50 | 0.30 0.20 | F F | 1 2 | *MATTER NAME: Post-Petition General Matter* DRAFT SUPPLEMENTAL CONFLICTS DISCLOSURE (0.3); REVISE SAME PER K. NEWMARCH'S COMMENTS (0.2) |
| 08/06/09 Thu | Brown, J 1799276/293 | 2.10 | 2.10 | 430.50 | 0.30 1.80 | F F | 1 2 | *MATTER NAME: Post-Petition General Matter* CONFERENCE WITH S. PARK REGARDING SUPPLEMENTAL CONFLICTS SEARCH (0.3); WORK ON SUPPLEMENTAL CONFLICT SEARCH (1.8) |
| 08/06/09 Thu | Newmarch, K 1799276/258 | 0.20 | 0.20 | 129.00 | 0.10 0.10 | F F | 1 2 | *MATTER NAME: Post-Petition General Matter* EDIT SECOND SUPPLEMENTAL CONFLICST DISCLOSURE (0.1); DRAFT E-MAIL TO S. PARK REGARDING SUPPLEMENTAL CONFLICTS DISCLOSURE (0.1) |
| 08/06/09 Thu | Park, S 1799276/261 | 0.70 | 0.80 | 340.00 | 0.30 0.10 0.40 | F F F | 1 2 3 | *MATTER NAME: Post-Petition General Matter* CONFERENCES WITH J. BROWN REGARDING CONFLICTS CHECKS (0.3); TELEPHONE CONFERENCE WITH K. NEWMARCH REGARDING CONFLICTS CHECKS (0.1); REVIEW AND REVISE SUPPLEMENTAL AFFIDAVIT (0.4) |
| 08/07/09 Fri | Brown, J 1799276/294 | 0.60 | 0.60 | 123.00 | | F | 1 | *MATTER NAME: Post-Petition General Matter* WORK ON SUPPLEMENTAL CONFLICTS SEARCH (0.6) |
| 08/07/09 Fri | Newmarch, K 1799276/259 | 0.10 | 0.10 | 64.50 | | F | 1 | *MATTER NAME: Post-Petition General Matter* REVIEW REVISED SUPPLEMENTAL AFFIDAVIT OF DISINTEREST FOR PAUL HASTINGS AND DRAFT EMAIL TO R. CHESLEY REGARDING SAME (0.1) |
| 08/07/09 Fri | Park, S 1799276/262 | 0.20 | 0.20 | 85.00 | | F | 1 | *MATTER NAME: Post-Petition General Matter* CONFERENCES WITH J. BROWN REGARDING CONFLICTS CHECK AND UPDATE OF CONFLICTS CHART (0.2) |
| Total | | | 5.10 | $1,683.50 | | | | |
| Number of Entries: | 9 | | | | | | | |

~  See the last page of exhibit for explanation

EXHIBIT G

ADMINISTRATIVE ACTIVITIES - CONFLICTS CHECKS

Paul, Hastings, Janofsky & Walker LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Brown, J | 2.90 | 594.50 |
| Newmarch, K | 0.70 | 451.50 |
| Park, S | 1.50 | 637.50 |
| | 5.10 | $1,683.50 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Post-Petition General Matter | 5.10 | 1,683.50 |
| | 5.10 | $1,683.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT H

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Brown, J | 12.00 | 2,460.00 | 960.00 | 1,500.00 |
| | 12.00 | $2,460.00 | $960.00 | $1,500.00 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Post-Petition General Matter | 7.10 | 1,455.50 | 568.00 | 887.50 |
| St. Louis | 4.90 | 1,004.50 | 392.00 | 612.50 |
| | 12.00 | $2,460.00 | $960.00 | $1,500.00 |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT H

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Brown, J | 06/01/09    Mon 1792927/10 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 06/02/09    Tue 1792927/11 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 06/03/09    Wed 1792927/12 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 06/04/09    Thu 1792927/13 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 06/05/09    Fri 1792927/14 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 06/08/09    Mon 1792927/15 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 06/09/09    Tue 1792927/16 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 06/10/09    Wed 1792927/17 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 06/10/09    Wed 1792931/75 | 2.50 | 2.10 <br> 0.40 | 430.50 <br> 82.00 | 168.00 <br> 32.00 | 262.50 <br> 50.00 | F <br> F | *MATTER NAME: St. Louis* <br> 1 ORGANIZE CLOSING DOCUMENTS (2.1); <br> 2 PREPARE CLOSING BOOK INDEX (0.4) |
| | 06/11/09    Thu 1792927/18 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 06/11/09    Thu 1792931/76 | 1.30 | 1.10 <br> 0.20 | 225.50 <br> 41.00 | 88.00 <br> 16.00 | 137.50 <br> 25.00 | F <br> F | *MATTER NAME: St. Louis* <br> 1 ORGANIZE CLOSING DOCUMENTS (1.1); <br> 2 PREPARE CLOSING BOOK INDEX (0.2) |
| | 06/12/09    Fri 1792927/19 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |

~  See the last page of exhibit for explanation

EXHIBIT H

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Brown, J | 06/15/09   Mon 1792927/20 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 06/16/09   Tue 1792927/37 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 06/17/09   Wed 1792927/38 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 06/17/09   Wed 1792931/81 | 0.70 | 0.30 <br> 0.40 | 61.50 <br> 82.00 | 24.00 <br> 32.00 | 37.50 <br> 50.00 | F <br> F | *MATTER NAME: St. Louis* <br> 1 UPDATE CLOSING BOOK INDEX PER J. BENDER'S COMMENTS (0.3); <br> 2 ORGANIZE CLOSING DOCUMENTS (0.4) |
| | 06/18/09   Thu 1792927/39 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 06/19/09   Fri 1792927/40 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 06/22/09   Mon 1792927/41 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 06/23/09   Tue 1792927/42 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 06/24/09   Wed 1792927/43 | 0.30 | 0.10 <br> 0.20 | 20.50 <br> 41.00 | 8.00 <br> 16.00 | 12.50 <br> 25.00 | F <br> F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1); <br> 2 RETRIEVE AND DISTRIBUTE CERTIFICATE OF NO OBJECTION TO ACCOUNTING DEPARTMENT (0.2) |
| | 06/24/09   Wed 1792931/82 | 0.20 | 0.20 | 41.00 | 16.00 | 25.00 | F | *MATTER NAME: St. Louis* <br> 1 UPDATE CLOSING BOOK INDEX (0.2) |
| | 06/25/09   Thu 1792927/44 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 06/26/09   Fri 1792927/45 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Brown, J | 06/29/09  Mon 1792927/46 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 06/29/09  Mon 1792931/83 | 0.20 | 0.10<br>0.10 | 20.50<br>20.50 | 8.00<br>8.00 | 12.50<br>12.50 | F<br>F | *MATTER NAME: St. Louis*<br>1 REVIEW CLOSING BOOK CDS (0.1)<br>2 AND UPLOAD CLOSING DOCUMENTS TO SYSTEM (0.1) |
| | 07/01/09  Wed 1797257/156 | 0.20 | 0.10<br>0.10 | 20.50<br>20.50 | 8.00<br>8.00 | 12.50<br>12.50 | F<br>F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1);<br>2 RETRIEVE AND DISTRIBUTE FEE APPLICATION TO ACCOUNTING DEPARTMENT (0.1) |
| | 07/02/09  Thu 1797257/157 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 07/06/09  Mon 1797257/158 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 07/07/09  Tue 1797257/159 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 07/08/09  Wed 1797257/160 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 07/09/09  Thu 1797257/161 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 07/10/09  Fri 1797257/162 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 07/13/09  Mon 1797257/163 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 07/14/09  Tue 1797257/164 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 07/15/09  Wed 1797257/165 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter*<br>1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT H

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Brown, J | 07/16/09   Thu 1797257/186 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 07/17/09   Fri 1797257/187 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 07/20/09   Mon 1797257/188 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 07/21/09   Tue 1797257/189 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 07/22/09   Wed 1797257/190 | 0.20 | 0.10 <br> 0.10 | 20.50 <br> 20.50 | 8.00 <br> 8.00 | 12.50 <br> 12.50 | F <br> F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1); <br> 2 OBTAIN CERTIFICATE OF NO OBJECTION AND FORWARD TO ACCOUNTING DEPARTMENT (0.1) |
| | 07/23/09   Thu 1797257/191 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 07/24/09   Fri 1797257/192 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 07/27/09   Mon 1797257/193 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 07/28/09   Tue 1797257/194 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 07/29/09   Wed 1797257/195 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 07/30/09   Thu 1797257/196 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 07/31/09   Fri 1797257/197 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |

~  See the last page of exhibit for explanation

\*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Brown, J | 08/03/09   Mon 1799276/267 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 08/04/09   Tue 1799276/268 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 08/05/09   Wed 1799276/269 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 08/05/09   Wed 1799276/295 | 0.20 | 0.20 | 41.00 | 16.00 | 25.00 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 UPDATE CONFLICTS DISCLOSURE CHART AND FORWARD TO K. NEWMARCH (0.2) |
| | 08/06/09   Thu 1799276/270 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 08/07/09   Fri 1799276/271 | 0.20 | 0.10 <br> 0.10 | 20.50 <br> 20.50 | 8.00 <br> 8.00 | 12.50 <br> 12.50 | F <br> F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1); <br> 2 RETRIEVE AND DISTRIBUTE CERTIFICATE OF NO OBJECTION TO ACCOUNTING DEPARTMENT (0.1) |
| | 08/10/09   Mon 1799276/272 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 08/11/09   Tue 1799276/273 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 08/12/09   Wed 1799276/274 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 08/13/09   Thu 1799276/275 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 08/14/09   Fri 1799276/276 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 08/17/09   Mon 1799276/281 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | *MATTER NAME: Post-Petition General Matter* <br> 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |

~ See the last page of exhibit for explanation

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT H PAGE 6 of 9

EXHIBIT H

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Brown, J | 08/18/09   Tue 1799276/282 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | MATTER NAME: Post-Petition General Matter 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 08/19/09   Wed 1799276/283 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | MATTER NAME: Post-Petition General Matter 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 08/20/09   Thu 1799276/284 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | MATTER NAME: Post-Petition General Matter 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 08/21/09   Fri 1799276/285 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | MATTER NAME: Post-Petition General Matter 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 08/24/09   Mon 1799276/286 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | MATTER NAME: Post-Petition General Matter 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 08/25/09   Tue 1799276/287 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | MATTER NAME: Post-Petition General Matter 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 08/26/09   Wed 1799276/288 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | MATTER NAME: Post-Petition General Matter 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 08/27/09   Thu 1799276/289 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | MATTER NAME: Post-Petition General Matter 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 08/28/09   Fri 1799276/290 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | MATTER NAME: Post-Petition General Matter 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | 08/31/09   Mon 1799276/291 | 0.10 | 0.10 | 20.50 | 8.00 | 12.50 | F | MATTER NAME: Post-Petition General Matter 1 REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1) |
| | TOTAL FOR TIMEKEEPER | 12.00 | | $2,460.00 | $960.00 | $1,500.00 | | |

NUMBER OF ENTRIES:      70

~  See the last page of exhibit for explanation

*  Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT H

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | DATE | ENTRY HOURS | TASK HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE | * | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| TOTAL: | | | 12.00 | $2,460.00 | $960.00 | $1,500.00 | | |
| NUMBER OF ENTRIES | 70 | | | | | | | |

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT H

CLERICAL ACTIVITIES

Paul, Hastings, Janofsky & Walker LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Brown, J | 12.00 | 2,460.00 | 960.00 | 1,500.00 |
| | 12.00 | $2,460.00 | $960.00 | $1,500.00 |

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES BILLED RATE | FEES ADJUSTED RATE | DIFFERENCE |
|---|---|---|---|---|
| Post-Petition General Matter | 7.10 | 1,455.50 | 568.00 | 887.50 |
| St. Louis | 4.90 | 1,004.50 | 392.00 | 612.50 |
| | 12.00 | $2,460.00 | $960.00 | $1,500.00 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS
F       FINAL BILL

* Amount billed adjusted to reflect percentage shown to be due on the invoice.

EXHIBIT I

PAUL HASTINGS RETENTION/COMPENSATION

Paul, Hastings, Janofsky & Walker LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bender, J | 6.80 | 3,722.50 |
| Brown, J | 4.90 | 1,004.50 |
| Jimenez, H | 3.30 | 1,477.50 |
| Newmarch, K | 3.50 | 2,242.50 |
| Park, S | 2.90 | 1,187.00 |
| Peter, E | 3.30 | 742.50 |
| Rosen, R | 43.10 | 13,792.00 |
| | 67.80 | $24,168.50 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Post-Petition General Matter | 67.80 | 24,168.50 |
| | 67.80 | $24,168.50 |

EXHIBIT I  PAGE 1 of 8

EXHIBIT I

PAUL HASTINGS RETENTION/COMPENSATION

Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 06/01/09 Mon | Rosen, R 1792927/1 | 1.20 | 1.20 | 384.00 | | | 1 | *MATTER NAME: Post-Petition General Matter*<br>WORK ON APRIL FEE APPLICATION (1.2) |
| 06/02/09 Tue | Rosen, R 1792927/2 | 1.60 | 1.60 | 512.00 | 0.50<br>1.10 | F<br>F | 1<br>2 | *MATTER NAME: Post-Petition General Matter*<br>WORK ON APRIL FEE APPLICATION (0.5)<br>AND EXHIBITS (1.1) |
| 06/03/09 Wed | Rosen, R 1792927/3 | 2.20 | 2.20 | 704.00 | 1.20<br>0.90<br>0.10 | F<br>F<br>F | 1<br>2<br>3 | *MATTER NAME: Post-Petition General Matter*<br>WORK ON APRIL FEE APPLICATION (1.2)<br>AND EXHIBITS (0.9):<br>COMPILE AND FORWARD TO K. NEWMARCH (0.1) |
| 06/13/09 Sat | Newmarch, K 1792927/8 | 0.60 | 0.60 | 381.00 | | | 1 | *MATTER NAME: Post-Petition General Matter*<br>REVIEWING MAY MONTHLY BILLS FOR PRIVILEGE (0.6) |
| 06/15/09 Mon | Rosen, R 1792927/5 | 1.60 | 1.60 | 512.00 | | | 1 | *MATTER NAME: Post-Petition General Matter*<br>WORK ON MAY BILLING STATEMENT (1.6) |
| 06/17/09 Wed | Park, S 1792927/4 | 0.40 | 0.40 | 144.00 | | | 1 | *MATTER NAME: Post-Petition General Matter*<br>REVIEW FEE EXAMINER ORDER FOR DEADLINES (0.4) |
| 06/17/09 Wed | Rosen, R 1792927/6 | 1.80 | 1.80 | 576.00 | 0.10<br>1.60<br>0.10 | F<br>F<br>F | 1<br>2<br>3 | *MATTER NAME: Post-Petition General Matter*<br>REVIEW MAY BILLING STATEMENT COMMENTS RECEIVED FROM K. NEWMARCH (0.1);<br>WORK ON MAY BILLING STATEMENT (1.6);<br>FORWARD SAME TO L. LLOBRERA (0.1) |
| 06/18/09 Thu | Rosen, R 1792927/7 | 2.90 | 2.90 | 928.00 | | | 1 | *MATTER NAME: Post-Petition General Matter*<br>WORK ON MAY BILLING STATEMENT (2.9) |
| 06/19/09 Fri | Newmarch, K 1792927/9 | 0.10 | 0.10 | 63.50 | | | 1 | *MATTER NAME: Post-Petition General Matter*<br>DRAFT EMAIL TO J. BENDER AND S. PARK REGARDING FEE AUDITOR INFORMATION (0.1) |
| 06/19/09 Fri | Park, S 1792927/27 | 0.30 | 0.30 | 108.00 | | F | 1 | *MATTER NAME: Post-Petition General Matter*<br>REVIEW FEE EXAMINER REPORT (0.3) |
| 06/19/09 Fri | Peter, E 1792927/35 | 1.00 | 1.00 | 225.00 | | F | 1 | *MATTER NAME: Post-Petition General Matter*<br>REVIEW AND EDIT MAY BILLING STATEMENT (1.0) |
| 06/22/09 Mon | Bender, J 1792927/21 | 0.50 | 0.50 | 257.50 | 0.40<br>0.10 | F<br>F | 1<br>2 | *MATTER NAME: Post-Petition General Matter*<br>TELEPHONE CONFERENCE WITH L. COOPER, FEE AUDITOR, AND K. NEWMARCH REGARDING FEE APPLICATIONS (0.4);<br>RESPOND TO FEE APPLICATION REPORT (0.1) |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 2 of 8

EXHIBIT I

PAUL HASTINGS RETENTION/COMPENSATION

Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 06/22/09 Mon | Newmarch, K 1792927/23 | 0.40 | 0.40 | 254.00 | | F | 1 | MATTER NAME: Post-Petition General Matter <br> CONFERENCE CALL WITH J. BENDER AND FEE AUDITOR REGARDING FIRST INITIAL REPORT (0.4) |
| 06/22/09 Mon | Rosen, R 1792927/47 | 0.90 | 0.90 | 288.00 | | F | 1 | MATTER NAME: Post-Petition General Matter <br> WORK ON MAY BILLING STATEMENT (0.9) |
| 06/23/09 Tue | Rosen, R 1792927/29 | 1.80 | 1.80 | 576.00 | 1.10 <br> 0.70 | F <br> F | 1 <br> 2 | MATTER NAME: Post-Petition General Matter <br> WORK ON MAY BILLING STATEMENT (1.1); <br> WORK ON PREPARING MONTHLY FEE STATEMENT (0.7) |
| 06/24/09 Wed | Brown, J 1792927/43 | 0.30 | 0.20 | 41.00 | 0.10 <br> 0.20 | F <br> F | 1 <br> 2 | MATTER NAME: Post-Petition General Matter <br> REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1); <br> RETRIEVE AND DISTRIBUTE CERTIFICATE OF NO OBJECTION TO ACCOUNTING DEPARTMENT (0.2) |
| 06/24/09 Wed | Newmarch, K 1792927/24 | 0.10 | 0.10 | 63.50 | | F | 1 | MATTER NAME: Post-Petition General Matter <br> DRAFT EMAIL TO J. BROWN REGARDING CERTIFICATIONS OF NO OBJECTION FOR THIRD MONTHLY FEE APPLICATION (0.1) |
| 06/24/09 Wed | Rosen, R 1792927/30 | 2.20 | 2.20 | 704.00 | 1.40 <br> 0.80 | F <br> F | 1 <br> 2 | MATTER NAME: Post-Petition General Matter <br> WORK ON MAY BILLING STATEMENT (1.4); <br> WORK ON MAY FEE STATEMENT (0.8) |
| 06/25/09 Thu | Newmarch, K 1792927/25 | 0.10 | 0.10 | 63.50 | | F | 1 | MATTER NAME: Post-Petition General Matter <br> DRAFT RESPONSIVE EMAIL TO R. ROSEN REGARDING APRIL MONTHLY FEE APPLICATION; DRAFT EMAIL TO H. JIMENEZ REGARDING SAME (0.1) |
| 06/25/09 Thu | Peter, E 1792927/36 | 2.30 | 2.30 | 517.50 | | F | 1 | MATTER NAME: Post-Petition General Matter <br> REVIEW AND EDIT MAY BILLING STATEMENT (2.3) |
| 06/25/09 Thu | Rosen, R 1792927/31 | 2.70 | 2.70 | 864.00 | 1.80 <br> 0.90 | F <br> F | 1 <br> 2 | MATTER NAME: Post-Petition General Matter <br> WORK ON MAY BILLING STATEMENT (1.8); <br> WORK ON MAY FEE STATEMENT (0.9) |
| 06/26/09 Fri | Jimenez, H 1792927/33 | 0.80 | 0.80 | 340.00 | 0.60 <br> 0.20 | F <br> F | 1 <br> 2 | MATTER NAME: Post-Petition General Matter <br> REVIEW FEE APPLICATION AND CONFERENCE WITH R. ROSEN REGARDING SAME (0.6); <br> CORRESPOND WITH LOCAL COUNSEL REGARDING SAME (0.2) |
| 06/26/09 Fri | Newmarch, K 1792927/26 | 0.10 | 0.10 | 63.50 | | F | 1 | MATTER NAME: Post-Petition General Matter <br> DRAFT EMAIL TO H. JIMENEZ REGARDING APRIL MONTHLY FEE APPLICATION (0.1) |
| 06/26/09 Fri | Rosen, R 1792927/32 | 3.20 | 3.20 | 1,024.00 | 1.90 <br> 1.20 <br> 0.10 | F <br> F <br> F | 1 <br> 2 <br> 3 | MATTER NAME: Post-Petition General Matter <br> WORK ON FINALIZING MAY FEE STATEMENT (1.9); <br> AND EXHIBITS (1.2); <br> COMPILE AND FORWARD SAME TO K. NEWMARCH (0.1) |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 3 of 8

EXHIBIT I
PAUL HASTINGS RETENTION/COMPENSATION
Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|----------------|-------------|-------|------|-----------|---|---|-------------|
| 06/29/09 Mon | Jimenez, H 1792927/34 | 1.00 | 1.00 | 425.00 | 0.70 0.30 | F F | 1 2 | *MATTER NAME: Post-Petition General Matter* REVIEW AND EDIT FIFTH MONTHLY FEE APPLICATION (MAY) (0.7); CORRESPONDENCE WITH K. NEWMARCH AND LOCAL COUNSEL REGARDING SAME (0.3) |
| 06/29/09 Mon | Newmarch, K 1792927/28 | 0.10 | 0.10 | 63.50 | | F | 1 | *MATTER NAME: Post-Petition General Matter* DRAFT MULTIPLE EMAILS TO H. JIMENEZ REGARDING MAY MONTHLY FEE APPLICATION (0.1) |
| 07/01/09 Wed | Brown, J 1797257/156 | 0.20 | 0.10 | 20.50 | 0.10 0.10 | F F | 1 2 | *MATTER NAME: Post-Petition General Matter* REVIEW TRIBUNE COMPANY CASE DOCKET, COMPILE AND FORWARD LIST OF RECENT FILINGS TO ATTORNEYS (0.1); RETRIEVE AND DISTRIBUTE FEE APPLICATION TO ACCOUNTING DEPARTMENT (0.1) |
| 07/02/09 Thu | Bender, J 1797257/152 | 0.80 | 0.80 | 440.00 | | F | 1 | *MATTER NAME: Post-Petition General Matter* DRAFT RESPONSE TO THE AUDITOR'S REQUEST FOR FEE APPLICATION CLARIFICATION (0.8) |
| 07/08/09 Wed | Bender, J 1797257/166 | 1.30 | 1.30 | 715.00 | 0.30 0.70 0.30 | F F F | 1 2 3 | *MATTER NAME: Post-Petition General Matter* REVIEW FEE AUDITOR REPORT (0.3); REVISE RESPONSE TO SAME (0.7); REVIEW REVISIONS (0.3) |
| 07/09/09 Thu | Bender, J 1797257/167 | 1.70 | 1.70 | 935.00 | 0.40 0.90 0.40 | F F F | 1 2 3 | *MATTER NAME: Post-Petition General Matter* REVIEW FEE AUDITOR REPORT (0.4); REVIEW RESPONSE TO SAME (0.9); REVIEW REVISIONS BASED ON K. NEWMARCH EMAIL COMMENTS (0.4) |
| 07/09/09 Thu | Newmarch, K 1797257/153 | 0.20 | 0.20 | 129.00 | | F | 1 | *MATTER NAME: Post-Petition General Matter* DRAFT RESPONSIVE EMAIL TO J. BENDER REGARDING RESPONSE INFORMATION FOR FEE AUDITOR REPORT (0.2) |
| 07/10/09 Fri | Bender, J 1797257/168 | 0.50 | 0.50 | 275.00 | | F | 1 | *MATTER NAME: Post-Petition General Matter* FURTHER REVISIONS TO RESPONSE TO FEE AUDITOR REPORT (0.5) |
| 07/13/09 Mon | Bender, J 1797257/169 | 0.50 | 0.50 | 275.00 | | F | 1 | *MATTER NAME: Post-Petition General Matter* REVISE RESPONSE TO FEE AUDITOR (0.5) |
| 07/15/09 Wed | Bender, J 1797257/170 | 0.50 | 0.50 | 275.00 | 0.20 0.30 | F F | 1 2 | *MATTER NAME: Post-Petition General Matter* FURTHER REVISIONS TO RESPONSE TO FEE AUDITOR (0.2); REVIEW K. NEWMARCH RESEARCH REGARDING SAME (0.3) |
| 07/15/09 Wed | Newmarch, K 1797257/155 | 0.30 | 0.30 | 193.50 | | F | 1 | *MATTER NAME: Post-Petition General Matter* RESEARCH REGARDING RESPONSE TO TRIBUNE FEE AUDITOR LETTER (0.3) |
| 07/15/09 Wed | Rosen, R 1797257/154 | 1.80 | 1.80 | 576.00 | | F | 1 | *MATTER NAME: Post-Petition General Matter* WORK ON JUNE MONTHLY FEE APPLICATION (1.8) |

~ See the last page of exhibit for explanation

EXHIBIT I  PAGE 4 of 8

EXHIBIT I

PAUL HASTINGS RETENTION/COMPENSATION

Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 07/16/09 Thu | Jimenez, H 1797257/185 | 1.50 | 1.50 | 712.50 | 0.10 | F | 1 | *MATTER NAME: Post-Petition General Matter* REVIEW CORRESPONDENCE FROM K. NEWMARCH REGARDING SECOND INTERIM FEE APPLICATION REQUEST (0.1); |
| | | | | | 0.30 | F | 2 | REVIEW THIRD, FOURTH AND FIFTH FEE APPLICATIONS (0.3); |
| | | | | | 0.20 | F | 3 | REVISE SECOND INTERIM FEE APPLICATION REQUEST (0.2); |
| | | | | | 0.50 | F | 4 | REVIEW LOCAL RULES IN CONNECTION WITH SAME (0.5); |
| | | | | | 0.10 | F | 5 | TELEPHONE CALL WITH LOCAL COUNSEL REGARDING SAME (0.1); |
| | | | | | 0.20 | F | 6 | PREPARE CORRESPONDENCE TO K. NEWMARCH REGARDING SAME (0.2); |
| | | | | | 0.10 | F | 7 | CONFERENCE WITH R. ROSEN REGARDING SAME (0.1) |
| 07/16/09 Thu | Newmarch, K 1797257/171 | 0.10 | 0.10 | 64.50 | | F | 1 | *MATTER NAME: Post-Petition General Matter* DRAFT EMAIL TO H. JIMENEZ REGARDING SECOND INTERIM FEE APPLICATION (0.1) |
| 07/16/09 Thu | Rosen, R 1797257/172 | 2.10 | 2.10 | 672.00 | 1.30 | F | 1 | *MATTER NAME: Post-Petition General Matter* PREPARE SECOND INTERIM FEE APPLICATION (1.3); |
| | | | | | 0.10 | F | 2 | FORWARD SAME TO K. NEWMARCH (0.1); |
| | | | | | 0.70 | F | 3 | WORK ON JUNE BILLING STATEMENT (0.7) |
| 07/17/09 Fri | Rosen, R 1797257/173 | 1.50 | 1.50 | 480.00 | 1.40 | F | 1 | *MATTER NAME: Post-Petition General Matter* WORK ON JUNE MONTHLY FEE APPLICATION (1.4); |
| | | | | | 0.10 | F | 2 | COMPILE AND FORWARD TO K. NEWMARCH (0.1) |
| 07/21/09 Tue | Rosen, R 1797257/174 | 1.30 | 1.30 | 416.00 | | F | 1 | *MATTER NAME: Post-Petition General Matter* WORK ON JUNE BILLING STATEMENT (1.3) |
| 07/23/09 Thu | Bender, J 1797257/177 | 0.50 | 0.50 | 275.00 | | F | 1 | *MATTER NAME: Post-Petition General Matter* REVIEW JUNE MONTHLY FEE APPLICATION FOR PRIVILEGE (0.5) |
| 07/23/09 Thu | Rosen, R 1797257/175 | 1.00 | 1.00 | 320.00 | 0.90 | F | 1 | *MATTER NAME: Post-Petition General Matter* WORK ON JUNE BILLING STATEMENT (0.9); |
| | | | | | 0.10 | F | 2 | FORWARD SAME TO L. LLOBRERA (0.1) |
| 07/24/09 Fri | Brown, J 1797257/198 | 1.70 | 1.70 | 348.50 | | F | 1 | *MATTER NAME: Post-Petition General Matter* REVIEW REVISED JUNE BILLING STATEMENT (1.7) |
| 07/24/09 Fri | Rosen, R 1797257/176 | 1.10 | 1.10 | 352.00 | 1.00 | F | 1 | *MATTER NAME: Post-Petition General Matter* WORK ON JUNE BILLING STATEMENT (1.0); |
| | | | | | 0.10 | F | 2 | COMPILE AND FORWARD SAME TO L. LLOBRERA (0.1) |
| 07/28/09 Tue | Rosen, R 1797257/180 | 3.30 | 3.30 | 1,056.00 | 1.50 | F | 1 | *MATTER NAME: Post-Petition General Matter* WORK ON JUNE BILLING STATEMENT (1.5); |
| | | | | | 1.80 | F | 2 | WORK ON JUNE MONTHLY FEE APPLICATION (1.8) |
| 07/29/09 Wed | Rosen, R 1797257/181 | 1.10 | 1.10 | 352.00 | 0.80 | F | 1 | *MATTER NAME: Post-Petition General Matter* WORK ON JUNE MONTHLY FEE APPLICATION (0.8); |
| | | | | | 0.30 | F | 2 | AND EXHIBITS (0.3) |

~ See the last page of exhibit for explanation

EXHIBIT I PAGE 5 of 8

EXHIBIT I

PAUL HASTINGS RETENTION/COMPENSATION

Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 07/30/09 Thu | Park, S 1797257/179 | 0.70 | 0.70 | 297.50 | | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW JUNE FEE APPLICATION (0.7) |
| 07/30/09 Thu | Rosen, R 1797257/182 | 1.90 | 1.80 | 576.00 | 0.90<br>0.90<br>0.10 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Post-Petition General Matter<br>WORK ON JUNE MONTHLY FEE APPLICATION (0.9)<br>AND EXHIBITS (0.9);<br>COMPILE AND SUBMIT SAME TO S. PARK (0.1) |
| 07/31/09 Fri | Newmarch, K 1797257/184 | 0.20 | 0.20 | 129.00 | 0.10<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Post-Petition General Matter<br>REVIEW JUNE MONTHLY FEE APPLICATION (0.1);<br>DRAFT RESPONSIVE EMAILS TO S. PARK AND R. ROSEN REGARDING JUNE MONTHLY FEE APPLICATION (0.1) |
| 07/31/09 Fri | Rosen, R 1797257/183 | 1.90 | 1.90 | 608.00 | 0.90<br>0.40<br>0.50<br>0.10 | F<br>F<br>F<br>F | 1<br>2<br>3<br>4 | MATTER NAME: Post-Petition General Matter<br>REVISE JUNE MONTHLY FEE APPLICATION (0.9)<br>AND EXHIBITS (0.4);<br>FINALIZE JUNE FEE APPLICATION AND EXHIBITS FOR COURT FILING (0.5);<br>COMPILE AND FORWARD SAME TO COLE SCHOTZ FOR FILING (0.1) |
| 08/05/09 Wed | Brown, J 1799276/295 | 0.20 | 0.20 | 41.00 | | F | 1 | MATTER NAME: Post-Petition General Matter<br>UPDATE CONFLICTS DISCLOSURE CHART AND FORWARD TO K. NEWMARCH (0.2) |
| 08/05/09 Wed | Newmarch, K 1799276/257 | 0.40 | 0.40 | 258.00 | 0.10<br>0.20<br>0.10 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Post-Petition General Matter<br>DRAFT E-MAIL TO J. BROWN REGARDING SUPPLEMENTAL CONFLICT INFORMATION FOR AUGUST 2008 (0.1);<br>EDIT SUPPLEMENTAL CONFLICTS DISCLOSURE (0.2);<br>DRAFT E-MAIL TO S. PARK REGARDING SUPPLEMENTAL CONFLICTS DISCLOSURE (0.1) |
| 08/05/09 Wed | Park, S 1799276/260 | 0.50 | 0.50 | 212.50 | 0.30<br>0.20 | F<br>F | 1<br>2 | MATTER NAME: Post-Petition General Matter<br>DRAFT SUPPLEMENTAL CONFLICTS DISCLOSURE (0.3);<br>REVISE SAME PER K. NEWMARCH'S COMMENTS (0.2) |
| 08/06/09 Thu | Brown, J 1799276/293 | 2.10 | 2.10 | 430.50 | 0.30<br>1.80 | F<br>F | 1<br>2 | MATTER NAME: Post-Petition General Matter<br>CONFERENCE WITH S. PARK REGARDING SUPPLEMENTAL CONFLICTS SEARCH (0.3);<br>WORK ON SUPPLEMENTAL CONFLICT SEARCH (1.8) |
| 08/06/09 Thu | Newmarch, K 1799276/258 | 0.20 | 0.20 | 129.00 | 0.10<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Post-Petition General Matter<br>EDIT SECOND SUPPLEMENTAL CONFLICT DISCLOSURE (0.1);<br>DRAFT E-MAIL TO S. PARK REGARDING SUPPLEMENTAL CONFLICTS DISCLOSURE (0.1) |
| 08/06/09 Thu | Park, S 1799276/261 | 0.70 | 0.80 | 340.00 | 0.30<br>0.10<br>0.40 | F<br>F<br>F | 1<br>2<br>3 | MATTER NAME: Post-Petition General Matter<br>CONFERENCES WITH J. BROWN REGARDING CONFLICTS CHECKS (0.3);<br>TELEPHONE CONFERENCE WITH K. NEWMARCH REGARDING CONFLICTS CHECKS (0.1);<br>REVIEW AND REVISE SUPPLEMENTAL AFFIDAVIT (0.4) |
| 08/07/09 Fri | Brown, J 1799276/294 | 0.60 | 0.60 | 123.00 | | F | 1 | MATTER NAME: Post-Petition General Matter<br>WORK ON SUPPLEMENTAL CONFLICTS SEARCH (0.6) |

~  See the last page of exhibit for explanation

EXHIBIT I  PAGE 6 of 8

EXHIBIT I

PAUL HASTINGS RETENTION/COMPENSATION

Paul, Hastings, Janofsky & Walker LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 08/07/09 Fri | Newmarch, K 1799276/259 | 0.10 | 0.10 | 64.50 | | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW REVISED SUPPLEMENTAL AFFIDAVIT OF DISINTEREST FOR PAUL HASTINGS AND DRAFT EMAIL TO R. CHESLEY REGARDING SAME (0.1) |
| 08/07/09 Fri | Park, S 1799276/262 | 0.20 | 0.20 | 85.00 | | F | 1 | MATTER NAME: Post-Petition General Matter<br>CONFERENCES WITH J. BROWN REGARDING CONFLICTS CHECK AND UPDATE OF CONFLICTS CHART (0.2) |
| 08/10/09 Mon | Newmarch, K 1799276/263 | 0.20 | 0.20 | 129.00 | 0.10<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Post-Petition General Matter<br>REVIEW FINAL FEE AUDITOR REPORT FOR FIRST INTERIM FEE APPLICATION (0.1);<br>DRAFT RESPONSE TO L. COOPER REGARDING FINAL FEE AUDITOR REPORT (0.1) |
| 08/13/09 Thu | Rosen, R 1799276/264 | 0.90 | 0.90 | 288.00 | | F | 1 | MATTER NAME: Post-Petition General Matter<br>WORK ON JULY BILLING STATEMENT (0.9) |
| 08/14/09 Fri | Rosen, R 1799276/265 | 0.80 | 0.80 | 256.00 | | F | 1 | MATTER NAME: Post-Petition General Matter<br>WORK ON DRAFT JULY MONTHLY FEE APPLICATION (0.8) |
| 08/19/09 Wed | Rosen, R 1799276/266 | 0.90 | 0.90 | 288.00 | 0.80<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Post-Petition General Matter<br>REVIEW REVISED JULY BILLING STATEMENT (0.8);<br>FORWARD SAME TO J. BENDER (0.1) |
| 08/20/09 Thu | Rosen, R 1799276/277 | 0.90 | 0.90 | 288.00 | | F | 1 | MATTER NAME: Post-Petition General Matter<br>WORK ON DRAFT JULY MONTHLY FEE APPLICATION (0.9) |
| 08/21/09 Fri | Bender, J 1799276/279 | 0.50 | 0.50 | 275.00 | | F | 1 | MATTER NAME: Post-Petition General Matter<br>REVIEW JULY BILLING STATEMENT FOR PRIVILEGE (0.5) |
| 08/26/09 Wed | Rosen, R 1799276/292 | 0.60 | 0.60 | 192.00 | 0.50<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Post-Petition General Matter<br>WORK ON REVISED JULY BILLING STATEMENT (0.5);<br>FORWARD SAME TO L. LLOBRERA (0.1) |
| 08/28/09 Fri | Newmarch, K 1799276/278 | 0.10 | 0.10 | 64.50 | | F | 1 | MATTER NAME: Post-Petition General Matter<br>DRAFT RESPONSIVE EMAIL TO R. ROSEN REGARDING JULY FEE APPLICATION (0.1) |
| 08/31/09 Mon | Newmarch, K 1799276/280 | 0.20 | 0.20 | 129.00 | 0.10<br>0.10 | F<br>F | 1<br>2 | MATTER NAME: Post-Petition General Matter<br>DRAFT EMAIL TO ACCOUNTING DEPARTMENT REGARDING FEE APPLICATION INFORMATION REQUESTED BY FEE AUDITOR (0.1);<br>DRAFT EMAIL TO J. BENDER REGARDING JULY FEE APPLICATION (0.1) |
| Total | | | 67.80 | $24,168.50 | | | | |
| Number of Entries: | 69 | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT I  PAGE 7 of 8

EXHIBIT I

PAUL HASTINGS RETENTION/COMPENSATION

Paul, Hastings, Janofsky & Walker LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bender, J | 6.80 | 3,722.50 |
| Brown, J | 4.90 | 1,004.50 |
| Jimenez, H | 3.30 | 1,477.50 |
| Newmarch, K | 3.50 | 2,242.50 |
| Park, S | 2.90 | 1,187.00 |
| Peter, E | 3.30 | 742.50 |
| Rosen, R | 43.10 | 13,792.00 |
| | 67.80 | $24,168.50 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Post-Petition General Matter | 67.80 | 24,168.50 |
| | 67.80 | $24,168.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT I  PAGE 8 of 8