# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON OCTOBER 4, 2010 AT 10:00 A.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to participate in the hearing via telephone must contact CourtCall by phone (866-582-6878) or by facsimile (866-533-2946) no later than 12:00 p.m. one business day prior to the hearing.

## ADJOURNED MATTERS

1. Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 (Filed May 26, 2010) (Docket No. 4620)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Related Document(s):

(a) Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 (Filed May 26, 2010) (Docket No. 4621)

(b) Debtors' Notice of Revision to 2010 Management Incentive Plan (Filed July 23, 2010) (Docket No. 5112)

(c) Joint Pretrial Memorandum Regarding Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 Pre-Trial Memo (Filed August 4, 2010) (Docket No. 5275)

(d) Notice of Rescheduled Hearing on Motions (Filed September 1, 2010) (Docket No. 5593)

Objection Deadline: June 9, 2010 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on June 10, 2010 for the United States Trustee, until 5:00 p.m. on June 10, 2010 for the Bridge Agent and until an unspecified date for the Official Committee of Unsecured Creditors and the Washington-Baltimore Newspaper Guild.

Responses Received:

(a) Preliminary Objection of the United States Trustee to the Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010, Cross-Motion to Continue the Hearing on the Motion, and Objection to the Related Motion to Seal Part of the Mercer Report (Related to Docket Entry # 4620, 4621) (Filed June 10, 2010) (Docket No. 4736)

(b) Bridge Agent's Objection to Motion of the Debtors for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010) (Filed June 10, 2010) (Docket No. 4745)

(c) Motion to Limit and Shorten Notice of the United States Trustee's Cross-Motion to Continue the Hearing on the Debtors' Motion to Continue the Hearing on Debtors' Motion for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 (Related to Docket Entry #4736) (Filed June 11, 2010) (Docket No. 4752)

(d) Order Granting Motion of the United States Trustee to Limit and Shorten Notice of the United States Trustee's Cross-Motion to Continue the Hearing on the Debtors' Motion to Continue the Hearing on the Debtors Motion for an Order Authorizing the Debtors to Implement a Management Incentive Plan for 2010 (Entered June 11, 2010) (Docket No. 4755)

(e) Response by Ron Clemment (Filed June 29, 2010) (Docket No. 4893)

Status: This matter is adjourned to a date to be determined. This matter will not be going forward on October 4, 2010.

**STATUS CONFERENCES**

2. Status Conference regarding Mediation

   Related Document(s):

   (a) Mediator's Report (Filed September 28, 2010) (Docket No. 5831)

   Status: This matter will be going forward as a status conference only.

3. Status Conference on Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP from Acting on Behalf of the Official Committee of Unsecured Creditors in Matters in Which it Has Conflicts of Interest (Filed September 13, 2010) (Docket No. 5669)

   Related Document(s):

   (a) Order Denying in Part Motion of Aurelius Capital Management, LP to Disqualify Chadbourne & Parke LLP (Entered September 24, 2010) (Docket No. 5810)

   Objection Deadline: September 20, 2010 at 4:00 p.m.

   Status: Pursuant to the Court's Order, to the extent the Motion seeks relief other than in conjunction with the mediation, this matter will be going forward as a status conference so that Aurelius Capital Management, LP can inform the Court whether and to what extent it wishes to press for additional relief as requested in the Motion.

Dated: September 30, 2010

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

3

46429/0001-7026610v1

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: __/s/_____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

4

46429/0001-7026610v1