# EXHIBIT A

## TRIBUNE COMPANY, et al.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### August 1, 2010 through August 31, 2010

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 52.50 | $22,192.50 |
| Committee Meetings | 003 | 240.20 | 161,139.50 |
| Creditor Communications | 004 | 14.30 | 11,908.50 |
| Business Operations | 007 | 103.90 | 53,955.50 |
| Claims Administration/Bar Date | 009 | 10.10 | 4,129.50 |
| Fee/Retention Applications | 010 | 63.50 | 23,196.00 |
| Plan and Disclosure Statement | 011 | 660.80 | 420,911.00 |
| Employee Issues | 014 | 6.30 | 4,400.00 |
| Tax Issues | 016 | 59.00 | 36,914.00 |
| General Litigation | 017 | 68.50 | 42,391.50 |
| Travel * | 018 | 12.60 | 5,727.50 |
| Shareholder Claims | 020 | 311.40 | 175,451.50 |
| Plan Litigation | 021 | 1,109.00 | 649,808.00 |
| **Total** | | **2,712.10** | **$1,612,125.00** |

* Billed at 50% of normal hourly rates.

CPAM: 1812138.21

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 29, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through August 31, 2010

Our Matter #19804.002
        BANKRUPTCY GENERAL

| | | | |
|---|---|---|---|
| 08/02/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.70); review, revise and finalize case calendar based on current docket entries (.40); prepare and update hearing materials re: August 3rd and August 9th hearings (3.40). | 4.50 hrs. |
| 08/02/10 | D. E. DEUTSCH | Review various e-mails from Chadbourne team re: tomorrow's hearing (.2); exchange e-mails with David Bava re: updates to confirmation calendar and general pleading calendar (.2); review court filings (.2). | 0.60 hrs. |
| 08/03/10 | D. E. DEUTSCH | Review article on Tribune consolidating certain operations (.1); e-mail Alan Holtz re: follow-up on same (.1); review multiple court filings (.4); conference call with Alan Holtz re: various pending matters (.3); call with Kevin Lantry re: various pending matters (.2). | 1.10 hrs. |
| 08/03/10 | D. M. LeMAY | Review all latest court filings. | 1.30 hrs. |
| 08/03/10 | M. ROITMAN | Draft agenda for 8/4 Conference Call with Debtors' Counsel (0.5); | 0.50 hrs. |
| 08/03/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.80); review, revise and finalize case calendar based on current docket entries (.60). | 1.40 hrs. |
| 08/04/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page    2

| | | materials to Intralinks (.30). | |
|---|---|---|---|
| 08/04/10 | D. E. DEUTSCH | Review last several daily reports, pleadings therein and review court calendar (.6). | 0.60 hrs. |
| 08/05/10 | D. E. DEUTSCH | Review numerous case e-mails (.3). | 0.30 hrs. |
| 08/05/10 | M. ROITMAN | Correspond with F. Panchak re: documents on Intralinks (0.1) | 0.10 hrs. |
| 08/05/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.60); correspondence with F. Panchak of Landis Rath & Cobb re: Court calendar issues (.30). | 1.70 hrs. |
| 08/06/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.30); post certain materials to Intralinks (.20). | 1.10 hrs. |
| 08/06/10 | D. E. DEUTSCH | Review court agenda for next Monday's hearing (.2); follow-up on court rescheduling with Marc Roitman (.1); review numerous e-mails from AlixPartners and Marc Roitman on various case items (.3). | 0.60 hrs. |
| 08/09/10 | D. M. LeMAY | Review of all latest court filings. | 1.40 hrs. |
| 08/09/10 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and court/hearing calendar (.4). | 0.40 hrs. |
| 08/09/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

|            |                 | materials to Intralinks (.30). |           |
|------------|-----------------|--------------------------------|-----------|
| 08/10/10   | D. BAVA         | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.40). | 1.20 hrs. |
| 08/10/10   | D. E. DEUTSCH   | Call with Tom McCauley re: various case matters (.2); review case materials and work on revising action list (.9). | 1.10 hrs. |
| 08/10/10   | M. ROITMAN      | Draft email to Debtors' counsel re: agenda for conference call (0.2) | 0.20 hrs. |
| 08/11/10   | D. E. DEUTSCH   | Review last two daily reports, pleadings therein and court calendars (.5); review e-mails and update plan confirmation/litigation action list (.6). | 1.10 hrs. |
| 08/11/10   | D. BAVA         | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.80). | 1.60 hrs. |
| 08/12/10   | D. BAVA         | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 08/12/10   | D. E. DEUTSCH   | Call with Kevin Lantry re: upcoming hearing matters (.2). | 0.20 hrs. |
| 08/13/10   | D. BAVA         | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.50); review, revise and finalize | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4

|            |                |                                                                                                                                                                                                                                                                              |            |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | case calendar based on current docket entries (.20).                                                                                                                                                                                                                          |            |
| 08/16/10   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.70); review, revise and finalize case calendar based on current docket entries (.40); post certain materials to Intralinks (.30); prepare materials for August 17th hearing (1.0). | 2.40 hrs.  |
| 08/16/10   | D. M. LeMAY    | Review all most recent court filings.                                                                                                                                                                                                                                         | 1.20 hrs.  |
| 08/16/10   | D. E. DEUTSCH  | Review various court postings (.4).                                                                                                                                                                                                                                           | 0.40 hrs.  |
| 08/17/10   | D. E. DEUTSCH  | Review last three daily reports, pleadings reports and pleading report (.6); attend part of Court hearing (.3).                                                                                                                                                                | 0.90 hrs.  |
| 08/17/10   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20).                                                          | 0.80 hrs.  |
| 08/18/10   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.70); review, revise and finalize case calendar based on current docket entries (.60); review agenda re: August 20th hearing (.10); prepare certain materials referenced in agenda (.80); post certain materials to Intralinks (.70). | 2.90 hrs.  |
| 08/18/10   | M. ROITMAN     | Review Agenda for 8/20 Bankruptcy Court Hearing (0.2); Review case calendars (0.2); Confer with D. Bava re: same (0.2)                                                                                                                                                          | 0.60 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 29, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    5

| 08/19/10 | M. ROITMAN | Review Amended Notice of Agenda (0.2); Confer with D. Bava re: same (0.1) | 0.30 hrs. |
|---|---|---|---|
| 08/19/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.70); review, revise and finalize case calendar based on current docket entries (.40); post certain materials to Intralinks (.30); prepare materials for August 20th hearing (2.20). | 3.60 hrs. |
| 08/20/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.60); post certain materials to Intralinks (.40). | 1.60 hrs. |
| 08/23/10 | D. M. LeMAY | Review latest court filings. | 1.30 hrs. |
| 08/23/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); conference with M. Roitman re: omnibus hearing dates schedule by court (.10); research re: court order scheduling omnibus hearing dates (.30). | 1.20 hrs. |
| 08/23/10 | D. E. DEUTSCH | Review last three daily pleadings reports, pleadings therein and calendar (.5). | 0.50 hrs. |
| 08/24/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.30). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      September 29, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    6

| | | | |
|---|---|---|---|
| 08/24/10 | M. ROITMAN | Confer with D. Bava re: case calendars (0.1); Draft email to Debtors' counsel re: cancellation of conference call (0.1); Correspond with C&P Team re: new court filing (0.2) | 0.40 hrs. |
| 08/25/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20). | 0.80 hrs. |
| 08/25/10 | D. E. DEUTSCH | Review last three (including today's) pleading reports, pleadings therein and related calendars (.6). | 0.60 hrs. |
| 08/25/10 | A. HANESSIAN | Review case docket for various pleadings and prepare for attorney review | 0.20 hrs. |
| 08/26/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.30). | 1.10 hrs. |
| 08/27/10 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.20); post certain materials to Intralinks (.20); review similar large case docket re: identify representations of counsel (.30); conferences with D. Deutsch re: results of docket review (.10). | 1.30 hrs. |
| 08/27/10 | D. E. DEUTSCH | Review lengthy Tribune article on case matters (.2); follow-up e-mail to team on same (.2); review last two daily reports, pleadings therein and calendar | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            September 29, 2010
435 N. MICHIGAN AVENUE                                   Invoice ******
CHICAGO, IL 60611                                        Page     7


                              (.3).

08/30/10   D. BAVA           Review and analysis of docket         0.70 hrs.
                             sheets, including Neil district
                             court litigation and adversary
                             proceeding re: daily case activity
                             (.40); review, revise and finalize
                             case calendar based on current
                             docket entries (.30).

08/30/10   D. M. LeMAY       Review all latest court filings.      1.40 hrs.

08/31/10   D. BAVA           Review and analysis of docket         1.30 hrs.
                             sheets, including Neil district
                             court litigation and adversary
                             proceeding re: daily case activity
                             (.50); review, revise and finalize
                             case calendar based on current
                             docket entries (.20); post certain
                             materials to Intralinks (.60).

08/31/10   M. ROITMAN        Review case filings.                  0.50 hrs.

08/31/10   D. E. DEUTSCH     Exchange e-mails with David LeMay     0.20 hrs.
                             re: various case matters (.2).


         **Total Fees for Professional Services**.............   **$22,192.50**




                          TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 6.60 | 5643.00 |
| D. E. DEUTSCH | 695.00 | 9.30 | 6463.50 |
| A. HANESSIAN | 185.00 | .20 | 37.00 |
| D. BAVA | 270.00 | 33.80 | 9126.00 |
| M. ROITMAN | 355.00 | 2.60 | 923.00 |
| TOTALS | | 52.50 | 22192.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page    1

For Services Through August 31, 2010

Our Matter #19804.003
          COMMITTEE MEETINGS

| 08/01/10 | D. E. DEUTSCH | Meeting with Chadbourne, Moelis and Landis teams re: Examiner report, preparing for Committee meeting tomorrow on same and Tuesday hearing (1.8). | 1.80 hrs. |
|---|---|---|---|
| 08/01/10 | F. VAZQUEZ | Participate on conference call with Committee professionals re Examiner's report and recommendation to Committee (1.7). | 1.70 hrs. |
| 08/01/10 | E. DAUCHER | Participate in part of conference call with professionals re: settlement issues (1.3) | 1.30 hrs. |
| 08/01/10 | M. ROITMAN | Conference call with Committee Professionals (1.7). | 1.70 hrs. |
| 08/01/10 | D. M. LeMAY | Conference call of Committee professionals to prepare for 8/2 Committee meeting concerning Committee position to be taken at 8/3 hearing (1.7). | 1.70 hrs. |
| 08/01/10 | R. J. GAYDA | Conference call among Committee professionals re Examiner's Report and impact on plan confirmation (1.7). | 1.70 hrs. |
| 08/01/10 | N. T. ZINK | Phone conference with Committee professionals re strategy and related issues (1.7). | 1.70 hrs. |
| 08/01/10 | T. J. MCCORMACK | Meeting with professionals re status meeting with Committee scheduled for 8/2, options for plan amendment, position for hearing and related issues. | 1.80 hrs. |
| 08/01/10 | M. D. ASHLEY | Meeting with Committee professionals to prepare for Committee meeting regarding Examiner Report (1.8). | 1.80 hrs. |
| 08/01/10 | H. SEIFE | Conference call with Committee professionals in preparation for 8/2 Committee meeting (1.8); review and revised slides for presentation to Committee (1.2). | 3.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page    2

| | | | |
|---|---|---|---|
| 08/01/10 | R. M. KIRBY | Conference call with Committee professionals and team re Examiner's unredacted Report and our presentation to the Committee. | 1.70 hrs. |
| 08/01/10 | M. ROITMAN | Draft minutes of 7/29 Committee meeting (0.7) | 0.70 hrs. |
| 08/02/10 | M. ROITMAN | Draft agenda for 8/2 Committee Professionals Conference Call (0.3); Draft minutes of 7/29 Committee meeting (1.1); Take detailed minutes at Special Committee meeting (2.3). | 3.70 hrs. |
| 08/02/10 | D. M. LeMAY | Review presentation meterials and related work to prepare for Committee meeting (1.9). Participate in Committee meeting (2.3). | 4.20 hrs. |
| 08/02/10 | D. E. DEUTSCH | Review and edit agenda for tomorrow's meeting of Committee professionals (.2); discuss related issues with Howard Seife (.2); participate in today's Committee meeting (2.4); review and edit Committee minutes from last Thursday (.9). | 3.70 hrs. |
| 08/02/10 | M. D. ASHLEY | Attended Committee meeting regarding Examiner's report (2.0). | 2.00 hrs. |
| 08/02/10 | H. SEIFE | Review and revise slide presentation for Committee meeting (.8); preparation for telephonic Committee meeting (1.2); meeting with Committee (2.3). | 4.30 hrs. |
| 08/03/10 | H. SEIFE | Conference call with Committee professionals regarding plan issues and preparation (1.0). | 1.00 hrs. |
| 08/03/10 | R. J. GAYDA | Attend creditors' committee professionals call (.9). | 0.90 hrs. |
| 08/03/10 | D. E. DEUTSCH | Review and edit Committee agenda (.2); e-mail Alan Holtz re: discussion points for Thursday's Committee meeting (.1). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE              September 29, 2010
435 N. MICHIGAN AVENUE                                     Invoice ******
CHICAGO, IL 60611                                          Page    3


08/03/10    R. A. SCHWINGER    Attend professionals meeting to        0.70 hrs.
                               address discovery issues.

08/03/10    M. ROITMAN         Correspond with Committee              3.40 hrs.
                               Professionals re: rescheduled
                               conference call (0.2); Draft
                               agenda for 8/5 Committee meeting
                               (0.5); Revise minutes of 7/29
                               Committee meeting (1.8);
                               Attendance at Committee
                               Professionals Conference Call
                               (0.9).

08/03/10    D. M. LeMAY        Participate in Committee advisors      1.10 hrs.
                               meeting (1.1).

08/04/10    M. ROITMAN         Draft minutes for 8/2 Special          1.70 hrs.
                               Committee meeting (1.1);
                               Correspond with D. Bava re: Agenda
                               for 8/5 Committee Meeting (0.1);
                               Revise agenda for 8/5 Committee
                               meeting (0.3); Meet with H. Seife
                               and D. Deutsch re: preparation for
                               8/5 Committee meeting (0.2)

08/04/10    D. E. DEUTSCH      Prepare outline on employee issues     0.60 hrs.
                               for Committee meeting (.4);
                               discuss tomorrow' Committee
                               meeting matters with Howard Seife
                               (.2).

08/04/10    H. SEIFE           Preparation for Committee meeting.     1.40 hrs.

08/05/10    H. SEIFE           Preparation for Committee meeting      4.40 hrs.
                               (1.6); telephonic meeting with
                               Committee (1.5); second telephonic
                               meeting with Committee (1.3).

08/05/10    D. E. DEUTSCH      Exchange e-mails with David LeMay      0.20 hrs.
                               re: matters for today's Committee
                               meeting (.2).

08/05/10    M. ROITMAN         Take detailed minutes at the          3.40 hrs.
                               morning Committee Meeting (1.3);
                               Take detailed minutes at the
                               afternoon Committee meeting (1.2);
                               Revise minutes for 7/29 Committee
                               meeting (0.6); draft minutes for
                               8/2 Special Committee meeting
                               (0.3);

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


08/05/10   D. M. LeMAY        Prepare for (.6) and participate        1.80 hrs.
                              in (1.2) morning telephone meeting
                              of the Committee.

08/05/10   M. D. ASHLEY       Attended Committee telephonic           2.70 hrs.
                              meeting (1.3); reviewed Committee
                              emails regarding meeting
                              discussion (.3); follow-up
                              Committee telephonic meeting (1.1).

08/06/10   M. D. ASHLEY       Attended Committee telephonic           1.50 hrs.
                              meeting regarding settlement
                              issues (1.2); follow-up team
                              meeting regarding same (.3).

08/06/10   D. M. LeMAY        Participate in telephonic meeting       1.30 hrs.
                              of the Committee.

08/06/10   M. ROITMAN         Take detailed minutes at Special        1.20 hrs.
                              Committee Meeting (1.2)

08/06/10   D. E. DEUTSCH      Review materials and prepare            3.00 hrs.
                              outline for special Committee
                              meeting presentation (1.4); attend
                              special Committee meeting on
                              possible settlement issues (1.3);
                              participate in related follow-up
                              meeting with Chadbourne team (.3).

08/06/10   H. SEIFE           Preparation for Committee meeting       3.40 hrs.
                              (1.7); telephonic Committee
                              meeting (1.4); follow-up meeting
                              with Chadbourne team (.3).

08/09/10   M. ROITMAN         Draft minutes of 8/2 Special            4.30 hrs.
                              Committee Meeting (2.2); Draft
                              minutes of 8/5 Committee Meeting
                              (2.1).

08/09/10   H. SEIFE           Preparation for Committee meeting.      1.30 hrs.

08/10/10   H. SEIFE           Prepare for Committee meeting           4.20 hrs.
                              (.8); participate in telephonic
                              Committee meeting (3.4).

08/10/10   M. ROITMAN         Take detailed minutes at Special        8.70 hrs.
                              Committee meeting (3.4); Draft
                              email to Committee Professionals
                              re: upcoming conference call
                              (0.2); Draft agenda for 8/12
                              Committee Meeting (0.6);
                              Correspond with D. Deutsch, H.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page    5

|            |                |                                                                                                                                                                                                                                                                                                       |            |
|------------|----------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | Seife, re: same (0.2); Draft minutes of 8/5 Committee Meeting (2.3); Revise minutes of 8/2 Special Committee Meeting (0.8); Draft minutes of 8/6 Special Committee Meeting (1.2)                                                                                                                          |            |
| 08/10/10   | D. M. LeMAY    | Participate in telephonic Committee meeting.                                                                                                                                                                                                                                                            | 3.30 hrs.  |
| 08/10/10   | D. E. DEUTSCH  | Prepare outline for presentation at today's Committee call (1.1); review materials for today's Committee meeting (.2) and e-mail Moelis for edits to same (.1); participate in Committee meeting (3.4); follow-up on tasks raised by today's Committee meeting (.3); review and edit proposed agenda for Thursday's Committee meeting (.1). | 5.20 hrs.  |
| 08/10/10   | N. T. ZINK     | Attend Committee conference call re plan matters (3.2).                                                                                                                                                                                                                                                 | 3.20 hrs.  |
| 08/11/10   | D. E. DEUTSCH  | Review and edit minutes for August 2 Committee meeting (.5).                                                                                                                                                                                                                                            | 0.50 hrs.  |
| 08/11/10   | M. ROITMAN     | Revise agenda for 8/12 Committee meeting (0.1); Revise minutes of 8/2 Special Committee Meeting (0.2); Draft email to Committee re: same (0.2); Correspond with D. Bava re: same (0.1); Revise minutes of 8/5 Committee Meeting (0.9)                                                                     | 1.50 hrs.  |
| 08/11/10   | H. SEIFE       | Preparation for Committee meeting.                                                                                                                                                                                                                                                                      | 1.30 hrs.  |
| 08/12/10   | H. SEIFE       | Preparation for Committee meeting (.9); review and revised memo from Committee meeting (.8); telephonic meeting with Committee (1.4); attend second telephonic meeting of the Committee (1.2).                                                                                                            | 4.30 hrs.  |
| 08/12/10   | M. ROITMAN     | Take detailed minutes at Committee meeting (1.3); Draft email to Committee re: today's special Committee Call (0.2); Take detailed minutes of second Committee Meeting (1.2); Call with                                                                                                                   | 3.20 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            September 29, 2010
435 N. MICHIGAN AVENUE                                   Invoice ******
CHICAGO, IL 60611                                        Page    6

|  |  |  |  |
|---|---|---|---|
|  |  | B. Salganik re: Special Committee Meeting matter (0.3); Draft email to Committee re: 8/13 Special Committee Call (0.2); |  |
| 08/12/10 | D. E. DEUTSCH | Discuss Committee meeting matter with Damian Schaible (counsel to JPMorgan) (.2); prepare for (.3) and participate in Committee meeting (1.2); attend second Committee meeting on proposed plan settlement (1.3). | 3.00 hrs. |
| 08/12/10 | D. M. LeMAY | Prepare for (.6) and attend (1.3) telephonic committee meeting. Attend second telephonic meeting (1.3). | 3.20 hrs. |
| 08/12/10 | T. J. MCCORMACK | Attend Committee meeting re status of confirmation (1.3); attend additional Committee meeting regarding developments (1.2). | 2.50 hrs. |
| 08/12/10 | M. D. ASHLEY | Attended Committee meeting regarding plan settlement issues (1.3); Committee follow-up call regarding plan settlement developments (1.2). | 2.50 hrs. |
| 08/12/10 | N. T. ZINK | Attend Committee conference call (1.3); attend second call of the Committee (1.2). | 2.50 hrs. |
| 08/13/10 | M. D. ASHLEY | Attend Committee call regarding plan settlement issues (.8). | 0.80 hrs. |
| 08/13/10 | D. M. LeMAY | Prepare for (.5) and participate in (.9) telephone meeting of the Committee; follow up meeting with H.Seife and D.Deutsch (.3). | 1.70 hrs. |
| 08/13/10 | D. E. DEUTSCH | Participate in special Committee meeting (.9); post-Committee meeting with Howard Seife and David LeMay re: follow-up items (.3). | 1.20 hrs. |
| 08/13/10 | M. ROITMAN | Draft minutes of 8/6 Special Committee Meeting (0.8); Take detailed minutes at special Committee Meeting (0.9). | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page    7

| | | | |
|---|---|---|---|
| 08/13/10 | H. SEIFE | Preparation for Committee meeting (1.4); telephonic meeting with Committee (1.0); conference with D.Deutsch and D.LeMay following meeting (.3). | 2.70 hrs. |
| 08/15/10 | T. J. MCCORMACK | Prepare for (0.2) and conference call with Committee counsel on all issues (1.0). | 1.20 hrs. |
| 08/15/10 | D. E. DEUTSCH | E-mails/calls to Committee co-chair (Edward Sassower and Wayne Smith) re: proposed Committee meeting tomorrow and reasons for same (.3); exchange related e-mails (.2); e-mail Moelis team re: details on preparation for Committee meeting (.4); draft memorandum to Committee re: tomorrow's meeting and update on pending matters (.7). | 1.60 hrs. |
| 08/15/10 | M. ROITMAN | Draft email to Committee re: 8/16 special Committee Meeting (0.2) | 0.20 hrs. |
| 08/15/10 | H. SEIFE | Conference call with Committee professionals regarding plan changes (1.0). | 1.00 hrs. |
| 08/15/10 | D. M. LeMAY | Participate in Committee advisors conference call re: Plan negotiations (.9). | 0.90 hrs. |
| 08/15/10 | N. T. ZINK | Conference with Committee professionals re status of negotiations and next steps (.9). | 0.90 hrs. |
| 08/15/10 | D. E. DEUTSCH | Review materials to prepare for Committee professional call re: next steps (.5); exchange related e-mails with David LeMay and Howard Seife (.2); participate in meeting with Committee professionals re: plan, filing of response and related matters (.9). | 1.60 hrs. |
| 08/16/10 | D. M. LeMAY | Prepare for (.7) and attend (1.0) Committee meeting. Related follow up w/Committee professionals (.6). | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     8


| 08/16/10 | T. J. MCCORMACK | Prepare for (0.6) and meeting with Committee (0.9). | 1.50 hrs. |

| 08/16/10 | M. D. ASHLEY | Attended Committee call regarding discussions with Sr. Lenders (.8); follow-up team meeting regarding same (.5). | 1.30 hrs. |

| 08/16/10 | M. ROITMAN | Revise 8/6 Committee Meeting Minutes (0.5); Draft agenda for 8/17 Committee Professionals Call (0.2); Draft minutes of 8/10 Special Committee Meeting (0.5); Take detailed minutes at 8/16 special Committee Meeting (0.9) | 2.10 hrs. |

| 08/16/10 | H. SEIFE | Preparation for Committee meeting (1.5); telephonic meeting with Committee (1.0); follow-up meeting with Committee professionals (.5). | 3.00 hrs. |

| 08/16/10 | D. E. DEUTSCH | Review and edit minutes for August 6 special Committee meeting (.4); review materials for today's Committee meeting (.5); participate in related Committee meeting (.9) and post-meeting discussion with Chadbourne and Moelis teams (.6). | 2.40 hrs. |

| 08/16/10 | N. T. ZINK | Prepare for special committee meeting (.6); attend special committee meeting (.9). | 1.50 hrs. |

| 08/17/10 | M. ROITMAN | Draft agenda for 8/19 Committee meeting (0.5) | 0.50 hrs. |

| 08/17/10 | D. E. DEUTSCH | Review and edit agenda (.2); exchange multiple e-mails with David LeMay re: changes to same (.2); prepare outline for plan issue to discuss at Thursday's Committee meeting (.6). | 1.00 hrs. |

| 08/18/10 | D. E. DEUTSCH | Call to Aurelius' counsel re: tomorrow's Committee meeting (.1); follow-up with Marc Roitman re: same (.1); e-mails with Aurelius' counsel re: presentation to Committee tomorrow (.1); call with Bill Weintraub (Aurelius counsel) re: tomorrow's Committee meeting | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page     9

|  |  |  |  |
|---|---|---|---|
|  |  | (.2); review materials to be distributed for tomorrow's Committee meeting (.2); exchange e-mails with Young Yoo re: same (.1). |  |
| 08/18/10 | H. LAMB | Prepare meeting materials for 8/19 Committee meeting. | 0.70 hrs. |
| 08/18/10 | M. ROITMAN | Correspond with D. Deutsch and Aurelius re: 8/19 Commitee meeting (0.4) | 0.40 hrs. |
| 08/19/10 | M. ROITMAN | Take detailed minutes at morning session of Committee meeting (1.5); Draft email to Committee re: continuation of meeting (0.3); Correspond with Committee members re: same (0.3); Take detailed minutes at evening session of Committee meeting (1.4). | 3.50 hrs. |
| 08/19/10 | D. M. LeMAY | Prepare for (.6) and participate in (1.5) telephone meeting of this Committee.  Prepare for (.7) and participate in (1.4) second committee meeting. | 4.20 hrs. |
| 08/19/10 | D. E. DEUTSCH | Hold preparatory meeting for today's Committee call with Howard Seife and David LeMay (.5); participate in Committee meeting (1.6); prepare outline of materials for second Committee call on plan/settlement issues (.8); participate in second Committee meeting (1.3). | 4.20 hrs. |
| 08/19/10 | H. SEIFE | Prepare for (.5) and participate in telephonic meeting of Committee (1.5); particpate in follow-up telephone meeting of Committee (1.4). | 3.40 hrs. |
| 08/19/10 | M. D. ASHLEY | Attended Committee telephonic meeting (1.3); attend Committee follow-up call (1.5). | 2.80 hrs. |
| 08/19/10 | F. VAZQUEZ | Participate on evening Committee conference call re plan negotiations (1.4). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   10

| 08/19/10 | T. J. MCCORMACK | Prep for (.5) and meeting with Committee on status (1.6). | 2.10 hrs. |
|---|---|---|---|
| 08/19/10 | N. T. ZINK | Prepare for creditors' committee conference call (1.2); attend morning conference call of creditors' committee (1.5); attend evening conference call of creditors' committee (1.4). | 4.10 hrs. |
| 08/20/10 | M. ROITMAN | Draft minutes of 8/10 Special Committee meeting. | 0.80 hrs. |
| 08/23/10 | M. ROITMAN | Draft agenda for 8/24 Committee Professionals Conference Call (0.4); Draft minutes of 8/10 Special Committee Meeting (3.2); Draft minutes of 8/12 Committee Meeting (0.6) | 4.20 hrs. |
| 08/23/10 | D. E. DEUTSCH | Discuss tomorrow's Committee professional meeting with Howard Seife (.2); edit related agenda (.2). | 0.40 hrs. |
| 08/24/10 | D. E. DEUTSCH | Prepare for Committee professional call (.4); conference call with Committee professionals (1.0). | 1.40 hrs. |
| 08/24/10 | R. J. GAYDA | Attend Committee professionals' meeting. | 0.90 hrs. |
| 08/24/10 | N. T. ZINK | Participate on all professional call (.8). | 0.80 hrs. |
| 08/24/10 | T. J. MCCORMACK | Meeting of Committee professionals on various matters, including standing motion, upcoming court conferences, Committee position (0.9). | 0.90 hrs. |
| 08/24/10 | M. D. ASHLEY | Professionals' meeting regarding status of proceedings (.8); follow-up team meeting regarding same (.4). | 1.20 hrs. |
| 08/24/10 | M. ROITMAN | Attendance at Committee Professionals Conference Call (0.9); Confer with C&P team following call (0.4); Draft minutes of 8/12 Committee meeting (2.5); Draft email to Committee | 4.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   11

|            |                |                                                                                                                                                                                              |            |
|------------|----------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | re: Rescheduling of Committee Meeting (0.4)                                                                                                                                                   |            |
| 08/24/10   | D. M. LeMAY    | Call w/Committee Professionals (1.0). Follow-up call w/Seife and Deutsch (.5).                                                                                                                | 1.50 hrs.  |
| 08/25/10   | M. ROITMAN     | Draft minutes of 8/12 Special Committee Meeting (1.2); Draft minutes of 8/13 Special Committee Meeting (0.7); Draft agenda for 8/27 Committee Meeting (0.5);                                    | 2.40 hrs.  |
| 08/25/10   | D. E. DEUTSCH  | Review and edit minutes from August 10 and 12 (two separate meetings) (.9).                                                                                                                   | 0.90 hrs.  |
| 08/26/10   | H. SEIFE       | Preparation for Committee meeting.                                                                                                                                                            | 1.10 hrs.  |
| 08/26/10   | M. ROITMAN     | Revise minutes of various August Committee meetings (1.7); Draft minutes of 8/13 Special Committee Meeting (0.9); Draft minutes of 8/16 Special Committee Meeting (0.6);                       | 3.20 hrs.  |
| 08/27/10   | M. ROITMAN     | Draft email to Committee re: today's Committee call (0.1); Take detailed minutes on Committee call (0.8); Revise minutes of 8/13 Special Committee Meeting (0.8); Draft minutes of 8/16 Special Committee Meeting (1.7) | 3.40 hrs.  |
| 08/27/10   | D. M. LeMAY    | Meeting of C&P team to prepare for Committee meeting (.5); attend telephonic Committee meeting (.9).                                                                                           | 1.40 hrs.  |
| 08/27/10   | H. SEIFE       | Preparation for Committee meeting (1.2); meeting with Committee (1.0).                                                                                                                         | 2.20 hrs.  |
| 08/27/10   | N. T. ZINK     | Attend committee conference call (1.0).                                                                                                                                                       | 1.00 hrs.  |
| 08/27/10   | D. E. DEUTSCH  | Review and edit August 13 Committee minutes (.5); discuss same with Marc Roitman (.2).                                                                                                        | 0.70 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   12


| | | | |
|---|---|---|---|
| 08/27/10 | D. E. DEUTSCH | Prepare outline of talking notes for today's Committee meeting (.6); participate in pre-meeting with Howard Seife and David LeMay (.5); participate in Committee meeting (1.0). | 2.10 hrs. |
| 08/27/10 | T. J. MCCORMACK | Attend Committee meeting on status, next steps and upcoming schedule (0.8). | 0.80 hrs. |
| 08/27/10 | M. D. ASHLEY | Attended part of Committee call regarding status of proceedings and mediation process (.7). | 0.70 hrs. |
| 08/30/10 | D. E. DEUTSCH | Review draft, related notes and edit agenda for Creditors' Committee professional meeting (.3). | 0.30 hrs. |
| 08/30/10 | M. ROITMAN | Draft minutes of 8/16 Special Committee Meeting (0.7); Draft minutes of 8/19 Committee Meeting (3.3); Draft agenda for 8/31 Committee Professionals Conference Call (0.5) | 4.50 hrs. |
| 08/31/10 | M. ROITMAN | Attendance at Committee Professionals Conference Call (0.8); Confer with C&P team following call (0.4); Confer with D. Deutsch following call (0.1); Correspond with Committee Co-Chairs re: cancellation of Committee meeting (0.3); Draft email to Committee re: 8/5 through 8/12 Meeting Minutes (0.3); Revise Minutes of 8/16 and 8/19 Committee meetings (0.9) | 2.80 hrs. |
| 08/31/10 | D. E. DEUTSCH | Prepare outline on pending matters for today's meeting with Committee professionals (.7); exchange e-mails with David LeMay re: today's meeting (.2); review and revise notes for Committee meetings on August 16th and 19th (.8); participate in meeting with Committee professionals (.8) and post-meeting with Chadbourne team (.3). | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   13


| 08/31/10 | N. T. ZINK | Attend all professional call (.8); follow-up conference with H. Seife, T. McCormick, and M. Ashley re plan and related issues (.5). | 1.30 hrs. |
| 08/31/10 | R. J. GAYDA | Attend Committee professionals' meeting (.8). | 0.80 hrs. |
| 08/31/10 | D. M. LeMAY | Weekly meeting of Committee professionals (.9). Follow up meeting with C&P team (.4). | 1.30 hrs. |
| 08/31/10 | M. A. ALPERT | Prepared for (.4)and attended (.4) portion of committee professionals meeting. | 0.80 hrs. |
| 08/31/10 | H. SEIFE | Conference with Committee professionals regarding mediation (.9). | 0.90 hrs. |
| 08/31/10 | T. J. MCCORMACK | Meeting of professionals for Committee on status, upcoming events, tasks and related issues (0.8); follow-up team meeting on ongoing tasks and D&O complaint (0.5). | 1.30 hrs. |
| 08/31/10 | M. D. ASHLEY | Professionals' call regarding settlement and litigation issues (.9); Chadbourne team meeting regarding same (.4). | 1.30 hrs. |

                    **Total Fees for Professional Services............. $161,139.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                September 29, 2010
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                           Page   14


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 29.90 | 25564.50 |
| H. SEIFE | 965.00 | 42.90 | 41398.50 |
| M. A. ALPERT | 825.00 | .80 | 660.00 |
| N. T. ZINK | 795.00 | 17.00 | 13515.00 |
| R. A. SCHWINGER | 785.00 | .70 | 549.50 |
| T. J. MCCORMACK | 825.00 | 12.10 | 9982.50 |
| M. D. ASHLEY | 645.00 | 18.60 | 11997.00 |
| D. E. DEUTSCH | 695.00 | 39.70 | 27591.50 |
| F. VAZQUEZ | 625.00 | 3.10 | 1937.50 |
| E. DAUCHER | 355.00 | 1.30 | 461.50 |
| R. J. GAYDA | 595.00 | 4.30 | 2558.50 |
| R. M. KIRBY | 475.00 | 1.70 | 807.50 |
| H. LAMB | 270.00 | .70 | 189.00 |
| M. ROITMAN | 355.00 | 67.40 | 23927.00 |
| TOTALS | | 240.20 | 161139.50 |