TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 29, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1

                              For Services Through August 31, 2010

Our Matter #19804.004
           CREDITOR COMMUNICATIONS


08/01/10   D. E. DEUTSCH      Review and respond to inquiry from     0.20 hrs.
                              Bill Salganik (Committee member)
                              on Examiner's report (.2).

08/02/10   D. E. DEUTSCH      Call with Bill Niese (Committee        1.10 hrs.
                              member) re: questions on Examiner
                              Report (.3); telephone
                              conversation with Frank Anderson
                              re: today's Committee meeting
                              (.1); calls with Alec Lipkind and
                              Gabrielle Davis re: Examiner
                              Report (.7).

08/06/10   M. ROITMAN         Call with J. Warwick re:              0.20 hrs.
                              discrimination claim (0.2)

08/13/10   H. SEIFE           Telephone conferences with           1.70 hrs.
                              Committee members (J.Teitlebaum,
                              F.Anderson, B.Salganik, W.Smith)
                              regarding plan proposal.

08/14/10   D. E. DEUTSCH      Review inquiry from Bill Salganik     0.40 hrs.
                              (.2); respond to same (.1); e-mail
                              Marc Roitman re: related follow-up
                              (.1).

08/15/10   D. E. DEUTSCH      Review inquiry from Committee         0.80 hrs.
                              member (Bill Salganik) re:
                              Plan/Response issues (.2); draft
                              detailed response to same (.4);
                              exchange e-mails with Committee
                              member (Gabrielle Davis) re:
                              tomorrow's meeting matters (.2).

08/16/10   H. SEIFE           Telephone conferences with           0.80 hrs.
                              creditors regarding updates/status
                              of plan.

08/17/10   H. SEIFE           Telephone conferences with various   2.90 hrs.
                              creditors (Centerbridge, Angelo
                              Gordon, JPM) regarding plan
                              issues/settlement.

08/17/10   D. E. DEUTSCH      Review and respond to inquiry from    0.20 hrs.
                              Committee member (Bill Salganik)
                              (.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page     2

| 08/18/10 | D. E. DEUTSCH | Call with Seneca Capital re: case status matters (.3); call with Edward Sassower re: case matters (.1); exchange e-mails with JPMorgan (Marian Kulnis) re: access to D&O memo (.2). | 0.60 hrs. |
|----------|---------------|---|-----------|
| 08/19/10 | D. E. DEUTSCH | Review and respond to inquiry from Committee member (Miriam Kulnis) (.2); exchange e-mails re: plan/meeting matters with Committee member (Gabrielle Davis) (.2). | 0.40 hrs. |
| 08/20/10 | D. E. DEUTSCH | Exchange e-mails with Committee member (Gabrielle Davis) re: various case matters (.3); exchange e-mails and calls with Edward Sassower re: statement by Centerbridge (.3). | 0.60 hrs. |
| 08/21/10 | D. E. DEUTSCH | Review and reply to inquiry from Bob Paul (Committee member counsel) (.2). | 0.20 hrs. |
| 08/23/10 | D. E. DEUTSCH | Review and follow-up on inquiry from Committee member counsel (Edward Sassower) (.2); follow-up on e-mail inquiry from Committee member counsel (Bob Paul) (.2). | 0.40 hrs. |
| 08/24/10 | D. E. DEUTSCH | Call with Committee member (Bob Paul) (.2); two calls with Damian Schaible (JPMorgan's counsel) re: case settlement/plan matters (.5). | 0.70 hrs. |
| 08/25/10 | H. SEIFE | Telephone conferences with various Committee members regarding status (.8). | 0.80 hrs. |
| 08/26/10 | D. E. DEUTSCH | Review and follow-up on inquiry from Committee member (Wayne Smith) (.2); exchange e-mails with counsel to JPMorgan (Damian Schaible) (.3). | 0.50 hrs. |
| 08/27/10 | M. ROITMAN | Draft email to Committee re: August 26, 2010 Chicago Tribune Article (0.2) | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       September 29, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    3


| 08/27/10 | H. SEIFE | Telephone conferences with Committee members regarding mediator (.9). | 0.90 hrs. |
| 08/30/10 | H. SEIFE | Telephone conferences with Committee members regarding mediator order. | 0.40 hrs. |
| 08/31/10 | H. SEIFE | Emails with Committee chair regarding status (.3). | 0.30 hrs. |

**Total Fees for Professional Services.............  $11,908.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | 7.80 | 7527.00 |
| D. E. DEUTSCH | 695.00 | 6.10 | 4239.50 |
| M. ROITMAN | 355.00 | .40 | 142.00 |
| TOTALS | | 14.30 | 11908.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 29, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through August 31, 2010

Our Matter #19804.007
        BUSINESS OPERATIONS

| | | | |
|---|---|---|---|
| 08/02/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |
| 08/02/10 | M. STRAND | Review and comment on FCC issues in Committee Disclosure Statement (4.4); office conferences w/ J. Stenger RE: same (.3). | 4.70 hrs. |
| 08/03/10 | M. STRAND | Office conferences and email w/ J. Stenger RE: review and comments to Committee draft Plan and Disclosure Statement (.8); review and comment on draft Plan re: FCC issues (2.2) and legal research RE: Plan details and use of short-form applications by other similar companies (2.7). | 5.70 hrs. |
| 08/03/10 | J. A. STENGER | Review Third Circuit briefing on NBCO rule (1.1); prepare correspondence to D. Deutsch regarding same (0.4); telephone conference with J. Feore regarding Debtor FCC counsel ex parte meeting with FCC staff (0.5); research regarding same (0.8); prepare correspondence to D. Deutsch regarding same (0.5); review Teamsters ex parte filing in opposition to FCC exit applications (0.6); prepare correspondence to D. Deutsch regarding same (0.4); research regarding FCC Trust in Committee Plan and FCC application process for same (2.4); office conference with M. Strand regarding same (0.5). | 7.20 hrs. |
| 08/03/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |
| 08/03/10 | D. E. DEUTSCH | Review e-mails and attachments from Marc Alpert re: status of Food Network transaction (.2). | 0.20 hrs. |
| 08/04/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page     2

| | | | |
|---|---|---|---|
| 08/04/10 | J. A. STENGER | Review Debtor FCC ex parte notice and prepare correspondence to D. Deutsch regarding same (0.5); research regarding FCC application for FCC Trust in Committee Plan (2.4); office conference with M. Strand (.3) and office correspondence with T. Zink (.2) regarding same. | 3.40 hrs. |
| 08/05/10 | M. STRAND | Review and comment on Disclosure Statement with respect to FCC issues (1.3); office conferences w/ J. Stenger RE: same (.7). | 2.00 hrs. |
| 08/05/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |
| 08/05/10 | J. A. STENGER | Review WTC FCC filing (0.6); research regarding same and related issues from examiner's report (2.4); prepare correspondence with D. Deutsch regarding same (0.5). | 3.50 hrs. |
| 08/06/10 | J. A. STENGER | Telephone conference with T. Zink regarding FCC issues relating to Committee Plan (0.5); additional research regarding FCC Trust provisions and related FCC procedures (2.6); prepare revisions to Plan and Disclosure Statement regarding same (1.8); telephone conference with D. Deutsch regarding FCC exit applications and examiner's report (0.4); research regarding same (1.9). | 7.20 hrs. |
| 08/06/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |
| 08/06/10 | M. ROITMAN | Review Notice of Investments in Treasury Money Market Funds (0.2); Correspond with AlixPartners re: same (0.1) | 0.30 hrs. |
| 08/06/10 | D. E. DEUTSCH | Review e-mails from Marc Alpert re: Food Network transaction matters (.2); review various FCC filings (1.9); call with James Stenger to discuss next steps with | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       September 29, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    3

FCC applications (.5).

| | | | |
|---|---|---|---|
| 08/06/10 | D. E. DEUTSCH | Discuss motion on Debtors' investment policy (.2); review related follow-up on same from AlixPartners (.2). | 0.40 hrs. |
| 08/06/10 | M. STRAND | Call w/ J. Stenger and T. Zink RE: Plan (.5); review and revise Plan (1.1); office conference w/ J. Stenger RE: revisions to draft Plan and Disclosure statement Re: FCC issues (.3). | 1.90 hrs. |
| 08/07/10 | M. STRAND | Email w/ J. Stenger RE: revisions to Disclosure Statement (.2) and review of changes Re: FCC issues (1.0). | 1.20 hrs. |
| 08/07/10 | J. A. STENGER | Revise mark-up of FCC issues in Committee Disclosure Statement. | 2.60 hrs. |
| 08/08/10 | J. A. STENGER | Revise mark-up of FCC issues in Committee Plan (1.4); further revisions to Disclosure Statement mark-up (1.1) | 2.50 hrs. |
| 08/08/10 | M. STRAND | Review and comment on revisions to draft Plan and Disclosure Statement Re: FCC issues (5.3); email w/ J. Stenger RE: same (.5). | 5.80 hrs. |
| 08/09/10 | M. STRAND | Review WTC filings in FCC docket and email summary from J. Stenger. | 0.60 hrs. |
| 08/09/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |
| 08/09/10 | D. E. DEUTSCH | Review AlixPartners' weekly (last week) report on Debtors' operations (.2). | 0.20 hrs. |
| 08/09/10 | J. A. STENGER | Further revisions to mark-up of Plan and Disclosure Statement regarding FCC issues (2.6); prepare correspondence to T. Zink regarding same (0.7); review TC ex parte regarding Tribune/JPM FCC meeting (0.4); telephone conference with J. Logan regarding same and regarding WTC motion to supplement (0.6); office | 4.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                September 29, 2010
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                            Page    4


                              correspondence with D. Deutsch
                              regarding same (0.5).

08/10/10    A. RATCHFORD      Review Prometheus Radio Project v        0.10 hrs.
                              FCC (3rd Circuit) court filings.

08/11/10    A. RATCHFORD      Review Prometheus Radio Project v        0.10 hrs.
                              FCC (3rd Circuit) court filings.

08/11/10    D. E. DEUTSCH     Review Brad Hall memorandum on           0.40 hrs.
                              operation centralization inquiry
                              (.4).

08/13/10    A. RATCHFORD      Review Prometheus Radio Project v        0.10 hrs.
                              FCC (3rd Circuit) court filings.

08/16/10    A. RATCHFORD      Review Prometheus Radio Project v        0.10 hrs.
                              FCC (3rd Circuit) court filings.

08/16/10    D. E. DEUTSCH     Review e-mails re: Food Networks         0.50 hrs.
                              update (.1); review inquiry from
                              Bill Salganik re: consolidation of
                              Debtors' office operations (.2);
                              review related materials and
                              respond to same (.2).

08/17/10    A. RATCHFORD      Review Prometheus Radio Project v        0.20 hrs.
                              FCC (3rd Circuit) court filings.

08/17/10    D. E. DEUTSCH     Review recent FCC filings and           1.40 hrs.
                              related materials (1.1); exchange
                              e-mails with James Stenger re:
                              proposed next steps before FCC and
                              holding related discussions with
                              the Debtors (.3).

08/17/10    J. A. STENGER     Review reply briefs of Tribune,          1.60 hrs.
                              NAB and Radio Project in 3rd
                              Circuit appeal of NBCO waiver
                              rules (1.3); office conference
                              with M, Strand regarding same 0.3).

08/18/10    D. E. DEUTSCH     Review materials forwarded from          0.30 hrs.
                              James Stenger (.2) and respond to
                              proposed course of action with
                              respect to FCC matters (.1).

08/18/10    A. RATCHFORD      Review Prometheus Radio Project v        0.20 hrs.
                              FCC (3rd Circuit) court filings.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page    5

| | | | |
|---|---|---|---|
| 08/18/10 | M. STRAND | Email w/ J. Stenger and D. Deutsch RE: FCC filing and Plan/hearing dates. | 0.30 hrs. |
| 08/18/10 | B. G. CARSON | Review and prepare comments on revised drafts of TVFN LLC agreement and contribution agreement. | 4.30 hrs. |
| 08/19/10 | B. G. CARSON | Review and prepare comments on revised drafts of TVFN LLC agreement and contribution agreement. | 4.50 hrs. |
| 08/19/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |
| 08/20/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |
| 08/23/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |
| 08/23/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction (4.2); confs with D.Deutsch. re: same (.2) | 4.40 hrs. |
| 08/23/10 | J. A. STENGER | Review debtor and JPM oppositions to WTC supplements (0.6); Office correspondence to T. Zink regarding Debtor plan and regarding Debtor and JPM oppositions to WTC supplements (0.4). | 1.00 hrs. |
| 08/23/10 | B. G. CARSON | Review and draft summary of comments on revised drafts of TVFN LLC agreement and contribution agreement. | 1.50 hrs. |
| 08/24/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction. | 2.80 hrs. |
| 08/25/10 | D. E. DEUTSCH | Review background and bankruptcy provisions in draft Food Network documents (.5); provide Ben Carson analysis of same (.1); review various pleadings/papers filed in pending FCC application case (.6); review further e-mails on Food Network transaction (.2). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      September 29, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    6


| 08/25/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |
|---|---|---|---|
| 08/26/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |
| 08/26/10 | B. G. CARSON | Conference call to discuss revised drafts of Cooking Channel transaction documents (0.4); prepare summary of conference call and review transaction materials in connection with same (0.9). | 3.40 hrs. |
| 08/26/10 | H. SEIFE | Review of AlixPartners report. | 0.30 hrs. |
| 08/27/10 | B. G. CARSON | Review and prepare comments on revised drafts of Cooking Channel transaction documents. | 4.00 hrs. |
| 08/27/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |
| 08/30/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |
| 08/30/10 | M. STRAND | Review email from J. Stenger RE: timing of alternate Plan filing. | 0.20 hrs. |
| 08/30/10 | B. G. CARSON | Conference with M.Alpert to discuss developments in Cooking Channel transaction (0.6); draft memorandum updating committee on developments in connection with Cooking Channel transaction (2.8). | 3.50 hrs. |
| 08/30/10 | D. E. DEUTSCH | Review materials on updates in Tribune Food Networks transaction (.3); discuss same with Marc Alpert (.1). | 0.40 hrs. |
| 08/30/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction (2.10); confs. with B.Carson and D.Deutsch re: same (.6).. | 2.70 hrs. |
| 08/31/10 | B. G. CARSON | Conference call with M.Alpert to discuss developments in Cooking Channel transaction (0.4); revise draft of memorandum updating committee on developments in connection with Cooking Channel transaction (2.1). | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     7

| 08/31/10 | J. A. STENGER | Review WTC reply (0.2) and prepare correspondence regarding same (0.3). | 0.50 hrs. |
| 08/31/10 | M. STRAND | Review of WTC opposition in FCC proceeding, and prior Tribune filing RE: processing of exit applications. | 0.60 hrs. |
| 08/31/10 | A. RATCHFORD | Review Prometheus Radio Project v FCC (3rd Circuit) court filings. | 0.10 hrs. |
| 08/31/10 | M. A. ALPERT | Reviewed documents re: Cooking Channel transaction (2.4). | 2.40 hrs. |

Total Fees for Professional Services.............. $53,955.50

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | .30 | 289.50 |
| M. A. ALPERT | 825.00 | 12.30 | 10147.50 |
| J. A. STENGER | 495.00 | 34.30 | 16978.50 |
| B. G. CARSON | 475.00 | 23.70 | 11257.50 |
| D. E. DEUTSCH | 695.00 | 7.80 | 5421.00 |
| A. RATCHFORD | 200.00 | 2.20 | 440.00 |
| M. ROITMAN | 355.00 | .30 | 106.50 |
| M. STRAND | 405.00 | 23.00 | 9315.00 |
| TOTALS | | 103.90 | 53955.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through August 31, 2010

Our Matter #19804.009
          CLAIMS ADMINISTRATION/BAR DATE


| | | | |
|---|---|---|---|
| 08/02/10 | D. E. DEUTSCH | Call with Gordon Novad (Wilmington Trust's counsel) to discuss promised detail for claim estimation (.2). | 0.20 hrs. |
| 08/02/10 | M. ROITMAN | Review Notices of claims settlement (1.2); Call A. Triggs re: same (0.1) | 1.30 hrs. |
| 08/03/10 | M. ROITMAN | Review Notices of claims settlement (0.7); Correspond/confer with A. Leung re: same (0.3); Call with Sidley, A&M, AlixPartners re: same (0.2); Correspond with D. Deutsch re: same (0.1) | 1.30 hrs. |
| 08/05/10 | M. ROITMAN | Review notices of claims settlement (0.1) | 0.10 hrs. |
| 08/06/10 | M. ROITMAN | Review notices re: claim objections (0.4); Confer with D. Deutsch (0.1); Calls with A. Leung (0.4); Call with A. Leung and R. Stone (0.7) | 1.60 hrs. |
| 08/06/10 | A. HANESSIAN | Review case docket for various pleadings re claims and prepare for attorney review. | 0.80 hrs. |
| 08/06/10 | D. E. DEUTSCH | Discuss various claim settlement/objection matters with Marc Roitman (.2). | 0.20 hrs. |
| 08/09/10 | D. E. DEUTSCH | Review last week's adversary report updates (.3). | 0.30 hrs. |
| 08/11/10 | D. E. DEUTSCH | Review materials on Wilmington Trust's claims estimation motion (.2); e-mails with Robert Stark re: same (.1); review Marc Roitman analysis on multiple claim settlements (.3); conference with Marc Roitman to discuss same (.1); exchange additional e-mails with Robert Stark re: estimation motion (.2). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| 08/11/10 | M. ROITMAN | Review notices of claims settlements (0.2); Confer with D. Detusch re: same (0.1); Draft email to D. Deutsch re: same (0.2) | 0.50 hrs. |
| 08/19/10 | M. ROITMAN | Review Debtors' 35th Omnibus Objection to Claims (0.2) | 0.20 hrs. |
| 08/24/10 | M. ROITMAN | Review Motion of Ivan J. Bates for an Order to Extend the Bar Date (0.4) | 0.40 hrs. |
| 08/25/10 | M. ROITMAN | Review Notices of Claims Settlement (0.2) | 0.20 hrs. |
| 08/30/10 | M. ROITMAN | Draft memo re: 35th Omnibus Claims Objection (0.8) | 0.80 hrs. |
| 08/30/10 | D. E. DEUTSCH | Review estimation materials (.2); hold related call with Robert Stark (.1) and review related e-mail (.1). | 0.40 hrs. |
| 08/31/10 | M. ROITMAN | Review transfers of claims filed on docket (0.3). | 0.30 hrs. |
| 08/31/10 | M. ROITMAN | Continue drafting memo re: 35th Omnibus Claims Objection (0.6) | 0.60 hrs. |


**Total Fees for Professional Services............. $4,129.50**


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 695.00 | 2.00 | 1390.00 |
| A. HANESSIAN | 185.00 | .80 | 148.00 |
| M. ROITMAN | 355.00 | 7.30 | 2591.50 |
| TOTALS | | 10.10 | 4129.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through August 31, 2010

Our Matter #19804.010
        FEE/RETENTION APPLICATIONS

| | | | |
|---|---|---|---|
| 08/01/10 | H. LAMB | Comprehensive review of billing proformas/daily time detail in preparation of monthly fee application (July). | 4.80 hrs. |
| 08/04/10 | H. LAMB | Further review of billing proformas/daily time detail in preparation of monthly fee application. | 4.30 hrs. |
| 08/06/10 | M. ROITMAN | Review docket for filings of ordinary course professionals (0.1) | 0.10 hrs. |
| 08/06/10 | A. HANESSIAN | Researching Fee Examiner's Reports for Tribune case professionals fee and expense requests and prepare analysis/chart with same. | 1.00 hrs. |
| 08/06/10 | E. DAUCHER | Prepare Chadbourne's response to Fee Examiner's fourth interim report. | 1.40 hrs. |
| 08/09/10 | H. LAMB | Emails/telephone conferences with Committee members regarding next expense submission. | 0.30 hrs. |
| 08/09/10 | D. E. DEUTSCH | Review last week's ordinary course professional report (.2). | 0.20 hrs. |
| 08/11/10 | D. E. DEUTSCH | Review materials re: status of Fee Examiner's review of all third quarterly fee applications (.2); e-mail Thane Carlston (Moelis) re: required follow-up on same (.1); review and edit response to Fee Examiner's fourth quarterly fee application report (1.4); review weekly ordinary course professional report (.4). | 2.10 hrs. |
| 08/11/10 | M. ROITMAN | Correspond/confer with D. Bava re: fee application summary (0.2) | 0.20 hrs. |
| 08/11/10 | H. LAMB | Begin preparation of monthly fee application (July). | 1.80 hrs. |
| 08/11/10 | D. BAVA | Research fee statements per D.Deutsch request (1.20). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    2

| | | | |
|---|---|---|---|
| 08/12/10 | D. BAVA | Review and analysis of docket sheet re: supplemental affidavits filed by Chadbourne & Parke in support of its retention (.80); review and alaysis of docket sheet re: 2014 statements filed by Sidley (.40). | 1.20 hrs. |
| 08/12/10 | M. ROITMAN | Call with N. Thomas re: Professionals Fee Summary (0.1); Review Affidavits/Supplemental Affidavits of C&P and Sidley re: conflict disclosure per research request (1.4). | 1.50 hrs. |
| 08/12/10 | D. E. DEUTSCH | Meeting with Eric Daucher to discuss Fee Examiner response revisions (.2). | 0.20 hrs. |
| 08/12/10 | E. DAUCHER | Edit response to Fee Examiner's Fourth preliminary report. | 1.20 hrs. |
| 08/13/10 | D. E. DEUTSCH | Begin review of July billing proformas (1.7). | 1.70 hrs. |
| 08/13/10 | M. ROITMAN | Draft supplemental affidavit in connection with C&P's retention as Committee Counsel (1.5); Review list of potential D&O and third party defendants in connection with additional disclosure (0.8) | 2.30 hrs. |
| 08/13/10 | H. LAMB | Review expenses incurred during monthly fee period (.5); follow up on certain items (.7). | 1.20 hrs. |
| 08/13/10 | D. BAVA | Review docket sheet re: previously filed supplemental affidavits in support of Chadbourne's retention (.80). | 0.80 hrs. |
| 08/14/10 | M. ROITMAN | Review docket for filings of ordinary course professionals and update chart of same (0.2) | 0.20 hrs. |
| 08/17/10 | H. LAMB | Further preparation of monthly fee application. | 2.30 hrs. |
| 08/17/10 | A. HANESSIAN | Review timekeeper summaries in preparation of fee application. | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     3


| | | | |
|---|---|---|---|
| 08/18/10 | D. E. DEUTSCH | Review weekly ordinary course professional report (.2); e-mail Aram Hanessian re: completing additional analysis on Examiner issue (.2). | 0.40 hrs. |
| 08/18/10 | H. LAMB | Review certification of no objection of Chadbourne's 18th monthly fee application (.1); email to J.Ludwig (Sidley) regarding same (.2). | 0.30 hrs. |
| 08/19/10 | M. ROITMAN | Review supplemental affidavit in connection with C&P's retention as Committee Counsel (0.2) | 0.20 hrs. |
| 08/19/10 | A. HANESSIAN | Researching Fee Examiner's Reports for Tribune case professionals fee and expense requests and update chart to reflect same. | 0.50 hrs. |
| 08/19/10 | D. BAVA | Correspondence with F. Panchak of Landis Rath & Cobb re: filing of supplemental affidavit. | 0.20 hrs. |
| 08/19/10 | H. LAMB | Review of Fee Examiner's preliminary report on Chadbourne's Fifth Interim Fee Application. | 0.70 hrs. |
| 08/20/10 | A. HANESSIAN | Updating ordinary course professional chart | 0.70 hrs. |
| 08/20/10 | M. ROITMAN | Confer with H. Lamb re: research on potential defendants for litigation trusts (0.2); Review Debtors' monthly ordinary course professional report (0.1); Correspond with Aram Hanessian re: same (0.1); Review docket and update ordinary course professional chart (0.2) | 0.60 hrs. |
| 08/20/10 | H. LAMB | Review receipts and expense reports submitted by Committee members for July meeting (.6); preparation of request for reimbursement for same (1.1). | 1.70 hrs. |
| 08/21/10 | D. E. DEUTSCH | Review and edit July fee application pro formas (4.3). | 4.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| 08/21/10 | H. LAMB | Further preparation of monthly fee application. | 2.40 hrs. |
| 08/22/10 | D. E. DEUTSCH | Review memorandum from Debtors re: ordinary course professional issues (.2). | 0.20 hrs. |
| 08/23/10 | H. LAMB | Review D.Deutsch comments to monthly fee application (.6); finalize fee application in accordance with same (1.7). | 2.30 hrs. |
| 08/24/10 | H. LAMB | Further review of Fee Examiner's preliminary report on Chadbourne's Fifth Interim Fee Application (.3) and follow up on certain fee and expense issues (.4); prepare chart addressing certain expense issues raised in report (2.2); conferences with D.Deutsch and E.Daucher regarding same (.3). | 3.20 hrs. |
| 08/24/10 | D. E. DEUTSCH | Review and edit July fee application draft (1.3). | 1.30 hrs. |
| 08/24/10 | H. SEIFE | Review of C&P fee application. | 0.50 hrs. |
| 08/25/10 | A. HANESSIAN | Researching Fee Examiner's Reports for Tribune case professionals fee and expense requests and update chart re same. | 0.70 hrs. |
| 08/25/10 | D. E. DEUTSCH | Review materials on claims against third parties and determine appropriate next steps on retention/court filings related to same (.3). | 0.30 hrs. |
| 08/25/10 | M. ROITMAN | Review research results of potential third-party defendants in connection with additional disclosure (0.3); Correspond with D. Deutsch re: same (0.1) | 0.40 hrs. |
| 08/26/10 | E. DAUCHER | Call with D. Deutsch re: Fee Examiner's preliminary report of fifth interm fee application. | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/26/10 | D. E. DEUTSCH | Review weekly ordinary course professional report (.2); preliminary review of Fee Examiner's fifth preliminary fee application analysis (.5); discuss same with Eric Daucher (.1). | 0.80 hrs. |
| 08/27/10 | M. ROITMAN | Review docket and update ordinary course professionals chart (0.2) | 0.20 hrs. |
| 08/30/10 | E. DAUCHER | Prepare response to Fee Examiner's preliminary report on fifth interim fee application. | 5.50 hrs. |
| 08/31/10 | E. DAUCHER | Continue work on draft reply to Fee Examiner's report on fifth interim fee application and related exhibits. | 2.30 hrs. |
| 08/31/10 | A. HANESSIAN | Preparation of response on certain issues raised in Fee Examiner Report. | 1.30 hrs. |


**Total Fees for Professional Services.............. $23,196.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 965.00 | .50 | 482.50 |
| D. E. DEUTSCH | 695.00 | 11.50 | 7992.50 |
| A. HANESSIAN | 185.00 | 6.60 | 1221.00 |
| D. BAVA | 270.00 | 3.40 | 918.00 |
| E. DAUCHER | 355.00 | 10.50 | 3727.50 |
| H. LAMB | 270.00 | 25.30 | 6831.00 |
| M. ROITMAN | 355.00 | 5.70 | 2023.50 |
| TOTALS | | 63.50 | 23196.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page    1

For Services Through August 31, 2010

Our Matter #19804.011
          PLAN AND DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| 08/01/10 | R. J. GAYDA | Review and revise memorandum regarding plan modification (1.2); review Examiner's Report and revise summary on creditor participation issues (4.6); review recovery analysis in Annex B to Examiner's Report (1.1); review cases cited in Examiner's Report (1.3). | 8.20 hrs. |
| 08/01/10 | D. M. LeMAY | Work on memo re: BR 3019 resolicitation issues (2.7); continue review of unredacted Examiner report (4.3). | 7.00 hrs. |
| 08/01/10 | M. ROITMAN | Revise memo re: Plan Modification (0.3) | 0.30 hrs. |
| 08/01/10 | D. E. DEUTSCH | Review and edit memorandum re: resolicitation issues (.6). | 0.60 hrs. |
| 08/02/10 | R. J. GAYDA | Review creditors' trust provisions in similar large case (.8); meeting w T. Zink and C. Rivera re sharing provision research (.6); research regarding sharing provisions of credit agreement and implications on avoidance of debt (4.1); review Moelis recovery analysis and scenarios proposed by Examiner (2.3); review slide presentation from T. McCormack and M. Ashley (.7); review pleadings related to 8/3 hearing (.7). | 9.20 hrs. |
| 08/02/10 | C. SERFILIPPI | Research regarding ability of issuer to learn identity of beneficial holders (.6); telephone call with T Zink regarding same (.2) | 0.80 hrs. |
| 08/02/10 | C. L. RIVERA | Meeting with T. Zink and B. Gayda re: sharing agreement issue and creditor trust issue (0.6); research re: good faith requirements for plan confirmation/sub-only plan issues (3.4); drafting related analysis for objection to competing plan | 5.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page    2

|            |               |                                                                                                                                                                                                                                                                                                                                                 |           |
|------------|---------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |               | (0.8); confer with T. Zink re: same (.2); research/reviewing creditor trust concepts in similar Ch. 11 case (.9).                                                                                                                                                                                                                                |           |
| 08/02/10   | F. VAZQUEZ    | Conference with Kirby re D&O policies (.2); conference with Roitman re committee call (.2) review part of Examiner's report (5.5); review Tribune Plan (1.1) and proposed committee disclosure statement (1.2); email to Zink re next steps (.2); email to/from Serfilippi re shareholder identity (.1); email to/from Nellos re payments to shareholders (.1); email to/from Kirby re global settlement (.1). | 8.70 hrs. |
| 08/03/10   | C. L. RIVERA  | Confer with B. Gayda re: sharing agreement research (0.3); research/analysis creditor trust issues, reviewing plan and disclosure statement issues in similar Ch 11 case (2.8); meeting with T. Zink re: creditor trust issues (0.8); reviewing cases re: confirmation issues for sub-only possible plan (0.5); confer with F. Vazquez re: plan issues (0.2). | 4.60 hrs. |
| 08/03/10   | F. VAZQUEZ    | Conference with Roitman re Plan supplement matter (.1); conference with Zink re plan terms and creditors' trust issues (.7); review plan (2.0); review and revise disclosure statement (5.7); email to/from Roitman re comments re disclosure statement (.1); review slide presentation re potential recoveries (.3); review materials from similar large case re creditor trust issues (.4); email to/from Zink re tax and FCC issues in plan (.1). | 9.40 hrs. |
| 08/03/10   | M. ROITMAN    | Review Plan Supplement materials (0.8); Meet with D. Deutsch re: same (0.1); Correspond with R. Gayda re: same (0.1); Research re: modification of plan without resolicitation (1.5); Correspond | 3.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

|            |                |                                                        |            |
|------------|----------------|--------------------------------------------------------|------------|
|            |                | with W. Smith re: confirmation schedule (0.5)          |            |
| 08/03/10   | R. J. GAYDA    | Research regarding credit agreement and sharing provisions (3.8); discuss same w C. Rivera (.3); discuss same w T. Zink (.2); draft email summary of same (.8); research regarding tax consequences of litigation trust and resolicitation (1.7); draft summary of same (1.2); review plan supplement materials including warrant agreement (1.3); draft summary of materials and actions (.5); discuss same w M. Roitman (.2). | 10.00 hrs. |
| 08/03/10   | D. E. DEUTSCH  | Review additional plan supplement materials (.7); conference with Robert Gayda to discuss same (.2). | 0.90 hrs. |
| 08/03/10   | H. SEIFE       | Review and revise Committee plan issues.               | 0.80 hrs.  |
| 08/04/10   | M. STRAND      | Review and comment on Disclosure Statement and Plan (2.4); office conferences w/ J. Stenger RE: same (.4). | 2.80 hrs. |
| 08/04/10   | R. J. GAYDA    | Research regarding pro rata sharing under credit agreement (2.7); research regarding solicitation timeline (.6); review structure of creditors' trust in similar large case (.9); discuss same w C. Rivera (.5); research regarding release of third party claims (.6). | 5.30 hrs. |
| 08/04/10   | M. ROITMAN     | Review Plan supplement materials (0.2); Draft insert for Committee DS re: hearings and motions on confidentiality of Examiner's Report (0.8); Correspond with F. Vazquez re: same (0.2). | 1.20 hrs. |
| 08/04/10   | F. VAZQUEZ     | Conference with C. Rivera and Zink re plan and disclosure statement (.3); review adversary proceeding in similar Ch 11 case re 548 and 544 claims (3.3); conference with | 10.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page    4

|  |  |  |  |
|---|---|---|---|
|  |  | C.Rivera re: 548 and 544 claims (.3);  review and revise disclosure statement (6.2); email to/from Roitman re confidentiality issues surrounding examiner report (.3);email to/from Stenger re plan FCC issues (.2); email to/from Zink re inserts into disclosure statement (.3). |  |
| 08/04/10 | C. L. RIVERA | Research/analysis re: related issues in plan in similar Ch 11 case (1.2). | 1.20 hrs. |
| 08/04/10 | N. T. ZINK | Review and revise potential Committee Plan of Reorganization (3.4). | 3.40 hrs. |
| 08/05/10 | C. L. RIVERA | Research/analysis/summary of adversary/trust issues in related Ch 11 case (2.6); research creditors' trust issue (1.2); confer with F. Vazquez re: same (0.3); telephone conversation with T. Zink and F. Vazquez re: disclosure statement and plan (0.4); meeting with F. Vazquez re: open tasks, trust agreements (0.7); reviewing creditor trust (0.4); prepare materials re: disclosure statement tax analysis for D. Leder (0.3). | 5.90 hrs. |
| 08/05/10 | F. VAZQUEZ | Conferences with Zink re corporate indemnification (.3); conference with C.Rivera and Zink re terms of plan and disclosure statement (.4); conference with C.Rivera re revisions to plan and disclosure statement (.7); conference with Leder re tax issues (.2); conference with Roitman re review and revision of disclosure statement (.3) review and revise litigation trust agreement (1.6); review and revise disclosure statement (5.8); update trust list (.4); review emails re plan status and settlement (.2); email to Stenger re plan FCC issues (.2); email to/from Roitman re inserts into disclosure statement (.3); | 10.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 29, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    5

|            |               | email to/from C. Rivera re revisions to disclosure statement (.2). | |
|------------|---------------|---|---|
| 08/05/10 | D. M. LeMAY | T/c w/R. Casher re: Committee Plan (.1). Participate in call w/Settlement Parties re: next steps (.3).  Prepare outline of possible Committee Plan (2.0). | 2.40 hrs. |
| 08/05/10 | M. ROITMAN | Correspond with M. Ashley re: definitions in Debtors' Plan (0.1); Revise Committee DS re: Examiner's Report (1.8); Correspond/confer with F. Vazquez re: same (0.3); Correspond with Committee Members re: counteroffer to Oaktree (0.3); Confer with R. Gayda re: same (0.2); Confer with D. LeMay re: same (0.2); Draft outline of Committee proposed counteroffer (1.2) | 4.10 hrs. |
| 08/05/10 | R. J. GAYDA | Research regarding "death trap" provisions with respect to plan of reorganization (2.3); research regarding trust administration under plan of reorganization (2.1); review plan of reorganization with respect to questions of M. Ashley (.6); email correspondence re same (.2); review liquidation analysis and analysis of Moelis re settlement outcomes (.8). | 6.00 hrs. |
| 08/05/10 | H. SEIFE | Conference with T.Zink regarding litigation trusts. | 0.40 hrs. |
| 08/06/10 | H. SEIFE | Conference with T.Zink, D.LeMay regarding draft Committee plan. | 0.70 hrs. |
| 08/06/10 | H. SEIFE | Conference with T.Zink regarding litigation trust issues. | 0.30 hrs. |
| 08/06/10 | R. J. GAYDA | Research regarding implementation of plan sharing provision (2.3); draft formal memorandum regarding same (4.8); review email correspondence with respect to settlement issues (.4). | 7.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6


| | | | |
|---|---|---|---|
| 08/06/10 | F. VAZQUEZ | Conferences with Zink and C. Rivera re necessary revisions to plan and disclosure statement (.9); conference with C. Rivera re various trusts (.5); review and revise disclosure statement (5.7); review and revise plan (2.7); review email re tax issues (.2). | 10.00 hrs. |
| 08/06/10 | M. ROITMAN | Revise Article VII of Committee DS re: events during the Ch. 11 cases (1.3); Draft email to Committee re: status update on settlement discussions (0.6). | 1.90 hrs. |
| 08/06/10 | D. M. LeMAY | Review draft Committee Plan (4.2). | 4.20 hrs. |
| 08/06/10 | C. L. RIVERA | Review examiner report summary (0.8); meeting with T. Zink and F. Vazquez re: revisions to plan needed, research needed (0.9); finalize research/analysis/summary of adversary/trust issues for T. Zink (2.2); correspondence to T. Zink re: same (0.1); review Moelis analysis re: estimated recovery ranges for DS (0.6); confer with T. Zink and Moelis re: revising numbers as needed (0.3). | 4.90 hrs. |
| 08/06/10 | N. T. ZINK | Review Committee draft plan and disclosure statement (5.5); conference with F. Vazquez and C. Rivera re necessary revisions to plan (.8); phone conference with J. Stenger re FCC trust issues in relation to the plan (.4) | 6.70 hrs. |
| 08/08/10 | H. SEIFE | Emails to Committee regarding Debtors' revised Plan (1.4); review of Debtors' revised plan proposal (.7). | 2.10 hrs. |
| 08/08/10 | N. T. ZINK | Review and revise Committee plan and disclosure statement (2.0). | 2.00 hrs. |
| 08/08/10 | F. VAZQUEZ | Email to and from C. Rivera re status of Plan and settlement discussions (.3); email to and from Zink re status of discussions with Debtors (.1). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7


08/08/10    C. L. RIVERA        Review correspondence re: plan          0.30 hrs.
                                status from M. Roitman, T. Zink.

08/09/10    C. L. RIVERA        Review disclosure statement FCC         7.90 hrs.
                                language (0.3); legal research re:
                                priority for D&O claims (1.6);
                                legal research re: precedent in
                                Third Circuit case on treatment of
                                D&O claims (0.8); research 510(b)
                                subordination issues (1.6); revise
                                plan for comments on FCC
                                requirements and new indemnity
                                claims class for D&O claims (2.1);
                                research 1123(a)(6) re: same
                                (0.6); call with T. Zink and F.
                                Vazquez re: open issues, D&O
                                research, plan status (0.5);
                                correspondence and calls with F.
                                Vazquez re: plan issues (0.4).

08/09/10    F. VAZQUEZ          Confence with Zink and Leder re        10.20 hrs.
                                plan tax issues (.9); conference
                                with Zink and C. Rivera re
                                revisions to plan (.4); review and
                                revise disclosure statement,
                                including to reflect changes to
                                trust structure and FCC issues
                                (7.1); review and revise committee
                                plan (1.2); email to/from C.
                                Rivera re revisions to Plan and
                                disclosure statement (.3); review
                                analysis of Third Circuit case on
                                treatment of D&O claims (.3).

08/09/10    D. M. LeMAY         Review Debtors outline of modified      6.00 hrs.
                                plan (.6) and conf. w/T. Zink re:
                                same (.4).  T/cs from Moelis (.3),
                                Sidley (.2); DPW (.1) re:
                                tomorrow's meeting with Debtors.
                                E-mail to D. Bernstein re: same
                                (.3).  Prepare for tomorrow's
                                meeting with Debtors (.6).  Work
                                on DS for Committee Plan (2.4).
                                Review Plan Support Agreement (.8)
                                and Committee Support Letter (.3).

08/09/10    N. T. ZINK          Review committee plan and              5.90 hrs.
                                disclosure statement (3.6);
                                conference with F. Vazquez and C.
                                Rivera re revised drafts of
                                committee plan and disclosure
                                statement (.5); conference with F.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8

|            |               | Vazquez and D. Leder re tax disclosure in committee disclosure statement (.8); phone conference with D. LeMay and Z. Jamal re plan negotiations and next steps (.5); conference with F. Vazquez re Committee plan classification and treatment issues (.3); phone conference with C. Rivera re plan treatment of indemnification claims (.2). |           |
|------------|---------------|------|------|
| 08/09/10   | D. BAVA       | Review various court dockets re: forms of disclosure statements (2.30); conference with F. Vazquez re: status (.10). | 2.40 hrs. |
| 08/10/10   | H. SEIFE      | Conference with T.Zink regarding Committee plan provisions. | 0.60 hrs. |
| 08/10/10   | N. T. ZINK    | Review C. Rivera memorandum re indemnification claims treatment in Third Circuit (.2); review stock concentration re Selling Shareholders (.2); email to B. Hall of AlixPartners re stock concentration issues (.2); further review and revision to Committee plan (1.1); review Debtors' revised plan (.4). | 2.10 hrs. |
| 08/10/10   | F. VAZQUEZ    | Conference with C.Rivera re class and other plan issues (.7); update task list (.1); review and revise disclosure statement (6.3); conference with Zink and C. Rivera re changes to the plan (.5); review debtors' plan re subordination (.8); email to/from C. Rivera re subordination (.2). | 8.60 hrs. |
| 08/10/10   | D. M. LeMAY   | Work on Committee Plan. | 2.30 hrs. |
| 08/10/10   | C. L. RIVERA  | Researching and reading relevant 510(b) cases and indemnification claims (3.9); reviewing/revising disclosure statement (0.4) ; review updated estimated recoveries from Moelis (0.3) ; telephone conversation with E. Glucoft re: same (0.2); meeting with T. Zink and F. Vazquez re: | 6.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page    9

|  |  |  |  |
|---|---|---|---|
|  |  | open issues, revising plan for upfront payment (0.5) ; telephone conversation with T. Zink and D. LeMay re: same (0.1); review summary of reverse class action for state law avoidance claims (0.4) and related follow-up analysis (0.6). |  |
| 08/10/10 | R. J. GAYDA | Review and revise memorandum regarding credit agreement sharing provisions (4.2); detailed review of revisions to plan of reorganization (4.8); draft memorandum regarding same (1.2). | 10.20 hrs. |
| 08/10/10 | D. E. DEUTSCH | Review materials from JPMorgan on party's plan opposition letter (.3). | 0.30 hrs. |
| 08/10/10 | M. ROITMAN | Correspond with H. Seife and G. Novod re: Debtors' proposed revised Plan of Reorganization (0.5); Review draft of Debtors' Second Amended Plan (0.6) | 1.10 hrs. |
| 08/11/10 | M. ROITMAN | Review draft of Debtors' Second Amended Plan (0.3); Review part of EGI-TRB Conditional Objection to Confirmation (0.2); Draft email to C&P team re: same (0.1). | 0.60 hrs. |
| 08/11/10 | Y. YOO | Researched issue re: Debtors' ability to limit certain D&O claims (6.3); attended meeting with Douglas Deutsch re: same (.2). | 6.50 hrs. |
| 08/11/10 | D. E. DEUTSCH | Two calls with Richard Liskov re: plan D&O insurance issues (1.1); call with Marc Ashley re: pending plan matters (.1); two meetings with Young Yoo re: research on specific D&O plan insurance issue (.3); review weekly adversary reports (.3); exchange e-mails with Richard Liskov re: various D&O issues (.3); e-mail Howard Seife on same (.1). | 2.20 hrs. |