TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   10


| 08/11/10 | R. J. GAYDA | Detailed review of draft second amended plan (4.6); draft memorandum summarizing changes in Amended Plan (5.7); discuss same w D. LeMay (.4). | 10.70 hrs. |

08/11/10   R. J. GAYDA        Detailed review of draft second          10.70 hrs.
                              amended plan (4.6); draft
                              memorandum summarizing changes in
                              Amended Plan (5.7); discuss same w
                              D. LeMay (.4).

08/11/10   C. L. RIVERA       Revising committee plan to provide        6.60 hrs.
                              for upfront cash payments to
                              certain creditors and other
                              conforming revisions based on
                              further developments (4.5);
                              telephone conversations with F.
                              Vazquez re: same, mechanics (0,9);
                              conference with T. Zink and F.
                              Vazquez re: comments to revised
                              Debtor plan (0.5); reviewing
                              revised definitions and confer
                              with F. Vazquez re: changes needed
                              (0.7).

08/11/10   F. VAZQUEZ         Conferences with C. Rivera re           12.10 hrs.
                              distributable cash, treatment of
                              claims, allowance of claims and
                              reserves in the Debtors' and
                              Committee's proposed plans (1.2);
                              conference with C. Rivera and Zink
                              re terms of debtors' plan (.6);
                              review debtors plan (.8); draft
                              insert into debtors' plan (3.7);
                              review and revise committee's cash
                              out plan (2.0); review and revise
                              committee's disclosure statement
                              re trust and treatment of claims
                              (2.8); email to and from C. Rivera
                              re plan revisions (.4); review
                              EGI-TRB objection to confirmation
                              (.2); email to and from Leder re
                              tax issues (.1) ; review Gayda
                              memo re revised plan (.3).

08/11/10   D. M. LeMAY        Review EGI-TRB confirmation              8.60 hrs.
                              objection (re: PHONES
                              subordination) (.3).  Conference
                              w/H. Seife re: possible structure
                              for settlement (.5). Review draft
                              revised Plan from Sidley (4.0).
                              Prepare and revise memo
                              summarizing changes in revised
                              Plan (3.8).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   11

| 08/11/10 | N. T. ZINK | Review Debtors' draft Second Amended Plan (1.2); further review and revision and revision to Committee draft plan (5.2). | 6.40 hrs. |
|---|---|---|---|
| 08/12/10 | N. T. ZINK | Continued drafting of draft Committee Plan of Reorganization and Disclosure Statement (4.4); review Moelis recovery analyses (.4); further review of Debtors' draft Second Amended Plan (.6); review Litigation and Creditor Trust issues re Committee Plan (.8) and Debtors' draft Second Amended Plan (.6); | 6.80 hrs. |
| 08/12/10 | H. SEIFE | Review of litigation trust and creditor trust issues in Committee plan. | 1.30 hrs. |
| 08/12/10 | D. E. DEUTSCH | Review research materials on plan D&O issue (1.6); discuss next steps on same with Young Yoo (.2). | 1.80 hrs. |
| 08/12/10 | F. VAZQUEZ | Review debtors' plan re distribution scheme (.7); conference with Leder re debtors' plan tax treatment (.6); conference with C. Rivera re rider to debtors' plan re creditors' trust (.3); review and revise committee disclosure statement (3.0); review and revise committee plan (2.4); conference with Zink re revisions to plan and next steps (.8); email to and from C. Rivera re committee plan revisions (.3); review Moelis recovery analysis (.1); review Deutsch task lists (.1); conference with Zink and C. Rivera re timing of submission (.2); review rider re creditors' trust (.4). | 8.90 hrs. |
| 08/12/10 | C. L. RIVERA | Reviewing and revising proposed rider to amended debtor plan (1.1); review correspondence re: proposed claims reserve for creditor trust (0.4); research re: same (1.6); revising committee plan in light of updated amended debtors plan (2.8); telephone | 6.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   12

|            |                 | conversation with F. Vazquez re: same (0.3). | |
|------------|-----------------|-----------------------------------------------|--------------|
| 08/12/10   | R. J. GAYDA     | Research re section 1123(a)(4) issue. | 2.30 hrs. |
| 08/12/10   | D. E. DEUTSCH   | Conference with Marc Roitman to discuss research on certain plan issues (.3); research and review materials related to death trap and plan gift issues (2.4); two telephone conversations on same with Adam Landis (.5); exchange related follow-up e-mails with Adam Landis and Matt McGuire (.3); detailed e-mails to Adam Landis re: current amended gift/death trap issue (.2). | 3.70 hrs. |
| 08/12/10   | Y. YOO          | Continued researching issue re: Debtors' ability to limit claims to D&O insurance funds (7.3); attended conference call with Douglas Deutsch, Thomas McCormack and James Sottile re: proposed litigation trust and insurance policy issues (.8); discussed same with Douglas Deutsch (.2); drafted and revised memorandum re: proposed litigation trust and insurance policy issues (4.2); | 12.50 hrs. |
| 08/12/10   | M. ROITMAN      | Draft email to Committee re: memo on Amended Plan (0.5); Confer with D. LeMay re: same (0.1); Confer with R. Gayda re: same (0.1); Research re: "deathtrap" provisions and application in similar Ch 11 case (2.0); Correspond with D. Deutsch and A. Landis re: same (0.3). | 3.00 hrs. |
| 08/13/10   | M. ROITMAN      | Research re: certain Debtor included provisions (0.3); Correspond with D. LeMay re: same (0.1); Review Debtors' Motion to Extend Confirmation-Related Deadlines (0.5); Draft email to Committee re: same (0.4); Draft Joint Response to Debtors' Motion to Extend Confirmation-Related Deadlines (5.1). | 6.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   13

| 08/13/10 | Y. YOO | Continued drafting and revising memorandum re: proposed litigation trust and insurance policy issues (4.7); researched issue re: fraud exclusions (1.5); review correspondence re:exception to insurance (.2); attended meeting with Douglas Deutsch re: same (.3); researched issue re: standards for non-plan proponent to move for extension of voting deadline (3.1); corresponded by email with Plan team and litigation team re: comments to memorandum (.2); continued researching issue re: limit claims against D&O insurance funds (.5); corresponded by email with Douglas Deutsch re: same (.4). | 10.90 hrs. |
| --- | --- | --- | --- |
| 08/13/10 | D. E. DEUTSCH | Research on specific plan issue for discussion at today's Committee meeting (2.6); call with Richard Leder re: related tax issue (.3); review research product on D&O issue (1.6); discuss memorandum on various D&O issues with Young Yoo (.3); exchange e-mails with Adam Landis and Matt McGuire re: required research on issue for possible Monday court filing (.6); discuss related research assignments with Marc Roitman and Young Yoo (.5); work on drafting insert for possible court filings (2.1); review and edit draft motion/response (1.3); discuss various additional research issues with Young Yoo (.3); call with Matt McGuire re: research results (.2); review cases provided by Matt McGuire (.5); review case on D&O issue (.3). | 10.60 hrs. |
| 08/13/10 | R. J. GAYDA | Review Debtors' Amended Plan (2.2); provide comments on various provisions in creating Committee/Senior Lender Plan (5.7); meet w C. Rivera, F. Vazquez and T. Zink re same (.6). | 8.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   14

| | | | |
|---|---|---|---|
| 08/13/10 | C. L. RIVERA | Reviewing/revising plan re: trust concepts, updating definitions, general comments (8.7) and reviewing correspondence re same (0.9); conferences with R.Gayda, F. Vazquez re Plan revisions (.5); conferences with T.Zink and F.Vazquez re Debtor plan and revisions (1.3); emails with F.Vazquez re revisions to plan (.8). | 12.20 hrs. |
| 08/13/10 | F. VAZQUEZ | Conferences with Zink and Rivera re debtors' plan and revisions thereto (1.8); conference with Zink and Gayda re revisions to debtors' plan and committee's reaction (.3); conference with Zink and Seife re plan timing issues (.3); review and revise committee disclosure statement (1.7); review and revise plan (6.7); conference with C. Rivera re revisions made and to be made to Debtors' plan (.5); emails to and from C. Rivera re revisions to plan (.8); review emails from Sottile re D&O issues (.3); email to and from Zink re Bridge Loan Claims (.1). | 12.50 hrs. |
| 08/13/10 | B. DYE | Follow up email to D. Deutsch re status of designation of votes memo | 0.30 hrs. |
| 08/13/10 | D. M. LeMAY | Work on revisions to Plan to reflect latest changes (3.8). Prepare motion re: voting deadline and related description of revised Plan (4.9).  T/cs w/Davis Polk and senior lenders (.4).  Review law re: certain plan provisions (.8) and conf. w/A. Landis re same (.4). | 10.30 hrs. |
| 08/13/10 | N. T. ZINK | Conference with D. LeMay re plan edits (.2); conference with F. Vazquez, C. Rivera and B. Gayda re plan edit project (.3); review plan for necessary amendments and revisions (5.2); phone conference with J. Sottile re litigation trust and related D&O insurance | 7.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   15

|            |               |                                                                                                                                                                                                                                                                                                                                              |            |
|------------|---------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |               | issues (.2); review J. Sottile edits to Litigation Trust section (.2); further phone conference with J. Sottile re Litigation Trust section of the plan (.2); phone conference with F. Vazquez and C. Rivera re revisions to Litigation Trust section of the plan (1.4); conference with H. Seife re plan amendments (.2).                        |            |
| 08/14/10   | F. VAZQUEZ    | Conference with Deutsch and McCormack re D&O insurance issues (.5); conference with LeMay and Zink re timing and revisions to plan (.3); review summary of plan terms (.2); conference with Zink and Sotile re revisions to litigation trust (.3); review and revise plan (4.3); review credit agreement lenders' comments to debtors' plan (.6); email to and from Zink, Gayda and Rivera re credit agreement lenders' comments (.4); email to/from Roitman re plan term sheet (.1); email to/from Davis Polk re plan (.2); email to/from C. Rivera re plan terms (.3). | 7.20 hrs.  |
| 08/14/10   | D. M. LeMAY   | Preparation of revised Plan (5.4) and response to Debtors motion regarding deadline extension (2.1).                                                                                                                                                                                                                                          | 7.50 hrs.  |
| 08/14/10   | C. L. RIVERA  | Revising plan with trust and other comments (1.4); calls and correspondence with T. Zink and F. Vazquez re: same (0.4); reviewing comments from DPW (0.5) and correspondence re: same to T. Zink and F. Vazquez (0.3).                                                                                                                         | 2.60 hrs.  |
| 08/14/10   | R. J. GAYDA   | Review draft plan of reorganization from DPW (1.9); email correspondence w T. Zink; F. Vazquez and C. Rivera re same (.3).                                                                                                                                                                                                                    | 2.20 hrs.  |
| 08/14/10   | Y. YOO        | Corresponded by email with Douglas Deutsch re: comments to memorandum (.1); continued drafting and revising memorandum re: proposed litigation trust and insurance                                                                                                                                                                             | 0.30 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   16

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        |             |
|------------|----------------|---|---|
|            |                | policy issues (.2).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |             |
| 08/14/10   | M. ROITMAN     | Revise Joint Response to Debtors' Motion to Extend Confirmation-Related Deadlines (2.8); Draft email to Committee re: same (0.5); Draft email to Senior Lenders re: same (0.4); Analyze recoveries under proposed revised Plan distribution structure (0.7); Correspond with D. LeMay re: same (0.2)                                                                                                                                                                                                                                                                         | 4.60 hrs.   |
| 08/14/10   | D. E. DEUTSCH  | Review e-mail/materials from Jim Sottile re: D&O issue (.2); review materials to prepare for meeting on D&O issues and next steps related to same (.9); participate in meeting with Chadbourne plan team, Tom McCormack and Jim Sottile re: D&O issues (.5); review cases related to same (.7); draft detailed memorandum to Howard Seife and team re: proposal to address specific D&O related issues (.8); two calls with David LeMay re: next steps regarding Committee motion (.3); review revised draft motion and edit same (1.2); review detailed Committee posting note on response (.2) and draft edits to same (.3); exchange e-mails on Committee posting note with Marc Roitman and David LeMay (.2). | 5.30 hrs.   |
| 08/14/10   | D. E. DEUTSCH  | Review draft Committee memorandum on D&O issues (.3) and send e-mails to Marc Ashley and Young Yoo on follow-up tasks related to same (.2).                                                                                                                                                                                                                                                                                                                                                                                                                               | 0.50 hrs.   |
| 08/14/10   | E. DAUCHER     | Research and drafting of memorandum re: intercreditor distribution issue.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                               | 4.40 hrs.   |
| 08/14/10   | N. T. ZINK     | Review and revise Debtors' Second Amended Plan (7.9); conference with team re D&O issues (.6).                                                                                                                                                                                                                                                                                                                                                                                                                                                                           | 8.50 hrs.   |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   17

| 08/15/10 | N. T. ZINK | Review and revise draft plan (2.5); phone conference with F. Vazquez re draft plan (.7); review DPW markup of draft plan (.9); emails to DPW re draft plan issues (.2); emails to D. LeMay re draft plan issues (.2). | 4.50 hrs. |
|---|---|---|---|
| 08/15/10 | E. DAUCHER | Research and drafting of memorandum re: intercreditor distribution issue. | 4.90 hrs. |
| 08/15/10 | D. E. DEUTSCH | Preliminary review of mark-up of Plan by Chadbourne team (1.1); review mark-up of remaining sections of Plan by senior lenders (.8); exchange e-mails with David LeMay re: preparation of analysis on Plan changes for Committee (.2); review mark-up of proposed edits to Response (.2) and e-mail Marc Roitman re: further comments on same (.2). | 2.50 hrs. |
| 08/15/10 | R. J. GAYDA | Detailed review of DPW draft plan (3.1); email overview of comments to T. Zink and D. LeMay (.2); review email correspondence re Plan issues (.4). | 3.70 hrs. |
| 08/15/10 | D. M. LeMAY | Review Senior Lenders changes to response (.7) and prepare markup with comments (1.3). | 2.00 hrs. |
| 08/15/10 | F. VAZQUEZ | Email to and from Zink re credit agreement lenders' comments to plan (.2); conference with Zink re further committee comment to debtors' plan (.8); review committee comments to debtors' plan (.6); email to and from C. Rivera re status and next steps (.1). | 1.70 hrs. |
| 08/15/10 | Y. YOO | Corresponded by email with James Sottile and Douglas Deutsch re: comments to memorandum (.5); continued drafting and revising memorandum re: proposed litigation trust and insurance policy issues (4.3). | 4.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   18


| 08/15/10 | M. ROITMAN | Revise Joint Response to Debtors' Motion to Extend Confirmation-Related Deadlines (1.8); Correspond with D. Deutsch re: same (0.2); | 2.00 hrs. |
|---|---|---|---|
| 08/16/10 | M. ROITMAN | Draft email to Committee re: draft joint response (0.6); Revise Joint Response to Debtors' Motion to Extend Confirmation-Related Deadlines (1.0); Research re: settlement of estate causes of action in a plan proposed by certain parties (3.7). | 5.30 hrs. |
| 08/16/10 | C. L. RIVERA | Correspondence with T. Zink re follow-up questions on comments to DPW plan (0.4) and reviewing plan re: same (0.6); research loan/grant concept for trusts' funding (0.6). | 1.60 hrs. |
| 08/16/10 | Y. YOO | Continued drafting and revising memorandum re: proposed litigation trust and insurance policy issues (3.7); attended meeting with Douglas Deutsch re: same (.2); corresponded by email with James Sottile and Douglas Deutsch re: comments to same (.2). | 4.10 hrs. |
| 08/16/10 | F. VAZQUEZ | Conference with Zink re today's hearing (.5); review email re changes to plan (.2); review current version of draft plan (.6); conference with Rivera re next steps (.1); conference with Zink re next steps (.4); review task list (.2); email to and from C. Rivera and Zink re MIP (.2). | 2.20 hrs. |
| 08/16/10 | E. DAUCHER | Revise and revise memo re: distribution issue. | 3.10 hrs. |
| 08/16/10 | R. J. GAYDA | Detailed review of claims in Examiner's report with respect to litigation and creditor's trust of draft plan, including which causes of action must be retained. | 7.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            September 29, 2010
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page   19


| 08/16/10 | D. E. DEUTSCH | Research, review and edit memorandum on D&O issues (1.7); draft insert for same (1.1); call with Jim Sottile and, in part, Gordon Novod re: specific insurance issues (.6); discuss further edits to memorandum on insurance issues with Young Yoo (.2). | 3.60 hrs. |
| 08/16/10 | N. T. ZINK | Further review of and revision to Lender-Committee plan (2.8); emails with B. Hall of AlixPartners re identification of Step Two Selling Shareholders (.2). | 3.00 hrs. |
| 08/16/10 | D. M. LeMAY | Review comments from Committee members on plan term sheet (1.1) and prepare responses re: same (1.4). | 2.50 hrs. |
| 08/17/10 | D. M. LeMAY | Review latest DPW Plan revisions (2.5). | 2.50 hrs. |
| 08/17/10 | R. J. GAYDA | Detailed review of DPW draft plan (3.7); email comments to T. Zink (.3); review Debtors' pleadings regarding continuation of confirmation hearing (.6); review responsive pleadings (.7). | 5.30 hrs. |
| 08/17/10 | E. DAUCHER | Research and drafting re: plan distribution issues. | 1.20 hrs. |
| 08/17/10 | D. E. DEUTSCH | Review and revise final memorandum on D&O insurance issues (1.2); review draft M. Roitman memorandum on confirmation issue and provide initial comments and required research tasks related to same (.8); review draft memorandum from Eric Daucher on gifting and related issues and edit same (1.1); draft related insert (.3); e-mail Adam Landis re: Delaware research related to gifting issue (.2); review materials from senior lender group counsel re: proposed revisions to plan (.5); follow-up with Ted Zink re: same (.1). | 4.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    20


| 08/17/10 | H. SEIFE | Review issues regarding plan. | 2.30 hrs. |
| 08/17/10 | F. VAZQUEZ | Conference with Zink re committee plan (.4); conference with Gayda and Rivera re next steps (.3). | 0.70 hrs. |
| 08/17/10 | Y. YOO | Continued drafting and revising memorandum re: proposed litigation trust and insurance policy issues (.3); corresponded by email with Douglas Deutsch and Marc Roitman re: same (.2). | 0.50 hrs. |
| 08/17/10 | C. L. RIVERA | Conference with R.Gayda and F.Vaqquez re: status of negotiations. | 0.40 hrs. |
| 08/17/10 | M. ROITMAN | Draft memo re: settlement of estate causes of action in a plan proposed by an opposing party (5.4); Meeting with D. Deutsch re: same (0.3). | 5.70 hrs. |
| 08/17/10 | M. ROITMAN | Research re: competing plans (0.2); correspond with D. LeMay re: same (0.1). | 0.30 hrs. |
| 08/17/10 | N. T. ZINK | Continue review of and revisions to draft lender-committee plan (4.3); review and revise Committee draft plan (.6); consider litigation trust and creditor trust issues (1.2). | 6.10 hrs. |
| 08/18/10 | N. T. ZINK | Continue review and revision of draft plan and Davis Polk version of draft plan (3.6); conference with plan team re same (.8); review litigation and creditor trust issues (.4); review examiner report re possible claims against third parties (1.6). | 6.40 hrs. |
| 08/18/10 | M. ROITMAN | Revise memo re: settlement of certain estate causes of action (0.5); Meet with D. Deutsch re: same (0.1); Correspond with H. Seife and D. LeMay re: same (0.1). | 0.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 29, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   21
```

| | | | |
|---|---|---|---|
| 08/18/10 | C. L. RIVERA | Call to and correspondence with E. Vonnegut re: plan (0.4); reviewing DPW mark up to debtors' plan (1.3); confer with T. Zink and F. Vazquez re: DPW 8/17 comments to debtors' plan (0.7); marking up same (2.3); confer with T. Zink and D. LeMay re: session with DPW (0.4); conferences with F.Vazquez, T.Zink and R.Gayda re same (0.8). | 5.90 hrs. |
| 08/18/10 | Y. YOO | Continued drafting and revising memorandum re: proposed litigation trust and insurance policy issues (.6); corresponded by email with Douglas Deutsch re: same (.2). | 0.80 hrs. |
| 08/18/10 | D. M. LeMAY | Revise Term Sheet and form of Joint Status Report (1.8). Work on D&O coverage question (1.3). Review latest DPW Plan Revisions (3.6). | 6.70 hrs. |
| 08/18/10 | H. SEIFE | Consideration of litigation and creditor trust issues in draft plan. | 1.40 hrs. |
| 08/18/10 | F. VAZQUEZ | Conference with Gayda and Rivera re DPW plan (.6); review and revise proposed plan (2.6); conference with T.Zink and C. Rivera re revisions to revised plan (.7); conference with Zink, Gayda and Rivera re next steps (.8); conference with Zink and Rivera re current status of plan and necessary next round of revisions thereto (.6); review memo re D&O issues (.4). | 5.70 hrs. |
| 08/18/10 | D. E. DEUTSCH | Call with David LeMay re: various plan-related next steps (.2); review and final edits to memorandum on Committee's standing issue (.5); follow-up calls with Zul Jamal (Moelis) re: today's meeting with senior lenders (.2); review further analysis on specific gifting issue (.3); discuss same with Eric Daucher (.2);  multiple calls with Kevin Lantry to discuss certain D&O | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   22

|  |  |  |  |
|---|---|---|---|
|  |  | issues and other plan matters (.6); call with D&O insurance experts from Debtors and Committee (Jim Sottile and Tom McCormack) (.7); exchange related follow-up e-mails with Kevin Lantry (.2). |  |
| 08/18/10 | D. E. DEUTSCH | E-mail Howard Seife on outstanding plan matters (.2); exchange e-mails with Matt McGuire re: further deathtrap provision analysis (.3). | 0.50 hrs. |
| 08/18/10 | E. DAUCHER | Research and drafting re: plan distribution issues. | 2.90 hrs. |
| 08/18/10 | R. J. GAYDA | Meeting w T. Zink, F. Vazquez and C. Rivera re DPW plan (.6); review and comment on revised plan of reorganization (2.4); discuss plan changes w C. Rivera (.6); research regarding state law avoidance claims (.8); email correspondence re plan negotiations (.2). | 4.60 hrs. |
| 08/19/10 | R. J. GAYDA | Review revised draft DPW plan (3.2); detailed review of release provisions (2.2); review revised term sheet (.6); discuss same w T. Zink, F. Vazquez and C. Rivera (1.1) | 7.10 hrs. |
| 08/19/10 | D. E. DEUTSCH | Additional conference call with Jim Sottile and Tom McCormack re: insurance issues (.5); exchange e-mails with Howard Seife and David LeMay re: issues to address with various case parties prior to night call (.2); research and prepare outline for same (.9). | 1.60 hrs. |
| 08/19/10 | D. E. DEUTSCH | Exchange e-mails with David LeMay, Marc Ashley and Tom McCormack re: various settlement/plan issues (.4); call with Dan Rath to discuss plan/hearing issues related to tomorrow's hearing (.3); follow-up call with Adam Landis to discuss D&O issues (.2); review revised plan outline (.2); e-mail Jim Sottile on specific insurance issues in same (.1); | 3.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   23

|  |  |  |  |
|---|---|---|---|
|  |  | conference call with Debtors' insurance team, Tom McCormack and Jim Sottile re: D&O insurance matters (.7); review materials on insurance issue (1.2). |  |
| 08/19/10 | F. VAZQUEZ | Review and revise current version of plan (3.6); conference with Zink, Gayda and Rivera re plan terms and additional revisions (1.3); review proposed plan term sheet (.4); email to and from Zink re proposed indemnification in term sheet (.1); conference with Zink and Rivera re revised plan terms and Committee's positions (1.1); email to/from C. Rivera re litigation trust and other plan terms (.3) email to/from Zink re plan calls with Committee (.1); review current plan (.8). | 7.70 hrs. |
| 08/19/10 | C. L. RIVERA | Conference with plan team re: plan revisions and term sheet (1.2); revising 8/19 draft plan (3.3); reviewing DPW 8/19 draft plan revisions (1.6); conference with T.Zink and F.Vazquez re: plan terms and Committee position (1.0); emails with F.Vazquez re: litigation trust and plan terms (.3). | 7.40 hrs. |
| 08/19/10 | M. ROITMAN | Draft email to Committee re: joint status update and summary of revised Plan provisions (0.9); confer with D. LeMay re: same (0.4); Review DPW revisions to summary of revised Plan provisions (0.8): Revise summary of revised Plan provisions (0.5); Call with E. Vonnegut re: same (0.1); Review Debtors' revisions to summary of revised Plan provisions (0.4); Correspond with D. Deutsch and D. LeMay re: call with Senior Lenders and Centerbridge (0.6). | 3.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   24

| | | | |
|---|---|---|---|
| 08/19/10 | N. T. ZINK | Review and revise plan of reorganization in accordance with lender-committee discussions (3.2).; review debtor drafts (.3); review lender drafts (.4). | 3.90 hrs. |
| 08/20/10 | C. L. RIVERA | Meeting with T. Zink and F. Vazquez re: next steps for Committee, negotiations update (0.7); confer with T. Zink, M. Ashley, F. Vazquez re: debtors' plan, trusts, next steps (0.6); confer with B. Gayda re: Committee plan (0.2). | 1.50 hrs. |
| 08/20/10 | F. VAZQUEZ | Conference with Zink and Rivera re plan revisions (1.0); conference with McCormack and Zink re D&O and policy issues (.5); conference with Ashley and Zink re plan status, LBO litigation and standing motions (.8); conference with Zink re next steps (.4); conference with Gayda and Rivera re plan revisions and next steps (.3). | 3.00 hrs. |
| 08/20/10 | H. SEIFE | Review draft plan. | 1.60 hrs. |
| 08/20/10 | R. J. GAYDA | Review disclosure statement w respect to litigation and creditors' trust (.8); research regarding resolicitation (1.4); research regarding confirmation hearing timing (.6); discuss hearing status w C. Rivera and F. Vazquez (.5); review email correspondence re Debtors' plan (.3); review prior iteration of Debtors' plan w respect to distribution of enterprise value (.9). | 4.50 hrs. |
| 08/20/10 | N. T. ZINK | Review and revise draft plan (1.2); review litigation trust and creditor trust issues and potential claims (.8); conference with F.Vazquez and C.Rivera re plan revisions and status (.9). | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   25


| 08/23/10 | H. SEIFE | Review of Committee plan and DPW comments. | 1.40 hrs. |

| 08/23/10 | F. VAZQUEZ | Conf w/Zink re recent developments (.3); email to/from Zink re committee plan (.1); email to/from C. Rivera re status plan (.3). | 0.70 hrs. |

| 08/23/10 | C. L. RIVERA | Correspondence with T. Zink and F,. Vazquez re: status of Committee and DPW plan comments/draft (.2); reviewing same (.4). | 0.60 hrs. |

| 08/24/10 | C. L. RIVERA | Correspondence re: plan developments (0.2); compare/analyze difference in trust structure between Committee and DPW plans (0.5). | 0.70 hrs. |

| 08/24/10 | H. SEIFE | Conference with T.Zink regarding Committee plan issues. | 1.20 hrs. |

| 08/24/10 | D. E. DEUTSCH | Work on outline of plan issues (.6); conference with Howard Seife re: status of case/settlement matters (.5). | 1.10 hrs. |

| 08/24/10 | F. VAZQUEZ | Conference with Nellos and Zink re payments to Step 2 lenders (.2); conference with Zink and AlixPartners re details of payments to Step 2 Lenders (.3); review debtors' schedules re payments to Step 2 lenders (.3); review emails re discussions and analysis of payment to step 2 lenders (.4); email to and from Zink re payment to step 2 lenders (.2); email to/from C. Rivera re plan status. (.1) . | 1.50 hrs. |

| 08/24/10 | N. T. ZINK | Research re identity of payments possibly subject to disgorgement (.4); phone conference with A. Nellos and F. Vazquez re disgorgement issues and identification of recipients of payments subject to disgorgement; (.4); emails with A. Holtz of AlixPartners re disgorgement issues (.2); | 1.00 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 29, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   26
```

| 08/25/10 | F. VAZQUEZ | Conf w/Zink re developments and status (.3); conf w/Rivera re possible plan terms and next steps (.2). | 0.50 hrs. |
|---|---|---|---|
| 08/25/10 | D. E. DEUTSCH | E-mails and conference with Christy Rivera re: follow-up on specific claim-related deal documents (.2); review memorandum from Landis (Matt McGuire) on gifting issues and related hearing transcript (.6). | 0.80 hrs. |
| 08/25/10 | C. L. RIVERA | Revising Committee plan (1.3); confer with D. Deutsch re: status of certain settlement matters (0.3); correspondence with M. Hankin re: same (0.2); review swap (0.3). | 2.10 hrs. |
| 08/26/10 | R. J. GAYDA | Review Committee complaint v. third parties w respect to Committee Plan (3.2); review motion for standing (.9); discuss chambers' conference w F. Vazquez and M. Roitman (.3). | 4.40 hrs. |
| 08/26/10 | F. VAZQUEZ | Conf w/Zink re status conf and next steps (.4); email to/from Rivera re Stenger conference (.2). | 0.60 hrs. |
| 08/27/10 | F. VAZQUEZ | Conf w/C. Rivera re status (.1) conf w/Zink re term sheet and developments (.3); email to/from Rivera re plan meeting (.1). | 0.50 hrs. |
| 08/27/10 | D. E. DEUTSCH | Exchange e-mails (.2) and hold call with Damian Schaible re: plan/settlement next steps (.3). | 0.50 hrs. |
| 08/27/10 | H. SEIFE | Conference with T.Zink regarding Committee plan. | 0.70 hrs. |
| 08/27/10 | H. SEIFE | Conference with T.Zink regarding draft Committee plan and disclosure statement. | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   27

| | | | |
|---|---|---|---|
| 08/27/10 | N. T. ZINK | Begin revising committee draft plan to include distributions to creditors (including Loan and Bridge creditors) on the Effective Date (1.0); conference with H.Seife re same (.6); phone conference with Z. Jamal of Moelis re preparation of distribution matrix (.3). | 1.90 hrs. |
| 08/27/10 | M. ROITMAN | Review objections to confirmation by Illinois Department of Revenue, Illinois Secretary of State, San Bernardino County (0.2) | 0.20 hrs. |
| 08/30/10 | R. J. GAYDA | Review motion of Law Debenture for disgorgement of fees and reinstatement motion (1.3); review objections by state of Illinois to confirmation (.8); review objections of state of California to confirmation (.5). | 2.60 hrs. |
| 08/30/10 | N. T. ZINK | Review Moelis plan distribution matrix (.4). | 0.40 hrs. |
| 08/30/10 | H. SEIFE | Review of Committee plan issues. | 1.30 hrs. |
| 08/31/10 | H. SEIFE | Conference with T.Zink regarding changes to Committee plan (.9); telephone conference with Z.Jamal regarding plan economies (.4); review of Committee plan issues/structure (1.3). | 2.60 hrs. |
| 08/31/10 | N. T. ZINK | Conference with H.Seife re revisions to Committee plan (.8); conference with D. LeMay re mediation term sheet preparation (.3); review examiner report re implications for plan and litigation recoveries (1.2); review plan distributions matrix and begin outlining plan changes and structure issues (.7). | 3.00 hrs. |
| 08/31/10 | F. VAZQUEZ | Email to and from C. Rivera and Daucher re choice of forum research (.1); review results of choice of forum research (.3). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   28

08/31/10   R. J. GAYDA        Review and revise memorandum re        3.10 hrs.
                              sharing provision (.9); research
                              re same (2.2).


         **Total Fees for Professional Services.............. $420,911.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 62.00 | 53010.00 |
| H. SEIFE | 965.00 | 19.40 | 18721.00 |
| N. T. ZINK | 795.00 | 82.80 | 65826.00 |
| C. SERFILIPPI | 855.00 | .80 | 684.00 |
| D. E. DEUTSCH | 695.00 | 46.70 | 32456.50 |
| F. VAZQUEZ | 625.00 | 134.70 | 84187.50 |
| D. BAVA | 270.00 | 2.40 | 648.00 |
| C. L. RIVERA | 625.00 | 84.90 | 53062.50 |
| E. DAUCHER | 355.00 | 16.50 | 5857.50 |
| R. J. GAYDA | 595.00 | 123.00 | 73185.00 |
| B. DYE | 405.00 | .30 | 121.50 |
| M. ROITMAN | 355.00 | 44.10 | 15655.50 |
| M. STRAND | 405.00 | 2.80 | 1134.00 |
| Y. YOO | 405.00 | 40.40 | 16362.00 |
| TOTALS | | 660.80 | 420911.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through August 31, 2010

Our Matter #19804.014
              EMPLOYEE ISSUES

| | | | |
|---|---|---|---|
| 08/01/10 | D. E. DEUTSCH | E-mails (.1) and call with Kevin Lantry re: possible changes to 2010 MIP in light of Examiners' Report (.2). | 0.30 hrs. |
| 08/02/10 | D. E. DEUTSCH | Review news articles on post-closing severance (.2); review 2010 MIP materials and draft memorandum to David Gallai and Howard Seife re: next steps related to modifications to same (.5). | 0.70 hrs. |
| 08/02/10 | D. GALLAI | Conf. w/ AlixPartners re transition severance plan (.6). Reviewed related documents received from Alix (1.0). | 1.60 hrs. |
| 08/02/10 | H. SEIFE | Review emails regarding MIP and Examiner report. | 0.30 hrs. |
| 08/03/10 | D. GALLAI | Correspondence w/ Alix re transition severance plan. | 0.30 hrs. |
| 08/03/10 | D. E. DEUTSCH | Call with Kevin Lantry re: 2010 MIP matters (.3); e-mail Howard Seife re: same (.1). | 0.40 hrs. |
| 08/04/10 | D. M. LeMAY | Work on resolution of 2010 MIP in light of Examiner issues. | 0.80 hrs. |
| 08/13/10 | D. E. DEUTSCH | Exchange e-mails (.2) and hold call with Kevin Lantry re: 2010 MIP (.2). | 0.40 hrs. |
| 08/17/10 | D. E. DEUTSCH | E-mails (.1) and calls with Kevin Lantry re: 2010 MIP (.1); exchange e-mails with Kevin Lantry re: related MIP issues (.2). | 0.40 hrs. |
| 08/18/10 | D. E. DEUTSCH | Exchange e-mails and call with Kevin Lantry re: 2010 MIP matters (.3). | 0.30 hrs. |
| 08/19/10 | D. E. DEUTSCH | Exchange e-mails with Alan Holtz re: preparation for today's Committee meeting on TMIP/KOB (.3); review related summary materials (.2). | 0.50 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2
```

```
08/19/10   M. ROITMAN        Correspond with AlixPartners and      0.30 hrs.
                             D. LeMay re: TMIP/KOB (0.3)
```

**Total Fees for Professional Services.............. $4,400.00**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | .80 | 684.00 |
| H. SEIFE | 965.00 | .30 | 289.50 |
| D. E. DEUTSCH | 695.00 | 3.00 | 2085.00 |
| D. GALLAI | 650.00 | 1.90 | 1235.00 |
| M. ROITMAN | 355.00 | .30 | 106.50 |
| TOTALS | | 6.30 | 4400.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 29, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through August 31, 2010

Our Matter #19804.016
        TAX ISSUES

| | | | |
|---|---|---|---|
| 08/02/10 | B. BETHEIL | Research tax status of liquidating trust w/ variable distributions due to disputed claims | 1.40 hrs. |
| 08/03/10 | R. M. LEDER | Conference Zink re tax affect of creating litigation trusts (0.8); consider contingent receipt issues in connection with possible plan revision to include litigtion trusts (0.9). | 1.70 hrs. |
| 08/03/10 | N. T. ZINK | Conference with D.Leder re litigation trust tax issues. (.7). | 0.70 hrs. |
| 08/04/10 | R. M. LEDER | Consider tax effect of litigation trust. | 0.80 hrs. |
| 08/05/10 | R. M. LEDER | Review precedent of litigation trust in similar large case (.7) and TC Betheil re approach on litigation trusts (.3). | 1.00 hrs. |
| 08/05/10 | E. S. MARKSON | Review correspondence and documents regarding Committee response to plan proposal. | 0.80 hrs. |
| 08/05/10 | B. BETHEIL | Research tax status of liquidating trust w/ variable distributions due to disputed claims (1.9); Draft tax disclosure for Creditors' Committee's Plan of Reorganization (2.5). | 4.40 hrs. |
| 08/06/10 | B. BETHEIL | Research tax status of liquidating trust w/ variable distributions due to disputed claims (2.0); Discuss w/ R. Leder & E. Markson research results and tax disclosure for Creditors' Committee Plan of Reorganization (.7); Draft tax disclosure for Creditors' Committee's Plan of Reorganization (3.2). | 5.90 hrs. |
| 08/06/10 | E. S. MARKSON | Work on structure and tax treatment of trust holding proceeds for benefit of creditors post-confirmation (1.9), including discussion with B. Betheil (.6). | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page    2

| 08/06/10 | R. M. LEDER | Review tax sections in Committee Plan (.9) and TCs Betheil re same (.8). | 1.70 hrs. |
|---|---|---|---|
| 08/06/10 | R. M. LEDER | Review recent Tax Court case holding re: leveraged partnership transaction. | 0.80 hrs. |
| 08/06/10 | D. E. DEUTSCH | Review e-mails from Richard Leder related to new Debtor tax development issue (.2). | 0.20 hrs. |
| 08/07/10 | B. BETHEIL | Draft tax disclosure for Creditors' Committee's Plan of Reorganization | 2.10 hrs. |
| 08/09/10 | B. BETHEIL | Draft tax disclosure for Creditors' Committee's Plan of Reorganization (1.9); Research tax status of liquidating trust w/ variable distributions due to disputed claims (1.8). | 3.70 hrs. |
| 08/09/10 | B. BETHEIL | Research tax consequences of leveraged partnership transactions | 0.70 hrs. |
| 08/09/10 | R. M. LEDER | Engaged re analysis of recent Tax Court case and its impact on Newsday and Cubs (1.7) including emails with Markson and Betheil (.5). | 2.20 hrs. |
| 08/09/10 | R. M. LEDER | Conference Zink and Betheil re plans for formation of trusts under Committee plan (.9); review regs. (.7) and TCs Betheil re best tax structure for Committee plan (.9). | 2.50 hrs. |
| 08/09/10 | E. S. MARKSON | Email exchange with R. Leder and B. Betheil regarding analysis of recent Tax Court case and presentation to creditors committee regarding same. | 1.00 hrs. |
| 08/10/10 | G. E. ZEITLIN | Meeting w/ Leder (.2); Meeting w/ Betheil (.1) re tax section in Committee Plan; research re 468B (1.1). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page    3

| | | | |
|---|---|---|---|
| 08/10/10 | B. BETHEIL | Draft tax disclosure for Creditors' Committee's Plan of Reorganization (1.6); Research tax status of liquidating trust w/ variable distributions due to disputed claims (1.3); conferences with R.Leder re same (.8). | 3.70 hrs. |
| 08/10/10 | B. BETHEIL | Research tax consequences of leveraged partnership transaction (.7); Compare facts of leveraged partnership transaction in recent Tax Court case to Newsday and Cubs transactions (.6). | 1.30 hrs. |
| 08/10/10 | R. M. LEDER | TCs Betheil re disclosure statement of tax section for Committee plan. | 1.00 hrs. |
| 08/11/10 | R. M. LEDER | Review new Debtor's plan (1.7); TC Zink re Committee plan (.1). | 1.80 hrs. |
| 08/11/10 | B. BETHEIL | Draft tax disclosure for Creditors' Committee's Plan of Reorganization (1.6); Review and discuss w/ R. Leder debtor's revised Plan of Reorganization (.7); Provide tax comments on debtor's revised Plan of Reorganization (1.4). | 3.70 hrs. |
| 08/11/10 | B. BETHEIL | Compare facts of leveraged partnership transaction in recent Tax Court case to Newsday and Cubs transactions | 1.10 hrs. |
| 08/12/10 | B. BETHEIL | Compare facts of leveraged partnership transaction in recent Tax Court case to Newsday and Cubs transactions (.7); Discuss w/ R. Leder & E. Markson comparison of leveraged partnership transaction in Canal to Newsday and Cubs transactions (.9). | 1.60 hrs. |
| 08/12/10 | B. BETHEIL | Discuss w/ R. Leder and  F. Vazquez Debtor's revised Plan of Reorganization | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| | | | |
|---|---|---|---|
| 08/12/10 | R. M. LEDER | Conference Vazquez and Betheil re background for review of Debtor Plan (0.8); consider tax aspects of Debtor Plan (0.5). | 1.30 hrs. |
| 08/12/10 | R. M. LEDER | Internal conference call with B.Betheil and E.Markson analyzing possible impact of recent Tax Court case on Newday and Cubs transactions. | 1.00 hrs. |
| 08/12/10 | E. S. MARKSON | Review recent Tax Court case on leveraged partnership transactions and consider implications for Tribune transactions (2.2); conference call with R. Leder and B. Betheil regarding same issues, extent to which issues require attention of Committee, and manner of presentation to Committee (.9). | 3.10 hrs. |
| 08/13/10 | R. M. LEDER | TC Deutsch re senior lender proposal on consideration to subordinated claim. | 0.30 hrs. |
| 08/13/10 | B. BETHEIL | Call w/ C. Rivera re: tax comments on debtor's revised Plan of Reorganization | 0.10 hrs. |
| 08/16/10 | B. BETHEIL | Review revised draft of Food Network LLC Agreement | 0.30 hrs. |
| 08/17/10 | B. BETHEIL | Review revised draft Cooking Channel Contribution Agreement and Food Network LLC Agreement | 0.80 hrs. |
| 08/19/10 | B. BETHEIL | Review revised draft Cooking Channel Contribution Agreement and Food Network LLC Agreement | 1.20 hrs. |
| 08/19/10 | R. M. LEDER | Review summary of new proposal. | 0.40 hrs. |

**Total Fees for Professional Services..............  $36,914.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page     5

## TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| E. S.  MARKSON | | 765.00 | 7.40 | 5661.00 |
| G. E.  ZEITLIN | | 965.00 | 1.40 | 1351.00 |
| N. T.  ZINK | | 795.00 | .70 | 556.50 |
| R. M.  LEDER | | 965.00 | 16.50 | 15922.50 |
| D. E.  DEUTSCH | | 695.00 | .20 | 139.00 |
| B.  BETHEIL | | 405.00 | 32.80 | 13284.00 |
| | TOTALS | | 59.00 | 36914.00 |