TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                                    For Services Through August 31, 2010
Our Matter #19804.017
          GENERAL LITIGATION


08/01/10   N. T. ZINK          Review Examiner's Report (4.7);       6.70 hrs.
                               phone conference with F. Vazquez
                               and E. Daucher re chart depicting
                               Examiner's view in
                               contradictinction to those of the
                               various parties (.6); review chart
                               (.3); review slide deck re
                               intentional fraud issues (.2);
                               review Moelis recovery analyses
                               (.5); further emails with M.
                               Roitman re Examiner issues (.4).

08/01/10   F. VAZQUEZ          Conference with Zink and Daucher      6.60 hrs.
                               re chart summarizing credit
                               agreement lenders' arguments (.5);
                               review and revise chart (.6);
                               review Moelis slide presentation
                               on Examiner Report (.3); review
                               Kirby slides re third party
                               litigation (.2); email to and from
                               Zink re slides (.1); review
                               Examiner's report (4.1); email
                               to/from Nellos re DTC (.1); review
                               email re PHONES avoidance (.2);
                               comference with Roitman re PHONES
                               avoidance (.2); email to/from Zink
                               re Examiner's findings (.3).

08/01/10   M. ROITMAN          Review Examiner's Report (1.7);       4.90 hrs.
                               Review 7/29 hearing transcript
                               (0.7); Research re: effect of
                               avoidance on creditor recoveries
                               (0.8); Draft PowerPoint
                               presentation re: Examiner's Report
                               / Creditor Participation in
                               Recoveries (1.2); Correspond with
                               R. Gayda and D. LeMay re: same
                               (0.2); Correspond with M. Ashley,
                               D. Deutsch re: Debtors' D&O
                               Insurance (0.3).

08/01/10   E. DAUCHER          Call with T. Zink and F. Vazquez      0.80 hrs.
                               re: Examiner's response to credit
                               agreement lenders (.8).

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2
```

| 08/01/10 | D. E. DEUTSCH | Review parts of Examiner Report (4.7); review related slides for Committee and provide preliminary edits of same (.8); discuss follow-up Examiner items with Marc Roitman (.2). | 5.70 hrs. |
|---|---|---|---|
| 08/02/10 | D. E. DEUTSCH | Review and comment on part of proposed Committee presentation on unredacted Examiner Report (.5); discuss litigation research issue with Marc Roitman (.2); review results (.1) and follow-up e-mail on same to Tom McCormack and Howard Seife (.1); review part of Examiner Report (1.1). | 2.00 hrs. |
| 08/02/10 | H. SEIFE | Review of Moelis draft slide presentation regarding recovery analysis and Examiner report (1.2). | 1.20 hrs. |
| 08/02/10 | A. HANESSIAN | Prepare materials in preparation for hearing. | 0.80 hrs. |
| 08/02/10 | M. ROITMAN | Review pleadings related to Examiner's pending motion to publicly file report (1.1); Correspond with A. Hanessian and D. Bava re: same (0.3); Review Moelis Analysis of Theoretical Recovery Alternatives (0.8); Draft email to Committee re: same (0.2); Review Committee Presentation re: Examiner's Report (0.4); Draft email to Committee re: same (0.2); | 3.00 hrs. |
| 08/03/10 | M. ROITMAN | Telephonic appearance at Bankruptcy Court hearing (partial attendance) (1.1); Draft email to Committee re: report on hearing and updates to confirmation schedule (1.5); Confer with T. Zink re: same (0.2) | 2.80 hrs. |
| 08/03/10 | D. M. LeMAY | Attend (by phone) hearing on USBC concerning Examiner's report unsealing and confirmation timetable (1.3). | 1.30 hrs. |
| 08/03/10 | R. A. SCHWINGER | Meeting with M. Ashley re databasing Examiner materials. | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page    3

| 08/03/10 | H. SEIFE | Review of portions of Examiner Report and plan impact. | 1.80 hrs. |
|---|---|---|---|
| 08/03/10 | D. E. DEUTSCH | Review Examiner-related memoranda and create action list for bankruptcy and litigation teams on same (.9). | 0.90 hrs. |
| 08/04/10 | F. VAZQUEZ | Review Examiner's report re conclusions re fraudulent transfer issue. | 0.80 hrs. |
| 08/04/10 | D. M. LeMAY | Review of unredacted Examiner report. | 2.50 hrs. |
| 08/04/10 | M. ROITMAN | Review recent filings in Neil v. Zell (0.2); | 0.20 hrs. |
| 08/05/10 | D. M. LeMAY | Combined detailed review of Examiner's report. | 2.80 hrs. |
| 08/06/10 | D. BAVA | Prepare certain materials related to Examiner's Report for attorney review. | 0.90 hrs. |
| 08/06/10 | M. ROITMAN | Review case calendar re: upcoming omnibus hearing dates (0.2); Review dockets in Neil and Beatty Adversary Proceedings and Update Summaries (0.4) | 0.60 hrs. |
| 08/06/10 | M. ROITMAN | Correspond with A. Nellos and M. Ashley re: Examiner interview transcripts (0.2) | 0.20 hrs. |
| 08/09/10 | M. ROITMAN | Review article re: Examiner's budget (0.1); Draft email to C&P team re: same (0.2) | 0.30 hrs. |
| 08/10/10 | D. BAVA | Review and analysis of docket sheet re: Wells Fargo (Bridge Agent's) motion (.60); review Examiner exhibits re: certain slides/exhibits for use with draft disclosure document (.90). | 1.50 hrs. |
| 08/11/10 | M. ROITMAN | Review Neil v. Zell ruling re: ERISA claims against Zell (0.2); Correspond with D. Deutsch re: same (0.1) | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4

| | | | |
|---|---|---|---|
| 08/12/10 | M. ROITMAN | Review Examiner's Discharge Motion (0.9); Meet with D. Deutsch re: same (0.2) | 1.10 hrs. |
| 08/12/10 | D. E. DEUTSCH | Conference with Marc Roitman to discuss Examiner issue (.2); | 0.20 hrs. |
| 08/13/10 | E. DAUCHER | Research intercreditor distribution issue. | 6.00 hrs. |
| 08/13/10 | M. ROITMAN | Review Debtors' Response to Examiner's Discharge Motion (0.2) | 0.20 hrs. |
| 08/14/10 | M. ROITMAN | Review dockets in Neil and Beatty Adversary Proceedings and Update Summaries (0.5) | 0.50 hrs. |
| 08/16/10 | H. SEIFE | Review of Examiner's report regarding issues impacting plan. | 1.70 hrs. |
| 08/17/10 | H. SEIFE | Review of Examiner report on specific issues regarding plan/settlement. | 2.10 hrs. |
| 08/18/10 | D. E. DEUTSCH | Review adversary case reports (.2). | 0.20 hrs. |
| 08/18/10 | M. ROITMAN | Correspond with M. Ashley re: Examiner's Discharge Motion (0.2); Correspond with M. Ashley re: Examiner Retention Apps (0.4) | 0.60 hrs. |
| 08/19/10 | M. ROITMAN | Correspond with M. Ashley, D. Bava, R. Kirby re: Examiner Retention Apps (0.2) | 0.20 hrs. |
| 08/20/10 | M. ROITMAN | Review dockets in Neil and Beatty Adversary Proceedings and Update Summaries (0.5) | 0.50 hrs. |
| 08/24/10 | H. SEIFE | Review of Examiner draft discharge order. | 0.50 hrs. |
| 08/25/10 | H. SEIFE | Review of Examiner findings on certain issues (2.1); review of reinstated disgorgement motion (.6). | 2.70 hrs. |
| 08/25/10 | M. ROITMAN | Review Law Debenture Reinstated Fee Disgorgement Motion (0.3); Correspond with C&P Team re: same (0.1) | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page    5

| 08/26/10 | M. ROITMAN | Review Certification of Counsel re: Examiner Discharge (0.1) | 0.10 hrs. |
| 08/26/10 | D. E. DEUTSCH | Review weekly adversary case reports (.2). | 0.20 hrs. |
| 08/27/10 | M. ROITMAN | Review dockets in Neil and Beatty Adversary Proceedings and Update Summaries (0.3) | 0.30 hrs. |
| 08/27/10 | M. ROITMAN | Confer with A. Nellos re: Access of other parties to Examiner Briefs (0.2); Review order appointing Examiner (0.1) | 0.30 hrs. |
| 08/31/10 | M. ROITMAN | Review Law Debenture Fee Disgorgement Motion (0.5). | 0.50 hrs. |
| 08/31/10 | H. SEIFE | Review of sections of Examiner Report. | 1.40 hrs. |

**Total Fees for Professional Services**............ $42,391.50

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 6.60 | 5643.00 |
| H. SEIFE | 965.00 | 11.40 | 11001.00 |
| N. T. ZINK | 795.00 | 6.70 | 5326.50 |
| R. A. SCHWINGER | 785.00 | .20 | 157.00 |
| D. E. DEUTSCH | 695.00 | 9.20 | 6394.00 |
| F. VAZQUEZ | 625.00 | 7.40 | 4625.00 |
| A. HANESSIAN | 185.00 | .80 | 148.00 |
| D. BAVA | 270.00 | 2.40 | 648.00 |
| E. DAUCHER | 355.00 | 6.80 | 2414.00 |
| M. ROITMAN | 355.00 | 17.00 | 6035.00 |
| TOTALS | | 68.50 | 42391.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 29, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                         For Services Through August 31, 2010

Our Matter #19804.018
         TRAVEL

| 08/03/10 | M. D. ASHLEY | Non-working travel to and from Wilmington for court hearing (2.2). | 2.20 hrs. |
|----------|--------------|-------------------------------------------------------------------|-----------|
| 08/03/10 | H. SEIFE | Non-working return travel from Wilmington from Court hearing. | 1.40 hrs. |
| 08/16/10 | H. SEIFE | Non-working travel from MV to New York for meeting with Debtors. | 3.00 hrs. |
| 08/19/10 | H. SEIFE | Non-working travel to Wilmington for hearing. | 2.00 hrs. |
| 08/20/10 | H. SEIFE | Non-working return travel to New York from Wilmington. | 2.00 hrs. |
| 08/26/10 | H. SEIFE | Non-working travel to Wilmington for Court hearing. | 2.00 hrs. |

            **Total Fees for Professional Services............. $11,455.00**

                         TIMEKEEPER SUMMARY

| Timekeeper's Name |        | Rate | Hours | Amount |
|-------------------|--------|--------|-------|----------|
| H. SEIFE |        | 965.00 | 10.40 | 10036.00 |
| M. D. ASHLEY |        | 645.00 | 2.20 | 1419.00 |
|  | TOTALS |  | 12.60 | 11455.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 29, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through August 31, 2010

Our Matter #19804.020
      SHAREHOLDER CLAIMS

| | | | |
|---|---|---|---|
| 08/01/10 | R. M. KIRBY | Revising draft slide presentation re Officer misconduct claims. | 5.60 hrs. |
| 08/01/10 | M. ROITMAN | Review SEC Schedule 13D and 13G filings re: selling shareholders at Step Two (0.4) | 0.40 hrs. |
| 08/02/10 | M. ROITMAN | Review SEC Schedule 13D and 13G filings re: selling shareholders at Step Two (1.0); Correspond with D. Deutsch re: same (0.3) | 1.30 hrs. |
| 08/02/10 | R. M. KIRBY | Prepare chart explaining Examiner's findings as to all possible claims. | 3.10 hrs. |
| 08/02/10 | R. M. KIRBY | Research as to standard of proof in intentional fraud claims under Section 548. | 3.30 hrs. |
| 08/03/10 | R. M. KIRBY | Drafting Chart explaining Examiner's findings as to all possible claims. | 3.10 hrs. |
| 08/03/10 | N. T. ZINK | Review Examiner's Report (6.8); attention to identification of step 2 selling shareholders and emails to A. Holtz re same (.2). | 7.00 hrs. |
| 08/04/10 | R. M. KIRBY | Researching jurisdiction issues surrounding defendant class actions. | 3.10 hrs. |
| 08/04/10 | R. M. KIRBY | Meeting w/T. Zink and M. Ashley re creditor trust and jurisdictional issues. | 0.90 hrs. |
| 08/04/10 | T. J. MCCORMACK | Review claims chart reflecting new theories of recovery for third party claims (0.6); receipt and review filings in ERISA case against Zell re: Examiner's report (0.3). | 0.90 hrs. |
| 08/04/10 | N. T. ZINK | Meeting with C.Rivera and M.Ashley re: complaint service issues (.7). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      September 29, 2010
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    2


| 08/04/10 | C. L. RIVERA | Meeting with T. Zink, M. Ashley and B. Kirby re: service issues on shareholders (0.7); research same (1.0). | 1.70 hrs. |

| 08/05/10 | R. M. KIRBY | Researching jurisdiction issues surrounding defendant class actions. | 6.90 hrs. |

| 08/06/10 | R. M. KIRBY | Researching jurisdiction issues surrounding defendant class actions. | 3.20 hrs. |

| 08/06/10 | F. VAZQUEZ | Conference with Zink re payments to shareholders (.2); draft bullet point discussion re identity of shareholders (.7). | 0.90 hrs. |

| 08/08/10 | R. M. KIRBY | Revising draft Third Party Complaint. | 6.90 hrs. |

| 08/08/10 | M. D. ASHLEY | Emails with R. Kirby regarding legal research relating to creditors' trust (.3); emails with T. McCormack regarding revisions to third-party complaint (.2); emails with T. Zink regarding same (.3); reviewed Examiner's report and other factual materials relating to revisions to third-party complaint (2.7); reviewed legal research relating to creditors' trust (.8); call with R. Kirby regarding revisions to complaint (.2). | 4.50 hrs. |

| 08/08/10 | T. J. MCCORMACK | Review research re: class action for shareholder lawsuit (0.4). | 0.40 hrs. |

| 08/09/10 | D. M. LeMAY | Prepare letter re: notice of resumption of prosecution of standing motion (.8).  Meeting w/T. Zink re: Committee Plan and Standing Motion (.6). | 1.40 hrs. |

| 08/09/10 | T. J. MCCORMACK | Analysis of issues concerning intentional fraudulent conveyance, D&O's and related matters (0.9); review e-mails/research regarding same (0.6); review options on potential claims against shareholders (0.8); conference | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

|            |                 | with M.Ashley and T.Zink re revisions to complaint (0.5). |            |
|------------|-----------------|-----------------------------------------------------------|------------|
| 08/09/10   | N. T. ZINK      | Analyze possible revisions to Committee's draft complaints (.5); phone conference with M. Ashley and T. McCormack re draft complaints and possible revisions (.6); various emails with Zuckerman Spaeder re draft complaints, standing motions, timing (.4); conference with D.LeMay re plan and standing motion (.5). | 2.00 hrs. |
| 08/09/10   | R. M. KIRBY     | Revising draft Third Party Complaint. | 8.70 hrs. |
| 08/09/10   | F. VAZQUEZ      | Conference with Zink, McCormack and Ashley re revisions to third party complaint (.6). | 0.60 hrs. |
| 08/09/10   | M. D. ASHLEY    | Call with T. Zink regarding revisions to draft third-party complaint (.1); call with T. McCormack, T. Zink regarding same (.6); meeting with R. Kirby regarding same (.3); emails with R. Kirby regarding same (.3); emails with T. Zink regarding same (.3); emails with T. McCormack regarding same (.2); reviewed legal and factual materials relating to revisions to complaint (3.2). | 5.00 hrs. |
| 08/10/10   | M. D. ASHLEY    | Emails with R. Kirby regarding revisions to draft third-party complaint (.4); reviewed factual and research materials relating to revisions to complaint (2.7); reviewed revisions to draft complaint (1.2). | 4.30 hrs. |
| 08/10/10   | R. M. KIRBY     | Revising draft Third Party Complaint. | 4.70 hrs. |
| 08/10/10   | T. J. MCCORMACK | Review/analyze issues for revised complaints against D&O's and shareholders (1.2); e-mails w/M. Ashley re: various tasks and schedule (0.7); respond to | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page    4

|  |  |  |  |
|---|---|---|---|
|  |  | inquiries concerning D&O coverage, exclusions and coverage issues (0.9). |  |
| 08/11/10 | T. J. MCCORMACK | Telephone conference w/Zuckerman and team re: issues concerning amended complaint, D&O coverage questions, upcoming tasks, litigation trust issues and expert reports/analysis (1.1); follow-up with M. Ashley on related research issues, coverage questions, elements of additional claims (0.9); telephone conference with Debtor's counsel re:  issues with potential litigation target (0.8); follow-up with Zuckerman re: same (0.6); analysis of additional D&O causes of action (1.8); analyze litigation trust provisions (1.6). | 6.80 hrs. |
| 08/11/10 | R. M. KIRBY | Discussions w/M. Ashley, T. McCormack, and Zuckerman re revisions to draft Complaint. | 1.20 hrs. |
| 08/11/10 | R. A. SCHWINGER | Respond to M. Ashley inquiry re potential defenses to claims. | 0.30 hrs. |
| 08/11/10 | M. D. ASHLEY | Call with T. McCormack, R. Kirby, J. Sottile regarding revising Committee complaints (1.0); meeting with T. McCormack, R. Kirby regarding revisions to third-party complaint (.2); call with H. Seife, T. McCormack, Jenner Block regarding potential litigation target claims (.7); meeting with H. Seife, T. McCormack regarding same (.2); call with T. McCormack, J. Sottile regarding same (.5); reviewed factual materials regarding same (1.4); revised third-party complaint and reviewed related factual and legal materials (2.2). | 6.20 hrs. |
| 08/12/10 | T. J. MCCORMACK | Analysis of various D&O issues for revised complaint, for coverage purposes, for litigation trust purposes (1.3); telephone conferences with Zuckerman re: issues on complaints, D&O | 2.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     5
```

|            |                   |                                                                                                                                                                                                                 |           |
|------------|-------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                   | coverage, expert status (0.9).                                                                                                                                                                                   |           |
| 08/12/10   | M. D. ASHLEY      | Call with T. McCormack regarding revisions to third-party complaint (.1); emails with R. Kirby regarding same (.4); reviewed further revised draft third-party complaint and related factual and legal research materials (1.8). | 2.30 hrs. |
| 08/12/10   | R. M. KIRBY       | Revising draft Third Party Complaint.                                                                                                                                                                            | 2.80 hrs. |
| 08/12/10   | D. E. DEUTSCH     | Prepare for meeting with Jim Sottile and Tom McCormack on D&O issue analysis (.3); participate in same (1.0).                                                                                                     | 1.30 hrs. |
| 08/13/10   | R. M. KIRBY       | Revising draft Third Party Complaint.                                                                                                                                                                            | 1.80 hrs. |
| 08/13/10   | T. J. MCCORMACK   | Review/analysis of complaint issues for expanded D&O claims (1.4); analysis of coverage issues in light of exclusions, pleading issues and Examiner's findings (1.6); teleconference Zuckerman re: issues on claims, litigation trust, D&O questions (1.0); review additional issues on D&O coverage with Zuckerman (0.8). | 4.80 hrs. |
| 08/13/10   | M. D. ASHLEY      | Emails with R. Kirby regarding revisions to draft third-party complaint (.5); emails with T. Zink regarding same (.2); reviewed draft complaint and related factual and legal research materials (2.0); emails with J. Sottile regarding D&O insurance issues (.4); reviewed insurance research (.8). | 3.90 hrs. |
| 08/14/10   | T. J. MCCORMACK   | Review e-mails on coverage issues and provisions on limiting D&O claims to insurance coverage (0.3) and analyze provisions re: same (0.5); review Zuckerman comments to memo and prepare comments to same (0.8). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       September 29, 2010
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    6

| | | | |
|---|---|---|---|
| 08/15/10 | M. D. ASHLEY | Reviewed draft memorandum regarding D&O insurance issues (.7); reviewed related factual and legal research materials regarding inserts for draft memorandum (1.6); emails with R. Kirby regarding same (.2); emails with J. Sottile regarding same (.3). | 2.80 hrs. |
| 08/15/10 | R. M. KIRBY | Drafting section of memo on D&O Liability Insurance Policy Issues. | 2.70 hrs. |
| 08/16/10 | T. J. MCCORMACK | Review D&O claim issues, motion for standing and amended D&O complaint (1.3); review expert issues with Zuckerman (0.3). | 1.60 hrs. |
| 08/16/10 | M. D. ASHLEY | Reviewed factual and legal materials relating to draft third-party complaint (1.6). | 1.60 hrs. |
| 08/17/10 | T. J. MCCORMACK | Review revised D&O complaint and comment re: same (1.8); telephone conference with Zuckerman re: new claims, D&O issues, revised complaints (0.7). | 2.50 hrs. |
| 08/17/10 | M. D. ASHLEY | Call with T. McCormack, J. Sottile regarding revisions to draft Committee complaints (.6); emails with R. Kirby regarding revisions to draft third-party complaint (.5); reviewed factual and legal materials relating to draft complaint (1.2); revised draft complaint (1.3); revised draft standing motion (1.2); reviewed revised draft insurance memo (.4). | 5.20 hrs. |
| 08/17/10 | R. A. SCHWINGER | Meeting with T. McCormack re status of potential litigation of claims under latest plan confirmation negotiations. | 0.20 hrs. |
| 08/18/10 | R. A. SCHWINGER | Review and revise latest draft of complaint against D&O's, shareholders, VRC. | 3.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     7

| 08/18/10 | M. D. ASHLEY | Emails with R. Kirby regarding analysis of certain third party claims (.6); revised draft letter re same (.8); emails with R. Schwinger regarding third-party complaint (.2); reviewed related research (.7). | 2.30 hrs. |
|---|---|---|---|
| 08/18/10 | R. M. KIRBY | Further research on duty of good faith under Delaware law. | 3.90 hrs. |
| 08/18/10 | R. M. KIRBY | Drafting letter to debtors re: potential litigation target claims. | 3.70 hrs. |
| 08/18/10 | R. M. KIRBY | Reviewing and revising draft Standing Motion. | 0.90 hrs. |
| 08/19/10 | R. M. KIRBY | Reviewing Examiner document retention policies. | 1.20 hrs. |
| 08/22/10 | M. D. ASHLEY | Reviewed factual and legal research materials relating to revisions to draft third-party complaint and standing motion. | 1.40 hrs. |
| 08/23/10 | R. M. KIRBY | Research concerning possible cross-claims and counter-claims that could be asserted against litigation trust claims. | 4.10 hrs. |
| 08/23/10 | T. J. MCCORMACK | Analysis of fraudulent conveyance actions for Step Two and possible claims against parties other than shareholders (1.8); confer M. Ashley on tasks, revisions to complaint and timing issues (0.4); t/c Zuckerman re: updated fact/legal claims for Comm. complaints (0.7); analyze damage remedies for new causes of action for Third Party Complaint (1.1); review original memos to Comm. on all potential claims (1.2). | 5.20 hrs. |
| 08/23/10 | M. D. ASHLEY | Reviewed produced documents and legal research materials relating to revisions to draft third-party standing motion and related complaint (1.9); conference with T.McCormack re revisions to third-party complaint (.3). | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     September 29, 2010
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page    8

| | | | |
|---|---|---|---|
| 08/24/10 | M. D. ASHLEY | Emails with Landis Rath regarding timing of filing standing motion (.2); emails with T. McCormack regarding insurance issues (.2); reviewed factual and legal research materials regarding revisions to draft third-party complaint (2.2); emails with R. Kirby regarding same (.4); conference with H.Seife regarding third-party complaint (.5). | 3.50 hrs. |
| 08/24/10 | R. M. KIRBY | Research concerning possible cross-claims and counter-claims that could be asserted against litigation trust claims. | 6.90 hrs. |
| 08/24/10 | H. SEIFE | Conference with T.McCormack and M.Ashley regarding third party claims. | 0.60 hrs. |
| 08/25/10 | H. SEIFE | Conference with T.McCormack and M.Ashley regarding third party complaint and standing motion. | 1.00 hrs. |
| 08/25/10 | A. K. NELLOS | Discuss issues relating to third-party complaint with M. Ashley (.6); Review materials cited in third-party complaint related to confidentiality designations (2.7). | 3.30 hrs. |
| 08/25/10 | E. DAUCHER | Call with F. Vazquez re research on forum selection. | 0.20 hrs. |
| 08/25/10 | M. ROITMAN | Correspond with M. Ashley, F. Vazquez re: confidential documents used in Third Party Complaint and Examiner's Report (0.5) | 0.50 hrs. |
| 08/25/10 | F. VAZQUEZ | Review correspondence re Examiner (.2); emails to/from Ashley re correspondence for Examiner (.2); email to/from Zink re choice of forum clauses (.2); conf w/Daucher re choice of forum clauses (.3) . | 0.90 hrs. |
| 08/25/10 | M. IACOPELLI | Review materials cited in third party complaint to document produced in Examiners report in preparation for Third Party Complaint Filing. | 8.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page    9

| | | | |
|---|---|---|---|
| 08/25/10 | L. MENDOZA | Review materials cited in third party complaint to documents produced in Examiner Report in preparation for filing of third party complaint. | 4.60 hrs. |
| 08/25/10 | M. D. ASHLEY | Call with T. McCormack regarding third-party complaint confidentiality issues (.2); call with A. Nellos regarding same (.2); emails with A. Nellos regarding same (.4); reviewed correspondence relating to document confidentiality issues (.8); call with T. McCormack regarding litigation claims (.2); reviewed factual and legal research materials relating to third-party complaint claims (3.4); emails with J. Sottile regarding same (.4); emails with R. Kirby regarding same (.5); reviewed draft Examiner discharge motion order (.2); email with Examiner's counsel regarding same (.1); emails with T. Zink regarding forum selection clause issues (.2). | 6.60 hrs. |
| 08/26/10 | T. J. MCCORMACK | E-mails with Zuckerman on revised complaints (0.2); review/comment on current version of Third Party Complaint (0.9); communications with M. Ashley re: additional "avoidance" claims for potential use in Third Party Complaint (1.0); analysis of individual as D&O defendant (breach of fiduciary duty) (0.4); analysis of issues re: timing of standing motion (0.3). | 2.80 hrs. |
| 08/26/10 | M. D. ASHLEY | Call with T. McCormack regarding claims in and revisions to draft third-party complaint (.2); call with T. Zink, F. Vazquez regarding same (.5); emails with T. McCormack regarding same (.2); emails with A. Nellos regarding same (.4); emails with R. Kirby regarding same (.4); emails with | 8.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   10


|          |              | T. Zink regarding same (.2); revised draft third-party complaint and reviewed related factual and legal research materials (3.7); reviewed Examiner interview transcript summaries (1.6); reviewed plan confirmation document productions (.8). |            |
|----------|--------------|---|------------|
| 08/26/10 | M. IACOPELLI | Compare materials cited in third party complaint to documents produced in Examiners report in preparation for Third Party Complaint Filing (5.4). | 5.40 hrs. |
| 08/26/10 | L. MENDOZA   | Review materials cited in third party complaint to document produced in Examiners report in preparation for filing of third party complaint. | 4.10 hrs. |
| 08/26/10 | F. VAZQUEZ   | Review revised 3rd party complaint re possible new defendants and additional causes of action (1.0); review examiners report re claims and defendants (.8); review report to committee re claims and defenses (.5); conf w/Zink and Ashley re complaint and possible new defendants and claims(.7); conf w/Daucher re forum selection clause (.3); email to/from Daucher re forum selection cases (.2). | 3.50 hrs. |
| 08/26/10 | R. M. KIRBY  | Revisions to draft Third Party Complaint. | 1.30 hrs. |
| 08/26/10 | E. DAUCHER   | Research and drafting re choice of forum clauses. | 4.70 hrs. |
| 08/26/10 | A. K. NELLOS | Review materials cited in third-party complaint related to confidentiality designations (4.6). Confer with Complete Documents regarding issues in Relativity (.9). Online review /analysis of materials in Relativity relating to actions by certain party (3.2). | 8.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   11
```

| | | | |
|---|---|---|---|
| 08/27/10 | A. K. NELLOS | Prepare chart synthesizing information regarding materials cited in third-party complaint related to confidentiality designations (1.9). Online review /analysis of materials in Relativity relating to actions of Zell (4.7). | 6.60 hrs. |
| 08/27/10 | E. DAUCHER | Research re: forum selection (.5); emails with F. Vazquez re: same (.2). | 0.70 hrs. |
| 08/27/10 | H. SEIFE | Review of revised third-party complaint and standing motion. | 2.10 hrs. |
| 08/27/10 | R. M. KIRBY | Revising draft Third Party Complaint and Standing Motion. | 4.90 hrs. |
| 08/27/10 | F. VAZQUEZ | Review memo and pertinent case law re choice of forum clauses (1.6); conf w/Daucher re further research (.3); conf w/C. Rivera re review of choice of forum issue (.1). | 2.00 hrs. |
| 08/27/10 | M. IACOPELLI | Prepare chart indicating Bates numbers to Examiner's exhibits (3.7). | 3.70 hrs. |
| 08/27/10 | L. MENDOZA | Prepare index summary to Examiner's exhibits with Bates numbers for cross-referencing. | 4.80 hrs. |
| 08/27/10 | T. J. MCCORMACK | Review timing of standing motion in light of mediation issues (0.3); confer Zuckerman re: additional claims to its complaint (0.4). | 0.70 hrs. |
| 08/27/10 | M. D. ASHLEY | Emails with Zuckerman regarding filing of Committee complaints (.2); emails with Landis Rath regarding same (.1); emails with R. Kirby regarding revisions to draft third-party complaint (.3); emails with A. Nellos regarding same (.1); reviewed factual and legal research materials relating to revisions to third-party complaint (1.3). | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 29, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   12


| 08/29/10 | M. D. ASHLEY | Reviewed revised draft third-party complaint and related factual materials (1.2). | 1.20 hrs. |
|---|---|---|---|
| 08/30/10 | M. D. ASHLEY | Call with T. McCormack, Zuckerman regarding expert reports and revisions to draft Committee complaints (.7); reviewed factual and legal research materials relating to revisions to draft third-party complaint (1.4); reviewed draft expert reports (.8); emails with A. Nellos regarding revisions to draft third-party complaint (.2); emails with R. Kirby regarding same (.2); email with T. Zink regarding possible litigation claims (.1). | 3.40 hrs. |
| 08/30/10 | T. J. MCCORMACK | Prep for (.6) and t/c with Zuckerman on revised complaints, new claims, mediation process, timing issues, schedule, experts and related issues (.8); review e-mails on status (0.3). | 1.70 hrs. |
| 08/30/10 | M. IACOPELLI | Continue work on chart indicating Bates numbers to Examiner's exhibits (6.8). | 6.80 hrs. |
| 08/30/10 | H. SEIFE | Review of draft complaint and motion (1.2). | 1.20 hrs. |
| 08/30/10 | F. VAZQUEZ | Conf w/Zink re status (.1); email to/from Rivera re forum selection research. | 0.20 hrs. |
| 08/30/10 | A. K. NELLOS | Discuss issues relating to certain party and Tribune with E. Miller (.9); Additional online review of materials related to same (3.6). | 4.50 hrs. |
| 08/30/10 | C. L. RIVERA | Confer with E. Daucher re: forum selection research. | 0.20 hrs. |
| 08/31/10 | C. L. RIVERA | Review forum selection case (.2); correspondence with E. Daucher and F. Vazquez re: same (.2). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   13


| 08/31/10 | A. K. NELLOS | Online review of materials related to Zell and VRC (2.6); Discuss with E. Miller documents related to Zell/EGI and VRC.  (.7); Discuss strategy related to Third Party Complaint issues with M. Ashley.  (.6). | 3.90 hrs. |
| 08/31/10 | H. SEIFE | Review of draft pleadings. | 0.90 hrs. |
| 08/31/10 | E. DAUCHER | Research and drafting regarding choice of forum clauses (1.3); advise T. Zink re: same (.2). | 1.50 hrs. |
| 08/31/10 | M. IACOPELLI | Prepare master set of documents cited in annotated third party complaint (4.0); finalize chart indicating Bates numbers to Examiner's exhibits (.4). | 4.40 hrs. |
| 08/31/10 | T. J. MCCORMACK | Review/analyze direct claims against certain directors in draft complaint (1.2); t/c Zuckerman re: progress of revisions, expert issues and schedule (0.3); review issues on forum selection clauses, "core" claims and consequence in bankruptcy court (0.5). | 2.00 hrs. |
| 08/31/10 | M. D. ASHLEY | Meeting with A. Nellos regarding confidentiality issues relating to filing of third-party complaint (.4); meeting with R. Kirby regarding revisions to draft third-party complaint (.7); emails with R. Kirby regarding same (.3); emails with T. McCormack regarding same (.2); emails with T. Zink regarding forum selection issues (.2); reviewed factual and legal research materials relating to third-party claims (2.7). | 4.50 hrs. |
| 08/31/10 | R. M. KIRBY | Revising draft Third Party Complaint. | 2.70 hrs. |
| 08/31/10 | R. M. KIRBY | Research concerning parallel creditor trust lawsuits. | 3.10 hrs. |


        Total Fees for Professional Services.............  $175,451.50

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 1.40 | 1197.00 |
| H. SEIFE | 965.00 | 5.80 | 5597.00 |
| N. T. ZINK | 795.00 | 9.70 | 7711.50 |
| R. A. SCHWINGER | 785.00 | 4.20 | 3297.00 |
| T. J. MCCORMACK | 825.00 | 38.80 | 32010.00 |
| M. D. ASHLEY | 645.00 | 70.90 | 45730.50 |
| D. E. DEUTSCH | 695.00 | 1.30 | 903.50 |
| F. VAZQUEZ | 625.00 | 8.10 | 5062.50 |
| L. MENDOZA | 240.00 | 13.50 | 3240.00 |
| M. IACOPELLI | 240.00 | 28.40 | 6816.00 |
| A. K. NELLOS | 595.00 | 27.00 | 16065.00 |
| C. L. RIVERA | 625.00 | 2.30 | 1437.50 |
| E. DAUCHER | 355.00 | 7.10 | 2520.50 |
| R. M. KIRBY | 475.00 | 90.70 | 43082.50 |
| M. ROITMAN | 355.00 | 2.20 | 781.00 |
| TOTALS | | 311.40 | 175451.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through August 31, 2010

Our Matter #19804.021
      PLAN LITIGATION

| 08/01/10 | T. J. MCCORMACK | Telephone conference with Zuckerman and expert re: report (1.4); review/edit presentation on 3rd party claims, consequences and options (1.6); follow-up with M. Ashley and R. Kirby on various tasks, outline and related matters (0.5); review/revise presentation to Committee (1.5). | 5.00 hrs. |

| 08/01/10 | A. K. NELLOS | Continue to review examiner's report and related materials. | 12.10 hrs. |

| 08/01/10 | M. D. ASHLEY | Reviewed unredacted Examiner's report (2.6); reviewed and revised presentation slides for Committee meeting summarizing third-party issues (1.2); call with R. Kirby regarding same (.4); call with T. McCormack, J. Sottile regarding expert report (.5); call with T. McCormack, J. Sottile and expert regarding expert report (1.5); reviewed draft Baliban expert report (.9); call with T. McCormack regarding same (.4); meeting with T. McCormack, R. Kirby regarding presentation slides for Committee meeting (.5); emails with T. McCormack, R. Kirby regarding Committee slide presentation (.5); reviewed Debtors' pleading regarding confirmation schedule (.4); emails with J. Sottile regarding expert report (.3). | 9.20 hrs. |

| 08/01/10 | A. KRONSTADT | On-line review of documents produced in connection with plan discovery. | 1.30 hrs. |

| 08/02/10 | M. D. ASHLEY | Call with T. McCormack regarding Committee meeting (.2); call with R. Liskov regarding D&O insurance (.1); call with M. McGuire regarding expert disclosure deadline (.1); reviewed related rules (.4); reviewed Examiner's report and factual materials for | 9.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     2

|  |  |  |  |
|---|---|---|---|
|  |  | Committee meeting (2.2); call with A. Nellos regarding confirmation prep (.2); team meeting regarding confirmation hearing prep (1.5); meeting with T. McCormack regarding same (.3); meeting with T. McCormack, T. Zink regarding same (.5); call with T. McCormack, J. Sottile regarding experts (.4); emails with Sottile regarding same (.3); reviewed slide presentation for Committee meeting (.9); emails with T. McCormack, R. Kirby regarding same (.7); prepared for court hearing regarding schedule (1.2). |  |
| 08/02/10 | A. K. NELLOS | Review progress of document reviewers (.4) and assign additional documents for review (.6); Online review of materials related to DTC per request of F. Vazquez (.8); Review/analysis of materials produced by Examiner, including deposition of Chandler Bigelow (and exhibits thereto) and portions of Examiner's report (9.2). | 11.00 hrs. |
| 08/02/10 | D. E. DEUTSCH | Review court filings on expert deadlines (.3); discuss same with Tom McCormick and, in part, Marc Ashley (.2); review various e-mails from Landis and Chadbourne team re: upcoming expert deadlines (.2); participate in meeting with Howard Seife, Ted Zink and litigation team re: next steps with Plan confirmation in light of Examiner's report (1.4). | 2.10 hrs. |
| 08/02/10 | R. A. SCHWINGER | Meeting with M. Ashley re current status of objections to releases in proposed plan. | 0.40 hrs. |
| 08/02/10 | T. J. MCCORMACK | Continue preparation of presentation to Committee on third party claims, including edits/modifications to power point presentation (2.3); review/analyze recovery scenarios for potential third party claims (0.8); analysis | 8.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page    3

| | | | |
|---|---|---|---|
| | | of insurance coverage/exclusion issues on D&O policies (1.3); review procedural questions on due date of expert reports (0.2); receipt and review of Mark Rule draft report (0.5); meet with team re confirmation hearing preparation (1.3); follow-up on several issues including standard of proof for intentional fraud. conveyance (0.9); review issues for 8/3 hearing (0.8); t/c with expert re: expert report (0.2). | |
| 08/02/10 | M. IACOPELLI | Prepare DTC documents for A. Nellos (.6); prepare additional key documents for the deposition of Angelo Gordon (3.6); prepare index to Angelo Gordon documents (.8); prepare James Lee documents cited in fact section of Examiner's report (2.0). | 6.80 hrs. |
| 08/02/10 | H. SEIFE | Conference call with JPM regarding settlement discussions (.9); conference call with B.Krakauer (Sidley) regarding settlement discussions (.8); meeting with litigation team regarding plan confirmation issues (1.3). | 3.00 hrs. |
| 08/02/10 | N. T. ZINK | Review Examiner report (6.6); conference with H. Seife, T. McCormack and D. Deutsch re August 3 hearing preparation and case issues (.8); conference with B. Gayda and C. Rivera re research for confirmation/plan issues (.2). | 7.60 hrs. |
| 08/02/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 7.30 hrs. |
| 08/02/10 | K. ZAFRAN | On-line 2nd tier review of documents produced in connection with plan discovery. | 5.40 hrs. |
| 08/02/10 | A. SEBRING | Online review of documents produced in connection with plan discovery. | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page    4

| 08/03/10 | K. ZAFRAN | Review documents produced in connection with plan discovery (2.8) and exhibits used at the interview of T. Whayne to prepare for the deposition of T. Whayne (2.5); prepare summary/chronology of documents/events relevant to same (3.6); review documents cited in the Examiner's Report and add relevant documents to the deposition chronologies of P. Cohen and J. Sell (1.3). | 10.20 hrs. |
|---|---|---|---|
| 08/03/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 6.50 hrs. |
| 08/03/10 | L. F. MOLONEY | Meeting with R. Schwinger, M. Ashley and A. Nellos to discuss access of Examiners' materials, including documents, exhibits and transcripts in connection with confirmation hearing preparation (.7); discussion with representatives at Complete Document Source re.same (.7). | 1.40 hrs. |
| 08/03/10 | H. SEIFE | Preparation for Court hearing regarding plan issues/timing (3.3); hearing before Judge Carey (1.8); follow-up meeting with Landis (1.1). | 6.20 hrs. |
| 08/03/10 | M. IACOPELLI | Prepare Philip Cohen documents cited in fact section of Examiner's report (1.8); prepare Jeff Sell documents cited in fact section of Examiner's report (1.6); updated P. Cohen's deposition binder with additional key materials (.8); updated J. Sell's deposition binder with additional key materials (.8); updated J. Lee deposition binder with additional key materials (.4). | 5.40 hrs. |
| 08/03/10 | T. J. MCCORMACK | Review e-mails on expert reports, timing, meeting (0.2); review research on "clear and convincing" standard of proof (0.5); review memos on "wrongful acts" exclusions in D&O policies (0.7); | 3.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page    5

|            |               | participate in part of court hearing (by phone) on status, schedule, confirmation issues (1.0); follow-up on expert issues with Zuckerman (0.6); t/c M. Ashley re: hearing, tasks, new schedule, discovery issues (0.3); receipt and review e-mail summaries of court hearing (0.1); review status for Comm. professionals' meeting (0.4). |            |
| 08/03/10 | A. K. NELLOS | Exchange emails with Sidley regarding documents produced by Angelo Gordon (.1); exchange emails with counsel from Angelo Gordon regarding same (.2); Exchange emails with M. Ashley regarding materials produced by Angelo Gordon (.9); Review materials produced by Angelo Gordon relating to Committee (.7); Review materials cited by Examiner regarding Jimmy Lee (.4) and update summary materials for deposition of Jimmy Lee (.6); Speak with M. Ashley regarding various issues related to plan confirmation in light of court hearing (.4); Review/analyze Examiner interview transcripts and exhibits of Chandler Bigelow (3.1); begin to review Donald Grenesko deposition (2.3) and begin to prepare summary of deposition (1.7). | 10.40 hrs. |
| 08/03/10 | M. D. ASHLEY | Prep for court hearing regarding plan confirmation schedule (2.2); attended court hearing (1.7); lunch meeting with H. Seife, A. Landis regarding court hearing (1.2); team meeting regarding court hearing issues (.5); meeting with R. Schwinger regarding access to Examiner's materials (.1); call with T. Zink regarding litigation and creditors' trusts (.2); emails with A. Nellos regarding plan confirmation discovery (.7); emails with J. Sottile regarding confirmation issues (.3); reviewed | 9.00 hrs. |