TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    September 29, 2010
435 N. MICHIGAN AVENUE                                          Invoice ******
CHICAGO, IL 60611                                              Page     6

|          |              | legal research regarding standards of proof (.4); call with T. McCormack regarding confirmation planning (.2); reviewed summary of Examiner's findings (.9); reviewed ERISA litigation pleadings (.6). | |
|----------|--------------|---|---|
| 08/04/10 | M. D. ASHLEY | Meeting with R. Schwinger, A. Nellos, L. Maloney regarding Examiner's materials for confirmation hearing prep (.7); emails with R. Schwinger regarding same (.2); call with R. Kirby regarding litigation trust (.1); meeting with T. Zink, C. Rivera, R. Kirby regarding same (.9); reviewed expert chart (.2); emails with A. Nellos regarding discovery issues (.6); revised chart regarding Examiner's findings (.6); emails with R. Kirby regarding same (.3); emails with Zuckerman regarding settlement issues (.3); reviewed draft expert reports and related materials (1.7); emails with Zuckerman regarding same (.3); emails with Sidley regarding expert discovery (.2); reviewed ERISA litigation pleadings (.4); reviewed deposition prep materials (1.3); reviewed Examiner materials (1.5). | 9.30 hrs. |
| 08/04/10 | A. KRONSTADT | On-line review of documents produced in connection with plan confirmation discovery. | 2.20 hrs. |
| 08/04/10 | T. DANIELSON | Research for 2010 financials on Robert R. McCormick Foundation and Cantigny Foundations. | 1.00 hrs. |
| 08/04/10 | A. K. NELLOS | Meeting with R. Schwinger and M. Ashley regarding materials in preparation for confirmation hearing (.8); review progress of reviewers (1.1) and assign additional documents for review (1.3). | 3.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page     7

| | | | |
|---|---|---|---|
| 08/04/10 | T. J. MCCORMACK | Review revised confirmation schedule (0.2); analysis of state vs. bankruptcy court fraudulent conveyance issues (0.4). | 0.60 hrs. |
| 08/04/10 | R. A. SCHWINGER | Meetings with M. Ashley, A. Nellos, L. Moloney re Examiner's report and supporting exhibits/transcripts in connection with preparation for confirmation hearing. | 0.80 hrs. |
| 08/04/10 | D. M. LeMAY | Meeting w/Debtors and Sidley re: settlement issues and process (2.8).  Conferences w/HS re: possible Committee settlement proposed and structure thereof (1.2). | 4.00 hrs. |
| 08/04/10 | M. IACOPELLI | Prepare Todd Kaplan documents cited in fact section of Examiner's report  (1.4); prepare Dennis FitzSimons documents cited in fact section of Examiner's report (1.8); Prepare Julie Persily documents cited in fact section of Examiner's report as per A. Nellos (1.6). | 4.80 hrs. |
| 08/04/10 | H. SEIFE | Conference with D.Bernstein regarding plan issues (1.2); meetings with Sidley and Debtors on plan issues (3.1); conference call with senior lenders and Debtors (1.6); conferences with D.LeMay regarding settlement/plan issues (1.3). | 7.20 hrs. |
| 08/04/10 | N. T. ZINK | Review Examiner report re implications for certain plan treatment issues (4.2). | 4.20 hrs. |
| 08/04/10 | D. BAVA | Review and analysis of similar type large case for F. Vazquez re: certain forms of creditor trust agreements (1.80); Westlaw and Internet research re: potential state court actions commenced by certain litigation trustee of similar large case (.90). | 2.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 29, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    8
```

| 08/04/10 | K. ZAFRAN | On-line 2nd tier review of documents produced in connectionn with plan discovery. | 9.00 hrs. |
|----------|-----------|-----------|-----------|
| 08/04/10 | E. WEISSMAN | Prepare selected Tribune documents for review. | 0.50 hrs. |
| 08/05/10 | E. WEISSMAN | Prepare Examiner Report, exhibits and transcripts for Complete Docs in connection with plan confirmation hearing preparation. | 0.60 hrs. |
| 08/05/10 | K. ZAFRAN | Review documents produced in connection with plan discovery to prepare for the deposition of T. Whayne (1.0); create summary/chronology of documents/events relevant to him (1.3); On-line 2nd tier review of documents produced in connection with plan confirmation discovery (6.3). | 8.60 hrs. |
| 08/05/10 | H. SEIFE | Conference call with senior lenders and Debtors (1.2); telephone conference with Angelo Gordon (Gavin) (.4); development of Committee revised plan proposal (3.8). | 5.40 hrs. |
| 08/05/10 | M. IACOPELLI | Prepare Rob Kirchner documents cited in fact section of Examiner's report (.8); prepare Thomas Whayne documents cited in fact section of Examiner's report (2.0). | 2.80 hrs. |
| 08/05/10 | T. J. MCCORMACK | Review deposition scheduling information (0.1); review stipulation on expert report drafts and disclosure (0.2); review information on Comm. counterproposal on plan issues (0.4). | 0.70 hrs. |
| 08/05/10 | A. K. NELLOS | Revise and finalize draft of C. Bigelow interview summary (5.4); Exchange emails with M. Ashley regarding projects related to Examiner report (.4); Review recent pleadings and emails (.2) and update materials for M. Ashley | 9.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page    9

|  |  |  |  |
|---|---|---|---|
|  |  | regarding depositions and expert witnesses (.4); begin online review of materials related to anticipated deposition of P. Taubman (2.8). |  |
| 08/05/10 | M. D. ASHLEY | Reviewed materials relating to expert reports (1.6); call with Zuckerman, M. Rule regarding expert report (.6); call with Zuckerman regarding draft expert reports (.2); reviewed pleadings and discovery summaries for Committee meeting (.7); call with Davis Polk regarding deposition nonpreclusion stip (.3); revised nonpreclusion stip (.7); emails with Zuckerman, Kasowitz regarding same (.2); emails with Davis Polk regarding same (.2); call with A. Goldfarb regarding Examiner's interview transcripts (.2); reviewed Examiner materials (1.8); reviewed Bigelow interview summary (.8); emails with A. Nellos regarding plan confirmation preparation (.6). | 7.90 hrs. |
| 08/06/10 | M. D. ASHLEY | Emails with A. Nellos regarding confirmation hearing prep (.8); reviewed Examiner interview chart (.4); reviewed factual materials relating to plan confirmation depositions (1.4); reviewed deposition chart (.2); reviewed legal research materials relating to creditors' trust (.8); reviewed Examiner interview transcripts (2.2); emails with M. Roitman regarding settlement (.1); email with Davis Polk regarding deposition non-preclusion (.1). | 6.00 hrs. |
| 08/06/10 | P. DEZIL | Summarize/outline key documents, as per A. Nellos. | 4.60 hrs. |
| 08/06/10 | A. K. NELLOS | Continue to work on online review of materials related to certain witness for anticipated deposition (7.1); Begin to review related interview transcript (2.6); Exchange emails with examiner's | 10.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   10

|  |  |  |  |
|---|---|---|---|
|  |  | counsel regarding materials posted on website (.3); Discuss with Ellen Weissman (Litigation Support) database related to Tribune for document sharing (.9). |  |
| 08/06/10 | T. J. MCCORMACK | Review status report on Committee counterproposal, response and next steps (0.4); e-mails to M. Ashley re: same and next steps (0.2); review summary of Examiner interviews/transcripts (0.2). | 0.80 hrs. |
| 08/06/10 | D. M. LeMAY | Work on outline of settlement proposal (1.1). Conference call w/senior lenders and Debtors re: same (.9). Conference w/H. Seife re: call from Sidley (.4) and e-mail to the Committee re: same (.7). | 3.10 hrs. |
| 08/06/10 | M. IACOPELLI | Prepare certain witness documents cited in fact section of Examiner's report (2.3); prepare Chandler Bigelow documents cited in fact section of Examiner's report (2.8). | 5.10 hrs. |
| 08/06/10 | H. SEIFE | Preparation of Committee plan proposal (1.3); conference call with senior lenders and Debtors regarding same (.9); preparation of Committee revised settlement (2.9); conference call with J.Conlin regarding revised Debtor plan (.6). | 5.70 hrs. |
| 08/06/10 | K. ZAFRAN | Review documents produced in connection with ESOP transaction to prepare for the deposition of T. Whayne (4.4) and create summary/chronology of documents/events relevant to him (3.8); Begin to review Examiner's Report in connection with preparation to summarize interview transcripts per A.Nellos (1.3). | 9.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 29, 2010
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   11

| 08/06/10 | E. WEISSMAN | Preparation of Examiner Report, exhibits and transcripts for Complete Docs in connection with plan confirmation hearing preparation. | 1.40 hrs. |
|---|---|---|---|
| 08/06/10 | A. VOELKER | Review portions of Examiner's report in connection with assignment. | 0.70 hrs. |
| 08/07/10 | K. ZAFRAN | Review Examiner's Report in connection with preparation to summarize interview transcripts. | 3.30 hrs. |
| 08/07/10 | M. ROITMAN | Correspond with Committee members re: status update on Settlement discussions (0.3) | 0.30 hrs. |
| 08/07/10 | H. SEIFE | Review of revised Debtor plan (1.6); conference calls with Debtors and Committee professionals regarding revised plan (2.5). | 4.10 hrs. |
| 08/08/10 | T. J. MCCORMACK | E-mails with M. Ashley on status, settlement discussions and next steps (0.2); review M. Roitman summary of settlement proposals (0.3). | 0.50 hrs. |
| 08/08/10 | A. K. NELLOS | Review interview transcript of deposed lender rep (1.9); Begin to Prepare interview summary of deposed lender rep (.7); Review materials in preparation for meeting tomorrow (.9). | 3.50 hrs. |
| 08/08/10 | M. ROITMAN | Draft email to Committee re: status update on settlement negotiations (0.9); Correspond with H. Seife re: same (0.1) | 1.00 hrs. |
| 08/08/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 2.30 hrs. |
| 08/08/10 | K. ZAFRAN | Review Examiner's Report in connection with preparation to summarize interview transcripts (.4); online 2nd tier review of documents produced in connection with plan confirmation discovery | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   12

(1.9).

| 08/09/10 | K. ZAFRAN | Review T. Whayne deposition chronology/summary (.8); Review documents cited by the Examiner in relation to J. Persily and add relevant documents to deposition prep (.5); Review Examiner's report (.5); Meet with team to discuss summaries of Examiner's Interviews (.6); Review T. Whayne's interview transcript and exhibits and draft summary of same (7.5). | 9.90 hrs. |
|---|---|---|---|
| 08/09/10 | C. CUSMANO | Meet with A. Nellos and M. Ashley re: case background and interview summaries (.6) ; review Examiner's report (.6). | 1.20 hrs. |
| 08/09/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 8.50 hrs. |
| 08/09/10 | M. ROITMAN | Draft letter to Settlement Support Parties re: prosecution of standing motion (1.7); confer with D. LeMay re: same (0.1) | 1.80 hrs. |
| 08/09/10 | A. VOELKER | Attended meeting with A. Nellos and M. Ashley re drafting interview summaries (0.6); review deposition in preparaton of deposition summary (1.2). | 1.80 hrs. |
| 08/09/10 | A. K. NELLOS | Meeting with M. Ashley, C. Cusmano, K. Zafran and A. Voelker regarding interview summaries and status of case (.6); review of materials online and work on summary/chronology relating to LBO lender deposition (7.1); Review portions of Volume 2 of Examiner Report (2.1). | 9.80 hrs. |
| 08/09/10 | M. D. ASHLEY | Meeting with team associates regarding drafting of summaries of Examiner interview transcripts (.6); reviewed Examiner interview transcripts (2.2); reviewed draft interview transcript summary (.8); emails with A. Nellos regarding | 4.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   13

| | | | |
|---|---|---|---|
| | | plan confirmation discovery (.2); reviewed settlement-related document productions (.8). | |
| 08/09/10 | M. IACOPELLI | Prepare key documents for use at the deposition of Thomas Whayne (2.3). | 2.30 hrs. |
| 08/10/10 | M. IACOPELLI | Prepare Zell documents cited in fact section of Examiner's report (5.8); prepare set of exhibits marked at the deposition of Julie Persily for K. Zafran. (.8); prepare marked exhibits to the Persily deposition for shared drive (.5). | 7.10 hrs. |
| 08/10/10 | D. BAVA | Review certain exhibits to Examiner witness interviews re: J. Persily (1.40). | 1.40 hrs. |
| 08/10/10 | N. T. ZINK | Prepare for meeting with Debtors' counsel re plan issues (.8); conference with Debtors' counsel re plan settlement issues (1.2); conference with counsel for Debtors' and Senior Lenders re plan settlement issues (1.4); followup conference with H. Seife, M. Ashley, and D. Deutsch re plan issues and next steps (1.0). | 4.40 hrs. |
| 08/10/10 | H. SEIFE | Meeting with Debtors regarding revised plan (1.2); meeting with Senior Lenders regarding revised plan (1.5); telephone conference with J.Conlin (Sidley) regarding plan issues (.4); dinner meeting with Sidley (B.Krakauer, K.Lantry) regarding plan issues (2.6); telephone conference with D.Goldin regarding plan (.4). | 6.10 hrs. |
| 08/10/10 | D. M. LeMAY | Meeting w/Sidley re: plan (1.2). Meeting w/Sidley and senior lenders re: plan (1.5). Follow up meeting of C&P team (1.1). | 3.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  September 29, 2010
435 N. MICHIGAN AVENUE  Invoice ******
CHICAGO, IL 60611  Page 14

| | | | |
|---|---|---|---|
| 08/10/10 | M. D. ASHLEY | Emails with A. Nellos regarding plan confirmation discovery and Examiner interview summaries (.4); reviewed plan confirmation discovery materials (1.3); call with Chadbourne and Zuckerman teams regarding plan settlement issues (1.0); reviewed materials relating to D&O insurance exclusion issues (.7); reviewed Examiner interview transcripts (1.8); reviewed court pleadings in related ERISA action (.8); emails with Zuckerman team regarding Committee complaints (.2). | 6.20 hrs. |
| 08/10/10 | A. K. NELLOS | Review updated discovery materials per request of M. Ashley (2.3); Work on deposition summary/chronology (6.3); Exchange emails with Jen Peltz regarding issues relating to depository (.2); Exchange emails with counsel for Wells Fargo relating to documents produced by Angelo Gordon several weeks ago (.2); Review/make revisions to interview summaries from F. Perkins and K. Zafran (.8). | 9.80 hrs. |
| 08/10/10 | A. VOELKER | Review deposition in preparaton of deposition summary. | 1.60 hrs. |
| 08/10/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 8.30 hrs. |
| 08/10/10 | R. M. KIRBY | Drafting summary of Examiner's interviews of D. Grenesko, as per A. Nellos. | 2.90 hrs. |
| 08/10/10 | K. ZAFRAN | Review T. Whayne's interview transcript and exhibits (1.9) and draft and finalize summary of same (2.6); review J. Persily's interview transcript and exhibits (2.4) and draft summary of same (3.2). | 10.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                September 29, 2010
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                            Page   15


| 08/11/10 | K. ZAFRAN | Review J. Persily's interview transcript  and exhibits (2.4) and draft summary of same (3.3); begin to research and prepare memo re: role of advisor in the transaction (4.8). | 10.50 hrs. |
|---|---|---|---|
| 08/11/10 | R. M. KIRBY | Drafting summary of Examiner's interviews of D. Grenesko, as per A. Nellos. | 6.30 hrs. |
| 08/11/10 | C. CUSMANO | Review examiner's report | 1.50 hrs. |
| 08/11/10 | F. PERKINS | On-line review of documents produced in connection with plan confirmation discovery. | 10.60 hrs. |
| 08/11/10 | A. VOELKER | Review deposition (.6) and prepared deposition summary (1.1). | 1.70 hrs. |
| 08/11/10 | A. K. NELLOS | Finalize/revise summary/chronology of LBO lender related to anticipated deposition (3.2); Speak with M. Ashley regarding LBO lender issues (.6); Discuss same with K. Zafran (.2); Confer with L.Maloney regarding materials in Relativity (.6); Online review of documents related to certain LBO lender in connection with Step Two (6.5). | 11.10 hrs. |
| 08/11/10 | M. D. ASHLEY | Call with H. Seife regarding litigation trust claims (.1); reviewed litigation-related plan provisions (2.8); emails with team regarding same (.7); meeting with T. McCormack regarding same (.3); call with T. Zink regarding same (.1). | 4.00 hrs. |
| 08/11/10 | H. SEIFE | Telephone conferences with J.Conlin (Sidley) regarding revised plan (1.2); telephone conference with Angelo Gordon regarding plan (.6); telephone conference with D.Bernstein regarding plan (.5); review of Debtors' draft revised plan (2.4); telephone conferences with D.Goldin regarding plan (.8). | 5.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   16


| 08/11/10 | N. T. ZINK | Review examiner report for implications for plan confirmation and related issues (.8). | 0.80 hrs. |
|----------|------------|--------------------------------------------------|-----------|
| 08/11/10 | M. IACOPELLI | Prepare summary/chronology for certain LBO lender documents (1.6); prepare additional exhibits for deposition related to same (1.9). | 3.50 hrs. |
| 08/12/10 | M. IACOPELLI | Prepare additional documents re: potential litigation target in preparation for deposition (1.4); prepare summary/chronology for additional documents for same (5.3); finalize exhibits for same for deposition (1.5). | 8.20 hrs. |
| 08/12/10 | H. SEIFE | Telephone conference with J.Conlin (Sidley) regarding plan changes (.5); work on response to proposed plan changes (3.4); telephone conferences with Senior Lenders and Debtors regarding plan (1.2). | 5.10 hrs. |
| 08/12/10 | T. J. MCCORMACK | Review/analyze D&O insurance coverage issues suggested by Debtors' revised plan documents, including litigation trust purposes (1.8); review options for litigation trust language in light of D&O insurance coverage analysis (0.8). | 2.60 hrs. |
| 08/12/10 | M. D. ASHLEY | Reviewed materials relating to certain LBO lender claims (1.3); emails with M. Rule regarding same (.3); emails with A. Nellos regarding same (.2); reviewed legal research materials relating to insurance exclusion issues (1.1); reviewed Examiner interview transcripts (1.5). | 4.40 hrs. |
| 08/12/10 | D. E. DEUTSCH | Review and update action list for litigation team (.3); two conference calls with Adam Landis to discuss plan litigation research issue under Delaware law (.4). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   17

| | | | |
|---|---|---|---|
| 08/12/10 | A. K. NELLOS | Assign newly-received plan confirmation materials to document reviewers (.3); Continue online review/analysis of materials for Step Two issues (7.8); Begin to develop chronology/summary regarding same  (2.8); Exchange emails with Sidley regarding plan confirmation documents posted to the depository (.2); Exchange emails with M. Rule and M. Ashley relating to Step 2  issues (.3). | 11.40 hrs. |
| 08/12/10 | D. M. LeMAY | Prepare for (.8) and participate in settlement meeting w/Senior Lenders (1.2).  Prepare Committee counter-proposal (2.1).  Legal analysis re: death trap provision (1.8) and re: senior class gifting (1.5). | 7.40 hrs. |
| 08/12/10 | A. VOELKER | Prepared deposition summary (5.2) | 5.20 hrs. |
| 08/12/10 | C. CUSMANO | Review Examiner's report (.6); review transcript of Daniel Petrik (.8). | 1.40 hrs. |
| 08/12/10 | K. ZAFRAN | Research and draft summary/chronology re: advisor's role in the transaction and their understanding of Tribune's solvency. | 5.70 hrs. |
| 08/13/10 | K. ZAFRAN | Continue to create summary/chronology of Step Two transaction (4.4).  Finish descriptions of relevant documents (1.9); Review and distribute summary of J. Persily's interview with the Examiner (.5). | 6.80 hrs. |
| 08/13/10 | A. VOELKER | Prepared deposition summary. | 4.10 hrs. |
| 08/13/10 | A. K. NELLOS | Continue additional research in Relativity regarding advisor issues, and revise summary/chronology regarding same (6.3); Begin to work on Memorandum synthesizing knowledge regarding advisor issues (2.8); Discuss related issues with K. Zafran (.4) | 9.50 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   18
```

| 08/13/10 | M. D. ASHLEY | Call with D. LeMay regarding litigation-related plan issues (.1); meeting with T. McCormack regarding litigation-related settlement issues (.2); emails with T. McCormack regarding same (.2); reviewed Examiner's discharge motion pleadings (.7); email to team regarding same (.1); reviewed settlement-related documents (.8); reviewed Examiner's interview transcripts (1.6). | 3.70 hrs. |
| --- | --- | --- | --- |
| 08/13/10 | T. J. MCCORMACK | Review Debtors' response to the discharge motions (0.3); analysis of "good faith" issues under DE law (0.8); review Debtors' motion on extending confirmation and related deadline (0.2); review materials on proposed plan with senior lenders (0.7). | 2.00 hrs. |
| 08/13/10 | H. SEIFE | Telephone conference with D.Bernstein, J.Conlin, G.Baiera regarding revised plan (1.7); conference call with Senior Lenders (1.0); review of revised plan structure/issues (2.2). | 4.90 hrs. |
| 08/14/10 | H. SEIFE | Conference call with Senior Lenders (.8); review of draft response and plan changes (3.2). | 4.00 hrs. |
| 08/14/10 | T. J. MCCORMACK | Conference call with Sr Lenders (0.8). | 0.80 hrs. |
| 08/14/10 | A. K. NELLOS | Continue to work on memorandum regarding LBO lender. | 2.70 hrs. |
| 08/14/10 | K. ZAFRAN | Begin to draft summary/chronology for memo concerning role of advisor in transaction. | 3.90 hrs. |
| 08/15/10 | K. ZAFRAN | Continue to draft summary/chronology for memo concerning roles in transaction. | 3.10 hrs. |
| 08/15/10 | F. MALIK | On-line review of documents produced in connection with plan discovery. | 3.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   19

| | | | |
|---|---|---|---|
| 08/15/10 | A. K. NELLOS | Work on upcoming interview summary. | 1.90 hrs. |
| 08/15/10 | M. D. ASHLEY | Reviewed pleadings relating to Debtors' motion for revised plan deadlines (.8). | 0.90 hrs. |
| 08/15/10 | H. SEIFE | Telephone conferences with Senior Lenders regarding revised plan (1.1); review of draft response and plan terms (1.7). | 2.80 hrs. |
| 08/16/10 | H. SEIFE | Preparation for meeting with Debtors (1.2); meeting with Debtors and advisors (1.4); telephone conferences with D.Goldin regarding plan strategy (.4); telephone conference with G.Baiera (Angelo Gordon) regarding plan (.4). | 3.40 hrs. |
| 08/16/10 | N. T. ZINK | Review examiner's report for implications for contested plan confirmation (1.2). | 1.20 hrs. |
| 08/16/10 | N. T. ZINK | Prepare for meeting with counsel for the Debtors (.4); conference with counsel for the Debtors (1.2). | 1.60 hrs. |
| 08/16/10 | M. IACOPELLI | Prepare master set of potential litigation target new documents (4.4). | 4.40 hrs. |
| 08/16/10 | T. J. MCCORMACK | Review Committee comments on term sheet, plan, options, status and upcoming events (1.6); analyze D&O insurance questions on several fronts (1.7); meeting with Debtor on plan, status, options, issues and next steps (1.3); follow-up on various issues with team in preparation for Committee meeting (0.7). | 5.30 hrs. |
| 08/16/10 | D. M. LeMAY | Prepare for (1.4) and attend (1.5) meeting w/Debtors re: their new proposal.  Follow-up meeting with team re: strategy (.5) and conference with lenders re: strategy (.4). Meeting w/Sidley and Liebentritt  re: status (2.0). | 5.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   20


08/16/10   A. K. NELLOS       Review progress of document review      12.40 hrs.
                              (.7) and assign additional
                              materials for review (.9); Work on
                              memorandum/analysis regarding Step
                              Two (4.6); Review/revise portions
                              drafted by K. Zafran (4.3); Review
                              interview summaries prepared by R.
                              Kirby, K. Zafran, F. Perkins, and
                              A. Voelker and add relevant
                              portions from transcripts into
                              memorandum (1.9).

08/16/10   M. D. ASHLEY       Call with T. McCormack, J. Sottile       6.80 hrs.
                              regarding D&O insurance issues
                              (.2); call with T. McCormack
                              regarding same (.1); meeting with
                              Debtors regarding plan settlement
                              issues (1.5); follow-up meeting
                              with Chadbourne team regarding
                              plan settlement issues (.6); call
                              with counsel for Senior Lenders
                              regarding same (.4); emails with
                              A. Nellos regarding certain claims
                              (.2); reviewed factual materials
                              relating to certain claims (1.4);
                              reviewed Examiner's interview
                              transcripts (1.3); reviewed
                              litigation-related draft plan
                              provisions (1.1).

08/16/10   D. E. DEUTSCH      Exchange e-mails with Thane              3.00 hrs.
                              Carlson, Zul Jamal, and Howard
                              Seife re: matters related to
                              today's meeting with Debtors (.3);
                              meeting with Debtors and Debtors'
                              professionals re: plan options
                              (1.5); hold related follow-up
                              meeting with Chadbourne team (.7);
                              conference call with senior
                              lenders (.5).

08/16/10   F. MALIK           On-line review of documents             0.40 hrs.
                              produced in connection with plan
                              discovery.

08/16/10   F. PERKINS         On-line review of documents             7.30 hrs.
                              produced in connection with plan
                              discovery.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   21

| 08/16/10 | K. ZAFRAN | Continue to add analysis to memo re: role of professional advisor in the Tribune LBO and revise memo (3.7); on-line review of second tier documents produced in connection with ESOP transaction in connection with plan confirmation discovery (2.9). | 6.60 hrs. |

| 08/16/10 | C. CUSMANO | Review witness transcript (1.8); draft transcript summary (2.3). | 4.10 hrs. |

| 08/16/10 | L. ROWNTREE | Met with A. Nellos to discuss deposition summary project (.2) including reviewing deposition transcript and sample summaries (.8). | 1.00 hrs. |

| 08/17/10 | C. CUSMANO | Review witness transcript (1.4); review and edit transcript summary (1.9). | 3.30 hrs. |

| 08/17/10 | K. ZAFRAN | Continue to revise memo re: role of advisor in transaction (3.8); participate in phone call with Alix partners re: solvency at Step 2 (.3). | 4.10 hrs. |

| 08/17/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 4.30 hrs. |

| 08/17/10 | M. ROITMAN | Telephonic appearance at Bankruptcy Court hearing (0.5); Draft email to Committee re: Report on Bankruptcy Court hearing (0.5). | 1.00 hrs. |

| 08/17/10 | D. E. DEUTSCH | Research on Plan issue for today's hearing (.5); discuss status of plan/litigation with Howard Seife and David LeMay (.6). | 1.10 hrs. |

| 08/17/10 | M. D. ASHLEY | Emails with Zuckerman regarding expert reports (.3); emails with A. Nellos regarding potential litigation target claims (.3); reviewed draft memorandum and documents regarding same (1.6); emails with D. LeMay regarding depository access for certain bondholders (.2); reviewed | 3.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   22

|  |  |  |  |
|---|---|---|---|
|  |  | depository agreement and notices (.3); reviewed revised draft reorganization plan (.8); reviewed revised draft insurance memo (.4). |  |
| 08/17/10 | A. K. NELLOS | Participate in call with Alix Partners (.3); Revise/finalize memorandum regarding professional advisor (7.9); Review progress of document reviewers (.4) and add additional documents for review (.5). | 9.10 hrs. |
| 08/17/10 | D. M. LeMAY | Meeting of Chadbourne team to develop and resolve strategy for possible settlement (.9). Prepare for hearing in USBC (1.5). Meetings w/Debtors counsel before court (1.1).  Attend hearing in USBC (.7). | 4.20 hrs. |
| 08/17/10 | T. J. MCCORMACK | Review M. Rule expert report draft (0.7); review Zuckerman comments of litigation trust provisions (0.9); analysis/evaluation of additional D&O claims in light of Examiner's report (1.8) and confer with M. Ashley on same (0.3); review expert stipulation on drafts of reports and disclosure (0.3); respond to inquiry re: bondholder use of depository (0.2); review status e-mails re: court hearing (0.2). | 4.40 hrs. |
| 08/17/10 | R. A. SCHWINGER | Review e-mails re document depository issues. | 0.30 hrs. |
| 08/17/10 | M. IACOPELLI | Finalize summary/chronology for upcoming depositions. | 2.40 hrs. |
| 08/17/10 | N. T. ZINK | Attend (telephonically) court hearing re debtors' request to extend plan deadlines (.5). | 0.50 hrs. |
| 08/17/10 | H. SEIFE | Preparation for Court hearing (1.2); conferences with Debtors' counsel prior to hearing (1.1); participate in Court hearing on extension of voting deadline (.8). | 3.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   23

| 08/18/10 | H. SEIFE | Preparation for meeting with Debtors and senior lenders (1.4); meeting by telephone with lenders and Debtors (3.8); review of revised plan terms (1.2). | 6.40 hrs. |
|---|---|---|---|
| 08/18/10 | T. J. MCCORMACK | Review expert draft on solvency/VRC analysis (0.8); prepare for (0.7) and meet at Davis, Polk on plan, status, Debtors' position, options (3.6); review plan provisions in light of altered plan (0.8); analysis of litigation trust issues, D&O coverage questions, options for claims in trust and drafting issues in plan in light of Debtors' initial proposal (1.3); review current draft of revised D&O complaint (1.2); review current term sheet draft (0.3); analysis of Examiner discharge motion (0.4). | 9.10 hrs. |
| 08/18/10 | D. M. LeMAY | Prepare for (1.3) and attend (3.7) meeting at Davis Polk with Debtors and Lenders. | 5.00 hrs. |
| 08/18/10 | A. K. NELLOS | Review progress of document review (.7) and assign additional materials for review (.9); Work on interview summary of Paul Taubman (7.6). | 9.20 hrs. |
| 08/18/10 | M. D. ASHLEY | Reviewed draft Rule expert report and related materials (1.1); call with M. Rule, Zuckerman regarding draft report (.6); emails with T. McCormack regarding same (.2); prepare for (.6) and meetings with Debtors, Senior Lenders regarding settlement issues (3.6); emails with T. Zink regarding same (.2); call with Debtors, J. Sottile regarding D&O insurance issues (.6); call with T. McCormack, D. Deutsch, J. Sottile regarding same (.3); reviewed legal materials regarding same (.4); reviewed Examiner discharge motion pleadings (.4); emails with T. McCormack regarding same (.2). | 8.20 hrs. |

| 08/18/10 | D. E. DEUTSCH | Review materials to prepare for plan/settlement conference at Davis Polk (.9); attend conferences at Davis Polk with senior lenders, Debtors and other parties re: plan settlement issues (3.8). | 4.70 hrs. |
|----------|---------------|---|-----------|
| 08/18/10 | D. E. DEUTSCH | Review notice on plan-related depositions (.1) and follow-up with Ali Nellos on same (.1); review materials related to access to depository (.3); and e-mail D. LeMay re: proposed next step on same (.1). | 0.60 hrs. |
| 08/18/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 4.40 hrs. |
| 08/18/10 | M. ROITMAN | Review 2/18 Hearing Transcript re: Kurtz testimony. | 0.80 hrs. |
| 08/18/10 | K. ZAFRAN | On-line review of documents produced in connection with Plan confirmation discovery. | 2.30 hrs. |
| 08/18/10 | C. CUSMANO | Review witness transcript (1.4); review and edit transcript summary (2.1). | 3.50 hrs. |
| 08/19/10 | C. CUSMANO | Review witness transcript | 0.80 hrs. |
| 08/19/10 | K. ZAFRAN | Online review of documents produced in connection with plan confirmation discovery (1.0); revise J. Persily interview summary (.5). | 1.50 hrs. |
| 08/19/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 7.00 hrs. |
| 08/19/10 | D. E. DEUTSCH | Exchange e-mails with Bob Schwinger re: requested access to depository (.1); follow-up call with James Sottile on same (.2). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   25


08/19/10    D. E. DEUTSCH      Participate in part of call with        2.10 hrs.
                               Debtors, senior lenders and others
                               re: numerous plan settlement
                               issues (1.3); additional call with
                               Debtors and senior lenders re:
                               specific plan/settlement issues
                               (.8).

08/19/10    M. D. ASHLEY       Reviewed Examiner discharge            8.30 hrs.
                               pleadings and related exhibits
                               (1.3); emails with R. Kirby
                               regarding same (.3); meeting with
                               T. McCormack regarding Examiner
                               document retention and D&O
                               insurance issues (.6); calls with
                               Examiner's counsel regarding
                               document retention issues (.4);
                               call with Sidley, D. Deutsch, J.
                               Sottile regarding insurance issues
                               (.7); emails with J. Sottile
                               regarding same (.3); call with
                               Debtors, Senior Lenders regarding
                               settlement key terms (1.3); call
                               with T. McCormack, J. Sottile
                               regarding same (.4); reviewed plan
                               revisions and related pleading
                               (1.1); reviewed Debtors' comments
                               to plan revisions (.6); reviewed
                               legal materials re indemnification
                               and insurance (1.3).

08/19/10    A. K. NELLOS       Review/revise interview summaries     8.40 hrs.
                               of Petrik, FitzSimons, Kenney,
                               Persily, Osborn, and Grenesko
                               (4.2); Review progress of document
                               review (.3) and prepare updated
                               statistics regarding same (.6);
                               Finish draft of Interview Summary
                               (3.3).

08/19/10    D. M. LeMAY        Prepare for (1.8) and                  6.60 hrs.
                               negotiation/drafting session with
                               Debtors and Sr Lenders (2.3);
                               additional call with Debtors and
                               Sr. Lenders re settlement
                               status/issues (1.3); related
                               follow-up calls with Committee
                               members (1.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   26

| 08/19/10 | T. J. MCCORMACK | Review revised draft plan and related materials from Sr. Lenders/Debtors (1.0); analysis of numerous indemnification/D&O issues for plan, litigation trust and various causes of action (2.7); review use of depository materials by certain bondholders (0.3); t/c with Debtors' counsel on issues regarding litigation trust, terms and potential limitations (0.7); follow-up on revisions to plan on litigation trust, indemnification and related issues (1.6); analysis of Examiner discharge motion/order (0.5). | 6.80 hrs. |
|---|---|---|---|
| 08/19/10 | F. VAZQUEZ | Participate on call with Davis Polk and lenders re plan revisions (1.2). | 1.20 hrs. |
| 08/19/10 | H. SEIFE | Conference calls with senior lenders (2.2) regarding plan status; preparation for hearing before Judge Carey (1.2); second call with Debtors and senior lenders regarding settlement status (1.4). | 4.80 hrs. |
| 08/20/10 | H. SEIFE | Preparation for hearing before Judge Carey regarding status (1.6); settlement conference with senior lenders and Centerbridge in Wilmington (1.9); attend court hearing before Judge Carey (1.5); telephone conference with J.Conlan regarding plan amendments (.6); follow-up meeting with parties at RLF (1.2). | 6.80 hrs. |
| 08/20/10 | M. IACOPELLI | Prepare additional key documents of potential litigation target for summary/chronology. | 3.40 hrs. |
| 08/20/10 | F. VAZQUEZ | Participate in portion of hearing on status of plan (.7). | 0.70 hrs. |
| 08/20/10 | C. L. RIVERA | Participate in portion of hearing re status of plan/confirmation (0.9). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   27


| 08/20/10 | T. J. MCCORMACK | Conf. call with Sr. Lenders re plan/settlement issues and court schedule in advance of court hearing (1.6); attend (by phone) court conference on Examiner motion and Debtor plan scenario (1.5); follow-up with M.Ashley on issues from court hearing (0.8); continued analysis of indemnification/D&O coverage issues for litigation trust (1.7); e-mails with Zuckerman re: insurance questions and upcoming events (0.4). | 6.00 hrs. |
|---|---|---|---|
| 08/20/10 | D. M. LeMAY | Attend meeting at Richards Layton w/Centerbridge and Senior Lenders representatives (1.9).  Attend hearing in USBC (1.6).  Attend follow up meeting at RLF (1.1). | 4.60 hrs. |
| 08/20/10 | M. D. ASHLEY | Telephonically attended portion of court hearing regarding plan issues (.7); meeting with T. Zink regarding plan litigation issues (.2); call with T. McCormack regarding same (.3); emails with R. Kirby regarding litigation trust research issues (.3); reviewed legal research materials regarding litigation claims (1.8); emails with J. Sottile regarding expert reports (.2); reviewed draft expert reports (.8); emails with J. Sottile regarding D&O insurance issues (.2); reviewed insurance-related materials (.5); reviewed Examiner's interview transcripts (1.4); reviewed settlement-related document productions (.8). | 7.20 hrs. |
| 08/20/10 | D. E. DEUTSCH | Review plan settlement drafts and related materials (1.2); participate in call with senior lenders, Centerbridge and others re: plan confirmation/settlement matters (1.4); participate in part of court call/hearing re: examiner discharge and status conference with plan (.9); work on outline re: results of certain | 6.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   28

|  |  | plan/settlement research (2.6). |  |
|---|---|---|---|
| 08/20/10 | A. K. NELLOS | Review VRC interview summary (4.8); Review progress of document reviewers (.8) and assign additional materials for review (.9). | 6.50 hrs. |
| 08/20/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 6.30 hrs. |
| 08/20/10 | M. ROITMAN | Correspond with various parties re: call with Senior Lenders and Centerbridge (0.5); participate in part of call with Senior Lenders and Senior Noteholders (0.8); Telephonic appearance at Bankruptcy Court Hearing (1.7); Correspond with C&P team re: hearing (0.4); Draft email to Committee re: report on hearing (0.8); Correspond with Committee members re: questions regarding today's hearing (0.2); Review various reports on Bankruptcy Court hearing (0.3). | 4.70 hrs. |
| 08/20/10 | K. ZAFRAN | On-line review of documents produced in connection with plan confirmation discovery. | 3.60 hrs. |
| 08/22/10 | D. E. DEUTSCH | Review revised plan deposition schedule (.1); e-mail Ali Nellos and David Bava re: same (.1). | 0.20 hrs. |
| 08/23/10 | A. K. NELLOS | Review progress of document review (1.0) and assign additional materials for review.  (1.2); Finish review of VRC interview summary (2.3); Begin to prepare summary of outline (3.2); Prepare materials relating to status of plan confirmation discovery per request of M. Ashley (2.1). | 9.80 hrs. |
| 08/23/10 | M. D. ASHLEY | Reviewed settlement-related document productions (1.2); emails with A. Nellos regarding plan confirmation discovery (.2); reviewed summaries of plan confirmation discovery (.4); | 3.20 hrs. |

|            |                  | reviewed Examiner interview transcripts (1.4).                                                                                                            |            |
|------------|------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
| 08/23/10   | A. KRONSTADT     | On-line review of documents produced in connection with plan discovery..                                                                                  | 4.60 hrs.  |
| 08/23/10   | D. M. LeMAY      | T/cs w/J. Teitelbaum (.2); Angelo Gordon re: plan/settlement status (.4). E-mails with G. Bush (.2) and H.Seife(.2) re plan/settlement status.             | 1.00 hrs.  |
| 08/23/10   | C. L. RIVERA     | On-line review of documents produced in connection with plan discovery.                                                                                   | 0.90 hrs.  |
| 08/23/10   | T. J. MCCORMACK  | Review expert report timing issues in light of 8/20 hearing (0.2) and confer Zuckerman re: same (0.3; review/analyze distribution analysis for various plan options (0.6); | 1.10 hrs.  |
| 08/23/10   | H. SEIFE         | Review of 8/20 hearing transcript (.4); review of strategy regarding Debtors' new plan (.8).                                                               | 1.20 hrs.  |
| 08/23/10   | M. ROITMAN       | On-line review of documents produced in connection with confirmation hearing (1.3)                                                                         | 1.30 hrs.  |
| 08/23/10   | F. PERKINS       | On-line review of documents produced in connection with plan discovery.                                                                                   | 8.00 hrs.  |
| 08/23/10   | Y. YOO           | Continued on-line review of documents produced in connection with plan discovery(2.8); corresponded by email with Alexandra Nellos re: same (.2).         | 3.00 hrs.  |
| 08/23/10   | B. DYE           | Reviewing documents in connection with plan confirmation discovery.                                                                                        | 1.90 hrs.  |
| 08/24/10   | B. DYE           | Online review of documents produced in connection with the plan confirmation discovery.                                                                   | 1.60 hrs.  |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   30
```

| 08/24/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 3.80 hrs. |
|---|---|---|---|
| 08/24/10 | Y. YOO | Continued on-line review of documents produced in connection with plan confirmation discovery. | 1.80 hrs. |
| 08/24/10 | K. ZAFRAN | Online second tier review of documents produced in connection with Plan confirmation discovery. | 3.50 hrs. |
| 08/24/10 | E. DAUCHER | Online review of documents produced in connection with plan confirmation. | 4.40 hrs. |
| 08/24/10 | H. SEIFE | Telephone conference with J.Conlan (.4); telephone conference with G.Baiera (Angelo Gordon) (.5); preparation for conference before Judge Carey (2.2); review of notice of appearance of ad hoc committee (.4); review of mediation issues (1.9). | 5.40 hrs. |
| 08/24/10 | T. J. MCCORMACK | Review issues for experts with Zuckerman (0.5); review schedule for expert reports (0.3); continued analysis of insurance issues under D&O policies (1.3); review report from Debtors on 8/26 meeting with Judge Carey (0.8); review Step One Sr. Lender Ad Hoc Committee appearance (0.1); review expert M. Rule current draft report (0.8); comments re: same (0.5). | 4.30 hrs. |
| 08/24/10 | N. T. ZINK | Review notice of appearance of counsel for ad hoc group of Step One lenders and consider implications for case issues. | 0.20 hrs. |
| 08/24/10 | A. KRONSTADT | On-line review of documents produced in connection with plan discovery. | 3.60 hrs. |
| 08/24/10 | M. D. ASHLEY | Meeting with T. McCormack, T. Zink regarding litigation trust claims (.4); emails with Zuckerman regarding expert reports (.2); emails with Davis Polk, Sidley | 3.80 hrs. |

|            |                 | regarding same (.2); reviewed plan confirmation discovery summary (.2); emails with A. Nellos regarding plan discovery issues (.3); reviewed Examiner interview transcript summaries (1.2); reviewed Examiner interview transcripts (1.3). |            |
|------------|-----------------|-------------|------------|
| 08/24/10   | A. K. NELLOS    | Review progress of document reviewers (1.3) and assign additional materials for review (1.6); online review of documents related to interest payments made between 2007 and 2008 (2.8); continue to work on VRC interview summary (3.1). | 8.80 hrs. |
| 08/25/10   | A. K. NELLOS    | Review progress of document reviewers (1.1) and assign additional materials for review (1.2); Work on VRC interview summary (1.6). | 3.90 hrs. |
| 08/25/10   | M. D. ASHLEY    | Professionals' meeting regarding plan settlement litigation options (3.0). | 3.00 hrs. |
| 08/25/10   | A. KRONSTADT    | On-line review of documents produced in connection with plan discovery. | 1.70 hrs. |
| 08/25/10   | D. E. DEUTSCH   | Prepare for (.3) and participate in meeting with Moelis, Zuckerman Spaeder and Chadbourne litigation team re: next steps on settlement/plan (2.8). | 3.10 hrs. |
| 08/25/10   | T. J. MCCORMACK | Review proposed form of Examiner discharge order and confer M. Ashley re: same (0.3); prep for (0.7) and meeting with Committee professionals on settlement issues, mediation, standing motion and plan elements (2.9); review Morgan Stanley document/claims analysis (0.6); analysis of confidentiality issues on complaint (0.4); review research vis á vis third party complaint (0.3); review Law Debenture restated motion (0.2); analysis of | 6.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   32

|            |                |                                                             |            |
|------------|----------------|-------------------------------------------------------------|------------|
|            |                | additional avoidance claims arising out of LBO (1.3).       |            |
| 08/25/10   | C. L. RIVERA   | On-line review of documents produced in connection with plan confirmation discovery. | 1.70 hrs. |
| 08/25/10   | D. M. LeMAY    | Prepare for (.5) and attend (3.0) meeting of Committee advisors to discuss next steps and plan issues.  Conference w/H. Seife to prepare for meeting w/Sidley (.4). Attend meeting w/Sidley re: Plan, and tomorrow's conference (1.7). T/cs w/J. Teitelbaum (.4), E. Sassower (.5); DPW (.5). | 7.00 hrs. |
| 08/25/10   | H. SEIFE       | Emails with J.Conlan (.4); conference with T. Carlson and Z.Jamal (Moelis) regarding settlement plan strategy (.8); attend meeting of Committee advisors regarding open plan issues (3.0); attend meeting with Sidley regarding plan issues and tomorrow status conference (1.6). | 5.80 hrs. |
| 08/25/10   | N. T. ZINK     | Prepare for (.4) and particiapte in meeting with Committee professionals  regarding Committee next steps and related issues (2.9). | 3.30 hrs. |
| 08/25/10   | E. DAUCHER     | Online review of documents produced in connection with plan confirmation discovery. | 1.60 hrs. |
| 08/25/10   | C. CUSMANO     | Review witness transcript (.8); prepare summary of witness transcript (.8). | 1.60 hrs. |
| 08/25/10   | K. ZAFRAN      | Online second tier review of documents produced in connection with plan confirmation discovery. | 1.30 hrs. |
| 08/25/10   | Y. YOO         | Continued on-line review of documents produced in connection with plan discovery. | 2.60 hrs. |

| | | | |
|---|---|---|---|
| 08/25/10 | M. ROITMAN | On-line review of documents produced in connection with confirmation discovery (1.6); Review Aurelius Motion for Access to JPMorgan Depository Documents (0.2); Review notice of withdrawal of same (0.1); | 1.90 hrs. |
| 08/25/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 5.60 hrs. |
| 08/25/10 | B. DYE | Online review of documents produced in connection with plan confirmation discovery. | 1.60 hrs. |
| 08/25/10 | F. MALIK | On-line review of documents produced in connection with plan discovery. | 2.80 hrs. |
| 08/26/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 4.30 hrs. |
| 08/26/10 | M. ROITMAN | On-line review of documents produced in connection with plan confirmation discovery (0.6); | 0.60 hrs. |
| 08/26/10 | C. CUSMANO | Review witness transcript (2.2); prepare summary of witness transcript (2.7). | 4.90 hrs. |
| 08/26/10 | E. DAUCHER | Online review of documents produced in connection with plan confirmation discovery. | 3.60 hrs. |
| 08/26/10 | A. VOELKER | Review and revise deposition summary. | 0.30 hrs. |
| 08/26/10 | H. SEIFE | Preparation for conference before Judge Carey (1.6); conference before Judge Carey (1.3); review of draft mediator order (1.0); review of issues regarding special board committee (.8); review of mediation issues (2.4). | 7.10 hrs. |
| 08/26/10 | D. M. LeMAY | Conference call w/DPW (.4). Prepare for (2.0) chambers conference and tomorrow's committee meeting.  Meeting w/counsel for senior lenders | 7.20 hrs. |

|            |                |                                                                                                                                                                                                    |             |
|------------|----------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------|
|            |                | (1.3).  Chambers conference in USBC (1.1). Prepare report on today's conference (.6). Follow e-mails w/C&P team (.3).  Work on revised settlement term sheet (1.5).                                  |             |
| 08/26/10   | T. J. MCCORMACK | Review final order on Examiner discharge motion (0.2); review correspondence with experts on status, schedule (0.3); review status report on court conference and analyze impact on ongoing tasks (0.8). | 1.30 hrs.   |
| 08/26/10   | A. K. NELLOS    | Review progress of document reviewers (.8) and assign additional materials for review (.9).                                                                                                         | 1.70 hrs.   |
| 08/27/10   | A. K. NELLOS    | Review progress of document reviewers (1.0) and assign additional materials for review (1.2).                                                                                                       | 2.20 hrs.   |
| 08/27/10   | D. E. DEUTSCH   | Review and comment on preliminary order re: appointment of mediator (.5).                                                                                                                           | 0.50 hrs.   |
| 08/27/10   | A. KRONSTADT    | On-line review of documents produced in connection with plan discovery.                                                                                                                            | 3.40 hrs.   |
| 08/27/10   | M. D. ASHLEY    | Emails with D. LeMay regarding Aurelius' access to Examiner materials (.2); reviewed related Examiner correspondence (.3); reviewed Examiner interview transcripts (.8).                             | 1.30 hrs.   |
| 08/27/10   | T. J. MCCORMACK | E-mails with H. Seife and D. LeMay re: independent committee of directors on post-LBO matters (0.2); review issues arising from original Examiner submissions and disclosures (0.3).                 | 0.50 hrs.   |
| 08/27/10   | D. M. LeMAY     | Review draft mediator order and preparation and negotiation of comments on same with DPW and Sidley (3.4); prepare letter to Court re same (.6); review and                                         | 5.30 hrs.   |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   35

| | | respond to comments from other parties to order (1.3). | |
|---|---|---|---|
| 08/27/10 | H. SEIFE | Review multiple emails (.5) and revised drafts of mediation order (.9); review of letter to Judge Carey (.5). | 1.90 hrs. |
| 08/27/10 | A. VOELKER | Review and revise deposition summary. | 1.10 hrs. |
| 08/27/10 | E. DAUCHER | Online review of documents produced in connection with plan confirmation. | 1.30 hrs. |
| 08/27/10 | C. CUSMANO | Review and edit summary of witness transcript | 2.40 hrs. |
| 08/27/10 | M. ROITMAN | Review draft Mediation Order (0.5) | 0.50 hrs. |
| 08/27/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 6.30 hrs. |
| 08/27/10 | F. MALIK | On-line review of documents produced in connection with plan discovery. | 4.20 hrs. |
| 08/29/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 1.50 hrs. |
| 08/30/10 | F. PERKINS | On-line review of documents produced in connection with plan discovery. | 10.10 hrs. |
| 08/30/10 | F. MALIK | On-line review of documents produced in conection with plan discovery. | 6.90 hrs. |
| 08/30/10 | B. DYE | Online review of documents produced in connection with plan confirmation | 2.40 hrs. |
| 08/30/10 | Y. YOO | Continued on-line review of documents produced in connection with plan confirmation discovery. | 3.90 hrs. |
| 08/30/10 | C. CUSMANO | Review witness transcript (1.1); prepare summary of witness transcript (1.3). | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 29, 2010
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   36


| 08/30/10 | E. DAUCHER | Online review of documents produced in connection with plan confirmation. | 0.60 hrs. |
| 08/30/10 | H. SEIFE | Prepare for meeting with Centerbridge (1.2); meeting with Centerbridge (1.7); review of draft mediator order (.6); review of comments and emails regarding draft order (.8); conference with D.LeMay regarding order (.4); review of plan status/process (1.3). | 6.00 hrs. |
| 08/30/10 | C. L. RIVERA | On-line review of documents produced in connection with plan confirmation discovery. | 4.60 hrs. |
| 08/30/10 | A. KRONSTADT | On-line review of documents produced in connection with Plan discovery. | 1.40 hrs. |
| 08/30/10 | D. M. LeMAY | Prepare for (.8) and attend (1.6) meeting at Centerbridge.  Prepare for (1.1) and participate in (.9) conference call re: form of mediation order.  Review and comment on form of order and protracted negotiation re: same (2.3). | 6.70 hrs. |
| 08/30/10 | A. K. NELLOS | Review progress of document review (1.2) and add additional materials for review (1.3). Review/revise interview summaries of Osborn and Kaplan (1.1). | 3.60 hrs. |
| 08/30/10 | D. E. DEUTSCH | Exchange e-mails with Adam Landis and David LeMay re: mediation order revisions and next steps (.3). | 0.30 hrs. |
| 08/30/10 | E. M. MILLER | Review documents cited in connection with Zell/EGI in examiners report, in connection with revision of Zell/EGI witness preparation chronology. | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   37

| 08/31/10 | E. M. MILLER | Review documents cited in connection with Zell/EGI in examiners report, in connection with revision of Zell/EGI witness preparation chronology (2.8); Revise chronology re same (3.2); exchange of emails and phone conferences with A Nellos re same (0.8). | 6.80 hrs. |
|---|---|---|---|
| 08/31/10 | A. K. NELLOS | Prepare updated plan confirmation discovery materials per requests of M. Ashley (1.3); Review progress of discovery review (.8) and add additional documents for review (.9); Exchange emails with document reviewers regarding update on significant findings (.3); Exchange emails with M. Ashley regarding progress of document review and regarding specific findings (.3); Continue to work on summary of interview of Rucker and Browning interviews from the examiner (2.3). | 5.90 hrs. |
| 08/31/10 | D. M. LeMAY | Work on Term Sheet template for mediator (3.6). | 3.60 hrs. |
| 08/31/10 | A. KRONSTADT | On-line review of documents produced in connection with plan discovery. | 3.90 hrs. |
| 08/31/10 | M. D. ASHLEY | Reviewed summaries of plan confirmation discovery (.3); emails with A. Nellos regarding plan confirmation discovery, complaint confidentiality issues and litigation claims (.4); reviewed settlement-related documents (.6). | 1.30 hrs. |
| 08/31/10 | T. J. MCCORMACK | Confer H. Seife on status, upcoming events and options (0.6); review materials on specific claim issues (0.5); confer M. Ashley on certain issues and tasks (0.3). | 1.40 hrs. |

| 08/31/10 | H. SEIFE | Telephone conference with J.Conlan regarding plan process/status (.8); conference with T.McCormack regarding status (.5). | 1.30 hrs. |
|---|---|---|---|
| 08/31/10 | D. BAVA | Review court docket sheet and files re: securitization motion and transactional documents and amendments thereto (.80). | 0.80 hrs. |
| 08/31/10 | E. DAUCHER | Review emails from A.Nellos re reviewed key documents. | 0.30 hrs. |
| 08/31/10 | E. DAUCHER | Online review of documents produced in connection with plan confirmation discovery. | 1.20 hrs. |
| 08/31/10 | K. ZAFRAN | On-line review of documents produced in connection with plan confirmation discovery. | 1.10 hrs. |
| 08/31/10 | Y. YOO | Continued on-line review of documents produced in connection with plan confirmation discovery. | 2.60 hrs. |
| 08/31/10 | M. ROITMAN | Research re: Oaktree purchase of swap agreement (0.1); Confer with J. Giannini re: same (0.2) | 0.30 hrs. |
| 08/31/10 | B. DYE | Online review of documents produced in connection with the plan confirmation discovery. | 1.40 hrs. |
| 08/31/10 | F. MALIK | On-line review of documents produced in connection with plan discovery. | 1.20 hrs. |
| 08/31/10 | F. PERKINS | On-line review of documents produced in connection with Plan confirmation discovery. | 9.20 hrs. |
| 08/31/10 | A. SEBRING | Online review of documents produced in connection with plan confirmation discovery. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 29, 2010
Invoice ******
Page   39

**TOTAL DUE FOR THIS MATTER**........................................ **$649,808.00**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 855.00 | 75.30 | 64381.50 |
| H. SEIFE | 965.00 | 113.20 | 109238.00 |
| N. T. ZINK | 795.00 | 23.80 | 18921.00 |
| R. A. SCHWINGER | 785.00 | 1.50 | 1177.50 |
| T. J. MCCORMACK | 825.00 | 72.00 | 59400.00 |
| M. D. ASHLEY | 645.00 | 121.20 | 78174.00 |
| D. E. DEUTSCH | 695.00 | 24.80 | 17236.00 |
| E. M. MILLER | 595.00 | 8.00 | 4760.00 |
| F. MALIK | 405.00 | 18.60 | 7533.00 |
| F. VAZQUEZ | 625.00 | 1.90 | 1187.50 |
| D. BAVA | 270.00 | 4.90 | 1323.00 |
| M. IACOPELLI | 240.00 | 56.20 | 13488.00 |
| P. DEZIL | 250.00 | 4.60 | 1150.00 |
| A. K. NELLOS | 595.00 | 198.00 | 117810.00 |
| A. VOELKER | 355.00 | 16.50 | 5857.50 |
| C. L. RIVERA | 625.00 | 8.10 | 5062.50 |
| C. CUSMANO | 355.00 | 27.10 | 9620.50 |
| E. DAUCHER | 355.00 | 13.00 | 4615.00 |
| L. ROWNTREE | 355.00 | 1.00 | 355.00 |
| R. M. KIRBY | 475.00 | 9.20 | 4370.00 |
| A. SEBRING | 405.00 | 2.20 | 891.00 |
| A. KRONSTADT | 405.00 | 22.10 | 8950.50 |
| B. DYE | 405.00 | 8.90 | 3604.50 |
| E. WEISSMAN | 250.00 | 2.50 | 625.00 |
| F. PERKINS | 405.00 | 121.60 | 49248.00 |
| K. ZAFRAN | 405.00 | 122.30 | 49531.50 |
| L. F. MOLONEY | 305.00 | 1.40 | 427.00 |
| M. ROITMAN | 355.00 | 14.20 | 5041.00 |
| T. DANIELSON | 200.00 | 1.00 | 200.00 |
| Y. YOO | 405.00 | 13.90 | 5629.50 |
| TOTALS | | 1109.00 | 649808.00 |