# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**                                                    **Case No.:** 08–13141–KJC

Tribune Company

Chicago Tribune Company                                      **Chapter:** 11

Notice of Filing Fee(s) Due

Re: Docket # 5556

Dear Mr. Millen

- ☐ On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $5 was collected for this motion. On , the motion was granted by the United States District Court. The remaining $250 fee for filing a Notice of Appeal is now due.
- ☑ On 8/30/10, you filed a Notice of Appeal in the above captioned case. A filing fee in the amount of $255 was due with the filing.
- ☐ On , you filed . A filing fee in the amount of is due.
- ☐ Other:

**Please remit funds to the Court at the following address by no later than 10/5/2010.**

**United States Bankruptcy Court**
**District of Delaware**
**824 Market Street, 3rd Floor**
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252–2887.

_David D. Bird_

Clerk of Court

Date: 9/28/10                          By:  Nancy L'Heureux, Deputy Clerk

(VAN–441)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1          User: NancyL          Page 1 of 1          Date Rcvd: Sep 28, 2010
Case: 08-13141               Form ID: van441       Total Noticed: 0
```

```
The following entities were noticed by first class mail on Sep 30, 2010.
  NO NOTICES MAILED.
```

```
The following entities were noticed by electronic transmission.
NONE.                                                                        TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr        Kevin Millen                                                       TOTALS: 1, * 0, ## 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2010**          **Signature:**          *Joseph Speetjens*