# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---|---|
| Reliance/Times Mirror – 00004 | 13.50 | $6,127.50 |
| Insurance Counseling – 00005 | 56.10 | $24,812.00 |
| Fee Applications – 00009 | 10.00 | $2,443.50 |
| **TOTAL:** | **79.60** | **$33,383.00** |

US_ACTIVE-104616454.2-JCFALGOW

## REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM AUGUST 1, 2010 THROUGH AUGUST 31, 2010

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shugrue, John D. | Partner. Joined Firm in 2008. Member of IL Bar since 1987. | $535.00 | 24.50 | $13,107.50 |
| Walker-Bright, Paul R. | Partner. Joined Firm in 2008. Member of IL Bar since 1994. | $510.00 | 3.70 | $1,887.00 |
| Law, Timothy P. | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $445.00 | 10.00 | $4,450.00 |
| Raines, Lana J. | Associate. Joined firm in 2003. Member of IL Bar since 2002. | $430.00 | 23.60 | $10,148.00 |
| J. Cory Falgowski | Associate. Joined firm as associate in 2004. Member of DE bar since 2004. | $390.00 | .60 | $234.00 |
| Schad, James C. | Analyst. Joined firm in 2008. | $280.00 | 7.00 | $1,960.00 |
| Frankel, Karen | Paralegal since 2002. Joined firm in 2008. | $235.00 | .60 | $141.00 |
| Lankford, Lisa A. | Practice Group Specialist since 2002. Joined Firm in 2000. | $160.00 | 7.30 | $1,168.00 |
| Somoza, Silvia | Paralegal since 2007. Joined Firm in 2007. | $125.00 | 2.30 | $287.50 |
| Grand Total: | | | 79.60 | $33,383.00 |
| Blended Rate: | | | | $419.38 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $429.78 |

US_ACTIVE-104616454.2-JCFALGOW

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2045251
Invoice Date: September 30, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through August 31, 2010

| | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror 503842.00004 | $6,127.50 | $13.05 | $6,140.55 |
| RE: | Insurance Counseling 503842.00005 | $24,812.00 | $0.00 | $24,812.00 |
| RE: | Fee Applications 503842.00009 | $2,443.50 | $252.20 | $2,695.70 |
| | **Current Invoice Total:** | **$33,383.00** | **$265.25** | **$33,648.25** |

**REMITTANCE COPY**

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 026009593
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 2045251)

**RE: Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/12/10 | TPL | Drafted response to Liquidator's Exceptions to Referee's Determination. | 7.20 |
| 08/13/10 | PRW | Analyzed draft of Tribune's response to liquidator's exceptions to Referee's report and recommendation. | 0.60 |
| 08/23/10 | JDS | Telephone conference with local counsel T. Law regarding finalizing draft response to Liquidator's Objections to Referee's Report and Recommendations on LPT claims against Reliance estate. | 0.20 |
| 08/24/10 | TPL | Revised opposition to Liquidator's Exceptions to Referee's Determination. | 2.00 |
| 08/24/10 | JDS | Analyzed and revised draft brief in response to Liquidator's Objections to Referee's Report and Recommendations concerning LPT claims against Reliance estate. | 1.30 |
| 08/26/10 | KF | Checked joint appendix and references in Liquidator's Exceptions for accuracy. | 0.60 |
| 08/26/10 | JDS | Analyzed and approved for filing final draft brief in response to Liquidator's Objections to Referee's Report and Recommendations concerning LPT claims. | 0.60 |
| 08/30/10 | TPL | Reviewed Liquidators's response to Tribune's exceptions. | 0.80 |
| 08/30/10 | JDS | Analyzed Liquidator's brief in response to Objections to Referee's Report and Recommendations on LPT claims against Reliance estate. | 0.20 |

TOTAL FEES: $6,127.50

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 08/31/2010 | Duplicating/Printing/Scanning | 7.10 |
| 08/31/2010 | Courier Service - Outside | 5.95 |
| | Total Disbursements | 13.05 |
| | Fees & Disbursements | $6,140.55 |

September 30, 2010
RE:	Reliance/Times Mirror
	(503842.00004)

Case 08-13141-BLS    Doc 5858-3    Filed 10/01/10    Page 6 of 14

Invoice: 2045251
Page 3

## Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 2.30 | 535.00 | 1,230.50 |
| PRW | P.R. Walker-Bright | 0.60 | 510.00 | 306.00 |
| TPL | T.P. Law | 10.00 | 445.00 | 4,450.00 |
| KF | K. Frankel | 0.60 | 235.00 | 141.00 |
|  |  | 13.50 |  | 6,127.50 |

RE:    **Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/02/10 | LJR | Followed up with client regarding draft letter to insurer regarding revised coverage position. | 0.20 |
| 08/02/10 | JDS | Exchanged emails, telephone conference with defense counsel regarding insurance issues related to mediation of third-party suit. | 0.50 |
| 08/04/10 | JDS | Telephone conference with client regarding pending issues regarding notice to insurers regarding third-party claim issues. | 0.20 |
| 08/05/10 | JDS | Analyzed and exchanged emails with client, defense counsel regarding settlement of third-party claim, insurer payment of defense costs regarding same. | 0.40 |
| 08/06/10 | JDS | Telephone conference with defense and bankruptcy counsel regarding settlement of third-party suit individual insured, preparation of settlement documentation regarding same (1.2); telephone conferences with client regarding same and regarding insurer reimbursement of defense costs in connection with suit (.3). | 1.50 |
| 08/09/10 | LJR | Discussed with J. Shugrue various issues and items for follow with insurers regarding prior notice of claims and potential claims by third parties (.4); analyzed documents related to third-party claim issues (.6); analyzed email from client regarding notice to carriers (.2); emailed defense counsel regarding draft response to insurer regarding revised coverage position (.3). | 1.50 |
| 08/09/10 | SS | Organized policy documents into binders for future reference. | 0.70 |
| 08/09/10 | PRW | Met with J. Shugrue regarding drafting of settlement agreement for third-party lawsuit (0.5); worked on draft of settlement agreement for third-party lawsuit (1.8) | 2.30 |
| 08/09/10 | JDS | Worked on drafting settlement document involving insurer in connection with third-party claim (1.0); analyzed issues related to potential third-party claims and communication with insurers regarding same (.4); exchanged emails with client regarding same (.2); followed up regarding draft correspondence to insurer regarding coverage position regarding third-party claim (.2). | 1.80 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/10/10 | LJR | Emailed J. Shugrue and client regarding draft notice to insurers with respect to third-party claim document (.3); analyzed third-party claim document in connection with same (.3); reviewed emails from defense counsel regarding court's recent order in third-party suit (.3); follow-up with J. Shugrue regarding same (.2); emailed client team regarding draft response to insurer's revised coverage position regarding third party suit (.2); reviewed and analyzed third-party suit in connection with same (.6); reviewed prior correspondence with insurer related to same (.2). | 2.10 |
| 08/10/10 | JCS | Researched policy information in preparation of schedule of known historic liability insurance coverage and prepared draft coverage chart depicting known historic policies and policy information regarding Times Mirror Co. | 3.50 |
| 08/10/10 | JDS | Analyzed client email regarding status of notice to insurers regarding environmental site claim (.1). | 0.10 |
| 08/11/10 | LJR | Analyzed third-party claim/potential claim documents filed with BK court in connection with preparing communications to insurers regarding same (2.1); worked on preparing communications to insurers regarding various third-party claim/potential claim documents filed with BK court (1.5). | 3.60 |
| 08/11/10 | SS | Reviewed and catalogued correspondence in case file. | 0.60 |
| 08/11/10 | JCS | Researched, analyzed and prepared schedule of known Times Mirror insurance policies covering the period from 1972 to 1997 and prepared coverage chart regarding same. | 3.50 |
| 08/11/10 | JDS | Analyzed insurance issues related to draft reorganization plan (.6); analyzed and exchanged emails regarding status of environmental claim and insurance issues related to same (.2); analyzed insurance issues related to potential third-party claims (.3). | 1.10 |
| 08/12/10 | LJR | Reviewed and analyzed Second Amended Joint Plan of Reorganization (.8); reviewed email correspondence regarding proposed revisions and other issues related to same (.3); conference call with bankruptcy counsel and client regarding same(1.0); reviewed comments of bankruptcy counsel and client regarding same (.2). | 2.30 |
| 08/12/10 | JDS | Analyzed insurance-related issues in connection with reorganization plan (1.0); telephone conference with bankruptcy counsel, client regarding same (1.0). | 2.00 |
| 08/13/10 | LJR | Reviewed revised draft of reorganization Plan and emailed J. Shugrue regarding same (.6); follow up with bankruptcy counsel and client regarding same (.2). | 0.80 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/13/10 | PRW | Analyzed draft of settlement agreement among insurer, Tribune and individual insured regarding third-party case and prepared comments on same to defense counsel. | 0.70 |
| 08/13/10 | JDS | Analyzed revised draft settlement agreement regarding third-party claim and related insurance, including exchange of emails with P. Walker-Bright regarding same (.5); exchanged emails regarding insurance issues related to draft reorganization plan (.2). | 0.70 |
| 08/16/10 | SS | Reviewed case correspondence files and performed file maintenance on various sub folders. | 0.80 |
| 08/17/10 | LJR | Analyzed Tribune liability insurance policies (.3); followed-up with J. Shugrue and client regarding insurance issues related to bankruptcy proceedings (.3). | 0.60 |
| 08/17/10 | JDS | Analyzed and exchanged emails with client regarding insurance issues related to reorganization plan. | 0.20 |
| 08/19/10 | LJR | Reviewed email from client regarding bankruptcy-related issues (.2); followed-up with J. Shugrue regarding same (.2). | 0.40 |
| 08/19/10 | JDS | Telephone conference with bankruptcy counsel regarding insurance-related issues concerning reorganization plan. | 0.20 |
| 08/20/10 | LJR | Communications with J. Shugrue regarding insurance coverage issues related to Tribune bankruptcy proceedings (.2); followed up with client regarding same (.1). | 0.30 |
| 08/20/10 | JDS | Telephone conference with client regarding insurance issues related to reorganization plan (.2); exchanged emails with L. Raines regarding same. (.1). | 0.30 |
| 08/23/10 | LJR | Analyzed insurance coverages and issues in connection with inquiries from counsel for Special Committee (2.5); communications with counsel for Special Committee regarding same (.8). | 3.30 |
| 08/23/10 | JDS | Telephone conferences with client, counsel for special committee regarding insurance issues related to reorganization (.7); worked on preparing coverage summary in connection with same (.4). | 1.10 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/24/10 | LJR | Reviewed and analyzed Tribune insurance insurance policies and related documents in preparation for meeting with counsel for Special Committee (1.6); drafted chart of current coverage (.7); reviewed J. Shugrue summary of current coverage (.3); revised same per client comments and circulated to Special Committee counsel (.3); communications with client in preparation for meeting (.4); participated in meeting with client, bankruptcy counsel, counsel for Special Committee (1.9); follow-up communications with J. Shugrue (.3); follow-up communications with client regarding same (.3); conference call with client and bankruptcy counsel to discuss same (.6); further follow-up regarding communications with insurers regarding issues related to same (.4). | 6.80 |
| 08/24/10 | JDS | Worked on summary of insurance coverage in connection with reorganization (1.5); analyzed and provided comment to client regarding potential third-party liability claim and potential insurance coverage issues related to same (.2); prepared for and telephone conference with client, bankruptcy counsel regarding insurance coverage issues related to reorganization efforts (.6). | 2.30 |
| 08/25/10 | JDS | Analyzed draft settlement document regarding third-party lawsuit and provided comment regarding same to defense counsel (.2); analyzed draft discussion points regarding insurance issues related to bankruptcy proceeding and provided comment regarding same to client, bankruptcy counsel (.3). | 0.50 |
| 08/26/10 | LJR | Reviewed communications regarding follow up with insurers (.2); communications with J. Shugrue regarding draft response to insurer regarding revised coverage position (.3); drafted summary of insurance coverage (.3). | 0.80 |
| 08/26/10 | JDS | Communications with client regarding insurance issues related to reorganization plan (.9); analyzed recent order in third-party suit in connection with preparing correspondence regarding insurer's revised coverage position concerning same (.5). | 1.40 |
| 08/27/10 | LJR | Finalized draft summary of insurance coverage (.2); reviewed correspondence related to further discussions with counsel for Special Committee (.2); communications with J. Shugrue regarding current insurance coverage (.2). | 0.60 |
| 08/27/10 | JDS | Analyzed insurance coverages in connection with insurance issues related to reorganization and exchanged emails with client regarding same (1.6); telephone conference with client, insurance broker regarding same (.5). | 2.10 |
| 08/28/10 | JDS | Telephone conference with client regarding insurance issues related to reorganization plan and efforts. | 0.20 |
| 08/29/10 | LJR | Analyzed policy endorsement in connection with inquiry from J. Shugrue. | 0.30 |

Case 08-13141-BLS   Doc 5858-3   Filed 10/01/10   Page 11 of 14

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/29/10 | JDS | Analyzed and exchanged emails with client, insurance broker regarding insurance related to reorganization activities. | 0.50 |
| 08/30/10 | JDS | Telephone conference with counsel for special committee, client regarding insurance coverage and insurance issues related to reorganization efforts (.9); analyzed and exchanged emails with client, insurance broker regarding same (1.3); analyzed and edited draft summary of insurance coverage (.2). | 2.40 |
| 08/31/10 | PRW | Prepared e-mail to client regarding status of third-party environmental claim and possible notice to insurers regarding same. | 0.10 |
| 08/31/10 | JDS | Analyzed and exchanged emails with client regarding insurer response to notice of circumstances potentially giving rise to claims (.4); analyzed and exchanged emails with client, P. Walker-Bright regarding resolution of environmental claim and impact on possible notice to insurers of same (.2); analyzed and exchanged emails with client, defense counsel regarding status of underlying suit settlement involving liability insurer (.2). | 0.80 |

TOTAL FEES: $24,812.00

Fees & Disbursements $24,812.00

**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 20.30 | 535.00 | 10,860.50 |
| PRW | P.R. Walker-Bright | 3.10 | 510.00 | 1,581.00 |
| LJR | L.J. Raines | 23.60 | 430.00 | 10,148.00 |
| SS | S. Somoza | 2.10 | 125.00 | 262.50 |
| JCS | J.C. Schad | 7.00 | 280.00 | 1960.00 |
| | | 56.10 | | 24,812.00 |

September 30, 2010     Case 08-13141-BLS    Doc 5858-3    Filed 10/01/10    Page 12 of 14    Invoice: 2045251
RE:    Fee Applications                                                                                                  Page 9
       (503842.00009)

**RE:**    **Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/11/10 | SS | Reviewed and catalogued correspondence. | 0.20 |
| 08/18/10 | LL | E-mail correspondence with J. Shugrue, C. Falgowski regarding RS's 18th Monthly Fee Application Invoice (.3); drafted CNO to RS's 16th Monthly Fee Application (.3); drafted CNO to RS's 17th Monthly Fee Application (.3); e-mail correspondence with J. Shugrue, C. Falgowski regarding same (.1). | 1.00 |
| 08/19/10 | LL | E-mail correspondence with J. Shugrue, C. Falgowski regarding invoice (.2); drafted RS's 18th Monthly Fee Application (2.0). | 2.20 |
| 08/23/10 | LL | Conferred with C. Falgowski regarding RS's Fee Application and CNO's (.2); prepared service labels for CNO to RS's 16th Monthly Fee Application (.1); e-filed and served same (.3); e-filed and served CNO to RS's 17th Monthly Fee Application (.3). | 0.70 |
| 08/23/10 | JCF | Reviewed fee applications (.2); communications with J. Shugrue regarding same (.4). | 0.60 |
| 08/23/10 | JDS | Analyzed draft of 18th Monthly fee application, CNOs regarding prior applications, and fee auditor's latest Final Report. | 0.50 |
| 08/24/10 | LL | E-mail correspondence with C. Falgowski regarding retention order (.3). | 0.30 |
| 08/25/10 | LL | E-mail correspondence with J. Shugrue, C. Falgowski regarding RS's 18th Monthly Fee Application. | 0.20 |
| 08/26/10 | LL | Reviewed RS's fee application. | 0.20 |
| 08/26/10 | JDS | Prepared narrative descriptions of work in connection with 18th Monthly fee application (.5); analyzed auditor's report regarding 5th interim application (.5). | 1.00 |
| 08/27/10 | LL | E-mail correspondence with J. Shugrue, C. Falgowski regarding edits to RS's 18th Monthly Fee Application (.4); revisions to same (.6). | 1.00 |
| 08/27/10 | JDS | Analyzed and approved for filing 18th monthly fee application. | 0.20 |
| 08/30/10 | LL | E-mail correspondence with J. Shugrue regarding 18th Monthly Fee Application (.1); revisions to RS's 18th Monthly Fee Application (.3); e-filed and served same (1.0); prepared service labels regarding same (.3). | 1.70 |

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/31/10 | JDS | Prepared for and telephone conference with J. Decker (Stuart Maue) regarding response to fee auditor's Preliminary Report on Fifth Interim Fee Application. | 0.20 |

|  |  |
|---|---|
| TOTAL FEES: | $2,443.50 |

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 08/31/2010 | PACER | 1.60 |
| 08/31/2010 | Courier Service - Outside | 120.00 |
| 08/31/2010 | Outside Duplicating | 130.60 |
| | Total Disbursements | 252.20 |
| | Fees & Disbursements | $2,695.70 |

### Fee Summary: Fee Applications

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.90 | 535.00 | 1,016.50 |
| JCF | J.C. Falgowski | 0.60 | 390.00 | 234.00 |
| SS | S. Somoza | 0.20 | 125.00 | 25.00 |
| LL | L. Lankford | 7.30 | 160.00 | 1,168.00 |
| | | 10.00 | | 2,443.50 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 2045251
Invoice Date: September 30, 2010

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through August 31, 2010

|    |    | Current Fees | Current Costs | Total for Matter |
|----|----|----|----|----|
| RE: | Reliance/Times Mirror 503842.00004 | $6,127.50 | $13.05 | $6,140.55 |
| RE: | Insurance Counseling 503842.00005 | $24,812.00 | $0.00 | $24,812.00 |
| RE: | Fee Applications 503842.00009 | $2,443.50 | $252.20 | $2,695.70 |
|    | **Current Invoice Total:** | **$33,383.00** | **$265.25** | **$33,648.25** |

**INVOICE IS PAYABLE UPON RECEIPT**