# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| In-House Duplicating/Printing/Scanning | | $7.10 |
| Courier Service | | $125.95 |
| Outside Databases | PACER | $1.60 |
| Outside-Duplicating | IKON | $130.60 |
| **TOTAL** | | **$265.25** |

US_ACTIVE-104616454.2-JCFALGOW

September 30, 2010
RE:   Reliance/Times Mirror
      (503842.00004)

Case 08-13141-BLS    Doc 5858-4    Filed 10/01/10    Page 3 of 4

Invoice: 2045251
Page 2

RE:   **Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/12/10 | TPL | Drafted response to Liquidator's Exceptions to Referee's Determination. | 7.20 |
| 08/13/10 | PRW | Analyzed draft of Tribune's response to liquidator's exceptions to Referee's report and recommendation. | 0.60 |
| 08/23/10 | JDS | Telephone conference with local counsel T. Law regarding finalizing draft response to Liquidator's Objections to Referee's Report and Recommendations on LPT claims against Reliance estate. | 0.20 |
| 08/24/10 | TPL | Revised opposition to Liquidator's Exceptions to Referee's Determination. | 2.00 |
| 08/24/10 | JDS | Analyzed and revised draft brief in response to Liquidator's Objections to Referee's Report and Recommendations concerning LPT claims against Reliance estate. | 1.30 |
| 08/26/10 | KF | Checked joint appendix and references in Liquidator's Exceptions for accuracy. | 0.60 |
| 08/26/10 | JDS | Analyzed and approved for filing final draft brief in response to Liquidator's Objections to Referee's Report and Recommendations concerning LPT claims. | 0.60 |
| 08/30/10 | TPL | Reviewed Liquidators's response to Tribune's exceptions. | 0.80 |
| 08/30/10 | JDS | Analyzed Liquidator's brief in response to Objections to Referee's Report and Recommendations on LPT claims against Reliance estate. | 0.20 |

TOTAL FEES:                          $6,127.50

**CURRENT DISBURSEMENTS**

| 08/31/2010 | Duplicating/Printing/Scanning | 7.10 |
| 08/31/2010 | Courier Service - Outside | 5.95 |
| | Total Disbursements | 13.05 |
| | Fees & Disbursements | $6,140.55 |

September 30, 2010
RE: Fee Applications
(503842.00009)

Case 08-13141-BLS    Doc 5858-4    Filed 10/01/10    Page 4 of 4

Invoice: 2045251
Page 10

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/31/10 | JDS | Prepared for and telephone conference with J. Decker (Stuart Maue) regarding response to fee auditor's Preliminary Report on Fifth Interim Fee Application. | 0.20 |

|  |  |
|---|---|
| TOTAL FEES: | $2,443.50 |

### CURRENT DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 08/31/2010 | PACER | 1.60 |
| 08/31/2010 | Courier Service - Outside | 120.00 |
| 08/31/2010 | Outside Duplicating | 130.60 |
|  | Total Disbursements | 252.20 |
|  | Fees & Disbursements | $2,695.70 |

**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.90 | 535.00 | 1,016.50 |
| JCF | J.C. Falgowski | 0.60 | 390.00 | 234.00 |
| SS | S. Somoza | 0.20 | 125.00 | 25.00 |
| LL | L. Lankford | 7.30 | 160.00 | 1,168.00 |
|  |  | 10.00 |  | 2,443.50 |