IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 08-13141 (KJC), *et seq.*<br>(jointly administered)<br><br>**Objections Due By: October 15, 2010, 4:00 p.m.**<br>**Hearing Date: October 22, 2010, 2:00 p.m.** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that Pinckney, Harris & Weidinger, LLC filed the Motion Of Federal Insurance Company For Order Authorizing It To Make Settlement Payment Or, In The Alternative, For Relief From The Automatic Stay (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, DE 19801 and served upon, so as to actually be received, by the undersigned counsel on or before October 15, 2010 at 4:00 p.m.

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed in accordance with the above procedure, a hearing on the Motion will be held before the Honorable Kevin J. Carey on October 22, 2010 at 2:00 p.m. Only those objections made in response to the Motion will be heard.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtor so that the response is received on or before the objection deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 1, 2010
Wilmington, Delaware

PINCKNEY, HARRIS & WEIDINGER, LLC

By: /s/ Donna L. Harris
Donna L. Harris (No. 3740)
1220 North Market Street, Suite 950
Wilmington, DE 19801
(302) 504-1497
Facsimile (302) 655-5213

*Counsel to Federal Insurance Company*