# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket Nos. 4513, 4702, and 5277** |

## STIPULATION EXTENDING THE DEADLINE TO RESPOND TO, AND ADJOURNING HEARING ON, MOVANTS' MOTION FOR CLASS CERTIFICATION AND CLASS TREATMENT OF MOVANTS' CLASS PROOFS OF CLAIM

Tribune Company, together with its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned Chapter 11 cases, and James Allen, Charles Evans, Pearl Evans, Gary Grant, Loretta Grant, Bill McNair and Sean Serrao (collectively, "Movants," and together with the Debtors, each a "Party" and collectively, the "Parties"), hereby stipulate (the "Stipulation") as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc., n/k/a Tribune Washington Bureau Inc. (1088); Tribune California Properties, Inc. (1629); Tribune CNLBC, LLC, f/k/a Chicago National League Ball Club, LLC (0347); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCCT, Inc., f/k/a WTXX Inc. (1268); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); and WPIX, Inc. (0191). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

## RECITALS

On or about August 20, 2007, Movants, on behalf of themselves and all others similarly situated, filed a class action complaint in the New York State Supreme Court, New York County (the "State Court") against Tribune Company and Tribune New York Newspaper Holdings, LLC d/b/a AM New York and Mitchell's Subscription Service LLC d/b/a LBN Consulting, LLC and Morning Newspaper Delivery, Inc. (the "Defendants"), entitled *James Allen, et al. v. Tribune New York Newspaper Holdings, LLC, et al.*, Index No: 07-602801 (the "State Court Action"), alleging that Defendants had failed to pay them and other similar employees the minimum wage as required under New York Labor Law and regulations.

On December 8, 2008, each of the Debtors filed their respective voluntary petitions for bankruptcy relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").[2]

The State Court stayed the State Court Action with respect to all Defendants pending the disposition of the bankruptcy proceeding.

On May 20, 2010, the Movants filed Movants' Motion for Class Certification and Class Treatment of Movants' Class Proofs of Claim (the "Motion") [Docket No. 4513] in the Bankruptcy Court. By the Motion, Movants' seek class certification and class treatment of Movants' class proofs of claim against Debtors Tribune Company and Tribune New York Newspaper Holdings, LLC d/b/a AM New York, pursuant to Rules 7023 and 9014 of the Federal Rules of Bankruptcy Procedure and Rule 23 of the Federal Rules of Civil Procedure. The Motion was originally scheduled for hearing before the Bankruptcy Court on June 16, 2010. Objections to the Motion were originally due on June 9, 2010 (the "Objection Deadline").

---

[2] An additional Debtor, Chicago National League Ball Club, LLC, filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on October 12, 2009. In all, the Debtors comprise 111 entities.

46429/0001-7039987v2

On June 7, 2010, the Parties agreed that it was in their best interests to adjourn the hearing on the Motion and extend the Objection Deadline in order to allow the Parties an opportunity to pursue settlement negotiations. The hearing was adjourned until August 17, 2010, and the Objection Deadline was extended until July 30, 2010.

On July 30, 2010, the parties agreed that it was in their best interests to further adjourn the hearing on the Motion and extend the Objection Deadline in order to allow the Parties an opportunity to pursue continued settlement negotiations. The hearing was adjourned until October 22, 2010, and the Objection Deadline was extended until September 30, 2010.

The Parties are currently engaging in ongoing settlement negotiations and wish to further adjourn the hearing on the Motion and extend the Objection Deadline in order to allow them the opportunity to continue the negotiations.

IN LIGHT OF THE FOREGOING, the Parties stipulate and agree as follows:

### STIPULATION

1. The hearing on the Motion is adjourned to November 23, 2010 at 10:00 a.m.

2. The deadline for the Debtors to file a response or objection, if any, to the Motion is extended through and including November 1, 2010.

3. This Stipulation may be executed and delivered in any number of original or facsimile counterparts, each of which shall be deemed an original, but which together shall constitute one and the same instrument.

4. The Bankruptcy Court shall retain jurisdiction over the parties in interest with respect to this Stipulation including, without limitation, for the purposes of interpreting, implementing and enforcing its terms and conditions.

5. This Stipulation and adjournment will not be deemed to prejudice the Movants' rights if a settlement is not reached.

STIPULATED AND CONSENTED TO AS OF SEPTEMBER ___, 2010 BY:

| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | PINCKNEY, HARRIS & WEIDINGER, LLC |
|---|---|
| By: *[signature]*<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117 | By: *[signature]*<br>Adam Hiller (DE No. 4105)<br>Donna Harris (DE No. 3740)<br>1220 North Market Street, Suite 950<br>Wilmington, DE 19801<br>Telephone: (302) 504-1497<br>Facsimile: (302) 442-7046 |
| - and - | - and - |
| SIDLEY AUSTIN LLP<br>James F. Conlan<br>Bryan Krakauer<br>Kevin T. Lantry<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036 | JOSEPH, HERZFELD, HESTER & KIRSCHENBAUM LLP<br>Michael D. Palmer, Esquire\*<br>Charles Joseph, Esquire\*<br>757 Third Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 688-5640<br>Facsimile: (212) 688-2548 |
| Attorneys for the Debtors<br>And Debtors In Possession | Attorneys for Movants<br>and putative class members |

4

46429/0001-7039987v2