IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | **Related to Docket No. 227** |

## STATEMENT OF FEES AND EXPENSES PAID TO ORDINARY COURSE PROFESSIONALS FOR SERVICES RENDERED

PLEASE TAKE NOTICE that, pursuant to the Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business entered January 15, 2009 (the "Order") (Docket No. 227), the above-captioned debtors and debtors in possession submit this Statement of Fees and Expenses Paid to Ordinary Course Professionals for Services Rendered during the period June 1, 2010 through August 31, 2010 (the "Fee Period"). Attached hereto, as Exhibit A, is a chart that lists: (a) the name of each ordinary course professional ("OCP"); (b) the aggregate amounts of compensation for services rendered and reimbursement of expenses requested by each OCP during the Fee Period; and (c) a general description of services rendered by each OCP during the Fee Period.

Dated: October 1, 2010

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Jillian K. Ludwig
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

46429/0001-7042831v1

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-7042831v1

# EXHIBIT A

46429/0001-7042831v1

# Tribune Company

Ordinary Course Professional Fees
Three Month Summary by Firm
For the Three Months Ended Aug-10

Tribune Company
**Ordinary Course Professional Fees**
(in whole $'s)

## Three Month Summary by Firm
## Aug-10

| Firm | Service Provided | Invoiced Fees Jun-10 | Jul-10 | Aug-10 | Total | Invoiced Expenses Jun-10 | Jul-10 | Aug-10 | Quarterly Expenses | Rolling Periods | Monthly Cap | Rolling Cap | Remaining Retainer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ajalat Polley Ayoob Matarese | Tax counsel | 4,225 | - | - | 4,225 | - | - | - | - | 3 | 25,000 | 75,000 | - |
| BKD | Accounting consultant | 2,175 | - | - | 2,175 | - | - | - | - | 3 | 8,000 | 24,000 | - |
| Cadence Law Group LLP | Internet and technology law transactional counsel | 819 | - | - | 819 | - | - | - | - | 3 | 15,000 | 45,000 | - |
| California Credits Group LLC | Tax consultant | 1,685 | - | - | 1,685 | - | - | - | - | 3 | 20% | 20% | - |
| Crowell & Morning LLP | Criminal law counsel | - | 4,942 | - | 4,942 | - | - | - | - | 3 | 10,000 | 30,000 | - |
| Downey, Smith, Fier | Tax consultants for excess circulation and state sales tax refund proceedings | 110,187 | - | - | 110,187 | - | - | - | - | 3 | 20% | 20% | - |
| Ducharme, Nancy K | Tribune Media Services contract counsel (overflow customer contracts) | 6,000 | - | - | 6,000 | - | - | - | - | 3 | 15,000 | 45,000 | - |
| Emery Celli Brinckerhoff & Abady LLP | Litigation counsel for legacy Newsday liabilities | 4,640 | 5,865 | - | 10,505 | 214 | 121 | - | 335 | 3 | 30,000 | 90,000 | - |
| FurseLaw | General practice law | - | - | 2,880 | 4,800 | - | - | - | - | 3 | 15,000 | 45,000 | - |
| Gerald K White And Associates Pc | Patent prosecution counsel for ForSaleByOwner.com (as relates to mechanical inventions) | - | 4,720 | - | 4,720 | - | - | - | - | 3 | 15,000 | 45,000 | - |
| Grant Thornton | Tax consultant | - | 2,455 | - | 2,455 | - | - | - | - | 3 | 40,000 | 120,000 | - |
| Gray Robinson, P.A. | Patent prosecution counsel | 7,568 | 1,375 | - | 8,943 | 1,111 | 180 | - | 1,291 | 3 | 15,000 | 45,000 | - |
| Gross Mcginley Labarre And Eaton | Business and employment litigation counsel for the Allentown Morning Call | 1,353 | 1,304 | 625 | 3,282 | - | - | 266 | 266 | 3 | 10,000 | 30,000 | - |
| Hall, Estill, Hardwick, Gable, Golden & Nelson, PC | Local media litigation counsel for postpetition defamation suit | 78 | - | - | 78 | 7 | - | - | 7 | 3 | 25,000 | 75,000 | - |
| Hinckley, Allen & Snyder | General litigation, First Amendment, and media law counsel for Hartford Courant | 21,523 | 12,612 | - | 34,135 | 1,894 | 73 | - | 1,966 | 3 | 25,000 | 75,000 | - |
| Holland & Knight LLP | Primary patent prosecution counsel as relates to online and technical processes | 5,669 | 4,449 | 1,267 | 11,103 | 12 | 449 | - | 461 | 3 | 25,000 | 75,000 | - |
| Holmes Weddle & Barcott | Counsel for ForSaleByOwner | 841 | 6,933 | - | 7,774 | 14 | 254 | - | 267 | 3 | 30,000 | 90,000 | - |
| Horwood Marcus & Berk | Tax counsel | 14,886 | 13,260 | - | 28,146 | 11,310 | 5,874 | - | 17,184 | 3 | 45,000 | 135,000 | - |
| Hunton & Williams | Employment litigation counsel for Florida operations | 9,458 | - | - | 9,458 | 47 | - | - | 47 | 2 | 5,000 | 15,000 | - |
| Jackson Walker LLP | First Amendment litigation counsel | 6,023 | 11,624 | - | 17,647 | 106 | 692 | - | 798 | 3 | 15,000 | 45,000 | - |
| Johnson & Bell | Litigation counsel for Chicago Tribune Company | 358 | - | - | 358 | - | - | - | - | 3 | 20,000 | 60,000 | - |
| Kaufman & Canoles | First Amendment and general litigation counsel for the Daily Press | 845 | - | - | 845 | - | - | - | - | 3 | 10,000 | 30,000 | - |
| King Blackwell Downs & Zehnder Pa | Litigation counsel for the Orlando Sentinel | 275 | 650 | - | 925 | 0 | 2 | - | 2 | 3 | 30,000 | 90,000 | - |
| KPMG LLP | Tax consultant | - | - | 5,236 | 5,236 | - | - | - | - | 3 | 45,000 | 135,000 | - |
| Levine Sullivan Koch & Schulz LLP | First Amendment counsel | 10,828 | 12,688 | - | 23,516 | - | 419 | - | 419 | 2 | 50,000 | 100,000 | - |
| Loeb & Loeb LLP | Entertainment law and litigation counsel for Tribune Media Services | - | 2,285 | - | 2,285 | - | 49 | - | 49 | 3 | 35,000 | 105,000 | - |
| Mandell Menkes Llc | Intellectual Property contracts counsel (overflow) | 2,130 | 135 | 45 | 2,310 | - | - | - | - | 3 | 10,000 | 30,000 | - |
| Maria L Hampton | Collections counsel | 2,660 | - | - | 2,660 | - | - | - | - | 3 | 25% | 25% | - |
| McCusker, Anselmi, Rosen & Carvelli, P.C. | Litigation counsel | 10,670 | 7,048 | - | 17,718 | 261 | 59 | - | 320 | 3 | 10,000 | 30,000 | - |
| Miller Kaplan Arase And Co | Accounting consultant | 5,600 | 9,835 | 3,000 | 18,435 | - | - | - | - | 3 | 10,000 | 30,000 | - |

Tribune Company
**Ordinary Course Professional Fees**
(in whole $'s)

### Three Month Summary by Firm
### Aug-10

| Firm | Service Provided | Invoiced Fees | | | | Invoiced Expenses | | | Quarterly Expenses | Rolling Periods | Monthly Cap | Rolling Cap | Remaining Retainer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Jun-10 | Jul-10 | Aug-10 | Total | Jun-10 | Jul-10 | Aug-10 | | | | | |
| Morgan Lewis & Bockius | Labor, employee benefits and employment litigation counsel; Insurance counsel | 10,164 | 3,421 | - | 13,585 | 12 | - | - | 12 | 2 | 50,000 | 100,000 | - |
| Offit Kurman & Alms Pa | Labor law & litigation counsel for the Baltimore Sun | 30,346 | 7,823 | - | 38,169 | - | - | - | - | 3 | 35,000 | 105,000 | - |
| Orrick, Herrington & Sutcliffe LLP | Corporate Law | 247 | 311 | 99 | 657 | - | - | - | - | 3 | 3,000 | 9,000 | - |
| Ram & Olson LLP | First Amendment and contract counsel | 7,770 | 16,489 | 798 | 25,057 | 629 | - | 270 | 899 | 3 | 10,000 | 30,000 | - |
| Sedwick, Deter, Moran & Arnold, LLP | Litigation counsel (general, routine litigation, primarily slip and fall and tort cases) | 2,760 | - | - | 2,760 | 429 | - | - | 429 | 3 | 20,000 | 60,000 | - |
| Sonnenschein Nath & Rosenthal | First Amendment, general litigation, and outsourcing counsel (drafting and negotiation) | 44,734 | 37,411 | 5,500 | 87,645 | 2,030 | - | - | 2,030 | 2 | 50,000 | 100,000 | - |
| Thomas & LoCicero Pl | Primary media law and First Amendment counsel for Florida publishing and broadcasting operations | 10,247 | 17,282 | 11,847 | 39,377 | 14 | 360 | 118 | 491 | 2 | 50,000 | 100,000 | - |
| Thompson Coburn Fagel Haber | Patent litigation counsel | - | 4,562 | - | 4,562 | - | - | - | - | 3 | 35,000 | 105,000 | - |
| True Partners Consulting LLC | Tax consultant | - | - | - | - | - | - | - | - | 3 | 15,000 | 45,000 | - |
| Volk, Phyllis | Real estate law | 4,100 | 4,400 | 3,640 | 12,140 | - | - | - | - | 3 | 20,000 | 60,000 | - |
| Walker Benz LLC | Intellectual property counsel | 25,838 | 7,913 | - | 33,750 | - | - | - | - | 3 | 45,000 | 135,000 | - |
| Wildman, Harrold, Allen & Dixon LLP | Collections counsel | - | 1,166 | - | 1,166 | - | - | - | - | 3 | 15,000 | 45,000 | - |
| Willcox & Savage Pc | Antitrust, media law and First Amendment counsel to the Daily Press | 525 | - | 175 | 700 | 2 | - | 1 | 2 | 3 | 10,000 | 30,000 | - |
| Winstead PC | Texas local counsel (Project Mulligan) | 46,911 | - | - | 46,911 | 40 | - | - | 40 | 3 | 10,000 | 30,000 | - |
| Withers & Rogers LLP | Foreign patent prosecution counsel | - | - | - | - | - | - | - | - | 3 | 10,000 | 30,000 | - |
| Young, Sommer, Ward, Ritzenberg, | Environmental counsel for Hartford, Baltimore, and New York operations | 4,570 | 358 | - | 4,928 | 13 | 31 | - | 44 | 3 | 15,000 | 45,000 | - |
| Zulkie Partners LLC | Immigration counsel | 675 | 3,705 | 4,717 | 9,097 | 46 | 48 | - | 94 | 3 | 5,000 | 15,000 | - |
| **Total** | | 419,380 | 207,018 | 39,830 | 667,866 | 18,191 | 8,608 | 655 | 27,454 | | | | - |

**Notes:**

Tribune Company professional fee payment process adheres to the criteria defined in the Bankruptcy Court's Ordinary Course Professional (OCP) order. Tribune's payment processing requirements include: (i) an affidavit to be filed, (ii) confirmed balances agree to Tribune records or be reconciled, and (iii) invoices must be approved by Tribune. We experienced an increase in eligible firms in the current period and expect increases in payments in subsequent periods as further affidavits are received and reconciled pursuant to the process described herein.

Pursuant to the OCP order, Tribune intends to pay 100% of the invoiced postpetition fees, up to the monthly cap established for each OCP, over a three-month rolling average for OCPs with a limit of less than $50,000 and over a two month rolling average for OCPs with a $50,000 monthly fee cap.

On a monthly basis, Tribune has reported its proposed OCP payments to the Office of the United States Trustee and the Official Committee of Unsecured Creditors, as required by the OCP order. Tribune received no objections to the payments reflected herein. As firms become eligible for payment, Tribune will seek payment approval for all postpetition invoices, including those invoices received for fees incurred outside of the current monthly period and for fees incurred outside of the current rolling cap measurement period. In the event payment is requested for fees incurred outside of the current rolling period or outside of the current monthly period (which in either case may include fees in addition to fees requested and/or paid in prior invoices), Tribune factors such proposed payments into the rolling cap calculations herein.

The Rolling Cap column is intended to provide visibility to the rolling cap calculation. Firms with a percentage, instead of a whole number, in the Monthly Cap or Rolling Cap columns have been retained on a contingency fee basis and do not have a dollar amount for their rolling cap.

Any firm that exceeds its rolling cap amount may apply to the Bankruptcy Court for approval of such fees. OCP payments made pursuant to an order of the Bankruptcy Court for amounts incurred that exceeded such OCP's applicable monthly cap are not reported herein. In the event any firm exceeds or expects to exceed the applicable monthly cap on an ongoing basis, Tribune may file a supplemental request, on notice to the Office of the United States Trustee and the Official Committee of Unsecured Creditors, to raise such cap, or may seek the retention of such firm by separate application to the Bankruptcy Court.