DACA 2010L, LP
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900/ Fax 619-220-8112

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) CHAPTER 11 |
| | ) |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) |
| | ) (Jointly Administered) |
| Debtors | ) |
| | ) NOTICE OF TRANSFER OF CLAIM |
| | ) OTHER THAN FOR SECURITY AND |
| | ) WAIVER OF NOTICE |
| | ) |
| | Bankruptcy Rule 3001(e)(1) |

   PLEASE TAKE NOTICE that the filed claim of G2 Direct & Digital(LAT) ("Transferor") against the Debtor in the amount of $9,827.70 as listed within Schedule F of the Schedules of Assets and Liabilities filed by Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(1).

   I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I agree to assist Transferee by providing additional information (reasonable and readily available) or signatures that may be requested by the court. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take the steps necessary to transfer this claim and all claims we hold against the above debtor into their name. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**G2 Direct & Digital (LAT)**
C/O Independent Marketing, 3500 W Olive Ave. No. 700, Burbank, CA 91505

Print Name: Kevin Gallagher   Title: Controller
Signature: [signature]   Date: 9/29/10
Updated Address if needed: 200 Fifth Ave NY NY 10010
Phone: 212 537 418   Fax: _____   E-Mail: Kgallagher@g2.com

TRANSFEREE:
**DACA 2010L, LP**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: [signature]
Andrew Whatnall

Mail Ref# «MAIL_REFERENCE»-«ID»
«Primary_key»   Epiq. Sch No. «CREDITOR»

2601492