# STATE OF CONNECTICUT

DEPARTMENT OF REVENUE SERVICES

September 22, 2010

CEBKPT

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions LLC
757 Third Avenue 3rd floor
New York, NY 10017

Re: Valumail, Inc.
Tax Registration Number: xxx2912-000
Bankruptcy Case Number: 08-13246 KJC

Dear Clerk:

This office hereby respectfully **withdraws** its State of Connecticut **pre-petition proof-of-claim # 6349** entered on 12/23/09 in the amount of $250.00 against the above referenced debtor.

FILED / RECEIVED
SEP 29 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC

Sincerely,

Bohdan S. Sowa

Bohdan S. Sowa
Revenue Agent III
Collection & Enforcement Division
Telephone: (860) 297-5905
Fax: (860) 297-5916

B10 (Official Form 10) (12/07)

UNITED STATES BANKRUPTCY COURT ______ DISTRICT OF Delaware

Amended - Chapter 11
**PROOF OF CLAIM**

Name of Debtor: Valumail Inc.

Case Number: 08-13246 KJC (Jointly Administered)

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Connecticut Department of Revenue Services

Name and address where notices should be sent:
Department of Revenue Services
C&E Division, Bankruptcy Section
25 Sigourney Street
Hartford, CT 06106-5032
Telephone number: (860) 297-5903

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 4,098
(*If known*)

Filed on: 06/08/2009

Name and address where payment should be sent (if different from above):
Joan E. Pilver, Assistant Attorney General
Office of the Attorney General
55 Elm Street 4th Floor
Hartford CT 06106
Telephone number: (860) 808-5150

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 250.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Taxes- See attached
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor** ______

**3a. Debtor may have scheduled account as:** ______
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**

**Value of Property:$** ______ **Annual Interest Rate** ___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any: $** ______ **Basis for perfection:** ______

**Amount of Secured Claim: $** ______ **Amount Unsecured: $** ______

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☑ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ 250.00

**Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copie[...] / notes, purchase orders, invoices, itemized statements o[...] [...]rity agreements. You may also attach a summary. Attac[...] [...]tion of a security interest. You may also attac[...]

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)
0000006349

DO NOT SEND ORIGINAL DOCUM[...] [...]ED AFTER SCANNING.

If the documents are not available, please explain:

Date: 12/17/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Pamela D. Calachan, Revenue Services Tax Supervisor

FOR COURT USE ONLY
FILED / RECEIVED
DEC 23 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Form 10**

Attachment

State of Connecticut - Department of Revenue Services

**Proof of Claim for**

**Department of Revenue Services Taxes**

Case Number
08-13246 KJC

Type of Bankruptcy Case
Amended - Jointly Administered

Chapter 11

Date of Petition
12/8/2008

**In The Matter of:** Valumail Inc.

**Note: This claim includes estimated tax liabilities as our records indicate tax return(s) have not been filed. This claim may be amended upon filing of the unfiled tax return(s).**

**Unsecured Priority Claims**

| Tax Reg # | Tax Type | Tax Period | Tax Due | Penalty to Petition | Interest to Petition | Total |
|---|---|---|---|---|---|---|
| xxx2912-000 | Corporation Tax | 12/08<br>*Estimated Period | $250.00 | $0.00 | $0.00 | $250.00 |

**Total Amount of Unsecured Priority Claims** $250.00

# STATE OF CONNECTICUT
DEPARTMENT OF REVENUE SERVICES




December 17, 2009

Tribune Company Claims Processing Center CEBKPT
c/o Epiq Bankruptcy Solutions LLC
757 Third Avenue 3rd Floor
New York NY 10017

Re: Valumail Inc.
Bankruptcy Case Number: 08-13246 KJC (Jointly Administered)

Dear Clerk:

Enclosed is a pre-petition proof-of-claim for the State of Connecticut, Department of Revenue Services (DRS). Please substitute this amended proof-of-claim for the one previously filed on June 8, 2009. The total amount of the claim is $250.00.

We ask that you acknowledge receipt of this claim by returning a stamped copy of the proof-of-claim to DRS. Enclosed is a self-addressed, stamped envelope.

We appreciate your cooperation and prompt attention to this matter. If you have any questions, please contact Revenue Agent **Bohdan Sowa** at **860-297-5905**.

Sincerely,

Pamela D. Calachan
Revenue Services Tax Supervisor
Department of Revenue Services
Collection & Enforcement Division
Fax: 860-297-5916

cc: Joan E. Pilver, Assistant Attorney General
Department of Labor

C & E 209 (Rev. 05/03)

DEPARTMENT OF REVENUE SERVICES
STATE OF CONNECTICUT
25 SIGOURNEY ST • HARTFORD CT 06106-5032
PRESORTED FIRST CLASS
UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004274395
$ 00.482
DEC 18 2009
MAILED FROM ZIPCODE 06106
RECEIVED
DEC 23 2009
Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions LLC
757 Third Avenue 3rd Floor
New York NY 10017
JDXDS31 10017