## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) | Ref. Docket No. 5680 [Motion of |
|  | ) | Aurelius Capital Management, LP |
|  |  | for Appointment of a Chapter 11 |
|  |  | Trustee] |

-------------------------------------------------------------x

## NOTICE OF SUBPOENA IN CONNECTION
## WITH MOTION OF AURELIUS CAPITAL MANAGEMENT, LP
## FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil

Procedure (made applicable to the above-captioned chapter 11 cases by Rule 9016 of the Federal

Rules of Bankruptcy Procedure), Aurelius Capital Management, LP hereby gives notice that a

subpoena in the form attached hereto as Exhibit A is being served upon Maggie Wilderotter

today or as soon thereafter as service can be made.

{00446014;v1}
921009.1

Dated: Wilmington, Delaware
       October 1, 2010

ASHBY & GEDDES, P.A.

_____

William P. Bowden, Esq. (I.D. No. 2553)
Amanda M. Winfree, Esq. (I.D. No. 4615)
Benjamin W. Keenan, Esq. (I.D. No. 4724)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

- and -

Edward A. Friedman, Esq.
William P. Weintraub, Esq.
Hal Neier, Esq.
**FRIEDMAN KAPLAN SEILER &
    ADELMAN LLP**
1633 Broadway
New York, NY 10019-6708
(212) 833-1100

- and -

Daniel H. Golden, Esq.
Philip C. Dublin, Esq.
**AKIN GUMP STRAUSS HAUER &
    FELD LLP**
One Bryant Park
New York, NY 10036
(212) 872-1000

*Attorneys for Aurelius Capital
Management, LP*

{00446014;v1}2

921009.1