## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

|  |  |
|---|---|
| In re: | ) ) ) | Chapter 11 |

In re:                                            )    Chapter 11
                                                  )
TRIBUNE COMPANY, et al.,                          )    Case No. 08-13141 (KJC)
                                                  )    Jointly Administered
            Debtors.                              )
                                                  )    Ref. Docket No. 5680 [Motion of
                                                  )    Aurelius Capital Management, LP
                                                       for Appointment of a Chapter 11
                                                       Trustee]

------------------------------------------------------------x

### NOTICE OF SUBPOENA IN CONNECTION
### WITH MOTION OF AURELIUS CAPITAL MANAGEMENT, LP
### FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil

Procedure (made applicable to the above-captioned chapter 11 cases by Rule 9016 of the Federal

Rules of Bankruptcy Procedure), Aurelius Capital Management, LP hereby gives notice that a

subpoena in the form attached hereto as Exhibit A is being served upon Mark Shapiro today or as

soon thereafter as service can be made.

{00446010;v1}
921009.1

Dated:    Wilmington, Delaware
          October 1, 2010

                        **ASHBY & GEDDES, P.A.**


                        William P. Bowden, Esq. (I.D. No. 2553)
                        Amanda M. Winfree, Esq. (I.D. No. 4615)
                        Benjamin W. Keenan, Esq. (I.D. No. 4724)
                        500 Delaware Avenue
                        P.O. Box 1150
                        Wilmington, DE 19899
                        (302) 654-1888

                                - and -

                        Edward A. Friedman, Esq.
                        William P. Weintraub, Esq.
                        Hal Neier, Esq.
                        **FRIEDMAN KAPLAN SEILER &
                            ADELMAN LLP**
                        1633 Broadway
                        New York, NY 10019-6708
                        (212) 833-1100

                                - and -

                        Daniel H. Golden, Esq.
                        Philip C. Dublin, Esq.
                        **AKIN GUMP STRAUSS HAUER &
                            FELD LLP**
                        One Bryant Park
                        New York, NY  10036
                        (212) 872-1000

                        *Attorneys for Aurelius Capital
                        Management, LP*

921009.1