## CERTIFICATE OF SERVICE

I, Benjamin W. Keenan, hereby certify that on October 1, 2010, I caused one copy of the foregoing document to be served upon the parties on the attached service list in the manner indicated.

*/s/ Ben Keenan*
Benjamin W. Keenan (#4724)

{00074510;v1}

**VIA HAND DELIVERY**
COLE SCHOTZ MEISEL FORMAN & LEONARD, PA
NORMAN L PERNICK, ESQ/J KATE STICKLES, ESQ
500 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL 60603

**VIA FIRST CLASS U.S. MAIL**
ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: COREY SMITH BOTT, BRIAN G. ESDERS
809 GLENEAGLES COURT, SUITE 320
BALTIMORE, MD 21286

**VIA FIRST CLASS U.S. MAIL**
ABATO, RUBENSTEIN AND ABATO, P.A.
ATTN: MEGHAN C. HORN, ESQ.
809 GLENEAGLES COURT, SUITE 320
TOWSON, MD 21286

**VIA FIRST CLASS U.S. MAIL**
ACXIOM CORPORATION
ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL
301 E. DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033-2000

**VIA FIRST CLASS U.S. MAIL**
AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN & PHILIP C. DUBLIN, ESQS.
ONE BRYANT PARK
NEW YORK, NY 10036

**VIA FIRST CLASS U.S. MAIL**
ALLISON, SLUTSKY & KENNEDY, PC
ANGIE M. COWAN
230 W MONROE ST, STE 2600
CHICAGO, IL 60606

**VIA FIRST CLASS U.S. MAIL**
ANDREW S. CONWAY, ESQUIRE
200 EAST LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI 48304

**VIA HAND DELIVERY**
ARCHER & GREINER, PC
JOHN V. FIORELLA, ESQ.
300 DELAWARE AVE, STE 1370
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
ASKOUNIS & DARCY, PC
ATTN: THOMAS V. ASDOUNIS, ESQ.
401 NORTH MICHIGAN AVENUE, STE 550
CHICAGO, IL 60611

**VIA FIRST CLASS U.S. MAIL**
BANC OF AMERICA BRIDGE LLC
LYNN D. SIMMONS, SR. VICE PRESIDENT
BANK OF AMERICA STRATEGIC SOLUTIONS
MAIL CODE: IL1-231-11-19
231 SOUTH LASALLE STREET
CHICAGO, IL 60604

**VIA FIRST CLASS U.S. MAIL**
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
ATTN. GEORGE R. MESIRES, ESQ.
200 WEST MADISON ST., SUITE 3900
CHICAGO, IL 60606

**VIA HAND DELIVERY**
BARNES & THORNBURG LLP
ATTN: DAVID M. POWLEN
1000 NORTH WEST STREET, SUITE 1200
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
BARTLETT HACKETT FEINBERG PC
FRANK F. MCGINN (MA BBO# 564729)
155 FEDERAL ST, 9TH FL
BOSTON, MA 02110

{431441;v1}

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>BELKIN BURDEN WENIG & GOLDMAN, LLP<br>ATTN: JOSHUA G. LOSARDO, ESQ<br>270 MADISON AVENUE<br>NEW YORK, NY 10016 | **VIA FIRST CLASS U.S. MAIL**<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP<br>ATTN. DAVID M. NEUMANN, ESQUIRE<br>200 PUBLIC SQUARE SUITE 2300<br>CLEVELAND, OH 44114-2378 |
| **VIA HAND DELIVERY**<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP<br>ATTN. JENNIFER R. HOOVER, ESQ<br>222 DELAWARE AVENUE, SUITE 801<br>WILMINGTON, DE 19801 | **VIA HAND DELIVERY**<br>BIFFERATO LLC<br>ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.<br>800 N. KING STREET, PLAZA LEVEL<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN<br>& GOOD MAN, LLP<br>150 S. RODEO DRIVE, 3RD FLOOR<br>BEVERLY HILLS, CA 90212 | **VIA FIRST CLASS U.S. MAIL**<br>BROWARD COUNTY<br>ATTN: JEFFREY J. NEWTON<br>COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER<br>115 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 |
| **VIA FIRST CLASS U.S. MAIL**<br>BROWN RUDNICK LLP<br>ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ.<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | **VIA FIRST CLASS U.S. MAIL**<br>BROWN STONE NIMEROFF LLC<br>ATTN. JAMI B. NIMEROFF, ESQ.<br>4 EAST 8TH STREET, SUITE 400<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>BRYAN CAVE LLP<br>ATTN: MICHELLE MCMAHON, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | **VIA FIRST CLASS U.S. MAIL**<br>BUCHALTER NEMER<br>PAMELA KOHLMAN WEBSTER<br>1000 WILSHIRE BOULEVARD, SUITE 1500<br>LOS ANGELES, CA 90017-2457 |
| **VIA FIRST CLASS U.S. MAIL**<br>BUCHALTER NEMER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FL<br>SAN FRANCISCO, CA 94105-2126 | **VIA FIRST CLASS U.S. MAIL**<br>CALLAHAN & BLAINE<br>ATTN: EDWARD SUSOLIK, ESQUIRE<br>3 HUTTON DRIVE, NINTH FLOOR<br>SANTA ANA, CA 92707 |
| **VIA FIRST CLASS U.S. MAIL**<br>CANON USA, INC<br>ATTN RUTH WIENSTEIN<br>1 CANON PLAZA<br>NEW HYDE PARK, NY 11042 | **VIA FIRST CLASS U.S. MAIL**<br>CAPITALSOURCE FINANCE LLC<br>ATTN: JOANNE FUNGAROLI, ESQ.<br>4445 WILLARD AVENUE, 12TH FLOOR<br>CHEVY CHASE, MD 20815 |

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>CHADBOURNE & PARKE LLP<br>ATTN HOWARD SEIFE, ESQ., DAVID M. LEMAY, ESQ.,<br>DOGULAS E. DEUTSCH, ESQ.<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112 | **VIA FIRST CLASS U.S. MAIL**<br>CHARLES E. DAVIDOW<br>2001 K. STREET, N.W.<br>WASHINGTON, DC 20006-1047 |
| **VIA FIRST CLASS U.S. MAIL**<br>CHRISTINE Z. HERI<br>UNITED STATES DEPARTMENT OF LABOR<br>230 SOUTH DEARBORN, ROOM 844<br>CHICAGO, IL 60604 | **VIA HAND DELIVERY**<br>CIARDI CIARDI & ASTIN<br>DANIEL K. ASTIN, ESQ.; ANTHONY M. SACCULLO, ESQ.,<br>MARY E. AUGUSTINE, ESQ., CARL D. NEFF, ESQ.<br>CITIZENS BANK CENTER<br>919 NORTH MARKET STREET, STE 700<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>CITICORP NORTH AMERICA, INC<br>750 WASHINGTON BLVD.<br>STAMFORD, CT 06901-3722 | **VIA FIRST CLASS U.S. MAIL**<br>COHEN WEISS & SIMON LLP<br>ATTN BABETTE A CECCOTI<br>330 WEST 42ND STREET<br>NEW YORK, NY 10036 |
| **VIA HAND DELIVERY**<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: ROBERT S. BRADY AND M. BLAKE CLEARY, ESQS.<br>THE BRADYWINE BUILDING - 17TH FLOOR<br>1000 WEST STREET<br>WILMINGTON, DE 19801 | **VIA HAND DELIVERY**<br>COOCH & TAYLOR PA<br>ATTN: SUSAN E. KAUFMAN, ESQ.<br>1000 WEST STREET, 10TH FLOOR<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>COTCHETT, PITRE & MCCARTHY<br>ATTN: PHILIP GREGORY, ESQ.<br>840 MALCOLM ROAD, SUITE 200<br>BURLINGAME, CA 94010 | **VIA HAND DELIVERY**<br>COZEN O'CONNOR<br>ATTN: MARK E. FELGER, ESQ.<br>1201 N. MARKET STREET, SUITE 1400<br>WILMINGTON, DE 19801 |
| **VIA HAND DELIVERY**<br>CROSS & SIMON LLC<br>ATTN CHRISTOPHER P SIMON & TARA M DIROCCO, ESQS<br>919 NORTH MARKET STREET 11TH FLOOR<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>CROUDACE & DIETRICH LLP<br>ATTN. MARK A NITIKMAN, ESQUIRE<br>4750 VON KARMAN AVENUE<br>NEWPORT BEACH, CA 92660 |
| **VIA FIRST CLASS U.S. MAIL**<br>CROWELL & MORING LLP<br>ATTN. MICHAEL V. BLUMENTHAL, ESQ.<br>590 MADISON AVENUE, 19TH FLOOR<br>NEW YORK, NY 10022 | **VIA FIRST CLASS U.S. MAIL**<br>DANIEL SMIRLOCK, DEPUTY COMMISSIONER AND COUNSEL<br>ATTN: ELAINE Z. COLE, ESQ.<br>340 E. MAIN ST.<br>ROCHESTER, NY 14604 |

431441;v1}

VIA FIRST CLASS U.S. MAIL
DAVIS POLK & WARDELL LLP
ATTN: DONALD S. BERNSTEIN, ESQ.
JAMES A. FLORACK, ESQ.
DAMIAN S. SCHAIBLE, ESQ.
450 LEXINGTON AVENUE
NEW YORK, NY 10017

VIA HAND DELIVERY
DUANE MORRIS LLP
ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS
1100 NORTH MARKET STREET, SUITE 1200
WILMINGTON, DE 19801

VIA HAND DELIVERY
ECKERT, SEAMANS, CHERIN & MELLOT, LLC
ATTN. MARGARET F. ENGLAND, ESQUIRE
300 DELAWARE AVENUE, SUITE 1210
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
EDWARDS ANGELL PALMER & DODGE LLP
ATTN: STUART M. BROWN, ESQ.
919 N. MARKET ST, STE 1500
(COUNSEL TO BARCLAYS BANK PLC)
WILMINGTON, DE 19801

VIA HAND DELIVERY
ELLIOTT GREENLEAF
ATTN WILLIAM M KELLEHER
1105 NORTH MARKET STREET, SUITE 1700
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
ERVIN COHEN & JESSUP LLP
KENNETH MILLER, ESQ.
9401 WILSHIRE BLVD, 9TH FLOOR
BEVERLY HILLS, CA 90212

VIA FIRST CLASS U.S. MAIL
FOLEY & LARDNER LLP
ATTN: MARY K. BRAZA, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306

VIA FIRST CLASS U.S. MAIL
FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL, ESQ.
321 NORTH CLARK
SUITE 2800
CHICAGO, IL 60610-4500

VIA HAND DELIVERY
FOX ROTHSCHILD LLP
ATTN: JEFFREY M. SCHLERF, JOHN H. STROCK, ESQS.
CITIZENS BANK CENTER
919 NORTH MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

VIA FIRST CLASS U.S. MAIL
FRANK/GECKER LLP
ATTN. JOSEPH D. FRANK
325 NORTH LASALLE STREET, SUITE 625
CHICAGO, IL 60654

VIA FIRST CLASS U.S. MAIL
FRED FELLMETH, ESQ. GENERAL COUNSEL
BROADCAST SYSTEMS DIVISION
THE VITEC GROUP PLC
101 BILBY ROAD
HACKETTSTOWN, NJ 07840

VIA FIRST CLASS U.S. MAIL
FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER, ESQ. &
DEVON J. EGGERT, ESQ.
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606

VIA FIRST CLASS U.S. MAIL
FRIEDMAN LAW GROUP
ATTN: J. BENNETT FRIEDMAN, ESQ.
1900 AVENUE OF THE STARS, SUITE 1800
LOS ANGELES, CA 90067-4409

VIA FIRST CLASS U.S. MAIL
FURMAN GREGORY LLC
DONALD R. FURMAN JR.
75 FEDERAL ST, 9TH FL
BOSTON, MA 02110

431441;v1}

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>GATEWAY PACIFIC PROPERTIES, INC.<br>C/O RONALD K. BROWN, JR.<br>LAW OFFICES OF RONALD K. BROWN, JR.<br>901 DOVE STREET, SUITE 120<br>NEWPORT BEACH, CA 92660 | **VIA FIRST CLASS U.S. MAIL**<br>GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN: RAMESH SINGH<br>25 SE 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131-1605 |
| **VIA FIRST CLASS U.S. MAIL**<br>GOHN HANKEY & STICHEL LLP<br>ATTN JAN I BERLAGE<br>201 NORTH CHARLES STREET<br>BALTIMORE, MD 21201 | **VIA FIRST CLASS U.S. MAIL**<br>GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD.<br>ATTN. BRIAN M. DOUGHERTY<br>835 MCCLINTOCK DRIVE, SECOND FLOOR<br>WILLOWBROOK, IL 60527 |
| **VIA FIRST CLASS U.S. MAIL**<br>GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP<br>EDWARD J. TREDINNICK, ESQ.<br>FOUR EMBARCARDERO CENTER, STE 4000<br>SAN FRANCISCO, CA 94111 | **VIA FIRST CLASS U.S. MAIL**<br>HARRIS CORPORATION<br>ANTHONY DEGLOMINE, III<br>1025 W. NASA BLVD<br>MAIL STOP A-11A<br>MELBOURNE, FL 32919 |
| **VIA FIRST CLASS U.S. MAIL**<br>HENNIGAN, BENNETT & DORMAN, LLP<br>ATTN: BRUCE BENNETT, JAMES O. JOHNSON AND JOSHUA D. MORSE, ESQS.<br>865 SOUTH FIGUEROA STREET, SUITE 2900<br>LOS ANGELES, CA 90017 | **VIA FIRST CLASS U.S. MAIL**<br>HERRICK FEINSTEIN LLP<br>ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 |
| **VIA FIRST CLASS U.S. MAIL**<br>HEWLETT-PACKARD COMPANY<br>TTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY<br>2125 E. KATELLA AVE., SUITE 400<br>ANAHEIM, CA 92806 | **VIA FIRST CLASS U.S. MAIL**<br>HEWLETT-PACKARD COMPANY<br>ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL<br>11311 CHINDEN BLVD.<br>MAILSTOP 314<br>BOISE, ID 83714-0021 |
| **VIA FIRST CLASS U.S. MAIL**<br>HOGAN & HARTSON LLP<br>ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.<br>875 THIRD AVENUE<br>NEW YORK, NY 10022 | **VIA FIRST CLASS U.S. MAIL**<br>HOWARD COUNTY OFFICE OF LAW<br>ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR<br>GEORGE HOWARD BUILDING<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 |
| **VIA FIRST CLASS U.S. MAIL**<br>IBM CORPORATION<br>ATTN BEVERLY H SHIDELER<br>TWO LINCOLN CENTRE<br>VILLA PARK, IL 60181 | **VIA FIRST CLASS U.S. MAIL**<br>INTERNAL REVENUE SERVICE<br>ATTN: ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 |

{431441;v1}

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 | **VIA FIRST CLASS U.S. MAIL**<br>J. SCOTT DOUGLASS<br>909 FANNIN, SUITE 1800<br>HOUSTON, TX 77010 |
| **VIA FIRST CLASS U.S. MAIL**<br>JD THOMPSON LAW<br>ATTN: JUDY D. THOMPSON<br>P.O. BOX 33127<br>CHARLOTTE, NC 28233 | **VIA FIRST CLASS U.S. MAIL**<br>JEFFER, MANGELS, BUTLER & MARMARO LLP<br>ATTN: KEITH D. ELKINS, ESQ.<br>1900 AVENUE OF THE STARS, 7TH FLOOR<br>LOS ANGELES, CA 90067 |
| **VIA FIRST CLASS U.S. MAIL**<br>JP MORGAN CHASE BANK, NA AS AGENT<br>1111 FANNIN, 10TH FLOOR<br>HOUSTON, TX 77002 | **VIA FIRST CLASS U.S. MAIL**<br>K&L GATES LLP<br>ATTN: JEFFREY N. RICH, ESQ.<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022-6030 |
| **VIA FIRST CLASS U.S. MAIL**<br>K&L GATES LLP<br>CHARLES R. SMITH, ESQ.<br>HENRY W. OLIVER BUILDING<br>535 SMITHFIELD ST<br>PITTSBURGH, PA 15222-2312 | **VIA FIRST CLASS U.S. MAIL**<br>KAMAKAZEE KIWI COPORATION<br>3835-R EAST<br>THOUSDAN OAKS BLVD. #343<br>THOUSAND OAKS, CA 91362 |
| **VIA FIRST CLASS U.S. MAIL**<br>KAYE SCHOLER LLP<br>ATTN: MARGO B SCHONHOLTZ, ESQ<br>MADLYN GLEICH PRIMOFF, ESQ<br>425 PARK AVE<br>NEW YORK, NY 10022 | **VIA FIRST CLASS U.S. MAIL**<br>KELLEY DRYE & WARREN LLP<br>ERICK R. WILSON, ESQ.<br>HOWARD S. STEEL, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| **VIA FIRST CLASS U.S. MAIL**<br>KLEE, TUCHIN, BOGDANOFF & STERN, LLP<br>ATTN: KENNETH N. KLEE, ESQ.<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067-6049 | **VIA FIRST CLASS U.S. MAIL**<br>KLEE, TUCHIN, BOGDANOFF & STERN, LLP<br>ATTN: LEE R. BOGDANOFF, MARTIN R. BARASH, ESQS.<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CA 90067-6049 |
| **VIA HAND DELIVERY**<br>LANDIS RATH & COBB LLP<br>COUNSEL FOR THE UNSECURED CREDITORS' COMM<br>ATTN ADAM G LANDIS & MATTHEW B MCGUIRE<br>919 MARKET STREET SUITE 1800<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>LESLIE A. COHEN, ESQUIRE<br>LESLIE COHEN LAW, PC<br>506 SANTA MONICA BLVD., SUITE 200<br>SANTA MONICA, CA 90401 |

431441;v1}

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.<br>ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS.<br>1330 BROADWAY, SUITE 1800<br>OAKLAND, CA 94612 | **VIA FIRST CLASS U.S. MAIL**<br>LINDA BOYLE<br>TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE, #400<br>LITTLETON, CO 80124 |
| **VIA FIRST CLASS U.S. MAIL**<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>COUNSEL TO HARRIS COUNTY<br>ATTN JOHN P DILLMAN<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | **VIA FIRST CLASS U.S. MAIL**<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2323 BRYAN STREET<br>STE 1600<br>DALLAS, TX 75201 |
| **VIA FIRST CLASS U.S. MAIL**<br>LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A.<br>ATTN: ZACHARY J. BANCROFT, EST.<br>450 S. ORANGE AVE, SUITE 800<br>ORLANDO, FL 32801 | **VIA FIRST CLASS U.S. MAIL**<br>MAUREEN A. MCGREEVEY, ESQUIRE<br>SENIOR LITIGATION COUNSEL<br>SUNGARD<br>682 E. SWEDESFORD ROAD<br>WAYNE, PA 19087 |
| **VIA FIRST CLASS U.S. MAIL**<br>MAYER BROWN LLP<br>FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ., AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ.<br>1675 BROADWAY<br>NEW YORK, NY 10019 | **VIA FIRST CLASS U.S. MAIL**<br>MCCARTER & ENGLISH, LLP<br>ATTN: DAVID ADLER, ESQ.<br>G. AMANDA MALLAN, ESQ.<br>245 PARK AVE, 27TH FL<br>NEW YORK, NY 10167 |
| **VIA HAND DELIVERY**<br>MCCARTER & ENGLISH, LLP<br>ATTN: KATHARINE L. MAYER, ESQ<br>RENAISSANCE CENTRE<br>405 N. MARKET STREET, 8TH FL<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>MCGUIRE WOODS LLP<br>ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS<br>77 W. WACKER DRIVE, SUITE 4100<br>CHICAGO, IL 60601 |
| **VIA FIRST CLASS U.S. MAIL**<br>MCPHARLIN SPRINKLES & THOMAS, LLP<br>ATTN. ELAIN M. SEID<br>10 ALMADEN BLVD., SUITE 1460<br>SAN JOSE, CA 95113 | **VIA FIRST CLASS U.S. MAIL**<br>MEITES, MULDER, MOLLICA & GLINK<br>ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS.<br>20 S. CLARK STREET, SUITE 1500<br>CHICAGO, IL 60603 |
| **VIA HAND DELIVERY**<br>MESSANA ROSNER & STERN, LLP<br>FREDERICK B. ROSNER, ESQ.<br>1000 N. WEST STREET, SUITE 1200<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. WALDMEIR, ASSISTANT ATTORNEY GENERAL<br>STATE OF MICHIGAN, DEPT. OF TREASURY<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 |

{431441;v1}

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>MICHAEL SCHLOSS<br>OFFICE OF THE SOLICITOR<br>UNITED STATES DEPARTMENT OF LABOR<br>PLAN BENEFITS SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC 20013 | **VIA FIRST CLASS U.S. MAIL**<br>MISSOURI DEPARTMENT OF REVENUE<br>ATTN: SHERYL L. MOREAU<br>SPECIAL ASSISTANT ATTORNEY GENERAL<br>GENERAL COUNSEL'S OFFICE<br>301 W. HIGH STREET, ROOM 670, PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 |
| **VIA HAND DELIVERY**<br>MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A.<br>ATTN: RACHEL B. MERSKY, ESQUIRE<br>1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>MORGAN STANLEY FIXED INCOME<br>ATTN: CAROLYN ADLER<br>1585 BROADWAY, 2ND FLOOR<br>NEW YORK, NY 10036 |
| **VIA FIRST CLASS U.S. MAIL**<br>MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC<br>ATTN: COLLEEN E. MCMANUS<br>191 NORTH WACKER DRIVE, STE 1800<br>CHICAGO, IL 60606 | **VIA FIRST CLASS U.S. MAIL**<br>NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL 60173 |
| **VIA FIRST CLASS U.S. MAIL**<br>NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>ATTN: ROBERT L. COOK, DISTRICT TAX ATTORNEY<br>333 EAST WASHINGTON ST., 3RD FLOOR<br>SYRACUSE, NY 13202 | **VIA FIRST CLASS U.S. MAIL**<br>NOLAN, PLUMHOFF & WILLIAMS, CHARTERED<br>ATTN: ROBERT L. HANLEY, JR. ESQUIRE<br>SUITE 700, NOTTINGHAM CENTRE<br>502 WASHINGTON AVENUE<br>TOWSON, MD 21204 |
| **VIA FIRST CLASS U.S. MAIL**<br>O'MELVENY & MYERS LLP<br>ATTN: BRADLEY J. BUTWIN, DANIEL L. CANTOR, & STEVEN A. ROSENSTEIN, ESQS.<br>TIMES SQUARE TOWER<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 | **VIA FIRST CLASS U.S. MAIL**<br>O'MELVENY & MYERS LLP<br>ATTN: EVAN M. JONES, ESQ.<br>400 SOUTH HOPE STREET<br>LOS ANGELES, CA 90071 |
| **VIA FIRST CLASS U.S. MAIL**<br>OFFICE OF ATTORNEY GENERAL<br>ATTN: CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA 19107-3603 | **VIA HAND DELIVERY**<br>OFFICE OF THE UNITED STATES TRUSTEE<br>JOSEPH J. MCMAHON, JR., ESQ.<br>UNITED STATES DEPT OF JUSTICE<br>844 KING STREET, SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19801 |
| **VIA HAND DELIVERY**<br>PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS AND MARK M. BILLION, ESQS.<br>919 N. MARKET STREET, 17TH FLOOR<br>WILMINGTON, DE 19801 | **VIA HAND DELIVERY**<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: STEPHEN P. LAMB & JOHN P. DITOMO<br>1000 N. WEST STREET, SUITE 1200<br>WILMINGTON, DE 19801 |

431441;v1}

**VIA FIRST CLASS U.S. MAIL**
PAUL, WEISS, RIFKIND, WHARTON & GARRISSON LLP
TTN: STEPHEN J. SHIMSHAK, ANDREW GORDON, DAVID W. BROWN, LAUREN SHUMEJDA, & STUART MCPHAIL
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

**VIA FIRST CLASS U.S. MAIL**
PENSION BENEFIT GUARANTY CORPORATION
ATTN FRANK A ANDERSON, CASSANDRA R BURTON, & KARTAR S KHALSA, ESQ
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026

**VIA FIRST CLASS U.S. MAIL**
PEPPER HAMILTON LLP
ATTN: DAVID B. STRATTON & JOHN H. SCHANNE, II
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
PHILLIPS, GOLDMAN & SPENCE, P.A.
ATTN: JOHN C. PHILLIPS, ESQ.
1200 NORTH BROOM STREET
WILMINGTON, DE 19806

**VIA FIRST CLASS U.S. MAIL**
ZWERDLKING PAUL KAHN & WOLLY PC
ATTN ROBERT E PAUL ESQ
1025 CONNECTICUT AVENUE NW SUITE 712
WASHINGTON, DC 20036-5420

**VIA HAND DELIVERY**
PINCKNEY, HARRIS & WEIDINGER, LLC
ATTN: ADAM HILLER & DONNA HARRIS
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

**VIA HAND DELIVERY**
POTTER ANDERSON & CORROON LLP
ATTN: LAURIE SILVERSTEIN, ESQ
HERCULES PLAZA
1313 N MARKET ST
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
POYNER SPRUILL LLP
JUDY D. THOMPSON, ESQ.
301 SOUTH COLLEGE STREET, STE 2300
CHARLOTTE, NC 28202

**VIA FIRST CLASS U.S. MAIL**
PROSKAUER ROSE LLP
ATTN: MARTIN S. ZOHN, ESQ.
2049 CENTURY PARK EAST, 32ND FLOOR
LOS ANGELES, CA 90067

**VIA FIRST CLASS U.S. MAIL**
QUARLES & BRADY LLP
LEONARD S. SHIFFLET, ESQ.; FAY B. FEINSTEIN, ESQ.
300 NORTH LASALLE STREET, STE 400
CHICAGO, IL 60654-3422

**VIA HAND DELIVERY**
RICHARDS, LAYTON & FINGER, PA
ATTN: MARK D. COLLINS, ESQ.
KATISHA D. FORTUNE, ESQ.
920 NORTH KING STREET
WILMINGTON, DE 19801

**VIA FIRST CLASS U.S. MAIL**
RIDDELL WILLIAMS, P.S.
ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO
1001- 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154-1192

**VIA FIRST CLASS U.S. MAIL**
ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC
ATTN. FRED B. RINGEL, ESQ.
875 THIRD AVENUE, 9TH FL
NEW YORK, NY 10022

**VIA FIRST CLASS U.S. MAIL**
RUSKIN MASCOU FALTISCHEK, P.C.
ATTN: MICHAEL S. AMATO, ESQ.
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY 11556-1425

{1431441;v1}

Case 08-13141-BLS   Doc 5876-1   Filed 10/01/10   Page 11 of 13

Tribune Company, et al. Case No. 08-13141 (KJC) 2002 Service List

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>RUSKIN MOSCOU FALTISCHEK, P.C.<br>ATTN. MICHAEL S. AMATO, ESQ.<br>EAST TOWER, 15TH FLOOR<br>1425 RXR PLAZA<br>UNIONDALE, NY 11556-1425 | **VIA HAND DELIVERY**<br>SAUL EWING LLP<br>ATTN: MARK MINUTI, ESQUIRE<br>222 DELAWARE AVENUE, SUITE 1200<br>WILMINGTON, DE 19801 |
| **VIA FIRST CLASS U.S. MAIL**<br>SECURITIES & EXCHANGE COMMISSION<br>15TH & PENNSYLVANIA AVE, N.W.<br>WASHINGTON, DC 20020 | **VIA FIRST CLASS U.S. MAIL**<br>SECURITIES AND EXCHANGE COMMISSION (SEC)<br>100 F STREET, NE<br>WASHINGTON, DC 20549 |
| **VIA HAND DELIVERY**<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>ATTN: R.KARL HILL, ESQ.<br>222 DELAWARE AVENUE, STE 1500<br>WILMINGTON, DE 19801 | **VIA FIRST CLASS U.S. MAIL**<br>SHIPMAN & GOODWIN LLP<br>ATTN. JULIE A. MANNING, ESQ.<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103-1919 |
| **VIA FIRST CLASS U.S. MAIL**<br>SIRLIN GALLOGLY & LESSER, P.C.<br>123 S BROAD ST #2100<br>PHILADELPHIA, PA 191091029 | **VIA FIRST CLASS U.S. MAIL**<br>SQUIRE, SANDERS & DEMPSEY LLP<br>ATTN: KELLY SINGER, ESQ.<br>TWO RENAISSANCE SQUARE<br>40 NORTH CENTRAL AVE, STE 2700<br>PHOENIX, AZ 85004-4498 |
| **VIA FIRST CLASS U.S. MAIL**<br>STEMPEL BENNETT CLAMAN & HOCHBERG PC<br>COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD<br>ATTN EDMOND P O'BRIEN ESQ<br>675 THIRD AVENUE 31ST FLOOR<br>NEW YORK, NY 10017 | **VIA FIRST CLASS U.S. MAIL**<br>STUART MAUE<br>ATTN: JOHN L. DECKER<br>FEE EXAMINER<br>3840 MCKELVEY RD<br>ST. LOUIS, MO 63044 |
| **VIA FIRST CLASS U.S. MAIL**<br>TEITELBAUM & BASKIN, LLP<br>ATTN: JAY TEITELBAUM<br>3 BARKER AVENUE, THIRD FLOOR<br>WHITE PLAINS, NY 10601 | **VIA FIRST CLASS U.S. MAIL**<br>THE REIMANN LAW GROUP<br>ATTN. DAVID W. REIMANN, ESQUIRE<br>1960 EAST GRAND AVENUE, SUITE 1165<br>EL SEGUNDO, CA 90245 |
| **VIA FIRST CLASS U.S. MAIL**<br>THE SEAPORT GROUP LLC<br>ATTN SCOTT FRIEDBERG<br>360 MADISON AVENUE 22ND FLOOR<br>NEW YORK, NY 10017 | **VIA FIRST CLASS U.S. MAIL**<br>TOOD M. HOEPKER, ESQ.<br>POST OFFICE BOX 3311<br>ORLANDO, FL 32802-3311 |

{431441;v1}

| | |
|---|---|
| VIA FIRST CLASS U.S. MAIL<br>TRAVELERS<br>NATIONAL ACCOUNTS<br>1 TOWER SQUARE-5MN<br>HARTFORD, CT 06183-4044 | VIA FIRST CLASS U.S. MAIL<br>TRESSLER SODERSTORM MALONEY & PRESS, LLP<br>ATTN. JACQUELINE A. CRISWELL<br>SEARS TOWER, 22ND FLOOR<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606-6314 |
| TWENTIETH TELEVISION, INC.<br>ATTN: JODIE REA<br>(COUNSEL TO: TWENTIETH TELEVISION, INC.)<br>2121 AVENUE OF THE STARS, SUITE 1754<br>LOS ANGELES, CA 90067 | VIA FIRST CLASS U.S. MAIL<br>TYBOUT REDFEARN AND PELL<br>ATTN. SHERRY RUGGIERO FALLON<br>750 SHIPYARD DRIVE, SUITE 400<br>P.O. BOX 2092<br>WILMINGTON, DE 19899-2092 |
| VIA FIRST CLASS U.S. MAIL<br>U.S. DEPARTMENT OF JUSTICE<br>ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION<br>555 4TH ST. NW ROOM 6110, P.O. BOX 227<br>WASHINGTON, DC 20044 | VIA FIRST CLASS U.S. MAIL<br>UNISYS CORPORATION<br>ATTN. JANET FITZPATRICK, LEGAL ASSISTANT<br>UNISYS WAY<br>P.O. BOX 500, M/S E8-108<br>BLUE BELL, PA 19424 |
| VIA FIRST CLASS U.S. MAIL<br>UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>MATTHEW J. TROY, ESQ.<br>1100 L STREET, N.W.<br>ROOM 10006<br>WASHINGTON, DC 20530 | VIA FIRST CLASS U.S. MAIL<br>UNITED STATES DEPARTMENT OF LABOR<br>OFFICE OF THE SOLICITOR<br>ELIZABETH S. GOLDBERG, ESQUIRE<br>PLAN BENEFITS SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC 20013 |
| VIA FIRST CLASS U.S. MAIL<br>UNITED STATES TREASURY<br>OFFICE OF THE TREASURER<br>1500 PENNSYLVANIA AVENUE, NW<br>ROOM 2134<br>WASHINGTON, DC 20220 | VIA HAND DELIVERY<br>US ATTORNEY'S OFFICE<br>ELLEN W. SLIGHTS, ESQ<br>1201 MARKET ST, SUITE 1100<br>WILMINGTON, DE 19801 |
| VIA FIRST CLASS U.S. MAIL<br>VORYS SATER SEYMOUR & PEASE LLP<br>AS COUNSEL FOR AOL LLC & ITS RELATED ENTITIES<br>ATTN TIFFANY STRELOW COBB<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 | VIA FIRST CLASS U.S. MAIL<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>ATTN: TIFFANY STRELOW COBB<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 |
| VIA FIRST CLASS U.S. MAIL<br>WARNER BROS. TELEVISION DISTRIBUTION, INC.<br>ATTN: WAYNE M. SMITH, ESQ.<br>4000 WARNER BLVD.<br>BLDG. 156, ROOM 5158<br>BURBANK, CA 91522 | VIA FIRST CLASS U.S. MAIL<br>WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L<br>ATTN: DOUGLAS R. GONZALES, ESQUIRE<br>200 EAST BROWARD BOULEVARD, ST. 1900<br>FORT LAUDERDALE, FL 33301 |

{431441;v1}

| | |
|---|---|
| **VIA FIRST CLASS U.S. MAIL**<br>WHITE & CASE LLP<br>ATTN: THOMAS E. LAURIA, GERARD H. UZZI, SCOTT GREISSMAN, ESQS.<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-2787 | **VIA FIRST CLASS U.S. MAIL**<br>WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA<br>ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 |
| **VIA FIRST CLASS U.S. MAIL**<br>WILLKIE FARR & GALLAGHER LLP<br>ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ.<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | **VIA FIRST CLASS U.S. MAIL**<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>ATTN: ANDREW GOLDMAN, ESQ.<br>399 PARK AVENUE<br>NEW YORK, NY 10022 |
| **VIA HAND DELIVERY**<br>WILMINGTON TRUST COMPANY<br>ATTN. PATRICK J. HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 198901 | **VIA FIRST CLASS U.S. MAIL**<br>WINSTON & STRAWN LLP<br>ATTN: DAVID NEIER, ESQ.<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |

{1431441;v1}